Lee Gelernt*  
Judy Rabinovitz*  
Anand Balakrishnan*  
AMERICAN CIVIL LIBERTIES  
UNION FOUNDATION  
IMMIGRANTS' RIGHTS PROJECT  
125 Broad St., 18th Floor  
New York, NY 10004  
T: (212) 549-2660  
F: (212) 549-2654  
*lgelernt@aclu.org*  
*jrabinovitz@aclu.org*  
*abalakrishnan@aclu.org*  

Bardis Vakili (SBN 247783)  
ACLU FOUNDATION OF SAN DIEGO &  
IMPERIAL COUNTIES  
P.O. Box 87131  
San Diego, CA 92138-7131  
T: (619) 398-4485  
F: (619) 232-0036  
*bvakili@aclusandiego.org*  

*Attorneys for Petitioner-Plaintiff*  
*Additional counsel on next page*  

*\*Application for admission pro hac vice forthcoming*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., <br><br> *Petitioner-Plaintiff,* <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Fred Figueroa, Warden, Otay Mesa Detention Center; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, <br><br> *Respondents-Defendants.* | Case No. 18-cv-00428-DMS-MDD <br><br> Date Filed: February 26, 2018 <br><br> **MOTION TO FILE COMPLAINT USING PSEUDONYM** |

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*samdur@aclu.org*

Petitioner-Plaintiff respectfully requests that the Court permit her to file this action using only her initial (Ms. L.). The complaint using only her initial was filed on February 26, 2018, by ECF. With this motion, Ms. L. submits an unredacted copy of the Complaint containing her true name. The basis for this motion is that Ms. L., an asylum-seeker from the Congo, fears persecution and possible death if her identity is exposed.

This case is brought to reunite Ms. L. with her seven-year-old daughter, S.S. (the daughter is identified with her initials because she is a minor). Fearing near certain death in the Congo, Ms. L. escaped with S.S., and upon arriving at a United States Port of Entry near San Diego on November 1, 2017, presented themselves to border agents. Based on her expression of a fear of returning to Congo, Ms. L. was given an initial screening interview before an asylum officer, which she passed. Since their arrival on November 1, Ms. L. and S.S. have been detained. For the first 4 days upon arriving, Ms. L. and S.S. were detained together. Ms. L. was then sent to the Otay Mesa Detention Center in the San Diego area, where she remains today, nearly four months later. But her daughter S.S. was taken from her. Although S.S. is only 7 years old, she was sent half way across the country to a facility in Chicago without her mother, or anyone else she knows. This action is brought to reunite mother and daughter.

Ms. L. is proceeding under her initial because she fears persecution or death in the Congo if returned, and that danger is increased if her persecutors know that she has sought asylum in the United States. Ms. L. accordingly seeks leave to file this action using only her initial.

Dated: February 27, 2018

Respectfully Submitted,

*/s/Bardis Vakili*
Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

1

IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*samdur@aclu.org*