Lee Gelernt*  
Judy Rabinovitz*  
Anand Balakrishnan*  
AMERICAN CIVIL LIBERTIES  
UNION FOUNDATION  
IMMIGRANTS' RIGHTS PROJECT  
125 Broad St., 18th Floor  
New York, NY 10004  
T: (212) 549-2660  
F: (212) 549-2654  
*lgelernt@aclu.org*  
*jrabinovitz@aclu.org*  
*abalakrishnan@aclu.org*  

Bardis Vakili (SBN 247783)  
ACLU FOUNDATION OF SAN DIEGO &  
IMPERIAL COUNTIES  
P.O. Box 87131  
San Diego, CA 92138-7131  
T: (619) 398-4485  
F: (619) 232-0036  
*bvakili@aclusandiego.org*  

*Attorneys for Petitioner-Plaintiff*  
*Additional counsel on next page*  

*\*Application for admission pro hac vice forthcoming*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., <br><br> *Petitioner-Plaintiff,* <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Fred Figueroa, Warden, Otay Mesa Detention Center; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, <br><br> *Respondents-Defendants.* | Case No. 18-cv-00428-DMS-MDD <br><br> Date Filed: February 26, 2018 <br><br> **PROOF OF SERVICE** |

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*samdur@aclu.org*

The undersigned hereby certifies that she is an employee for the ACLU Foundation of San Diego & Imperial Counties, P.O. Box 87131, San Diego, California 92138-7131; is a person of such age and discretion to be competent to serve papers; and that on **February 27, 2018**, she served copies of the following document(s):

1. **PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEFMOTION TO FILE COMPLAINT USING PSEUDONYM**
2. **CIVIL COVER SHEET**
3. **SUMMONS**

_____ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system, such document(s) will be deemed served.

_____ by placing the document(s) listed above in a sealed envelope with certified postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

_____ by placing the document(s) listed above in a sealed envelope with postage thereon fully Prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified hereto.

__X__ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

U.S. Attorney's Office- Maru Wiggins, Civil Process Clerk
Southern District of California- Civil Division-Federal Office Building
880 Front Street, Room 4200
San Diego, California 92101-8893

   I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

| | | |
|---|---|---|
| 1 | Dated: February 27, 2018 | Respectfully submitted, |
| 2 | | ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES |
| 3 | | **/s/ Linda Naters**<br>Linda Naters |