Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

*Attorneys for Petitioner-Plaintiff*
*Additional counsel on next page*

*\*Application for admission pro hac
vice forthcoming*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., | Case No. 18-cv-00428-DMS-MDD |
| *Petitioner-Plaintiff,* | |
| v. | Date Filed: February 26, 2018 |
| U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Fred Figueroa, Warden, Otay Mesa Detention Center; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, | **PROOF OF SERVICE** |
| *Respondents-Defendants.* | |

1

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT

2

39 Drumm Street
San Francisco, CA 94111

3

T:  (415) 343-1198
F:  (415) 395-0950

4

*samdur@aclu.org*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

The undersigned hereby certifies that she is an employee for the ACLU Foundation of San Diego & Imperial Counties, P.O. Box 87131, San Diego, California 92138-7131; is a person of such age and discretion to be competent to serve papers; and that on **February 27, 2018**, she served copies of the following document(s):

    1.      **MOTION TO FILE COMPLAINT USING PSEUDONYM**
    2.      **SEALED COMPLAINT**

_____  by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system, such document(s) will be deemed served.

_____ by placing the document(s) listed above in a sealed envelope with certified postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

_____  by placing the document(s) listed above in a sealed envelope with postage thereon fully Prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified hereto.

__X__ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

U.S. Attorney's Office- Mary Wiggins, Civil Process Clerk
Southern District of California- Civil Division-Federal Office Building
880 Front Street, Room 4200
San Diego, California 92101-8893

      I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: February 27, 2018          Respectfully submitted,

                                ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
                                **/s/ Linda Naters**
                                Linda Naters