Lee Gelernt
Judy Rabinovitz
Anand Balakrishnan
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

*Attorneys for Petitioner-Plaintiff*
*Additional counsel on next page*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., | Case No. 18-cv-00428-DMS-MDD |
| *Petitioner-Plaintiff*, | |
| v. | |
| U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Fred Figueroa, Warden, Otay Mesa Detention Center; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, | Date Filed: March 2, 2018 |
| | **PETITIONER-PLAINTIFF NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |
| *Respondents-Defendants*. | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*samdur@aclu.org*

Petitioner-Plaintiff moves for a preliminary injunction to enjoin

Respondents-Defendants from continuing to separate her from her daughter.  The

motion is based on the accompanying memorandum and exhibits.

Dated: March 2, 2018                      Respectfully Submitted,

 Bardis Vakili (SBN 247783)              */s/Lee Gelernt*
ACLU FOUNDATION OF SAN                   Lee Gelernt*
DIEGO & IMPERIAL COUNTIES                Judy Rabinovitz*
P.O. Box 87131                           Anand Balakrishnan*
San Diego, CA 92138-7131                 AMERICAN CIVIL LIBERTIES
T: (619) 398-4485                        UNION FOUNDATION
F: (619) 232-0036                        IMMIGRANTS' RIGHTS PROJECT
*bvakili@aclusandiego.org*               125 Broad St., 18th Floor
                                         New York, NY 10004
Spencer E. Amdur (SBN 320069)            T:  (212) 549-2660
AMERICAN CIVIL LIBERTIES                 F:  (212) 549-2654
UNION FOUNDATION                         *lgelernt@aclu.org*
IMMIGRANTS' RIGHTS PROJECT               *jrabinovitz@aclu.org*
39 Drumm Street                          *abalakrishnan@aclu.org*
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*samdur@aclu.org*


*Admitted Pro Hac Vice*

2

18cv0428

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system.  A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ Lee Gelernt
Lee Gelernt, Esq.
Dated: March 2, 2018