Lee Gelernt
Judy Rabinovitz
Anand Balakrishnan
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

*Attorneys for Petitioner-Plaintiff*
*Additional counsel on next page*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., *Petitioner-Plaintiff*, v. U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Fred Figueroa, Warden, Otay Mesa Detention Center; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: March 2, 2018<br><br>**PETITIONER-PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE PRELIMINARY INJUNCTION SCHEDULE** |

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*samdur@aclu.org*

Petitioner-Plaintiff respectfully moves for an expedited schedule for her motion for preliminary injunction, which was filed today.

The government forcibly separated Petitioner and her 7 year-old daughter after they arrived at the border and applied for asylum in November 2017. Since the separation nearly 4 months ago, Petitioner has been detained in San Diego, but her child has been all alone, terrified, and crying for her mother at a facility in Chicago, even though Defendants have multiple facilities that are specifically designed to house parents and children together. Petitioner's motion for preliminary injunction contends that her forcible separation from her daughter violates her fundamental due process right to family integrity as well as the APA.

Expedition is necessary to remedy the devastating harms that this separation is inflicting with each passing day. As the sworn testimony of nine medical experts in this case makes clear, the trauma of forced separation from a parent imposes severe and long-lasting psychological and emotional damage on young children, especially children who are incarcerated and have already suffered the trauma of fleeing their home country. That damage is increasing with each day that Petitioner and her child are separated.

Accordingly, Petitioner respectfully requests that the Court set the following expedited deadlines for her motion for preliminary injunction:

- Government's opposition due Friday, March 9, 2018.
- Petitioner's reply due Tuesday, March 13, 2018.
- Oral argument set for as soon as possible thereafter, if the Court deems argument necessary.

| | | |
|---|---|---|
| Dated: March 2, 2018 | | Respectfully Submitted, |

*/s/Lee Gelernt*
Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*samdur@aclu.org*

*Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ Lee Gelernt
Lee Gelernt, Esq.
Dated: March 2, 2018

18cv0428