Lee Gelernt
Judy Rabinovitz
Anand Balakrishnan
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

*Attorneys for Petitioner-Plaintiff*
*Additional counsel on next page*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., <br><br> *Petitioner-Plaintiff*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Fred Figueroa, Warden, Otay Mesa Detention Center; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, <br><br> *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD <br><br> Date Filed: March 2, 2018 <br><br> **NOTICE OF MOTION AND MOTION TO FILE RESTRICTED DECLARATION OF ELIZABETH LOPEZ** |

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*samdur@aclu.org*

Petitioner-Plaintiff Ms. L respectfully requests that the Court permit her to file a restricted declaration by Elizabeth Lopez.

The addendum of the declaration contains a picture of Ms. L's 7-year-old daughter, S.S. For the privacy of S.S., Petitioner-Plaintiff requests permission to file an unrestricted declaration without the photograph and a restricted declaration with the photograph. The two declarations are identical except for the inclusion of the photograph.

Dated: March 2, 2018                                          Respectfully Submitted,

                                                              /s/Bardis Vakili
Bardis Vakili (SBN 247783)                                    Lee Gelernt*
ACLU FOUNDATION OF SAN                                        Judy Rabinovitz*
DIEGO & IMPERIAL COUNTIES                                     Anand Balakrishnan*
P.O. Box 87131                                                AMERICAN CIVIL LIBERTIES
San Diego, CA 92138-7131                                      UNION FOUNDATION
T: (619) 398-4485                                             IMMIGRANTS' RIGHTS PROJECT
F: (619) 232-0036                                             125 Broad St., 18th Floor
bvakili@aclusandiego.org                                      New York, NY 10004
                                                              T:  (212) 549-2660
Spencer E. Amdur (SBN 320069)                                 F:  (212) 549-2654
AMERICAN CIVIL LIBERTIES                                      lgelernt@aclu.org
UNION FOUNDATION                                              jrabinovitz@aclu.org
IMMIGRANTS' RIGHTS PROJECT                                    abalakrishnan@aclu.org
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
samdur@aclu.org


*Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2018, I electronically filed the foregoing

2

with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ Lee Gelernt
Lee Gelernt, Esq.
Dated: March 2, 2018