SUMMER J. WYNN (240005)(swynn@cooley.com)
MARY KATHRYN KELLEY (170259) (mkkelley@cooley.com)
MEGAN L. DONOHUE (266147) (mdonohue@cooley.com)
LINH K. NGUYEN (305737) (lknguyen@cooley.com)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for *Amici Curiae*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.,<br><br>    *Petitioner-Plaintiff*,<br><br>    v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Fred Figueroa, Warden, Otay Mesa Detention Center; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement,<br><br>    *Respondents-Defendants*. | Case No. 3:18-cv-00428-DMS-MDD<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF BY *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S HABEAS CORPUS PETITION AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>Date:    May 4, 2018<br>Time:   1:30 p.m.<br>Dept.:   13A<br>Judge:  Hon. Dana M. Sabraw |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NOTICE OF MTN. AND MTN. FOR LEAVE TO
FILE BRIEF BY *AMICUS CURIAE*
CASE NO.: 3:18-CV-00428-DMS-MDD

**NOTICE OF MOTION AND MOTION FOR LEAVE OF FILE BRIEF AS *AMICI CURIAE***

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on May 4, 2018 at 1:30 p.m.[1] or as soon thereafter as this motion may be heard in the above-entitled court, located at 333 West Broadway, San Diego, CA 92101, in Courtroom 13A, the individuals and legal services organizations listed below (collectively "*amici*"), respectfully move the Court for leave to file the brief by *amici curiae* appended as Exhibit A to the Declaration of Linh Nguyen in support of this Motion. The brief supports Plaintiff's Habeas Corpus Petition and Complaint for Declaratory and Injunctive Relief. The Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Linh Nguyen and accompanying Exhibits filed herewith, and all pleadings and papers on file in this matter, and upon such other matters as may be presented to the Court at the time of the hearing or otherwise.

/ / /

/ / /

/ / /

---

[1] Pursuant to S.D. Cal Local Rule 7.2(b), *amici* reserved the next available hearing date for this Motion. But *amici* have no objection to the Court deciding the instant Motion without oral argument and request that the Court consider the instant Motion in conjunction with Plaintiff's Motion for Preliminary Injunction (Dkt. No. 13).

| | |
|---|---|
| Dated: March 2, 2018 | COOLEY LLP<br><br>_/s/ Summer Wynn_<br>_____<br>SUMMER J. WYNN<br><br>Attorney for _Amici Curiae_<br><br>Children's Rights; Children's Defense Fund; Children's Law Center of Minnesota; Dr. Luis Zayas; First Star, Inc.; Foster Children's Project of the Legal Aid Society of Palm Beach County; Juvenile Law Center; Lawyers for Children: Legal Counsel for Youth and Children; Pegasus Legal Service for Children; Prof. Michael J. Dale; The American Academy of Social Work and Social Welfare; The Center for Children & Youth Justice; The Children's Advocacy Institute; Women's Refugee Commission |

2.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NOTICE OF MTN. AND MTN. FOR LEAVE TO
FILE BRIEF BY _AMICUS CURIAE_
CASE NO.: 3:18-CV-00428-DMS-MDD