SUMMER J. WYNN (240005)(swynn@cooley.com)
MARY KATHRYN KELLEY (170259) (mkkelley@cooley.com)
MEGAN L. DONOHUE (266147) (mdonohue@cooley.com)
LINH K. NGUYEN (305737) (lknguyen@cooley.com)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for *Amici Curiae*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., <br><br> *Petitioner-Plaintiff*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Fred Figueroa, Warden, Otay Mesa Detention Center; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, <br><br> *Respondents-Defendants*. | Case No. 3:18-cv-00428-DMS-MDD <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF BY *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S HABEAS CORPUS PETITION AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** <br><br> Date:      May 4, 2018 <br> Time:      1:30 p.m. <br> Dept.      13A <br> Judge:     Hon. Dana M. Sabraw |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

MEMO. OF POINTS & AUTHORITIES ISO MTN. FOR LEAVE TO
FILE BRIEF BY *AMICI CURIAE*
CASE NO.: 3:18-CV-00428-DMS-MDD

MEMORANDUM OF POINTS AND AUTHORITIES

The legal service organizations and child welfare professionals described below (collectively "*amici*") seek leave to file a brief detailing the harms suffered by children and families when they are unnecessarily and forcibly separated by the government, and the circumstances under which such separation is permitted under U.S. and international law.   Understanding these important issues will assist the Court in addressing Plaintiff's request for declaratory and injunctive relief.

## I.   LEGAL STANDARD

A "district court "has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995).   Such discretion is generally exercised liberally, as "[t]here are no strict prerequisites that must be established prior to qualifying for amicus status." *Duronslet v. Cty. of Los Angeles,* 2017 WL 5643144, at *1 (C.D. Cal. Jan. 23, 2017) (quoting *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991)).   A third party must merely "make a showing that [its] participation is useful or otherwise desirable to the court." *Roxford Foods*, 790 F. Supp. at 997.   "The touchstone is whether the amicus is 'helpful,' and there is no requirement 'that amici must be totally disinterested.'" *California v. U.S. Dept. of Labor*, 2014 WL 12691095 at *1 (E.D. Cal. Jan. 14, 2014) (citing *Hoptowit*, 682 F.2d at 1260).

The individuals and legal services organizations filing this motion offer a unique and important perspective on the child welfare issues before the Court, and for the reasons stated below, request leave to file a brief as *amici curiae*. *See Missouri v. Harris*, 2014 WL 2987284, at *2 (E.D. Cal. Jul. 1, 2014) ("An amicus brief should normally be allowed when… the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.") (internal quotations omitted).

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

MEMO. OF POINTS & AUTHORITIES ISO MTN. FOR LEAVE TO
FILE BRIEF BY *AMICI CURIAE*
CASE NO.: 3:18-CV-00428-DMS-MDD

## II.   ARGUMENT

### A.   Identity of Proposed *Amici Curiae* and Statement of Interest.

Proposed *amici* are a group of nonprofit legal aid organizations and child welfare professionals dedicated to protecting the legal rights of children by providing a range of legal services, education, and advocacy for their communities, in child welfare and other areas (such as immigration and juvenile justice). Each has extensive legal and practical experience in issues regarding child welfare.

Proposed *amici* have a substantial interest in the Court's resolution of this case because the issues this Court will decide have a direct impact on their work and their clients. Many of proposed *amici*'s clients are vulnerable children and families, including non-citizens, who are involved in complex child protection and juvenile justice matters. Proposed *amici* provide family and legal counseling to these vulnerable individuals, and help guide them through the intricacies of the state and federal child welfare and juvenile justice systems.

As a result of their regular interaction with children, proposed *amici* are well-positioned to articulate the nature of the irreparable harms at issue in this case. These legal service organizations and child welfare professionals understand the devastating harm that can be inflicted on vulnerable parents and children by the forcible separation of families. *See Miller-Wohl Co., Inc. v. Commissioner of Labor and Industry*, 694 F.2d 203, 204 (9th Cir. 1982) ("[T]he classic role of amicus curiae [is] assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration.").

Proposed *amici* include the following legal services organizations and child welfare professionals:

**Children's Rights** is a national advocacy non-profit organization dedicated to improving the lives of vulnerable children in government systems. Children's Rights has a 20-year track record of using civil rights litigation, policy expertise, and public education to create positive systems change. Children's Rights has successfully challenged unnecessary and harmful practices in the over-institutionalization of children in state custody, especially children who already have been traumatized as a

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

MEMO. OF POINTS & AUTHORITIES ISO MTN. FOR LEAVE TO
FILE BRIEF BY *AMICI CURIAE*
CASE NO.: 3:18-CV-00428-DMS-MDD

result of separation from their homes and families.  Children's Rights also directly represents immigrant youth petitioning for the legal right to remain and work in the United States indefinitely ("Special Immigrant Juvenile Status").

**Children's Defense Fund** ("CDF") Leave No Child Behind® mission is to ensure every child a Healthy Start, a Head Start, a Fair Start, a Safe Start and a Moral Start in life and successful passage to adulthood with the help of caring families and communities.  CDF is a 501(c)(3) child advocacy organization that has advocated and worked relentlessly for more than 40 years on behalf of children to ensure children are always a priority, and to ensure a level playing field for all children.  A major goal of CDF's work is to keep children safely with their parents because children grow best in families and a healthy parent-child relationship is key to children's healthy development and safety.  Forced separation puts children at increased risk of harm and has long-term consequences for physical and mental health.

**Children's Law Center of Minnesota** ("CLC") is a 501c(3) organization whose mission is to promote the rights and interests of Minnesota's children, especially children of color and children with disabilities, in the judicial, child welfare, health care, and education systems.  CLC carries out its mission in three ways: (1) by providing direct legal representation for children in child protection (dependency) matters in Minnesota juvenile courts; (2) by advocating and participating in state-wide efforts to improve and reform the child protection and juvenile justice systems; and (3) by training volunteer lawyers and other child advocates to represent children.

**Dr. Luis H. Zayas** is Dean of the Steve Hicks School of Social Work at the University of Texas at Austin ("UT Austin"), holds the Robert Lee Sutherland Chair in Mental Health and Social Policy and is Professor of Psychiatry at the Dell Medical School of UT Austin.  He is a licensed clinical social worker and psychologist. His primary areas of research and clinical practice are on (1) the mental health effects of detention on refugee families fleeing violence and (2) U.S. citizen-children's development and psychosocial functioning when their undocumented parents have been deported.  His opinions and findings are his own and do not reflect the opinion of UT Austin.

**First Star** has worked extensively with foster youth across the nation for 19 years by partnering with child welfare agencies, universities, and school districts to ensure foster youth have the academic, life skills, and adult supports needed to successfully transition to higher education and adulthood.  First Star knows first-hand the effects of trauma on a young person.

**Foster Children's Project of the Legal Aid Society of Palm Beach County** (the "Project") was created 16 years ago for the express purpose of providing counsel to children in the dependency system.  The Project was created with the simple premise that children, being young human beings, have certain rights under the Constitution, including the liberty interest in preserving familial relationships and being free of state custody.

**Juvenile Law Center** ("JLC") advocates for rights, dignity, equity and opportunity for youth in the child welfare and justice systems through litigation, appellate advocacy, amicus briefs, policy reform, public education, training, and consulting. Founded in 1975, JLC is the first non-profit, public interest law firm for children in the country. JLC strives to ensure that laws, policies, and practices affecting youth advance racial and economic equity and are rooted in research, consistent with children's unique developmental characteristics, and reflective of international human rights values.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

MEMO. OF POINTS & AUTHORITIES ISO MTN. FOR LEAVE TO
FILE BRIEF BY *AMICI CURIAE*
CASE NO.: 3:18-CV-00428-DMS-MDD

**Lawyers For Children** ("LFC") is a non-profit legal corporation dedicated to protecting the rights of New York City foster care children, and compelling system-wide child welfare reform.  Since 1984, LFC has served as court-appointed attorneys for children in more than 30,000 court proceedings involving foster care, abuse, neglect, termination of parental rights, adoption, guardianship, custody and visitation. LFC has an Immigration Rights Project and provides advocacy for undocumented immigrant clients, including children in removal proceedings who are eligible for Special Immigrant Juvenile Status ("SIJS").

**Legal Counsel for Youth and Children** ("LCYC") protects children's unique legal rights and interests through holistic, multidisciplinary, legal advocacy.  We focus on children involved in child welfare, juvenile offense, and homelessness systems.  In collaboration with the Northwest Immigrant Rights Project and Kids In Need of Defense, LCYC also provides direct legal assistance to immigrant children, preventing deportation and expanding opportunities.

**Prof. Michael J. Dale** is a faculty member at Nova Southeastern University College of Law in Fort Lauderdale, Florida, where he teaches courses in family law, juvenile law, and the family and juvenile clinic.  He was the Executive Director of the San Francisco Youth Law Center after serving as Attorney-in-Charge of the Special Litigation Unit in the Juvenile Rights Division of the NYC Legal Aid Society.  For 40 years he specialized in civil rights litigation, focusing on issues related to children and their families.

**Pegasus Legal Service for Children** ("Pegasus") is a New Mexico nonprofit corporation established in 2002 to promote and defend the rights of children and youth to safe and stable homes, quality education and healthcare, and a voice in decisions that impact their lives.  Pegasus provides free legal services to hundreds of children living apart from their parents, often as wards of the State.  Pegasus attorneys witness first-hand the adverse effects both on the physical and mental health and on the long-term well-being and future prospects of children who have been removed from their family. Pegasus joins this brief as an advocate for ensuring that children are not separated from their families.

**The American Academy of Social Work and Social Welfare** ("AASWSW") is an honorific society established in 2009 to achieve excellence in the field of social work and social welfare through high-impact work that advances social good.  AASWSW informs social policy by serving as a frontline source of information regarding social work and social welfare to government and non-government entities charged with advancing the public good.  AASWSW believes that the family unit forms the backbone of our country and is deeply concerned about the treatment and well-being of detained immigrants and refugee families. Our 130 Academy Fellows proudly endorse this amicus brief.

**The Center for Children & Youth Justice** ("CCYJ") is a 501(c)(3) organization that seeks to improve – through systems reform – the outcomes of children and youth in the juvenile justice, child welfare, and related systems.  CCYJ ensures that such systems are integrated, unbiased, fueled with innovative ideas, and backed by rules and programs to achieve the best outcomes.  As a non-profit organization advocating for the rights and interests of children, CCYJ protects the right of children to be free from unnecessary or punitive interference with the family unit.

**The Children's Advocacy Institute** ("CAI") is an academic center founded in 1989, based at the University Of San Diego School Of Law, and with offices in Sacramento and Washington DC.  It supervises clinics representing children in court, provides the

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

MEMO. OF POINTS & AUTHORITIES ISO MTN. FOR LEAVE TO
FILE BRIEF BY *AMICI CURIAE*
CASE NO.: 3:18-CV-00428-DMS-MDD

text Child Rights and Remedies, and teaches courses serving a "Child Rights" concentration at the university. CAI advocates for children before legislatures, agencies and courts.

**Women's Refugee Commission** advocates for policies and programs that drive lasting change on the ground for women, children and youth displaced by war, persecution and natural disaster.

> **B.     *Amici*'s Brief Is Desirable and Relevant to the Disposition of the Issues Before the Court.**

Proposed *amici's* brief will assist the Court by providing important information about the harmful impact of unnecessary and forcible family separation on proposed *amici's* clients and the public interest. *See Safari Club Intern. v. Harris*, 2015 WL 1255491 at *1 (E.D. Cal. Jan. 14, 2015) ("District courts frequently welcome amicus briefs from nonparties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court'").

Proposed *amici* have specialized knowledge of and experience with international, federal, state and professional child welfare laws and the constitutional issues that arise in the context of family separation. *See California v. U.S. Dept. of Labor*, 2014 WL 12691095 at *1 (leave to file amicus brief granted where case implicated constitutional issues and therefore had "potential ramifications beyond the parties directly involved"). They are familiar with the child welfare system—a system that universally provides that children should not be separated from their families except in cases where they are at risk of suffering from abuse or neglect. Needlessly separating children from their parents has devastating psychological and emotional consequences in children that can affect their development into adulthood. Thus the unnecessary separation of families in asylum proceedings impacts the public interest.

Proposed *amici*, legal service organizations and child welfare professionals who counsel, advocate, and have regular contact with vulnerable children, are well-positioned to provide a unique perspective on the pervasive nature of these harms and inform the court of relevant child welfare laws and practices.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

5.

MEMO. OF POINTS & AUTHORITIES ISO MTN. FOR LEAVE TO
FILE BRIEF BY *AMICI CURIAE*
CASE NO.: 3:18-CV-00428-DMS-MDD

## III. CONCLUSION

Proposed *amici* have a concrete interest in the outcome of this case. Their brief presents the valuable perspective of legal service organizations and child welfare professionals that counsel and guide parents and children in the child welfare and juvenile justice systems. Their knowledge and perspective is both desirable and relevant to the disposition of the issues before Court. For these reasons, proposed amici respectfully request that the Court grant their Motion for Leave to File Brief by *Amici Curiae* in Support of Plaintiff's Habeas Corpus Petition and Complaint for Declaratory and Injunctive Relief.

Dated: March 2, 2018          COOLEY LLP

                                */s/ Summer Wynn*
                         _____

                         SUMMER J. WYNN

                         Attorney for *Amici Curiae*

                         Children's Rights; Children's Defense Fund; Children's Law Center of Minnesota; Dr. Luis Zayas; First Star, Inc.; Foster Children's Project of the Legal Aid Society of Palm Beach County; Juvenile Law Center; Lawyers for Children: Legal Counsel for Youth and Children; Pegasus Legal Service for Children; Prof. Michael J. Dale; The American Academy of Social Work and Social Welfare; The Center for Children & Youth Justice; The Children's Advocacy Institute; Women's Refugee Commission

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO