SUMMER J. WYNN (240005) (swynn@cooley.com)
MARY KATHRYN KELLEY (170259) (mkkelley@cooley.com)
MEGAN L. DONOHUE (266147) (mdonohue@cooley.com)
LINH K. NGUYEN (305737) (lknguyen@cooley.com)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for *Amici Curiae*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., <br><br> Petitioner-Plaintiff, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Fred Figueroa, Warden, Otay Mesa Detention Center; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement,, <br><br> Respondents-Defendants. | Case No. 3:18-cv-00428-DMS-MDD <br><br> **DECLARATION OF LINH NGUYEN IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF BY *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S HABEAS CORPUS PETITION COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** <br><br> Date: May 4, 2018 <br> Time: 1:30 p.m. <br> Dept.: 13A <br> Judge: Hon. Dana M. Sabraw |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DECLARATION OF LINH K. NGUYEN ISO MTN.
FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*
CASE NO. 3:18-CV-00428-DMS-MDD

## DECLARATION OF LINH NGUYEN

I, Linh Nguyen, declare:

1. I am licensed to practice in the State of California and am a member of the Bar of this Court. I am an associate with the law firm of Cooley LLP, attorneys of record for *amici curiae* in the above-captioned matter. I have personal knowledge of the matters set forth herein, and if called upon to do so, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of Brief by *Amici Curiae* in Support of Plaintiff's Habeas Corpus Petition and Complaint for Declaratory and Injunctive Relief.

3. Attached as Exhibit B is a true and correct copy of page 13 of the Kids in Need of Defense, Targeting Families: *How ICE Enforcement Against Parents and Family Members Endangers Children.*

4. Attached as Exhibit C is a true and correct copy of Am. Academy of Pediatrics, *AAP Statement Opposing Continued Federal Efforts to Tear Apart Immigrant Families* (June 30, 2017).

5. Attached as Exhibit D is a true and correct copy of Linton JM, Griffin M, Shapiro AJ, AAP Council on Community Pediatrics, *Detention of Immigrant Children.* Pediatrics (April 2017).

6. Attached as Exhibit E is a true and correct copy of Am. Academy of Pediatrics, *AAP Statement Opposing Separation of Mothers and Children at the Border* (March 4, 2017).

6. Attached as Exhibit F is a true and correct copy of page 2 of Department of Homeland Security: Immigration and Customs Enforcement, *Report of the ICE Advisory Committee on Family Residential Centers* (Sept. 20, 2016).

7. Attached as Exhibit G is a true and correct copy of Dube SR, Cook ML, Edwards VJ, *Health-related Outcomes of Adverse Child-hood Experiences in Texas, 2002,* Preventing Chronic Disease., vol. 7 no. 3 (May 2010).

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

DECLARATION OF LINH K. NGUYEN ISO MTN.
FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*
CASE NO. 3:18-CV-00428-DMS-MDD

8. Attached as Exhibit H is a true and correct copy of page 2 of Am. Academy of Pediatrics, *Adverse Childhood Experiences and the Lifelong Consequences of Trauma*" (2014).

9. Attached as Exhibit I is a true and correct copy of *Urgent Appeal from Experts in Child Welfare, Juvenile Justice and Child Development to Halt Any Plans to Separate Children from Parents at the Border* (Jan. 23, 2018).

10. Attached as Exhibit J is a true and correct copy of *Letter from Lucille Roybal-Allard, et.al to Sec. Kirstjen M. Nielsen* (Feb. 8, 2018).

11. Attached as Exhibit K is a true and correct copy of *Letter from Caryl M. Stern, et. al. to Sec. Kirstjen M. Nielsen* (Feb. 2, 2018).

12. Attached as Exhibit L is a true and correct copy of page 28 of Child Welfare League of America, *National Blueprint for Excellence in Child Welfare, Standards of Excellence* (2013).

13. Attached as Exhibit M is a true and correct copy of Council on Accreditation, PA-CFS 10: *Services for Parents* (Feb. 22, 2018).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 2, 2018 in San Diego, California.

_____
Linh Nguyen

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

DECLARATION OF LINH K. NGUYEN ISO MTN.
FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*
CASE NO. 3:18-CV-00428-DMS-MDD