# EXHIBIT B

> *federal crime with serious consequences and said that ICE was going to come to Nicolas' home to investigate him. Nicolas had seen reports of ICE at people's homes on television and became worried. The agent explained that he knew Nicolas had been in touch with his nephew during the child's journey to the U.S., leading Nicolas to believe that ICE had also interrogated his nephew while in custody. The agent repeatedly accused Nicolas of having arranged Matias' trip and having paid a "coyote" to smuggle him into the country, despite Nicolas' insistence that he did not plan the trip or know who had brought Matias to the border. The agent then asked for the phone number Nicolas had used to communicate with Matias. After Nicolas hung up to get the number, the agent texted shortly after to ask why it had not been sent sooner.*
>
> *Nicolas felt worried and nervous about having been accused of a federal crime, and lost sleep out of fear that agents might be watching him and come to his home. Despite his legal status, he ultimately decided not to move forward with becoming his nephew's sponsor. He has not had any contact with his nephew since, although he believes another relative may have sponsored Matias.*
>
> **-Story provided by a nonprofit organization**

Fears related to potential enforcement may result in an increase in the number of non-parent relatives or family friends sponsoring children out of ORR custody—arrangements that may make children more vulnerable to trafficking.

***Trauma to Children and Parents***

The separation of families bears significant psychological and emotional consequences for unaccompanied children.[63] For most unaccompanied children, arrival at the U.S. border comes after a difficult journey alone through dangerous terrain in which they are vulnerable to violence and abuse. The prospect of reunification with family serves as a lifeline during their escape from danger. When reunification efforts fail—or as here, are disrupted—children experience significant trauma and distress, including depression, anxiety, and hopelessness.

Developmentally, young children often attribute the experiences and emotions of others to their own thoughts and actions.[64] Studies have found that children of undocumented parents generally experience anxiety, fear, and guilt related to their parent's potential or actual deportation, and suffer negative impacts to their emotional and physical health, as well as their academic and social performance.[65] ICE's use of information provided by children and sponsors in the interest of reunification for enforcement purposes increases the likelihood that children will interpret their own search for protection as the cause of their parent's vulnerability to deportation or prosecution.

Custody and confinement add to the mental health burdens on unaccompanied children, and particularly, child survivors of trauma.[66] Without the emotional support of family members—or hope of it in the near future—children may make the decision to abandon their legal claims for protection to return home, even despite grave risks to their safety.

Children already reunified with their parents experience distinct and enduring trauma when present during enforcement actions.[67] The sight of armed law enforcement officers is frightening for children, and many sponsors have reported the use of aggressive tactics by ICE agents during enforcement