# EXHIBIT H

Adverse childhood experiences include

- *Emotional abuse*
- *Physical abuse*
- *Sexual abuse*
- *Emotional neglect*
- *Physical neglect*
- *Mother treated violently*
- *Household substance abuse*
- *Household mental illness*
- *Parental separation or divorce*
- *Incarcerated household member*

Along with the original 1998 ACE Study, there are known predictive factors that make sense to include in the list of adverse experiences. These can be single, acute events or sustained over time. Examples include death of a parent and the detrimental effect of community violence and poverty, among others.[3] Adverse childhood experiences occur regularly with children aged 0 to 18 years across all races, economic classes, and geographic regions; however, there is a much higher prevalence of ACEs for those living in poverty.

While some stress in life is normal—and even necessary for development—the type of stress that results when a child experiences ACEs may become toxic when there is "strong, frequent, or prolonged activation of the body's stress response systems **in the absence of the buffering protection of a supportive, adult relationship."**[4,5] The biological response to this toxic stress can be incredibly destructive and last a lifetime. Researchers have found many of the most common adult life-threatening health conditions, including obesity, heart disease, alcoholism, and drug use, are directly related to childhood adversity. A child who has experienced ACEs is more likely to have learning and behavioral issues and is at higher risk for early initiation of sexual activity and adolescent pregnancy. These effects can be magnified through generations if the traumatic experiences are not addressed. The financial cost to individuals and society is enormous.[6]

Never before in the history of medicine have we had better insight into the factors that determine the health of an individual from infancy to adulthood, which is part of the life course perspective—a way of looking at life not as disconnected stages but as integrated across time.

What happens in different stages of life is influenced by the events and experiences that precede it and can influence health over the life span. An expanding body of convergent knowledge generated from distinct disciplines (neuroscience, behavioral science, sociology, medicine) provides child health care professionals the opportunity to reevaluate what care is needed to maximize the effect on a child's lifelong health. Importantly, an extensive body of research now exists demonstrating the effect of traumatic stress on brain development. Healthy brain development can be disrupted or impaired by prolonged, pathologic stress response with significant and lifelong implications for learning, behavior, health, and adult functioning.[4]

# WHAT IS THE ROLE OF STRESS?



Stress in itself need not result in injury and is, by its nature, a subjective experience. Stress in a supportive environment may not be toxic. The perception of stress varies from child to child; serious threats may not disturb one child, while minor ones may be traumatic to another. This variability is multifactorial depending on a child's previous trauma, social-emotional support, and genetic predisposition.

Just as the stress of ambulation helps promote bone and muscle growth, a child needs to experience some emotional stress to develop healthy coping mechanisms and problem-solving skills. Experts categorize stress as *positive*, helping to guide growth; *tolerable*, which, while not helpful, will cause no permanent damage; or *toxic*, which is sufficient to overcome the child's undeveloped coping mechanisms and lead to long-term impairment and illness.[5]

Toxic stress response can occur when a child experiences strong, frequent, or prolonged adversity, such as physical or emotional abuse, chronic neglect, caregiver substance abuse or mental illness, exposure to violence, or the accumulated burdens of family economic hardship, in the absence of adequate adult support. This kind of prolonged activation of the stress response systems can disrupt the development of brain architecture and other organ systems and increase the risk of stress-related disease and cognitive impairment well into the adult years.