SUMMER J. WYNN (240005) (swynn@cooley.com)
MEGAN L. DONOHUE (266147) (mdonohue@cooley.com)
LINH K. NGUYEN (305737) (lknguyen@cooley.com)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for *Amici Curiae*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.,<br><br>　　　　　Petitioner-Plaintiff,<br><br>　　v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Fred Figueroa, Warden, Otay Mesa Detention Center; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement,,<br><br>　　　　　Respondents-Defendants. | Case No. 3:18-cv-00428-DMS-MDD<br><br>**PROOF OF SERVICE**<br><br>Judge:　Hon. Dana M. Sabraw |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

168594182 v1

PROOF OF SERVICE
18-CV-00428-DMS-MDD

## PROOF OF SERVICE

I hereby certify that on March 2, 2018, I electronically filed the foregoing document(s):

1. **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF BY *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S HABEAS CORPUS PETITION AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF BY *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S HABEAS CORPUS PETITION AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

3. **DECLARATION OF LINH NGUYEN IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF BY *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S HABEAS CORPUS PETITION COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record at their listed email addresse(s). Furthermore, I hereby certify, that I had personally served the following non-ECF participants with the Motion:

U.S. Attorney's Office- Mary Wiggins, Civil Process Clerk
Southern District of California- Civil Division-Federal Office Building
880 Front Street, Room 4200
San Diego, California 92101-8893

_____
Marcie Araujo
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
E-mail: maraujo@cooley.com

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO
168594182 v1
1.
PROOF OF SERVICE
18-CV-00428-DMS-MDD