Lee Gelernt
Judy Rabinovitz
Anand Balakrishnan
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

*Attorneys for Petitioner-Plaintiff*
*Additional counsel on next page*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., <br><br> *Petitioner-Plaintiff*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Fred Figueroa, Warden, Otay Mesa Detention Center; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, <br><br> *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD <br><br> Date Filed: March 2, 2018 <br><br> **CERTIFICATE OF SERVICE** |

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*samdur@aclu.org*

I hereby certify that on March 2, 2018, I electronically filed the Notice of Motion and Motion for Preliminary Injunction and the Memorandum in Support of the Motion for Preliminary Injunction and Declarations, docketed at numbers 13 and 13-1, with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system.  A true and correct copy of the Motion, Memorandum, and Declarations have been served via a document processing service on the U.S. Attorney's Office at the following address:

>    Mary Wiggins
>    Civil Process Clerk
>    U.S. Attorney's Office for the Southern District of California
>    Civil Division-Federal Office Building
>    880 Front Street, Room 4200
>    San Diego, CA 92101-8893

The Motion, Memorandum, and Declarations were also served via email to Samuel Bettwy, Assistant U.S. Attorney, at Samuel.Bettwy@usdoj.gov.

Dated: March 2, 2018                    Respectfully Submitted,

                                        */s/Lee Gelernt*
                                        Lee Gelernt
                                        AMERICAN CIVIL LIBERTIES
                                        UNION FOUNDATION
                                        IMMIGRANTS' RIGHTS PROJECT
                                        125 Broad St., 18th Floor
                                        New York, NY 10004
                                        T:  (212) 549-2660
                                        F:  (212) 549-2654
                                        *lgelernt@aclu.org*