Lee Gelernt
Judy Rabinovitz
Anand Balakrishnan
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

*Attorneys for Petitioner-Plaintiff*
*Additional counsel on next page*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., *Petitioner-Plaintiff*, v. U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Fred Figueroa, Warden, Otay Mesa Detention Center; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: March 3, 2018<br><br>**PETITIONER-PLAINTIFF NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION WITH (CORRECTED) EXHIBITS** |

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*samdur@aclu.org*

Petitioner-Plaintiff moves for a preliminary injunction to enjoin Respondents-Defendants from continuing to separate her from her daughter. The motion is based on the accompanying memorandum and (corrected) exhibits.

Dated: March 3, 2018              Respectfully Submitted,

                                  */s/Lee Gelernt*
                                  Lee Gelernt*
Bardis Vakili (SBN 247783)        Judy Rabinovitz*
ACLU FOUNDATION OF SAN            Anand Balakrishnan*
DIEGO & IMPERIAL COUNTIES         AMERICAN CIVIL LIBERTIES
P.O. Box 87131                    UNION FOUNDATION
San Diego, CA 92138-7131          IMMIGRANTS' RIGHTS PROJECT
T: (619) 398-4485                 125 Broad St., 18th Floor
F: (619) 232-0036                 New York, NY 10004
*bvakili@aclusandiego.org*        T: (212) 549-2660
                                  F: (212) 549-2654
Spencer E. Amdur (SBN 320069)     *lgelernt@aclu.org*
AMERICAN CIVIL LIBERTIES          *jrabinovitz@aclu.org*
UNION FOUNDATION                  *abalakrishnan@aclu.org*
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*samdur@aclu.org*


*Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ Lee Gelernt

Lee Gelernt, Esq.
Dated: March 3, 2018