Michael J. Shipley (SBN 233674)
michael.shipley@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Joseph M. Sanderson (SBN 305256)*
* *Petition for Admission to S.D. Cal. Pending*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for* Amici Curiae *Scholars of Immigration Law and Constitutional Law*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., <br><br> Petitioner-Plaintiff, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement, *et al.* <br><br> Respondents-Defendants. | Case No. 3:18-CV-00428-DMS-MDD <br><br> **PROOF OF SERVICE** <br><br> Judge: Hon. Dana M. Sabraw <br><br> Courtroom: 13A <br> Hearing Date: TBD <br> Hearing Time: TBD |

I, Michael Shipley, declare:

I am a citizen of the United States and employed in Los Angeles, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 333 South Hope Street, Los Angeles, California 90071. On March 4, 2018, a copy of the following documents were served by electronic transmission through the Court's CM/ECF system to the interested parties listed on the attached Service List:

1. **APPLICATION OF OF SCHOLARS OF IMMIGRATION LAW AND CONSTITUTIONAL LAW TO FILE BRIEF *AMICUS CURIAE***

2. **BRIEF OF SCHOLARS OF IMMIGRATION LAW AND CONSTITUTIONAL LAW AS *AMICI CURIAE*, IN SUPPORT OF MS. L.'s MOTION FOR A PRELIMINARY INJUNCTION**

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF systems will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the documents. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the

///

-2-

1 | CM/ECF system.

2 |     Executed on March 4, 2018, at Los Angeles, California.

                                       KIRKLAND & ELLIS LLP

                                By:    /s/ Michael Shipley
                                        Michael Shipley

*Attorneys for* Amici Curiae *Scholars of Immigration Law and Constitutional Law*

## SERVICE LIST

| | |
|---|---|
| **Anand Venkata Balakrishnan** | **Bardis Vakili** |
| **Judy Rabinovitz** | ACLU Foundation of San Diego & |
| **Lee Gelernt** | Imperial Counties |
| ACLU Immigrants Rights Project | P.O. Box 87131 |
| 125 Broad Street, 18th Floor | San Diego, CA 92138-7131 |
| New York, NY 10004 | Telephone: (619) 232-2121 |
| Telephone: (212) 549-2618 | Facsmile: (619) 232-0036 |
| Email: abalakrishnan@aclu.org | Email: bvakili@aclusandiego.org |
| Email: jrabinovitz@aclu.org | |
| Email: lgelernt@aclu.org | |
| | |
| *Counsel for Petitioner Ms. L.* | *Counsel for Petitioner Ms. L.* |

**U.S. Attorney CV**
U.S. Attorney's Office
Southern District of California, Civil Division
880 Front Street, Suite 6253
San Diego, CA 92101
Telephone: (619) 557-5662
Facsimile: (619) 557-7122
Email: Efile.dkt.civ@usdoj.gov

*Counsel for Respondents U.S. Immigration and Customs Enforcemen (ICE), U.S. Department of Homeland Security (DHS), U.S. Customs and Border Protection (CBP), U.S. Citizenship and Immigration Services (USCIS), U.S. Department of Health and Human Services (HHS), Office of Refugee Resettlement (ORR), Thomas Homan, Greg Archambeault, Joseph Greene, Kirstjen Nielsen, Jefferson B. Sessions, III, Kevin K. McAleenan, L. Francis Cissna, Pete Flores, Fred Figueroa, Alex Azar, and Scott Lloyd*