Lee Gelernt
Judy Rabinovitz
Anand Balakrishnan
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

*Attorneys for Petitioner-Plaintiff*
*Additional counsel on next page*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L.,<br><br>*Petitioner-Plaintiff's*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Fred Figueroa, Warden, Otay Mesa Detention Center; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement,<br><br>*Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: March 5, 2018<br><br>**PETITIONER-PLAINTIFF'S NOTICE OF WITHDRAWAL OF DOCUMENTS** |

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*samdur@aclu.org*

TO THE COURT AND DEFENDANTS AND THEIR COUNSEL:

PLEASE TAKE NOTICE THAT, as instructed by the Court in order to remove information inadvertently included in the exhibits that should not be made public, Petitioner-Plaintiff hereby withdraws the Motion for Preliminary Injunction and all attachments thereto (Document No. 13), filed on March 2, 2018.  That filing was made in error and Petitioner-Plaintiff does not rely on it.

Petitioner-Plaintiff has refiled and re-served a corrected version of that same Motion on March 3, 2018, captioned Amended Motion for a Preliminary Injunction (Document No. 17).

Dated: March 5, 2018                    Respectfully Submitted,

*/s/Bardis Vakili*
Lee Gelernt*                            Bardis Vakili (SBN 247783)
Judy Rabinovitz*                        ACLU FOUNDATION OF SAN
Anand Balakrishnan*                     DIEGO & IMPERIAL COUNTIES
AMERICAN CIVIL LIBERTIES                P.O. Box 87131
UNION FOUNDATION                        San Diego, CA 92138-7131
IMMIGRANTS' RIGHTS PROJECT              T: (619) 398-4485
125 Broad St., 18th Floor               F: (619) 232-0036
New York, NY 10004                      *bvakili@aclusandiego.org*
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*samdur@aclu.org*

*\*Admitted Pro Hac Vice*