UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L.,<br><br>                     Petitioner-Plaintiff,<br><br>v.<br><br>U.S IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS"); OFFICE OF REFUGEE RESETTLEMENT ("ORR"); THOMAS HOMAN, ACTING DIRECTOR OF ICE; GREG ARCHAMBEAULT, SAN DIEGO FIELD OFFICE DIRECTOR, ICE; JOSEPH GREENE, SAN DIEGO ASSISTANT FIELD OFFICE DIRECTOR, ICE, OTAY DETENTION FACILITY; KIRSTJEN NIELSEN, SECRETARY OF DHS; JEFFERSON BEAUREGARD SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES; KEVIN K. MCALEENAN, ACTING | Case No.: 18cv0428 DMS (MDD)<br><br>**ORDER GRANTING PETITIONER-PLAINTIFF'S MOTION TO FILE COMPLAINT USING PSEUDONYM** |

1

COMMISIONER OF CBP; L. FRANCIS CISSNA, DIRECTOR OF USCIS; PETE FLORES, SAN DIEGO FIELD DIRECTOR, CBP; FRED FIGUEROA, WARDEN, OTAY MESA DETENTION CENTER; ALEX AZAR, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; SCOTT LLOYD, DIRECTOR OF THE OFFICE OF REFUGEE RESETTLEMENT,

   Respondents-Defendants.

Before the Court is Petitioner-Plaintiff's Motion to File Complaint Using Pseudonym. Respondents-Defendants do not oppose the motion. Accordingly, IT IS HEREBY ORDERED that Petitioner-Plaintiff is granted leave to file the Complaint using only the Petitioner-Plaintiff's initial. An unredacted copy of the Complaint will be received as a restricted document, only available to the parties to this litigation. The parties will not disclose the unredacted Complaint or the Petitioner-Plaintiff's true name to anyone other than the parties to this litigation.

Dated: March 6, 2018

Hon. Dana M. Sabraw
United States District Judge