SPENCER E. AMDUR (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm St.
San Francisco, CA 94111
Telephone: (415) 343-1198

Email: samdur@aclu.org

Attorney for Petitioner

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.,<br><br>         *Petitioner- Plaintiff*,<br><br>v.<br><br>U.S. Department of Homeland Security, et al.,<br><br>         *Respondents*. | CASE NO.: 18-cv-0428-DMS<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Spencer E. Amdur of the American Civil Liberties Union Foundation Immigrants' Rights Project hereby enters his appearance as counsel of record on behalf of Petitioner-Plaintiff Ms. L. in the above captioned matter and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

1

1  Spencer E. Amdur
2  ACLU Immigrants' Rights Project
   39 Drumm St.
3  San Francisco, CA 94111
   Telephone: (415) 343-0774
4
5  Email: samdur@aclu.org

6  Dated: March 7, 2018                    Respectfully submitted,

7                                          By: /s/Spencer E. Amdur        .
                                              Spencer E. Amdur
8                                             samdur@aclu.org