UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L.,<br><br>　　　　Petitioner-Plaintiff,<br><br>v.<br><br>U.S IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS"); OFFICE OF REFUGEE RESETTLEMENT ("ORR"); THOMAS HOMAN, ACTING DIRECTOR OF ICE; GREG ARCHAMBEAULT, SAN DIEGO FIELD OFFICE DIRECTOR, ICE; JOSEPH GREENE, SAN DIEGO ASSISTANT FIELD OFFICE DIRECTOR, ICE, OTAY DETENTION FACILITY; KIRSTJEN NIELSEN, SECRETARY OF DHS; JEFFERSON BEAUREGARD SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES; KEVIN K. MCALEENAN, ACTING | Case No.: 18cv0428 DMS (MDD)<br><br>**ORDER (1) GRANTING IN PART AND DENYING IN PART MOTION TO EXPEDITE AND (2) SETTING BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR PRELIMINARY INJUNCTION AND MOTIONS FOR LEAVE TO FILE AMICUS BRIEFS** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | COMMISIONER OF CBP; L. FRANCIS CISSNA, DIRECTOR OF USCIS; PETE FLORES, SAN DIEGO FIELD DIRECTOR, CBP; FRED FIGUEROA, WARDEN, OTAY MESA DETENTION CENTER; ALEX AZAR, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; SCOTT LLOYD, DIRECTOR OF THE OFFICE OF REFUGEE RESETTLEMENT,<br><br>                    Respondents-Defendants. |

Petitioner-Plaintiff has filed a motion for preliminary injunction and a motion to expedite the briefing schedule and hearing date on that motion. Respondents-Defendants filed an opposition to the motion to expedite. The Court held a telephonic status conference on the motion to expedite on March 8, 2018. Bardis Vakili and Lee Gelernt appeared for Petitioner-Plaintiff, and Samuel Bettwy and Nicole Murley appeared for Respondents/Defendants. After considering the motion to expedite and Respondents-Defendants' opposition thereto, and after hearing argument from counsel, the Court orders as follows:

1. The parties shall forthwith collect a DNA sample from Petitioner-Plaintiff, who has consented to the sampling. Respondents-Defendants shall provide the results of the DNA testing to Petitioner-Plaintiff's counsel and the Court on or before **March 14, 2018**.

2. Respondents-Defendants shall file their responses to the motions for preliminary injunction and to file amicus briefs on or before **March 16, 2018**. Petitioner-Plaintiff and Amici shall file their reply briefs on or before **March 23, 2018**. Absent a finding by the Court that oral argument is unnecessary pursuant to Civil Local Rule 7.1(d)(1), the motions will be heard on **March 29, 2018**, at **1:30 p.m.**.

    **IT IS SO ORDERED**.

Dated: March 8, 2018

_____
Hon. Dana M. Sabraw
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28