Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

*Attorneys for Petitioners-Plaintiffs*         *Admitted Pro Hac Vice
*Additional counsel on next page*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L. and Ms. C., <br><br> *Petitioners-Plaintiffs*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE; Adrian P. Macias, El Paso Field Director, ICE; Frances M. Jackson, El Paso Assistant Field Office Director, ICE; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; L. Francis Cissna, Director of USCIS; Kevin K. McAleenan, Acting Commissioner of CBP; Pete Flores, San Diego Field Director, CBP; Hector A. Mancha Jr., El Paso Field Director, CBP; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, <br><br> *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD <br><br> Date Filed: March 9, 2018 <br><br> **MOTION TO FILE AMENDED COMPLAINT USING PSEUDONYM** |

1  Spencer E. Amdur (SBN 320069)
2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
3  39 Drumm Street
   San Francisco, CA 94111
4  T:  (415) 343-1198
   F:  (415) 395-0950
5  *samdur@aclu.org*

1  Petitioner-Plaintiff respectfully requests that the Court permit her to file this
2  action using only her initial (Ms. C.).  The amended complaint using only her initial
3  was filed on March 9, 2018, by ECF.  The basis for this motion is that Ms. C., an
4  asylum-seeker from Brazil, fears persecution and possible death if her identity is
5  exposed.
6  This case is brought to reunite Ms. C. with her 14 year-old son, J. (he is
7  identified with by his initial because he is a minor).  Fearing persecution in Brazil,
8  Ms. C. escaped with J.  Based on her expression of a fear of returning to Brazil, Ms.
9  C. was given an initial screening interview before an asylum officer, which she
10 passed.
11 Since coming to the United States, Ms. C. and J. have been detained.  Ms. C.
12 and J. were initially detained together.  Ms. C. was prosecuted and convicted of the
13 misdemeanor of entering the country illegally.  Ms. C. was separated from J. during
14 this time and spent 25 dails in jail for the misdemeanor.  She was then sent to an
15 immigration detention center in Texas called the El Paso Processing Center, and
16 subsequently to the West Texas Detention Facility, also known as Sierra Blanca.
17 Ms. C. has been held in immigreation detention since September 22, 2017, apart
18 from her son.  J. has been held alone in a facility in Chicago.  This action is brought
19 to reunite mother and son.
20 Ms. C. is proceeding under her initial because she fears persecution or death
21 in Brazil if returned, and that danger is increased if her persecutors learn that she
22 has sought asylum in the United States.  Ms. C. accordingly seeks leave to file this
23 action using only her initial.

| | |
|---|---|
| Dated: March 9, 2018 | Respectfully Submitted, |
| | */s/Lee Gelernt* |
| Bardis Vakili (SBN 247783) | Lee Gelernt* |
| ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES | Judy Rabinovitz* |
| P.O. Box 87131 | Anand Balakrishnan* |
| San Diego, CA 92138-7131 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| T: (619) 398-4485 | IMMIGRANTS' RIGHTS PROJECT |
| F: (619) 232-0036 | 125 Broad St., 18th Floor |
| *bvakili@aclusandiego.org* | New York, NY 10004 |
| | T: (212) 549-2660 |
| Spencer E. Amdur (SBN 320069) | F: (212) 549-2654 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | *lgelernt@aclu.org* |
| IMMIGRANTS' RIGHTS PROJECT | *jrabinovitz@aclu.org* |
| 39 Drumm Street | *abalakrishnan@aclu.org* |
| San Francisco, CA 94111 | |
| T: (415) 343-1198 | |
| F: (415) 395-0950 | |
| *samdur@aclu.org* | |