

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

Ms. L. et al

**Plaintiff,**

V.

U.S. Immigration and Customs Enforcement et al

**Defendant.**

FILED

3/9/2018

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:        A. Finnell-Yepez , Deputy

Civil No. 18cv0428-DMS-MDD

**STRICKEN DOCUMENT:**

Motion to Certify Class

**Per Order #     41**

35