| | |
|---|---|
| Lee Gelernt* <br> Judy Rabinovitz* <br> Anand Balakrishnan* <br> AMERICAN CIVIL LIBERTIES <br> UNION FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 125 Broad St., 18th Floor <br> New York, NY 10004 <br> T: (212) 549-2660 <br> F: (212) 549-2654 <br> *lgelernt@aclu.org* <br> *jrabinovitz@aclu.org* <br> *abalakrishnan@aclu.org* | Bardis Vakili (SBN 247783) <br> ACLU FOUNDATION OF SAN <br> DIEGO & IMPERIAL COUNTIES <br> P.O. Box 87131 <br> San Diego, CA 92138-7131 <br> T: (619) 398-4485 <br> F: (619) 232-0036 <br> *bvakili@aclusandiego.org* |

*Attorneys for Petitioners-Plaintiffs*     *Admitted Pro Hac Vice*
*Additional counsel on next page*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L. and Ms. C., <br><br> *Petitioners-Plaintiffs*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE; Adrian P. Macias, El Paso Field Director, ICE; Frances M. Jackson, El Paso Assistant Field Office Director, ICE; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; L. Francis Cissna, Director of USCIS; Kevin K. McAleenan, Acting Commissioner of CBP; Pete Flores, San Diego Field Director, CBP; Hector A. Mancha Jr., El Paso Field Director, CBP; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, <br><br> *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD <br><br> Date Filed: March 9, 2018 <br><br> **NOTICE OF MOTION AND MOTION TO FILE RESTRICTED DECLARATION OF MS. C.** |

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*samdur@aclu.org*

Petitioner-Plaintiff, Ms. C, respectfully requests that the Court permit her to file a restricted declaration.

The declaration contains the full name of Ms. C. For her privacy and safety, Petitioner-Plaintiff requests permission to file an unrestricted declaration with her full name redacted, and a restricted declaration with her full name. The two declarations are identical except for the inclusion of her full name.

Dated: March 9, 2018                               Respectfully Submitted,

                                                   */s/Lee Gelernt*
Bardis Vakili (SBN 247783)                         Lee Gelernt*
ACLU FOUNDATION OF SAN                             Judy Rabinovitz*
DIEGO & IMPERIAL COUNTIES                          Anand Balakrishnan*
P.O. Box 87131                                     AMERICAN CIVIL LIBERTIES
San Diego, CA 92138-7131                           UNION FOUNDATION
T: (619) 398-4485                                  IMMIGRANTS' RIGHTS PROJECT
F: (619) 232-0036                                  125 Broad St., 18th Floor
*bvakili@aclusandiego.org*                         New York, NY 10004
                                                   T: (212) 549-2660
Spencer E. Amdur (SBN 320069)                      F: (212) 549-2654
AMERICAN CIVIL LIBERTIES                           *lgelernt@aclu.org*
UNION FOUNDATION                                   *jrabinovitz@aclu.org*
IMMIGRANTS' RIGHTS PROJECT                         *abalakrishnan@aclu.org*
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*samdur@aclu.org*

1