# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF E-FILED DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 18cv0428 DMS (MDD) |
| TITLE: | Ms. L. v. U.S. Immigration and Customs Enforcement |
| E-FILED DATE: 3/9/2018 | DOCUMENT NO.: 35 |
| DOCUMENT TITLE: | Notice of Motion and Motion for Class Certification |
| DOCUMENT FILED BY: | Petitioners-Plaintiffs |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

Civil Local Rule 7.1.b. – Counsel must obtain a hearing date from chambers prior to filing motions.

**IT IS HEREBY ORDERED:**

☐ The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record.

☒ The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties.

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: March 9, 2018

_____
Hon. Dana M. Sabraw
United States District Judge