| | |
|---|---|
| Lee Gelernt* | Bardis Vakili (SBN 247783) |
| Judy Rabinovitz* | ACLU FOUNDATION OF SAN |
| Anand Balakrishnan* | DIEGO & IMPERIAL COUNTIES |
| AMERICAN CIVIL LIBERTIES | P.O. Box 87131 |
| UNION FOUNDATION | San Diego, CA 92138-7131 |
| IMMIGRANTS' RIGHTS PROJECT | T: (619) 398-4485 |
| 125 Broad St., 18th Floor | F: (619) 232-0036 |
| New York, NY 10004 | *bvakili@aclusandiego.org* |
| T: (212) 549-2660 | |
| F: (212) 549-2654 | |
| *lgelernt@aclu.org* | |
| *jrabinovitz@aclu.org* | |
| *abalakrishnan@aclu.org* | |

*Attorneys for Petitioners-Plaintiffs*     *\*Admitted Pro Hac Vice*
*Additional counsel on next page*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L. and Ms. C., | Case No. 18-cv-00428-DMS-MDD |
| *Petitioners-Plaintiffs*, | |
| v. | Date Filed: March 9, 2018 |
| U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE; Adrian P. Macias, El Paso Field Director, ICE; Frances M. Jackson, El Paso Assistant Field Office Director, ICE; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; L. Francis Cissna, Director of USCIS; Kevin K. McAleenan, Acting Commissioner of CBP; Pete Flores, San Diego Field Director, CBP; Hector A. Mancha Jr., El Paso Field Director, CBP; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, | **NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: April 27, 2018<br>Time: TBD<br>Courtroom: 13A<br>Judge: Hon. Dana Sabraw |
| *Respondents-Defendants*. | |

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*samdur@aclu.org*

|   |   |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD: |

PLEASE TAKE NOTICE that a hearing date of April 27, 2018 has been set in Courtroom 13A before the Hon. Judge Dana Sabraw for Plaintiffs-Petitioners' motion for an order to grant certification of the proposed class defined as follows:

> All adult parents nationwide who (1) are or will be detained in immigration custody by the Department of Homeland Security, and (2) have a minor child who is or will be separated from them by DHS and detained in ORR custody, absent a demonstration in a hearing that the parent is unfit or presents a danger to the child.

Plaintiffs-Petitioners' Motion for Class Certification is based on this Notice of Motion and Motion for Class Certification; the concurrently-filed Memorandum in Support of Plaintiff-Petitioners' Motion for Class Certification; the Declaration of Bardis Vakili in Support of Plaintiffs-Petitioners' Motion for Class Certification and exhibits attached thereto; all papers, pleadings, records, and files in this case; all matters of which judicial notice may be taken; and such other arguments and/or evidence as may be presented to this Court at a hearing on this Motion.

Dated: March 9, 2018               Respectfully Submitted,

*/s/Lee Gelernt*

| | |
|---|---|
| Bardis Vakili (SBN 247783) <br> ACLU FOUNDATION OF SAN <br> DIEGO & IMPERIAL COUNTIES <br> P.O. Box 87131 <br> San Diego, CA 92138-7131 <br> T: (619) 398-4485 <br> F: (619) 232-0036 <br> *bvakili@aclusandiego.org* <br><br> Spencer E. Amdur (SBN 320069) <br> AMERICAN CIVIL LIBERTIES <br> UNION FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 39 Drumm Street | Lee Gelernt* <br> Judy Rabinovitz* <br> Anand Balakrishnan* <br> AMERICAN CIVIL LIBERTIES <br> UNION FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 125 Broad St., 18th Floor <br> New York, NY 10004 <br> T: (212) 549-2660 <br> F: (212) 549-2654 <br> *lgelernt@aclu.org* <br> *jrabinovitz@aclu.org* <br> *abalakrishnan@aclu.org* |

1                                  Case No. 18-cv-00428-DMS-MDD

San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*samdur@aclu.org*