CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation (OIL)
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director, OIL District Court Section
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

Attorneys for Federal Respondents-Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, | Case No. 18cv428 DMS MDD |
| Petitioner-Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents-Defendants. | |

1  IT IS HEREBY CERTIFIED THAT:

2  I, the undersigned, am a citizen of the United States and am at least eighteen years
3  of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-
4  8893. I am not a party to the above-entitled action. I have caused service of the
5  accompanying

**NOTICE OF DNA RESULTS**

7  on all counsel of record, by electronically filing the foregoing with the Clerk of the District
8  Court using its ECF System, which electronically provides notice.

9  I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 12, 2018    *s/ Samuel W. Bettwy*
Samuel W. Bettwy