CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation (OIL)
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director, OIL District Court Section
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

Attorneys for Federal Respondents-Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L, et al.,<br><br>Petitioners-Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>DATE: March 29, 2018<br>TIME: 1:30 p.m.<br>Hon. Dana M. Sabraw<br><br>**RESPONDENTS'**<br>**EX PARTE MOTION TO FILE**<br>**EXHIBITS AS RESTRICTED**<br>**DOCUMENT** |

By and through their undersigned counsel, Respondents respectfully move this Court for an order authorizing the filing, as a restricted document, the accompanying **Exhibits** in support of Respondents' Response in Opposition to Petitioners' Motion for Preliminary Injunction [ECF Doc. 46.]

Respondent ask that the documents, which have been redacted, be received as a restricted document, available only to the parties to this litigation, primarily to protect the privacy of Petitioner Ms. L as well as her daughter.

DATED: March 16, 2018           Respectfully submitted,

ADAM L. BRAVERMAN
United States Attorney

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY
Assistant U.S. Attorney

CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice

Attorneys for Respondents-Defendants