| | |
|---|---|
| Lee Gelernt*<br>Judy Rabinovitz*<br>Anand Balakrishnan*<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>T:  (212) 549-2660<br>F:  (212) 549-2654<br>*lgelernt@aclu.org*<br>*jrabinovitz@aclu.org*<br>*abalakrishnan@aclu.org* | Bardis Vakili (SBN 247783)<br>ACLU FOUNDATION OF SAN<br>DIEGO & IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>T: (619) 398-4485<br>F: (619) 232-0036<br>*bvakili@aclusandiego.org* |

*Attorneys for Petitioners-Plaintiffs*        *\*Admitted Pro Hac Vice*
*Additional counsel on next page*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al.,<br>  *Petitioners-Plaintiffs*,<br>v.<br>U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE; Adrian P. Macias, El Paso Field Director, ICE; Frances M. Jackson, El Paso Assistant Field Office Director, ICE; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; L. Francis Cissna, Director of USCIS; Kevin K. McAleenan, Acting Commissioner of CBP; Pete Flores, San Diego Field Director, CBP; Hector A. Mancha Jr., El Paso Field Director, CBP; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement,<br>  *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: March 19, 2018<br><br>**NOTICE OF MOTION AND MOTION FOR CLASSWIDE PRELIMINARY INJUNCTIVE RELIEF**<br><br>CLASS ACTION<br><br>Hearing Date: April 27, 2018<br>Time: TBD<br>Courtroom: 13A<br>Judge: Hon. Dana Sabraw |

1  Spencer E. Amdur (SBN 320069)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
2  IMMIGRANTS' RIGHTS PROJECT
3  39 Drumm Street
   San Francisco, CA 94111
4  T:  (415) 343-1198
   F:  (415) 395-0950
5  *samdur@aclu.org*

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a hearing date of April 27, 2018 has been set in Courtroom 13A before the Hon. Judge Dana Sabraw for Plaintiffs-Petitioners' Motion for Classwide Preliminary Injunctive Relief.

Plaintiffs-Petitioners' Motion for Classwide Preliminary Injunctive Relief is based on this Notice of Motion and Motion; the concurrently-filed Memorandum in Support of Plaintiff-Petitioners' Motion for Classwide Preliminary Injunctive Relief and all exhibits attached thereto; all papers, pleadings, records, and files in this case; all matters of which judicial notice may be taken; and such other arguments and/or evidence as may be presented to this Court at a hearing on this Motion.

| | |
|---|---|
| Dated: March 19, 2018 | Respectfully Submitted, |
| | */s/Lee Gelernt* |
| Bardis Vakili (SBN 247783) | Lee Gelernt* |
| ACLU FOUNDATION OF SAN | Judy Rabinovitz* |
| DIEGO & IMPERIAL COUNTIES | Anand Balakrishnan* |
| P.O. Box 87131 | AMERICAN CIVIL LIBERTIES |
| San Diego, CA 92138-7131 | UNION FOUNDATION |
| T: (619) 398-4485 | IMMIGRANTS' RIGHTS PROJECT |
| F: (619) 232-0036 | 125 Broad St., 18th Floor |
| *bvakili@aclusandiego.org* | New York, NY 10004 |
| | T: (212) 549-2660 |
| Spencer E. Amdur (SBN 320069) | F: (212) 549-2654 |
| AMERICAN CIVIL LIBERTIES | *lgelernt@aclu.org* |
| UNION FOUNDATION | *jrabinovitz@aclu.org* |
| IMMIGRANTS' RIGHTS PROJECT | *abalakrishnan@aclu.org* |
| 39 Drumm Street | |
| San Francisco, CA 94111 | |
| T: (415) 343-1198 | |
| F: (415) 395-0950 | |
| *samdur@aclu.org* | |

*Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this motion has been served via the Court's CM/ECF system on all counsel of record.

/s/ Lee Gelernt
Lee Gelernt, Esq.