CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation (OIL)
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director, OIL District Court Section
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

Attorneys for Federal Respondents-Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>      Petitioners-Plaintiffs,<br><br>  vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>      Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>Hon. Dana M. Sabraw<br><br>**JOINT MOTION TO RESET HEARING DATE AND SET BRIEFING SCHEDULE** |

The parties have conferred and have agreed that, in the interests of proceeding with this litigation in the most orderly and efficient manner possible, the hearing on Petitioners-Plaintiffs' pending motions for class certification and preliminary injunctive relief should be held on the same date as Respondents-Defendants' forthcoming motion to dismiss. Accordingly, Respondents-Defendants, U.S. Immigration and Customs Enforcement, et al., together with Petitioners-Plaintiffs, Ms. L, et al., jointly move this Court to:

(1) change the hearing date for Plaintiffs' pending motions from April 27, 2018, to May 4, 2018;

(2) set a hearing date for Defendants' forthcoming motion to dismiss for the same date, May 4, 2018; and

(3) set the following briefing schedule:

- No later than April 6, 2018, Respondents-Defendants will file their anticipated Motion to Dismiss

- No later than April 20, 2018, Respondents-Defendants will file their oppositions to Petitioners-Plaintiffs' Motion for Preliminary Injunction and Motion for Class Certification, and Petitioners-Plaintiffs will file their opposition to Respondents-Defendants' Motion to Dismiss

- No later than April 27, 2018, Respondents-Defendants will file their reply in support of their Motion to Dismiss, and Petitioners-Plaintiffs will file their replies in support of their Motion for Preliminary Injunction and Motion for Class Certification

///
///
///

| | | |
|---|---|---|
| 1 | Dated: March 21, 2018 | Respectfully Submitted, |
| 2 | | ADAM L. BRAVERMAN<br>United States Attorney |
| 3 | | |
| 4 | | s/ *Samuel W. Bettwy*<br>SAMUEL W. BETTWY<br>Assistant U.S. Attorney |
| 5 | | |
| 6 | | CHAD A. READLER<br>Acting Assistant Attorney General |
| 7 | | WILLIAM C. PEACHEY<br>Director |
| 8 | | WILLIAM C. SILVIS |
| 9 | | Assistant Director<br>SARAH B. FABIAN |
| 10 | | Senior Litigation Counsel |
| 11 | | NICOLE MURLEY<br>Trial Attorney |
| 12 | | Office of Immigration Litigation |
| 13 | | Civil Division, U.S. Department of Justice |
| 14 | | Attorneys for Respondents-Defendants |
| 15 | DATED: March 21, 2018 | AMERICAN CIVIL LIBERTIES |
| 16 | | UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT |
| 17 | | s/ *Lee Gelernt* |
| 18 | | LEE GELERNT |
| 19 | | JUDY RABINOVITZ<br>ANAND BALAKRISHNAN |
| 20 | | SPENCER E. AMDUR |
| 21 | | |
| 22 | | ACLU FOUNDATION OF SAN DIEGO |
| 23 | | & IMPERIAL COUNTIES |
| 24 | | s/ *Bardis Vakili*<br>BARDIS VAKILI |
| 25 | | Attorneys for Petitioners-Defendants |
| 26 | | |
| 27 | | |
| 28 | | |

     Pursuant to Section 2(f)(4), Electronic Case Filing Administrative Policies and Procedures of the U.S. District Court for the Southern District of California, I certify that opposing counsel have authorized me to affix their electronic signatures to this joint motion.

DATED: March 21, 2018

                                            ADAM L. BRAVERMAN
                                            United States Attorney

*s/ Samuel W. Bettwy*

SAMUEL W. BETTWY
Assistant U.S. Attorney

Attorneys for Respondents-Defendants