UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Respondents-Defendants. | Case No. 18cv428 DMS MDD <br><br> **ORDER (1) GRANTING JOINT MOTION TO RESET HEARING DATE AND SET BRIEFING SCHEDULE AND (2) DENYING AS MOOT MOTION FOR PRELIMINARY INJUNCTION AND VACATING HEARING DATE THEREON** |

Before the Court is the parties' Joint Motion to Reset Hearing Date and Set Briefing Schedule. For good cause shown, IT IS HEREBY ORDERED that the April 27, 2018 hearing date on Petitioners-Plaintiffs' Motion for Classwide Preliminary Injunctive Relief and Motion for Class Certification be continued until **May 4, 2018**, at **1:30 p.m.**, and the hearing on Defendants' anticipated Motion to Dismiss be set for that same date and time, **May 4, 2018**, at **1:30 p.m.**

Respondents-Defendants shall file their Motion to Dismiss no later than **April 6, 2018**, Petitioners-Plaintiff's response shall be due by **April 20, 2018**, and Respondents-Defendants' reply shall be due by **April 27, 2018**.

Respondents-Defendants shall file their oppositions to Petitioners-Plaintiffs' Motion for Preliminary Injunction and Motion for Class Certification no later than **April 20, 2018**, and Petitioners-Plaintiffs will file their respective replies no later than **April 27, 2018**.

In light of the Government's decision to release Ms. L and to release S.S. to the custody of her mother, Petitioner-Plaintiff Ms. L's March 3, 2018 motion for preliminary injunction is denied as moot, and the March 29, 2018 hearing on that motion is vacated.

Dated: March 22, 2018

Hon. Dana M. Sabraw
United States District Judge