UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L.,<br><br>                    Petitioner-Plaintiff,<br><br>v.<br><br>U.S IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS"); OFFICE OF REFUGEE RESETTLEMENT ("ORR"); THOMAS HOMAN, ACTING DIRECTOR OF ICE; GREG ARCHAMBEAULT, SAN DIEGO FIELD OFFICE DIRECTOR, ICE; JOSEPH GREENE, SAN DIEGO ASSISTANT FIELD OFFICE DIRECTOR, ICE, OTAY DETENTION FACILITY; KIRSTJEN NIELSEN, SECRETARY OF DHS; JEFFERSON BEAUREGARD SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES; KEVIN K. MCALEENAN, ACTING | Case No.: 18cv0428 DMS (MDD)<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO FILE AMICUS BRIEFS** |

1

| | |
|---|---|
| 1 | COMMISIONER OF CBP; L. FRANCIS CISSNA, DIRECTOR OF USCIS; PETE FLORES, SAN DIEGO FIELD DIRECTOR, CBP; FRED FIGUEROA, WARDEN, OTAY MESA DETENTION CENTER; ALEX AZAR, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; SCOTT LLOYD, DIRECTOR OF THE OFFICE OF REFUGEE RESETTLEMENT, |

          Respondents-Defendants.

This case comes before the Court on the two motions for leave to file briefs amicus curiae. (*See* Docket Nos. 17, 23.) Both motions are unopposed. (*See* Docket No. 45.) Accordingly, the Court grants both motions.

**IT IS SO ORDERED**.

Dated: March 22, 2018

                                             Hon. Dana M. Sabraw
                                             United States District Judge