CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
District Court Section, Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 532-4824
Fax: (202) 616-8962
Email: Sarah.B.Fabian@usdoj.gov

*Attorneys for Federal Respondents*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L,, et al., <br><br> Petitioner-Plaintiff, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Respondents-Defendants. | Case No. 18cv428 DMS MDD <br><br> NOTICE OF "APPEARANCE" |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the Federal Respondents-Defendants in the above-captioned case. I certify that I am authorized to practice under CivLR 83.3.c.3. I should receive all future Notices of Electronic Filings relating to activity in this case at the following e-mail address:

sarah.b.fabian@usdoj.gov

This notice is purely for the purpose of obtaining Notices of Electronic Filings in this case and does not constitute a waiver of any defense or objection, including but not limited to personal jurisdiction, sufficient process, sufficient process of service and proper venue.

Please feel free to contact me should you have any questions regarding this notice.

///

///

///

///

///

///

///

///

///

///

| | | |
|---|---|---|
| DATED: March 23, 2018 | | Respectfully submitted,<br>CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division |
| | | WILLIAM C. PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation |
| | | WILLIAM C. SILVIS<br>Assistant Director, District Court Section<br>Office of Immigration Litigation |
| | BY: | /s/ *Sarah B. Fabian*<br>SARAH B. FABIAN, BBO# 660662<br>Senior Litigation Counsel<br>District Court Section<br>Office of Immigration Litigation<br>Civil Division, U.S. Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 532-4824<br>Fax: (202) 616-8962<br>Email: Sarah.B.Fabian@usdoj.gov<br><br>*Attorneys for Defendants-Respondents* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this motion has been served via the Court's CM/ECF system on all counsel of record.

        /s/ *Sarah B. Fabian*
        SARAH B. FABIAN
        U.S. Department of Justice