CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE N. MURLEY (NY Bar No 4484083)
Trial Attorney, District Court Section
Office of Immigration Litigation
U.S. Department of Justice
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-0473/(202) 305-7000 (fax)
Nicole.Murley@usdoj.gov

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-549-7125/(619)546-7751(fax)

Attorneys for Federal Respondents-Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L. and Ms. C., *Petitioners-Plaintiffs*, vs. U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("HHS"); Office of Refugee Resettlement ("ORR"); | Case No. 18-cv-00428-DMS-MDD  NOTICE OF APPEARANCE |

Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE; Adrian P. Macias, El Paso Field Director, ICE; Frances M. Jackson, El Paso Assistant Field Office Director, ICE; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; L. Francis Cissna, Director of USCIS; Kevin K. McAleenan, Acting Commissioner of CBP; Hector A. Mancha Jr., El Paso Field Director, CBP; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement,

*Respondents-Defendants*.

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the Federal Respondents/Defendants in the above-captioned case. I certify that I am admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4. I should receive all future Notices of Electronic Filings relating to activity in this case at the following e-mail address: Nicole.Murley@usdoj.gov

Please feel free to contact me should you have any questions regarding this notice.

Notice of Appearance

2

18-cv-00428-DMS-MDD

| | | |
|---|---|---|
| 1 | DATED: March 27, 2018 | Respectfully submitted, |
| 2 | | ADAM L. BRAVERMAN<br>United States Attorney |
| 3 | | |
| 4 | | SAMUEL W. BETTWY<br>Assistant U.S. Attorney |
| 5 | | CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division |
| 6 | | |
| 7 | | WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation |
| 8 | | |
| 9 | | WILLIAM C. SILVIS<br>Assistant Director<br>Office of Immigration Litigation |
| 10 | | |
| 11 | | SARAH B. FABIAN<br>Senior Litigation Counsel |
| 12 | | |
| 13 | By: | */s/ Nicole N. Murley*<br>NICOLE N. MURLEY |
| 14 | | Trial Attorney |
| 15 | | U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation |
| 16 | | P.O. Box 868 Ben Franklin Station<br>Washington, DC 20044 |
| 17 | | (202) 616-0473 |
| 18 | | Nicole.Murley@usdoj.gov |
| 19 | | Counsel for Defendants/Respondents |