CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

ADAM L. BRAVERMAN
Acting United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
CAROLINE J. PRIME
Assistant U.S. Attorney
California Bar No. 220000
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125 / 7183
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L., et al.,<br><br>　　　　　Petitioner-Plaintiff,<br><br>　vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　Respondents-Defendants. | Case No. 18-cv-428 DMS MDD<br><br>HEARING DATE: May 4, 2018<br>Hon. Dana M. Sabraw<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a hearing date of May 4, 2018 has been set in Courtroom 13A before the Hon. Judge Dana Sabraw for Defendant-Respondents' Motion to Dismiss.

Defendant-Respondents' Motion to Dismiss is based on this Notice of Motion and Motion to Dismiss; the concurrently-filed Memorandum of Points and Authorities in Support of Motion to Dismiss; all papers, pleadings, records, and files in this case; all matters of which judicial notice may be taken; and such other arguments and/or evidence as may be presented to this Court at a hearing on this Motion.

DATED: April 6, 2018                    Respectfully submitted,

                                            CHAD A. READLER
                                            Acting Assistant Attorney General
                                            WILLIAM C. PEACHEY
                                            Director
                                            WILLIAM C. SILVIS
                                            Assistant Director

                                            */s/ Sarah B. Fabian*
                                            SARAH B. FABIAN
                                            Senior Litigation Counsel
                                            NICOLE MURLEY
                                            Trial Attorney
                                            Office of Immigration Litigation
                                            Civil Division, U.S. Department of Justice
                                            P.O. Box 868, Ben Franklin Station
                                            Washington, DC 20044
                                            (202) 532-4824
                                            (202) 616-8962 (facsimile)
                                            sarah.b.fabian@usdoj.gov

1
2
3  ADAM L. BRAVERMAN
   Acting United States Attorney

4  s/ *Samuel W. Bettwy*
   SAMUEL W. BETTWY
5  Assistant U.S. Attorney

6
7  CAROLINE J. PRIME
   Assistant U.S. Attorney
8
   *Attorneys for Respondents-Defendants*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28