EXHIBIT C

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
EL PASO, TX

FILE: A█████████

IN THE MATTER OF:

████ C████ ███████

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Department of Homeland Security and the respondent, it is hereby

\_\_\_\_\_ ORDERED that the request for a change in custody status be denied.

\_\_\_\_\_ ORDERED that the request be granted and that respondent be:

\_\_\_\_\_ released from custody on his own recognizance

__X__ released from custody under bond of $ 3,000

__X__ OTHER  EPS Monitoring @ DHS Discretion

Copy of this decision has been served on the respondent and the Department of Homeland Security.

APPEAL: (waived) -- reserved

EL PASO -- EL PASO SERVICE PROCESSING CENTER

Date: Apr 5, 2018

_____
WILLIAM L. ABBOTT
Immigration Judge

XS