1

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

Ms. L. and Ms. C.,

*Petitioners-Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement
("ICE"); U.S. Department of Homeland Security
("DHS"); U.S. Customs and Border Protection
("CBP"); U.S. Citizenship and Immigration
Services ("USCIS"); U.S. Department of Health
and Human Services ("HHS"); Office of
Refugee Resettlement ("ORR"); Thomas
Homan, Acting Director of ICE; Greg
Archambeault, San Diego Field Office Director,
ICE; Joseph Greene, San Diego Assistant Field
Office Director, ICE; Adrian P. Macias, El Paso
Field Director, ICE; Frances M. Jackson, El Paso
Assistant Field Office Director, ICE; Kirstjen
Nielsen, Secretary of DHS; Jefferson Beauregard
Sessions III, Attorney General of the United
States; L. Francis Cissna, Director of USCIS;
Kevin K. McAleenan, Acting Commissioner of
CBP; Pete Flores, San Diego Field Director,
CBP; Hector A. Mancha Jr., El Paso Field
Director, CBP; Alex Azar, Secretary of the
Department of Health and Human Services;
Scott Lloyd, Director of the Office of Refugee
Resettlement,

*Respondents-Defendants*.

Case No. 18-cv-00428-DMS-MDD

Date Filed: March 9, 2018

**ORDER GRANTING MOTION
TO FILE AMENDED
COMPLAINT USING
PSEUDONYM**

19

20

21

22

23

24

25

26

27

28

Before the Court is Petitioners-Plaintiffs' Motion to File Amended

Complaint Using Pseudonym. The Court finds that the motion is meritorious and

should be **GRANTED**.

It is therefore **ORDERED** that the Petitioners-Plaintiffs are granted leave to

file the Amended Complaint using only the Petitioner-Plaintiff's initial.

1          **SO ORDERED** this _24th day of April 2018.

2

3

Hon. Dana M. Sabraw
4                                                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28