Lee Gelernt*  
Judy Rabinovitz*  
Anand Balakrishnan*  
AMERICAN CIVIL LIBERTIES  
UNION FOUNDATION  
IMMIGRANTS' RIGHTS PROJECT  
125 Broad St., 18th Floor  
New York, NY 10004  
T:  (212) 549-2660  
F:  (212) 549-2654  
*lgelernt@aclu.org*  
*jrabinovitz@aclu.org*  
*abalakrishnan@aclu.org*  

Bardis Vakili (SBN 247783)  
ACLU FOUNDATION OF SAN  
DIEGO & IMPERIAL COUNTIES  
P.O. Box 87131  
San Diego, CA 92138-7131  
T: (619) 398-4485  
F: (619) 232-0036  
*bvakili@aclusandiego.org*  

*Attorneys for Petitioners-Plaintiffs*         *Admitted Pro Hac Vice  
*Additional counsel on next page*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L. et al.,<br><br>*Petitioners-Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE; Adrian P. Macias, El Paso Field Director, ICE; Frances M. Jackson, El Paso Assistant Field Office Director, ICE; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; L. Francis Cissna, Director of USCIS; Kevin K. McAleenan, Acting Commissioner of | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: April 27, 2018<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO FILE RESTRICTED DECLARATIONS** |

| | |
|---|---|
| 1 | CBP; Pete Flores, San Diego Field Director, CBP; Hector A. Mancha Jr., El Paso Field Director, CBP; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | *Respondents-Defendants*. |

7
8
9  Spencer E. Amdur (SBN 320069)
10 AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
11 39 Drumm Street
12 San Francisco, CA 94111
   T: (415) 343-1198
13 F: (415) 395-0950
14 *samdur@aclu.org*

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs respectfully request that the Court permit the filing of restricted declarations.

The declarations, which are attached to Plaintiffs' Reply in Support of the Motion for Class Certification as Exhibits 21, 22, 23, 24, 25, and 26 contain the full names of asylum seekers seeking protection.  For their privacy and safety, Plaintiffs request permission to file unrestricted declarations with their full names redacted and permission to file declarations with the names under seal.  The declarations are identical except for the inclusion of their full names.

Dated: April 27, 2018                                  Respectfully Submitted,

*/s/ Lee Gelernt*

Bardis Vakili (SBN 247783)　　　　　Lee Gelernt*
ACLU FOUNDATION OF SAN　　　Judy Rabinovitz*
DIEGO & IMPERIAL COUNTIES　　Anand Balakrishnan*
P.O. Box 87131　　　　　　　　　　AMERICAN CIVIL LIBERTIES
San Diego, CA 92138-7131　　　　　UNION FOUNDATION
T: (619) 398-4485　　　　　　　　　IMMIGRANTS' RIGHTS PROJECT
F: (619) 232-0036　　　　　　　　　125 Broad St., 18th Floor
*bvakili@aclusandiego.org*　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　T: (212) 549-2660
Spencer E. Amdur (SBN 320069)　　F: (212) 549-2654
AMERICAN CIVIL LIBERTIES　　*lgelernt@aclu.org*
UNION FOUNDATION　　　　　　*jrabinovitz@aclu.org*
IMMIGRANTS' RIGHTS PROJECT　*abalakrishnan@aclu.org*
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*samdur@aclu.org*

*Admitted Pro Hac Vice