| | |
|---|---|
| Lee Gelernt* | Bardis Vakili (SBN 247783) |
| Judy Rabinovitz* | ACLU FOUNDATION OF SAN |
| Anand Balakrishnan* | DIEGO & IMPERIAL COUNTIES |
| AMERICAN CIVIL LIBERTIES | P.O. Box 87131 |
| UNION FOUNDATION | San Diego, CA 92138-7131 |
| IMMIGRANTS' RIGHTS PROJECT | T: (619) 398-4485 |
| 125 Broad St., 18th Floor | F: (619) 232-0036 |
| New York, NY 10004 | *bvakili@aclusandiego.org* |
| T: (212) 549-2660 | |
| F: (212) 549-2654 | |
| *lgelernt@aclu.org* | |
| *jrabinovitz@aclu.org* | |
| *abalakrishnan@aclu.org* | |

*Attorneys for Petitioners-Plaintiffs*          *Admitted Pro Hac Vice
*Additional counsel on next page*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L. et al., | Case No. 18-cv-00428-DMS-MDD |
| *Petitioners-Plaintiffs*, | |
| v. | Date Filed: April 27, 2018 |
| U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE; Adrian P. Macias, El Paso Field Director, ICE; Frances M. Jackson, El Paso Assistant Field Office Director, ICE; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; L. Francis Cissna, Director of USCIS; Kevin K. McAleenan, Acting Commissioner of | **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | CBP; Pete Flores, San Diego Field Director, CBP; Hector A. Mancha Jr., El Paso Field Director, CBP; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | *Respondents-Defendants*. |

7

8

9  Spencer E. Amdur (SBN 320069)
10 AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
11 39 Drumm Street
12 San Francisco, CA 94111
   T: (415) 343-1198
13 F: (415) 395-0950
14 *samdur@aclu.org*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I hereby certify that on April 27, 2018, I electronically filed Plaintiffs' Notice of Motion and Motion to File Restricted Declarations and the Sealed Declarations, docketed at numbers 64 and 65, with the Clerk of the United States District Court for the Southern District of California by using the CM/ECF system.

The Sealed Declarations were also served via email to Samuel Bettwy, Sarah Fabian, and Nicole Murley at samuel.bettwy@usdoj.gov, sarah.b.fabian@usdoj.gov, and Nicole.Murley@usdoj.gov.

Dated: April 27, 2018                    Respectfully Submitted,

*/s/ Lee Gelernt*

| | |
|---|---|
| Bardis Vakili (SBN 247783) | Lee Gelernt* |
| ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES | Judy Rabinovitz* |
| | Anand Balakrishnan* |
| P.O. Box 87131 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| San Diego, CA 92138-7131 | IMMIGRANTS' RIGHTS PROJECT |
| T: (619) 398-4485 | 125 Broad St., 18th Floor |
| F: (619) 232-0036 | New York, NY 10004 |
| *bvakili@aclusandiego.org* | T: (212) 549-2660 |
| | F: (212) 549-2654 |
| Spencer E. Amdur (SBN 320069) | *lgelernt@aclu.org* |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | *jrabinovitz@aclu.org* |
| IMMIGRANTS' RIGHTS PROJECT | *abalakrishnan@aclu.org* |
| 39 Drumm Street | |
| San Francisco, CA 94111 | |
| T:  (415) 343-1198 | |
| F:  (415) 395-0950 | |
| *samdur@aclu.org* | |

*Admitted Pro Hac Vice