Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
lgelernt@aclu.org
jrabinovitz@aclu.org
abalakrishnan@aclu.org

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
bvakili@aclusandiego.org

*Attorneys for Petitioner-Plaintiff*          *Admitted Pro Hac Vice*
*Additional counsel on next page*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., | Case No. 18-cv-00428-DMS-MDD |
| *Petitioner-Plaintiff,* | |
| v. | Date Filed: May 2, 2018 |
| U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Fred Figueroa, Warden, Otay Mesa Detention Center; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, | **PROOF OF SERVICE** |
| *Respondents-Defendants*. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*samdur@aclu.org*

The undersigned hereby certifies that he is an employee for the ACLU Foundation, 125 Broad Street, 18th Floor, New York, New York, 10004-2400; is a person of such age and discretion to be competent to serve papers; and that on May 2, 2018, he served copies of the following document(s):

**1.**   **PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEFMOTION TO FILE COMPLAINT USING PSEUDONYM**
**2.**   **CIVIL COVER SHEET**
**3.**   **SUMMONS**

\_\_\_\_\_ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system, such document(s) will be deemed served.

\_\_X\_\_ by placing the document(s) listed above in a sealed envelope with certified postage thereon fully prepaid, in the United States mail at New York, New York, addressed to the person(s) at the address(es) set forth in the attachment.

\_\_\_\_\_ by placing the document(s) listed above in a sealed envelope with postage thereon fully Prepaid, and deposited with UPS Overnight at New York, New York to the addrsee(s) specified hereto.

\_\_\_\_ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: May 2, 2018                    Respectfully submitted,

                                                      ACLU FOUNDATION
                                                      */s/ Lee Gelernt*
                                                      Lee Gelernt

1

US. Immigration and Customs Enforcement ("ICE");
Office of the Principal Legal Advisor
500 12th Street S.W.
Washington, D.C. 20024

U.S. Department of Homeland Security ("DHS");
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

U.S. Customs and Border Protection ("CBP");
Office of the Chief Counsel
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

U.S. Citizenship and Immigration Services ("USCIS");
U.S. Department of Homeland Security
Office of the Chief Counsel
20 Massachusetts Ave. N.W., Room 4210
Washington, DC 20529-2120

U.S. Department of Health and Human Services ("HHS");
Office of the General Counsel
200 Independence Ave. S.W.
Washington, D.C. 20201

Office of Refugee Resettlement ("ORR");
U.S. Department of Health & Human Services
330 C Street, S.W.
Washington, D.C. 20201

Thomas Homan, Acting Director of ICE;
U.S. Immigration and Customs Enforcement
500 12th Street S.W., Stop 5902
Washington, D.C. 20536

Greg Archambeault, San Diego Field Office Director, ICE;
500 12th Street S.W., Stop 5902
Washington, D.C. 20536

Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility;
U.S. Immigration and Customs Enforcement
500 12th Street S.W., Stop 5902
Washington, D.C. 20536

Kirstjen Nielsen, Secretary of DHS;
Office of General Counsel
245 Murray Lane S.W., Stop 0485
Washington, D.C. 20529

Jefferson Beauregard Sessions III, Attorney General of the United States;
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kevin K. McAleenan, Acting Commissioner of CBP;
Office of Chief Counsel
1300 Pennsylvania Avenue N.W., Room 4.4 B
Washington, D.C. 20229

L. Francis Cissna, Director of USCIS;
245 Murray Lane S.W., Stop 0485
Washington, D.C. 20529

Pete Flores, San Diego Field Director, CBP;
610 W. Ash Street, Suite 1200
San Diego, CA 92101

Fred Figueroa, Warden, Otay Mesa Detention Center;
P.O. Box 438150
San Diego, CA 92143

Alex Azar, Secretary of the Department of Health and Human Services;
US Department of Health and Human Services
200 Independence Ave. S.W.
Washington, D.C. 20201

Scott Lloyd, Director of the Office of Refugee Resettlement,
Office of Refugee Resettlement
U.S. Department of Health & Human Services
330 C Street, S.W.
Washington, D.C. 20201