Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
lgelernt@aclu.org
jrabinovitz@aclu.org
abalakrishnan@aclu.org

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
bvakili@aclusandiego.org

*Attorneys for Petitioners-Plaintiffs*     *Admitted Pro Hac Vice*
*Additional counsel on next page*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Ms. L., et al.,

                    *Petitioners-Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement
("ICE"); U.S. Department of Homeland Security
("DHS"); U.S. Customs and Border Protection
("CBP"); U.S. Citizenship and Immigration
Services ("USCIS"); U.S. Department of Health
and Human Services ("HHS"); Office of
Refugee Resettlement ("ORR"); Thomas
Homan, Acting Director of ICE; Greg
Archambeault, San Diego Field Office Director,
ICE; Joseph Greene, San Diego Assistant Field
Office Director, ICE; Adrian P. Macias, El Paso
Field Director, ICE; Frances M. Jackson, El Paso
Assistant Field Office Director, ICE; Kirstjen
Nielsen, Secretary of DHS; Jefferson Beauregard
Sessions III, Attorney General of the United
States; L. Francis Cissna, Director of USCIS;
Kevin K. McAleenan, Acting Commissioner of
CBP; Pete Flores, San Diego Field Director,
CBP; Hector A. Mancha Jr., El Paso Field
Director, CBP; Alex Azar, Secretary of the
Department of Health and Human Services;
Scott Lloyd, Director of the Office of Refugee
Resettlement,

                    *Respondents-Defendants*.

Case No. 18-cv-00428-DMS-MDD

**PROOF OF SERVICE**

CLASS ACTION

Hearing Date: May 4, 2018
Time: 1:30 pm
Courtroom: 13A
Judge: Hon. Dana Sabraw

Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*samdur@aclu.org*

The undersigned hereby certifies that he is an employee for the ACLU Foundation, 125 Broad Street, 18th Floor, New York, New York, 10004-2400; is a person of such age and discretion to be competent to serve papers; and that on **May 2, 2018**, he served copies of the following document(s):

1.    **AMENDED COMPLAINT FOR DECLATORY AND INJUNCTIVE RELIEF WITH CLASS ACTION ALLEGATIONS**

2.    **SUMMONS**

\_\_\_\_\_ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system, such document(s) will be deemed served.

**X** by placing the document(s) listed above in a sealed envelope with certified postage thereon fully prepaid, in the United States mail at New York, New York, addressed to the person(s) at the address(es) set forth in the attachment.

\_\_\_\_\_ by placing the document(s) listed above in a sealed envelope with postage thereon fully Prepaid, and deposited with UPS Overnight at New York, New York to the addressee(s) specified hereto.

\_\_\_\_\_ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Dated: May 2, 2018                    Respectfully submitted,

                                      ACLU FOUNDATION
                                      */s/ Lee Gelernt*
                                      Lee Gelernt

1

US. Immigration and Customs Enforcement ("ICE");
Office of the Principal Legal Advisor
500 12th Street S.W.
Washington, D.C. 20024

U.S. Department of Homeland Security ("DHS");
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

U.S. Customs and Border Protection ("CBP");
Office of the Chief Counsel
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

U.S. Citizenship and Immigration Services ("USCIS");
U.S. Department of Homeland Security
Office of the Chief Counsel
20 Massachusetts Ave. N.W., Room 4210
Washington, DC 20529-2120

U.S. Department of Health and Human Services ("HHS");
Office of the General Counsel
200 Independence Ave. S.W.
Washington, D.C. 20201

Office of Refugee Resettlement ("ORR");
U.S. Department of Health & Human Services
330 C Street, S.W.
Washington, D.C. 20201

Thomas Homan, Acting Director of ICE;
U.S. Immigration and Customs Enforcement
500 12th Street S.W., Stop 5902
Washington, D.C. 20536

Greg Archambeault, San Diego Field Office Director, ICE;
500 12th Street S.W., Stop 5902
Washington, D.C. 20536

Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility;
U.S. Immigration and Customs Enforcement
500 12th Street S.W., Stop 5902
Washington, D.C. 20536

1   Adrian P. Macias, El Paso Field Director, ICE
2   Office of the Principal Legal Advisor
    500 12th Street S.W. Stop 5902
3   Washington, D.C. 20024

4   Frances M. Jackson, El Paso Field Director, ICE
5   Office of the Principal Legal Advisor
    500 12th Street S.W. Stop 5902
6   Washington, D.C. 20024

7   Kirstjen Nielsen, Secretary of DHS;
8   Office of General Counsel
    245 Murray Lane S.W., Stop 0485
9   Washington, D.C. 20529

10  Jefferson Beauregard Sessions III, Attorney General of the United States;
11  Attorney General
    U.S. Department of Justice
12  950 Pennsylvania Avenue, NW
13  Washington, DC 20530-0001

14  Kevin K. McAleenan, Acting Commissioner of CBP;
15  Office of Chief Counsel
    1300 Pennsylvania Avenue N.W., Room 4.4 B
16  Washington, D.C. 20229

17  Hector A. Mancha Jr., El Paso Field Director, CBP
18  9400 Viscount Suite 104
    El Paso, TX 79925
19
    L. Francis Cissna, Director of USCIS;
20  245 Murray Lane S.W., Stop 0485
21  Washington, D.C. 20529

22  Pete Flores, San Diego Field Director, CBP;
    610 W. Ash Street, Suite 1200
23  San Diego, CA 92101

24  Alex Azar, Secretary of the Department of Health and Human Services;
25  US Department of Health and Human Services
    200 Independence Ave. S.W.
26  Washington, D.C. 20201

27

28

Scott Lloyd, Director of the Office of Refugee Resettlement,
Office of Refugee Resettlement
U.S. Department of Health & Human Services
330 C Street, S.W.
Washington, D.C. 20201