STEPHEN B. KANG (SBN 292280)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm St.
San Francisco, CA 94111
Telephone: (415) 343-0783

Email: skang@aclu.org

Attorney for Petitioner

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L. et al.,<br><br>*Petitioner- Plaintiff*,<br><br>v.<br><br>U.S. Department of Homeland Security, et al.,<br><br>*Respondents*. | CASE NO.: 18-cv-00428-DMS-MDD<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Stephen B. Kang of the American Civil Liberties Union Foundation Immigrants' Rights Project hereby enters his appearance as counsel of record on behalf of Petitioners-Plaintiffs Ms. L. et al. in the above captioned matter and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

1

Stephen B. Kang
ACLU Immigrants' Rights Project
39 Drumm St.
San Francisco, CA 94111
Telephone: (415) 343-0783

Email: skang@aclu.org

Dated: June 8, 2018                          Respectfully submitted,

                                            By: /s/Stephen B. Kang         .
                                                  Stephen B. Kang
                                                  skang@aclu.org