# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., | Case No.:  18cv0428 DMS (MDD) |
| Petitioners-Plaintiffs, | |
| v. | **ORDER SETTING STATUS CONFERENCE** |
| U.S Immigration and Customs Enforcement ("ICE"); et al., | |
| Respondents-Defendants. | |

In light of the Executive Order issued today, June 20, 2018, entitled "Affording Congress an Opportunity to Address Family Separation," a telephonic status conference shall be held on June 22, 2018, at 12:00 p.m.  Counsel for Defendants shall organize and initiate the call to the Court.

Dated:  June 20, 2018

Hon. Dana M. Sabraw
United States District Judge

1

18cv0428 DMS (MDD)