UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>　　　　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"); et al.,<br><br>　　　　　　　Respondents-Defendants. | Case No.:  18cv428 DMS(MDD)<br><br>**NOTICE OF DIAL-IN INFORMATION** |

For purposes of the telephonic status conference scheduled for June 22, 2018, at 12:00 p.m., the Court has set up a dial in number for counsel and any members of the news media that wish to attend. ***This number is for counsel and media only***, who should follow the steps below to connect to the conference call:

1. Dial the toll free number: **877-873-8018**;
2. Enter the Access Code: **9911153** (Participants will be put on hold until the Court activates the conference call);
3. Enter the Participant Security Code **06220428** and Press # (The security code will be confirmed);
4. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

1