1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

11

Ms. L.; et al.,

12
                                    Petitioners-Plaintiffs,

13      v.

14      U.S Immigration and Customs
        Enforcement ("ICE"); et al.,
15
                                    Respondents-Defendants.
16

Case No.:  18cv0428 DMS (MDD)

**ORDER AMENDING BRIEFING SCHEDULE**

17

18          In light of the urgent nature of the motions currently pending before the Court, the

19      Court finds good cause to advance the deadline for Defendants' supplemental brief.

20      Accordingly, Defendants shall file their supplemental brief on or before **June 26, 2018**, at

21      **9:00 a.m. Pacific Time**.

22       Dated:  June 24, 2018

23                                          _____
                                            Hon. Dana M. Sabraw
24                                          United States District Judge

25
26
27
28

1

18cv0428 DMS (MDD)