# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>          Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>          Respondents-Defendants. | Case No.:  18cv0428 DMS (MDD)<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE** |

A status conference was held on July 6, 2018.  Lee Gelernt appeared and argued for Plaintiffs and Sarah Fabian appeared and argued for Defendants.  After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. On or before **July 7, 2018**, at **5:00 p.m.**, the Government shall provide to Plaintiffs a list of the 101 children discussed at the conference that identifies each child and explains the status of each child's reunification with his or her parent.

2. Counsel shall meet and confer about the list, and shall also meet and confer on the ORR policies and procedures in dispute.

3. To the extent counsel reach an agreement on these issues, they should submit a joint motion and proposed order for the Court's review and signature.  Otherwise, counsel

should be prepared to discuss these issues at a further status conference scheduled for **July 9, 2018**, at **10:00 a.m.**

  The Court has set up a dial in number for counsel and any members of the news media that wish to attend. ***This number is for counsel and media only***, who should follow the steps below to connect to the conference call:

1. Dial the toll free number: **877-873-8018**;
2. Enter the Access Code: **9911153** (Participants will be put on hold until the Court activates the conference call);
3. Enter the Participant Security Code **07090428** and Press # (The security code will be confirmed);
4. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

Dated: July 6, 2018

Hon. Dana M. Sabraw
United States District Judge