# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>　　　　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>　　　　　　　Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

A status conference was held on July 9, 2018. Lee Gelernt appeared and argued for Plaintiffs and Sarah Fabian appeared and argued for Defendants. After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. On or before **6:00 p.m.** on **July 9, 2018**, counsel shall submit the following documents to the Court:

    a. A joint status report on the issue of the procedures to be followed for the reunification of children and Class Members who have been released from ICE custody. To the extent counsel have agreed on the procedures, they should submit a joint motion and proposed order for the Court's review. To the extent there is disagreement, each side should set out its respective proposal and specify the disagreements that require court resolution

  b. A proposed notice to be provided to the Class.

2. On or before **10:00 a.m.** on **July 10, 2018**, counsel shall submit a joint status report setting forth how many Class Members have been or will be reunited with their children by the court-imposed deadline, and how many Class Members may not be reunited with their children by the court-imposed deadline due to legitimate logistical impediments that render timely compliance impossible or excusable, *e.g.*, detention of the Class Member in criminal custody or removal of the Class Member from the United States.  For the latter group, counsel should explain why reunification may not be completed, and provide a timeframe for those reunifications.

3. A further status conference shall be held at **11:00 a.m.** on **July 10, 2018**.

4. The Court has set up a dial in number for counsel and any members of the news media that wish to attend.  ***This number is for counsel and media only***, who should follow the steps below to connect to the conference call.  Members of the general public may appear in person.

  1. Dial the toll free number: **877-873-8018**;

  2. Enter the Access Code: **9911153** (Participants will be put on hold until the Court activates the conference call);

  3. Enter the Participant Security Code **07100428** and Press # (The security code will be confirmed);

  4. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

Dated:  July 9, 2018

                 Hon. Dana M. Sabraw
                  United States District Judge