Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>    *Petitioners-Plaintiffs*,<br>        v.<br>U.S. Immigration and Customs Enforcement ("ICE"), et al.,<br><br>    *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>**DECLARATION OF MICHELLE BRANÉ AND JENNIFER PODKUL**<br><br>CLASS ACTION |

1. We, Michelle Brané and Jennifer Podkul, make the following declaration based on our personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

2. Michelle Brané is an attorney and the Director of the Migrant Rights and Justice Program at the Women's Refugee Commission ("WRC"). She has previously submitted three declarations in this case.

3. Jennifer Podkul is an attorney and the Director of Policy at Kids In Need of Defense ("KIND"). She has previously submitted two declarations in this case.

4. We have read the Plaintiffs' submission in the joint statement of issues regarding reunification procedures for children who have been separated from their parents.

5. We believe that the Plaintiffs' procedures for reunification adequately protect child welfare in the unique context of this case, where children were forcibly taken from fit parents and must now be returned. We also believe that the Plaintiffs' procedures are consistent with the Trafficking Victims Protection Reauthorization Act ("TVPRA").

6. We declare under penalty of perjury that the foregoing is true and correct, based on our personal knowledge.

Executed on July 9, 2018.

_____
MICHELLE BRANÉ

_____
JENNIFER PODKUL