# HHS/DHS UNIFIED PLAN OF OPERATIONS

## FOR REUNIFICATION OF 5-17 YEAR OLD POPULATION TO INCLUDE FLOW CHART AND SUMMARY OF REQUIRED STEPS

## 14 JULY 2018

**OPERATIONAL SCOPE:**

1. Swift reunification of adults and children from age group 5-17 subsequent to separation, after determination of parentage, fitness, and danger.

2. There will be a total of eight ICE locations that will operate for as long as necessary to effect efficient reunification of children with parents.  There will be a population of no more than 50 (estimated) children that will require transport to locations outside of the three ICE AORs for individual reunification.  This will be coordinated with the HHS IMT and the ICE LNOs on site at HHS.

**LOGISTICS AND POTENTIAL LIMITING FACTORS:**

1. Strict coordination and adherence to agreed upon planning and operational factors by all involved.

2. The requirement for HHS to transfer and ICE to receive high volumes of children at pre-designated sites.  EXTENDED HOURS OF OPERATIONS OR 24/7 OPERATIONAL PERIODS MAY BE REQUIRED, AS INDICATED.

3. ICE will incur all costs for the transportation of the adult population and HHS will incur the cost of moving the child (to pre-designated location). ICE will transport the reunited families, adults and minors as necessary, following reunification.

## HHS/DHS UNIFIED PLAN OF OPERATIONS

### FOR REUNIFICATION OF 5-17 YEAR OLD POPULATION TO INCLUDE FLOW CHART AND SUMMARY OF REQUIRED STEPS

### 14 JULY 2018 (Page 2)

**OPERATIONAL REQUIREMENTS AND PLANNING EFFORTS:**

A. ICE will provide NCIC background information. ORR to review and assess for criminal concerns.  ICE will provide additional category of "convicted" vs. "charged" for the adult population identified with concerns from the NCIC review (step 1 in the process flow).  ICE will be responsive to all requests for additional information to expedite "clearance" or "removal" of adult from the certification list for reunification.

*B.* ORR to review case file to identify any pertinent "red flags",  eg: the child was not accompanied by a parent, was smuggled, or would otherwise be subject to safety/security concerns.  *Home studies are performed only in the following cases:*

(1)   a child who is a victim of a severe form of trafficking in persons;

(2)   a special needs child with a disability;

(3)   a child who has been a victim of physical or sexual abuse under circumstances that indicate that the child's health or welfare has been significantly harmed or threatened; or

(4)   or a child whose proposed sponsor clearly presents a risk of abuse, maltreatment, exploitation, or trafficking to the child based on all available objective evidence.

C. If red flags, ORR will undertake further review and action as appropriate.  If ORR finds no red flags, proceed towards reunification on track below.

D. ORR will create and publish daily updated lists of "request to interview" (RTI) adults for reunification.

E. ICE Field Offices will review the A#'s submitted by ORR using EARM and flag if any adults have an executable Final Order.

F. ICE will notify HHS/ORR/SOC immediately if the adult elects to be removed without the child (and all supporting paperwork MUST be forwarded to HHS/ORR/SOC or be made immediately available through electronic links between HHS and ICE.

G. ICE to move selected adult population to identified sites for Field Team Interview (there will be a few isolated individuals outside of the three selected ICE AORs who are currently closer to their minor child in ORR care).

## HHS/DHS UNIFIED PLAN OF OPERATIONS

### FOR REUNIFICATION OF 5-17 YEAR OLD POPULATION TO INCLUDE FLOW CHART AND SUMMARY OF REQUIRED STEPS

### 14 JULY 2018 (Page 3)

H. ICE will NOT transfer any pending adults for reunification outside or away from the three ICE AORs.  ICE will transfer all non-executable Final Orders and litigation pending cases (except PHO, ELP, SNA, to SNA AOR – *but will not do so, as stated above, if children are already in the same AOR as the adult.*

I. HHS contractor to perform intake of adult (15 min interview).

J. If HHS contractor finds red flags, undertake further review and action as appropriate.  If HHS contractor finds no red flags, complete reunification as below.

K. ICE will support HHS/ORR authorized personnel at reunification sites for parental screening procedures.

L. Contractor to notify IMT of "green" status of adult population (from list) and IMT to execute logistical plan for child to move to designated location within 06-48 hours of notification of final clearance.

M. ICE will conduct final check and confirm "greenlight" on reunification (with ORR).

N. Child is transported to designated location.

O. Paperwork exchange, transfer of responsibility between agencies and reunification occurs.

P. ICE to coordinate with MVM to dispatch reunited family to a pre-identified NGO release location. To request assistance through this program, email the MVM Command Center at **mvmcommandcenter@mvminc.com**.  Also copy Supervisory Detention and Deportation Officer Roberto R. Salazar, at **Roberto.R.Salazar@ice.dhs.gov**.  MVM may also be contacted via phone at (956) 621-7920

## PLEASE SEE FLOW CHART ON THE FOLLOWING PAGE



UAC Reunification Process
UAC Population 5-17 years old
NCIC Check/ICE A # Categorization of Conviction
Conducted Concurrently
Red Flags?
YES
A# & Name to ICE for determination of conviction
ICE Review of conviction w/determination of proceedings
NO
ORR Case Manager Review (Significant child safety concern or indications of non parentage)
Cleared by ICE?
NO
Red Flags?
YES
DNA Test for Adult and Child
DNA Match?
NO
NO
YES
ACLU & ICE receives request for interview (RFI) from HHS. ICE returns executable Final Order list allowing interviews
ORR performs statutory requirements and determination
ICE notifies ORR/SOC if parent elects to not be removed w/child and update list
Sponsorship Verification @ ICE Designated Locations Reunification Decision
YES
Cleared by ORR?
NO
Red Flags?
YES
Parent available?
NO
NO
YES
ICE identifies and hold adults w/children in same area of responsibility.
Parent desires reunification?
NO
YES
ORR Transfers Child to Target Detention Facility
NO
Did child become ill in ORR Care?
YES
Reunification within 24-48 Hours
YES
Illness resolved?
NO
Child remains in ORR Care for placement
ICE to Coord w/MVM to dispatch reunited family to pre-identified release location
Due Diligence Actions in the Interest of the Child