UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

_____
                                         )
MS. L. AND MS. C.,                       )
                                         )CASE NO. 18CV0428-DMS
           PETITIONERS-PLAINTIFFS,       )
                                         )
VS.                                      )
                                         )SAN DIEGO, CALIFORNIA
U.S. IMMIGRATION AND CUSTOMS             ) FRIDAY JULY 13, 2018
ENFORCEMENT ("ICE"); U.S. DEPARTMENT     )      5:25 P.M.
OF HOMELAND SECURITY ("DHS"); U.S.       )
CUSTOMS AND BORDER PROTECTION ("CBP");   )
U.S. CITIZENSHIP AND IMMIGRATION         )
SERVICES ("USCIS"); U.S. DEPARTMENT      )
OF HEALTH AND HUMAN SERVICES ("HHS");    )
OFFICE OF REFUGEE RESETTLEMENT ("ORR");  )
THOMAS HOMAN, ACTING DIRECTOR OF ICE;    )
GREG ARCHAMBEAULT, SAN DIEGO FIELD       )
OFFICE DIRECTOR, ICE; ADRIAN P. MACIAS,  )
EL PASO FIELD DIRECTOR, ICE; FRANCES M.  )
JACKSON, EL PASO ASSISTANT FIELD         )
OFFICE DIRECTOR, ICE; KIRSTJEN NIELSEN,  )
SECRETARY OF DHS; JEFFERSON BEAUREGARD   )
SESSIONS III, ATTORNEY GENERAL OF THE    )
UNITED STATES; L. FRANCIS CISSNA,        )
DIRECTOR OF USCIS; KEVIN K.              )
MCALEENAN, ACTING COMMISSIONER OF        )
CBP; PETE FLORES, SAN DIEGO FIELD        )
DIRECTOR, CBP; HECTOR A. MANCHA JR.,     )
EL PASO FIELD DIRECTOR, CBP;             )
ALEX AZAR, SECRETARY OF THE              )
DEPARTMENT OF HEALTH AND HUMAN           )
SERVICES; SCOTT LLOYD, DIRECTOR          )
OF THE OFFICE OF REFUGEE RESETTLEMENT,   )
                                         )
           RESPONDENTS-DEFENDANTS.       )
-----------------------------------------

REPORTER'S TRANSCRIPT OF PROCEEDINGS
TELEPHONIC STATUS CONFERENCE

```
COUNSEL APPEARING TELEPHONICALLY:

FOR PLAINTIFF:                    LEE GELERNT, ESQ.
                                  ACLU IMMIGRANT RIGHTS PROJECT
                                  125 BROAD STREET 18TH FLOOR
                                  NEW YORK, NEW YORK 10004

                                  BADIS VAKILI, ESQ.
                                  ACLU FOUNDATION OF SAN DIEGO
                                  AND IMPERIAL COUNTIES
                                  P.O. BOX 87131
                                  SAN DIEGO, CALIFORNIA 92138

                                  STEPHAN B. KANG, ESQ.
                                  ACLU OF NORTHERN CALIFORNIA
                                  39 DRUMM STREET
                                  SAN FRANCISCO, CALIFORNIA 94111

FOR DEFENDANT:                    AUGUST FLENTJE
                                  JACK TRIPP
                                  U.S. DEPARTMENT OF JUSTICE
                                  OFFICE OF IMMIGRATION LITIGATION
                                  P.O. BOX 868
                                  BEN FRANKLIN STATION
                                  WASHINGTON, DC 20044




REPORTED BY:                      LEE ANN PENCE,
                                  OFFICIAL COURT REPORTER
                                  UNITED STATES COURTHOUSE
                                  333 WEST BROADWAY, ROOM 1393
                                  SAN DIEGO, CALIFORNIA 92101
```

<u>**SAN DIEGO, CALIFORNIA — FRIDAY, JULY 13, 2018 — 5:25 P.M.**</u>

1

2                                  *   *   *

3          **THE COURT:**  GOOD EVENING.  IT IS 5:25.  I JUST

4     RECEIVED AND READ THE STATUS REPORT REGARDING THE GOVERNMENT'S

5     PLAN FOR COMPLIANCE.  AND AFTER READING IT I WANTED TO ADDRESS

6     THE ISSUE SOONER RATHER THAN LATER.

7               WE ARE ON THE RECORD.  AND CAN I HAVE APPEARANCES.

8               MR. GELERNT, YOU ARE PRESENT, OBVIOUSLY, WITH YOUR

9     COLLEAGUES.

10          **MR. GELERNT:**  YES, YOUR HONOR.

11          **THE COURT:**  HOW ABOUT FOR THE DEFENSE, WHO IS ON THE

12    LINE?

13          **MR. FLENTJE:**  YOU HAVE AUGUST FLENTJE WITH THE

14    JUSTICE DEPARTMENT AND JACK TRIPP ALSO WITH THE JUSTICE

15    DEPARTMENT.

16               WE HAVE NOT FILED APPEARANCES IN THE CASE BUT HAVE

17    BEEN WORKING WITH SARAH ON SOME OF THE FILINGS.

18          **THE COURT:**  OKAY.  ARE YOU AWARE OF THE STATUS

19    REPORT THAT WAS JUST FILED, MAYBE HALF AN HOUR AGO OR SO?

20    THERE IS A LONG DECLARATION FROM CHRISTOPHER MEEKINS FROM HHS,

21    AS WELL AS A THREE-PAGE INTRODUCTION BY MS. FABIAN.

22          **MR. FLENTJE:**  YES, YOUR HONOR.  I AM GOING TO HAVE

23    JACK TRIPP SPEAK TO THE DETAILS OF THOSE FILINGS, AND I AM

24    ALSO ABLE TO ANSWER QUESTIONS MORE GENERALLY.

25          **THE COURT:**  MR. GELERNT, YOU HAVE READ THE FILING?

1          **MR. GELERNT:**  WE HAVE YOUR HONOR.  BUT I WILL

2    ADMIT THAT WE -- IT HAS BEEN A FAIRLY SUMMARY READ.  I DON'T

3    KNOW THAT WE HAVE EVERY DETAIL DOWN BUT WE HAVE A BASIC

4    SENSE OF WHAT THE GOVERNMENT IS SAYING IN THEIR RECENT

5    SUBMISSION.

6          **THE COURT:**  OKAY.  SO MAYBE I WILL START WITH YOU,

7    AND I WOULD LIKE TO GET YOUR OBSERVATIONS FIRST AS TO THIS

8    SUBMISSION.

9          **MR. GELERNT:**  YOUR HONOR, FROM WHAT WE CAN TELL --

10    AND I APOLOGIZE.  WE MAY HAVE TO GO BACK AND LOOK AT THE

11    DETAILS.  IT DOES NOT SEEM TO US THAT THERE WAS ANYTHING

12    INCONSISTENT WITH WHAT YOU LAID OUT IN COURT TODAY ABOUT WHAT

13    YOU WOULD LIKE THE GOVERNMENT TO DO TO MEET VARIOUS DEADLINES,

14    YOU KNOW, BECAUSE MOST OF THE DEADLINES YOU ARE LAYING OUT

15    SEEM TO BE ABOUT REPORTING.

16          THE VERIFICATION, I GUESS WHAT THE GOVERNMENT IS

17    SAYING IS THAT THE FINAL FEW HUNDRED CHILDREN THE VERIFICATION

18    PROCESS IS GOING TO TAKE PLACE ON-SITE, AND SO THEREFORE COULD

19    BE AFTER THE 19TH.

20          YOU KNOW, I AM NOT SURE WHAT EXACTLY TO SAY ABOUT

21    THAT, OTHER THAN IF THEY WERE GOING TO GIVE YOU 100 PERCENT

22    ASSURANCES THAT EVERY VERIFICATION OF AN ELIGIBLE CHILD IS

23    GOING TO HAPPEN BEFORE THE 26TH AND THE VERIFICATION PROCESS

24    THEY WERE GOING TO GO THROUGH, BECAUSE THEY ARE DOING IT

25    ON-SITE, IS NOT GOING TO DELAY THAT, SO THAT SOME VERIFICATION

JULY 13, 2018

1    WILL TAKE PLACE FOR 200 KIDS ON THE 20TH, 21ST, AND SO ON

2    THROUGH THE 26TH, I GUESS IN PRINCIPLE WE HAVE NO OBJECTION TO

3    THAT.  WHAT WE WOULD HATE TO SEE IS LONGER VERIFICATIONS START

4    MUCH LATER.

5            BUT THAT'S THE ONLY, I THINK, IMMEDIATE

6    INCONSISTENCY I CAN TELL FROM THE LONG DECLARATION.  I AM

7    HOPING I AM UNDERSTANDING THE GOVERNMENT'S SUBMISSION

8    CORRECTLY AND THAT'S WHY THEY DON'T BELIEVE THAT THE

9    VERIFICATIONS CAN ALL BE DONE BY THE 19TH.  I THINK I AM

10   UNDERSTANDING IT CORRECTLY.

11           **THE COURT:**  LET ME GIVE MY OBSERVATIONS, AND THEN I

12   WILL INVITE RESPONSE FROM COUNSEL.

13           THE STATUS REPORT THAT WAS SUBMITTED THIS AFTERNOON,

14   I HAVE SOME VERY SERIOUS CONCERNS ABOUT THE FILING AND,

15   FRANKLY SPEAKING, AM VERY DISAPPOINTED BECAUSE IT IS

16   COMPLETELY INCONSISTENT WITH A NUMBER OF REPRESENTATIONS THAT

17   HAVE BEEN MADE.

18           AND I WOULD START WITH THE REPRESENTATION THAT WAS

19   SET OUT BY THE THREE CABINET MEMBERS WHERE THEY HAVE STATED

20   THAT THE GOVERNMENT IS CONTINUING ITS GOOD FAITH EFFORTS TO

21   REUNIFY FAMILIES, THAT THERE IS A CAREFUL VETTING PROCEDURE

22   THAT HAS OCCURRED FOR THOSE CHILDREN UNDER FIVE.

23           THE DOCUMENT READS THAT THEY WILL CONTINUE TO BE

24   LOOKING AT THE WELL-BEING OF THE CHILDREN AND RETURNING THEM

25   TO A SAFE ENVIRONMENT GOING FORWARD.

JULY 13, 2018

1          THAT STATEMENT WAS NOT COMPLETELY CONSISTENT WITH

2     THE GOVERNMENT'S EARLIER FILING TODAY WHERE MS. FABIAN HAD

3     INDICATED THAT THERE WERE A GROUP OF CHILDREN -- 13 OF 16 WHO

4     WERE IN ICE DETENTION AND SEVEN OF EIGHT WHO HAD BEEN RELEASED

5     FROM ICE -- WHO WERE PUT TOGETHER, REUNIFIED, IN ORDER TO

6     MEET THE COURT'S DEADLINE.  BUT MS. FABIAN, IN HER SUBMISSION,

7     INDICATED THAT THEY DIDN'T DO THE DNA TESTING AND THEY

8     DIDN'T CONFIRM PARENTAGE.  AND THE DOCUMENT READS AS IF THE

9     CHILDREN WERE SIMPLY REUNITED IN ORDER TO MEET THE COURT'S

10    DEADLINE.

11          THAT, AS I SAID AT TODAY'S STATUS CONFERENCE, IS

12    COMPLETELY INCONSISTENT WITH THE ORDER THAT WAS MADE.  I THINK

13    IT HAS BEEN VERY CLEAR, IT HAS BEEN STATED MANY TIMES, ORALLY

14    AND IN WRITING, THAT THE GOVERNMENT HAS AN ABSOLUTE

15    100 PERCENT OBLIGATION TO MEET THESE DEADLINES AND TO DO IT

16    SAFELY.  AND THAT MEANS DETERMINING PARENTAGE.

17          AND THAT DETERMINATION, AS WE HAVE DISCUSSED

18    REPEATEDLY, COULD INCLUDE DOCUMENTATION, OTHER OBJECTIVE

19    CRITERIA THAT SATISFIES THE GOVERNMENT THAT PARENTAGE IS MET

20    AND REUNIFICATION CAN GO FORWARD, ASSUMING FITNESS AND NO

21    DANGER.

22          AND IT WAS MADE CLEAR THAT IF THERE IS SOME CONCERN

23    THE GOVERNMENT CAN, AND SHOULD, DNA TEST.  DO IT QUICKLY,

24    EFFICIENTLY, AND MEET THE DEADLINE.  AND THAT WAS WHAT IS IN

25    PLACE, IT HAS BEEN CLEARLY SET IN PLACE.  AND THE FILING I GOT

JULY 13, 2018

1  EARLIER TODAY FROM MS. FABIAN SEEMED INCONSISTENT WITH THAT IN

2  THAT THE GOVERNMENT WAS SAYING THAT AS TO THESE 13 AND SEVEN

3  CHILDREN I JUST MENTIONED THAT THAT WAS NOT DONE.

4          THAT IS ON THE GOVERNMENT.  AND THAT'S A FAILURE

5  OF THE PROCESS, AND IT IS INCONSISTENT WITH THE COURT'S ORDER.

6          THE STATUS REPORT THAT I JUST RECEIVED IS CONTINUING

7  IN THAT SAME VEIN BUT IN A MUCH MORE DRAMATIC WAY.  PAGE 1

8  INDICATES, AT LINE 24, THAT AS TO THE CHILDREN AGE FIVE TO 17

9  NO DNA TESTING WILL OCCUR.  AND THEN IN THE DECLARATION OF

10  MR. MEEKINS THAT IS REPEATED.

11          THAT'S NOT AN OPTION, AND THAT'S NOT A REQUEST.  DNA

12  TESTING WILL OCCUR, AND IT MUST OCCUR WITHIN THE TIME FRAME

13  THAT IS SET OUT.  IT IS A LAST RESORT BUT IT IS SOMETHING THAT

14  HAS TO BE DONE, BECAUSE THIS PROCESS WILL BE DONE EFFICIENTLY

15  AND IT WILL BE DONE SAFELY.

16          IT MAY REQUIRE A LOT OF WORK.  IT MAY REQUIRE HHS TO

17  DO THINGS THAT IT IS NOT ORDINARILY PREPARED TO DO, BUT IT

18  MUST DO IT.

19          AND SO WHAT I AM EXPECTING GOING FORWARD IS THAT

20  THERE IS GOING TO BE A LARGE GROUP OF CHILDREN AND PARENTS

21  WHERE THERE IS NO ISSUE ABOUT PARENTAGE, AND FITNESS OR

22  DANGER, AND THEY CAN BE QUICKLY REUNITED.  AND THAT

23  PROCESS SHOULD BE OCCURRING THIS WEEKEND AND IN THE COMING

24  DAYS.

25          THERE WILL BE OTHER GROUPS OF PARENTS AND CHILDREN

JULY 13, 2018

1    WHERE PARENTAGE IS NOT IMMEDIATELY DETERMINABLE, AND FOR THOSE

2    HHS WILL DO THE DNA TESTING, AND THEY WILL DO IT ON TIME IN

3    ORDER TO MAKE AN ADEQUATE DETERMINATION.

4          THE FILING THAT MR. MEEKINS SUBMITTED IS WHOLLY

5    INADEQUATE IN THAT IT SETS OUT WHAT HHS ORDINARILY DOES AND A

6    PROCEDURE THAT IT WOULD LIKE TO DO, WHICH DOES NOT INCLUDE

7    CERTAIN THINGS THAT IT DOESN'T WANT TO DO, LIKE DNA TESTING

8    AND THINGS OF THAT NATURE.

9          AND SO I AM VERY, VERY CONCERNED THAT,

10   UNFORTUNATELY, AS HAS BEEN CONSISTENT WITH THIS CASE, ONE

11   AGENCY OF THE GOVERNMENT IS NOT COMMUNICATING WITH THE OTHER.

12   AND IT APPEARS THAT HHS IS NOT COMMUNICATING WITH ANYONE ELSE.

13   THEY SEEM TO BE OPERATING IN A VACUUM WHERE THEY ARE EITHER

14   NOT READING THE COURT'S ORDERS OR THEY ARE READING THE COURT'S

15   ORDERS AND SELECTIVELY PLUCKING OUT THE PROVISIONS IT LIKES

16   AND THEN DISREGARDING THE ONES IT DOES NOT LIKE.

17         THE DECLARATION ALSO IS CLEARLY WRITTEN TO PROVIDE

18   COVER FOR HHS.  THAT'S ALL IT IS DOING.  IT IS EXPLAINING A

19   PARADE OF HORRIBLES ABOUT HOW UNDER A STREAMLINED PROCESS

20   THERE IS A 6.86 PERCENT CHANCE THAT SOMETHING IS GOING TO

21   HAPPEN.  THAT IS NOT GOING TO HAPPEN.

22         AND I GO BACK AGAIN, ANOTHER POINT ABOUT

23   MR. MEEKINS' DECLARATION.  HE REFERENCES THE COURT'S REFERENCE

24   TO ICE'S PROCEDURES WHERE ICE HAS -- I HAD MENTIONED AT THE

25   LAST STATUS CONFERENCE THAT ICE HAS BEEN DOING THIS FOR YEARS

JULY 13, 2018

1   WHERE THEY SAFELY IDENTIFY, DETERMINE PARENTAGE, FITNESS AND

2   DANGER, AND THEN THEY DETERMINE WHETHER TO SEPARATE OR DETAIN

3   TOGETHER OR PAROLE TOGETHER.  THAT'S THE PROCESS THAT WE MADE

4   CLEAR WAS GOING TO APPLY.

5            AND IN THE DECLARATION FROM MR. MEEKINS HE IS

6   INDICATING THAT ICE HAS BEEN SEPARATING ALL ALONG, SO HE IS

7   NOT SURE WHAT PROCEDURES THE COURT IS TALKING ABOUT.  HE

8   CLEARLY IS NOT APPREHENDING WHAT ICE HAS BEEN DOING FOR MANY,

9   MANY YEARS PRIOR TO THE ZERO TOLERANCE.

10           AND IN THAT REGARD LET ME READ AGAIN THE DECLARATION

11  FROM MR. ORTIZ THAT WAS SUBMITTED BY THE GOVERNMENT EARLY IN

12  THIS CASE, AS SOON AS THERE WAS THE INITIAL MOTION FOR

13  PRELIMINARY INJUNCTION.  AND IN THAT DECLARATION MR. ORTIZ

14  SAYS -- HE IS THE REPRESENTATIVE FOR THE ICE FAMILY UNIT WHO

15  WHEN FAMILY UNITS ARE APPREHENDED HE HAS A PROCEDURE, ICE HAS

16  A PROCEDURE.  BUT APPARENTLY HHS IS NOT COMMUNICATING WITH ICE

17  BECAUSE IT DOESN'T APPARENTLY KNOW ABOUT THIS PROCEDURE.

18           ICE HAS A PROCEDURE THAT IS GEARED TOWARD RESOLVING

19  ANY DOUBT ABOUT WHETHER THEY ARE PARENT AND CHILD AND, SECOND,

20  WHETHER THERE IS INFORMATION THAT CAUSES A CONCERN ABOUT THE

21  WELFARE OF THE CHILD, SUCH AS THE ADULT HAVING A SIGNIFICANT

22  CRIMINAL HISTORY.

23           SO IT HAS, FOR YEARS, IMPLEMENTED A STREAMLINED

24  PROCESS WHERE IT IS, AND HAS DONE, WHAT WE ARE TRYING TO DO

25  NOW.

JULY 13, 2018

1          AND SO IN READING THIS LAST SUBMISSION, AND IN

2    PARTICULAR THE DECLARATION OF CHRISTOPHER MEEKINS, I HAVE

3    GREAT CONCERNS THAT HHS IS OFF IN THE HINTERLANDS AND IS

4    EITHER UNWILLING OR UNAWARE OF WHAT'S GOING ON IN THIS CASE

5    WITH THIS COURT'S ORDERS AND WHAT ICE HAS BEEN DOING FOR YEARS

6    PRIOR.

7          **MR. FLENTJE:**  YOUR HONOR, CAN I ADDRESS SOME THOSE

8    CONCERNS INITIALLY, THEN I WILL TURN IT TO OVER TO MR. TRIPP?

9          **THE COURT:**  YES.

10         **MR. FLENTJE:**  I THINK IF YOU LOOK AT PARAGRAPH 35 OF

11   THE MEEKINS DECLARATION IT DESCRIBES KIND OF THE TRUNCATED

12   VETTING THAT HHS PLANS TO DO WHICH INVOLVES INTERVIEWS BY

13   FIELD TEAMS AND VARIOUS OTHER STEPS.  I MEAN, I THINK THAT IS

14   AT LEAST AS MUCH AS WHAT ICE DOES IN THE FIELD, AND THAT IS

15   SORT OF DESIGNED TO REPLICATE THAT.  AND I THINK THOSE STEPS

16   ARE SORT OF LIKE WHAT HHS WOULD VIEW AS SORT OF THE SMALLER

17   WAY TO ACCOMPLISH THAT.

18         I WOULD ALSO SAY THAT HHS -- THEIR EXPERT SAID THAT

19   IN ORDER TO GET THIS DONE IN THE TIME FRAME THIS IS THE

20   PROCEDURE THAT WOULD WORK, I THINK, MOST EFFECTIVELY.

21         AND I DIDN'T HEAR PLAINTIFFS SAYING THAT THEY

22   THOUGHT THAT THIS WASN'T -- WOULDN'T SATISFY THEM.

23         AND THE LAST THING I WILL SAY ON THAT IS, YOU KNOW,

24   ICE HAS A TRUNCATED PROCEDURE.  AND I WOULD LOVE TO THINK IT

25   IS RIGHT ALL THE TIME, BUT I HAVE TO SAY THAT THEY PROBABLY

JULY 13, 2018

1   MISS SITUATIONS WHERE AN ADULT IS WITH A CHILD WHO IS NOT
2   THEIR OWN CHILD AT PROBABLY AROUND AT LEAST THE RATE THAT WE
3   IDENTIFIED IN THE DECLARATION, BECAUSE IT IS A TRUNCATED
4   PROCEDURE.  SO I DON'T KNOW THAT THE DELTA BETWEEN WHAT ICE
5   DOES AND WHAT HHS IS PROPOSING HERE IS AS SIGNIFICANT AS WHAT
6   YOU ARE SUGGESTING.

7            I WILL SAY HHS IS VERY CONCERNED BECAUSE THEY HAVE A
8   MUCH MORE ELABORATE PROCEDURE, OBVIOUSLY, WE TALKED ABOUT MANY
9   TIMES, OR MS. FABIAN HAS TALKED ABOUT MANY TIMES, THAT IS MUCH
10  MORE ELABORATE, MUCH MORE LENGTHY, AND TAKES A MUCH LONGER
11  TIME.

12           I WILL TURN IT OVER TO MR. TRIPP IF HE HAS ANY OTHER
13  THINGS TO POINT OUT ON THAT.

14           **THE COURT:**  OKAY.

15           **MR. TRIPP:**  I THINK MR. FLENTJE REALLY EXPLAINS THE
16  PROCESS REALLY WELL.  I THINK THAT IS REALLY THE CRUX OF IT.
17  THE THRUST OF THE PLAN IS TO RESTORE THE STATUS QUO AND TO DO
18  SO IN A WAY WHERE THE GOVERNMENT IS COMFORTABLE THAT THE --
19  THAT THE PERSON IS INDEED THE PARENT.

20           AND IF SOMETHING COMES UP IN THIS PROCESS OR --
21  BASICALLY IT HAS THE CBP PIECE OF IT UP FRONT WHERE BASICALLY
22  THE FAMILY COMES TO CBP, PRESENTS AS A FAMILY, AND THERE IS NO
23  RED FLAGS THERE SO THEY ARE TREATED AS A FAMILY.  AND THEN
24  THEY ARE RELYING ON THAT.  AND THEN THERE IS SORT OF THE
25  SECOND PIECE OF IT THAT MR. FLENTJE WAS TALKING ABOUT, WHICH

JULY 13, 2018

1    IS THE INTERVIEWS.

2            AGAIN, IF THERE IS A RED FLAGS, IF SOMETHING COMES

3    UP WHERE THE GOVERNMENT IS NOT COMFORTABLE WITH THE PERSON IS

4    A PARENT, THEN I THINK IN OUR VIEW THE PERSON IS NOT A CLASS

5    MEMBER OR MAYBE THERE IS GOING TO BE SOME KIND OF ADDITIONAL

6    PROCESS THAT NEEDS TO HAPPEN FOR THEM.

7            BUT I THINK, AS YOUR HONOR WAS EXPECTING, WE ARE

8    ALSO EXPECTING THAT THE LARGE MAJORITY OF PEOPLE ARE GOING TO

9    BE ABLE TO BE REUNIFIED QUICKLY WITH PEOPLE WHO ARE IN FACT

10   THEIR PARENTS.  AND THE -- AND SO I THINK THAT IS REALLY THE

11   CRUX OF THE POINT.

12           **THE COURT:**  ALL RIGHT.

13           MR. GELERNT.

14           **MR. GELERNT:**  YES, YOUR HONOR.  I AM NOT SURE I HAVE

15   THAT MUCH TO ADD TO WHAT YOU HAVE NOTED.

16           AS YOUR HONOR KNOWS, WE HAVE ALWAYS SAID THAT IF

17   THERE ARE RED FLAGS ABOUT PARENTAGE, DNA CAN BE USED.  THAT

18   OUR POSITION ALL ALONG, I THINK IT IS SUPPORTED BY THE RECORD

19   EVIDENCE, IS THAT THERE ARE MULTIPLE WAYS TO VERIFY PARENTAGE,

20   AND DNA CAN BE USED AS A LAST RESORT.  SO WE ARE CERTAINLY NOT

21   SAYING THAT IT NOT BE DONE SAFE.

22           I THINK WE ARE IN AGREEMENT WITH YOUR HONOR THAT

23   THIS CAN BE DONE BOTH SAFELY AND TIMELY.  AND I THINK ONE OF

24   THE -- I THINK, AS YOUR HONOR POINTED OUT IN COURT AND

25   REITERATED TODAY, I THINK ONE OF THE PROBLEMS IS -- MAYBE IT

JULY 13, 2018

1  IS A SEMANTICS THING BUT I DON'T THINK IT IS, ACTUALLY, I
2  THINK THERE IS SOME MISUNDERSTANDING BY HHS.
3          AND THE CONSTANT USE OF THE WORD "CONFIRM" BY
4  GOVERNMENT COUNSEL TODAY, AS YOUR HONOR POINTED OUT ICE
5  DOESN'T CONFIRM SCIENTIFICALLY 100 PERCENT SOMEONE IS A
6  PARENT, THEY USE PROFESSIONAL JUDGMENT.
7          AND SO I THINK -- I AM NOT SURE WHAT GOVERNMENT
8  COUNSEL WAS SAYING TODAY IN COURT, BUT IT SEEMED TO ME AS IF
9  SHE WAS SAYING, WE DIDN'T CONFIRM WITH 100 PERCENT SCIENTIFIC
10  ACCURACY.  BUT CERTAINLY WE WANT THEM TO USE ALL OF THEIR
11  AVAILABLE TOOLS AND BEST JUDGMENT.
12          THE OTHER THING I WOULD JUST NOTE IS I AM NOT REALLY
13  SURE WHY ALL OF THIS PROCESS IS STARTING SO LATE.  I MEAN,
14  YOUR HONOR RULED ON JUNE 26TH AND CERTAINLY MADE CLEAR THAT
15  THE GOVERNMENT RETAINED THE RIGHT AND SHOULD VERIFY PARENTAGE.
16          SO I THINK WE WOULD REITERATE THAT THEY NEED TO PUT
17  MORE PEOPLE ON IF THAT'S NECESSARY.  I DON'T KNOW IF IT IS
18  NECESSARY.
19          AND THE LAST POINT I WOULD MAKE IS, AGAIN, YOU KNOW,
20  I DON'T WANT TO BELABOR IT BECAUSE YOUR HONOR MADE IT
21  FORCEFULLY.  PEOPLE COME TO THIS COUNTRY, THEY HAVE THEIR
22  CHILD WITH THEM.  WE DON'T INVESTIGATE EVERYTHING THEY ARE
23  GOING TO DO, THEY ARE RESPONSIBLE FOR TAKING CARE OF THEIR
24  CHILDREN.
25          THE GOVERNMENT IS DOING THE BACKGROUND CRIMINAL

JULY 13, 2018

1    CHECK, THEY ARE GOING TO DO SOME TYPE OF VERIFICATION.  SO I

2    THINK WE ARE -- WE ARE AWARE, YOUR HONOR HAS JUST EXPRESSED

3    IT, OF COURSE THEY SHOULD BE LOOKING AT THE PARENTAGE.  IT

4    DOESN'T HAVE TO BE SCIENTIFIC 100 PERCENT EACH TIME.  AND WE

5    DON'T THINK THERE IS ANY REASON WHY THIS CAN'T GET DONE.

6            SO I THINK I WOULD JUST LEAVE IT THERE, YOUR HONOR.

7            **THE COURT:**   OKAY.  I WOULD LIKE SOMEONE WITH

8    DECISION-MAKING AUTHORITY FROM HHS IN COURT MONDAY AT 9:30,

9    BECAUSE I HAVE A REAL CONCERN ABOUT A DISCONNECT BETWEEN HHS

10   AND, FOR EXAMPLE, GOVERNMENT COUNSEL, MS. FABIAN, AND

11   SOMETHING IS BEING LOST IN TRANSLATION.

12           AND I WOULD END WITH WHERE I STARTED, AND THAT IS

13   THE DECLARATION, IN MY VIEW, IS NOTHING BUT COVER FOR HHS.  IT

14   IS COMPLETELY INCONSISTENT WITH A GOOD FAITH EFFORT AND WITH

15   THE STATEMENT THAT THE THREE CABINET MEMBERS MADE YESTERDAY.

16   IT PORTRAYS A VERY GRUDGING RELUCTANCE TO DO THINGS.  AND THEN

17   ULTIMATELY SAYS, WE ARE DOING A TRUNCATED PROCEDURE, AND IF

18   ANYTHING GOES WRONG IT IS ON THE COURT.

19           THAT'S THE MESSAGE.  AND IT IS NOT APPRECIATED, AND

20   THE GOVERNMENT CAN DO A LOT BETTER.

21           THE IDEA THAT THE GOVERNMENT IS NOT GOING TO DNA

22   TEST IS SIMPLY NOT AN OPTION.  AND THAT NEEDS TO BE MADE

23   CLEAR.  THEY DO, AND WILL, MAKE PARENTAGE DETERMINATIONS, AND

24   IF NECESSARY DO THE DNA TESTING.

25           SO IT IS SOMETHING THAT NEEDS TO BE REDIRECTED

JULY 13, 2018

```
 1   WITHIN HHS, AND I THINK THE BEST WAY TO DO THAT IS FOR THAT
 2   PERSON TO BE IN COURT SO THEY HAVE A CLEAR UNDERSTANDING OF
 3   WHAT THEY NEED TO DO.  HHS, THE GOVERNMENT, HAS THE RESOURCES
 4   AND CAN, AND WILL, DO IT.
 5           AND THE LAST POINT I WOULD MAKE, OVER THE WEEKEND
 6   THERE SHOULD BE A GREAT DEAL OF PROGRESS MADE.  AND OF THESE
 7   2500 OR SO CHILDREN THERE SHOULD BE MANY, MANY PARENTS AND
 8   CHILDREN WHO CAN BE EASILY REUNIFIED, WHERE THERE IS JUST NO
 9   ISSUE ABOUT PARENTAGE OR FITNESS OR DANGER.  AND SO A BIG
10   ROLLOUT CAN START IMMEDIATELY AND CONTINUE FOR THE NEXT MANY
11   DAYS.
12           THEN WE ARE GOING TO HIT A SIGNIFICANT NUMBER, I
13   WOULD ASSUME, WHERE THERE ARE QUESTIONS.  AND IT IS AMONG THAT
14   NUMBER THAT HHS CAN DO THE DNA TESTING, CAN DO FURTHER
15   EVALUATION.  THERE IS NEARLY TWO WEEKS LEFT.  AND SO THE MORE
16   CHALLENGING GROUP CAN BE -- DETERMINATIONS CAN BE MADE LATER
17   RATHER THAN SOONER, BUT IT HAS TO BE MADE SUCH THAT AT THE END
18   OF THE PROCESS WE CAN SAY, WE HAVE REUNIFIED, WE HAVE DONE IT
19   EFFICIENTLY, AND WE HAVE DONE IT SAFELY; WITHOUT THESE
20   QUALIFIERS THAT HHS IS PLUGGING IN TO ITS DECLARATION.
21           **MR. TRIPP:**  YOUR HONOR, CAN I -- CAN I JUST ADD
22   ONE -- OR JUST RESPOND TO ONE THING.
23           I THINK, ACTUALLY, IN A WAY THE -- ONE OF THE THINGS
24   THAT IS HELPFUL TO KNOW ABOUT THE -- AT LEAST AS I UNDERSTAND
25   THE WAY THE PLAN WORKS, BASED ON THE DECLARATION, IS THAT THE
```

JULY 13, 2018

1    REUNIFICATION IN THIS SORT OF FAST WAY THAT WE ARE TALKING

2    THAT IS LISTED HERE IN PARAGRAPH 5, THIS IS THE PLAN FOR THE

3    FAMILIES WHERE THERE HASN'T BEEN A RED FLAG.  RIGHT?  SO THERE

4    IS THE CBP PROCESS, THERE HASN'T BEEN A RED FLAG.  DURING THE

5    INTERVIEWS, IF THE INTERVIEW GOES ALL RIGHT AND THERE IS NO

6    RED FLAG THEN IT WILL GO FORWARD.

7              BUT I THINK IT WOULD -- WHAT I UNDERSTAND YOUR HONOR

8    TO BE REALLY ZEROING IN ON RIGHT NOW ARE THE SMALLER NUMBER OF

9    CASES -- IT IS HARD TO KNOW HOW MANY -- BUT THE SMALLER

10   NUMBER OF CASES WHERE DURING THIS PROCESS THE GOVERNMENT HAS

11   NOW FOUND REASON TO BELIEVE -- OR FOR INDIVIDUALIZED BASIS

12   TO HAVE SOME DOUBTS ABOUT WHETHER THE PERSON IS IN FACT A

13   PARENT.

14             AND I CAN'T SPEAK TO THE DETAILS OF EXACTLY HOW

15   THOSE RED FLAGS ARE RESOLVED, BUT AS I UNDERSTAND IT, JUST IN

16   THE SORT OF ORDINARY COURSE, RED FLAGS -- DOUBTS LIKE THAT ARE

17   USUALLY NOT RESOLVED THROUGH DNA TESTING, AT LEAST AS I

18   UNDERSTAND IT THAT'S NOT THE NORM.

19             BUT IF YOU WANT -- I THINK MAYBE WHAT WOULD BE

20   HELPFUL IS TO -- SOME KIND OF FURTHER SUBMISSION OR SOME KIND

21   OF FURTHER CLARIFICATION ABOUT WHAT HAPPENS WHEN THERE ARE RED

22   FLAGS.

23             BECAUSE THIS IS REALLY FOCUSING ON THE -- THE

24   CORE -- THE LARGE NUMBER OF PEOPLE FOR WHOM THERE REALLY WON'T

25   BE ANY RED FLAGS FOR WHO, LIKE, EVERYTHING HAS GONE RIGHT.  I

JULY 13, 2018

 1  MEAN, WE ARE DOING THE FULL CRIMINAL BACKGROUND CHECK PROCESS,

 2  I MEAN THE -- OF THE PARENTS WE WERE DOING BEFORE.  SO I

 3  THINK -- OR AT LEAST AS I UNDERSTAND IT, I THINK IT IS AT

 4  LEAST SOMEWHAT CLOSER TO WHAT YOU WERE DESCRIBING THAN MAYBE

 5  IT FIRST APPEARED.

 6          **MR. FLENTJE:**  AND IF I CAN JUMP IN AS WELL, YOUR

 7  HONOR.  IF YOU LOOK AT PARAGRAPH 37 AND 39 OF THE DECLARATION.

 8  PARAGRAPH 37 SAYS:  IF TRUNCATED VETTING RAISES CONCERNS

 9  REGARDING PARENTAGE, THEN HHS WILL CONDUCT A FURTHER

10  ASSESSMENT WITHIN THE PARAMETERS OF THIS COURT'S ORDERS TO

11  DETERMINE CLASS MEMBERSHIP.

12          SO THAT WOULD INCLUDE THE OTHER STEPS YOU ARE

13  THINKING ABOUT TO VERIFY PARENTAGE.

14          **THE COURT:**  YES.

15          **MR. FLENTJE:**  AND 39 FURTHER SAYS THERE WON'T BE THE

16  SORT OF DNA TYPE VETTING, BUT THAT IS TRUE, UNLESS AVAILABLE

17  RECORDS SUGGEST THAT THE CLASS MEMBER'S DOCUMENTATION OR

18  REPRESENTATION OF PARENTAGE IS INACCURATE OR FRAUDULENT

19  BASED ON THE INTERVIEWS, THE REVIEW DESCRIBED IN PARAGRAPH 35.

20          SO I CAN UNDERSTAND YOU ARE SURPRISED WITH OUR

21  SUBMISSION.  WE HAVE -- I KNOW HHS HAS BEEN WORKING HARD TO

22  TRY AND COME UP WITH A PLAN THAT -- HONESTLY, I WANT TO PUSH

23  BACK A LITTLE, THEY BELIEVE IN GOOD FAITH IS CONSISTENT WITH

24  YOUR ORDER AND WILL GET THINGS RESOLVED IN THE TWO-WEEK PERIOD

25  SO WE CAN GET THESE FOLKS BACK TOGETHER AND RESTORE THE STATUS

JULY 13, 2018

QUO.

      **THE COURT:**  OKAY.  I APPRECIATE BOTH OF THOSE
COMMENTS.  I THINK THE IDEA IS TO FOCUS ON THE GROUP WHERE
THERE ARE CONCERNS ABOUT PARENTAGE, FITNESS, DANGER.  AND THAT
GROUP WOULD BE HANDLED LATER IN THIS TWO-WEEK PROCESS.

      BUT TO BE CLEAR, THAT GROUP WOULD REQUIRE FURTHER
INVESTIGATION.  IT MAY WELL REQUIRE DNA TESTING IF PARENTAGE
IS THE ISSUE.  INSTEAD, WHAT I HAVE PRESENTLY IS A CATEGORICAL
STATEMENT THAT DNA TESTING WILL NOT BE DONE, AND AGAIN THAT IS
SIMPLY NOT AN OPTION.  IF PARENTAGE IS IN ISSUE AND DNA CAN
ADDRESS IT, IT NEEDS TO BE DONE.

      **MR. FLENTJE:**  I THINK HHS IS TRYING TO SAY IT IS NOT
GOING TO BE DONE AS A MATTER OF COURSE.  FIRST THERE IS GOING
TO BE THIS INTERVIEW PROCESS.  AND IF THE INTERVIEW PROCESS
RAISES NO RED FLAGS THEN, AS YOU SAY, AND I THINK AS MR.
GELERNT SAYS, HOPEFULLY IN MOST ALL CASES THAT WILL BE FINE.
THE TRUNCATED PROCESS WILL GIVE NO ONE A RED FLAG AND WE WILL
BE ABLE TO GET THESE REUNIFICATIONS DONE IN THIS COURT'S
DEADLINE.

      IF FURTHER CONCERNS ARISE THAT WE ARE GOING TO NEED
TO WORK WITH PLAINTIFFS AND TRY -- TRY AND THEN GET THE NEXT
STEP.  AND MY UNDERSTANDING IS THEY ARE -- HHS IS WORKING VERY
HARD, NIGHT AND DAY, ON -- IN GETTING THIS GOING.  AND I
WILL -- I AM GOING TO HHS RIGHT NOW TO MAKE SURE WE CAN GET
SOMEONE IN YOUR COURTROOM ON MONDAY.

JULY 13, 2018

1          **THE COURT:**  OKAY.

2          **MR. GELERNT:**  YOUR HONOR, IF I COULD JUST -- THIS IS

3    MR. GELERNT.  JUST MAKE ONE POINT, AND MAYBE MORE OF A

4    QUESTION OF CLARIFICATION.

5          I THINK THE PROBLEM WITH THE PROCESS THEY HAVE LAID

6    OUT, AND AS YOU IDENTIFIED IT, SEEMS TO SUGGEST THAT THE BASIC

7    THING THEY ARE GOING TO DO IS THESE INTERVIEWS, THAT THEY ARE

8    GOING TO DO THE INTERVIEWS ON-SITE WHEN THEY TRANSFER THE

9    CHILDREN.  I COULD BE MISUNDERSTANDING.

10          BUT SO THAT IF THEY ARE GOING TO TRANSFER CHILDREN

11    ON JULY 25TH, YOU KNOW, JULY 24TH, THE LAST BATCHES, AND

12    THEN RED FLAGS ARE GOING TO COME UP, I AM NOT SURE WHEN THEY

13    ARE GOING TO DO THE DNA TESTING.  I THINK THAT'S THE PROBLEM.

14          IT SEEMS TO BE WHAT THE GOVERNMENT IS SUGGESTING NOW

15    IS, OKAY, IF YOU WANT US TO DO THE DNA TESTING WE WILL WHEN

16    RED FLAGS COME UP, BUT THE PROCESS THEY DEVELOPED SEEMS CALL

17    FOR -- THEY ARE ONLY GOING TO FIND OUT RED FLAGS WHEN THEY DO

18    THEIR 15-MINUTE INTERVIEW.  AND THEY ARE SUGGESTING THAT FOR

19    HUNDREDS AND HUNDREDS OF KIDS THAT IS GOING TO BE IN THE LAST

20    FEW DAYS, SO NECESSARILY IS GOING TO MISS THE DEADLINE.

21          AND IT IS ONE THING FOR THE CRIMINAL CASES TO BE

22    RESOLVED AFTER THE DEADLINE, AS YOUR HONOR POINTED OUT IN

23    COURT, BUT THE PARENTAGE SHOULD BE RESOLVED BEFORE THE

24    DEADLINES.

25          **THE COURT:**  YES.  I AGREE.

JULY 13, 2018

1          **MR. FLENTJE:**  THIS IS UNDERWAY RIGHT NOW,

2     AGGRESSIVELY.  AND ANOTHER PARAGRAPH IN THE DECLARATION SAYS

3     THIS IS OPERATIONALIZED AND THEY PLAN TO BE ABLE TO REVIEW

4     200 -- APPROXIMATELY 200 CHILDREN PER DAY, BASICALLY STARTING

5     NOW.

6          SO THIS IS NOT A WAIT-UNTIL-THE-END, THIS IS A

7     DOING-IT-NOW, WITH AS MANY RESOURCES AS THEY CAN PUT TO BEAR

8     TO GET THIS DONE BECAUSE THEY WANT TO GET THIS DONE.

9          **MR. GELERNT:**  I THINK -- THE ONLY THING I WOULD

10    SAY -- THIS IS MR. GELERNT AGAIN -- IS THAT IS NOT REALLY

11    RESPONSIVE TO MY CONCERN IS THEY ARE STARTING NOW AT THE

12    BEGINNING, WE ARE 17 DAYS INTO THE PROCESS.

13         BUT THE SECOND POINT I THINK IS EVEN STARTING NOW,

14    IF THE PROCESS YOU HAVE LAID OUT WOULD MEAN THAT RED FLAGS

15    WON'T DEVELOP UNTIL -- FOR THE LAST 600 KIDS TO THE LAST THREE

16    DAYS, AND IT DOESN'T SEEM THEN YOU WOULD BE ABLE TO DO THE DNA

17    TESTING BEFORE THE DEADLINE.

18         I THINK THAT MAY BE SOME OF WHAT THE JUDGE IS

19    GETTING AT THAT YOU WERE NEVER SUPPOSED TO SAY YOU WON'T DO

20    DNA TESTING.  AND NOW IF YOU ARE ONLY GOING TO DO DNA TESTING

21    AFTER THE INTERVIEW, I DON'T SEE HOW THE LAST 400 OR 600 KIDS

22    ARE GOING TO GET A FAIR SHOT AT GETTING THAT DNA TESTING

23    BEFORE THE DEADLINE.

24         **MR. TRIPP:**  CAN I JUST?

25         **THE COURT:**  YES.

JULY 13, 2018

1          **MR. TRIPP:**  ONE THING, I AM NOT -- I AM NOT SURE

2     THAT -- I DON'T UNDERSTAND THE DECLARATION TO BE SAYING THERE

3     IS GOING TO BE, LIKE, 200 EVERY SINGLE DAY.  I THINK IT MAY BE

4     THAT THERE WILL BE, YOU KNOW, I THINK THAT IS MORE JUST THE

5     AVERAGE SPREAD OUT OVER THE ENTIRE PERIOD OF TIME.

6          SO I GUESS I DON'T KNOW FOR SURE BUT IT MAY BE THAT

7     SOME OF THE EASIER ONES END UP GETTING DONE SLIGHTLY FASTER UP

8     FRONT SO THAT THERE ISN'T AS MUCH OF IT, BUT THE CRUNCH AT THE

9     END YOU ARE TALKING ABOUT.

10          **THE COURT:**  OKAY.  AND I WOULD REFERENCE

11    PARAGRAPH 30.  THERE IS A CATEGORICAL ASSERTION HERE IN THE

12    MEEKINS' DECLARATION THAT SAYS:  SINCE THE COURT ISSUED ITS

13    ORDER ON JULY 10, 2018, HHS HAS STOPPED DNA TESTING OF

14    PUTATIVE CLASS MEMBERS, NOTWITHSTANDING THE VALUE OF DNA

15    TESTING AS AN OBJECTIVE TOOL FOR VERIFYING BIOLOGICAL

16    PARENTAGE.

17          AND, UNFORTUNATELY, THAT IS CONSISTENT WITH THE

18    ENTIRE TENOR OF THE DECLARATION.  AND SO THERE NEEDS TO BE A

19    COMPLETE READJUSTMENT IN HHS WITH HOW THEY ARE GOING TO GO

20    ABOUT THIS.  AND SO I THINK IT WOULD BE VALUABLE, AND I

21    APPRECIATE YOUR EFFORTS IN MAKING SURE THAT SOMEONE FROM HHS

22    WILL BE HERE AT 9:30, JUST SO WE HAVE CLEAR DIRECTION.

23          AND I WILL ISSUE THE ORDER LATER TONIGHT, NOW HAVING

24    HAD THE BENEFIT OF READING THE GOVERNMENT'S LAST BRIEFING AND

25    TALKING WITH COUNSEL ON THE PHONE.

JULY 13, 2018

1              SO LET'S SIGN OFF AT THIS TIME.  I APPRECIATE

2     EVERYONE MAKING THEMSELVES AVAILABLE ON SHORT NOTICE.  AND WE

3     WILL MEET AGAIN MONDAY AT 9:30.

4              **MR. GELERNT:**  THANK YOU, YOUR HONOR.

5              **MR. FLENTJE:**  THANK YOU, YOUR HONOR.

6              **THE COURT:**  THANK YOU.

7

8                            *   *   *

9              I CERTIFY THAT THE FOREGOING IS A CORRECT
              TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
10             IN THE ABOVE-ENTITLED MATTER.

11             S/LEEANN PENCE                7/14/2018
              LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

                        JULY 13, 2018