PAMINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Ms. L et al                    VS    U.S. Immigration and Customs Enforcement et al

Case Number:    18cv0428-DMS-MDD        WITNESS LIST            Evidentiary Hearing

| DATE | PLF | DEF | WITNESS NAME |
|------|-----|-----|--------------|
| July 16, 2018 | | X | Cmdr JONATHAN WHITE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |