# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>         Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>         Respondents-Defendants. | Case No.:  18cv0428 DMS (MDD)<br><br>**ORDER (1) GRANTING PLAINTIFFS' MOTION FOR EMERGENCY TRO PENDING RULING ON MOTION TO STAY AND (2) AMENDING JULY 13, 2018 ORDER FOLLOWING STATUS CONFERENCE** |

A further status conference was held on July 16, 2018.  Lee Gelernt appeared and argued for Plaintiffs and Scott Stewart, Brian Stimson and Sarah Fabian appeared and argued for Defendants.  Also present was Commander Jonathan White representing the U.S. Department of Health and Human Services.  After hearing from counsel and receiving evidence from Commander White, IT IS HEREBY ORDERED:

1. Plaintiffs' motion for an emergency TRO pending a ruling on their motion to stay is granted.  If Defendants dispute the Court's jurisdiction to enter this order, they shall submit a brief to that effect forthwith.  On the underlying motion to stay, Defendants shall file their opposition brief on or before **July 23, 2018**, at **9:00 a.m.**, Pacific Time.

2. The Court's order requiring Defendants to provide Plaintiffs with 12-hour advance notice of every individual reunification is vacated.  Counsel shall meet and confer on this

issue of advance notice, and if necessary, submit a joint motion and proposed order for the Court's review and approval. After hearing from Commander White, the Court is inclined to agree with Defendants that providing Plaintiffs with notice of reunifications pursuant to the "initial cleared list" is sufficient. To the extent Defendants can also provide Plaintiffs with notice of reunifications that have received the "green light," they should do so, but based on Commander White's testimony, the Court is disinclined to order Defendants to provide Plaintiffs with the requested 12-hour notice for each reunification for the reasons set out by Commander White at the hearing.

3. The dial in number for counsel and any members of the news media that wish to attend the July 20, 2018 status conference is as follows.

  1. Dial the toll free number: **877-411-9748**;
  2. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);
  3. Enter the Participant Security Code **07200428** and Press # (The security code will be confirmed);
  4. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

*This number is for counsel and media only*. Members of the general public may attend in person.

Dated: July 16, 2018

Hon. Dana M. Sabraw
United States District Judge