| | |
|---|---|
| CHAD A. READLER<br>Acting Assistant Attorney General<br>SCOTT G. STEWART<br>Deputy Assistant Attorney General<br>WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br>U.S. Department of Justice<br>WILLIAM C. SILVIS<br>Assistant Director<br>Office of Immigration Litigation<br>SARAH B. FABIAN<br>Senior Litigation Counsel<br>NICOLE MURLEY<br>Trial Attorney<br>Office of Immigration Litigation<br>U.S. Department of Justice<br>Box 868, Ben Franklin Station<br>Washington, DC 20442<br>Telephone: (202) 532-4824<br>Fax: (202) 616-8962<br><br>ADAM L. BRAVERMAN<br>United States Attorney<br>SAMUEL W. BETTWY<br>Assistant U.S. Attorney<br>California Bar No. 94918<br>Office of the U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893<br>619-546-7125<br>619-546-7751 (fax)<br><br>*Attorneys for Federal Respondents-Defendants* | Lee Gelernt*<br>Judy Rabinovitz*<br>Anand Balakrishnan*<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>T: (212) 549-2660<br>F: (212) 549-2654<br>*lgelernt@aclu.org*<br>*jrabinovitz@aclu.org*<br>*abalakrishnan@aclu.org*<br><br>Bardis Vakili (SBN 247783)<br>ACLU FOUNDATION OF SAN<br>DIEGO & IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>T: (619) 398-4485<br>F: (619) 232-0036<br>*bvakili@aclusandiego.org*<br><br>Stephen B. Kang (SBN 292280)<br>Spencer E. Amdur (SBN 320069)<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>39 Drumm Street<br>San Francisco, CA 94111<br>T: (415) 343-1198<br>F: (415) 395-0950<br>*skang@aclu.org*<br>*samdur@aclu.org*<br><br>*Attorneys for Petitioners-Plaintiffs*<br>*Admitted Pro Hac Vice* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>          Petitioners-Plaintiffs,<br><br>     vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>          Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>**STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Respondents-Defendants, U.S. Immigration and Customs Enforcement, et al., have met and conferred with Petitioners-Plaintiffs, Ms. L., et al. The parties agree and stipulate, in the interests of proceeding with this litigation in the most orderly and efficient manner possible, to extend the time period for Respondent-Defendants to answer Petitioners-Plaintiffs second amended complaint. Accordingly, the parties hereby stipulate: Respondent-Defendants' answer to the second amended complaint shall be due Thursday, August 16, 2018.

A proposed order accompanies the joint stipulation.

DATED: July 16, 2018                    Respectfully submitted,

                                        /s/ Lee Gelernt
                                        Lee Gelernt*
                                        Judy Rabinovitz*
                                        Anand Balakrishnan*
                                        AMERICAN CIVIL LIBERTIES UNION
                                        FOUNDATION
                                        125 Broad St., 18th Floor
                                        New York, NY 10004
                                        T: (212) 549-2660
                                        F: (212) 549-2654
                                        *lgelernt@aclu.org*

*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO
& IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
     **Admitted Pro Hac Vice*


CHAD A. READLER
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY

```
                                Trial Attorney
                                Office of Immigration Litigation
                                Civil Division
                                U.S. Department of Justice
                                P.O. Box 868, Ben Franklin Station
                                Washington, DC 20044
                                (202) 532-4824
                                (202) 616-8962 (facsimile)
                                sarah.b.fabian@usdoj.gov

                                ADAM L. BRAVERMAN
                                United States Attorney
                                SAMUEL W. BETTWY
                                Assistant U.S. Attorney

                                *Attorneys for Respondents-Defendants*
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Respondents-Defendants. | Case No. 18cv428 DMS MDD <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Before the Court is the parties' Stipulated Extension of Time for Defendants to Answer Plaintiffs' Second Amended Complaint. IT IS HEREBY ORDERED that Respondent-Defendants answer to Plaintiffs' second amended complaint shall be due Thursday, August 16, 2018.

Dated:

                                                        Hon. Dana M. Sabraw

                                                        United States District Judge