



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ms. L.,

                **Plaintiff,**

v.

U.S. ICE et al

                **Defendant.**

Civil No. 3-18-cv-00428

## PRO HAC VICE APPLICATION

Amicus: Scholars of Habeas Corpus
Party Represented

I, **Noah Levine** (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Wilmer Cutler Pickering Hale and Dorr LLP
Street address: 7 World Trade Center 250 Greenwich Street
City, State, ZIP: New York, NY 10007
Phone number: 212 230 8875
Email: Noah.Levine@wilmerhale.com
That on 05/19/2005 (Date) I was admitted to practice before New York (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Chris Casamassima      1 213 443 5374
(Name)      (Telephone)

Wilmer Cutler Pickering Hale and Dorr LLP
(Firm)

350 South Grand Ave., Suite 2100, Los Angeles, CA 90071
(Street)      (City)      (Zip code)

_(Signature of Applicant)_

I hereby consent to the above designation.

_(Signature of Designee Attorney)_