

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ms. L.

**Plaintiff,**

v.

U.S. ICE et al

**Defendant.**

Civil No. 3-18-cv-00428

## PRO HAC VICE APPLICATION

Amicus: Scholars of Habeas Corpus
Party Represented

I, __Adriel I. Cepeda Derieux__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Wilmer Cutler Pickering Hale and Dorr LLP
Street address: 7 World Trade Center 250 Greenwich Street
City, State, ZIP: New York, NY 10007
Phone number: 212 295 6303
Email: Adriel.CepedaDerieux@wilmerhale.com

That on __4/6/2011__ I was admitted to practice before __New York__
(Date)  (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____   Date of Application _____
Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

__Chris Casamassima__     213 443-5374
(Name)                    (Telephone)

Wilmer Cutler Pickering Hale and Dorr LLP
(Firm)

350 South Grand Ave., Suite 2100, Los Angeles, CA 90071
(Street)                              (City)            (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)