UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>　　　　Petitioners-Plaintiffs,<br><br>　vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>**ORDER GRANTING JOINT STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT** |

　　　Before the Court is the parties' Stipulated Extension of Time for Defendants to Answer Plaintiffs' Second Amended Complaint. IT IS HEREBY ORDERED that Respondent-Defendants answer to Plaintiffs' second amended complaint shall be due Thursday, August 16, 2018.

Dated: July 18, 2018

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　United States District Judge