CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
District Court Section, Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 532-4824
Fax: (202) 616-8962
Email: Sarah.B.Fabian@usdoj.gov

*Attorneys for Federal Respondents*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L,, et al. | Case No. 18cv428 DMS MDD |
| Petitioner-Plaintiff, | |
| vs. | NOTICE OF "APPEARANCE" |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents-Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the Federal Respondents-Defendants in the above-captioned case. I certify that I am authorized to practice under CivLR 83.3.c.3. I should receive all future Notices of Electronic Filings relating to activity in this case at the following e-mail address:

august.flentje@usdoj.gov

This notice is purely for the purpose of obtaining Notices of Electronic Filings in this case and does not constitute a waiver of any defense or objection, including but not limited to personal jurisdiction, sufficient process, sufficient process of service and proper venue.

Please feel free to contact me should you have any questions regarding this notice.

///

///

///

///

///

///

///

///

///

DATED: July 18, 2018

Respectfully submitted,
CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation

BY: /s/ *August E. Flentje*
AUGUST E. FLENTJE
Special Counsel
Civil Division, U.S. Department of Justice
950 Pennsylvania Avenue, Room 3613
Washington, D.C. 20530
Phone: (202) 514-3309
Fax: (202) 307-6777
Email: august.flentje@usdoj.gov

*Attorneys for Defendants-Respondents*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this motion has been served via the Court's CM/ECF system on all counsel of record.

/s/ *August E. Flentje*
AUGUST E. FLENTJE
U.S. Department of Justice