1   Chet A. Kronenberg (State Bar No. 222335)
    ckronenberg@stblaw.com
2   Charles Reiter (State Bar No. 306381)
    charles.reiter@stblaw.com
3   SIMPSON THACHER & BARTLETT LLP
    1999 Avenue of the Stars, 29th Floor
4   Los Angeles, California  90067
    Telephone:   (310) 407-7500
5   Facsimile:    (310) 407-7502

6   Harrison J. Frahn (State Bar No. 206822)
    hfrahn@stblaw.com
7   SIMPSON THACHER & BARTLETT LLP
    2475 Hanover Street
8   Palo Alto, California 94304
    Telephone:   (650) 251-5000
9   Facsimile:    (650) 251-5002

10   Attorneys for Petitioners-Plaintiffs

11            UNITED STATES DISTRICT COURT

12       FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., | Case No. 18cv428 DMS MDD |
|          Petitioners-Plaintiffs, | **NOTICE OF APPEARANCE** |
|          v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.. | |
|        Respondents-Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney hereby appears as counsel of record for Petitioners-Plaintiffs:

Charles Reiter (State Bar No. 306381)
charles.reiter@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California  90067
Telephone:   (310) 407-7500
Facsimile:    (310) 407-7502

Dated:  July 20, 2018                    Respectfully submitted,

                                         **SIMPSON THACHER & BARTLETT LLP**
                                         /s/ Charles Reiter
                                         Attorney for Petitioners-Plaintiffs

- i -

1

## **CERTIFICATE OF SERVICE**

2

        I hereby certify on July 20, 2018, a copy of the foregoing was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record.

3

4

5

                     /s/ Charles Reiter
                     Charles Reiter

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- ii -