Chet A. Kronenberg (State Bar No. 222335)
ckronenberg@stblaw.com
Charles Reiter (State Bar No. 306381)
charles.reiter@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California  90067
Telephone:   (310) 407-7500
Facsimile:    (310) 407-7502

Harrison J. Frahn (State Bar No. 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone:   (650) 251-5000
Facsimile:    (650) 251-5002

Attorneys for Petitioners-Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al.,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>**NOTICE OF WITHDRAWAL** |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that the following attorney hereby withdraws as counsel of record for Petitioners-Plaintiffs:

3

4      Chet A. Kronenberg (State Bar No. 222335)
   ckronenberg@stblaw.com
5  SIMPSON THACHER & BARTLETT LLP
   1999 Avenue of the Stars, 29th Floor
6  Los Angeles, California  90067
   Telephone:   (310) 407-7500
7  Facsimile:    (310) 407-7502

8

9

10 Dated:  July 20, 2018         Respectfully submitted,

11

12                                 **SIMPSON THACHER & BARTLETT LLP**

                                /s/ Chet A. Kronenberg

13                                 Attorney for Petitioners-Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify on July 20, 2018, a copy of the foregoing was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record.

          /s/ Chet A. Kronenberg
          Chet A. Kronenberg