Chet A. Kronenberg (State Bar No. 222335)
ckronenberg@stblaw.com
Charles Reiter (State Bar No. 306381)
charles.reiter@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California  90067
Telephone:   (310) 407-7500
Facsimile:    (310) 407-7502

Harrison J. Frahn (State Bar No. 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone:   (650) 251-5000
Facsimile:    (650) 251-5002

Attorneys for Petitioners-Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al.,<br><br>    Petitioners-Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al..<br><br>    Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>**NOTICE OF WITHDRAWAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney hereby withdraws as counsel of record for Petitioners-Plaintiffs:

Charles Reiter (State Bar No. 306381)
charles.reiter@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California  90067
Telephone:  (310) 407-7500
Facsimile:   (310) 407-7502

Dated:  July 20, 2018          Respectfully submitted,

**SIMPSON THACHER & BARTLETT LLP**
/s/ Charles Reiter
Attorney for Petitioners-Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify on July 20, 2018, a copy of the foregoing was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record.

          /s/ Charles Reiter
             Charles Reiter