| | |
|---|---|
| 1 | Chet A. Kronenberg (State Bar No. 222335) |
| | ckronenberg@stblaw.com |
| 2 | Charles Reiter (State Bar No. 306381) |
| | charles.reiter@stblaw.com |
| 3 | SIMPSON THACHER & BARTLETT LLP |
| | 1999 Avenue of the Stars, 29th Floor |
| 4 | Los Angeles, California  90067 |
| | Telephone:   (310) 407-7500 |
| 5 | Facsimile:    (310) 407-7502 |

Harrison J. Frahn (State Bar No. 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone:   (650) 251-5000
Facsimile:    (650) 251-5002

Gregory Copeland (*pro hac vice pending*)
GCopeland@legal-aid.org
THE LEGAL AID SOCIETY OF NEW YORK
199 Water St.
New York, NY 10038
Telephone: (212) 577-3300

Attorneys for Petitioners-Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., | Case No. 18cv428 DMS MDD |
| Petitioners-Plaintiffs, | **NOTICE OF WITHDRAWAL** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents-Defendants. | |

- i -

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that the following attorney hereby withdraws his Pro Hac Vice Application for Petitioners-Plaintiffs:

    Gregory Copeland
    GCopeland@legal-aid.org
    THE LEGAL AID SOCIETY
    199 Water St.
    New York, N.Y. 10038
    Telephone: (212) 577-3300

Dated: July 20, 2018        Respectfully submitted,

                        **THE LEGAL AID SOCIETY**
                        /s/ Gregory Copeland
                        Attorney for Petitioners-Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify on July 20, 2018, a copy of the foregoing was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record.

    /s/ Chet A. Kronenberg
Chet A. Kronenberg