Chet A. Kronenberg (State Bar No. 222335)
ckronenberg@stblaw.com
Charles Reiter (State Bar No. 306381)
charles.reiter@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California  90067
Telephone:   (310) 407-7500
Facsimile:    (310) 407-7502

Harrison J. Frahn (State Bar No. 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone:   (650) 251-5000
Facsimile:    (650) 251-5002

Judith Goldiner (*pro hac vice pending*)
JGoldiner@legal-aid.org
THE LEGAL AID SOCIETY OF NEW YORK
199 Water St.
New York, NY 10038
Telephone: (212) 577-3332

Attorneys for Petitioners-Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., | Case No. 18cv428 DMS MDD |
| Petitioners-Plaintiffs, | **NOTICE OF WITHDRAWAL** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents-Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney hereby withdraws her Pro Hac Vice Application for Petitioners-Plaintiffs:

> Judith Goldiner
> JGoldiner@legal-aid.org
> THE LEGAL AID SOCIETY
> 199 Water St.
> New York, N.Y. 10038
> Telephone: (212) 577-3332

Dated: July 20, 2018              Respectfully submitted,

**THE LEGAL AID SOCIETY**
/s/ Judith Goldiner
Attorney for Petitioners-Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify on July 20, 2018, a copy of the foregoing was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record.

/s/ Chet A. Kronenberg
Chet A. Kronenberg
