CHAD A. READLER
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MS. L, et al.,

            Petitioners-Plaintiffs,

   vs.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

           Respondents-Defendants.

Case No. 18cv428 DMS MDD

**CONSENT MOTION FOR EXTENSION OF RESPONSE DEADLINE**

1

2    On July 16, 2018, Plaintiffs filed a Motion for Stay of Removal. At a status

3  conference that same day, the Court ordered Defendants to file a response to that

4

5  motion on or before 9:00am PST on July 23, 2018. The parties have met and

6  conferred several times in an effort to resolve that motion without further action from

7  the Court. In order to allow those efforts to continue, Defendants seek a 24-hour

8

9  extension of their response deadline, until 9:00am PST on July 24, 2018. Counsel

10  for Plaintiffs has stated that Plaintiffs do not oppose this request for extension.

11  DATED: July 22, 2018                    Respectfully submitted,

12

13                                         CHAD A. READLER
                                           Acting Assistant Attorney General
14                                         SCOTT G. STEWART
                                           Deputy Assistant Attorney General
15                                         WILLIAM C. PEACHEY
16                                         Director
                                           WILLIAM C. SILVIS
17                                         Assistant Director

18

19                                         /s/ Sarah B. Fabian
                                           SARAH B. FABIAN
20                                         Senior Litigation Counsel
21                                         NICOLE MURLEY
                                           Trial Attorney
22                                         Office of Immigration Litigation
23                                         Civil Division
                                           U.S. Department of Justice
24                                         P.O. Box 868, Ben Franklin Station
25                                         Washington, DC 20044
                                           (202) 532-4824
26                                         (202) 616-8962 (facsimile)
27                                         sarah.b.fabian@usdoj.gov

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney

*Attorneys for Respondents-Defendants*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is Box 868, Ben Franklin Station, Washington DC 20044. I am not a party to the above-entitled action. I have caused service of the accompanying **CONSENT MOTION FOR EXTENSION OF RESPONSE DEADLINE** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 22, 2018                 *s/ Sarah B. Fabian*
                                     Sarah B. Fabian