UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MS. L, et al.,

            Petitioners-Plaintiffs,

     vs.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

            Respondents-Defendants.

Case No. 18cv428 DMS MDD

ORDER GRANTING CONSENT MOTION FOR EXTENSION OF RESPONSE DEADLINE

      Before the Court is Defendants' Consent Motion for Extension of Response Deadline. For good cause shown, IT IS HEREBY ORDERED that the deadline for Defendants to respond to Plaintiffs' Motion for Stay of Removal is extended by 24 hours until 9am PST on July 24, 2018.

Dated:

                                     _____

                                     Hon. Dana M. Sabraw
                                     United States District Judge