UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

_____
                                        )
MS. L. AND MS. C.,                      )
                                        )CASE NO. 18CV0428-DMS
            PETITIONERS-PLAINTIFFS,     )
                                        )
VS.                                     )
                                        )SAN DIEGO, CALIFORNIA
U.S. IMMIGRATION AND CUSTOMS            ) FRIDAY JULY 20, 2018
ENFORCEMENT ("ICE"); U.S. DEPARTMENT    )  1:30 P.M. CALENDAR
OF HOMELAND SECURITY ("DHS"); U.S.      )
CUSTOMS AND BORDER PROTECTION ("CBP");  )
U.S. CITIZENSHIP AND IMMIGRATION        )
SERVICES ("USCIS"); U.S. DEPARTMENT     )
OF HEALTH AND HUMAN SERVICES ("HHS");   )
OFFICE OF REFUGEE RESETTLEMENT ("ORR"); )
THOMAS HOMAN, ACTING DIRECTOR OF ICE;   )
GREG ARCHAMBEAULT, SAN DIEGO FIELD      )
OFFICE DIRECTOR, ICE; ADRIAN P. MACIAS, )
EL PASO FIELD DIRECTOR, ICE; FRANCES M. )
JACKSON, EL PASO ASSISTANT FIELD        )
OFFICE DIRECTOR, ICE; KIRSTJEN NIELSEN, )
SECRETARY OF DHS; JEFFERSON BEAUREGARD  )
SESSIONS III, ATTORNEY GENERAL OF THE   )
UNITED STATES; L. FRANCIS CISSNA,       )
DIRECTOR OF USCIS; KEVIN K.             )
MCALEENAN, ACTING COMMISSIONER OF       )
CBP; PETE FLORES, SAN DIEGO FIELD       )
DIRECTOR, CBP; HECTOR A. MANCHA JR.,    )
EL PASO FIELD DIRECTOR, CBP;            )
ALEX AZAR, SECRETARY OF THE             )
DEPARTMENT OF HEALTH AND HUMAN          )
SERVICES; SCOTT LLOYD, DIRECTOR         )
OF THE OFFICE OF REFUGEE RESETTLEMENT,  )
                                        )
            RESPONDENTS-DEFENDANTS.     )
----------------------------------------

REPORTER'S TRANSCRIPT OF PROCEEDINGS
STATUS CONFERENCE

COUNSEL APPEARING:

FOR PLAINTIFF:                  LEE GELERNT, ESQ.
                                (TELEPHONICALLY)
                                ACLU IMMIGRANT RIGHTS PROJECT
                                125 BROAD STREET 18TH FLOOR
                                NEW YORK, NEW YORK 10004

                                SPENCER AMDUR, ESQ.
                                STEPHEN KANG, ESQ.
                                ACLU OF NORTHERN CALIFORNIA
                                39 DRUMM STREET
                                SAN FRANCISCO, CALIFORNIA 94111

FOR DEFENDANT:                  SARAH B. FABIAN, ESQ.
                                AUGUS FLENTJE, ESQ.
                                U.S. DEPARTMENT OF JUSTICE
                                OFFICE OF IMMIGRATION LITIGATION
                                P.O. BOX 868
                                BEN FRANKLIN STATION
                                WASHINGTON, DC 20044

REPORTED BY:                    LEE ANN PENCE,
                                OFFICIAL COURT REPORTER
                                UNITED STATES COURTHOUSE
                                333 WEST BROADWAY, ROOM 1393
                                SAN DIEGO, CALIFORNIA 92101

```
 1     SAN DIEGO, CALIFORNIA – FRIDAY, JULY 20, 2018 – 1:30 P.M.

 2                          *   *   *

 3              THE CLERK:  NO. 13 ON CALENDAR, CASE NO. 18CV0428,

 4     MS. L.  VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON

 5     FOR STATUS CONFERENCE.

 6              THE COURT:  GOOD AFTERNOON.

 7              MAY I HAVE APPEARANCES, PLEASE.

 8              MR. KANG:  GOOD AFTERNOON, YOUR HONOR.  STEPHEN KANG

 9     FOR PLAINTIFFS.

10              THE COURT:  THANK YOU.

11              MR. AMDUR:  GOOD AFTERNOON.  SPENCER AMDUR FOR

12     PLAINTIFFS.

13              MR. GELERNT:  GOOD AFTERNOON, YOUR HONOR.  LEE

14     GELERNT FOR PLAINTIFFS, ON THE PHONE.

15              THE COURT:  THANK YOU.  AND GOOD AFTERNOON.

16              AND FOR GOVERNMENT COUNSEL.

17              MR. FLENTJE:  AUGUST FLENTJE FOR DEFENDANTS.

18              MS. FABIAN:  SARAH FABIAN FOR DEFENDANTS.

19              THE COURT:  THANK YOU.  GOOD AFTERNOON.  WELCOME.

20              I READ THE STATUS REPORT, AND IT IS VERY

21     COMPREHENSIVE, SO I THINK WE CAN MAKE THE BEST USE OF TIME BY

22     JUST RUNNING DOWN THE REPORT.

23              SO I HAVE A NUMBER OF QUESTIONS, AND THEN COUNSEL

24     CAN OFFER ADDITIONAL INPUT AS NEEDED.  BUT LET'S START FROM

25     THE BEGINNING.
```

JULY 20, 2018

1          THERE HAS BEEN IDENTIFIED 2,551 CHILDREN.  CLASS

2    MEMBERS POSSIBLE FOR ELIGIBILITY FOR REUNIFICATION IS 1,606.

3    THOSE WHO MAY NOT BE ELIGIBLE, 908.  THAT ADDS UP TO 2,514.

4          37 ARE UNACCOUNTED FOR.  IS THAT BECAUSE SOME

5    PARENTS HAVE MORE THAN ONE CHILD OR SOME PARENTS ARE NOT

6    LOCATED?

7          **MS. FABIAN:**  I BELIEVE THAT IS THE NUMBER THAT HAS

8    NOT YET BEEN MATCHED, WHETHER THAT'S BECAUSE THERE IS -- THIS

9    IS HHS'S SORT OF OVER-INCLUSIVE LIST, SO THEY ARE STILL

10   DETERMINING IF THEY SHOULD BE INCLUDED ON THE LIST AND IF

11   THERE IS A MATCHING CLASS MEMBER.

12         **THE COURT:**  SO THERE MAY BE 37 THAT ARE UNACCOUNTED

13   FOR, OR JUST MAY NOT BE WITHIN THE CLASS?

14         **MR. FLENTJE:**  I THINK IT COULD BE EITHER.  I THINK

15   THAT'S WHEN -- THE LIST STARTS BY LOOKING AT THE HHS

16   OVER-INCLUSIVE REVIEW OF ANYONE WHO MIGHT BE THE CHILD OF A

17   CLASS MEMBER, THAT THOSE ARE THE ONES WHO THEY HAVEN'T YET

18   DETERMINED IF THERE IS A CLASS MEMBER THAT MATCHES WITH THOSE

19   CHILDREN OR IF THEY WERE JUST OVER-INCLUSIVE AND THERE IS NO

20   CLASS MEMBER.

21         **THE COURT:**  I WOULD ASSUME THAT SOME PARENTS CAME

22   WITH MORE THAN ONE CHILD, AND THAT COULD BE AN EXPLANATION, AS

23   WELL.

24         **MS. FABIAN:**  SURE.  WHEN WE GIVE THE NUMBERS HERE

25   THEY ARE HHS NUMBERS REFERENCING THE CHILDREN.  SO YOU WILL

JULY 20, 2018

1 FIND THAT THE CLASS MEMBER NUMBERS ARE LOWER WHEN WE PROVIDE

2 NUMBERS FROM ICE BECAUSE THEY ARE MATCHED.

3        **THE COURT:**  I AM GOING TO RUN THROUGH A SERIES OF

4 QUESTIONS, SO MAYBE YOU CAN GO TO THE PODIUM.  AND IF YOU HAVE

5 THIS INFORMATION THAT WOULD BE HELPFUL.

6        CLASS MEMBERS INTERVIEWED AND CLEARED FOR

7 REUNIFICATION, 848.  THAT MEANS THAT'S THE GREENLIGHT THAT

8 COMMANDER WHITE WAS TALKING ABOUT.  AM I CORRECT?

9        **MR. FLENTJE:**  YES, YOUR HONOR.  THOSE ARE CLEAR FOR

10 REUNIFICATION.  THE INTERVIEWS HAPPENED, EVERYTHING HAS

11 HAPPENED EXCEPT THE ACTUAL EFFECTUATION OF THE REUNIFICATION.

12        AND I CAN REPORT ALSO THAT AS OF EARLY THIS MORNING

13 THAT NUMBER HAD GONE UP TO 954.

14        **THE COURT:**  OKAY.  THANK YOU.

15        THE NEXT IS 272 CLASS MEMBERS PENDING INTERVIEWS.

16 THIS NUMBER, I AM ASSUMING MANY OF THESE WILL BE GREENLIGHTED

17 TODAY AND AS WE ARE SPEAKING.

18        **MR. FLENTJE:**  THIS IS A VERY ACTIVE PROCESS.

19 COMMANDER WHITE IS WORKING HARD TO GET ALL OF THESE INTERVIEWS

20 SCHEDULED AND CONDUCTED SO THAT THEY CAN GET TO THE ULTIMATE

21 GREENLIGHT, AND THEN THE REUNIFICATION IN ADVANCE OF THE

22 DEADLINE.

23        **THE COURT:**  OKAY.  THANK YOU.

24        POTENTIAL CLASS MEMBERS RELEASED TO THE INTERIOR,

25 222.  DO WE KNOW WHERE THEY ARE?

JULY 20, 2018

1          **MR. FLENTJE:**  WE OWE PLAINTIFFS A LIST OF THOSE

2   CLASS MEMBERS, AND ARE WORKING ON THAT AS HARD AS WE CAN TO

3   HOPEFULLY GET THEM SOMETHING VERY SOON.  THEY HAVE MENTIONED

4   THAT IN THEIR REPORT.

5          **THE COURT:**  IS THERE, DO YOU KNOW, A GOOD NUMBER

6   THAT YOU KNOW WHERE THEY ARE, AS OPPOSED TO, FOR EXAMPLE,

7   FAILURE TO APPEARS OR LOST CONTACT?

8          **MR. FLENTJE:**  MY UNDERSTANDING IS MOST HHS HAS

9   CONTACT WITH, BUT I DON'T KNOW THE NUMBERS ON THAT.

10          SARAH, IS THAT CORRECT?

11          **MS. FABIAN:**  THAT'S CORRECT.  WE DON'T HAVE THE

12   FINAL NUMBERS ON THAT, WE HOPE TO HAVE THEM SOON.

13          **THE COURT:**  BUT IT IS -- AM I CORRECT THAT A LARGE

14   NUMBER OF THE 222 ARE ACCOUNTED FOR, OR DO YOU JUST NOT KNOW

15   AT THIS POINT?

16          **MR. FLENTJE:**  I THINK THAT IS RIGHT, BUT I DON'T

17   WANT TO SPECULATE.

18          **THE COURT:**  OKAY.  THAT'S GOOD.

19          **MS. FABIAN:**  I THINK WHAT WE ARE LOOKING AT HERE IS

20   NUMBERS FROM HHS, SO I BELIEVE THAT WHEN WE ARE LOOKING AT

21   NUMBERS REPORTED BY HHS THAT THEY WILL HAVE LOCATED THOSE

22   INDIVIDUALS.

23          THERE MAY BE A NUMBER THAT ARE CURRENTLY IN THE

24   BOTTOM PORTION OF THE REPORT THAT WHEN WE ARE ABLE TO WORK

25   WITH THE ICE NUMBERS AS WELL THAT THEY WILL MOVE INTO THE TOP

1   PORTION OF THE REPORT.

2          **THE COURT:**  YES.  ALL RIGHT.

3          POTENTIAL CLASS MEMBERS IN ICE CUSTODY PENDING

4   O.R.R. REVIEW, 264.  SO THESE ARE PEOPLE THAT WILL BE QUICKLY

5   MOVING UP TO –– UP AND BEING PROCESSED QUICKLY THROUGH A

6   GREENLIGHT PHASE.  AM I CORRECT?

7          **MR. FLENTJE:**  YES.  THOSE ARE THE ONES THAT STILL

8   NEED TO BE GREENLIGHTED FOR INTERVIEW.

9          **THE COURT:**  LET'S GO TO THE NEXT GROUP, POTENTIAL

10  CLASS MEMBERS NOT ELIGIBLE OR WHO MAY BE RENDERED INELIGIBLE,

11  908.

12         TWO ARE IN CRIMINAL CUSTODY.  IS THAT ALL?  THE

13  NUMBER WAS MORE LIKE 10 OR 12, IT IS TWO?

14         **MR. FLENTJE:**  THOSE ARE THE NUMBERS THAT HAS BEEN

15  DETERMINED.  OBVIOUSLY, AT THE BOTTOM OF THIS LIST THERE IS A

16  LARGER NUMBER AND THOSE ARE ONES WHERE HHS DATA IS STILL BEING

17  RUN BY ICE DATA AND DATA TO HELP DETERMINE WHERE THEY FIT IN

18  WITH THIS.

19         **THE COURT:**  136 PARENTS WAIVED REUNIFICATION.

20         I AM ASSUMING THAT WITH MANY OF THESE PARENTS THEY

21  HAVE MADE AN INFORMED DECISION MOST LIKELY TO BE REMOVED

22  SEPARATELY FROM THEIR CHILD.  IS THAT A FAIR ASSUMPTION?

23         **MR. FLENTJE:**  THIS IS DURING THE HHS INTERVIEW, IF

24  THEY ASK THE PARENT WHETHER THEY WANT TO BE –– IT IS THE LAST

25  STEP, ARE YOU READY TO GO FORWARD WITH REUNIFICATION?  AND

JULY 20, 2018

1   THIS NUMBER HAS SAID NO.

2          WE RECENTLY PROVIDED PLAINTIFFS WITH THIS LIST.  AND

3   I THINK THIS IS SOMETHING WE ARE STILL DISCUSSING WITH RESPECT

4   TO YOUR ORDER LAST WEEK ON THE SEVEN-DAY PERIOD, SO THAT IS

5   KIND OF A COMPONENT OF THOSE DISCUSSIONS.

6          **THE COURT:**  YES.  OKAY.  SO WHAT WOULD BE FACTORED

7   INTO THIS, I ASSUME, IS PARENTS MAKING A DETERMINATION THAT IT

8   MAY BE IN THE BEST INTEREST OF THEIR CHILD TO PURSUE

9   IMMIGRATION RELIEF, ASYLUM CLAIMS AND THE LIKE, SEPARATELY AND

10  REMAIN IN COUNTRY PENDING THAT DETERMINATION.

11         **MR. FLENTJE:**  YES.  A CHILD MIGHT HAVE AN

12  INDEPENDENT ASYLUM CLAIM.  AND, OF COURSE, THERE ARE ALSO

13  DIFFERENT PROCEDURES.

14         **THE COURT:**  ALL RIGHT.

15         **MR. FLENTJE:**  SO THAT IS WHERE THAT LIKELY FALLS IN.

16         BUT AGAIN, YOU KNOW -- AND ANOTHER THING.  THERE IS

17  A FORM HHS HAS WHERE YOU CAN DESIGNATE A SPONSOR, AND SO THE

18  PARENT MIGHT HAVE SOMEONE ELSE WHO WOULD BE A GOOD SPONSOR,

19  AND THAT IS IDENTIFIED DURING THAT INTERVIEW.

20         **THE COURT:**  THANK YOU.

21         91 ARE RENDERED INELIGIBLE THROUGH THEIR CRIMINAL

22  RECORD OR OTHER INELIGIBILITY.  THAT IS SELF-EXPLANATORY.

23         679 PENDING FURTHER EVALUATION.

24         SO WOULD THIS BE IN COMMANDER WHITE'S AMBER-COLOR

25  GROUP?

JULY 20, 2018

1          **MR. FLENTJE:**  I DON'T THINK SO.  I THINK THIS IS

2    STILL WHERE THE HHS -- THE HHS DATA IS BEING INVESTIGATED BY

3    ICE TO DETERMINE WHERE, IN A VARIETY OF CATEGORIES, THEY WOULD

4    FALL, INCLUDING PEOPLE MIGHT HAVE BEEN RELEASED.  PEOPLE MIGHT

5    BE IN CRIMINAL CUSTODY THAT HASN'T BEEN FIGURED OUT, MAYBE

6    STATE OR LOCAL.  PEOPLE MIGHT HAVE BEEN REMOVED, YOU KNOW,

7    THERE WAS A PERIOD BEFORE THE INJUNCTION WENT INTO PLACE AND

8    WE FOUND WITH THE YOUNGER COHORTS SOME PARENTS HAD BEEN

9    REMOVED.

10         SO THAT IS PROBABLY WHERE THOSE GROUPS ARE GOING TO

11   FALL, IN DIFFERENT CATEGORIES.

12         THEN SOME MIGHT GET GREENLIGHTED, HOPEFULLY.

13         **THE COURT:**  ALL RIGHT.  THANK YOU.

14         CLASS MEMBERS WITH FINAL ORDER OF REMOVAL, 719.

15         ARE MOST OF THESE 719 WITHIN THIS GROUP OF 908 THAT

16   WERE LARGELY INELIGIBLE, AND MAYBE THEREFORE SUBJECT TO

17   EXPEDITED REMOVAL, OR IS THERE NO CORRELATION?

18         **MR. FLENTJE:**  NO, I DON'T THINK THERE IS A

19   CORRELATION.  THEY COULD BE IN EITHER GROUP.  AND, AGAIN, THIS

20   FALLS INTO A LITTLE BIT INTO THE SUBJECT OF THIS COURT'S ORDER

21   LAST WEEK AND THE DISCUSSIONS WE ARE HAVING WITH PLAINTIFFS

22   ABOUT, YOU KNOW, THERE WAS A FORM APPROVED LAST WEEK, IT SEEMS

23   LIKE A WHILE AGO, WHERE PARENTS WITH FINAL ORDERS COULD MAKE

24   AN ELECTION, DO I WANT TO LEAVE WITH MY CHILD OR DO I WANT TO

25   LEAVE WITHOUT MY CHILD.

JULY 20, 2018

1    SOME OF THOSE -- THOSE ARE FOLKS WHO ARE -- WE ARE

2    DISCUSSING WITH PLAINTIFFS KIND OF HOW THAT WOULD FIT IN WITH

3    KIND OF THE POST REUNIFICATION PROCEDURES.  IF THEY MAKE THAT

4    ELECTION BUT THEY REQUESTED IN A MOTION THAT THERE BE AN

5    ADDITIONAL TIME TO CONSULT AND TALK WITH THEIR CHILD ONCE THEY

6    ARE TOGETHER ABOUT THAT DECISION.

7    **THE COURT:**  YES.  THANK YOU.

8    TOTAL NUMBER REUNIFIED, 364.  WHAT IS THAT NUMBER

9    NOW?  DO YOU HAVE AN UPDATE?

10    **MR. FLENTJE:**  THE UPDATE AS OF EARLY THIS MORNING, I

11    BELIEVE A 7:00 A.M. UPDATE, ON EAST COAST SO EVEN EARLIER, WAS

12    450.

13    **THE COURT:**  SO THIS IS A VERY ACTIVE GROUP AS FAR AS

14    THE NUMBERS INCREASING WITH REUNIFICATION OCCURRING.  IT

15    APPEARS FAIRLY FREQUENTLY AND RAPIDLY, WHICH IS GOOD.

16    ARE MOST OF THESE REUNIFICATIONS, CAN YOU GIVE ME A

17    BREAKDOWN AS TO HOW MANY ARE PAROLED INTO THE COMMUNITY AND

18    HOW MANY ARE DETAINED TOGETHER?

19    **MR. FLENTJE:**  I DON'T THINK I HAVE THOSE NUMBERS.

20    MY UNDERSTANDING IS THAT THERE ARE A LOT OF GOALS, AND KIND OF

21    THE ISSUE ARISES PROBABLY WITH THE 719 WHERE THERE ARE ALREADY

22    FINAL ORDERS OF REMOVAL AS FAR AS REMOVAL.  BUT THE

23    REUNIFICATIONS AT THE VARIOUS FACILITIES GENERALLY RESULT IN

24    PAROLES.

25    **THE COURT:**  IT APPEARS THAT THIS PROCESS IS WORKING

JULY 20, 2018

1    AND ON TRACK AND ON TIME.  DO YOU AGREE, OR AM I

2    MISAPPREHENDING ANY PART OF THIS REPORT?

3              **MR. FLENTJE:**  THERE IS A LOT OF WORK LEFT TO DO.

4    COMMANDER WHITE IS WORKING HARD TO GET THIS DONE.

5              I THINK THAT, YOU KNOW, FOR THE GREENLIGHTS WE SENT

6    PLAINTIFFS A GREENLIGHT LIST WITH 1400 GREENLIGHTED FOR

7    INTERVIEWS EARLIER TODAY.  AND WE ARE HOPING TO GET IT DONE.

8              I THINK THERE ARE GOING TO BE SOME COMPLICATED

9    ISSUES THAT ARISE IN THE NEXT WEEK, AND ESPECIALLY WITH SOME

10   OF THESE WHERE IT IS HARDER TO TRACK DOWN THE PARENTS AND

11   AREAS THAT WE DEALT WITH IN THE FIRST GO-AROUND WITH A MUCH

12   SMALLER GROUP.  THERE IS GOING TO BE CONTINUING WORK WITH

13   THOSE FOLKS.

14             **THE COURT:**  IT WOULD APPEAR, THOUGH, THAT WITH A

15   VERY SIGNIFICANT SEGMENT OF THIS POPULATION -- AND LET'S FOCUS

16   ON THE 1,606 ELIGIBLE FOR REUNIFICATION.  THAT A VERY

17   SIGNIFICANT PART OF THAT 1606 WILL BE GREENLIGHTED, AND THE

18   REUNIFICATION WILL BE FAIRLY SEAMLESS.  AND A BIG BLOCK OF

19   THEM WILL BE REUNIFIED IN A TIMELY MATTER AND OVER THE NEXT

20   FEW DAYS, OVER THIS WEEKEND.

21             **MR. FLENTJE:**  YES, YOUR HONOR.  I THINK, YOU KNOW,

22   EXCEPT WHERE THERE ARE SORT OF RED FLAGS OR YELLOW FLAGS AND

23   ISSUES, I THINK IT IS FULL-STEAM AHEAD WITH THE REUNIFICATIONS

24   AND THE NUMBERS ARE GROWING EACH DAY SIGNIFICANTLY.

25             WE FILED OUR REPORT LATE YESTERDAY WITH 364, WE ARE

JULY 20, 2018

 1  100 MORE THAN THAT AS OF THIS MORNING.  SO COMMANDER WHITE IS

 2  MOVING EFFICIENTLY.

 3          **THE COURT:**  THE NEXT PARAGRAPH ON NOTICE.  THE WAY I

 4  READ THIS, THIS IS VERY PROMISING.  IT APPEARS THAT THE

 5  GOVERNMENT IS PROVIDING ABOUT 12 HOURS' NOTICE TO THE NGO'S

 6  WHERE FAMILIES ARE BEING REUNITED.  THAT THE GOVERNMENT IS

 7  LETTING THE NGO KNOW ABOUT AN HOUR IN ADVANCE OF THE RELEASE,

 8  AND THAT THESE NGO'S ARE ON THE GROUND, AVAILABLE, 24/7.  IS

 9  THAT RIGHT?

10          **MR. FLENTJE:**  YES, YOUR HONOR.  ONE REASON COMMANDER

11  WHITE HELPED PUT TOGETHER A SYSTEM WHERE THERE ARE LIMITED

12  LOCATIONS WHERE THE REUNIFICATIONS ARE HAPPENING ARE SO THE

13  NGO'S COULD BE ON THE GROUND READY TO HELP 24/7.

14          WE ARE GIVING PLAINTIFFS THIS CLEARED LIST, CLEARED

15  FOR INTERVIEW LIST, WHICH SHOULD GIVE THEM, IN ALMOST ALL

16  CASES, NOTICE THAT SOMEONE IS, LIKE, HEADING IN THE RIGHT

17  DIRECTION.  AND FROM WHAT I UNDERSTAND I THINK IT IS WORKING

18  WELL ON THE GROUND.

19          BUT, YOU KNOW, IF PLAINTIFFS HAVE CONCERNS THEY CAN

20  SPEAK TO THAT, BUT I HAVEN'T HEARD -- WE HAVEN'T HEARD FROM

21  PLAINTIFFS YET THAT THE ACTUAL REUNIFICATION, GETTING THEM TO

22  THE NGO'S, AND THE SUPPORT THAT IS BEING PROVIDED ISN'T

23  HAPPENING EFFECTIVELY TO THIS POINT.

24          **THE COURT:**  THANK YOU.

25          AND THEN MOVING TO SUBSECTION C, CLASS MEMBER LISTS

JULY 20, 2018

```
 1    AND OTHER INFORMATION, SECOND PARAGRAPH.  ON OR BEFORE TODAY

 2    DEFENDANT'S PLAN TO PROVIDE PLAINTIFFS WITH A LIST OF CLASS

 3    MEMBERS WHO HAVE BEEN REMOVED, INCLUDING DATE OF REMOVAL AND

 4    RELATED INFORMATION.

 5              HAS THAT BEEN DONE?

 6         MR. FLENTJE:  WE HAVE NOT DONE THAT YET.  WE ARE

 7    WORKING HARD TO GET THAT DONE TODAY.

 8         THE COURT:  DO YOU HAVE AN ESTIMATE OF THE NUMBER IN

 9    THAT CATEGORY?

10         MR. FLENTJE:  SARAH, DO WE KNOW EXACTLY?

11              NO, I DON'T THINK WE KNOW EXACTLY UNTIL WE GET THE

12    LIST FROM THE FOLKS ON THE GROUND.

13         THE COURT:  DO YOU HAVE AN APPROXIMATION, OR YOU

14    JUST DON'T KNOW.

15         MR. FLENTJE:  I DON'T KNOW.

16         THE COURT:  THAT'S ALL RIGHT.

17              BUT I AM UNDERSTANDING YOU TO BE SAYING THAT YOU

18    WILL BE IN POSITION TO PROVIDE THIS LIST BY TODAY.

19         MR. FLENTJE:  THAT IS OUR PLAN.  I THINK -- WE WILL

20    DO THE BEST WE CAN, AND WE ARE STILL HOPEFUL THAT THAT LIST

21    COMES TOGETHER TODAY.

22         THE COURT:  THEN ALSO TODAY, THE PLAN TO PROVIDE THE

23    LIST OF CLASS MEMBERS WHO HAVE BEEN RELEASED.  THAT'S THE 222

24    SCHEDULED FOR TODAY?

25         MR. FLENTJE:  I THINK WE PROMISED IT ON MONDAY, BUT
```

JULY 20, 2018

1   IF WE ARE AHEAD OF THAT.

2             **THE COURT:**  I MISSPOKE, YOU DO HAVE MONDAY, JULY 23.

3   YOU ARE ON TRACK FOR THAT?

4             **MS. FABIAN:**  I THINK IT WOULD -- IT MAY INCLUDE THAT

5   222 PLUS ADDITIONAL, AND THAT'S THE -- AS I EXPLAINED, THE 222

6   IS FROM THE HHS DATA.  THERE MAY BE ADDITIONAL RELEASED

7   PARENTS IDENTIFIED IN THE ICE LIST THAT WE PROVIDE ON MONDAY.

8             **THE COURT:**  OKAY.  AND THEN THE NEXT SENTENCE,

9   ATTEMPTING TO DETERMINE WHETHER THEY CAN PROVIDE PLAINTIFFS A

10  LIST OF CLASS MEMBERS WHO ARE IN CRIMINAL CUSTODY.

11            THAT NUMBER IS TWO THAT YOU KNOW OF, BUT THERE MAY

12  BE MORE?

13            **MR. FLENTJE:**  YEAH, THERE MAY BE MORE.  IT MIGHT BE

14  THE SORT OF THING WHERE WE HAVE TO, YOU KNOW, EXPAND THE LIST

15  AS WE LEARN MORE, ESPECIALLY WITH STATE OR LOCAL CUSTODY.

16            **THE COURT:**  AND THEN THERE IS A MEET-AND-CONFER

17  PROCESS IN PLACE WITH RESPECT TO ADDITIONAL INFORMATION THAT

18  PLAINTIFFS ARE REQUESTING.

19            THAT'S GOOD.

20            ON THE PLAINTIFFS' POSITIONS, IT APPEARS A NUMBER OF

21  THINGS THAT ARE REQUESTED ARE IN PROGRESS.  SO, FOR EXAMPLE,

22  LIST OF CLASS MEMBERS WHO HAVE BEEN RELEASED FROM ICE CUSTODY;

23  THAT'S IN PROGRESS.  A LIST OF CLASS MEMBERS WHO HAVE BEEN

24  DEPORTED; THAT'S IN PROGRESS.  A LIST OF PARENTS WITH FINAL

25  REMOVAL ORDERS AND RELATED INFORMATION; THAT IS IN PROGRESS

JULY 20, 2018

```
1    AND SHOULD BE PROVIDED EITHER TODAY OR ON MONDAY.

2              MR. FLENTJE:  YOUR HONOR, WE DID JUST VERY QUICKLY

3    BEFORE THE HEARING, I THINK THEY ARE STILL STUDYING IT,

4    PROVIDED THAT THIRD ITEM, A LIST OF PARENTS WITH FINAL ORDERS.

5              THE COURT:  OKAY.  AND WHAT IS THAT NUMBER?

6              MR. FLENTJE:  THAT WAS THE NUMBER --

7              THE COURT:  WAS THAT THE 719?

8              MR. FLENTJE:  IT IS ACTUALLY A LITTLE HIGHER, I

9    THINK IT IS IN THE 850'S.

10             MS. FABIAN:  863.

11             MR. FLENTJE:  863.

12             THE COURT:  OKAY.

13             MR. FLENTJE:  AND THERE IS SOME NUANCE THERE ABOUT

14   FINAL ORDERS.  THERE IS DIFFERENT KINDS THAT -- SO THAT

15   EXPLAINS WHY THOSE NUMBERS MIGHT BE DIFFERENT.

16             THE COURT:  ALL RIGHT.  WELL, LET'S GO TO THE NEXT

17   AREA, A PLAN -- ON PAGE 5, A PLAN FOR REUNITING PARENTS WHO

18   HAVE BEEN RELEASED FROM ICE CUSTODY.  THAT'S THAT

19   APPROXIMATELY 222.

20             IS THAT ONE OF THE LISTS THAT THE DEFENDANTS ARE

21   PREPARING FOR MONDAY?

22             MR. FLENTJE:  WE OWE THEM THAT LIST BY MONDAY.  WE

23   ARE WORKING ON THAT.  AND THAT IS THE SUBJECT WE DISCUSSED A

24   MINUTE AGO WHERE MANY, WE ARE HOPING MOST, ARE IN TOUCH WITH

25   HHS SO THAT CAN MOVE FORWARD QUICKLY.  THE TRICK WILL BE SOME
```

JULY 20, 2018

```
1    WHO ARE HARD TO FIND.

2         THE COURT:  THEN THERE IS A PLAINTIFFS' REQUEST FOR

3    ADDITIONAL INFORMATION AND CLARIFICATION FOR THE UNDER-FIVE

4    GROUP, TO ENSURE THAT PARENTS THAT WERE CARVED OUT, RENDERED

5    INELIGIBLE, THAT THE GOVERNMENT ARTICULATE ITS BASIS SO THAT

6    THE PLAINTIFFS CAN MAKE AN INDEPENDENT DETERMINATION.

7         ON THAT, I WOULD LIKE TO DEFER, ADDRESS THAT

8    IMPORTANT TOPIC, BUT AFTER JULY 26.  WHAT I WOULD LIKE TO

9    FOCUS ON IS THE REUNIFICATION OF EVERYONE WITHIN THE CLASS WHO

10   IS ELIGIBLE ON A TIMELY BASIS, ON OR BEFORE JULY 26.  AND THEN

11   WITH THE CLASS MEMBERS WHO ARE INELIGIBLE OR ARGUABLY

12   INELIGIBLE, THAT INFORMATION CAN FOLLOW, AND WE CAN ADDRESS

13   THOSE PROBABLY THE FOLLOWING WEEK, AFTER JULY 26.

14        ON THESE DEADLINES, I THINK WE HAVE TOUCHED ON MOST

15   ALL OF THE TOPICS.

16        THERE IS PERHAPS A COUPLE OF AREAS HERE.  ON THE

17   LAST PAGE, NO. 2, UPDATED LIST OF PARENTS WHO HAVE BEEN

18   PRECLEARED FOR REUNIFICATION.

19        IS THAT BEING DONE AND CAN THAT BE DONE?

20        MR. FLENTJE:  THAT IS THE LIST THAT WE REFER TO AS

21   THE GREENLIGHT LIST FOR INTERVIEW, AND WE PROVIDED AN UPDATED

22   ONE A FEW HOURS AGO.

23        THE COURT:  OKAY.

24        MR. FLENTJE:  AS THAT GETS UPDATED WE ARE COMMITTED

25   TO PROVIDING IT.  IT WASN'T UPDATED, I BELIEVE, YESTERDAY
```

JULY 20, 2018

1   BECAUSE, AS YOU MIGHT SEE, WE HAVE GOTTEN A LOT OF FOLKS

2   GREENLIGHTED.  SO, YOU KNOW, IT MIGHT SLOW DOWN A LITTLE AS WE

3   ARE ADDING NAMES AS MOST EVERYONE GETS GREENLIGHTED.

4           **THE COURT:**  YES.

5           NO. 5.  BY JULY 23, TO PROVIDE A LIST OF FAMILIES

6   WITH CHILDREN BETWEEN FIVE AND 17 WHO HAVE ALREADY BEEN

7   REUNIFIED, INDICATE WHETHER THE FAMILY WAS DEPORTED AFTER

8   BEING REUNIFIED.

9           IS THAT BEING INCLUDED IN THE VARIOUS LISTS WE HAVE

10  DISCUSSED?

11          **MR. FLENTJE:**  ACTUALLY THAT IS -- I DON'T THINK THAT

12  IS SOMETHING THAT WE TALKED TO PLAINTIFFS MUCH ABOUT -- OR AT

13  LEAST I AM NOT FAMILIAR WITH DISCUSSIONS ON THAT LIST.  SO,

14  NO.

15          **THE COURT:**  IS THAT DO-ABLE, OR DOES THAT PRESENT A

16  LOGISTICAL ISSUE?

17          **MR. FLENTJE:**  WE ARE TRYING -- ONE OF THE THINGS WE

18  ARE WORKING OUT IN THE MEET-AND-CONFER PROCESS IS A LIST -- IS

19  PROVIDING INFORMATION WHEN FAMILIES ARE REUNIFIED WHERE THE

20  PARENT IS SUBJECT TO A REMOVAL ORDER, SO THAT COVERS A BIT OF

21  THIS.

22          AND SOME OF THIS INFORMATION WILL BE REFLECTED IN

23  SORT OF THE GREENLIGHT LIST -- EXCUSE ME -- IN A MORE RECENT

24  LIST THAT SHOWS WHEN PEOPLE WERE RELEASED FROM ICE CUSTODY.

25          THE TRICK FOR US IS, LIKE, YOU KNOW, IN ORDER TO GET

JULY 20, 2018

1    THEM INFORMATION EFFICIENTLY AND QUICKLY WITHOUT IMPACTING

2    OPERATIONS IT SORT OF NEEDS TO BE ON THE SHELF.

3             **THE COURT:**  YES.

4             **MR. FLENTJE:**  STUFF WE CAN PULL FROM OUR DATABASES.

5    AND SO I THINK WE PROBABLY NEED A LITTLE MORE CONVERSATION

6    WITH PLAINTIFFS ON THAT TO DETERMINE HOW WE CAN ADAPT THAT TO

7    DATABASES WE HAVE QUICKLY.

8             **THE COURT:**  WE CAN COME BACK TO THIS, BUT THAT SEEMS

9    LIKE AN IMPORTANT CATEGORY OF INFORMATION FOR THE PLAINTIFFS

10   TO HAVE, I GUESS THE QUESTION IS WHY BY JULY 23.  IT SEEMS

11   LIKE IT MAY BE A MATTER THAT CAN WAIT, AT LEAST UNTIL AFTER

12   JULY 26.

13            BUT WE CAN COME BACK TO THAT.  AND IT CERTAINLY IS

14   AN AREA OF MEET AND CONFER THAT I WOULD EXPECT THE PARTIES

15   COULD WORK THROUGH IN A HARMONIOUS WAY.

16            THE NEXT ONE, I THINK WE HAVE TOUCHED ON THIS, JULY

17   23, CHILDREN UNDER FIVE, WHY SOME WERE EXCLUDED.  AND WE HAVE

18   ADDRESSED THAT, WE WILL DEFER ON THAT.

19            MR. GELERNT, DO YOU HAVE ANY COMMENTS, OBSERVATIONS

20   AT THIS POINT?

21            **MR. GELERNT:**  YOUR HONOR, WE JUST RECEIVED A BUNCH

22   OF INFORMATION FROM DEFENDANTS AND WE ARE GOING THROUGH IT, SO

23   IT MAY BE MORE PRODUCTIVE FOR US TO THEN TALK TO THE

24   GOVERNMENT AND GET CLARIFICATION ON EXACTLY WHAT WE NOW HAVE.

25            AND YOU ALSO HAVE TOUCHED ON MANY OF OUR QUESTIONS.

JULY 20, 2018

1   SO AT THIS POINT I DON'T THINK WE HAVE MUCH.  I JUST WANTED TO

2   RAISE JUST A COUPLE OF POINTS.

3           ONE WAS, OF 136 PARENTS WHO HAVE SAID, WE DON'T WANT

4   TO BE REUNIFIED, WHICH MEANS THEY ARE NOT GOING TO EVEN BRING

5   THE CHILD TO THE PARENT THEY ARE JUST GOING TO REMOVE THE

6   PARENT, I GATHER, WE WOULD LIKE TO KNOW HOW MANY OF THOSE 136

7   STILL REMAIN IN THE COUNTRY AND HOW MANY HAVE ALREADY BEEN

8   REMOVED.

9           I THINK THAT WE ARE HOPING TO TALK TO THEM TO MAKE

10  SURE THEY FULLY UNDERSTOOD WHAT WAS GOING ON, BECAUSE THE

11  DECISION THEY MADE IS OBVIOUSLY FAIRLY MOMENTOUS TO NOT EVEN

12  SEE THEIR CHILD AGAIN.

13          SO THAT IS ONE THING WE WOULD LIKE TO TALK TO

14  DEFENDANTS ABOUT, IS WHERE -- AND MAYBE IF THEY CAN TELL US

15  NOW, HOW MANY OF THOSE 136 THAT HAVE WAIVED REUNIFICATION

16  COMPLETELY HAVE BEEN REMOVED.  THAT WOULD BE HELPFUL IF THEY

17  HAVE THAT NUMBER RIGHT NOW.

18          **THE COURT:**  DO YOU HAVE THAT NUMBER?

19          **MR. FLENTJE:**  I DON'T HAVE THAT NUMBER.  I DOUBT

20  THAT THERE ARE MANY, IF ANY, GIVEN THAT WE HAVE BEEN HAVING

21  ONGOING DISCUSSIONS ON THESE ISSUES WITH THE PLAINTIFFS.

22          **THE COURT:**  THAT'S A FAIR QUESTION THAT MR. GELERNT

23  POSED, SO I WILL SIMPLY ASK THE PARTIES TO MEET AND CONFER ON

24  THAT AS WELL.

25          WHAT WAS THE NEXT AREA?

JULY 20, 2018

1    **MR. GELERNT:** YOUR HONOR, THE OTHER POINT OF

2    CLARIFICATION I JUST WANTED TO MAKE WAS -- AND THIS IS MAYBE

3    OUR FAULT IN THE DRAFTING.

4            ON THE JOINT STATUS REPORT ON PAGE 6, NO. 5 THAT YOU

5    JUST TOUCHED ON.

6            **THE COURT:** YES.

7            **MR. GELERNT:** THIS IS PROBABLY SOMETHING THAT WE DID

8    NOT DRAFT AS CLEARLY AS WE SHOULD HAVE.  WHEN WE ARE TALKING

9    ABOUT THE FAMILY AND CHILDREN WHO ARE REUNITED IT COVERS THE

10   FAMILIES AND CHILDREN WHO HAVE BOTH BEEN REUNITED AND

11   RELEASED.  THOSE ARE NOT FAMILIES FOR WHICH THERE IS ANY

12   URGENCY BECAUSE THEY HAVE BEEN RELEASED, THE CHILD AND PARENT

13   HAVE BEEN RELEASED.  THEY WILL HAVE TIME TO FIND ATTORNEYS TO

14   PURSUE THEIR ASYLUM CLAIMS.

15           BUT FAMILIES WHO ARE BEING REUNITED WITH THEIR

16   CHILDREN AND PUT IN FAMILY DETENTION ALSO INCLUDE THOSE

17   FAMILIES WHERE THE PARENT HAS A FINAL ORDER.  THE GOVERNMENT

18   WOULD LIKE TO REMOVE THE PARENT, AND WE HAVE ASKED FOR

19   CONSULTATION SO THAT THE PARENT CAN MAKE THAT DECISION OF

20   WHETHER TO LEAVE THEIR CHILD BEHIND, OBVIOUSLY A DIFFICULT

21   DECISION.

22           SO THAT IS WHY WE NEED THAT INFORMATION AS SOON AS

23   POSSIBLE BECAUSE WE NEED TO PRIORITIZE SEEING THOSE PARENTS

24   ABOVE ALL OTHERS SO THAT THE CONSULTATION PERIOD IS

25   MEANINGFUL.  BECAUSE THE ONLY WAY IT IS GOING TO BE MEANINGFUL

JULY 20, 2018

1    IS IF BOTH THE PARENT AND CHILD BEING ABLE TO TALK TO EACH

2    OTHER, BUT THE PARENT -- SORRY -- THE PARENT BE GIVEN ADVICE

3    AS WELL AS TALKING TO THE CHILD ADVOCATE.  SO THAT IS WHY.

4            SO THAT -- SO TO JUST CLARIFY, WE DON'T NEED

5    IMMEDIATE INFORMATION OF PARENTS AND CHILDREN WHO ARE

6    REUNIFIED WHO HAVE BEEN RELEASED.  WE DO NEED IMMEDIATE

7    INFORMATION ABOUT PARENTS AND CHILDREN WHO ARE BEING REUNITED

8    AND KEPT IN A FAMILY DETENTION CENTER SO THAT THE PARENT CAN

9    BE REMOVED.

10           BUT BECAUSE THAT IS AN ISSUE ON WHICH THE PARTIES

11   ARE TALKING IN RELATION TO THE STAY MOTION, I WILL JUST LEAVE

12   IT AT THAT.  I JUST WANTED TO CLARIFY THAT ONE POINT.

13        **THE COURT:**  OKAY.  THAT IS AN IMPORTANT

14   CLARIFICATION.  I APPRECIATE YOUR MENTIONING THAT.  AND THAT

15   WILL BE SUBJECT TO MEET AND CONFER, THE PROCESS THAT IS GOING

16   ON NOW.

17        **MR. FLENTJE:**  I WILL JUMP IN TO SAY, WE HAVE OFFERED

18   A SOLUTION THERE AND I AM VERY HOPEFUL WE CAN REACH A SOLUTION

19   TODAY ON THAT.

20           **THE COURT:**  OKAY.

21           MR. GELERNT.

22        **MR. GELERNT:**  I JUST HAVE ONE OTHER COMMENT TO MAKE,

23   AND THAT IS THEY TELL ME THERE IS 222 PARENTS WHO HAVE BEEN

24   RELEASED.  AND I GATHER THE GOVERNMENT FEELS HHS MAY HAVE BEEN

25   IN CONTACT WITH MANY OF THEM, WHICH IS GREAT.

JULY 20, 2018

1              WE WOULD JUST ASK THAT THE GOVERNMENT TELL US WHICH

2    PARENTS THEY ARE HAVING TROUBLE FINDING SO THAT WE DON'T WAIT

3    UNTIL THE 23RD, WHENEVER WE ARE GOING TO GET A LIST, IF THEY

4    JUST TELL AT THAT -- THE GOVERNMENT TELL US AT THAT POINT THAT

5    THEY HAVEN'T BEEN ABLE TO REACH PEOPLE.  BECAUSE THEN IT IS

6    GOING TO BE COMING VERY CLOSE TO THE DEADLINE.  IF POSSIBLE

7    OVER THIS WEEKEND WE COULD FIND SOME OF THOSE PARENTS WHO HAVE

8    BEEN RELEASED FROM ICE CUSTODY TO HELP WITH THE REUNIFICATION

9    PROCESS.  AND I THINK THE SOONER THE GOVERNMENT CAN TELL US

10   WHICH PARENTS HHS HAS NOT BEEN ABLE TO CONTACT THE BETTER.

11              **THE COURT:**  OKAY.  THAT SEEMS LIKE A GOOD

12   MEET-AND-CONFER AREA.  IT SEEMS LIKE THAT WOULD BE DO-ABLE AS

13   WELL.

14              **MR. FLENTJE:**  I THINK ONCE WE HAVE THE RELEASE LIST

15   TOGETHER THEN WE WILL HAVE KIND OF THE EQUIPMENT WE NEED TO

16   TRY AND DO SOME OF THAT INVESTIGATION WITH THE PLAINTIFFS.

17              **THE COURT:**  MR. GELERNT, ANYTHING ELSE?

18              **MR. GELERNT:**  NO, YOUR HONOR.

19              **THE COURT:**  WE HAVE IN PLACE THE BRIEFING SCHEDULE.

20   I THINK THE NEXT STATUS REPORT WILL BE MONDAY, WHICH WILL BE

21   VERY PRODUCTIVE.  THEN WE MEET AGAIN ON TUESDAY.

22              I HAVE SET 4:00 P.M.  I AM GOING TO BE IN A JURY

23   TRIAL BUT I WILL BE OUT BY 2:30, SO I AM CONSIDERING MOVING

24   THE 4:00 P.M. TO 3:00 P.M.

25              IS THERE ANY OBJECTION TO THAT, JUST ACCELERATE IT

JULY 20, 2018

 1   BY AN HOUR?  I THINK THAT HELPS WITH THOSE ON THE EAST COAST,

 2   AS WELL.

 3              **MR. GELERNT:**  NOT FOR PLAINTIFFS, YOUR HONOR.

 4              **MR. FLENTJE:**  NOT FOR DEFENDANTS.

 5              **THE COURT:**  LET MEET AGAIN, ABSENT ANY OTHER EXIGENT

 6   CIRCUMSTANCE, ON TUESDAY, JULY 24, AT 3:00 P.M., NOT

 7   4:00 P.M., HERE.

 8              ON THE MEET AND CONFER THAT IS IN PROGRESS AND THE

 9   POSSIBLE STIPULATION OR JOINT MOTION, THE PARTIES ARE GOING TO

10   BE REPORTING LATER TODAY, AM I CORRECT?

11              **MR. FLENTJE:**  WE OWE YOU A REPORT, I GUESS, LATE

12   THIS AFTERNOON ON HOW WE ARE DOING.  HOPEFULLY WE ARE CLOSE,

13   NARROW THE ISSUES.

14              **THE COURT:**  ALL RIGHT.  VERY GOOD.

15              IS THERE ANY OTHER MATTER WE NEED TO DISCUSS AT THIS

16   TIME?

17              **MR. KANG:**  NO.

18              **THE COURT:**  I AM JUST VERY IMPRESSED WITH THE EFFORT

19   THAT IS BEING MADE, AND I HOPE YOU WILL LET COMMANDER WHITE

20   KNOW.  IT REALLY DOES APPEAR THAT THERE HAS BEEN GREAT

21   PROGRESS, AND THAT AT LEAST FOR THOSE CLASS MEMBERS WHO ARE

22   ELIGIBLE AND EASY, RELATIVELY SPEAKING, TO REUNIFY, THAT

23   THAT -- AND THAT'S A VERY SIGNIFICANT NUMBER OF THE GROUP,

24   THAT THAT IS HAPPENING, AND IT IS VERY PROMISING AS FAR AS

25   BEING ABLE TO EFFECT THE REUNIFICATION IN A SAFE AND TIMELY

JULY 20, 2018

```
1    MANNER.  SO IT IS VERY MUCH APPRECIATED.

2              I WILL LOOK FORWARD TO ANY SUBMISSIONS LATER TODAY

3    AND BRIEFING ON MONDAY.  AND THEN SEEING COUNSEL AGAIN TUESDAY

4    AT 3:00.

5              THANK YOU.

6              MR. FLENTJE:  THANK YOU, YOUR HONOR.

7              MR. GELERNT:  THANK YOU, YOUR HONOR.

8

9                             *   *   *

10             I CERTIFY THAT THE FOREGOING IS A CORRECT
               TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
11             IN THE ABOVE-ENTITLED MATTER.

12             S/LEEANN PENCE                    7/21/2018
               LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
13

14

15

16

17

18

19

20

21

22

23

24

25
```

JULY 20, 2018