# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Ms. L.; et al.,

                  Petitioners-Plaintiffs,

v.

U.S Immigration and Customs
Enforcement ("ICE"); et al.,

                  Respondents-Defendants.

Case No.:  18cv0428 DMS (MDD)

**ORDER RE: STATUS
CONFERENCE**

      The dial in number for counsel and any members of the news media that wish to attend the July 24, 2018 status conference is as follows.

1.     Dial the toll free number: **877-411-9748**;

2.     Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

3.     Enter the Participant Security Code **07240428** and Press # (The security code will be confirmed);

4.     Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

***This number is for counsel and media only***.  Members of the general public may attend in person.  All persons dialing in to the conference are reminded that Civil Local

1

Rule 83.7(c) prohibits any recording of court proceedings.

Dated:  July 23, 2018

Hon. Dana M. Sabraw
United States District Judge