UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>    Petitioners-Plaintiffs,<br><br>    vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>    Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>ORDER GRANTING CONSENT MOTION FOR EXTENSION OF RESPONSE DEADLINE |

Before the Court is Defendants' Consent Motion for Extension of Response Deadline. For good cause shown, IT IS HEREBY ORDERED that the deadline for Defendants to respond to Plaintiffs' Motion for Stay of Removal is extended by 24 hours until 9am PST on July 24, 2018.

Dated: July 23, 2018

Hon. Dana M. Sabraw
United States District Judge