# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD) <br><br> **ORDER FOLLOWING STATUS CONFERENCE** |

   A status conference was held on July 24, 2018. Lee Gelernt appeared and argued for Plaintiffs, and Sarah Fabian and Scott Stewart appeared and argued for Defendants. After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. On or before **July 25, 2018**, at **noon**, Defendants shall provide to Plaintiffs (1) a list of all Class Members that have been removed and (2) a list of all Class Members that have been released to the interior.

///
///
///
///


2. On or before **July 25, 2018**, at **noon**, Plaintiffs shall file their reply brief on the motion to stay. The Court will hear argument on the motion at the July 27, 2018 status conference.

3. The dial in number for counsel and any members of the news media that wish to attend the July 27, 2018 status conference is as follows.

1. Dial the toll free number: **877-411-9748**;
2. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);
3. Enter the Participant Security Code **07270428** and Press # (The security code will be confirmed);
4. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

*This number is for counsel and media only*. Members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

Dated: July 25, 2018

Hon. Dana M. Sabraw
United States District Judge