# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD) <br><br> **ORDER FOLLOWING STATUS CONFERENCE** |

A status conference was held on July 27, 2018. Lee Gelernt appeared and argued for Plaintiffs, and Sarah Fabian and Scott Stewart appeared and argued for Defendants. After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. On or before **July 30, 2018**, Defendants shall provide to Plaintiffs a list of all reunified families for the 5-17 year-old group.

2. On or before **August 1, 2018**, Defendants shall provide to Plaintiffs a list of parents that were excluded from the Class, and the reasons for those exclusions.

3. On or before **August 1, 2018**, Defendants shall provide to Plaintiffs (a) a list of all Class Members that were removed from the country prior to issuance of the preliminary

injunction, (b) a list of all Class Members that were released to the interior and have not yet been located, and (c) a list of all parents in criminal custody.

Defendants shall provide to Plaintiffs all information identified on pages five through nine of the parties' July 26, 2018 Joint Status Report. If Defendants are unable to provide that information, they should explain why in the Joint Status Report identified below.

4. The parties shall submit a further status report on or before **3:00 p.m.** on **August 2, 2018**. A further telephonic status conference shall be held on **August 3, 2018**, at **1:00 p.m.** Counsel appearing at the conference shall provide the Court with their contact numbers for the conference. The dial in number for any members of the news media that wish to attend the conference is as follows.

1. Dial the toll free number: **877-411-9748**;
2. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);
3. Enter the Participant Security Code **08030428** and Press # (The security code will be confirmed);
4. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

*This number is for media only*. Members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

Dated: July 27, 2018

_____
Hon. Dana M. Sabraw
United States District Judge