Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
lgelernt@aclu.org
jrabinovitz@aclu.org
abalakrishnan@aclu.org

*Attorneys for Petitioner-Plaintiff*
*Admitted pro hac vice*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L.,<br><br>        *Petitioner-Plaintiff,*<br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"); et al.,<br><br>        *Respondents-Defendants.* | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: July 28, 2018<br><br>**NOTICE REGARDING MOTION FOR STAY OF REMOVAL** |

Plaintiffs submit this Notice to provide information responsive to issues raised by the Court at oral argument.

First, in the last several days, ICE has continued to administer the election form in a way that does not allow Class Members to make a knowing and informed decision. The attached declaration from pro bono attorneys explains that Class Members have been given the election form in a coercive manner, including with the first box *already* checked. *See* Decl. of Laila Arand, Ex. 58, ¶ 8, 15-16, 23.

Second, the Court asked Plaintiffs' counsel what decisions reunited families must now make, for which they need time to consult with each other and receive legal advice. As the attached declarations illustrate, Class Members who have final removal orders must choose between at least three options:

1. The child may request his or her own Credible Fear Interview—an option that would have been available to the family had it not been separated. If the child passes the Credible Fear Interview, under existing ICE procedures, the entire family will be placed in normal removal proceedings together under Section 240 of the Immigration and Nationality Act. *See* Decl. of Stephen Manning, Ex. 59, ¶ 5-7.

2. The parent may seek reconsideration of his or her own credible fear denial. If reconsideration is denied, the parent may be able to file a habeas petition to challenge the credible fear denial in federal court. As Plaintiffs explained at argument, the Ninth Circuit has a case pending that addresses federal jurisdiction over challenges to credible fear denials. *See Thuraissigiam v. DHS*, No. 18-55313 (9th Cir. *argued* May 17, 2018).[1]

3. If the parent is ultimately going to be removed, the family must decide whether the child will remain in the country to pursue the child's own immigration claims, or be removed with the parent. That decision turns on a number of factors, including the nature of the relief available to the child, and the circumstances in

---

[1] Oral argument available at https://www.ca9.uscourts.gov/media/view.php?pk_id=0000032491.

which the child will be living in the United States.  *See* Govindaiah Decl., Ex. 40, ¶ 9 (July 16, 2018) (discussing substantive claims that children may raise).

Dated: July 28, 2018

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 2922080)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*samdur@aclu.org*

Respectfully Submitted,

*/s/Lee Gelernt*
Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

**Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 28, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ Lee Gelernt

Lee Gelernt, Esq.

Dated: May 28, 2018