# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,<br><br>**Defendants.** | CIVIL ACTION NO. _____<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, and other submissions filed in support thereof, the Court finds that:

1. Plaintiffs have demonstrated a substantial likelihood of success on the merits of their claims for a permanent injunction against Defendants' policy of removing children from the United States before permitting them the opportunity seek asylum pursuant to their rights under the Immigration and Nationality Act ("INA") (including 8 U.S.C. §§ 1158, 1225, or 1229a), the Fifth Amendment of the Constitution, and the Mandamus Act (the "Policy"); for a declaratory judgment that the Policy violates the INA, the Administrative Procedure Act, and the Fifth Amendment to the Constitution; and/or for a Writ of Mandamus to compel Defendants to comply with the INA.

2. Plaintiffs have demonstrated that immediate and irreparable injury will result to Plaintiffs in this action if a Temporary Restraining Order is not entered against Defendants because the Policy would result in removal of Plaintiffs and other migrant children in violation of the Fifth Amendment to the Constitution under circumstances where Plaintiffs and other migrant children have a well-founded fear of persecution and life-threatening violence in their country of origin.

3. Plaintiffs have demonstrated that issuance of a Temporary Restraining Order will not cause substantial harm to Defendants, since it will only maintain the status quo pending resolution of the merits of this case.

4. Plaintiffs have demonstrated that issuance of a Temporary Restraining Order is in the public interest and that the balance of equities favors Plaintiffs, because it protects Plaintiffs' rights under the Fifth Amendment to the Constitution and under the INA to pursue asylum based on Plaintiffs' well-founded fear of persecution and life-threatening violence in their country of origin.

For these reasons and those set forth in the accompanying opinion, it is hereby

**ORDERED** that the Motion for a Temporary Restraining Order is **GRANTED**. Defendants and their officers, agents, servants, employees, attorneys, and all those who are in active concert or participation with them are hereby **TEMPORARILY RESTRAINED** from removing from the United States all non-citizen children, and the parents or guardians of such children, who were separated upon entry into the United States, including but not limited to Plaintiffs and their parents or guardians, until the merits of Plaintiffs' motion for a preliminary injunction is resolved.

**IT IS FURTHER ORDERED** that Defendants shall immediately provide a copy of this Order to any persons or entity that may be subject to any provision of this Order, including their officers, agents, servants, employees, attorneys, and all those who are in active concert or participation with them or have any involvement in the removal of individuals from the Unites States. Within two (2) business days of receipt of this Order, Defendant shall submit to counsel for Plaintiffs a truthful sworn statement identifying those persons and/or entities to whom this Order has been distributed.

**IT IS FURTHER ORDERED**, pursuant to Fed. R. Civ. P. 65(b) and Local Rule 65.1(c) that Defendants are required to respond to Plaintiffs' pending Motion for Preliminary Injunction within seven (7) days of this Order. Plaintiffs reply shall be due three (3) days after any opposition is filed. This Order shall stay in effect until such time as the Court rules on Plaintiffs' pending motion for a preliminary injunction.

**IT IS SO ORDERED**, at _____ am/pm on this _____ day of _____, 2018.

                                                    _____
                                                    **UNITED STATES DISTRICT JUDGE**