# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD) <br><br> **ORDER FOLLOWING STATUS CONFERENCE** |

A telephonic status conference was held on July 30, 2018. Lee Gelernt appeared and argued for Plaintiffs, and Scott Stewart appeared and argued for Defendants. After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. In the August 2, 2018 Status Report, Counsel shall include their respective plans for reuniting parents that have been removed from the United States and parents that have been released to the interior but have yet to be located.

/ / /
/ / /
/ / /
/ / /

2. In the August 2, 2018 Status Report, Defense Counsel shall also address whether they object to production of A-files of the parents identified above to Plaintiffs on a rolling basis.

Dated: July 30, 2018

Hon. Dana M. Sabraw
United States District Judge