Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

*Attorneys for Petitioner-Plaintiff*
*\*Admitted Pro Hac Vice*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*samdur@aclu.org*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., *Petitioner-Plaintiff*, v. U.S. Immigration and Customs Enforcement ("ICE"), et al., *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: August 2, 2018<br><br>**NOTICE OF SUPPLEMENTAL DECLARATIONS** |

Plaintiffs submit the two attached declarations in in support of their position in the Joint Status Report of August 2, 2018: (1) Supplemental Declaration of Michelle Brane and (2) Declaration of Nan Schivone.

Dated: August 2, 2018

Respectfully Submitted,

*/s/Lee Gelernt*
Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

*Admitted Pro Hac Vice

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 2922080)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ Lee Gelernt
Lee Gelernt, Esq.
Dated: August 2, 2018

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., *Petitioners-Plaintiffs*, v. U.S. Immigration and Customs Enforcement ("ICE"), et al., *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD **SUPPLEMENTAL DECLARATION OF MICHELLE BRANÉ** CLASS ACTION |

1. I, Michelle Brané, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

2. I am an attorney and the Director of the Migrant Rights and Justice Program at the Women's Refugee Commission ("WRC"). I have previously submitted declarations in this case.

3. The following is based on conversations with officials in the Office of Refugee Resettlement ("ORR") and lawyers for children of separated parents.

4. It is my understanding that ORR has phone numbers for most if not all of the removed parents of children in their custody who are under five years old, and shelter staff has been has been in touch with the parents, in some cases for purposes of facilitating communication between parents and children.

5. It is my understanding that ORR is likely to have phone numbers or some contact information for at least some of the removed parents of the kids who are five years old and above.

6. Based on my understanding, parents who were in communication with their children prior to being removed, are likely to reach out and attempt to maintain contact with their children in ORR custody.

7. It is also my understanding that the form I-213 may have information that is helpful for locating parents who have been removed. ORR often also has information about other family members or potential sponsors who may have information about how to contact a parent.

8. It is my understanding that ICE maintains some record of travel documents used to remove parents and that those documents may contain contact or home address information that would be helpful in contacting parents.

9.     I declare under penalty of perjury that the foregoing is true and correct, based on my personal knowledge. Executed in Hyattsville, Maryland, on August 1, 2018.

_/s/ Michelle Brané_

_____
MICHELLE BRANÉ

2

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>    *Petitioners-Plaintiffs*,<br>    v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.,<br><br>    *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>**DECLARATION OF NAN SCHIVONE**<br><br>CLASS ACTION |

1.     I, Nan Schivone, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

2.     I am an attorney licensed to practice law in the states of New York and Georgia and am the Legal Director of Justice in Motion, a non-profit organization founded in 2005, which manages a Defender Network of human rights advocates and attorneys in Mexico and Central America. See http://justiceinmotion.org/.

3.     In my role as the Legal Director of Justice in Motion I coordinate our "case facilitation" process, in which we match U.S. lawyers with members of our Defender Network to partner on specific cases which require legal support work in the client's country of origin; through this work I have gained knowledge about information that is necessary to locate named individuals in Guatemala and Honduras.

4.     I was asked to identify what information we need to locate these parents.

5.     We require the following information about parents:  Parent's place of birth, contact information, including address – whether descriptive or standard – with municipality and department (regional marker like state), phone number for parent or any family members, indigenous language spoken if other than Spanish, and country-specific identification number, such as DPI (Guatemala, "Documento Personal de Identificación") or the Identity Number (Honduras, "la Cédula de Identidad").

6.     We require the following information about their children:  (1) Child's place of birth, contact information, including address – whether descriptive or standard –with village, town, municipality and department (regional marker like state), phone number for parent or any family members, indigenous language spoken if other than Spanish; and (2) name and contact information for child's assigned lawyer and case worker to determine if they are in touch with the parents or have contact information for the family and/or other details which would provide leads to locate deported parent.

7. I have reviewed some of the addresses provided by the government for deported parents, focusing on parents deported to Guatemala and Honduras. Many of the addresses appear too general to provide a good lead for investigators. For example, addresses that simply list "Guatemala City" in Guatemala, or "Olancho" in Honduras, are of limited use in this search.

Executed this 2nd day of August 2018, in Decatur, Georgia.

                                             /s/Nan Schivone
                                             NAN SCHIVONE