Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>    *Petitioners-Plaintiffs*,<br>    v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.,<br><br>    *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>**SUPPLEMENTAL DECLARATION OF MICHELLE BRANÉ**<br><br>CLASS ACTION |

1. I, Michelle Brané, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

2. I am an attorney and the Director of the Migrant Rights and Justice Program at the Women's Refugee Commission ("WRC"). I have previously submitted declarations in this case.

3. The following is based on conversations with officials in the Office of Refugee Resettlement ("ORR") and lawyers for children of separated parents.

4. It is my understanding that ORR has phone numbers for most if not all of the removed parents of children in their custody who are under five years old, and shelter staff has been has been in touch with the parents, in some cases for purposes of facilitating communication between parents and children.

5. It is my understanding that ORR is likely to have phone numbers or some contact information for at least some of the removed parents of the kids who are five years old and above.

6. Based on my understanding, parents who were in communication with their children prior to being removed, are likely to reach out and attempt to maintain contact with their children in ORR custody.

7. It is also my understanding that the form I-213 may have information that is helpful for locating parents who have been removed. ORR often also has information about other family members or potential sponsors who may have information about how to contact a parent.

8. It is my understanding that ICE maintains some record of travel documents used to remove parents and that those documents may contain contact or home address information that would be helpful in contacting parents.

9.    I declare under penalty of perjury that the foregoing is true and correct, based on my personal knowledge. Executed in Hyattsville, Maryland, on August 1, 2018.

_____
MICHELLE BRANÉ