Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>*Petitioners-Plaintiffs*,<br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.,<br><br>*Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>**DECLARATION OF NAN SCHIVONE**<br><br>CLASS ACTION |

1. I, Nan Schivone, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

2. I am an attorney licensed to practice law in the states of New York and Georgia and am the Legal Director of Justice in Motion, a non-profit organization founded in 2005, which manages a Defender Network of human rights advocates and attorneys in Mexico and Central America. See http://justiceinmotion.org/.

3. In my role as the Legal Director of Justice in Motion I coordinate our "case facilitation" process, in which we match U.S. lawyers with members of our Defender Network to partner on specific cases which require legal support work in the client's country of origin; through this work I have gained knowledge about information that is necessary to locate named individuals in Guatemala and Honduras.

4. I was asked to identify what information we need to locate these parents.

5. We require the following information about parents: Parent's place of birth, contact information, including address – whether descriptive or standard – with municipality and department (regional marker like state), phone number for parent or any family members, indigenous language spoken if other than Spanish, and country-specific identification number, such as DPI (Guatemala, "Documento Personal de Identificación") or the Identity Number (Honduras, "la Cédula de Identidad").

6. We require the following information about their children: (1) Child's place of birth, contact information, including address – whether descriptive or standard – with village, town, municipality and department (regional marker like state), phone number for parent or any family members, indigenous language spoken if other than Spanish; and (2) name and contact information for child's assigned lawyer and case worker to determine if they are in touch with the parents or have contact information for the family and/or other details which would provide leads to locate deported parent.

7. I have reviewed some of the addresses provided by the government for deported parents, focusing on parents deported to Guatemala and Honduras. Many of the addresses appear too general to provide a good lead for investigators. For example, addresses that simply list "Guatemala City" in Guatemala, or "Olancho" in Honduras, are of limited use in this search.

Executed this 2nd day of August 2018, in Decatur, Georgia.

                                             /s/Nan Schivone
                                             NAN SCHIVONE