CHAD A. READLER
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Respondents-Defendants. | Case No. 18cv428 DMS MDD <br><br> **SUPPLEMENT TO JOINT STATUS REPORT** |

The Court ordered the parties to file a joint status report on August 2, 2018, in anticipation of the telephonic status conference scheduled for August 3, 2018, at 1:00pm PST. The parties filed that Joint Status Report in accordance with the Court's Order, ECF No. 171. Defendants hereby supplement their portion of that report as follows.

Defendants report the following with regard to the current status, as of 12:00 p.m. Eastern on August 1, 2018, of reunification of families with children ages 5-17:

- Total number of possible children of potential class members originally identified: 2,551[1]

    o Children where further review shows they were not separated from parents by DHS: 35
    o Total number of those children who have been discharged from ORR: 1979
    o Children discharged by being reunified with parents in ICE custody under the government's plan: 1535
    o Children discharged in other appropriate circumstances (these include discharges to other sponsors (such as in situations where there parent is not eligible for reunification), reunifications with parents in DHS custody earlier in the process, or children that turned 18) : 444

---

[1] The data in this Section reflects approximate numbers maintained by ORR as of 12:00 p.m. Eastern on August 1, 2018. These numbers continue to change as more reunifications or discharges occur.

- Children remaining in care with ORR, where the adult associated with the child is either not originally eligible for reunification or not available for discharge at this time: 572[2]

  - Parent waived reunification: 34 children
  - Reunification potentially affected by separate litigation: 97 children
  - Adult red flag from background check:  23 children
  - Adult red flag from other case file review: 34 children
  - Adult released to the interior or other custody, and contact not yet made: 68 children
  - Adult outside the U.S.: 410 children
  - Adult location under case file review: 15 children

DATED: August 2, 2018                Respectfully submitted,

                                        CHAD A. READLER
Acting Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

/s/ Sarah B. Fabian
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney

---

[2] This number is approximate because the data on children in care is still being updated to reflect discharges and information about associated adults. The groups of children in ORR care below, which are tied to the categories of the adults associated with those children, add up to more than 572 because some adults fall into more than one category (for example, red flag on background check and waived reunification).

| | |
|---|---|
| 1 | Office of Immigration Litigation |
| 2 | Civil Division |
|   | U.S. Department of Justice |
| 3 | P.O. Box 868, Ben Franklin Station |
|   | Washington, DC 20044 |
| 4 | (202) 532-4824 |
| 5 | (202) 616-8962 (facsimile) |
|   | sarah.b.fabian@usdoj.gov |
| 6 | |
| 7 | ADAM L. BRAVERMAN |
|   | United States Attorney |
| 8 | SAMUEL W. BETTWY |
| 9 | Assistant U.S. Attorney |
| 10 | *Attorneys for Respondents-Defendants* |