# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD) <br><br> **ORDER FOLLOWING STATUS CONFERENCE** |

A telephonic status conference was held on August 3, 2018. Lee Gelernt appeared and argued for Plaintiffs, and Scott Stewart appeared and argued for Defendants. After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. The Government shall continue its review of the ORR files, and shall provide to Plaintiffs, on a rolling basis with a final production on or before **August 10, 2018**, the information Plaintiffs requested in the August 2, 2018 Joint Status Report.

2. The Government shall identify an individual or a team of individuals that will take command of the effort to reunify Class Members who have been removed from the country or released into the interior of the country and their children that remain in ORR custody. This individual or team shall be responsible for preparing and implementing a plan for

these reunifications, and for reporting to the Court and Plaintiffs any updates on the progress of this plan. The Government shall identify this individual or team in the next Joint Status Report, along with the proposed plan for reunification similar to the one provided by Commander White for the reunifications that have already taken place.

3. Plaintiffs shall identify a lead attorney or steering committee that will propose its own plan regarding how it will use the information provided by the Government to assist in the location and reunification of Class Members who have been removed from the country or released into the interior of the country and their children that remain in ORR custody. Plaintiffs shall identify this individual or committee and submit their plan in the next Joint Status Report to the Court.

4. Plaintiffs have identified thirty (30) parents the Government has deemed ineligible for reunification due to criminal history. The Government shall provide to Plaintiffs additional pertinent information in its possession about these parents' criminal histories. After that information is provided, if there are disputes surrounding these parents, counsel shall meet and confer in an effort to resolve those disputes. If counsel are unable to resolve those disputes, Plaintiffs may raise the issue with the Court.

5. The parties shall submit a further Joint Status Report on or before **3:00 p.m.** on **August 9, 2018**. A further telephonic status conference shall be held on **August 10, 2018**, at **1:00 p.m.** Counsel appearing at the conference shall provide the Court with their contact numbers for the conference. The dial in number for any counsel who wish to listen in and members of the news media that wish to attend the conference is as follows.

　　1.　　Dial the toll free number: **877-411-9748**;

　　2.　　Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

　　3.　　Enter the Participant Security Code **08100428** and Press # (The security code will be confirmed);

　　4.　　Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

1   Members of the general public may attend in person.  All persons dialing in to the
2   conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court
3   proceedings.
4    Dated:  August 3, 2018

Hon. Dana M. Sabraw
United States District Judge