UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

_____
                                          )
MS. L. AND MS. C.,                        )
                                          )CASE NO. 18CV0428-DMS
            PETITIONERS-PLAINTIFFS,       )
                                          )
VS.                                       )
                                          )SAN DIEGO, CALIFORNIA
U.S. IMMIGRATION AND CUSTOMS              )FRIDAY AUGUST 3, 2018
ENFORCEMENT ("ICE"); U.S. DEPARTMENT      )  1:00 P.M. CALENDAR
OF HOMELAND SECURITY ("DHS"); U.S.        )
CUSTOMS AND BORDER PROTECTION ("CBP");    )
U.S. CITIZENSHIP AND IMMIGRATION          )
SERVICES ("USCIS"); U.S. DEPARTMENT       )
OF HEALTH AND HUMAN SERVICES ("HHS");     )
OFFICE OF REFUGEE RESETTLEMENT ("ORR");   )
THOMAS HOMAN, ACTING DIRECTOR OF ICE;     )
GREG ARCHAMBEAULT, SAN DIEGO FIELD        )
OFFICE DIRECTOR, ICE; ADRIAN P. MACIAS,   )
EL PASO FIELD DIRECTOR, ICE; FRANCES M.   )
JACKSON, EL PASO ASSISTANT FIELD          )
OFFICE DIRECTOR, ICE; KIRSTJEN NIELSEN,   )
SECRETARY OF DHS; JEFFERSON BEAUREGARD    )
SESSIONS III, ATTORNEY GENERAL OF THE     )
UNITED STATES; L. FRANCIS CISSNA,         )
DIRECTOR OF USCIS; KEVIN K.               )
MCALEENAN, ACTING COMMISSIONER OF         )
CBP; PETE FLORES, SAN DIEGO FIELD         )
DIRECTOR, CBP; HECTOR A. MANCHA JR.,      )
EL PASO FIELD DIRECTOR, CBP;              )
ALEX AZAR, SECRETARY OF THE               )
DEPARTMENT OF HEALTH AND HUMAN            )
SERVICES; SCOTT LLOYD, DIRECTOR           )
OF THE OFFICE OF REFUGEE RESETTLEMENT,    )
                                          )
            RESPONDENTS-DEFENDANTS.       )
------------------------------------------

REPORTER'S TRANSCRIPT OF PROCEEDINGS
TELEPHONIC STATUS CONFERENCE

```
COUNSEL APPEARING TELEPHONICALLY:

FOR PLAINTIFF:               LEE GELERNT, ESQ.
                             ACLU IMMIGRANT RIGHTS PROJECT
                             125 BROAD STREET 18TH FLOOR
                             NEW YORK, NEW YORK 10004


FOR DEFENDANT:               SARAH B. FABIAN, ESQ.
                             SCOTT G. STEWART, ESQ.
                             AUGUST FLENTJE, ESQ.
                             U.S. DEPARTMENT OF JUSTICE
                             OFFICE OF IMMIGRATION LITIGATION
                             P.O. BOX 868
                             BEN FRANKLIN STATION
                             WASHINGTON, DC 20044


ALSO APPEARING:              JENNIFER LEVY, ESQ.



REPORTED BY:                 LEE ANN PENCE,
                             OFFICIAL COURT REPORTER
                             UNITED STATES COURTHOUSE
                             333 WEST BROADWAY, ROOM 1393
                             SAN DIEGO, CALIFORNIA 92101
```

1    <u>**SAN DIEGO, CALIFORNIA – FRIDAY, AUGUST 3, 2018 – 1:00 P.M.**</u>

2                              *  *  *

3          **THE CLERK:**  NO. 16 ON CALENDAR, CASE ONE 18CV0428,

4    MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR

5    STATUS CONFERENCE.

6          **THE COURT:**  GOOD AFTERNOON.  THIS IS JUDGE SABRAW.

7          CAN I HAVE COUNSELS' APPEARANCES, PLEASE?

8          **MR. GELERNT:**  GOOD AFTERNOON, YOUR HONOR.  THIS IS

9    LEE GELERNT FOR PLAINTIFFS.

10         **MR. STEWART:**  YOUR HONOR, THIS IS SCOTT STEWART FOR

11   THE DEFENDANTS.  AUGUST FLENTJE IS WITH ME AS WELL, AND MS.

12   FABIAN IS ON THE LINE AS WELL.

13         **THE COURT:**  THANK YOU FOR THE STATUS REPORT.  LET'S

14   GET RIGHT INTO THAT.

15         FIRST, IT SEEMS TO ME THAT WHAT IS ABSOLUTELY

16   ESSENTIAL, GIVEN THE STATUS REPORT, IS THAT THE GOVERNMENT

17   IDENTIFY A SINGLE PERSON, OF THE SAME TALENT AND ENERGY AND

18   ENTHUSIASM AND CAN-DO SPIRIT AS COMMANDER WHITE, TO HEAD UP

19   THE REUNIFICATION PROCESS OF THE REMAINING PARENTS WHO HAVE

20   BEEN REMOVED OR RELEASED IN COUNTRY AND HAVE NOT BEEN LOCATED.

21         IN REVIEWING THE STATUS REPORT IT APPEARS THAT ONLY

22   12 OR 13 OF CLOSE TO 500 PARENTS HAVE BEEN LOCATED, WHICH IS

23   JUST UNACCEPTABLE AT THIS POINT.  AND IT APPEARS, GIVEN THE

24   COMPETING PRESENTATIONS, THAT THERE IS NOT A PLAN IN PLACE.

25         SO THE STATUS REPORT THAT WAS FILED WITH THE COURT

1    ON THURSDAY IS REALLY JUST THAT, IT IS A STATUS REPORT.  AND I

2    HAVE TO SAY IT WAS DISAPPOINTING IN THE RESPECT THAT THERE IS

3    NOT A PLAN THAT HAS BEEN PROPOSED.

4            WHAT I WAS EXPECTING WAS SOMETHING ALONG THE LINES

5    OF WHAT COMMANDER WHITE PRESENTED.  HE ACTUALLY HAD A

6    BLUEPRINT, A FLOW CHART.  AND HE HAD MAPPED OUT HOW ALL

7    ELIGIBLE CLASS MEMBERS WERE GOING TO BE REUNIFIED STEP BY

8    STEP, AND HE DID IT.  THAT'S WHAT I WOULD EXPECT WITH THE

9    PARENTS WHO HAVE BEEN REMOVED OR RELEASED IN COUNTRY.

10           THIS IS GOING TO BE A SIGNIFICANT UNDERTAKING AND IT

11   IS CLEAR THAT THERE HAS TO BE ONE PERSON IN CHARGE.  AND IT

12   WOULD SEEM TO ME IT WOULD BE A PERSON EITHER WITH THE STATE

13   DEPARTMENT OR O.R.R., OR PERHAPS IT IS A TWO-PERSON TEAM.  BUT

14   THERE HAS TO BE SOMEONE TO HOLD TO ACCOUNT AND TO SUPERVISE

15   THE ENTIRE PROCESS, TO PROPOSE TO THE PARTIES AND THE COURT A

16   ROADMAP OF HOW THIS IS GOING TO BE ACCOMPLISHED.

17           THE REALITY IS THERE ARE STILL CLOSE TO 500 PARENTS

18   THAT HAVE NOT BEEN LOCATED.  MANY OF THESE PARENTS WERE

19   REMOVED FROM THE COUNTRY WITHOUT THEIR CHILD.

20           ALL OF THIS IS THE RESULT OF THE GOVERNMENT'S

21   SEPARATION AND THEN INABILITY AND FAILURE TO TRACK AND

22   REUNITE.  AND THE REALITY IS THAT FOR EVERY PARENT WHO IS NOT

23   LOCATED THERE WILL BE A PERMANENTLY ORPHANED CHILD.  AND THAT

24   IS 100 PERCENT THE RESPONSIBILITY OF THE ADMINISTRATION.

25           SO THERE HAS TO BE A PLAN, A PROCESS IN PLACE WHERE

AUGUST 3, 2018

1   THAT SITUATION OF A CHILD BEING ORPHANED, PERHAPS EVEN

2   PERMANENTLY, IS ADDRESSED IN THE STRONGEST POSSIBLE MANNER SO

3   THAT IT DOES NOT OCCUR.  OR IF IT DOES OCCUR IT OCCURS ON A

4   VERY, VERY SMALL PERCENTAGE OF THESE CHILDREN.

5          SO I THINK WE HAVE COME TO A POINT IN THE

6   REUNIFICATION PROCESS WHERE THE STAKES ARE PERHAPS THE HIGHEST

7   IN THAT, AS I MENTIONED, FOR EVERY PARENT WHO IS NOT LOCATED

8   THERE IS A REAL CONSEQUENCE HERE.

9          AND SO PERHAPS I CAN START WITH YOU, MR. STEWART, IF

10  YOU ARE THE RIGHT PERSON WITH THE GOVERNMENT, AS TO THE FIRST

11  QUESTION I HAVE.  DOESN'T IT MAKE SENSE FOR THE GOVERNMENT TO

12  IDENTIFY A SINGLE PERSON OR TWO TO OVERSEE AND COMMAND THIS

13  NEXT PHASE OF REUNIFICATION?

14         **MR. GELERNT:**  YOUR HONOR, I THINK THAT IS SOMETHING

15  WE SHOULD LOOK INTO.  I THINK IT WAS -- YOU KNOW, WE HAD THE

16  GOOD FORTUNE OF THAT APPROACH BEING VERY EFFECTIVE WITH

17  COMMANDER WHITE FOR SORT OF FOCUS IN THE IN CUSTODY OR JUST

18  GENERALLY DOMESTICALLY.

19         THERE ARE, I THINK, AS YOUR HONOR RECOGNIZES, MORE

20  AGENCIES INVOLVED IN THIS PARTICULAR PIECE AND JUST MORE, I

21  THINK, FLUIDITY, UNKNOWNS AND NEED TO -- YOU KNOW, FOR SOME

22  INDIVIDUALIZATION AS TO TRACKING DOWN CERTAIN FOLKS, PERHAPS.

23         BUT I TAKE YOUR HONOR'S POINT AND YOUR HONOR'S LEAD

24  IN THAT IT IS WORTH --I CAN LOOK AT WHAT MIGHT BE A GOOD

25  APPROACH THERE, A PERSON OR TWO.  BUT I ACKNOWLEDGE THAT I

AUGUST 3, 2018

```
 1   HAVE NOT LOCATED THAT PERSON OR, YOU KNOW, WE HAD NOT
 2   DESIGNATED THAT PERSON IN PART BECAUSE OF THE KIND OF PROCESS
 3   WE PROPOSED THAT WE THOUGHT WOULD GET THINGS REALLY MOVING
 4   SWIFTLY AND WOULD LOCATE, ON A ROLLING BASIS, FOLKS.
 5        SO DO WE THINK THAT THAT PROCESS IS DIFFERENT FROM
 6   THE PROCESS FOR THE FIRST 30 DAYS, YOUR HONOR.  IT IS
 7   CALCULATED TO MOVE THINGS SWIFTLY, TO NOT DELAY, AND TO MAKE
 8   SURE THAT EACH OF THE SIDES HERE ARE COLLABORATING, MOVING IN
 9   THE SAME DIRECTION AND USING THEIR COMPARATIVE ADVANTAGES AND
10   RESOURCES IN THE MOST USEFUL, LOGICAL WAY POSSIBLE.
11        THE COURT:  MR. GELERNT, ANY THOUGHTS ON WHAT WE
12   HAVE DISCUSSED THUS FAR?
13        MR. GELERNT:  I THINK, YOUR HONOR, IT WOULD BE VERY
14   HELPFUL TO HAVE ONE PERSON WHO IS OVERSEEING IT FOR THE
15   GOVERNMENT, AND COME UP WITH A PLAN.  I THINK WHAT WE DID NOT
16   SEE FROM THE GOVERNMENT IS A PLAN FOR WHAT STEPS THEY PLAN ON
17   TAKING.  THEY RELEGATED TO, I THINK, A CRYPTIC FOOTNOTE THAT
18   WE ARE TALKING WITH THE STATE DEPARTMENT.  WE ASSUMED THAT
19   THEY WERE GOING TO HAVE SOME PLAN.
20        BUT I THINK FROM OUR STANDPOINT, TO THE EXTENT WE
21   CAN HELP, IT IS GOING TO BE INCUMBENT UPON THE GOVERNMENT TO
22   BE GIVING US INFORMATION.  AND I THINK THAT IS WHAT WE LAID
23   OUT IN OUR JOINT STATUS REPORT IS THAT IT APPEARS THAT THE
24   GOVERNMENT HAS HAD INFORMATION FOR A WHILE.
25        SO I THINK YOU ARE PROBABLY GOING TO GET TO THIS,
```

AUGUST 3, 2018

1    BUT EVEN BEFORE THE GOVERNMENT DESIGNATES ONE PERSON WE WOULD

2    PROPOSE A FEW LIMITED DEADLINES ABOUT CERTAIN PIECES OF

3    INFORMATION WE THINK ARE CRITICAL THAT THE GOVERNMENT HAS IN

4    THEIR POSSESSION.  AND THE TIMELINE TO THE EXTENT THE

5    GOVERNMENT HAS LAID OUT A TIMELINE FOR ANY OF IT SEEMS WAY TOO

6    LONG FOR US.

7              **THE COURT:**  OKAY.  WHAT I AM CONTEMPLATING IS THAT

8    THE GOVERNMENT WILL IDENTIFY A PERSON, OR A TEAM, THAT IS

9    RESPONSIBLE, REPORTS TO PLAINTIFFS, REPORTS TO THE COURT.

10   SUBMITS A PLAN, PERHAPS SIMILAR TO THE BLUEPRINT FORMAT THAT

11   COMMANDER WHITE USED, THAT IS EASY TO UNDERSTAND AND FOLLOW

12   AND HAS CONCRETE APPROACHES TO HOW THE GOVERNMENT GOES ABOUT

13   SEARCHING, LOCATING, AND MAKING AVAILABLE THESE PARENTS TO THE

14   PLAINTIFFS.

15             I WOULD ALSO INDICATE THAT THIS RESPONSIBILITY, OF

16   COURSE, IS 100 PERCENT ON THE GOVERNMENT.  THE GOVERNMENT HAS

17   THE SOLE BURDEN AND RESPONSIBILITY AND OBLIGATION TO MAKE THIS

18   HAPPEN.

19             THE DIFFERENCE IS THAT IT IS IN EVERYONE'S INTEREST

20   TO USE ALL AVAILABLE RESOURCES TO LOCATE THESE PARENTS, AND

21   THERE IS NO QUESTION THAT PLAINTIFFS HAVE AT THEIR DISPOSAL

22   ENORMOUS RESOURCES THROUGH NGO'S, PRIVATE LAW FIRMS AND

23   OTHERS.  AND THERE HAS BEEN AN ENORMOUS OUTPOURING OF SUPPORT

24   AMONG LAW FIRMS AND OTHERS TO GET INVOLVED AND HELP OUT.

25             SO IT SEEMED TO ME, MR. GELERNT, THAT THE PLAINTIFFS

AUGUST 3, 2018

```
1    OUGHT TO ALSO CONSIDER FORMING A LEADERSHIP TEAM.  AND IT
2    COULD BE SIMILAR TO A CLASS ACTION WHERE THE COURT APPOINTS A
3    STEERING COMMITTEE OF LAWYERS, LAW FIRMS, AND THEN A LEAD
4    COUNSEL OR LEAD FIRM TO ORCHESTRATE THE EFFORTS, COULDN'T THAT
5    BE DONE --
6              MR. GELERNT:  YES -- I AM SORRY, YOUR HONOR.  I
7    APOLOGIZE.
8              THE COURT:  THE THOUGHT I HAD IS ALSO BY NEXT WEEK'S
9    REPORT THE PLAINTIFFS IDENTIFY A STEERING COMMITTEE WITH -- IT
10   SEEMS TO ME THE STEERING COMMITTEE OR THE LEAD FIRM CAN BE THE
11   CONTACT PERSON OR THE LIAISON WITH THE GOVERNMENT, A
12   RECEPTACLE FOR ALL OF THIS INFORMATION ALONG WITH YOU, MR.
13   GELERNT, OF COURSE.  AND THEN HAVE THEIR OWN BLUEPRINT OR PLAN
14   AS TO HOW THEY WOULD USE THE INFORMATION PROVIDED BY THE
15   GOVERNMENT TO THEN BEGIN TO DO THEIR OWN INVESTIGATION AND
16   ATTEMPTS TO LOCATE THE PARENTS.  AND THIS WOULD BE A
17   COLLABORATIVE EFFORT.  IT --
18             MR. GELERNT:  I AM SORRY, YOUR HONOR.  I APOLOGIZE.
19   I DIDN'T MEAN TO INTERRUPT.
20             WHAT I WAS GOING TO SAY IS, YOUR HONOR, THAT'S WHAT
21   WE HAVE DONE.  WE HAVE A STEERING COMMITTEE OF TWO NATIONAL
22   GROUPS, NGO'S IN THE U.S. WHO HAVE BEEN WORKING ON THESE
23   ISSUES FOR DECADES.  WE HAVE TWO LAW FIRMS THAT ARE WORLDWIDE
24   LAW FIRMS.  AND THEN WE HAVE ONE NGO THAT IS ON THE GROUND IN
25   CENTRAL AMERICA WHERE ABOUT 96 PERCENT OF THE DEPORTED PARENTS
```

AUGUST 3, 2018

1    APPEAR TO BE, IN PARTICULAR IN GUATEMALA AND HONDURAS.

2            SO THAT IS THE STEERING COMMITTEE.  AND THEN THEY

3    ARE BRINGING IN AS MANY ADDITIONAL LAW FIRMS, PARTICULARLY

4    THOSE WITH OFFICES IN CENTRAL AMERICA, AS MANY ADDITIONAL

5    NGO'S ON THE GROUND IN CENTRAL AMERICA, AND AS MANY ADDITIONAL

6    NGO'S AS MAY BE HELPFUL IN THE UNITED STATES.

7            AND THEY HAVE THE PLAN.  THEY WERE IN THE PROCESS OF

8    CREATING A PLAN.  EACH PIECE OF INFORMATION WE OBTAIN, THE

9    PLAN IS TWEAKED A LITTLE BIT.  BUT WHAT WE HAVEN'T DONE, AND

10   WE OBVIOUSLY CAN DO, YOUR HONOR, IS IF YOU WANT THAT STEERING

11   COMMITTEE TO MAKE AN APPEARANCE WITH THE COURT OR IN SOME MORE

12   FORMAL MANNER.

13           BUT THAT IS WHAT WE HAVE DONE, BECAUSE WE CANNOT

14   MANAGE THE LITIGATION AND ALSO -- THE ACLU MICROMANAGE EACH

15   STEP THEY ARE GOING TO TAKE.  AND THEY HAVE LAID OUT WHAT THEY

16   NEED, AND MUCH OF IT, I THINK, IS IN THE GOVERNMENT'S

17   POSSESSION.  AND PARTICULARLY THE EXPERTS ON THIS ISSUE IN THE

18   UNITED STATES FEEL THAT THAT INFORMATION COULD BE PROVIDED

19   MUCH MORE QUICKLY, AND HAD ASSUMED THAT IT WOULD HAVE BEEN

20   PROVIDED UP TO NOW, ACTUALLY.

21           AND SO, FOR EXAMPLE, WE HAVE GOTTEN SKETCHY

22   ADDRESSES FOR MAYBE TWO-THIRDS OF THE PEOPLE IN CENTRAL

23   AMERICA.  A LOT OF THEM ARE NOT USABLE.  THEY HAVE A STREET

24   WITH NO NUMBER, OR THEY HAVE A CITY WITH TONS OF PEOPLE.  AND

25   THERE IS 120 WHERE THERE IS NO INFORMATION.

AUGUST 3, 2018

```
 1              THE PEOPLE ON THE GROUND IN CENTRAL AMERICA ARE NOW
 2     MAPPING IT OUT TO WHICH REGIONS THEY CAN GO.  MANY OF THEM MAY
 3     TOO DANGEROUS TO GO BY THEMSELVES, OR ESPECIALLY SEND A LAW
 4     FIRM.  BUT THEY OBVIOUSLY FEEL LIKE THESE ARE LONG, LONG TRIPS
 5     INTO THE MOUNTAINS SOMETIMES.  IF THERE ARE PHONE NUMBERS THEY
 6     OBVIOUSLY WOULD PREFER TO BE CALLING THOSE PEOPLE.
 7              AND WHAT WE UNDERSTAND IS THAT THE GOVERNMENT MAY
 8     HAVE PHONE NUMBERS FOR A LOT OF THE DEPORTED PARENTS, AND
 9     THOSE ARE IN THE O.R.R. FILES, NOT THE A-FILES.  AND EACH
10     CHILD HAS A CASE MANAGER.  IT SEEMS TO US, FOR EXAMPLE, BEFORE
11     EVEN THIS REGISTERS WITH THE COURT OR IN WHATEVER FORMAL
12     MANNER THEY WANT TO DO IT, AND BEFORE THE GOVERNMENT FIGURES
13     OUT A PERSON TO BE POINT PERSON, THERE ARE SPECIFIC THINGS
14     THAT COULD BE DONE.
15              WE SEE NO REASON, IN THE NEXT 48 HOURS, EACH CASE
16     MANAGER COULDN'T GO THROUGH THEIR FILE AND SAY, HERE IS THE
17     PHONE NUMBER FOR THE PARENT.
18              NOT ALL OF THEM WILL APPEAR, BUT FOR THE ONES THAT
19     DO IT SEEMS LIKE A SIMPLE TASK JUST TO GIVE UP THOSE PHONE
20     NUMBERS.  BECAUSE I KNOW THE PEOPLE IN CENTRAL AMERICA ARE
21     CONCERNED ABOUT GOING ALL OVER THE REGION, TO ADDRESSES THAT
22     MAY NOT BE REMOTELY CURRENT, AND POTENTIALLY GOING INTO
23     DANGEROUS AREAS, IF THERE IS A PHONE NUMBER FOR SOMEONE.
24              SO THEY HAVE A PLAN.  THERE ARE SPECIFIC STEPS.  WE
25     DO NEED INFORMATION FROM THE GOVERNMENT AND WE DO BELIEVE IT
```

AUGUST 3, 2018

1    CAN BE PROVIDED QUICKER THAN BEFORE THEY GET THEIR FULL PLAN

2    TOGETHER.

3              **THE COURT:**  AND MOST OF THAT INFORMATION, AS YOU

4    SAY, COMES FROM O.R.R. FILES.

5              **MR. GELERNT:**  AT LEAST SOME OF IT.  SOME OF THE MOST

6    CRITICAL WE THINK COMES FROM THE O.R.R. FILES, INCLUDING THE

7    PHONE NUMBERS OF THE PARENTS.  BECAUSE WHAT WE ARE BEING TOLD

8    IS THAT MANY CHILDREN OF A DEPORTED PARENT HAVE BEEN SPEAKING

9    TO THEIR PARENT, SO THERE SHOULD NECESSARILY BE A PHONE

10   NUMBER.

11             NOW, WE DON'T KNOW IF IT IS FOR EVERYONE, BUT IT

12   APPEARS THAT THESE KIDS UP TO NOW, OUR UNDERSTANDING IS THAT

13   THE KIDS HAVE BEEN TALKING WITH PARENTS FOR A WHILE.  I THINK

14   WE WOULD HAVE EXPECTED TO GET THOSE PHONE NUMBERS BEFORE

15   BECAUSE WE DIDN'T UNDERSTAND THE COURT TO SAY, I AM RELAXING

16   THE DEADLINE FOR ALL OF THESE PARENTS, JUST THE COURT WAS

17   TAKING INTO ACCOUNT WHAT IT BELIEVED TO BE THE REALITY IF

18   THERE WAS NO WAY TO FIND THEM BY THE DEADLINE.

19             SO ESPECIALLY GIVEN THAT WE WOULD ASK THAT THOSE

20   PHONE NUMBERS BE PROVIDED VERY QUICKLY.

21             I MEAN, EVEN THE ADDRESSES WE GOT ARE NOT COMPLETE,

22   EVEN FOR THE TWO-THIRDS WE GOT.  BUT IT APPEARED THAT THE

23   GOVERNMENT JUST HAD TO HIT A FEW BUTTONS TO GET THOSE

24   ADDRESSES, OR MERGE A FEW DATA FILES.  WE COULD HAVE GOTTEN

25   THAT A LONG TIME AGO.

AUGUST 3, 2018

1    SO I THINK THAT OUR GROUP DOES HAVE A PLAN THAT

2    REQUIRES ADDITIONAL INFORMATION.  AND SO THAT IS THE ONLY

3    THING WE WOULD ASK, YOUR HONOR, IS WHETHER WE CAN GET THAT

4    SPECIFIC INFORMATION EVEN BEFORE OUR GROUP PUTS IN AN

5    APPEARANCE WITH THE COURT, AND EVEN BEFORE THE GOVERNMENT

6    DESIGNATES A SINGLE INDIVIDUAL OR TWO INDIVIDUALS AND COMES UP

7    WITH THEIR OWN MORE COMPREHENSIVE PLAN.

8    **THE COURT:**  NOW, THE GOVERNMENT HAS INDICATED THAT

9    THE O.R.R. FILES CAN BE REVIEWED AND THE INFORMATION PRODUCED

10   THEREIN BY AUGUST 10.

11   THAT'S CORRECT, MR. STEWART?  OR CAN YOU DO IT

12   EARLIER?

13   **MR. STEWART:**  YOUR HONOR, I THINK AUGUST 10TH IS A

14   DATE WE CAN HIT.  AND WE ARE DEDICATED TO MOVING AND MAKING

15   THAT HAPPEN.

16   I THINK -- CANDIDLY, I THINK THERE IS A LOT OF

17   AGREEMENT, I THINK, ON WHAT MR. GELERNT WAS JUST SAYING IS THE

18   MOST USEFUL INFORMATION.  THAT IS IN PART WHY WE HAVE SHIFTED

19   TO MOBILIZING AND GETTING THAT INFORMATION BASED ON A MANUAL

20   CAREFUL REVIEW TO GET THIS MOST USEFUL SET OF DATA COLLECTED

21   AND OVER TO THE PLAINTIFF AS -- YOU KNOW, VERY PROMPTLY.  AND

22   WE THINK AUGUST 10TH IS A DATE WE CAN HIT.

23   **THE COURT:**  THAT CAN BE DONE ON A ROLLING BASIS,

24   CORRECT?  SO O.R.R. COULD BE COLLECTING FILES AND INFORMATION

25   NOW AND DISCOVERING IT OVER TO PLAINTIFFS NOW.  AND THEN HAVE

AUGUST 3, 2018

13

1   ALL OF IT COMPLETED BY AUGUST 10?

2           **MR. STEWART:**  I THINK WE CAN DO A ROLLING BASIS,

3   YOUR HONOR.  YOU KNOW, IT IS HARD TO SAY, YOU KNOW, HOW MUCH

4   BY LIKE -- YOU KNOW, THE FIRST PRODUCTION WE WOULD HAVE OF THE

5   COHORT, BUT WE COULD DO KIND OF A ROLLING THING AND JUST, YOU

6   KNOW, HIT THE PHONE NUMBER.  I AM REASONABLY -- THAT IS MY

7   UNDERSTANDING THAT THAT WOULD NOT BE A PROBLEM FOR JUST

8   ROLLING PRODUCTION.

9           **THE COURT:**  OKAY.  LET ME RUN THROUGH A COUPLE OF

10  THINGS HERE THAT I THINK EVERYONE WOULD AGREE ON.  AND THEN IT

11  WILL ULTIMATELY COMPLEMENT, I HOPE, WHOEVER BECOMES IN CHARGE

12  OF THIS FROM THE GOVERNMENT.  AND THEN FROM THE PLAINTIFFS'

13  STANDPOINT, THE STEERING COMMITTEE OR LEAD FIRM CAN USE ALL OF

14  THIS INFORMATION.

15          BUT IT SEEMS TO ME IN THE STATUS REPORT THE

16  GOVERNMENT IS PROPOSING THAT EVERY MONDAY PLAINTIFFS WILL

17  PROVIDE DEFENDANTS ANY NEW INFORMATION REGARDING THE LOCATION

18  OF PUTATIVE CLASS MEMBERS IN THE INTERIOR.

19          THAT SEEMS REASONABLE.

20          PLAINTIFFS WILL PROVIDE WRITTEN CONFIRMATION WHETHER

21  THESE LOCATED CLASS MEMBERS WISH TO BE REUNIFIED.

22          THAT SEEMS REASONABLE.

23          WE WILL KEEP WITH THE THURSDAY REPORTING AND THE

24  FRIDAY CONFERENCE, SO WE CAN GIVE FULL ATTENTION TO THIS PHASE

25  OF REUNIFICATION.

AUGUST 3, 2018

```
1          THE GOVERNMENT WOULD PRODUCE, AS SET OUT IN THE
2     STATUS REPORT, THE INFORMATION IN THE O.R.R. FILES ON A
3     ROLLING BASIS, UP TO AND INCLUDING AUGUST 10.
4          THERE ARE 12 OR 13 INDIVIDUALS WHO HAVE BEEN LOCATED
5     BY PLAINTIFFS OUT OF COUNTRY, SO THESE ARE REMOVED PARENTS
6     SEPARATE FROM THEIR CHILD.  AND THE GOVERNMENT IS ASKING THAT
7     EACH MONDAY THAT INFORMATION BE PROVIDED TO THE GOVERNMENT, AS
8     WELL.  AND THAT SEEMS APPROPRIATE.
9          OBVIOUSLY, A LOT OF THIS IS GOING TO INVOLVE JOINT
10    EFFORT AND COMMUNICATION IN ORDER TO LOCATE PARENTS AS QUICKLY
11    AS POSSIBLE IN ORDER FOR PLAINTIFFS TO DETERMINE WHETHER THE
12    PARENTS DESIRE REUNIFICATION, AND THEN THE STEPS TO TAKE PLACE
13    IN ORDER TO MAKE THE REUNIFICATION HAPPEN WILL ALL INVOLVE
14    COLLABORATION.
15         ON THE A-FILE DISCOVERY, I THINK WE SHOULD HOLD OFF
16    ON THAT.  I WOULD LIKE TO HEAR FROM THE PERSON WHO ULTIMATELY
17    ENDS UP LEADING THIS PHASE OF REUNIFICATION TO GET HIS OR HER
18    THOUGHTS ON WHETHER A-FILE DISCOVERY IS NECESSARY, OR WHETHER
19    THE PERTINENT INFORMATION CAN BE ATTAINED MORE QUICKLY FROM
20    OTHER SOURCES.
21         THE GOVERNMENT HAS INDICATED THAT IT HAS PRODUCED A
22    NUMBER OF LISTS AND SPREADSHEETS THAT HAVE BEEN IDENTIFIED.
23    THAT SEEMS TO BE A VERY POSITIVE DEVELOPMENT.
24         I DO UNDERSTAND PLAINTIFFS WOULD LIKE ADDITIONAL
25    INFORMATION.  IT SEEMS THAT THAT IS FORTHCOMING AND THE
```

AUGUST 3, 2018

1   PARTIES ARE WORKING THROUGH IT, PARTICULARLY WITH RESPECT TO

2   CLASS MEMBERS WHO WERE DEEMED INELIGIBLE.

3          PLAINTIFFS CERTAINLY NEED THAT KIND OF INFORMATION

4   TO DETERMINE WHETHER THEY WANT TO RAISE ISSUES WITH THE COURT

5   AS TO WHETHER THOSE PARENTS ARE INELIGIBLE OR WHETHER THEY

6   SHOULD BE REUNIFIED.

7          THERE ARE STILL APPARENTLY, ACCORDING TO PLAINTIFFS,

8   ABOUT 120 PARENTS FOR WHOM THERE IS NO REAL GOOD INFORMATION.

9   THAT'S, OF COURSE, OF GREAT CONCERN.

10          IT APPEARS, AT LEAST FROM THE PLAINTIFFS'

11   PERSPECTIVE, THAT THERE ISN'T ANY GOOD INFORMATION HELPFUL IN

12   LOCATING THOSE PARENTS.  SO, OBVIOUSLY, THERE HAS TO BE

13   ATTENTION PAID TO THOSE INDIVIDUALS TO DETERMINE WHETHER THERE

14   IS ADDITIONAL INFORMATION THAT CAN BE DISCOVERED THAT WILL

15   ASSIST EVERYONE IN LOCATING THOSE PARENTS.

16          **MR. STEWART:**  YOUR HONOR, MAY I?  I APOLOGIZE.  MAY

17   I MAYBE OFFER A LITTLE BIT OF ASSURANCE ON THAT?

18          **THE COURT:**  YES.

19          **MR. STEWART:**  OUR HOPE IS THAT THE O.R.R. FILE

20   REVIEW WILL CLOSE SOME LOOPS ON THAT.  MY UNDERSTANDING IS

21   MR. GELERNT IDENTIFIED SOME MISSING OR INACCURATE ADDRESS

22   INFO.

23          MY UNDERSTANDING, THE ADDRESSES INFORMATION WE HAVE

24   PROVIDED IT IS -- IT IS WHAT WE RECEIVED FROM THESE PARENTS.

25   SO, YOU KNOW, IF WE RECEIVED AN INCOMPLETE ADDRESS OR JUST A

AUGUST 3, 2018

1    STREET NAME, THAT IS BECAUSE THAT IS WHAT WE HAVE IN THE

2    FILES.

3            SO, YOU KNOW, THAT'S THE BEST WE HAVE BEEN ABLE TO

4    PRODUCE, BUT HOPEFULLY -- OUR HOPE IS THAT THE O.R.R. PIECE IS

5    GOING TO CLOSE SOME LOOPS THERE AND GIVE SOME ASSURANCE AND

6    JUST GET THINGS CONNECTED THERE.

7            **THE COURT:**  OKAY.  THANK YOU.

8            SO, MR. STEWART, BASED ON MY REVIEW OF THE STATUS

9    REPORT IT APPEARS THAT OF THESE CLOSE TO 500 PARENTS THE

10   PARTIES HAVE ONLY LOCATED 12 OR 13.  IS THAT TRUE?

11           **MR. STEWART:**  I BELIEVE IT IS HIGHER THAN THAT, YOUR

12   HONOR.  BUT I THINK SOME KIND OF CONTACT IS STILL UNDERWAY.

13           I BELIEVE MR. GELERNT'S PART OF THE STATUS REPORT

14   ALLUDED TO THE UNDERSTANDING THAT SOME CONTACT IS GOING ON.  I

15   JUST DON'T HAVE -- I DON'T HAVE THE FULLEST INFORMATION ABOUT

16   WHAT THE NUMBERS ARE THERE.  BUT WE WILL WORK ON THAT.

17           **THE COURT:**  WHAT ABOUT PARENTS RELEASED IN COUNTRY,

18   DO YOU HAVE ANY INFORMATION THERE?

19           **MR. STEWART:**  THE LATEST I HAVE ON THAT, YOUR HONOR,

20   IS THAT THAT IS A REASONABLY CONFINED GROUP.  I WOULD SAY

21   IT -- IT IS ESSENTIALLY, I BELIEVE, AROUND -- THE UPPER LIMIT

22   OF THAT GROUP IS AROUND 80ISH OR SO.  SOME WERE RELEASED INTO

23   THE INTERIOR OR IN OTHER CUSTODY AND WE HAVE SOME INFORMATION

24   ON THEM AND ARE TRYING TO MAKE CONTACT.  SO FOR THE VAST BULK

25   IT APPEARS THAT WE DO HAVE SOME INFORMATION AND ARE JUST

AUGUST 3, 2018

```
1    FOLLOWING UP TO TRY TO GET THAT CONTACT TO HAPPEN.

2              THERE IS A VERY SMALL NUMBER STILL UNDER CASE FILE

3    REVIEW, I BELIEVE THAT IS 15, WHERE WE JUST NEED TO KEEP ON

4    TRYING TO -- JUST POUND THE PAVEMENT ON GETTING INFORMATION

5    FOR THOSE.  THAT NUMBER IS OVERALL -- IT HAS A PRETTY LOW

6    UPPER LIMIT COMPARATIVELY.  WE ARE WORKING ON IT.

7              THE COURT:  THERE ARE, THEN, APPROXIMATELY 400-OR-SO

8    PARENTS WHO HAVE BEEN REMOVED.  IS THAT CORRECT?

9              MR. STEWART:  REMOVED OR OTHERWISE OUTSIDE OF THE

10   UNITED STATES, YOUR HONOR.  I DON'T HAVE COMPLETE

11   PARTICULARITY ON CIRCUMSTANCES OF JUST DEPARTING OR CHOOSING

12   TO DEPART, BUT, YEAH, OUTSIDE OF THE UNITED STATES, THAT IS

13   ABOUT RIGHT.

14             THE COURT:  I DON'T HAVE THE LIST IN FRONT OF ME,

15   BUT MY ASSUMPTION IS THAT MOST OF THOSE PARENTS WHO HAVE BEEN

16   REMOVED ARE IN GUATEMALA, HONDURAS, AND PERHAPS EL SALVADOR?

17             MR. GELERNT:  YES, YOUR HONOR.

18             THIS IS MR. GELERNT.

19             YES, YOUR HONOR.  WE BELIEVE -- I THINK IT IS -- I

20   DON'T HAVE THE EXACT PERCENTAGE BUT I THINK IT MAY BE AROUND

21   95 PERCENT ARE GUATEMALA AND HONDURAS.

22             THE COURT:  SO OBVIOUSLY FOR YOUR STEERING COMMITTEE

23   YOU ARE FOCUSING ON THOSE TWO COUNTRIES.

24             MR. GELERNT:  THAT'S RIGHT, YOUR HONOR.  WE ARE

25   WORKING ON, INCLUDING WITH THE CONSULATES, THE INDIVIDUALS IN
```

AUGUST 3, 2018

```
1    THE OTHER COUNTRIES.  BUT BECAUSE THERE ARE SO FEW IN THE
2    OTHER COUNTRIES THAT IS SORT OF OUTSIDE THE MORE GENERAL PLAN
3    FOR HONDURAS AND GUATEMALA.
4             THE COURT:  OKAY.  SO WHAT I WOULD LIKE TO DO, THEN,
5    HAVING DISCUSSED THIS WITH COUNSEL, IS ISSUE AN ORDER TODAY,
6    OR MONDAY AT THE LATEST, BUT ASK COUNSEL TO START WORKING
7    FORTHWITH.
8             NUMBER ONE, ON THE GOVERNMENT STARTING, ON A ROLLING
9    BASIS, PRODUCING INFORMATION FROM THE O.R.R. FILES TO
10   PLAINTIFFS AS QUICKLY AS POSSIBLE AND BY NO LATER THAN
11   AUGUST 10.
12            AND THEN, MOST IMPORTANTLY, FOR THE GOVERNMENT TO
13   IDENTIFY A PERSON TO TAKE COMMAND AND TO BE IN A POSITION, AS
14   COMMANDER WHITE DID, TO REPORT TO THE COURT.  TO PROVIDE A
15   PLAN, NOT A REPORT OR A STATUS BUT A PLAN, AS TO HOW
16   REUNIFICATION OF THIS GROUP OF PARENTS IS GOING TO BE
17   ACCOMPLISHED.
18            AND THEN, SIMILARLY, FOR THE PLAINTIFFS TO IDENTIFY
19   ITS PLAN.  AND I WOULD LIKE TO HAVE A STEERING COMMITTEE OR
20   LEAD ATTORNEY OR NGO ALSO DESIGNATED, AND THAT GROUP OR PERSON
21   WILL WORK WITH MR. GELERNT, AND ALSO REPORT TO THE COURT.
22            AND WHAT I WOULD LOOK TO IS FOR THAT GROUP TO
23   PROVIDE A PLAN AS WELL, AND SET OUT, IN A BLUEPRINT OR
24   OTHERWISE, HOW IT IS GOING TO USE THE INFORMATION PROVIDED BY
25   THE GOVERNMENT AND ITS PLAN IN LOCATING THESE PARENTS.
```

AUGUST 3, 2018

1      THEN I THINK WE CAN SPEAK A LOT MORE INTELLIGENTLY

2  ON ADDITIONAL ORDERS THAT MAY BE REQUIRED.  WE CAN SPEAK MORE

3  INTELLIGENTLY, I THINK, ON DEADLINES, REUNIFICATION PROCESS,

4  THOSE KIND OF DETAILS.  BUT I THINK RIGHT NOW THERE IS REALLY

5  NOTHING IN PLACE.  AND SO WHAT'S SO IMPORTANT IS TO IDENTIFY

6  THE KEY LEADERSHIP SO THAT THEY CAN REPORT TO THE COURT AND

7  MEANINGFUL ORDERS CAN BE PUT IN PLACE TO MAKE THIS

8  REUNIFICATION HAPPEN AS QUICKLY AS POSSIBLE.

9      ON THE STATUS REPORT ITSELF AND DISCOVERY OF

10  INFORMATION, ARE THERE ANY OTHER MATTERS WE NEED TO DISCUSS AT

11  THIS POINT?

12      **MR. GELERNT:**  YOUR HONOR, THIS IS MR. GELERNT.

13      THE ONLY OTHER -- AND I THINK YOU TOUCHED ON THIS --

14  IS FOR THE EXCLUSIONS OF -- BASED ON CRIMINAL CONVICTIONS OR

15  OTHER.  I THINK WE NEED -- I THINK YOU TOUCHED ON THIS, WE

16  NEED MUCH MORE SPECIFIC INFORMATION.

17      AND I AM ASSUMING YOUR HONOR IS TALKING ABOUT A PLAN

18  NOT JUST FOR DEPORTED PARENTS BUT FOR PARENTS WHO WERE

19  EXCLUDED FOR OTHER REASONS.  IF THAT IS TRUE, THEN WE CAN

20  LEAVE IT ALONE NOW.

21      BUT IT DOES APPEAR THAT SOME OF THE CONVICTIONS, OR

22  EVEN SOME OF THEM ARE JUST CHARGES, ARE NOT THE TYPE OF

23  SERIOUS CRIME THAT WOULD WARRANT TAKING SOMEONE'S CHILD AWAY.

24      BUT IF THE PLAN THAT YOU ARE ENVISIONING, YOUR

25  HONOR, FOR OUR TEAM PERSON AND THE GOVERNMENT'S, IS TALKING

AUGUST 3, 2018

1    ABOUT MORE THAN JUST DEPORTED PARENTS, THEN WE CAN LEAVE IT

2    ALONE NOW.

3            **THE COURT:**   THERE ARE THE PARENTS, OF COURSE, THE

4    ELIGIBLE PARENTS WHO WERE REUNIFIED, AND THEN THERE WERE A

5    NUMBER OF PARENTS WHO WERE NOT REUNIFIED BECAUSE THE

6    GOVERNMENT DEEMED THEM INELIGIBLE DUE TO CRIMINAL HISTORY OR

7    OTHER FITNESS CONSIDERATIONS.

8            SO THAT IS THE INFORMATION YOU ARE REQUESTING,

9    CORRECT?

10           **MR. GELERNT:**   YES, YOUR HONOR.   AND OUR

11   UNDERSTANDING IS THAT YOU SET UP A SORT OF TWO-STAGE PROCESS

12   WHERE TO MEET THE INITIAL DEADLINE THE GOVERNMENT COULD TAKE

13   OUT PEOPLE WHO HAD A CRIMINAL CONVICTION AND THERE WOULDN'T

14   HAVE TO BE THE BACK-AND-FORTH BETWEEN PLAINTIFFS AND

15   DEFENDANTS.

16           BUT AT THIS POINT NOW I THINK YOUR HONOR ENVISIONED

17   REUNIFICATION OF PEOPLE WITH CRIMINAL CONVICTIONS AS LONG AS

18   IT WASN'T THE TYPE OF SERIOUS CONVICTION THAT WOULD BEAR ON

19   SOMEONE'S FITNESS TO BE A PARENT.   SO I THINK WE NEED THAT

20   KIND OF SPECIFIC INFORMATION.

21           AND IT APPEARS FROM WHAT WE HAVE, VERY LIMITED

22   INFORMATION FROM THE GOVERNMENT, THERE MAY BE 30 PEOPLE IN

23   THAT CATEGORY.   AND SOME OF THEM APPEAR TO BE LIMITED TYPE

24   CRIMES OF THEFT FROM 12 YEARS AGO IN THEIR OWN COUNTRY.

25           SO I THINK THE PLAN -- IT WOULD BE, I THINK, HELPFUL

AUGUST 3, 2018

```
 1    IF THE PLAN ALSO INCLUDED SOMETHING ABOUT REUNIFYING THOSE

 2    FAMILIES AS WELL, NOT JUST THE DEPORTED PARENTS.

 3              THE COURT:  ALL RIGHT.  AS OPPOSED TO -- I JUST WANT

 4    TO BE CLEAR.

 5              ARE YOU ASKING THE COURT TO ORDER THE GOVERNMENT TO

 6    PRODUCE ADDITIONAL INFORMATION SO THAT YOU CAN RAISE THESE

 7    ISSUES WITH THE COURT SO THAT IT CAN DETERMINE WHETHER TO

 8    REUNIFY; OR ARE YOU SUGGESTING THAT WHOEVER HEADS UP THIS NEXT

 9    PHASE OF REUNIFICATION WOULD BE ADDRESSING THESE ISSUES, AS

10    WELL?

11              MR. GELERNT:  I THINK EITHER IS FINE WITH US, YOUR

12    HONOR.  AT THIS POINT WE MAY WANT TO CONTEST -- WE MAY BELIEVE

13    WE HAVE ENOUGH INFORMATION TO CONTEST IT WITH THE COURT BUT WE

14    WOULD FIRST BRING IT TO THE GOVERNMENT TO SEE WHETHER THEY

15    AGREE.

16              I WAS JUST SUGGESTING THAT THE GOVERNMENT OUGHT TO

17    PROVIDE US WITH MORE INFORMATION ABOUT THE CRIMINAL EXCLUSIONS

18    BECAUSE WE DON'T HAVE INFORMATION NOW ABOUT ALL 30, AND WE

19    CERTAINLY DON'T HAVE ENOUGH INFORMATION RIGHT NOW TO CONTEST

20    OR NOT CONTEST.

21              SO I THINK THAT WOULD BE THE FIRST STEP, WHETHER

22    THAT HAPPENS THROUGH THE PERSON WHO IS GOING TO HEAD THE

23    DEPORTED PARENTS REUNIFICATIONS OR NOT I THINK I WOULD LEAVE

24    TO YOU OR THE GOVERNMENT, BUT WE CERTAINLY NEED MORE

25    INFORMATION.
```

AUGUST 3, 2018

1      **THE COURT:**  SO ON THOSE 30 OR SO, YOU HAVE THE NAME

2   AND IDENTIFYING INFORMATION SO YOU CAN LET THE GOVERNMENT KNOW

3   WHO THOSE INDIVIDUALS ARE AND WHAT ADDITIONAL INFORMATION YOU

4   NEED.

5      **MR. GELERNT:**  YES.  WE ONLY HAVE -- AS FAR AS I AM

6   AWARE, WE HAVE VIRTUALLY NOTHING ON 18 OF THE 30, AND WE HAVE

7   SOME BASIC INFORMATION ABOUT 12, BUT THAT IS BARELY -- ONE OF

8   THEM, FOR EXAMPLE, SAYS ARRESTED FOR ILLEGAL -- QUOTE,

9   UNQUOTE, ILLEGAL GROUPS 23 YEARS AGO.  ANOTHER SAYS ARRESTED

10  12 YEARS AGO FOR THEFT IN THEIR HOME COUNTRY.  THAT KIND OF

11  THING.  SO WE CERTAINLY NEED MORE INFORMATION.

12      IF THAT IS THE ONLY INFORMATION THE GOVERNMENT HAS,

13  THEN I THINK WE WOULD ASK THEM TO REUNIFY.  AND IF THEY

14  DISAGREE I THINK THAT IS THE KIND OF CASE WE MIGHT BRING TO

15  THE COURT.  RIGHT NOW WE NEED SOME INFORMATION ABOUT 18 OF THE

16  30, AND MUCH MORE ABOUT THE 12 THAT WE HAVE BEEN GIVEN LIMITED

17  INFORMATION ABOUT.

18      SO WE CAN WORK WITH THE GOVERNMENT NOW ABOUT THAT.

19  I DON'T KNOW THAT THAT HAS TO BE ENFOLDED INTO THE LARGER

20  PLAN, BUT I THINK THAT IS AN ADDITIONAL ISSUE OUT THERE THAT

21  REMAINS.

22      **THE COURT:**  OKAY.

23      MR. STEWART.

24      **MR. STEWART:**  I AM HAPPY TO WORK WITH THE PLAINTIFFS

25  ON THAT.  I WOULD NOT AGREE THAT -- WITH THE CHARACTERIZATION

AUGUST 3, 2018

```
1    OF US GIVING LIMITED INFORMATION.  AND WE -- YOU KNOW, IN THE

2    STATUS REPORT THE PLAINTIFFS SUGGEST THAT, YOU KNOW, WHAT

3    ESSENTIALLY THEY GOT IN A BUNCH OF PLACES WAS JUST SOMETHING

4    THAT SAID CRIMINAL HISTORY OR, YOU KNOW, PERIOD, FULL STOP.

5    WE GAVE THEM PRETTY DETAILED INFORMATION, DATES OTHER

6    INFORMATION.  AND I DO THINK MR. GELERNT IS RIGHT WHEN HE SAYS

7    THAT, YOU KNOW, HE HAS SOME INFORMATION.

8              IF THEY HAVE DOUBTS BASED ON THAT INFORMATION THEY

9    SHOULD BRING THEM TO US AND EXPLAIN WHY THIS PERSON, YOU KNOW,

10   WOULD FALL INTO THE CLASS EVEN THOUGH THE CLASS EXCLUDES

11   PEOPLE WITH CRIMINAL HISTORY PRETTY CLEARLY.

12             THAT DOES SEEM TO BE AN INTERESTING, OR, YOU KNOW,

13   IMPORTANT FEATURE THAT THE PLAINTIFFS SHOULD, YOU KNOW,

14   PRESENT TO US AND EXPLAIN WHY SOMEBODY WITH SOME SIGNIFICANT

15   CRIMINAL HISTORY SHOULD BE INCLUDED NONETHELESS.

16             MR. GELERNT:  YOUR HONOR, I DON'T KNOW THAT WE NEED

17   TO GO BACK AND FORTH ON THIS, BUT I THINK YOUR HONOR WAS

18   EXTREMELY CLEAR THAT THEY WERE EXCLUDED FROM THE CLASS FOR

19   PURPOSES OF MEETING THE DEADLINE, BUT THAT THEY WERE -- THE

20   GOVERNMENT WAS CERTAINLY NOT OFF THE HOOK FOR REUNITING THESE

21   FAMILIES IF THE CHARGE -- IF THE CRIMINAL HISTORY DID NOT

22   AMOUNT TO SOMETHING SERIOUS TO WARRANT SEPARATION.  SO I THINK

23   IN THAT RESPECT YOUR HONOR WAS ABSOLUTELY CLEAR.

24             AND WE CERTAINLY COULD GIVE YOU THE CHART, BUT FOR

25   MANY OF THEM -- FOR 18 I THINK WE HAVE IT SAYS, QUOTE,
```

AUGUST 3, 2018

1    UNQUOTE, RED FLAG, QUOTE, UNQUOTE, RED FLAG, MOST SERIOUS

2    CHARGE, OR RED FLAG, CRIMINAL HISTORY.  THAT HARDLY IS ENOUGH

3    INFORMATION TO CONTEST.  SO WE WILL HAVE TO WORK WITH THE

4    DEFENDANTS.

5            BUT TO THE EXTENT THE DEFENDANTS ARE BELIEVING IT IS

6    A UNILATERAL DECISION WHAT IS A SERIOUS CRIME, I THINK YOUR

7    HONOR HAS MADE CLEAR THAT WE ARE -- IT IS APPROPRIATE TO COME

8    TO THE COURT IF THERE IS ANY DISAGREEMENTS.

9            **THE COURT:**  I HAVE THAT ISSUE IN MIND, AND I WILL

10   ADDRESS IT IN THE ORDER THAT FOLLOWS TODAY.

11           THE ONLY OTHER ISSUE I HAVE IS I HAVE SPOKEN WITH

12   JUDGE FRIEDMAN FROM WASHINGTON DC, AND HE HAS THE OTHER

13   RELATED CASE.

14           I HAVE HELD OFF ON THE PARTIES' PENDING MOTION TO

15   STAY THE DEPORTATION OR REMOVAL OF THE CLASS PARENTS, AND SO I

16   AM STILL IN A HOLD PATTERN THERE.

17           I EXPRESSED TO JUDGE FRIEDMAN, AND WOULD EXPRESS TO

18   COUNSEL NOW, THAT I DID NOT INTEND TO MAKE ANY RULING UNTIL

19   JUDGE FRIEDMAN MAKES A DECISION.  HE AND I BOTH AGREE THAT THE

20   COURT, AS AN INSTITUTION, NEEDS TO WORK WITH A SINGLE VOICE.

21   SO WHETHER HE OR I SPEAKS TO THE ISSUE REMAINS AN OPEN

22   QUESTION.  BUT IT IS HIS CASE, AND I AM STILL WAITING TO SEE

23   WHAT HE DETERMINES, THAT IS WHETHER HE WILL RULE ON THE TRO ON

24   BEHALF OF CLASS MEMBER CHILDREN OR WHETHER HE WILL TRANSFER

25   THE CASE.

AUGUST 3, 2018

```
1            BUT ONCE WE HAVE THAT DETERMINATION THEN, OF COURSE,
2    IF THE CASE IS TRANSFERRED THEN I WOULD MOST LIKELY SET IT UP
3    FOR ORAL ARGUMENT SOMETIME NEXT WEEK.  BUT UNLESS AND UNTIL
4    THAT HAPPENS WE WILL JUST WAIT TO HEAR FROM JUDGE FRIEDMAN.
5            ARE THERE ANY OTHER ISSUES WE NEED TO ADDRESS AT
6    THIS TIME?
7            MS. LEVY:  YOUR HONOR.
8            THE COURT:  YES.
9            MS. LEVY:  JENNIFER LEVY WITH THE LEGAL AID SOCIETY
10   AND WE REPRESENT THE PUTATIVE CLASS OF SEPARATED CHILDREN WHO
11   WERE IN NEW YORK STATE.
12           THE COURT:  YES.
13           MS. LEVY:  IN THAT CASE WE HAVE OBTAINED A COURT
14   ORDER THAT PROVIDED THAT WE WOULD BE GIVEN NOTICE OF THE --
15   THE CHILDREN THAT WE REPRESENTED POST REUNIFICATION, WHETHER
16   OR NOT THAT BE RELEASE, REPATRIATION, OR DETENTION.  THERE ARE
17   17 CHILDREN WE REPRESENT WHO ARE CURRENTLY DETAINED -- GIVEN
18   NOTICE OF, TO THE REMAINDER WE DO NOT HAVE NOTICE OF THE
19   GOVERNMENT'S INTENTIONS WITH RESPECT TO RELEASE, REPATRIATION,
20   OR DETENTION.  WE WOULD LIKE TO ASK FOR THE COURT'S
21   INTERVENTION AND WOULD LIKE TO KNOW IF YOU PREFER US TO DO
22   THAT UNDER -- THE INDEX NO. 1626.
23           THE COURT:  I DIDN'T HEAR QUITE ALL OF THAT, YOUR
24   PHONE WAS BREAKING UP A LITTLE BIT.
25           MR. STEWART, DID YOU HEAR ALL OF IT, AND CAN YOU
```

AUGUST 3, 2018

1    COMMENT ON THE GOVERNMENT'S POSITION?

2           **MR. STEWART:**  I AM NOT SURE I TRACKED ALL OF IT,

3    YOUR HONOR.  MY UNDERSTANDING IS THAT IN KEEPING WITH YOUR

4    HONOR'S TREATMENT OF THIS AND SIMILAR CASES LAST FRIDAY THE

5    GOVERNMENT HAS BEEN WORKING WITH LEGAL AID AND WITH OTHER

6    GROUPS TO ADDRESS CHILDREN IN THE NEW YORK REGION BECAUSE A

7    NUMBER OF GROUPS REPRESENTING CHILDREN HAVE COME FORWARD.

8           I CAN SAY WE PAUSED MOVEMENT ON THESE CHILDREN OUT

9    OF NEW YORK, AND ARE TRYING TO DEAL WITH THEM SORT OF ON A --

10   WE ARE DEALING DIRECTLY WITH THE ADVOCATES ON BEHALF OF THE

11   CHILDREN AND ARE TRYING TO WORK OUT THESE SORTS OF THINGS.

12          SO, I GUESS WE ARE TRYING TO ADDRESS THESE THINGS AS

13   EXPEDITIOUSLY AS POSSIBLE AND ARE JUST WORKING ON IT AND, YOU

14   KNOW, HAVING SOME SUCCESSES WITH REUNIFICATION, SOME SUCCESSES

15   WITH RELEASES AND, YOU KNOW, CONTINUING EFFORTS ON SOME OF

16   THESE.  BUT I AM NOT SURE IF THAT SQUARELY ADDRESSES

17   EVERYTHING -- EVERYTHING THAT COUNSEL RAISED.

18          **THE COURT:**  OKAY.  MAYBE WE CAN TRY IT AGAIN.

19          CAN YOU ARTICULATE WHAT THE CONCERN IS, OR IF YOU

20   LIKE YOU COULD SIMPLY SUBMIT A SHORT LETTER BRIEF WITH THE

21   COURT SO THAT I CAN ADDRESS IT PROBABLY EARLY NEXT WEEK.

22          **MS. LEVY:**  YES, YOUR HONOR.  WE WILL SUBMIT A LETTER

23   BRIEF OVER THE WEEKEND.

24          **THE COURT:**  OKAY.  SO DO YOU WANT TO JUST SUBMIT A

25   SHORT LETTER BRIEF, AND BRING IT TO THE COURT'S ATTENTION IN

AUGUST 3, 2018

1    THAT MANNER?

2              **MS. LEVY:**  YES, YOUR HONOR.

3              **THE COURT:**  OKAY.  VERY GOOD.  I WILL BE LOOKING OUT

4    FOR THAT.  AND I THINK ALL OF THESE ISSUES WITH RESPECT TO THE

5    CHILDREN ARE GOING TO BE ADDRESSED ONE WAY OR ANOTHER SHORTLY,

6    EITHER BY JUDGE FRIEDMAN OR BY THIS COURT, PROBABLY SOMETIME

7    NEXT WEEK.  OKAY.

8              **MR. STEWART:**  YOUR HONOR, MAY I RAISE ONE MORE PIECE

9    ON THE NEW YORK CHILDREN?

10             **THE COURT:**  YES.

11             **MR. STEWART:**  IT MAY OBVIATE THE NEED FOR A LETTER

12   BRIEF, IT MAY NOT.

13             MY UNDERSTANDING IS THAT WE ARE WORKING -- WE

14   OBVIOUSLY ARE AWARE OF OUR TRO OBLIGATIONS OF NOTICE IN THAT

15   CASE.  AND SO WHAT -- WE ARE WORKING ON PROVIDING THOSE TO THE

16   EXTENT, LIKE, IT IS A -- TO THE EXTENT WHEN WE ARE ABLE TO

17   GIVE NOTICE WE THEN GIVE NOTICE, AND THAT SORT OF STARTS THE

18   CLOCK, AS I UNDERSTAND IT.  SO WE CAN -- YOU KNOW, WE WILL

19   CONTINUE HEEDING THAT AND MAYBE THE TIME TO GIVE NOTICE WILL

20   ARISE OVER THE WEEKEND, MAYBE WE CAN TELL COUNSEL THAT IT IS

21   NOT -- IF WE DON'T YET HAVE WORD.  BUT, ANYWAY, WE WILL

22   ENDEAVOR TO CONTINUE TO PROVIDING INFORMATION THERE, YOU KNOW,

23   IN CASE THAT PROVIDES ASSURANCE IN DUE COURSE.  BUT WE WILL DO

24   OUR BEST.

25             **MS. LEVY:**  YOUR HONOR, ONE OF THE ISSUES IS THAT THE

AUGUST 3, 2018

1  NOTICE DOES NOT PROVIDE ACCURATE INFORMATION IN AT LEAST THREE

2  OF THE CASES.

3           **THE COURT:**  OKAY.  SO LET'S DO IT THIS WAY.

4           IF YOU AND MR. STEWART WILL MEET AND CONFER, IF YOU

5  CAN AGREE ON THE ISSUES THEN YOU CAN LET US KNOW.  IF THERE IS

6  SOME DISAGREEMENT AND SOME ISSUE YOU WANT TO PRESERVE AND HAVE

7  THE COURT ADDRESS NEXT WEEK THEN I WOULD INVITE YOU TO PROCEED

8  AS INDICATED AND PUT IT IN A LETTER BRIEF AND WE WILL ADDRESS

9  IT NEXT WEEK.

10          **MS. LEVY:**  THANK YOU.

11          **THE COURT:**  OKAY.  ANY OTHER MATTERS?

12          **MR. GELERNT:**  NO.  THANK YOU, YOUR HONOR, FROM

13  PLAINTIFFS.

14          **THE COURT:**  ALL RIGHT.  THANK YOU.  HAVE A NICE

15  WEEKEND.

16          **MR. STEWART:**  YOU AS WELL, YOUR HONOR.

17          **MR. GELERNT:**  THANK YOU, YOUR HONOR.

18

19                        *   *   *

20          I CERTIFY THAT THE FOREGOING IS A CORRECT
            TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
21          IN THE ABOVE-ENTITLED MATTER.

22          S/LEEANN PENCE _____  8/3/2018
            LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
23

24

25

AUGUST 3, 2018