**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L.; et al.,<br><br>　　　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>　　　　　　Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD)<br><br>**ORDER SETTING HEARING** |

In an order dated last Friday, August 3, 2018, Judge Paul L. Friedman of the United States District Court for the District of Columbia, transferred the case of *M.M.M. v. Sessions*, specifically claims one through three of that complaint, to this Court. This Court is awaiting receipt of that case in its Clerk's Office, but given the motion for temporary restraining that remains pending in that case, issues the following order in the above-captioned case:

The motion for a temporary restraining that is pending in *M.M.M.* shall be heard on **August 8, 2018**, at **11:00 a.m. Pacific Time**. Defense counsel shall provide notice of this hearing to counsel for plaintiffs in the *M.M.M.* case and the related cases of *N.T.C. v. U.S. Immigration and Customs Enforcement*, 18cv1626 DMS (JLB), and *E.S.R.B v. Sessions*, 18cv1699 DMS (MDD). The Court requests that at least one attorney for plaintiffs in those

cases, as well as counsel for the *Ms. L.* class, appear at this hearing along with defense counsel.  Counsel are free to appear telephonically, and if they wish to do so, shall provide the Court with their contact numbers for the conference.  The dial in number for any counsel who wish to listen in and members of the news media that wish to attend the conference is as follows.

1. Dial the toll free number: **877-411-9748**;
2. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);
3. Enter the Participant Security Code **08080428** and Press # (The security code will be confirmed);
4. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

Members of the general public may attend in person.  All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

This Court's July 16, 2018 order granting Plaintiffs' motion for an emergency temporary restraining order shall remain in effect pending the August 8 hearing and a subsequent ruling on the motion for temporary restraining order in *M.M.M.* and/or the motion to stay that is currently pending in the *Ms. L.* case.

Dated:  August 6, 2018

Hon. Dana M. Sabraw
United States District Judge