1  CHAD A. READLER
   Acting Assistant Attorney General
2  SCOTT G. STEWART
   Deputy Assistant Attorney General
3  WILLIAM C. PEACHEY
4  Director
   Office of Immigration Litigation
5  WILLIAM C. SILVIS
6  Assistant Director
   Office of Immigration Litigation
7  SARAH B. FABIAN
8  Senior Litigation Counsel
   NICOLE MURLEY
9  Trial Attorney
10 Office of Immigration Litigation
   U.S. Department of Justice
11 Box 868, Ben Franklin Station

Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

12

13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

14

15

|  |  |
|---|---|
| MS. L, et al., | Case No. 18cv428 DMS MDD |
| Petitioners-Plaintiffs, | |
| vs. | **ATTACHMENT TO JOINT STATUS REPORT** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents-Defendants. | |

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8

The Court ordered the parties to file a joint status report on August 9, 2018, in anticipation of the telephonic status conference scheduled for August 10, 2018, at 1:00 p.m. PST. The parties filed that Joint Status Report in accordance with the Court's Order, ECF No. 182. Defendants hereby submit their Interagency Plan for Reunification of Separated Minors with Removed Parents as an Attachment to the previously-filed Joint Status Report.

9

DATED: August 9, 2018                    Respectfully submitted,

10
11

CHAD A. READLER
Acting Assistant Attorney General

12
13

SCOTT G. STEWART
Deputy Assistant Attorney General

14
15

WILLIAM C. PEACHEY
Director

16
17

WILLIAM C. SILVIS
Assistant Director

18
19
20
21
22
23
24
25
26

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4824
(202) 616-8962 (facsimile)
sarah.b.fabian@usdoj.gov

27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney

*Attorneys for Respondents-Defendants*

2                                        18cv428 DMS MDD