UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

```
_____
                                   )
MS. L, ET AL.,                     )
                                   )CASE NO. 18CV0428-DMS
          PETITIONERS-PLAINTIFFS,  )         18CV1626-DMS
                                   )         18CV1832-DMS
VS.                                )
                                   )SAN DIEGO, CALIFORNIA
U.S. IMMIGRATION AND CUSTOMS       )  AUGUST 10, 2018
ENFORCEMENT ("ICE"), ET AL.,       ) 1:00 P.M. CALENDAR
                                   )
          RESPONDENTS-DEFENDANTS.   )
----------------------------------------
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

TELEPHONIC STATUS CONFERENCE

REPORTED BY:                   LEE ANN PENCE,
                               OFFICIAL COURT REPORTER
                               UNITED STATES COURTHOUSE
                               333 WEST BROADWAY, ROOM 1393
                               SAN DIEGO, CALIFORNIA 92101

COUNSEL APPEARING TELEPHONICALLY:


FOR PLAINTIFF:                 LEE GELERNT, ESQ.
                               ACLU IMMIGRANT RIGHTS PROJECT
                               125 BROAD STREET 18TH FLOOR
                               NEW YORK, NEW YORK 10004


FOR DEFENDANT:                 SCOTT STEWART, ESQ.
                               SARAH B. FABIAN, ESQ.
                               U.S. DEPARTMENT OF JUSTICE
                               OFFICE OF IMMIGRATION LITIGATION
                               P.O. BOX 868
                               BEN FRANKLIN STATION
                               WASHINGTON, DC 20044


ALSO APPEARING:                ZACHARY W.H. BEST, ESQ.
                               JUSTIN W. BERNICK, ESQ.
                               JEFFIFER LEVY, ESQ.

1    SAN DIEGO, CALIFORNIA — FRIDAY, AUGUST 10, 2018 — 1:04 P.M.

2                              *   *   *

3            THE CLERK:  NO. 24 ON CALENDAR CASE NO. 18CV0428,

4    MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR

5    STATUS CONFERENCE.

6            THE COURT:  GOOD AFTERNOON, COUNSEL.

7            CAN I HAVE APPEARANCES, PLEASE?  OR MAYBE I WILL

8    START BY INDICATING, FROM MY COURTROOM DEPUTY, THAT I HAVE

9    LEE GELERNT IN THE MS. L. CASE.

10           FOR GOVERNMENT COUNSEL I HAVE MS. FABIAN AND MR.

11   STEWART.

12           FOR NTC I HAVE MR. REITER.

13           AND FOR MMM I HAVE MR. BEST AND MR. BERNICK.

14           IS THAT ALL COUNSEL?

15           MS. LEVY:  YOUR HONOR, YOU ALSO HAVE JENNIFER LEVY,

16   LEGAL AID SOCIETY, FOR NTC.

17           MR. COPELAND:  -- FOR NTC.

18           THE COURT:  I AM SORRY, I MISSED THAT.

19           MR. COPELAND:  GREGORY COPELAND OF THE LEGAL AID

20   SOCIETY FOR NTC, AS WELL.

21           THE COURT:  OKAY.  THANK YOU.

22           WHY DON'T WE START WITH THE JOINT STATUS REPORT.  SO

23   WE WILL FOCUS ON THE MS. L. CASE INITIALLY, AND INVITE COMMENT

24   FROM ALL.

25           THE REPORT INDICATES -- FIRST, I DO APPRECIATE ALL

```
 1    OF THE EFFORT THAT HAS BEEN PUT IN BY THE PARTIES.  THE
 2    PROPOSALS AND THE PLANS THAT ARE SUBMITTED ARE IMPRESSIVE.  AS
 3    FAR AS THE STRUCTURE FROM THE GOVERNMENT'S STANDPOINT THAT IS
 4    IN PLACE WITH THE FOUR AGENCIES AND AGENCY HEADS THAT WILL BE
 5    INVOLVED, THE STEERING COMMITTEE THAT WAS ORGANIZED BY MR.
 6    GELERNT THROUGH PAUL WEISS AND THE THREE NGO'S IS VERY
 7    IMPRESSIVE.
 8            AND THEN GOING THROUGH THE STATUS REPORT, LET'S
 9    FOCUS ON THE GROUP OF PARENTS THAT HAVE EITHER BEEN RELEASED
10    IN COUNTRY OR REMOVED.
11            THERE ARE 51 -- I AM LOOKING AT PAGE 3 OF THE JOINT
12    STATUS REPORT, 51 IN THE INTERIOR THE GOVERNMENT INDICATES
13    THERE IS NO CONTACT YET MADE.
14            IS THAT BECAUSE THE SEARCH IS JUST STARTING, OR ARE
15    THESE PARENTS WHERE THERE HAS ALREADY BEEN SOME EFFORT TO
16    LOCATE AND THERE IS NO SUCCESS?
17        MR. STEWART:  YOUR HONOR, I BELIEVE FOR -- I BELIEVE
18    THAT AT LEAST FOR SOME PORTION OF THOSE WE -- IT IS A LITTLE
19    BIT OF BOTH FOR SOME.  I BELIEVE WE HAVE SOME INFORMATION AND
20    ARE STILL MAKING EFFORTS TO CONTACT, AND OTHERS STILL SEEKING
21    TO TRACK DOWN INFORMATION.
22            THE COURT:  DO YOU HAVE A BREAKDOWN YET?
23        MR. STEWART:  I DON'T TODAY, YOUR HONOR.  I CAN WORK
24    ON THAT.
25            THE COURT:  OKAY.  LET'S GO TO THE NEXT GROUP, THOSE
```

AUGUST 10, 2018

1   PARENTS WHO HAVE BEEN REMOVED SO THEY ARE OUTSIDE OF THE

2   UNITED STATES.  THE NUMBER INITIALLY REPORTED WAS 386, AND

3   THEN I SAW IN THE SUPPLEMENTAL FILING IT IS NOW 360.  IS THAT

4   CORRECT?

5           **MR. STEWART:**  YOUR HONOR, I APOLOGIZE FOR THE

6   DISCREPANCY THERE.  I THINK THE BEST INFORMATION REMAINS 386.

7           AS YOUR HONOR KNOWS, THAT NUMBER SOMETIMES SHIFTS A

8   LITTLE JUST, YOU KNOW, GIVEN SOME PARENTS BECOMING ELIGIBLE IN

9   THE CLASS NOT IN THE CLASS.  AND I THINK THE LATER NUMBER --

10  THE LATER NUMBER IS -- WAS, I BELIEVE, POTENTIALLY PUT IN

11  THERE EARLIER IN THE PROCESS WHEN THE PLAN WAS DEVELOPED AND

12  POTENTIALLY NOT BROUGHT UP TO DATE WHEN WE FILED IT LATER IN

13  THE EVENING.  BUT WE WILL ENDEAVOR TO KEEP THAT CURRENT AND AS

14  ACCURATE AS WE CAN.  I THINK 386 IS THE BEST CURRENT ONE.

15          **THE COURT:**  AND THE GOVERNMENT HAS INDICATED THAT IT

16  HAS CONTACT INFORMATION FOR 360 OF THE 386.  IS THAT CORRECT?

17          **MR. STEWART:**  I BELIEVE THAT'S RIGHT, YOUR HONOR,

18  THAT IS WHAT WE PROVIDED TO PLAINTIFFS ON TUESDAY OF THIS

19  WEEK.

20          **THE COURT:**  AND THAT O.R.R. HAS BEEN IN CONTACT IN

21  THE LAST SEVEN DAYS WITH 299.

22          **MR. STEWART:**  CORRECT, YOUR HONOR.  THAT'S THE

23  LATEST, WE ARE GLAD FOR THAT NEWS.

24          **THE COURT:**  THAT MEANS THAT THE GOVERNMENT HAS BEEN

25  ABLE TO CONTACT 299 OF THOSE REMOVED PARENTS?

AUGUST 10, 2018

1    **MR. STEWART:** YES, YOUR HONOR. THAT IS MY

2  UNDERSTANDING, YEAH.

3    **THE COURT:** THAT WOULD INDICATE TO ME THAT THE

4  GOVERNMENT HAS PUT IN AN ENORMOUS AMOUNT OF WORK IN THE LAST

5  SEVEN DAYS, HAS IDENTIFIED THOSE PARENTS AND THEN WAS

6  SUCCESSFUL IN REACHING 299 OF THOSE REMOVED PARENTS. IS THAT

7  CORRECT?

8    **MR. STEWART:** I CAN ASSURE YOU, YOUR HONOR, YES, THE

9  GOVERNMENT —— ALL OF THE AGENCIES HAVE PUT IN SIGNIFICANT

10  WORK. WE WERE PLEASED TO GET —— TO BE ABLE TO GET THAT

11  INFORMATION TO THE PLAINTIFFS ON TUESDAY TO JUST KEEP THINGS

12  MOVING AS FAST AS WE COULD. AND WE, YOU KNOW, CONTINUED AND

13  WILL CONTINUE THOSE EFFORTS IN FORMULATING IT NOW, AND

14  HOPEFULLY CARRYING OUT THE PLAN THAT WE PROPOSED.

15    **THE COURT:** SO THAT IS A VERY, VERY ENCOURAGING

16  NUMBER, IF I AM READING IT CORRECTLY. DO YOU AGREE?

17    **MR. STEWART:** YES, YOUR HONOR. THAT IS THAT —— AS

18  WE INDICATED, I THINK, YOUR HONOR, WE THOUGHT THAT WHEN WE

19  MADE THIS SHIFT TO FOCUS ON THE PARENTS OUTSIDE OF THE UNITED

20  STATES THAT THE O.R.R. INFORMATION WOULD BE POTENTIALLY JUST

21  THE BEST INFORMATION. AND I THINK WHAT WE ARE SEEING IS THAT

22  THAT WAS —— THAT WAS INDEED RIGHT AND IT WAS, I THINK —— WHEN

23  YOUR HONOR ORDERED PRODUCTION OF THAT, THAT HAS BEEN A VERY

24  ENCOURAGING RESULT FOR THE PLAN GOING FORWARD.

25    **THE COURT:** AT THE PRESENT TIME IT APPEARS 26

AUGUST 10, 2018

1    REMOVED PARENTS YOU HAVE NOT BEEN ABLE TO LOCATE OR CONTACT.

2          **MR. STEWART:**  CORRECT, YOUR HONOR.

3          I TALKED TO JUST -- WITH SOME OF THE TEAM LEAD

4    DISCUSSION MY SENSE IS THAT THAT IS, YOU KNOW, TO BE EXPECTED.

5    IN SOME CASES THERE WILL BE A LITTLE BIT OF DIFFICULTY, I

6    THINK, YOU KNOW, UNDERSTANDING WHERE SOME -- WHERE SOME OF THE

7    PARENTS MAY LIVE AND DIFFICULTY OF GETTING CONTACT THAT THERE

8    WILL BE SOME NUMBER OF THAT.  BUT EFFORTS WILL, OF COURSE,

9    CONTINUE BY -- ON THAT FRONT.

10          **THE COURT:**  AND SO THERE IS NO MORE CURRENT

11    INFORMATION ON THOSE 26?  IT IS, AT THIS POINT IN TIME, THE

12    GOVERNMENT HAS NOT LOCATED OR CONTACTED 26 PARENTS WHO WERE

13    REMOVED.

14          **MR. STEWART:**  THAT'S THE LATEST I HAVE, YOUR HONOR.

15    I WILL -- I CAN SEE IF WE HAVE -- IF WE ARE ABLE TO HAVE MORE

16    ON THAT AS THINGS PROGRESS.

17          **THE COURT:**  OKAY.  SO THAT, OBVIOUSLY, IS A VERY

18    SIGNIFICANT STATISTIC.  IF ONE JUST LOOKS AT NUMBERS IT IS A

19    RELATIVELY SMALL NUMBER OF THE 386; BUT IF ONE LOOKS AT IT

20    FROM THE WAY IT OUGHT TO BE LOOKED AT, AS EACH OF THE 26

21    REPRESENTING A PARENT REMOVED AND SEPARATED FROM THEIR CHILD,

22    IT IS OBVIOUSLY VERY, VERY IMPORTANT THAT THE PARTIES PUT AN

23    EXTREME EFFORT INTO LOCATING EACH OF THE 26 SO THAT THAT

24    NUMBER, HOPEFULLY, WILL BE REDUCED TO ZERO.

25          SO I WILL ASK THE PARTIES, AND THE GOVERNMENT IN

AUGUST 10, 2018

1  PARTICULAR, TO KEEP UP THE GOOD WORK, AND THEN TO PAY

2  PARTICULAR ATTENTION AND MAKE PARTICULAR EFFORT TO LOCATING

3  THOSE 26 PARENTS.

4          ON THE --

5          **MR. STEWART:**  I AM SORRY, DIDN'T MEAN TO INTERRUPT,

6  YOUR HONOR.

7          OUR PLAN ALSO, AS YOUR HONOR HAS SEEN, HAS KIND OF

8  AN EFFORT TARGETED TOWARD THAT AS WE PROPOSE WORKING WITH THE

9  FOREIGN GOVERNMENTS TO HELP US FIND SOME OF THOSE FOLKS WHO,

10 FOR WHATEVER REASON, MAY BE HARDER TO FIND.  BUT WE ARE

11 PREPARED TO MOVE ON THAT.

12         **THE COURT:**  YES.  THANK YOU.

13         AND THEN ON THE PLANS FOR REUNIFICATION, THE TEAM

14 LEADERS, ONE LEADER IN EACH OF THE FOUR AGENCIES:  DHS, HHS,

15 DOS, DOJ.  THAT APPEARS TO BE AN EXCELLENT PROPOSAL.  I SEE

16 COMMANDER WHITE IS BACK IN CHARGE FOR HHS, AND THAT IS

17 CERTAINLY A GOOD INDICATION THAT THINGS ARE MOVING IN THE

18 RIGHT DIRECTION.

19         AND THEN GIVEN THIS CURRENT STATUS REPORT IT APPEARS

20 THE GOVERNMENT HAS MADE SIGNIFICANT STRIDES IN CONTACTING AND

21 BEGINNING THE REUNIFICATION PROCESS OF THESE PARENTS WHO HAVE

22 BEEN REMOVED AND RELEASED IN COUNTRY.

23         WE CAN GET -- AND THEN ANOTHER COMMENT ON THE

24 PLAINTIFFS' PROPOSAL.  VERY IMPRESSIVE.  THE IDEA OF HAVING

25 PAUL WEISS TAKE THE LEAD ON THE STEERING COMMITTEE WITH THE

AUGUST 10, 2018

```
 1   THREE NGO'S, KIND, WRC, AND JUSTICE IN MOTION.  AND THE STEPS

 2   THAT HAVE BEEN OUTLINED HERE, RECEIVING INFORMATION FROM THE

 3   GOVERNMENT AND THEN THE PLAINTIFFS' STEERING COMMITTEE,

 4   THROUGH PAUL WEISS COLLECTING AND ORGANIZING THAT INFORMATION,

 5   FACILITATING THE LOCATION OF CLASS MEMBERS WITH THE HELP OF

 6   NGO'S, ASSISTING THE NGO'S IN DETERMINING CLASS MEMBER'S

 7   WISHES WITH RESPECT TO THEIR REUNIFICATION OPTIONS, SERVING AS

 8   LIAISONS BETWEEN THE CHILDREN AND CLASS MEMBERS, ALL OF THAT

 9   APPEARS WELL THOUGHT OUT AND ESSENTIAL TO SUCCESSFUL

10   REUNIFICATION FOR EACH PARENT AND CHILD.

11         LET ME, BEFORE WE GET INTO THE MORE SPECIFIC

12   REQUESTS FOR INFORMATION, GO TO THE STATUS REPORT THAT WAS

13   FILED THIS MORNING WHICH SETS OUT IN DETAIL THE PLAN ITSELF,

14   FROM THE GOVERNMENT PERSPECTIVE.

15         AND HERE AGAIN IT SEEMS TO BE A VERY COMPREHENSIVE

16   PLAN, AND AT LEAST FROM THE COURT'S PERSPECTIVE, ON AN INITIAL

17   READ, A VERY GOOD PROPOSAL.

18         MR. GELERNT, I GUESS I WILL START WITH YOU.

19         ON THE GOVERNMENT'S PLAN, DO YOU HAVE ANY COMMENTS

20   OR CONCERNS ABOUT THE PLAN THAT THEY HAVE SET OUT?

21         MR. GELERNT:  YOUR HONOR, I THINK MY OVERRIDING

22   POINT THAT I JUST WANTED TO MAKE ON THIS CALL IS THAT WE DID

23   RECEIVE THE GOVERNMENT'S PLAN LATE LAST NIGHT.  AND I BRING

24   THAT UP ONLY TO SAY THAT IT HAS BEEN DIFFICULT FOR US ON THE

25   STEERING COMMITTEE TO REALLY GO OVER IT CAREFULLY.  AND
```

 1    BECAUSE WE NOW DO HAVE A STEERING COMMITTEE I WOULD LIKE

 2    EVERYONE TO WEIGH IN ON DIFFERENT PARTS OF IT -- KIND, WHICH

 3    HAS THE PERSPECTIVE OF THE CHILDREN, PAUL WEISS WITH

 4    LOGISTICS, AND WRC OVERALL -- TO MAKE SURE THAT WE ALL AGREE

 5    WITH THE PLAN.

 6          THERE ARE A FEW THINGS THAT WE NOTICED THAT I THINK

 7    WE WOULD DISAGREE WITH.  BUT WHAT I WAS GOING TO SUGGEST, WITH

 8    YOUR HONOR'S APPROVAL, IS THAT BECAUSE WE HAVEN'T HAD A CHANCE

 9    TO GO THROUGH IT VERY CAREFULLY, AND WE CERTAINLY HAVEN'T HAD

10    A CHANCE TO GO THROUGH IT WITH THE GOVERNMENT, THAT WE TRY AT

11    LEAST TO MEET AND CONFER WITH THE GOVERNMENT AND TALK THROUGH

12    ANY DISAGREEMENTS WE HAVE AND SEE WHETHER WE CAN REACH SOME

13    COMPROMISE.

14          AND IF WE REACH A COMPROMISE WE CAN, IN THE NEXT

15    JOINT STATUS REPORT, JUST ALERT YOU TO THAT.  BUT IF THERE ARE

16    ANY THINGS WE THINK THE COURT NEEDS TO DEAL WITH BECAUSE THE

17    PARTIES HAVEN'T BEEN ABLE TO REACH A COMPROMISE, MAYBE AS SOON

18    AS TUESDAY WE COULD LET YOU KNOW.  BECAUSE THERE ARE CERTAIN

19    THINGS THAT THE STEERING COMMITTEE HAS ALREADY ALERTED US TO

20    AND A FEW THINGS WE HAVE NOTICED THAT I THINK WE WOULD SEE IF

21    THE PLAN NEEDS TO BE TWEAKED A LITTLE.

22          **THE COURT:**  I THINK THAT IS A GOOD PROPOSAL.

23          DO YOU AGREE, MR. STEWART?

24          **MR. STEWART:**  I GUESS MY QUESTION, YOUR HONOR, IS,

25    YOU KNOW, THE GOVERNMENT'S HOPE GOING INTO -- INTO THIS

AUGUST 10, 2018

1    HEARING TODAY WAS THAT THE PLAN WOULD BE -- AS IT WAS LAST
2    TIME WHEN WE PRESENTED THE COURT WITH A COMPREHENSIVE PLAN
3    WOULD BE -- RECEIVE THE COURT'S KIND OF ENDORSEMENT TO
4    PROCEED.  BECAUSE THE GOVERNMENT WANTS THE -- YOU KNOW, STANDS
5    READY TO MOVE SWIFTLY ON THE AREAS HERE.
6            IT IS QUITE IMPORTANT, I WOULD ADD, TO GET THE
7    COURT'S GO-AHEAD ON SOME OF THESE BECAUSE, YOU KNOW, SOME
8    PROCESSES, YOU KNOW, REACHING OUT, ENGAGING FOREIGN
9    GOVERNMENTS TO GET THINGS MOVING.  YOU KNOW, IF THOSE ARE NOT
10   GOING TO BE THE BLESSED APPROACHES TO THE PLAN THEN, YOU KNOW,
11   IT WOULD BE UNFORTUNATE TO START TAKING STEPS THAT WE HAVE TO
12   KIND OF UNWIND.
13           SO WE ARE WILLING TO CONFER BUT -- IF THE COURT
14   WISHES THAT APPROACH, BUT THE STRONG GOVERNMENT PREFERENCE,
15   YOUR HONOR, WOULD BE TO JUST MOVE FORWARD, GET THE PLAN GOING.
16           I WOULD EMPHASIZE THAT THE PLAN REALLY -- YOU KNOW,
17   THE GOVERNMENT SHOULDERS VERY, VERY MANY OF THE BURDENS ON THE
18   PLAN.  WE HAVE OWNED THOSE AND WE ARE READY TO MOVE THEM
19   FORWARD.
20           AND MY INCLINATION AND SUGGESTION, YOUR HONOR, WOULD
21   BE IT WOULD MAKE SENSE FOR YOUR HONOR TO ENDORSE THE PLAN SO
22   WE CAN REALLY START MOVING.  AND ALSO WITH YOUR HONOR'S, YOU
23   KNOW, ENDORSEMENT, IF POSSIBLE, WE WOULD LIKE TO -- WE THE
24   GOVERNMENT WOULD LIKE TO BEGIN ENGAGING WITH THE PLAINTIFFS'
25   STEERING COMMITTEE AS SOON AS POSSIBLE SO THAT WE CAN START

AUGUST 10, 2018

1   MOVING ON THESE REUNIFICATIONS.

2            THAT WOULD BE OUR POSITION, YOUR HONOR.  WE CAN MEET

3   AND CONFER AS DESIRED, BUT WE WOULD LIKE TO PROCEED WITH THE

4   REUNIFICATIONS.

5            **MR. GELERNT:**  YOUR HONOR, THIS IS MR. GELERNT.

6            WE ARE CERTAINLY HAPPY TO MOVE IT UP FROM TUESDAY

7   AND START TALKING TO THE GOVERNMENT TODAY.

8            THE ONE THING I WOULD SAY, THAT IT SOUNDS LIKE THE

9   GOVERNMENT HAS CERTAIN THINGS THEY WOULD LIKE TO MOVE ON

10  IMMEDIATELY.  AND I AM NOT SURE THOSE ARE REALLY THE THINGS

11  THAT WE ARE GOING TO OBJECT TO, SO WE COULD TALK RIGHT AFTER

12  THIS CALL.  FOR EXAMPLE, THEM REACHING OUT TO FOREIGN

13  GOVERNMENTS, I DON'T THINK THERE IS GOING TO BE A PROBLEM.  I

14  DO WANT TO CHECK IN WITH THE STEERING COMMITTEE.

15           BUT I THINK SOME OF THE OTHER THINGS THAT ARE IN THE

16  PLAN ARE NOT NECESSARILY THINGS THAT ARE BURDENS ON THE

17  GOVERNMENT IMMEDIATELY, AND THOSE COULD BE DISCUSSED OVER THE

18  WEEKEND OR MONDAY.  AND WE COULD GET BACK TO YOU TUESDAY.

19           SO, FOR EXAMPLE, THE GOVERNMENT IS SAYING IN THE

20  PLAN THAT THE DEFAULT WOULD BE THAT THE CHILD IS GOING TO GO

21  TO A SPONSOR WITHIN 14 DAYS OF PLAINTIFFS RECEIVING CONTACT

22  INFORMATION, WE DON'T HAVE AN ANSWER FROM THE PARENT.

23           AND I THINK WHAT WE WOULD SAY IS JUST BECAUSE WE

24  HAVE RECEIVED THE CONTACT INFORMATION DOESN'T MEAN THE CONTACT

25  INFORMATION IS NECESSARILY UP-TO-DATE OR ACCURATE OR THAT WE

AUGUST 10, 2018

```
1   HAVE BEEN ABLE TO REACH THE PARENT.  FOR ALL WE KNOW THE
2   PARENT COULD BE ANYWHERE THOSE 14 DAYS.
3           SO I THINK THERE IS A FEW SMALL THINGS LIKE THAT
4   THAT ARE IMPORTANT, BUT I DON'T THINK THAT THEY ARE
5   NECESSARILY THINGS THAT WOULD HINDER THE GOVERNMENT FROM
6   MOVING FORWARD TODAY.
7           SO MAYBE WHAT MAKES SENSE IS AFTER THIS CALL TO FIND
8   OUT FROM THE GOVERNMENT WHAT THEY NEED TO DO THIS WEEKEND, AND
9   IF THERE IS NO DISAGREEMENT ABOUT ANY OF THOSE PARTS OF THE
10  PLAN THEN THE GOVERNMENT CAN GO AHEAD.  AND THEN THE FEW
11  THINGS WE DISAGREE WITH, ASSUMING THOSE AREN'T THINGS THE
12  GOVERNMENT NEEDS TO GO AHEAD WITH THIS WEEKEND, WE CAN TRY AND
13  WORK OUT BY MONDAY OR TUESDAY AND LET YOU KNOW.
14          THE COURT:  OKAY.
15          MR. STEWART:  YOUR HONOR.
16          THE COURT:  YES.
17          MR. STEWART:  YOU KNOW, I AM TRYING TO UNDERSTAND
18  MR. GELERNT.  MY SENSE IS THAT -- I THINK JUST MOVING FORWARD
19  WITH THE PLAN AND IF THE ACLU -- IF THE PLAINTIFFS AND THEIR
20  STEERING COMMITTEE HAVE INDIVIDUAL, LIKE, OH, YOU KNOW, WE
21  DON'T -- YOU KNOW, WE THINK YOU SHOULD, YOU KNOW, REUNIFY THIS
22  PARTICULAR PERSON LATER RATHER THAN, YOU KNOW, SOONER OR NOT
23  RELEASE TO A SPONSOR, I MEAN, THOSE SEEM TO BE FAR DOWN THE
24  LINE.
25          BUT I DON'T SEE ANY REASON NOT TO ENDORSE AND JUST
```

AUGUST 10, 2018

1    GO FULL SPEED AHEAD.  I MEAN, MY UNDERSTANDING WAS THAT, YOU

2    KNOW, WE ARE ALL IN THIS TOGETHER TO REUNIFY THESE FAMILIES AS

3    SWIFTLY AS POSSIBLE, AND I HOPE TO BE ABLE TO JUMP ON THAT

4    RIGHT AWAY.

5                **THE COURT:**  YES.

6                LET ME INQUIRE OF COUNSEL FOR MMM.

7                MR. BEST OR MR. BERNICK, DO YOU HAVE ANY THOUGHTS OR

8    COMMENTS ON THE GOVERNMENT'S PLAN OR PROPOSAL?  ANY

9    OBJECTIONS?

10               **MR. BEST:**  YOUR HONOR, THIS IS MR. BEST.

11               I SHARE MR. GELERNT'S VIEWS THAT WE HAVEN'T QUITE

12   HAD ENOUGH TIME TO FULLY DIGEST THIS AND DISCUSS THIS WITH ALL

13   THE STAKEHOLDERS INVOLVED, AND SO WE SHARE MR. GELERNT'S

14   PERSPECTIVE THAT IT WOULD BE HELPFUL TO HAVE A LITTLE BIT MORE

15   TIME.  AND IF THERE ARE ISSUES, TO MEET AND CONFER WITH THE

16   GOVERNMENT ABOUT THOSE, CERTAINLY AS SOON AS POSSIBLE.

17               **THE COURT:**  WOULDN'T THOSE KINDS OF ISSUES, THOUGH,

18   RELATIVELY SPEAKING, BE NIBBLING AT THE EDGES, SO YOU WOULD BE

19   TALKING ABOUT THE TIME TO REUNITE OR OBJECTIONS TO CERTAIN

20   REUNIFICATIONS OR THOSE KINDS OF THINGS.

21               IT SEEMS TO ME THAT THE OVERARCHING GOAL HERE, AND

22   THE GOVERNMENT'S PROPOSAL ON A BROAD LEVEL, SEEMS TO BE A VERY

23   GOOD, SOUND APPROACH.  AND THEN IF THERE ARE OBJECTIONS,

24   EITHER THROUGH MR. GELERNT'S STEERING COMMITTEE OR COUNSEL FOR

25   MMM, THAT THOSE, SEEMS TO ME, BASED ON WHAT I AM HEARING,

AUGUST 10, 2018

```
 1   WOULD BE MORE RELATIVELY MINOR ISSUES THAT WILL SURFACE AT A
 2   LATER TIME.
 3              MR. BEST:  YOUR HONOR --
 4              MR. GELERNT:  I AM SORRY.  SORRY, COUNSEL.
 5              MR. BEST:  SORRY.  JUST TO JUST QUICKLY RESPOND TO
 6   THAT, YOUR HONOR.  THAT MAY BE THAT ANY ISSUES -- WITH THE
 7   MARGINS, IT IS JUST A LITTLE BIT EARLY FOR US TO CONCLUSIVELY
 8   BE ABLE TO SAY THAT ONE WAY OR THE OTHER.
 9              SO, YOU KNOW, WE SHARE, AGAIN, MR. GELERNT'S VIEW
10   THAT IT WOULD BE GOOD TO BE ABLE TO HAVE A LITTLE BIT MORE
11   TIME WITH US AND WORK WITH THE GOVERNMENT IF THERE ARE ANY
12   ISSUES THAT NEED TO BE WORKED ON.
13              THE COURT:  OKAY.
14              MR. GELERNT:  THIS IS MR. GELERNT, YOUR HONOR.
15              ALL I DON'T WANT TO DO -- MAYBE THIS IS -- I THINK
16   THIS IS CONSISTENT WITH WHAT YOUR HONOR IS SAYING, IS SAY WE
17   ARE SIGNING OFF ON THE PLAN A TO Z, INCLUDING WHAT MAY
18   ULTIMATELY BE MINOR PARTS OF IT AND THINGS THAT WILL COME UP
19   LATER.
20              SO THAT IS WHY I CAN'T QUITE -- WHAT YOUR HONOR IS
21   SAYING IS RIGHT NOW THE GOVERNMENT SHOULD GO AHEAD WITH THE
22   BASICS OF THEIR PLAN, BUT THAT WE STILL HAVE THE ABILITY TO
23   MEET AND CONFER WITH THE GOVERNMENT ABOUT CERTAIN PARTS OF IT,
24   WHETHER THEY ARE ULTIMATELY MINOR OR NOT AND WHETHER THEY
25   ULTIMATELY ARE GOING TO COME UP LATER OR NOT, AND THEN STILL
```

AUGUST 10, 2018

1    COME BACK TO YOU, YOUR HONOR.  THAT WOULD BE A WORKABLE THING

2    FOR US, I THINK.

3                 **THE COURT:**  OKAY.  THANK YOU.

4                 HOW ABOUT FOR NTC, MR. REITER, MS. LEVY, ANY

5    COMMENTS OR OBJECTIONS?

6                 **MS. LEVY:**  NO OBJECTIONS.

7                 **THE COURT:**  OKAY.

8                 THEN AS FAR AS THE -- AS I INDICATED FROM THE

9    INCEPTION, BASED ON MY REVIEW OF THE PLAN -- WHICH I RECEIVED

10   THIS MORNING SO I, TOO, HAVE NOT CAREFULLY REVIEWED IT.  I

11   HAVE READ IT, BUT OF COURSE THERE IS A LOT HERE.  AND ON AN

12   INITIAL READ IT IS VERY IMPRESSIVE.

13                THERE IS NO QUESTION THE GOVERNMENT HAS PUT A GREAT

14   DEAL OF THOUGHT INTO THIS.  AND ON MY INITIAL READ IT APPEARS

15   THAT WHAT THE GOVERNMENT IS PROPOSING, AS FAR AS THE STEPS TO

16   TAKE IN ORDER TO EFFECTUATE REUNIFICATION AS QUICKLY AS

17   POSSIBLE, THAT THE APPROACH SET OUT APPEARS TO BE A VERY GOOD

18   ONE, VERY SOUND ONE, AT LEAST FROM A BROAD BRUSH PERSPECTIVE.

19   SO IN THAT REGARD I WOULD CERTAINLY COMMEND THE GOVERNMENT FOR

20   ITS EFFORTS.

21                IT IS CLEAR FROM THE JOINT STATUS REPORT THAT BOTH

22   SIDES, THE PLAINTIFFS' STEERING COMMITTEE AND THE GOVERNMENT,

23   ARE REALLY WORKING COLLABORATIVELY, WHICH IS ABSOLUTELY

24   ESSENTIAL.  AND THAT THE PARTIES ARE CERTAINLY NOT USING THIS

25   AS AN OPPORTUNITY TO DO ANYTHING OTHER THAN ASSERT THE

1    OVERARCHING GOAL OF REUNIFICATION.  AND THAT, OF COURSE,

2    REQUIRES COLLABORATION, SHARING OF INFORMATION.  THE

3    GOVERNMENT PROVIDING AS MUCH INFORMATION TO THE STEERING

4    COMMITTEE, AND THE STEERING COMMITTEE SIMILARLY PROVIDING THE

5    RELEVANT INFORMATION TO THE GOVERNMENT SO THAT THE TWO PARTIES

6    CAN WORK IN A SEAMLESS MANNER TOWARD THE OVERALL OBJECTIVE OF

7    REUNIFICATION.  AND I AM SATISFIED ON THIS INITIAL REVIEW THAT

8    THAT IS WHAT IS TAKING PLACE.

9             SO I WOULD, CONSISTENT WITH MR. STEWART'S REQUEST,

10   INDICATE THAT THE GOVERNMENT SHOULD MOVE FORWARD.

11            OF COURSE, PLAINTIFFS NEED TO HAVE AN OPPORTUNITY TO

12   REALLY STUDY THE PLAN.  AND THEN I WOULD ASSUME THAT THERE ARE

13   GOING TO BE AREAS OF OBJECTION OR MODIFICATION.  IT SEEMS TO

14   ME MANY OF THOSE, IF NOT ALL, CAN BE WORKED OUT INFORMALLY.

15            BUT IF ANYTHING COMES UP, THEN I WOULD INVITE

16   COUNSEL TO CONTACT THE COURT IMMEDIATELY, INCLUDING OVER THE

17   WEEKEND.  YOU CAN MAKE ANY FILINGS OVER THE WEEKEND, AND ANY

18   FILINGS WILL BE PROVIDED TO ME.  AND, IF NECESSARY, WE CAN

19   ADDRESS THOSE OVER THE WEEKEND.

20            SO LET MOVE TO THE --

21            **MR. STEWART:**  YOUR HONOR, MAY I ASK --

22            THIS IS MR. STEWART.

23            **THE COURT:**  YES.

24            **MR. STEWART:**  JUST ON PROCESS AND KIND OF SIGN OFF

25   AND MOVING FORWARD ON THE PLAN.  CAN WE -- WOULD IT BE

AUGUST 10, 2018

1   POSSIBLE TO HAVE AN APPROACH UNDER WHICH THE -- THE

2   PLAINTIFFS, YOU KNOW, PRESENT THEIR OBJECTIONS OVER THE

3   WEEKEND.  ANYTHING THAT IS NOT -- WE CAN -- I AM TRYING TO PUT

4   SORT OF A DEADLINE ON THIS SO WE CAN REMOVE UNCERTAINTY AND

5   MAKE SURE THAT THE INTERLOCKING PIECES OF THIS PLAN DON'T

6   PRESENT ISSUES.

7         I GUESS WHAT I AM -- I BELIEVE THAT YOUR HONOR

8   ENDORSED BY COURT ORDER THE PREVIOUS PLAN.  AND JUST THAT SORT

9   OF CERTAINTY WOULD BE USEFUL TO US TO SORT OF KNOW

10   OBLIGATIONS, BURDENS, EVERYTHING LIKE THAT.

11         WOULD IT BE POSSIBLE TO PUT ON A PRESUMPTIVE

12   DEADLINE OF THE PARTIES WORKING THROUGH THESE OBJECTIONS OVER

13   THE WEEKEND AND, YOU KNOW, PRESENT ANYTHING BY, YOU KNOW,

14   MONDAY MORNING OR THE WEEKEND'S END OR SOMETHING LIKE THAT.

15   SO THE COURT -- IT WOULD BE TEED UP FOR THE COURT TO ENTER AN

16   APPROPRIATE ORDER REGARDING THE PLAN.

17         **THE COURT:**  YES.

18         ANY OBJECTION TO THAT?  SAY A DEADLINE MONDAY,

19   9:00 A.M., PACIFIC TIME?

20         **MR. GELERNT:**  NO, YOUR HONOR.

21         THIS IS MR. GELERNT.

22         NO, YOUR HONOR.

23         **THE COURT:**  OKAY.  SO I AM ASSUMING THIS IS GOING TO

24   BE SMOOTH SAILING.  BUT IF THERE IS ANYTHING THAT COMES UP IT

25   CAN BE FILED WITH THE COURT AND I CAN ADDRESS IT FIRST THING

AUGUST 10, 2018

```
 1    MONDAY MORNING.
 2              MR. STEWART:  THANK YOU, YOUR HONOR.
 3              THE COURT:  ALL RIGHT.
 4              ON THE INFORMATION THAT IS STILL NEEDED, LET'S MOVE
 5    TO THAT.
 6              MR. GELERNT HAD SET OUT IN A SUPPLEMENTAL FILING,
 7    WHICH I RECEIVED THIS MORNING, STARTING AT PAGE 11 OF THE
 8    JOINT STATUS REPORT, MORE INFORMATION THAT IT NEEDS.  AND
 9    PERHAPS WE CAN RUN THROUGH THOSE.
10              AT THE BOTTOM OF PAGE 11 THERE IS A REQUEST FOR
11    INFORMATION WITH RESPECT TO PARENTS REMOVED WITHOUT THEIR
12    CHILDREN WHERE THE CHILDREN ARE NOW WITH A SPONSOR AND NOT IN
13    O.R.R. CUSTODY.  AND PLAINTIFFS ARE REQUESTING THAT GOVERNMENT
14    PRODUCE A LIST BY WEDNESDAY, AUGUST 15.
15              IS THERE ANY OBJECTION?
16              MR. STEWART:  THIS IS MR. STEWART, YOUR HONOR.
17              I AM NOT SURE THAT I -- I AM MAKING SURE I HAVE THE
18    RIGHT PAGE ON THAT.  IS THAT THE --
19              THE COURT:  THIS IS DOCUMENT 182.  I RECEIVED IT
20    THIS MORNING.
21              MR. STEWART:  YES.  OKAY.  THAT IS PAGE 11?
22              THE COURT:  YES.
23              MR. STEWART:  I BELIEVE THE WEDNESDAY THE 15TH, ON
24    THAT PIECE OF INFORMATION, I BELIEVE THIS IS PART D, I BELIEVE
25    WE SHOULD BE ABLE TO DO THAT, YOUR HONOR.
```

AUGUST 10, 2018

```
1              THE COURT:  OKAY.  THEN GOING TO PAGE 12, REQUEST

2    FOR PARENTS CURRENTLY RECORDED AS RELINQUISHING THEIR CHILD

3    AGES 0 TO 17, REGARDLESS OF WHETHER THE CHILD IS STILL IN

4    O.R.R. CUSTODY, ALONG WITH THE BASIS FOR BELIEVING A PARENT

5    DECLINED REUNIFICATION, THE DATE THEY DECLINED REUNIFICATION,

6    AND THEIR CURRENT LOCATION.  A REQUEST THAT THAT INFORMATION

7    BE PROVIDED BY AUGUST 13.

8              ANY OBJECTION?

9              MR. STEWART:  YOUR HONOR, ON THAT ONE I BELIEVE THAT

10   THE GOVERNMENT PROVIDED SOMETHING LARGELY ALONG THESE LINES

11   PREVIOUSLY.  I THINK TO BE SURE THAT WERE WE TO UPDATE THAT OR

12   GET CLARITY ON THAT, I THINK MONDAY WOULD BE TOO SOON.

13             THIS MIGHT BE ONE OF THOSE THAT, YOU KNOW, WE CAN

14   REVIEW, UPDATE PREVIOUS INFORMATION.  BUT THIS MAY BE WORTH

15   CONTINUED CONFERRAL WITH THE PLAINTIFFS JUST TO, YOU KNOW, SEE

16   WHAT THEY ARE MISSING AND THAT SORT OF THING.

17             BUT I THINK MONDAY THE 13TH, WITH ALL GOING ON,

18   WOULD BE TRICKY THERE.  BUT WE CAN REVIEW AND UPDATE AND TRY

19   TO FIND A WAY TO COVER THAT IF IT HASN'T ALREADY BEEN.

20             THE COURT:  WHY DON'T WE KEEP IT -- WE WILL DO

21   AUGUST 15, JUST TO KEEP THE DATES CONSISTENT.  AND THEN IF

22   THERE IS A PROBLEM MEETING THAT DEADLINE YOU CAN SIMPLY LET ME

23   KNOW IF THERE IS ANY ISSUE THERE.

24             MR. STEWART:  OKAY.  GOT IT.  THANK YOU, YOUR HONOR.

25             THE COURT:  NO. 2 IS A CURRENT LIST OF ALL PARENTS
```

AUGUST 10, 2018

```
 1   REMOVED WITHOUT CHILD WHOSE CHILDREN ARE NO LONGER IN O.R.R.
 2   CUSTODY, TO WHOM THE CHILD WAS RELEASED -- WITH INFORMATION
 3   DETAILING TO WHOM THE CHILD WAS RELEASED AND THEIR LAST KNOWN
 4   LOCATION, AS WELL AS CONTACT INFORMATION FOR THE PARENT.
 5   PROPOSED DEADLINE, AUGUST 15.
 6            ANY OBJECTION?
 7            MR. STEWART:  ON THIS ONE CAN WE DO THE SAME THING
 8   THAT YOUR HONOR PROPOSED FOR NO. 1, AUGUST 14TH, AND THEN ANY
 9   ISSUES WE WILL LET YOU KNOW.  BUT I THINK WE CAN -- I THINK WE
10   CAN HIT THAT ONE.
11            THE COURT:  YES.  SO AUGUST 15.  AND THEN IF THERE
12   IS ANY ISSUES YOU CAN LET ME KNOW.
13            THE THIRD REQUEST IS A LIST, OUTCOME OF
14   REUNIFICATION EFFORTS FOR ALL CLASS MEMBER CHILDREN UNDER
15   FIVE, INCLUDING COMPLETED REUNIFICATIONS, WITH WHOM THE CHILD
16   WAS REUNIFIED, AS WELL AS ALL REUNIFICATIONS THAT HAVE NOT
17   HAPPENED AND THE REASON WHY NOT.
18            I WOULD PROPOSE A DEADLINE OF AUGUST 15.
19            ANY OBJECTION?
20            MR. STEWART:  I AM JUST READING THROUGH THAT ONE.  I
21   BELIEVE WE HAVE POTENTIALLY GIVEN THAT, YOUR HONOR.  BUT TO
22   THE EXTENT WE HAVEN'T, I BELIEVE -- I BELIEVE WE CAN SIMILARLY
23   AIM FOR AUGUST 15TH.
24            THE COURT:  OKAY.
25            MR. STEWART:  IF IT HASN'T BEEN COVERED.
```

AUGUST 10, 2018

```
 1            THE COURT:  NO. 4.  LIST OF ALL NON-REMOVED PARENTS
 2  WHO HAVE NOT YET BEEN REUNIFIED, INCLUDING WHETHER THE PARENT
 3  IS CURRENTLY DETAINED OR HAS BEEN RELEASED AND, IF THEY ARE
 4  CURRENTLY DETAINED, WHERE THEY ARE DETAINED.  AND THE LIST
 5  SHOULD INCLUDE PARENTS WHOSE CHILDREN HAVE BEEN RELEASED TO
 6  OTHER SPONSORS.  PROPOSED DEADLINE, AUGUST 15.
 7            ANY OBJECTION?
 8            MR. STEWART, DID I LOSE YOU?
 9            MR. STEWART:  I AM SORRY, YOUR HONOR.  WE CAN DO THE
10  SAME THING THERE.  I THINK THAT SHOULD BE -- I THINK THAT
11  SHOULD WORK.  THAT MAY JUST BE SOME UPDATING, AND WE CAN AIM
12  FOR AUGUST 15TH ON THAT.  I WILL LET YOUR HONOR KNOW IF THERE
13  ARE ISSUES.
14            THE COURT:  OKAY.
15            AND THE FIFTH CATEGORY, CURRENT LIST OF ALL PARENTS
16  WHO HAVE BEEN REUNIFIED WITH THEIR CHILDREN AND WHO ARE NOW
17  DETAINED, AND WHERE THEY ARE DETAINED.  BY AUGUST 15.
18            ANY OBJECTION?
19            MR. STEWART:  YOUR HONOR, I THINK WE HAVE ALREADY
20  GIVEN THAT.  I BELIEVE -- I BELIEVE WE GAVE THAT LAST WEEK.
21            ON THAT ONE, CAN I PROPOSE THAT WE -- TO THE EXTENT
22  THE PLAINTIFFS ARE OF THE VIEW THAT WE HAVE NOT PROVIDED OR
23  THERE IS SOMETHING MISSING OR IF THERE IS ANY DIFFICULTY
24  UNDERSTANDING OUR DATA, THEY CAN CONFER WITH US, WE CAN CONFER
25  WITH THEM, AND WE CAN SEE IF THERE IS SOMETHING TO DO THERE.
```

AUGUST 10, 2018

1           BUT WE SHOULD HAVE -- WE GAVE THAT INFORMATION, MY

2    UNDERSTANDING IS, ON AUGUST 1ST, I BELIEVE.

3           **THE COURT:**  OKAY.

4           ANY OBJECTION TO THAT, MR. GELERNT?  JUST PUT IT IN

5    A MEET-AND-CONFER CATEGORY?

6           **MR. GELERNT:**  THAT'S FINE, YOUR HONOR.  I THINK THIS

7    IS A SITUATION WHERE WE NEEDED UPDATED INFORMATION.

8           **THE COURT:**  OKAY.

9           **MR. GELERNT:**  SO MAYBE A MEET AND CONFER CAN HANDLE

10   THAT.

11          **THE COURT:**  THE LAST CATEGORY, TO DISCLOSE, ON A

12   ROLLING BASIS, ALL REQUESTS BY CHILDREN TO TAKE VOLUNTARY

13   DEPARTURE TO BE REUNITED WITH THEIR DEPARTED PARENTS.

14          ANY OBJECTION?

15          **MR. STEWART:**  YOUR HONOR, MAY I PROPOSE ON THAT ONE

16   THAT WE MAYBE TAKE THAT ONE UP WITH THE STEERING COMMITTEE.

17   THAT ONE RAISES THE ISSUE OF, YOU KNOW, IN PART THERE ARE NON

18   -- CHILDREN IN THAT CASE, NONCLASS MEMBERS.  I THINK THE ISSUE

19   OF VOLUNTARY DEPARTURE AND HOW BIG THAT CATEGORY IS IS SORT OF

20   AT LEAST A NEWISH ISSUE IN THE IMPLEMENTATION OF THE COURT'S

21   INJUNCTION.

22          SO MAY I PROPOSE PERHAPS WHEN WE -- WHEN THE

23   GOVERNMENT ESTABLISHES CONTACT WITH THE PLAINTIFFS' STEERING

24   COMMITTEE WE CAN TRY TO DEVELOP AN APPROACH FOR THAT.

25          **THE COURT:**  YES.

AUGUST 10, 2018

1          **MR. GELERNT:**  THAT IS FINE, YOUR HONOR.

2          THIS IS MR. GELERNT.

3          THAT IS FINE FROM PLAINTIFFS' STANDPOINT.

4          **THE COURT:**  OKAY.

5          MR. GELERNT, HAVE I COVERED ALL OF YOUR REQUESTS?

6          **MR. GELERNT:**  YES, YOUR HONOR.

7          **THE COURT:**  OKAY.  I THINK THOSE ARE IMPORTANT

8    REQUESTS.  IT IS OBVIOUSLY IMPORTANT THAT THE PARTIES SHARE

9    INFORMATION.  SO THIS IS A TWO-WAY STREET, IT STARTS WITH THE

10   GOVERNMENT BUT THEN ONCE THE PLAINTIFFS AND THEIR STEERING

11   COMMITTEE GET INFORMATION ON THEIR OWN THROUGH THEIR OWN GOOD

12   EFFORTS THEY NEED TO BE SHARING THAT INFORMATION WITH THE

13   GOVERNMENT, AS WELL.  SO WHAT I AM EXPECTING IS OPEN AND CLEAR

14   AND REGULAR COMMUNICATION BACK AND FORTH BETWEEN THE PARTIES.

15          I THINK AS FAR AS FUTURE PROCEEDINGS, I AM CONTENT

16   TO KEEP THE SCHEDULE PRESENTLY SET WITH THE NEXT JOINT STATUS

17   REPORT THURSDAY, WITH A FOLLOW-UP TELEPHONIC A WEEK FROM

18   TODAY.  SAME TIME.

19          AND THEN IF THERE ARE ANY ISSUES WITH THE

20   REUNIFICATION PLAN PROPOSED BY THE GOVERNMENT, AND CONVERSELY

21   ANY ISSUES THE GOVERNMENT MIGHT HAVE WITH THE PLAINTIFFS'

22   STEERING COMMITTEE REUNIFICATION PLAN, THAT THOSE MATTERS BE

23   BROUGHT TO THE COURT'S ATTENTION AS SOON AS POSSIBLE.

24          AND FOR THE PLAINTIFFS, IF THERE IS ANY OBJECTION TO

25   THE GOVERNMENT'S PROPOSED PLAN, NO LATER THAN MONDAY,

AUGUST 10, 2018

```
 1  9:00 A.M.
 2          ON THE MS. L. REUNIFICATION EFFORTS, ARE THERE ANY
 3  OTHER MATTERS WE NEED TO DISCUSS AT THIS TIME IN THIS SETTING?
 4          MR. GELERNT:  NOT FROM PLAINTIFFS, YOUR HONOR.
 5          MR. STEWART:  WE WILL CONTINUE WORKING, ON THE
 6  GOVERNMENT, YOUR HONOR.
 7          THE COURT:  OKAY.
 8          THEN FOR MMM, I HAVE THAT MATTER UNDER SUBMISSION.
 9  I AM WORKING ON IT CURRENTLY.  I AM DOING MY BEST TO GET AN
10  ORDER OUT AS SOON AS I CAN.
11          SIMILARLY WITH NTC, I RECEIVED THE REPLY.  I HAVE
12  BEEN ON THE BENCH ALL DAY SO I HAVEN'T READ THE REPLY YET, I
13  GOT IT THIS MORNING.  AND I AM GOING TO READ THAT AND ISSUE AN
14  ORDER AS SOON AS I CAN, AS WELL, ON THAT CASE.
15          ARE THERE ANY MATTERS FROM COUNSEL THAT WE NEED TO
16  ADDRESS FOR NTC OR MMM?
17          MS. LEVY:  NOT AT THIS TIME, YOUR HONOR.
18          MR. BEST:  NO, YOUR HONOR.
19          THE COURT:  OKAY.  WELL, THANK YOU VERY MUCH.
20          I WOULD LIKE TO JUST CONCLUDE THE HEARING BY AGAIN
21  COMMENDING THE PARTIES.  THIS IS A VERY ENCOURAGING STATUS
22  REPORT, PARTICULARLY THE NUMBERS THAT THE GOVERNMENT HAS COME
23  FORWARD WITH WHERE THERE HAS BEEN A CONTACT OF 299 OF THE
24  REMOVED THE PARENTS.  THAT'S A VERY ENCOURAGING NUMBER.  AND I
25  COMMEND THE PARTIES FOR THE SIGNIFICANT EFFORTS THAT HAVE BEEN
```

1   PUT INTO THIS REUNIFICATION AND THE PLAN, AT LEAST AS I HAVE

2   INITIALLY REVIEWED IT, FROM BOTH PARTIES' STANDPOINT LOOKS

3   VERY, VERY PROMISING.

4          SO I WILL WAIT FOR THE NEXT JOINT STATUS REPORT AND

5   LOOK FORWARD -- IF NOTHING URGENT COMES UP LOOK FORWARD TO

6   MEETING WITH COUNSEL NEXT FRIDAY, TELEPHONICALLY.

7          THANK YOU VERY MUCH.  AND HAVE A GOOD WEEKEND.

8          **MR. GELERNT:**  THANK YOU, YOUR HONOR.

9          **MR. STEWART:**  THANK YOU, YOUR HONOR.

10

11                    *   *   *

12          I CERTIFY THAT THE FOREGOING IS A CORRECT
            TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
13          IN THE ABOVE-ENTITLED MATTER.

14          S/LEEANN PENCE                8/10/2018
            LEEANN PENCE, OFFICIAL COURT REPORTER   DATE
15

16

17

18

19

20

21

22

23

24

25

AUGUST 10, 2018