| | |
|---|---|
| CHAD A. READLER<br>Acting Assistant Attorney General<br>SCOTT G. STEWART<br>Deputy Assistant Attorney General<br>WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br>U.S. Department of Justice<br>WILLIAM C. SILVIS<br>Assistant Director<br>Office of Immigration Litigation<br>SARAH B. FABIAN<br>Senior Litigation Counsel<br>NICOLE N. MURLEY<br>Trial Attorney<br>Office of Immigration Litigation<br>U.S. Department of Justice<br>Box 868, Ben Franklin Station<br>Washington, DC 20442<br>Telephone: (202) 616-0473<br>Fax: (202) 616-8962<br><br>ADAM L. BRAVERMAN<br>United States Attorney<br>SAMUEL W. BETTWY<br>Assistant U.S. Attorney<br>California Bar No. 94918<br>Office of the U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893<br>619-546-7125<br>619-546-7751 (fax)<br><br>*Attorneys for Federal Respondents-Defendants* | Lee Gelernt*<br>Judy Rabinovitz*<br>Anand Balakrishnan*<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>T:  (212) 549-2660<br>F:  (212) 549-2654<br>*lgelernt@aclu.org*<br>*jrabinovitz@aclu.org*<br>*abalakrishnan@aclu.org*<br><br>Bardis Vakili (SBN 247783)<br>ACLU FOUNDATION OF SAN<br>DIEGO & IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>T: (619) 398-4485<br>F: (619) 232-0036<br>*bvakili@aclusandiego.org*<br><br>Stephen B. Kang (SBN 292280)<br>Spencer E. Amdur (SBN 320069)<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>39 Drumm Street<br>San Francisco, CA 94111<br>T:  (415) 343-1198<br>F:  (415) 395-0950<br>*skang@aclu.org*<br>*samdur@aclu.org*<br><br>*Attorneys for Petitioners-Plaintiffs*<br>*\*Admitted Pro Hac Vice* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>        Petitioners-Plaintiffs,<br><br>    vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>        Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>**STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT** |

      Respondents-Defendants, U.S. Immigration and Customs Enforcement, et al., have met and conferred with Petitioners-Plaintiffs, Ms. L., et al. The parties agree and stipulate, in the interests of proceeding with this litigation in the most orderly and efficient manner possible, to extend the time period for Respondent-Defendants to answer Petitioners-Plaintiffs second amended complaint. Accordingly, the parties hereby stipulate: Respondent-Defendants' answer to the second amended complaint shall be due Monday, September 17, 2018.

      A proposed order accompanies the joint stipulation.

DATED: August 14, 2018         Respectfully submitted,

                                      /s/ Lee Gelernt
                                      Lee Gelernt*
                                      Judy Rabinovitz*
                                      Anand Balakrishnan*
                                      AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                                      125 Broad St., 18th Floor
                                      New York, NY 10004
                                      T:  (212) 549-2660
                                      F:  (212) 549-2654
                                      *lgelernt@aclu.org*

*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO
& IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
     **Admitted Pro Hac Vice*


CHAD A. READLER
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY

| | |
|---|---|
| 1 | Trial Attorney |
| 2 | Office of Immigration Litigation |
| | Civil Division |
| 3 | U.S. Department of Justice |
| 4 | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| 5 | (202) 532-4824 |
| 6 | (202) 616-8962 (facsimile) |
| | sarah.b.fabian@usdoj.gov |
| 7 | |
| 8 | ADAM L. BRAVERMAN |
| | United States Attorney |
| 9 | SAMUEL W. BETTWY |
| 10 | Assistant U.S. Attorney |
| 11 | *Attorneys for Respondents-Defendants* |