UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>  Petitioners-Plaintiffs,<br><br>  vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>  Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>**ORDER GRANTING JOINT STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Before the Court is the parties' Stipulated Extension of Time for Defendants to Answer Plaintiffs' Second Amended Complaint. IT IS HEREBY ORDERED that Respondent-Defendants answer to Plaintiffs' second amended complaint shall be due Thursday, September 17, 2018.

Dated: August 15, 2018

Hon. Dana M. Sabraw
United States District Judge