# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD) <br><br> **ORDER FOLLOWING STATUS CONFERENCE** |

Pursuant to the status conference held on August 10, 2018, the parties shall submit a further Joint Status Report on or before **3:00 p.m.** on **August 16, 2018**. A further telephonic status conference shall be held on **August 17, 2018**, at **1:00 p.m.** The Court will provide a dial in number for all counsel making an appearance. The dial in number for any counsel who wish only to listen in and members of the news media that wish to attend the conference is as follows.

1. Dial the toll free number: **877-411-9748**;
2. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);
3. Enter the Participant Security Code **08170428** and Press # (The security code will be confirmed);

1        4.      Once the Security Code is confirmed, participants will be prompted to Press
2              1 to join the conference or Press 2 to re-enter the Security Code.

Members of the general public may attend in person.  All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

Dated:  August 15, 2018

_____
Hon. Dana M. Sabraw
United States District Judge