CHAD A. READLER
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., | Case No. 18cv428 DMS MDD |
| Petitioners-Plaintiffs, | |
| vs. | **JOINT STATUS REPORT** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents-Defendants. | |

The Court ordered the parties to file a joint status report on August 16, 2018, in anticipation of the telephonic status conference scheduled for August 17, 2018, at 1:00 p.m. PST. The parties submit this joint status report in accordance with the Court's instruction.

I.   **DEFENDANTS' POSITIONS**

  **A. Update on Reunifications**

Defendants report the current status on reunification of families with children ages 0 through 17 in the table below. The data presented in this section reflects approximate numbers maintained by ORR as of 12:00 p.m. Eastern on August 16, 2018. These numbers are dynamic and continue to change as more reunifications or discharges occur.

| Category | Children under age 5 | Children age 5 and above | Total children ages 0 - 17 |
|---|---|---|---|
| Total number of possible children of potential class members originally identified | 103 | 2,551 | 2,654 |
| Discharged Children | | | |
| Children discharged by being reunified with parents in ICE custody under the government's plan | 46 | 1,570 | 1,616 |
| Children discharged under other appropriate circumstances (these include discharges to other sponsors [such as situations where the child's parent is not eligible for reunification], reunifications with parents in DHS custody earlier in the process, or children that turned 18) | 33 | 440 | 473 |
| Total children discharged | 79 | 2,010 | 2,089 |
| Children Remaining in Care with ORR | | | |
| Children remaining in care, where the adult associated with the child is not eligible for reunification *or* is not available for discharge at this time: | 24 | 541 | 565 |
| • Children still in care where further review shows they were not separated from parents by DHS: | 4 | 42 | 46 |
| • Parent indicated desire against reunification (includes a significant number of parents outside the U.S.): | 1 | 153 | 154 |
| • Reunification prevented or potentially affected by separate litigation: | 5 | 78 | 83 |
| • Adult red flag background check: | 9 | 27 | 36 |
| • Adult red flag other case review: | 1 | 36 | 37 |
| • Adult released to interior: | 1 | 8 | 9 |
| • Adult in other federal, state, or local custody: | 3 | 16 | 19 |
| • Adult location under case file review | 0 | 10 | 10 |
| • Adult presently outside the U.S.: | 6 | 360 | 366 |

The total number of children remaining in care (565) is approximate because the data on children in care is still being updated to reflect discharges and information about associated adults. The groups of children in ORR care in the categories listed in the table above—which are tied to the categories of adults

associated with those children—add up to more than 565 because some adults fall into more than one category (for example, a red flag on a background check plus an indication of a desire against reunification).

Also, the parameters for certain categories of groups of children in ORR care have been refined since the prior Joint Status Report filed on August 9, 2018. First, the category from the prior Joint Status Report entitled "Adult released to the interior or other custody, and contact not yet made," is now subdivided into the following three categories: "Adult released into the interior"; "Adult in other federal, state, or local custody"; and "Adult location under case file review". Second, the category from the prior Joint Status Report entitled "Adult outside the U.S." is renamed "Adult presently outside the U.S.," and includes only those adults presently outside the U.S.  It previously included additional adults who had been outside the U.S. in the past.

**B. Plans for the Reunification of Released and Removed Class Members**

Defendants are moving forward with reunifications for released class members as those class members are located and contacted.

The parties met and conferred numerous times regarding Defendants' plan to reunify removed class members, and have agreed on revisions to the plan that resolve any concerns raised by Plaintiffs. That revised plan was filed with the Court earlier today.

### C. Information Sharing

At the last status conference the Court ordered Defendants to provide certain information requested by Plaintiffs by August 15, 2018. By agreement of the parties, that deadline was later extended to August 17, 2018. Defendants have provided, or expect to provide, the information requested by Plaintiffs on or before that deadline, with one exception: information regarding a subset of the parents who declined reunification with their children. Defendants will provide information regarding parents who have declined reunification with children presently in ORR custody by the deadline. Defendants, however, require additional time to provide the same information regarding parents who declined reunification with children who are no longer in ORR custody.

ORR's data efforts have been focused primarily on children who are still in ORR care and custody, in order to reunify them with their parents as quickly as possible. There are a large number of children who have been discharged from ORR's care in a variety of ways. For example, some of those children were reunified with the parent from whom they were originally separated, while others were discharged to another parent, or discharged to another appropriate sponsor. A manual review of each discharged child's file—together with cross-checking against additional data sources—is required to ascertain whether and how reunification was declined by a parent. ORR believes that additional time is

required to conduct such an analysis reliably and without affecting ORR's ongoing priority of reunifying children within its care as quickly as possible. For that discrete subset of data, Defendants request that they be permitted to provide the requested information by Wednesday, August 22, 2018.

Since the last status conference, the parties have discussed questions raised by Plaintiffs as to situations involving specific individuals. However, Plaintiffs have not made any additional requests for generalized data or information to Defendants.

## II. PLAINTIFFS' POSITION

Plaintiffs and the Steering Committee have proceeded to contacting removed parents. In last week's JSR, Plaintiffs made various requests for data; Plaintiffs agreed earlier this week to extend the deadline for those data requests to Friday, August 17.

| | | |
|---|---|---|
| 1 | DATED: August 16, 2018 | Respectfully submitted, |
| 2 | | /s/ Lee Gelernt |
| 3 | | Lee Gelernt* |
| 4 | | Judy Rabinovitz*<br>Anand Balakrishnan* |
| 5 | | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 6 | | 125 Broad St., 18th Floor |
| 7 | | New York, NY 10004<br>T: (212) 549-2660 |
| 8 | | F: (212) 549-2654 |
| 9 | | *lgelernt@aclu.org* |
| 10 | | *jrabinovitz@aclu.org*<br>*abalakrishnan@aclu.org* |

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO
& IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

CHAD A. READLER
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4824
(202) 616-8962 (facsimile)
sarah.b.fabian@usdoj.gov

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney

*Attorneys for Respondents-Defendants*