CHAD A. READLER
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Respondents-Defendants. | Case No. 18cv428 DMS MDD <br><br> **NOTICE REGARDING SITUATION AT KARNES FAMILY RESIDENTIAL CENTER** |

We have been informed by the Department of Homeland Security (DHS) of a situation at Karnes County Family Residential Center that arose on August 15, 2018. Defendants submit this notice to inform the Court of that situation and its resolution.

Karnes currently houses a number of families with male heads of household who were reunified under this Court's preliminary injunction order, and who are subject to the stay of removal in this case and being held at Karnes awaiting removal. On August 15, about 40 men detained at Karnes were involved in a disturbance. No children housed at Karnes were involved in this incident; all were attending school at the time. Sixteen adult male residents were transferred out of Karnes and housed overnight at another facility. DHS reports that the sixteen residents will be returned to Karnes this evening and that no one was injured during this incident.

| | |
|---|---|
| DATED: August 16, 2018 | Respectfully submitted, |
| | |
| | CHAD A. READLER |
| | Acting Assistant Attorney General |
| | SCOTT G. STEWART |
| | Deputy Assistant Attorney General |
| | WILLIAM C. PEACHEY |
| | Director |
| | WILLIAM C. SILVIS |
| | Assistant Director |
| | |
| | /s/ Sarah B. Fabian |
| | SARAH B. FABIAN |
| | Senior Litigation Counsel |
| | NICOLE MURLEY |
| | Trial Attorney |
| | Office of Immigration Litigation |
| | Civil Division |
| | U.S. Department of Justice |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| | (202) 532-4824 |
| | (202) 616-8962 (facsimile) |
| | sarah.b.fabian@usdoj.gov |
| | |
| | ADAM L. BRAVERMAN |
| | United States Attorney |
| | SAMUEL W. BETTWY |
| | Assistant U.S. Attorney |
| | |
| | *Attorneys for Respondents-Defendants* |

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is Box 868, Ben Franklin Station, Washington DC 20044. I am not a party to the above-entitled action. I have caused service of the accompanying **NOTICE REGARDING SITUATION AT KARNES FAMILY RESIDENTIAL CENTER** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 16, 2018              *s/ Sarah B. Fabian*
                                    Sarah B. Fabian