# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD) <br><br> **ORDER DENYING MOTION TO STAY AS MOOT** |

In light of the order granting the plaintiffs' motion for temporary restraining order in *M.M.M. v. Sessions*, Case No. 18cv1832 DMS (MDD), ECF No. 55, the Court denies as moot Plaintiffs' motion to stay.

**IT IS SO ORDERED**.

Dated: August 16, 2018

Hon. Dana M. Sabraw
United States District Judge