| | |
|---|---|
| Lee Gelernt*<br>Judy Rabinovitz*<br>Anand Balakrishnan*<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>T: (212) 549-2660<br>F: (212) 549-2654<br>*lgelernt@aclu.org*<br>*jrabinovitz@aclu.org*<br>*abalakrishnan@aclu.org*<br><br>*Attorneys for Petitioner-Plaintiff*<br>*\*Admitted Pro Hac Vice* | Bardis Vakili (SBN 247783)<br>ACLU FOUNDATION OF SAN DIEGO &<br>IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>T: (619) 398-4485<br>F: (619) 232-0036<br>*bvakili@aclusandiego.org*<br><br>Stephen B. Kang (SBN 292280)<br>Spencer E. Amdur (SBN 320069)<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>39 Drumm Street<br>San Francisco, CA 94111<br>T: (415) 343-1198<br>F: (415) 395-0950<br>*samdur@aclu.org* |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>       *Petitioners-Plaintiffs*,<br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.,<br><br>       *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: August 20, 2018<br><br>**UNOPPOSED MOTION TO LIFT STAY OF REMOVAL** |

Plaintiffs file this unopposed motion to lift the stay of removal as to Mr. T. and his son, J.L.C.T., in order to permit their removal from the United States.

This motion is based on the representations made in the attached Declaration and that of counsel in *M.M.M, et al. v. Sessions, et al.,* 3:18-cv-01832-DMS-MDD, who, having been consulted, do not object to the repatriation of the minor. The declaration of counsel and an unredacted version of this filing are filed with a request to seal.

The government does not oppose this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ Lee Gelernt
Lee Gelernt, Esq.
Dated: August 20, 2018

| | |
|---|---|
| Lee Gelernt* <br> Judy Rabinovitz* <br> Anand Balakrishnan* <br> AMERICAN CIVIL LIBERTIES <br> UNION FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 125 Broad St., 18th Floor <br> New York, NY 10004 <br> T: (212) 549-2660 <br> F: (212) 549-2654 <br> lgelernt@aclu.org <br> jrabinovitz@aclu.org <br> abalakrishnan@aclu.org <br> *Attorneys for Petitioner-Plaintiff* <br> *Admitted Pro Hac Vice | Bardis Vakili (SBN 247783) <br> ACLU FOUNDATION OF SAN DIEGO & <br> IMPERIAL COUNTIES <br> P.O. Box 87131 <br> San Diego, CA 92138-7131 <br> T: (619) 398-4485 <br> F: (619) 232-0036 <br> bvakili@aclusandiego.org <br><br> Stephen B. Kang (SBN 292280) <br> Spencer E. Amdur (SBN 320069) <br> AMERICAN CIVIL LIBERTIES <br> UNION FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> T: (415) 343-1198 <br> F: (415) 395-0950 <br> samdur@aclu.org |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., <br><br> *Petitioners-Plaintiffs,* <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"), et al., <br><br> *Respondents-Defendants.* | Case No. 18-cv-00428-DMS-MDD <br><br> Date Filed: August 14, 2018 <br><br> **DECLARATION OF ANUJA D. THATTE** |

1. I, Anuja D. Thatte, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

2. I represent ▮Mr. T▮▮▮▮▮▮▮▮▮▮▮ (A#: ▮▮▮▮▮▮) in his immigration proceedings. I have advised Mr. Castaneda Torres of his rights and those of his child to not be removed.

3. After counseling Mr. ▮▮▮▮▮ T▮▮▮ regarding his and his family's options, he has made a knowing, intelligent, and voluntary decision to be removed with his child.

I declare under penalty of perjury that to the best of my knowledge the above facts are true and correct. Executed this 14th day of August, 2018, in New York, New York.

**DONTZIN NAGY & FLEISSIG LLP**

By: /s/ A. Thatte
Anuja D. Thatte

980 Madison Avenue
New York, NY 10075
Tel: (212) 717-2900
athatte@dnfllp.com

*Attorney for Osman Orlando Castaneda Torres*