

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L.<br><br>**Plaintiff,**<br>V.<br><br>U.S. Immigration and Customs Enforcement et al<br><br>**Defendant.** | **FILED**<br>8/20/2018<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY:   A. Finnell-Yepez , Deputy<br><br>**Civil No.**  18cv0428-DMS-MDD |

**STRICKEN DOCUMENT:**

Declaration

**Per Order #   368**

198-1