Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

*Attorneys for Petitioner-Plaintiff*
*\*Admitted Pro Hac Vice*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., *Petitioner-Plaintiff*, v. U.S. Immigration and Customs Enforcement ("ICE"), et al., *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: August 20, 2018<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO FILE RESTRICTED DECLARATIONS** |

Plaintiffs respectfully request that the Court permit the filing of a restricted declaration.

The declaration, which is attached to Unopposed Motion to Lift Stay of Removal [Dkt. 198], contains the name and alien number of a member of the class. For their privacy and safety, Plaintiffs request permission to file unrestricted declarations with their full name redacted and permission to file a declaration with their name under seal. The declaration is identical except for the inclusion of their full name.

Dated: August 20, 2018                          Respectfully Submitted,

                                                */s/Lee Gelernt*
Bardis Vakili (SBN 247783)                      Lee Gelernt*
ACLU FOUNDATION OF SAN                          Judy Rabinovitz*
DIEGO & IMPERIAL COUNTIES                       Anand Balakrishnan*
P.O. Box 87131                                  AMERICAN CIVIL LIBERTIES
San Diego, CA 92138-7131                        UNION FOUNDATION
T: (619) 398-4485                               IMMIGRANTS' RIGHTS PROJECT
F: (619) 232-0036                               125 Broad St., 18th Floor
*bvakili@aclusandiego.org*                      New York, NY 10004
                                                T: (212) 549-2660
Stephen B. Kang (SBN 2922080)                   F: (212) 549-2654
Spencer E. Amdur (SBN 320069)                   *lgelernt@aclu.org*
AMERICAN CIVIL LIBERTIES                        *jrabinovitz@aclu.org*
UNION FOUNDATION                                *abalakrishnan@aclu.org*
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111                         *Admitted Pro Hac Vice
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

1