Lee Gelernt
Judy Rabinovitz
Anand Balakrishnan
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
skang@aclu.org
samdur@aclu.org

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., <br><br> *Petitioners-Plaintiffs*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"); et al., <br><br> *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD <br><br> Date Filed: August 20, 2018 <br><br> **PLAINTIFFS' MOTION TO STRIKE** |

Plaintiffs move to strike the declaration filed at ECF 198-1, which was filed in error.  Plaintiffs will file a corrected declaration.

Dated: August 20, 2018              Respectfully Submitted,

                                    /s/Lee Gelernt

 Bardis Vakili (SBN 247783)         Lee Gelernt*
ACLU FOUNDATION OF SAN              Judy Rabinovitz*
DIEGO & IMPERIAL COUNTIES           Anand Balakrishnan*
P.O. Box 87131                      AMERICAN CIVIL LIBERTIES
San Diego, CA 92138-7131            UNION FOUNDATION
T: (619) 398-4485                   IMMIGRANTS' RIGHTS PROJECT
F: (619) 232-0036                   125 Broad St., 18th Floor
bvakili@aclusandiego.org            New York, NY 10004
                                    T:  (212) 549-2660
Stephen B. Kang (SBN 2922080)       F:  (212) 549-2654
Spencer E. Amdur (SBN 320069)       lgelernt@aclu.org
AMERICAN CIVIL LIBERTIES            jrabinovitz@aclu.org
UNION FOUNDATION                    abalakrishnan@aclu.org
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111             *Admitted Pro Hac Vice
T:  (415) 343-1198
F:  (415) 395-0950
skang@aclu.org
samdur@aclu.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ Lee Gelernt
Lee Gelernt, Esq.
Dated: August 20, 2018