# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>　　　　　　Petitioners-Plaintiffs,<br><br>　　vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　　Respondents-Defendants. | Case No.: 18cv428 DMS (MDD)<br><br>Date Filed: August 20, 2018<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO LIFT STAY OF REMOVAL** |

　　Upon consideration of the Plaintiffs' Unopposed Motion to Lift Stay of Removal, the motion is hereby GRANTED.

SO ORDERED this 20th day of August, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　United States District Judge

18cv428 DMS (MDD)