CHAD A. READLER
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., | Case No. 18cv428 DMS MDD |
| Petitioners-Plaintiffs, | **NOTICE OF APPEAL** |
| vs. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents-Defendants. | |

Respondents/Defendants U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions, III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement; Hector A. Mancha Jr., El Paso Field Director, CBP; Adrian P. Macias, El Paso Field Director, ICE; Francis M. Jackson, El Paso Assistant Field Office Director, ICE, hereby appeal from the June 26, 2018 Order, ECF No. 83, in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

| | |
|---|---|
| DATED: August 24, 2018 | Respectfully submitted, |
| | CHAD A. READLER |
| | Acting Assistant Attorney General |
| | SCOTT G. STEWART |
| | Deputy Assistant Attorney General |
| | WILLIAM C. PEACHEY |
| | Director |
| | WILLIAM C. SILVIS |
| | Assistant Director |
| | |
| | */s/ Sarah B. Fabian* |
| | SARAH B. FABIAN |
| | Senior Litigation Counsel |
| | NICOLE MURLEY |
| | Trial Attorney |
| | Office of Immigration Litigation |
| | Civil Division |
| | U.S. Department of Justice |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| | (202) 532-4824 |
| | (202) 616-8962 (facsimile) |
| | sarah.b.fabian@usdoj.gov |
| | |
| | ADAM L. BRAVERMAN |
| | United States Attorney |
| | SAMUEL W. BETTWY |
| | Assistant U.S. Attorney |
| | |
| | *Attorneys for Respondents-Defendants* |

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is Box 868, Ben Franklin Station, Washington DC 20044. I am not a party to the above-entitled action. I have caused service of the accompanying **NOTICE OF APPEAL** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 24, 2018        *s/ Sarah B. Fabian*
                              Sarah B. Fabian