UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br>　　　　　　Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br>　　　　　　Respondents-Defendants. | Case No.:  18cv0428 DMS (MDD) <br><br> **ORDER FOLLOWING STATUS CONFERENCE** |

A telephonic status conference was held on August 24, 2018.  Lee Gelernt appeared on behalf of Plaintiffs, Zachary Best and Justin Bernick appeared on behalf of the plaintiffs in *M.M.M.*, Jennifer Levy appeared on behalf of the plaintiffs in *N.T.C.*, and Scott Stewart and Sarah Fabian appeared on behalf of Defendants in all cases.  After consulting with counsel and being advised of the status of the cases, IT IS HEREBY ORDERED:

1. Counsel in *M.M.M.* shall continue to meet and confer.  If the parties are unable to reach agreement, they shall propose a briefing schedule to the Court in a Joint Status Report to be filed by **3:00 p.m.** on **August 27, 2018**.

2. A further Joint Status Report on the reunification efforts in *Ms. L.* and *N.T.C.* shall be filed by **3:00 p.m.** on **August 30, 2018**.

3. A further telephonic status conference shall be held on **August 31, 2018**, at **1:00 p.m.** The Court will provide a dial in number for all counsel making an appearance. The dial in number for any counsel who wish only to listen in and members of the news media that wish to attend the conference is as follows.

 1. Dial the toll free number: **877-411-9748**;
 2. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);
 3. Enter the Participant Security Code **08310428** and Press # (The security code will be confirmed);
 4. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

Members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

Dated: August 24, 2018

Hon. Dana M. Sabraw
United States District Judge