```
                  UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF CALIFORNIA


         BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING




  _____
                                            )
  MS. L, ET AL.,                            )
                                            )CASE NO. 18CV0428-DMS
              PETITIONERS-PLAINTIFFS,       )        18CV1626-DMS
                                            )        18CV1832-DMS
  VS.                                       )
                                            )SAN DIEGO, CALIFORNIA
  U.S. IMMIGRATION AND CUSTOMS              )  AUGUST 24, 2018
  ENFORCEMENT ("ICE"), ET AL.,              ) 1:00 P.M. CALENDAR
                                            )
              RESPONDENTS-DEFENDANTS.       )
  ------------------------------------------



              REPORTER'S TRANSCRIPT OF PROCEEDINGS

                 TELEPHONIC STATUS CONFERENCE






  REPORTED BY:              LEE ANN PENCE,
                            OFFICIAL COURT REPORTER
                            UNITED STATES COURTHOUSE
                            333 WEST BROADWAY, ROOM 1393
                            SAN DIEGO, CALIFORNIA 92101
```

```
COUNSEL APPEARING TELEPHONICALLY:


FOR PLAINTIFF:              LEE GELERNT, ESQ.
                            STEPHEN B. KANG
                            ACLU IMMIGRANT RIGHTS PROJECT
                            125 BROAD STREET 18TH FLOOR
                            NEW YORK, NEW YORK 10004


FOR DEFENDANT:              SCOTT STEWART, ESQ.
                            SARAH B. FABIAN, ESQ.
                            U.S. DEPARTMENT OF JUSTICE
                            OFFICE OF IMMIGRATION LITIGATION
                            P.O. BOX 868
                            BEN FRANKLIN STATION
                            WASHINGTON, DC 20044


ALSO APPEARING:             ZACHARY W.H. BEST, ESQ.
                            JUSTIN W. BERNICK, ESQ.
                            JEFFIFER LEVY, ESQ.
                            HARRISON J. FRAHN, IV
```

|   |   |
|---|---|
| 1 | **SAN DIEGO, CALIFORNIA – FRIDAY, AUGUST 24, 2018 – 1:10 P.M.** |
| 2 | * * * |
| 3 | **THE CLERK:** NO. 13 ON CALENDAR, CASE NO. 18CV0428, |
| 4 | MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR |
| 5 | STATUS CONFERENCE. |
| 6 | **THE COURT:** GOOD AFTERNOON, COUNSEL. |
| 7 | I HAVE AN INDICATION THAT MR. GELERNT AND MR. KANG, |
| 8 | ON BEHALF OF THE MS. L. CLASS, ARE PRESENT; MR. STEWART AND |
| 9 | MS. FABIAN ARE PRESENT FOR THE GOVERNMENT; MR. BEST AND MR. |
| 10 | BERNICK PRESENT FOR THE MMM PLAINTIFFS; AND MS. LEVY AND |
| 11 | MR. FRAHN PRESENT FOR THE NEW YORK CASE. |
| 12 | SO, AGAIN, I APPRECIATE YOUR BEING ON THE LINE |
| 13 | TELEPHONICALLY. |
| 14 | I READ THE REPORT. IT IS VERY ENCOURAGING. IT |
| 15 | APPEARS FROM THE REPORT THAT THERE HAS BEEN A LOT OF PROGRESS |
| 16 | MADE IN THE LAST WEEK BY BOTH THE GOVERNMENT AND THE |
| 17 | PLAINTIFFS' STEERING COMMITTEE IN THE FIRST THREE STAGES OR |
| 18 | PROCESSES. SO LET ME GET RIGHT INTO SOME OF THOSE QUESTIONS |
| 19 | THAT I HAD. |
| 20 | THE PRINCIPLE QUESTION WAS THE GOVERNMENT HAS |
| 21 | IDENTIFIED, ON PAGE 5, THAT IT HAS IDENTIFIED 343 PARENTS WITH |
| 22 | CONTACT INFORMATION, WHICH MATCHES UP WITH THE 343 CHILDREN IN |
| 23 | O.R.R. CUSTODY, BUT THE PLAINTIFFS INDICATE THERE ARE 412. |
| 24 | WHAT IS CAUSING THAT DISCREPANCY? |
| 25 | **MR. STEWART:** YOUR HONOR, THIS IS THE GOVERNMENT. |

|     |     |
| --- | --- |
| 1   | I THINK IT IS A COUPLE OF THINGS, BUT I THINK MAINLY |
| 2   | WHAT HAS HAPPENED IS THE INFORMATION ON THE PLAINTIFFS' LIST |
| 3   | IS DATED, AND THE 343 IS JUST MORE RECENT AND UPDATED AND |
| 4   | REFLECTS THE FACT THAT OVER RECENT DAYS AND THE LAST COUPLE OF |
| 5   | WEEKS THERE HAVE BEEN A GOOD NUMBER OF DISCHARGES FROM O.R.R. |
| 6   | CUSTODY.  SOME OF THOSE HAVE BEEN DISCHARGES TO, I BELIEVE, TO |
| 7   | SOME SPONSORS.  OTHERS HAVE DECIDED -- HAVE INVOLVED CHILDREN |
| 8   | WHO WANTED TO TAKE VOLUNTARY DEPARTURE IN ORDER TO GO HOME AND |
| 9   | BE REUNIFIED, AND THAT IS, I BELIEVE, ABOUT -- THAT NUMBER |
| 10  | ALONE, I BELIEVE, IS ABOUT TWO DOZEN. |
| 11  | SO THE NUMBERS ARE DROPPING BECAUSE OF DISCHARGES |
| 12  | FROM O.R.R. CUSTODY, AND THE GOVERNMENT IS JUST TRYING TO |
| 13  | UPDATE THAT AND JUST SHOW THAT PROGRESS IS BEING MADE.  I |
| 14  | THINK THAT IS A GOOD PART OF THE DISCREPANCY. |
| 15  | AND I WILL ADD THAT THE GOVERNMENT DOES INTEND TO |
| 16  | GIVE, YOU KNOW, WITH OUR NEXT PRODUCTION OF INFORMATION ON |
| 17  | THESE NUMBERS, WHICH WE PLAN TO GIVE SOON TO THE STEERING |
| 18  | COMMISSION, WE WILL HOPEFULLY HAVE INFORMATION THAT BRINGS |
| 19  | THINGS A LITTLE MORE UP-TO-DATE FOR THEM. |
| 20  | **THE COURT:**  ALL RIGHT. |
| 21  | DO YOU AGREE, MR. GELERNT? |
| 22  | **MR. GELERNT:**  THAT'S FINE WITH US, YOUR HONOR.  WE |
| 23  | DID NOT UNDERSTAND WHERE -- WHY THERE WAS A DISCREPANCY.  WE |
| 24  | DID KNOW THAT WE WERE WORKING OFF LISTS FROM AUGUST 7TH AND |
| 25  | AUGUST 10TH, BUT AS LONG AS THE GOVERNMENT IS SAYING THAT THEY |

AUGUST 24, 2018

```
 1   WILL UPDATE IT, THAT IS WHAT WE NEED, WE DO NEED UPDATED
 2   LISTS.
 3           AND I THINK THAT WE NEED NAMES NEXT TO THE NUMBERS
 4   SO THAT WE CAN ACTUALLY GO THROUGH THE 412 WE HAD FROM THE
 5   AUGUST 7TH, AUGUST 10TH LIST SO WE CAN ACTUALLY SEE WHO IS
 6   DROPPING OFF THE NUMBERS, WHETHER THE 343 IS AN EXACT SUBSET
 7   OF THE 412 OR OTHERWISE, SO I THINK THAT WOULD BE HELPFUL.
 8   BUT WE ARE TALKING WITH THE GOVERNMENT AND WE ARE HOPEFUL IT
 9   WILL ALL WORK OUT.  SO FOR NOW IT SEEMS FINE.
10           **THE COURT:**  OKAY.  THANK YOU.
11           THEN, MR. STEWART, ON PAGE 5 YOU INDICATE THAT OF
12   343 PARENTS YOU PROVIDED CONTACT INFORMATION AND PARENTS --
13   THE NUMBER OF PARENTS ACTUALLY CONTACTED IS 339.  IS THAT
14   CORRECT?  MR. GELERNT SEEMS TO INDICATE THE NUMBER IS 231, SO
15   I WAS WONDERING WHAT IS CAUSING THAT DISCREPANCY.
16           **MR. STEWART:**  SURE, YOUR HONOR.  THOSE ARE EITHER
17   WHO THE GOVERNMENT HAS BEEN ABLE TO CONTACT AND REPORT CONTACT
18   FOR, TO MY UNDERSTANDING IS THAT THE STEERING COMMITTEE
19   NUMBERS ARE THE PEOPLE THAT THEY HAVE IN TURN THEMSELVES
20   CONTACTED OR NOT CONTACTED.  SO THAT IS WHY.  WE WERE
21   REPORTING THE PARENTS FOR WHOM WE, THE GOVERNMENT, HAD
22   CONTACTED AND THEN GIVEN INFORMATION TO THE PLAINTIFFS.
23           **THE COURT:**  I SEE.  SO THAT 339, THEN, I GUESS WOULD
24   CAUSE OPTIMISM.  MR. GELERNT IS INDICATING 231 CONTACTS.  THE
25   GOVERNMENT HAS, IN FACT, AT DIFFERENT TIMES, REACHED UP TO
```

```
 1   339, WHICH WOULD INDICATE THAT THE PLAINTIFFS' STEERING
 2   COMMITTEE WILL ULTIMATELY BE SUCCESSFUL, HOPEFULLY, IN
 3   REACHING THE SAME NUMBER, AT 339.  AM I CORRECT?
 4           MR. STEWART:  THAT WOULD CERTAINLY BE THE
 5   GOVERNMENT'S HOPE, YOUR HONOR.  AND WE WOULD -- WE ARE WORKING
 6   IN THE HOPES THAT WILL OCCUR.
 7           THE COURT:  MR. GELERNT, DO YOU AGREE?
 8           MR. GELERNT:  YES, YOUR HONOR.  WE ARE GOING TO
 9   CONTINUE TO -- YOUR HONOR, AS WE HAVE INDICATED WE BELIEVE
10   THERE ARE SOME NUMBERS THAT NOW ARE NOT OPERATIVE AND WE ARE
11   GIVING THOSE TO THE GOVERNMENT, AND WE WILL HAVE TO FIGURE OUT
12   WITH THE GOVERNMENT WHAT IS HAPPENING WITH THOSE NUMBERS.  BUT
13   FOR THE REST WE ARE CONTINUALLY CALLING THEM AND WE HOPE WE
14   WILL REACH THEM.  WE ARE ALSO TELLING THE GOVERNMENT WHICH
15   PEOPLE WE HAVEN'T BEEN ABLE TO REACH, AND SO WE WILL WORK WITH
16   THEM.
17           YEAH, WE REMAIN OPTIMISTIC, HOPEFUL THAT WE WILL
18   REACH THEM, IF THOSE NUMBERS ARE IN FACT OPERATIVE.  BUT WE
19   WILL OBVIOUSLY KEEP CALLING THEM EVERY DAY AND HOPE THAT WE
20   REACH THEM.
21           THE COURT:  SO, MR. STEWART, IS THE NUMBER DOWN TO
22   FOUR PARENTS THAT YOU STILL DO NOT HAVE CONTACT INFORMATION
23   FOR AND HAVE YET TO BE CONTACTED BY ANYONE, GOVERNMENT OR
24   PLAINTIFFS' STEERING COMMITTEE?
25           MR. STEWART:  ON THE GOVERNMENT'S SIDE, YES, YOUR
```

```
 1   HONOR.  I SUPPOSE WE HAVE NOT CHECKED WHETHER ANY OF THOSE
 2   FOUR WOULD FALL INTO A BUCKET THAT THE STEERING COMMITTEE SAYS
 3   THAT THEY HAVE SEPARATELY CONTACTED.  BUT HOPEFULLY WE CAN
 4   CROSS-REFERENCE THOSE, AND IF THERE DOES HAPPEN TO BE A SMALL
 5   OVERLAP THERE THAT WOULD BE WELCOME NEWS.  BUT WE WILL SEE
 6   WHAT WE CAN DO WITH THOSE FOUR.  BUT, YES, THAT IS A CORRECT
 7   UNDERSTANDING, I BELIEVE, OF THAT NUMBER, YOUR HONOR.
 8             **THE COURT:**  OKAY.  AND HOPEFULLY THAT NUMBER WILL GO
 9   FROM FOUR TO ZERO WITH THE GOOD EFFORTS THAT ARE UNDERWAY.
10             MR. GELERNT, IT APPEARS FROM THE PLAINTIFFS'
11   STEERING COMMITTEE AND THE NGO'S AND IN PARTICULAR THE REALLY
12   GREAT EFFORTS BY JUSTICE IN MOTION THAT THERE IS REAL PROGRESS
13   BEING MADE AND REAL EFFORT BEING MADE IN SOME OF THESE HOME
14   COUNTRIES, GUATEMALA AND HONDURAS.  AND, AGAIN, IT LOOKS -- OR
15   IS VERY ENCOURAGING, AT LEAST, THAT EVERYTHING IS BEING DONE
16   TO LOCATE AS MANY OF THESE PARENTS AS CAN BE.
17             SO THE REPORT WOULD INDICATE TO THE COURT THAT THE
18   EFFORTS ON THE GROUND ARE PRODUCTIVE, AND CERTAINLY HEADING IN
19   THE RIGHT DIRECTION.  DO YOU AGREE?
20             **MR. GELERNT:**  I THINK THAT IS RIGHT, YOUR HONOR.
21   WE, I THINK, HOPEFULLY WE WILL EVEN ACCELERATE FROM HERE ON
22   END AS WE PUT INTO PLACE DIFFERENT PROCEDURES THAT SEEM TO BE
23   WORKING.  SO WE REMAIN HOPEFUL THAT WE WILL REACH THE PARENTS
24   AND WORK WITH THE GOVERNMENT, BUT OBVIOUSLY REPORT BACK TO YOU
25   IF, AT THE END OF THE DAY, WE ARE HAVING TROUBLE REACHING SOME
```

AUGUST 24, 2018

```
 1   SUBSET.  BUT WE ARE HOPEFUL THAT NOW THINGS ARE IN PLACE ON
 2   THE GROUND AND WE CAN REACH THESE PARENTS.
 3            THE COURT:  AT PAGE 6 THE GOVERNMENT IS REQUESTING
 4   THAT PLAINTIFFS REACH OUT AND IDENTIFY INFORMATION EVERY
 5   MONDAY AND THURSDAY, AND THAT CERTAINLY SEEMS APPROPRIATE.  I
 6   WOULD SIMPLY JUST DEFER TO COUNSEL AND ENCOURAGE THE CONTINUED
 7   GOOD FAITH COLLABORATIVE EFFORT THAT IS CLEARLY UNDERWAY.
 8            A FEW OTHER RELATED QUESTIONS.
 9            THE NEW YORK CHILDREN, WHAT'S THE STATUS THERE?
10   HAVE THEY BEEN REUNIFIED OR -- THE PARTIES WERE MEETING AND
11   CONFERRING WHEN WE LAST SPOKE.
12            MS. LEVY:  WE HAVE BEEN MEETING AND CONFERRING WITH
13   THE GOVERNMENT AND ARE MAKING SIGNIFICANT PROGRESS ON
14   REUNIFICATION.
15            THE COURT:  OKAY.  DOES IT LOOK LIKE THAT IS WHAT IS
16   ULTIMATELY GOING TO HAPPEN WITH EACH OF THOSE CHILDREN?
17            MS. LEVY:  WITH EACH OF THE ONES THAT -- I BELIEVE
18   THAT IT WILL HAPPEN WITH EACH OF THE CHILDREN WHO ARE ELIGIBLE
19   FOR REUNIFICATION.
20            THE COURT:  OKAY.  VERY GOOD.
21            AND I WOULD ASK FOR NEXT THURSDAY'S STATUS REPORT,
22   IF I COULD HAVE A SPECIFIC PROVISION FOR THOSE CHILDREN.  IF
23   THE GOVERNMENT WILL IDENTIFY AND STATE WHAT'S HAPPENING WITH
24   THE CHILDREN IN NEW YORK, THAT WOULD BE APPRECIATED.
25            THERE IS REFERENCE TO A LAWSUIT OR A COMPLAINT THAT
```

1  HAS BEEN FILED ON BEHALF OF THE PARENTS WITH RESPECT TO THE
2  ISSUES THAT HAVE BEEN RAISED HERE FROM TIME TO TIME CONCERNING
3  COERCION OR UNKNOWING WAIVERS OR DECISIONS.
4       WHAT'S THE STATUS WITH THAT CASE?  IS THAT A
5  COMPLAINT THAT HAS BEEN FILED ADMINISTRATIVELY BEFORE DHS OR
6  WHAT IS -- I AM NOT CLEAR WHERE THAT CASE IS.
7       MR. STEWART, DO YOU KNOW?
8       **MR. STEWART:**  THAT IS -- I DID HEAR ABOUT A
9  COMPLAINT ALONG THOSE LINES FILED.  I BELIEVE THAT DESCRIPTION
10 IS CORRECT, YOUR HONOR, THOUGH I BELIEVE THAT THERE IS AN
11 ADMINISTRATIVE COMPLAINT.  WHEN YOU FIRST STARTED RAISING THE
12 ISSUE I THOUGHT YOU WERE POTENTIALLY DESCRIBING AN ADDITIONAL
13 LAWSUIT FILED IN THE DISTRICT OF COLUMBIA FEDERAL COURT.
14      **THE COURT:**  YES, I HAD A QUESTION ABOUT THAT AS
15 WELL.
16      SO ARE THERE TWO -- TWO MATTERS GOING ON, ONE IS
17 ACTUALLY A COMPLAINT OR A LAWSUIT FILED IN THE DISTRICT OF
18 COLUMBIA, AND THE OTHER IS PERHAPS AN ADMINISTRATIVE COMPLAINT
19 BEFORE DHS?
20      **MR. STEWART:**  I BELIEVE THAT IS RIGHT, YOUR HONOR.
21 I KNOW LESS -- I KNOW LESS AT THIS TIME ABOUT THE
22 ADMINISTRATIVE MATTER.  VERY, YOU KNOW, APPRECIABLY LESS.  I
23 AM QUITE AWARE AND WE ARE IN TOUCH WITH THE PLAINTIFFS IN THE
24 ARTICLE III LAWSUIT, THE DORA LAWSUIT.
25      **THE COURT:**  WHAT IS HAPPENING THERE?  IS THERE AN

AUGUST 24, 2018

1 ATTEMPT TO -- I HAVE NOT HEARD FROM THE DISTRICT JUDGE THERE.
2 DO YOU KNOW WHAT'S HAPPENING? IS THERE AN ATTEMPT TO TRANSFER
3 IT HERE, OR WHAT'S GOING ON?
4     **MR. STEWART:** YOUR HONOR, AS I UNDERSTAND IT, JUDGE
5 FRIEDMAN WHO, AS YOUR HONOR IS AWARE, HAS TRANSFERRED THE MMM
6 CASE HERE PREVIOUSLY, HE HAD THE CASE. AND I BELIEVE HE KIND
7 OF HELD THINGS ON TRACK PENDING THE MEET AND CONFER SESSIONS
8 THAT YOUR HONOR DIRECTED LAST WEEK.
9     WE HAVE -- I BELIEVE I CAN SAY WE HAVE BEEN TALKING
10 WITH THE PLAINTIFFS ALONG WITH OTHER COUNSEL ON THE LINE, THE
11 DORA PLAINTIFFS, ABOUT THEIR CLAIMS TO TRY TO, YOU KNOW,
12 SIMILARLY JUST MEET AND CONFER, YOU KNOW, EVEN IN ADVANCE OF
13 HOW THINGS MAY PROCEED THERE TO HOPEFULLY ADDRESS -- SEE WHAT
14 CAN BE ADDRESSED THERE. THAT IS UNDERWAY. THAT LAWSUIT HAS
15 NOT REALLY MOVED MUCH BEYOND FILING. YOU KNOW, NO ACTIVE
16 PRELIMINARY INJUNCTION MOTION OR THE LIKE.
17     **THE COURT:** OKAY. VERY GOOD. SO THAT'S A CASE THAT
18 YOU ARE MEETING AND CONFERRING WITH COUNSEL WHO FILED THAT
19 CASE ON BEHALF OF THE PARENTS IN ATTEMPTING TO RESOLVE THOSE
20 PARTICULAR ISSUES INFORMALLY. IS THAT CORRECT?
21     **MR. STEWART:** YES, YOUR HONOR. THAT WOULD BE THE
22 HOPE.
23     **THE COURT:** OKAY. VERY GOOD. AND I DO HAVE A VERY
24 GOOD RELATIONSHIP WITH JUDGE FRIEDMAN, SO I WILL SIMPLY WAIT
25 AND SEE IF I HEAR FROM HIM, IF AT ALL, ON THAT CASE.

AUGUST 24, 2018

```
 1            WHAT ABOUT MMM?  I KNOW THAT THE PARTIES ARE WORKING
 2  HARD AND THEY HAVE ASKED TO SUBMIT A STATUS REPORT BY MONDAY
 3  AT 3:00.  CAN YOU GIVE ME AN OVERVIEW?  HOW IS THAT LOOKING?
 4            MR. BEST:  HI, YOUR HONOR.  THIS IS ZACH BEST,
 5  COUNSEL FOR MMM.  I CAN JUMP IN HERE, UNLESS YOU WOULD LIKE TO
 6  LET THE GOVERNMENT GO FIRST.
 7            SO AS FAR AS AN OVERVIEW OF PROGRESS, WE HAVE BEEN
 8  WORKING HARD THROUGHOUT THIS PAST WEEK ON POSSIBLE SOLUTIONS
 9  WITH RESPECT TO THE MMM CLAIMS.  WE HAVE MET AND CONFERRED
10  WITH MR. STEWART AND THE GOVERNMENT OVER THE PHONE AND OVER
11  EMAILS, AND WE HAVE EXCHANGED VARIOUS PROPOSALS WITH THEM.
12  AND WE THINK THAT THERE HAS BEEN GOOD PROGRESS MADE.  AND WE
13  ARE HOPEFUL THAT WE CAN REACH AN AGREEMENT, AND WE SEE A
14  RESOLUTION HERE, AND SO WE WOULD LIKE TO CONTINUE TO MEET AND
15  CONFER WITH THE GOVERNMENT OVER THE WEEKEND, WITH THE HOPE
16  THAT WE CAN REACH AN AGREEMENT BY THAT DEADLINE THAT WE
17  SUGGESTED ON MONDAY.
18            THE COURT:  OKAY.  THAT SOUNDS ENCOURAGING.
19            MR. STEWART, ARE YOU OPTIMISTIC?
20            MR. STEWART:  WE WILL CONTINUE WORKING VERY HARD,
21  YOUR HONOR.  WE WOULD LIKE TO WORK EVERYTHING TOWARDS A SWIFT
22  AND SATISFYING RESOLUTION.
23            THE COURT:  OKAY.  THAT SOUNDS EXCELLENT.
24            ONE OTHER KIND OF QUESTION, BACK INTO THE WEEDS OF
25  THE STATUS REPORT.
```

```
1            ON PAGE 10 THE PLAINTIFFS INDICATE THE GOVERNMENT
2   HAS NOT YET PROVIDED PHONE NUMBERS FOR 41 PARENTS.  I WAS
3   UNDERSTANDING THE GOVERNMENT TO SAY THAT IT HAS PROVIDED
4   CONTACT INFORMATION AND PHONE NUMBERS FOR ALL PARENTS.  WHAT
5   IS CAUSING THAT DISCREPANCY?
6            MR. STEWART:  YOUR HONOR, I BELIEVE THAT THOSE 41
7   FALL IN THE CATEGORY OF THE PEOPLE I DESCRIBED EARLIER WHO
8   HAVE DROPPED OFF THE LIST OF PEOPLE BECAUSE THEY HAVE BEEN
9   DISCHARGED FROM O.R.R. CUSTODY.
10           THE COURT:  OKAY.
11           MR. STEWART:  YOU KNOW, VOLUNTARILY.  SO THAT, I
12  BELIEVE, SHOULD BE THAT 41 OR VERY CLOSE TO IT.
13           THE COURT:  THANK YOU.
14           WHAT'S THE STATUS ON PARENTS WHO WERE RELEASED IN
15  THE INTERIOR?  I FORGOT WHAT THAT NUMBER WAS, BUT WHAT'S
16  HAPPENING THERE?
17           MR. STEWART:  SURE, YOUR HONOR.  LET ME MAKE SURE I
18  HAVE THE RIGHT PIECE ON THAT.
19           YOUR HONOR, WERE YOU REFERRING TO THE NUMBER -- THE
20  NINE THAT YOUR HONOR WAS FOCUSING ON LAST WEEK, NINE
21  CHILDREN'S PARENTS?
22           THE COURT:  I THINK THAT IS RIGHT.  IF I REMEMBER
23  CORRECTLY THERE WERE NINE.  THE NUMBER WENT FROM 54, SOMETHING
24  LIKE THAT, DOWN TO NINE FOR PARENTS WHO HAD BEEN RELEASED IN
25  THE INTERIOR WHO HAD NOT YET BEEN REUNIFIED WITH THEIR
```

AUGUST 24, 2018

```
 1  CHILDREN.  SO I GUESS THAT WOULD BE THE QUESTION, WHAT'S
 2  HAPPENING WITH THOSE NINE.
 3          MR. STEWART:  SURE, YOUR HONOR.  THAT NUMBER HAS
 4  DWINDLED SOMEWHAT.  WE HAVE HOPEFULLY TRIED TO EXPLAIN IT A
 5  BIT IN OUR FILING.  TO ADD A LITTLE BIT OF COLOR ON THAT --
 6          THE COURT:  YES.  OKAY.  I SEE THAT NOW ON PAGE 3.
 7  I THINK WHEN I READ THIS I WAS CONFUSED BECAUSE I THOUGHT THE
 8  NUMBER WAS MORE LIKE IN THE 50'S.  BUT YOU HAVE MADE THAT
 9  ACCOUNTING HERE ON PAGE 3.
10          MR. STEWART:  YES, YOUR HONOR.  AS I RECALL I THINK
11  THE 50'S WAS -- I THINK THAT MAY HAVE BEEN A NUMBER THAT WE
12  JUST AGGREGATED.  WE KIND OF BROKE SOME THINGS DOWN FURTHER TO
13  PROVIDE GRANULARITY.  IF I AM MISREMEMBERING THAT I WILL TRY
14  TO CORRECT IT, BUT I THINK THAT IS WHAT LED TO THE NINE LAST
15  TIME.
16          THE COURT:  OKAY.  I HAVE GOT -- I SEE THE REPORT
17  HERE ON THOSE NINE, SO I THANK YOU.
18          OKAY.  ARE THERE -- THOSE ARE ALL OF THE QUESTIONS I
19  HAVE.  ARE THERE ANY QUESTIONS OR COMMENTS BY ANY COUNSEL
20  OR -- IT JUST SEEMS THAT WE ARE ON A VERY GOOD TRAJECTORY
21  HERE, AND HOPEFULLY WE CAN HAVE GOOD THINGS HAPPEN IN THE MMM
22  CASE BY WAY OF STIPULATION.  AND THEN I WILL LOOK FORWARD TO
23  THE BRIEFING THURSDAY, AND STATUS CONFERENCE FRIDAY AT
24  1:00 NEXT WEEK.
25          ARE THERE ANY OTHER MATTERS WE NEED TO ADDRESS AT
```

AUGUST 24, 2018

```
 1  THIS TIME?
 2           MR. STEWART:  YOUR HONOR, COULD I RAISE ONE THING
 3  FOR THE GOVERNMENT THAT I JUST WANT TO, YOU KNOW, BRING TO THE
 4  COURT'S ATTENTION?
 5           THE COURT:  YES.
 6           MR. STEWART:  THIS IS -- YOUR HONOR, I RAISE THIS
 7  BECAUSE I JUST WANT TO LET YOU KNOW IT IS COMING AND I WANT TO
 8  GIVE A LITTLE CONTEXT, AND MAKE SURE YOUR HONOR WASN'T CAUGHT
 9  OFFGUARD AND SORT OF, YOU KNOW, GIVE A LITTLE EXPLANATION.
10           THE GOVERNMENT IS ABOUT TO HIT ITS DEADLINE FOR
11  FILING A NOTICE OF APPEAL FROM THE PRELIMINARY INJUNCTION
12  ORDER.  I WANTED TO LET YOUR HONOR KNOW THAT THE GOVERNMENT
13  INTENDS TO FILE A PROTECTIVE NOTICE OF APPEAL BUT TO MOVE
14  PROMPTLY TO HOLD THAT APPEAL IN ABEYANCE SO THAT IT DOESN'T
15  DISRUPT ANYTHING BEFORE YOUR HONOR.
16           JUST A FEW POINTS ON THAT TO GIVE IT A LITTLE COLOR.
17           FILING THE PROTECTIVE NOTICE IS STANDARD PROTOCOL.
18  YOU KNOW, AS YOUR HONOR KNOWS, NO DECISION HAS BEEN MADE ON
19  APPEAL, AND BECAUSE NO DECISION HAS BEEN MADE WE ARE REQUIRED
20  UNDER NORMAL PROCEDURES TO FILE A PROTECTIVE NOTICE.  SO IN
21  KEEPING WITH THAT PROTOCOL WE ARE DOING SO.
22           I WOULD ADD JUST SORT OF TWO POINTS.
23           ONE ISSUE THAT THE GOVERNMENT NEEDS TO MAKE SURE TO
24  PROTECT, AS YOUR HONOR KNOWS IN FLAGGING THE DORA CASE AND
25  SOME OF THE OTHER CASES, THAT THERE ARE CONTINUED ISSUES
```

```
 1  RAISED BY VARIOUS PLAINTIFFS IN THESE AND OTHER CASES THAT
 2  HAVE CREATED CONTINUED DOUBT AND UNCERTAINTY ABOUT THE SCOPE
 3  AND APPLICATION OF THE COURT'S INJUNCTION.  YOUR HONOR HAS
 4  MADE QUITE CLEAR THAT IT WAS -- YOUR INJUNCTION WAS A TARGETED
 5  INJUNCTION, IT WAS FOCUSED ON FAMILY UNITY AND RESTORING THE
 6  STATUS QUO.  BUT WE HAVE SEEN IT CONTINUED TO BE USED IN A WAY
 7  THAT IT IS CREATING UNCERTAINTY.
 8          SO I WANTED TO JUST LET YOUR HONOR KNOW THAT THERE
 9  IS, YOU KNOW, IN KEEPING WITH NORMAL PROTOCOL, THAT WE ARE
10  FILING A PROTECTIVE NOTICE.  WE PLAN TO HOLD THAT APPEAL IN
11  ABEYANCE.  NO DECISION HAS BEEN MADE ON WHETHER TO PURSUE THE
12  APPEAL, AND WE DON'T WANT TO DISRUPT ANY OF THE PROCEEDINGS IN
13  THIS COURT.
14          THE LAST POINT I WOULD EMPHASIZE, YOUR HONOR, JUST
15  TO BE CLEAR, AS YOU KNOW, FROM HAVING WORKED WITH US OVER THE
16  LAST WEEKS AND MONTHS, IS THAT THE GOVERNMENT IS FULLY
17  COMMITTED TO REUNIFYING FAMILIES, DOING SO PROMPTLY AS THE
18  COURT HAS DIRECTED.  WE LOOK FORWARD TO CONTINUE WORKING WITH
19  YOUR HONOR AND COUNSEL TO MAKE SURE TO DO THAT.
20          SO I JUST WANT TO BE CLEAR THAT THAT WAS SORT OF
21  COMING.  I DID NOT WANT YOUR HONOR TO BE CAUGHT OFFGUARD AND I
22  DIDN'T WANT THERE TO BE ANY CONCERN ABOUT OUR COMMITMENTS AND
23  EFFORTS TO REUNIFY AND CARRY THINGS THROUGH.
24          **THE COURT:**  YES.  AND THANK YOU FOR MENTIONING THAT.
25  I APPRECIATE IT.  AND I FULLY UNDERSTAND THE NEED FOR ALL
```

AUGUST 24, 2018

```
 1  PARTIES TO PROTECT THEIR RIGHTS.  SO I THANK YOU FOR
 2  MENTIONING THAT, AND PROVIDING THE EXPLANATION, AS WELL, WHICH
 3  IS GREATLY APPRECIATED.
 4           MR. GELERNT, ANY COMMENTS ON THAT ISSUE?
 5           **MR. GELERNT:**  NO, YOUR HONOR.  WE HAVE NOTHING
 6  FURTHER.  THANK YOU.
 7           **THE COURT:**  OKAY.  THANK YOU VERY MUCH.  HAVE A GOOD
 8  PRODUCTIVE WEEKEND.  AND I WILL LOOK FORWARD TO THE REPORT ON
 9  MONDAY AS WELL AS THURSDAY, AND THEN MEETING AGAIN WITH
10  COUNSEL ON FRIDAY AT 1:00, UNLESS THERE IS A NEED TO MEET AT
11  AN EARLIER TIME AT ANY PARTY'S REQUEST.  THANK YOU.
12           **MR. GELERNT:**  THANK YOU, YOUR HONOR.
13           **MR. STEWART:**  THANK YOU.
14
15                          *   *   *
16           I CERTIFY THAT THE FOREGOING IS A CORRECT
             TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
17           IN THE ABOVE-ENTITLED MATTER.
18           S/LEEANN PENCE                       8/24/2018
             LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
19
20
21
22
23
24
25
```

AUGUST 24, 2018