# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br>                  Petitioners-Plaintiffs, <br> v. <br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br>                  Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD) <br><br> **ORDER PROVIDING DIAL-IN INFORMATION FOR STATUS CONFERENCE** |

For the September 7, 2018 status conference, the dial-in number for any counsel who wish only to listen in and members of the news media that wish to attend is as follows.

1. Dial the toll free number: **877-411-9748**;
2. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);
3. Enter the Participant Security Code **09070428** and Press # (The security code will be confirmed);
4. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

1  Members of the general public may attend in person.  All persons dialing in to the
2  conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court
3  proceedings.
4   Dated:  September 6, 2018

                                          Hon. Dana M. Sabraw
                                          United States District Judge