UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

————————————————————————————— )
MS. L, ET AL.,                                      )
                                                    )CASE NO. 18CV0428-DMS
          PETITIONERS-PLAINTIFFS,     )          18CV1626-DMS
                                                    )          18CV1832-DMS
VS.                                                 )
                                                    )SAN DIEGO, CALIFORNIA
U.S. IMMIGRATION AND CUSTOMS      )  SEPTEMBER 7, 2018
ENFORCEMENT ("ICE"), ET AL.,          ) 1:00 P.M. CALENDAR
                                                    )
          RESPONDENTS-DEFENDANTS.     )
—————————————————————————————————————————

REPORTER'S TRANSCRIPT OF PROCEEDINGS

TELEPHONIC STATUS CONFERENCE

REPORTED BY:                          LEE ANN PENCE,
                                      OFFICIAL COURT REPORTER
                                      UNITED STATES COURTHOUSE
                                      333 WEST BROADWAY, ROOM 1393
                                      SAN DIEGO, CALIFORNIA 92101

COUNSEL APPEARING TELEPHONICALLY:


FOR PLAINTIFF:               LEE GELERNT, ESQ.
                             ACLU IMMIGRANT RIGHTS PROJECT
                             125 BROAD STREET 18TH FLOOR
                             NEW YORK, NEW YORK 10004


FOR DEFENDANT:               SCOTT STEWART, ESQ.
                             SARAH B. FABIAN, ESQ.
                             U.S. DEPARTMENT OF JUSTICE
                             OFFICE OF IMMIGRATION LITIGATION
                             P.O. BOX 868
                             BEN FRANKLIN STATION
                             WASHINGTON, DC 20044


ALSO APPEARING:              ZACHARY W.H. BEST, ESQ.
                             JUSTIN W. BERNICK, ESQ.
                             JEFFIFER LEVY, ESQ.

1    SAN DIEGO, CALIFORNIA – FRIDAY, SEPTEMBER 7, 2018 – 1:07 P.M.

2                              *   *   *

3           THE CLERK:  NO. 19 ON CALENDAR, CASE NO. 18CV0428,

4    MS. L. VERSUS IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR

5    STATUS CONFERENCE.

6           THE COURT:  GOOD AFTERNOON.  THIS IS JUDGE SABRAW.

7           I SHOW ON THE LINE MR. GELERNT FOR PLAINTIFFS IN MS.

8    L.; MS. FABIAN AND MR. STEWART FOR THE GOVERNMENT ON ALL

9    MATTERS; MS. LEVY ON THE NTC MATTER; AND MR. BEST ON THE MMM

10   MATTER.

11          MAYBE WE CAN START FIRST WITH THE STATUS ON THE MMM

12   CASE.  WHY DON'T WE HEAR ABOUT THAT FIRST.

13          MR. STEWART:  SURE, YOUR HONOR.  THIS IS SCOTT

14   STEWART FROM THE GOVERNMENT.

15          AND I BELIEVE MR. BERNICK FOR MMM JOINED AS WELL.

16          THE COURT:  OKAY.

17          MR. STEWART:  AND I THINK, AT LEAST FROM THE

18   GOVERNMENT'S PERSPECTIVE, WE APPRECIATE YOUR HONOR'S

19   WILLINGNESS TO ALLOW US TO MEET AND CONFER ON THE ISSUES THAT

20   YOU IDENTIFIED IN YOUR ORDER.  THAT EXTRA TIME, I THINK, HAS

21   BEEN VERY HELPFUL.  WE ARE MOVING VERY EXPEDITIOUSLY TO

22   RESOLVE THOSE, AS I THINK YOUR HONOR IS INTERESTED IN

23   RESOLVING THOSE POINTS.

24          FROM THE GOVERNMENT'S PERSPECTIVE, I THINK WE ARE

25   VERY CLOSE TO WHATEVER THE FINAL RESULT WILL BE, WHETHER THAT

```
 1   IS A FULL RESOLUTION, YOU KNOW, WHATEVER THE RESOLUTION IS.
 2           AND THE GOVERNMENT WOULD APPRECIATE ANOTHER
 3   EXTENSION OF TIME, YOUR HONOR, TO 6:00 P.M. -- OR SORRY --
 4   3:00 P.M. PACIFIC ON MONDAY, IF YOU WOULD BE WILLING TO
 5   PROVIDE IT, SO THAT WE CAN CONTINUE WORKING ON THOSE.  I THINK
 6   THINGS HAVE BEEN PRODUCTIVE.  SO THAT WOULD AT LEAST BE THE
 7   GOVERNMENT'S PROPOSAL ON THAT.
 8           THE COURT:  ARE YOU OPTIMISTIC?
 9           MR. STEWART:  I AM, YOUR HONOR.  I AM.
10           THE COURT:  OKAY.
11           MR. STEWART:  I AM HOPEFUL THAT WE WILL BE ABLE TO
12   REACH A GOOD RESOLUTION.
13           THE COURT:  ALL RIGHT.
14           MR. STEWART:  THAT YOUR HONOR WILL APPRECIATE.
15           THE COURT:  THANK YOU.
16           IS IT MR. BEST OR MR. BERNICK, OR BOTH?
17           MR. BEST:  GOOD AFTERNOON, YOUR HONOR.  THIS IS
18   MR. BEST FOR THE MMM PLAINTIFFS.
19           WE AGREE WITH WHAT MR. STEWART JUST SAID.  WE DO
20   FEEL LIKE WE CAN SEE THE FINISH LINE, AND THAT WE ARE VERY
21   CLOSE.  AND WE ARE AT LEAST VERY HOPEFUL THAT WE WILL BE ABLE
22   TO REACH RESOLUTION.
23           AND WE ALSO ECHO MR. STEWART'S STATEMENT THAT WE ARE
24   WORKING EXPEDITIOUSLY AND REALLY WANT TO GET THIS DONE AS SOON
25   AS POSSIBLE.
```

SEPTEMBER 7, 2018

1           **THE COURT:**  THAT IS GOOD NEWS.  AS WE DISCUSSED IN

2    THE PAST, THAT'S A VERY SIGNIFICANT ISSUE.  AND TO THE EXTENT

3    THERE CAN BE AN AGREEMENT BETWEEN THE PARTIES, THAT WOULD BE

4    IN THE BEST INTEREST OF EVERYONE, AND PARTICULARLY IN SERVING

5    THE OVERARCHING GOALS HERE CONSISTENT WITH REUNIFICATION AND

6    PROVIDING APPROPRIATE RIGHTS AND PROCEDURES.  SO THAT'S A GOOD

7    REPORT.

8           DOES THIS POTENTIAL SETTLEMENT OR RESOLUTION INCLUDE

9    THE PARENTS AS WELL?  WE TALKED ABOUT THIS AT THE LAST STATUS.

10   AND I THINK IT IS THE DORA CASE IN WASHINGTON, ARE THEY PART

11   OF THE PROCESS AS WELL?

12          **MR. STEWART:**  YES, YOUR HONOR.  THEY ARE, AS ARE THE

13   MS. L. COUNSEL, SO BOTH PARENTS AND KIDS ARE IN ON THE MEET

14   AND CONFER CONVERSATIONS.

15          **THE COURT:**  OKAY.

16          **MR. STEWART:**  THE EFFORTS.

17          **THE COURT:**  EXCELLENT.  SO LET'S PROCEED ACCORDINGLY

18   THEN WITH THE REPORT TO THE COURT ON MONDAY, SEPTEMBER 10, BY

19   3:00 P.M.  AND I REALLY ENCOURAGE THE PARTIES TO KEEP WORKING

20   HARD AND TO MAKE THAT HAPPEN.

21          ON THE STATUS REPORT IN MS. L., LET'S RUN THROUGH

22   THAT.

23          IT APPEARS THERE CONTINUES TO BE GOOD PROGRESS.  I

24   HAVE JUST SOME, I THINK, BASIC QUESTIONS.

25          INITIALLY ON PAGE 2 THERE WAS AN INDICATION OF, IN

SEPTEMBER 7, 2018

```
 1   THE CURRENT STATUS REPORT, OF 2,181 DISCHARGED CHILDREN,
 2   DISCHARGED FROM O.R.R. CARE.  THAT NUMBER WAS 1,937.
 3           SO THE INCREASE IS GOOD NEWS, AND THAT IS REFLECTED
 4   IN --
 5           WELL, PERHAPS, MR. STEWART, YOU CAN JUST BRIEFLY
 6   DESCRIBE WHAT'S CAUSING THAT DIFFERENCE IN ABOUT 200 -- THE
 7   200-PERSON INCREASE.
 8           MR. STEWART:  SURE, YOUR HONOR.  I THINK IT IS
 9   ACTUALLY -- AND THIS IS -- MY APOLOGIES.  WE SHIFTED THE DATA
10   AROUND A LITTLE TO MAKE IT A LITTLE MORE UNIFORM.
11           THE COURT:  YES.
12           MR. STEWART:  I BELIEVE THAT 2181 IS ACTUALLY UP
13   FROM 2157 LAST WEEK.  WE PREVIOUSLY PUT THAT 2157 TWO ROWS
14   DOWN.
15           THE COURT:  OKAY.
16           MR. STEWART:  SO I AM SORRY FOR THAT CONFUSION, YOUR
17   HONOR.
18           BUT WE DO HAVE AN UPTICK HERE, AND JUST CONTINUED
19   REUNIFICATIONS OR O.R.R. DISCHARGES.  AND WE ARE HOPING THAT
20   THAT WILL CONTINUE, AND HOPEFULLY ACCELERATE SOON.
21           THE COURT:  OKAY.  THANK YOU.
22           THERE IS AN INDICATION NEXT FOR CHILDREN OF
23   OUT-OF-CLASS PARENTS REMAINING IN CARE WITH O.R.R. IS 57.
24   THESE ARE CHILDREN PENDING FURTHER REVIEW SHOWING THAT THEY
25   WERE NOT SEPARATED FROM THEIR PARENTS.
```

SEPTEMBER 7, 2018

```
1              WHAT DOES THAT MEAN?  ARE THESE TRULY UNACCOMPANIED
2    CHILDREN OR ARE THEY CHILDREN THAT WERE SEPARATED FROM THEIR
3    PARENTS IN THE INTERIOR AND THEREFORE ARE NOT CLASS MEMBERS?
4              MR. STEWART:  I BELIEVE IT IS SOME OF BOTH, YOUR
5    HONOR.  FOR EITHER ONE OF THOSE TWO REASONS THEY ARE NOT CLASS
6    MEMBERS, SO WE ARE -- THEY NOT IN THE CLASS BUT WE ARE -- YOU
7    KNOW, WE ARE AWARE OF THEM AND SEEING WHAT WE CAN DO REGARDING
8    THOSE CHILDREN.
9              THE COURT:  OKAY.  AND TO THE EXTENT THEY WERE
10   SEPARATED FROM PARENTS IN THE INTERIOR, WHAT'S THE
11   GOVERNMENT'S POSITION?  I UNDERSTAND THEY ARE NOT CURRENTLY
12   PART OF THE CLASS.  ARE YOU GOING TO, THROUGH THE PARTIES'
13   EFFORTS, GOING TO TRY TO REUNIFY OR HAVE WE -- HAS THAT
14   CONSIDERATION BEEN MADE YET?
15             MR. STEWART:  I THINK WE ARE STILL WORKING ON THOSE,
16   YOUR HONOR.  WE CERTAINLY -- WE THINK THAT, YOU KNOW, A NUMBER
17   OF THEM WILL BE ABLE TO BE REUNIFIED OR, AS YOUR HONOR ALLUDED
18   TO, SOME TRULY UNACCOMPANIED MINORS, THEY MAY HAVE TO GO
19   THROUGH THE STANDARD O.R.R. SPONSORSHIP PROCESS AND HOPEFULLY
20   JUST USE THAT TESTED AND TRUE PROCESS TO FIND A SPONSOR OR THE
21   LIKE.
22             THE COURT:  YES.  ON THOSE, JUST A WORD OF
23   ENCOURAGEMENT HERE FOR THE GOVERNMENT.  THERE IS 57 PEOPLE, SO
24   IF THOSE ARE TRULY UNACCOMPANIED THEN OF COURSE THEY WOULD
25   REVERT OR DEFAULT TO THE TVPRA AND THE TRADITIONAL PROCESS.
```

SEPTEMBER 7, 2018

```
1              IF THEY ARE CHILDREN WHO HAVE BEEN SEPARATED FROM

2      THEIR PARENTS BECAUSE THE LOCATION OF THE SEPARATION WAS IN

3      THE INTERIOR AS OPPOSED TO AT OR BETWEEN THE PORT OF ENTRY,

4      THEN I WOULD ENCOURAGE THE GOVERNMENT AND THE PARTIES TO, IN

5      THE SPIRIT OF WHAT WE ARE DOING, TO FOLD THEM IN AND EITHER

6      REUNIFY OR GO THROUGH THIS PROCESS THAT WE HAVE IN PLACE.

7              I DO RECOGNIZE THEY ARE NOT PART OF THE CLASS, BUT

8      CERTAINLY IT SEEMS, WITH THIS EFFORT ALREADY IN PLACE, IT

9      WOULD BE IN THE SPIRIT OF WHAT THE PARTIES ARE DOING TO

10     INCLUDE FAMILIES THAT WERE SEPARATED IN THE INTERIOR.

11             SO I WOULD JUST NOTE THAT AS A WORD OF ENCOURAGEMENT

12     GOING FORWARD.

13             MR. GELERNT:  YOUR HONOR, THIS IS MR. GELERNT.

14             THE COURT:  YES.

15             MR. GELERNT:  COULD I COMMENT, OR SHOULD I WAIT?

16             THE COURT:  YES.  GO AHEAD, MR. GELERNT.

17             MR. GELERNT:  YES.  THANK YOU.

18             I THINK WE ARE ALSO IN CONFERENCE WITH POTENTIAL

19     CASES WHERE THERE IS A LEGAL GUARDIAN BUT IT IS NOT THE

20     PARENT.  AND SO WE ARE HOPING TO MEET AND CONFER WITH THE

21     GOVERNMENT ABOUT THOSE, WHERE IT WAS AT THE BORDER BUT IT IS

22     NOT THE PARENT BUT IT SEEMS TO BE A LEGAL GUARDIAN, SO WE

23     WOULD LIKE TO ALSO MEET AND CONFER WITH THE GOVERNMENT ABOUT

24     THAT.  THOSE SEEM LIKE MAYBE ISSUES WE CAN GET RESOLVED WITH

25     THE GOVERNMENT, HOPEFULLY.
```

SEPTEMBER 7, 2018

1          **THE COURT:**  YES, I AGREE.

2          **MR. GELERNT:**  PRIMARY CARETAKER BUT THEY ARE NOT

3    TECHNICALLY A PARENT.  THEY COULD BE THE GRANDPARENT, THEY

4    COULD BE SOMEONE ELSE.

5          **THE COURT:**  YES.  I AGREE.

6          **MR. GELERNT:**  THANK YOU.

7          **THE COURT:**  LET'S GO DOWN THE LIST.

8          304 ADULTS PRESENTLY OUTSIDE OF THE U.S.  THAT

9    NUMBER WAS 322.  WHAT CAUSES THAT 18-PERSON DIFFERENCE, IS

10   THAT THROUGH REUNIFICATION OR PARENTS ELECTING NOT TO BE

11   REUNIFIED, OR A COMBINATION OF THE TWO?

12         **MR. STEWART:**  YOU ARE RIGHT, YOUR HONOR, IT IS A

13   COMBINATION -- OR IT IS A COMBINATION, I BELIEVE, OF WAIVERS

14   OF REUNIFICATION, DECISIONS NOT TO -- THAT YOUR HONOR IS AWARE

15   OF FROM LAST WEEK, AND THE LIKE.  MOSTLY, I BELIEVE, THOSE TWO

16   ARE THE REASONS FOR THE DROP.

17         **THE COURT:**  THANK YOU.

18         THEN ON PAGE 4, UNDER PROCESS 2, THE GOVERNMENT HAS

19   IDENTIFIED 3 CHILDREN WITH NO RECENT SUCCESSFUL CONTACT BY

20   EITHER PARTY.  AND AS I READ THE PLAINTIFFS' SUBMISSION AT

21   PAGE 12, THAT NUMBER IS MORE LIKE 45.

22         WHAT'S CAUSING THAT DIFFERENCE?

23         PERHAPS I CAN INQUIRE OF MR. GELERNT.

24         AND ALSO IN READING THE REPORTS FROM MEDIA AND

25   ELSEWHERE, THE NUMBERS ARE AS HIGH AS 80 PERSONS NOT LOCATED.

SEPTEMBER 7, 2018

```
 1   AND IN THE BRIEFING HERE IT IS APPARENT, MR. GELERNT, YOU JUST
 2   GOT BACK FROM GUATEMALA, SO YOU WOULD BE IN THE BEST POSITION
 3   TO LET US KNOW.
 4           CAN YOU LET US KNOW WHAT YOU DID THERE, HOW IT WENT,
 5   GIVE US A LITTLE INFORMATION.  AND THEN FROM YOUR PERSPECTIVE,
 6   AND THE STEERING COMMITTEE'S PERSPECTIVE, WHAT THE NUMBER
 7   LOOKS LIKE PRESENTLY AS FAR AS PARENTS THAT YOU HAVE NOT HAD
 8   ANY CONTACT WITH?
 9           MR. GELERNT:  RIGHT.  YES, YOUR HONOR.  I DID JUST
10   GET BACK LATE LAST NIGHT.
11           I THINK THERE IS NO QUESTION THAT PHONE NUMBERS ARE
12   GOING TO BE THE IDEAL WAY TO CONTACT PARENTS.  AND BASED ON
13   WHAT I SAW ON THE GROUND IT IS VERY DIFFICULT TO REACH THE
14   PARENTS IN REMOTE AREAS.  IT WOULD SOMETIMES TAKE A COUPLE OF
15   DAYS TO GET TO ONE PARENT.  AND THERE ARE ALSO SOME AREAS THAT
16   ARE JUST TOO DANGEROUS TO GO TO DURING CERTAIN TIMES OF THE
17   DAY.
18           WE ARE LOOKING TO INCREASE THE NUMBER OF PEOPLE ON
19   THE GROUND TO GO LOOK FOR PARENTS, BUT ALSO TO TALK TO
20   PARENTS.  BECAUSE I THINK ONE THING THAT I RECOGNIZED WHEN I
21   WAS THERE IS THAT SOMETIMES THESE COLD CALLS, THEY HAVE
22   TROUBLE BUILDING TRUST WITH THE PARENTS.  AND FACE-TO-FACE
23   MEETINGS WITH LOCAL HUMAN RIGHTS PEOPLE DOWN THERE CAN BUILD
24   SOME TRUST SO THEY UNDERSTAND WHO WE ARE.  BECAUSE I THINK
25   THERE MAY BE PEOPLE WHO ARE JUST CALLING THEM RANDOMLY, AND SO
```

SEPTEMBER 7, 2018

1   THEY ARE WORRIED ABOUT TRUST.

2           SO I THINK ALL OF THAT IS TO SAY THAT IT HAS BEEN

3   EFFECTIVE ON THE GROUND BUT IT IS VERY SLOW.  SO ULTIMATELY I

4   THINK THE BEST WAY IS FOR US TO BE ABLE TO REACH THE PARENT BY

5   PHONE AND THEN MAYBE COUPLE IT, IF WE CAN, WITH SEEING SOME

6   PARENTS.

7           SO WE STILL HAVE, AS FAR AS FROM OUR PERSPECTIVE, 17

8   PARENTS WHO WE DON'T HAVE A PHONE NUMBER AT ALL.  AND I KNOW

9   THAT IS A DISAGREEMENT WITH THE GOVERNMENT.  WE HAVE GIVEN

10  THOSE 17 NAMES TO THE GOVERNMENT, AND THEY ARE GOING TO GET

11  BACK TO US, HOPEFULLY SOON, ON WHY THERE SEEMS TO BE THE

12  DISCREPANCY BETWEEN THEM SAYING THEY HAVE ALL OF THE PHONE

13  NUMBERS AND WE DON'T HAVE 17.  SO HOPEFULLY WE CAN WORK THAT

14  OUT WITH THE GOVERNMENT.

15          WE ALSO BELIEVE THAT THERE MAY STILL BE 28 NUMBERS

16  THAT ARE INOPERABLE OR INEFFECTIVE.  TO THE EXTENT THEY ARE

17  INOPERABLE, WE ASKED THE GOVERNMENT TO LOOK INTO THAT.  TO THE

18  EXTENT THEY ARE INEFFECTIVE, MEANING WE HAVE CALLED SEVEN,

19  EIGHT, NINE TIMES AND HAVEN'T BEEN ABLE TO REACH ANYBODY, WE

20  ARE GOING TO CONTINUE TRYING.

21          I KNOW THAT THE GOVERNMENT HAS SAID THEY REACHED ALL

22  BUT A HANDFUL.  AND I THINK THE ONE THING THAT WOULD BE

23  HELPFUL IS FOR US TO KNOW WHETHER THAT WAS THE PARENT CALLING

24  IN ONE TIME OR WHETHER IT WAS THE GOVERNMENT ACTUALLY CALLING

25  FROM THE STATES AND REACHING THE PARENT AND WHEN THAT WAS.

SEPTEMBER 7, 2018

```
 1   BECAUSE WHAT I ALSO SAW ON THE GROUND IN GUATEMALA IS THAT
 2   PARENTS' PHONE SERVICE GOES IN AND OUT, EITHER BECAUSE THEY
 3   CAN'T AFFORD IT OR BECAUSE THEY ARE FLEEING VIOLENCE OR GOING
 4   TO A REMOTE AREA TO WORK AND THE PHONE IS NOT WORKING.
 5         SO I THINK THOSE ARE ALL ISSUES THAT WE WOULD LIKE
 6   TO TRY TO CONTINUE WORKING OUT WITH THE GOVERNMENT.  BUT AT
 7   THE MOMENT THE NUMBER OF PARENTS WE ARE REACHING IS GOING
 8   DOWN, AND SO THAT IS A GOOD SIGN FROM OUR STANDPOINT, FROM 95
 9   TO 84, WHICH INCLUDES THE PARENTS WE DON'T HAVE PHONE NUMBERS
10   FOR.
11         SO I THINK WE ARE MAKING PROGRESS, BUT WE DEFINITELY
12   NEED TO CONTINUE TO MEET AND CONFER WITH THE GOVERNMENT ON
13   THIS ISSUE.
14         THE COURT:  SO 17 THERE IS NO PHONE NUMBER.  AND
15   THEN WHAT'S THE NUMBER OF CURRENTLY OR PRESENTLY INOPERATIVE
16   PHONE NUMBERS?
17         MR. GELERNT:  WE HAVE 28 THAT WE GAVE THE GOVERNMENT
18   THE NUMBERS WE HAD LAST WEEK.  THEY THOUGHT 12 OF THEM WERE
19   OPERABLE.  WE HAVE CONTINUALLY TRIED TO CALL THOSE 12, BUT
20   HAVE ONLY BEEN ABLE TO REACH A PARENT IN 4, WE HAVE ALERTED
21   THE GOVERNMENT OF THAT.  SO IT IS NOW DOWN TO 28 THAT WE
22   BELIEVE ARE EITHER INOPERABLE OR INEFFECTIVE.  AND WE ARE
23   GOING TO CONTINUE TRYING THOSE NUMBERS, BUT WE WOULD ALSO LIKE
24   TO CONTINUE MEETING AND CONFERRING WITH THE GOVERNMENT ABOUT
25   HOW TO FIX THE PROBLEM.
```

SEPTEMBER 7, 2018

13

1        **THE COURT:** THAT ADDS TO 45, AND I THOUGHT YOU

2   MENTIONED 84 TOTAL.

3        **MR. GELERNT:** THE NUMBERS ARE GETTING A LITTLE

4   CONFUSING. I THINK IT IS 67 PARENTS WHERE WE HAVE A PHONE

5   NUMBER AND WE HAVEN'T BEEN ABLE TO REACH THEM, EITHER BECAUSE

6   NO ONE HAS PICKED UP OR WE BELIEVE THE NUMBER IS INOPERABLE

7   AND INEFFECTIVE. AND THEN WE HAVE ANOTHER 17 WHERE WE DON'T

8   HAVE A PHONE NUMBER AT ALL. SO THAT IS WHY IT IS 84 WE

9   HAVEN'T REACHED. SO 84 WE HAVEN'T REACHED.

10      17 OF THOSE 84 WE DON'T HAVE PHONE NUMBERS FOR; 28

11  OF THE 84 ARE INOPERABLE OR INEFFECTIVE; AND THE OTHER 39 THE

12  PHONE CALLS ARE CONTINUING.

13      AND THESE ARE NUMBERS AS OF WEDNESDAY NIGHT. I

14  THINK WE REACHED A FEW PEOPLE IN THE LAST COUPLE OF DAYS, BUT

15  THAT IS SORT OF OUR BREAKDOWN. WE KNOW THE GOVERNMENT HAS A

16  DIFFERENT BREAKDOWN WHICH IS WHY WE ARE CONTINUING TO MEET AND

17  CONFER. BUT AT THE MOMENT THERE APPEAR TO BE 84 PEOPLE WE

18  HAVE NOT REACHED, AT LEAST AS OF WEDNESDAY.

19        **THE COURT:** AND FROM THE YOUR STANDPOINT AND THE

20  STEERING COMMITTEE'S STANDPOINT, IS THE GOVERNMENT DOING ALL

21  IT CAN DO, OR DO YOU HAVE SUGGESTIONS OR IDEAS AS TO, FOR

22  EXAMPLE, DEPARTMENT OF STATE OR OTHER HIGH LEVEL AGENCIES AND

23  OFFICIALS WITH UNIQUE GOVERNMENT AUTHORITY AND POWERS TO USE

24  THE GOVERNMENT RESOURCES IN A MANNER THAT WOULD BE OF

25  ASSISTANCE?

SEPTEMBER 7, 2018

1          **MR. GELERNT:**  YOUR HONOR, THAT IS A VERY GOOD

2    QUESTION.  AND I AM STILL -- BECAUSE I JUST GOT BACK VERY,

3    VERY LATE LAST NIGHT I NEED TO HUDDLE WITH THE PEOPLE IN

4    CENTRAL AMERICA TO SORT OF COMPARE NOTES.  THERE MAY BE SOME

5    THINGS THAT THE GOVERNMENT CAN HELP US WITH.  PERHAPS

6    TRANSPORTATION, WHICH IS VERY DIFFICULT TO GET AROUND IN

7    REMOTE PLACES.

8          AS FAR AS I KNOW BILLBOARDS HAVE NOT BEEN PUT UP BY

9    THE GOVERNMENT, BUT PERHAPS THAT'S SOMETHING THAT WE -- WE HAD

10   TALKED ABOUT.

11         BUT I THINK THAT IS RIGHT, YOUR HONOR, THAT THERE

12   MAY BE SOME PLACES WHERE THE GOVERNMENT'S RESOURCES CAN REALLY

13   HELP.  AND WE WERE HOPING TO CONFER WITH THE GOVERNMENT OVER

14   THE WEEKEND OR MONDAY ABOUT ADDITIONAL WAYS THEY COULD HELP

15   THE LOCAL PEOPLE ON THE GROUND WITH LOGISTICS.

16         BUT WE ARE ALSO TRYING TO GET HOTLINE NUMBERS OUT.

17   THOSE MAY BE HOTLINE NUMBERS THAT THE GOVERNMENT CAN AMPLIFY

18   THROUGH THEIR SOURCES.  I THINK THEY HAVE ALREADY PUT HOTLINE

19   NUMBERS UP, SO THAT IS A GOOD THING.  BUT WHETHER THERE IS A

20   WAY TO GET THOSE HOTLINE NUMBERS OUT MORE WIDELY.

21         I THINK I NEED ABOUT A DAY TO SORT OF COLLECTIVELY

22   FIGURE OUT WHAT IS THE MOST EFFICIENT WAY FOR THE GOVERNMENT

23   TO HELP, IF THAT IS OKAY.

24         **THE COURT:**  WHAT ABOUT RADIO, IS THAT BEING USED AS

25   WELL?

SEPTEMBER 7, 2018

1          **MR. GELERNT:**  IT IS, YOUR HONOR.  AND SO THAT -- SO

2   WE HAVE THE LOCAL PEOPLE FROM THE STEERING COMMITTEE ON THE

3   GROUND ARE GOING FROM RADIO STATION TO RADIO STATION TO TRY

4   AND GET SPOTS PUT ON, AND THAT MAY BE SOMEWHERE WHERE THE

5   GOVERNMENT CAN HELP US AMPLIFY THROUGH THE RADIO.

6          LOCAL PAPERS.  I DON'T KNOW -- TV, FROM WHAT I AM

7   TOLD, IS NOT GOING TO BE THE BEST WAY TO GO ABOUT IT, BUT

8   RADIO AND POTENTIALLY SOME LOCAL NEWSPAPERS ARE GOING TO BE

9   BETTER.

10          A LOT OF IT, FROM WHAT I UNDERSTAND AND WHAT I SAW

11   THIS WEEK, WAS VERY ON THE GROUND.  GOING TO COMMUNITIES AND

12   TALKING TO THE LOCAL FAITH LEADERS, OR INDIGENOUS COMMUNITIES

13   THERE IS WHAT IS CALLED THE COMMUNITY LEADER, AND ASK FOR

14   THEIR PERMISSION TO ASK AROUND IN THAT COMMUNITY TO BE

15   INTRODUCED TO THE LOCAL SCHOOLTEACHER.  SO SOME OF IT IS JUST

16   HARD LEGWORK.

17          AND THEN THERE ARE ALSO TIMES WHEN WE WERE NOT ABLE

18   TO VISIT DIFFERENT COMMUNITIES BECAUSE GANGS HAD PUT A CURFEW

19   OF ANYBODY GOING OUT AT NIGHT.  AND SO ONE OF THE DIFFICULTIES

20   I SAW, AT LEAST, IS THAT WE COULD ONLY TALK WITH CERTAIN

21   PARENTS IN PERSON DURING THE DAY.  BUT IF THEIR EMPLOYER

22   WOULDN'T LET THEM OFF FROM WORK WE WERE STUCK BECAUSE THE

23   PARENT THOUGHT IT WAS TOO DANGEROUS FOR EITHER THEM TO GO OUT

24   AT NIGHT OR FOR US TO COME TO THEIR NEIGHBORHOOD AT NIGHT

25   BECAUSE OF CURFEWS FROM THE GANGS.  SO THERE ARE THOSE TYPES

SEPTEMBER 7, 2018

```
 1   OF LOGISTICS.
 2            BUT I THINK THE SUGGESTIONS YOU ARE MAKING, YOUR
 3   HONOR, ARE GOOD ONES, AND WE WANT TO PUT TOGETHER SORT OF A
 4   COLLECTIVE LIST AND SEE WHETHER IT IS POSSIBLE FOR THE
 5   GOVERNMENT TO HELP US AMPLIFY RADIO, POSTERS, BILLBOARDS.
 6   MAYBE POTENTIALLY SOME TRANSPORTATION LOGISTICS.
 7            I APOLOGIZE THAT I DON'T HAVE A SORT OF CLEAR LIST
 8   RIGHT NOW.  I WAS HOPING TO TALK WITH EVERYONE COLLECTIVELY TO
 9   SEE WHAT MAKES THE MOST SENSE.
10            THE COURT:  ALL RIGHT.  THANK YOU.
11            IN NEXT WEEK'S STATUS REPORT WHAT I WOULD LIKE IS
12   THE PARTIES TO ADDRESS THIS ISSUE WHERE I WOULD BE INTERESTED
13   IN THE PLAINTIFFS' PERSPECTIVE AS TO WHETHER THE GOVERNMENT IS
14   DOING ALL IT CAN DO AS TO ANY IDEAS THAT THE PLAINTIFF
15   STEERING COMMITTEE HAS, THE NGO'S ON THE GROUND.  HOW THE
16   GOVERNMENT, WITH ITS UNIQUE RESOURCES AND CAPABILITIES, COULD
17   BE OF MORE ASSISTANCE, IF THAT IS THE CASE.  AND IF SO, HOW.
18            I WOULD LIKE TO HEAR ALSO FROM THE GOVERNMENT.  AND
19   PERHAPS IT IS THE ONE PERSON WHO IS IN CHARGE OF REPORTING TO
20   GOVERNMENT COUNSEL TO REPORT TO THE COURT FROM DEPARTMENT OF
21   STATE AS TO WHAT IT IS DOING TO ASSIST IN LOCATING THOSE
22   CURRENTLY -- WELL, IN LOCATING THOSE PARENTS THAT CURRENTLY
23   ARE NOT -- THEY HAVE NOT BEEN REACHED, AND --
24            MR. STEWART:  YOUR HONOR.
25            THE COURT:  YES, MR. STEWART.
```

SEPTEMBER 7, 2018

1          **MR. STEWART:**  YOUR HONOR, I DIDN'T MEAN TO

2    INTERRUPT.  I THOUGHT I MIGHT HAVE SOME GOOD NEWS FOR YOU AND

3    MAYBE SOME POINTS TO ALLEVIATE SOME OF THE CONCERNS THAT MR.

4    GELERNT IDENTIFIED, BUT I DON'T WANT TO INTERRUPT OR PREEMPT

5    ANYTHING YOU WERE SAYING.

6          **THE COURT:**  NO, THANK YOU.  GO AHEAD.

7          **MR. STEWART:**  SURE, YOUR HONOR.

8          SO I AM NOT SURE ABOUT THE NUMBER -- THE 84 NUMBER

9    OR IN THE 80'S NUMBER THAT MR. GELERNT IDENTIFIED.  WE ARE

10   HAPPY TO DISCUSS THAT WITH HIM.

11         MR. GELERNT MAY NOT HAVE BEEN COMPLETELY UP TO SPEED

12   ON ALL OF THE BACK AND FORTH BETWEEN THE PARTIES DUE TO HIS

13   TRAVEL, BUT I AM HAPPY TO REPORT THAT WE -- THE GOVERNMENT HAS

14   DONE A LOT OF LEGWORK HERE, INCLUDING THE SORT OF THING THAT

15   WE ANTICIPATED, WHAT YOU IDENTIFIED, YOUR HONOR, ABOUT

16   LIAISING WITH FOREIGN CONTACTS AND, YOU KNOW, PEOPLE, YOU

17   KNOW, IN THE RELATIVE COUNTRIES TO GET SOME OF THIS

18   INFORMATION, IS MY UNDERSTANDING.

19         BUT OF THE 47 WITH CONTACT ISSUES IDENTIFIED BY THE

20   PLAINTIFFS, TODAY WE PLAN TO GET THE STEERING COMMITTEE

21   CLARIFYING OR ADDITIONAL INFORMATION FOR 30 OF THOSE 47, YOU

22   KNOW, BASED ON -- I UNDERSTAND, LOOKING AT MY NOTES, THAT

23   THOSE ARE ALREADY SENT, SO THEY HAVE THAT 30 JUST RECENTLY.

24   WE WILL CONTINUE WORKING ON THE OTHERS IN THAT GROUP.

25         I CAN ALSO NOTE, YOUR HONOR, THAT THE PLAINTIFFS'

SEPTEMBER 7, 2018

1  PORTION OF THE JOINT STATUS REPORT CALLED ATTENTION TO 17

2  FOLKS, I BELIEVE IT IS TOP OF PAGE 10.  WE DO HAVE FURTHER

3  INFORMATION ON THEM.  FOR 10 OF THEM WE HAVE UPDATED

4  INFORMATION, I BELIEVE THAT HAS BEEN ALREADY SENT TO THEM.  5

5  OF THOSE ARE JUST NOT IN THE CLASS, NOT SEPARATIONS THAT FALL

6  WITHIN THE CLASS DEFINITION.  1 FALLS INTO THAT BUCKET OF, YOU

7  KNOW, A SITUATION WHERE WE RECENTLY RECEIVED A CONTACT FROM

8  THE PERSON, BUT I BELIEVE HAD NOT AFFIRMATIVELY, YOU KNOW, HAD

9  A CONTACT OURSELVES TO THEM, SO WE -- YOU KNOW, WE HAVE GIVEN

10 THAT INFORMATION, I BELIEVE, TO THE PLAINTIFFS AND WE WILL

11 JUST NEED TO WORK ON THAT.  AND THERE IS ONE PERSON WHERE WE

12 JUST NEED TO DO A LITTLE MORE WORK WHERE WE HAVEN'T BEEN ABLE

13 TO LOCATE THAT ONE PERSON AMONG THE 17.

14         WHAT I CAN SAY, YOUR HONOR, THAT THERE HAS BEEN A

15 DECENT AMOUNT OF BACK AND FORTH, YOU KNOW, WITH THE STEERING

16 COMMITTEE AND THE GOVERNMENT.  YOU KNOW, THEY HAVE GIVEN US

17 NAMES, WE HAVE LOOKED INTO THEM RIGHT AWAY.  IN SOME CASES WE

18 HAVE SEEN THAT WE HAD QUITE RECENT CONTACT, I BELIEVE.  IN

19 OTHER CASES THERE JUST MIGHT BE SOME DATED LISTS, FROM WHAT WE

20 ARE SEEING FROM THE STEERING COMMITTEE.

21         I THINK WE ACTUALLY HAVE VERY ENCOURAGING GOOD

22 PROGRESS AND THAT THE GOVERNMENT IS REALLY PUTTING A LOT OF

23 WORK INTO THIS, AS EVIDENCED BY THE 30.  AND, YOU KNOW, IT IS

24 NOT A COMPLETE 100 PERCENT THE CLOSING OF THE LOOP YET, YOUR

25 HONOR, BUT WE ARE WORKING TO GET THAT DOWN, AND WE WILL

SEPTEMBER 7, 2018

1    CONTINUE TO EXPEND RESOURCES TO DO SO.

2           **THE COURT:**  THANK YOU.

3           IS THE GOVERNMENT DOING ANYTHING IN ADDITION TO

4    PROVIDING INFORMATION?  IN OTHER WORDS, IT SEEMS TO ME, BASED

5    ON THE STATUS REPORTS AND THEN WHAT EVERYONE HAS BEEN READING

6    IN THE MEDIA, IS THE PLAINTIFFS AND THE STEERING COMMITTEE AND

7    MR. GELERNT HAVE GONE TO EXTRAORDINARY EFFORTS, VERY

8    IMPRESSIVE UNDERTAKING.  AND MR. GELERNT IS CERTAINLY TO BE

9    COMMENDED ON THAT, IN GOING TO GUATEMALA HIMSELF.

10          AND IT IS EVIDENT THAT THE STEERING COMMITTEE,

11   THROUGH THE NGO'S AND OTHER COMMITTEE MEMBERS, HAS BOOTS ON

12   THE GROUND AND IS REALLY IN COUNTRY, ON A MANHUNT.  AND IT

13   SEEMS TO ME THAT THE GOVERNMENT HAS TO BE ABLE TO -- BE ABLE

14   TO ASSIST IN THAT REGARD.

15          IT WOULD SEEM THAT THE DEPARTMENT OF STATE AND OTHER

16   OFFICIALS IN COUNTRY, IN HONDURAS AND ELSEWHERE, WOULD BE IN A

17   POSITION TO BE HELPFUL AND TO WORK COLLABORATIVELY WITH THE

18   PLAINTIFFS' STEERING COMMITTEE.

19          DO YOU HAVE ANY INSIGHT IN THAT REGARD, MR. STEWART?

20          **MR. STEWART:**  SURE, YOUR HONOR.  I THINK CONSULAR

21   OFFICIALS IN COUNTRY ARE WORKING ON THESE ISSUES AS WELL.

22          ONE POINT OF KIND OF IMPORTANCE, YOUR HONOR, AND

23   THIS WAS -- THIS INFORMED HOW WE CRAFTED THE REUNIFICATION

24   PLAN, IS THAT THERE ARE LIMITATIONS AND ISSUES ABOUT HOW

25   GOVERNMENT WORKERS CAN OPERATE AND ACT IN FOREIGN COUNTRIES,

SEPTEMBER 7, 2018

```
 1  AND WE JUST NEED TO BE SENSITIVE OF THOSE.

 2          WHAT WE HAVE, AS YOUR HONOR IS AWARE, YOU KNOW, ONE

 3  OF THE CO-TEAM LEADERS ON THE REUNIFICATION TEAM IS WITH THE

 4  DEPARTMENT OF STATE, AND THE DEPARTMENT OF STATE HAS

 5  INVOLVEMENT IN DIFFERENT PARTS OF THE PROCESS.  AND WE ARE

 6  WORKING WITH THE CONSULAR OFFICIALS TO TRY TO, YOU KNOW, DO

 7  WHAT WE CAN TO MAKE THESE THINGS HAPPEN.

 8          SO WE DO FULLY APPRECIATE THE NEED, YOU KNOW, TO PUT

 9  FORTH THE RIGHT EFFORTS THAT WE CAN, CONSISTENT WITH SOME OF

10  THE LIMITATIONS THAT WE FACE WITH RESPECT TO WORKING IN

11  COUNTRY.

12          THE COURT:  OKAY.

13          SO FOR THE NEXT REPORT -- AND I WILL PUT THE ONUS ON

14  YOU, MR. GELERNT, IS TO, THROUGH YOUR STEERING COMMITTEE, MAKE

15  A DETERMINATION AS TO WHETHER THERE IS ANYTHING IN ADDITION

16  THE GOVERNMENT CAN BE DOING OTHER THAN PROVIDING INFORMATION,

17  WHETHER THERE CAN BE SPECIFIC AREAS OF ASSISTANCE IN HONDURAS

18  OR OTHER COUNTRIES IN LOCATING THESE PARENTS, AND IF SO WHAT

19  THAT WOULD BE.

20          MR. GELERNT:  YES, YOUR HONOR.  ABSOLUTELY.

21          THE COURT:  AND THEN HOPEFULLY THERE CAN BE AN

22  AGREEMENT BY THE GOVERNMENT.

23          WHAT I DON'T WANT TO HAPPEN IS TO SIMPLY HAVE A

24  SITUATION WHERE THE GOVERNMENT IS PROVIDING THE INFORMATION

25  AND THE PLAINTIFFS ARE DOING ALL OF THE LEGWORK, BECAUSE I
```

SEPTEMBER 7, 2018

```
1    THINK WE ARE GOING TO REACH A POINT IN TIME IN THE NOT TOO
2    DISTANT FUTURE WHERE THERE IS GOING TO BE A NUMBER OF PARENTS
3    THAT ARE NOT LOCATED.  AND, OF COURSE, THAT'S NOT IN ANYONE'S
4    INTEREST, AND PARTICULARLY SO FOR THE GOVERNMENT SINCE THIS IS
5    A SITUATION OF ITS OWN MAKING.
6            SO WHAT I WOULD LIKE TO KNOW IS IF THERE IS -- IF
7    THERE IS ANYTHING ELSE THAT CAN BE DONE, THAT WE ARE NOT
8    PRESENTLY DOING, TO LOCATE THESE PARENTS.  SO IN THE NEXT
9    WEEK, PERHAPS, THE STEERING COMMITTEE CAN THINK ABOUT THAT,
10   APPROACH THE GOVERNMENT WITH ANY IDEAS IT MIGHT HAVE, AND THEN
11   REPORT TO THE COURT NEXT THURSDAY ON THAT ISSUE.
12           LET'S KEEP GOING DOWN THE LIST HERE.
13           THERE ARE 162 CHILDREN IDENTIFIED ON PAGE 5 WHERE
14   THE PLAINTIFFS HAVE COMMUNICATED PARENTAL INTENT; 109 HAVE
15   WAIVED REUNIFICATION, 53 HAVE CHOSEN REUNIFICATION.
16           SO THE TREND SEEMS CLEARLY, MR. GELERNT, THAT MANY
17   OF THESE PARENTS ARE ELECTING NOT TO PURSUE REUNIFICATION
18   THROUGH THIS COURT PROCESS.  IS THAT CORRECT?
19           MR. GELERNT:  YOUR HONOR, YES.  IT SEEMS IT IS ABOUT
20   TWO-THIRDS.  AND WHAT WE HAVE SEEN ON THE PHONE CALLS, BUT
21   ESPECIALLY WHEN I WAS THERE THIS WEEK, IS THAT THE PARENTS
22   FEEL THAT IT IS TOO DANGEROUS FOR THE CHILD TO COME BACK.  SO,
23   I MEAN, WE HAVE HAD SOME VERY DIFFICULT CONVERSATIONS WITH THE
24   PARENTS, PARTICULARLY THIS WEEK, IN PERSON, WHERE THE PARENT
25   IS ULTIMATELY SAYING THAT AS MUCH AS THEY WOULD LIKE TO BE
```

SEPTEMBER 7, 2018

1  WITH THE CHILD AND AS HEARTBREAKING AS IT IS, THEY FEEL IT IS

2  TOO DANGEROUS FOR THE CHILD TO COME BACK.  ESPECIALLY SOME OF

3  THE OLDER ONES WHO ARE IN THAT RANGE WHERE THEY ARE GOING TO

4  BE RECRUITED BY GANGS OR BE IN PARTICULAR DANGER.  SO THEY ARE

5  MAKING THAT DECISION.

6        THERE ARE A FEW WHO BELIEVE THAT THEY STILL HAVE --

7  ARE ENTITLED TO ASYLUM.  BUT WE ARE TALKING TO THE GOVERNMENT

8  ABOUT THAT.

9        BUT THAT IS RIGHT, YOUR HONOR.  YOU ARE READING THE

10  NUMBERS RIGHT.  AND I THINK IT IS ONE OF THOSE DECISIONS THAT

11  THESE PARENTS ARE FACING, WHICH IT IS EXTREMELY DIFFICULT.

12  AND THEY ARE NOT, OBVIOUSLY, MAKING IT LIGHTLY.  BUT THEY ARE

13  TOO SCARED FOR THEIR CHILDREN TO COME BACK.

14        **THE COURT:**  MANY OF THESE PARENTS, THEY HAVE

15  CHILDREN WHO ARE OLDER, I HEAR YOU TO BE SAYING, AND MAY HAVE

16  SUITABLE RELATIVES OR OTHER ADEQUATE SPONSORS IN THE UNITED

17  STATES, AND SO THE PARENTS ARE MORE AMENABLE TO --

18        **MR. GELERNT:**  THAT'S RIGHT, YOUR HONOR.  I THINK

19  THOSE ARE CRITICAL VARIABLES.  I THINK WITH THE CHILD -- WHEN

20  THE CHILD IS VERY YOUNG, I THINK BOTH THE CHILD AND PARENT ARE

21  DESPERATE FOR THE CHILD TO COME BACK.  THE OLDER THE CHILD,

22  THAT IS AN IMPORTANT VARIABLE.  AND AS YOU SAID, WHETHER THERE

23  IS SOME RELATIVE THEY COULD POTENTIALLY LIVE WITH SO THAT THEY

24  ARE NOT JUST GOING TO A FOSTER FAMILY.

25        AND I THINK THE THIRD VARIABLE IS JUST HOW MUCH

SEPTEMBER 7, 2018

```
1  DANGER THE PARENT PERCEIVES THE CHILD TO BE IN IF THEY CAME
2  BACK.
3          BUT YOU ARE ABSOLUTELY RIGHT.  IT IS THE AGE.  IT IS
4  WHETHER THEY HAVE AT LEAST SOME FAMILY MEMBER, EVEN IF IT IS A
5  DISTANT FAMILY MEMBER THEY NEVER MET BUT AT LEAST IT IS
6  FAMILY.  AND THE EXTENT TO WHICH THEY BELIEVE THE CHILD COULD
7  SURVIVE IF THEY WERE SENT BACK.
8          THE COURT:  AND THE CHILDREN THAT REMAIN IN COUNTRY
9  WHERE THERE IS A CONSIDERED JUDGMENT BY THE PARENT NOT TO
10 REUNIFY, THEN MY ASSUMPTION IS MOST OF THESE CHILDREN WILL BE
11 PURSUING ASYLUM, PROBABLY UNDER THE 240 MECHANISM.  AND IF
12 THEY ARE ULTIMATELY NOT SUCCESSFUL THEN THEY WOULD BE REUNITED
13 AT A LATER TIME.  IS THAT CORRECT?
14         MR. GELERNT:  YES, YOUR HONOR.  THAT IS MY
15 UNDERSTANDING.
16         SO ONE OF THE THINGS WE ARE OBVIOUSLY DOING IS
17 CHECKING WITH THE CHILD'S ATTORNEY OR ADVOCATE TO MAKE SURE
18 THAT THEY HAVE A VIABLE ASYLUM CLAIM, AND THAT THERE IS GOING
19 TO BE SOMEWHERE FOR THEM TO LIVE, AND THOSE TYPES OF
20 SITUATIONS.  SO WE CAN ALSO COMMUNICATE THAT TO THE PARENT SO
21 THE PARENT IS MAKING AN INFORMED DECISION THAT IF THEY DO STAY
22 HERE THEY AT LEAST HAVE A VIABLE CHANCE OF OBTAINING ASYLUM.
23         BUT YOU ARE RIGHT, THAT IS MY UNDERSTANDING IS THAT
24 IF THEY ULTIMATELY LOSE THEY WILL BE POTENTIALLY REMOVED AND
25 REUNITED.
```

SEPTEMBER 7, 2018

24

```
1           THE COURT:  YES.  AND THROUGH THE PROCESS THAT IS
2   SET IN PLACE, I WOULD ALSO BELIEVE THAT THERE IS A GREAT
3   COMFORT IN KNOWING THAT IF THE CHILD LOSES THE ASYLUM CLAIM
4   THEY WILL BE SUCCESSFULLY REUNITED THROUGH THE PROCESSES THAT
5   ARE NOW IN PLACE.  IS THAT FAIR?
6           MR. GELERNT:  YES, YOUR HONOR.  I THINK THAT IS
7   RIGHT.  I THINK FOR SOME OF THE PARENTS IT IS DIFFICULT TO
8   LOOK THAT FAR DOWN THE LINE, AND TO EVEN CONTEMPLATE THAT THE
9   CHILD -- OR AT LEAST TO SORT OF LOOK, BECAUSE ONCE WE EXPLAIN
10  THE ASYLUM PROCESS CAN TAKE A LONG TIME IT BECOMES HARD FOR
11  THEM TO LOOK.
12          BUT I THINK YOU ARE RIGHT, THAT IS COMFORTING FOR
13  THEM TO UNDERSTAND, TO THE EXTENT WE CAN EXPLAIN IT TO THEM,
14  AND HAVE THEM FOCUS ON THAT, AND THE PROCESS, THAT IF THEY DO
15  LOSE THEY WILL AT LEAST BE ABLE TO COME BACK AND BE REUNITED
16  WITH THEIR FAMILY.  ABSOLUTELY, YOUR HONOR.
17          THE COURT:  OKAY.  THANK YOU.
18          LET'S GO DOWN THE LIST.
19          AT PAGE 8 THE GOVERNMENT HAS IDENTIFIED AREAS IT
20  WOULD BE PROVIDING ADDITIONAL INFORMATION.  AND THEN ON A PAGE
21  FURTHER IN MR. GELERNT WAS ASKING FOR MORE SPECIFIC
22  INFORMATION, INCLUDING NAMES.  SO NOT ONLY A-NUMBERS BUT
23  NAMES.
24          DOES THE GOVERNMENT OBJECT TO THAT?  IT SEEMS TO ME
25  THAT THE MORE INFORMATION THE BETTER, AND IT SEEMS IF THE
```

SEPTEMBER 7, 2018

1    GOVERNMENT HAS AN A-NUMBER THEY WOULD ALSO HAVE A NAME.

2              **MR. STEWART:**  YOUR HONOR, OF COURSE WE ARE GLAD TO

3    PROVIDE NAMES.  OUR WEEKLY REPORTS, AS I UNDERSTAND IT, HAVE

4    ALWAYS IDENTIFIED BOTH NAMES AND A-NUMBERS OF CHILDREN.  AND

5    WE ARE NOW -- WHAT WE ARE DOING NOW IS PROPOSING TO SUPPLEMENT

6    ALREADY PROVIDED INFORMATION TO INCLUDE SOME OF THE ADDITIONAL

7    INFORMATION THAT HOPEFULLY MEETS THE STEERING COMMITTEE'S

8    CONCERNS.

9              **THE COURT:**  YES.

10             **MR. GELERNT:**  THIS IS MR. GELERNT.

11             I WOULD JUST SAY THAT WE ARE MEETING AND CONFERRING,

12   AND WE ARE HOPEFUL THAT WE WILL BE ABLE TO WORK THIS OUT.  I

13   WOULD JUST SAY WE DON'T NECESSARILY -- UNLESS YOUR HONOR WANTS

14   TO WE DON'T NECESSARILY NEED TO GET INTO THE WEEDS ON THIS ON

15   THIS CALL.

16             **THE COURT:**  THAT IS AT PAGE 12 WHERE THERE IS

17   ADDITIONAL INFORMATION REQUESTED.  AND SO WE WILL SIMPLY HAVE

18   THE PARTIES MEET AND CONFER ON THAT.  AND, HERE AGAIN, THE

19   THOUGHT WOULD BE THE MORE INFORMATION THE BETTER.

20             NEXT, ON PAGE 8 AT THE BOTTOM, IS THE CRIMINAL

21   HISTORY ISSUE.  WAS THAT INFORMATION PROVIDED TODAY FOR A

22   FINAL DETERMINATION REGARDING THE EXCLUSION BASED ON CRIMINAL

23   HISTORY?

24             **MR. STEWART:**  YOUR HONOR, OUR INTENT IS TO PROVIDE

25   IT A LITTLE LATER TODAY.  WE HAVE SENT SOME INFORMATION TO THE

SEPTEMBER 7, 2018

```
 1   STEERING COMMITTEE TODAY, WE ARE FINALIZING THAT PIECE OF
 2   INFORMATION AND INTEND TO SEND IT BEFORE TOO LONG TODAY.
 3           THE COURT:  OKAY.
 4           THEN ALONG THOSE LINES, PLAINTIFFS HAVE IDENTIFIED,
 5   AT PAGE 15 AND 16, TWO CASES IN WHICH PLAINTIFFS BELIEVE THE
 6   ISSUES ARE SUFFICIENTLY CRYSTALLIZED.  THE PARTIES HAVE A
 7   DISAGREEMENT AND ARE READY FOR THE COURT TO MAKE A
 8   DETERMINATION.
 9           IF THAT IS THE CASE, WHAT I WOULD PROPOSE IS THAT
10   NEXT WEEK, DURING THE JOINT FILING, THAT ALONG WITH THAT JOINT
11   STATEMENT THE PARTIES COULD ALSO PROVIDE, IN ADDITION, A JOINT
12   STATEMENT SETTING OUT EACH PARTY'S POSITION.  SO THE
13   GOVERNMENT CAN ARTICULATE WHY IT BELIEVES REUNIFICATION IS NOT
14   APPROPRIATE OR THE CRIMINAL HISTORY IS DISQUALIFYING OF THE
15   PARENT, AND THE PLAINTIFFS CAN SET OUT ITS POSITION.  AND THEN
16   I CAN MAKE A DETERMINATION, EITHER ORALLY FROM THE BENCH OR
17   JUST ISSUE A VERY SHORT ORDER SOON THEREAFTER.
18           ANY OBJECTION TO THAT?
19           MR. GELERNT:  NO, YOUR HONOR.
20           MR. STEWART:  NO, YOUR HONOR.
21           THE COURT:  THOSE ARE THOSE TWO CASES.
22           AND THEN, GOING BACK TO PAGE 8, GOVERNMENT WILL
23   PROVIDE THE LIST TODAY, LATER TODAY.
24           AND ONE WAY TO PROCEED IS FOR THE PARTIES TO MEET
25   AND CONFER.  AND PERHAPS BY NEXT -- WELL, WHAT IS THIS LIST,
```

SEPTEMBER 7, 2018

```
1    HOW BIG IS THE LIST?  HOW MANY ARE WE TALKING ABOUT?

2              MR. GELERNT:  YOUR HONOR, THIS IS MR. GELERNT.

3              I THINK WE ARE GOING TO BE TALKING ABOUT -- WE HAVE

4    SOME QUESTIONS WHICH WE WANT TO CLARIFY WITH THE GOVERNMENT

5    ABOUT EXACTLY HOW BIG THE LIST IS, BUT I THINK IT WILL BE

6    SOMEWHERE BETWEEN 35 AND 50.

7              THE COURT:  SO MAYBE WITH THIS LIST, THEN, THAT'S A

8    SUFFICIENT NUMBER WHERE THE PARTIES CAN MEET AND CONFER AND

9    THEN ADDRESS THAT IN THE JOINT STATEMENT AS TO HOW THEY ARE

10   DOING NEXT THURSDAY.

11             AND THEN FOR THOSE WHERE THE PARTIES CANNOT AGREE,

12   THEN WE CAN HAVE A JOINT STATEMENT SETTING FORTH EACH PARTY'S

13   POSITION BY THURSDAY, SEPTEMBER 20.  AND THEN THE COURT CAN

14   MAKE A DETERMINATION AS TO EACH OF THOSE PARENTS ON THE

15   FOLLOWING -- WELL, I CAN DO IT --

16             MR. GELERNT:  THAT'S FINE WITH PLAINTIFFS, YOUR

17   HONOR.

18             THE COURT:  SO I MAY DO THAT EITHER VERBALLY AT THE

19   FOLLOWING STATUS CONFERENCE, OR JUST ISSUE A SHORT ORDER AS TO

20   EACH PARENT AS SOON AS I CAN.

21             ANY OBJECTION?

22             MR. GELERNT:  NOT FROM THE PLAINTIFFS, YOUR HONOR.

23             MR. STEWART:  NOT FROM THE GOVERNMENT, YOUR HONOR.

24   THAT SOUNDS FINE.

25             THE COURT:  OKAY.  ARE THERE ANY -- I THINK THOSE
```

SEPTEMBER 7, 2018

```
1   ARE ALL THE MATTERS I HAVE.  ARE THERE ANY, ON MS. L.,
2   ANYTHING THAT WE NEED TO COVER AT THIS TIME?
3              MR. GELERNT:  NOT FROM PLAINTIFFS, YOUR HONOR.
4              MR. STEWART:  NOR FROM THE GOVERNMENT ON MS. L.,
5   YOUR HONOR.
6              THE COURT:  OKAY.  AND ON NTC IT LOOKS LIKE THAT IS
7   BEING WORKED THROUGH AS WELL.  ARE THERE ANY ISSUES THERE?
8              MS. LEVY:  WE ARE WORKING THROUGH THE ISSUES, YOUR
9   HONOR.
10             THE COURT:  OKAY.  ANYTHING WE NEED TO ADDRESS AT
11  THIS TIME?  IT LOOKS LIKE THERE IS SOME -- I SEE THE
12  PLAINTIFFS' POSITION, THERE IS SOME DISCREPANCY.  BUT IT LOOKS
13  LIKE, ALL THINGS CONSIDERED, IT IS PROGRESSING FAIRLY WELL.
14             MS. LEVY:  YES.  THE GOVERNMENT HAS PROVIDED US WITH
15  THE NAMES AND A-NUMBERS THAT THEY USED TO PRODUCE THEIR DATA,
16  SO WE ARE CERTAINLY NARROWING DOWN THE DISCREPANCIES.
17             THERE ARE JUST A COUPLE OF CHILDREN THAT THEY
18  HAVEN'T PROVIDED US WITH INFORMATION FOR, BUT THEY HAVE BEEN
19  PRODUCING INFORMATION OVER THE PAST WEEK.
20             THE COURT:  OKAY.  WELL, VERY GOOD.
21             ANYTHING ELSE WE NEED TO ADDRESS AT THIS TIME FROM
22  ANY OF THE ATTORNEYS ON ANY OF THE CASES?
23             THEN I WILL LOOK FORWARD TO THE BRIEFING ON MONDAY.
24  HOPEFULLY THERE WILL BE A RESOLUTION ON THE MMM.  AND THEN I
25  WILL LOOK FORWARD AGAIN TO THE SUBMISSIONS NEXT THURSDAY AND
```

SEPTEMBER 7, 2018

```
1    MEETING COUNSEL AGAIN TELEPHONICALLY NEXT FRIDAY,

2    1:00 O'CLOCK.

3              THANK YOU VERY MUCH.  HAVE A GOOD WEEKEND.

4              MR. STEWART:  THANK YOU, YOUR HONOR.

5              MR. GELERNT:  THANK YOU, YOUR HONOR.

6

7                        *   *   *

8              I CERTIFY THAT THE FOREGOING IS A CORRECT
               TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
9              IN THE ABOVE-ENTITLED MATTER.

10             S/LEEANN PENCE                 9/7/2018
               LEEANN PENCE, OFFICIAL COURT REPORTER   DATE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SEPTEMBER 7, 2018