# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.:  18cv0428 DMS (MDD) <br><br> **ORDER SETTING FURTHER STATUS CONFERENCE** |

A status conference was held on September 7, 2018.  After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. Counsel shall file a further status report on or before **September 13, 2018**.

2. A further status conference shall be held on **September 14, 2018**, at **1:00 p.m.**  The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

    1. Dial the toll free number: **877-411-9748**;

    2. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

    3. Enter the Participant Security Code **09140428** and Press # (The security code will be confirmed);

1     4.     Once the Security Code is confirmed, participants will be prompted to Press
2     1 to join the conference or Press 2 to re-enter the Security Code.
3 Members of the general public may attend in person. All persons dialing in to the
4 conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court
5 proceedings.

6 Dated: September 10, 2018

                                             Hon. Dana M. Sabraw
                                             United States District Judge

2

18cv0428 DMS (MDD)