UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 10 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MS. L. and MS. C., <br><br> Petitioners-Appellees, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al., <br><br> Respondents-Appellants. | No.   18-56151 <br><br> D.C. No. 3:18-cv-00428-DMS-MDD Southern District of California, San Diego <br><br> ORDER |

Appellants' unopposed motion (Docket Entry No. 5) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until November 9, 2018.

On or before November 9, 2018, appellants may file a status report and motion for further relief.

Failure to file a status report and motion will terminate the stay of appellate proceedings and the briefing schedule will be reset.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kara Slack
Deputy Clerk
Ninth Circuit Rule 27-7