Christopher T. Casamassima (SBN #211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
HALE & DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Noah A. Levine (*pro hac vice*)
Jamie S. Dycus (*pro hac vice*)
Adriel I. Cepeda Derieux (*pro hac vice*)
WILMER CUTLER PICKERING
HALE & DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 212 230-8800
Facsimile: (212) 230-8888

*Attorneys for* Amici Curiae *Scholars of Habeas Corpus and Constitutional Law*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.,<br><br>   Petitioner-Plaintiff,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, *et al.*,<br><br>   Respondents-Defendants. | Case No.: 3:18-CV-0428<br><br>**NOTICE OF WITHDRAWAL** |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorney hereby withdraws his Pro Hac Vice Application for *amici curiae* Scholars of Habeas Corpus and Constitutional Law:

Adriel I. Cepeda Derieux

adriel.cepedaderieux@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP

7 World Trade Center

250 Greenwich Street

New York, NY 10007

(212) 230-8800

DATED:  September 10, 2018        WILMER CUTLER PICKERING HALE & DORR LLP

By:  /s/ Adriel I. Cepeda Derieux
         Adriel I. Cepeda Derieux
*Attorney for* Amici Curiae *Scholars of Habeas Corpus and Constitutional Law*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2018, a copy of the foregoing was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record.

/s/ *Chris Casamassima*

Christopher T. Casamassima