

| | |
|---|---|
| **Catherine Weiss**<br>Partner and Chair, Lowenstein<br>Center for the Public Interest | One Lowenstein Drive<br>Roseland, New Jersey 07068<br><br>T: 973.597.2438<br>F: 973.597.2439<br>E: cweiss@lowenstein.com |

September 14, 2018

**VIA ECF AND EMAIL**

Hon. Dana Sabraw, U.S.D.J.
United States District Court for the Southern District of California
Courtroom 13A (13th Floor – Carter/Keep)
Suite 1310
333 West Broadway
San Diego, CA 92101

      Re:    *Ms. L. v. ICE*, Dkt. No. 3:18-cv-00428-DMS-MDD;
             *M.M.M. v. Sessions*, Dkt. No. 3:18-cv-01832-DMS-MDD –
             Fed. R. Civ. P. 23(e) Notice and Hearing Requirements.

Dear Judge Sabraw:

I write on behalf of Catholic Charities Community Services of the Archdiocese of New York ("CCCS"), which is the subcontractor for legal services to children in federal custody in New York and has provided or is providing legal services, including ongoing representation, to hundreds of separated children. CCCS's clients are putative class members who will be directly affected by the proposed settlement in the *M.M.M.* litigation; they meet the definition of what the parties refer to as "*M.M.M.* Agreed Class Members" at footnote 1 of the "Plan to address the asylum claims of class-member parents and children who are physically present in the United States." *Ms. L. v. ICE*, No. 18-428, ECF No. 220-1 (September 12, 2018).

As the parties to the *Ms. L.* and *M.M.M.* matters acknowledge, the Court directed them to meet and confer on, among other things, "how they wish to proceed on the issues of class certification and Plaintiffs' entitlement to asylum proceedings under §§ 235 or 240." *M.M.M. v. Sessions*, No. 18-1832, Order, ECF No. 55 at 16 (Aug. 16, 2018); *see also Ms. L. v. ICE*, No. 18-428, Order, ECF No. 196 at 1 (Aug. 17, 2018) ("[t]he parties shall meet and confer . . . on class certification in *M.M.M*, and whether the plaintiffs in that case are entitled to pursue asylum requests under § 235 or § 240."). The parties submitted a proposed agreement to resolve the issues identified by the Court. However, their proposed plan remains silent on class certification, which will be a necessary prerequisite to the Court's approval of the proposed settlement.

It is our understanding that the parties intend to "address any procedural steps that may be necessary prior to approval of the agreement" during today's status conference. *Ms. L. v. ICE*, No. 18-428, Notice Lodging Agreement for Court's Approval, ECF No. 220 at 2 (Sept. 12, 2018). The parties' proposed agreement would bind the "*M.M.M.* Agreed Class Members" and

Hon. Dana Sabraw, U.S.D.J.					September 14, 2018
Page 2

therefore the process undertaken prior to the Court's approval must comply with Federal Rule of Civil Procedure 23(e). Rule 23(e) requires notice to the class, an opportunity to object, and a hearing to determine whether the settlement is "fair, reasonable, and adequate." Fed. R. Civ. P. 23(e)(2).

We understand the need to proceed as swiftly as possible and are therefore offering our services to assist with the notice requirement. Upon request, we would be happy to provide the parties with a list of the federal subcontractors who provide legal services to children in federal custody.

Respectfully submitted,

Catherine Weiss

s/ Katie R. Glynn
Katie R. Glynn

cc:

Lee Gelernt, lgelernt@aclu.org
Judy Rabinovitz, jrabinovitz@aclu.org
Anand Balakrishnan, abalakrishnan@aclu.org
ACLU Immigrant Rights Project

Bardis Vakili, bvakili@aclusandiego.org
ACLU Foundation of San Diego & Imperial Counties

Stephen B. Kang, skang@aclu.org
Spencer E. Amdur, samdur@aclu.org
ACLU Foundation of Northern California

Haley Costello Essig, haley.essig@hoganlovells.com
Ira Feinberg, ira.feinberg@hoganlovells.com
Justin Bernick, Justin.bernick@hoganlovells.com
Katherine Nelson, Katherine.nelson@hoganlovells.com
Michael M. Maddigan, Michael.maddigan@hoganlovells.com
Oliver Armas, Oliver.armas@hoganlovells.com
T. Clark Weymouth, t.weymouth@hoganlovells.com
Zachary Best, Zachary.best@hoganlovells.com
Hogan Lovells



Hon. Dana Sabraw, U.S.D.J.  September 14, 2018
Page 3

August Edward Felntje, august.flentje@usdoj.gov
Sarah B. Fabian, sarah.b.fabian@usdoj.gov
Nicole N. Murley, Nicole.murley@usdoj.gov
Scott Grant Stewart, scott.g.stewart@usdoj.gov
Briana Faith Yuh, briana.yuh@usdoj.gov
Jeffrey S. Robins, Jeffrey.robins@usdoj.gov
U.S. Department of Justice

Samuel William Bettwy, Samuel.Bettwy@usdoj.gov
U.S. Attorney's Office Southern District of California

35708/2
9/14/18 202847534.2

