# EXHIBIT A

**U.S. DEPARTMENT OF HOMELAND SECURITY**   Warrant for Arrest of Alien

File No. ▇▇▇▇▇▇▇

Date: 04/05/2018

To: Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations

I have determined that there is probable cause to believe that ___See I-831___ is removable from the United States. This determination is based upon:

☑ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☐ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

(Signature of Authorized Immigration Officer)

▇▇▇▇▇▇▇ - SDDO
(Printed Name and Title of Authorized Immigration Officer)

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at ___LAREDO, TEXAS___ (Location)

on ___See I-831___ (Name of Alien) on ___April 5, 2016___ (Date of Service), and the contents of this notice were read to him or her in the ___SPANISH___ (Language) language.

▇▇▇▇▇▇▇
DO
Name and Signature of Officer

Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the Department of Homeland Security immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at http://www.ice.gov/contact/ero, as directed by DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United Stated and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act (the Act).

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise DHS by calling the ICE Law Enforcement Support Center toll free at (855)448-6903.

## Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office of Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

(Signature of Respondent)

_____
(Signature and Title of Immigration Officer)

Date: _____

## Certificate of Service

This Notice To Appear was served on the respondent by me on __4-4-18__, in the following manner and in compliance with section 239(a)(1) of the Act.

[X] in person   [ ] by certified mail, returned receipt # _____ requested   [ ] by regular mail
[X] Attached is a credible fear worksheet.
[X] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the __Spanish__ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____   DO ▇▇
(Signature of ▇▇▇▇▇ Personally Served)   (Signature and Title of Officer)

DHS Form I-862 (5/17)   Page 2 of 2

| U.S. Department of Homeland Security | Subject ID: | | Record of Deportable/Inadmissible Alien | | | |
|---|---|---|---|---|---|---|
| Family Name (CAPS) Q▉-L▉, M▉ | First | Middle | Sex F | Hair BLK | Eyes BRO | Cmplxn MED |
| Country of Citizenship EL SALVADOR | Passport Number and Country of Issue | File Number CASE No ▉ | Height 61 | Weight 140 | Occupation LABORER | |
| U.S. Address See Narrative | | | Scars and Marks TATTOO BACK | | | |
| Date, Place, Time, and Manner of Last Entry 03/22/2018, 0030, 4 mile(s) E of HID, PWAM, RAFT | Passenger Boarded at | F.B.I. Number | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated | | | |
| Number, Street, City, Province (State) and Country of Permanent Residence See Narrative | | | Method of Location/Apprehension | | | |
| Date of Birth ▉/1987  Age: 30 | Date of Action 03/24/2018 | Location Code | At/Near HIDALGO, TX | Date/Hour 03/22/2018 0130 | | |
| City, Province (State) and Country of Birth ▉, SAN SALVADOR, EL SALVADOR | AR ☒ | Form. (Type and No.) Lifted ☐ Not Lifted ☐ | | | | |
| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry PWA Mexico | Status When Found TRAVEL/SEEKING | | | |
| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. AT ENTRY | | | | |
| Immigration Record NEGATIVE | Criminal Record None Known | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | Number and Nationality of Minor Children 2-EL SALVADOR | | | | |
| Father's Name, Nationality, and Address, if Known See Narrative | | Mother's Present and Maiden Names, Nationality, and Address, if Known See Narrative | | | | |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) I7A1 | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: ▉    I77 #: ▉

Left Index Print    Right Index Print

ARREST COORDINATES:
---------------------
Latitude:  26.09253
Longitude: -98.23174

CONSEQUENCE DELIVERY SYSTEM:
-----------------------------
Classification: FIRA

Alien has been advised of communication privileges    3/24/18 ▉ (Date/Initials)    BORDER PATROL AGENT (Signature and Title of Immigration Officer)

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| TO FILE ▉ | Officer ▉ on: March 24, 2018 at 0838 |
| STATS | Disposition: Expedited Removal ▉ |
| | Examining Officer: ▉ |

Form I-213 (Rev. 08/01/07) Y

| U.S. Department of Homeland Security | | Continuation Page for Form | I213 |
|---|---|---|---|
| Alien's Name<br>Q█████-L███, M█ ███ | File Number<br>█████████<br>Event No █████████ | | Date<br>03/24/2018 |

US ADDRESS:
-----------
PORT ISABEL DETENTION CENTER 27991 BUENA VISTA BLVD.
LOS FRESNOS, TEXAS, 78566

FOREIGN ADDRESS:
----------------
DOMICILIO CONOCIDO SIN NUMERO █████████, SAN SALVADOR, EL SALVADOR
DOMICILIO CONOCIDO SIN NUMERO █████████ SAN SALVADOR, EL SALVADOR

FATHER NAME AND ADDRESS:
------------------------
█████████
DOMICILIO CONOCIDO SIN NUMERO
█████████, SAN SALVADOR, EL SALVADOR

MOTHER NAME AND ADDRESS:
------------------------
█████████
DOMICILIO CONOCIDO SIN NUMERO
█████████, SAN SALVADOR, EL SALVADOR

ASSISTING ASSETS:
-----------------
ALL-TERRAIN VEHICLE
UNATTENDED GROUND SENSOR AND IMAGING UNATTENDED GROUND SENSOR

SUSPECTED GANG AFFILIATION:
---------------------------
M.S.13

FUNDS IN POSSESSION:
--------------------
United States Dollar .00

Subject Refused to sign. Witnessed by:

RECORDS CHECKED:
----------------

| Signature | Title |
|---|---|
| █████████ | BORDER PATROL AGENT |

2 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form | I213 |
|---|---|---|---|
| Alien's Name<br>Q▇▇▇-L▇▇▇, M▇▇ IV▇ | File Number ▇▇▇<br>Event No: ▇▇▇ | | Date<br>03/24/2018 |

NARRATIVE:
----------
IMMIGRATION HISTORY: No prior immigration history

CRIMINAL HISTORY: Active Warrant as an MS-13 Member. See Narrative

ENCOUNTER:
A Border Patrol Agent encountered subject in the Rio Grande Valley, Texas Border Patrol Sector. A Border Patrol Agent determined this subject had unlawfully entered the United States from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States. After determining that this subject was an alien whom illegally entered the United States, the subject was arrested and transported to the Rio Grande Valley Sector Centralized Processing Center for further processing.

IMMIGRATION/CRIMINAL VIOLATION:
At the Rio Grande Valley Sector Centralized Processing Center, the subject was asked to make a Sworn Statement as part of the Expedited Removal Proceedings. Service Form I-867 A/B was read and explained to the subject. The subject understood and was willing to answer questions and give a statement. The subject again admitted to being a citizen and national of El Salvador without the necessary legal documents to enter, pass through, or remain in the United States. The subject also admitted to illegally crossing the international boundary without being inspected by an Immigration Officer at a designated Port of Entry.

CONSULAR NOTIFICATION:
The subject was notified of the right to communicate with a consular officer from El Salvador as per Article 36(a)(b) of the Vienna Convention of Consular Relations. The subject acknowledged understanding the right and agreed to speak with anyone at this time. Furthermore, the subject does ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ if returned to the subject's country of citizenship.

DISPOSITION:
The subject is being processed for Expedited Removal ▇▇▇▇▇▇▇▇▇▇▇. The subject was apprehended within fourteen days of the subject's last entry into the United States and within 100 air miles from the United States/Mexico international boundary.

Subject was provided the modified Orantes Advisal. The subject did want an interview before ▇▇▇▇▇▇▇▇▇▇ and did not request to be returned to El Salvador.

The subject states that she is not pregnant and has no long term medical condition. The subject claims that she does speak fluent Spanish.

| Signature | Title |
|---|---|
| ▇▇▇▇▇▇ | BORDER PATROL AGENT |

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name<br>Q█████-L███, M██ I█ | File Number<br>█████████<br>Event No: ████████ | Date<br>03/24/2018 |
|---|---|---|

NOTE: Subject was travelling with her son ███████████████████████████

Family was separated due to the mothers (Q█████-L███, M██ I█) criminal history.

ATTETNTION ERO: Subject was identified as an MS-13 gang member with an active arrest warrant out of El Salvador.

| Signature | Title |
|---|---|
| ██████ | BORDER PATROL AGENT |

4 of 4 Pages

DEPARTMENT OF HOMELAND SECURITY   6/3/33

## NOTICE TO APPEAR

In removal proceedings under section 240 of the Immigration and Nationality Act:

File No. ▇▇▇▇▇▇▇▇

In the Matter of:

Respondent: M▇▇ I▇▇ Q▇▇▇▇▇-▇▇▇ currently residing at:

Laredo Detention Center (CCA)   4702 E. Saunders   Laredo, TX 78041
(Number, street, city and ZIP code)

(Area code and phone number)

☐ You are an arriving alien.
☒ You are an alien present in the United States who has not been admitted or paroled. You are an applicant for admission.
☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that:

1) You are not a citizen or national of the United States.
2) You are a native of El Salvador and a citizen of El Salvador.
3) You entered the United States at an unknown location on or about 03/22/2018;
4) You did not then possess or present a valid immigrant visa, reentry permit, border crossing identification card, or other valid entry document;
5) You were not then admitted or paroled after inspection by an immigration officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

Section 212(a)(6)(A)(i) of the Act, as amended, as an alien present in the United States without being admitted or paroled, or who has arrived in the United States at any time or place other than as designated by the Attorney General.

☒ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30(f) ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

San Antonio EOIR 800 Dolorosa St., Suite 300 San Antonio, TX 78207
(Complete Address of Immigration Court, Including Room Number, if any)

on TBD (Date) at TBD to show why you should not be removed from the United States based on the charge(s) set forth above.

_D. B▇▇_ Acting Supervisory ▇▇▇▇
(Signature and Title of Issuing Officer)

Date 3/30/2018

Houston, TX
(City and State)

DHS Form I-862 (5/17)   See reverse for important information   Page 1 of 2



**JUZGADO DE PAZ DE ACAJUTLA
DEPARTAMENTO DE SONSONATE
REPÚBLICA DE EL SALVADOR, C. A.
TEL. 2452-3606**

Acajutla, 13 de diciembre de 2016.-

OF. No. <u>151-1-17</u>.
Sr. Director General de la Policia Nacional Civil.
Departamento de Disposiciones Judiciales.
Jefe del Archivo Central.
San Salvador.-

*Orden de captura*
*16-02-17*

284202

Por este medio solicitole ordene a los Agentes de ése Cuerpo Policial, hacer efectiva la **CAPTURA** de la imputada ausente M▮▮▮▮ ▮▮▮▮ Q▮▮▮▮▮▮▮▮ L▮▮▮▮, de 29 años de edad aproximadamente, portadora de su Documento Único de Identidad número ▮▮▮▮▮▮ estado familiar acompañada con G▮▮▮ A▮▮ R▮▮ G▮▮ hija de D▮▮▮ G▮▮▮ L▮▮ y E▮ O▮ Q▮, residente en ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ Municipio de Sonsonate, Departamento de Sonsonate; por atribuírsele el delito de **ORGANIZACIONES TERRORISTAS**, previsto y sancionado en el art. 13 en relación al art.4 letras l) y m) y art. 34 letra a), e) h) y j), todos de la Ley Especial Contra Actos de Terrorismo (LECAT), en perjuicio de **LA SEGURIDAD DEL PAÍS, LA PAZ PÚBLICA** y **LA ARMONIA DE LOS ESTADOS.**-

Imputada que en Audiencia Inicial estuvo representada en su Defensa Técnica por la Defensora Pública Licenciada ▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮, a quien por resolución de las dieciocho horas cero minutos del día trece de diciembre del año dos mil dieciséis en Audiencia Inicial se le Decretó la Detención Provisional por el referido delito. No omito manifestarle dichas actuaciones se remitieron Juzgado de Primera Instancia de esta Ciudad, por lo que al hacer efectiva la captura deberá ser puesta a disposición de ése Juzgado.

DIOS UNION LIBERTAD.

**LIC. JOSÉ ALBERTO CEA**
**JUEZ DE PAZ.-**

Req. 182-3-2016-Kata.
Ref. 0293-UDPPSO-07-16 / 513-UDPPSO-07-16.

| POLICIA NACIONAL CIVIL |
| DEPARTAMENTO DE REGISTRO Y CONTROL DE DISPOSICIONES JUDICIALES |
| Recibido: Dorta |
| Hora: 11.30 |
| 15 FEB 2017 |

CONTROL DE CALIDAD

PROCESADO

LSS: T# 581150



MAGISTRATE'S COURT OF ACAJUTLA
DEPARTMENT OF SONSONATE
REPUBLIC OF EL SALVADOR, C.A.
TEL. 2452-3606

Acajutla, December 13, 2016.-

OF. No. <u>151-1-17</u>
Mr. Director General of the National Civil Police
Department of Judicial Orders
Chief of the Central Archive
San Salvador.-

*Arrest Warrant*
*02/16/17*

284202

It is hereby requested that the Officers of said Police Department be ordered to **ARREST** the accused not present M▇▇▇ I▇▇▇ Q▇▇▇▇ L▇▇▇, approximately 29 years of age, bearer of the Unique Identity Document number ▇▇▇▇, marital status: common law marriage with C▇▇ A▇ R▇▇ G▇▇▇, daughter of D▇▇▇ Gu▇▇ L▇ and I▇▇ O▇▇ Q▇▇▇▇, resident of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Municipality of Sonsonate, Department of Sonsonate; who is charged with committing the offense of **TERRORIST ORGANIZATIONS**, set forth and sanctioned in art. 13 in relation to art. 4 subsections l) and m) and art. 34 subsection a), e) h) and j), all part of the Special Law Against Acts of Terrorism (LECAT), to the detriment of **THE SAFETY OF THE COUNTRY, THE PUBLIC PEACE, and HARMONY AMONG STATES.-**

The accused's Procedural Defense during the Preliminary Hearing was handled by Public Defender Attorney C▇▇▇ E▇▇ C▇▇▇ V▇▇▇. Preventive Detention was ordered against her for the referenced crime in the Preliminary Hearing via a Resolution entered at eighteen hours zero minutes on the thirteenth of December of two thousand sixteen. In addition, I inform you that said proceedings were referred to the Court of First Instance of this City, reason for which, once the arrest is carried out, [she] shall be placed at the disposal of said Court.

**GOD     UNITY     LIBERTY**

QUALITY CONTROL

PROCESSED

(SIGNATURE)

**JOSE ALBERTO CEA, [Illegible]**
**JUSTICE OF THE PEACE**



Req. 182-3-2016-Kata.
Ref. 0293-UDPPSO-07-16 / 513-UDPPSO-07-16.

| NATIONAL CIVIL POLICE |
|---|
| Department of Registration and Issuance of Judicial Orders |
| Received: _____ [Illegible] |
| Time: __11.30__ |
| [Illegible]· FEB 15 2017 |

A # ▇▇▇▇-043



## U.S. Citizenship and Immigration Services
## Language Services Section
26 Federal Plaza, Room 506
New York, NY 10278
Tel: (212) 264-6831
Fax: (212) 264-2622

## CERTIFICATE OF TRANSLATION

I, Marta Robinson, am competent to translate from Spanish into English, and certify that the ☒ full / ☐ summary translation of the attached document is true and accurate to the best of my abilities.

Translation Number: 581150
A Number: ███████043

_____
(Signature of Translator)

June 18, 2018
(Date)



**JUZGADO DE PAZ DE ACAJUTLA**
**DEPARTAMENTO DE SONSONATE**
**REPÚBLICA DE EL SALVADOR, C. A.**
**TEL. 2452-3606**

Acajutla, 13 de diciembre de 2016.-

OF. No. 151-1-17.
Sr. Director General de la Policía Nacional Civil.
Departamento de Disposiciones Judiciales.
Jefe del Archivo Central.
San Salvador.-

*Orden de captura*
*16-02-17*

284202

    Por este medio solicítole ordene a los Agentes de ése Cuerpo Policial, hacer efectiva la **CAPTURA** de la imputada ausente M█████ █████ Q████████ L█████, de 29 años de edad aproximadamente, portadora de su Documento Único de Identidad número ████████ estado familiar acompañada con G███ A██ F███ G████ hija de D████ G████ L██ y E██ O█ Q████, residente en ████████████████████ ████████ Municipio de Sonsonate, Departamento de Sonsonate; por atribuírsele el delito de **ORGANIZACIONES TERRORISTAS**, previsto y sancionado en el art. 13 en relación al art.4 letras l) y m) y art. 34 letra a), e) h) y j), todos de la Ley Especial Contra Actos de Terrorismo (LECAT), en perjuicio de **LA SEGURIDAD DEL PAÍS, LA PAZ PÚBLICA y LA ARMONIA DE LOS ESTADOS.-**

    Imputada que en Audiencia Inicial estuvo representada en su Defensa Técnica por la Defensora Pública Licenciada C████████ E████ C████████ V████████, a quien por resolución de las dieciocho horas cero minutos del día trece de diciembre del año dos mil dieciséis en Audiencia Inicial se le Decretó la Detención Provisional por el referido delito. No omito manifestarle dichas actuaciones se remitieron Juzgado de Primera Instancia de esta Ciudad, por lo que al hacer efectiva la captura deberá ser puesta a disposición de ése Juzgado.

DIOS UNIÓN LIBERTAD.

LIC. JOSÉ ALBERTO CEA
JUEZ DE PAZ.-

Req. 182-3-2016-Kata.
Ref. 0293-UDPPSO-07-16 / 513-UDPPSO-07-16.

**POLICIA NACIONAL CIVIL**
DEPARTAMENTO DE REGISTRO Y CONTROL
DE DISPOSICIONES JUDICIALES
Recibido: Dorta
Hora: 11.30
15 FEB 2017

CONTROL DE CALIDAD

PROCESADO

LSS: T# 581150



MAGISTRATE'S COURT OF ACAJUTLA
DEPARTMENT OF SONSONATE
REPUBLIC OF EL SALVADOR, C.A.
TEL. 2452-3606

Acajutla, December 13, 2016.-

OF. No. <u>151-1-17</u>
Mr. Director General of the National Civil Police
Department of Judicial Orders
Chief of the Central Archive
San Salvador.-

*Arrest Warrant*
*02/16/17*

284202

It is hereby requested that the Officers of said Police Department be ordered to **ARREST** the accused not present M███ I███ Q████████ L███, approximately 29 years of age, bearer of the Unique Identity Document number ████████ marital status: common law marriage with G███ A███ R███ G███ daughter of D███ G███ L███ and E███ C███ Q███ resident of ████████████████████████████████ Municipality of Sonsonate, Department of Sonsonate; who is charged with committing the offense of **TERRORIST ORGANIZATIONS**, set forth and sanctioned in art. 13 in relation to art. 4 subsections l) and m) and art. 34 subsection a), e) h) and j), all part of the Special Law Against Acts of Terrorism (LECAT), to the detriment of **THE SAFETY OF THE COUNTRY, THE PUBLIC PEACE, and HARMONY AMONG STATES.-**

The accused's Procedural Defense during the Preliminary Hearing was handled by Public Defender Attorney C███ E███ C███ V███. Preventive Detention was ordered against her for the referenced crime in the Preliminary Hearing via a Resolution entered at eighteen hours zero minutes on the thirteenth of December of two thousand sixteen. In addition, I inform you that said proceedings were referred to the Court of First Instance of this City, reason for which, once the arrest is carried out, [she] shall be placed at the disposal of said Court.

**GOD      UNITY      LIBERTY**

(SIGNATURE)

**JOSE ALBERTO CEA, [Illegible]**
**JUSTICE OF THE PEACE**



Req. 182-3-2016-Kata.
Ref. 0293-UDPPSO-07-16 / 513-UDPPSO-07-16.

**NATIONAL CIVIL POLICE**
Department of Registration and
Issuance of Judicial Orders
Received: _____ [Illegible]
Time: __11.30__
[Illegible]: FEB 15 2017

QUALITY CONTROL

PROCESSED

A # ████-043



## U.S. Citizenship and Immigration Services
## Language Services Section
26 Federal Plaza, Room 506
New York, NY 10278
Tel: (212) 264-6831
Fax: (212) 264-2622

## CERTIFICATE OF TRANSLATION

I, Marta Robinson, am competent to translate from Spanish into English, and certify that the ☒ full / ☐ summary translation of the attached document is true and accurate to the best of my abilities.

Translation Number: 581150
A Number: ███████043

_____          June 18, 2018
(Signature of Translator)                              (Date)



**JUZGADO DE PAZ DE ACAJUTLA
DEPARTAMENTO DE SONSONATE
REPÚBLICA DE EL SALVADOR, C. A.
TEL. 2452-3606**

Acajutla, 13 de diciembre de 2016.-

OF. No. 151-1-17.
Sr. Director General de la Policía Nacional Civil.
Departamento de Disposiciones Judiciales.
Jefe del Archivo Central.
San Salvador.-

Orden de captura
16-02-17

284202

    Por este medio solicítole ordene a los Agentes de ése Cuerpo Policial, hacer efectiva la **CAPTURA** de la imputada ausente M▮▮▮ ▮▮▮ Q▮▮▮▮▮ L▮▮▮▮, de 29 años de edad aproximadamente, portadora de su Documento Único de Identidad número ▮▮▮▮▮ estado familiar acompañada con G▮▮ A▮▮ F▮▮ G▮▮, hija de D▮▮▮ ▮▮ L▮▮ y E▮ O▮ Q▮▮▮, residente en ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Municipio de Sonsonate, Departamento de Sonsonate; por atribuírsele el delito de **ORGANIZACIONES TERRORISTAS**, previsto y sancionado en el art. 13 en relación al art.4 letras l) y m) y art. 34 letra a), e) h) y j), todos de la Ley Especial Contra Actos de Terrorismo (LECAT), en perjuicio de **LA SEGURIDAD DEL PAÍS, LA PAZ PÚBLICA y LA ARMONIA DE LOS ESTADOS**.-

    Imputada que en Audiencia Inicial estuvo representada en su Defensa Técnica por la Defensora Pública Licenciada C▮▮▮ F▮ C▮▮▮▮ V▮▮▮▮, a quien por resolución de las dieciocho horas cero minutos del día trece de diciembre del año dos mil dieciséis en Audiencia Inicial se le Decretó la Detención Provisional por el referido delito. No omito manifestarle dichas actuaciones se remitieron Juzgado de Primera Instancia de esta Ciudad, por lo que al hacer efectiva la captura deberá ser puesta a disposición de ése Juzgado.

DIOS UNION LIBERTAD.

**LIC. JOSÉ ALBERTO CEA
JUEZ DE PAZ.-**

Req. 182-3-2016-Kata.
Ref. 0293-UDPPSO-07-16 / 513-UDPPSO-07-16.

POLICIA NACIONAL CIVIL
DEPARTAMENTO DE REGISTRO Y CONTROL
DE DISPOSICIONES JUDICIALES
Recibido: Dosta
Hora: 11.30
15 FEB 2017

LSS: T# 581150



MAGISTRATE'S COURT OF ACAJUTLA
DEPARTMENT OF SONSONATE
REPUBLIC OF EL SALVADOR, C.A.
TEL. 2452-3606

Acajutla, December 13, 2016.-

OF. No. <u>151-1-17</u>
Mr. Director General of the National Civil Police
Department of Judicial Orders
Chief of the Central Archive
San Salvador.-

*Arrest Warrant*
02/16/17

284202

    It is hereby requested that the Officers of said Police Department be ordered to **ARREST** the accused not present M████ I████ Q████████ L████, approximately 29 years of age, bearer of the Unique Identity Document number ████████, marital status: common law marriage with G████ A████ R████ ████████, daughter of D████ G████ L████ and E████ G████ Qu████, resident of ████████████████████████████████████████████ Municipality of Sonsonate, Department of Sonsonate; who is charged with committing the offense of **TERRORIST ORGANIZATIONS**, set forth and sanctioned in art. 13 in relation to art. 4 subsections l) and m) and art. 34 subsection a), e) h) and j), all part of the Special Law Against Acts of Terrorism (LECAT), to the detriment of **THE SAFETY OF THE COUNTRY, THE PUBLIC PEACE, and HARMONY AMONG STATES.-**

    The accused's Procedural Defense during the Preliminary Hearing was handled by Public Defender Attorney C████████ E████ C████████ V████████. Preventive Detention was ordered against her for the referenced crime in the Preliminary Hearing via a Resolution entered at eighteen hours zero minutes on the thirteenth of December of two thousand sixteen. In addition, I inform you that said proceedings were referred to the Court of First Instance of this City, reason for which, once the arrest is carried out, [she] shall be placed at the disposal of said Court.

**GOD     UNITY     LIBERTY**

(SIGNATURE)

**JOSE ALBERTO CEA, [Illegible]
JUSTICE OF THE PEACE**



Req. 182-3-2016-Kata.
Ref. 0293-UDPPSO-07-16 / 513-UDPPSO-07-16.

| NATIONAL CIVIL POLICE |
| --- |
| Department of Registration and Issuance of Judicial Orders |
| Received: _____ [Illegible] |
| Time: __11.30__ |
| [Illegible]: FEB 15 2017 |

A #████████-043

QUALITY CONTROL

PROCESSED



## U.S. Citizenship and Immigration Services
## Language Services Section
26 Federal Plaza, Room 506
New York, NY 10278
Tel: (212) 264-6831
Fax: (212) 264-2622

## CERTIFICATE OF TRANSLATION

I, Marta Robinson, am competent to translate from Spanish into English, and certify that the ☒ full / ☐ summary translation of the attached document is true and accurate to the best of my abilities.

Translation Number: 581150
A Number: 2██████-043

_____     June 18, 2018
(Signature of Translator)                              (Date)



**JUZGADO DE PAZ DE ACAJUTLA**
**DEPARTAMENTO DE SONSONATE**
**REPÚBLICA DE EL SALVADOR, C. A.**
**TEL. 2452-3606**

Acajutla, 13 de diciembre de 2016.-

OF. No. 151-1-17.
Sr. Director General de la Policía Nacional Civil.
Departamento de Disposiciones Judiciales.
Jefe del Archivo Central.
San Salvador.-

Orden de captura
16-02-17

284202

Por este medio solicitole ordene a los Agentes de ése Cuerpo Policial, hacer efectiva la **CAPTURA** de la imputada ausente M████ ████ Q████ L████ de 29 años de edad aproximadamente, portadora de su Documento Único de Identidad número ████ estado familiar acompañada con G████ A█ R████ G████, hija de D████ G████ L█ y E███ Or██ Q█████ residente en ████████████████████ Municipio de Sonsonate, Departamento de Sonsonate; por atribuírsele el delito de **ORGANIZACIONES TERRORISTAS**, previsto y sancionado en el art. 13 en relación al art. 4 letras l) y m) y art. 34 letra a), e) h) y j), todos de la Ley Especial Contra Actos de Terrorismo (LECAT), en perjuicio de **LA SEGURIDAD DEL PAÍS, LA PAZ PÚBLICA y LA ARMONIA DE LOS ESTADOS.-**

Imputada que en Audiencia Inicial estuvo representada en su Defensa Técnica por la Defensora Pública Licenciada C████ E████ C████ V████, a quien por resolución de las dieciocho horas cero minutos del día trece de diciembre del año dos mil dieciséis en Audiencia Inicial se le Decretó la Detención Provisional por el referido delito. No omito manifestarle dichas actuaciones se remitieron Juzgado de Primera Instancia de esta Ciudad, por lo que al hacer efectiva la captura deberá ser puesta a disposición de ése Juzgado.

DIOS UNION LIBERTAD.

LIC. JOSÉ ALBERTO CEA
JUEZ DE PAZ.-

Req. 182-3-2016-Kata.
Ref. 0293-UDPPSO-07-16 / 513-UDPPSO-07-16.

POLICIA NACIONAL CIVIL
DEPARTAMENTO DE REGISTRO Y CONTROL
DE DISPOSICIONES JUDICIALES
Recibido: DO5ta
Hora: 11.30
15 FEB 2017

LSS: T# 581150



MAGISTRATE'S COURT OF ACAJUTLA
DEPARTMENT OF SONSONATE
REPUBLIC OF EL SALVADOR, C.A.
TEL. 2452-3606

Acajutla, December 13, 2016.-

OF. No. 151-1-17
Mr. Director General of the National Civil Police
Department of Judicial Orders
Chief of the Central Archive
San Salvador.-

*Arrest Warrant*
02/16/17

284202

It is hereby requested that the Officers of said Police Department be ordered to ARREST the accused not present M███ ███ Q█████████ L████, approximately 29 years of age, bearer of the Unique Identity Document number ████████ marital status: common law marriage with G███ A███ R███ ████ daughter of D█ G████ L███ and E███ O████ █████, resident of ████████████████████████████████████████ Municipality of Sonsonate, Department of Sonsonate; who is charged with committing the offense of **TERRORIST ORGANIZATIONS**, set forth and sanctioned in art. 13 in relation to art. 4 subsections l) and m) and art. 34 subsection a), e) h) and j), all part of the Special Law Against Acts of Terrorism (LECAT), to the detriment of **THE SAFETY OF THE COUNTRY, THE PUBLIC PEACE, and HARMONY AMONG STATES.-**

The accused's Procedural Defense during the Preliminary Hearing was handled by Public Defender Attorney C█████ E████ C█████ V████████. Preventive Detention was ordered against her for the referenced crime in the Preliminary Hearing via a Resolution entered at eighteen hours zero minutes on the thirteenth of December of two thousand sixteen. In addition, I inform you that said proceedings were referred to the Court of First Instance of this City, reason for which, once the arrest is carried out, [she] shall be placed at the disposal of said Court.

GOD          UNITY          LIBERTY

(SIGNATURE)

JOSE ALBERTO CEA, [Illegible]
JUSTICE OF THE PEACE



Req. 182-3-2016-Kata.
Ref. 0293-UDPPSO-07-16 / 513-UDPPSO-07-16.

QUALITY CONTROL

PROCESSED

| NATIONAL CIVIL POLICE |
| --- |
| Department of Registration and Issuance of Judicial Orders |
| Received: _____ [Illegible] |
| Time: 11.30 |
| [Illegible]: FEB 15 2017 |

A # ████████-043

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
SAN ANTONIO, TX

FILE: ███████

IN THE MATTER OF:

Q███████-L███, M███-███

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Department of Homeland Security and the respondent, it is hereby

[✓]   ORDERED that the request for a change in custody status be denied.

[ ]   ORDERED that the request be granted and that respondent be:

[ ]   released from custody on his own recognizance

[ ]   released from custody under bond of $_____

[✓]   OTHER   Flight risk

Copy of this decision has been served on the respondent and the Department of Homeland Security.

APPEAL:   waived -- (reserved)   Due: August 30, 2018
By Respondent
SAN ANTONIO -- LAREDO, TEXAS - DETENTION FACILITY

Date:   Jul 31, 2018

JUSTIN ADAMS
Immigration Judge

XS

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY MAIL (M)
PERSONAL SERVICE (P)
TO: [ ]ALIEN [ ]ALIEN ATTY/REP [ ]DHS
[ ]ALIEN c/o CUSTODIAL OFFICER
DATE: 07/31/18 by Court Staff ____
Attachments: ( )EOIR 33 ( )EOIR 28
Appeal pack ( )