# EXHIBIT B

| U.S. Department of Homeland Security | Notice of Intent/Decision to Reinstate Prior Order |
|---|---|

File No. ▮▮▮
Event No: ▮▮▮
FINS #: ▮▮▮
Date: May 01, 2018

Name: G▮▮▮ C▮▮▮

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of **REMOVAL** entered against you. This intent is based on the following determinations:
(Deportation / exclusion / removal)

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on **December 09, 2010** at
   (Date)
   **OAKDALE, LOUISIANA**
   (Location)

2. You have been identified as an alien who:

   [X] was removed on **January 14, 2011** pursuant to an order of deportation / exclusion / removal.
   (Date)

   [ ] departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about **April 30, 2018** at or near **HIDALGO, TEXAS**
   (Date)                                                                            (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **SPANISH** *language.*

▮▮▮
(Printed or typed name of official)

(Signature of officer)

**Border Patrol Agent**
(Title of officer)

### Acknowledgment and Response

Subject Refused to sign. Witnessed by:

I [ ] do  [ ] do not wish to make a statement contesting this determination.

_____        _____
(Date)                (Signature of Alien)

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

**May 01, 2018**       **MCALLEN, TEXAS**
(Date)                 (Location)                 (Signature of authorized deciding official)

                                                  **ACTING PATROL AGENT IN CHARGE**
▮▮▮                                                (Title)
(Printed or typed name of official)

Form I-871 (Rev. 08/01/07)

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
1900 EAST WHATLEY ROAD
OAKDALE, LA 71463

In the Matter of:  Case No.: ▓▓▓▓▓▓▓▓
C▓▓▓, G▓▓▓▓▓▓▓
    Docket: **OAKDALE, LA**
RESPONDENT
    IN REMOVAL PROCEEDINGS

### ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the respondent is subject to removal on the charge(s) in the Notice to Appear.

Respondent has made no application for relief from removal.

It is HEREBY ORDERED that the respondent be removed from the United States to ____**HONDURAS**____ on the charge(s) contained in the Notice to Appear.

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in INA section 237(a), who willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General shall be fined and/or imprisoned for up to ten years. Further, any alien who willfully fails or refuses to depart from the United States pursuant to a final removal order or present for removal at the time and place required by the Attorney General shall pay a civil penalty of not more than $500 to the Commissioner for each day the alien is in violation of this section.

JOHN A. DUCK, JR.
Immigration Judge
Date: December 9, 2010

Appeal:  NO APPEAL   (A/I/B)

Appeal Due By:

---

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:   MAIL (M)   PERSONAL SERVICE (P)   FAX (F)
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] Alien's ATT/REP [P] DHS
DATE: _12/09/2010_____   BY: COURT STAFF__JH_____
  Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other
Form EOIR 7 - 4T (REMOVAL Order)

U.S. Department of Homeland Security                                     **Notice to Appear**

### In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID : ▇▇▇▇▇▇    FIN #: ▇▇▇▇▇▇    File No: ▇▇▇▇▇▇
                        DOB: ▇▇/1980     Event No: ▇▇▇▇▇▇

In the Matter of:
     G▇▇▇▇▇ C▇▇▇▇
Respondent: _____ currently residing at:

_____, OAKDALE LOUISIANA 71463 _____
        (Number, street, city and ZIP code)            (Area code and phone number)

☐ 1. You are an arriving alien.
☒ 2. You are an alien present in the United States who has not been admitted or paroled.
☐ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of HONDURAS and a citizen of HONDURAS;
3. You arrived in the United States at or near unknown place, on or about unknown date;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

5. At that time you arrived at a time or place other than as designated by the Attorney General.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.
☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8CFR 208.30(f)(2)  ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
1900 E WHATLEY RD OAKDALE, LA 71463
_____
              (Complete Address of Immigration Court, including Room Number, if any)

on  a date to be set   at  a time to be set  to show why you should not be removed from the United States based on the
      (Date)                  (Time)                                                    SDDO
                                                             _____
charge(s) set forth above.                                    SDDO - New Orleans, LA
                                                             (Signature and Title of Issuing Officer)
Date:  November 2, 2010    NEW ORLEANS, LA
                                                             (City and State)

                    See reverse for important information
                                                             Form I-862 (Rev. 08/01/07)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this preceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____  _____  Date: 11/2/10
(Signature and Title of Immigration Officer)                (Signature of Respondent)

### Certificate of Service

This Notice To Appear was served on the respondent by me on **November 2, 2010**, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[X] in person   [ ] by certified mail, returned receipt requested   [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[ ] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the ____ENGLISH/SPANISH____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____   _____   IMMIGRATION ENFORCEMENT AGENT
(Signature of Respondent if Personally Served)   (Signature and Title of officer)

Form I-862 Page 2 (Rev. 08/01/07)

U.S. Department of Homeland Security | **Warning to Alien Ordered Removed or Deported**

Event No: ▮▮▮
File No: ▮▮▮

Date: 01/03/2011

Alien's full name: ▮▮▮

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

- ☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

- ☒ For a period of 10 years from the date of your departure from the United States because you have been found:
  - ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  - ☒ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.
  - ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
  - ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

- ☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:
  - ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  - ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  - ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.
  - ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
  - ☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

- ☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

> **WARNING:** Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

_(Signature of officer serving warning)_ | _(Title of officer)_ | _(Location of DHS office)_

Form I-294 (07/05/07)

U.S. Department of Homeland Security                    **Warrant of Removal/Deportation**

File No: ▓▓▓▓▓
Event No: ▓▓▓▓▓
Date: January 3, 2011

To any immigration officer of the United States Department of Homeland Security:

G▓▓▓▓ C▓▓▓
_(Full name of alien)_

who entered the United States at ___unk___ on ___Unknown date___
                                  _(Place of entry)_          _(Date of entry)_

is subject to removal/deportation from the United States, based upon a final order by:

- ☒ an immigration judge in exclusion, deportation, or removal proceedings
- ☐ a designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
Section 212(a)(6)(A)(i) of the INA

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursant to law, at the expense of:
Salaries and Expenses, Department of Homeland Security 2011.



_(Signature of immigration officer)_

DEPT. OF HOMELAND SECURITY
IMMIGRATION & CUSTOMS ENFORCEMENT
1010 EAST WHATLEY ROAD
OAKDALE, LA 71463

**DEPUTY FIELD OFFICE DIRECTOR**
_(Title of immigration officer)_

January 3, 2011, Oakdale, LA
_(Date and office location)_

Form I-205 (Rev. 08/01/07)

To be completed by immigration officer executing the warrant:
Name of alien being removed:

G███████ C███

**Port, date, and manner of removal:** _____

Photograph of alien removed

Right index fingerprint of alien removed

6███████ C███
(Signature of alien being fingerprinted)

(Signature and title of immigration officer taking print)

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.  ☐

Departure Verified by: _____
(Signature and title of immigration officer)

Form I-205 (Rev. 08/01/07)

| U.S. Department of Homeland Security | **Warrant of Removal/Deportation** |
|---|---|

File No: ▓▓▓▓
Event No: ▓▓▓▓
Date: October 05, 2013

**To any immigration officer of the United States Department of Homeland Security:**

G▓▓▓▓  C▓▓▓

_____
(Full name of alien)

who entered the United States at  HIDALGO, TEXAS  on  October 02, 2013
                                  (Place of entry)                (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- [x] an immigration judge in exclusion, deportation, or removal proceedings
- [ ] a designated official
- [ ] the Board of Immigration Appeals
- [ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
Section 241(a)(5) of the INA.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
THE DEPARTMENT OF HOMELAND SECURITY, SALARIES AND EXPENSES 2014.

_____
(Signature of immigration officer)
ACTING PATROL AGENT IN CHARGE
(Title of immigration officer)

October 05, 2013                KINGSVILLE, TEXAS
(Date and office location)

Form I-205 (Rev. 08/01/07) N

To be completed by immigration officer executing the warrant:
Name of alien being removed:

G███████ C███

Port, date, and manner of removal:  10/9/13  Harlingen, TX Airport via AIR OPS

Photograph of alien removed

Right index fingerprint of alien removed

✗ G███████
(Signature of alien being fingerprinted)

BORDER PATROL AGENT
(Signature and title of immigration officer taking print)

Departure witnessed by: _____ ICE
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.  ☐

Departure Verified by: _____
(Signature and title of immigration officer)

Form I-205 (Rev. 08/01/07) N

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARNING TO ALIEN ORDERED REMOVED OR DEPORTED

A-File Number: ▮

Date: 10/05/2013

Alien's name: G▮▮▮ C▮

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☐ For a period of 10 years from the date of your departure from the United States because you have been found:

- ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
- ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.
- ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
- ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

☒ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

- ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
- ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
- ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.
- ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
- ☒ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony, as defined under section 101(a)(43) of the Act.

After your removal has been effected you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

**WARNING FOR ALL REMOVED ALIENS:** It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.00.

**SPECIAL NOTICE FOR SEX OFFENDERS:** Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.

_____  _____  _____
(Signature of officer serving warning)         (Title of officer) IEA              (Location of DHS office) PIDC

DHS Form I-294 (3/12)                                                                                   Page 1 of 1

U.S. DEPARTMENT OF HOMELAND SECURITY

## RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

### AFFIDAVIT

Event No: ▓▓▓▓▓▓

IN RE: ▓▓▓, ▓▓▓▓▓▓     FILE NO. ▓▓▓▓▓▓

EXECUTED AT KINGSVILLE, TEXAS     DATE October 05, 2013

Before the following immigration officer of the U.S. Department of Homeland Security: ▓▓▓▓▓▓

in the SPANISH language. Interpreter NONE USED used.

I, ▓▓▓▓▓▓ acknowledge that the above-named officer has identified himself to me as an officer of the United States Department of Homeland Security, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding:

MY ILLEGAL RE-ENTRY INTO THE UNITED STATES AFTER PRIOR ORDER OF REMOVAL.

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

"You have the right to remain silent.
Anything you say can be used against you in court, or in any immigration or administrative proceeding.
You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.
If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer."

I am willing to make a statement without anyone else being present. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me, God.
Being duly sworn, I make the following statement:

Q. Do you wish to have a lawyer or any other person present to advise you?
A. No.
Q. Are you willing to answer my questions at this time?
A. Yes.
Q. Do you swear that all the statements you are about to make will be the truth, the whole truth and nothing but the truth, so help you God?
A. Yes.
Q. What is your true and correct name?
A. ▓▓▓▓▓▓ ▓▓▓▓▓▓
Q. Have you used any other names?
A. No.
Q. Of what country are you a citizen?
A. Honduras.
Q. What is your date and place of birth?
A. I was born on ▓▓▓▓▓▓ 1980 in ▓▓▓▓▓▓ Ocotepeque, Honduras.
Q. When did you last enter the United States?
A. I entered on October 02, 2013.
Q. Have you ever been ordered deported, excluded, or removed from the United States?
A. Yes, one other time.
Q. How and where did you enter the United States at that time?
A. I came in through Laredo by crossing the river.
Q. After you were ordered deported, excluded, or removed, were you removed by the INS or did you leave the United States voluntarily?
A. I was removed.
Q. Have you ever applied to the Attorney General of the United States for permission to re-enter the United States after you were deported, excluded, or removed from the United States?
A. No.

Q. Is there anything else you would like to say at this time?
...(CONTINUED ON I-831)

Form I-215B N (Rev. 08/01/07)

| U.S. Department of Homeland Security | Continuation Page for Form I215B |
|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| G[redacted] | Event No [redacted] | October 05, 2013 |

A. No.

I have read (or have had read to me) the foregoing statement consisting of 2 pages. I affirm that the answers attributed to me herein are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my questioning by the above-named officer of the Immigration and Naturalization Service. I have initialized each page of this statement (and the corrections noted on page(s) 0 ).

Signature of alien: X6 [redacted]

Subscribed and sworn to me at: Kingsville, Texas on 10/05/2013.

_____     _____
(Signature of Immigration Officer)     (Signature of Witness)

| Signature | Title |
|---|---|
| [redacted] | BORDER PATROL AGENT |

2 of 2 Pages

Form I-831 Continuation Page (Rev. 08/01/07)