Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

*Attorneys for Petitioner-Plaintiff*
*\*Admitted Pro Hac Vice*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*samdur@aclu.org*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., *Petitioner-Plaintiff*, v. U.S. Immigration and Customs Enforcement ("ICE"), et al., *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: September 17, 2018<br><br>**NOTICE OF SUPPLEMENTAL DECLARATION REGARDING REUNIFICATIONS OF TWO PARENTS** |

At the Status Conference on September 14, 2018, the Court asked whether Mr. C and Ms. Q would have been separated and kept from their young children prior to the enactment of the recent zero-tolerance separation policy. Plaintiffs submit the following declaration to address this question.

Robert Carey, former Director of ORR from May 2016 to January 2017, notes that it was "extremely rare for any child under five years old to enter ORR care where the child had entered the country with their parent," Supplemental Declaration of Robert Carey, Ex. 66, ¶ 6, and that he can recall only one example of a child under five years of age being separated from their parent because of alleged criminal conduct — a case of the parent allegedly involved in sex trafficking the child, *Id.* ¶ 8.

Additionally, Mr. Carey stresses the importance of the fact that independent, appointed child advocates for Mr. C. and Ms. Q.'s children strongly recommend immediate reunification and state that they have no concerns for the child's safety. (These letters were attached to Plaintiffs' July 13 filing).

Finally, in their submission, the government noted for the first time an INTERPOL red flag notice for Ms. Q. An INTERPOL red flag notice does not independently verify the validity of the warrant's charges but simply notes that a warrant exists. See *Red Notices*, INTERPOL, https://www.interpol.int/INTERPOL-expertise/Notices/Red-Notices (last visited Sept. 17, 2018).

Dated: September 17, 2018                     Respectfully Submitted,

                                              */s/Lee Gelernt*
 Bardis Vakili (SBN 247783)                   Lee Gelernt*
ACLU FOUNDATION OF SAN                        Judy Rabinovitz*
DIEGO & IMPERIAL COUNTIES                     Anand Balakrishnan*
P.O. Box 87131                                AMERICAN CIVIL LIBERTIES
San Diego, CA 92138-7131                      UNION FOUNDATION
T: (619) 398-4485                             IMMIGRANTS' RIGHTS PROJECT
F: (619) 232-0036                             125 Broad St., 18th Floor
*bvakili@aclusandiego.org*                    New York, NY 10004

Stephen B. Kang (SBN 2922080)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2018, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ Lee Gelernt
Lee Gelernt, Esq.
Dated: September 17, 2018

Lee Gelernt\*
Judy Rabinovitz\*
Anand Balakrishnan\*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*Additional counsel on next page*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Spencer E. Amdur (SBN 320069)
Stephen B. Kang (SBK 292280)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*samdur@aclu.org*
*skang@aclu.org*

*\*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., <br><br> *Petitioners-Plaintiffs,* <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"); et al., <br><br> *Respondents-Defendants.* | Case No. 18-cv-00428-DMS-MDD <br><br> **DECLARATION OF ROBERT CAREY** <br><br> CLASS ACTION <br><br> NO HEARING DATE |

1. I, Robert Carey, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

2. I previously served as Director of the Office of Refugee Resettlement ("ORR") in the Department of Health and Human Services ("HHS") from March 2015 until January 2017.

3. As Director of ORR, I oversaw all of ORR's programs, including the Unaccompanied Immigrant Minor ("UC") program.

4. I have previously submitted a declaration in this case, at Dkt. 78, Ex. 33. I incorporate that declaration, including my qualifications, by reference herein.

5. Plaintiffs have informed me that they have asked the Court to order the reunification of two parents with their separated children: Ms. Q, and Mr. C, whose children are now four and two years old, respectively. Plaintiffs have also informed me that Ms. Q has an outstanding warrant for her arrest from El Salvador, and that Mr. C has a conviction eight years ago for the misdemeanor of aggravated assault. I have been briefed by Plaintiffs' counsel as to the government's representations about these alleged criminal allegations or convictions for both parents. Further, I am aware that Mr. C's child and Ms. Q's child have appointed, independent child advocates, both of whom have investigated their cases, found no dangers or concerns with reuniting them with their parents, and recommended that they be immediately reunified.

6. When I was Director of ORR, it was extremely rare for any child under five years old to enter ORR care where the child had entered the country with their parent. From what I can recall, such cases only occurred in highly exceptional circumstances, such as when a young child entered the United States with an older sibling and both were put in ORR care together.

7. My recollection is that very young children were rarely separated from their accompanying parents on the basis of the parents' criminal histories. In fact, it was

highly unusual to see children in ORR custody who were under eight years old who were separated based on the parent's criminal history.

8.     When such separations occurred, it was because there was credible evidence that the parent was a serious danger to their own their child. I can only remember one instance where a child under five years of age was separated from his or her parent because of the parent's alleged criminal conduct, and that was an instance where the parent allegedly was involved in sex trafficking their own child. The fact that here independent child advocates for the children of Mr. C. and Ms. Q. both recommend immediate reunification (and note that they have no safety concerns) would strongly counsel in favor of reunifying these families.

9.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, based on my personal knowledge. Executed in London, England, on September 17, 2018.

/s/ Robert Carey
ROBERT CAREY