Daniel Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Telephone: 646-905-8907

Email: dgalindo@aclu.org

Attorney for Petitioner

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L. et al., | Case No. 18-cv-00428-DMS-MDD |
| *Petitioners-Plaintiffs*, | |
| v. | **NOTICE OF APPEARANCE** |
| U.S. Immigration and Customs Enforcement ("ICE"), et al., | |
| *Respondents-Defendants*. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Daniel Galindo of the American Civil Liberties Union Foundation Immigrants' Rights Project hereby enters his appearance as counsel of record on behalf of Petitioners-Plaintiffs Ms. L. et al. in the above captioned matter and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

1

Daniel Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Telephone: 646-905-8907

Email: dgalindo@aclu.org

Dated: September 20, 2018           Respectfully Submitted,

                                    */s/ Daniel Galindo*
                                    Daniel Galindo
                                    dgalindo@aclu.org

2