UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

```
_____
                                      )
MS. L, ET AL.,                        )
                                      )CASE NO. 18CV0428-DMS
        PETITIONERS-PLAINTIFFS,       )       18CV1626-DMS
                                      )       18CV1832-DMS
VS.                                   )
                                      )SAN DIEGO, CALIFORNIA
U.S. IMMIGRATION AND CUSTOMS          )  SEPTEMBER 21, 2018
ENFORCEMENT ("ICE"), ET AL.,          )  1:00 P.M. CALENDAR
                                      )
        RESPONDENTS-DEFENDANTS.       )
----------------------------------------
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

TELEPHONIC STATUS CONFERENCE

REPORTED BY:                    LEE ANN PENCE,
                                OFFICIAL COURT REPORTER
                                UNITED STATES COURTHOUSE
                                333 WEST BROADWAY, ROOM 1393
                                SAN DIEGO, CALIFORNIA 92101

COUNSEL APPEARING TELEPHONICALLY:


FOR PLAINTIFF:                    ANAND VENKATA BALAKRISHNAN, ESQ.
                                 STEPHEN B. KANG, ESQ.
                                 ACLU IMMIGRANT RIGHTS PROJECT
                                 125 BROAD STREET 18TH FLOOR
                                 NEW YORK, NEW YORK 10004


FOR DEFENDANT:                   SCOTT STEWART, ESQ.
                                 SARAH B. FABIAN, ESQ.
                                 U.S. DEPARTMENT OF JUSTICE
                                 OFFICE OF IMMIGRATION LITIGATION
                                 P.O. BOX 868
                                 BEN FRANKLIN STATION
                                 WASHINGTON, DC 20044


ALSO APPEARING:                  JUSTIN W. BERNICK, ESQ.
                                 JENNIFER LEVY, ESQ.
                                 CAROLINE HELLER, ESQ.
                                 JACK MCBRIDE, ESQ.
                                 SIRINE SHEBAYA, ESQ.
                                 WILSON BARMEYER, ESQ.
                                 REX CHEN, ESQ.

```
 1    SAN DIEGO, CALIFORNIA - FRIDAY, SEPTEMBER 21, 2018 - 1:07 P.M.

 2                              *   *   *

 3              THE CLERK:  NO 19 ON CALENDAR, CASE NO. 18CV0428,

 4    MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR

 5    STATUS CONFERENCE.

 6              THE COURT:  GOOD AFTERNOON, COUNSEL.  THIS IS JUDGE

 7    SABRAW.

 8              I HAVE NOTED, FOR APPEARANCES, MS. FABIAN AND MR.

 9    STEWART FOR THE GOVERNMENT.  AND FOR PLAINTIFFS' COUNSEL ON

10    THE VARIOUS CASES, MR. KANG AND MR. -- IS IT BALAKRISHNAN?

11    SORRY ABOUT THAT.

12              MR. BALAKRISHNAN:  YES, YOUR HONOR.  IT IS

13    BALAKRISHNAN.

14              THE COURT:  SO MR. BALAKRISHNAN STANDING IN FOR MR.

15    GELERNT.  I HAVE MS. LEVY ON THE NTC CASE.  MR. BERNICK ON

16    MMM.  MR. CHEN ON RGH.  AND MS. SHEBAYA AND MR. BARMEYER ON

17    THE DORA CASES, OR CASE.  AND I HAVE ALSO CAROLINE HELLER ON

18    RGH.

19              SO THANK YOU FOR YOUR APPEARANCES.

20              MR. MCBRIDE:  YOUR HONOR, THIS IS JACK MCBRIDE.  I

21    AM ALSO THERE ON THE RGH CASE.

22              THE COURT:  OKAY.  THANK YOU.  I APPRECIATE THE

23    APPEARANCE.

24              ON THE MMM, DORA RELATED ISSUES, THE PARTIES

25    INDICATED IN THE JOINT STATUS REPORT THAT THE AGREEMENT IS
```

 1 | IN -- I GUESS IN SHAPE AND FORM, IT IS JUST A MATTER OF
 2 | DOTTING THE I'S AND CROSSING THE T'S.
 3 |         IS THERE A TIME ESTIMATE OR A DATE THAT IS REQUESTED
 4 | BY THE PARTIES ON WHICH THE SETTLEMENT AGREEMENT WOULD BE
 5 | SUBMITTED TO THE COURT FOR APPROVAL AND TO GET THE PROCESS
 6 | ROLLING WITH RESPECT TO THE RULE 23 NOTICE ISSUES?
 7 |         **MR. STEWART:**  YOUR HONOR, THIS IS MR. STEWART FOR
 8 | THE DEFENDANTS.
 9 |         I DON'T THINK WE QUITE HAVE A DATE YET FOR YOU, BUT
10 | I HOPE THAT WE CAN HAVE THAT SOON.  WE ARE MOVING
11 | EXPEDITIOUSLY, AND I THINK WE ALL WANT TO GET THAT IN FRONT OF
12 | YOU PROMPTLY.  WE ARE JUST MAKING SURE THAT WE GET ALL OF THE
13 | POINTS RIGHT BECAUSE, AS YOUR HONOR KNOWS AND RECOGNIZES,
14 | THERE ARE MANY DOCUMENTS TO CHECK FOR RULE 23 AND WE JUST WANT
15 | TO MAKE SURE THAT WE COVER ALL OF THE BASES THERE.  I THINK
16 | WHEN WE GET BETTER SENSE OF A DATE WE CAN MAYBE SIGNAL THAT.
17 |         **THE COURT:**  ALL RIGHT.  LET ME INQUIRE, THEN, OF MR.
18 | BERNICK.
19 |         DO YOU BELIEVE THAT WITH THE PARTIES' CONTINUED
20 | EFFORTS SOMETHING CAN BE SUBMITTED TO THE COURT, FOR EXAMPLE,
21 | BY NEXT THURSDAY?  OR ARE THERE TOO MANY MOVING PARTS FOR THE
22 | PARTIES TO ASK THE COURT TO SET A DATE CERTAIN?
23 |         **MR. BERNICK:**  YES, YOUR HONOR.  SO JUST TO GIVE YOU
24 | A LITTLE BIT MORE DETAIL ON WHERE THINGS STAND.  WE PUT
25 | TOGETHER DRAFT PAPERS AND WE PROVIDED THEM TO THE GOVERNMENT,

1    I BELIEVE IT WAS LATE IN THE DAY WEDNESDAY, AND I UNDERSTAND

2    THEY NEED TO RUN SOME TRAPS ON THEIR END TO REVIEW THEM.  WE

3    MAY NEED TO REVIEW SOME ADDITIONAL THINGS ON OUR END.  BUT THE

4    DRAFTS ARE IN PROCESS AND I EXPECT, WITHOUT FURTHER HICCUPS,

5    WE SHOULD BE ABLE TO GET THEM DONE PROMPTLY.  THERE IS JUST A

6    LOT OF APPROVAL OF A LOT OF PARTIES THAT NEED TO TAKE A LOOK

7    AT IT.  BUT THE DRAFTS ARE PREPARED, IT IS JUST A MATTER OF

8    MAKING SURE THAT EVERYONE HAS SIGNED OFF.

9          I THINK THAT IS SORT OF WHERE THE GOVERNMENT MIGHT

10   BE AS WELL, BUT SPEAKING FOR THE PLAINTIFFS THAT IS WHERE WE

11   ARE.  WE HAVE THESE DRAFTS IN PLACE, IT IS JUST A MATTER OF

12   MAKING SURE THAT THEY ARE AGREED ON AND NO ONE OBJECTS TO THE

13   LANGUAGE BEFORE WE GET THEM ON FILE.

14          **THE COURT:**  IF THE COURT WERE TO SET A DEADLINE BY

15   THURSDAY OF NEXT WEEK, IS THAT SOMETHING THAT CAN BE MET, MR.

16   STEWART, OR AM I SETTING PEOPLE UP FOR FAILURE?

17          **MR. STEWART:**  THAT MAY BE POSSIBLE, YOUR HONOR.  I

18   THINK IT MIGHT BE A LITTLE TIGHT.  BUT WE CAN AIM FOR THAT,

19   AND MAYBE JUST LET YOUR HONOR KNOW IF IT LOOKS LIKE WE MIGHT

20   NEED A LITTLE BIT MORE TIME.  I WANT TO BE CAREFUL NOT TO LET

21   THINGS SLIP.

22          BUT I CAN SAY THAT IN ADDITION TO JUST GETTING THE

23   PAPERS RIGHT, YOUR HONOR, WE ARE MAKING AN EFFORT TO GET OUT

24   AHEAD OF IMPLEMENTATION MATTERS AND JUST MAKE SURE THAT THERE

25   IS NOT UNNEEDED DELAY THERE.  WE ARE MOVING PIECES THERE AS

SEPTEMBER 21, 2018

1   WELL.  BUT MAYBE THURSDAY AS A TARGET, AND WE CAN LET YOU KNOW

2   IF WE NEED MORE TIME, WOULD BE MY SUGGESTION.

3           **THE COURT:**  OKAY.  I THINK THAT IS FAIR ENOUGH.  I

4   WILL JUST ISSUE AN ORDER INDICATING THAT THE JOINT MOTION AND

5   ORDER BE SUBMITTED BY THURSDAY OF NEXT WEEK, SUBJECT TO

6   ADJUSTMENT FOR GOOD CAUSE SHOWN.  AND, OF COURSE, ENCOURAGE

7   THE PARTIES TO CONTINUE TO WORK AND TO MOVE THINGS

8   EXPEDITIOUSLY, AS YOU HAVE BEEN DOING.

9           WITH REGARD TO THE -- WELL, THERE WAS AN INDICATION

10  THAT THE PARTIES ARE MOVING NOW WITH THE ASYLUM PROCESS.  AND

11  AS WE DISCUSSED LAST WEEK, THERE WAS GOING TO BE AN EFFORT BY

12  THE PARTIES TO GET STARTED RIGHT AWAY.

13          MR. BERNICK, CAN YOU GIVE ME AN OVERVIEW OF WHAT

14  THAT LOOKS LIKE, WHAT PROGRESS HAS BEEN MADE IN THAT REGARD.

15  I AM ASSUMING THAT THERE IS MOVEMENT AND THINGS ARE UNDERWAY

16  NOW PENDING THIS APPROVAL PROCESS.

17          **MR. BERNICK:**  THAT'S CORRECT, YOUR HONOR.  SO WHAT

18  WE HAVE DONE ON OUR END, EVEN PRIOR TO ANY OFFICIAL NOTICE

19  PROCESS UNDER THE SETTLEMENT, IS REACHED OUT TO THE ADVOCATES

20  ON THE GROUND AT THE DETENTION FACILITIES TO COMPILE LISTS OF

21  INDIVIDUALS WHO EITHER WANT TO PROCEED WITH THE PROCEDURES SET

22  FORTH IN THE AGREEMENT OR ALTERNATIVELY WOULD PREFER TO WAIVE

23  THOSE RIGHTS AND SEEK IMMEDIATE REMOVAL.  I AM EXPECTING THOSE

24  LISTS TO BE PREPARED HERE SHORTLY.

25          WE ALSO -- AND I HAD A DISCUSSION.  WE HAVE BEEN

1    MEETING AND CONFERRING WITH THE GOVERNMENT ABOUT WHETHER WE

2    WANT TO MEMORIALIZE THOSE DECISIONS IN WRITING TO MAKE SURE

3    THAT WE HAVE A WRITTEN RECORD OF ANY WAIVER OF RIGHTS UNDER

4    THE AGREEMENT, WHICH WE CAN DO, IF WE -- ONCE WE REACH AN

5    AGREEMENT ON THAT TYPE OF DOCUMENTATION.

6          AND AT THAT POINT WHEN WE HAVE THOSE LISTS THESE

7    INDIVIDUALS COULD BEGIN TO MOVE THROUGH THE PROCESS AND MOVE

8    THROUGH THE SYSTEM.

9          SO I AM TOLD THAT THOSE LISTS ARE BEING COMPILED AS

10   WE SPEAK, AND HAVE BEEN COMPILED OVER THE PAST FEW DAYS.  AND

11   ONCE WE HAVE THOSE LISTS WE ARE GOING TO PROVIDE THEM TO THE

12   GOVERNMENT SO WE CAN BEGIN TO MOVE THROUGH THE PROCESS.

13         FROM OUR PERSPECTIVE, THAT IS THE MOST EXPEDITIOUS

14   WAY TO MOVE FORWARD.

15         WE ALSO -- AS FOR INDIVIDUALS WHO ARE NOT CURRENTLY

16   IN DETENTION, PART OF THE PROPOSAL THAT WE SUBMITTED WITH OUR

17   DRAFT PAPERS IS THAT THERE WOULD, OF COURSE, BE A PROCESS OF

18   NOTIFYING VARIOUS OTHER INTERESTED ADVOCACY GROUPS, LAW FIRMS,

19   ORGANIZATIONS THAT WORK WITH THOSE INDIVIDUALS SO THAT THEY

20   COULD MAKE SIMILAR ELECTIONS AS TO WHETHER OR NOT TO PROCEED

21   WITH THE PROCEDURES IN THE AGREEMENT OR INSTEAD TO WAIVE THEIR

22   RIGHTS, AND THAT THEY COULD ALSO BEGIN TO MOVE THROUGH THE

23   SYSTEM.

24         OUR PRIORITY RIGHT NOW HAS BEEN TO FOCUS ON THOSE

25   WHO ARE IN DETENTION, BECAUSE THEY ARE IN DETENTION.  AND IF

SEPTEMBER 21, 2018

1    WE CAN WORK THROUGH THOSE MORE QUICKLY IT ADDRESSES NEEDS FOR

2    THE GOVERNMENT, AS WELL, TO FREE UP SPACE AND RESOURCES, BUT

3    ALSO TO REMOVE PEOPLE AS QUICKLY AS POSSIBLE IF THAT IS THEIR

4    DECISION.

5         SO THAT IS WHERE OUR FOCUS HAS BEEN AS AN INITIAL

6    MATTER.

7         **THE COURT:**  HAVE THERE BEEN ANY CREDIBLE FEAR

8    HEARINGS OR ANY OTHER TYPE OF HEARINGS, EITHER 235 OR 240

9    HEARINGS, OR NOT?  IS IT -- AND IF NOT, I ASSUME IT IS

10   AWAITING THE COMPILATION OF THE VARIOUS LISTS YOU HAVE JUST

11   DESCRIBED.

12        **MR. BERNICK:**  MY UNDERSTANDING IS NO, BUT SCOTT MAY

13   HAVE BETTER INFORMATION THAN I DO.

14        **MR. STEWART:**  YES, YOUR HONOR.  THOSE HAVE NOT MOVED

15   YET, IS MY UNDERSTANDING.  SORT OF CRITICAL FIRST PIECE -- AND

16   WE AND THE PLAINTIFFS ARE WORKING ON THIS -- IS THE

17   ESTABLISHMENT OF THE WISHES OF THE DETAINED FAMILIES AND

18   OTHERS.  WHETHER THOSE FOLKS DECIDE TO WAIVE RIGHTS UNDER THE

19   AGREEMENT AND RETURN TO THEIR COUNTRIES OF ORIGIN OR DECIDE TO

20   PURSUE RELIEF UNDER THE AGREEMENT, THERE ARE PRETTY

21   SIGNIFICANT OPERATIONAL STEPS THAT THE GOVERNMENT WOULD NEED

22   TO TAKE.  SO WE ARE TRYING TO MOVE AS EXPEDITIOUSLY AS

23   POSSIBLE TO FIND A WAY WHERE WE FIND CLEAR EXPRESSIONS OF

24   FOLKS' INTENTIONS, WHICHEVER WAY THEY WANT TO GO, SO THAT WE

25   CAN MOVE THOSE PROMPTLY AND IN DUE COURSE.

SEPTEMBER 21, 2018

1        WE HAVE BEEN CONFERRING ABOUT THAT, AND DO THINK

2   THAT SOME KIND OF FORM JUST SIMILAR TO OTHER FORMS MAKES THOSE

3   INTENTIONS VERY CLEAR AND ENABLES US TO MAKE SURE THAT PEOPLE

4   GET ON THE RIGHT PROCESS PROMPTLY IS WHAT WE ARE AIMING FOR.

5        **THE COURT:**  OKAY.  THANK YOU.

6        ANYTHING FROM THE DORA ATTORNEYS, OR HAVE WE COVERED

7   THE STATUS ON THE ASYLUM RELATED ISSUES?

8        **MR. BARMEYER:**  YOUR HONOR, THIS IS WILSON BARMEYER

9   FOR THE DORA FOLKS.

10       MR. STEWART AND MR. BERNICK HAVE COVERED THE STATUS.

11  ONE PROCEDURAL THING WE ARE WORKING ON IS TO BRING PERHAPS A

12  CLASS REPRESENTATIVE OVER FROM DC THAT WOULD FEEL SITUATED TO

13  REPRESENT THE CLASS.  WE HAD SOME COOPERATIVE DISCUSSIONS WITH

14  MR. STEWART EARLIER TODAY.  AND SO WE LOOK FORWARD TO MOVING

15  THAT AHEAD IN SOME FORM.

16       **THE COURT:**  ALL RIGHT.  OKAY.  THANK YOU.

17       LET'S MOVE TO THE MS. L. STATUS, THE REUNIFICATION.

18       THIS REPORT, AGAIN, LOOKS VERY PROMISING.  THE

19  THREE-WAY CALL THAT'S BEING ORCHESTRATED BY COMMANDER WHITE

20  SEEMS VERY PRODUCTIVE.  SO JUST A FEW QUESTIONS HERE.

21       AT PAGE 5, GOVERNMENT HAS INDICATED THAT THERE ARE

22  254 CHILDREN REMAINING -- THAT NUMBER KEEPS DROPPING, WHICH IS

23  A GOOD SIGN -- AND AN INDICATION THAT THERE ARE NO CONTACT

24  ISSUES WITH RESPECT TO ALL OF THE REMAINING CHILDREN, THE 254.

25  SO THAT WOULD MEAN THAT THERE IS NO CONTACT ISSUE WITH RESPECT

SEPTEMBER 21, 2018

1    TO REACHING THE PARENTS OF THOSE CHILDREN.

2            THE PLAINTIFFS, AT PAGE 10, INDICATE THERE ARE 31.

3    SO WHAT'S CAUSING THAT DISCREPANCY?

4            **MR. STEWART:**  YOUR HONOR, I BELIEVE THE DISCREPANCY

5    IS IN PART BECAUSE I THINK THE PLAINTIFFS ARE WORKING OFF LAST

6    WEEK'S NUMBER OF 279, WHICH I BELIEVE COVERS -- THEREFORE

7    LEADS TO A LARGER NUMBER.

8            I BELIEVE THAT A NUMBER OF THE FOLKS IN THEIR LARGER

9    NUMBER HAVE NOW MOVED THROUGH AND ARE PART OF THAT DECLINE DUE

10   TO REPATRIATIONS OR SPONSOR DISCHARGES, I BELIEVE.

11           **MR. BALAKRISHNAN:**  YOUR HONOR, THIS IS MR.

12   BALAKRISHNAN FOR THE MS. L. PLAINTIFFS.

13           I THINK THAT IN ADDITION TO WHAT MR. STEWART JUST

14   IDENTIFIED I BELIEVE THAT PART OF THE REASON THAT WE ARE

15   SAYING THAT THE 31 WHO HAVE NOT YET BEEN CONTACTED IS BECAUSE

16   THE CONTACT EFFORTS ARE ONGOING; WHICH MEANS THAT THE STEERING

17   COMMITTEE MAY HAVE RECENTLY GOTTEN NEW NUMBERS FROM THE

18   GOVERNMENT AND ARE CALLING THEM, HAVE NOT YET REACHED THE

19   PARENTS BUT DO NOT FEEL LIKE IT MEANS THAT THE NUMBERS ARE

20   INOPERATIVE OR INEFFECTIVE.  AND THAT'S THE REASON FOR THE

21   DISCREPANCY.

22           AND IN ADDITION I DO KNOW THAT THE STEERING

23   COMMITTEE AND THE GOVERNMENT ARE MEETING AND CONFERRING IN

24   ORDER TO SET UP FURTHER THREE-WAY CALLS FOR SOME PORTION OF

25   THOSE 31 WHERE WE HAVE NOT YET BEEN ABLE TO GET IN TOUCH WITH

SEPTEMBER 21, 2018

```
1   THE PARENTS TO STREAMLINE THE PROCESS.
2           THE COURT:  YES.  IF I AM READING THE PLAINTIFFS'
3   ASSESSMENT CORRECTLY, PLAINTIFFS ARE -- IT WOULD APPEAR ARE
4   OPTIMISTIC THAT EVERY PARENT WILL BE REACHED.  AND THAT
5   THROUGH THIS THREE-WAY CALLING AND THE GOVERNMENT'S
6   INVOLVEMENT THROUGH COMMANDER WHITE THAT REAL PROGRESS IS
7   BEING MADE AND THERE IS REAL OPTIMISM THAT EVERY PARENT WILL
8   BE CONTACTED.  IS THAT A FAIR ASSESSMENT?
9           MR. BALAKRISHNAN:  YES, YOUR HONOR, IT IS.
10          THE COURT:  THAT'S WONDERFUL NEWS.
11          THAT BEING THE CASE, IT WOULD APPEAR WITHIN A VERY
12  SHORT PERIOD OF TIME, IN THE NEXT FEW WEEKS, ALL PARENTS WILL
13  BE REACHED, AND THE PLAINTIFFS' STEERING COMMITTEE WILL HAVE
14  COMMUNICATED WITH THE GOVERNMENT WHETHER THERE IS GOING TO BE
15  A REQUEST FOR REUNIFICATION, OR A REQUEST THAT REUNIFICATION
16  NOT OCCUR AND THE CHILD WOULD BE FREE TO PURSUE THE TVPRA
17  SPONSORSHIP AND LIKELY A 240 HEARING.
18          SO IT WOULD APPEAR IN THE NEXT FEW WEEKS THE PARTIES
19  WILL BE ABLE TO REPORT TO THE COURT AND THE PUBLIC THAT ALL
20  PARENTS HAVE BEEN CONTACTED AND THEIR WISHES HAVE BEEN
21  COMMUNICATED.  AND THEN WE WILL SIMPLY BE IN A POSITION OF
22  EFFECTING THE REPATRIATION OR PURSUING THE TVPRA SPONSORSHIP
23  RELIEF FOR CHILDREN IN COUNTRY.  IS THAT CORRECT?
24          MR. BALAKRISHNAN:  THIS IS MR. BALAKRISHNAN AGAIN.
25          YES, YOUR HONOR, WE ARE HOPEFUL THAT IN THE NEXT FEW
```

SEPTEMBER 21, 2018

1   WEEKS WE WILL REACH THE END OF THE PROCESS WITH CONTINUED

2   COOPERATION OF THE GOVERNMENT IN ARRANGING FOR THE CALLS AND

3   PROVIDING INFORMATION, ABSOLUTELY.

4           **THE COURT:**  MR. STEWART, ANYTHING IN ADDITION?  IT

5   SEEMS TO BE ALL POSITIVE NEWS.

6           **MR. STEWART:**  I AGREE, YOUR HONOR.  WE SHARE THAT

7   HOPE AND ARE GLAD THINGS ARE MOVING IN THE RIGHT DIRECTION,

8   AND WE WILL AIM FOR THAT PROMPT MOVEMENT AS WELL.

9           **THE COURT:**  THE ONLY OTHER COMMENT I HAVE, AT PAGE

10  12 PLAINTIFFS' COUNSEL IS AGAIN ASKING FOR ADDITIONAL

11  INFORMATION TO EXPLAIN WHY PARENTS AND CHILDREN HAVE BEEN

12  REMOVED FROM OR ADDED TO THE LIST, AS REFLECTED IN EACH WEEK'S

13  JOINT STATUS REPORT, BECAUSE THERE IS SOME CONFUSION ABOUT

14  ESSENTIALLY WHO IS ON FIRST AND HOW THE GOVERNMENT IS

15  CALCULATING THE NUMBERS.  AND I HAVE THE SAME CONFUSION.

16          IT APPEARS THAT EVERYTHING IS WORKING VERY SMOOTHLY,

17  BUT THE PLAINTIFFS HAVE A DIFFERENT SET OF NUMBERS THAN THE

18  GOVERNMENT.  AND I SHARE THE PLAINTIFFS' CONFUSION IN THAT

19  REGARD.

20          SO I WILL SIMPLY ASK THE PARTIES TO CONTINUE TO MEET

21  AND CONFER, SO THAT WHAT I AM EXPECTING IN THE NEXT FEW WEEKS

22  IS ESSENTIALLY A FINAL STATUS REPORT WITH BOTH PARTIES

23  AGREEING ON WHAT THE NUMBERS ARE; THAT, FOR EXAMPLE, X NUMBER

24  OF PARENTS WERE REMOVED WITHOUT THEIR CHILD, X NUMBER OF

25  PARENTS WERE CONTACTED.  AND THEN A BREAKDOWN AS TO HOW MANY

SEPTEMBER 21, 2018

```
1    CHILDREN WILL BE REPATRIATED AND HOW MANY CHILDREN WILL REMAIN
2    IN COUNTRY CONSISTENT WITH THEIR PARENT'S DESIRE TO PURSUE
3    ASYLUM HERE.
4              SO I WOULD SIMPLY ASK THE PARTIES TO CONTINUE TO
5    MEET AND CONFER IN THAT REGARD, WITH THE TARGET BEING IN THE
6    NEXT FEW WEEKS OF PERHAPS NOT A FINAL BUT CERTAINLY AN
7    ACCOUNTING THAT IDENTIFIES ALL PARENTS ON ONE GRID.
8              WITH THAT, ARE THERE ANY OTHER POINTS OR AREAS WE
9    NEED TO COVER ON THE JOINT STATUS REPORT FOR THE MS. L. CASE?
10             MR. STEWART:  YOUR HONOR, JUST ONE QUICK OBSERVATION
11   ON THE JOINT STATUS REPORT.
12             I SHARE YOUR DESIRE TO HAVE A UNIFIED AND CONSISTENT
13   REPORT WITH THE SAME NUMBERS FOR ALL PARTIES, AND WE WILL WORK
14   IN THAT DIRECTION.
15             I BELIEVE AT PAGES 10 THROUGH 11 OF THE STATUS
16   REPORT, MY UNDERSTANDING WAS THAT THE MS. L. PLAINTIFFS HAD
17   BEEN ABLE TO -- WITH THE INFORMATION THAT WE HAD GIVEN THEM
18   WERE ABLE TO CONFIRM, YOU KNOW, SOME OF THE NUMBERS THAT THEY
19   HAD QUESTIONS ABOUT AND ARE STILL WORKING TO DO SO.
20             AND MY UNDERSTANDING IS THAT THEY BELIEVE THAT THE
21   CONTINUED, YOU KNOW, MEETING AND CONFERRING ABOUT INFORMATION
22   IS NEEDED, WOULD HELP KIND OF CLOSE THE LOOP COMPLETELY ON
23   THAT.  SO I WOULD EXPRESS OPTIMISM IN THAT REGARD AND WE CAN
24   CONTINUE WORKING WITH THEM TO MAKE SURE THERE IS CLARITY.
25             THE COURT:  OKAY.  THANK YOU.
```

SEPTEMBER 21, 2018

1          THAT RAISES ANOTHER QUESTION I HAD.  AT PAGE 6 THERE

2     IS AN INDICATION BY THE GOVERNMENT THAT PLAINTIFFS' STEERING

3     COMMITTEE HAS BEEN IN CONTACT WITH THE 22 PARENTS FOR 28 OR

4     MORE DAYS, AND THE PLAINTIFFS' COMMITTEE HAS NOT COMMUNICATED

5     THE INTENT OF THE PARENTS.

6          CAN YOU SPEAK TO THAT, MR. KANG OR MR. -- I AM NOT

7     GOING TO PRONOUNCE YOUR NAME CORRECTLY -- BALAKRISHNAN, AND

8     EXPLAIN WHAT IS HAPPENING THERE.

9          **MR. BALAKRISHNAN:**  YES, YOUR HONOR.  THIS IS

10    MR. BALAKRISHNAN AGAIN.

11         WITHIN THAT 22 ARE PARENTS WHERE THERE HAVE BEEN

12    CHALLENGES IN EITHER SORT OF CONTINUING CONTACT WITH THEM OR

13    COMMUNICATING WITH THEM, OR THE PARENTS HAVE REQUESTED

14    ADDITIONAL TIME IN ORDER TO SPEAK TO THEIR CHILD AND THEIR

15    CHILD'S LAWYER IN ORDER TO MAKE A DECISION.

16         SO I WILL GIVE A COUPLE OF EXAMPLES JUST TO

17    ILLUSTRATE THE PROBLEM.

18         FOR EXAMPLE, SOME OF THE PARENTS IN THIS CATEGORY

19    ARE MEMBERS OF, YOU KNOW, GROUPS IN GUATEMALA THAT ARE

20    INDIGENOUS LANGUAGE SPEAKERS WHICH THEN REQUIRE SPECIFIC

21    INTERPRETERS TO BE AVAILABLE AND SO LIMITS THE TIMES WHEN IT

22    IS POSSIBLE TO CALL THE PARENT AND SPEAK TO THEM.  AND HAS

23    CREATED SORT OF ADDITIONAL COMMUNICATION BARRIERS THAT HAVE

24    REQUIRED A LONGER PERIOD OF TIME TO UNRAVEL.

25         IN ADDITION, THIS GROUP ALSO INCLUDES PARENTS WHERE

SEPTEMBER 21, 2018

1   THE STEERING COMMITTEE WAS ABLE TO MAKE AN INITIAL PHONE CALL,

2   BUT THEN AFTER THAT EITHER THE PHONE WASN'T BEING ANSWERED OR

3   MIGHT HAVE BECOME INOPERATIVE IN ANOTHER FASHION.

4           SO THESE ARE SORT OF LIKE THE SMALL GROUP OF MORE

5   DIFFICULT CASES WHICH HAVE BECOME MORE RESOURCE INTENSIVE

6   PROJECTS THAT THE STEERING COMMITTEE IS WORKING VERY HARD ON

7   AND TRYING TO RESOLVE.

8           I BELIEVE THAT, YOU KNOW, WITH THE HELP OF THE

9   THREE-WAY CALLING SYSTEM SET UP BY COMMANDER WHITE WE SHOULD

10  BE ABLE TO HOPEFULLY EXPEDITE THE PROCESS FOR SOME OF THEM.

11  OTHERS OF THEM, I THINK WE ARE COMMITTED TO GETTING THE

12  PROCESS DONE AND ALSO GETTING, IMPORTANTLY, THE RESULTS

13  CORRECT.

14          AND WE ARE HOPEFUL THAT IN THE NEXT COUPLE OF WEEKS

15  THOSE CASES WILL ALSO BE RESOLVED.

16              **THE COURT:**  OKAY.  THANK YOU FOR THAT INFORMATION.

17              MR. STEWART, ANY COMMENT ON THAT GROUP?

18              **MR. STEWART:**  NOT RIGHT NOW, YOUR HONOR.  I BELIEVE

19  THAT WE ARE PLANNING TO CONFER ABOUT THOSE WITH PLAINTIFFS'

20  COUNSEL SOON.  SO HOPEFULLY IT WOULD BE GREAT TO HAVE THOSE --

21  THOSE MATTERS -- JUST CLARITY ON WHERE THOSE STAND SO THAT WE

22  CAN MOVE IN WHATEVER THE RIGHT DIRECTION IS ON THEM.  SO THAT

23  SOUNDS GOOD.

24              **THE COURT:**  OKAY.

25              AND THEN, AT PAGE 14, RESOLVED CASES, PLAINTIFFS

```
 1   INDICATE 53.  THE GOVERNMENT HAD A SIMILAR NUMBER.

 2           THAT NUMBER SHOULD BE INCREASING GREATLY IN THE NEXT

 3   COUPLE OF WEEKS, CORRECT?

 4           MR. STEWART:  YES, YOUR HONOR, THAT SHOULD BE.

 5           MR. BALAKRISHNAN:  YES.

 6           THIS IS MR. BALAKRISHNAN.

 7           IT WILL BE INCREASING.

 8           THE COURT:  THAT'S ALL I HAVE.  ARE THERE ANY OTHER

 9   MATTERS WE NEED TO COVER ON THE JOINT STATUS REPORT ON MS. L.

10   BEFORE WE MOVE TO THE NTC CASE?

11           MR. BALAKRISHNAN:  NOTHING FURTHER FOR MS. L.

12           MR. STEWART:  NOR FOR THE GOVERNMENT, YOUR HONOR.

13           THE COURT:  THEN ON THE NTC CASE, I HAVE READ THE

14   STATUS REPORT.  THERE IS SOME INDICATION BY THE GOVERNMENT

15   THAT THERE MAY BE A REQUEST FOR THE COURT TO ISSUE SOME

16   ORDERS.  IS THAT CORRECT?  OR ARE THOSE MATTERS BEING WORKED

17   OUT?

18           MS. HELLER:  YOUR HONOR, THIS IS CAROLINE HELLER

19   GREENBERG TRAUIG.  I BELIEVE YOU ARE REFERRING TO THE REQUEST

20   FROM THE RGH PLAINTIFFS, AND I CAN SPEAK TO THAT.

21           THE COURT:  YES.

22           MS. HELLER:  AS YOUR HONOR MAY REMEMBER, LAST FRIDAY

23   WE HAD REQUESTED THAT THE GOVERNMENT PROVIDE INFORMATION

24   CONCERNING WHAT WAS HOLDING UP THE APPROVAL OF SPONSORS FOR

25   THREE OF OUR CLIENTS.
```

SEPTEMBER 21, 2018

```
 1              AFTER A LITTLE BACK AND FORTH THE INFORMATION WAS

 2     PROVIDED.  AND WE ARE HAPPY TO REPORT THAT ONE OF THE CHILDREN

 3     WHOSE SPONSOR WAS APPROVED, HE WAS RELEASED TO THAT SPONSOR.

 4     SO THAT IS A POSITIVE NOTE.

 5              AS TO THE OTHER TWO, WE WERE PROVIDED INFORMATION

 6     ABOUT WHAT WAS LEFT TO APPROVE THE SPONSOR.  AND SO WE ARE

 7     ASKING THE COURT, BECAUSE IT IS TAKING SO LONG -- AND I WILL

 8     SPEAK TO THOSE CHILDREN IN A MOMENT -- TO INTERVENE TO

 9     EXPEDITE THE PROCESS.

10              AS TO ONE OF THE CHILDREN, WHOSE INITIALS IS WOSL,

11     HIS SPONSOR'S FINGERPRINTS WERE TAKEN ON JULY 28TH AND THOSE

12     PRINTS CLEARED.  WE UNDERSTAND THAT THERE ARE OTHER MEMBERS OF

13     THE HOUSEHOLD WHO HAD TO BE FINGERPRINTED AND THOSE

14     FINGERPRINTS WERE TAKEN ON JULY 2ND, NEARLY THREE MONTHS AGO.

15     IT IS OUR UNDERSTANDING THAT IT IS THOSE FINGERPRINTS THAT

16     HAVE YET TO BE PROCESSED.

17              AND AT THIS POINT THE CHILD HAS BEEN IN DETENTION

18     FOR APPROXIMATELY FOUR TO FIVE MONTHS.  IT SEEMS THAT THREE

19     MONTHS TO GET FINGERPRINTS THROUGH THE SYSTEM IS QUITE

20     DELAYED.  AND BECAUSE IT SEEMS THE GOVERNMENT IS NOT MOVING

21     FORWARD ON THOSE PRINTS WE WOULD LIKE TO ASK THE COURT TO

22     REQUIRE THE DEFENDANTS TO EXPEDITE PROCESSING OF THE

23     OUTSTANDING PRINTS SUCH THAT THE RESULTS ARE OBTAINED NO LATER

24     THAN THURSDAY, SEPTEMBER 27TH.

25              AND IF THE PRINTS ARE CLEARED THAT THE YOUNG MAN IS
```

SEPTEMBER 21, 2018

1  RELEASED TO HIS SPONSOR NO LATER THAN 24 HOURS AFTER

2  CLEARANCE.

3           AS TO THE SECOND CHILD, IT IS OUR UNDERSTANDING THAT

4  HIS PROPOSED SPONSOR HAS ALREADY BEEN APPROVED AS A SPONSOR

5  FOR ANOTHER CHILD.  WHAT IS HOLDING UP HIS RELEASE, OUR

6  UNDERSTANDING, IS THAT HIS PROPOSED SPONSOR HAS A HEALTH

7  ISSUE.  THE HEALTH ISSUE IS BEING ADDRESSED, AND THE SPONSOR

8  IS QUITE CAPABLE OF TAKING CARE OF THE CHILD CURRENTLY.

9           THE CONCERN THAT THE GOVERNMENT HAD RAISED THROUGH

10  THE PROCESS IS THAT THERE NEEDED TO BE AN EMERGENCY CARE PLAN

11  IN PLACE, SHOULD THE SPONSOR SUDDENLY BECOME DEBILITATED FROM

12  THE ILLNESS OR SOME TIME DOWN THE LINE, SO THAT THE CHILD HAD

13  PROPER CARE IN PLACE.

14          WHAT IS HOLDING UP THIS CHILD'S APPROVAL AND RELEASE

15  TO SPONSOR IS THAT THE OTHER INDIVIDUAL, WHO IT IS OUR

16  UNDERSTANDING IS PROPOSED FOR THE EMERGENCY CARE PLAN, THAT

17  INDIVIDUAL WAS PRINTED JUST RECENTLY, A FEW DAYS AGO.  SO IT

18  IS GOING TO TAKE TIME TO APPROVE THE BACK-UP CARE PERSON.

19          HOWEVER, OUR UNDERSTANDING IS THAT THERE IS NO ISSUE

20  WITH HIS PROPOSED SPONSOR.  SO WE ARE ASKING THAT THE CHILD BE

21  RELEASED FROM DETENTION TO HIS SPONSOR PENDING APPROVAL OF THE

22  EMERGENCY CARE PLAN.  AGAIN, THIS CHILD HAS BEEN IN DETENTION

23  FOR FOUR TO FIVE MONTHS.

24          THESE CHILDREN, THEIR MENTAL HEALTH IS

25  QUESTIONABLY -- WE DON'T -- I MEAN -- LET ME TAKE A STEP BACK.

SEPTEMBER 21, 2018

```
 1          WE DON'T HAVE DOCTORS' REPORTS SAYING THAT THEIR
 2   MENTAL HEALTH IS DETERIORATING, BUT THE INTERACTIONS THAT
 3   COUNSEL HAVE HAD WITH THE CHILDREN, THEY WANT TO BE RELEASED
 4   AS SOON AS POSSIBLE.  AS YOU CAN IMAGINE, AND AS THE COURT HAS
 5   RECOGNIZED, DETENTION FOR THESE CHILDREN CAN BE A TRAUMATIC
 6   PROCESS, AND BECAUSE THERE HAVE BEEN SO MANY DELAYS WITH THESE
 7   TWO CHILDREN WE THINK THAT THEIR REQUESTS ARE REASONABLE.  AND
 8   IF THE GOVERNMENT ISN'T WILLING TO DO IT WE ARE ASKING THE
 9   COURT TO COMPEL THE GOVERNMENT TO DO -- TAKE THE STEPS
10   NECESSARY TO GET THESE CHILDREN OUT AS QUICKLY AS POSSIBLE.
11          THE COURT:  THANK YOU.
12          WHAT IS THE GOVERNMENT'S POSITION, TAKING THE FIRST
13   CHILD, WOSL?
14          MR. STEWART:  YES, YOUR HONOR.  OUR POSITION ON BOTH
15   OF THEM IS ABOUT THE SAME.  I DON'T HAVE THE PRECISE LATEST AS
16   TO WHERE THOSE CHILDREN STAND IN THE TVPRA SPONSORSHIP
17   PROCESS.  AS YOUR HONOR KNOWS, OF COURSE, FROM PREVIOUS
18   ORDERS, THAT IS AN INVOLVED PROCESS, IT HAS A GOOD NUMBER OF
19   STEPS TO MAKE SURE THAT CORRECT DECISIONS ARE MADE WHEN FOLKS
20   ARE RELEASED TO SPONSORS.
21          OUR POSITION, ESSENTIALLY, AS WE STATE IN THE
22   BRIEFS, YOUR HONOR, IS THAT THIS IS ANOTHER ONE OF THOSE
23   MATTERS THAT DOESN'T REALLY FALL IN THE SCOPE OF, YOU KNOW, OF
24   THE CASE, OF THE MS. L. INJUNCTION.
25          AND THE BIG THING HERE, YOUR HONOR, IS THAT ONCE
```

SEPTEMBER 21, 2018

1   CHILDREN MOVE INTO THE TVPRA PROCESS IT IS SORT OF OUTSIDE OF
2   THE SCOPE OF A PROMPT REUNIFICATION ISSUE.  AND IT BECOMES AT
3   THAT STAGE VERY IMPORTANT THAT HHS AND O.R.R. GO THROUGH ALL
4   OF THE CRITICAL STEPS TO ENSURE CHILD WELL-BEING AND SAFETY
5   AND THEIR INTERESTS.
6           AND I WOULD NOTE, YOUR HONOR, THAT, YOU KNOW, WE
7   ARE -- WE THE GOVERNMENT ARE MOVING QUITE EXPEDITIOUSLY ON
8   THEM.  THE NUMBER OF CHILDREN DISCHARGED FROM O.R.R. CARE LAST
9   WEEK WAS 60 OF THE GROUP OF 100.  WE DISCHARGED AN ADDITIONAL
10  7 IN THE PAST WEEK.
11          THESE TVPRA PROCESSES SIMPLY, YOU KNOW, TAKE SOME
12  TIME.
13          WE HAVE ALSO GIVEN THE OPTION TO MS. HELLER, SHE HAS
14  THE OPTION OF CONTACTING -- ASSUMING, YOU KNOW, APPROPRIATE
15  D28 ON FILE, TO CONTACT THE ACTUAL FIELD SPECIALIST AND
16  SEEING, YOU KNOW, IF THERE IS ANY HOLD-UP AND WHAT ELSE THERE
17  NEEDS TO BE OR WHAT PROCESS STILL NEEDS TO BE DONE.
18          BUT THIS IS JUST THE TVPRA PROCESS.  IT TAKES SOME
19  TIME.  THIS COURT HAS UNDERSTOOD THAT IT IS A DIFFERENT KIND
20  OF A PROCESS AND HAS RESPECTED THE RESPONSIBLE, GOOD FAITH
21  ACTIONS OF HHS, WHICH, YOU KNOW, HAS NO INTEREST IN HOLDING UP
22  THE PROCESS BUT HAS A VERY, VERY STRONG INTEREST AND A VERY,
23  VERY FIRM STATUTORY OBLIGATION TO MAKE SURE THAT PROCESS IS
24  DONE RIGHT.
25          SO OUR POSITION SIMPLY IS, YOUR HONOR, YOU KNOW, WE

SEPTEMBER 21, 2018

1 ARE WORKING -- WE ARE WORKING ON THESE, AS WE ARE WITH ALL OF

2 THESE OTHER CHILDREN IN THE TVPRA PROCESS.  AND WE ARE TRYING

3 TO DO THOSE SWIFTLY BUT, YOU KNOW, IN FULL COMPLIANCE WITH OUR

4 STATUTORY OBLIGATIONS.

5          AND WE WOULD ASK THE COURT TO NOT DELVE INTO THESE

6 DECISIONS NOW AND LET THAT GOOD FAITH PROCESS, WHICH IS GOING

7 WELL, JUST TAKE ITS COURSE SO THAT THESE DECISIONS ARE MADE

8 CORRECTLY, EVEN IF NOT INVARIABLY AS EXPEDITIOUSLY AS SOME

9 COUNSEL WOULD HOPE FOR INDIVIDUAL CHILDREN.

10         **THE COURT:**  MS. HELLER'S POSITION, OF COURSE, IS

11 THAT THE GOVERNMENT IS FREE TO PURSUE THE TVPRA PROCESSES, AND

12 IT IS.  BUT IS REQUESTING, SPECIFICALLY IN THE CASE OF WOSL,

13 FOR THE FINGERPRINTS TO BE EXPEDITED.  THAT THEY HAVE BEEN

14 RUN, IT IS NOW JUST A MATTER OF REVIEWING THEM, WHICH CAN BE

15 DONE QUICKLY, AS WE KNOW, IN THE REAL WORLD, A MATTER OF

16 COMPUTER DATABASE CHECKING.  AND THEN A THUMBS-UP, THUMBS-DOWN

17 DECISION MADE QUICKLY BASED ON WHAT APPEARS TO BE THE SIMPLE

18 PROCESS OF RUNNING THE PRINTS AND THEN MAKING THAT

19 DETERMINATION.

20         I DO UNDERSTAND THE GOVERNMENT'S POSITION ABOUT THE

21 COURT NOT GETTING INVOLVED IN THESE ISSUES THAT ARE UNDER THE

22 TVPRA AND ARE ANCILLARY TO THE MS. L. INJUNCTION, BUT IT DOES

23 SEEM TO ME, AS A PRACTICAL MATTER, THAT GOVERNMENT COUNSEL --

24 PERHAPS YOU, MR. STEWART, OR MS. FABIAN -- CAN FOLLOW UP ON

25 WOSL, AND AS WELL ON THE SECOND CHILD, NOOY, AND PUSH IT

SEPTEMBER 21, 2018

1    ALONG, IF YOU WILL.

2            SO I THINK MY INCLINATION WOULD BE TO AGREE WITH THE

3    GOVERNMENT THAT THE COURT OUGHT NOT ISSUE ANY ORDERS MANDATING

4    A TIME FRAME.  BUT WHAT I WOULD SUGGEST IS THAT GOVERNMENT

5    COUNSEL FOLLOW UP SPECIFICALLY WITH THESE TWO CHILDREN, AND

6    WITH THE APPROPRIATE PERSON THAT IS SHEPHERDING THOSE TWO

7    CASES, MAY BE THE SAME PERSON, AND TO SEE IF WE CAN GET AN

8    ANSWER BY THE NEXT STATUS REPORT.

9            DO YOU OBJECT TO THAT, MR. STEWART?

10           SO IT WOULDN'T BE AN ORDER BUT IT WOULD JUST BE AN

11   ENCOURAGEMENT FOR YOU OR MS. FABIAN TO FOLLOW UP AND THEN

12   REPORT BACK TO THE COURT NEXT WEEK, AND HOPEFULLY WITH A

13   THUMBS-UP OR THUMBS-DOWN RESPONSE.

14           **MR. STEWART:**  WE CAN CHECK ON THAT, YOUR HONOR.

15           **THE COURT:**  OKAY.

16           **MS. HELLER:**  YOUR HONOR, THIS IS CAROLINE HELLER.

17           I WOULD ALSO REQUEST, IN LINE WITH THAT

18   ENCOURAGEMENT, IF THE GOVERNMENT CAN PROVIDE US THE

19   INFORMATION, OBVIOUSLY THEY WILL PROVIDE IT IN THE STATUS

20   REPORT, BUT AS SOON AS THEY HAVE IT AVAILABLE.  BECAUSE

21   CERTAINLY IT IS HELPFUL FOR THESE CHILDREN TO KNOW WHAT'S

22   GOING ON IN THE PROCESS, TO BE ABLE TO ANTICIPATE, OKAY, I AM

23   NOT IN HERE FOR ANOTHER THREE MONTHS.

24           SO FOR THEIR MENTAL HEALTH AS WELL, UNDERSTANDING

25   HOW MUCH LONGER THE PROCESS WILL TAKE, IS IT BEING HURRIED

SEPTEMBER 21, 2018

```
 1   ALONG, WOULD GO A LONG WAY TO HELPING THESE CHILDREN.

 2           THE COURT:  YES.

 3           THERE, MR. STEWART OR MS. FABIAN, AS SOON AS YOU

 4   FIND OUT INFORMATION, IF YOU WOULD, JUST AS A MATTER OF

 5   PROFESSIONAL COURTESY, LET MS. HELLER KNOW AS SOON AS YOU GET

 6   THAT INFORMATION, IF IT OCCURS BEFORE THURSDAY'S STATUS

 7   REPORT.

 8           WITH THAT, ARE THERE ANY OTHER MATTERS ON ANY OF THE

 9   RELATED CASES THAT WE NEED TO DISCUSS AT THIS TIME?

10           MS. LEVY:  YES, YOUR HONOR.  THIS IS JENNIFER LEVY

11   FROM THE LEGAL AID SOCIETY ON NTC.

12           LAST WEEK WE BROUGHT TO THE COURT'S ATTENTION THAT

13   THERE WERE STILL THREE OF THE NEW YORK KIDS WHO HAD NOT BEEN

14   REUNIFIED WITH THEIR SEPARATED PARENTS.

15           THE COURT:  YES.

16           MS. LEVY:  TWO OF THEM HAVE NOW BEEN REUNIFIED, BUT

17   THE THIRD HAS NOT.  AND WE DO NOT HAVE ADEQUATE INFORMATION AS

18   TO WHY THAT IS.

19           SO WE WOULD ASK THE GOVERNMENT PROVIDE US WITH

20   DETAILED INFORMATION AS TO WHAT THE IMPEDIMENT IS OR GIVE US A

21   REUNIFICATION DATE BY CLOSE OF BUSINESS MONDAY.

22           THE COURT:  ANY OBJECTION TO THAT, MR. STEWART?

23           MR. STEWART:  YOUR HONOR, I BELIEVE -- WE CAN UPDATE

24   THAT.  WE HAVE, I THINK, IDENTIFIED WHAT THE ISSUE IS THERE,

25   BUT WE CAN SEE IF THERE IS AN UPDATE ON THAT.
```

SEPTEMBER 21, 2018

24

1          **THE COURT:**  OKAY.  DO YOU KNOW WHAT THAT ISSUE IS?

2     BECAUSE IT APPEARS MS. LEVY DOESN'T KNOW.

3          **MR. STEWART:**  IT IS A BACKGROUND CHECK ISSUE, YOUR

4     HONOR.  WE DID MENTION THAT.  IF SHE IS ASKING TO DRILL DOWN

5     ON THAT, I CAN SEE WHAT UPDATES WE HAVE.  BUT THAT TENDS TO BE

6     WHAT WE INDICATED, YOU KNOW, BACKGROUND ISSUE.  WE ARE LOOKING

7     INTO IT.  WE JUST HAVE TO CHECK THAT BOX BEFORE WE RESPONSIBLY

8     COMPLIANTLY REUNIFY.

9          **THE COURT:**  SO IT IS A MATTER OF PURSUING THAT

10    BACKGROUND INFORMATION, AND THEN MAKING A DECISION.  AND YOU

11    WANT A LITTLE TIME TO DO THAT.  AND YOU WOULD LIKE TO, I

12    GUESS, MEET AND CONFER WITH MS. LEVY AND EITHER WORK IT OUT

13    INFORMALLY OR REPORT BACK TO THE COURT NEXT WEEK.

14         **MR. STEWART:**  WE COULD DO THAT, YOUR HONOR.  THAT

15    SOUNDS GOOD.

16         **MS. LEVY:**  AND THEN SIMILARLY, YOUR HONOR, WE HAVE

17    BROUGHT TO THE GOVERNMENT'S ATTENTION THAT THERE ARE THREE

18    CHILDREN WHO ARE SEEKING RELIEF TO A NONSEPARATED PARENT BUT A

19    BIOLOGICAL PARENT, AND THOSE REUNIFICATIONS HAVE ALSO BEEN AT

20    A STANDSTILL, AND WE ARE NOT CLEAR OF THE REASON WHY.  SO WE

21    WOULD ASK THAT THE GOVERNMENT PROVIDE CLARIFICATION.

22         **THE COURT:**  ANY OBJECTION TO THAT, OR DO YOU HAVE

23    THAT INFORMATION NOW, MR. STEWART, OR DO YOU NEED TO LOOK INTO

24    THAT.

25         **MR. STEWART:**  I WILL -- I WILL LOOK INTO THAT, YOUR

SEPTEMBER 21, 2018

```
 1   HONOR, AND WE CAN SEE WHAT WE HAVE THERE.  YES, WE WILL DO
 2   THAT.
 3           THE COURT:  OKAY.  AND SO WE WILL HAVE A REPORT,
 4   THEN, NEXT THURSDAY ON THAT.
 5           DOES THAT SATISFY YOUR CONCERNS, MS. LEVY?
 6           MS. LEVY:  YES, YOUR HONOR.
 7           THE COURT:  ANY COMMENTS FROM ANYONE ELSE ON ANY OF
 8   THE CASES?
 9           LET'S PROCEED THIS WAY, THEN, WITH THE SAME IDEA OF
10   THE STATUS REPORTS BEING FILED THURSDAY, NEXT WEEK, BY
11   3:00 P.M., IN THE VARIOUS CASES.
12           GIVEN THE PROGRESS WE ARE MAKING, I AM NOT GOING TO
13   SCHEDULE A STATUS CONFERENCE IN COURT NEXT FRIDAY, UNLESS AN
14   ISSUE ARISES.  SO I WILL ISSUE A VERY BRIEF ORDER FOLLOWING
15   TODAY'S HEARING, BUT WE WILL SIMPLY PROCEED WITH THE
16   UNDERSTANDING THAT THE STATUS REPORTS WILL FOLLOW ON THURSDAY.
17   BUT NEXT FRIDAY, UNLESS THERE IS A REQUEST FOR SOME PARTICULAR
18   NEED, WE WILL NOT HAVE A STATUS CONFERENCE AND WE WILL SIMPLY
19   PICK UP WITH THE STATUS CONFERENCE THE FOLLOWING WEEK.
20           ANY OBJECTION?
21           MR. BARMEYER:  YOUR HONOR, THIS IS WILSON BARMEYER
22   FOR THE DORA -- AND WE HAD NOT DISCUSSED THIS WITH MMM YET OR
23   THE GOVERNMENT, BUT IF WE ARE ABLE TO FILE JOINT SETTLEMENT
24   PAPERS NEXT WEEK WHAT WAS YOUR HONOR'S EXPECTATION OF WHEN YOU
25   WOULD HOLD AN INITIAL HEARING, OR WHAT OTHER FURTHER
```

SEPTEMBER 21, 2018

1   DISCUSSION WOULD YOU NEED WITH US BEFORE CONSIDERING THOSE

2   MOTIONS?

3          **THE COURT:**  IF THERE IS AN AGREEMENT BY THE PARTIES

4   ON ALL OF THOSE ISSUES I WOULD -- AND THE COURT IS IN

5   AGREEMENT WITH THE PROPOSAL, I WOULD SIMPLY SIGN A JOINT

6   MOTION AND ORDER IN THAT REGARD OR ISSUE AN ORDER ADOPTING THE

7   PARTIES' PROPOSAL WITHOUT FURTHER DISCUSSION.  THAT ASSUMES

8   AGREEMENT BY THE PARTIES.

9          SO PART OF THE MEET AND CONFER PROCESS, I HAD

10  ASSUMED, INVOLVES THE PARTIES IDENTIFYING OR ADDRESSING ALL OF

11  THESE ISSUES.  AND WITH RESPECT TO ANY HEARING AND OPPORTUNITY

12  FOR OBJECTION, I CAN SIMPLY ISSUE AN ORDER SETTING OUT THAT

13  HEARING DATE.

14         SO I WASN'T ANTICIPATING THE NEED TO DISCUSS WITH

15  COUNSEL, BUT IF I AM MISSING ANY ISSUES, OF COURSE I AM HAPPY

16  TO ADDRESS THOSE ISSUES TELEPHONICALLY WITH COUNSEL BEFORE

17  SIGNING OFF.

18         IS THERE ANYTHING IN PARTICULAR OR DO YOU --

19         **MR. BARMEYER:**  NO, YOUR HONOR.  CURRENTLY I THINK WE

20  ARE ON TRACK TO BE ABLE TO SUBMIT THINGS WITHOUT DISPUTES ON

21  THE PRELIMINARY APPROVAL OF THE SETTLEMENT, AND LIKELY COUNSEL

22  WOULD PROPOSE SOME POTENTIAL DATES FOR YOUR HONOR TO SET A

23  FINAL HEARING.

24         **THE COURT:**  YES, I WOULD BE INTERESTED IN THAT.

25         SO ABSENT AN ISSUE THAT ARISES, I WILL PROCEED WITH

SEPTEMBER 21, 2018

```
 1   THE ASSUMPTION THAT ONCE THE PARTIES SUBMIT THEIR AGREEMENT

 2   AND THE COURT APPROVES IT, I WOULD SIMPLY SIGN THE ORDER

 3   WITHOUT FURTHER DISCUSSION.

 4           IF AN ISSUE ARISES, OF COURSE THEN I WILL SET UP A

 5   TELEPHONIC CONFERENCE.

 6           ARE THERE ANY OTHER MATTERS?

 7           OKAY.  THANK YOU VERY MUCH.  I APPRECIATE ALL OF THE

 8   GOOD WORK THAT THE PARTIES ARE DOING.  THIS CASE IS REALLY ON

 9   TRACK TO COMING TO SOME MEANINGFUL CLOSURE IN THE

10   NOT-TOO-DISTANT FUTURE, SO I APPRECIATE THE PARTIES' EFFORTS

11   IN THAT REGARD AND I WILL LOOK FORWARD TO THE STATUS BRIEFING

12   THURSDAY, NEXT WEEK.

13           THANK YOU.

14           MR. BALAKRISHNAN:  THANK YOU, YOUR HONOR.

15           MR. STEWART:  THANK YOU, YOUR HONOR.

16

17                           *   *   *

18           I CERTIFY THAT THE FOREGOING IS A CORRECT
             TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
19           IN THE ABOVE-ENTITLED MATTER.

20           S/LEEANN PENCE                    9/21/2018
             LEEANN PENCE, OFFICIAL COURT REPORTER   DATE
21

22

23

24

25
```

SEPTEMBER 21, 2018