UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al,<br><br>        Petitioners-Plaintiffs,<br><br>   vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al,<br><br>        Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>**ORDER GRANTING JOINT STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT** |

    Before the Court is the parties' Stipulated Extension of Time for Defendants to Answer Plaintiffs' Second Amended Complaint. IT IS HEREBY ORDERED that Respondent-Defendants answer to Plaintiffs' second amended complaint shall be due Wednesday, October 17, 2018.

Dated: September 21, 2018

                                                    Hon. Dana M. Sabraw
                                                    United States District Judge