# Ex. C
# Confidential
# File Under Seal

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| Ms. L, et al., | CASE NO. 3:18-cv-428-DMS |
|---|---|
| Plaintiff, | **EXHIBIT C** |
| v. | **CONFIDENTIAL** |
| U.S. Immigration and Customs Enforcement, et al., | **TO BE FILED UNDER SEAL** |
| Defendant. | |

**EXHIBIT C**

|  | **Plaintiff's First / Last Name** | **Pseudonym** |
|---|---|---|
| 1 | ■■■■■■■■■■■■■■ | Alma |
| 2 | ■■■■■■■■■ | Dora |