Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

*Attorneys for Petitioner-Plaintiff*
*\*Admitted Pro Hac Vice*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., | Case No. 18-cv-00428-DMS-MDD |
| *Petitioner-Plaintiff*, | |
| v. | Date Filed: October 5, 2018 |
| U.S. Immigration and Customs Enforcement ("ICE"), et al., | |
| *Respondents-Defendants*. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO FILE RESTRICTED EXHIBIT** |

1    Plaintiffs respectfully request that the Court permit the filing of a restricted

2   Exhibit.

3    The Exhibit, which is attached to the Joint Motion to For Leave to File Third

4   Amended Class Action Complaint and to File Under Pseudonym [Dkt. 244] as

5   Exhibit C, contains the names of members of the class matched with the

6   pseudonyms they seek to use in this lawsuit.  For their privacy and safety, Plaintiffs

7   request permission that Plaintiffs' names and any personal identifying information

8   that could lead to the identification of Plaintiffs by non-parties, shall not be publicly

9   disclosed.

10

11  Dated: October 5, 2018                     Respectfully Submitted,

12                                             */s/Lee Gelernt*
    Bardis Vakili (SBN 247783)                Lee Gelernt*
13  ACLU FOUNDATION OF SAN                    Judy Rabinovitz*
    DIEGO & IMPERIAL COUNTIES                 Anand Balakrishnan*
14  P.O. Box 87131                            AMERICAN CIVIL LIBERTIES
    San Diego, CA 92138-7131                  UNION FOUNDATION
15  T: (619) 398-4485                         IMMIGRANTS' RIGHTS PROJECT
    F: (619) 232-0036                         125 Broad St., 18th Floor
16  *bvakili@aclusandiego.org*                New York, NY 10004
                                              T:  (212) 549-2660
17  Stephen B. Kang (SBN 2922080)             F:  (212) 549-2654
    Spencer E. Amdur (SBN 320069)             *lgelernt@aclu.org*
18  AMERICAN CIVIL LIBERTIES                  *jrabinovitz@aclu.org*
    UNION FOUNDATION                          *abalakrishnan@aclu.org*
19  IMMIGRANTS' RIGHTS PROJECT
    39 Drumm Street
20  San Francisco, CA 94111                   *Attorneys for Petitioner-Plaintiff*
    T:  (415) 343-1198                        *\*Admitted Pro Hac Vice*
21  F:  (415) 395-0950
    *skang@aclu.org*
22  *samdur@aclu.org*

23

24

25

26

27

28

1

1

2

3    Dated: October 5, 2018                    Respectfully Submitted,

4                                              */s/ Wilson G. Barmeyer*

5    Sirine Shebaya*                           Wilson G. Barmeyer*
     Johnathan Smith *                         EVERSHEDS SUTHERLAND (US) LLP
6    MUSLIM ADVOCATES                          700 Sixth Street NW, Suite 700
     P.O. Box 34440                            Washington, DC 20001
7    Washington, D.C. 20043                    T: (202) 383-0100
8    T: (202) 897-2622                         F: (202) 637-3593
     F: (202) 508-1007                         *wilsonbarmeyer@evershedssutherland.co*
9    *sirine@muslimadvocates.org*              *m*
10   *johnathan@muslimadvocates.org*

11
     Aaron M. Olsen (SBN 259923)
12   HAEGGQUIST & ECK, LLP
13   225 Broadway, Suite 2050
     San Diego, CA 92101
14   T: (619) 342-8000                         *Pro Hac Vice to be filed*
15   F: (619) 342-7878                         *Attorneys for Plaintiffs Dora and Alma as*
     *aarono@haelaw.com*                       *to Count III*
16

17

18

19

20

21

22

23

24

25

26

27

28