UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Ms. L., et al, | Case No.: 3:18-cv-0428-DMS |
|---|---|
| Petitioners, | **ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE THIRD AMENDED CLASS ACTION COMPLAINT AND TO FILE UNDER PSEUDONYM** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents. | |

Before the Court is the parties' Joint Motion for Leave to File Third Amended Class Action Complaint ("TAC") and to File Under Pseudonym. IT IS HEREBY ORDERED that this Motion is GRANTED. The Court understands that the purpose of amending the complaint is to add "Dora" and "Alma" as named Plaintiffs, solely for having them serve as class representatives for the proposed settlement of asylum-related claims. *See* ECF No. 245. Otherwise, the nature of the action does not change, and the amendment does not otherwise affect any other issues, claims, or proceedings that are ongoing in the case. Defendants' objections and arguments regarding class certification are also preserved. Upon approval of the settlement by this Court, Count III of the TAC will be dismissed, though this Court will retain jurisdiction to enforce the settlement itself.

Plaintiffs are hereby granted leave to file a Third Amended Complaint in the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 form attached to the Motion.  The Third Amended Complaint shall be filed under
2 pseudonym, and Exhibit C to the parties' Joint Motion shall be maintained under
3 seal.
4 Dated:  October 9, 2018

Hon. Dana M. Sabraw
United States District Judge