HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
  alreenh@haelaw.com
AARON M. OLSEN (259923)
  aarono@haelaw.com
225 Broadway, Suite 2050
San Diego, CA 92101
Telphone: (619) 342-8000
Facsimile: (619) 342-7878

EVERSHEDS SUTHERLAND (US) LLP
WILSON G. BARMEYER *(Pro Hac Vice to be filed)*
  wilsonbarmeyer@evershedssutherland.com
700 Sixth Street NW, Suite 700
Washington, D.C. 20001
Telephone: (202) 383-0100
Facsimile: (202) 637-3593

Attorneys for Plaintiffs Dora and Alma

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), et al., <br><br> Respondents-Defendants. | Case No.: 3:18-cv-00428-DMS-MDD <br><br> CLASS ACTION <br><br> NOTICE OF APPEARANCE OF AARON M. OLSEN <br><br> Judge: Hon. Dana M. Sabraw <br> Ctrm:  13A (13th Floor – Carter/Keep) <br>          Suite 1310 <br><br> Mag. Judge: Hon. Mitchell D. Dembin <br> Ctrm: 11th Floor (Carter/Keep) <br>          Suite 1180 <br><br> Complaint Filed: February 26, 2018 <br> Trial: TBD |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Aaron M. Olsen of Haeggquist & Eck, LLP, counsel on behalf of Plaintiffs Dora and Alma in this action. The Court and counsel are requested to update their service list with the undersigned's information as follows:

> Alreen Haeggquist (221858)
> Aaron M. Olsen (259923)
> Haeggquist & Eck, LLP
> 225 Broadway, Suite 2050
> San Diego, CA 92101
> Telephone: (619) 342-8000
> Facsimile: (619) 342-7878
> alreenh@haelaw.com
> aarono@haelaw.com

Dated: October 9, 2018

HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
AARON M. OLSEN (259923)

By: _____
AARON M. OLSEN

225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

EVERSHEDS SUTHERLAND (US) LLP
WILSON G. BARMEYER *(Pro Hac Vice to be filed)*
 wilsonbarmeyer@evershedssutherland.com
700 Sixth Street NW, Suite 700
Washington, D.C. 20001
Telephone: (202) 383-0100
Facsimile: (202) 637-3593

MUSLIM ADVOCATES
SIRINE SHEBAYA *(Pro Hac Vice to be filed)*
  sirine@muslimadvocates.org
JOHNATHAN SMITH *(Pro Hac Vice to be filed)*
  johnathan@muslimadvocates.org
P.O. Box 34440
Washington, D.C. 20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007

Attorneys for Plaintiffs Dora and Alma as to Count III

AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT
LEE GELERNT (*Admitted Pro Hac Vice*)
  lgelernt@aclu.org
JUDY RABINOVITZ (*Admitted Pro Hac Vice*)
  jrabinovitz@aclu.org
ANAND BALAKRISHNAN (*Admitted Pro Hac Vice*)
  abalakrishnan@aclu.org
DANIEL GALINDO (292854)
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2660
Fascimile: (212) 549-2654

ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
BARDIS VAKILI (247783)
  bvakili@aclusandiego.org
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4485
Facsimile: (619) 232-0036

|     | |
| --- | --- |
| 1   | AMERICAN CIVIL LIBERTIES UNION |
| 2   | FOUNDATION IMMIGRANTS' RIGHTS PROJECT |
| 3   | SPENCER E. AMDUR (320069) |
| 4   |  samdur@aclu.org |
|     | STEPHEN B. KANG (292280) |
| 5   |  skang@aclu.org |
| 6   | 39 Drumm Street |
|     | San Francisco, CA 94111 |
| 7   | Telephone: (415) 343-1198 |
| 8   | Facsimile: (415) 395-0950 |
| 9   | Attorneys for Petitioners-Plaintiffs Ms. L and Ms. C |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2018.

s/ AARON M. OLSEN
AARON M. OLSEN

HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
AARON M. OLSEN (259923)
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
alreenh@haelaw.com
aarono@haelaw.com