# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ms. L., et al.

**Plaintiff,**

v.

U.S. Immigration and Customs Enforcement, et al.

**Defendant.**

Civil No. 3:18-cv-428-DMS

## PRO HAC VICE APPLICATION

Plaintiffs Dora and Alma
**Party Represented**

I, __Sirine Shebaya__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Muslim Advocates
Street address: P.O. Box 34440
City, State, ZIP: Washington, D.C. 20043
Phone number: 202-897-2622
Email: sirine@muslimadvocates.org

That on __4/7/2014__ I was admitted to practice before __D.C. Court of Appeals__
(Date)                                                                      (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I  ☐ have)  ☒ have not)  concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____   Date of Application _____
Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Aaron M. Olsen
(Name)

619-342-8000
(Telephone)

Haeggquist and Eck LLP
(Firm)

225 Broadway, Suite 2050, San Diego, CA  92101
(Street)                                       (City)                          (Zip code)

_(Signature of Applicant)_

I hereby consent to the above designation.

_(Signature of Designee Attorney)_