UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

| | |
|---|---|
| _____ ) | |
| MS. L, ET AL., )| |
| )CASE NO. 18CV0428-DMS | |
| PETITIONERS-PLAINTIFFS, ) | 18CV1626-DMS |
| ) | 18CV1832-DMS |
| VS. ) | |
| )SAN DIEGO, CALIFORNIA | |
| U.S. IMMIGRATION AND CUSTOMS ) | OCTOBER 9, 2018 |
| ENFORCEMENT ("ICE"), ET AL., ) | 1:00 P.M. CALENDAR |
| ) | |
| RESPONDENTS-DEFENDANTS. ) | |
| ---------------------------------------- | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

TELEPHONIC STATUS CONFERENCE

REPORTED BY:                    LEE ANN PENCE,
                               OFFICIAL COURT REPORTER
                               UNITED STATES COURTHOUSE
                               333 WEST BROADWAY, ROOM 1393
                               SAN DIEGO, CALIFORNIA 92101

COUNSEL APPEARING TELEPHONICALLY:


FOR PLAINTIFF:                    LEE GELERNT, ESQ.
                                 ACLU IMMIGRANT RIGHTS PROJECT
                                 125 BROAD STREET 18TH FLOOR
                                 NEW YORK, NEW YORK 10004


FOR DEFENDANT:                   SCOTT STEWART, ESQ.
                                 SARAH B. FABIAN, ESQ.
                                 U.S. DEPARTMENT OF JUSTICE
                                 OFFICE OF IMMIGRATION LITIGATION
                                 P.O. BOX 868
                                 BEN FRANKLIN STATION
                                 WASHINGTON, DC 20044


ALSO APPEARING:                  JUSTIN W. BERNICK, ESQ.
                                 JENNIFER LEVY, ESQ.
                                 CAROLINE HELLER, ESQ.
                                 ZACHARY BEST, ESQ.
                                 SIRINE SHEBAYA, ESQ.
                                 WILSON BARMEYER, ESQ.
                                 CAROL MCCLARNON, ESQ.

```
 1    SAN DIEGO, CALIFORNIA – TUESDAY, OCTOBER 9, 2018 – 1:07 P.M.

 2                            *   *   *

 3              THE CLERK:  NO. 1 ON CALENDAR, CASE NO. 18CV0428,

 4    MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR

 5    STATUS CONFERENCE.

 6              THE COURT:  GOOD AFTERNOON, COUNSEL.  THIS IS JUDGE

 7    SABRAW.

 8              I HAVE LISTED FOR APPEARANCES:  FOR PLAINTIFFS AND

 9    MS. L. MR. LEE GELERNT; FOR THE GOVERNMENT MS. SARAH FABIAN

10    AND MR. SCOTT STEWART; IN THE NTC CASE MS. JENNIFER LEVY; IN

11    THE MMM CASE MR. ZACHARY BEST, MR. JUSTIN BERNICK; AND IN THE

12    DORA CASE I HAVE SIRINE SHEBAYS, WILSON BARMEYER, AND LOOKS

13    LIKE CONNER --

14              THE CLERK:  CAROL.

15              THE COURT:  CAROL -- I AM SORRY -- CAROL MCCLARNON.

16              SO THANK YOU FOR YOUR APPEARANCES.  IT HAS BEEN A

17    LITTLE WHILE SINCE WE HAVE HAD A STATUS CONFERENCE.  PERHAPS

18    WE CAN START FIRST WITH THE SETTLEMENT AGREEMENT.

19              I READ ALL OF THE BRIEFING, INCLUDING THE UNOPPOSED

20    MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT,

21    THE EXHIBITS, THE NOTICE OF THE PROPOSED SETTLEMENT, AND THE

22    PROPOSED ORDER.

23              IT LOOKS EXCELLENT TO ME.  I DON'T HAVE ANY

24    QUESTIONS OR COMMENTS OTHER THAN TO COMPLIMENT COUNSEL ON THE

25    PRODUCT THAT WAS GENERATED THROUGH, WHAT IS OBVIOUS, AN
```

OCTOBER 9, 2018

```
 1   ENORMOUS AMOUNT OF WORK AND COLLABORATION.  IT IS MUCH
 2   APPRECIATED.  I THINK IT IS AN EXCELLENT PRODUCT.
 3            AND I WOULD BE PREPARED TO SIGN THE ORDER GRANTING
 4   PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT, PRELIMINARILY
 5   CERTIFYING THE SETTLEMENT CLASSES, AND APPROVING THE CLASS
 6   NOTICE.
 7            I SHOULD SAY, THE ONLY TWO COMMENTS I HAD, THERE
 8   WAS -- I SAW ONE SMALL TYPO ON THE NOTICE AT PAGE 2, LINE 8,
 9   UNDER WHAT RELIEF DOES THE SETTLEMENT PROVIDE.  AT LINE 8
10   THERE IS A SENTENCE THAT STARTS:  IF THE PARENT "IF" FOUND.
11            I THINK THAT SHOULD BE "IS."
12            AND THEN ON THE TIMING, ON THE DATES SET OUT.  ON
13   THE FINAL APPROVAL HEARING, NOVEMBER 15, WILL WORK, BUT THEN I
14   HAVE TO CATCH A FLIGHT OUT OF DISTRICT IN THE AFTERNOON.  SO I
15   WOULD PROPOSED WE SCHEDULE THAT HEARING FOR 10:30 A.M.
16   INSTEAD OF 1:00 P.M.
17            WITH THAT, I DON'T HAVE ANY OTHER THOUGHTS OR
18   OBSERVATIONS.
19            DO COUNSEL HAVE -- HAS THERE BEEN ANYTHING THAT HAS
20   COME UP SINCE OCTOBER 5 WHEN THIS WAS FILED?
21            MR. BERNICK:  YOUR HONOR, THIS IS JUSTIN BERNICK FOR
22   THE MMM PLAINTIFFS.
23            I THINK THERE IS JUST A COUPLE OF ISSUES TO MAKE YOU
24   AWARE OF.
25            THERE WAS A FOOTNOTE THAT YOU MAY HAVE SEEN IN THE
```

OCTOBER 9, 2018

```
 1   MOTION DISCUSSING WHO SHOULD BEAR THE COST OF THE DIRECT
 2   NOTICE PROVIDED TO, PARTICULARLY THE BELIEVED CLASS MEMBERS,
 3   AND WE ARE STILL MEETING AND CONFERRING WITH THE GOVERNMENT ON
 4   THAT ISSUE.  HOPEFULLY WE CAN RESOLVE THAT QUESTION.  BUT
 5   THERE WOULD BE SOME COST ASSOCIATED WITH THAT, AND WE WANTED
 6   TO MAKE SURE YOU ARE AWARE OF THAT ISSUE.
 7           AND IN LIGHT OF THAT, IF WE ARE UNABLE TO REACH AN
 8   AGREEMENT IT MAY MAKE IT DIFFICULT, AND IN FACT I THINK AT
 9   THIS POINT IT WOULD BE VERY CHALLENGING TO MEET OUR STATED
10   OCTOBER 12TH DEADLINE FOR EFFECTING CLASS NOTICE, GIVEN THAT
11   WE HAVEN'T RESOLVED THAT QUESTION.
12           SO I THINK WE CAN CONTINUE TO MEET AND CONFER ON
13   THAT ISSUE, BUT GIVEN THAT THE PROPOSED ORDER SETS FORTH
14   DEADLINES FOR RAISING OBJECTIONS AND FOR THE HEARING, I JUST
15   WANTED TO MAKE SURE THAT YOUR HONOR WAS AWARE THAT WE STILL
16   HAVE THIS POTENTIAL GATING ISSUE FOR MAKING SURE WE CAN EFFECT
17   CLASS NOTICE PROMPTLY.
18           THERE IS NO REASON WE CAN'T MOVE FORWARD WITH THE
19   REMAINDER OF THE NOTICE PLAN, BUT THAT ISSUE IS JUST BEING
20   HELD UP AS A RESULT OF THAT QUESTION.  SO I WANTED TO MAKE
21   SURE YOU ARE AWARE OF IT.
22           **THE COURT:**  THANK YOU FOR MENTIONING THAT.  I HAVE
23   THAT FOOTNOTE, THAT IS FOOTNOTE NO. 8.
24           AND SO I AM CLEAR ON WHAT THIS MEANS, ARE WE ABLE TO
25   ISSUE THE ORDER TODAY OR WERE YOU STATING THAT THERE IS --
```

OCTOBER 9, 2018

1   THAT THAT ISSUE HAS TO BE RESOLVED FIRST?

2          **MR. BERNICK:**  SO I THINK, YOUR HONOR, THAT THE ORDER

3   COULD BE ISSUED TODAY.  THE CHALLENGE IS, OF COURSE, IF THE

4   ACTUAL NOTICE PROVIDED TO CLASS MEMBERS IS DELAYED AS A RESULT

5   OF DISCUSSING WHO SHOULD BEAR THE COST, IT WILL COMPRESS --

6   COMPRESS THE AMOUNT OF TIME THAT THOSE INDIVIDUALS HAVE HAD

7   WITH THEIR NOTICE BEFORE THEY HAVE TO RAISE OBJECTIONS WITH

8   THE COURT.

9          SO, YOU KNOW, WE ARE COMMITTED TO WORK IN GOOD FAITH

10  WITH MR. STEWART AND OTHERS TO TRY TO REACH AGREEMENT ON THIS

11  ISSUE AND GET IT RESOLVED.  JUST AT THIS POINT -- WE SET FORTH

12  IN THE PAPER THAT WE HOPE TO HAVE THE NOTICE EFFECTED BY THE

13  12TH, BUT AT THIS POINT THAT IS HIGHLY UNLIKELY TO HAPPEN FOR

14  THAT PARTICULAR PORTION OF THE NOTICE PLAN.

15         AND MR. STEWART SHOULD WEIGH IN FROM THE

16  GOVERNMENT'S PERSPECTIVE.  I DON'T BELIEVE THAT THIS SHOULD

17  AFFECT WHETHER THE ORDER GETS ENTERED, I JUST WANTED TO MAKE

18  SURE THAT THE COURT KNEW THAT FOR THIS PARTICULAR PORTION OF

19  THE NOTICE, THE INDIVIDUALS WHO RECEIVE NOTICE IN THIS WAY,

20  MAY HAVE LESS TIME THAN WE CONTEMPLATED UNDER THE ORDER

21  JUST BECAUSE WE WON'T BE ABLE TO GET IT OUT THE DOOR BY THE

22  12TH.

23         **THE COURT:**  YES.  GIVEN THE SETTLEMENT THAT IS

24  PROPOSED AND ONE OF INJUNCTIVE RELIEF, IT SEEMS TO ME THAT

25  FROM A CLASS MEMBER STANDPOINT, WHETHER CHILDREN OR PARENTS,

OCTOBER 9, 2018

1    THE ISSUE OF FEES WOULD NOT BE A SIGNIFICANT ISSUE TO THEM.

2    IT SEEMS TO ME THAT THAT'S -- I AM NOT SURE WHY ANYONE WOULD

3    OBJECT OVER THE FEES.  THAT IS SOMETHING THAT WOULD BE, IF

4    THE PARTIES AREN'T ABLE TO AGREE TO IT, DETERMINED BY THE

5    COURT.

6              BUT THE ACTUAL CLASS MEMBERS, HOW WOULD IT IMPACT

7    THEM, AND WHY WOULD THEY HAVE A CONCERN OVER THAT PARTICULAR

8    ISSUE?

9              **MR. BERNICK:**  I AM SORRY, YOUR HONOR.  I MAY HAVE

10   MISSPOKE.

11             I THINK THE ISSUE IS NOT THAT THE CLASS MEMBERS

12   WOULD BE CONCERNED ABOUT WHO PAYS FOR THE FEES.

13             WE JUST HAVE TO GO THROUGH THE MECHANICS OF HIRING A

14   VENDOR TO LITERALLY PUT THE STAMPS ON THE ENVELOPES AND GET

15   THESE OUT THE DOOR.

16             AND IN THE MOTION WE SET A DEADLINE FOR OURSELVES OF

17   OCTOBER 12TH TO FINISH CLASS NOTICE, AND BECAUSE WE DON'T KNOW

18   WHO IS GOING TO PAY FOR THOSE COSTS TO HAVE THE NOTICES GO

19   OUT, THAT WE ARE LIKELY NOT GOING TO BE ABLE TO GET THOSE IN

20   THE MAIL BY THE 12TH AT THIS POINT.

21             **THE COURT:**  I SEE.

22             **MR. BERNICK:**  SO THE INDIVIDUALS WHO RECEIVE NOTICE

23   THROUGH THAT MEANS LIKELY WILL NOT BE NOTIFIED BY THE 12TH, IT

24   WILL BE SOME POINT AFTER THE 12TH.

25             **THE COURT:**  I SEE.  OKAY.

1      **MR. BERNICK:**  THAT'S THE ISSUE.  WE DON'T ANTICIPATE

2   THAT THIS WOULD CREATE ADDITIONAL OBJECTIONS, IT JUST MEANS

3   THAT THEY WILL RECEIVE -- THEY WOULD NOT RECEIVE NOTICE AS

4   QUICKLY AS WE WOULD HAVE HOPED.

5          **THE COURT:**  OKAY.  THANK YOU FOR THAT CLARIFICATION.

6          COULDN'T IT BE AGREED THAT THE ORDER BE SIGNED TODAY

7   AND THAT NOTICE GO OUT, AND THAT ONE PARTY OR ANOTHER, OR A

8   COMBINATION OF THE PARTIES, BEAR THE COSTS.  AND THEN IF YOU

9   ARE NOT ABLE TO RESOLVE, ULTIMATELY, THAT COST ISSUE, PRESENT

10  IT TO THE COURT FOR DETERMINATION.

11         BUT THE IDEA WOULD BE THAT THE NOTICE AND THE ORDER

12  WOULD GO OUT RIGHT AWAY.  THE PARTIES INITIALLY WOULD PAY FOR

13  IT, AND THEN WORK OUT WHO ACTUALLY BEARS THE COST AT A

14  LATER TIME.

15         **MR. BERNICK:**  YOUR HONOR, SPEAKING FOR THE MMM

16  PLAINTIFFS, THAT IS ACCEPTABLE TO US.  I CAN'T SPEAK FOR THE

17  OTHERS.  IT IS STILL LIKELY, JUST GIVEN THAT IT IS OCTOBER

18  9TH, GETTING A VENDOR TO GET THESE IN THE MAIL BY THE 12TH, IT

19  LIKELY MIGHT NOT HAPPEN BY THAT DATE, BUT WE CAN MOVE VERY

20  QUICKLY.

21         **THE COURT:**  OKAY.

22         **MR. BERNICK:**  THE OTHER IMPORTANT GATING ISSUE, YOUR

23  HONOR, IS THAT WE HAD RECEIVED AGREEMENT FROM THE GOVERNMENT

24  TO PROVIDE US WITH THE ADDRESSES TO MAIL THESE CLASS NOTICES

25  OUT, AND WE DON'T HAVE THAT CONTACT INFORMATION.  SO IF WE CAN

1    GET THAT INFORMATION FROM THE GOVERNMENT PROMPTLY THEN WE WILL

2    MOVE WITH ALL DUE SPEED TO GET IT OUT THE DOOR.  IT STILL

3    LIKELY WON'T BE BY OCTOBER 12TH, BUT AS SOON AS WE POSSIBLY

4    CAN.

5               **THE COURT:**  OKAY.

6               MR. STEWART, WHAT'S YOUR THOUGHT?

7               **MR. STEWART:**  YOUR HONOR, NORMALLY I WOULD SAY THAT,

8    YOU KNOW, WE SHOULD JUST CONFER, YOU KNOW, AMONGST OURSELVES

9    AND TRY TO REACH A RESOLUTION HERE.  I MAY, IN THIS CASE, JUST

10   KIND OF JUMP THE GUN AND JUST PRESENT TO YOU THE GOVERNMENT'S

11   PROPOSAL TO TRY TO MAKE SURE THAT WE GET THIS NOTICE OUT AS

12   SOON AS POSSIBLE.

13              **THE COURT:**  YES.

14              **MR. STEWART:**  THE GOVERNMENT IS WILLING TO PUT FORTH

15   A CERTAIN AMOUNT OF MONEY TO COVER THIS CLASS NOTICE, SUBJECT

16   TO CERTAIN JUST KIND OF TERMS TO MAKE SURE IT IS, YOU KNOW,

17   MANAGED CORRECTLY, THAT IT IS PROPERLY ENDORSED BY THE COURT,

18   THAT SORT OF THING.

19              WHAT WE WOULD ASK, YOUR HONOR, IS THAT THE

20   GOVERNMENT WOULD PROPOSE COMMITTING TO, YOU KNOW, IF THE COURT

21   WERE WILLING TO APPROVE AN ORDER TO THIS EFFECT, A $5,000

22   AMOUNT TOWARDS THIS CLASS NOTICE.  YOU KNOW, WE ARE NOT

23   CERTAIN EXACTLY HOW MUCH THE NOTICE WILL END UP COSTING BUT

24   WHAT WE PROVIDE IS, YOU KNOW, LOOK, WE WILL AGREE TO PROVIDE

25   $5,000 TOWARD THIS NOTICE.

OCTOBER 9, 2018

```
1              IF IT TURNS OUT THAT MORE IS NEEDED THE PARTIES

2    SHOULD MEET AND CONFER AT THAT TIME, AND WE CAN SEE, YOU KNOW,

3    HOW -- WE WOULD ASK AT THAT TIME THAT THE PLAINTIFFS JUST SORT

4    OF ACCOUNT FOR HOW THEY HAVE SPENT THE NOTICE JUST SO WE MAKE

5    SURE THAT THE MONEY, YOU KNOW, HAS BEEN USED ADEQUATELY, WHAT

6    ELSE NEEDS TO BE SPENT, THAT KIND OF THING.  AND WE CAN

7    EVALUATE WHAT MORE MONEY IS NEEDED, WHAT WE MAY NEED TO COME

8    TO THE COURT WITH, THAT KIND OF A THING.

9              AND OUR PROPOSAL, I THINK IN SHORT, YOUR HONOR,

10   WOULD BE ONE THAT IS, AS WITH MANY THINGS YOU HAVE ENDORSED IN

11   -- YOUR HONOR HAS ENDORSED IN THIS CASE, KIND OF A MARRIAGE

12   BETWEEN GOOD FAITH AND ACCOUNTABILITY.

13             YOU KNOW, WE WANT TO MAKE SURE THIS NOTICE GETS OUT

14   PROMPTLY.  WE ARE WILLING TO PUT UP MONEY TO DO THAT.  AT THE

15   SAME TIME WE THINK IT IS IMPORTANT THAT WE JUST MAKE SURE

16   THAT, YOU KNOW, WE ARE USING THE GOVERNMENT CREDIT CARD, SO TO

17   SPEAK, RESPONSIBLY, JUST GIVEN, YOU KNOW, FISCAL LIMITATIONS,

18   OBLIGATIONS, YOU KNOW, ALL THOSE SORTS OF THINGS.

19             SO OUR PROPOSAL, FROM THE GOVERNMENT'S PERSPECTIVE,

20   YOUR HONOR, IS, LOOK, WE WOULD LIKE TO SUBMIT AN ORDER FOR

21   YOUR HONOR'S APPROVAL WHERE WE JUST LAY OUT, LOOK, THE

22   GOVERNMENT WILL PROVIDE $5,000.  IF MORE IS NEEDED THE PARTIES

23   SHOULD MEET AND CONFER.  THEY CAN BRING ISSUES TO THE COURT.

24   IF MORE IS NEEDED THE PLAINTIFFS WILL GIVE AN ACCOUNTING AS TO

25   HOW THEY HAVE USED THE FIRST $5,000.
```

OCTOBER 9, 2018

1          THAT WAY WE CAN JUST ENSURE ACCOUNTABILITY.  WE

2    DON'T HAVE TO DELAY THIS NOTICE, YOU KNOW, YOUR HONOR, AND WE

3    COULD DEAL WITH THE COST SITUATION THAT WAY.  THAT WOULD, I

4    THINK, SOMEWHAT ADDRESS THE DELAY CONCERN.

5          I AGREE THERE IS NO REASON NOT TO ENTER THE PROPOSED

6    ORDER, PRELIMINARY APPROVAL OF THE SETTLEMENT TODAY, BUT THAT

7    WOULD ALSO JUST MOVE ALONG THE COST SITUATION.

8          THAT WOULD BE THE GOVERNMENT'S PROPOSAL ON COSTS,

9    YOUR HONOR.

10         **THE COURT:**  WHAT ABOUT THE ADDRESSES, ARE YOU ABLE

11   TO PROVIDE THAT TODAY?

12         **MR. STEWART:**  YES, TO THE EXTENT WE HAVE THOSE.  AND

13   THOSE -- WE ARE HOPING TO PROVIDE THE ONES WE HAVE TODAY, YOUR

14   HONOR.

15         IT IS NOT A HUGE GROUP, GIVEN THE NATURE OF HOW

16   FOLKS -- MANY WERE RELEASED AND KIND OF WHAT SORT OF HAPPENED,

17   AND WE HAVE BEEN IN CONTACT WITH THEM AFTERWARDS AND THE LIKE,

18   BUT WE ARE AIMING TO PROVIDE, YOU KNOW, MOST OF WHAT WE HAVE

19   SOON.

20         **THE COURT:**  OKAY.  WHAT I WOULD PROPOSE, THEN, IF I

21   AM UNDERSTANDING THE PARTIES' POSITION, IS THAT THE COURT SIGN

22   THE PROPOSED ORDER.  I WOULD -- THE ONLY MODIFICATION I WOULD

23   MAKE IS TO THE TIME OF THE FINAL APPROVAL HEARING BE

24   10:30 A.M. INSTEAD OF 1:00 P.M. ON NOVEMBER 15.

25         AND THEN I WILL INVITE THE PARTIES TO SUBMIT A JOINT

OCTOBER 9, 2018

```
 1    MOTION AND ORDER AT A LATER TIME WITH RESPECT TO THE COST
 2    ISSUE, AND IT COULD BE SET OUT CONSISTENT WITH WHAT MR.
 3    STEWART HAS JUST LAID OUT.
 4              ANY OBJECTION TO THAT?
 5              MR. STEWART:  GOOD FROM THE GOVERNMENT'S
 6    PERSPECTIVE, YOUR HONOR.
 7              MR. BERNICK:  AND NO OBJECTION FROM THE MMM
 8    PLAINTIFFS' PERSPECTIVE, YOUR HONOR.  SO LONG AS WE RECEIVE
 9    THOSE ADDRESSES PROMPTLY WE WILL MOVE FORWARD WITH THIS NOTICE
10    PLAN.
11              MR. GELERNT:  NONE FROM MS. L. PLAINTIFFS, YOUR
12    HONOR.
13              THE COURT:  HOW ABOUT FOR DORA.
14              MR. BARMEYER:  NONE FROM THE DORA PLAINTIFFS, AND WE
15    WILL MOVE FORWARD WITH RETAINING A VENDOR.
16              THE COURT:  VERY GOOD.
17              ARE WE READY, THEN, TO MOVE TO THE MS. L. STATUS?
18              MR. BARMEYER:  YOUR HONOR, THIS IS WILSON BARMEYER
19    FOR THE DORA PLAINTIFFS.  ONE HOUSEKEEPING DETAIL ON THE
20    SETTLEMENT.
21              THE DORA CASE IS BEING JOINED TO THIS NOT AS A
22    SEPARATE DOCKET BUT RATHER WE HAD FILED A MOTION -- RATHER THE
23    ACLU HAD FILED A MOTION TO AMEND THE COMPLAINT IN MS. L. TO
24    ADD TWO PLAINTIFFS, ONE OF WHOM WE HAVE DESIGNATED AS DORA, TO
25    SERVE AS THE CLASS REPRESENTATIVES FOR THE SETTLEMENT.  I
```

OCTOBER 9, 2018

1   UNDERSTAND YOUR HONOR GRANTED THAT MOTION FOR LEAVE TO AMEND

2   EARLIER TODAY, AND WE APPRECIATE YOU DOING THAT.

3          WE THINK AS A MATTER OF PROCEDURE IT WOULD BE –– THE

4   RIGHT ORDER WOULD BE TO MAKE SURE THAT THE THIRD AMENDED

5   COMPLAINT IS DOCKETED ON THE DOCKET BEFORE THE MOTION FOR

6   PRELIMINARY APPROVAL IS GRANTED.

7          AND IT WAS UNCLEAR FROM THE ORDER THIS MORNING

8   WHETHER WE SHOULD FILE THAT AMENDED COMPLAINT OURSELVES OR

9   WHETHER THE CLERK WOULD ENTER IT.  I JUST WANTED TO RAISE THAT

10  BECAUSE I DO THINK IT IS IMPORTANT TO GET THE SEQUENCE RIGHT

11  AS WE ARE CHECKING THE BOXES ON THE CLASS CERTIFICATION

12  PROCESS.

13         **THE COURT:**  YES.  I THINK THE CLERK WOULD ENTER IT.

14         JAMIE AND MOANA, IS THAT ––

15         **MS. MCMULLAN:**  SHE CAN DO THAT IF YOU WOULD LIKE HER

16  TO.

17         **THE COURT:**  SO WE CAN DO THAT, THE CLERK CAN DO

18  THAT.  SO WE WILL ENTER THE THIRD AMENDED PRIOR TO –– I THINK

19  THAT'S CORRECT –– PRIOR TO THE ENTRY OF THE PROPOSED ORDER

20  GRANTING THE PRELIMINARY APPROVAL.

21         **MR. BARMEYER:**  THANK YOU, YOUR HONOR.

22         **THE COURT:**  YOU ARE WELCOME.

23         ANYTHING ELSE ON THE SETTLEMENT?

24         OKAY.  LET'S MOVE TO THE MS. L. STATUS.

25         THIS, TOO, LOOKS LIKE IT IS GOING VERY WELL.  I WAS

14

```
 1   TRYING TO FIGURE OUT ONE ISSUE, AND I WILL INQUIRE FIRST OF
 2   MR. STEWART.
 3           ON THE NUMBERS HERE, I WAS TRYING TO RECALL HOW WE
 4   ARE COMING UP WITH THESE NUMBERS.
 5           THERE IS IDENTIFIED, AT PAGE 11, 254 CHILDREN IN
 6   O.R.R. CUSTODY WITH REMOVED PARENTS.  THEN ON PAGE 14 WE HAVE
 7   414 REMOVED PARENTS IDENTIFIED BY THE GOVERNMENT.
 8           SO WHAT'S CAUSING THE DIFFERENCE, THE DISCREPANCY
 9   BETWEEN 414 AND 254?  IS THAT DUE TO A NUMBER OF THE CHILDREN
10   HAVING BEEN SPONSORED OUT AND OTHER RELATED ISSUES SUCH THAT
11   THEY ARE NOT IN O.R.R. CUSTODY?
12           MR. STEWART:  I BELIEVE THAT IT IS VARIOUS FORMS OF
13   RELIEF, SUCH AS TO SPONSORS AND THE LIKE, YOUR HONOR.  IF I AM
14   UNDERSTANDING THE QUESTION CORRECTLY.
15           THE COURT:  OKAY.  SO OF THE 254 CHILDREN IN O.R.R.
16   CUSTODY WITH REMOVED PARENTS, IT APPEARS THAT THERE ARE ONLY
17   18 REMAINING PARENTS OUT OF COUNTRY WHO WERE REMOVED WITHOUT
18   THEIR CHILD WHO HAVE NOT YET BEEN REACHED.  IS THAT CORRECT?
19           MR. STEWART:  I AM CHECKING.  WHICH PAGE, MAY I ASK,
20   YOUR HONOR, ARE YOU -- YOU ARE REFERRING TO PAGE 11.
21           THE COURT:  YES, PAGE 11.
22           MR. STEWART:  I SEE.
23           I BELIEVE -- I BELIEVE THAT'S THE PLAINTIFFS' LATEST
24   NUMBERS, AND I THINK OUR LATEST ON THAT IS THAT -- THAT MAY BE
25   RIGHT.
```

OCTOBER 9, 2018

1          **MR. GELERNT:**  YOUR HONOR, THIS IS MR. GELERNT FOR

2   MS. L.  I COULD PROVIDE SLIGHTLY UPDATED NUMBERS SINCE THIS

3   LAST JSR, IF YOU WOULD LIKE.

4          **THE COURT:**  YES.

5          **MR. GELERNT:**  WE HAVE REDUCED THAT NUMBER FROM 18 TO

6   10 NOW.  THERE ARE ONLY 10 PARENTS WHO WE HAVE NOT REACHED.

7   AND WE REMAIN HOPEFUL THAT WE ACTUALLY CAN REACH THOSE 10, SO

8   WE HAVE NOT PUT THOSE 10 IN A CATEGORY OF UNABLE TO REACH YET,

9   BUT WE ARE STILL TRYING.  WE ARE HOPING THROUGH THREE-WAY

10  CALLS AND OTHER MEANS THAT WE WILL STILL REACH THE 10, BUT IT

11  IS DOWN FROM 18 TO 10 AT THIS POINT.

12         **THE COURT:**  OKAY.  AND YOU ARE OPTIMISTIC, THEN,

13  THAT EVERY PARENT WILL END UP BEING CONTACTED.

14         **MR. GELERNT:**  RIGHT NOW WE HAVE NO REASON TO BELIEVE

15  WE WON'T REACH THOSE 10, SO I WOULD JUST PUT IT THAT WAY.  I

16  REMAIN OPTIMISTIC.

17         BUT WE WILL OBVIOUSLY LET YOU KNOW AT THE NEXT

18  STATUS REPORT IF WE HIT A SNAG WITH ANY OF THE 10.  BUT RIGHT

19  NOW WE DO BELIEVE THAT WE MAY BE ABLE TO REACH ALL 10.  THAT'S

20  RIGHT, YOUR HONOR.

21         **THE COURT:**  THEN, MR. GELERNT, ON PAGE 14, HELP ME

22  TO UNDERSTAND SOME OF THE NUMBERS HERE.

23         THERE THERE IS 414 TOTAL REMOVED PARENTS, AND THERE

24  IS AN INDICATION THAT THE STEERING COMMITTEE DOES NOT HAVE

25  TELEPHONE NUMBERS FOR 19, AND THAT THE COMMITTEE HAS NOT

OCTOBER 9, 2018

1   REACHED THE 49 PARENTS.  SO HOW IS THAT CONSISTENT WITH WHAT

2   WE JUST DISCUSSED, WHICH IS THAT THERE IS ONLY 10 PARENTS WHO

3   HAVE NOT YET BE CONTACTED?

4          **MR. GELERNT:**  YOUR HONOR, I THINK -- I AGREE THAT IT

5   IS CONFUSING.  THE ORIGINAL 1414 WAS THE NUMBER THAT WE WERE

6   FIRST WORKING WITH A NUMBER OF WEEKS AGO, AND THE GOVERNMENT

7   MOVED FROM THAT NUMBER SAYING THAT THERE WERE A NUMBER OF

8   PARENTS WHO HAD BEEN RELEASED OR DIDN'T FALL WITHIN THE CLASS.

9   AND WE HAVE JUST BEEN PROVIDING THIS NUMBER AS A BASELINE, BUT

10  WE ARE STILL WORKING WITH THE GOVERNMENT TO FIGURE OUT THE

11  DIFFERENCE BETWEEN THIS ORIGINAL 1414 NUMBER AND THE BASELINE

12  NUMBERS THAT THEY STARTED USING.

13         SO I THINK, RIGHT NOW, FOR THE MOMENT, PROBABLY THE

14  CHART, THE 1414 CHART IS MORE CONFUSING THAN HELPFUL FOR YOU

15  AT THIS POINT.  SO I THINK IT IS MORE THAT PAGE 11 NUMBERS

16  WHERE WE ARE USING THE GOVERNMENT'S BASELINE, WE ARE TRYING TO

17  FIGURE OUT THE DISCREPANCY BETWEEN THE BASE LINE NUMBERS WE

18  ARE NOW USING AND THE ORIGINAL 1414 WITH THE GOVERNMENT.  BUT

19  THAT EXPLAINS THE DISCREPANCY.

20         SO I THINK FOR NOW WE OUGHT TO CONCENTRATE ON THE

21  PAGE 11 NUMBERS, AND WE WILL LET YOU KNOW IF WE ARE NOT ABLE

22  TO ULTIMATELY FIGURE OUT WHAT THE GOVERNMENT -- WHY THE 1414

23  NUMBER WASN'T THE BASELINE THEY CONTINUED TO USE.

24          **THE COURT:**  OKAY.  THANK YOU.

25         SO IT WOULD THEN APPEAR THAT WE ARE VERY CLOSE IN

```
 1   REACHING EVERY PARENT.
 2            AND THEN ALL THAT WOULD BE LEFT IS FOR THOSE PARENTS
 3   WHO WANT TO BE REUNIFIED WITH THEIR CHILDREN IN THEIR HOME
 4   COUNTRY TO REPATRIATE THOSE CHILDREN.  THE REST OF THE
 5   CHILDREN, WHERE REPATRIATION HAS BEEN WAIVED, WOULD REMAIN IN
 6   COUNTRY AND PURSUE THE NORMAL TVPRA PROCEDURES.
 7            DOES ANYONE HAVE A TIMING ON THIS?  IT APPEARS WE
 8   ARE VERY CLOSE TO REALLY GETTING THINGS WRAPPED UP IN MS. L.
 9   AS FAR AS IDENTIFYING EVERY REMOVED PARENT, PARENTS REMOVED
10   WITHOUT THEIR CHILD.
11            AND THEN GETTING THEIR WISHES IMPLEMENTED, EITHER
12   THROUGH A WAIVER OR REPATRIATION.  BUT IT SEEMS TO ME WE
13   SHOULD BE ABLE TO CLOSE THIS OUT FAIRLY QUICKLY.
14            CAN ANYONE OFFER A TIME ESTIMATE?
15            MR. GELERNT:  YOUR HONOR, THIS IS MR. GELERNT AGAIN
16   FOR MS. L.
17            I HAVE ONE ISSUE I DID WANT TO RAISE ABOUT THE
18   TIMING.  YOU KNOW, DIRECTLY IN RESPONSE TO YOUR QUESTION, I
19   DON'T KNOW THE OVERALL TIMING, BUT I AGREE WE ARE MOVING
20   TOWARDS THAT.
21            AND ONE THING I DID WANT TO RAISE ABOUT THE TIMING
22   IS THAT COMMANDER WHITE HAS TAKEN OVER THE REPATRIATIONS WITH
23   RESPECT TO THOSE CHILDREN WHO ARE BEING REPATRIATED BY HHS,
24   AND THE PROCESS HAS IMPROVED SINCE HE HAS TAKEN IT OVER.  AND
25   HE HAS BEEN RESPONSIVE TO OUR REQUESTS FOR INFORMATION, AND WE
```

OCTOBER 9, 2018

1   ARE GETTING INFORMATION.  SO THAT PROCESS CONTINUES TO

2   IMPROVE, AND WE ARE HOPING THAT THOSE REPATRIATIONS WILL

3   HAPPEN FAIRLY QUICKLY.

4          I DON'T HAVE AN EXACT TIME, I SUSPECT THE GOVERNMENT

5   DOESN'T EITHER, BUT WE DID WANT TO RAISE A CONCERN ABOUT SOME

6   OF THE REPATRIATIONS AND THE TIMING AND THE AMOUNT OF

7   INFORMATION, ADVANCE NOTICE WE ARE GETTING.

8          IT TURNS OUT THAT SOME OF THE REPATRIATIONS ARE

9   BEING DONE BY ICE.  AND I THINK IT IS LARGELY THE ONES WHERE

10  THERE WAS A VOLUNTARY DEPARTURE ORDER ENTERED RATHER THAN THE

11  CASE BEING DISMISSED.  AND WHY THAT NEEDS TO HAPPEN, I GUESS,

12  IS PART OF SORT OF THE AGENCY ALLOCATION.

13         BUT WHAT IS HAPPENING WITH THE ONES THAT ARE BEING

14  HANDLED BY ICE ARE, I THINK, TWO PROBLEMS THAT THE STEERING --

15  THAT I WANTED TO RAISE BECAUSE THE STEERING COMMITTEE HAS BEEN

16  RAISING VERY SERIOUS CONCERNS ABOUT.

17         ONE IS THAT ICE IS NOT PROVIDING INFORMATION ABOUT

18  THE REPATRIATIONS, AND ANY INFORMATION WE GET COMES VERY LAST

19  MINUTE OR NOT AT ALL, AND INDIRECTLY THROUGH COMMANDER WHITE

20  SENDING US A COURTESY EMAIL.  BUT HE SAYS HE DOESN'T GET

21  THE INFORMATION FROM ICE AT ALL, AND SO HE IS SENDING IT WHEN

22  HE GETS IT, OR MS. FABIAN WAS SENDING IT AS SOON AS SHE GETS

23  IT.

24         FOR EXAMPLE, TODAY A 5-YEAR-OLD CHILD IS LANDING IN

25  GUATEMALA, MAY HAVE JUST LANDED, BUT THERE WAS NO NOTICE.  SO

OCTOBER 9, 2018

19

1    THE PARENTS ARE VERY FAR AWAY FROM GUATEMALA CITY, AND THE

2    CHILD NOW IS GOING TO HAVE TO SPEND ANOTHER NIGHT IN A STRANGE

3    SHELTER IN GUATEMALA UNTIL THE PARENTS CAN FIND A WAY DOWN

4    THERE, WITH THE NGO'S HELP, WITH JUSTICE IN MOTIONS' HELP.

5            AND THEN ANOTHER CHILD WHO IS EIGHT YEARS OLD, ALSO

6    AN ICE CASE, WE SUBMITTED ON AUGUST 30TH A DECLARATION FOR THE

7    CHILD TO BE REPATRIATED.  THE DATE HAS NOW BEEN MOVED AGAIN,

8    AND APPEARS THAT IT IS NOT GOING TO BE UNTIL OCTOBER 18TH,

9    ANOTHER TEN DAYS.  AND THE CHILD IS ONLY 8 YEARS OLD.

10           SO IT IS BOTH NOT GETTING ANY ADVANCE NOTICE SO THE

11   PARENTS CAN BE THERE TO GET THE CHILD, AND THE LENGTH OF TIME

12   IT IS TAKING IN MANY OF THE REPATRIATIONS THAT ARE DONE BY

13   ICE.

14           I DON'T KNOW WHAT THE EXACT SOLUTION IS, BUT IT DOES

15   SEEM THAT WHEN COMMANDER WHITE IS IN CHARGE OF THINGS IT IS

16   MOVING MUCH MORE EFFICIENTLY.  AND SO WHETHER HE CAN ALSO BE

17   RESPONSIBLE FOR THE REPATRIATIONS THAT ARE DONE BY ICE OR

18   WHETHER HHS CAN DO THEM ALL, I DON'T KNOW.

19           BUT IT SEEMS AS THOUGH THERE IS A BIG DIFFERENCE IN

20   HOW THE REPATRIATIONS ARE WORKING WHEN COMMANDER WHITE IS

21   HANDLING THEM FOR HHS VERSUS HOW THEY ARE BEING HANDLED WHEN

22   THEY ARE DIRECTLY BY ICE AND COMMANDER WHITE IS NOT DIRECTLY

23   IN THE LOOP.

24           **THE COURT:**  MR. STEWART, ANY INSIGHT ON THAT?

25           **MR. STEWART:**  YES, YOUR HONOR.

OCTOBER 9, 2018

```
 1           I THINK -- WE WILL WORK ON THOSE WITH THE
 2   INFORMATION WE ARE PROVIDING.  WE ARE PROVIDING THE ICE
 3   INFORMATION, YOU KNOW, PROMPTLY WHEN WE HAVE IT.  THAT
 4   INFORMATION HAS NOT ALWAYS PROVIDED GREAT LEAD TIME, AND TO
 5   THE EXTENT WE CAN PROVIDE MORE LEAD TIME WE CAN DO THAT.
 6           I WILL SAY THAT THE ICE-HANDLED DEPARTURES ARE A
 7   SMALLER NUMBER.  THEY SOMETIMES OPERATIONALLY RAISE, YOU KNOW,
 8   SOME SENSITIVITY CONCERNS AS TO DISCLOSING TIMING THAT WE ARE
 9   JUST WORKING WITH IN LIGHT OF THE SHARED REUNIFICATION
10   DESIRES HERE.
11           BUT I WILL SAY IT IS A RELATIVELY SMALL NUMBER, BUT
12   WE WILL SEE -- AND WE ARE TRYING TO PROVIDE THE INFORMATION WE
13   CAN, BUT WE WILL TAKE A LOOK AND SEE IF THERE IS AN
14   IMPROVEMENT TO THERE -- AN IMPROVEMENT THERE.  BECAUSE IT IS A
15   SMALLER NUMBER I SUSPECT IT IS HARDER TO SYSTEMATIZE IN THE
16   WAY THAT COMMANDER WHITE HAS ACHIEVED.  BUT WE CAN LOOK AT
17   THAT AND SEE IF ANYTHING BETTER CAN BE DONE THERE.
18           **THE COURT:**  OKAY.  IT SEEMS TO ME SINCE COMMANDER
19   WHITE IS IN CHARGE OF MUCH OF THIS, AND CERTAINLY ON BEHALF OF
20   HHS HE IS IN CHARGE AND DOING HIS USUAL WONDERFUL JOB, THAT
21   PERHAPS COMMANDER WHITE CAN GET IN CONTACT WITH WHOSEVER IS
22   HEADING UP ICE REPATRIATION, AND MAKE DIRECT COMMUNICATION
23   WITH HIM ABOUT THE IMPORTANCE OF THE NEED FOR ADVANCE NOTICE
24   SO THAT THIS TYPE OF SITUATION DOES NOT OCCUR IN THE FUTURE.
25           IT SEEMS TO ME THERE IS A VERY EASY, PRACTICAL
```

```
1   SOLUTION, AND IT WOULD COME FROM COMMANDER WHITE COMMUNICATING
2   WITH THE APPROPRIATE ICE OFFICIAL.
3              SO MAYBE, MR. STEWART, YOU CAN REACH OUT TO
4   COMMANDER WHITE AND SEE IF IT CAN BE ADDRESSED IN THAT MANNER.
5              MR. STEWART:  WE WILL WORK TO ADDRESS THAT, YOUR
6   HONOR.  WE TAKE THE POINT.
7              THE COURT:  ALL RIGHT.  THANK YOU.
8              ARE THERE ANY OTHER MATTERS?  I DID NOT -- WELL, LET
9   ME INQUIRE.
10             WHAT IS THE STATUS WITH RESPECT TO THE NEW YORK
11  CASES, ANY NEW DEVELOPMENTS THERE?
12             MR. STEWART:  IF I MAY, YOUR HONOR.  THIS IS
13  MR. STEWART.  I HAVE A FEW THAT I CAN BRING UP-TO-DATE --
14  BRING YOU UP-TO-DATE ON.
15             THE COURT:  YES.
16             MR. STEWART:  IN THE SEPTEMBER 27TH STATUS REPORT
17  WE, THE GOVERNMENT, HAD AGREED TO PROVIDE SOME INFORMATION ON
18  STATUS ON SEVERAL MINORS.  I CAN REPORT WITH RESPECT TO --
19  WITH RESPECT TO THOSE THAT -- THE WOSL AND NOOY, THOSE HAVE
20  BOTH BEEN -- THOSE MINORS HAVE BOTH BEEN RELEASED.
21             I BELIEVE WE ALSO MENTIONED THERE WERE QUESTIONS FOR
22  UPDATES ON FOUR OTHER MINORS ALSO LISTED ON PAGE 3 OF THAT
23  STATUS REPORT.  YOUR HONOR, WE HAVE BEEN ABLE TO RELEASE THREE
24  OF THOSE FOUR, AND MY UNDERSTANDING IS THAT WE HAVE COME --
25  GOTTEN CLEARANCE FOR EVENTUAL REUNIFICATION OF THE OTHER --
```

OCTOBER 9, 2018

```
 1    THE OTHER ONE OF THE FOUR.  SO GOOD PROGRESS ON THOSE

 2    SPECIFICALLY ENUMERATED PERSONS -- OR THE CHILDREN.

 3           AND WE HAVE ALSO MADE OVERALL PROGRESS ON SOME OF

 4    THE NUMBERS THAT YOUR HONOR SEES AT PAGES 4 AND 5.  SO WE ARE

 5    CONTINUING TO WORK ON THOSE AND CONTINUE TO PROVIDE

 6    INFORMATION TO THE PLAINTIFFS IN THOSE CASES.

 7           MS. HELLER:  THIS IS CAROLINE HELLER ON BEHALF OF

 8    THE RGH PARTIES, WHICH INCLUDED WOSL AND NOOY.

 9           AND INDEED WITH YOUR ENCOURAGEMENT, YOUR HONOR, AND

10    THE GOVERNMENT'S GOOD WORK, ALL OF THE CHILDREN WHO HAD NOT

11    YET BEEN RELEASED TO SPONSORS ARE NOW RELEASED.  AND WE HAVE

12    NO OUTSTANDING ISSUES CONCERNING THAT FACT, AND THE FAMILIES

13    ARE VERY APPRECIATIVE.

14           THE COURT:  OKAY.  EXCELLENT.

15           ANY OTHER MATTERS TO REPORT ON ON ANY OF THE CASES?

16    OKAY.

17           I WILL, THEN, ISSUE TODAY THE ORDER GRANTING

18    PRELIMINARY APPROVAL FOLLOWING ENTRY OF THE THIRD AMENDED

19    COMPLAINT IN MS. L.

20           AND THEN AGAIN ENCOURAGE THE PARTIES TO KEEP MOVING

21    QUICKLY TOWARD WRAPPING UP THE REUNIFICATION IN MS. L.  I

22    THINK WE ARE VERY CLOSE, AND SO IT WOULD BE A WONDERFUL THING

23    TO HAVE A STATUS REPORT THAT INDICATES THAT ALL PARENTS HAVE

24    BEEN CONTACTED, AND THEIR WISHES HAVE BEEN STATED AND

25    ADDRESSED, EITHER THROUGH WAIVER OR REPATRIATION.
```

OCTOBER 9, 2018

 1          I WILL ISSUE AN ORDER LATER TODAY, OR PERHAPS

 2   TOMORROW, SETTING OUT A SCHEDULE WITH RESPECT TO THE STATUS IN

 3   THE MS. L. CASES.  BUT WHAT I AM CONTEMPLATING GENERALLY,

 4   SINCE WE ARE MOVING ALONG WELL AND MAKING GOOD PROGRESS, IS

 5   CONTINUED STATUS REPORTS.  AND THEN I -- I HAVEN'T PENCILED

 6   OUT ALL OF THE DATES YET BUT WHAT I AM CONTEMPLATING IS A

 7   STATUS REPORT PERHAPS, SINCE TODAY IS TUESDAY, ANOTHER

 8   STATUS REPORT ON MONDAY THE 15TH, WITH A FOLLOW-UP TELEPHONIC

 9   CONFERENCE ON TUESDAY THE 16TH AT 1:00 P.M.  AND THEN

10   THEREAFTER STAGGER THE REPORTING WITH A LITTLE MORE TIME.

11          I WILL SET OUT SOME DATES, PROBABLY LATER IN OCTOBER

12   AND EARLY NOVEMBER, FOR STATUS REPORTS.  AND SET A STATUS

13   CONFERENCE PROBABLY -- WELL, THE NEXT ONE I THINK I WILL SET

14   WILL BE OCTOBER 16, AND THEN I MAY SET ANOTHER ONE LATER IN

15   OCTOBER OR EARLY NOVEMBER, DEPENDING ON THE PROGRESS AND THE

16   NEED FOR ANY FOLLOW-UP STATUS CONFERENCE.  AND I WILL ISSUE

17   THAT ORDER, I WILL ATTEMPT TO DO THAT TODAY.

18          ARE THERE ANY OTHER MATTERS WE NEED TO ADDRESS AT

19   THIS TIME?  OKAY.

20          WELL, THANK YOU VERY MUCH.

21          AGAIN, I REALLY WANT TO COMMEND COUNSEL IN ALL OF

22   THESE CASES FOR WORKING TOGETHER SO COLLABORATIVELY AND

23   PRODUCING WHAT APPEARS TO BE A REALLY EXCELLENT SETTLEMENT,

24   AND A VERY, VERY PRINCIPLED APPROACH TO THESE ASYLUM CLAIMS

25   THAT CAN BE ADDRESSED BY THE CHILDREN AND THE PARENTS, SO IT

OCTOBER 9, 2018

1   IS MUCH APPRECIATED.  AND I WILL ISSUE THAT ORDER TODAY, LATER

2   TODAY.

3           THANK YOU.

4           **MR. STEWART:**  THANK YOU, YOUR HONOR.

5           **MR. GELERNT:**  THANK YOU, YOUR HONOR.

6           **THE COURT:**  YOU ARE WELCOME.

7           **MS. HELLER:**  THANK YOU.

8

9                           *   *   *

10          I CERTIFY THAT THE FOREGOING IS A CORRECT
            TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
11          IN THE ABOVE-ENTITLED MATTER.

12          S/LEEANN PENCE                    10/9/2018
            LEEANN PENCE, OFFICIAL COURT REPORTER   DATE
13

14

15

16

17

18

19

20

21

22

23

24

25

                        OCTOBER 9, 2018