# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ms. L., et al.

**Plaintiff,**

v.

U.S. Immigration and Customs Enforcement, et al.

**Defendant.**

Civil No. 3:18-cv-428-DMS

## PRO HAC VICE APPLICATION

Plaintiffs Dora and Alma
Party Represented

I, __Johnathan Smith__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Muslim Advocates
Street address: P.O. Box 34440
City, State, ZIP: Washington, D.C. 20043
Phone number: 202-897-2622
Email: johnathan@muslimadvocates.org
That on 11/6/2015 (Date) I was admitted to practice before D.C. Court of Appeals (Name of Court)

and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case
Case Number                                                    Date of Application
Application:    ☐ Granted    ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Aaron M. Olsen
(Name)

619-342-8000
(Telephone)

Haeggquist and Eck LLP
(Firm)

225 Broadway, Suite 2050, San Diego, CA 92101
(Street)                                                    (City)                    (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)