

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ms. L., et al.

                **Plaintiff,**

v.

U.S. Immigration and Customs Enforcement, et al.

                **Defendant.**

Civil No. 3:18-cv-428-DMS

## PRO HAC VICE APPLICATION

Plaintiffs Dora and Alma
*Party Represented*

I, **Sirine Shebaya** (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Muslim Advocates
Street address: P.O. Box 34440
City, State, ZIP: Washington, D.C. 20043
Phone number: 202-897-2622
Email: sirine@muslimadvocates.org

That on 4/7/2014 (Date) I was admitted to practice before D.C. Court of Appeals (Name of Court) and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

*(If previous application made, complete the following)*

Title of case: _____
Case Number: _____   Date of Application: _____
Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

*(Signature of Applicant)*

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Aaron M. Olsen (Name)   619-342-8000 (Telephone)

Haeggquist and Eck LLP (Firm)

225 Broadway, Suite 2050, San Diego, CA 92101
(Street)   (City)   (Zip code)

*(Signature of Applicant)*

I hereby consent to the above designation.

*(Signature of Designee Attorney)*