**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO DIVISION**

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 3:18-cv-1832-DMS<br><br>Honorable Dana M. Sabraw |
| Ms. L, et al.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, et al.,<br><br>Defendant. | Case No. 3:18-cv-428-DMS<br><br>Honorable Dana M. Sabraw<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO REQUIRE IMPLEMENTATION OF SETTLEMENT AGREEMENT** |

Upon consideration of Plaintiffs' Emergency Motion to Require Implementation of Settlement Agreement, it is hereby ORDERED that Defendants implement the terms of the parties' settlement agreement immediately, prior to final approval, for class members who execute the notice and waiver form approved by the Court.

**IT IS SO ORDERED**.

DATED:_____

_____
The Hon. Judge Dana Sabraw