LOWENSTEIN SANDLER LLP
Katie R. Glynn (SBN 300524)
390 Lytton Avenue
Palo Alto, CA  94301
Telephone:  (202) 753-3800
Facsimile:  (202) 753-3838
E-mail:  kglynn@lowenstein.com

*Attorney for Non-Party Objector,*
*CATHOLIC CHARTIEIS COMMUNITY SERVICES OF*
*THE ARCHDIOCESE OF NEW YORK*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., *Petitioners-Plaintiffs*, v. U.S. Immigration and Customs Enforcement ("ICE"), *et al.*, *Respondents-Defendants.* | Case No. 3:18-cv-428-DMS Honorable Dana M. Sabraw |
| M.M.M., on behalf of his minor child, J.M.A., et al., *Plaintiffs*, v. Jefferson Beauregard Sessions, III, Attorney General of the United States, et al., *Defendants.* | Case No.: 3:18-cv-1832-DMS Honorable Dana M. Sabraw **NOTICE OF APPEARANCE OF KATIE R. GLYNN** |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Katie R. Glynn of Lowenstein Sandler LLP, counsel on behalf of Non-Party Objector Catholic Charities Community Services of the Archdiocese of New York in this action.  The Court and counsel are requested to update their service list with the undersigned's information as follows:

| | |
|---|---|
| 1 | Katie Glynn (SBN 300524) |
| 2 | Lowenstein Sandler LLP |
|   | 390 Lytton Avenue |
| 3 | Palo Alto, CA  94301 |
|   | Telephone:  (202) 753-3800 |
| 4 | Facsimile:  (202) 753-3838 |
|   | kglynn@lowenstein.com |

DATED:  October 11, 2018            LOWENSTEIN SANDLER LLP
                                    KATIE R. GLYNN (SBN 300524)


By: /s/ Katie R. Glynn
        KATIE R. GLYNN


Attorneys for Non-Party Objector
Catholic Charities Community Services of the
Archdiocese of New York

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 11, 2018    By: /s/ Katie R. Glynn
                               KATIE R. GLYNN

LOWENSTEIN SANDLER LLP
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: (202) 753-3800
Facsimile: (202) 753-3838
kglynn@lowenstein.com