# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Jefferson Beauregard Sessions, III, Attorney General of the United States, et al., <br><br> Defendant. | Case No. 3:18-cv-1832-DMS |
| Ms. L, et al., <br><br> Plaintiff, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement, et al., <br><br> Defendant. | Case No. 3:18-cv-428-DMS <br><br> **ORDER REQUESTING RESPONSE** |

The Court is in receipt of the emergency motion to require implementation of the settlement agreement filed by Plaintiffs in the above-captioned cases. Defendants shall file a response to the motion on or before **October 15, 2018**. Unless otherwise

1  ordered, the Court will take the matter under submission without oral argument.

2  **IT IS SO ORDERED**.

3  Dated:  October 11, 2018

Hon. Dana M. Sabraw
United States District Judge

- 2 -