JOSEPH H. HUNT
Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br>    Petitioners-Plaintiffs,<br><br> vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>    Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>**DEFENDANTS' STATUS REPORT** |

The Court ordered the parties to file a joint status report on October 15, 2018, in anticipation of the status conference set for October 16, 2018 at 1:00pm PST. Having received no information from Plaintiffs for submission with the joint report, and no response to their inquiry as to when Plaintiffs' information would be received, Defendants submit this status report on behalf of Defendants alone in order to comply with the Court's instruction.

## I. DEFENDANTS' POSITIONS

### A. Update on Reunifications

Defendants have appropriately discharged an additional 67 children since the last Joint Status Report, for a total of 2,363 children.

Looking ahead, there are 66 children proceeding towards reunification or another appropriate discharge. Specifically, there are:

- <u>16 children</u> in ORR care with a parent who is in the United States and presently in the class. Of the 16 children, 1 cannot be reunified at this time because their parent is in other federal, state, or local custody (e.g., state criminal detention). Two are under review for red flags for safety and wellbeing. Defendants are working to appropriately discharge the remaining 13 of 16 children, and to identify any possible barriers to their

discharge, meeting and conferring with Plaintiffs where appropriate for resolution. *See* Table 1: Reunification Update.

- <u>18 children</u> in ORR care who have parents presently departed from the United States, who have cleared Processes 1 through 3 of the Court-approved reunification plan, and who are proceeding towards reunification with their parents in their home country. *See* Table 2: Reunification of Removed Class Members.

    o Of these 18 children, 7 children have voluntary departure orders. The government is actively arranging travel to their home countries. Another 5 of the 18 children have immigration proceedings that have been dismissed or canceled by the government. The government is actively arranging travel to their home countries as well. *See id*.

- <u>32 children</u> in ORR care who have parents presently departed from the United States, and for whom the ACLU has not yet provided notice of parental intent regarding reunification (or declination of reunification). As described below, Defendants are supporting the efforts of the ACLU to obtain statements of intent from those parents. Once Defendants receive the notices from the ACLU, Defendants will either reunify the children or move them into the TVPRA sponsorship process, consistent with the intent

of the parent. For 12 of the 32 children, the ACLU has been in contact with their parents for more than 28 days without providing Defendants with notice of parental intent. *See* Table 2: Reunification of Removed Class Members.

The current reunification status for children ages 0 through 17 is further summarized in Table 1 below. The data in Table 1 reflects approximate numbers maintained by ORR at least as of October 9, 2018. These numbers are dynamic and continue to change as more reunifications or discharges occur.

**Table 1: Reunification Update**

| Description | Phase 1 (Under 5) | Phase 2 (5 and above) | Total |
|---|---|---|---|
| Total number of possible children of potential class members originally identified | 103 | 2,551 | 2,654 |
| **Discharged Children** | | | |
| Total children discharged from ORR care: | 89 | 2,274 | 2,363 |
| • Children discharged by being reunified with separated parent | 76 | 1,994 | 2,070 |
| • Children discharged under other appropriate circumstances (these include discharges to other sponsors [such as situations where the child's separated parent is not eligible for reunification] or children that turned 18) | 13 | 280 | 293 |
| **Children in ORR Care, Parent in Class** | | | |
| Children in care where the parent is not eligible for reunification <u>or</u> is not available for discharge at this time: | 1 | 65 | 66 |
| • Parent presently outside the U.S. | 0 | 50 | 50 |
| • Parent presently inside the U.S. | 1 | 15 | 16 |

| | | | |
|---|---|---|---|
| o Parent in other federal, state, or local custody | 0 | 1 | 1 |
| o Parent red flag case review ongoing – safety and well being | 0 | 2 | 2 |
| **Children in ORR Care, Parent out of Class** | | | |
| Children in care where further review shows they were not separated from parents by DHS | 5 | 41 | 46 |
| Children in care where a final determination has been made they cannot be reunified because the parent is unfit or presents a danger to the child | 6 | 20 | 26 |
| Children in care with parent presently departed from the United States whose intent not to reunify has been confirmed by the ACLU | 2 | 123 | 125 |
| Children in care with parent in the United States who has indicated an intent not to reunify | 0 | 27 | 27 |

**B. Update on Removed Class Members**

The current reunification status of removed class members is set forth in Table 2 below. The data presented in this Table 2 reflects approximate numbers maintained by ORR as of at least October 9, 2018. These numbers are dynamic and continue to change as the reunification process moves forward.

**Table 2: Reunification of Removed Class Members**

| REUNIFICATION PROCESS | REPORTING METRIC | NO. | REPORTING PARTY |
|---|---|---|---|
| **STARTING POPULATION** | Children in ORR care with parents presently departed from the U.S. | 175 | Def's. |
| **PROCESS 1: Identify & Resolve** | Children with no "red flags" for safety or parentage | 175 | Def's. |

| | | | | |
|---|---|---|---|---|
| | **Safety/Parentage Concerns** | | | |
| | **PROCESS 2: Establish Contact with Parents in Country of Origin** | Children with parent contact information identified | 175 | Def's. |
| | | Children with no contact issues identified by plaintiff or defendant | 175 | Def's. & Pl.'s |
| | | Children with parent contact information provided to ACLU by Government | 175 | Def's. |
| | **PROCESS 3: Determine Parental Intention for Minor** | Children for whom ACLU has communicated parental intent for minor: | 143 | Pl's. |
| | | • Children whose parents waived reunification | 125 | Pl's. |
| | | • Children whose parents chose reunification in country of origin | 18 | Pl's. |
| | | Children for whom ACLU has not yet communicated parental intent for minor: | 32 | Pl's. |
| | | • Children with voluntary departure orders awaiting execution | 1 | Def's. |
| | | • Children with parental intent to waive reunification documented by ORR | 12 | Def's. |
| | | • Children whose parents ACLU has been in contact with for 28 or more days without intent determined | 12 | Pl's. |
| | **PROCESS 4: Resolve Immigration Status of Minors to Allow Reunification** | Total children cleared Processes 1-3 with confirmed intent for reunification in country of origin | 18 | Pl's. |
| | | • Children in ORR care with orders of voluntary departure | 7 | Def's. |

| | | | |
|---|---|---|---|
| | • Children in ORR care w/o orders of voluntary departure | 11 | Def's. |
| | • Children in ORR care whose immigration cases were dismissed | 5 | Def's. |

### C. Locating Removed Parents

ORR continues to support the ACLU's efforts to obtain parental intent by brokering three-way calls with parents, the case manager, and the ACLU.

### D. Update Regarding Government's Implementation of Agreement

Defendants address implementation of the settlement agreement in their response to Plaintiffs' emergency motion seeking implementation of the settlement agreement. In short, Defendants have been implementing the agreement to the extent appropriate, and Defendants stand ready to work with Plaintiffs to implement the agreement further. Defendants have significant concerns—legal, practical, and equitable—with the complete and immediate implementation that Plaintiffs have demanded. The settlement agreement has not yet surmounted the procedural hurdles erected by Federal Rule of Civil Procedure 23 and the Constitution, and Defendants are concerned with Plaintiffs' counsel's unyielding demand that class members receive all benefits of the agreement with no assurance that the government will obtain the central benefits for which it bargained. Nonetheless, as stated in

the government's response, the government stands ready to work with Plaintiffs' counsel to find a solution.

### E. Update Regarding Travel Arrangements

Defendants continue to coordinate with the ACLU steering committee regarding travel information for children being reunified with their parents abroad. ICE and HHS are coordinating with DOJ to provide the steering committee with the most up to date information available in a timely manner. This last Friday, and again today, ICE has provided information about voluntary departures currently scheduled. In accordance with the Court's and Plaintiffs' request, Defendants will continue to work to provide timely travel information and invite Plaintiffs' counsel to confer with them about any concerns.

### F. Information Sharing and Reporting on Removed Parents

The parties continue to work collaboratively on the sharing of data requested by Plaintiffs. Defendants have responded to all of Plaintiffs most recent requests for information to the extent that they are able at this time.

DATED: October 15, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4824
(202) 616-8962 (facsimile)
sarah.b.fabian@usdoj.gov

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney

*Attorneys for Respondents-Defendants*