**Fabian, Sarah B (CIV)**

| | |
|---|---|
| **From:** | Bernick, Justin W. <justin.bernick@hoganlovells.com> |
| **Sent:** | Wednesday, October 10, 2018 4:54 PM |
| **To:** | Stewart, Scott G. (CIV); Fabian, Sarah B (CIV); Best, Zachary W. |
| **Cc:** | Anand Balakrishnan; Fleming, John; Lee Gelernt; Weymouth, T. Clark; Stephen Kang; Spencer Amdur; Daniel Galindo; Judy Rabinovitz; Simon Sandoval-Moshenberg; Barmeyer, Wilson; Sirine Shebaya; Levy, Jennifer; Flentje, August (CIV); Robins, Jeffrey (CIV) |
| **Subject:** | Re: MMM v. Sessions Meet and Confer |

Scott,

We need to hear back from you by 5:00 PM Pacific or we will file our motion.

Thanks,
Justin

Sent from my iPhone

On Oct 10, 2018, at 12:38 PM, Bernick, Justin W. <justin.bernick@hoganlovells.com> wrote:

> Please confirm that the government will comply with the schedule set forth in paragraph 1(g), as well as the other terms of the agreement, including moving forward with both removals and interviews. If we do not receive such confirmation, we will file a motion.
>
> I'm happy to talk, or to address a specific scheduling issue the government might have. But this issue is not up for debate, and we will not agree to mere implementation "to the extent appropriate." Judge Sabraw already resolved this issue on the record, and if we need him to do so again, we will. Our clients have been sitting in detention for months as hundreds of others get released. The process must begin immediately.
>
> **From:** Stewart, Scott G. (CIV) [mailto:Scott.G.Stewart@usdoj.gov]
> **Sent:** Wednesday, October 10, 2018 12:21 PM
> **To:** Bernick, Justin W.; Fabian, Sarah B (CIV); Best, Zachary W.
> **Cc:** Anand Balakrishnan; Fleming, John; Lee Gelernt; Weymouth, T. Clark; Stephen Kang; Spencer Amdur; Daniel Galindo; Judy Rabinovitz; Simon Sandoval-Moshenberg; Barmeyer, Wilson; Sirine Shebaya; Levy, Jennifer; Flentje, August (CIV); Robins, Jeffrey (CIV)
> **Subject:** RE: MMM v. Sessions Meet and Confer
>
> I did not say that we are not starting to implement the agreement. I indicated that we are moving forward with implementation to the extent appropriate prior to final approval. In many places the agreement itself bases the timing of processing off of the timing of approval. The government has identified a reasonable concern: that class members could move through the agreement's processes and have the processes completed—thus clearly getting the benefit of the agreement—yet the government will not have certainty that it gets the corresponding benefit of the final resolution of class members' claims. It could be fruitful for you to work with us to address that concern.

**From:** Bernick, Justin W. [mailto:justin.bernick@hoganlovells.com]
**Sent:** Wednesday, October 10, 2018 11:09 AM
**To:** Stewart, Scott G. (CIV) <sstewart@CIV.USDOJ.GOV>; Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>; Best, Zachary W. <zachary.best@hoganlovells.com>
**Cc:** Anand Balakrishnan <abalakrishnan@aclu.org>; Fleming, John <johnfleming@eversheds-sutherland.com>; Lee Gelernt <LGELERNT@aclu.org>; Weymouth, T. Clark <t.weymouth@hoganlovells.com>; Stephen Kang <skang@aclu.org>; Spencer Amdur <samdur@aclu.org>; Daniel Galindo <dgalindo@aclu.org>; Judy Rabinovitz <JRabinovitz@aclu.org>; Simon Sandoval-Moshenberg <simon@justice4all.org>; Barmeyer, Wilson <wilsonbarmeyer@eversheds-sutherland.com>; Sirine Shebaya <sirine@muslimadvocates.org>; Levy, Jennifer <JLevy@legal-aid.org>; Flentje, August (CIV) <AFlentje@CIV.USDOJ.GOV>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>
**Subject:** RE: MMM v. Sessions Meet and Confer

Scott,

This is unacceptable.  Your email directly contradicts your representation to Judge Sabraw that the government would begin implementing the agreement now, a representation that Plaintiffs have relied upon (and that we have explained to you that we were relying upon).  It also directly contradicts your attached email from September 9 confirming the government's position that it would implement the agreement, a representation you also made orally to me by phone.

The government is getting both the benefits and the burdens of the agreement – there will be finality for every class member who signs the form.  Individuals who waive their rights can be removed and those who do not waive will proceed with their due process to pursue asylum.

If the government does not move forward with implementing the agreement, we will have no choice but to seek emergency relief with the Court.  Please let us know immediately if this is the government's final position so that we can file an emergency motion.

Thanks,
Justin

**From:** Stewart, Scott G. (CIV) [mailto:Scott.G.Stewart@usdoj.gov]
**Sent:** Wednesday, October 10, 2018 10:32 AM
**To:** Bernick, Justin W.; Fabian, Sarah B (CIV); Best, Zachary W.
**Cc:** Anand Balakrishnan; Fleming, John; Lee Gelernt; Weymouth, T. Clark; Stephen Kang; Spencer Amdur; Daniel Galindo; Judy Rabinovitz; Simon Sandoval-Moshenberg; Barmeyer, Wilson; Sirine Shebaya; Levy, Jennifer; Flentje, August (CIV); Robins, Jeffrey (CIV)
**Subject:** RE: MMM v. Sessions Meet and Confer

The agreement has not been finally approved yet.  The government is using the waiver information so that it is prepared to move swiftly at the appropriate time.  But we can't start moving people forward at a time when the government has no assurance that it gets the benefits that it bargained for—the lifting of the TRO, finality, dismissal of the various cases, and the like.  We are moving forward the pieces that we appropriately can.  But we can't have a situation where the government provides the class members the agreement's benefits over the next month, only to have the settlement not finally approved and to have the government not get what it was promised.

**From:** Bernick, Justin W. [mailto:justin.bernick@hoganlovells.com]
**Sent:** Wednesday, October 10, 2018 9:47 AM
**To:** Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>; Best, Zachary W.

<zachary.best@hoganlovells.com>; Stewart, Scott G. (CIV) <sstewart@CIV.USDOJ.GOV>
**Cc:** Anand Balakrishnan <abalakrishnan@aclu.org>; Fleming, John <johnfleming@eversheds-sutherland.com>; Lee Gelernt <LGELERNT@aclu.org>; Weymouth, T. Clark <t.weymouth@hoganlovells.com>; Stephen Kang <skang@aclu.org>; Spencer Amdur <samdur@aclu.org>; Daniel Galindo <dgalindo@aclu.org>; Judy Rabinovitz <JRabinovitz@aclu.org>; Simon Sandoval-Moshenberg <simon@justice4all.org>; Barmeyer, Wilson <wilsonbarmeyer@eversheds-sutherland.com>; Sirine Shebaya <sirine@muslimadvocates.org>; Levy, Jennifer <JLevy@legal-aid.org>; Flentje, August (CIV) <AFlentje@CIV.USDOJ.GOV>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>
**Subject:** RE: MMM v. Sessions Meet and Confer
**Importance:** High

Scott,

We will be sending additional election forms for children detained at Dilley shortly by secure file transfer.

Following up on the below, can you confirm that the government will be providing notice of orientation to these individuals now (no later than 3 days following receipt of these forms per paragraph 1(g) of the agreement) and confirm when interviews will begin? We need an answer to this question today.

Could you also send us the available contact information for class members today so we can move forward with the notice plan?

Thanks,
Justin


**From:** Bernick, Justin W.
**Sent:** Tuesday, October 09, 2018 11:23 AM
**To:** 'Fabian, Sarah B (CIV)'; Best, Zachary W.; Stewart, Scott G. (CIV)
**Cc:** Anand Balakrishnan; Fleming, John; Lee Gelernt; Weymouth, T. Clark; Stephen Kang; Spencer Amdur; Daniel Galindo; Judy Rabinovitz; Simon Sandoval-Moshenberg; Barmeyer, Wilson; Sirine Shebaya; Levy, Jennifer; Flentje, August (CIV); Robins, Jeffrey (CIV)
**Subject:** RE: MMM v. Sessions Meet and Confer

Thanks, Sarah. We will get back to you on the proposal shortly.

In the meantime, we will be sending you a first tranche of executed waiver forms momentarily via secure file transfer. Two follow up issues:

1. Can you tell us when the government can begin providing interviews to these class members? We would like to be in a position to tell Judge Sabraw today that the interviews will begin this week.

2. Also, since the notice plan contemplates completing notice within just a few days, when do you expect to provide the contact information for child and parent class members we discussed on our last call? We need to know before the hearing today so that we can make a fair and accurate representation to Judge Sabraw regarding when we might be able to complete the notice process.

Thanks,
Justin