**Fabian, Sarah B (CIV)**

| | |
|---|---|
| **From:** | Bernick, Justin W. <justin.bernick@hoganlovells.com> |
| **Sent:** | Friday, October 12, 2018 5:50 PM |
| **To:** | Stewart, Scott G. (CIV) |
| **Cc:** | Fabian, Sarah B (CIV); Best, Zachary W.; Barmeyer, Wilson; Anand Balakrishnan; Fleming, John; Lee Gelernt; Weymouth, T. Clark; Stephen Kang; Spencer Amdur; Daniel Galindo; Judy Rabinovitz; Simon Sandoval-Moshenberg; Sirine Shebaya; Levy, Jennifer; Flentje, August (CIV); Robins, Jeffrey (CIV) |
| **Subject:** | RE: MMM v. Sessions Meet and Confer |

Thanks, Scott. I just wanted to give the government one last opportunity to agree to implement the agreement, consistent with your commitment to both plaintiffs and the Court. Since the government's position apparently remains unchanged, we obviously will not withdraw our motion.

---

**From:** Stewart, Scott G. (CIV) [mailto:Scott.G.Stewart@usdoj.gov]
**Sent:** Friday, October 12, 2018 5:39 PM
**To:** Bernick, Justin W.
**Cc:** Fabian, Sarah B (CIV); Best, Zachary W.; Barmeyer, Wilson; Anand Balakrishnan; Fleming, John; Lee Gelernt; Weymouth, T. Clark; Stephen Kang; Spencer Amdur; Daniel Galindo; Judy Rabinovitz; Simon Sandoval-Moshenberg; Sirine Shebaya; Levy, Jennifer; Flentje, August (CIV); Robins, Jeffrey (CIV)
**Subject:** RE: MMM v. Sessions Meet and Confer

If you want to attempt to resolve the implementation issue outside of court, then you should withdraw your emergency motion or ask the Court to hold it in abeyance—today. Otherwise, the government needs to devote its efforts to preparing the response that the Court requested.

---

**From:** Bernick, Justin W. [mailto:justin.bernick@hoganlovells.com]
**Sent:** Friday, October 12, 2018 2:57 PM
**To:** Stewart, Scott G. (CIV) <sstewart@CIV.USDOJ.GOV>
**Cc:** Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>; Best, Zachary W. <zachary.best@hoganlovells.com>; Barmeyer, Wilson <wilsonbarmeyer@eversheds-sutherland.com>; Anand Balakrishnan <abalakrishnan@aclu.org>; Fleming, John <johnfleming@eversheds-sutherland.com>; Lee Gelernt <LGELERNT@aclu.org>; Weymouth, T. Clark <t.weymouth@hoganlovells.com>; Stephen Kang <skang@aclu.org>; Spencer Amdur <samdur@aclu.org>; Daniel Galindo <dgalindo@aclu.org>; Judy Rabinovitz <JRabinovitz@aclu.org>; Simon Sandoval-Moshenberg <simon@justice4all.org>; Sirine Shebaya <sirine@muslimadvocates.org>; Levy, Jennifer <JLevy@legal-aid.org>; Flentje, August (CIV) <AFlentje@CIV.USDOJ.GOV>; Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>
**Subject:** RE: MMM v. Sessions Meet and Confer

Scott,

We recently heard that officials have been telling detainees that they may receive interviews as early as next week under the settlement. Is this true?

Also, I understand that Zach and Wilson discussed the implementation issue with Sarah yesterday. There was some indication that the government did not previously appreciate Plaintiffs' position that moving forward with implementation would give the government finality for class members who receive process under the agreement, permitting <u>both</u> removals and asylum claims to proceed.

We would certainly prefer to resolve this implementation issue outside of court if possible, and would be willing to withdraw our motion if we can agree on a timeline for moving forward with implementing asylum interviews (and removals) as specified in the agreement. If you would like to discuss this further, please let us know.

Thanks,
Justin

---

**From:** Bernick, Justin W.
**Sent:** Thursday, October 11, 2018 11:20 AM
**To:** Stewart, Scott G. (CIV)
**Cc:** Fabian, Sarah B (CIV); Best, Zachary W.; Barmeyer, Wilson; Anand Balakrishnan; Fleming, John; Lee Gelernt; Weymouth, T. Clark; Stephen Kang; Spencer Amdur; Daniel Galindo; Judy Rabinovitz; Simon Sandoval-Moshenberg; Sirine Shebaya; Levy, Jennifer; Flentje, August (CIV); Robins, Jeffrey (CIV)
**Subject:** Re: MMM v. Sessions Meet and Confer

Scott,

If someone refuses to adhere to a commitment they made to me and the court, then, yes, my approach is to verify that this is the party's position and then file a motion. Sabraw asked you to provide us with contact information the day of the hearing. On our call prior to filing the motion, you committed to giving us that contact information. Then Sarah said the government would not do so. This smacks of bad faith, just like walking back the commitment to us and the court to move forward with implementation. The motion says we will complete class notice by tomorrow. We cannot begin the notice process without this information. Are you going to send it or not? We have no time - this is an easy question.

Justin

Sent from my iPhone

On Oct 11, 2018, at 10:55 AM, Stewart, Scott G. (CIV) <Scott.G.Stewart@usdoj.gov> wrote:

> Justin -- if your approach going forward will be to threaten an emergency motion whenever you do not immediately get what you want, then you should file your emergency motion. The government will not reward that sort of behavior and cannot burn its time conferring with someone who embraces that sort of toxic approach. If you would like to return to a spirit of collaboration, the government of course stands ready to confer with you. And if you were to work with us in that spirit, the government would expect to resolve this issue -- which we think stems from a good-faith misunderstanding -- promptly and with ease.
>
> -------- Original message --------
> From: "Bernick, Justin W." <justin.bernick@hoganlovells.com>
> Date: 10/11/18 7:04 AM (GMT-05:00)
> To: "Fabian, Sarah B (CIV)" <sfabian@CIV.USDOJ.GOV>
> Cc: "Best, Zachary W." <zachary.best@hoganlovells.com>, "Barmeyer, Wilson" <wilsonbarmeyer@eversheds-sutherland.com>, "Stewart, Scott G. (CIV)" <sstewart@CIV.USDOJ.GOV>, Anand Balakrishnan <abalakrishnan@aclu.org>, "Fleming, John" <johnfleming@eversheds-sutherland.com>, Lee Gelernt <LGELERNT@aclu.org>,

2

"Weymouth, T. Clark" <t.weymouth@hoganlovells.com>, Stephen Kang <skang@aclu.org>, Spencer Amdur <samdur@aclu.org>, Daniel Galindo <dgalindo@aclu.org>, Judy Rabinovitz <JRabinovitz@aclu.org>, Simon Sandoval-Moshenberg <simon@justice4all.org>, Sirine Shebaya <sirine@muslimadvocates.org>, "Levy, Jennifer" <JLevy@legal-aid.org>, "Flentje, August (CIV)" <AFlentje@CIV.USDOJ.GOV>, "Robins, Jeffrey (CIV)" <jerobins@CIV.USDOJ.GOV>
Subject: Re: MMM v. Sessions Meet and Confer

Sarah,

We executed the protective orders back in early September.  Please send us the information now, consistent with Judge Sabraw's request at the hearing.  We do not understand the government's consistent refusal to provide information directly to MMM counsel.  If you will not do so, then we will have to add this to the list of emergency issues to raise with Judge Sabraw.

Thanks,
Justin

Sent from my iPhone

On Oct 11, 2018, at 1:21 AM, Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov> wrote:

> Zach:
>
> I provided information for both parents and children to Mr. Barmeyer at one time and asked him to distribute to the Plaintiffs' counsel group as appropriate considering the need for folks who receive the information to agree to be bound by the Ms L protective order. If you all are dividing the information and tasks of providing notice then feel free to ask him to provide you with the information I sent as needed, subject to your also agreeing to be bound by the protective order.
>
> Best,
> Sarah
>
>
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
>
> -------- Original message --------
> From: "Best, Zachary W." <zachary.best@hoganlovells.com>
> Date: 10/10/18 10:10 PM (GMT-07:00)
> To: "Fabian, Sarah B (CIV)" <sfabian@CIV.USDOJ.GOV>, "Barmeyer, Wilson" <wilsonbarmeyer@eversheds-sutherland.com>, "Stewart, Scott G. (CIV)" <sstewart@CIV.USDOJ.GOV>, "Bernick, Justin W." <justin.bernick@hoganlovells.com>
> Cc: Anand Balakrishnan <abalakrishnan@aclu.org>, "Fleming, John" <johnfleming@eversheds-sutherland.com>, Lee Gelernt <LGELERNT@aclu.org>, "Weymouth, T. Clark" <t.weymouth@hoganlovells.com>, Stephen Kang <skang@aclu.org>, Spencer

3

Amdur <samdur@aclu.org>, Daniel Galindo <dgalindo@aclu.org>, Judy Rabinovitz <JRabinovitz@aclu.org>, Simon Sandoval-Moshenberg <simon@justice4all.org>, Sirine Shebaya <sirine@muslimadvocates.org>, "Levy, Jennifer" <JLevy@legal-aid.org>, "Flentje, August (CIV)" <AFlentje@CIV.USDOJ.GOV>, "Robins, Jeffrey (CIV)" <jerobins@CIV.USDOJ.GOV>
Subject: RE: MMM v. Sessions Meet and Confer

Sarah,

I understand that the government has provided Dora/Ms. L counsel with contact information for the parent class.  We (M.M.M. counsel) have not received that information or any contact information for the class of children.  Please provide contact information for members of the child class tomorrow (Thursday) so that we can timely effect notice.

Thank you,
Zach