| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>SCOTT G. STEWART<br>Deputy Assistant Attorney General<br>WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br>WILLIAM C. SILVIS<br>Assistant Director<br>Office of Immigration Litigation<br>SARAH B. FABIAN<br>Senior Litigation Counsel<br>NICOLE MURLEY<br>Trial Attorney<br>Office of Immigration Litigation<br>U.S. Department of Justice<br>Box 868, Ben Franklin Station<br>Washington, DC 20442<br>Telephone: (202) 532-4824<br>Fax: (202) 616-8962<br><br>ADAM L. BRAVERMAN<br>United States Attorney<br>SAMUEL W. BETTWY<br>Assistant U.S. Attorney<br>California Bar No. 94918<br>Office of the U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893<br>619-546-7125<br>619-546-7751 (fax)<br><br>*Attorneys for Federal Respondents-Defendants* | Lee Gelernt*<br>Judy Rabinovitz*<br>Anand Balakrishnan*<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>T:  (212) 549-2660<br>F:  (212) 549-2654<br>*lgelernt@aclu.org*<br>*jrabinovitz@aclu.org*<br>*abalakrishnan@aclu.org*<br><br>Bardis Vakili (SBN 247783)<br>ACLU FOUNDATION OF<br>SAN DIEGO & IMPERIAL<br>COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>T: (619) 398-4485<br>F: (619) 232-0036<br>*bvakili@aclusandiego.org*<br><br>Stephen B. Kang (SBN 292280)<br>Spencer E. Amdur (SBN 320069)<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>39 Drumm Street<br>San Francisco, CA 94111<br>T:  (415) 343-1198<br>F:  (415) 395-0950<br>*skang@aclu.org*<br>*samdur@aclu.org*<br><br>*Attorneys for Petitioners-Plaintiffs*<br>*\*Admitted Pro Hac Vice* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Respondents-Defendants. | Case No. 18cv428 DMS MDD <br><br> **JOINT STATUS REPORT** |

The Court ordered the parties to file a joint status report on October 15, 2018, in anticipation of the status conference set for October 16, 2018 at 1:00pm PST. The parties submit this joint status report in accordance with the Court's instruction.

I.     DEFENDANTS' POSITIONS

   A. Update on Reunifications

Defendants have appropriately discharged an additional 67 children since the last Joint Status Report, for a total of 2,363 children.

Looking ahead, there are 66 children proceeding towards reunification or another appropriate discharge. Specifically, there are:

- <u>16 children</u> in ORR care with a parent who is in the United States and presently in the class. Of the 16 children, 1 cannot be reunified at this time

because their parent is in other federal, state, or local custody (e.g., state criminal detention). Two are under review for red flags for safety and wellbeing. Defendants are working to appropriately discharge the remaining 13 of 16 children, and to identify any possible barriers to their discharge, meeting and conferring with Plaintiffs where appropriate for resolution. *See* Table 1: Reunification Update.

- <u>18 children</u> in ORR care who have parents presently departed from the United States, who have cleared Processes 1 through 3 of the Court-approved reunification plan, and who are proceeding towards reunification with their parents in their home country. *See* Table 2: Reunification of Removed Class Members.

  o Of these 18 children, 7 children have voluntary departure orders. The government is actively arranging travel to their home countries. Another 5 of the 18 children have immigration proceedings that have been dismissed or canceled by the government. The government is actively arranging travel to their home countries as well. *See id.*

- <u>32 children</u> in ORR care who have parents presently departed from the United States, and for whom the ACLU has not yet provided notice of parental intent regarding reunification (or declination of reunification). As

described below, Defendants are supporting the efforts of the ACLU to obtain statements of intent from those parents. Once Defendants receive the notices from the ACLU, Defendants will either reunify the children or move them into the TVPRA sponsorship process, consistent with the intent of the parent. For 12 of the 32 children, the ACLU has been in contact with their parents for more than 28 days without providing Defendants with notice of parental intent. *See* Table 2: Reunification of Removed Class Members.

The current reunification status for children ages 0 through 17 is further summarized in Table 1 below. The data in Table 1 reflects approximate numbers maintained by ORR at least as of October 9, 2018. These numbers are dynamic and continue to change as more reunifications or discharges occur.

**Table 1: Reunification Update**

| **Description** | **Phase 1 (Under 5)** | **Phase 2 (5 and above)** | **Total** |
|---|---|---|---|
| Total number of possible children of potential class members originally identified | 103 | 2,551 | 2,654 |
| **Discharged Children** | | | |
| Total children discharged from ORR care: | 89 | 2,274 | 2,363 |
| • Children discharged by being reunified with separated parent | 76 | 1,994 | 2,070 |
| • Children discharged under other appropriate circumstances (these include discharges to other sponsors [such as situations where the | 13 | 280 | 293 |

| | | | |
|---|---|---|---|
| child's separated parent is not eligible for reunification] or children that turned 18) | | | |
| **Children in ORR Care, Parent in Class** | | | |
| Children in care where the parent is not eligible for reunification <u>or</u> is not available for discharge at this time: | 1 | 65 | 66 |
| • Parent presently outside the U.S. | 0 | 50 | 50 |
| • Parent presently inside the U.S. | 1 | 15 | 16 |
|    o Parent in other federal, state, or local custody | 0 | 1 | 1 |
|    o Parent red flag case review ongoing – safety and well being | 0 | 2 | 2 |
| **Children in ORR Care, Parent out of Class** | | | |
| Children in care where further review shows they were not separated from parents by DHS | 5 | 41 | 46 |
| Children in care where a final determination has been made they cannot be reunified because the parent is unfit or presents a danger to the child | 6 | 20 | 26 |
| Children in care with parent presently departed from the United States whose intent not to reunify has been confirmed by the ACLU | 2 | 123 | 125 |
| Children in care with parent in the United States who has indicated an intent not to reunify | 0 | 27 | 27 |

B. **Update on Removed Class Members**

The current reunification status of removed class members is set forth in Table 2 below. The data presented in this Table 2 reflects approximate numbers maintained by ORR as of at least October 9, 2018. These numbers are dynamic and continue to change as the reunification process moves forward.

**Table 2: Reunification of Removed Class Members**

| REUNIFICATION PROCESS | REPORTING METRIC | NO. | REPORTING PARTY |
|---|---|---|---|
| **STARTING POPULATION** | Children in ORR care with parents presently departed from the U.S. | 175 | Def's. |
| **PROCESS 1: Identify & Resolve Safety/Parentage Concerns** | Children with no "red flags" for safety or parentage | 175 | Def's. |
| **PROCESS 2: Establish Contact with Parents in Country of Origin** | Children with parent contact information identified | 175 | Def's. |
| | Children with no contact issues identified by plaintiff or defendant | 175 | Def's. & Pl.'s |
| | Children with parent contact information provided to ACLU by Government | 175 | Def's. |
| **PROCESS 3: Determine Parental Intention for Minor** | Children for whom ACLU has communicated parental intent for minor: | 143 | Pl's. |
| | • Children whose parents waived reunification | 125 | Pl's. |
| | • Children whose parents chose reunification in country of origin | 18 | Pl's. |
| | Children for whom ACLU has not yet communicated parental intent for minor: | 32 | Pl's. |
| | • Children with voluntary departure orders awaiting execution | 1 | Def's. |
| | • Children with parental intent to waive reunification documented by ORR | 12 | Def's. |
| | • Children whose parents ACLU has been in contact | 12 | Pl's. |

| | | | |
|---|---|---|---|
| | with for 28 or more days without intent determined | | |
| **PROCESS 4: Resolve Immigration Status of Minors to Allow Reunification** | Total children cleared Processes 1-3 with confirmed intent for reunification in country of origin | 18 | Pl's. |
| | • Children in ORR care with orders of voluntary departure | 7 | Def's. |
| | • Children in ORR care w/o orders of voluntary departure | 11 | Def's. |
| | • Children in ORR care whose immigration cases were dismissed | 5 | Def's. |

## C. Locating Removed Parents

ORR continues to support the ACLU's efforts to obtain parental intent by brokering three-way calls with parents, the case manager, and the ACLU.

## D. Update Regarding Government's Implementation of Agreement

Defendants address implementation of the settlement agreement in their response to Plaintiffs' emergency motion seeking implementation of the settlement agreement. In short, Defendants have been implementing the agreement to the extent appropriate, and Defendants stand ready to work with Plaintiffs to implement the agreement further. Defendants have significant concerns—legal, practical, and equitable—with the complete and immediate implementation that Plaintiffs have demanded. The settlement agreement has not yet surmounted the procedural hurdles erected by Federal Rule of Civil Procedure 23 and the Constitution, and Defendants

are concerned with Plaintiffs' counsel's unyielding demand that class members receive all benefits of the agreement with no assurance that the government will obtain the central benefits for which it bargained. Nonetheless, as stated in the government's response, the government stands ready to work with Plaintiffs' counsel to find a solution.

### E. Update Regarding Travel Arrangements

Defendants continue to coordinate with the ACLU steering committee regarding travel information for children being reunified with their parents abroad. ICE and HHS are coordinating with DOJ to provide the steering committee with the most up to date information available in a timely manner. This last Friday, and again today, ICE has provided information about voluntary departures currently scheduled. In accordance with the Court's and Plaintiffs' request, Defendants will continue to work to provide timely travel information and invite Plaintiffs' counsel to confer with them about any concerns.

### F. Information Sharing and Reporting on Removed Parents

The parties continue to work collaboratively on the sharing of data requested by Plaintiffs. Defendants have responded to all of Plaintiffs most recent requests for information to the extent that they are able at this time.

## II. *MS. L.* PLAINTIFFS' POSITION

### A. Steering Committee Progress

The Steering Committee has continued to make progress in contacting parents, confirming parent and child wishes with respect to reunifications, and relaying such wishes to the Government in the form of attorney declarations or reunification election forms signed by parents. As of Sunday, October 14, the Committee delivered final preferences for 153[1] parents to the Government.

The status of efforts based on the Government's October 12 list of 175 children in ORR custody with removed parents is as follows:

| | |
|---|---|
| Removed parents identified by the Government to Steering Committee on 10/12/18 | 175 |
| • Parents for whom Committee has no phone number | 0 |
| Steering Committee called phone number for parent (using Government-provided number or number otherwise obtained by Steering Committee) | 175 |
| Steering Committee spoke to parent (either by phone or in person) | 170 |

---

[1] This figure is based on the Government's October 12 report of 175 children remaining in ORR custody. As explained at the September 28 status conference, Plaintiffs are reporting two sets of numbers. At this time, Plaintiffs believe that the Court should focus primarily on the first set of numbers; this first set is based on the Government's most recent list of children in ORR custody with removed parents. The second set of numbers is based on the Government's original lists of 414 children in ORR custody with removed parents—the second list provides a constant baseline of total children affected, and thus a way to check progress over time. This second list appears at the end of Plaintiffs' section.

| | |
|---|---|
| • Parents successfully reached by phone | 164 |
| • Parents found through outreach by NGOs | 6 |
| • Parents called and not reached (and not reached through NGO efforts) | 5 |
|     o Phone number conclusively determined to be inoperable or ineffective | 0 |
|     o Contact efforts ongoing | 5 |
| Parents reached by phone or NGO outreach | 170 |
| • Parent's preference with respect to reunification has been confirmed to match child's | 159 |
| • Preliminary indication of parent's wishes with respect to reunification | 8 |
| • Ongoing discussions with parent about reunification | 3 |
| Parent's final preference has been communicated to government | 153 |
| • Parent has elected reunification in Country of Origin | 20 |
| • Parent has elected to waive reunification in Country of Origin | 133 |

B. **Information-Sharing**

   2. **Coordinating Repatriations**

The Steering Committee understands that the Government intends to implement new protocols to advise Plaintiffs of the timing of repatriations. We have not yet received information from the Government regarding these protocols.

The Committee continues to raise concerns about timely information for repatriations with the Government's counsel as they arise.

### 3. Parents First Contacted 28 days ago

Beginning with the September 20 status report, the Government has been reporting the number of parents with whom the Steering Committee first made contact 28 days ago, and for whom the Government has not yet received the parent's reunification preference. Of the 18 parents identified by the Government in the September 27 Joint Status Report, the Steering Committee has submitted reunification preferences for eight parents. In two more cases, the Government no longer considers the parent as part of the 175 removed parents with children in ORR care. The Steering Committee continues to be willing to meet and explain the remaining outstanding cases as we work with removed parents to reach life-changing decisions about their children.

### 4. Removals from Government Lists

The Steering Committee continues to meet and confer with the Government to clarify the bases for which children and parents have been removed from the lists of class members or children in ORR custody previously produced by the Government, as reflected in each week's Joint Status Report. The Steering Committee has received additional information from the Government as to the bases for such removals, and is in the process of reviewing this information to ensure that the parents' and children's interests are properly addressed.

### 5. Parents Not Reached

The Steering Committee continues to meet and confer with the Government regarding parents the Committee has not yet reached. Additionally, the Committee continues to make initial contact with parents via successful three-way calls.

**Steering Committee Progress on Total Reported Parents/Children (414)**

| | |
|---|---|
| Removed parents identified by the Government to Steering Committee (8/7/28, 8/10/18, 8/24/18, 9/6/18, 9/14/18, 9/21/18, 9/27/18, 10/6/18 and 10/12/18 lists) | 414 |
| • Parents for whom Committee has no phone number[2] | 19 |
| Steering Committee called phone number for parent (using Government-provided number or number otherwise obtained by Steering Committee) | 395 |
| Steering Committee spoke to parent (either by phone or in person) | 358 |
| • Parents successfully reached by phone | 341 |
| • Parents found through outreach by NGOs | 17 |
| • Parents called and not reached (and not reached through NGO efforts) | 37 |
| ○ Phone number conclusively determined to be inoperable or ineffective | 0 |
| ○ Contact efforts ongoing | 37 |
| Parents reached by phone or NGO outreach | 358 |

---

[2] The Government represents that all 19 of these cases have been removed from the Government's most recent list of children in ORR custody with removed parents. The Steering Committee continues to work to contact these parents in order to determine their reunification preferences and to confirm that they match the Government's action.

| | |
|---|---|
| • Parent's preference with respect to reunification has been confirmed to match child's | 316 |
| • Preliminary indication of parent's wishes with respect to reunification | 20 |
| • Ongoing discussions with parent about reunification | 22 |
| Parent's final preference has been communicated to government | 288 |
| • Parent has elected reunification in Country of Origin | 83 |
| • Parent has elected to waive reunification in Country of Origin | 205 |
| Resolved Cases | 116 |
| • Child reunited with parent in Country of Origin | 79 |
| • Child placed with sponsor in U.S. | 37 |

| | | |
|---|---|---|
| 1 | DATED: October 15, 2018 | Respectfully submitted, |
| 2 | | /s/ Lee Gelernt |
| 3 | | Lee Gelernt* |
| 4 | | Judy Rabinovitz* |
| | | Anand Balakrishnan* |
| 5 | | AMERICAN CIVIL LIBERTIES UNION |
| 6 | | FOUNDATION |
| | | 125 Broad St., 18th Floor |
| 7 | | New York, NY 10004 |
| | | T:  (212) 549-2660 |
| 8 | | F:  (212) 549-2654 |
| 9 | | *lgelernt@aclu.org* |
| | | *jrabinovitz@aclu.org* |
| 10 | | *abalakrishnan@aclu.org* |
| 11 | | |
| 12 | | Bardis Vakili (SBN 247783) |
| | | ACLU FOUNDATION OF SAN DIEGO |
| 13 | | & IMPERIAL COUNTIES |
| | | P.O. Box 87131 |
| 14 | | San Diego, CA 92138-7131 |
| 15 | | T: (619) 398-4485 |
| | | F: (619) 232-0036 |
| 16 | | *bvakili@aclusandiego.org* |
| 17 | | |
| 18 | | Stephen B. Kang (SBN 292280) |
| | | Spencer E. Amdur (SBN 320069) |
| 19 | | AMERICAN CIVIL LIBERTIES UNION |
| | | FOUNDATION |
| 20 | | 39 Drumm Street |
| 21 | | San Francisco, CA 94111 |
| | | T:  (415) 343-1198 |
| 22 | | F:  (415) 395-0950 |
| 23 | | *skang@aclu.org* |
| | | *samdur@aclu.org* |
| 24 | | |
| 25 | | *Attorneys for Petitioners-Plaintiffs* |
| | | **Admitted Pro Hac Vice* |
| 26 | | |
| 27 | | |
| 28 | | |

JOSEPH H. HUNT
Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director

<u>/s/ Sarah B. Fabian</u>
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4824
(202) 616-8962 (facsimile)
sarah.b.fabian@usdoj.gov

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney

*Attorneys for Respondents-Defendants*