**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L.; et al., <br><br>            Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br>            Respondents-Defendants. | Case No.:  18cv0428 DMS (MDD) <br><br> **ORDER SETTING FURTHER STATUS CONFERENCE** |

A status conference was held on October 16, 2018.  After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. Counsel in both this case and the New York cases shall file further status reports on or before **October 25, 2018**, and on or before **3:00 p.m.** on **November 8, 2018**.

3. A further status conference shall be held on **November 9, 2018**, at **1:00 p.m.**  The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

    1. Dial the toll free number: **877-411-9748**;

    2. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

    3. Enter the Participant Security Code **11090428** and Press # (The security code

1

18cv0428 DMS (MDD)

will be confirmed);

4. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

Members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

4. Counsel for the Ms. L. Class shall provide notice of this order to counsel for Plaintiffs in the related cases, 18cv1699, 18cv1769 and 18cv1832.

Dated: October 16, 2018

Hon. Dana M. Sabraw
United States District Judge