**TABLE OF CONTENTS**

Exhibit A ........................................................................12

Exhibit B ........................................................................31

Exhibit C ........................................................................52

Exhibit D ........................................................................81

Exhibit E.........................................................................85

OBJECTION OF MS. EGLA ARELY VELASQUEZ MOLINA 11 Case No. 18-cv-00428-DMS-MDD