# Exhibit A



Case 1:18-cv-... 892  Document 1-1  Filed 10/17/...

# REPÚBLICA DE HONDURAS

# TESTIMONIO
## DE LA
# ESCRITURA PUBLICA

No. 337.

*De:* GUARDA Y CUSTODIA

*Otorgada por:* ERLIN YOBANY MOLINA ZELAYA Y SILVIA DEL CARMEN CANO GARCIA

*A favor de:* EGLA ARELY VELASQUEZ MOLINA

AUTORIZADA POR EL NOTARIO

MARIO AQUILES UCLES HERRERA.

CATACAMAS 04 DE MAYO DEL 20 16



PAPEL ESPECIAL
NOTARIAL
VEINTE LEMPIRAS
2016-2019

N. 2117932

## TESTIMONIO

**INSTRUMENTO PUBLICO NUMERO TRESCIENTOS TREINTA Y SIETE (337).-** En la ciudad de Catacamas, Departamento de Olancho, Siendo las Nueve de la mañana (9:00 A.M.) del día Viernes Cuatro (04) del mes de Mayo del año Dos Mil Dieciséis (2016).- Ante mí, **MARIO AQUILES UCLES HERRERA**, Abogado y Notario Público, del domicilio de Tegucigalpa, Municipio del Distrito Central, Departamento de Francisco Morazán, con Despacho Jurídico en la Avenida Miguel Cervantes, Edificio San Cayetano 3er nivel, cubículo N° 304, Tegucigalpa, M.D.C., con carnet número cero nueve cero seis (N° 0906), del Colegio de Abogados de Honduras, y Exequatur Ochocientos ochenta y seis (N° 886) de la Honorable Corte Suprema de Justicia, con teléfono 2220-0014, transitoriamente por esta Ciudad, Comparecen personalmente, los señores **ERLIN YOBANY MOLINA ZELAYA**, mayor de edad, Soltero, Hondureño y con domicilio en la Ciudad de Catacamas, Departamento de Olancho, quien actúa por sí y en su propio nombre, **SILVIA DEL CARMEN CANO GARCIA**, Mayor de Edad, Soltera, Hondureña y con domicilio en la Ciudad de Catacamas, Departamento de Olancho, quien actúa por sí y en su propio nombre y **EGLA ARELY VELASQUEZ MOLINA**, mayor de edad, soltera, Bachiller en Ciencias y Letras, Hondureña, con domicilio en la Ciudad de Catacamas, Departamento de Olancho; Quienes asegurándome encontrarse en el pleno goce y ejercicio de sus derechos civiles, libre y espontáneamente manifiestan.- **PRIMERO:** Los comparecientes señores **ERLIN YOBANY MOLINA ZELAYA** y **SILVIA DEL CARMEN CANO GARCIA**, Declaran que son los Padres Biológicos de la menor **EVARIN BRIYANA MOLINA CANO**, de nacionalidad Hondureña, quien nació el día Cuatro (04) del mes de Junio del año Dos Mil Ocho (2008) en el Municipio

Acta de Nacimiento No. 1503-2009-00768, ubicada en el folio 982, del Tomo 0468, del año 2009.- SEGUNDO: Continuan manifestando los comparecientes señores ERLIN YOBANY MOLINA ZELAYA y SILVIA DEL CARMEN CANO GARCIA, Que a travez de este acto le vienen a otorgar de manera voluntaria la GUARDA Y CUSTODIA de su menor hija EYARIN BRIYANA MOLINA CANO a la compareciente EGLA ARELY VELASQUEZ MOLINA, en virtud de vernos obligado, por motivos de trabajo, permanecemos mucho tiempo fuera de la Ciudad, y siendo que la compareciente EGLA ARELY VELASQUEZ MOLINA, es la persona que ha estado al cuidado de la menor desde su nacimiento, ya que es nuestra pariente mas cercana y es totalmente digna de nuestra confianza le cedemos entre otros derechos y obligaciones a) de Representarla Legalmente ejercer su Guarda y Cuidado, alimentarla, asistirla, educarla y administrar sus bienes de ser necesario, asi mismo para que pueda realizar cualquier movimiento Migratorios.- Dicho otorgamiento es por TIEMPO INDEFINIDO.- TERCERO.- Por su parte la compareciente EGLA ARELY VELASQUEZ MOLINA manifiesta Que es totalmente cierto lo anteriormente expuesto por los comparecientes señores ERLIN YOBANY MOLINA ZELAYA y SILVIA DEL CARMEN CANO GARCIA, y acepta todas y cada una de las OBLIGACIONES Y DERECHOS a ella contenidas. De todo lo cual, del conocimiento, edad, estado civil, profesion u oficio, nacionalidad y vecindad de uno y otra.- Asi como de la advertencia que les hice, de la obligacion que tienen de hacer la inscripcion del presente Instrumento en el Instituto de la Propiedad Inmueble y mercantil Correspondiente y de haber tenido a la vista los siguientes documentos a) Antecedente de Dominio del bien inmueble objeto de la Donacion. B) Documentos personales de los comparecientes que por su orden son Tarjeta de Identidad numero DOS CERO GUION UNO NUEVE NUEVE DOS GUION CERO CERO...

**PAPEL ESPECIAL**
**NOTARIAL**
**VEINTE LEMPIRAS**
**2018-2019**

N° 2106917

NUEVE OCHO NUEVE GUION CERO DOS TRES OCHO CERO (1503-1989-02380) y UNO CINCO CERO TRES GUION UNO NUEVE OCHO OCHO GUION CERO CERO CUATRO OCHO SIETE (1503-1988-00487).- DOY FE.- FIRMA Y HUELLA DIGITAL DE ERLIN YOBANY MOLINA ZELAYA, FIRMA Y HUELLA DIGITAL DE SILVIA DEL CARMEN CANO GARCIA, FIRMA Y HUELLA DIGITAL DE EGLA ARELY VELASQUEZ MOLINA, FIRMA Y SELLO NOTARIAL MAYLO AQUILES UCLES HERRERA.- Y a requerimiento de la compareciente EGLA ARELY VELASQUEZ MOLINA, libro, sello y firmo esta primera copia en el mismo lugar y fecha de su otorgamiento en el papel sellado correspondiente y con los timbres de ley debidamente cancelados quedando el original con el que concuerda bajo el número preinserto de mi protocolo del corriente año en donde anote este libramiento.- DOY FE.-



**REPUBLIC OF HONDURAS**

[logo]

# TRANSCRIPT

# OF

# PUBLIC DEED

No. 337.

*Of:*                    CARE AND CUSTODY

*Granted by:*    ERLIN YOBANY MOLINA ZELAYA AND SILVIA DEL CARMEN CANO GARCIA.

*In favor of:*    EGLA ARELY VELASQUEZ MOLINA

**AUTHORIZED BY NOTARY**

MARIO AQUILES UCLES HERRERA.

CATACAMAS, 04 MAY 2016

Exhibit A
000017

*SUPREME COURT OF JUSTICE*
*REPUBLIC OF HONDURAS, CENTRAL AMERICA*

| | |
|---|---|
| [logo:] SPECIAL NOTARIAL PAPER | [stamp:] COLLEGE OF ATTORNEYS OF MORAZAN |
| TWENTY LEMPIRAS | [illegible] [signature] 5.00 LEMPIRAS |
| 2016-2019 | [stamp:] [illegible] |

No. 2117932

## RECORD

PUBLIC INSTRUMENT NUMBER THREE HUNDRED AND THIRTY-SEVEN (337),

In the city of Catacamas, Department of Olancho, at nine o'clock in the morning (9:00 A.M.) on Friday, the fourth (04) of the month of May of the year Two Thousand and Sixteen (2016) – In my presence, **MARIO AQUILES UCLES HERRERA**, Attorney and Notary Public, residing in Tegucigalpa, Municipality of the Central District, Department of Francisco Morazan, with his Legal Office located at Avenida Miguel Cervantes, Edificio San Cayetano, 3rd level, cubicle No. 304, Tegucigalpa, M.D.C. [Municipality of the Central District], with identification card number zero nine zero six (No. 0906), of the College of Attorneys of Honduras, and Exequatur Eight hundred and eighty-six (No. 886) of the Honorable Supreme Court of Justice, with telephone number 2220-0024, of this City for the time being, appearing personally before me Messrs. **ERLIN YOBANY MOLINA ZELAYA**, of legal age, single, Honduran, and with his address in the City of Catacamas, Department of Olancho, acting on his own behalf and in his own name, **SILVIA DEL CARMEN CANO GARCIA**, of Legal Age, Single, Honduran, and with her address in the City of Catacamas, Department of Olancho, acting on her own behalf and in her own name and **EGLA ARELY VELASQUEZ MOLINA**, of legal age, single, high school graduate in Arts and Sciences, Honduran, and with her address in the City of Catacamas, Department of Olancho; Who assure me that they are in full enjoyment of exercise of their civil rights, freely and spontaneously declare – **FIRST**: The agreeing parties **ERLIN YOBANY MOLINA ZELAYA** and **SILVIA DEL CARMEN CANO GARCIA**, declare that they are the Biological Parents of the minor **EYARIN BRIYANA MOLINA CANO**, of Honduran nationality, who was born on the Eighth (8th) day of the month of June of the year Two Thousand and Eight (2008) in the Municipality of CATACAMAS, Department of OLANCHO, as stated in the Certification of

Birth Certificate No. **1503-2009-00769**, located in folio **082**, of Volume **00643**, of the year **2009** – SECOND: The agreeing parties **ERLIN YOBANY MOLINA ZELAYA** and **SILVIA DEL CARMEN CANO GARCIA** manifest That by means of this Act they grant <u>in a voluntary manner</u> the **CARE AND CUSTODY** of their minor child **EYARIN BRIYANA MOLINA CANO** to the appearing party **EGLA ARELY VELASQUEZ MOLINA**, in virtue of finding ourselves obligated to do so due to work, we are out of the City for long periods of time, and given that the appearing party **EGLA ARELY VELASQUEZ MOLINA** is the person who has taken care of the minor since her birth, since she is our closest relative and is entirely worthy of our trust we grant her among other rights and obligations that of Representing her Legally to exercise her <u>Care and Custody; feed her, take care of her, educate her and manage her wellness as necessary, as well as being able to perform any Migratory movements.</u> – The aforesaid granting is for an **INDEFINITE PERIOD OF TIME**. – THIRD: Conversely, the appearing party **EGLA ARELY VELASQUEZ MOLINA** states That the aforesaid statements of the appearing parties **ERLIN YOBANY MOLINA ZELAYA** and **SILVIA DEL CARMEN CANO GARCIA** are entirely true, and that she accepts each and every one of the **OBLIGATIONS AND RIGHTS** conferred onto her – All of which, of the knowledge, age, marital status, profession or trade, nationality and legal residence of one and the others. – As well as the notification of the obligations that they have to fulfill, the registration of this Instrument in the Corresponding Institute of the Registry of Deeds and Commercial Property and having viewed the following documents: a) Background of the Domain of the real estate property that is the object of the Donation. b) Personal documents of the appearing parties which, as ordered, are the Identification Document ONE FIVE TWO ZERO DASH ONE NINE NINE TWO DASH ZERO ZERO TWO FIVE FOUR **(1520- 1992-00254)**, ONE FIVE ZERO THREE DASH ONE

*SUPREME COURT OF JUSTICE*
*REPUBLIC OF HONDURAS, CENTRAL AMERICA*

[logo:] SPECIAL NOTARIAL PAPER
TWENTY LEMPIRAS
2016-2019

No. 2106917

**NINE EIGHT NINE DASH ZERO TWO THREE EIGHT ZERO (1503-1989-02380)** and **ONE FIVE ZERO THREE DASH ONE NINE EIGHT EIGHT DASH ZERO ZERO FOUR EIGHT SEVEN (1503-1988-00487) I ATTEST.**

**SIGNATURE AND FINGERPRINT OF ERLIN YOBANY MOLINA ZELAYA,**

**SIGNATURE AND FINGERPRINT OF SILVIA DEL CARMEN CANO GARCIA,**

**SIGNATURE AND FINGERPRINT OF EGLA ARELY VELASQUEZ MOLINA,**

**SIGNATURE AND NOTARIAL STAMP** [of] **MARIO AQUILES UCLES HERRERA** AND as per the requirement of the appearing party **EGLA ARELY VELASQUEZ MOLINA,** I grant, stamp and sign this first copy in the same place and date of its granting on the corresponding stamped document, and with the duly settled legal stamps, verifying its original copy with the one that corresponds to my pre-inserted protocol number of the current year in which I recorded this release. **I ATTEST.**

[stamp in left margin:] [illegible]

[signature]
[stamp:] MARIO AQUILES UCLES HERRERA
NOTARY
[illegible]
HONDURAS, CENTRAL AMERICA



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document, **"Transcript of Public Deed"** is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Aurora Landman

Sworn to before me this
September 24, 2018

_____
Signature, Notary Public

[Notary Seal: WENDY POON, NOTARY, NO. 01PO6358754, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 04-03-2021, STATE OF NEW YORK, PUBLIC]

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE



**SECRETARIA DE EDUCACIÓN**
**DIRECCIÓN DEPARTAMENTAL DE EDUCACIÓN**
**C.E.B "CONCEPCIÓN AMADOR"**
**CATACAMAS OLANCHO**
**TEL. 2799-5445**

## CONSTANCIA

El suscrito Director Del Centro de Educación Básica Concepción Amador del barrio San Francisco municipio de Catacamas Departamento de Olancho.

Por medio de la presente hace constar que la alumna **EYARIN BRIYANA MOLINA CANO** estuvo bajo la tutela de **EGLA ARELY VELASQUEZ MOLINA** en el tiempo que estudio en la institución.

Y para constancia firmo la presente a los 24 días del mes de Agosto del año 2018.

_____
**DIRECTOR**
**MARTIN ZELAYA**

[logo]
MINISTRY OF EDUCATION
DEPARTMENTAL OFFICE OF EDUCATION
C.E.B. [Centro de Educación Básica (Basic Education Center)] "CONCEPCIÓN AMADOR"
CATACAMAS OLANCHO
TEL. 2799-5445

## CERTIFICATION

The undersigned Director of the Concepción Amador Basic Education Center of the district of San Francisco, municipality of Catacamas, Department of Olancho,

Hereby certifies that the student **EYARIN BRIYANA MOLINA CANO** was under the guardianship of **EGLA ARELY VELASQUEZ MOLINA** at the time of her studies in the institution.

And in witness whereof, this document is signed on the 24th day of the month of August of the year 2018.

[stamp:] MINISTRY OF EDUCATION
BASIC EDUCATION CENTER
DIRECTORATE
CONCEPCIÓN AMADOR
CATACAMAS

[signature]
DIRECTOR
MARTIN ZELAYA



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document, **"DEPARTMENTAL OFFICE OF EDUCATION- CERTIFICATION"** is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Aurora Landman

Sworn to before me this
September 24, 2018

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Exhibit A
000024



Case 1:18-cv-...392  Document 1-1  Filed 10/17/1...  Page 14 of 19

**REPÚBLICA DE HONDURAS**
**REGISTRO NACIONAL DE LAS PERSONAS**
**REGISTRO CIVIL MUNICIPAL**

Nº 5957...

# CERTIFICACIÓN DE ACTA DE NACIMIENTO

El infrascrito Registrador Civil Municipal CERTIFICA que en el Archivo de nacimientos que se lleva en esta oficina se encuentra el acta de nacimiento número: |1|5|0|1|-|2|6|0|9|-|0|0|7|1|2| ubicada en el folio _012_ del tomo _____ del Año _2009_ y que pertenece a:

a) _MOLINA_  Primer Apellido
b) _CANO_  Segundo Apellido
c) _EYARIN BRIYANA_  Nombre
SEXO ( F ) M ( )

Y cuya información es la siguiente:

1.) Lugar, fecha y orden de nacimiento:

a) _CATACAMAS_  Municipio
b) _OLANCHO_  Departamento
c) _HONDURAS_  País

d) _OCHO_  Día
e) _JUNIO_  Mes
f) _2009_  Año

2.) Número de identidad, apellidos, nombre y nacionalidad del padre:  N. Identidad: 1520-1992-00254

a) _MOLINA_  Primer Apellido
b) _ZELAYA_  Segundo Apellido
c) _ERLIN YOBANY_  Nombre
d) _HONDUREÑA_  Nacionalidad

3.) Número de identidad, apellidos, nombre y nacionalidad de la madre:  N. Identidad: 1503-1989-02145

a) _CANO_  Primer Apellido
b) _GARCIA_  Segundo Apellido
c) _SILVIA DEL CARMEN_  Nombre
d) _HONDUREÑA_  Nacionalidad

4.) Notas marginales autorizadas:

_NINGUNA_

Extendida en _CATACAMAS_  Municipio   _OLANCHO_  Departamento

a los _DIECISIETE_ días del mes de _JULIO_

del DOS MIL _DIECIOCHO_

FIRMA Y SELLO DEL REGISTRADOR CIVIL

[logo:] RNP

**REPUBLIC OF HONDURAS**
**NATIONAL REGISTRY OF PERSONS**
**MUNICIPAL CIVIL REGISTRY**

No. 59577875

## CERTIFICATION OF BIRTH CERTIFICATE
[QR code]

The undersigned Municipal Civil Registrar CERTIFIES that a birth certificate with number:

| 1 | 5 | 0 | 3 | - | 2 | 0 | 0 | 9 | - | 0 | 0 | 7 | 6 | 9 |

Identification Number

is in the Archives of Births of this office located on folio **082** of volume **00643** for the year **2009** and it belongs to:

a) **MOLINA**  First Last Name    b) **CANO**  Second Last Name

c) **EYARIN BRIYANA**  First Name      SEX   F ☒   M ☐

and whose information is the following:

1) Place, date and order of birth

a) **CATACAMAS**  City    b) **OLANCHO**  Department    c) **HONDURAS**  Country

d) **EIGHT**  Day    e) **JUNE**  Month    f) **2008**  Year

2.) Identity number, last names, first name and nationality of the father:   *Identity No.: 1520-1992-00254*

a) **MOLINA**  First Last Name    b) **ZELAYA**  Second Last Name

c) **ERLIN YOBANY**  Name    d) **HONDURAN**  Nationality

3.) Identity number, last names, first name and nationality of the mother:   *Identity No.: 1503-1989-02380*

a) **CANO**  First Last Name    b) **GARCIA**  Second Last Name

c) **SILVIA DEL CARMEN**  Name    d) **HONDURAN**  Nationality

4.) Authorized marginal notes:

**NONE**

Issued in **CATACAMAS** City    **OLANCHO** Department

on the: **SEVENTEENTH** day of the month of **JULY**

of TWO THOUSAND **EIGHTEEN**

[logo:]                    [signature]
                           [stamp:] [NATIONAL REGISTRY OF PERSONS – RNP
                           DIRECTORATE 15 03]
[RNP]
[illegible]                *Signature and Seal of Director General*

[watermark: illegible]

*SIGNATURE AND STAMP OF CIVIL REGISTRAR*

Exhibit A
000026



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document, "**Birth Certificate- EYARIN BRIYANA CANO**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Aurora Landman

Sworn to before me this
September 24, 2018

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Exhibit A
000027



**REPÚBLICA DE HONDURAS**
**REGISTRO NACIONAL DE LAS PERSONAS**
**REGISTRO CIVIL MUNICIPAL**

N° 595 77686

# CERTIFICACIÓN DE ACTA DE NACIMIENTO



El infrascrito Registrador Civil Municipal CERTIFICA que en el Archivo de nacimientos que se lleva en esta oficina se encuentra el acta de nacimiento número: 1 5 0 3 1 1 9 8 8 0 1 2 1 7  del Año 1988, y que pertenece a:

a) **VELASQUEZ** (Primer Apellido)
b) **MOLINA** (Segundo Apellido)
c) **EGLA ARELY** (Nombre)    SEXO: F [X] M [ ]

y cuya información es la siguiente:

1.) Lugar, fecha y orden de nacimiento

a) **CATACAMAS** (Municipio)
b) **OLANCHO** (Departamento)
c) **HONDURAS** (País)
d) **VEINTIDOS** (Día)
e) **FEBRERO** (Mes)
f) **1988** (Año)

2.) Número de identidad, apellidos, nombre y nacionalidad del padre:

a) **VELASQUEZ** (Primer Apellido)
b) **VARELA** (Segundo Apellido)
c) **SILVERIO** (Nombre)
d) **HONDUREÑA** (Nacionalidad)

3.) Número de identidad, apellidos, nombre y nacionalidad de la madre:

a) **MOLINA** (Primer Apellido)
b) (Segundo Apellido)
c) **MARIA CLEMENTINA** (Nombre)
d) **HONDUREÑA** (Nacionalidad)

4.) Notas marginales autorizadas:

**NINGUNA**

Extendida en **CATACAMAS** (Municipio)    **OLANCHO** (Departamento)

a las **DIECISIETE**    días del mes de **JULIO**

del DOS MIL **DIECIOCHO**

FIRMA Y SELLO DEL REGISTRADOR CIVIL

Exhibit A
000028

[logo:] RNP

**REPUBLIC OF HONDURAS**
**NATIONAL REGISTRY OF PERSONS**
**MUNICIPAL CIVIL REGISTRY**

No. 59577696

## CERTIFICATION OF BIRTH CERTIFICATE
[QR code]

The undersigned Municipal Civil Registrar CERTIFIES that a birth certificate with number:

| 1 | 5 | 0 | 3 | - | 1 | 9 | 8 | 8 | - | 0 | 0 | 4 | 8 | 7 |

*Identification Number*

is in the Archives of Births of this office located on folio **137** of volume **06164** for the year **1988** and it belongs to:

a) _VELASQUEZ_ — First Last Name
b) _MOLINA_ — Second Last Name
c) _EGLA ARELY_ — First Name
SEX  F ☒  M ☐

and whose information is the following:

1) Place, date and order of birth

a) _CATACAMAS_ — City
b) _OLANCHO_ — Department
c) _HONDURAS_ — Country

d) _TWENTY-TWO_ — Day
e) _FEBRUARY_ — Month
f) _1988_ — Year

2.) Identity number, last names, first name and nationality of the father:

a) _VELASQUEZ_ — First Last Name
b) _VARELA_ — Second Last Name
c) _SILVERIO_ — Name
d) _HONDURAN_ — Nationality

3.) Identity number, last names, first name and nationality of the mother:

a) _MOLINA_ — First Last Name
b) ———— Second Last Name
c) _MARIA CLEMENTINA_ — Name
d) _HONDURAN_ — Nationality

4.) Authorized marginal notes:

NONE

Issued in _CATACAMAS_ City, _OLANCHO_ Department

on the: _SEVENTEENTH_ day of the month of _JULY_

of TWO THOUSAND _EIGHTEEN_

[logo:]

[RNP]
[illegible]

[signature]
[stamp:] [NATIONAL REGISTRY OF PERSONS – RNP DIRECTORATE 15 03]

*Signature and Seal of Director General*

[watermark: illegible]

*SIGNATURE AND STAMP OF CIVIL REGISTRAR*

Exhibit A
000029



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document, **"Birth Certificate- EGLA ARELY MOLINAN"** is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Aurora Landman

Sworn to before me this
September 24, 2018

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Exhibit A
000030