Catherine Weiss*
(NJ 018582006; NY 2361491)
LOWENSTEIN SANDLER, LLP
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500
cweiss@lowenstein.com
*Attorney for Legal Service Providers*
*for Children, Objectors*
*Admitted pro hac vice*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L, et al., <br><br>        Plaintiffs, <br><br> vs. <br><br> U.S. Immigration and Customs Enforcement, <br> et al., <br><br>        Defendants. | Case No. 3:18-cv-428-DMS <br> Honorable Dana M. Sabraw <br><br><br><br> Case No. 3:18-cv-1832-DMS <br> Honorable Dana M. Sabraw |
| M.M.M., on behalf of his minor child, J.M.A., et al., <br><br>        Plaintiffs, <br><br> vs. <br><br> Jefferson Beauregard Sessions, III, Attorney General of the United States, et al., <br><br>        Defendants. | CERTIFICATION OF SERVICE |

I, Denise Panzer, being of full age, hereby certify that on this date I caused one copy of the following documents:

- Objections to Proposed Settlement on Behalf of Children in the *M.M.M.*-Agreed Class by Legal Service Providers That Directly Represent These Children, Including Catholic

Charities Community Services of the Archdiocese of New York, The Door, Inc., and Safe Passage Project;

- Supporting Declarations of Anthony Enriquez, Kaavya Viswanathan, and Alexandra L. Rizzio; and

- Certification of Service

to be delivered by regular mail to parties on the attached Service List.

Dated:  November 2, 2018

Denise Panzer

# Service List

**ADAM L. BRAVERMAN**
United States Attorney
**SAMUEL WILLIAM BETTWY**
Assistant U.S. Attorney
U.S. Attorney's Office Southern District of California
Civil Division
880 Front Street
Suite 6253
San Diego, CA 92101
Telephone:  (619)557-5662
Efile.dkt.civ@usdoj.gov
Samuel.Bettwy@usdoj.gov

**AUGUST EDWARD FLENTJE**
**SCOTT GRANT STEWART**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Room 3613
Washington, DC 20530
Telephone:  202-514-3309
august.flentje@usdoj.gov
scott.g.stewart@usdoj.gov

**JOSEPH H. HUNT**
Assistant Attorney General
**SCOTT G. STEWART**
Deputy Assistant Attorney General
**WILLIAM C. PEACHEY**
Director
**WILLIAM C. SILVIS**
Assistant
**SARAH B. FABIAN**
Senior Litigation Counsel
**NICOLE N. MURLEY**
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P. O. Box 868
Ben Franklin Station
Washington, DC 20044
Telephone:  202-532-4824
sarah.b.fabian@usdoj.gov
Nicole.Murley@usdoj.gov

**LEE GELERNT**
**ANAND VENKATA BALAKRISHNAN**
**JUDY RABINOVITZ**
**DANIEL ANTONIO GALINDO**
ACLU Immigrants' Rights Project
125 Broad Street
18th Floor
New York, NY 10004
Telephone:  212-549-2618
dgalindo@aclu.org
abalakrishnan@aclu.org
JRabinovitz@aclu.org
lgelernt@aclu.org

**STEPHEN B. KANG**
ACLU Foundation of Northern California
**SPENCER E. W. AMDUR**
ACLU Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Telephone: 415-343-0070 x0783
skang@aclu.org
samdur@aclu.org

**BARDIS VAKILI**
ACLU Foundation of San Diego & Imperial Counties
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 232-2121
bvakili@aclusandiego.org

**Carol T. McClarnon**
**Wilson G. Barmeyer**
Eversheds Sutherland (US) LLP
700 6th Street NW
Suite 700
Washington, DC 20001
Telephone:  202-383-0946
carolmcclarnon@eversheds-sutherland.com
wilsonbarmeyer@eversheds-sutherland.com

**JOHN H. FLEMING**
Eversheds Sutherland (US) LLP
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309
Telephone:  404-853-8000
johnfleming@eversheds-sutherland.com

**Charles D. Reiter**
Simpson Thacher & Bartlett LLP
1999 Avenue of the Stars
Floor 29
Los Angeles, CA 90067
Telephone:  310-407-7500
charles.reiter@stblaw.com

**JOHNATHAN JAMES SMITH**
**SIRINE SHEBAYS**
Muslim Advocates
P. O. Box 34440
Washington, DC 20043
Telephone: 202-897-2622
johnathan@muslimadvocates.org
sirine@muslimadvocates.org

**SIMON YEHUDA SANDOVAL-MOSHENBERG**
**SOPHIA LETICIA GREGG**
Legal Aid Justice Center
6066 Leesburg Pike
#520
Falls Church, VA 22041
Telephone:  703-720-5605
simon@justice4all.org
sophia@justice4all.org

**AARON M. OLSEN**
Haeggquist & Eck, LLP
225 Broadway
Suite 2050
San Diego, CA 92101
Telephone:  (619) 342-8000
aarono@haelaw.com

**JULIA ROMANO**
King & Spaulding
633 West Fifth Street
Suite 1700
Lost Angeles, CA 90071
Telephone:  213-433-4355
jromano@kslaw.com