```
 1  Ashley Neglia (SBN 298924)
    ashley.neglia@kirkland.com
 2  KIRKLAND & ELLIS LLP
    333 South Hope Street, Ste. 2900
 3  Los Angeles, CA 90071
    Telephone: (213) 680-8400
 4  Facsimile:  (213) 680-8500

 5  Emily Nicklin (*Pro Hac Vice to be filed*)
    emily.nicklin@kirkland.com
 6  Christina Briesacher (*Pro Hac Vice to be filed*)
    christina.briesacher@kirkland.com
 7  KIRKLAND & ELLIS LLP
    300 North LaSalle
 8  Chicago, IL 60654
    Telephone: (312) 862-2000
 9  Facsimile:  (312) 862-2200

10  *Attorneys for Non-Party Objector Ms. M.D-L*
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., et al. | CASE No. 3:18-cv-1832-DMS |
| Plaintiffs, | |
| v. | |
| Jefferson Beauregard Sessions, III, Attorney General of the United States, et al., | |
| Defendants. | |
| Ms. L, et al., | Case No. 18-cv-00428-DMS-MDD |
| Plaintiffs, | CLASS ACTION |
| v. | **NOTICE OF APPEARANCE OF ASHLEY NEGLIA** |
| U.S. Immigration and Customs Enforcement, et al., | |
| Defendants. | |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Ashley Neglia of Kirkland & Ellis LLP, hereby enters her appearance as counsel of record on behalf of non-party objector Ms. M.D-L in the above caption matter and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on her:

Ashley Neglia
Kirkland & Ellis LLP
333 South Hope Street, Ste. 2900
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email: ashley.neglia@kirkland.com

DATED:  November 2, 2018

Respectfully submitted,
KIRKLAND & ELLIS LLP

_____
Ashley Neglia (SBN 298924)
ashley.neglia@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street, Ste. 2900
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile:  (213) 680-8500

Emily Nicklin (*Pro Hac Vice to be filed*)
emily.nicklin@kirkland.com
Christina Briesacher (*Pro Hac Vice to be filed*)
christina.briesacher@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Ms. Non-Party Objector Ms. M.D-L*