*Ms. L. et al., v. U.S. Immigration and Customs Enforcement, et al.,*

**EXHIBITS TO OBJECTION OF M.D.L TO THE
OCTOBER 5, 2018 SETTLEMENT AGREEMENT**

**TABLE OF CONTENTS**

| EXHIBIT | DOCUMENT | PAGES |
|---|---|---|
| 1 | 9/2/2018 Detainee Request to Staff Member | 11 |
| 2 | 9/21/2018 Reunification Form | 15 |