# EXHIBIT 1

Exhibit 1
Page 11



U.S. Immigration and Customs Enforcement

Enforcement and Removal Operations
El Paso Processing Center
8915 Montana Ave.
El Paso, TX 79925

## Detainee Request to Staff Member
*Petición de el Detenido al Miembro de Personal*

| Staff Member/Officer's Name: *Nombre de el Oficial:* Vasquez | Date: *Fecha:* 09/02/2018 |
|---|---|
| Detainee Name: *Nombre de el Detenido:* M█████ D██ L█ | Alien Number (A#): *Numero de Extranjero (A#):* ████████ |
| Country of Birth: *Pais de nacimiento:* Honduras | Unit/Dormitory: *Unidad/Dormitorio:* 8B |

**REQUEST:** Señor Vasquez el motivo de escribirle, es para saber que cuando ba aser mi reunificación con mi hijo. ya son 4 meces de separados es mi primera vez que entro en este pais. yo kiero estar con mi hijo el me nesesita. espero que lea usted el que me conteste el motivo que tanto tiempo que Toy aki por fabor reuname con mi hijo pronto. Garcias

*If more space is needed to complete your request, please use the reverse side of this form. All requests will be addressed by priority.*
*Si es necesario mas espacio para completar su petición, por favor use el lado reverso de esta forma. Todas las peticiones serán dirigidas por prioridad.*

**Staff Comments** *(Comentarios del Personal):* Your request has been forwarded to your deportation officer.

PROPERTY OFFICER: Date received: _____    Date filed: _____

EPC-PBNDS-0094    REV. 10/15

Exhibit 1
Page 12



and Customs
Enforcement

El Paso Processing Center
8915 Montana Ave.
El Paso, TX 79925

## Detainee Request to Staff Member
*Petición de el Detenido al Miembro de Personal*

| Staff Member/Officer's Name: *Nombre de el Oficial:* | Date: *Fecha:* |
|---|---|
| Vasquez | 09/02/2018 |
| **Detainee Name:** *Nombre de el Detenido:* | **Alien Number (A#):** *Numero de Extranjero (A#):* |
| M[redacted] D[redacted] L[redacted] | [redacted] |
| **Country of Birth:** *Pais de nacimiento:* | **Unit/Dormitory:** *Unidad/Dormitorio:* |
| Honduras | 8-B |

**REQUEST:** *Mr. Vasquez the reason for writing to you is to know when my reunification with my son will be done. It is now 4 months that we have been separated. It is the first time that I have entered this country. I want to be with my son he needs me. I hope that you will answer me with the reason that I have been here for so long. Please reunite me with my son soon. Thanks.*

If more space is needed to complete your request, please use the reverse side of this form. All requests will be addressed by priority.
*Si es necesario mas espacio para completar su petición, por favor use el lado reverso de esta forma. Todas las peticiones serán dirigidas por prioridad.*

**Staff Comments** *(Comentarios del Personal):*

Your request has been forwarded to your deportation officer.

_____ [signature]

PROPERTY OFFICER Date received: _____  Date filed: _____  9/4/18

EPC-PBNDS-0094                                                    REV. 10/15

Exhibit 1
Page 13



City of New York, State of New York, County of New York

I, Anders Ekholm, hereby certify that the document, **"Detainee Request to Staff Member, Vasquez from M▇▇ ▇▇▇ D▇▇ L▇▇, September 2, 2018"** is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Anders Ekholm

Sworn to before me this
November 2, 2018

_____
Signature, Notary Public

(Notary Seal: WENDY POON, NOTARY, NO. 01PO6356754, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 04-03-2021, STATE OF NEW YORK, PUBLIC)

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Exhibit 1
Page 14