# EXHIBIT 2

Exhibit 2
Page 15

IMPORTANTE

**Instrucciones**: La información en esta página debe ser leída al padre extranjero en un idioma que él o ella entienda. El Aviso debe ser entregado al padre extranjero al mismo tiempo que este formulario. El padre extranjero debe indicar cuál opción elige al firmar la casilla apropiada a continuación.

NO TIENE QUE aceptar una orden de deportación para que le devuelvan a su hijo/a. Usted puede optar por seguir luchando su caso de inmigración, y el gobierno igual tiene que cumplir con la orden del juez y reunirlo con su hijo/a.

SI USTED PIERDE SU CASO Y EL GOBIERNO VA A DEPORTALO/A DE LOS ESTADOS UNIDOS, usted tendrá que decidir en ese momento si desea que su hijo/a salga de los Estados Unidos con usted.

Nombre de Padre: D___-L__ M_____
Numero "A" del Padre: _____
País de Ciudadanía: Honduras
El Centro de Detención: EPC
Nombre del Hijo/a: E____-D___ O____
Numero "A" del Hijo/a: _____

ELIJA UNA OPCIÓN:

MLDL  X  Si pierdo mi caso y me deportan, me gustaría llevar a mi hijo/a conmigo.

_____ Si pierdo mi caso y me deportan, no quiero llevar a mi hijo/a conmigo.

_____ No tengo un abogado, y quiero hablar con un abogado antes de decidir si quiero que mi hijo/a sea deportado/a conmigo.

**Certificado de Servicio**

Por el presente certifico que yo le entregué este formulario en ___EPC___ (Ubicación)

a __D__ L__, M_____ el __9/21/18__, y el contenido
(Nombre del Extranjero)       (Fecha del Servicio)

de este aviso se le leyó en ___Spanish___.
(Idioma)

_____         _____
Nombre y Firma del Oficial      Nombre o Numero del Intérprete (si es aplicable)

Exhibit 2
Page 16

[handwritten text in italics]
IMPORTANT

**Instructions:** The information on this page should be read to the foreign parent in a language that he or she understands. The Notice must be served to the foreign parent at the same time as this form. The foreign parent must indicate which option they choose by signing the appropriate box below.

YOU DO NOT HAVE to accept a deportation order to have your child returned. You can choose to continue fighting your immigration case, and the government has to still comply with the judge's order and reunite you with your child.

IF YOU LOSE YOUR CASE AND THE GOVERNMENT IS GOING TO DEPORT YOU FROM THE UNITED STATES, you will have to decide at that time if you want your child to leave the United States with you.

**Name of the Parent:**  D▆▆▆  L▆▆, M▆▆▆▆▆
**"A" Number of the Parent:**
**Country of Citizenship:**  *Honduras*
**Detention Center:**  *EPC*
**Name of the Child:**  E▆▆▆▆-D▆▆ O▆▆▆
**"A" Number of the Child:**

CHOOSE ONE OPTION:

*MLDL X*          If I lose my case and I am deported, I would like to take my child with me.

_____     If I lose my case and I am deported, I do not want to take my child with me.

_____     I do not have a lawyer, and I want to talk to a lawyer before deciding if I want my child to be deported with me.

|  | **Certificate of Service** |
|---|---|
| I hereby certify that I gave you this form in | *EPC* |
|  | _____ |
|  | (location) |
| to  D▆▆ L▆▆, M▆▆▆  on | *09/21/18* , and she was read the contents of |
| _____ | _____ |
| (Name of the Alien) |  |
| this notice in  *Spanish* |  |
| _____ |  |
| (language) |  |
| [signature] |  |
| _____ | _____ |
| Name and Signature of the Officer) | Name or Number of the interpreter (if applicable) |

Exhibit 2
Page 17



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document, **"Translation Request"** is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Aurora Landman

Sworn to before me this
November 1, 2018

Signature, Notary Public

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

Exhibit 2
Page 18