Print Form



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ms. L

**Plaintiff,**

v.

U.S. Immigration and Customs Enforcem

**Defendant.**

Civil No. 3:18-cv-00428

## PRO HAC VICE APPLICATION

Lesbi Martinez-Martinez
Party Represented

I, Martin M. McNerney (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: King & Spalding LLP
Street address: 1700 Pennsylvania Avenue NW, Ste. 200
City, State, ZIP: Washington, DC 20006
Phone number: (202) 626 5447
Email: mmcnerney@kslaw.com

That on 12/19/1980 (Date) I was admitted to practice before Court of Appeals for DC (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Julia Romano
(Name)

(213) 443 4365
(Telephone)

King & Spalding LLP
(Firm)

633 West Fifth Street Suite 1700 Los Angeles, CA 90071
(Street)                                    (City)        (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)