## United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Dana M. Sabraw

| FROM: J. Mueller, Deputy Clerk | RECEIVED DATE: November 2, 2018 |
|---|---|
| CASE NO. 3:18-cv-00428-DMS-MDD | DOC FILED BY: Emma Elizabeth Gonzalez Barrientos |
| CASE TITLE: Ms. L. v. U.S. Immigration and Customs Enforcement et al ||
| DOCUMENT ENTITLED: Notice re Settlement Agreement ||

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.3 - Document illegible or submitted on thermal facsimile paper;

Date Forwarded:   November 5, 2018

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: November 6, 2018     CHAMBERS OF: The Honorable Dana M. Sabraw

cc: All Parties     By: mm