# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Dana M. Sabraw

| FROM:  M. Exler, Deputy Clerk | RECEIVED DATE:  November 5, 2018 |
|---|---|
| CASE NO.  18-cv-00428-DMS-MDD | DOC FILED BY:  Christine Bateup |
| CASE TITLE:  Ms. L. v. U.S. Immigration and Customs Enforcement et al | |
| DOCUMENT ENTITLED:  Objection of proposed settlement | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 or 47.1 - Date noticed for hearing not in compliance with rules / Documents are not timely;

Date Forwarded:   November 6, 2018

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document is to be filed nunc pro tunc to date received. |
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  November 6, 2018          CHAMBERS OF:  The Honorable Dana M. Sabraw

cc: All Parties                  By:  mm