# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, et al.,<br><br>Defendant. | Case No. 3:18-cv-1832-DMS |
| Ms. L, et al.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, et al.,<br><br>Defendant. | Case No. 3:18-cv-428-DMS<br><br>**ORDER REQUESTING RESPONSE** |

In anticipation of the hearing on final approval of the settlement in these cases,

///

///

the Court requests written responses from the parties to the objections. The parties' responses shall be filed on or before 12:00 noon on **November 14, 2018**.

**IT IS SO ORDERED**.

Dated: November 8, 2018

Hon. Dana M. Sabraw
United States District Judge