JULIA ROMANO (CA Bar No. 260857)
 *jromano@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310

*Additional counsel listed on signature page*

Attorneys for Objector MS. LESBI MARTINEZ-MARTINEZ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFERSON BEAUREGARD SESSIONS, III, Attorney General of the United States, *et al.*,<br><br>　　　　Defendants. | No. 3:18-cv-01832-DMS |
| MS. L., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), *et al.*,<br><br>　　　　Defendants. | No. 3:18-cv-00428-DMS<br><br>CLASS ACTION<br><br>**MS. LESBI MARTINEZ-MARTINEZ'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER OBJECTION TO THE OCTOBER 9, 2018 SETTLEMENT AGREEMENT** |

Pursuant to the Court's October 9, 2018 Order preliminarily approving the class settlement in this action (the "Settlement"), Ms. Lesbi Martinez-Martinez ("Ms. Martinez"), a citizen of Honduras seeking asylum in the United States and presently detained at the Port Isabel Detention Center ("PIDC"), timely filed an objection to the preliminarily approved class settlement. *Objection* to the October 5, 2018 Settlement Agreement by Lesbi Martinez-Martinez, Dkt. No. 282 ("Objection Brief")[1]. In her Objection Brief Ms. Martinez – the legal guardian of her 15-year-old biological sister, Y.M. – sought clarification that she is included within the definition of the plaintiff class in the Settlement. .

In furtherance of her requested clarification, Ms. Martinez respectfully submits the attached letter sent by U.S. Immigration and Customs Enforcement ("ICE") to another legal guardian wrongfully separated from her child. Ms. Marta Mejia is the sole primary caregiver, legal guardian, and biological great-grandmother of E.G.S., a five-year old previously in Office of Refugee Resettlement custody. *See Complaint, Marta Alicia Mejia, et al. v. U.S. Immigration and Customs Enforcement, et al.,* No. 1:18-cv-02096 (D.D.C. Sept. 6, 2018), ECF No. 1. Ms. Mejia was separated from E.G.S. on or about June 1, 2018, the same day Ms. Martinez was separated from Y.M. *Id.*

On October 5, 2018, the same day the Unopposed Motion for the Preliminary Approval of Proposed Settlement was filed, the Deputy Field Office Director for the San Antonio Field Office, which is also the Enforcement and Removal Operations Field Office for PIDC, informed Ms. Mejia that her "removal from the United States cannot be completed until the United States District Court,

---

[1] Ms. Martinez's October 15, 2018 objection inadvertently identified the Court's Order as being issued on October 5, 2018—the date on which the unopposed motion was filed. The Court entered its preliminary order approving the class settlement on October 9, 2018.

Notice of Supplemental Authority  
In Support of Objection

1

Case No: 18-cv-00428-DMS

1  Southern District of California, has rendered a decision for the judicial stay of
2  removal which designates you as a class member during this ongoing litigation.
3  There is currently a temporary restraining order which prevents the removal of any
4  class member from the United States pending the outcome of the judicial stay of
5  removal." *Status Report and Exhibits, Marta Alicia Mejia, et al. v. U.S.
6  Immigration and Customs Enforcement, et al.,* No. 1:18-cv-02096 (D.D.C. Nov. 5,
7  2018), ECF Nos. 28, 28-1, 28-2, attached as Exhibit 1. Ms. Mejia has completed
8  and submitted a Settlement Election Form pursuant to the notice procedure
9  implemented by the Court. *See id.*

10  In the attached letter, Defendants plainly state that Ms. Mejia, who like Ms.
11  Martinez is, a legal guardian of a minor child, is a member of the *Ms. L* class. By
12  doing so, Defendants implicitly recognize all the arguments in Ms. Martinez's
13  Objection Brief that legal guardians of children from whom they were wrongfully
14  separated by Defendants are within the settlement class. Ms. Martinez agrees with
15  this interpretation of the settlement class, and she should likewise be included in
16  the *Ms. L* class.

17  / / /
18
19  / / /

2

Notice of Supplemental Authority                    Case No: 18-cv-00428-DMS
In Support of Objection

DATED: November 8, 2018   KING & SPALDING LLP

By: /s/ *Julia Romano*  
Julia Romano  
KING & SPALDING LLP  
633 West Fifth Street, Suite 1700  
Los Angeles, CA 90071  
Telephone: +1 213 443 4355  
Facsimile: +1 213 443 4310  
jromano@kslaw.com

Martin M. McNerney (*pro hac vice*)  
KING & SPALDING LLP  
1700 Pennsylvania Avenue, NW, Suite 200  
Washington, DC 20006  
Telephone: +1 202 626 5447  
Facsimile: +1 202 626 3737  
mmcnerney@kslaw.com

*Attorneys for Objector*  
*Ms. Lesbi Martinez-Martinez*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 8th day of November, 2018, served the foregoing via the Court's CM/ECF on all counsel of record.

        /s/ *Julia Romano*
        Julia Romano
        KING & SPALDING LLP

**TABLE OF CONTENTS**

Exhibit 1 ................................................................................................................ 6

# Exhibit 1

Exhibit 1
000006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTA ALICIA MEJIA and E.G.S., a minor,<br><br>        **Plaintiffs**,<br><br>    v.<br><br>U.S IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), ET AL.,<br><br>        **Defendants**. | Case No. 1:18-cv-02096-PLF<br><br>Judge Paul L. Friedman |

**STATUS REPORT**

    Plaintiffs respectfully submit this status report in connection with their concurrent Notice of Dismissal Without Prejudice.

    Plaintiffs continue to develop additional documentation in support of Plaintiff Marta Alicia Mejia's guardianship of E.G.S., and have engaged additional Honduran counsel to assist in-country. However, shortly after this Court ruled on Plaintiffs' Motion to Change Venue, Defendants clarified Ms. Mejia's status as a member of the *Ms. L* class. Specifically, a representative of Defendant ICE met with Ms. Mejia and gave her a letter stating that her "removal from the United States cannot be completed until the United States District Court, Southern District of California, has rendered a decision for the judicial stay of removal which designates [her] as a class member during this ongoing litigation." A copy of this letter, which is signed by the deputy director of ICE's San Antonio field office, is attached as Exhibit A. The ICE official also verbally told Ms. Mejia that she would not be deported until "the judge's decision."

    Because Ms. Mejia is entitled to pursue relief in the Southern District of California, Plaintiffs are dismissing their case before this Court. Ms. Mejia has submitted a class election

Exhibit 1
000007

form, a copy of which is attached hereto as Exhibit B, to proposed *Ms. L* class counsel pursuant to the notice procedure approved by Judge Sabraw, and will be seeking relief in the Southern District of California as a *Ms. L* class member.

Dated: November 5, 2018.

/s/Timilin Sanders

Timilin Sanders, DC Bar No. 989110
Claudia O'Brien, DC Bar No. 447354
Clayton LaForge, DC Bar No. 1033938

LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington DC 20004
(202) 637-2200
timilin.sanders@lw.com

*Attorneys for Plaintiffs*

# Exhibit A

*Enforcement and Removal Operations*

U.S. Department of Homeland Security
1777 N.E. Loop 410, Suite 1500
San Antonio, TX 78217-5209



**U.S. Immigration and Customs Enforcement**

MEJIA, Marta
c/o Immigration and Customs Enforcement
San Antonio Field Office

A 215 720 900

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

You are under a final order of removal; however, your removal from the United States cannot be completed until the United States District Court, Southern District of California, has rendered a decision for the judicial stay of removal which designates you as a class member during this ongoing litigation. There is currently a temporary restraining order which prevents the removal of any class member from the United States pending the outcome of the judicial stay of removal. The temporary restraining order, in effect, is a judicial stay of removal. ICE expects to encounter no delay in effecting your removal when, or if, the judicial stay of removal does not resolve in your favor. You will remain in ICE custody pending the next scheduled review of your case.

Based on the above, you are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have not been released or removed from the United States by **December 16, 2018**, jurisdiction of the custody decision in your case will be transferred to the Headquarters Post Order Review Unit (HQ POCRU), Potomac Center North, 500 12th Street SW, Washington, DC 20536. HQ POCRU will make a final determination regarding your custody.

_____    10/5/19
Deborah Achim, Deputy Field Office Director, San Antonio Field Office    Date

www.ice.gov

# Exhibit B

Case No. 1:18-cv-02096-PLF

Exhibit 1
000011

## You have the right to waive relief under the settlement.

Parents or children who wish to waive their rights under this Settlement Agreement and be promptly removed to their country of origin, have the right to do so by executing the below form. Any decision to return to your country of origin must be made affirmatively, knowingly, and voluntarily. Failure to return this form will not be construed as a waiver of your rights under the Settlement Agreement.

**Instructions:** This form must be read to the class member in a language that he/she understands. The class member must indicate which option he/she is choosing by signing the appropriate box below. If the class member is a child and lacks capacity or is under age 14, this form must be signed by the child's parent or legal representative. Separate forms must be completed for each family member. *Completed forms must be mailed or emailed to counsel for the appropriate proposed class set forth below.*

---

**I request to remain in the United States to seek relief from removal.** I understand that the class action settlement does not guarantee that I will receive relief from removal.
Name (printed): Marta Alicia Mejia
Signature: marta alicia mejia

---

**I am affirmatively, knowingly, and voluntarily requesting removal to my country of origin as soon as possible.** I understand that I am waiving any rights to remain in the United States to pursue the procedures set forth in the settlement, including any right to apply for asylum or other protection from removal.
Name (printed): _____
Signature: _____

---

**Your Information:**
Name: Marta Alicia Mejia
Date of Birth: REDACTED /57
A#: 215 720 900
Country of citizenship: Honduras
Detention facility (if applicable): South Texas Detention Center
Address: 566 Veterans Drive, Pearsall, TX 78061
Telephone number: N/A

Parent(s)/child(ren) name(s): E.G.S.
Parent(s)/child(ren) A#(s): not known
Parent(s)/child(ren) address: 7443 River Pines Drive, Cypress, TX 77433
Parent(s)/child(ren) telephone number: N/A

**Attorney Certification:** I represent __Marta Alicia Mejia__ (name) in his/her immigration proceedings. I have advised him/her (and/or his/her parent or legal representative) of his/her rights under the proposed class action settlement in __Spanish__ (language).
Attorney signature: _____
Attorney name: Kathrine Russell
Date: 11/5/18
Attorney telephone: 2108741994
Attorney address: 802 Kentucky Ne, San Antonio, TX 78201