# EXHIBIT 23

| | |
|---|---|
| **From:** | Melissa Cuadrado <melissa.cuadrado@raicestexas.org> |
| **Sent:** | Thursday, November 08, 2018 5:21 PM |
| **To:** | MMMSettlementQuestions |
| **Cc:** | Anand Balakrishnan; Mayra Jimenez; Manoj Govindaiah |
| **Subject:** | Withdrawal of objection to proposed settlement |
| **Attachments:** | withdrawal of objection_KRMC.pdf |

Good afternoon,

Please find attached class member K.R.M.C.'s withdrawal of her previously filed objection to the proposed settlement in the *MMM* case.

The original was sent to the San Diego court and will arrive no later than tomorrow afternoon. Your office will receive a copy by Priority Mail Express and should arrive by noon tomorrow.

Please do not hesitate to contact me with any questions or concerns.

Best,



**Melissa Jeffries Cuadrado**
Senior Staff Attorney
Refugee and Immigrant Center
for Education and Legal Services (RAICES)
5121 Crestway Dr., Ste. 105
San Antonio, Texas 78239
Digital Tel. and Fax: (210) 501-0290
melissa.cuadrado@raicestexas.org
www.raicestexas.org



**PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION, ATTORNEY WORK PRODUCT AND ATTORNEY MENTAL IMPRESSIONS.**
The information contained in this e-mail (along with any attachments) is intended only for the use of the individual to whom it is addressed and may contain privileged and/or confidential information that is exempt from disclosure by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that you should not read any further, and any dissemination, distribution, or copying of this communication is strictly prohibited. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you have received this e-mail in error, please immediately return this e-mail to the sender and delete it and any copies.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*, | ) ) ) | Case No. 3:18-cv-1832-DMS |
| Plaintiffs, | ) ) ) ) ) | NOTICE OF CLASS MEMBER'S WITHDRAWAL OF OBJECTION TO PROPOSED SETTLEMENT |
| v. | ) ) | |
| Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

*MMM* class member, K.R.M.C., by and through pro bono counsel, informs the court that she is withdrawing her opposition to the Proposed Settlement in the above-captioned case as well as in *M.M.M. v. Sessions*, Case No. 1:18-cv-1835-PLF (D.D.C.), *Ms. L v. ICE*, Case No. 3:18-cv-428-DMS (S.D. Cal.), and *Dora v. Sessions*, Case No. 18-cv-1938 (D.D.C.).

K.R.M.C. was notified by the Office of Refugee Resettlement that she will be reunified with her father very soon. As such, K.R.M.C. now has no objection to the Proposed Settlement. She respectfully asks that her prior objection to the settlement be withdrawn.

DATED: November 8, 2018

K.R.M.C.
*MMM* Class Member

By: _____
MELISSA J. CUADRADO
Senior Staff Attorney
Refugee and Immigrant Center for
Education and Legal Services (RAICES)
5121 Crestway Dr., Ste. 105
San Antonio, TX 78239

1

Telephone: (210) 501-0290
Email: melissa.cuadrado@raicestexas.org

*Pro Bono* Attorney for K.R.M.C.

## PROOF OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 5121 Crestway Dr., Ste. 105, San Antonio, TX 78239. I am not a party to the above-entitled action. On November 8, 2018, I served the following document described as:

**NOTICE OF CLASS MEMBER'S WITHDRAWAL OF OBJECTION TO PROPOSED SETTLEMENT**

by serving a true copy of the above-described document in the following manner:

### BY USPS PRIORITY MAIL EXPRESS

on Class Action Clerk, United States District Court for the Southern District of California, San Diego Courthouse, 333 West Broadway, San Diego, CA 92101, and

### BY USPS PRIORITY MAIL EXPRESS

on Justin W. Bernick, Zachary W. Best, T. Clark Weymouth, HOGAN LOVELLS US LLP, 555 Thirteenth Street, NW, Washington, DC 20004, and

### BY ELECTRONIC MAIL

on MMMSettlementQuestions@hoganlovells.com and abalakrishnan@aclu.org.

Executed on November 8, 2018.

MELISSA J. CUADRADO
Senior Staff Attorney
Refugee and Immigrant Center for
Education and Legal Services (RAICES)
5121 Crestway Dr., Ste. 105
San Antonio, TX 78239
Telephone: (210) 501-0290
Email: melissa.cuadrado@raicestexas.org

*Pro Bono* Attorney for K.R.M.C.

3