# Exhibit 1

**Aviso de Derechos Potenciales para
Ciertos Padres Extranjeros Detenidos y Separados de sus Hijos Menores**

El 26 de junio de 2018, una corte federal emitió un mandamiento preliminar nacional en la demanda llamada *Ms. L v. I.C.E.*, --- F. Supp. 3d ---, 2018 WL 3129486 (S.D. Cal. 26 de junio de 2018).

Es posible que usted sea miembro/a de la clase y tenga derechos bajo esta demanda si:

- Usted está detenido o estuvo detenido bajo custodia del Departamento de Seguridad Nacional de EE. UU. (DHS); y
- Su hijo/a menor fue separado/a de usted por el DHS y está detenido/a bajo la custodia del Departamento de Salud y Servicios Humanos de EE. UU., La Oficina de Reasentamiento de Refugiados (ORR), el cuidado de crianza de ORR, o la custodia del DHS.

Si se determina que usted sí es miembro/a de esta clase:

- El gobierno tiene que entregarle a su hijo/a.
- NO es necesario que usted realice ninguna acción para que le devuelvan a su hijo/a.
- El gobierno tiene que reunificarlos en las siguientes fechas, a menos que la corte federal ordene lo contrario:
    a. Si su hijo/a es menor de 5 años, él o ella debe estar con usted antes del 10 de julio de 2018.
    b. Si su hijo/a tiene 5 años o más, él o ella debe estar con usted antes del 26 de julio de 2018.
- Usted no tiene que aceptar una orden de deportación para ser reunido con su hijo/a. Puede seguir luchando su caso migratorio. NO debe ser presionado/a a firmar una orden de deportación para que lo reúnan con su hijo/a.

Usted no es miembro de esta clase si:

- Fue detenido/a por el DHS en el interior de los Estados Unidos;
- Usted tiene antecedentes penales aparte de una entrada ilegal;
- Usted tiene una enfermedad contagiosa;
- Se ha realizada, o será realizada, una determinación de que usted no es padre adecuado o representa un peligro para su hijo/a menor de edad.

IMPORTANTE: Si usted no es miembro de la clase, pero fue separado de su hijo/a, aún podría tener derecho a ser reunido con él o ella, y debía contactar a los abogados en este caso por teléfono al 646-905-8892 o escribiéndoles a la siguiente dirección:

Ms. L. Class Counsel
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004

IMPORTANTE

**Instrucciones**: La información en esta página debe ser leída al padre extranjero en un idioma que él o ella entienda. El Aviso debe ser entregado al padre extranjero al mismo tiempo que este formulario. El padre extranjero debe indicar cuál opción elige al firmar la casilla apropiada a continuación.

NO TIENE QUE aceptar una orden de deportación para que le devuelvan a su hijo/a. Usted puede optar por seguir luchando su caso de inmigración, y el gobierno igual tiene que cumplir con la orden del juez y reunirlo con su hijo/a.

SI USTED PIERDE SU CASO Y EL GOBIERNO VA A DEPORTALO/A DE LOS ESTADOS UNIDOS, usted tendrá que decidir en ese momento si desea que su hijo/a salga de los Estados Unidos con usted.

**Nombre de Padre:** MARTINEZ-Martinez, Lesbi Nohemi
**Numero "A" del Padre:** 215 582 112
**País de Ciudadanía:** Honduras
**El Centro de Detención:** Port Isabel Detention Center
**Nombre del Hijo/a:** MARTINEZ-Martinez, Yency Mariela
**Numero "A" del Hijo/a:** 215 582 111

ELIJA UNA OPCIÓN:

__X__ Si pierdo mi caso y me deportan, me gustaría llevar a mi hijo/a conmigo.

_____ Si pierdo mi caso y me deportan, no quiero llevar a mi hijo/a conmigo.

_____ No tengo un abogado, y quiero hablar con un abogado antes de decidir si quiero que mi hijo/a sea deportado/a conmigo.

---

**Certificado de Servicio**

Por el presente certifico que yo le entregué este formulario en __Port Isabel Detention Center__ (Ubicación)
a __MARTINEZ-Martinez, Lesbi Nohemi__ el __November 14, 2018__, y el contenido
(Nombre del Extranjero)          (Fecha del Servicio)
de este aviso se le leyó en __Spanish__.
(Idioma)

__Zavala, J 7967__                        __N/A__
Nombre y Firma del Oficial          Nombre o Numero del Intérprete (si es aplicable)

---

Nohemi M.

Page 1

**Notification of Potential Rights For Certain Foreign Detained Parents Who Are Also Separated From Minor Children**

On June 26, 2018, a federal court entered a preliminary national mandate in the case *Ms. L v. ICE*.

It is possible that you are a member of the class and have rights pursuant to this case if:

- You are detained or were detained under the custody of DHS
- Your minor child was separated from you by DHS and is detained under the custody of ORR or DHS or their affiliates

If it is determined that you are a member of this class:

- The government must return your child
- It is not necessary for you to take any action in order for your child to be returned
- The government must reunify the children pursuant to the following dates, unless the court orders otherwise:
    - Your child is less than 5 years old, the child must be with you before July 10, 2018
    - If your child is 5 years or older, the child must be with you before July 26, 2018
- You do not have to accept the order of deportation to be reunified with your child. You can keep fighting your immigration case. You should not be pressured to sign an order of deportation to be reunified with your child

You are NOT a member of the class if:

- You are not a member of the class if:
- You were detained by DHS inside the U.S.
- You have a criminal background other than your illegal entry
- You have a contagious disease; or
- There has been a determination that you are not an adequate parent or if you present a danger to your minor child.

IMPORTANT: If you are not a member of the class, but you were separated from your child, you may still have a right of reunification with your child and you should contact the lawyers in this case via telephone or write to the at the following address: [Address of ACLU]

Page 2

IMPORTANT

Instructions: The information in this page should be read to the foreign parent en a language that he or she understand. The Notice should be submitted by the foreign parent at the same time of this form.

You do not need to accept an order of deportation in order for your child to be returned to you. You may opt to continue fighting your immigration case and the government equally must comply with the order of the judge and reunify you with your child.

If you lose your case and the government is going to deport you from the United States, you must decide in this moment if you desire that your child leaves the United States with you.


Name of Parent: Martinez-Martinez, Lesbi Nohemi

A Number of the Parent: 215 582 112

Country of Citizenship: Honduras

Detention Center: Port Isabel Detention Center

Name of Child: Martinez-Martinez, Yency Mariela

A Number of Child: 215 582 111

Select One Option:

_X_ If my case is lost and I am deported, I would like to bring my child with me.

____ If my case is lost and I am deported, I do not want to bring my child with me.

____ I do not have an attorney, and I want to talk with an attorney before I decide if I want my child deported with me.

**Certificate of Service**

I certify that I provided this form in Port Isabel Detention Center to Martinez-Martinez, Lesbi Noehmi on November 14, 2018 and the contents of the notice were read to her in Spanish.

Zavala, J 7967 (Name and signature of Official)     N/A (Name of interpreter if applicable)

Nohemi M. *[Handwritten]*