Wilson G. Barmeyer (D.C. Bar No. 987107)*
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street NW, Suite 700
Washington, DC 20001
(202) 383-0100
(202) 637-3593 (facsimile)
wilsonbarmeyer@eversheds-sutherland.com
*Admitted Pro Hac Vice

*Attorney for Dora Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| Ms. L, et al., <br><br> Plaintiff, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement, et al., <br><br> Defendant. | Case No. 3:18-cv-428-DMS <br><br> Honorable Dana M. Sabraw <br><br> **JOINT MOTION SEEKING COURT APPROVAL OF PARTIES' STIPULATION RELATED TO COSTS OF MAILED NOTICE** |

Pursuant to Local Rule 7.2, the parties, through counsel of record, hereby file a Joint Motion respectfully requesting the Court to enter an order approving the parties' agreed-upon stipulation related to costs of mailed notice for the class action settlement approved by the Court on November 15, 2018. The parties stipulate and agree as follows:

## RECITALS

WHEREAS, Defendants agree to pay for costs to provide notice to non-detained class members for an amount up to $16,500.00.

WHEREAS, Plaintiffs will provide Defendants with a detailed accounting of

all costs. If Defendants believe that Plaintiffs are improperly using the money provided by Defendants, Defendants reserve the right to raise such concerns and any related disputes to the Court for resolution.

WHEREAS, if Plaintiffs determine that they need more than $16,500.00 to provide notice to non-detained class members, Plaintiffs will notify Defendants and will provide a detailed estimate of the additional amount requested, and the parties will meet and confer regarding the request and, if the parties reach agreement, present to the Court a joint proposed order to authorize the payment of further notice-related costs. Should the parties fail to resolve the matter, the parties will present the dispute to the Court for resolution.

Respectfully submitted,

November 27, 2018

**EVERSHEDS SUTHERLAND (US) LLP**

<u>/s/ Wilson G. Barmeyer</u>
Wilson G. Barmeyer*
700 Sixth Street NW, Suite 700
Washington, DC 20001
(202) 383-0100
(202) 637-3593 (facsimile)
wilsonbarmeyer@eversheds-sutherland.com

John H. Fleming*
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, GA 30309
(404) 853-8000
(404) 853-8806 (facsimile)
johnfleming@eversheds-sutherland.com
Sirine Shebaya*
Johnathan Smith*
MUSHLIM ADVOCATES

P.O. Box 34440
Washington, D.C. 20043
(202) 897-2622
(202) 508-1007 (facsimile)
sirine@muslimadvocates.org
johnathan@muslimadvocates.org

Simon Y. Sandoval-Moshenberg*
Sophia Gregg*
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 778-3450
(703) 778-3454 (facsimile)
simon@justice4all.org
sophia@justice4all.org

Aaron M. Olsen
Alreen Haeggquist
Haeggquist and Eck LLP
225 Broadway, Ste 2050
San Diego, CA 92101
phone: 619.342.8000
fax: 619.342.7878
aarono@haelaw.com

*   Admitted *Pro Hac Vice*
pending or forthcoming

*Class Counsel for Parent Class*

**HOGAN LOVELLS US LLP**
Justin W. Bernick*
Zachary W. Best*
T. Clark Weymouth*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hoganlovells.com
t.weymouth@hoganlovells.com
zachary.best@hoganlovells.com

Michael Maddigan
(Cal. Bar No. 163450)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727
Facsimile: (310) 785-4601
michael.maddigan@hoganlovells.com

Oliver J. Armas*
Ira M. Feinberg (Cal. Bar No. 064066)
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
oliver.armas@hoganlovells.com
ira.feinberg@hoganlovells.com

Katherine A. Nelson*
1601 Wewatta Street, Suite 900
Denver, CO 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
katherine.nelson@hoganlovells.com

Haley K. Costello Essig*
Park Place II, Ninth Floor
7930 Jones Branch Drive
McLean, VA 22102-3302
Telephone: (703) 610-6100

Facsimile: (703) 610-6200
haley.essig@hoganlovells.com

*Admitted *pro hac vice*

*Class Counsel for Child Class in Related Action MMM v Sessions*

Lee Gelernt
Judy Rabinovitz
Anand Balakrishnan
Stephen Kang
Spencer Amdur
Daniel Galindo
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
lgelernt@aclu.org
jrabinovitz@aclu.org
abalakrishnan@aclu.org
skang@aclu.org
samdur@aclu.org
dgalindo@aclu.org

*Class Counsel For Removed Parents*

/s/ *Sarah B. Fabian*
JOSEPH H. HUNT
Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director

SARAH B. FABIAN

|     |                                          |
| --- | ---------------------------------------- |
| 1   | Senior Litigation Counsel                |
| 2   | NICOLE MURLEY                            |
|     | Trial Attorney                           |
| 3   | Office of Immigration Litigation         |
|     | Civil Division                           |
| 4   | U.S. Department of Justice               |
| 5   | P.O. Box 868, Ben Franklin Station       |
|     | Washington, DC 20044                     |
| 6   | (202) 532-4824                           |
| 7   | (202) 616-8962 (facsimile)               |
|     | sarah.b.fabian@usdoj.gov                 |
| 8   |                                          |
| 9   | ADAM L. BRAVERMAN                        |
|     | United States Attorney                   |
| 10  | SAMUEL W. BETTWY                         |
| 11  | Assistant U.S. Attorney                  |
| 12  | *Attorneys for Defendants*               |

6

JOINT MOTION SEEKING COURT APPROVAL OF
PARTIES' STIPULATION RELATED TO COSTS OF MAILED NOTICE

41046766.1

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on November 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on ____, 2018.


*/s/ Wilson G. Barmeyer*_____
Wilson G. Barmeyer

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| Ms. L, et al.,<br><br>            Plaintiff,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, et al.,<br><br>            Defendant. | Case No.  3:18-cv-428-DMS<br><br>Honorable Dana M. Sabraw<br><br>**[PROPOSED] ORDER** |

# [PROPOSED] ORDER

UPON CONSIDERATION of the Parties' Joint Motion Seeking Court Approval of Parties' Stipulation Related to Costs of Mailed Notice, and review of the record herein, it is it is, this _____ day of _____ 2018;

**ORDERED**, that Defendants agree to pay for costs to provide notice to non-detained class members for an amount up to $16,500.00, and

**ORDERED**, that Plaintiffs will provide Defendants with a detailed accounting

41046768.1

of all costs. If Defendants believe that Plaintiffs are improvidently using the money provided by Defendants, Defendants reserve the right to raise such concerns and any related disputes to the Court for resolution, and further,

**ORDERED**, that if Plaintiffs determine that they need more than $16,500.00 to provide notice to non-detained class members, Plaintiffs will notify Defendants and will provide a detailed estimate of the additional amount requested, and the parties will meet and confer regarding the request and, if the parties reach agreement, present to the Court a joint proposed order to authorize the payment of further notice-related costs. Should the parties fail to resolve the matter, the parties will present the dispute to the Court for resolution.

**SO ORDERED**.

_____
United States District Judge