1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

Ms. L, et al.,

              Plaintiff,

v.

U.S. Immigration and Customs
Enforcement, et al.,

              Defendant.

Case No.  3:18-cv-428-DMS

Honorable Dana M. Sabraw

**[PROPOSED] ORDER**

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties' Joint Motion Seeking Court Approval of Parties' Stipulation Related to Costs of Mailed Notice, and review of the record herein, it is it is, this _____ day of _____ 2018;

**ORDERED**, that Defendants agree to pay for costs to provide notice to non-detained class members for an amount up to $16,500.00, and

**ORDERED**, that Plaintiffs will provide Defendants with a detailed accounting

of all costs. If Defendants believe that Plaintiffs are improvidently using the money provided by Defendants, Defendants reserve the right to raise such concerns and any related disputes to the Court for resolution, and further,

**ORDERED**, that if Plaintiffs determine that they need more than $16,500.00 to provide notice to non-detained class members, Plaintiffs will notify Defendants and will provide a detailed estimate of the additional amount requested, and the parties will meet and confer regarding the request and, if the parties reach agreement, present to the Court a joint proposed order to authorize the payment of further notice-related costs. Should the parties fail to resolve the matter, the parties will present the dispute to the Court for resolution.

**SO ORDERED**.

_____
United States District Judge

PROPOSED ORDER