FILED

NOV 27 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MS. L. and MS. C., <br><br> Petitioners-Appellees, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al., <br><br> Respondents-Appellants. | No.   18-56151 <br><br> D.C. No. 3:18-cv-00428-DMS-MDD Southern District of California, San Diego <br><br> ORDER |

Appellants' unopposed motion (Docket Entry No. 8) to stay appellate proceedings is granted.

Appellate proceedings are stayed until January 8, 2019.

On or before January 8, 2019, appellants may file a status report and motion for further relief.

Failure to file a status report and motion will terminate the stay of appellate proceedings and the briefing schedule will be reset.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kara Slack
Deputy Clerk
Ninth Circuit Rule 27-7