MARTIN M. MCNERNEY (*pro hac vice*)
mmcnerney@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
Telephone: +1 202 626 5447
Facsimile: +1 202 626 3737

Attorney for Objectors **MS. LESBI MARTINEZ-MARTINEZ** and **EGLA VELASQUEZ MOLINA**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MS. L., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), *et al.*,<br><br>    Defendants. | No. 3:18-cv-00428-DMS-MDD<br><br>CLASS ACTION<br><br>**STATUS REPORT OF OBJECTORS LESBI NOHEMI MARTINEZ-MARTINEZ AND EGLA VELASQUEZ MOLINA** |

1    Pursuant to the Court's instructions at the November 15, 2018 Fairness
2 Hearing on the Class Action Settlement, Objectors Lesbi Nohemi Martinez-
3 Martinez and Egla Velasquez Molina hereby submit their Status Report to the
4 Court.
5    At the November 15, 2018 Hearing, the Court overruled, without prejudice,
6 the objections of Ms. Martinez and Ms. Molina.  The Court directed the Parties to
7 meet and confer regarding whether a negotiated resolution of their disputes should
8 be pursued.  The Court then stated as follows:
9    I do think there are issues about how a parent should be understood in
10    the context of family separation.  As the government suggested, those
11    raise additional issues beyond what this court has already decided.  *So*
12    *what we would just respectfully ask is that you decide that these*
13    *individuals are not part of the settlement today that you leave open the*
14    *question of whether they can ultimately be included in the Ms. L*
15    *reunification litigation.*  That could be taken up at a later time, if
16    anybody wants to take that up.
17 (Transcript of November 15, 2018 Fairness Hearing, at p. 18.)
18    Counsel for Ms. Martinez and Ms. Velasquez Molina and counsel for
19 Defendants have met and conferred on the issues raised by the claims for relief of
20 Ms. Martinez and Ms. Velasquez Molina.  Defendants have not agreed to
21 administer *de novo* credible fear interviews to either Ms. Martinez or Ms.
22 Velasquez Molina, and the Parties are at impasse.  Ms. Martinez and Ms.
23 Velasquez Molina, therefore, accept the Court's invitation to pursue the merits of
24 their claims before this Court.
25    Ms. Martinez and Ms. Velasquez Molina understand that Plaintiffs in this
26 case will propose a briefing schedule to the Court within the next 7–10 days
27 addressing the best manner in which to adjudicate claims by legal guardians who
28

1
STATUS REPORT OF OBJECTORS LESBI NOHEMI MARTINEZ-MARTINEZ
AND EGLA VELASQUEZ MOLINA

were forcibly separated from their children.  Counsel for Ms. Martinez and Ms. Velasquez Molina will meet and confer with Plaintiffs' and Defendants' counsel to coordinate briefing and proposed scheduling on these issues.

///

DATED:  November 29, 2018     KING & SPALDING LLP

By:  /s/ *Martin M. McNerney*

Martin M. McNerney (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
Telephone: +1 202 626 5447
Facsimile: +1 202 626 3737
mmcnerney@kslaw.com

*Attorney for Objectors Ms. Martinez and Ms. Velasquez Molina*

---

2
STATUS REPORT OF OBJECTORS LESBI NOHEMI MARTINEZ-MARTINEZ
AND EGLA VELASQUEZ MOLINA

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 29th day of November, 2018, served a copy of the foregoing via the Court's CM/ECF on all counsel of record.

 /s/ *Martin M. McNerney*
Martin M. McNerney (*pro hac vice*)
KING & SPALDING LLP

---

3
STATUS REPORT OF OBJECTORS LESBI NOHEMI MARTINEZ-MARTINEZ
AND EGLA VELASQUEZ MOLINA