**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L.; et al.,<br><br>　　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>　　　　　Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD)<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE** |

A status conference was held on November 30, 2018. After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. Counsel shall continue to meet and confer on the issue of a centralized database for the various government entities involved in the process of family separations. In the absence of an agreement, counsel should be prepared to discuss the issue at the next status conference, including a briefing schedule, if necessary.

2. On the issue of whether the class includes parents whose children were released from ORR custody prior to June 26, 2018, counsel shall continue to meet and confer on whether to stay the removal of any parents in that group. On the issue of whether this group of parents is included in the class definition, the Court sets the following briefing schedule:

　　a.　Plaintiffs shall file their opening brief on or before **December 14, 2018**.

  b. Defendants shall file their responsive brief on or before **December 28, 2018**.

  c. Plaintiffs shall file their reply brief on or before **January 4, 2019**.

3. Defendants shall continue to meet and confer with counsel for the Objectors to the settlement agreement. To the extent counsel are unable to reach agreement on those issues, they shall submit a proposed briefing schedule to the Court on or before **December 10, 2018**.

4. Counsel shall file further status reports on or before **December 12, 2018**. A further status conference shall be held on **December 14, 2018**, at **1:00 p.m.** The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

  1. Dial the toll free number: **877-411-9748**;

  2. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

  3. Enter the Participant Security Code **12140428** and Press # (The security code will be confirmed);

  4. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

Members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

4. Counsel for the Ms. L. Class shall provide notice of this order to counsel for Plaintiffs in the related cases, 18cv1699, 18cv1769 and 18cv1832, and to counsel for any Objectors that wish to appear.

Dated: December 3, 2018

Hon. Dana M. Sabraw
United States District Judge