UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

```
_____
                                        )
MS. L, ET AL.,                          )
                                        )CASE NO. 18CV0428-DMS
        PETITIONERS-PLAINTIFFS,         )        18CV1626-DMS
                                        )        18CV1832-DMS
VS.                                     )
                                        )SAN DIEGO, CALIFORNIA
U.S. IMMIGRATION AND CUSTOMS            )  NOVEMBER 30, 2018
ENFORCEMENT ("ICE"), ET AL.,            )  1:00 P.M. CALENDAR
                                        )
        RESPONDENTS-DEFENDANTS.         )
----------------------------------------
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

TELEPHONIC STATUS CONFERENCE

REPORTED BY:                    LEE ANN PENCE,
                                OFFICIAL COURT REPORTER
                                UNITED STATES COURTHOUSE
                                333 WEST BROADWAY, ROOM 1393
                                SAN DIEGO, CALIFORNIA 92101

COUNSEL APPEARING TELEPHONICALLY:


FOR PLAINTIFF:                 LEE GELERNT, ESQ.
                               ANAND BALAKRISHNAN, ESQ.
                               ACLU IMMIGRANT RIGHTS PROJECT
                               125 BROAD STREET 18TH FLOOR
                               NEW YORK, NEW YORK 10004


FOR DEFENDANT:                 SCOTT STEWART, ESQ.
                               SARAH B. FABIAN, ESQ.
                               U.S. DEPARTMENT OF JUSTICE
                               OFFICE OF IMMIGRATION LITIGATION
                               P.O. BOX 868
                               BEN FRANKLIN STATION
                               WASHINGTON, DC 20044


ALSO APPEARING:                JUSTIN W. BERNICK, ESQ.
                               JENNIFER LEVY, ESQ.
                               ZACHARY BEST, ESQ.
                               SIRINE SHEBAYA, ESQ.
                               JOSHUA TULL, ESQ.
                               STEPHEN HERZOG, ESQ.

1    <u>SAN DIEGO, CALIFORNIA – FRIDAY, NOVEMBER 30, 2018 – 1:05 P.M.</u>

2                          *   *   *

3          **THE CLERK:**  NO. 18 ON CALENDAR, CASE NO. 18CV0428,

4    MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR

5    STATUS CONFERENCE.

6          **THE COURT:**  GOOD AFTERNOON.  THIS IS JUDGE SABRAW.

7          I HAVE AN INDICATION THAT THE FOLLOWING ATTORNEYS

8    ARE ON THE LINE:  FOR MS. L., LEE GELERNT; THE GOVERNMENT ON

9    ALL MATTERS MS. FABIAN, MR. STEWART; ON NTC MS. LEVY; ON MMM,

10   MR. BEST AND MR. BERNICK; AND ON DORA, MS. SHEBAYA; AND

11   STEPHEN HERZOG ON BEHALF OF THE STEERING COMMITTEE.

12         I HAD ANTICIPATED THAT THERE WERE GOING TO BE

13   APPEARANCES FROM SOME OF THE COUNSEL FOR THE OBJECTORS, AND

14   MAYBE IT IS BECAUSE THEY DIDN'T HAVE THE DIAL-IN.

15         MR. STEWART, CAN YOU SPEAK TO THAT?  THERE IS A

16   STATUS IN THE STATUS REPORT AS TO THE OBJECTOR SITUATION.

17   SHOULD WE ARRANGE FOR COMMUNICATION WITH THEM AT A LATER TIME,

18   OR MAYBE WE CAN ADDRESS THESE MATTERS AND THEN HAVE GOVERNMENT

19   COUNSEL PROVIDE NOTICE TO THOSE ATTORNEYS.  WHAT DO YOU

20   SUGGEST?

21         **MR. STEWART:**  I THINK, YOUR HONOR, SOME OF THOSE

22   ATTORNEYS MAY BE ON A CALL WITH JUDGE FRIEDMAN IN A SEPARATE

23   MATTER RIGHT NOW.

24         ONE POSSIBILITY, YOUR HONOR, IS I THINK THAT A

25   NUMBER OF THE OBJECTORS' ISSUES THE PARTIES HAVE PROPOSED

```
1   FURTHER MEET AND CONFERS WITH THOSE OBJECTORS, AND THEN RETURN

2   TO THE COURT WITH UPDATES.

3           SO PERHAPS ONE WAY TO DO IT, YOUR HONOR -- UNLESS

4   THE BEEPING WE JUST HEARD WAS SOMEBODY JOINING -- IS THAT WE

5   COULD TABLE THOSE OR LEAVE THEM ON THE PAPERS AND JUST CONFER

6   AS PROPOSED, AND THEN REPORT BACK.  THAT MIGHT BE ONE OPTION.

7           THE COURT:  LET'S GO AHEAD.  WE WILL GET STARTED AND

8   THEN WE WILL COME BACK TO IT AT THE END OF THE --

9           MR. GELERNT:  YOUR HONOR, SORRY TO INTERRUPT.

10          THE COURT:  YES.

11          MR. BALAKRISHNAN:  THIS IS ANAND BALAKRISHNAN MAKING

12  AN APPEARANCE FOR THE MS. L. PLAINTIFFS ALONG WITH MR.

13  GELERNT.

14          THE COURT:  OKAY.  VERY GOOD.  THANK YOU.

15          ON THE STATUS REPORT, I HAD A FEW QUESTIONS STARTING

16  AT PAGE 7 ON THE SUMMARY OF REUNIFICATION NUMBERS.  CHILDREN

17  REUNIFIED INSIDE THE UNITED STATES: 1,959.  CHILDREN

18  REUNIFIED AND REMAINING IN ICE CUSTODY: 19.

19          DOES THAT MEAN THAT THERE ARE ONLY 19 FAMILIES THAT

20  ARE DETAINED TOGETHER AND OVER 1900 FAMILIES HAVE BEEN PAROLED

21  INTO THE COMMUNITY?

22          MR. STEWART:  I BELIEVE THAT IS CORRECT, YOUR HONOR.

23          THE COURT:  OKAY.  THEN ON --

24          MR. STEWART:  OR -- I AM SORRY, YOUR HONOR.

25  POSSIBLE -- POSSIBLY REMOVED TOGETHER IS ANOTHER OPTION FOR A
```

NOVEMBER 30, 2018

1  POSSIBILITY FOR SOME OF THOSE, I BELIEVE.

2    **THE COURT:**  ALL RIGHT.  BUT IT WOULD APPEAR THAT

3  MANY, WELL OVER 1,000 OR SO, ARE REUNIFIED VIA THE MECHANISM

4  OF PAROLING THOSE FAMILIES INTO THE COMMUNITY PENDING THEIR

5  ASYLUM AND REMOVAL PROCESSES.

6    **MR. STEWART:**  I BELIEVE THAT IS RIGHT, YOUR HONOR.

7    **THE COURT:**  ALL RIGHT.

8    ON THE NUMBER OF PARENTS NOT LOCATED THE GOVERNMENT

9  HAS INDICATED ZERO, WHICH IS, OF COURSE, THE GOAL.  BUT ON

10  PAGE 24 -- MAYBE MR. HERZOG CAN SPEAK TO THIS -- IT APPEARS

11  THERE IS ONE PARENT LEFT THAT HAS NOT YET BEEN LOCATED, BUT

12  THAT PARENT ONLY CAME TO THE PARTIES' OR THE STEERING

13  COMMITTEE'S ATTENTION ABOUT A MONTH AGO, ON OCTOBER 25.

14    IS THAT PERSON STILL YET TO BE LOCATED?

15    **MR. HERZOG:**  THIS IS MR. HERZOG.

16    YES, THAT IS CORRECT.  WE STILL ARE TRYING TO LOCATE

17  THAT PARENT.  WE ACTUALLY HAVE, YOU KNOW, WE HAVE BEEN TRYING

18  BY TELEPHONE.  WE HAVE ASKED THE GOVERNMENT FOR THREE-WAY

19  CALLING AS WELL, AND WE ACTUALLY HAVE -- ONE OF OUR NGO'S HAS

20  SOMEBODY ON THE GROUND LOOKING FOR THAT PARENT.

21    FOR CLARIFICATION, I THINK OUR REPORT SAYS THAT

22  THREE PARENTS HAVE NOT YET BEEN SPOKEN TO.  BUT TWO OF THOSE

23  PARENTS FALL INTO THE OTHER CATEGORIES OF CASES THAT HAVE BEEN

24  SET ASIDE OR EXCLUDED FROM THE CLASS.  SO THERE IS REALLY ONLY

25  ONE PARENT NOT YET LOCATED THAT IS OPERATIVE RIGHT NOW.

NOVEMBER 30, 2018

1          **THE COURT:**  YES.  AND ARE YOU ABLE TO PREDICT ON

2     WHETHER YOU ARE GOING TO FIND THAT PARENT, OR WOULD THAT JUST

3     BE SPECULATION AT THIS POINT?

4          **MR. HERZOG:**  IT WOULD REALLY BE SPECULATION SINCE WE

5     HAVE HAD NO CONTACT, AND I DON'T THINK WE HAVE ENOUGH

6     INFORMATION FOR ME TO BE ABLE TO PREDICT THAT.

7          **THE COURT:**  OKAY.  SO WE WILL KEEP FOCUSING ON THE

8     ONE BECAUSE, AS WE HAVE DISCUSSED, ONE IS ONE TOO MANY.  SO WE

9     NEED TO GET TO ZERO, AND I WILL JUST ENCOURAGE THE PARTIES TO

10    KEEP WORKING IN EARNEST TO LOCATE THAT ONE REMAINING PARENT.

11         **MR. STEWART:**  YOUR HONOR, THIS IS -- ACTUALLY, I

12    THINK I DO HAVE SOME GOOD NEWS ON THAT ONE.  I BELIEVE WE

13    FOUND SOME ADDITIONAL CONTACT INFORMATION THERE, AND WE SHOULD

14    -- IF I AM CORRECT ON THAT, WE SHOULD BE ABLE TO GET THAT TO

15    THE STEERING COMMITTEE LATER TODAY.

16         **THE COURT:**  OKAY.  TERRIFIC.  GREAT.

17         THE NEXT, ON THAT SAME PAGE 7, I AM TRYING TO MAKE

18    SURE I UNDERSTAND THE NUMBERS.  THERE IS A BULLET POINT

19    INDICATING CHILDREN REUNIFIED AND REPATRIATED:  166.

20         DOES THAT MEAN THESE ARE CHILDREN WHO -- I GUESS

21    WHOSE PARENTS HAD BEEN REMOVED WITHOUT THEM, AND NOW THEY ARE

22    REPATRIATED IN THEIR HOME COUNTRY?

23         **MR. STEWART:**  I BELIEVE, YOUR HONOR, THAT -- I

24    BELIEVE THAT'S RIGHT.  IT IS POSSIBLE THAT IT MIGHT INCLUDE A

25    FEW OTHERS WHO MAY BE REUNIFIED HERE AND THEN DECIDED TO FORGO

NOVEMBER 30, 2018

```
 1   SETTLEMENT PROCEDURES, BUT I WOULD HAVE TO CHECK ON THAT.

 2            THE COURT:   AND THEN FARTHER DOWN THERE IS A

 3   BULLET POINT AND A SUBHEADING:   CHILDREN WITH PARENTS OUTSIDE

 4   THE UNITED STATES:   221.   THESE ARE PARENTS WHO WAIVED

 5   REUNIFICATION.

 6            SO IF WE ADD 221 AND 166 WE GET 387.   AS I

 7   UNDERSTAND IT THERE WERE A TOTAL OF EITHER 414 OR 420 PARENTS

 8   REMOVED FROM COUNTRY WITHOUT THEIR CHILD.

 9            WHAT'S CAUSING THAT DISCREPANCY BETWEEN THE 387 AND,

10   SAY, THE 420 NUMBER?

11            MR. STEWART:   I BELIEVE -- CAN I CLARIFY, YOUR

12   HONOR?   THE 420 NUMBER, ARE YOU REFERRING TO THE 420 NUMBER

13   THAT WAS APPEARING IN SOME OF THE MS. L. PLAINTIFF STATUS

14   REPORTS IN PRIOR SUBMISSIONS?

15            THE COURT:   YES.   THROUGH THE COURSE OF THIS

16   LITIGATION IT APPEARED, EVEN BY THE GOVERNMENT'S OWN NUMBERS,

17   THAT THERE WERE 414 PARENTS REMOVED WITHOUT CHILDREN.   THE

18   PLAINTIFFS ARE SAYING NOW IT APPEARS THERE IS 420.   SO THAT'S

19   WHERE I GOT THOSE NUMBERS.

20            MR. STEWART:   I BELIEVE THAT MAY BE SOME REFINEMENT

21   IN THE NUMBERS AND KIND OF THE WIDE NET ORIGINALLY CAST OF

22   FOLKS THAT WERE POTENTIALLY MEMBERS, YOUR HONOR.   BUT WE, ON

23   DRILLING DOWN, FOUND THAT THEY WERE NOT CLASS MEMBERS FOR

24   WHATEVER REASON, PERHAPS JUST NOT SEPARATED FROM A PARENT --

25   OR NOT SEPARATED FROM A CHILD.   SO I THINK THAT IT MAY BE
```

NOVEMBER 30, 2018

```
 1    ATTRIBUTABLE TO THAT REFINEMENT.  BUT I CAN DO SOME FOLLOW-UP

 2    DRILLING DOWN TO MAKE SURE SOMETHING IS NOT MISSED THERE.

 3              THE COURT:  IF THAT IS TRUE, LET'S ASSUME THE TOTAL

 4    NUMBER OF PARENTS REMOVED WITHOUT CHILD IS 420, AND THEN A

 5    NUMBER OF THOSE PARENTS ARE NOT WITHIN THE CLASS FOR

 6    LEGITIMATE REASONS, CRIMINAL HISTORY OR NOT SEPARATED OR A

 7    NUMBER OF THE FACTORS THAT HAVE BEEN USED TO CULL OUT SOME OF

 8    THE POTENTIAL PARENT PLAINTIFF CLASS MEMBERS; IS IT THE

 9    GOVERNMENT'S POSITION, THEN, THAT THE TRUE NUMBER OF PARENTS,

10    CLASS PARENTS REMOVED WITHOUT CHILDREN, WOULD BE 387 OR

11    SOMETHING CLOSE TO THAT NUMBER?

12              MR. STEWART:  I THINK I WOULD HAVE TO DRILL DOWN A

13    LITTLE BIT MORE ON THAT 166, YOUR HONOR, TO MAKE SURE THAT

14    THAT IS -- THAT'S WHAT HAPPENED THERE.  BUT CAN I DO SOME WORK

15    ON THIS AND JUST MAKE SURE THAT I GET CLARITY ON THE

16    GOVERNMENT'S POSITION WITH THOSE 387?

17              THE COURT:  YES.  I THINK AS WE -- IN FUTURE STATUS

18    REPORTS I WANT TO GET TO A POINT WHERE WE HAVE, AND WHERE

19    PLAINTIFFS AGREE THAT THIS IS THE NUMBER THAT GIVEN THE CLASS

20    DEFINITION AND THE BOTTOM LINE THERE IS X NUMBER OF CLASS

21    PARENTS WHO WERE REMOVED WITHOUT THEIR CHILD, HAVE THAT

22    NUMBER.  AND THEN ALSO HAVE SOLID NUMBERS AS TO HOW MANY WERE

23    REPATRIATED, HOW MANY WAIVED REUNIFICATION, SO WE HAVE SOLID

24    AGREED-UPON NUMBERS.  WE CAN DEFER THAT FOR FUTURE STATUS

25    REPORTS.
```

NOVEMBER 30, 2018

1              **MR. GELERNT:**  THIS IS MR. GELERNT, YOUR HONOR.

2              YES, WE WILL WORK WITH THE GOVERNMENT TO GET YOU

3       THAT.

4              **THE COURT:**  OKAY.  THANK YOU.

5              JUST GOING IN ORDER HERE ON THE STATUS REPORT.  THE

6       MARTINEZ, MOLINA OBJECTIONS, WE DON'T HAVE COUNSEL ON THE

7       LINE.

8              THAT ISSUE, I THOUGHT, WAS PENDING BEFORE JUDGE

9       FRIEDMAN.  BUT AS I UNDERSTAND THE BRIEFING THE PARTIES WANT

10      TO PRESENT THAT ISSUE TO THIS COURT, AND SET A BRIEFING

11      SCHEDULE.

12             IS THAT CORRECT, MR. STEWART?

13             **MR. STEWART:**  I THINK -- I AM NOT SURE THAT -- THE

14      GOVERNMENT IS NOT SURE THAT WE THINK THAT THIS COURT IS THE

15      RIGHT FORUM.  I THINK PART OF WHAT WE WANT TO PIN DOWN, YOUR

16      HONOR, IS A PROPOSAL AS TO HOW TO MOVE FORWARD, WHETHER THAT

17      BE PERHAPS BEFORE YOUR HONOR OR PERHAPS BEFORE JUDGE FRIEDMAN.

18             SO I THINK THAT IS PART OF WHAT OUR PROPOSAL IS, IS

19      TO MEET AND CONFER WITH PLAINTIFFS ON THAT AND THEN COME BACK

20      WITH A PROPOSAL, BE IT THIS TRIBUNAL OR ANOTHER COURT OR THE

21      LIKE.

22             **MR. GELERNT:**  YOUR HONOR, THIS IS MR. GELERNT.

23             I WOULD AGREE WITH THE GOVERNMENT ON THAT.  WHAT I

24      THINK WE ARE HOPING TO DO WAS TO CONFER MORE WITH THE

25      OBJECTORS AND THE GOVERNMENT, AND TELL YOU IN THE NEXT JOINT

NOVEMBER 30, 2018

1    STATUS REPORT BOTH WHETHER WE THINK YOUR HONOR SHOULD BE

2    RESOLVING THIS ISSUE OR IN DC, AND IF IT IS YOUR HONOR TO

3    PROPOSE SOME TYPE OF SCHEDULE.

4            I THINK THAT -- SO THE THRESHOLD QUESTION OF WHICH

5    COURT IT SHOULD BE IN IS ONE OF THE THINGS WE ARE MEETING AND

6    CONFERRING ABOUT.

7            **THE COURT:**   OKAY.   SO WE WILL DEFER ON THAT.

8            I WOULD NOTE MR. MCNERNEY, FROM KING & SPALDING, ON

9    BEHALF OF THOSE TWO OBJECTORS, IN HIS STATUS REPORT AT PAGE 1

10   SAYS, WE ACCEPT THE COURT'S INVITATION TO PURSUE THE MERITS OF

11   THEIR CLAIMS BEFORE THIS COURT, THAT WOULD BE THE MS. L. COURT

12   HERE IN SAN DIEGO, AND TO SET UP A BRIEFING SCHEDULE IN THE

13   NEXT SEVEN TO TEN DAYS.

14           I UNDERSTAND THAT GOVERNMENT COUNSEL AND PERHAPS

15   MS. L. COUNSEL AND OTHERS MAY HAVE A DIFFERENT VIEW.   SO I

16   WILL SIMPLY DEFER ON THAT, AND WE CAN ASK THE PARTIES TO MEET

17   AND CONFER AND COME TO AN AGREEMENT ON THAT ISSUE AS TO THE

18   FORUM.   AND THEN IF IT IS HERE, THEN IN THE NEXT BRIEFING

19   SCHEDULE -- OR THE NEXT STATUS REPORT TO SET OUT THE BRIEFING

20   SCHEDULE.

21           THE NEXT ISSUE IS COMMUNICATIONS BETWEEN AGENCIES

22   REGARDING SEPARATION.   AND I APPRECIATE THE GOVERNMENT'S

23   OVERVIEW OF WHAT IS BEING DONE AS FAR AS A CENTRALIZED DATA

24   SYSTEM BETWEEN AND AMONG THE RELEVANT AGENCIES.   THE

25   PLAINTIFFS WOULD LIKE THIS COURT TO ADDRESS THAT ISSUE IN

NOVEMBER 30, 2018

```
 1    FULL.

 2             I AM NOT CLEAR WHERE THE GOVERNMENT IS.  THERE IS A

 3    STATUS, BUT ARE YOU -- WHAT IS THE GOVERNMENT'S VIEW IN THAT

 4    REGARD?  IS IT AN ISSUE THAT THIS COURT SHOULD ADDRESS, OR ARE

 5    YOU ASKING THE COURT NOT TO ADDRESS THIS AS PART OF THE

 6    INJUNCTIVE RELIEF IN MS. L.?

 7             MR. STEWART:  I THINK IT IS -- OUR POSITION, YOUR

 8    HONOR, IS THAT IT SHOULD NOT BE PART -- AS PART OF THE

 9    INJUNCTIVE RELIEF IN MS. L.

10             AS WE NOTED IN OUR REPORTING, WE THINK WE HAVE MADE

11    GOOD PROGRESS ON THIS ISSUE.  WE CAN KIND OF INDICATE FURTHER

12    DEVELOPMENTS AS WE CONTINUE TO DO MORE.

13             AND BEYOND THAT I WOULD SUGGEST THAT TO THE EXTENT

14    THAT THE COURT WERE INCLINED TO DO MORE, I THINK WE WOULD NEED

15    FULL-SCALE BRIEFING ON THAT.  I THINK THERE ARE -- ESPECIALLY

16    GIVEN THE APPARENTLY EXPANSIVE PROPOSAL THAT THE PLAINTIFFS

17    ARE SUGGESTING, AND I THINK PLAINTIFFS THEMSELVES ACKNOWLEDGE

18    THAT THEY WOULD NEED MORE -- THEY DON'T HAVE THE FACTS TO

19    REALLY BE CLEAR ABOUT WHAT THEY WOULD WANT.  I THINK WE WOULD

20    NEED FULL-SCALE BRIEFING RATHER THAN JUST A FEW PAGES IN THE

21    JOINT STATUS REPORT.

22             THE COURT:  YES.

23             MR. STEWART:  BUT THE GOVERNMENT'S POSITION WOULD

24    BE, LOOK, WE, THE GOVERNMENT, ARE DEALING WITH THIS.  WE HEAR

25    THE COURT, WE ARE ADDRESSING THE ISSUE.  WE HAVE MADE
```

NOVEMBER 30, 2018

```
 1   PROGRESS.  WE CAN KEEP THE COURT APPRISED.

 2           I DO THINK, YOU KNOW, IF RATHER THAN, YOU KNOW -- I

 3   THINK TO THE EXTENT THE COURT WOULD WANT TO PURSUE THIS MATTER

 4   FURTHER I THINK THE BEST APPROACH MAY BE FOR THE GOVERNMENT

 5   JUST TO KEEP THE COURT POSTED ON PROGRESS AND DEVELOPMENTS.

 6           IF THE COURT WERE TO WANT TO DO MORE I THINK -- OR

 7   POTENTIALLY WOULD BE INCLINED TO DO ANY MORE, I WOULD PROPOSE

 8   THAT WE HAVE MORE FULL-SCALE BRIEFING BEFORE ANY SIGNIFICANT

 9   RULINGS, PARTICULARLY INJUNCTIVE TYPE RULINGS OCCUR, BECAUSE

10   THIS WOULD BE A VERY SIGNIFICANT ISSUE IF IT WERE ORDERED AS

11   CONTEMPLATED BY THE PLAINTIFFS.

12           MR. GELERNT:  YOUR HONOR, THIS IS MR. GELERNT.

13           THE COURT:  YES.

14           MR. GELERNT:  JUST TO BE CLEAR, I DON'T KNOW THAT WE

15   HAD PROPOSED SOMETHING EXPANSIVE IN THE J.S.R., I THINK WE

16   WERE FAIRLY CLEAR JUST BEING RESPONSIVE TO YOUR QUESTION

17   WHETHER YOU HAD THE POWER IF YOU THOUGHT IT APPROPRIATE AND

18   NECESSARY, AND WE SIMPLY SAID WE BELIEVED YOU DID.

19           BUT I THOUGHT WE WERE FAIRLY CLEAR THAT WE WEREN'T

20   PROPOSING ANYTHING MUCH, ANYTHING EXPANSIVE RIGHT NOW, BUT

21   THAT WE WOULD NEED TO SEE MORE INFORMATION.

22           ONE WAY TO GO ABOUT IT IS, OF COURSE, IF THE

23   GOVERNMENT CAN KEEP APPRISING US OF SORT OF HOW THEY ARE

24   DEVELOPING A SYSTEM, IT MAY BE THAT WE THINK THAT SYSTEM IS

25   APPROPRIATE AND WORKS, MAYBE WE THINK WE NEED TO COME BACK TO
```

NOVEMBER 30, 2018

13

```
1    YOU AND SAY THERE ARE PARTS OF IT THAT DON'T SEEM TO WORK.

2            BUT I THINK RIGHT NOW WE ARE SIMPLY SAYING WE WOULD

3    NEED MORE INFORMATION.  WE ARE CERTAINLY STUDYING WHAT THE

4    GOVERNMENT HAS PROVIDED INITIALLY, BUT WE ONLY RECEIVED IT

5    LAST NIGHT.  I THINK THAT'S WHERE WE ARE, YOUR HONOR.

6            THE COURT:  DO YOU PROPOSE THAT THE MATTER BE

7    BRIEFED, OR ARE YOU SUGGESTING THAT WE HOLD OFF ON BRIEFING

8    AND KEEP IT AS A STATUS MATTER WITH THE ASSUMPTION THAT THE

9    GOVERNMENT IS GOING TO KEEP WORKING ON THIS ISSUE?

10           MR. GELERNT:  YOUR HONOR, I THINK THE LATTER IS

11   FINE.  I THINK IF WE COULD GET MORE INFORMATION ABOUT WHAT THE

12   GOVERNMENT HAS DONE AND WHAT IT IS INTENDING TO DO, THAT MIGHT

13   BE THE FIRST STEP.  I DON'T KNOW THAT AT THIS POINT WE WANT TO

14   BRIEF OR TAKE UP THE COURT'S TIME, AND I THINK WE MIGHT BE

15   SHOOTING IN THE DARK A LITTLE ABOUT EXACTLY WHAT THE

16   GOVERNMENT HAS DONE AND NOT DONE AND WHAT THE GOVERNMENT

17   PROPOSES TO DO.

18           SO AT LEAST FOR THE TIME BEING MAYBE IT MAKES SENSE

19   FOR THE GOVERNMENT TO PROVIDE ANOTHER STATUS REPORT ON IT.

20   AND WE COULD ALSO TALK WITH THE GOVERNMENT IN SOME FORM OF

21   MEET AND CONFER TO UNDERSTAND MORE WHAT THEY ARE

22   CONTEMPLATING.  BUT I THINK THEY OUGHT TO ALSO LET YOU, YOUR

23   HONOR, KNOW.

24           THE COURT:  OKAY.  I AGREE WITH THAT.  I WOULD NOT

25   ISSUE ANY ORDERS WITHOUT FURTHER BRIEFING AND OPPORTUNITY TO
```

NOVEMBER 30, 2018

1    BE HEARD.

2            BY WAY OF TENTATIVE COMMENTS, THIS AREA OF A

3    CENTRALIZED DATA SYSTEM, IT WOULD SEEM TO ME, WOULD BE WITHIN

4    THE SCOPE OF THE INJUNCTIVE RELIEF PROVIDED TO THE MS. L.

5    CLASS.  IT IS A ROOT CAUSE FOR THE PROBLEM.  AND IT ARISES

6    DIRECTLY OUT OF -- OR IT IS THE CAUSE OF MUCH OF WHAT IS BEING

7    PROVIDED BY WAY OF INJUNCTIVE RELIEF THROUGH REUNIFICATION.

8    AND SPECIFICALLY THE INABILITY OF THE AGENCIES, FOR EXAMPLE

9    DOJ, TO PROVIDE INFORMATION TO ICE AND HHS ABOUT A PARENT

10   BEING RELEASED FROM CRIMINAL CUSTODY, PLACED IN CIVIL

11   IMMIGRATION DETENTION IN ICE, AND THEN THERE NOT BEING ANY

12   MECHANISM AT THE TIME OF THIS LITIGATION FOR HHS AND O.R.R. TO

13   KNOW, AND NO MECHANISM TO AFFIRMATIVELY REUNITE THAT PARENT

14   WITH THE CHILD.

15           SO IT IS THE ESSENCE OF THE PROBLEM.  AND OF COURSE

16   IT IS, AS THE INSPECTOR GENERAL POINTS OUT, IT IS A BIG ISSUE.

17   AND I THINK THE GOVERNMENT IN THE STATUS REPORT IS BEING VERY

18   RESPONSIVE, AND APPROPRIATELY SO, IN BEGINNING TO TAKE STEPS

19   TO ADDRESS THAT ISSUE.

20           I DO UNDERSTAND THE GOVERNMENT'S CONCERN ABOUT THE

21   COURT WEIGHING IN AND ISSUING INJUNCTIVE ORDERS IN THAT

22   REGARD, AND SO I THINK THE PROPOSAL TO HAVE THE PARTIES MEET

23   AND CONFER IS A GOOD ONE.

24           I DO WANT TO -- I DON'T WANT TO LET THIS ISSUE GO,

25   SO I WANT TO KEEP IT IN THE FOREFRONT ON THE STATUS REPORTS

NOVEMBER 30, 2018

15

1   AND URGE THE GOVERNMENT TO CONTINUE TO MAKE PROGRESS.  IT MAY

2   BE APPROPRIATE, FOR EXAMPLE, TO, AS WE HAVE DONE WITH OTHER

3   ISSUES, APPOINT A LEAD PERSON OR MORE, A PERSON OR A SMALL

4   TEAM OF PERSONS, TO SET UP A CENTRALIZED DATA SYSTEM AND TO

5   ASSIST THE GOVERNMENT IN PROVIDING A REPORT, INCLUDING A

6   DECLARATION WHERE THERE ARE STATEMENTS UNDER OATH AS TO WHAT

7   IS BEING DONE AND HOW THIS SIGNIFICANT ISSUE IS BEING

8   ADDRESSED.

9         AND I THINK THAT WOULD GO A LONG WAY TOWARD

10  ASSISTING MR. GELERNT AND THE PLAINTIFFS IN DETERMINING

11  WHETHER THIS ISSUE HAS WORKED ITSELF OUT WITHOUT FURTHER COURT

12  INVOLVEMENT.

13        SO LET'S LEAVE IT AT THAT, AND THEN WE WILL CONTINUE

14  WITH THE STATUS REPORTS AS WE GO ON THAT ISSUE.  AND THAT

15  WILL, OF COURSE, BE OF GREAT INTEREST TO THE COURT AND TO MANY

16  AS TO THE GOVERNMENT'S PROGRESS IN THAT REGARD.

17        ON THE CLASS DEFINITION, THIS IS AN ISSUE WHERE IT

18  APPEARS THE PARTIES HAVE AGREED TO DISAGREE.  AND SO THE

19  QUESTION HERE IS, DO YOU WANT FURTHER BRIEFING, OR DO YOU WANT

20  TO SUBMIT IT ON THE BRIEFING IN THE STATUS REPORT AND HAVE THE

21  COURT RULE ON IT IN DUE COURSE?

22        MR. STEWART.

23        **MR. STEWART:**  YOUR HONOR, UNLESS YOU WERE INCLINED

24  TO DENY OUT-OF-HAND THE PLAINTIFFS' REQUEST, THE GOVERNMENT

25  WOULD WANT FULL-SCALE FURTHER BRIEFING ON IT.  THIS WOULD BE A

NOVEMBER 30, 2018

1   MAJOR DEAL THAT WOULD GO TO THE INTEGRITY OF THE SETTLEMENT,

2   THE INTEGRITY OF THE INJUNCTION, THE CLASS ORDER.  IT IS

3   MASSIVELY IMPORTANT IF CHANGES WERE TO BE MADE TO THE CLASS

4   DEFINITION AS THE PLAINTIFF WOULD PROPOSE, SO WE WOULD

5   DEFINITELY, IF THIS WERE NOT -- IF IT WERE NOT REJECTED

6   OUT-OF-HAND WE WOULD DEFINITELY WANT TO BRIEF THIS FULLY.

7               **THE COURT:**  ALL RIGHT.

8               MR. GELERNT.

9               **MR. BALAKRISHNAN:**  THIS IS ANAND BALAKRISHNAN FOR

10  THE MS. L. PLAINTIFFS ON THIS ISSUE.

11              WE WOULD BE FINE WITH FURTHER BRIEFING FROM THE

12  GOVERNMENT ON THIS ISSUE.  HOWEVER, THE REASON, WHEN WE MET

13  AND CONFERRED WITH THE GOVERNMENT ON THIS, WHEN WE FIRST HEARD

14  ABOUT THE POSSIBILITY OF REMOVALS OF THIS GROUP OF INDIVIDUALS

15  THAT WE WANTED TO SET IT UP FOR THE J.S.R., IS BECAUSE WE ARE

16  FEARFUL THAT PEOPLE MAY BE REMOVED BEFORE THE ISSUE IS

17  RESOLVED.  AND THEY MAY BE REMOVED WITHOUT US MEETING WITH

18  THEM TO ENSURE THAT THEY HAVE EXERCISED THEIR REUNIFICATION

19  RIGHTS OR UNDERSTAND THEM.  AND ALSO BEFORE THE ISSUE OF

20  THEIR, YOU KNOW, POTENTIAL ASYLUM RIGHTS ARE ALSO SETTLED.

21              WE DON'T KNOW EXACTLY WHO IS IN THIS GROUP OF PEOPLE

22  WHO ARE ADULTS WHO ARE CURRENTLY DETAINED BY ICE WHOSE

23  CHILDREN WERE RELEASED FROM O.R.R. BEFORE JUNE 26.  WE HAVE

24  BEEN ABLE TO IDENTIFY A HANDFUL OF THEM AND PRESENT THEM TO

25  THE GOVERNMENT, AND THE GOVERNMENT HAS AGREED TO STAY THOSE

NOVEMBER 30, 2018

1   INDIVIDUALS' REMOVALS.

2          BUT WE WOULD ASK THAT IF THERE IS FURTHER BRIEFING

3   THAT THE GOVERNMENT COMMIT TO NOT REMOVING ANY PARENTS WHO

4   FALL WITHIN THIS GROUP WHO ARE CURRENTLY DETAINED, EVEN WHERE

5   WE DON'T KNOW ABOUT THEM BUT THEY DO.

6          **THE COURT:**  YES.  AND I SAW THAT REQUEST ON PAGE 17.

7          DOES THE GOVERNMENT OBJECT TO A STAY ON REMOVAL AS

8   SET OUT BY PLAINTIFFS?

9          **MR. STEWART:**  WE DO OBJECT, YOUR HONOR.

10         I WOULD ALSO ADD THAT IF THE MS. L. PLAINTIFFS OR

11  ANY OTHER PLAINTIFFS WANT A STAY OF REMOVALS, JUST AFTER THE

12  LATEST STAY OF REMOVALS HAS BEEN LIFTED, THEY NEED TO FILE --

13  THEY SHOULD HAVE TO FILE A MOTION FOR A STAY.  THEY SHOULD

14  HAVE TO FILE NEW P.I. PAPERS, THEY SHOULD HAVE TO FILE

15  WHATEVER THEY NEED TO FILE.

16         AS YOU CAN TELL FROM MS. L. COUNSEL'S STATEMENTS,

17  THEY DON'T REALLY KNOW WHAT THE DEAL IS WITH THESE FOLKS WHO

18  THEY THINK THEIR CLIENTS ARE, AND IF THEY ARE GOING TO ASK US

19  TO MODIFY THE CLASS DEFINITION THEN THEY SHOULD HAVE TO FILE

20  THE APPROPRIATE MOTIONS TO THAT EFFECT, AND A JOINT STATUS

21  REPORT IS NOT THE APPROPRIATE PLACE TO ASK FOR A STAY OF

22  REMOVALS.

23         **THE COURT:**  THERE IS AN INDICATION ON LINE 5 THAT

24  THE GOVERNMENT AGREED THAT UNTIL RESOLUTION OF THIS ISSUE IT

25  WILL STAY THE REMOVAL OF THOSE PARENTS WHOSE CHILDREN WERE

NOVEMBER 30, 2018

18

```
 1   RELEASED FROM O.R.R. CUSTODY BEFORE JUNE 26 WHOM PLAINTIFFS
 2   ARE ABLE TO IDENTIFY.  IS THAT ACCURATE?
 3             MR. STEWART:  WE AGREED TO STAY THINGS FOR FOUR
 4   IDENTIFIED PEOPLE, AND WE ARE LOOKING, I THINK, AT AN
 5   ADDITIONAL LIST.
 6             AND, LOOK, WE ARE WILLING TO TALK WITH THE -- WITH
 7   MS. L. COUNSEL ON THIS MATTER, YOU KNOW, WE ARE HAPPY TO HEAR
 8   WHAT THEY HAVE TO SAY, AND WE CAN SEE WHAT OUR CLIENTS ARE
 9   WILLING TO DO.  BUT I CAN'T NOW COMMIT THAT WE ARE JUST GOING
10   TO GIVE A BLANKET ACROSS-THE-BOARD STAY TO SOME, YOU KNOW,
11   INNUMERABLE GROUP OF PEOPLE.
12             SO WE ARE HAPPY TO CONFER, AND IF THEY ARE NOT
13   PLEASED WITH THE RESPONSE I THINK THE APPROPRIATE APPROACH
14   WOULD BE FOR THEM TO FILE AN APPROPRIATE MOTION.
15             THE COURT:  HOW ABOUT AS TO INDIVIDUALS PLAINTIFFS
16   ARE ABLE TO IDENTIFY?  I UNDERSTAND WHAT THE PLAINTIFFS ARE
17   SAYING IS THE GOVERNMENT DOES NOT OBJECT TO A STAY OF REMOVAL
18   AS TO THOSE IDENTIFIED PERSONS.
19             MR. STEWART:  AS I RECALL, YOUR HONOR, I BELIEVE WE
20   AGREED TO A STAY FOR -- I GUESS -- WE ARE LOOKING AT THAT
21   LIST, YOUR HONOR.  I WOULD PROPOSE ON THAT LIST THAT WE CONFER
22   ON THAT.  WE AGREED ONLY FOR FOUR, I BELIEVE, FOR SOME PERIOD
23   OF TIME SO THAT WE COULD HAVE THE OPPORTUNITY TO BRING IT TO
24   THE COURT IN A MORE NORMAL COURSE.
25             BUT MY PROPOSAL WOULD BE THAT WE LOOK AT THIS SECOND
```

NOVEMBER 30, 2018

1  GROUP OF PEOPLE WHO THE PLAINTIFFS HAVE SENT US AND WE TALK

2  ABOUT THOSE.  AND IF WE CAN'T COME TO A RESOLUTION THERE, THEN

3  IT CAN BE REFERRED TO THE COURT.

4        **THE COURT:**  WHAT I WOULD PROPOSE, ABSENT OBJECTION

5  OF THE PARTIES, IS THAT THE PARTIES MEET AND CONFER TODAY,

6  FOLLOWING THIS CALL.  ARRIVE AT A STIPULATION AND SUBMIT A

7  JOINT MOTION AND ORDER AS TO THE IDENTIFIED PARENTS WHO THE

8  GOVERNMENT WOULD AGREE TO A STAY OF REMOVAL.

9        AND THEN AS TO PARENTS WHO ARE NOT KNOWN TO

10  PLAINTIFFS, I WOULD AGREE WITH MR. STEWART THAT THAT OUGHT TO

11  GO BY WAY OF A NOTICED MOTION, SO PLAINTIFFS WOULD HAVE TO

12  FILE THE APPROPRIATE MOTION FOR A STAY AS TO THOSE

13  INDIVIDUALS.  AND OF COURSE THE PARTIES CAN MEET AND CONFER IF

14  THERE CAN BE SOME MIDDLE GROUND.

15        **MR. BERNICK:**  YOUR HONOR, IF I MAY.  THIS IS JUSTIN

16  BERNICK FOR THE MMM PLAINTIFFS.

17        I THINK FROM OUR VANTAGE POINT THE TEMPORARY

18  RESTRAINING ORDER THAT THE COURT ALREADY ISSUED AS TO THE

19  ASYLUM PROCEDURES CONTAINED NO LIMITATION AS TO THE JUNE 26

20  DATE.  SO I JUST WANTED TO MAKE SURE THAT WE HAVE THAT DATA

21  POINT, THAT THAT ORDER ISSUED BY THE COURT DID NOT HAVE THAT

22  LIMITATION IN IT.

23        **THE COURT:**  OKAY.  I THINK IF THERE IS --

24        **MR. STEWART:**  YOUR HONOR, THIS IS THE GOVERNMENT.

25        THAT TRO THAT MR. BERNICK IS REFERRING TO IS LIFTED

NOVEMBER 30, 2018

1   AS A RESULT OF THE COURT FINALLY APPROVING THE SETTLEMENT

2   AGREEMENT, SO IT HAS NO BEARING ON THE ISSUE HERE.  THERE IS

3   NO TRO THAT IS IN EFFECT IN THIS CASE.

4          **THE COURT:**  I WAS GOING TO SAY THAT I AM SURE THE

5   GOVERNMENT HAS A CONTRARY VIEW TO WHAT MR. BERNICK EXPRESSED.

6   SO IF THERE IS DISAGREEMENT, IT SEEMS TO ME IF THE PLAINTIFFS

7   ARE REQUESTING A RESTRAINING ORDER, AN INJUNCTION FROM

8   REMOVAL, THERE BEING ANY OBJECTION BY THE GOVERNMENT, IT WOULD

9   HAVE TO GO BY WAY OF NOTICED MOTION.  SO I WOULD SIMPLY LEAVE

10  IT AT THAT.  OF COURSE ASK THE PARTIES --

11         **MR. BALAKRISHNAN:**  YOUR HONOR, I AM SORRY.  THIS IS

12  MR. BALAKRISHNAN FOR MS. L. AGAIN.

13         WE ARE FINE WITH DOING, YOU KNOW, ADDITIONAL

14  BRIEFING ON THIS BUT IT HAS TO BE ON A VERY SHORT TIME FRAME.

15  AND THE REASON I SAY THIS IS BECAUSE I AM NOT SURE WHETHER MR.

16  STEWART WAS ON THE CALL THAT WE HAD WITH THE GOVERNMENT ABOUT

17  THIS VERY ISSUE, BUT WE SPECIFICALLY PROPOSED THAT THIS ISSUE

18  BE BRIEFED IN THIS J.S.R.  AND THE REASON THAT WE ASKED FOR IT

19  TO BE DONE THAT WAY WAS SO THAT WE WOULDN'T BE PUT IN THIS

20  POSITION OF HAVING BRIEFED IT, HAVING THE GOVERNMENT NOT SAY

21  ANYTHING, AND THEN PROPOSE ANOTHER MEET AND CONFER AND FURTHER

22  BRIEFING.  SO WE WERE EXPECTING THIS TO BE FULLY PRESENTED TO

23  THE COURT AT THIS TIME.

24         WE UNDERSTAND IF THE COURT WISHES US TO GO BY

25  NOTICED MOTION, BUT WE JUST REQUEST THAT IF THE GOVERNMENT

NOVEMBER 30, 2018

```
 1   DOES NOT AGREE TO A STAY OF -- YOU KNOW, FOR UNIDENTIFIED
 2   PARENTS WHO MAY FACE REMOVAL WITHOUT THEIR CHILDREN THAT THAT
 3   BE PUT ON EXTRAORDINARILY, YOU KNOW, CONCISE SCHEDULE.
 4           THE COURT:  YES.  SO YOU ARE FREE TO DO THAT.  OF
 5   COURSE, THIS WOULD BE SUBJECT TO MEET AND CONFER, BUT IF THERE
 6   IS A COLLAPSE IN THE AGREEMENT, OR ANY PROPOSED AGREEMENT,
 7   THEN YOU, OF COURSE, WOULD BE FREE TO FILE A MOTION AND SEEK
 8   IMMEDIATE RELIEF.  YOU COULD DO THAT AS EARLY AS MONDAY, AND
 9   HAVE THAT FILED.
10           SO, HERE AGAIN, I WILL ENCOURAGE THE PARTIES TO MEET
11   AND CONFER.  AND THEN, ABSENT AN AGREEMENT, PLAINTIFFS, OF
12   COURSE, CAN PURSUE ALL OF THEIR AVAILABLE RIGHTS.
13           LET'S GO TO THE NEXT ISSUE.
14           MR. BALAKRISHNAN:  YOUR HONOR, I AM SORRY.  JUST ONE
15   POTENTIAL OTHER THING IS THAT I THINK THAT, YOU KNOW, WE CAN,
16   OF COURSE, FILE SORT OF A MOTION QUICKLY, BUT WE WOULD ALSO
17   ASK THAT THE GOVERNMENT'S RESPONSE ON THE MERITS OF THE, YOU
18   KNOW, THE INCLUSION AND INTERPRETATION OF THE CLASS ISSUE ALSO
19   BE DONE VERY QUICKLY.
20           THE COURT:  OKAY.  SO YOU WOULD LIKE THOSE TWO
21   ISSUES RESOLVED TOGETHER.  IS THAT CORRECT?
22           MR. BALAKRISHNAN:  I THINK IT WOULD BE FINE FOR THE
23   COURT, YOU KNOW, IF WE WENT IN FOR A STAY ON THE, YOU KNOW,
24   PENDING THE RESOLUTION OF THE ISSUE, FOR THAT TO BE ENTERED
25   FIRST.  BUT WE WOULD JUST ASK THAT, YOU KNOW, THAT THE
```

NOVEMBER 30, 2018

1  GOVERNMENT ALSO SORT OF BE PUT TO A SHORT SCHEDULE TO ADDRESS

2  THE MERITS OF THIS, YOU KNOW, OF THE CLASS DEFINITION AFTER

3  TODAY'S MEET AND CONFER.

4  **THE COURT:** OKAY.

5  **MR. STEWART:** YOUR HONOR, THE GOVERNMENT IS NOT

6  GOING TO SUBMIT A BRIEF ON THIS BEFORE MR. BALAKRISHNAN FILES

7  A MOTION. THAT MAKES NO SENSE. THEY HAVE TO FILE WHAT THEY

8  ARE GOING TO FILE, WE GET TO SEE IT.

9  AND I WOULD ADD THAT, AS I SAID, MR. BALAKRISHNAN IS

10 PROPOSING A FUNDAMENTAL ALTERATION OF THE CLASS DEFINITION AND

11 EFFECT OF THE INJUNCTION, SO COMPLETELY FAST TRACKING THAT

12 SOUNDS LIKE QUITE A PROPOSITION FOR SOMETHING SO SIGNIFICANT,

13 THOUGH THE GOVERNMENT IS, YOU KNOW, READY TO MOVE SWIFTLY.

14 **THE COURT:** ALL RIGHT. OKAY. I HAVE THOSE

15 POSITIONS IN MIND. AND ON ANY TRO I WILL SIMPLY WAIT FOR THE

16 PLAINTIFFS TO FILE ANY EMERGENCY MOTION THAT MIGHT BE

17 NECESSARY.

18 ON THE CLASS RELIEF, THE WAY WE HAD LEFT THAT ISSUE

19 WAS TO SET IT FOR BRIEFING. AND I WILL CONSIDER THAT, AND

20 THEN ISSUE AN ORDER TODAY OR EARLY NEXT WEEK WITH RESPECT TO A

21 BRIEFING SCHEDULE ON THE SCOPE OF THE CLASS.

22 ON INFORMATION SHARING -- SO I AM MOVING NOW TO

23 PAGE 24, 25, THEREABOUTS.

24 THE PLAINTIFFS POINT OUT THAT THERE ARE A LARGE

25 NUMBER OF CHILDREN AND THEY ARE STILL WAITING PLACEMENT MORE

```
1   THAN TWO MONTHS AFTER THEIR PARENTS IDENTIFIED A PREFERRED
2   SPONSOR.  THE STEERING COMMITTEE IS AWAITING RESPONSES FROM
3   THE GOVERNMENT.
4             DOES THE GOVERNMENT HAVE ANY INFORMATION THERE?
5        MR. STEWART:  SURE, YOUR HONOR.  I GUESS A COUPLE OF
6   THINGS HERE.
7             ONE IS THAT THIS IS THE TVPRA PROCESS.  IT TAKES
8   TIME.  IT IS STATUTORY, THERE ARE NUMEROUS STEPS.  EVEN WHERE
9   THERE IS AN IDENTIFIED PROCESS, YOUR HONOR -- AN IDENTIFIED
10  SPONSOR -- EXCUSE ME, YOUR HONOR -- THAT SPONSOR NEEDS TO BE
11  APPROVED IN KEEPING WITH THE STATUTE.  NOT ALL OF THEM ARE.
12            ANOTHER ISSUE THERE, YOUR HONOR, WITH IDENTIFIED
13  SPONSORS IS THOSE SPONSORS NEED, THEMSELVES, TO SUBMIT
14  PAPERWORK AND RESPOND TO REQUESTS FROM O.R.R. IN ORDER TO BE
15  APPROVED, SO A LOT OF THE TIMING DOES DEPEND ON WHAT THAT
16  IDENTIFIED SPONSOR DOES.  SO, ANYWAY, THOSE THINGS ALL, IN
17  SHORT, YOUR HONOR, TAKE TIME.
18            YOU KNOW, WE ARE WILLING TO HEAR ABOUT CONCRETE
19  ISSUES OR CONCRETE CASES FROM THE MS. L. PLAINTIFFS, BUT THESE
20  ARE THINGS THAT JUST TAKE TIME.
21            AND I WOULD ADD, YOUR HONOR, THAT THESE -- THE FOLKS
22  AT ISSUE HERE ARE EXPRESSLY REMOVED FROM THE CLASS, WHICH IS
23  ANOTHER ELEMENT AND -- BUT WE ARE DILIGENTLY WORKING TO
24  SATISFY THE TVPRA SO THAT THE APPROPRIATE DISCHARGES CAN BE
25  MADE.
```

NOVEMBER 30, 2018

24

```
 1              THE COURT:  ANYTHING IN ADDITION FROM PLAINTIFFS, OR

 2    MR. HERZOG, ANY CONCERNS THERE?

 3              I AGREE WITH WHAT MR. STEWART IS SAYING, UNDER THE

 4    TVPRA THAT IS GOING TO TAKE ITS OWN COURSE IN SOME WAYS AS FAR

 5    AS SPONSOR APPROVAL.  SO THAT MAY TAKE SOME ADDITIONAL TIME.

 6              MR. HERZOG:  THIS IS MR. HERZOG.

 7              WE -- THE STEERING COMMITTEE IS CONCERNED ABOUT HOW

 8    LONG THESE PLACEMENTS ARE TAKING.  OUR UNDERSTANDING IS THAT

 9    IT DOES TAKE APPROXIMATELY TWO MONTHS IN MANY CASES, BUT NOW

10    WE HAVE A LARGE NUMBER OF PARENTS WHO HAVE DESIGNATED SPONSORS

11    AND THEY ARE MOVING WELL BEYOND THAT TWO-MONTH TYPICAL TIME

12    FRAME.

13              AND WE HAVE ASKED THE GOVERNMENT FOR INFORMATION

14    ABOUT WHY THAT'S HAPPENING AND, YOU KNOW, WE REALLY HAVEN'T

15    RECEIVED A RESPONSE.  SO WE ARE CONCERNED.

16              THE COURT:  MR. STEWART, DO YOU HAVE ANY SPECIFIC

17    INFORMATION AS TO THAT INQUIRY, OR IS THAT SOMETHING YOU HAVE

18    NOT SPECIFICALLY LOOKED INTO?

19              MR. STEWART:  WE ARE LOOKING INTO THE SPECIFIC CASES

20    THAT THE STEERING COMMITTEE HAS IDENTIFIED, YOUR HONOR, SO WE

21    ARE LOOKING INTO THOSE.

22              ONE IMPORTANT CORRECTION TO WHAT MR. HERZOG SAID IS

23    THAT MY UNDERSTANDING IS THAT IT IS TWO MONTHS AFTER A SPONSOR

24    SUBMITS PAPERWORK, NOT TWO MONTHS AFTER A SPONSOR IS

25    IDENTIFIED.  SO THAT IS A SIGNIFICANT DIFFERENCE, SO THAT DOES
```

NOVEMBER 30, 2018

```
 1   REFLECT THAT IT DOES TAKE TIME; SOMETIMES LESS, SOMETIMES
 2   MORE.  BUT WE ARE LOOKING INTO THE CASES THAT WERE IDENTIFIED
 3   AND WE CAN CONTINUE TO DO SO.
 4            THE COURT:  OKAY.  SO HERE, I WILL ASK GOVERNMENT
 5   COUNSEL TO KEEP LOOKING INTO THOSE AND TO PROVIDE INFORMATION
 6   AS TO THOSE PARENTS, WHAT THE STATUS IS.  AND IT MAY BE JUST
 7   THAT, THAT THEY HAVE APPLIED AND THE 60-DAY PROCESS IS
 8   UNDERWAY FROM THE APPLICATION.
 9            BUT I THINK ANY INFORMATION YOU CAN PROVIDE ALONG
10   THOSE LINES TO MR. HERZOG WOULD ALLEVIATE MUCH OF THIS ISSUE.
11            AND HERE AGAIN I AM ASSUMING GOOD FAITH ON THE PART
12   OF THE GOVERNMENT AND ALL ACTORS, AND THAT THEY ARE PROCESSING
13   THESE CASES AS QUICKLY AS IS REASONABLY PRACTICAL AND UNDER
14   THE NORMAL TVPRA PROCESSES.
15            LET'S GO TO THE NEXT ISSUE.  THIS IS THE MMM
16   PLAINTIFFS, CHILDREN WITH VOLUNTARY DEPARTURE ORDERS.
17            AS I UNDERSTAND THIS, YOU ARE WORKING THROUGH THIS
18   WITH MS. WEISS, AND SIMPLY REQUESTING TO REPORT ON THIS LATER.
19   IS THAT CORRECT?
20            MR. BEST:  YOUR HONOR, THIS IS ZACHARY BEST FOR THE
21   MMM PLAINTIFFS.
22            THAT IS CORRECT.  AS FAR AS I KNOW, DISCUSSIONS
23   BETWEEN MS. WEISS AND THE GOVERNMENT ARE ONGOING, AND SO A
24   LITTLE BIT MORE TIME IS NEEDED TO REACH A RESOLUTION THERE.
25   AND I KNOW THE GOVERNMENT WILL PROPOSE THAT WE WILL REPORT
```

1    BACK IN THE NEXT STATUS REPORT.

2              **THE COURT:**  OKAY.  AND THAT'S THE SAME WITH THE

3    CLARIFICATION OF PARAGRAPH 1A, SIMILAR REQUEST?

4              **MR. BEST:**  THAT'S CORRECT, YOUR HONOR.  EXCEPT THERE

5    I THINK THE PARTIES THAT NEED TO MEET AND CONFER ARE THE MMM

6    PLAINTIFFS AND GOVERNMENT.  AND WE MADE OUR POSITION ON THAT

7    CLEAR TO THE GOVERNMENT AND WE ARE WAITING FOR THEIR POSITION.

8              **THE COURT:**  ANY INFORMATION THERE, MR. STEWART?

9              **MR. STEWART:**  I BELIEVE, YOUR HONOR, THAT WE ARE

10   STILL JUST TRYING TO HASH OUT HOW SOME OF THOSE -- SOME OF THE

11   QUESTIONS THERE WERE, WE HAVE SOME FOLLOW-UP.  I THINK WE JUST

12   NEED TO CONTINUE GOING BACK AND FORTH AND DRILL DOWN AND, AS

13   MENTIONED, WE SHOULD HOPE TO HAVE THAT -- THAT ALL ADDRESSED

14   SOON.  BUT THINGS ARE GOING SWIFTLY, AND I THINK ARE CLOSE

15   THERE.

16             **THE COURT:**  OKAY.  I THINK WE WILL LEAVE THAT FOR

17   NOW WITH -- I WOULD LIKE TO GET THESE MISCELLANEOUS MATTERS

18   WRAPPED UP, SO LET'S TRY TO DO THAT BY THE NEXT STATUS REPORT.

19   AND I WILL JUST LEAVE IT FOR THE PARTIES TO ACCOMPLISH THAT.

20             ON THE NEXT CATEGORY, AT PAGE 27, CATEGORIES TO BE

21   REPORTED TO THE COURT.  IT APPEARS PLAINTIFFS HAVE A NUMBER OF

22   PROPOSALS.  MANY OF THEM SEEM REASONABLE.  THE GOVERNMENT

23   HASN'T YET COMMITTED TO THAT.

24             I THINK THE WAY I WOULD LEAVE THIS IS FOR THE

25   PARTIES TO WORK THIS OUT.  IF IT DOESN'T WORK OUT BY THE NEXT

NOVEMBER 30, 2018

```
1    STATUS CONFERENCE PLAINTIFFS CAN SIMPLY SET OUT WHAT THEY
2    WANT, AND GOVERNMENT CAN INDICATE WHETHER THEY HAVE A PROBLEM
3    WITH ANY SPECIFIC REQUESTS.  AND THEN I CAN RULE ON IT SHORTLY
4    THEREAFTER.  SO WE CAN BRING CLOSURE TO THAT ISSUE AS WELL.
5             MR. STEWART:  YOUR HONOR, CAN I SPEAK ON THAT,
6    ACTUALLY?
7             ON PAGES 8 TO 9 OF THE STATUS REPORT THE GOVERNMENT
8    HAS COLLECTED A SERIES OF DATA POINTS THAT WE THINK ARE THE
9    RELEVANT ONES, THE IMPORTANT ONES ON IMPLEMENTATION.  THAT
10   KIND OF REFLECTS WHERE WE ARE ON THINGS.
11            OUR BASIC THINKING BEHIND THESE NUMBERS ARE, YOUR
12   HONOR, YOU KNOW, THESE NUMBERS SHOW BOTH THE PROCESS FOR THE
13   SETTLEMENT AND THEY SHOW PROGRESS, HOW PEOPLE ARE MOVING
14   THROUGH.  IT IS A SET OF POINTS THAT WE THINK, IN LIGHT OF ALL
15   OF THE OTHER LOGISTICAL AND DATA AND INFORMATIONAL QUESTIONS
16   THAT WE ARE GETTING FROM THE PLAINTIFFS' COUNSEL, FROM OTHERS,
17   ALL OF THE IMPLEMENTATION OF ACTUAL OPERATIONAL THINGS THAT WE
18   ARE HANDLING THEMSELVES, THERE ARE THINGS THAT WE THINK THAT
19   WE CAN CONSISTENTLY REPORT ON IN LIGHT OF ALL OF THOSE KIND OF
20   BURDENS.  AND WE THINK THAT THEY HIT THE RELEVANT POINTS,
21   WHICH THE SETTLEMENT AGREEMENT REALLY IS, YOUR HONOR, ABOUT
22   PROCESS, ABOUT PEOPLE GETTING EACH STAGE OF THE PROCESS, AND
23   THAT IS WHAT WE ARE TRYING TO REPORT HERE.  SO I JUST WANTED
24   TO DRAW ATTENTION TO THAT, AND THAT KIND OF REFLECTS HOW
25   THINGS ARE MOVING AT EACH STAGE.
```

NOVEMBER 30, 2018

1          **THE COURT:**  OKAY.  THANK YOU.  ALL RIGHT.

2          ON THE NTC CASE, ANYTHING TO REPORT ON THERE?

3          I SEE THE STATUS REPORT, ANY COMMENTS THERE?

4          ANYTHING FROM MS. LEVY?

5          **MS. LEVY:**  NOTHING TO REPORT, YOUR HONOR.

6          **THE COURT:**  ALL RIGHT.

7          WHAT I WOULD PROPOSE IS --

8          **MR. BEST:**  YOUR HONOR --

9          **THE COURT:**  YES.

10          **MR. BEST:**  APOLOGIZE.  THIS IS ZACHARY BEST FOR THE

11  MMM PLAINTIFFS.

12          I DID HAVE ONE OTHER SMALL ISSUE TO RAISE BEFORE WE

13  ADJOURN TODAY.  WOULD YOU LIKE ME TO DO THAT NOW?

14          **THE COURT:**  YES.

15          **MR. BEST:**  OKAY.

16          SO, AS YOUR HONOR KNOWS, THERE IS A PROVISION IN THE

17  SETTLEMENT AGREEMENT THAT ALLOWS CLASS MEMBERS TO LEAVE THE

18  SETTLEMENT PROCEDURES THAT ARE DESCRIBED IN THE AGREEMENT AND

19  TO SEEK, QUOTE, PROMPT RETURN TO THEIR COUNTRY OF ORIGIN.

20          WE ARE AWARE TODAY OF AT LEAST THREE INDIVIDUALS WHO

21  WAIVED THE SETTLEMENT PROCEDURES AND FOR WHOM WE PROVIDED

22  THEIR EXECUTED FORMS OVER A MONTH AGO.  IT HAS NOW BEEN ABOUT

23  FIVE WEEKS.

24          THOSE INDIVIDUALS ARE ALL STILL IN DETENTION, AND WE

25  HAVE GOTTEN NO INFORMATION ABOUT WHAT THEIR STATUS IS AND WHEN

NOVEMBER 30, 2018

```
 1    THE GOVERNMENT EXPECTS THAT THEY WILL BE RETURNED HOME.

 2              ALL THREE OF THEM ARE PARENTS WHO HAVE BEEN

 3    SEPARATED FROM THEIR CHILDREN FOR A NUMBER OF MONTHS AT THIS

 4    TIME.  AND THEY ARE ALL REALLY SUFFERING IN DETENTION AND

 5    HAVING A REALLY HARD TIME, AND REALLY NEED TO GET HOME TO

 6    THEIR FAMILY AS SOON AS POSSIBLE.

 7              WE FOLLOWED UP WITH THE GOVERNMENT ABOUT THESE

 8    INDIVIDUALS AND A FEW OTHERS TWO WEEKS AGO, AND WE HAVE ALSO

 9    FOLLOWED UP WITH THEM YESTERDAY, AND WE STILL HAVEN'T GOTTEN A

10    RESPONSE.

11              SO I JUST WANTED TO RAISE ON THE RECORD TODAY THAT

12    WE ARE CONCERNED ABOUT THIS.  AND WE WILL JUST ASK THAT THE

13    GOVERNMENT AT LEAST COOPERATE WITH US AND GIVE US INFORMATION

14    ABOUT THEIR STATUS SO THAT WE CAN MOVE THOSE FORWARD AS

15    QUICKLY AS POSSIBLE.

16              THE COURT:  MR. STEWART, ANY COMMENT?

17              MR. STEWART:  SURE, YOUR HONOR.

18              MY UNDERSTANDING IS THAT TWO OF THE THREE AT ISSUE

19    ARE PENDING TRAVEL DOCUMENTS.  SOME OF THESE THINGS WITH THESE

20    REMOVALS, YOUR HONOR -- AND I THINK WITH THE THIRD ONE THERE

21    MIGHT BE AN ISSUE ABOUT WHETHER WE HAVE RECEIVED THE FORM, BUT

22    WE CAN CIRCLE BACK WITH MMM COUNSEL ON THAT.

23              YOU KNOW, YOUR HONOR, AS YOUR HONOR KNOWS, THERE WAS

24    A STAY IN REMOVALS IN PLACE FOR A DECENT AMOUNT OF TIME.  ONE

25    OF THE REALITIES OF THAT SORT OF STAY IS THAT IT AFFECTS THE
```

NOVEMBER 30, 2018

1 PROCESS OF HOW SOMEBODY CAN BE REMOVED.  WE NEED, WHEN WE

2 REMOVE SOMEBODY, TO WORK ON THINGS LIKE TRAVEL DOCUMENTS AND

3 GET THOSE IN ORDER, AND THEN TRAVEL, YOU KNOW, ACTUALLY

4 ARRANGE TRAVEL AND MAKE ALL OF THOSE THINGS HAPPEN.  THOSE ARE

5 A SERIES OF STEPS.  AND, YOU KNOW, JUST FRANKLY, YOUR HONOR,

6 THE GOVERNMENT NEEDS TO BE PRETTY JUDICIOUS WHEN IT IS

7 REMOVING PEOPLE, ESPECIALLY WHEN, AS YOUR HONOR IS AWARE FROM

8 THIS JOINT STATUS REPORT, WE HAVE PLAINTIFFS AGAIN ASKING FOR

9 STAYS OF REMOVAL.

10   WE DO -- YOU KNOW, WE WOULD LIKE TO REMOVE PEOPLE

11 WITH PROMPTNESS BUT WE ALSO NEED TO BE JUDICIOUS AND CAREFUL.

12 WE NEED TO CHECK THE BOXES FOR TRAVEL DOCUMENTS AND OTHER JUST

13 BASIC CENTRAL LOGISTICAL REQUIREMENTS.  AND WE ALSO HAVE TO BE

14 MINDFUL OF YOUR HONOR'S COURT ORDERS AS WELL AS ANY OTHER

15 RELEVANT COURT ORDERS IN DOING THIS.

16   SO SOMETIMES THAT LEADS TO THINGS NOT MOVING AS FAST

17 AS WE WOULD LIKE, BUT THESE ARE IMPORTANT LEGAL AND

18 OPERATIONAL THINGS THAT THE GOVERNMENT NEEDS TO TAKE CARE TO

19 COMPLY WITH.

20   THAT ALL SAID, WE ARE WORKING ON THOSE THREE AND WE

21 WILL GET INFORMATION TO THE PLAINTIFFS.

22   **THE COURT:**  OKAY.  THANK YOU.

23   ANYTHING FURTHER ON THAT FROM PLAINTIFFS'

24 STANDPOINT?

25   **MR. BEST:**  YOUR HONOR, I WOULD JUST SAY THAT WE

NOVEMBER 30, 2018

```
 1    UNDERSTAND THOSE LOGISTICAL ISSUES.  AND I THINK THE LARGER
 2    ISSUE IS THAT THE LINE OF COMMUNICATION JUST NEEDS TO STAY
 3    OPEN WHEN SOMETHING IS TAKING AN UNUSUALLY LONG TIME, LIKE IT
 4    HAS FOR THESE THREE INDIVIDUALS.  SO WE JUST ASK THAT THE
 5    GOVERNMENT COMMUNICATE WITH US ON THAT, AND THAT WE WORK IT
 6    OUT TOGETHER.
 7              THE COURT:  YES.  I AGREE.  I UNDERSTAND --
 8              MR. STEWART:  I AGREE WITH THAT, TOO.  I APOLOGIZE,
 9    YOUR HONOR.
10              THE COURT:  YES, I KNOW YOU DO, MR. STEWART, AND I
11    APPRECIATE THAT.  THANK YOU.
12              I HAVE JUST BEEN INFORMED THAT, I THINK IT IS MR.
13    MCNERNEY, IS ON THE LINE ON BEHALF OF THE TWO OBJECTORS.  IS
14    THAT CORRECT?
15              MR. TULL:  ACTUALLY, YOUR HONOR, THIS IS JOSHUA
16    TULL.  I APOLOGIZE TO THE COURT.  I AM A COLLEAGUE OF MR.
17    MCNERNEY'S.  AND WE HAD THE WRONG INFORMATION BEFORE, SO I WAS
18    ON THE CALL IN LISTEN-ONLY MODE, AND THEN GOT THE RIGHT
19    INFORMATION.  SO WE ARE PRESENT NOW, YOUR HONOR.  AND I
20    APOLOGIZE FOR THE MISCOMMUNICATION.
21              THE COURT:  THAT'S OKAY.
22              YOU HEARD THE DISCUSSION, I THINK MR. GELERNT AND
23    OTHERS SAID THEY WOULD LIKE TO MEET AND CONFER ON THIS,
24    DETERMINE WHETHER YOU AGREE ON THE FORUM, WHETHER IT IS HERE
25    OR DC.  AND THEN IF IT IS HERE PROPOSE A BRIEFING SCHEDULE; IF
```

NOVEMBER 30, 2018

```
 1   IT IS DC, TERRIFIC, YOU WILL BE OFF AND RUNNING WITH JUDGE
 2   FRIEDMAN.
 3              DO YOU AGREE WITH THAT?
 4         MR. TULL:  WELL, YOUR HONOR, OUR POSITION, AS YOUR
 5   HONOR POINTED OUT AS EXPRESSED BY MR. MCNERNEY IN THE STATUS
 6   REPORT THAT WAS FILED YESTERDAY, THAT WE DO BELIEVE YOUR
 7   HONOR'S COURT IS THE PROPER FORUM FOR OUR TWO CLIENTS.  BUT WE
 8   UNDERSTAND THAT THE GOVERNMENT DOESN'T NECESSARILY AGREE WITH
 9   THAT.
10              SO, YES, YOUR HONOR, WE WOULD LIKE TO MEET AND
11   CONFER WITH BOTH PARTIES AND THEN PROPOSE A WAY TO PROCEED.
12         THE COURT:  OKAY.  THAT SOUNDS GOOD.
13              ANYTHING ELSE ON THAT ISSUE?
14         MR. TULL:  NO, YOUR HONOR.  THANK YOU VERY MUCH.
15         THE COURT:  YOU ARE WELCOME.  OKAY.
16              I HAVE ANOTHER HEARING I HAVE TO TURN TO, SO LET'S
17   CLOSE THIS HEARING.
18              I WILL ISSUE AN ORDER SETTING OUT AND ADDRESSING IN
19   PART SOME OF THESE ISSUES, INCLUDING A BRIEFING SCHEDULE ON
20   THE CLASS SCOPE, AND INVITE THE PARTIES TO MEET AND CONFER IN
21   EARNEST ON THE BALANCE OF THE ISSUES.  AND PARTICULARLY THE
22   CENTRALIZED DATA ISSUE AND, MORE PRESSINGLY, THE TRO REMOVAL
23   ISSUE.  HOPEFULLY PROGRESS CAN BE MADE THERE.  IF NOT, I WILL
24   WAIT FOR PLAINTIFFS' BRIEFING ON THAT ISSUE.
25              I WOULD LIKE -- THAT BRIEFING, OF COURSE, IF IT
```

NOVEMBER 30, 2018

```
 1   COMES, WOULD TAKE ITS OWN LIFE AND BE ADDRESSED SEPARATELY.

 2   BUT ON THE JOINT STATUS MATTERS, LET'S HAVE THE NEXT REPORT

 3   FILED BY WEDNESDAY, DECEMBER 12.  AND THEN RECONVENE

 4   TELEPHONICALLY FRIDAY, DECEMBER 14 AT 1:00 O'CLOCK AS WE HAVE

 5   IN THE PAST.

 6           ANY FINAL COMMENT BEFORE WE RECESS?

 7       MR. STEWART:  NOT FROM THE GOVERNMENT, YOUR HONOR.

 8       MR. GELERNT:  NONE FROM MS. L., YOUR HONOR.

 9       THE COURT:  OKAY.  THANK YOU VERY MUCH.  I WILL

10   ISSUE A BRIEF ORDER TODAY OR EARLY NEXT WEEK.  THANK YOU.

11       MR. STEWART:  THANK YOU, YOUR HONOR.

12       MR. GELERNT:  THANK YOU, YOUR HONOR.

13

14                       *   *   *

15           I CERTIFY THAT THE FOREGOING IS A CORRECT
             TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
16           IN THE ABOVE-ENTITLED MATTER.

17           S/LEEANN PENCE                  11/30/2018
             LEEANN PENCE, OFFICIAL COURT REPORTER   DATE
18

19

20

21

22

23

24

25
```

NOVEMBER 30, 2018