1  MARTIN M. MCNERNEY (*pro hac vice*)
   mmcnerney@kslaw.com
2  KING & SPALDING LLP
3  1700 Pennsylvania Avenue, NW, Suite 200
   Washington, DC 20006
4  Telephone: +1 202 626 5447
   Facsimile: +1 202 626 3737
5
6  Attorney for Objectors MS. LESBI MARTINEZ-MARTINEZ
   and MS. EGLA VELASQUEZ MOLINA
7

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*,<br><br>            Plaintiff,<br><br>     v.<br><br>JEFFERSON BEAUREGARD SESSIONS, III, Attorney General of the United States, *et al.*,<br><br>            Defendants. | No. 3:18-cv-01832-DMS |
| MS. L., *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), *et al.*,<br><br>            Defendants. | No. 3:18-cv-00428-DMS<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL STATUS REPORT OF OBJECTORS LESBI MARTINEZ-MARTINEZ AND EGLA VELASQUEZ MOLINA** |

Pursuant to the Court's instructions at the November 15, 2018 Fairness Hearing on the Class Action Settlement, Objectors Lesbi Nohemi Martinez-Martinez and Egla Velasquez Molina hereby submit their Supplemental Status Report to the Court. *Ms. L., et al. v. ICE, et al.*, Case No. 18-cv-0428 (S.D. Cal.). At that hearing, the Court denied Ms. Martinez's and Ms. Velasquez Molina's Objections without prejudice, ordered them to meet and confer with counsel for Defendants to seek an agreement to resolve their claims, and noted, "if there is no agreement I would invite the parties to propose to the Court how it ought to be addressed, either in this case or the *Ms. L.* case or before Judge Friedman." *Ms. L.*, ECF 322.

On November 29, 2018, Objectors Martinez and Velasquez Molina advised this Court that they had been unable to reach agreement with the Defendants on the administration of *de novo* credible fear interviews and that they would accept the Court's invitation to pursue the merits of their claims before this Court. *Ms. L.*, ECF 328. Since Objectors filed their Status Report on November 29, counsel for Objectors have met and conferred with counsel for the Parties in these cases to further discuss issues related to the most appropriate forum for resolution of Objectors' claims on the merits. Based on those discussions, Objectors Martinez and Velasquez Molina will pursue the merits of their claims in the actions that are currently pending before Judge Paul L. Friedman in the United States District Court for the District of Columbia and will proceed no further before this Court. Objectors hereby withdraw, without prejudice, their November 29, 2018 Status Report in these actions. Objectors appreciate the Court's consideration.

| | | |
|---|---|---|
| 1 | DATED: December 5, 2018 | KING & SPALDING LLP |
| 2 | | |
| 3 | | By: /s/ Martin M. McNerney |
| 4 | | Martin M. McNerney (*pro hac vice*) |
| | | KING & SPALDING LLP |
| 5 | | 1700 Pennsylvania Avenue, NW, Suite 200 |
| 6 | | Washington, DC 20006 |
| | | Telephone: +1 202 626 5447 |
| 7 | | Facsimile: +1 202 626 3737 |
| 8 | | mmcnerney@kslaw.com |
| 9 | | *Attorney for Objectors* |
| | | *Ms. Lesbi Martinez-Martinez and* |
| 10 | | *Ms. Egla Velasquez Molina* |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 5th day of December, 2018, served a copy of the foregoing via the Court's CM/ECF on all counsel of record..

    /s/ *Martin M. McNerney*
Martin M. McNerney (*pro hac vice*)
KING & SPALDING LLP