# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br>　　　　　　Petitioners-Plaintiffs, <br><br>v. <br><br>U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br>　　　　　　Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD) <br><br>**ORDER SETTING FURTHER STATUS CONFERENCE** |

A status conference was held on December 14, 2018.  After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1.　Defendants shall provide to Plaintiffs the information requested in paragraphs (1) and (2) on page 24 of the December 12, 2018 status report.

2.　On the issue set out in paragraph (3) on page 24 of the December 12, 2018 status reports, the Court sets the following briefing schedule:

　　a.　Plaintiffs shall file their opening brief on or before **December 28, 2018**.

　　b.　Defendants shall file their responsive brief on or before **January 11, 2019**.

　　c.　Plaintiffs shall file their reply brief on or before **January 18, 2019**.

3.　Counsel shall file further status reports on or before **12:00 noon** on **January 3, 2019**. A further status conference shall be held on **January 4, 2019**, at **1:00 p.m.**  The dial-in

number for any counsel who wish to listen in only and members of the news media is as follows.

1. Dial the toll free number: **877-411-9748**;
2. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);
3. Enter the Participant Security Code **01040428** and Press # (The security code will be confirmed);
4. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

Members of the general public may attend in person.  All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

4. Counsel for the Ms. L. Class shall provide notice of this order to counsel for Plaintiffs in the related cases, 18cv1699, 18cv1769 and 18cv1832, and to counsel for any Objectors that wish to appear.

Dated:  December 14, 2018

Hon. Dana M. Sabraw
United States District Judge