UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

```
 _____
                                           )
MS. L, ET AL.,                             )
                                           )CASE NO. 18CV0428-DMS
            PETITIONERS-PLAINTIFFS,        )        18CV1626-DMS
                                           )        18CV1832-DMS
VS.                                        )
                                           )SAN DIEGO, CALIFORNIA
U.S. IMMIGRATION AND CUSTOMS               ) DECEMBER 14, 2018
ENFORCEMENT ("ICE"), ET AL.,               ) 1:00 P.M. CALENDAR
                                           )
            RESPONDENTS-DEFENDANTS.        )
 ------------------------------------------
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

TELEPHONIC STATUS CONFERENCE

REPORTED BY:                    LEE ANN PENCE,
                                OFFICIAL COURT REPORTER
                                UNITED STATES COURTHOUSE
                                333 WEST BROADWAY, ROOM 1393
                                SAN DIEGO, CALIFORNIA 92101

COUNSEL APPEARING TELEPHONICALLY:


FOR PLAINTIFF:              LEE GELERNT, ESQ.
                           ANAND BALAKRISHNAN, ESQ.
                           ACLU IMMIGRANT RIGHTS PROJECT
                           125 BROAD STREET 18TH FLOOR
                           NEW YORK, NEW YORK 10004


FOR DEFENDANT:             SCOTT STEWART, ESQ.
                           NICOLE MURLEY, ESQ.
                           U.S. DEPARTMENT OF JUSTICE
                           OFFICE OF IMMIGRATION LITIGATION
                           P.O. BOX 868
                           BEN FRANKLIN STATION
                           WASHINGTON, DC 20044


ALSO APPEARING:            CATHERINE WEISS, ESQ.
                           ZACHARY BEST, ESQ.
                           SIRINE SHEBAYA, ESQ.
                           WILSON BARMEYER, ESQ.
                           STEPHEN HERZOG, ESQ.

1    <u>SAN DIEGO, CALIFORNIA – FRIDAY, DECEMBER 14, 2018 – 11:07 P.M.</u>

2                            *   *   *

3         **THE CLERK:**  NO. 17 ON CALENDAR, CASE NO. 18CV0428,

4    MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR

5    STATUS CONFERENCE.

6         **THE COURT:**  GOOD AFTERNOON, COUNSEL.

7         I SHOW APPEARANCES ON BEHALF OF THE GOVERNMENT

8    THROUGH SCOTT STEWART.  MS. L. WOULD BE LEE GELERNT AND

9    MR. BALAKRISHNAN.  FOR THE NTC CASE –– MS. NICOLE MURLEY FROM

10   THE GOVERNMENT.  ON MMM MR. ZACHARY BEST.  ON DORA MS. SHEBAYA

11   AND MR. BARMEYER.  AND STEPHEN HERZOG ON BEHALF OF THE

12   STEERING COMMITTEE.  AND CATHERINE WEISS FOR THE OBJECTORS.

13        LET'S GO AHEAD.  THANK YOU FOR THE JOINT STATUS

14   REPORT.  I REVIEWED BOTH OF THEM.

15        I RECEIVED INDICATION THAT FOR NTC MS. LEVY WILL NOT

16   BE APPEARING TODAY, SHE HAS A CONFLICT.  BUT SHE HAS NO ISSUES

17   ON THAT CASE.

18        MOVING TO THE MS. L. STATUS REPORT, IT APPEARS FOR

19   THE 2,667 POTENTIAL CLASS MEMBERS WE ARE DOWN TO ONLY ONE

20   PARENT WHO HAS BEEN REMOVED, NOT YET LOCATED.  BUT EVEN AS TO

21   THAT PARENT THERE HAS BEEN CONTACT WITH THE CHILD'S OTHER

22   PARENT AND CLOSE RELATIVES.  IS THAT CORRECT?

23        **MR. GELERNT:**  THIS IS LEE GELERNT FOR MS. L.

24        THAT IS CORRECT, YOUR HONOR.

25        **THE COURT:**  WELL, THAT WOULD BE REALLY GOOD NEWS.

DECEMBER 14, 2018

```
 1    THAT OTHER PARENT WOULD BE IN A POSITION TO MAKE A
 2    DETERMINATION ON REPATRIATION OR WAIVING REPATRIATION.  IS
 3    THAT FAIR, OR NOT?
 4             MR. GELERNT:  YOUR HONOR, MR. HERZOG CAN JUMP IN IF
 5    NECESSARY.
 6             WHAT WE ARE TRYING TO DO, BECAUSE THIS WAS ONE WE
 7    GOT A LITTLE BIT LATE, WE WERE JUST TRYING TO BE ABSOLUTELY
 8    CERTAIN THAT THERE IS NO REASON WHY THE MOTHER COULD NOT MAKE
 9    THE DETERMINATION.  AND JUST ABSOLUTELY BE SURE THAT THERE IS
10    NO CONFLICT BETWEEN THE PARENTS, OR THERE WASN'T SOME REASON
11    WHY THE CHILD WAS WITH THE FATHER ONLY.  BUT AT SOME POINT I
12    THINK WE WILL HAVE TO HAVE THE MOTHER MAKE THE DECISION IF WE
13    DON'T LOCATE THE FATHER SOON.  WE HOPE TO BE LOCATING THE
14    FATHER SOON THROUGH HIS BROTHER.
15             BUT I THINK YOU ARE RIGHT, YOUR HONOR, AT SOME POINT
16    I THINK THE MOTHER WILL JUST HAVE TO MAKE THE DECISION, I
17    THINK SOME POINT SOON.
18             MR. HERZOG:  THIS IS STEVE HERZOG, YOUR HONOR.
19             THE COURT:  YES.
20             MR. HERZOG:  IF I COULD JUST ADD A LITTLE BIT.
21             WE ARE VERY ACTIVELY TRYING TO FIND THE DEPORTED
22    PARENT.  WE HAVE BEEN IN TOUCH WITH THE MOM, WE HAVE BEEN IN
23    TOUCH WITH THE UNCLE OF THE CHILD, THE FATHER'S BROTHER.  THE
24    FATHER'S BROTHER, WE UNDERSTAND, IS GIVING US INFORMATION
25    ABOUT WHERE THE FATHER MAY BE.  HE IS WORKING SOMEWHERE IN
```

DECEMBER 14, 2018

5

1    MEXICO.  WE HAVE PEOPLE ON THE GROUND TRYING TO FIND HIM.

2              SO WE WANT A LITTLE MORE TIME TO JUST FIND HIM, OR

3    SEE IF WE CAN FIND HIM, AND GET HIS PREFERENCE.  IF NOT OF

4    COURSE WE WILL HAVE TO RELY ON THE MOM.

5          **THE COURT:**  OKAY.  THANK YOU.  IT APPEARS WE ARE

6    VERY CLOSE TO, WITH THIS CURRENT GROUP, OF COMING TO CLOSURE

7    WITH RESPECT TO EITHER REUNIFICATION, REPATRIATION, OR WAIVER

8    OF THAT MATTER, SO THAT IS GOOD NEWS.

9              LET'S MOVE ON INTO THE REPORT.

10             GOING NEXT, PAGE 9.  ON THE SETTLEMENT AGREEMENT,

11   298 PARENTS HAVE SIGNED OFF ON THE ELECTION FORMS.

12             HOW MANY POTENTIAL PARENTS ARE INVOLVED?  IT WAS MY

13   RECOLLECTION THAT THERE ARE OVER 1,000 PARENTS WHO HAVE BEEN

14   REUNIFIED WITH CHILDREN AND ARE DETAINED TOGETHER.  IS THAT

15   CORRECT?

16         **MR. STEWART:**  YOUR HONOR, I AM NOT SURE WHAT THE

17   CURRENT NUMBERS ARE.  LET ME WORK ON TRACKING THAT DOWN.

18             NUMBERS REUNITED, YOUR HONOR, IN FAMILY RESIDENTIAL

19   CENTERS ARE YOU ASKING?

20         **THE COURT:**  YES.

21         **MR. STEWART:**  I WILL -- I WILL CHECK ON THAT, YOUR

22   HONOR.

23         **THE COURT:**  SO THE QUESTION I HAD, ASSUMING THERE IS

24   1,000 OR MORE, WHY HAVE ONLY 298 PARENTS SIGNED ELECTION

25   FORMS?  MAYBE WE DON'T KNOW.

                       DECEMBER 14, 2018

1              MR. BEST, DO YOU HAVE ANY IDEA?

2              **MR. BEST:**  HI, YOUR HONOR.  I CAN SPEAK TO THIS

3    PERHAPS, AT LEAST BROADLY SPEAKING.  I AM NOT SURE I CAN SPEAK

4    TO EXACT NUMBERS.

5              BUT I DO THINK THAT THE TOTAL NUMBER OF FAMILIES WHO

6    WERE DETAINED AND WHO WERE REUNIFIED AND DETAINED IN FAMILY

7    RESIDENTIAL CENTERS AT THE TIME THAT WE AGREED TO THE

8    SETTLEMENT WAS FAR LOWER THAN 1,000.  IT IS MY UNDERSTANDING

9    THAT THE VAST MAJORITY OF FAMILIES HAVE BEEN RELEASED INTO THE

10   COMMUNITY AFTER REUNIFICATION.  AND THERE WERE ROUGHLY -- I AM

11   ESTIMATING HERE, BUT ROUGHLY, I THINK, 100 TO 150 FAMILIES WHO

12   ARE STILL IN FAMILY DETENTION THAT -- AS FAR AS WE KNOW.

13             AND FOR THE MOST PART ALL OF THOSE FAMILIES HAVE

14   SUBMITTED THEIR FORMS.  THOSE FORMS HAVE BEEN PROCESSED AND

15   SENT TO THE GOVERNMENT.  AND MANY, IF NOT ALL, OF THOSE

16   FAMILIES HAVE RECEIVED THE SETTLEMENT PROCEDURES IN ONE FORM

17   OR ANOTHER, WHETHER IT IS AN INTERVIEW OR WHETHER IT IS A

18   WAIVER AND REPATRIATION TO COUNTRY OF ORIGIN.

19             SO THE CLASS MEMBERS THAT WE DON'T HAVE FORMS FROM

20   ARE PRIMARILY CLASS MEMBERS WHO HAVE BEEN RELEASED INTO THE

21   COMMUNITY.

22             **THE COURT:**  OKAY.  THANK YOU FOR THE EXPLANATION.

23             **MR. BARMEYER:**  YOUR HONOR, THIS IS MR. BARMEYER FOR

24   THE DORA PLAINTIFFS.  WE HAVE BEEN DISCUSSING WITH THE

25   GOVERNMENT POTENTIAL NUMBERS FOR HOW MANY TOTAL FAMILIES WOULD

DECEMBER 14, 2018

 1   APPLY FOR THE SETTLEMENT.  WE SENT THE NOTICE -- AND THE

 2   PARTIES AGREE THIS WAS THE APPROPRIATE THING TO DO.  WE SENT

 3   THE NOTICE VERY BROADLY TO THE RELEASED FAMILIES.  SOME OF

 4   THOSE, PROBABLY MANY OF THOSE, PERHAPS THE VAST MAJORITY OF

 5   THOSE FAMILIES WHO WERE RELEASED RECEIVED NTA'S AND SO THEY

 6   WOULD NOT BE PART OF THE SETTLEMENT BECAUSE THE SETTLEMENT

 7   APPLIES TO THOSE WHO HAVE -- STILL HAVE EXPEDITED REMOVAL

 8   ORDERS AND ARE THEN GOING TO RECEIVE NEW INTERVIEWS.

 9          SO WE HAVE INQUIRED OF THE GOVERNMENT HOW MANY OF

10   THE RELEASED FAMILIES ARE IN NEED OF THE SETTLEMENT

11   PROCEDURES.  AND THEN BASED ON THOSE NUMBERS, YOU KNOW, WE, AS

12   CLASS COUNSEL, WANT TO MAKE SURE WE HAVE THE PROCESS IN PLACE

13   TO MAKE SURE THAT THOSE INDIVIDUALS, YOU KNOW, CAN HAVE THEIR

14   INTERVIEWS FACILITATED.

15          **THE COURT:**  OKAY.  THANK YOU.  ALL RIGHT.  THAT'S

16   HELPFUL.

17          THE NEXT ISSUE I HAD RELATES TO -- THAT WOULD BE

18   PAGE 13.

19          THE GOVERNMENT IS REQUESTING THAT PLAINTIFFS'

20   COUNSEL COORDINATE WITH RESPECT TO THEIR REQUESTS OF THE

21   GOVERNMENT FOR INFORMATION.

22          I THINK THAT'S A GOOD IDEA.  IT SEEMS TO ME THAT ALL

23   COUNSEL CAN COORDINATE AND PICK SOMEONE, PERHAPS SOMEONE, MR.

24   GELERNT OR ANY ONE INDIVIDUAL, TO MAKE THE COMMUNICATION TO

25   THE GOVERNMENT WITH REQUESTED INFORMATION NEEDED.


                        DECEMBER 14, 2018

1          IS THERE ANY OBJECTION TO THAT?

2          **MR. BEST:**  YOUR HONOR, THIS IS MR. BEST FOR MMM

3  PLAINTIFFS.

4          CERTAINLY NO OBJECTION FROM US TO COORDINATING WITH

5  EVERYONE AND FIGURING OUT AN EFFICIENT SYSTEM TO ADDRESS

6  ISSUES AS THEY COME UP.

7          AFTER READING THE GOVERNMENT'S REPORT ON THIS, THE

8  ONE THING THAT I WANTED TO ADD IS, YOU KNOW, WE ARE NOT SIMPLY

9  ASKING FOR INFORMATION FROM THE GOVERNMENT JUST BECAUSE WE

10  FEEL LIKE IT, IT IS BECAUSE THERE IS SPECIFIC ISSUES THAT WE

11  NEED TO DISCUSS AND RESOLVE WITH THEM RELATED TO SETTLEMENT

12  IMPLEMENTATION.  AND SOMETIMES THOSE ISSUES ARE URGENT AND

13  NEED TO BE RAISED WITH THE GOVERNMENT RIGHT AWAY AS OPPOSED

14  TO, YOU KNOW, HOLDING OFF AND RAISING SEVERAL ISSUES AT THE

15  SAME TIME.

16          BUT WITH THAT SAID, I THINK THAT WE -- YOU KNOW, WE

17  ARE IN AGREEMENT THAT IT MAKES SENSE TO COME UP WITH SOME SORT

18  OF PROCESS SO THAT WE ARE ALL ON THE SAME PAGE AND COORDINATED

19  AND EFFICIENT ABOUT RESOLVING THESE ISSUES.

20          **THE COURT:**  OKAY.  WHY DON'T WE RESOLVE THIS ONE,

21  THEN, KIND OF INFORMALLY AND MOVE FORWARD WITH THE EXPECTATION

22  THAT PLAINTIFFS' COUNSEL WILL AGREE UPON SOMEONE TO BE THE

23  POINT PERSON TO MAKE THESE INQUIRIES; BUT WITH THE

24  UNDERSTANDING THAT THAT WOULD BE WITHOUT PREJUDICE TO ANY

25  COUNSEL IN ANY ONE OF THE CASES, IF THERE IS AN URGENT MATTER,

DECEMBER 14, 2018

1  TO REACH OUT TO GOVERNMENT COUNSEL.  IT CERTAINLY MAKES SENSE

2  THAT THEY NOT BE PRECLUDED FROM DOING THAT.  BUT GOING

3  FORWARD, FOR THE ORDINARY KINDS OF INFORMATION-GATHERING

4  REQUESTS, IT WOULD BE DONE THROUGH A SINGLE POINT PERSON ON A

5  COORDINATED BASIS.

6          MOVING TO PARAGRAPH F ON PAGE 14.  THE OBJECTORS,

7  MARTINEZ AND VELAZQUEZ, ARE PURSUING THEIR REQUESTED RELIEF

8  THROUGH JUDGE FRIEDMAN.  THAT HAS BEEN NOTED.

9          ON VOLUNTARY DEPARTURE ORDERS IT APPEARS THE PARTIES

10 ARE MAKING PROGRESS, WOULD LIKE TO CONTINUE TO WORK ON THAT

11 AND REPORT AT THE NEXT JOINT STATUS REPORT.

12         IS THERE ANYTHING WE NEED TO DISCUSS ON THAT ISSUE

13 AT THIS TIME?

14         **MS. WEISS:**  YOUR HONOR, I --

15         **MR. STEWART:**  YOUR HONOR -- I AM SORRY.  YOU GO

16 AHEAD, MS. WEISS.

17         **MS. WEISS:**  OKAY.

18         YOUR HONOR, THIS IS CATHERINE WEISS.  AND I THINK

19 THAT THAT IS CORRECT THAT WE ARE STILL NEGOTIATING AND THAT WE

20 NEED A LITTLE MORE TIME TO SEW THINGS UP AND REPORT BACK.

21         **THE COURT:**  OKAY.  VERY GOOD.  I APPRECIATE THE

22 UPDATE ON THAT.  ALL RIGHT.  AND THAT INCLUDES, THE NEXT

23 PARAGRAPH TALKS ABOUT THE GOVERNMENT'S RESPONSE TO MOTIONS TO

24 REOPEN.

25         ONE ISSUE HAS BEEN SETTLED THERE, THE GOVERNMENT

DECEMBER 14, 2018

1    WON'T FILE ANY RESPONSE TO A MOTION TO REOPEN ON BEHALF OF A
2    CHILD WHO OVERSTAYED A VOLUNTARY DEPARTURE ORDER IF THE CHILD
3    IS UNAWARE OF THE MOTION BECAUSE THE CHILD'S REPRESENTATIVE
4    CANNOT LOCATE THE CHILD.

5            AND THEN THE OPEN ISSUE THAT REMAINS TO BE
6    NEGOTIATED IS WHETHER DHS WILL -- WHAT KIND OF RESPONSE, IF
7    ANY, IT WOULD HAVE ON MOTIONS TO REOPEN FOR CHILDREN WHO HAVE
8    AUTHORIZED THE MOTION.  SO WE WILL SIMPLY DEFER ON THAT, AND
9    ALLOW THE PARTIES TO CONTINUE TO MEET AND CONFER AND REPORT AT
10   THE NEXT STATUS REPORT.

11           ON PARAGRAPH G, SIMILARLY, INFORMATION SHARING
12   REGARDING FAMILY SEPARATIONS THAT HAVE OCCURRED SINCE JUNE 26,
13   2018.  THAT'S IN A MEET AND CONFER STAGE, WITH AN INVITATION
14   TO REPORT ON THIS LATER.

15           ANYTHING IN ADDITION ON THAT?  OR ARE THE PARTIES
16   CONTENT TO CONTINUE TO WORK ON THAT WITHOUT FURTHER COURT
17   INVOLVEMENT AT THIS TIME?

18           **MR. GELERNT:**  THIS IS MR. GELERNT.
19           YES, WE WILL CONTINUE WORKING WITH DEFENDANTS ON
20   THAT.  THANK YOU, YOUR HONOR.

21           **THE COURT:**  OKAY.

22           ON H, AGENCY COORDINATION REGARDING THE TRACKING OF
23   FAMILY SEPARATIONS.

24           MR. GELERNT, WHERE ARE WE ON THAT?

25           **MR. GELERNT:**  YES, YOUR HONOR.  SO, WE RECEIVED THE

1   GOVERNMENT'S JSR WEDNESDAY NIGHT, AND WHAT WE HAVE BEEN DOING

2   IS GOING THROUGH IT TO SEE WHAT CONCERNS WE HAVE.  BUT EVEN

3   MORE IMPORTANTLY WHAT WE HAVE TRIED TO DO IS GET IT OUT TO

4   STAKEHOLDERS THAT THE ORGANIZATION, INCLUDING SOME ON THE

5   STEERING COMMITTEE WHO REGULARLY HAVE TO TRACK FAMILIES, AND

6   WELL AFTER THIS CASE WILL HAVE TO TRACK FAMILIES, AND THEY

7   HAVE BEEN PROVIDING INPUT.

8           AND WE HAVE TOLD THE GOVERNMENT THAT WE DO HAVE SOME

9   CONCERNS, OR AT LEAST QUESTIONS TO CLARIFY AND MAYBE SOME

10  CONCERNS.  AND THEY HAVE AGREED TO MEET AND CONFER ON IT AND

11  TO HEAR WHAT THE VARIOUS STAKEHOLDERS HAVE TO SAY ABOUT WHAT

12  THEY ARE DOING AND ANY WAYS TO IMPROVE IT.

13          SO WE BELIEVE THAT IT MAKES SENSE TO SIT DOWN WITH

14  THE GOVERNMENT WITH ALL OF THE STAKEHOLDERS' INPUT AND HAVE

15  ONE MORE ROUND OF MEET AND CONFER BEFORE WE MAKE A DECISION

16  ABOUT WHETHER ANY BRIEFING IS NECESSARY.  IF THAT IS OKAY WITH

17  THE COURT.

18          **THE COURT:**  YES.

19          MR. STEWART, ANYTHING IN ADDITION?

20          **MR. STEWART:**  NONE FROM ME, YOUR HONOR.  THAT SOUNDS

21  LIKE A GOOD APPROACH TO IT, AND WE WERE GLAD TO GET MR.

22  GELERNT'S FIRST GROUP OF KIND OF POINTS OR -- KIND OF

23  DISCUSSION POINTS FOR THOSE MEET AND CONFERS.

24          **THE COURT:**  OKAY.  SO WE WILL KEEP THAT ISSUE OPEN.

25  AND, IN MY VIEW, KEEPING AN OPEN MIND ON ALL OF THE ISSUES,

DECEMBER 14, 2018

1  AND IN THE ABSENCE OF THE PARTIES' RESOLVING THE ISSUE, IT

2  MIGHT BE PRUDENT FOR THE PARTIES AND THE GOVERNMENT TO

3  CONSIDER MORE CONCRETE ASSURANCES WITH RESPECT TO A

4  CENTRALIZED DATA SYSTEM.

5      SO IT WOULD SEEM TO ME THAT AT SOME POINT THERE

6  WOULD NEED TO BE SOME OFFICIAL, SOMEONE WHO CAN DECLARE OR

7  FILE AN AFFIDAVIT INDICATING WHAT THE SYSTEM IS, HOW IT WORKS,

8  WHAT INFORMATION IS REQUIRED TO BE INPUT BY PEOPLE ON THE

9  GROUND.  HOW THAT INFORMATION IS POPULATED SUCH THAT THE OTHER

10 AGENCIES, INCLUDING DOJ, RECEIVE THE INFORMATION SO THAT THERE

11 IS COMMUNICATION BETWEEN AND AMONG DOJ, DHS, HHS, AND ALL OF

12 THE ORGANIZATIONS AT VARIOUS POINTS IN TIME, INCLUDING, OF

13 COURSE, CBP AND ICE.

14      AND THAT THERE BE SOME MECHANISM THAT PROMPTS

15 REUNIFICATION, SUCH THAT WHEN A PARENT IS RELEASED FROM

16 CRIMINAL CUSTODY AND PLACED BACK INTO CIVIL DETENTION WITH

17 ICE, THAT THERE IS NOTIFICATION TO O.R.R. TO BEGIN TO

18 COORDINATE REUNIFICATION.

19      SOMETHING ALONG THOSE LINES, IT SEEMS TO ME, SHOULD

20 BE THE GOAL.  AND SO I WOULD INVITE THE PARTIES TO CONSIDER

21 THAT, AND ASK THE GOVERNMENT TO KEEP THAT IN MIND, AS WELL, AS

22 THESE NEGOTIATIONS CONTINUE.

23      BUT I WILL SIMPLY DEFER ON THAT, AND ENCOURAGE THE

24 PARTIES TO CONTINUE TO MEET AND CONFER, AND THEN REPORT ON

25 THAT AT THE NEXT STATUS CONFERENCE.


DECEMBER 14, 2018

                                                                                      13

1                THE NEXT ITEM UNDER PAGE 17, LETTER B, INFORMATION

2    REGARDING PARENTS SEPARATED FROM CHILDREN AFTER JUNE 26.

3                THERE IS A REQUEST BY THE PLAINTIFFS FOR ADDITIONAL

4    DISCOVERY OR INFORMATION.  WHAT'S THE STATUS THERE?

5                **MR. GELERNT:**  YOUR HONOR, THIS IS MR. GELERNT.

6                I THINK THAT'S THE SAME ISSUE THAT THE GOVERNMENT

7    RAISED AS WELL WHERE WE SAID WE WOULD MEET AND CONFER.

8                WE ARE CONCERNED THAT THERE HAVE BEEN A NUMBER OF

9    SEPARATIONS POST JUNE 26TH, AND THAT WE ARE NOT HEARING, NOR

10   ARE THE CHILD ADVOCATES HEARING, ABOUT THESE SEPARATIONS AND

11   ARE RECEIVING CHILDREN WHO -- THEY ARE NOT TAGGED AS HAVING

12   BEEN SEPARATED FROM A PARENT.  SO THE FIRST STEP, WE BELIEVE,

13   IS THAT THERE NEEDS TO BE A PROCESS WHERE WE ARE ALERTED ABOUT

14   THE SEPARATIONS.

15               I THINK THE GOVERNMENT AGREES THAT WE SHOULD TALK

16   ABOUT THAT, AND THAT THERE NEEDS TO BE SOME PROCESS.  SO THAT

17   IS WHY WE PROPOSED TO HAVE A MEET AND CONFER.

18               AND MY UNDERSTANDING IS THAT THE GOVERNMENT HAS SAID

19   THAT THEIR CLIENTS ARE TRYING TO FIGURE IT OUT AND THAT WE

20   WILL MEET AND CONFER ABOUT WHAT PROCESS THE GOVERNMENT'S

21   CLIENTS SUGGEST.  SO I THINK THAT IS WHERE WE ARE ON THAT.

22               **THE COURT:**  OKAY.

23               MR. STEWART, ANYTHING ON THAT?

24               **MR. STEWART:**  I THINK WE ARE LOOKING INTO THOSE

25   QUESTIONS, YOUR HONOR.  AND AS MR. GELERNT SAID, WE PLAN TO

                          DECEMBER 14, 2018

14

 1   CONFER WITH HIM AND HIS COLLEAGUES IN DUE COURSE ON THAT TO

 2   ADDRESS THAT.

 3            **THE COURT:**  OKAY.  VERY GOOD.

 4            THAT WOULD TAKE US, ON MY NOTES, TO PAGE 21, LETTER

 5   E, INFORMATION SHARING.  THESE ARE CHILDREN THAT ARE PENDING

 6   SPONSORSHIP THROUGH TVPRA THROUGH THE O.R.R.  THE PARTIES

 7   INDICATE THEY WILL CONTINUE TO MEET AND CONFER.  THAT IS GOOD.

 8            I THINK HERE I WOULD JUST URGE THE PARTIES TO KEEP

 9   WORKING ON THAT AND REPORT TO THE COURT AT THE NEXT STATUS

10   CONFERENCE.

11            IS THERE ANYTHING THAT NEEDS TO BE ADDRESSED ON THAT

12   ISSUE?

13            **MR. GELERNT:**  NO, YOUR HONOR.

14            **MR. STEWART:**  NO, YOUR HONOR.

15            **THE COURT:**  OKAY.

16            THE REST OF THE ISSUES THE PARTIES ARE CONTINUING TO

17   MEET AND CONFER, WHICH IS GOOD.

18            PARENTS FIRST CONTACTED 28 DAYS OR MORE, AS WELL AS

19   THE REMOVALS FROM GOVERNMENT LISTS, AND DEVELOPMENT OF

20   AGREED-UPON BASELINE OF REMOVED PARENTS.

21            SO WE WILL JUST DEFER ON THAT WITH THE UNDERSTANDING

22   THE PARTIES WILL CONTINUE TO WORK THROUGH THAT AND REPORT TO

23   THE COURT AT THE NEXT STATUS CONFERENCE.

24            TAKING US TO THE MMM PLAINTIFFS, THERE IS THE

25   CATEGORIES OF ONGOING INFORMATION AND DISAGREEMENT ON A NUMBER

DECEMBER 14, 2018

1   OF ITEMS THAT SHOULD BE PRODUCED OR NOT.

2          THE PLAINTIFFS' POSITION IS A BASIC ONE THAT THIS

3   GOES TO TRANSPARENCY AND TO THE PARTIES -- THE PLAINTIFFS'

4   ABILITY TO DETERMINE WHETHER THE GOVERNMENT IS FULFILLING ITS

5   OBLIGATIONS, ACTING IN GOOD FAITH, AND BEING TRANSPARENT IN

6   THE INTEREST OF THE PROCESS, PROVIDING INFORMATION TO THE

7   COURT AND TO THE PUBLIC.

8          WHAT IS THE -- AS I UNDERSTAND IT, MR. STEWART, THE

9   CONCERN OR THE OBJECTION IS BASED ON BURDEN.  IS THAT FAIR?

10          **MR. STEWART:**  I THINK IT IS SIGNIFICANTLY BASED ON

11   BURDEN, YOUR HONOR.  AND THERE IS KIND OF A CONTEXT FOR THAT,

12   THAT POINT, IF I COULD JUST KIND OF HIT THAT.

13          **THE COURT:**  YES.

14          **MR. STEWART:**  HERE IS HOW I KIND OF EXPLAIN IT, YOUR

15   HONOR, IS THAT THE GOVERNMENT, AS YOUR HONOR IS AWARE, IS

16   PUTTING FORTH A LOT OF RESOURCES TO ADDRESS BOTH REMAINING

17   REUNIFICATION AND SETTLEMENT IMPLEMENTATIONS.  WE HAVE TRIED

18   TO BE PROACTIVE, TRANSPARENT, AND HELPFUL IN THE NUMBERS WE

19   PRESENTED.

20          WE THINK THAT OUR NUMBERS ON SETTLEMENT PROCEDURES

21   DO THAT.  IT SHOWS THE PROCESS, IT SHOWS THE PROGRESS.  AND IT

22   IS SOMETHING THAT WE FEEL THAT WE CAN REGULARLY REPORT.

23          THE OTHER TWO OR THREE POINTS I WOULD MAKE, YOUR

24   HONOR -- AND THESE APPLY GLOBALLY TO THE THREE CATEGORIES

25   LISTED AT THE TOP OF PAGE 24.  BUT I ALSO HAVE A FURTHER ISSUE

DECEMBER 14, 2018

1    I THINK WE CAN ADDRESS A LITTLE AFTERWARD ON NO. 3, IS THAT,

2    YOU KNOW, THERE IS NO CLAIM OF BAD FAITH HERE.  THE GOVERNMENT

3    FREQUENTLY OFFERS PROCEDURES SIMILAR IN KIND TO THESE CREDIBLE

4    FEAR INTERVIEWS, REASONABLE FEAR INTERVIEWS, THESE KINDS OF

5    THINGS.  IT IS NOT REPORTING THE SUBSTANTIVE RESULTS OF

6    THOSE -- THOSE ON A BROAD SCALE.  AND SOME OF THESE, I THINK,

7    IT IS JUST -- WE ARE TRYING TO BALANCE THE INTEREST IN

8    TRANSPARENCY IN GOOD REPORTING WITH THE BURDENS INVOLVED AND

9    THE MANY IMPLEMENTATION POINTS THAT WE NEED TO FOLLOW THROUGH

10   ON.  WE ARE ALSO TRYING TO BALANCE IT WITH THE MANY OTHER

11   INFORMATION REQUESTS THAT WE DO GET FROM THE OTHER SIDE.

12          THE LAST TWO POINTS THAT I WOULD EMPHASIZE, YOUR

13   HONOR, IS THAT ALTHOUGH THE MMM PLAINTIFFS ARE PRESSING ON THE

14   IDEA THAT WE ARE AGAINST TRANSPARENCY OR SUGGESTING, YOU KNOW,

15   SOME ILL -- SOME ILL SOMETHING OR OTHER ON OUR PART, THEY HAVE

16   MADE NO CLAIM OF BAD FAITH IN HOW THESE PROCEDURES HAVE BEEN

17   OFFERED OR GIVEN OR THE RESULTS OR THE LIKE.

18          THEY HAVE MADE NO ACKNOWLEDGMENT, MEANWHILE, OF ANY

19   OF THE BURDENS THAT THE GOVERNMENT HAS TO SHOULDER.  WE

20   FLAGGED THE BURDENS IN THE MANY INFORMATION REQUESTS THEY WERE

21   GIVING US, AND THE RESPONSE THEY GAVE US WAS NOT AN

22   ACKNOWLEDGMENT OF, OH, YEAH, THESE ARE THE BURDENS; INSTEAD

23   THEY GAVE US -- THEY RESPONDED WITH A SNIDE EMAIL, DISPARAGING

24   AND KIND OF DISCLAIMING OUR CLAIMS ON THE BURDENS,

25   ESSENTIALLY.

DECEMBER 14, 2018

1          AND THAT WAS -- YOU KNOW, IT IS A LOT EASIER, YOUR

2     HONOR, TO ASK FOR INFORMATION.  IT IS VERY EASY TO SAY, HEY,

3     WE WANT, X, Y, Z, A, B, AND C.

4          IT IS A LOT HARDER TO ACTUALLY GET THAT INFORMATION

5     VETTED, MAKE SURE IT IS ACCURATE, BECAUSE THE PLAINTIFFS HAVE

6     MADE QUITE CLEAR THEY WANT TO, YOU KNOW, ATTACK WHATEVER

7     INFORMATION WE GET.

8          SO I WOULD SUBMIT THOSE POINTS, EMPHASIZE THOSE

9     POINTS.

10          AND JUST ALSO POINT OUT, YOUR HONOR, THIS IS A

11     SHARED EFFORT AND THE GOVERNMENT IS DOING ALL IT CAN TO

12     SHOULDER ITS SIGNIFICANT SHARE OF THE BURDEN.

13          WE SUGGEST WHAT WE OFFERED IS ADEQUATE, APPROPRIATE,

14     AND WE FEEL COMFORTABLE DOING THIS DILIGENTLY AND IN GOOD

15     FAITH PROVIDING THESE INTERVIEWS AND OTHER PROCEDURES.

16          THAT WOULD BE THE SUBMISSION ON THAT.  AND MAYBE

17     SEPARATELY I CAN ADDRESS SOMETHING ON .3 ON THE TOP OF PAGE 24

18     IN A LITTLE BIT, YOUR HONOR.

19          **THE COURT:**  WOULD YOU GO AHEAD AND ADDRESS .3 AT

20     THIS TIME.

21          **MR. STEWART:**  SURE, YOUR HONOR.

22          THAT ISSUE IS -- IT IS NOT -- THAT ISSUE OF HOW TO

23     TREAT CLASS MEMBERS WHO HAVE NOT SUBMITTED EXECUTED WAIVER

24     FORMS, THAT IS NOT ONLY AN INFORMATION REPORTING ISSUE THAT IS

25     ACTUALLY A FAIRLY SIGNIFICANT IMPLEMENTATION QUESTION.  AND IT

DECEMBER 14, 2018

```
1    IS ONE THAT IF THE MMM PLAINTIFFS WANT TO REQUIRE THE
2    GOVERNMENT TO AFFIRMATIVELY START GIVING PROCEDURES TO PEOPLE
3    WHO HAVE NOT ELECTED TO HAVE THEM, THAT'S SOMETHING THAT I
4    THINK THAT THERE NEEDS TO BE ACTUAL SUBSTANTIAL FULL-SCALE
5    BRIEFING ON.  THEY WOULD NEED TO MOVE FOR THAT KIND OF RELIEF.
6            THAT IS NOT A SIMPLE ISSUE, THAT IS A HEAVILY
7    CONTESTED ISSUE.  THEY CLAIM THAT THE SETTLEMENT AGREEMENT'S
8    LANGUAGE SUPPORTS THEM; WE CLAIM QUITE TO THE CONTRARY.
9            WHAT THEY ARE ASKING US TO DO ALSO CREATES
10   SIGNIFICANT PROBLEMS ON OUR SIDE BECAUSE IT WOULD POTENTIALLY
11   FORCE US INTO THINGS THAT THE MS. L. PLAINTIFFS HAVE AT
12   VARIOUS TIMES I THINK NOT WANTED US TO DO, SUCH AS FIND OUT
13   PEOPLE'S PREFERENCES.
14           SO THAT .3 IS NOT JUST AN INFORMATIONAL ISSUE, THAT
15   IS A SIGNIFICANT ISSUE OF SETTLEMENT INTERPRETATION.  AND IF
16   YOUR HONOR'S INTENT IS TO DO ANYTHING OTHER THAN DENY THAT
17   REQUEST OUTRIGHT, WE THINK THE APPROPRIATE WAY TO RESOLVE THAT
18   SUBSTANTIVE ISSUE IS THROUGH BRIEFING, SIMILAR TO THE WAY YOU
19   SCHEDULED, YOUR HONOR, BRIEFING ON THE CLASS DEFINITION ISSUE
20   RECENTLY.
21           **THE COURT:**  OKAY.  THANK YOU.
22           MR. BEST, WHAT'S YOUR VIEW?
23           **MR. BEST:**  SO, YOUR HONOR, I THINK THE INITIAL
24   DESCRIPTION OF OUR POSITION ON THIS THAT YOU GAVE AT THE
25   BEGINNING WAS AN ACCURATE ONE.  WE DO THINK THAT THIS IS JUST
```

DECEMBER 14, 2018

1  ABOUT BEING TRANSPARENT AND ACCURATELY REPORTING ON HOW THE

2  SETTLEMENT AGREEMENT IS BEING IMPLEMENTED.  AND JUST ENSURING

3  THAT ALL OF THE OBLIGATIONS ARE BEING FULFILLED, JUST PERIOD,

4  BUT ALSO IN A TIMELY MANNER.

5          AS FAR AS BURDEN, YOUR HONOR, I THINK IT MAKES SENSE

6  TO THINK ABOUT EACH OF THE REQUESTS INDIVIDUALLY, SO OUR FIRST

7  CATEGORY OF INFORMATION THAT WE ARE LOOKING FOR THE GOVERNMENT

8  TO REPORT IS SIMPLY THE RESULTS OF THE INTERVIEWS THAT THEY

9  PROVIDED TO THE CLASS MEMBERS PURSUANT TO THE SETTLEMENT

10  AGREEMENT.

11          THE GOVERNMENT IS ALREADY REPORTING ON THE NUMBER OF

12  INTERVIEWS THAT HAVE BEEN PROVIDED, AND IT IS PRESUMABLY

13  KEEPING TRACK OF WHAT THE RESULTS OF THOSE INTERVIEWS ARE.

14          AND SO I AM NOT -- I AM NOT SEEING THE BURDEN THAT

15  IS INVOLVED IN SIMPLY REPORTING THE RESULT OF THE DECISION IN

16  ADDITION TO THE FACT THAT THE INTERVIEW HAPPENED.  AND I

17  HAVEN'T HEARD EXACTLY WHAT THAT BURDEN WOULD BE, IT SEEMS

18  FAIRLY STRAIGHTFORWARD.

19          THE SECOND CATEGORY I THINK IS SIMILAR.  THE

20  GOVERNMENT IS TRACKING THE NUMBER OF CLASS MEMBERS WHO HAVE

21  WAIVED THE SETTLEMENT PROCEDURES.  PRESUMABLY IT IS TRACKING

22  AND KNOWS THE NUMBER OF CLASS MEMBERS WHO HAVE BEEN DEPORTED.

23  IT SEEMS TO BE A FAIRLY STRAIGHTFORWARD MATTER OF REPORTING

24  THOSE STATISTICS IN THE STATUS REPORT.

25          AND AS FAR AS THE THIRD CATEGORY OF INFORMATION,

DECEMBER 14, 2018

1    THIS ONE SEEMS STRAIGHTFORWARD TO US, TOO.  WE DIDN'T KNOW

2    THAT THE GOVERNMENT BELIEVED THAT IT HAD NO OBLIGATION TO GIVE

3    SOMEONE AN INTERVIEW EVEN IF THEY DIDN'T SUBMIT AN ELECTION

4    FORM.  THE SETTLEMENT AGREEMENT IS ACTUALLY CLEAR ON THIS.

5            THERE IS NOTHING IN THE AGREEMENT THAT SAYS THAT YOU

6    HAVE TO SUBMIT AN ELECTION FORM TO BE ENTITLED TO AN

7    INTERVIEW.  AND THE WAIVER FORM ITSELF SAYS THAT YOU DON'T

8    WAIVE YOUR PROCEDURES BY NOT SUBMITTING ONE OF THESE FORMS.

9            THE FORM WAS ALWAYS INTENDED TO RECORD A WAIVER, IT

10   WASN'T INTENDED TO TRIGGER ENTITLEMENT TO AN INTERVIEW, AND

11   THERE IS NOTHING IN THE AGREEMENT THAT SAYS ANYTHING ABOUT

12   THAT.

13           I THINK THAT IT IS CLEARLY LAID OUT IN BOTH THE

14   AGREEMENT AND IN OUR STATUS REPORT.  I DON'T SEE THE NEED FOR

15   FURTHER BRIEFING ON THAT ISSUE.

16           **THE COURT:**  ALL RIGHT.  OKAY.  LET'S PROCEED THIS

17   WAY.

18           ON THE FIRST TWO REQUESTS, I AM GOING TO TAKE THAT

19   UNDER SUBMISSION, AND I WILL ISSUE AN ORDER ON THAT IN THE

20   NEAR FUTURE, EITHER LATER TODAY OR SOMETIME NEXT WEEK.

21           ON THE THIRD MATTER, I WILL CONTEMPLATE THAT ONE AS

22   WELL.  IF THERE IS ANY THOUGHT THAT THAT KIND OF INFORMATION

23   SHOULD BE PROVIDED, I THINK I WOULD PROVIDE FOR A BRIEFING

24   SCHEDULE.  THE GOVERNMENT REQUESTING THAT PROCESS, I THINK

25   THAT'S A FAIR REQUEST.  SO I WILL ADDRESS THAT ALSO IN THE

DECEMBER 14, 2018

1    ORDER I ISSUE LATER TODAY OR EARLY NEXT WEEK.

2         AND, AS I SAY, IF ANYTHING IS DONE ON NO. 3 IT WOULD

3    BE TO SET A BRIEFING SCHEDULE.

4         SO LET'S DEFER THOSE MATTERS FOR NOW.

5         **MR. BARMEYER:**  YOUR HONOR --

6         **THE COURT:**  YES.

7         **MR. BARMEYER:**  THIS IS WILSON BARMEYER FOR THE DORA

8    PLAINTIFFS.

9         THERE IS A FOURTH ISSUE RELATED, THAT I THINK FALLS

10   WITHIN A SIMILAR CATEGORY.

11        **THE COURT:**  OKAY.

12        **MR. BARMEYER:**   IT IS ADDRESSED IN THE STATUS REPORT

13   BUT IT HAS GAINED SOME URGENCY GIVEN SOME EVENTS OVER THE LAST

14   48 HOURS.

15        IT IS ON PAGE 23.  AND WHAT THE STATUS REPORT SAYS

16   IS THAT CLASS COUNSEL HAVE SUBMITTED REQUESTS FOR INTERVIEWS

17   ON BEHALF OF SOME INDIVIDUALS WHO THE GOVERNMENT BELIEVES ARE

18   NOT CLASS MEMBERS.  SO THIS GOES TO ISSUES OF WHO IS IN THE

19   CLASS, AND THERE ARE UNDERSTANDABLY SOME FACT SPECIFIC

20   QUESTIONS AROUND THOSE.

21        THE PARTIES -- IT SAYS IN THE STATUS REPORT THE

22   PARTIES HAVE DISCUSSED AND AGREED THAT THE GOVERNMENT WILL

23   REPORT BACK TO CLASS COUNSEL ON INDIVIDUALS WHO REQUEST

24   INTERVIEWS WHERE THE GOVERNMENT TAKES THE POSITION THAT THEY

25   ARE NOT CLASS MEMBERS.


                    DECEMBER 14, 2018

22

1        I THINK WE HAVE AGREEMENT ON THAT.  I WANT TO

2   CONFIRM THAT ON THE CALL TODAY THAT THE GOVERNMENT AGREES THAT

3   THEY CAN GET BACK TO US ON DETERMINATIONS IF THEY BELIEVE THAT

4   SOMEONE REQUESTING AN INTERVIEW IS NOT A CLASS MEMBER.

5        WE HAVE BEEN WORKING COOPERATIVELY ON THAT ISSUE,

6   BUT YESTERDAY, YOUR HONOR, WE HAD THE ISSUE WHERE SOMEONE WHO

7   HAD SUBMITTED AN INTERVIEW REQUEST FORM, SOMEONE WHO IS ON THE

8   CLASS LIST, SOMEONE WHO HAD BEEN REUNIFIED WITH A YOUNG CHILD,

9   WAS THEN SET UP FOR REMOVAL.

10       THE DOJ ATTORNEYS WORKED VERY COOPERATIVELY WITH US

11  TO CALL THAT BACK, TO STAY THAT REMOVAL, SO THAT THE PARTIES

12  CAN FIGURE OUT, WELL, WHAT ARE THE FACTS IN THOSE SITUATIONS.

13       THERE WAS SOME QUESTION OF WHETHER THERE WAS A

14  CRIMINAL HISTORY EXCLUSION.  THE ATTORNEY FOR THE INDIVIDUAL

15  SAID NO, THAT'S WRONG, THERE IS NO CRIMINAL HISTORY.

16       WE DON'T KNOW THE SPECIFIC FACTS OF THAT INDIVIDUAL,

17  BUT WE ARE CONCERNED IF THERE IS A PROCESS GOING ON WHERE

18  THERE ARE DETERMINATIONS BEING MADE THAT INDIVIDUALS ARE NOT

19  CLASS MEMBERS, THEN TO HAVE THOSE INDIVIDUALS REMOVED WITHOUT

20  HAVING A TIME FOR THOSE ISSUES TO BE WORKED OUT INDIVIDUALLY.

21       SO I DO THINK THAT RELATES TO THE -- IT IS PERHAPS

22  NOT AN ISSUE FOR STATISTICAL REPORTING, BUT IT IS AN ISSUE

23  WHERE THERE DOES NEED TO BE A PROCESS FOR THE GOVERNMENT TO

24  REPORT BACK TO CLASS COUNSEL WHERE THEY ARE MAKING

25  DETERMINATIONS THAT SOMEONE IS NOT ENTITLED TO A REQUESTED

DECEMBER 14, 2018

1   INTERVIEW SO THAT WE CAN MAKE SURE THAT WE ARE IN AGREEMENT ON

2   THAT BEFORE REMOVALS TAKE PLACE.

3           AND I WANTED TO RAISE THAT ISSUE AS SOMETHING THAT

4   WE ARE CONFERRING WITH THE GOVERNMENT ON AND MAKE SURE WE CAN

5   GET AN UNDERSTANDING ON THE PROCESS.

6           **THE COURT:**  MR. STEWART, WHAT IS YOUR POSITION?

7           **MR. STEWART:**  YOUR HONOR, WE ARE WORKING WITH

8   PLAINTIFFS ON THAT, ON HOW BEST TO WORK ON THAT ISSUE.

9           AS YOU CAN IMAGINE, YOUR HONOR, THERE ARE

10  CONSIDERATIONS ON BOTH SIDES.  FOR EXAMPLE, WE DON'T WANT TO

11  ENCOURAGE A SITUATION WHERE WE, THE GOVERNMENT, ARE GETTING

12  KIND OF WILLY-NILLY ELECTION FORMS FROM PEOPLE WHO ARE

13  OBVIOUSLY NOT CLASS MEMBERS, AND THEN WE HAVE AN OBLIGATION TO

14  REPORT BACK, YOU KNOW, A LARGE NUMBER OF PEOPLE WHO FALL IN

15  THAT BUCKET TO THE PLAINTIFFS.

16          I DON'T KNOW THAT THAT -- THAT'S BECOMING AN ISSUE

17  BUT IT IS SOMETHING WE HAVE TO CONSIDER IN THOSE KINDS OF

18  NEGOTIATIONS OR CONFERRALS.

19          SO WHAT I WOULD SAY IS THAT WE UNDERSTAND

20  MR. BARMEYER'S POINT AND WE ARE LOOKING INTO THINGS ON OUR END

21  AND ARE GOING TO CIRCLE BACK WITH HIM AND CONFER ON IT TO TRY

22  TO GET A GOOD RESOLUTION.

23          **THE COURT:**  WHERE DOES THAT LEAVE YOU, MR. BARMEYER?

24  IS THERE ANYTHING FOR THE COURT TO DO AT THIS TIME, OR ARE YOU

25  CONTENT TO CONTINUE TO MEET AND CONFER?


DECEMBER 14, 2018

24

```
 1              MR. BARMEYER:  WE ARE CONTENT TO MEET AND CONFER.
 2              I DO WANT TO GET A COMMITMENT THAT INDIVIDUALS WHO
 3     HAVE SUBMITTED INTERVIEW REQUEST FORMS ARE NOT GOING TO BE
 4     REMOVED WITHOUT US, YOU KNOW, BEING INFORMED THAT THERE IS A
 5     DETERMINATION THAT THEY ARE NOT A CLASS MEMBER.
 6              I DO THINK THAT SHOULD BE AN IMPORTANT PART OF THE
 7     PROCESS, AT LEAST UNTIL WE WORK OUT SOMETHING SPECIFIC.
 8              THE COURT:  DO YOU AGREE TO THAT, MR. STEWART?
 9              MR. STEWART:  I WOULD LIKE TO TAKE THAT BACK -- I
10     THINK THAT THAT PROBABLY WORKS OKAY IN THE SHORT TERM, YOUR
11     HONOR, BUT LET ME TAKE THAT BACK AND JUST MAKE SURE.  AND I
12     CAN CIRCLE BACK WITH -- THE GOVERNMENT CAN CIRCLE BACK WITH
13     MR. BARMEYER IF THERE IS AN ISSUE THERE.
14              THE COURT:  OKAY.  WHAT IF WE LEAVE IT THAT YOU
15     REPORT BACK TO MR. BARMEYER BY NOON ON MONDAY.  DOES THAT GIVE
16     YOU ENOUGH TIME?
17              MR. STEWART:  I THINK SO.  I THINK SO -- YOUR HONOR,
18     COULD WE MAYBE DO IT JUST CLOSE OF BUSINESS ON MONDAY, MAKE
19     SURE THAT I CAN RUN THE TRACKS?
20              THE COURT:  YES.
21              ANY OBJECTION TO THAT, MR. BARMEYER?
22              MR. BARMEYER:  NO, THAT WORKS.  WE ARE WILLING TO
23     WORK COOPERATIVELY WITH THE GOVERNMENT.  WE ARE NOT GOING TO
24     SUBMIT FORMS WILLY-NILLY.  WE HAVE BEEN SCREENING THOSE, AND
25     FOR FOLKS WHO DON'T MEET THE CLASS ELEMENTS WE HAVE BEEN
```

DECEMBER 14, 2018

1   TELLING THEM THEY CAN'T SUBMIT FORMS.  SO WE ARE WORKING DOING

2   OUR PART ON THAT PART OF THE PROCESS.

3            **THE COURT:**  OKAY.  THANK YOU.

4            SO I THINK ONCE YOU HEAR BACK, MR. BARMEYER, FROM

5   MR. STEWART ON MONDAY YOU WILL HAVE THE ASSURANCE YOU NEED.

6   IF NOT, THEN OF COURSE YOU ARE FREE TO SEEK EMERGENCY RELIEF,

7   IF NECESSARY, FROM THE COURT TO PREVENT ANY REMOVAL.  AND I

8   WOULD -- IF THAT IS THE SITUATION, THEN OF COURSE I WOULD WAIT

9   FOR ANY ADDITIONAL BRIEFING IN THAT REGARD.

10           **MR. BARMEYER:**  THANK YOU, YOUR HONOR.

11           **THE COURT:**  I THINK THE LAST ISSUE I HAVE IS -- IT

12  MAY BE AT PAGE 27, STATUS REGARDING THE MEET AND CONFERS WITH

13  THE LEGAL SERVICE PROVIDER OBJECTIONS.  IT APPEARS THAT IS

14  WORKING OUT WELL IN MANY PARTICULARS.

15           ON CHILDREN WITH VOLUNTARY DEPARTURE ORDERS, WHERE

16  ARE WE?  THERE IS AN INDICATION THAT AN UPDATE WILL BE

17  PROVIDED AT THE NEXT STATUS REPORT.  SO AM I TO ASSUME THAT'S

18  WORKING OUT WELL AND WE CAN SIMPLY DEFER UNTIL THE NEXT

19  STATUS?

20           **MS. WEISS:**  YOUR HONOR, THIS IS CATHERINE WEISS.

21           AND THE MORE DETAIL ON CHILDREN WITH VOLUNTARY

22  DEPARTURE ORDERS IS ACTUALLY ON PAGES 14 TO 15.  THIS IS JUST

23  A BRIEFER REITERATION OF THAT STATUS.  AND WE HAVE ALREADY

24  DISCUSSED THE CONTENT AT 14 AND 15 SORT OF WHERE WE HAVE

25  AGREED AND WHERE WE STILL HAVE OUTSTANDING THINGS TO WORK OUT.

DECEMBER 14, 2018

1        **THE COURT:**  YES.

2        **MS. WEISS:**  THIS SECTION IS REALLY MORE FOCUSED ON

3   CLARIFICATION ISSUES.

4        **THE COURT:**  OKAY.

5        **MS. WEISS:**  AND YOU WILL SEE, ON 28 TO 30, THAT WE

6   HAVE GOTTEN -- WE HAVE MADE CONSIDERABLE PROGRESS ON FIGURING

7   OUT WHAT THE ANSWER TO THE QUESTIONS ARE -- OR THE ANSWERS TO

8   THE QUESTIONS ARE IN CERTAIN SITUATIONS, AND WE ARE STILL

9   WORKING ON OTHER SITUATIONS.

10        **THE COURT:**  YES.

11        **MS. WEISS:**  WE ARE NOT QUITE THROUGH THE

12   CLARIFICATION PROCESS.

13        **THE COURT:**  YES.

14        **MS. WEISS:**  BUT WE ARE MAKING PROGRESS AND I THINK

15   WE WILL GET THROUGH IT.  AND THEN WE ARE REALLY GOING TO NEED

16   TO DISCUSS HOW THOSE CLARIFICATIONS GET COMMUNICATED TO THE

17   LAWYERS AROUND THE COUNTRY REPRESENTING THE REUNIFIED FAMILIES

18   AND CHILDREN.

19        **THE COURT:**  YES.  THAT LOOKED VERY PROMISING ON

20   PAGES 28 TO 30.

21        AND IT SEEMS TO ME IF AGREEMENT IS REACHED ON ALL OF

22   THOSE CLARIFICATION ISSUES, THE PARTIES COULD SIMPLY SUBMIT A

23   JOINT MOTION AND ORDER THAT THE COURT COULD SIGN, AND THEN

24   THAT WAY THERE IS A COURT DOCUMENT INDICATING WHAT THE

25   CLARIFICATION IS FOR THE BENEFIT OF ALL.


DECEMBER 14, 2018

1          THAT'S JUST A SUGGESTION.  SO THAT IF THE PARTIES

2    WANT TO DO IT THAT WAY, THAT WOULD BE FINE WITH ME.

3          ARE THERE ANY OTHER ISSUES WE NEED TO ADDRESS AT

4    THIS TIME?

5          **MR. GELERNT:**  YOUR HONOR, THIS IS MR. GELERNT.

6          I WANTED TO RAISE ONE ADDITIONAL ISSUE, AND ASK FOR

7    SOME ASSURANCES FROM THE GOVERNMENT.

8          THE GOVERNMENT IN THIS JOINT STATUS REPORT HAD SAID

9    THAT THEY HAVE LOCATED AN ADDITIONAL 149 CHILDREN THEY BELIEVE

10   MAY HAVE BEEN PART OF THE CLASS, 11 THERE MAY HAVE BEEN

11   CRIMINAL CONVICTIONS SO REDUCING IT TO 138.

12         WE WOULD LIKE -- INITIALLY OUR FIRST POINT IS JUST

13   THAT WE ARE VERY CONCERNED.  WE APPRECIATE THE GOVERNMENT'S

14   CONTINUALLY LOOKING FOR FAMILIES, BUT WE ARE VERY CONCERNED

15   THAT AT THIS POINT THEY ARE STILL UNCOVERING THIS MANY

16   FAMILIES THAT MAYBE WERE PART OF THE CLASS THAT WERE NEVER

17   TOLD TO US.

18         SO WE WOULD LIKE INFORMATION FROM THE GOVERNMENT

19   ABOUT THESE FAMILIES SO WE CAN UNDERSTAND EXACTLY WHAT

20   HAPPENED AND WHETHER THE PARENTS -- WHY THE CHILD IS NOT WITH

21   THE PARENT, WHERE THE PARENT IS.

22         HOPEFULLY WE CAN JUST MEET AND CONFER WITH THE

23   GOVERNMENT ON MONDAY, BUT WE ARE VERY CONCERNED AND HOPE THE

24   GOVERNMENT WILL AGREE TO GIVE US INFORMATION ABOUT THESE

25   INDIVIDUALS THAT NOW APPEAR TO BE PART OF THE CLASS.


                        DECEMBER 14, 2018

28

1          **THE COURT:**  IS THAT ON PAGE 8, STARTING AT LINE 11?

2  ARE THOSE THE ONES, THE 11 YOU ARE REFERRING TO?

3          **MR. GELERNT:**  THEY ARE.

4          **THE COURT:**  ANYTHING THERE, MR. STEWART?

5          **MR. STEWART:**  YES, YOUR HONOR.

6          I THINK AS A FIRST LINE POINT WE ARE HAPPY TO

7  CONFER.  WE DID GET SOME QUESTIONS EARLIER TODAY FROM THE

8  STEERING COMMITTEE, OR I GUESS EARLIER THIS AFTERNOON, AND WE

9  ARE LOOKING INTO THOSE AND CAN FOLLOW UP.

10          THE POINTS I WOULD SAY HERE, YOUR HONOR, WE TRY TO

11  GIVE A LITTLE INSIGHT ON THIS BECAUSE WE RECOGNIZE THIS 149

12  COULD BE JARRING TO THE COURT.  BUT I ACTUALLY -- JUST TO GIVE

13  IT A LITTLE BIT OF CONTEXT AND INSIGHT.

14          WHAT HAPPENED HERE, YOUR HONOR, IS THAT, AS YOUR

15  HONOR IS AWARE, THE WAY THAT WE HAVE BEEN IDENTIFYING

16  POTENTIAL CLASS MEMBERS IS BASED ON NUMBER OF CHILDREN IN

17  O.R.R. CARE.  WE STARTED TRACKING THOSE NUMBERS BEGINNING ON

18  JULY 10TH.

19          AS WE EXPLAIN ON KIND OF LINE 3 ON DOWN ON PAGE 8 OF

20  THE JOINT STATUS REPORT, WE REALIZED THAT THERE WAS A GAP IN

21  TIME FROM JUNE 26 TO JULY 10TH, THE DATE OF THE COURT'S

22  PRELIMINARY INJUNCTION ORDER TO THE DAY WE STARTED REPORTING,

23  WHERE A NUMBER OF CHILDREN HAD ALREADY BEEN DISCHARGED FROM

24  O.R.R. CARE.  SO THESE WOULD BE APPROPRIATE DISCHARGES.

25          AND THE REASON MANY OF THESE HAPPENED SO SWIFTLY,

DECEMBER 14, 2018

1   YOUR HONOR, WAS, AS WE EXPLAINED, THEY WERE KIND OF, IN MANY

2   CASES, TO THE GOLD STANDARD OR THE VERY HIGH STANDARD OF THE

3   TVPRA HEARS -- TVPRA HEARINGS, A GREAT MANY TO PARENTS OR

4   LEGAL GUARDIANS, A GREAT MANY TO IMMEDIATE RELATIVES, AND

5   OTHERS TO MORE DISTANT RELATIVES, UNRELATED ADULTS.  THESE

6   WERE CHILDREN WHO WERE ABLE TO BE REUNIFIED OR APPROPRIATELY

7   DISCHARGED VERY SWIFTLY.

8            BUT IT IS SOMETHING THAT WE DIDN'T APPRECIATE THE

9   GAP PERIOD IN ACCOUNTING FOR ALL OF THESE CHILDREN IN OUR

10  OVERALL NUMBERS.

11           BUT I THINK THE HAPPY NEWS, YOUR HONOR, IS THAT

12  THESE ARE CHILDREN WHO HAVE BEEN APPROPRIATELY DISCHARGED.  WE

13  CAN CONFER MORE WITH THE STEERING COMMITTEE ON QUESTIONS AND

14  THE LIKE.

15           BUT THAT IS KIND OF THE -- THAT IS KIND OF THE --

16  THE KIND OF CONTEXT AND JUST FOR THE COURT'S AND PLAINTIFFS'

17  BENEFIT OF WHAT IS GOING ON THERE.  JUST FILLING IN THAT

18  STORY.

19           **THE COURT:**  YES.

20           **MR. GELERNT:**  YOUR HONOR --

21           **THE COURT:**  GO AHEAD.

22           **MR. GELERNT:**  SORRY, YOUR HONOR.

23           **THE COURT:**  GO AHEAD.

24           **MR. GELERNT:**  SO, THIS IS MR. GELERNT, YOUR HONOR.

25           I THINK WE APPRECIATE THAT THEY ARE GOING TO MEET

DECEMBER 14, 2018

1   AND CONFER.  AND I THINK WHEN THE GOVERNMENT SAYS

2   APPROPRIATELY DISCHARGED, I GATHER THEY MEAN ACCORDING TO THE

3   TVPRA.  BUT I THINK THE FACT IS THAT MANY, MANY OF THE

4   CHILDREN, MAYBE ALL OF THEM ARE NOT WITH THEIR PARENTS OR VERY

5   FEW OF THEM OR SOME, WE ARE NOT REALLY SURE.

6         SO I THINK THAT IS WHY IT IS SOMEWHAT URGENT NOW

7   THAT WE FIND OUT WHY THEY ARE NOT ACTUALLY WITH THEIR PARENT.

8   SO WE DO APPRECIATE THE GOVERNMENT'S WILLINGNESS TO MEET WITH

9   US IMMEDIATELY ON THAT.  THANK YOU.

10        **THE COURT:**  THANK YOU.  I APPRECIATE THE MORE

11  DETAILED EXPLANATION OF THAT CIRCUMSTANCE.  AND I WILL AWAIT

12  THE NEXT STATUS REPORT ON THAT ISSUE AND BE CONFIDENT THAT

13  COUNSEL WILL MEET AND CONFER AND WORK THROUGH THOSE ISSUES.

14        WE ARE ON THE HOLIDAYS HERE, SO I WOULD PROPOSE THAT

15  THE NEXT JSR, JOINT STATUS REPORT, BE FILED ON JANUARY 3 BY

16  NOON.  WE WILL HAVE A STATUS CONFERENCE ON JANUARY 4 AT

17  1:00 O'CLOCK.  AND HOPE, AS WE HAVE IN THE PAST, TO ENJOY GOOD

18  PROGRESS ON ALL OF THESE MATTERS.

19        ON THE MOTION TO ENLARGE THE SCOPE OF THE CLASS, IF

20  MEMORY SERVES, ARE THE PAPERS DUE TODAY?

21        **MR. GELERNT:**  YES, YOUR HONOR.

22        **THE COURT:**  OKAY.  SO I WILL LOOK FORWARD TO THAT

23  BRIEFING AS WELL.

24        SO I WILL ISSUE A BRIEF ORDER TODAY, OR EARLY NEXT

25  WEEK, SETTING OUT OUR NEXT STATUS CONFERENCE AND ADDRESSING

DECEMBER 14, 2018

1   ANY OF THE MATTERS WE HAVE TALKED ABOUT HERE TODAY.

2            AND I WISH EVERYONE VERY HAPPY HOLIDAYS.  IT HAS

3   BEEN A PLEASURE WORKING WITH ALL COUNSEL.  I REALLY APPRECIATE

4   THE HARD WORK AND EFFORT THAT EVERYONE HAS BEEN MAKING AND THE

5   GREAT PROGRESS THAT HAS BEEN MADE IN REUNIFICATION.  SO I WISH

6   YOU ALL HAPPY HOLIDAYS AND NEW YEAR.  AND I WILL LOOK FORWARD

7   TO SPEAKING WITH COUNSEL ON JANUARY 4.

8            **MR. GELERNT:**  THANK YOU, YOUR HONOR.

9            **MR. STEWART:**  THANK YOU, YOUR HONOR.

10           **MS. WEISS:**  THANK YOU, YOUR HONOR.

11           **THE COURT:**  THANK YOU.

12

13                         *   *   *

14           I CERTIFY THAT THE FOREGOING IS A CORRECT
            TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
15          IN THE ABOVE-ENTITLED MATTER.

16          S/LEEANN PENCE                12/14/2018
            LEEANN PENCE, OFFICIAL COURT REPORTER   DATE
17

18

19

20

21

22

23

24

25

DECEMBER 14, 2018