JOSEPH H. HUNT
Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

*Attorneys for Federal Respondents-Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., | Case No. 18cv428 DMS MDD |
| Petitioners-Plaintiffs, | |
| vs. | **ORDER** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents-Defendants. | |

UPON CONSIDERATION of Defendants' **MOTION FOR A STAY OF CASE DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS**, and for good cause shown, it is hereby

ORDERED that Defendants' motion be, and hereby is, GRANTED. All deadlines in this case are hereby stayed until further order of this Court. Defendants will notify the Court as soon as Congress has appropriated funds for the Department.

SO ORDERED.

Dated: December 27, 2018

Hon. Dana M. Sabraw
United States District Judge