Wilson G. Barmeyer*
Carol T. McClarnon*
John H. Fleming*
700 Sixth Street NW, Suite 700
Washington, DC 20001
(202) 383-0100
wilsonbarmeyer@eversheds-sutherland.com
carolmcclarnon@eversheds-sutherland.com
johnfleming@eversheds-sutherland.com

Sirine Shebaya*
Johnathan Smith*
MUSLIM ADVOCATES
P.O. Box 34440
Washington, D.C. 20043
(202) 897-2622
sirine@muslimadvocates.org
johnathan@muslimadvocates.org

*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO DIVISION

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, et al.,<br><br>　　　　　Defendants. | Case No. 3:18-cv-1832-DMS<br>Case No. 3:18-cv-428-DMS<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT AGREEMENT FOR CLASS MEMBERS WHO HAVE NOT SUBMITTED EXECUTED WAIVER FORMS** |
| Ms. L, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, et al.,<br><br>　　　　　Defendants. | DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: Hon. Dana M. Sabraw |

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT AGREEMENT FOR CLASS MEMBERS WHO HAVE NOT SUBMITTED EXECUTED WAIVER FORMS

**TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, Plaintiffs in the above-captioned cases will, and hereby do, seek relief from the Court through a motion, to be heard and decided by the Court at the earliest time convenient for the Court.

Through this motion, Plaintiffs seek to enforce the settlement agreement with respect to class members who have not submitted executed waiver forms. The plain language of the settlement agreement states that the Government will implement settlement procedures for qualifying class members except those who knowingly and voluntarily waive their rights under the agreement. The Government's compliance with the settlement agreement is not contingent upon class members affirmatively taking any action or otherwise opting in to receive relief. Plaintiffs bring this motion due to the Government's position that it is not required to implement the settlement for class members who do not submit executed waiver forms, and thus who have not waived relief. Plaintiffs respectfully ask the Court to order the Government to comply with the settlement agreement for all qualifying class members unless class members knowingly and voluntarily waive their right to relief, to report to the Court on the settlement implementation, to provide Plaintiffs with the requested information as to class members who do not submit executed waiver forms, and to order any other relief the Court deems appropriate.

Plaintiffs' motion will be based upon this notice of motion and motion, the attached memorandum of points and authorities, and all the Court's files and records in this action.

This action is currently stayed, and Plaintiffs file this motion so that it can be heard promptly upon the lifting of the stay and completion of briefing.

January 10, 2019                                    **EVERSHEDS SUTHERLAND (US) LLP**

                                                    */s/ Wilson G. Barmeyer*
                                                    Wilson G. Barmeyer*
                                                    Carol T. McClarnon*

2

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT AGREEMENT FOR CLASS MEMBERS WHO HAVE NOT SUBMITTED EXECUTED WAIVER FORMS

John H. Fleming*
700 Sixth Street NW, Suite 700
Washington, DC 20001
(202) 383-0100
(202) 637-3593 (facsimile)
wilsonbarmeyer@eversheds-sutherland.com
carolmcclarnon@eversheds-sutherland.com
johnfleming@eversheds-sutherland.com

Sirine Shebaya*
Johnathan Smith*
MUSLIM ADVOCATES
P.O. Box 34440
Washington, D.C. 20043
(202) 897-2622
(202) 508-1007 (facsimile)
sirine@muslimadvocates.org
johnathan@muslimadvocates.org

Simon Y. Sandoval-Moshenberg*
Sophia Gregg*
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 778-3450
(703) 778-3454 (facsimile)
simon@justice4all.org
sophia@justice4all.org

Aaron M. Olsen
Alreen Haeggquist
Haeggquist and Eck LLP
225 Broadway, Ste 2050
San Diego, CA 92101
phone: 619.342.8000
fax: 619.342.7878
aarono@haelaw.com

*   Admitted *Pro Hac Vice*

1 | pending or forthcoming

2 | *Class Counsel for Parent Class*

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|   |   |
|---|---|
| 1 | **HOGAN LOVELLS US LLP** |
| 2 | |
| 3 | */s/ Michael Maddigan*_____ |
|   | Michael Maddigan |
| 4 | (Cal. Bar No. 163450) |
|   | 1999 Avenue of the Stars, Suite 1400 |
| 5 | Los Angeles, CA 90067 |
|   | Telephone: (310) 785-4727 |
| 6 | Facsimile: (310) 785-4601 |
| 7 | michael.maddigan@hoganlovells.com |
| 8 | |
|   | Justin W. Bernick* |
| 9 | Zachary W. Best* |
|   | T. Clark Weymouth* |
| 10 | 555 Thirteenth Street, NW |
| 11 | Washington, DC 20004 |
|   | Telephone: (202) 637-5600 |
| 12 | Facsimile: (202) 637-5910 |
| 13 | justin.bernick@hoganlovells.com |
|   | t.weymouth@hoganlovells.com |
| 14 | zachary.best@hoganlovells.com |
| 15 | |
| 16 | Oliver J. Armas* |
|   | Ira M. Feinberg (Cal. Bar No. 064066) |
| 17 | 875 Third Avenue |
|   | New York, NY 10022 |
| 18 | Telephone: (212) 918-3000 |
| 19 | Facsimile: (212) 918-3100 |
|   | oliver.armas@hoganlovells.com |
| 20 | ira.feinberg@hoganlovells.com |
| 21 | |
| 22 | Katherine A. Nelson* |
|   | 1601 Wewatta Street, Suite 900 |
| 23 | Denver, CO 80202 |
|   | Telephone: (303) 899-7300 |
| 24 | Facsimile: (303) 899-7333 |
| 25 | katherine.nelson@hoganlovells.com |
| 26 | |
|   | Haley K. Costello Essig* |
| 27 | Park Place II, Ninth Floor |
| 28 | 7930 Jones Branch Drive |

5

McLean, VA 22102-3302
Telephone: (703) 610-6100
Facsimile: (703) 610-6200
haley.essig@hoganlovells.com

*Admitted *pro hac vice*

*Class Counsel for Child Class in Related Action MMM v Sessions*

Lee Gelernt
Judy Rabinovitz
Anand Balakrishnan
Stephen Kang
Spencer Amdur
Daniel Galindo
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
lgelernt@aclu.org
jrabinovitz@aclu.org
abalakrishnan@aclu.org
skang@aclu.org
samdur@aclu.org
dgalindo@aclu.org

*Class Counsel For Removed Parents*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 10, 2019.

*/s/ Wilson G. Barmeyer*_____
Wilson G. Barmeyer