| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO DIVISION**

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., et al., | Case No. 3:18-cv-1832-DMS<br>Case No. 3:18-cv-428-DMS |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT FOR CLASS MEMBERS WHO HAVE NOT SUBMITTED EXECUTED WAIVER FORMS** |
| v. | |
| Jefferson Beauregard Sessions, III, Attorney General of the United States, et al., | |
| Defendants. | |
| Ms. L, et al., | DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: Hon. Dana M. Sabraw |
| Plaintiffs, | |
| v. | |
| U.S. Immigration and Customs Enforcement, et al., | |
| Defendants. | |

# [PROPOSED] ORDER

UPON CONSIDERATION of the Plaintiffs' Motion to Enforce Settlement Agreement for Class Members Who Have Not Submitted Executed Waiver Forms and review of the record herein, it is, this _____ day of _____ 2019;

**ORDERED**, that settlement class members are entitled to settlement relief regardless of whether they make an affirmative election on the waiver form;

**ORDERED,** that Defendants will not remove class members from the United States until class members have received the designated relief under the settlement agreement or have knowingly and voluntarily waived their rights to settlement relief;

**ORDERED**, that Defendants will identify class members who are entitled to settlement relief but have not submitted executed waiver forms;

**ORDERED**, that Defendants will provide class counsel a list of class members who have expedited removal orders and are entitled to relief, including each individual's last known address and other contact information; and

**ORDERED**, that Defendants will report on the status of class members who have not submitted executed waiver forms by providing the Court with the following information regarding settlement implementation for such class members: (a) the number of interviews provided to such class members; and (b) the results of those interviews.

**SO ORDERED**.

DATED: _____

_____
The Hon. Judge Dana M. Sabraw

2
PROPOSED ORDER