UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 11 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MS. L. and MS. C.,<br><br>    Petitioners-Appellees,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,<br><br>    Respondents-Appellants. | No. 18-56151<br><br>D.C. No.<br>3:18-cv-00428-DMS-MDD<br>Southern District of California,<br>San Diego<br><br>ORDER |

Respondents' unopposed motion (Docket Entry No. 10) to stay appellate proceedings is granted.

Respondents shall file a motion for further relief within 7 days of the restoration of funding.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kara Slack
Deputy Clerk
Ninth Circuit Rule 27-7