# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD) <br><br> **ORDER LIFTING STAY AND SETTING DATES** |

In light of the anticipated restoration of appropriations for Defendants and their attorneys, the stay in this case is lifted. In accordance with the Court's December 14, 2018 Order, and the motions that have been filed since that date, IT IS HEREBY ORDERED:

1. On the issue set out in paragraph (3) on page 24 of the December 12, 2018 status reports, the Court sets the following briefing schedule:

    a. Plaintiffs shall file their opening brief on or before **February 11, 2019**.

    b. Defendants shall file their responsive brief on or before **February 25, 2019**.

    c. Plaintiffs shall file their reply brief on or before **March 4, 2019**.

2. On Plaintiffs' motion to clarify the scope of the class, Defendants shall file their responsive brief on or before **February 6, 2019**, and Plaintiffs shall file their reply brief on or before **February 13, 2019**.

3. On the *MMM* Plaintiffs' motion to enforce the settlement agreement, (ECF No. 342), Defendants shall file their responsive brief on or before **February 6, 2019**, and Plaintiffs shall file their reply brief on or before **February 13, 2019**.

4. The motions referred to in Paragraphs 3 and 4 above shall be heard on **February 22, 2019**, at **1:00 p.m.**

5. Plaintiffs' motion to require a response to the Inspector General's January 17, 2019 Report is granted. Defendants shall file a response to that Report on or before **February 1, 2019**.

6. Counsel shall file further status reports on or before **12:00 noon** on **February 6, 2019**. A further status conference shall be held on **February 8, 2019**, at **1:00 p.m.** The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

   1. Dial the toll free number: **877-411-9748**;
   2. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);
   3. Enter the Participant Security Code **02190428** and Press # (The security code will be confirmed);
   4. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

Members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

7. Counsel for the Ms. L. Class shall provide notice of this order to counsel for Plaintiffs in the related cases, 18cv1769, 18cv1832 and 18cv1979, and to counsel for any Objectors that wish to appear.

Dated: January 25, 2019

Hon. Dana M. Sabraw
United States District Judge