JOHNATHAN SMITH (*pro hac vice*)
MUSLIM ADVOCATES
P.O. Box 34440
Washington, DC 20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007
johnathan@muslimadvocates.org

*Attorney for Petitioners-Plaintiffs Dora and Alma*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>    Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, et al.,<br><br>    Respondents-Defendants. | Case No. 3:18-cv-00428-DMS-MDD<br><br>**NOTICE OF WITHDRAWAL OF JOHNATHAN SMITH AS COUNSEL FOR PETITIONERS-PLAINTIFFS DORA AND ALMA** |

NOTICE OF WITHDRAWAL                    1
Case No. 3:18-cv-00428-DMS-MDD

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Johnathan Smith of Muslim Advocates is no longer counsel of record for Petitioners-Plaintiffs Dora and Alma in the above-captioned action and requests to be removed from the service list. will continue to be represented by other counsel of record.

Dated: February 1, 2019  
Washington, D.C.

Respectfully submitted,

/s/ Johnathan Smith
_____
Johnathan Smith (*pro hac vice*)  
Muslim Advocates  
P.O. Box 34440  
Washington, D.C. 20043  
johnathan@muslimadvocates.org  
Tel: (202) 897-1897  
Fax: (202) 508-1007

NOTICE OF WITHDRAWAL                    2
Case No. 3:18-cv-00428-DMS-MDD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document should automatically be served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By:  */s/ Johnathan Smith*

NOTICE OF WITHDRAWAL                 3
Case No. 3:18-cv-00428-DMS-MDD