UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

```
_____
                                        )
MS. L., ET AL.,                         )
                                        ) CASE NO. 18CV0428-DMS
            PETITIONERS-PLAINTIFFS,     )       18CV1832-DMS
                                        )
VS.                                     )
                                        )
                                        )
                                        )
                                        )
U.S. IMMIGRATION AND CUSTOMS            )   SAN DIEGO, CALIFORNIA
ENFORCEMENT ("ICE"), ET AL.,            ) FRIDAY FEBRUARY 8, 2019
                                        )    1:00 P.M. CALENDAR
            RESPONDENTS-DEFENDANTS.     )
-------------------------------------
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

**<u>TELEPHONIC STATUS CONFERENCE</u>**

REPORTED BY:                    LEE ANN PENCE,
                                OFFICIAL COURT REPORTER
                                UNITED STATES COURTHOUSE
                                333 WEST BROADWAY, ROOM 1393
                                SAN DIEGO, CALIFORNIA 92101

```
FOR PLAINTIFF:              LEE GELERNT, ESQ.
                           ANAND BALAKRISHNAN, ESQ.
                           ACLU IMMIGRANT RIGHTS PROJECT
                           125 BROAD STREET 18TH FLOOR
                           NEW YORK, NEW YORK 10004


FOR DEFENDANT:             SCOTT STEWART, ESQ.
                           SARAH B. FABIAN, ESQ.
                           U.S. DEPARTMENT OF JUSTICE
                           OFFICE OF IMMIGRATION LITIGATION
                           P.O. BOX 868
                           BEN FRANKLIN STATION
                           WASHINGTON, DC 20044


ALSO APPEARING:            ZACHARY BEST, ESQ.
                           SIRINE SHEBAYA, ESQ.
                           WILSON BARMEYER, ESQ.
                           STEVEN HERZOG,ESQ.
                           CATHERINE WEISS, ESQ.
```

1    <u>SAN DIEGO, CALIFORNIA – FRIDAY, FEBRUARY 8, 2019 – 1:05 P.M.</u>

2                              *   *   *

3              **THE CLERK:**  NO. 24 ON CALENDAR, CASE NO. 18CV0428,

4    MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR

5    STATUS CONFERENCE.

6              **THE COURT:**  GOOD AFTERNOON, COUNSEL.

7              I HAVE APPEARANCES LISTED.

8              BY THE GOVERNMENT, MS. FABIAN, MR. STEWART.

9              FOR PLAINTIFFS IN MS. L. MR. BALAKRISHNAN.  IN MMM,

10   MR. ZACHARY BEST AND JUSTIN BERNICK –– OR JUST MR. BEST.  AND

11   IN DORA I HAVE SHEBAYA AND BARMEYER.

12             AND FOR THE STEERING COMMITTEE, STEVEN HERZOG.  AND

13   MS. CATHERINE WEISS IS ON THE LINE AS WELL.

14             DID I MISS ANYONE?

15             **MR. GELERNT:**  YOUR HONOR, THIS IS LEE GELERNT FOR

16   MS. L.  I AM ON.

17             **THE COURT:**  VERY GOOD.  THANK YOU.

18             I READ THE JOINT STATUS REPORT, SO MAYBE WE CAN JUST

19   RUN THROUGH IT, AND THEN TAKE INVENTORY AT THE END.

20             THANK YOU FOR THE SUBMISSION.  THE NEW UPDATED

21   NUMBER OF CHILDREN WHO WERE SEPARATED FROM THEIR PARENT AND

22   WERE IN O.R.R. CUSTODY AS OF THE DATE OF THE PRELIMINARY

23   INJUNCTION ORDER IS 2,816.  IS THAT CORRECT?

24             I AM SPEAKING –– I GUESS I WOULD ASK THAT OF

25   MS. FABIAN OR MR. STEWART.


                       FEBRUARY 8, 2019

1           **MR. STEWART:**  YES, YOUR HONOR.  THAT'S CORRECT.

2           **THE COURT:**  OKAY.  AND THEN I WANT TO MAKE SURE I

3    UNDERSTAND.  IN READING THROUGH THIS IT APPEARED THAT ALL

4    PARENTS WHO WERE REMOVED WITHOUT THEIR CHILD HAVE BEEN

5    CONTACTED WITH THE EXCEPTION OF TWO.

6           THAT OF THOSE TWO, FOR ONE CHILD HIS OR HER OTHER

7    PARENT WAS CONTACTED.  AND FOR THE OTHER CHILD THERE IS A

8    NOTATION HERE THAT PLAINTIFFS HAVE -- OR THE WORDING IS,

9    PARENT NOT REACHED, STEERING COMMITTEE BELIEVES SHOULD BE SET

10   ASIDE.  THAT'S AT PAGE 12.

11          SO I GUESS I WAS NOT CLEAR AS TO EXACTLY WHERE WE

12   ARE.  IS IT THAT THERE IS ONLY ONE CHILD NOW WHOSE PARENT HAS

13   NOT BEEN CONTACTED?

14          **MR. HERZOG:**  THIS IS MR. HERZOG, YOUR HONOR.

15          THERE ARE ACTUALLY -- I THINK THE ONE PARENT THAT

16   YOU ARE NOTING IS ANOTHER INSTANCE WHERE WE HAVE BEEN IN

17   CONTACT WITH THE NON-DEPORTED PARENT.  BUT IT IS ALSO A

18   SITUATION THAT FOR SPECIAL REASONS WE THINK CANNOT BE REPORTED

19   ON AT THIS TIME.

20          **THE COURT:**  OKAY.  SO IS IT CORRECT, THEN, THAT AT

21   LEAST ONE PARENT OF ALL OF THE CHILDREN HAS BEEN REACHED?

22          **MR. HERZOG:**  YES.

23          **THE COURT:**  OKAY.  SO TO BE CLEAR, OF ALL OF THE

24   CHILDREN IN O.R.R. CUSTODY WHOSE PARENTS WERE REMOVED WITHOUT

25   THEM, ONLY TWO OF THOSE ARE IN THE CATEGORY OF THE PARENT WHO

FEBRUARY 8, 2019

```
 1   WAS DEPORTED WAS NOT REACHED, BUT IN BOTH OF THOSE CASES THE
 2   NON-DEPORTED PARENT HAS BEEN REACHED.  IS THAT CORRECT?
 3          MR. HERZOG:  JUST FOR CLARIFICATION, I THINK THERE
 4   ARE AN INSTANCE OR TWO WHERE WE REPORTED A PREFERENCE OF THE
 5   NON-DEPORTED PARENT PREVIOUSLY AND WENT FORWARD ON THAT BASIS.
 6   SO THERE MAY BE ONE OR TWO MORE WHERE WE HAVE BEEN IN TOUCH
 7   WITH A NON-DEPORTED PARENT BUT NOT THE DEPORTED PARENT.  THOSE
 8   CASES ARE RESOLVED AT THIS POINT.
 9          THE COURT:  THEN, MR. HERZOG, THIS -- TO ME THIS
10   WOULD BE VERY GOOD NEWS.  IT WOULD MEAN THAT EVERY CHILD IN
11   O.R.R. CUSTODY, WHOSE PARENT WAS DEPORTED WITHOUT THEM, HAS
12   BEEN ACCOUNTED FOR; THAT IS TO SAY THAT THAT CHILD'S PARENT,
13   EITHER A NON-DEPORTED PARENT OR DEPORTED PARENT, HAS BEEN
14   CONTACTED AND IS ABLE TO MAKE OR TO WEIGH IN ON THIS DECISION
15   OF REPATRIATION OR WAIVING REPATRIATION.  IS THAT CORRECT?
16          MR. HERZOG:  I THINK THAT IS CORRECT.  I JUST WANT
17   TO CLARIFY.  I THINK THERE IS ONE INSTANCE WHERE I KNOW THERE
18   IS A CHILD -- ANOTHER SPECIAL CIRCUMSTANCE CASE, AND I KNOW
19   THE CHILD'S ATTORNEY, I THINK, HAS BEEN IN TOUCH WITH THAT
20   PARENT, BUT I AM NOT SURE THAT WE HAVE DIRECTLY BEEN IN TOUCH
21   WITH THE PARENT.
22          THE ATTORNEY -- THE PARENT HAS AT LEAST HAD AN
23   ATTORNEY REPRESENTING HIS INTEREST.  THAT PARENT WAS INVOLVED
24   BUT I AM NOT SURE WE HAD DIRECT CONTACT WITH THE PARENT.  BUT
25   THE PARENT WAS AT LEAST INVOLVED FOR SOME PERIOD OF TIME, AND
```

FEBRUARY 8, 2019

1   IT IS AGAIN A CASE THAT IS COMPLICATED AND HAS CONCERNS.

2          **THE COURT:**  OKAY.  BUT AT LEAST ON THE VERY

3   IMPORTANT ISSUE OF TRYING TO LOCATE A PARENT OF THE CHILD, IT

4   APPEARS THERE HAS BEEN COMPLETE SUCCESS IN THE SENSE THAT A

5   CHILD OF THE PARENT, IN EVERY INSTANCE, HAS BEEN LOCATED AND

6   CAN MAKE A DECISION AS TO REPATRIATION OR WAIVING

7   REPATRIATION.  AND THAT, OF COURSE --

8          **MR. HERZOG:**  HAS BEEN INVOLVED IN THAT PROCESS, YES.

9          **THE COURT:**  YES.  AND THAT IS VERY GOOD NEWS, VERY

10  ENCOURAGING.

11         RETURNING TO PAGE 5 OF THE REPORT, THERE IS AN

12  INDICATION THAT CHILDREN -- THERE ARE FIVE CHILDREN FOR WHOM

13  THE ACLU HAS NOT COMMUNICATED PARENTAL INTENT.  SO ARE THOSE

14  THE KINDS OF INCIDENTS YOU HAVE JUST BE SPEAKING ABOUT, MR.

15  HERZOG?

16         **MR. HERZOG:**  ACTUALLY, YES, BUT THERE ARE ONLY FOUR

17  AT THIS POINT.  WE REPORTED ONE PREFERENCE ON TUESDAY EVENING,

18  I THINK IT DIDN'T MAKE THE GOVERNMENT'S NUMBERS.

19         **THE COURT:**  OKAY.  THANK YOU.

20         AND THEN MOVING FORWARD ON THE SETTLEMENT PROCESS.

21  IN MMM, IT APPEARS 115 PARENTS HAVE ELECTED TO PURSUE THE

22  SETTLEMENT PROCEDURES, 65 CHILDREN SIMILARLY HAVE MADE THAT

23  ELECTION.

24         ON PAGE 7 THERE IS AN INDICATION THAT 63 OUT OF THE

25  115 PARENTS, I WOULD ASSUME, HAVE BEEN DETERMINED TO ESTABLISH

FEBRUARY 8, 2019

1   CREDIBLE FEAR UPON REVIEW BY USCIS.

2            SO THAT'S A VERY HIGH NUMBER, ISN'T IT, MR. BEST?  I

3   HAD BEEN HEARING, I GUESS ANECDOTALLY THAT THE ASYLUM SUCCESS

4   RATIO IS ONLY 20 PERCENT.  THIS IS NOT, OF COURSE, A FINAL

5   DETERMINATION BUT IT SURE SEEMS LIKE A FAVORABLE STEP IN THE

6   RIGHT DIRECTION; OR AM I READING TOO MUCH INTO THIS REPORT.

7            **MR. BEST:**  GOOD AFTERNOON, YOUR HONOR.  THIS IS

8   MR. BEST.

9            I THINK YOU ARE RIGHT.  WE ARE -- GENERALLY WE ARE

10  PLEASED WITH THE RESULTS OF THE NEW CSI'S, THE NEW INTERVIEWS

11  AND THE RECONSIDERATIONS THAT HAVE TAKEN PLACE.  FROM WHAT WE

12  UNDERSTAND, EVERYONE WHO AT LEAST WAS DETAINED AND HAD A NEW

13  INTERVIEW UNDER THE SETTLEMENT PROCEDURES, THOSE INDIVIDUALS

14  HAVE NOW MOVED ON TO SECTION 240 PROCEEDINGS, EITHER BECAUSE

15  THE PARENT OR THE CHILD ESTABLISHED A CREDIBLE FEAR.  OR, IN A

16  FEW RARE CASES, WHICH I THINK ARE NOTED IN THE REPORT, THE

17  PARENT SPOKE A RARE LANGUAGE AND SO WASN'T ABLE TO BE

18  RE-INTERVIEWED BY USCIS SO THEY WERE GIVEN NOTICES TO APPEAR

19  IN SECTION 240 PROCEEDINGS.  SO DEFINITELY WE ARE ENCOURAGED

20  BY THE SUCCESS RATE THERE.

21            ONE THING I WANTED TO QUICKLY NOTE ABOUT THE

22  NUMBERS, YOUR HONOR, IS THAT AS FAR AS THE TOTAL NUMBER OF

23  FORMS THAT ARE REPORTED, THE GOVERNMENT REPORTS 333.  THAT IS

24  ABOUT 50 FORMS FEWER THAN WHAT WE HAVE IN OUR RECORDS.  AND SO

25  I THINK IT IS JUST A MATTER OF US AND THE GOVERNMENT GETTING

FEBRUARY 8, 2019

1   ON THE SAME PAGE AND MAKING SURE THAT WE ARE ALL -- THAT WE

2   HAVE ALL -- WE ARE ALL LOOKING AT THE SAME NUMBER OF FORMS,

3   AND IN TRACKING THE RIGHT NUMBERS HERE.  AND SO WE ARE HOPING

4   TO MEET AND CONFER WITH THE GOVERNMENT ABOUT THAT NEXT WEEK.

5            **THE COURT:**  OKAY.  VERY GOOD.

6            THERE IS ALSO AN INDICATION THAT 73 CHILDREN HAVE

7   ESTABLISHED CREDIBLE FEAR.  I DIDN'T UNDERSTAND THAT NUMBER

8   BECAUSE ON THE PRIOR PAGE, PAGE 6, IT IDENTIFIES 65 CHILDREN

9   WHO ELECTED THE SETTLEMENT PROCEDURES.  SO 65 IS OBVIOUSLY

10  LESS THAN 73, SO WHAT CAUSES THAT DISCREPANCY?

11           **MR. STEWART:**  THIS IS MR. STEWART, YOUR HONOR.

12           I AM NOT CERTAIN ON THAT, AND I SHARE THE QUESTION.

13  LET ME FOLLOW UP ON THAT.  IT IS POSSIBLE THAT THAT'S

14  SOMETHING THAT CAN JUST BE RECONCILED, BOTH THAT ISSUE AND THE

15  QUESTION -- OR ISSUE THAT MR. BEST RAISED.  SO I WILL FOLLOW

16  UP AND EITHER GET A RESPONSE OR JUST HAVE A UPDATED SET OF

17  NUMBERS THAT MATCHES IN THAT SENSE.

18           **THE COURT:**  OKAY.

19           ANY INSIGHT ON THAT, MR. BEST, OR NOT?

20           **MR. BEST:**  I DON'T.  IT MAY RELATE TO THE

21  DISCREPANCY IN OVERALL NUMBERS THAT WE HAVE, SO I THINK THAT'S

22  PROBABLY SOMETHING WE CAN FIGURE OUT WITH THE GOVERNMENT NEXT

23  WEEK.

24           **THE COURT:**  OKAY.  THANK YOU.

25           MOVING TO PAGE 8 ON THE MEET AND CONFER ISSUES.  THE

FEBRUARY 8, 2019

1   PARTIES DID GOOD WORK HERE, MET AND CONFERRED.  AND IT APPEARS

2   THAT MOST ALL OF THESE ISSUES HAVE BEEN WORKED THROUGH, AND

3   HAVE SUBMITTED A PROPOSED ORDER FOR THE COURT TO SIGN

4   REGARDING CLARIFICATIONS TO THE SETTLEMENT AGREEMENT.  AND I

5   AM PREPARED TO SIGN THAT ORDER.  IT LOOKS VERY GOOD TO ME.

6           ANY COMMENTS ON THAT BEFORE I SIGN THE ORDER?

7           **MR. STEWART:**  NOT FROM THE GOVERNMENT, YOUR HONOR.

8           **MS. WEISS:**  AND I AM FROM THE LEGAL SERVICE

9   PROVIDERS.  WE ARE GLAD TO HAVE WORKED THROUGH THIS.

10          THIS IS CATHERINE WEISS.

11          **THE COURT:**  VERY GOOD.  YES, THANK YOU, MS. WEISS.

12   THANK YOU FOR RAISING THOSE ISSUES SOME TIME AGO AND THEN

13   TAKING TIME TO WORK THROUGH ALL OF THESE.  THOSE WERE GOOD

14   SUGGESTIONS AND I AM HAPPY TO SIGN THE ORDERS.  I APPRECIATE

15   THE PARTIES' EFFORTS IN THAT REGARD.

16          MOVING ON IN THE STATUS REPORT.  PAGE 9, SEPARATIONS

17   AFTER JUNE 26, 2018.

18          THIS IS THE GOVERNMENT'S INDICATING THAT VARIOUS

19   PROCESSES AND PRACTICES RELATED TO THE NEW SEPARATIONS HAVE

20   BEEN PUT IN PLACE, INCLUDING TRACKING AND INFORMATION SHARING.

21   AND THAT THE PARTIES ARE CONTINUING TO MEET AND CONFER ON

22   THIS.  THE GOVERNMENT INDICATES IT UNDERSTANDS THE BENEFIT TO

23   ALL PARTIES FOR THESE PROCEDURES TO BE MEMORIALIZED GOING

24   FORWARD.

25          SO I THINK WHAT I WOULD LIKE TO DO IS HAVE THE

1    PARTIES CONTINUE TO MEET AND CONFER IN EARNEST ON THIS.  AND

2    THEN WE WILL BE MEETING AGAIN IN TWO WEEKS ON THESE PENDING

3    MOTIONS BEFORE THE COURT, AND THAT MIGHT BE A GOOD TIME FOR A

4    FOLLOW-UP CONFERENCE, STATUS CONFERENCE.

5            IS THERE ANYTHING NEW TO REPORT ON THIS AREA?

6            **MR. GELERNT:**  THIS IS MR. GELERNT, YOUR HONOR.

7            NO, BECAUSE OF THE SHUTDOWN WE HAVE NOT HAD THOSE

8    CONTINUING MEET AND CONFERS, BUT WE HOPE WE WILL HAVE

9    SOMETHING TO REPORT TO YOU IN TWO WEEKS.

10           **THE COURT:**  WHAT I WOULD ADD -- AND WE HAVE

11   DISCUSSED THIS BEFORE.  BUT IN LIGHT OF THE INSPECTOR GENERAL

12   REPORT AND THE FURTHER ELUCIDATION OF THIS ISSUE AND THE

13   FAILURE OF THE GOVERNMENT TO PROPERLY TRACK AND ACCOUNT FOR

14   PARENTS AND CHILDREN, IT SEEMS TO ME THAT THIS IS A VERY

15   IMPORTANT AREA AND, AS THE GOVERNMENT RECOGNIZES, A

16   SIGNIFICANT AREA OF CONCERN AND ONE THAT OUGHT TO BE ADDRESSED

17   IN A MEANINGFUL WAY.

18           SO WHAT I WOULD URGE THE PARTIES TO DO IS, IN THEIR

19   MEET AND CONFER, IS TO AGREE UPON THE IMPORTANT CRITERIA, THAT

20   IS WHAT TYPE OF INFORMATION OUGHT TO BE ACCOUNTED FOR AND

21   TRACKED BY EACH AGENCY.  WHAT KIND OF PROCEDURES OUGHT TO BE

22   PUT IN PLACE SUCH THAT HOPEFULLY THERE CAN BE AN AGREEMENT

23   THAT THE GOVERNMENT WILL IMPLEMENT A CENTRALIZED DATA SYSTEM

24   INTER-AGENCY, SO ACROSS ALL SPECTRUMS, FROM DOJ TO DHS TO HHS,

25   THAT CAN PROPERLY ACCOUNT FOR PARENTS IN EVERY POTENTIAL

FEBRUARY 8, 2019

1   CUSTODIAL SETTING AND CHILDREN AS WELL.  AND ALSO TO PROPERLY

2   PROMPT THE REUNIFICATION PROCESS SUCH THAT WHEN A PARENT IS

3   MOVED OUT OF CRIMINAL CUSTODY INTO CIVIL DETENTION THAT THERE

4   IS A TRACKING MECHANISM AND A PROMPT FOR THE APPROPRIATE

5   AGENCIES TO BEGIN A REUNIFICATION PROCESS.

6           SO I AM HOPING THE PARTIES, IN THE MEET AND CONFER,

7   CAN FOCUS ON A VERY ROBUST CENTRAL DATA SYSTEM THAT IS -- OR

8   THAT DOES ADDRESS ALL OF THESE PRIOR FAILURES.  AND CAN BE SET

9   OUT IN DETAIL SO THAT THE COURT AND ALL PARTIES CAN EVALUATE

10  THE PROCESS, AND ALL PARTIES CAN WEIGH IN ON THAT PROPOSED

11  PROCESS TO ENSURE THAT IT WORKS EFFECTIVELY.

12          ANY OTHER COMMENTS ON THAT SUBJECT FROM THE

13  GOVERNMENT'S PERSPECTIVE, OR DO YOU WISH SIMPLY TO HAVE THIS

14  PERIOD OF TIME TO MEET AND CONFER?

15          **MR. STEWART:**  THANK YOU, YOUR HONOR.  WE DO

16  APPRECIATE THE TIME TO MEET AND CONFER, AND WE WILL WORK HARD

17  ON THIS GROUP OF ISSUES.

18          **THE COURT:**  OKAY.  VERY GOOD.

19          **MS. WEISS:**  YOUR HONOR, THIS IS CATHERINE WEISS.

20          COULD I JUST ASK, ON BEHALF OF THE LEGAL SERVICE

21  PROVIDERS, TO BE INCLUDED IN THE MEET AND CONFER.  BECAUSE WE

22  HAVE AN OUTSTANDING REQUEST FOR INFORMATION ABOUT THE LOCATION

23  OF PARENTS, 26 CHILDREN NOW IN CUSTODY IN NEW YORK WHO WERE

24  SEPARATED AFTER THE COURT ORDER.  AND THAT REQUEST HAS BEEN

25  PENDING FOR SOME TIME, AND WE ARE HAVING -- THE LAWYERS FOR

FEBRUARY 8, 2019

```
 1   THE CHILDREN ARE AGAIN HAVING ENORMOUS DIFFICULTY LEARNING
 2   WHAT THEY NEED TO KNOW TO REPRESENT THEIR CLIENTS EFFECTIVELY.
 3           THE COURT:  IS THERE ANY OBJECTION?
 4           MR. STEWART:  NO, YOUR HONOR.  THAT IS FINE WITH US,
 5   AND WE WILL CONFER WITH MS. WEISS.
 6           MS. WEISS:  THANK YOU.
 7           THE COURT:  MR. GELERNT, I AM SURE THERE IS NO
 8   OBJECTION ON YOUR PART.
 9           MR. GELERNT:  NO OBJECTION, YOUR HONOR.
10           THE COURT:  VERY GOOD.
11             THEN, MS. WEISS, YOU WOULD BE MORE THAN WELCOME, AND
12   I WOULD APPRECIATE YOUR INSIGHT AND EVALUATION AS WELL.
13             THE NEXT SECTION IS DEALING WITH CHILDREN SEPARATED
14   AFTER JUNE 26, AND THE PLAINTIFFS HERE ARE REQUESTING
15   ESSENTIALLY AN ACCOUNTING, THE LIST, WHO ARE THEY AND THE
16   REASONS FOR THE SEPARATION.
17             WHAT'S THE GOVERNMENT'S RESPONSE.
18           MR. STEWART:  YOUR HONOR, WE UNDERSTAND THE
19   IMPORTANCE OF THAT INFORMATION.  WE ARE PUTTING IT TOGETHER,
20   AND WE WILL -- WE WILL BE PRODUCING THAT IN DUE COURSE.  WE
21   WILL FOLLOW UP WITH THE PLAINTIFFS ON THAT.
22           THE COURT:  ARE YOU -- DO YOU BELIEVE YOU WILL HAVE
23   THOSE NUMBERS IN TIME FOR THE NEXT STATUS CONFERENCE IN TWO
24   WEEKS?
25           MR. STEWART:  I BELIEVE SO, YOUR HONOR.
```

FEBRUARY 8, 2019

1              **THE COURT:**  OKAY.

2              **MR. STEWART:**  I WOULD HOPE SO.  WE WILL AIM VERY

3    HARD TO MAKE THAT.

4              **THE COURT:**  ALL RIGHT.  VERY GOOD.

5              THERE IS A SIMILAR REQUEST FOR THE 50 CHILDREN WHO

6    REMAIN IN O.R.R. CUSTODY THAT HAVE NOT YET BEEN PLACED WITH

7    APPROPRIATE SPONSORS.

8              PLAINTIFFS HAVE INDICATED THAT THEY HAVE BEEN

9    REQUESTING THE GOVERNMENT TO MONITOR THE PACE OF THE RELEASE

10   AND PROVIDE THE STEERING COMMITTEE WITH INFORMATION REGARDING

11   THE STATUS OF THOSE RELEASES.

12             WHAT'S THE GOVERNMENT'S RESPONSE HERE?

13             **MR. STEWART:**  ON THAT, YOUR HONOR, I THINK TWO

14   POINTS.  WE DO APPRECIATE THE PLAINTIFFS' DESIRE TO MOVE

15   EXPEDITIOUSLY THERE.  AND AS WE EMPHASIZED AT SOME PREVIOUS

16   STATUS CONFERENCES, THE TVPRA PROCESS DOES TAKE TIME, IT IS A

17   VERY COMPREHENSIVE, CAREFUL AND THOROUGH PROCESS.  AND

18   PARTICULARLY FOR THOSE CHILDREN WHO AREN'T PLACED WITH

19   SPONSORS PROMPTLY, IT COULD INDICATE THAT THOSE CHILDREN'S

20   CIRCUMSTANCES JUST WARRANT SOME EXTRA TIME.

21             WHAT I MAY SUGGEST, YOUR HONOR, IS IT IS EASY FOR US

22   TO HOME IN ON, SAY, A FEW CHILDREN IF THERE WERE AN ISSUE.

23   THAT IS WHY IN THE PAST, YOU KNOW, A FEW CHILDREN HAVE BEEN

24   BROUGHT TO OUR ATTENTION, THE GOVERNMENT CAN KIND OF RESPOND,

25   SAY, HEY, HERE IS WHAT IS GOING ON.


FEBRUARY 8, 2019

```
 1              WHAT I SUGGEST IS THAT BECAUSE THE TVPRA PROCESS IS,
 2    BY ITS NATURE, TIME-INTENSIVE WE WOULD BE GRATEFUL IF THE
 3    STEERING COMMITTEE COULD ALERT US TO PARTICULAR ISSUES THAT
 4    THEY ARE HEARING, IF THERE ARE ANY.  IF THEY THINK THERE IS A
 5    PARTICULAR ISSUE THAT IS DELAYING A PARTICULAR CHILD AND
 6    SHOULDN'T BE, WE COULD WORK ON THAT AND RESPOND TO THAT.
 7              IT IS A LITTLE BIT MORE DIFFICULT IF THE CONCERN IS
 8    JUST, HEY, THESE CHILDREN ARE IN THE TVPRA PROCESS AND IT IS
 9    TAKING A LONG TIME, BECAUSE THAT IS SOMEWHAT -- IT IS JUST A
10    COMPREHENSIVE AND CAREFUL PROCESS.
11              I WOULD ALSO ADD THAT THE PARENTS IN THESE CASES,
12    AND I BELIEVE THE COUNSEL OF THE CHILDREN, ARE ALSO ABLE TO BE
13    IN TOUCH WITH CASE MANAGERS AT O.R.R. AND CAN FIND OUT, HEY,
14    THIS IS WHERE THINGS STAND, AND OFFER ASSURANCE ON THAT PART.
15    SO THERE ARE THOSE AVENUES AVAILABLE.
16              BUT IN THE KIND OF STEERING COMMITTEE CLASS COUNSEL
17    ROLE I MAY PROPOSE THAT IF THERE ARE INDIVIDUALIZED OR
18    PARTICULAR CONCERNS THAT GO BEYOND THE NORMAL TVPRA STEPS
19    MAYBE THEY COULD LET US KNOW AND WE COULD LOOK INTO THOSE
20    SITUATIONS.
21              THE COURT:  ALL RIGHT.
22              YES, MR. HERZOG.
23              MR. HERZOG:  YOUR HONOR, MR. HERZOG -- GO AHEAD.
24              MR. GELERNT:  WE WILL FOLLOW UP WITH THE GOVERNMENT
25    AND WE APPRECIATE THAT.
```

FEBRUARY 8, 2019

1              WE WOULD JUST NOTE THAT THERE IS 22 KIDS THAT WE ARE

2      AWARE OF THAT ARE NOW FIVE MONTHS OR MORE, AND SO THAT IS

3      TAKING A SERIOUSLY LONG TIME.  SO WE WILL FOLLOW UP WITH THE

4      GOVERNMENT, ALERT THEM TO THOSE KIDS THAT ARE TAKING AN EXTRA

5      LONG TIME.  WE APPRECIATE THAT THE GOVERNMENT IS WILLING TO

6      HEAR ABOUT THOSE CASES.

7              **THE COURT:**  OKAY.

8              **MR. STEWART:**  CAN I ASK ONE REQUEST IN THAT REGARD,

9      YOUR HONOR, THAT MIGHT HASTEN THINGS, IS, WHEN WE ARE ALERTED

10     TO THE 22 IT COULD BE HELPFUL TO KNOW IF THE SPONSORS OR

11     WOULD-BE SPONSORS IN THOSE CASES HAVE SUBMITTED ALL OF THE

12     PAPERWORK.

13             UNFORTUNATELY, O.R.R. CAN ONLY CONTROL SO MUCH OF

14     THE PROCESS, AND GIVEN THE NEED FOR SOME OF THAT PAPERWORK IT

15     DOES DEPEND TO AN EXTENT ON A SPONSOR, SO THAT WOULD BE

16     HELPFUL INFORMATION FOR US TO KNOW, AS WELL.

17             **THE COURT:**  YES.

18             MS. WEISS, I THINK I HEARD YOU START, OR NO?

19             **MS. WEISS:**  NO, YOUR HONOR.

20             **THE COURT:**  OKAY.  MAYBE IT WAS MAYBE MR. HERZOG.

21             **MR. HERZOG:**  IT WAS, BUT MR. GELERNT ADDRESSED THE

22     ISSUE.

23             **THE COURT:**  OKAY.

24             **MR. GELERNT:**  I WOULD JUST -- YOUR HONOR, I THINK IT

25     IS GOING TO BE VERY HARD FOR US TO KNOW WHETHER THE SPONSOR


FEBRUARY 8, 2019

16

 1   HAS GIVEN ALL OF THE INFORMATION.  I KNOW O.R.R. WILL KNOW

 2   THAT.  BUT WE WILL FOLLOW UP WITH THE GOVERNMENT AND FIGURE

 3   OUT THE BEST WAY TO GET THE INFORMATION TO THE GOVERNMENT AND

 4   FOLLOW UP ON THOSE CASES AND LET YOU KNOW IF WE ARE GETTING

 5   BOGGED DOWN.  THANK YOU.

 6         **THE COURT:**  ALL RIGHT.  WHAT I WOULD PROPOSE, THEN,

 7   IS THAT PLAINTIFFS' COUNSEL, SOONER RATHER THAN LATER,

 8   IDENTIFY THOSE 22 CHILDREN, OR ANY SPECIFIC ISSUES WITH

 9   RESPECT TO THOSE CHILDREN, AND SHARE THAT INFORMATION WITH THE

10   GOVERNMENT.

11         AND ASK THAT THE GOVERNMENT TO BE IN A POSITION TO

12   REPORT BACK ON THIS ISSUE AT THE NEXT STATUS CONFERENCE.

13         THE NEXT ISSUE HAS TO DO WITH IDENTIFYING THE

14   POPULATION, THE TOTAL POPULATION OF REMOVED PARENTS WITHOUT

15   CHILDREN.  THAT NUMBER -- SEVERAL MONTHS AGO THE APPROXIMATE

16   NUMBER, AS I RECALL FROM THE BRIEFING, WAS AROUND 414.  MAYBE

17   I AM INCORRECT, BUT THAT'S THE NUMBER I HAD IN MIND.  AND THE

18   GOVERNMENT WAS GOING TO GET SPECIFICS ON THAT.

19         AND WHAT IS THE STATUS IN THAT REGARD?

20         **MR. STEWART:**  YOUR HONOR, IS THIS THE -- IS THIS THE

21   NUMBER THAT MR. GELERNT FLAGGED ON PAGE 13 IN THAT FIRST

22   PARAGRAPH UNDER NO. 2?

23         **THE COURT:**  YES.

24         **MR. STEWART:**  MY APOLOGIES, YOUR HONOR.  I DON'T

25   KNOW IF I HAVE THAT NUMBER.  I DON'T HAVE THAT NUMBER RIGHT

FEBRUARY 8, 2019

17

1   NOW.  I WILL -- WE WILL WORK TO TRACK THAT DOWN, AND I AM

2   SORRY I DON'T HAVE THAT NUMBER.

3            **THE COURT:**  SO WE WILL JUST LOOK FOR THAT IN THE

4   NEXT REPORT.

5            THE SECOND PARAGRAPH OF THAT SAME SUBHEADING DEALS

6   WITH 149 ADDITIONAL SEPARATED CHILDREN WHO WERE IN O.R.R.

7   CUSTODY ON JUNE 26.

8            MR. GELERNT INDICATES THAT THE GOVERNMENT HAS NOT

9   REPORTED WHETHER ANY OF THESE ADDITIONAL 149 CHILDREN'S

10  PARENTS WERE REMOVED NOR PROVIDED IDENTIFYING INFORMATION FOR

11  ANY SUCH ADDITIONAL REMOVED PARENTS.

12           WHAT'S THE GOVERNMENT'S RESPONSE?

13           **MR. STEWART:**  YOUR HONOR, WE SHOULD BE GETTING

14  INFORMATION ON THAT OVER TO THE STEERING COMMITTEE A LITTLE

15  LATER TODAY.  THAT SHOULD BE ON ITS WAY SOON.

16           **THE COURT:**  OKAY.  VERY GOOD.  THEN I WILL LOOK FOR

17  AN UPDATE ON THAT, AS WELL, IN THE NEXT STATUS.

18           I THINK THAT TAKES US TO THE END OF THE STATUS

19  REPORT.  SEEMS TO ME THEN WHEN WE MEET IN TWO WEEKS THERE WILL

20  BE A LOT OF ADDITIONAL CONCRETE IMPORTANT INFORMATION, WHICH I

21  WILL LOOK FORWARD TO.

22           IS THERE ANYTHING ELSE WE NEED TO DISCUSS ON THE

23  STATUS REPORT?

24           **MR. BEST:**  YOUR HONOR, THIS IS MR. BEST.

25           **THE COURT:**  YES.


FEBRUARY 8, 2019

```
 1          MR. BEST:  FOR THE MMM PLAINTIFFS.  JUST ONE MINOR
 2   HOUSEKEEPING MATTER.
 3          IN YOUR ORDER LIFTING THE STAY THAT YOU ENTERED ON
 4   JANUARY 25TH THE COURT SET A BRIEFING SCHEDULE ON A PARTICULAR
 5   ISSUE, AND UNDER THAT BRIEFING SCHEDULE THE MOTION WOULD BE
 6   DUE ON FEBRUARY 11TH, WHICH IS THIS COMING MONDAY.
 7          BUT I THINK THAT WAS -- THAT ISSUE WAS THE SUBJECT
 8   OF THE MOTION THAT MR. BARMEYER FILED, WHICH IS AT DOCKET
 9   NO. 342, AND IS REFERENCED IN PARAGRAPH 3 OF THAT SAME ORDER
10   LIFTING THE STAY AND SETTING DATES.
11          SO ALL OF THAT IS JUST TO SAY THAT THAT MOTION HAS
12   ALREADY BEEN FILED AND THE GOVERNMENT HAS FILED THEIR RESPONSE
13   ON WEDNESDAY, AND THE PLAINTIFFS WILL BE FILING THEIR REPLY
14   NEXT WEEK.  SO I JUST WANTED YOU TO KNOW SO YOU WEREN'T
15   EXPECTING US TO FILE ANYTHING ON MONDAY.
16          THE COURT:  OKAY.  VERY GOOD.  THAT'S THE MOTION TO
17   ENFORCE THE SETTLEMENT, CORRECT?
18          MR. BEST:  CORRECT.
19          THE COURT:  OKAY.
20          MR. BEST:  THAT RAISES THE ISSUE -- THE ISSUE THAT
21   WAS SET OUT IN PARAGRAPH 3 ON PAGE 24 IN THE DECEMBER 12TH
22   STATUS REPORT.
23          THE COURT:  YES.  AND THEN I RECEIVED THE OPPOSITION
24   TO THE MOTION TO CLARIFY OR MODIFY THE SCOPE OF THE CLASS.
25   PLAINTIFFS HAVE YET TO RESPOND TO THAT, AM I CORRECT?  THERE
```

FEBRUARY 8, 2019

1  IS NO REPLY BRIEF.

2          **MR. GELERNT:**  YOUR HONOR, WE HAVE A REPLY BRIEF DUE

3  NEXT WEEK --

4          **THE COURT:**  YES.  OKAY.

5          **MR. GELERNT:**  -- ON THAT.

6          **THE COURT:**  VERY GOOD.

7          MR. GELERNT, THE GOVERNMENT WAS ASKED TO RESPOND TO

8  THE INSPECTOR GENERAL'S REPORT, WHICH THEY DID.  IS THERE A

9  NEED FOR PLAINTIFFS TO FILE ANY RESPONSE TO THE GOVERNMENT'S

10  BRIEFING, OR NOT?

11          **MR. GELERNT:**  YOUR HONOR, I THINK THAT WE FELT,

12  RESPECTFULLY, THAT THE RESPONSE BY THE GOVERNMENT WAS NOT AS

13  FULL AS IT MIGHT HAVE BEEN AND DIDN'T ADDRESS CERTAIN ISSUES.

14  THE BIGGEST ISSUE IS PROBABLY THE QUESTION ABOUT THE CHILDREN

15  WHO THE REPORT IDENTIFIED WHO WERE PRE JUNE 26 CHILDREN, AND

16  THAT'S THE SUBJECT OF THE MOTION YOU WILL HEAR ON

17  FEBRUARY 21ST.

18          THERE ARE SOME OTHER ISSUES, AND I THINK THEY HAVE

19  BEEN ADDRESSED IN DIFFERENT PLACES IN THE JSR.  I THINK WE

20  COULD FILE A QUICK RESPONSE NEXT WEEK FLAGGING SOME OF THE

21  ISSUES IN THE REPORT THAT THE GOVERNMENT DID NOT ADDRESS, AND

22  A RESPONSE TO WHAT THE GOVERNMENT PUT IN ON THE ONE ISSUE THEY

23  DID ADDRESS, THE PRE JUNE 26.  I THINK MAYBE THAT WOULD BE

24  HELPFUL FOR THE COURT TO SORT OF ROUND UP ALL OF THE ISSUES IN

25  ONE PLACE, IF THAT IS OKAY WITH THE COURT.


FEBRUARY 8, 2019

1          **THE COURT:**  YES.  THAT WOULD APPROPRIATE.

2          I THINK I MENTIONED FEBRUARY 22ND, THE HEARING IS

3     ACTUALLY ON THE 21ST.  SO WE WILL LOOK FORWARD TO THE NEXT

4     HEARING, WHICH WE WILL CONDUCT TELEPHONICALLY AGAIN ON THE

5     21ST.

6          AND I WOULD ASK THAT THE JOINT STATUS REPORT BE

7     SUBMITTED BY WEDNESDAY, FEBRUARY 20, 3:00 P.M., THE DAY

8     BEFORE.

9          WITH THAT ARE THERE --

10          **MR. GELERNT:**  YOUR HONOR, SORRY.  THIS IS MR.

11     GELERNT.

12          I WAS PLANNING ON APPEARING IN PERSON, UNLESS THE

13     COURT WOULD PREFER THAT NO ONE APPEAR IN PERSON.

14          **THE COURT:**  WELL, I AM ALWAYS DELIGHTED TO SEE YOU,

15     MR. GELERNT.

16          AND MS. FABIAN, MR. STEWART YOU ARE MORE THAN

17     WELCOME.

18          OF COURSE IF YOU WANT TO APPEAR IN PERSON, THAT IS

19     WELCOME.  OTHERWISE, YOU ARE FREE TO APPEAR TELEPHONICALLY.

20          **MR. STEWART:**  THANK YOU, YOUR HONOR.

21          **THE COURT:**  OKAY.  ANY OTHER MATTERS WE NEED TO

22     ADDRESS AT THIS TIME?

23          **MR. GELERNT:**  NONE FROM MS. L.

24          **MR. STEWART:**  JUST FOR THE GOVERNMENT, YOUR HONOR, I

25     WANTED TO SAY THANK YOU FOR YOUR UNDERSTANDING DURING THE

FEBRUARY 8, 2019

 1   SHUTDOWN WITH THE TIMING AND DEADLINES.  AS YOU KNOW IT IS --
 2   YOU HAVE SEEN SOME OF THEM, THE SHUTDOWN PUT A GOOD AMOUNT OF
 3   STRAIN ON THE GOVERNMENT, AND WE APPRECIATE YOUR UNDERSTANDING
 4   EVEN IN THE MIDST OF THE VERY IMPORTANT AND TIME-INTENSIVE
 5   ISSUES HERE.  SO THANK YOU FOR THAT.
 6           **THE COURT:**  YES.  YOU ARE WELCOME.
 7           DID YOU GET YOUR BACK PAY?
 8           (LAUGHTER)
 9           **MR. STEWART:**  WE DID, YOUR HONOR.  CONGRESS CAME
10   THROUGH.
11           **THE COURT:**  VERY GOOD.
12           WELL, THANK YOU VERY MUCH.  I APPRECIATE COUNSELS'
13   TIME, AND I WILL LOOK FORWARD TO SEEING AND HEARING FROM
14   OTHERS ON FEBRUARY 21.
15           THANK YOU.
16           **MR. GELERNT:**  THANK YOU, YOUR HONOR.
17           **MR. STEWART:**  THANKS, YOUR HONOR.
18                           *   *   *
19           I CERTIFY THAT THE FOREGOING IS A CORRECT
             TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
20           IN THE ABOVE-ENTITLED MATTER.
21           S/LEEANN PENCE                    2/8/2019
             LEEANN PENCE, OFFICIAL COURT REPORTER   DATE
22
23
24
25

                    FEBRUARY 8, 2019