JOSEPH SAEI (CA SBN 321341)
MUSLIM ADVOCATES
P.O. Box 34440
Washington, D.C. 20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007
yusuf@muslimadvocates.org

*Attorney for Petitioners-Plaintiffs Alma and Dora*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al.,<br><br>    Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, et al.,<br><br>    Respondents-Defendants. | Case No. 3:18-cv-00428-DMS-MDD<br><br>**NOTICE OF APPEARANCE OF JOSEPH SAEI** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Joseph Saei of Muslim Advocates hereby enters his appearance as counsel of record on behalf of Petitioners-Plaintiffs Alma and Dora in the above-captioned matter and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

    Joseph Saei
    Muslim Advocates
    P.O. Box 34440
    Washington, D.C. 20043
    Telephone: (202) 897-2622
    Facsimile: (202) 508-1007
    Email: yusuf@muslimadvocates.org

Dated: February 14, 2019               Respectfully submitted,

                                           */s/ Joseph Saei*
                                        Joseph Saei (CA SBN 321341)
                                        MUSLIM ADVOCATES
                                        P.O. Box 34440
                                        Washington, D.C. 20043
                                        Telephone: (202) 897-2622
                                        Facsimile: (202) 508-1007
                                        yusuf@muslimadvocates.org

                                        *Attorney for Petitioners-Plaintiffs Alma and Dora*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document should automatically be served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Joseph Saei*

NOTICE OF APPEARANCE
OF JOSEPH SAEI
Case No. 3:18-cv-00428-DMS-MDD

3