# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Jefferson Beauregard Sessions, III, Attorney General of the United States, et al., <br><br> Defendants. | Case No. 3:18-cv-1832-DMS <br> Case No. 3:18-cv-428-DMS <br><br> **ORDER ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT FOR CLASS MEMBERS WHO HAVE NOT SUBMITTED EXECUTED WAIVER FORMS** |
| Ms. L, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement, et al., <br><br> Defendants. | |

Plaintiffs' Motion to Enforce Settlement Agreement for Class Members Who Have Not Submitted Executed Waiver Forms came on for hearing on February 21, 2019. Wilson Barmeyer and Zachary Best argued the motion for the Class, and Scott Stewart argued the motion for Defendants. After hearing from counsel, it appears that additional meet and confer efforts may result in a resolution of the issue. Accordingly, and pursuant to the discussion at the hearing, IT IS HEREBY ORDERED:

1. On or before **February 28, 2019**, defense counsel shall provide to Class Counsel the list of persons subject to removal. Counsel shall meet and confer on the best way to cull that list down to persons with expedited removal orders.

2. Defense counsel shall advise Immigration and Customs Enforcement that class members subject to the settlement agreement in this case may not be removed without first providing them with notice of the settlement and an opportunity to decide whether they wish to take advantage of the settlement procedures or waive those procedures.

3. Counsel shall provide the Court with an update on these issues in the next Joint Status Report.

4. The Court will reserve any ultimate decision on Plaintiffs' motion pending the outcome of the meet and confer efforts set out above.

**SO ORDERED**.

Dated: February 22, 2019

Hon. Dana M. Sabraw
United States District Judge