# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, *et al,*, <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al, <br><br> Respondents-Defendants. | Case No. 3:18-cv-0428 DMS MDD <br><br> **ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME FOR RESPONDENTS-DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

Before the Court is the parties' Joint Motion for an Extension of time for Respondents-Defendants to Answer or Otherwise Respond to Petitioners-Plaintiffs' Third Amended Complaint. IT IS HEREBY ORDERED that Respondent-Defendants' Answer to Petitioner-Plaintiffs' Third Amended Complaint shall be due Monday, April 29, 2019.

Dated: March 1, 2019

Hon. Dana M. Sabraw
United States District Judge