**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Ms. L., et al.,

*Petitioners-Plaintiffs,*

v.

U.S. Immigration and Customs Enforcement, et al.,

*Respondents-Defendants*.

Case No. 18-cv-00428-DMS-MDD

Date Filed: July 25, 2018

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE OVERLENGTH REPLY BRIEF**

Upon consideration of the Plaintiffs' Motion to File Overlength Reply Brief, the motion is hereby **GRANTED**.

SO ORDERED this 5th day of March , 2019.

Hon. Dana M. Sabraw
United States District Judge