# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., *Petitioners-Plaintiffs*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement, et al., <br><br> *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD <br><br> **ORDER (1) GRANTING PLAINTIFFS' MOTION TO FILE RESTRICTED DECLARATION AND (2) GRANTING PLAINTIFFS' MOTION TO STRIKE** |

Before the Court is Petitioners-Plaintiffs' Motion to File Restricted Declaration. The Court finds that the motion is meritorious and should be **GRANTED**. With this Order, Plaintiffs' motion to strike the declaration filed at ECF No. 198-1 is granted.

**SO ORDERED** this 5th day of March 2019.

Hon. Dana M. Sabraw
United States District Judge