# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Ms. L.,

        *Petitioner-Plaintiff*,

v.

U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE, Otay Detention Facility; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, San Diego Field Director, CBP; Fred Figueroa, Warden, Otay Mesa Detention Center; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement,

        *Respondents-Defendants*.

Case No. 18-cv-00428-DMS-MDD

**ORDER GRANTING PETITIONER-PLAINTIFF'S MOTION TO FILE RESTRICTED DECLARATION OF ELIZABETH LOPEZ**

Before the Court is Petitioner-Plaintiff's Motion to File Restricted Declaration of Elizabeth Lopez. The Court finds that the motion is meritorious and should be **GRANTED**.

**SO ORDERED** this 5th day of March 2019.

                                              Hon. Dana M. Sabraw
                                              United States District Judge