UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>　　　　　Petitioners-Plaintiffs,<br><br>　vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>ORDER GRANTING RESPONDENTS-DEFENDANTS' EX PARTE MOTION TO FILE EXHIBITS AS A RESTRICTED DOCUMENT |

　　　Before the Court is Respondents-Defendants' Ex Parte Motion to File Exhibits as a Restricted Document. Petitioners-Plaintiffs do not oppose the motion. Accordingly, IT IS HEREBY ORDERED that that a copy of the Exhibits in support of Respondents-Defendants' response in opposition to Petitioner Ms. L's motion for preliminary injunction shall be received as a restricted document, available only to the parties to this litigation.

Dated:  March 5, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　United States District Judge