# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L. et al., *Petitioners-Plaintiffs*, v. U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Joseph Greene, San Diego Assistant Field Office Director, ICE; Adrian P. Macias, El Paso Field Director, ICE; Frances M. Jackson, El Paso Assistant Field Office Director, ICE; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions III, Attorney General of the United States; L. Francis Cissna, Director of USCIS; Kevin K. McAleenan, Acting Commissioner of CBP; Pete Flores, San Diego Field Director, CBP; Hector A. Mancha Jr., El Paso Field Director, CBP; Alex Azar, Secretary of the Department of Health and Human Services; Scott Lloyd, Director of the Office of Refugee Resettlement, *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE RESTRICTED DECLARATIONS** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Before the Court is Plaintiffs' Motion to File Restricted Declarations, ECF No. 64. The Court finds that the motion is meritorious and should be **GRANTED**.

It is therefore **ORDERED** that the Plaintiffs are granted leave to file the exhibits attached to the Reply in Support of Class Certification with the full names redacted and to file unredacted exhibits under seal.

**SO ORDERED** this 5th day of March 2019.

Hon. Dana M. Sabraw
United States District Judge