# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., | Case No. 18-cv-00428-DMS-MDD |
| *Petitioners-Plaintiffs*, | |
| v. | Date Filed: July 25, 2018 |
| U.S. Immigration and Customs Enforcement, et al., | |
| *Respondents-Defendants*. | **ORDER GRANTING PLAINTIFFS' MOTION TO FILE RESTRICTED DECLARATIONS** |

Upon consideration of the Plaintiffs' Motion to File Restricted Declarations, the motion is hereby **GRANTED**.

SO ORDERED this 5th day of March, 2019.

_____
Hon. Dana M. Sabraw
United States District Judge