

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



Ms. L, et al.
                    Plaintiff,

v.

US Immigration & Customs Enforcement   Defendant.

Civil No. __3:18-cv-00428-DMS__

## PRO HAC VICE APPLICATION

Plaintiffs, Dora & Alma.
Party Represented

I, __Emily A. Bork__ hereby petition the above entitled court to permit me
    (Applicant)
to appear and participate in this case and in support of petition state:

My firm name: Eversheds Sutherland (US) LLP
Street address: 700 Sixth Street, NW, Suite 700
City, State, ZIP: Washington, DC 20001-3980
Phone number: 202-383-0870
Email: emilybork@eversheds-sutherland.com

That on __10/19/2018__ I was admitted to practice before __Virginia State Bar__
       (Date)                                                                                    (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have) ☒ have not) concurrently or within the year preceding this application made
any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Emily A. Bork_
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Aaron M. Olsen                                                 619-342-8000
(Name)                                                                         (Telephone)

Haeggquist and Eck LLP
(Firm)

225 Broadway, Suite 2050, San Diego, CA 92101
(Street)                                                    (City)                         (Zip code)

_/s/ Emily A. Bork_
(Signature of Applicant)

I hereby consent to the above designation.

_/s/_
(Signature of Designee Attorney)