1

2 **UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
3 **SAN DIEGO DIVISION**

4

5 M.M.M., on behalf of his minor child,
J.M.A., et al.,                                    Case No.  3:18-cv-1832-DMS

6

7                              Plaintiffs,

8 v.

9 Jefferson Beauregard Sessions, III,
Attorney General of the United States,
10 *et al.*,

                             Defendant.
11

12 Ms. L, et al.,                                     Case No.  3:18-cv-428-DMS

13

14                              Plaintiff,            **JOINT MOTION TO AMEND**
                                                     **JULY 8, 2018 PROTECTIVE**
15 v.                                                 **ORDER**

16 U.S. Immigration and Customs
Enforcement, *et al.*,
17
                             Defendant.
18

19
        Plaintiffs and Defendants (collectively, the "Parties") in the above captioned
20
actions *M.M.M, et al. v. Jefferson Beauregard Sessions, III*, Case No. 3:18-cv-1832-
21
DMS and Ms. *L., et al., v. U.S. Immigration and Customs Enforcement, et al.,* Case
22
No. 3:18-cv-00428-DMS ("Litigation" or "Action") file this Joint Motion to Amend
23
the July 8, 2018 Protective Order.  In support of the Motion, the Parties state the
24

25 following:

26

27

28

41424418.3

1.     The Parties recognize that information about putative or confirmed class members and their children exchanged by the Parties in the Litigation for the purpose of facilitating implementation of the Court's November 15, 2018 Order Certifying the Settlement Classes and Granting Final Approval of Class Action Settlement (3:18-cv-428-DMS (S.D. Cal) (ECF 321)) may include private information related to individuals in the custody and care of the United States Government and that such materials may reasonably, in good faith, be confidential and protected from disclosure to the public or to one or more of the Parties under Rule 26(c) of the Federal Rules of Civil Procedure.

2.     On July 8, 2018, the Court granted a Stipulated Protective Order for the purpose of facilitating compliance with the Court's preliminary injunction on reunification issues and to protect against unauthorized disclosure of confidential documents and information during that process. (3:18-cv-428-DMS (S.D. Cal) (ECF 90).

3.     On September 12, 2018, the parties reached a settlement agreement regarding asylum-related claims.  On November 15, 2018, the Court certified the settlement classes and granted final approval of the class settlement. ("Class Action Settlement") (3:18-cv-428-DMS (S.D. Cal) (ECF 321).

4.     In light of the November 15, 2018 Class Action Settlement, the Parties now jointly seek to amend the July 8, 2018 Protective Order to facilitate the exchange of documents and information to assist with implementation of the Class Action

- 2 -

41424418.3

Settlement, while protecting against the unauthorized disclosure of confidential documents and information.  For instance, class counsel may share limited class member information with non-profit legal service providers and similar organizations to advise class members of their rights under the settlement and assist class members in completing asylum interviews and other procedures agreed to in the Class Action Settlement.

5.    The Parties believe good cause exists for amending the July 8, 2018 Protective Order because it seeks to protect against injury caused by the dissemination of protected materials. As currently worded, the July 8, 2018 Protective Order does not expressly facilitate and/or protect the exchange of confidential documents and information for purposes of implementing the Class Action Settlement.  To the extent clarification is necessary, the parties seek this amendment to update the July 8, 2018 Protective Order in line with recent developments in the case(s), and to avoid any ambiguity that may jeopardize confidential and private information.  The materials to be protected may include personally identifiable information, the disclosure of which could be prohibited by the Privacy Act or other law.  However, the Privacy Act provides, as an exception, that such materials may be released "pursuant to the order of a court of competent jurisdiction." 5 U.S.C. § 552a(b)(11).  An order of this Court, amending the July 8, 2018 Protective Order, therefore, would provide a basis for release of the requested materials pursuant to the Privacy Act and Fed. R. Civ. P. 26(c).  The parties also seek

to protect other personal information regarding putative or confirmed class members or their children.

6.    The Parties also request that the Protective Order and this Amendment apply for the same purpose in *M.M.M, et al. v. Jefferson Beauregard Sessions, III, Case No. 3:18-cv-1832-DMS*.

For these reasons, the Parties respectfully request that the Court grant the Parties' Joint Motion and amend the July 8, 2018 Protective Order to incorporate the language in the Proposed Order below, and consistent with the agreed-upon terms and conditions governing the production of information in this Litigation.

March 27, 2019

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Wilson G. Barmeyer*
Wilson G. Barmeyer*
700 Sixth Street NW, Suite 700
Washington, DC 20001
(202) 383-0100
(202) 637-3593 (facsimile)
wilsonbarmeyer@eversheds-sutherland.com

John H. Fleming*
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, GA 30309
(404) 853-8000
(404) 853-8806 (facsimile)
johnfleming@eversheds-sutherland.com
Sirine Shebaya*
Joseph (Yusuf) Saei
MUSLIM ADVOCATES
P.O. Box 34440

41424418.3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Washington, D.C. 20043
(202) 897-2622
(202) 508-1007 (facsimile)
sirine@muslimadvocates.org
yusuf@muslimadvocates.org

Simon Y. Sandoval-Moshenberg*
Sophia Gregg*
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 778-3450
(703) 778-3454 (facsimile)
simon@justice4all.org
sophia@justice4all.org

Aaron M. Olsen
Alreen Haeggquist
Haeggquist and Eck LLP
225 Broadway, Ste 2050
San Diego, CA 92101
phone: 619.342.8000
fax: 619.342.7878
aarono@haelaw.com

*   Admitted *Pro Hac Vice*
pending or forthcoming

*Class Counsel for Parent Class*

- 5 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HOGAN LOVELLS US LLP**
 */s/ Zachary W. Best*
Justin W. Bernick*
Zachary W. Best*
T. Clark Weymouth*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hoganlovells.com
t.weymouth@hoganlovells.com
zachary.best@hoganlovells.com

Michael Maddigan
(Cal. Bar No. 163450)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727
Facsimile: (310) 785-4601
michael.maddigan@hoganlovells.com

Oliver J. Armas*
Ira M. Feinberg (Cal. Bar No. 064066)
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
oliver.armas@hoganlovells.com
ira.feinberg@hoganlovells.com

Katherine A. Nelson*
1601 Wewatta Street, Suite 900
Denver, CO 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
katherine.nelson@hoganlovells.com

Haley K. Costello Essig*
Park Place II, Ninth Floor
7930 Jones Branch Drive
McLean, VA 22102-3302

- 6 -

Telephone: (703) 610-6100
Facsimile: (703) 610-6200
haley.essig@hoganlovells.com

*Admitted *pro hac vice*

*Class Counsel for Child Class*

**AMERICAN      CIVIL      LIBERTIES
UNION FOUNDATION**
Lee Gelernt
Judy Rabinovitz
Anand Balakrishnan
Stephen Kang
Spencer Amdur
Daniel Galindo
AMERICAN  CIVIL  LIBERTIES  UNION
FOUNDATION
125 Broad St.
18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
lgelernt@aclu.org
jrabinovitz@aclu.org
abalakrishnan@aclu.org
skang@aclu.org
samdur@aclu.org
dgalindo@aclu.org

*Class Counsel For Removed Parents*

 */s/ Joseph H. Hunt*
JOSEPH H. HUNT
Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director

- 7 -

41424418.3

1

2    SARAH B. FABIAN
     Senior Litigation Counsel
3    NICOLE MURLEY
     Trial Attorney
4    Office of Immigration Litigation
     Civil Division
5    U.S. Department of Justice
     P.O. Box 868, Ben Franklin Station
6    Washington, DC 20044
7    (202) 532-4824
     (202) 616-8962 (facsimile)
8    sarah.b.fabian@usdoj.gov
9

10   ADAM L. BRAVERMAN
     United States Attorney
11   SAMUEL W. BETTWY
     Assistant U.S. Attorney
12   *Attorneys for Defendants*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 8 -

41424418.3

1

2

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| 4<br>5<br><br>6<br><br>7<br><br>8<br>9<br><br>10<br><br>11 | M.M.M., on behalf of his minor child,<br>J.M.A., et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>Jefferson Beauregard Sessions, III,<br>Attorney General of the United States,<br>*et al.*,<br><br>            Defendant. | Case No.  3:18-cv-1832-DMS |
| 12<br><br>13<br><br>14<br><br>15<br>16<br><br>17 | Ms. L, et al.,<br><br>            Plaintiff,<br><br>v.<br><br>U.S. Immigration and Customs<br>Enforcement, *et al.*,<br><br>            Defendant. | Case No.  3:18-cv-428-DMS<br><br>**[PROPOSED ORDER]** |

18

19

<u>**ORDER**</u>

20

      UPON CONSIDERATION of the Parties Joint Motion to Amend July 8, 2018

21

22

Protective Order, no opposition, and the record herein, it is, this _____ day of

23

_____ 2019;

24

          ORDERED, that the Parties Joint Motion to Amend July 8, 2018

25

Protective Order is hereby **GRANTED**;

26

27

          ORDERED, that the July 8, 2018 Protective Order, and the terms and

28

conditions governing the production of confidential materials and information set out

- 9 -

in that document, shall equally apply to the Parties for purposes of facilitating and implementing the Court's November 15, 2018 Order Certifying the Settlement Classes and Granting Final Approval of Class Action Settlement (3:18-cv-428-DMS (S.D. Cal) (ECF 321)), and it is further,

ORDERED, that Section I of the July 8, 2018 Protective Order is amended as follows (amended text is in redline):

I.      Plaintiffs and Defendants (collective, the "Parties") in the above captioned action *Ms. L., et al., v. U.S. Immigration and Customs Enforcement, et al.*, Case No. 3:18-cv-00428-DMS ("Litigation" or "Action") recognize that information about putative or confirmed class members and their children exchanged by the Parties in the Litigation for the purpose of facilitating compliance with the Court's preliminary injunction order and/or implementing the Court's November 15, 2018 Order Certifying the Settlement Classes and Granting Final Approval of Class Action Settlement (3:18-cv-428-DMS (S.D. Cal) (ECF 321)) may include private information related to individuals in the custody and care of the United States Government and that such materials may reasonably, in good faith, be confidential and protected from disclosure to the public or to one or more of the Parties under Rule 26(c) of the Federal Rules of Civil Procedure.

ORDERED, that Paragraph 1 of the July 8, 2018 Protective Order is amended as follows (amended text is in redline):

**1.      Scope.** The following terms govern with respect to class information exchanged by the Parties in the Litigation for the purpose of facilitating compliance with the Court's preliminary injunction order and/or implementing the Court's November 15, 2018 Order Certifying the Settlement Classes and Granting Final Approval of Class Action Settlement (3:18-cv-428-DMS (S.D. Cal) (ECF 321)) (collectively "Protected Material").

ORDERED, that Section 6(j) of the July 8, 2018 Protective Order is amended

- 10 -

as follows (amended text is in redline):

6.      **Access to Protected Material.** . . .

j.      Any individuals or persons who Class Counsel designates for the purpose of facilitating the reunification of Class Members and their children and/or implementing the Court's November 15, 2018 Order Certifying the Settlement Classes and Granting Final Approval of Class Action Settlement (3:18-cv-428-DMS (S.D. Cal) (ECF 321)), including (but not limited to) nonprofit organizations, lawyers, faith-based groups, shelters, or any other organization or individuals who may be able to assist in th~~ate reunification~~ process. Given the urgency of the deadlines in the Court's preliminary injunction order, the individuals or persons described in this paragraph may receive a limited set of PROTECTED MATERIAL as follows prior to executing Exhibit A, the Acknowledgment, as long as the information is treated as protected under this Order, and an Acknowledgment is signed within a reasonable time thereafter. Information which may be shared for the purpose of facilitating the reunification of Class Members and their children and/or implementing the Court's November 15, 2018 Order Certifying the Settlement Classes and Granting Final Approval of Class Action Settlement (3:18-cv-428-DMS (S.D. Cal) (ECF 321)) includes Class Members' names and the name(s) of the class member's child(ren); Alien Number for the Class Member and his or her child(ren); detention location or other location information regarding the Class Member and his or her child(ren). The individuals or persons described in this paragraph may receive any additional PROTECTED MATERIAL necessary to assist in facilitating reunification and/or implementing the Court's November 15, 2018 Order Certifying the Settlement Classes and Granting Final Approval of Class Action Settlement (3:18-cv-428-DMS (S.D. Cal) (ECF 321)) related to the class member(s) they are serving or being consulted to serve after signing the Acknowledgment. The individual or organization may not receive information about any other class members.

ORDERED, that Paragraph 13 of the July 8, 2018 Protective Order is amended as follows (amended text is in redline):

13.      **This Order Only Applies To The Exchange of Information About Putative or Confirmed Class Members and Their Children For The Purpose Of Facilitating Compliance With The Court's**

**Preliminary Injunction Order <u>and/or implementing the Court's November 15, 2018 Order Certifying the Settlement Classes and Granting Final Approval of Class Action Settlement (3:18-cv-428-DMS (S.D. Cal) (ECF 321)).</u>** Nothing contained in this Order shall restrict or limit any Party's right to present Protected Material to the Court during a trial in the Action. The use of Protected Material at trial shall be governed by the pretrial order.

ORDERED, that any exchange or dissemination of confidential materials and information are subject to the conditions set forth in the July 8, 2018 Protective Order, inclusive of the new amended terms/provisions relating to the Protective Order's broader scope and applicability as a result of the Court's November 15, 2018 Class Action Settlement.  This Order shall be construed as a lawful order pursuant to the Privacy Act permitting release consistent with the terms of this Order.

IT IS SO ORDERED

Date: _____          _____
                                 Hon. Dana M. Sabraw
                                 United States District
                                 Judge

41424418.3