# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>　　　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>　　　　　　Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD)<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE** |

A status conference was held on March 28, 2019. After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. Defendants shall submit their proposal on the next steps for the new class members on or before **3:00 p.m.** on **April 5, 2019**.

2. The next Joint Status Report shall be filed on or before **3:00 p.m.** on **April 12, 2019**.

3. A further status conference shall be held on **April 16, 2019**, at **1:00 p.m.**  The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

　　a.　Dial the toll free number: **877-411-9748**;

　　b.　Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

      c.      Enter the Participant Security Code **04160428** and Press # (The security code will be confirmed);

      d.      Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

Members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

6.      Counsel for the Ms. L. Class shall provide notice of this order to counsel for Plaintiffs in any of the related cases that wish to appear.

Dated: March 28, 2019

*[signature]*

Hon. Dana M. Sabraw
United States District Judge