UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

---

```
                                    )
MS. L., ET AL.,                     )
                                    ) CASE NO. 18CV0428-DMS
         PETITIONERS-PLAINTIFFS,    )            18CV1832-DMS
                                    )
VS.                                 )
                                    )
                                    )
                                    )
                                    )
U.S. IMMIGRATION AND CUSTOMS        ) SAN DIEGO, CALIFORNIA
ENFORCEMENT ("ICE"), ET AL.,        )    MARCH 28, 2019
                                    )   1:00 P.M. CALENDAR
         RESPONDENTS-DEFENDANTS.    )
------------------------------------
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

STATUS HEARING

REPORTED BY:                LEE ANN PENCE,
                            OFFICIAL COURT REPORTER
                            UNITED STATES COURTHOUSE
                            333 WEST BROADWAY, ROOM 1393
                            SAN DIEGO, CALIFORNIA 92101

```
FOR PLAINTIFF:            LEE GELERNT, ESQ.
                          ACLU IMMIGRANT RIGHTS PROJECT
                          125 BROAD STREET 18TH FLOOR
                          NEW YORK, NEW YORK 10004


FOR DEFENDANT:            SCOTT STEWART, ESQ.
                          SARAH B. FABIAN, ESQ.
                          U.S. DEPARTMENT OF JUSTICE
                          OFFICE OF IMMIGRATION LITIGATION
                          P.O. BOX 868
                          BEN FRANKLIN STATION
                          WASHINGTON, DC 20044


ALSO APPEARING:           EMILY BORK, ESQ.
                          SIRINE SHEBAYA, ESQ.
                          WILSON BARMEYER, ESQ.
                          STEVEN HERZOG,ESQ.
                          CATHERINE WEISS, ESQ.
```

```
 1      SAN DIEGO, CALIFORNIA – THURSDAY, MARCH 28, 2019 – 1:07 P.M.
 2                              *   *   *
 3           THE CLERK:  NO. 5 ON CALENDAR, CASE NO. 18CV0428,
 4   MS. L. VERSUS IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR A
 5   STATUS CONFERENCE.
 6           THE COURT:  GOOD AFTERNOON.
 7           I HAVE APPEARANCES INDICATED:  MR. GELERNT FOR MS.
 8   L.; SARAH FABIAN, SCOTT STEWART ON THE DEFENSE; EMILY BORK,
 9   WILSON BARMEYER ON THE DORA PLAINTIFFS; AND ZACHARY BEST ON
10   MMM.
11           THE CLERK:  SIRINE SHEBAYA, AND STEVEN HERZOG FOR
12   THE STEERING COMMITTEE, AND CATHERINE WEISS.
13           THE COURT:  CATHERINE WEISS, STEVEN HERZOG, AND
14   SIRINE SHEBAYA.  THANK YOU.
15           I HAVE READ THE STATUS REPORT.  THANK YOU VERY MUCH.
16   LOOKS LIKE THERE HAS BEEN A LOT OF PROGRESS MADE.
17           IT APPEARS OF THE 2,814 CLASS MEMBERS, POTENTIAL
18   CLASS MEMBERS AND THOSE DETERMINED TO HAVE FALLEN OUTSIDE OF
19   THE CLASS, THAT WE -- IS IT FAIR TO SAY THAT WE ARE DONE, THAT
20   EVERYONE HAS BEEN ACCOUNTED FOR?  AND FOR ALL PARENTS THAT ARE
21   WITHIN THE CLASS, THEY HAVE EITHER BEEN REUNIFIED, WAIVED
22   REUNIFICATION, AND THAT THEIR PREFERENCES HAVE BEEN STATED AND
23   MADE KNOWN?
24           MR. GELERNT?
25           MR. GELERENT:  THAT SEEMS RIGHT, YOUR HONOR.  I
```

MARCH 28, 2019

```
 1   THINK THERE MAY BE ONE OR TWO THAT WE ARE STILL LOOKING INTO
 2   AND WE WANT TO MORE CAREFULLY REVIEW THE GOVERNMENT'S STATUS
 3   REPORT.  BUT I THINK THAT IS BASICALLY RIGHT AT THIS POINT.
 4           THE COURT:  THOSE ONE OR TWO THAT YOU HAVE
 5   MENTIONED, ARE THOSE THE TWO WHERE THERE IS AN INDICATION THAT
 6   DUE TO COMPLEX REASONS THE COMMITTEE IS NOT PREPARED TO DO
 7   ANYTHING AT THIS TIME, OR ARE THEY DIFFERENT INDIVIDUALS?
 8           MR. GELERENT:  I THINK THOSE ARE -- THOSE ARE THE
 9   ONES WITH THE DEPORTED PARENTS, AND I CAN LET MR. HERZOG SPEAK
10   TO THAT MORE DIRECTLY.  BUT I THINK THAT IS RIGHT, WHERE THE
11   COMMITTEE IS NOT GOING TO OFFER A PREFERENCE AND THAT IS GOING
12   TO BE HANDLED BY THE CHILD AND CHILD'S ATTORNEY.  AND I
13   BELIEVE THAT THERE MAY BE THREE WITH A PARENT IN THE UNITED
14   STATES WHO HAS INDICATED INTENT NOT TO REUNIFY, AND WE ARE
15   STILL LOOKING INTO THAT.  BUT I THINK THAT IS BASICALLY WHERE
16   WE ARE.
17           MR. HERZOG:  YOUR HONOR, THIS IS STEVEN HERZOG.
18           JUST TO CLARIFY WITH RESPECT TO THE REMOVED DEPORTED
19   PARENTS.  YOU ARE CORRECT, THERE ARE TWO CASES THAT WE HAVE
20   NOT -- YOU KNOW, INDICATED IN THE REPORT THAT WE HAVE NOT
21   REPORTED A PREFERENCE ON AND WILL NOT BE ABLE TO.  AND THOSE
22   ARE BEING ADDRESSED SEPARATELY.
23           THERE IS ONE MORE CASE THAT IS IN OUR GROUP THAT WE
24   HAVE NOT REPORTED A PREFERENCE ON BECAUSE THAT PARENT, I
25   BELIEVE, IS SEEKING TO RETURN, SO SHE STILL HAS NOT REPORTED A
```

1  PREFERENCE FOR THAT REASON.
2          **THE COURT:**  YES.  OKAY.
3              I GUESS FROM THE GOVERNMENT'S PERSPECTIVE, MR.
4  STEWART, WOULD YOU -- IT SEEMS THAT THE GOVERNMENT HAS DONE
5  ALL IT CAN DO WITH RESPECT TO THOSE 2,814 INDIVIDUALS.  IS
6  THAT FAIR?
7          **MR. STEWART:**  I BELIEVE THAT IS CORRECT, YOUR HONOR.
8  I THINK WE ARE DOWN TO A VERY, VERY SMALL NUMBER OF REMAINING.
9  I THINK MR. HERZOG AND MR. GELERNT TOUCHED ON A COUPLE OF
10 THOSE.
11             I THINK IT MAY BE PERHAPS JUST A COUPLE LEFT -- A
12 COUPLE LEFT FOR RESOLUTION AND WE ARE READY AND ABLE TO CONFER
13 AND WORK TO RESOLVE THOSE.
14         **THE COURT:**  OKAY.
15         **MR. STEWART:**  IF I MISSPEAK AND MAYBE IT IS MORE
16 THAN A COUPLE, I AM SORRY.  IT IS DOWN TO A VERY, VERY LOW
17 NUMBER, AND WE WILL WORK TO COMPLETE THE TASK.
18         **THE COURT:**  YES.  OKAY.  THANK YOU.  THAT IS VERY,
19 VERY GOOD NEWS.
20             ON THE NEW GROUP OF INDIVIDUALS, DUE TO THE
21 REDEFINED CLASS, AT PAGE 9 THERE IS AN INDICATION THAT THE
22 PARTIES ARE WORKING THROUGH THIS ISSUE NOW.  AND PERHAPS I CAN
23 INQUIRE OF YOU, MR. STEWART.
24             CAN YOU INDICATE WHAT GENERALLY IS BEING DISCUSSED
25 AND WHAT IS CONTEMPLATED?  I UNDERSTAND THIS IS IN FLUX AND

MARCH 28, 2019

1  THINGS CAN CHANGE, BUT IS THERE KIND OF A GENERAL PROTOCOL
2  THAT IS TAKING SHAPE?
3       **MR. STEWART:**  I THINK THERE IS GOOD PROGRESS, YOUR
4  HONOR, ON DISCUSSING OPTIONS FOR PROCEEDING.  HOW BEST TO --
5  BEST ACCOUNT FOR FOLKS.  HOW TO BEST -- YOU KNOW, WE PROCEED
6  TO SIFT THROUGH AND IF WE WERE TO HAVE AN ACCOUNTING HOW MOST
7  EFFICIENTLY AND EFFECTIVELY TO DO THAT.  TO LOCATE MOST
8  EFFECTIVELY THOSE WHO ARE SEPARATED, GETTING THAT INFORMATION
9  OVER IN THE BEST WAY POSSIBLE.
10       MAKING SURE -- AS WE HIGHLIGHTED, I THINK, YOUR
11 HONOR, WE EXPRESSED -- WE THE GOVERNMENT EXPRESSED AN INTEREST
12 IF THERE ARE ANY PARENTS WHO DON'T HAVE CONTACT WITH THEIR
13 CHILD, DON'T KNOW WHERE THEIR CHILD IS, WE WANT TO KNOW OF
14 THOSE PARENTS RIGHT AWAY SO THAT WE CAN ADDRESS THOSE.
15       BUT I GUESS THAT IS KIND OF IN PROCESS, YOUR HONOR.
16 I AM SORRY IT IS NOT FURTHER ALONG, BUT WE ARE VERY CLOSE AND
17 WE THINK THAT WE CAN -- WE CAN HAVE MORE ON THAT, AS WE
18 STATED, QUITE SOON.
19       BUT I SPOKE WITH COMMANDER WHITE A BIT AGO AND HE,
20 OF COURSE, YOU KNOW, HAS SPOKEN TO SOME OF THE CHALLENGES
21 INVOLVED.  BUT HE IS LOOKING INTO THE MATTER AND WE ARE MOVING
22 THAT -- THAT FORWARD.
23       **THE COURT:**  ARE YOU ANTICIPATING THAT COMMANDER
24 WHITE, SIMILAR TO WHAT WE DID LAST TIME, WOULD TAKE CHARGE AND
25 COME UP WITH A PLAN AND THE RESOURCES, AND SET OUT IN DETAIL

```
 1   HOW THE GOVERNMENT WOULD GO ABOUT IDENTIFYING ALL OF THESE
 2   INDIVIDUALS?
 3            MR. STEWART:  I THINK, YOUR HONOR, IT IS -- I
 4   HAVEN'T FULLY FLESHED THAT PIECE OUT IN PART BECAUSE I THINK
 5   IT WILL BE AN IMPORTANT JOINT AGENCY EFFORT TO MAKE SURE THAT
 6   THE BEST -- THE BEST INFORMATION IS MOST EFFICIENTLY GATHERED
 7   AND DELIVERED.
 8            AND PART OF THE REASON IT IS TAKING SOME TIME IS
 9   JUST PUTTING THAT JOINT EFFORT INTO, YOU KNOW, SEEING HOW THAT
10   WOULD GO AND GETTING THAT GOING.  BUT I HOPE TO HAVE MORE --
11   SOMETHING MORE CONCRETE ON THAT SOON.
12            THE COURT:  MR. GELERNT, WHAT IS YOUR VIEW?
13            MR. GELERENT:  YES, YOUR HONOR.
14            WE BELIEVE THAT THE GOVERNMENT, I MEAN, I NOTE THAT
15   THE GOVERNMENT HAD SAID APRIL 5TH IN THEIR JOINT STATUS
16   REPORT.  AND, YOU KNOW, WE ARE -- I THINK THAT IS FINE IF IT
17   IS REALLY APRIL 5TH TO PRESENT YOU WITH A PLAN AND TO JUST
18   START MOVING ON THIS.
19            OUR UNDERSTANDING IS THAT THERE SHOULD BE
20   INFORMATION IN THE GOVERNMENT'S POSSESSION THAT THEY CAN START
21   RIGHT AWAY.  SO WE ARE HAPPY TO TALK WITH THEM AND EVERYTHING,
22   BUT FROM OUR STANDPOINT THEY OUGHT TO JUST GET GOING AND I
23   THINK PRESENT YOU WITH A PLAN APRIL 5TH OF HOW IT IS BEST
24   GOING TO WORK.
25            THE COURT:  MR. GELERNT, I GUESS YOUR VIEW WOULD BE
```

```
 1  TO WAIT AND SEE WHAT THE GOVERNMENT PROPOSES AND THEN YOU CAN
 2  MAKE A DETERMINATION WHETHER YOU AGREE OR HAVE ANY OBJECTION.
 3            MR. GELERENT:  I THINK THAT IS PROBABLY RIGHT, YOUR
 4  HONOR, AT THIS POINT, IF THE GOVERNMENT IS ACTUALLY GOING TO
 5  PRESENT SOMETHING TO US MIDWEEK OR APRIL 5TH.
 6            AND, YOU KNOW, AGAIN, WE DON'T CARE, NECESSARILY,
 7  ABOUT MICROMANAGING THE PROCESS AS LONG AS THERE ARE
 8  DEADLINES, SOME SORT OF DEADLINES, AND THE COURT IS -- AND WE
 9  CAN MONITOR WHAT'S GOING ON, AS WITH THE PRIOR PROCESS.
10            THE COURT:  ALL RIGHT.
11            AND, MR. STEWART, WHAT YOU ARE INDICATING, AM I
12  CORRECT, THAT BY APRIL 5 YOU WOULD HAVE A PROPOSAL WITH THE
13  NEXT STEPS.  AND I ASSUME THAT WOULD BE AN INDICATION AS TO
14  WHO IS IN CHARGE AND SETTING OUT THE PLAN FOR IDENTIFYING
15  THESE INDIVIDUALS, AND A PROPOSED TIMELINE OR AT LEAST
16  BENCHMARKS FOR VARIOUS TIMELINES.  IS THAT CORRECT?
17            MR. STEWART:  I THINK THAT THE HOPE WOULD BE
18  SOMETHING LIKE THAT, YOUR HONOR.  BUT IF I CAN BORROW FROM AN
19  IDEA THAT MR. GELERNT RAISED IN OUR CALL.
20            MR. GELERNT SAID THAT HE UNDERSTOOD, LOOK, THIS
21  INVOLVES -- THINGS WILL TAKE TIME AND IT MAKES SENSE TO -- I
22  THINK HE AGREED, AND WE WOULD SUGGEST, WHAT WE WANT TO DO, AS
23  WITH PRIOR EFFORTS, IS MAKE TANGIBLE PROGRESS.  AND EVEN IF WE
24  DON'T HAVE THE FULL LONG-TERM SOLUTION READY NEXT WEEK AT
25  LEAST HOPEFULLY WE CAN PRESENT, HEY, YOU KNOW, HERE IS A
```

```
 1   STARTING POINT HERE SO YOU CAN -- YOU, THE STEERING COMMITTEE,
 2   CAN GET MOVING ON THIS.
 3           AND THEN WE CAN -- IF WE DON'T HAVE THE FULLY
 4   FLESHED OUT PLAN HOPEFULLY WE WON'T BE TOO MUCH LONGER ON
 5   THAT.  BUT IF I TAKE THE INTEREST TO BE, HEY, LET'S START
 6   MAKING PROGRESS ONE WAY OR ANOTHER, I AM HOPING THAT WE CAN AT
 7   LEAST START HAVING THAT -- THAT MOVING BY NEXT WEEK.  IF I CAN
 8   GET A FULLER PLAN BY NEXT WEEK, WE WILL AIM TO DO THAT.
 9           **MR. GELERENT:**  YOUR HONOR, THIS IS MR. GELERNT.
10           JUST TO CLARIFY, JUST SO THERE IS NO
11   MISCOMMUNICATION.  I DON'T THINK WE WERE SAYING THAT THE
12   GOVERNMENT SHOULDN'T HAVE A FULL PLAN RIGHT AWAY, IT IS JUST
13   THAT WE SIMPLY SAID WE WILL TAKE INFORMATION ON A ROLLING
14   BASIS.
15           IF THEY ACCOUNT FOR THE FIRST 500 PARENTS IN THE
16   FIRST WEEK WE WILL TAKE THAT, WE DON'T NEED TO WAIT FOR THE
17   NEXT 500.  I THINK WE WILL JUST TAKE THE NAMES, THE CONTACT
18   INFORMATION, ON A ROLLING BASIS.  BUT I DO THINK THE PLAN
19   OUGHT TO BE FULLY FLESHED OUT IMMEDIATELY, AND WE WILL JUST
20   TAKE THE INFORMATION ON A ROLLING BASIS.
21           **MR. STEWART:**  I WILL SAY THAT IS THE FIRST TIME
22   HEARING OF THIS FROM MR. GELERNT, YOUR HONOR.  IT IS NOT WHAT
23   HE SAID TO ME ON THE PHONE A WEEK AGO.
24           WE DO APPRECIATE THE DESIRE FOR MOVING WITH
25   DISPATCH, AND THE GOVERNMENT WILL CONTINUE MOVING WITH
```

```
 1   DISPATCH.
 2           THE COURT:  ALL RIGHT.
 3           AND, MR. STEWART, AT THIS POINT THERE IS STILL -- IT
 4   IS STILL UNKNOWN HOW MANY PARENTS AND CHILDREN MAY BE
 5   INVOLVED, CORRECT?  YOU DON'T HAVE ANY ADDITIONAL INFORMATION.
 6           MR. STEWART:  THAT'S CORRECT, YOUR HONOR.
 7           THE COURT:  I ASSUME WHAT YOU KNOW IS WHAT WAS
 8   STATED IN THE INSPECTOR GENERAL REPORT.  IS THERE ANYTHING
 9   NEW?
10           MR. STEWART:  I THINK IT IS WHAT'S STATED IN THAT
11   REPORT, YOUR HONOR, AND AS FLESHED OUT BY SOME OF THE
12   DECLARATIONS THAT YOUR HONOR SAW IN SOME OF OUR BRIEFING IN
13   CONNECTION WITH THE CLASS DEFINITION MOTION WHERE WE KNOW JUST
14   SOME OF THE NUMBERS, SORT OF THE POTENTIAL BROAD NUMBERS.  BUT
15   WE DON'T HAVE -- I DON'T HAVE FURTHER DETAIL FOR YOU ON THAT.
16   THAT WOULD BE PART OF -- FINDING THOSE NUMBERS WOULD BE PART
17   OF THE EFFORT WE WOULD BE MAKING.
18           THE COURT:  OKAY. VERY GOOD.  WE WILL WAIT UNTIL
19   APRIL 5 AND THEN ADDRESS THE REMAINING ISSUES AT THE NEXT
20   STATUS CONFERENCE.
21           LET'S MOVE THROUGH THE REPORT.  EVERYTHING ELSE
22   LOOKS VERY GOOD.
23           ON THE CHILDREN AWAITING PLACEMENTS, THERE WAS A
24   LIST OF 22.  THAT LOOKS LIKE IT IS PROGRESSING SMOOTHLY.
25           IS THERE ANYTHING IN ADDITION THERE, MR. GELERNT?
```

```
 1   IT LOOKS LIKE THERE IS AN INDICATION THAT PLAINTIFFS HADN'T
 2   SUBMITTED ANY FOLLOW-UP REQUESTS WITH REGARD TO THE BALANCE OF
 3   THE CHILDREN.
 4           MR. GARRISON:  NOTHING, YOUR HONOR, AT THE MOMENT
 5   FOR THE COURT.
 6           THE COURT:  OKAY.
 7           ON THE CENTRALIZED DATA SYSTEM, THAT LOOKS LIKE,
 8   SIMILARLY, THERE HAS BEEN GOOD PROGRESS MADE.  AS I UNDERSTAND
 9   IT PLAINTIFFS AND SOME OF THE OTHER STAKEHOLDERS HAVE GIVEN
10   THEIR VIEW, THE GOVERNMENT IS TAKING THAT UNDER CONSIDERATION
11   AND IS PREPARED TO REPORT BACK AT THE NEXT STATUS REPORT.
12           IS THAT CORRECT, MR. STEWART?
13           MR. STEWART:  YES, YOUR HONOR.  WE ARE WORKING ON
14   THOSE CASES AND WE APPRECIATED THE COMMENTS ON THAT.  IT
15   HAS -- IT HAS TAKEN US A LITTLE TIME BUT WE ARE WORKING AND WE
16   WILL PLAN TO REPORT ON THAT.
17           THE COURT:  OKAY.  SO I GUESS I WOULD BE INTERESTED
18   IN LEARNING WHAT THE PROPOSALS ARE, BUT I THINK IT MAY -- WE
19   MAY BE BEST SERVED SIMPLY TO WAIT FOR THE NEXT STATUS REPORT
20   TO ALLOW THE PARTIES TO CONTINUE TO WORK THROUGH THAT.
21           ARE YOU ANTICIPATING, IN THE NEXT STATUS REPORT,
22   THAT YOU WOULD BE SETTING OUT THE PARTIES' PROPOSED
23   CENTRALIZED DATA SYSTEM, OR WHAT IS CONTEMPLATED IN THE NEXT
24   REPORT?
25           MR. STEWART:  I THINK IN THE NEXT REPORT, YOUR
```

```
 1   HONOR, WE PROBABLY WON'T HAVE -- I DON'T THINK WE WILL HAVE
 2   THE SYSTEM RESOLVED ACROSS THE BOARD.  I AM HOPING THAT WE
 3   WILL KIND OF HAVE SOME THINGS A LITTLE BIT MORE FLESHED OUT IF
 4   THERE ARE COMMENTS THAT WE CAN SAY, HEY, THERE ARE COMMENTS ON
 5   THIS ISSUE, WE HAVE ADDRESSED THIS, OR THOSE ARE -- I AM
 6   HOPING TO JUST HAVE MAYBE A LITTLE BIT OF MEAT ON THE BONES AS
 7   TO WHAT WE ARE TRYING TO ADDRESS OR COMMENT ON, JUST TO KIND
 8   OF INDICATE HOPEFULLY SOME PROGRESS IN RESPONSE TO THE
 9   COMMENTS.
10           **THE COURT**:  MR. GELERNT, ANYTHING IN ADDITION ON
11   THAT?
12           **MR. GELERENT**:  THAT SEEMS RIGHT, YOUR HONOR.  I
13   THINK HOPEFULLY WE CAN PRESENT YOU WITH SOMETHING AT THE NEXT
14   STATUS REPORT THAT AT LEAST GIVES YOU A SENSE OF THE DIRECTION
15   OF WHERE THERE MAY BE ISSUES THAT ARE GOING TO REQUIRE THE
16   COURT TO GET INVOLVED.
17           AND WHAT WE ARE TRYING TO WORK THROUGH IS NOT JUST
18   THE DATABASE BUT ALSO THE PROCESSES FOR FUTURE SEPARATIONS.
19   AS YOUR HONOR KNOWS WE ARE CONCERNED THAT SINCE THE COURT'S
20   ORDER THERE HAVE BEEN A SIGNIFICANT NUMBER OF SEPARATIONS.  SO
21   WHAT WE WOULD LIKE TO DO IS TRY TO WORK OUT WITH THE
22   GOVERNMENT WHAT THE PROCESS AND THE PROCEDURES ARE GOING TO
23   LOOK LIKE, AND SUBSEQUENT CRITERIA FOR FUTURE SEPARATIONS THAT
24   MAY OCCUR, ALONG WITH THE DATABASES.  SO WE ARE WORKING THAT
25   THROUGH.
```

1    BUT I THINK IN THE NEXT STATUS REPORT WE COULD GIVE
2    YOU A SENSE OF WHERE THINGS ARE HEADING AND WHERE THE PARTIES
3    MAY BE HITTING ROADBLOCKS.
4         **THE COURT:**  ON THE PROCESS FOR FUTURE SEPARATIONS
5    ARE YOU CONTEMPLATING, FOR EXAMPLE, THAT THERE WOULD BE SOME
6    KIND OF PROTOCOL OR CHECKLIST THAT PERSONNEL ON THE GROUND,
7    THROUGH CBP OR ICE, WOULD BE USING SO THAT THERE IS MORE
8    OBJECTIVE AND UNIFORM CRITERIA FOR SEPARATION?
9         **MR. GELERENT:**  I THINK THAT IS ONE OF THE THINGS
10   THAT WE ARE CONTEMPLATING, YOUR HONOR, AND TRYING TO GET AS
11   MUCH INPUT FROM AS MANY STAKEHOLDERS AS WE CAN, BOTH PEOPLE
12   WHO DEAL WITH CHILDREN'S ISSUES, FAMILY ISSUES, ALL OF THESE
13   TYPES OF ISSUES, BOTH IN THE IMMIGRATION CONTEXT AND OUTSIDE,
14   TO FIGURE OUT WHAT MAKES THE MOST SENSE, WHAT IS THE MOST
15   EFFICIENT, WHAT IS IN THE BEST INTEREST OF THE CHILD.  WHAT
16   THE GOVERNMENT CAN DO EFFICIENTLY AND HOW THAT WOULD WORK.
17   OBJECTIVE STANDARDS AND WHO WOULD BE MAKING THOSE DECISIONS
18   AND SOME PROCESS FOR A PARENT TO CONTEST THE SEPARATION.
19        **THE COURT:**  THAT WOULD BE EXCELLENT.
20        THEN ALSO I AM UNDERSTANDING, AS PART OF THIS
21   CENTRALIZED DATA SYSTEM, THAT THE PARTIES ARE WORKING ON A
22   MECHANISM NOT ONLY FOR THE VARIOUS AGENCIES TO COMMUNICATE
23   BETWEEN AND AMONG THEMSELVES SO THAT THEY KNOW AT ALL TIMES
24   WHERE THE PARENT AND CHILD ARE, BUT TO HAVE SOME KIND OF
25   PROTOCOL FOR THE REUNIFICATION OF PARENT AND CHILD SUCH THAT

```
 1   IF A PARENT IS IN CRIMINAL DETENTION SEPARATE FROM THE CHILD
 2   WHEN THAT PARENT RETURNS TO CIVIL DETENTION THERE WOULD BE
 3   SOME PROCEDURE OR MECHANISM BY WHICH THE FAMILY IS REUNITED.
 4           AM I CORRECT THAT THAT IS PART OF WHAT THE PARTIES
 5   ARE WORKING ON?
 6           MR. GELERENT:  THAT IS A CONCERN OF OURS, YOUR
 7   HONOR, AND WE WOULD LIKE TO HAVE THAT BE INCLUDED.  I THINK
 8   THE GOVERNMENT AGREES, BUT WE WILL DISCUSS THAT SPECIFICALLY
 9   WITH THEM.
10           THE COURT:  OKAY.  I DID SEE AT PAGE 12, I THINK IT
11   IS LINE 4 AND 5, ABOUT REUNIFICATION OPTIONS.
12           MR. STEWART:  YOUR HONOR, I THINK -- I AM NOT SURE
13   THAT THAT LAST ISSUE HAD BEEN RAISED WITH US.  I WOULD HAVE TO
14   GO BACK AND CHECK.  BUT I WILL -- WILL FIND IT.
15           PART OF THE REASON SOME OF THESE THINGS ARE TAKING
16   TIME IS THAT WE ARE DISCUSSING A BROADER RANGE OF ISSUES.  SO
17   WE WILL -- WE ARE READY TO CONTINUE TO -- ON THOSE.
18           THE COURT:  VERY GOOD.
19           MS. WEISS:  YOUR HONOR, THIS IS CATHERINE WEISS.  I
20   JUST WANT TO SPEAK UP AS A LEGAL SERVICE PROVIDER WHO HAS BEEN
21   INVOLVED IN TRYING TO RESPOND TO THIS PROCESS BECAUSE THEY ARE
22   THE ONES WHO ARE REPRESENTING THE CHILDREN WHO CONTINUE TO
23   SHOW UP IN FEDERAL CUSTODY WHO HAVE BEEN SEPARATED.
24           THE COURT:  YES.
25           MS. WEISS:  AND I THINK THAT IT IS REALLY IMPORTANT
```

1  THAT THE PROCESS ALLOW FOR ADEQUATE INFORMATION SHARING SO
2  THAT THE CHILDREN CAN MAKE INFORMED DECISIONS IN LIGHT OF
3  THEIR PARENTS' DECISIONS.  AND ALSO THAT THE CHILDREN HAVE AN
4  OPPORTUNITY, AS WELL AS THE PARENT, TO OBJECT TO A SEPARATION
5  IN SOME WAY.
6              SO WE ARE WORKING ON THOSE ISSUES, TOO.  I THINK
7  THAT THE PROCESS CONCERNS HERE ARE PRETTY SERIOUS AND THEY ARE
8  AND THERE IS CONSIDERABLE WORK TO DO TO GET THE PROCESSES THAT
9  ARE FAIR AND TRANSPARENT.
10             **THE COURT:**  OKAY.  THANK YOU.  I AGREE THAT THAT
11 SHOULD BE PART OF THE DISCUSSION.  AND WE WILL SIMPLY, AT THIS
12 JUNCTURE, ENCOURAGE THE PARTIES TO KEEP COMMUNICATING, MEETING
13 AND CONFERRING, AND HOPEFULLY ARRIVING AT A PROPOSAL THAT
14 ADDRESSES ALL OF THESE ISSUES IN THE NOT TOO DISTANT FUTURE.
15             ANYTHING ELSE ON THAT CENTRALIZED DATA SYSTEM, THAT
16 DISCUSSION, THAT AREA?  OKAY.
17             LET'S MOVE ON TO THE MMM.  EVERYTHING LOOKS TO BE IN
18 ORDER THERE.  I HAVE A JOINT PROPOSED ORDER, WHICH I HAVE
19 LOOKED AT AND WOULD SIGN AND FILE TODAY.  EVERYTHING ELSE
20 LOOKS LIKE IT IS WORKING OUT WELL.
21             IS THERE ANYTHING TO ADD THERE, MR. BEST?
22             **MR. BARMEYER:**  YOUR HONOR, THIS IS MR. BARMEYER FOR
23 THE DORA PLAINTIFFS.  MR. BEST IS NOT ABLE TO SPEAK UP, HE WAS
24 ON THE ROAD TODAY.
25             **THE COURT:**  OKAY.

MARCH 28, 2019

```
 1         MR. BARMEYER:  YEAH, WE HAD A MEET AND CONFER
 2  YESTERDAY WITH THE GOVERNMENT.  WE ARE WORKING COOPERATIVELY
 3  TO TRY TO NARROW THE DATA TO THE LIST OF INDIVIDUALS WHO ARE
 4  ENTITLED TO SETTLEMENT RELIEF, AND THEN DEVELOP A PLAN TO
 5  CONTINUE FOLLOW-UPS ON THAT.
 6         I THINK WE ARE MAKING GOOD PROGRESS.  THERE ARE
 7  LINGERING ISSUES THERE, BUT WE ARE WORKING COOPERATIVELY ON
 8  THOSE AT THIS TIME.
 9         THE COURT:  OKAY.
10         ANYTHING TO ADD, MR. STEWART?
11         MR. STEWART:  I DON'T THINK SO, YOUR HONOR, THAT --
12  NOTHING ELSE THERE.
13         THE COURT:  VERY GOOD.
14         I JUST SIGNED THE JOINT PROPOSED ORDER.
15         ARE THERE ANY OTHER ISSUES?  IF NOT, I THINK WE WILL
16  RECESS.  AND I WILL LOOK FORWARD TO THE APRIL 5 REPORT FROM
17  DEFENDANTS.  AND I WILL ISSUE ANOTHER ORDER HERE SHORTLY
18  SETTING OUT A FOLLOW-UP STATUS CONFERENCE AND BRIEFING, WHICH
19  I ANTICIPATE WILL OCCUR WITHIN A COUPLE OF WEEKS.
20         ARE THERE ANY OTHER --
21         MR. GELERENT:  YOUR HONOR --
22         THE COURT:  YES.
23         MR. GELERENT:  -- THIS IS MR. GELERNT.  I JUST
24  WANTED TO FLAG ONE ISSUE THAT WE ARE GOING TO BE RAISING IN
25  THE NEXT JOINT STATUS REPORT.  AND WE DON'T NEED TO GO INTO IT
```

1  NOW, I JUST WANTED TO GIVE THE COURT A HEADS-UP.
2              THIS CONCERNS THE PORTION OF THE SETTLEMENT THAT
3  ALLOWED PARENTS WHO HAD BEEN DEPORTED WITHOUT THEIR CHILDREN
4  TO SUBMIT THEIR CASES TO THE GOVERNMENT FOR CONSIDERATION FOR
5  THEM RETURNING TO THE UNITED STATES FOR AN ASYLUM HEARING AND
6  POTENTIAL REUNIFICATION.  AND WE DO NOT BELIEVE THAT THE
7  PROCESS HAS BEEN WORKING PROPERLY, AND SO WE INTEND TO SUBMIT
8  THAT TO THE COURT FOR DISCUSSION WITHIN THE NEXT JOINT STATUS
9  REPORT.
10             **THE COURT:**  OKAY.  SO YOU ARE GOING TO INCLUDE A
11 DISCUSSION IN THE NEXT STATUS REPORT TO BE ADDRESSED AT THE
12 FOLLOWING STATUS CONFERENCE?
13             **MR. GELERENT:**  YES, YOUR HONOR.
14             **THE COURT:**  OKAY.  AND I WILL JUST INVITE YOU TO
15 CONTINUE TO MEET AND CONFER WITH DEFENSE COUNSEL, AND SEE IF
16 YOU CAN WORK THROUGH THAT.  OTHERWISE WE CAN ADDRESS IT AT THE
17 NEXT STATUS CONFERENCE.
18             **MR. GELERENT:**  THANK YOU.
19             **MR. STEWART:**  THAT WOULD BE HELPFUL, YOUR HONOR.
20 MR. GELERNT HAS NOT RAISED THAT WITH ME, BUT I -- IT SOUNDS
21 LIKE I WILL EXPECT THAT HE WILL RAISE IT WITH THE GOVERNMENT
22 BEFORE THE NEXT STATUS CONFERENCE.
23             **THE COURT:**  YES.
24             **MR. STEWART:**  THANK YOU.
25             **THE COURT:**  OKAY.  ANYTHING ELSE?

MARCH 28, 2019

1  WELL, THANK YOU VERY MUCH.  I APPRECIATE THE STATUS
2  REPORT AND ALL OF THE GOOD WORK.  I THINK WE ARE REALLY MAKING
3  SOME TERRIFIC PROGRESS.  SO I WILL LOOK FORWARD TO THE
4  FOLLOW-UP BRIEFING AND THE NEXT STATUS CONFERENCE.
5  THANK YOU.
6  **MR. GELERENT:**  THANK YOU, YOUR HONOR.
7  **MR. STEWART:**  THANK YOU, YOUR HONOR.
8  **MS. WEISS:**  THANK YOU.

10  * * *
11  I CERTIFY THAT THE FOREGOING IS A CORRECT
    TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
12  IN THE ABOVE-ENTITLED MATTER.
13  S/LEEANN PENCE                              3/28/2019
    LEEANN PENCE, OFFICIAL COURT REPORTER    DATE

MARCH 28, 2019