JOSEPH H. HUNT
Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, *et al*,, <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al, <br><br> Respondents-Defendants. | Case No. 3:18-cv-0428 DMS MDD <br><br> **DEFENDANTS' PROPOSED EXPANDED *MS. L* CLASS IDENTIFICATION PLAN SUMMARY** |

In accordance with the Court's March 28, 2019 Order Setting Further Status Conference, ECF No. 391, Defendants hereby submit the attached Proposed Expanded *Ms. L.* Class Identification Plan Summary, and supporting declarations.

DATED: April 5, 2019                    Respectfully submitted,

                                        JOSEPH H. HUNT
            `                           Assistant Attorney General

                                        SCOTT G. STEWART
                                        Deputy Assistant Attorney General

                                        WILLIAM C. PEACHEY
                                        Director

                                        WILLIAM C. SILVIS
                                        Assistant Director

                                        */s/ Sarah B. Fabian*
                                        SARAH B. FABIAN
                                        Senior Litigation Counsel
                                        Office of Immigration Litigation
                                        Civil Division
                                        U.S. Department of Justice
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, DC 20044
                                        202-532-4824
                                        (202) 305-7000 (facsimile)
                                        Sarah.B.Fabian@usdoj.gov

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

      I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is Box 868, Ben Franklin Station, Washington DC 20044. I am not a party to the above-entitled action. I have caused service of the accompanying brief on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

      I declare under penalty of perjury that the foregoing is true and correct.

      DATED: April 5, 2019          *s/ Sarah B. Fabian*
                               Sarah B. Fabian

**PROPOSED EXPANDED *MS. L* CLASS IDENTIFICATION PLAN SUMMARY**

On March 8, 2019, the Court expanded the *Ms. L* class to include adult parents who entered the United States at or between ports of entry on or after July 1, 2017.  The Court has also instructed Defendants to put forth a potential plan for identifying the class members within the class expansion period of July 1, 2017, through June 25, 2018.

Defendants' proposed plan to identify potential *Ms. L.* class members within the class expansion period is explained in the attached declarations from Commander Jonathan White of the United States Public Health Service and Dr. Barry Graubard of the National Institutes for Health.

In short, Defendants would identify potential *Ms. L.* class members by identifying their children out of the total population of approximately 47,000 children discharged by the Office of Refugee Resettlement (ORR) during the class expansion period.  Defendants would attempt to streamline and accelerate identification of children of potential *Ms. L.* class members by using programmatic knowledge, data analysis, and statistical science to try as best as practicable to segment the population based on the probability that the child's parent is a *Ms. L.* class member.  If successful, segmentation would enable Defendants to prioritize children for manual reviews of ORR case management records, which would confirm whether the child was, in fact, separated from a parent who is a *Ms. L.* class member for the class expansion period.

The operational leads for the work would be:  Commander Jonathan White for the U.S. Department of Health and Human Services (HHS), Melissa Harper for U.S. Immigration and Customs Enforcement (ICE), and Jay Visconti for U.S. Customs and Border Protection (CBP). They would convene an inter-agency Data Analysis Team.  A senior biostatistician (likely Dr. Graubard from the NIH) would serve as the lead for the Data Analysis Team.

Within approximately four weeks of plan activation, Defendants anticipate that the Data Analysis Team would conduct a regression analysis of the possible children of potential class members for the original class period reported in the most recent Joint Status Report, ECF No. 388, using the approximately 12,000 children who were in ORR care on June 26, 2018 as a "training set" to develop a prediction model.  The Data Analysis Team would work to validate variables that may be predictive of a child having been separated from a parent (*e.g.*, the age of the child), and attempt to identify any additional demographic features of children separated from parents (as distinct from children who entered the United States without a parent).   Through validation, the team would develop a prediction model correlating relevant variables with increased likelihood of parental class membership.

Within approximately eight weeks of plan activation, Defendants anticipate that the Data Analysis team would begin using the prediction model to rank order the children among the population of approximately 47,000 for the class expansion period according to their probability of being children of potential *Ms. L.* class members.  They would then begin grouping the children into segments based on statistical probability of parental class membership.  Using this method, Defendants would begin targeting manual case file review on the higher-probability groups. In addition, representative samples would be taken from lower-probability groups to test them.

As children are identified as possible children of potential *Ms. L.* class members, Defendants would validate their status jointly.

Within approximately 12 weeks of plan activation, Defendants would begin consolidating information about any newly-identified possible child of a potential *Ms. L.* class member with information about the potential *Ms. L.* class member known to Defendants. Defendants would provide final, rolling lists to Class Counsel. The rolling lists would include basic information including the names and alien numbers of the children and their class member parents, and the parents' last known contact information.

Defendants estimate that identifying all possible children of potential *Ms. L.* class members referred to and discharged by ORR during the expansion period would take at least 12 months, and possibly up to 24 months. The time required to complete the work may be affected by at least three factors. The first is the efficacy of the initial prediction model and the outcomes of sampling of the lower-probability groups (which are not known at this juncture). The second is the pace of manual record review (which will depend on how many qualified contractors Defendants are able to hire and train for the Case File Review Team). The third factor is any meet-and-confer process that may occur after manual reviews for the initial, higher-probability groups are complete.

The primary benefit of Defendants' proposed plan is that, if successful, it would front-load the identification of potential Ms. L. class members and possibly lead to a reduction in the overall time required for manual review. For this reason, it is a more rational approach than a date-ordered or randomized manual review.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L., et al.<br><br>       Petitioners-Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>       Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>Hon. Dana M. Sabraw |

## **DECLARATION OF JONATHAN WHITE**

I, Jonathan White, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that my testimony below is true and correct:

1.    I am a Commander with the United States Public Health Service Commissioned Corps, and have served at the Department of Health and Human Services ("HHS") in three successive presidential administrations. I am presently assigned to the Office of the Assistant Secretary for Preparedness and Response ("ASPR"), and previously served as the Deputy Director of the Office of Refugee Resettlement ("ORR").

2.    The statements in this declaration are based on my personal knowledge, information acquired by me in the course of performing my official duties, information supplied to me by federal government employees, and government records.

3.    I am providing this declaration for use by the Defendants and the Court in *Ms. L. v. ICE*, No. 18-cv-428 (S.D. Cal.).

## **Background and Recommended Methodology**

4.    My understanding is that on March 8, 2019, this Court expanded the class in *Ms. L.* The class is now defined as: "All adult parents who entered the United States at or between designated ports of entry on or after July 1, 2017, who (1) have been, are, or will

1 | be detained in immigration custody by the DHS, and (2) have a minor child who has been,
2 | is or will be separated from them by DHS and has been, is or will be detained in ORR
3 | custody, ORR foster care, or DHS custody, absent a determination that the parent is unfit
4 | or presents a danger to the child." ECF No. 386. The same qualifications apply to the
5 | original and expanded classes. "[T]he class does not include migrant parents with criminal
6 | history or communicable disease, or those who are in the interior of the United States or
7 | subject to the EO." ECF No. 82.

8 |      5.     The Defendants have previously identified the children of potential *Ms. L.* class
9 | members who were in the care of ORR on June 26, 2018.  As I have previously explained,
10 | the process of identifying those children involved analysis of dozens of data sets from U.S.
11 | Customs and Border Protection (CBP) and U.S. Immigration and Customs Enforcement
12 | (ICE), manual review of approximately 12,000 individualized ORR case management
13 | records, and reconciliation with sworn testimony from the ORR grantees caring for the
14 | children. ECF No. 347-1. Ultimately, this process "was operationally feasible because the
15 | children were still in ORR custody, and ORR grantees were able to talk with them about
16 | separation and share the information with HHS." *Id.*

17 |      6.     HHS cannot use the exact same methodology to identify the children of
18 | potential class members for the class expansion period of July 1, 2017 through June 25,
19 | 2018 for three reasons. First, ORR has discharged the children in its care during the class
20 | expansion period, and thus lacks access to those children through grantees. Second, my
21 | current understanding is that CBP is likely not able to produce data sets for the time period
22 | before April 19, 2018, as CBP did not track parental separation data as a separate searchable
23 | data point prior to that time. Third, the sheer number of ORR case management records,
24 | covering approximately 47,000 children referred to and discharged by ORR during the class
25 | expansion period, would overwhelm ORR's existing resources were it to attempt a manual
26 | review of all records in date order. *See* Decl. of Jallyn Sualog, ECF No. 347-2.

27 |      7.     I have therefore sought to develop a methodology to try as best as practicable
28 | to streamline and accelerate the identification of potential *Ms. L.* class members in the class

expansion population by first identifying their children. To that end, I have consulted with Barry Graubard, Ph.D., who is a senior biostatistician for the National Institutes of Health (NIH), National Cancer Institute, Division of Cancer Epidemiology & Genetics, Biostatistics Branch. NIH is an operating division of the U.S. Department of Health and Human Services (HHS).

8.     Dr. Graubard has recommended pursuing a methodology that combines statistical analysis and manual review of ORR case management records. His recommendation is set forth in his declaration, which is attached as Exhibit A to the Proposed Expanded *Ms. L.* Class Identification Plan. In my testimony below, I explain how Defendants, based on the information known to them today, would likely implement Dr. Graubard's recommendation. I would serve as the HHS Operational Lead for Reunification for the implementation.

**Plan for Implementing Recommended Methodology**

9.     To implement Dr. Graubard's recommended methodology, Defendants would likely need to perform approximately 12 weeks of intensive data analysis before starting manual reviews. That is, Defendants would likely need 12 weeks to format the data, perform a regression analysis, and build a prediction model to segment and prioritize manual reviews of ORR case management records for the approximately 47,000 possible children of potential Ms. L. class members for the class expansion period. This approach would involve a series of steps, outlined below, that would be informed in real time by the data and would likely evolve as implementation progresses and the Defendants refine methods based on lessons learned.

*Within Approximately 4 Weeks of Plan Activation*

10.     HHS would first prepare a data set encompassing all children referred to ORR starting July 1, 2017, and discharged from ORR care prior to June 26, 2018.[1] I understand

---

[1] It is possible that some children referred to ORR care in early July 2017 would have entered the United States before July 1, 2017. Such children would not be potential children of possible *Ms. L.* class members.

3

1    that set to include approximately 47,000 children. *See* ECF No. 347-1.

2         11.    Defendants would then convene a Data Analysis Team, reporting to the HHS,

3    CBP, and ICE Operational Leads for Reunification, to conduct statistical analyses of the

4    data set.  A senior biostatistician (likely Dr. Graubard of the NIH) would serve as the Data

5    Analysis Team lead, reporting directly to the Operational Leads for Reunification.

6         12.    The Data Analysis Team would conduct a regression analysis of the possible

7    children of potential class members reported in the most recent Joint Status Report, ECF

8    No. 388, using the approximately 12,000 children who were in ORR care on June 26, 2018

9    as a "training set" to develop a prediction model.  The Data Analysis Team would work to

10   validate variables that may be predictive of a child having been separated from a parent

11   (*e.g.*, the age of the child), and attempt to identify any additional demographic features of

12   children separated from parents (as distinct from children who entered the United States

13   without a parent).    Through validation, the team would develop a prediction model

14   correlating relevant variables with increased likelihood of parental separation.

15        13.    We expect that the data will inform the development of the prediction model,

16   which will evolve in an iterative, stepwise manner.  During the process, the Data Analysis

17   Team may request additional data from HHS, CBP, or ICE as appropriate.

18        *Within Approximately 8 Weeks of Plan Activation*

19        14.    Once the Data Analysis Team lead determines that an initial version of the

20   prediction model is sufficient for use, the Data Analysis Team will apply it to the

21   approximately 47,000 children for the class expansion period, and rank order children

22   according to their probability of being children of potential *Ms. L.* class members.

23        15.    The Data Analysis Team would then stratify the approximately 47,000 children

24   for the class expansion period into "bands" or "segments" based on statistical probability of

25   parental class membership.    The Defendants would prioritize the highest-probability

26   segments for manual review of ORR case management records and any other relevant

27   information.

28

16.     Defendants would build and launch a team of contracted administrative staff to conduct manual reviews of ORR case management records, which are maintained on the UAC Portal.  This "Case File Review Team" would follow review protocols informed by the work conducted during the 2018 reunification. They would report to the HHS Operational Lead (who would work with the ORR career staff to train them).

17.     Once the manual review of the highest-probability segments begins, the Case File Review Team would begin preparing draft lists of possible children of potential *Ms. L.* class members and providing them to Defendants on a rolling, weekly basis.  HHS, CBP, and ICE would review and validate these lists jointly.

18.     While the Case File Review Team conducts manual review of the highest-probability segments of children, the Data Analysis Team would conduct statistical sampling of the lower-probability bands. The Case File Review Team would test the samples through blind, manual review to enable the Data Analysis Team to determine whether the sample contains any children of potential *Ms. L.* class members.  The outcome of the sampling process may result in adjustments to the variables, prediction model, or segments.  It may also inform the approach to manual case file review of the lower-probability bands.  If, for example, the samples yield no children of potential *Ms. L.* class members, then it may become appropriate for the parties to meet and confer on further streamlining.

*Within Approximately 12 Weeks of Plan Activation*

19.     HHS would review the discharge type and sponsor information in the UAC Portal to determine:  (i) the type of discharge that resulted in the child exiting ORR care; (ii) whether a potential *Ms. L.* class member is the child's sponsor of record; and (iii) the name, address, and relationship of the sponsor for each child of a potential *Ms. L.* class member who was discharged to an individual sponsor.

20.     Defendants would consolidate the HHS and DHS information into final, rolling lists, which DOJ would provide to Class Counsel.  Where available, the rolling lists would include the names and alien identification numbers for both children and their class member

1  parents; their dates of apprehension; the dates children were referred to and discharged from
2  ORR care, and the type of discharge; parent detention status; and last known parent contact
3  information.

4    *Total Time for Completion*

5    21. Jallyn Sualog, the Deputy Director for Children's Programs for ORR, testified
6  previously that it would likely take between 235 and 471 consecutive calendar days for 100
7  ORR analysts to manually review the ORR case management records for the approximately
8  47,000 children in ORR care during the class expansion period.  If Defendants were able to
9  hire qualified contractors, then I expect it would take at least the same number of
10 consecutive calendar days to perform the same work on a date-ordered or randomized
11 manual file review.

12   22. The goal of pursuing Dr. Graubard's recommended methodology is to identify
13 children of potential *Ms. L.* class members in the class expansion population in a faster and
14 more concentrated way than would occur through a date-ordered or randomized manual file
15 review.  The application of the methodology in this context is novel.

16   23. The time for completing the process using Dr. Graubard's recommended
17 methodology—including manual review of ORR case management records prioritized
18 through probabilistic segmentation—may vary for at least three reasons.  First, the efficacy
19 of the initial prediction model, and the outcomes of the sampling of the lower-probability
20 segments, are not known at this juncture. They are likely to drive the time for completion.
21 Second, the pace of the prioritized manual review will depend on the number of qualified
22 contractors that Defendants are able to identify and retain for the Case File Review Team,
23 as well as the speed with which Defendants are able to scale up the team, and the efficiencies
24 that may or may not materialize from having a dedicated group of professionals manually
25 reviewing case files over a period of months.  Third, any meet-and-confer process that
26 occurs after completion of the sampling phase could affect the time for completion.  Many
27 of these considerations are outside Defendants' control.

28

24. Given the complexity of the task and the variables and data known to Defendants at this time, a reasonable assumption is that it will take at least 12 months, and possibly up to 24 months, for Defendants to complete the process of identifying potential *Ms. L.* class members in the class expansion population through universal manual review. The primary benefit of pursuing Dr. Graubard's recommended methodology is that, if successful, it would front-load the identification of potential *Ms. L.* class members and possibly lead to a reduction in the overall time required for manual review.

Executed on April 5, 2019.

Jonathan White

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L., et al. | Case No. 18cv428 DMS MDD |
| Petitioners-Plaintiffs, | Hon. Dana M. Sabraw |
| vs. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents-Defendants. | |

## **DECLARATION OF BARRY GRAUBARD**

I, Barry I. Graubard, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that my testimony below is true and correct:

1.     I am a Senior Investigator in the Biostatistics Branch of the National Cancer Institute. *See* https://dceg.cancer.gov/about/staff-directory/biographies/A-J/graubard-barry (last visited April 5, 2019).  A copy of my curriculum vitae is attached as Exhibit 1.

2.     I have more than 40 years of experience conducting statistical methods research in biostatistics and survey sampling, and in collaborating with scientists on research in cancer epidemiology and other areas of epidemiology and public health. For example, I recently performed modeling to estimate the one-year probability that an individual would get oropharyngeal cancer based on various risk factors. The paper reporting this work has been submitted for publication to a peer-reviewed journal. The statistical techniques used in this study were regression modeling and cross validation.

3.     I have also used other regression methods such as Cox proportional hazard regression to predict length of survival (e.g., among liver transplant recipients based on patient characteristics and clinical risk factors).

4.     The statements in this declaration are based on my personal knowledge, information acquired by me in the course of performing my official duties, information supplied to me by federal government employees, and government records.

5.     I am making this declaration for use in *Ms. L. v. U.S. Immigration and Customs Enforcement*, No. 18cv428 (S.D. Cal.).

6.     I understand that on March 8, 2019, the Court in *Ms. L.* modified the class definition. The class now includes:  "All adult parents who entered the United States at or between designated ports of entry on or after July 1, 2017, who (1) have been, are, or will be detained in immigration custody by the DHS, and (2) have a minor child who has been, is or will be separated from them by DHS and has been, is or will be detained in ORR custody, ORR foster care, or DHS custody, absent a determination that the parent is unfit or presents a danger to the child."  ECF No. 386. I further understand that the modified class is subject to the same qualifications as the original certified class, and that as a result, it is still the case that "the class does not include migrant parents with criminal history or communicable disease, or those who are in the interior of the United States or subject to the EO."  ECF No. 82.

7.     Commander Jonathan White of the United States Public Health Services has asked me to recommend a statistical methodology to try to streamline and accelerate the identification of the children of *Ms. L.* class members who were referred to and discharged by ORR during the class expansion period of July 1, 2017 through June 25, 2018, and to advise an inter-agency Data Analysis Team that would seek to implement the methodology. My understanding is that approximately 47,000 alien children were referred to and discharged by ORR during that period. An optimal statistical methodology would enable ORR to prioritize manual record reviews for the approximately 47,000 children based on the probability that the child's parent is a *Ms. L.* class member.

8.     I will refer to the approximately 47,000 children who were referred to and discharged by ORR during the class expansion period of July 1, 2017 and June 25, 2018 as the "test set."

9.    I will apply two assumptions to promote an inclusive and through review. First, I will assume that any alien child who was apprehended by the U.S. Department of Homeland Security (DHS) at the southern border together with a parent, and who was referred to ORR care by DHS, was possibly separated from the parent by the federal government. Second, I will assume that any alien child who was referred to and discharged by ORR during the class expansion period is a child of a potential *Ms. L.* class member. These assumptions can be expected to include many children who were not separated from their parents, but will promote a thorough review.

10.    Based on these assumptions, I recommend using an empirically-determined model to try to predict the probability for each child that a parent accompanied the child before he or she was referred to ORR care. These probabilities would be used to group children from the test set into strata based on the probability that a parent is a potential class member. A separate Case File Review Team would then review the ORR case management records for the children in the test set. The records of the children in the strata with the highest probabilities would be reviewed before strata with lower probabilities, thereby identifying more children of class members in the test set in a speedier fashion.

11.    I recommend that the Data Analysis Team seek to develop a prediction model by analyzing data for the approximately 12,000 children in ORR care as of June 26, 2018 (the "training set").  I understand that at this point, the government knows which children in the training set were children of potential *Ms. L.* class members.  *See* Joint Status Report, ECF No. 388.  By analyzing the data associated with these children, the Data Analysis Team would seek to identify common independent variables that together would provide a framework for rank ordering other children by the likelihood that their parent is a *Ms. L.* class member. The list of potentially relevant independent variables would include:

- Child age, because tender-age and young children are more dependent on parents than older children, and may therefore be more likely to travel with parents than with other adults or children;

- The referring U.S. Customs and Border Protection ("CBP") Sector, because I understand that at least one CBP sector is alleged to have conducted a pilot program involving increased rates of referrals for prosecutions of immigration law violations;

- Sibling information, because younger children who are not in sibling groups may have a higher probability of having been separated than younger children accompanied by older siblings;

- ORR discharge type, because discharge to a family member other than a parent, or discharge type other than release to an individual sponsor, might correlate with a higher probability of a child having been separated from a parent;

- Appearance of the word "separated" or "separation" in text box data fields on the ORR Portal corresponding with either the initial assessment of the child or a Significant Incident Report; and

- Inclusion on any informal tracking list of separated children that ORR created during the class expansion period.

12.     To develop a prediction model, the Data Analysis Team would analyze the training set data with statistical analysis software. If the software proposes multiple models, then the Data Analysis Team would apply a statistical method known as cross validation to identify the most appropriate model to predict parental class membership within a given subset of the training set.

13.     Once the most appropriate model is identified, the Data Analysis Team would try to apply it to the available data for the test set of approximately 47,000 children referred to and discharged by ORR between July 1, 2017 and June 25, 2018. By applying the predictive model to the test set, the Data Analysis Team would identify the children in the test set who are more likely to have parents who are *Ms. L.* class members. As noted above, the use of the model in this way would enable the Data Analysis Team to organize the test set into strata according to increasing probability of parental class membership, to prioritize manual case file review.

14.     As the Data Analysis Team applies the prediction model to the test set, the process may result in refinements to the model and segments themselves. For example, if the Case File Review Team positively identifies children of potential *Ms. L.* class members within a lower-probability band of the test set, this may result in the Data Analysis Team updating the variables it considers as part of its model.

15.     The feasibility of this statistical method may turn on the availability, format, and comprehensiveness of the data for the children. Assuming, however, that the data is sufficient, the statistical method that I have described is a more rational approach than a date-ordered or randomized manual record review of the test set.  If successful, it would front-load the identification of potential *Ms. L.* class members.  It is possible that it could also reduce the overall time required for manual review.

Executed on April 5, 2019.

_____

Barry I. Graubard

**EXHIBIT 1**

# CURRICULUM VITAE

**Name**: Barry Ira Graubard                                     January 15, 2019

**Work Address**: Biostatistics Branch
                    Division of Cancer Epidemiology and Genetics,
                    National Cancer Institute
                    9609 Medical Center Drive RM 7-E140 MSC 9780
                    Bethesda, MD 20892-7354
                    Phone: (240) 276-7316; Fax: 240-276-7838
                    E-mail:graubarb@mail.nih.gov

**Citizenship:**  United States

**Education**:

| | |
|---|---|
| 1968 | High School Graduation, Groveton High School, Alexandria, VA |
| 1968-1970 | (68 Semester Hours, Major: Chemistry and Mathematics) Rensselaer Polytechnic Institute, Troy, New York |
| 1972 | B.S. (Major in Mathematics, Minor in Physics) University of Maryland, College Park, MD |
| 1974 | M.A. (Mathematics, Area: Statistics and Probability) Department of Mathematics University of Maryland, College Park, MD |
| 1991 | Ph.D. (Mathematical Statistics) Department of Mathematics, University of Maryland, College Park, MD |

**Other Training**:

| | |
|---|---|
| 1977-1979 | (12 Semester Hours) Survey Sampling and Biostatistics, George Washington University, Washington, DC |

**Employment**:

| | |
|---|---|
| 1972-1976 | Graduate teaching assistant in the Department of Mathematics, University of Maryland at College Park |
| 1977-1980 | Mathematical Statistician, National Center for Health Statistics |
| 1980-1981 | Mathematical Statistician, Alcohol Drug Abuse and Mental Health Administration |
| 1981-1989 | Mathematical Statistician, National Institute of Child Health and Human Development, Biometry Branch |

| | |
|---|---|
| 1989-1996 | Senior Researcher, National Cancer Institute, Biometry Branch, Clinical and Diagnostic Trials Section |
| 1996-1997 | Acting Chief Biostatistical Methodology and Cancer Control Section, National Cancer Institute, Biometry Branch |
| 1997-1999 | Senior Associate, Department of Biostatistics, Johns Hopkins University, taught a semester course "Analysis of Health Surveys" |
| 2001-2002 | Guest Lecturer, Department of Mathematics, University Maryland, taught a one semester workshop entitled "Analysis of Health Surveys" |
| 1997-pres | Senior Investigator, Title 42, National Cancer Institute, Biostatistics Branch. |

**Membership in Professional Societies**:

| | |
|---|---|
| 1977-pres | American Statistical Association |
| 1977-pres | Washington Statistical Society |
| 1980-pres | International Biometric Society Eastern North American Region (ENAR) |
| 2010-pres | American Association for the Advancement of Science |

**Selected Committee and Board Membership**:

| | |
|---|---|
| 1988-1990 | ENAR Biometrics Society Regional Advisory Board |
| 1991-1994 | Washington Statistical Society Public Health and Biostatistics Program Chair |
| 1994-1995 | American Statistical Association Biometrics Section Program Chair |
| 1994-1997 | American Statistical Association Continuing Education Advisory Committee |
| 1994 | American Statistical Association ad hoc committee to review candidates for travel awards to 50th Session of the International Statistical Institute, 1995 |
| 1997-2001 | American Statistical Association, Survey Methods Research Section, Chair, Continuing Education Committee |
| 1998-2001 | ENAR Biometrics Society Regional Committee |
| 1998-1999 | NCI Surveillance Implementation Group |

1999-01     Ad hoc ENAR Biometrics Society Membership Committee

1999-pres   Federal Committee on Statistical Methodology

2000        Chair of Search Committee for tenure track / tenure research mathematical
            statistician, Biometry and Mathematical Statistics Branch, National
            Institute of Child Health and Human Development, NIH

2000-pres   Program Committee for Federal Committee on Statistical Methods
            Research Conference

2001-02     Program Committee for ENAR Biometrics Society 2002 Spring Meeting

2001        Chair of Search Committee for tenure track / tenure research mathematical
            statistician,  Biometry and Mathematical Statistics Branch, National
            Institute of Child Health and Human Development, NIH

2001-04     United Nations Committee and contributor to UN Technical Report on the
            Analysis of Operating Characteristics of Surveys in Developing Countries.

2003-07     Editorial Board of the JNCI Cancer Spectrum

2004        Member of the National Children's Study Sampling Design Workshop,
            March 21-22.

2004        Institute of Medicine Workshop on Estimating the Contribution of Lifestyle-
            Related Factors to Preventable Death Dec. 13-14; presented "Calculating the
            number of deaths attributable to risk factor using national survey data."

2005-06     Co-Program Chair of Section on General Methodology, American
            Statistical Association, 2006 Joint Statistical Meetings

2005-10     Advisory Board for the University of Minnesota Integrated Health Interview
            Series Project

2005        Expert Advisory Group to advise Harvard U on statistical methods for
            combining data from multiple surveys for developing measures of the
            diffusion and use of health information technology

2006- 08    ENAR Education Advisory Committee

2007-09     Chair of the American Statistical Association Committee on the Award of
            Outstanding Statistical Application

2007-08     Chair of the Division of Cancer Epidemiology and Genetics Committee on
            Scientists

| | |
|---|---|
| 2009 | Chair Elect of the Biometric Section, American Statistical Association |
| 2009 | Member Expert Panel on the Redesign of the National Crime Victimization Survey |
| 2009-10 | DCEG Technical Evaluation of Protocols Committee |
| 2009-10 | Member of  Selection Committee for Committee of Presidents Statistical Societies (COPSS) Snedecor Award |
| 2010-11 | Chair, Selection Committee for COPSS Snedecor Award |
| 2009-10 | Member of Selection Committee for Biometrics Section, American Statistical Association, David P Byar Award |
| 2011 | Chair Selection Committee for Biometrics Section, American Statistical Association, David P Byar Award |
| 2009-10 | DCEG Technical Evaluation of Protocols Committee |
| 2011 | Chair of Search Committee for tenure track / tenure research biostatistician/ statistician, Radiation Epidemiology Branch, NCI |
| 2011-2012 | DCEG Technical Evaluation of Protocols Committee |
| 2011-pres | Member of DCEG Promotion and Tenure Review Panel |
| 2013 | Reviewer for the American Statistical Association, National Science Foundation and Bureau of Labor Statistics Fellowship Program http://www.amstat.org/careers/pdfs/ASANSFBLSFellowshipProgram.pdf |
| 2013 | Reviewer for proposal to the Luxembourg National Research Fund (FNR) INTER MOBILITY programme. |
| 2014-17 | Washington Statistical Society Morris Hansen Lecture Committee |
| 2014-15 | Member of the Committee of Presidents of Statistical Societies (COPSS) Elizabeth L. Scott Award Committee |
| 2016-17 | Chair, Committee of Presidents of Statistical Societies (COPSS) Elizabeth L. Scott Award Committee |
| 2014-17 | Committee of Representatives to American Association for the Advancement of Science (AAAS) |
| 2015 | Patient-Centered Outcomes Research Institute (PCORI) Obesity |

Observational Research Initiative Merit Review Panel

2017     Panel member of FDA Public Workshop on Abuse-Deterrent Opioids in Silver Spring, Md, July 10-11, 2017

2018-20   American Statistical Association Committee on Fellows


**Editorial Boards**

1997-pres  Statistical Editor, Journal of the National Cancer Institute

2008-14    Editorial Board ASA/SIAM Book Series

2008-pres  Associate Editor, Annals of Applied Statistics


**Selected Lectures and Presentations**:

1993   Invited Presentation, The Biometric Society-ENAR Spring Meetings, Philadelphia, PA, Statistical Validation of Intermediate Endpoints for Chronic Diseases."

1994   Invited Presentation, The Drug Information Association, Washington, DC, "Regression Analysis of Clustered Data."

1995   Invited Presentation, The Joint Statistical Meetings of the American Statistical Association, Orlando, FL, "Analysis of Population Based Case-Control Studies with Controls Selected from a Survey."

1996   Invited Presentation, Bureau of Medical Devices, Food and Drug Administration, "Analysis of Clustered Data."

1997   Invited Presentation, Department of Mathematics, University of Maryland, "Variance Estimation for Superpopulation Parameters"

1999   Invited Presentation, Department of Statistics, Texas A&M University, Variance Estimation for Superpopulation Parameters.

1994  Invited Lecturer Cancer Prevention and Control Fellowship Course, NCI,
-2006 "Analyzing Health Surveys: Accounting for the Sample Design."

2000  Keynote Speaker, The 2000 Statistical Science Awards Ceremony, Centers for Disease Control and Prevention, Atlanta, GA, "Statistical Issues in Analyzing Health Surveys: Applications to Cancer Studies."

2001  Invited lecturer at the University of Maryland, Department of Mathematics, College Park, to teach fall semester workshop "Analysis of Health Survey Data" (Course: STAT 798A section 0104) ; meets one day a week for 1.5 hours.

2002  Invited presentation Joint Statistical Meetings, "Issues in Design-based Weighted Analysis of Survey Data"

2002  Invited 1-day course "Analysis of Complex Survey Data with Applications to Health Surveys" for the Statistics Canada 2002 Methodology Symposium on Modeling Survey Data for Social and Economic Research

2003  Invited tutorial at 2003 Spring ENAR Meeting: "Sample Survey Methods for Biostatisticians"

2003  Invited discussant at 2003 Spring ENAR Meeting "Sampling methods for selecting population controls"

2003  Invited speaker at Westat methodology seminar 'Estimating of Variance Components using Survey Data."

2004  Invited Short Course at Eleventh Annual Spring Research Conference, "Analysis of Complex Surveys."

2004  Invited presentation Joint Statistical Meetings, "Development of statistical methods to analyze complex health surveys for epidemiologic studies: Some methods and applications."

2004  Invited presentation at Harvard University School of Public Health, "Analyzing Survey Data: Estimation of population attributable risk and population variance components."

2004  Invited Discussant for Distinguished Lecture by Chris Skinner for Joint Program in Survey Methodology, University of Maryland, "Other Issues in Modeling Survey Data."

2005  Invited presentation University of Maryland School of Medicine, Baltimore, "Statistical issues in analyzing health surveys: application to cancer and mortality studies."

2005  Invited Discussant for Distinguished Lecture by Alastair Scott for Joint Program in Survey Methodology, University of Maryland, "Discussion of population-based case-control studies."

2006  Invited presentation Spring ENAR Meeting, Tampa, Fla. "Using national surveys to estimate the number of deaths attributable to a risk factor"

2006  Special Contributed Panel Session  presentation Joint Statistical Meetings, Seattle, WA, "Finite population vs. superpopulation inference in sample surveys:  How big is the difference?"

2006  Invited presentation Statistics Canada Symposium 2006, Ottawa, Canada, "Using national surveys to estimate the number of deaths attributable to a risk factor"

2006 Invited short course for the International Biometrics Conference, Montreal, Canada, "Analysis of Health Survey: Sample Survey Methods for Biostatisticians"

2007  Invited panel member of "Role of biostatisticians in policy issues" for the Spring ENAR Meeting, Atlanta, GA.

2007 Invited presentation at Mathematica, "To weight or not to weight"

2008  Invited presentation Joint Statistical Meetings, Denver, Colorado "Application of Peters-Belson  to estimation of disparities."

2009  Invited presentation for Conference in Honor of Joseph Gastwirth, George Washington University, Washington, DC, " The use of the risk percentile curve in the analysis of epidemiologic data."

2009  Invited presentation for Joint Statistical Meetings, Washington, DC, "Use of Statistics at the Centers for Disease Control and Prevention and National Cancer Institute: Estimation of the numbers of all-cause and cause-specific deaths associated with body weight."

2011  Invited presentation Department of Statistics, George Washington University,"Conditional logistic regression with survey data."

2011  Invited presentation National Center for Health Statistics, "Conditional logistic regression with survey data."

2013  Invited presentation National Institute of Environmental Health Sciences, "Conditional logistic regression with survey data."

2013  Invited presentation, Scholars Summer at Census, US Census Bureau, "Conditional logistic regression with survey data."

2013 Invited presentation for Fall Outreach Symposium for the International Year of Statistics at the Bureau of Labor Statistics, "Estimating sibling recurrence risk in population sample surveys."

2014  Invited presentation Statistical Society of Canada 2014 Annual Meeting,

Toronto, "Estimating sibling recurrence risk in population sample surveys."

2018 Invited presentation at the 2018 Joint Statistical Meetings, "Population-Based Disease Risk Prediction Modeling Using National Survey, Clinical, and Registry Data: Application to Risk Prediction for Oropharyngeal Cancer in the US Population." Vancouver, Canada

2018 Invited Talk George Washington University, School of Public Health, "Statistical and Epidemiological Challenges in Utilizing the National Health and Nutrition Examination Survey (NHANES) Assessment of Oral Human Papillomavirus (HPV) Infection to Study Risk of HPV Infection and of Oropharyngeal Cancer in the US.", Washington, DC

**Recent Grants**

Unpaid Collaborator
*"Trends in Socioeconomic Position and Diet Relationship"* CA108274  PI: Kant, Ashima, Queens College, NY  July, 2004 to June, 2007

Unpaid Collaborator
*"SNP-based pseudo-semiparametric inference for the case-control studies"* NIH-U01CA159424, National Institutes of Health PI: Li, Yan, University of Maryland, College Park, MD, September, 2011 to August, 2013.

Unpaid Collaborator
*"Semiparametric inference for case-control studies with complex sampling"* NIH 8513069, National Institutes of Health PI: Li, Yan University of Maryland, College Park, MD, September 24, 2013 to August 31, 2014.

**Teaching Experience:**

1972-76 Graduate Teaching Assistant – Conducted recitation classes for undergraduate courses in college algebra, calculus, linear algebra, and was a lecturer for introductory statistics course (STAT 100) for non-mathematics majors.

1980    Lecturer for a one semester undergraduate course in elementary probability and Stochastic processes for non-mathematics majors in Department of Mathematics, University of Maryland.

1997    Adjunct Professor at Johns Hopkins University Department of Biostatistics where I taught a one semester graduate course entitled "Analysis of Health Survey Data"

2001    Invited lecturer at the University of Maryland, Department of Mathematics, College Park, to teach fall semester workshop "Analysis of Health Survey Data" (Course: STAT 798A section 0104); met one day a week for about 1.5 hours**.**

2002    Invited 1-day course "Analysis of Complex Survey Data with Applications to Health Surveys" for the Statistics Canada 2002 Methodology Symposium on Modeling Survey Data for Social and Economic Research.

2003    Invited tutorial at 2003 Spring ENAR Meeting: "Sample Survey Methods for Biostatisticians"

2004    Invited Short Course at Eleventh Annual Spring Research Conference, "Analysis of Complex Surveys."

2006    Invited short course for the International Biometrics Conference, Montreal, Canada, "Analysis of Health Survey: Sample Survey Methods for Biostatisticians"

2015    Co-taught "Statistical Methods for Analysis of Complex Samples in Public Health" at University of Maryland, College Park, MD, course number SURV 699N for the Joint Program in Survey Methods.

**Primary Mentor:**

NCI Post-Doctoral Fellows:

Dr. Sowmya R Rao, 2002-2004, presently Associate Professor at the University of Massachusetts Medical School, Worchester, MA and Senior Statisticians in the Center for Health Quality, Outcomes and Economic Research (CHQOER) in the Veterans Administration Health Services Research and Development Service

Dr. Yan Li, 2006-2008, presently Associate Professor at the Joint Program of Survey Methods, University of Maryland, College park, MD

Dr. Sonya Heltshe 2008-2009, presently Assistant Professor and Senior Statistician at Seattle Children's Hospital, Seattle WA Center for Clinical and Translational Research

Dr. Victoria Landsman 2009-2011, presently Scientist & Biostatistician at Institute for Work and Health and Adjunct Professor at University of Toronto, Assistant Professor.

Dr. Orestis Panagiotou 2015-2016, presently Assistant Professor of Health Services, Policy and Practice (Research) at Brown University.

Dr. Noorie Hyun 2016-2017, presently Assistant Professor, Medical College of Wisconsin, Institute for Health & Equity, Division: Biostatistics Program

Dr. Marlena Maziarz 2017-2018, presently Assistant Professor, Lund University, Sweden.

Dr. Gregory Haber 2018- present.

**Co-Advisor for Ph.D. Candidates:**

Blossom H Patterson, Doctoral Dissertation (1998): "Latent Class Analysis of Sample Surveys," College of Education, Department of Measurement and Statistics, University of Maryland.

Dewei She, Doctoral Dissertation (2010): "Genetic Association Studies Using Complex Survey Data," Department of Statistics, George Washington University.

Wenliang Yao, Doctoral Dissertation (2012): "Estimation of ROC Curve with Complex Survey Data", Department of Biostatistics, George Washington University.

Cong Wang, Doctoral Dissertation (2017): "Analysis of Familial Aggregation Using Recurrence Risk for Complex Survey Data", Department of Statistics, George Washington University.

April D. Kidd, Doctoral Dissertation (2017): "Mammography Utilization in African American Women", School of Nursing, Duquesne University.

Lingxiao Wang, Doctoral Dissertation (currently), Topic: Making cohort studies representative of the US population using weighting methods, Dept. of Joint Program of Survey Methodology, University of Maryland

Yan Liu, Doctoral Dissertation (currently), Topic: Generalized Score Test for Complex Sample Data, Dept. of Statistics, George Washington University.

**Ph.D. Dissertation Committees:**

Dr. Blossom H Patterson, Dept. of Measurement, Statistics and Evaluation, University of Maryland, College Park
Dr. Tara Vogt, Dept Epidemiology, Yale University
Dr. Steven Moore, Dept Epidemiology, Yale University
Dr. Leah M Ferrucci, Dept Epidemiology, Yale University
Dr. Jianzhu Li, Dept. JPSM, University of Maryland, College Park.
Dr. Santanu Pramanik, JPSM, University of Maryland, College Park.
Dr. Hiroyuki Hikawa, Dept. of Statistics, George Washington University
Dr. Wenliang Yao, Dept. of Biostatistics, George Washington University
Dr. Cong Wang, Dept. of Statistics, George Washington University. Title: Analysis of Familial Aggregation using Recurrence Risk for Complex Survey Data. 10/2017
Dr. April D. Kidd, School of Nursing, Duquesne University. Title: Mammography Utilization in African American Women. 11/2017

Dr. Xia Li, Dept. Mathematics, University of Maryland, College Park. Title: Misspecified Weights in Weight-Smoothing Methods. 1/2018

**Research Interests:**

Design and Analysis of Complex Surveys and Epidemiologic Studies
Statistical Methods for Design and Analysis of Epidemiological Studies
Analysis and Design of Cluster Randomized\Community Studies and Nonrandomized Evaluation Studies
Classification and Discriminant Analysis
Population Genetics and Genetic Epidemiology

**Reviewer for Selected Journals**:

American Journal of Clinical Nutrition
American Journal of Epidemiology
American Journal of Public Health
Annals of Applied Statistics
Biometrics
Biometrika
Controlled Clinical Trials
Epidemiology
Journal of the American Statistical Association
Journal of the American Medical Association
Journal of Clinical Epidemiology
Journal of the National Cancer Institute
Statistics in Medicine
Survey Methodology
Journal of Official Statistics
Journal of the National Cancer Institute
Journal of the American Medical Association
New England Journal of Medicine

**Honors and Awards:**

| | |
|---|---|
| 1987 | Quality Step Award, NICHD |
| 1990 | Snedecor Award - Presented by the American Statistical Association and the Biometric Society |
| 1999 | NCI Special Service Award of $5,000 for statistical leadership on the ASSIST Evaluation |
| 1999 | NIH Merit Award for fundamental contributions to statistical methods for survey studies, and exemplary collaborations in the analysis and interpretation of survey data. |
| 2000 | NIH Merit Award for extraordinary efforts in developing a conceptual framework and evaluation design for the American Stop Smoking Intervention Study (ASSIST) |

| | |
|---|---|
| 2000 | Elected Fellow of the American Statistical Association |
| 2001 | Division of Cancer Epidemiology and Genetics, NCI Mentor of the Year Award |
| 2004 | NIH Merit Award for consistent and high-quality effort work on the National Health Interview Survey and the California Health Interview Survey |
| 2006 | Charles C Shepard Science Award for Assessment and Epidemiology presented for scientific excellence by the publication of Excess deaths associated with underweight, overweight, and obesity, JAMA 2005; 293:1861-1867. |
| 2009 | NIH Merit Award for excellence in the measurement, analysis, and release of nationally representative data concerning serum biomarkers from the insulin-like growth factor axis. |
| 2010 | NCI Mentor of Merit Award for excellence in mentoring post and pre-doctoral fellows |
| 2013 | AAAS Fellow of Statistics Section |
| 2015 | NCI Group Merit Award: NCI Select Agents and Hazardous Biological Materials Search |
| 2018 | NCI Mentor Award |

BIBLIOGRAPHY

Barry Ira Graubard

1. Eckardt MJ, Ryback RS, Rawlings RR, Graubard BI. Biochemical diagnosis of alcoholism: a test of the discriminating capabilities of gamma-glutamyl transpeptidase and mean corpuscular volume. *JAMA* 1981;246:2707-10.

2. Rawlings RR, Rae DS, Graubard BI, Eckardt MJ, Ryback RS. A methodology for the construction of a multivariate diagnostic instrument: an application to alcohol abuse screening. *Comput Biomed Res* 1982;15:228-39.

3. Eckardt MJ, Graubard BI, Ryback RS, Gottschalk LA. Pretreatment consumption as a predictor of posttreatment consumption in male alcoholics. *Psychiatry Res* 1982;982;7:337-44.

4. Rawlings RR, Graubard BI, Teper S, Eckardt MJ, Ryback RS. Two-group classification when both groups are mixtures of normals. *Biometrical J* 1984;26:923-30.

5. Forman MR, Graubard BI, Hoffman HJ, Beren R, Harley EE, Bennett P. The Pima infant feeding study: infant feeding and gastroenteritis in the first year. *Am J Epidemiol* 1984; 119:335-349.

6. Forman MR, Graubard BI, Hoffman HJ, Beren R, Harley EE, Bennett P. The Pima infant feeding study: breast feeding and respiratory infections during the first year of life. *Int J Epidemiol* 1984;13:447-53.

7. Klebanoff MA, Graubard BI, Kessel SS, Berendes HW. Low birth weight across generations. *JAMA* 1984;252:2423-27.

8. Mills JL, Graubard BI, Harley EE, Rhoads GG, Berendes HW. Maternal alcohol consumption and low birth weight: how much drinking during pregnancy is safe? *JAMA* 1984;252:1875-79.

9. Neale EA, Sher PK, Graubard BI, Habig WH, Fitzgerald SC, Nelson PG. Differential toxicity of chronic exposure to phenytoin, phenobarbital, or carbamazepine in cerebral cortical cell cultures. *Pediatr Neurol* 1985;1:143-50.

10. Sher PK, Neale EA, Graubard BI, Habig WH, Fitzgerald SC, Nelson PG. Differential neurochemical effects of chronic exposure of cerebral cortical cell culture to valproic acid, diazepam, or ethosuximide. *Pediatr Neurol* 1985;1:232-37.

11. Forman MR, Fetterly K, Graubard BI, Gaines K. Socio-demographic factors associated with breast feeding in the United States: 1969 and 1980. *Am J Clin Nutr*

1985;42:864-69.

12. Hemminki E, Graubard BI, Hoffman HJ, Mosher WD, Fetterly K. Cesarean section and subsequent fertility: Results from the 1982 National Survey of Family Growth. *Fertil Steril* 1985;43:520-28.

13. Shiono PH, Klebanoff M A, Graubard BI, Berendes HW, Rhoads GG. Birth weight among women of different ethnic groups. *JAMA* 1985;255:48-52.

14. Rawlings RR, Graubard BI, Teper S, Eckardt MJ, Ryback RS. Conditional quadratic discrimination in the identification of biological markers for disease screening. *Biometrical J* 1986;28:957-64.

15. Rawlings RR, Graubard BI, Faden VB, Eckardt MJ. A study on discriminant analysis techniques applied to multivariate lognormal data. *Journal of Statistical Computation and Simulation* 1986;26:79-100.

16. Kurinij N, Klebanoff MA, Graubard BI. Dietary supplement and food intake in women of childbearing age. *J Am Diet Assoc* 1986;86:1536-40.

17. Hemminki E, Myrianthopoulos NC, Pomeroy J, Graubard BI. Cesarean section as a risk factor for malformations - a negative finding. *Int J Epidemiol* 1986;15:360-3.

18. Mills JL, Graubard BI. La controversia sugli effetti del bere moderatemente durante la gravidanza. *La Tutela della Salute della Gestantee del Concepito* ACTA MEDICA 1986:123-9.

19. Graubard BI, Korn EL. Choice of column scores for testing independence in ordered 2xK contingency tables. *Biometrics* 1987;43:471-6.

20. Willoughby A, Moss HA, Hubbard VS, Bercus BB, Graubard BI, Vietze PM, Berendes HW. Developmental outcome in children exposed to chloride-deficient formula. *Pediatrics* 1987;79:851-57.

21. Mills JL, Graubard BI. Is moderate drinking during pregnancy associated with increased risk of malformations? *Pediatrics* 1987;80:309-14.

22. Mills JL, Graubard BI, Klebanoff MA. Placenta previa is not associated with an altered sex ratio at birth. *Br Med J* 1987;294:544.

23. Korn EL, Graubard BI. Examining neighborhood confounding in a survey: an example using the National Health and Nutrition Examination Survey II. *Stat Med* 1988;7:1087-98.

24. Eckardt MJ, Rawlings RR, Graubard BI, Faden VB, Martin PR, Gottschalk LA. Neurophychological performances and treatment outcome in male alcoholics.

*Alcoholism: Clinical and Experimental Research* 1988;12:88-93.

25. Davis M K, Savitz DA, Graubard BI. Infant feeding and childhood cancer. *Lancet* 1988;ii: 365-8.

26. Graubard BI, Fears TR, Gail MH. Effects of cluster sampling on epidemiologic analysis in population based case-control studies. *Biometrics* 1989;45:1053-71.

27. Forman MR, Hundt GL, Towne D, Graubard B, Sullivan B, Berendes HW, Sarov B, Naggan L. The forty-day rest period and infant feeding practices among Negev Bedouin Arab women in Israel. *Medicl Anthropology* 1990;12:207-16.

28. Willoughby A, Graubard BI, Hocker A, Storr C, Vietze P, Thackaberry JM, Gerry MA, McCarthy M, Gist NF, Magenheim M, Berendes H, Rhoads GG. Population-based study of the developmental outcome of children exposed to chloride-deficient infant formula. *Pediatrics* 1990;85:485-90.

29. Mills JL, Simpson JL, Rhoads GG, Graubard BI, Hoffman H, Conley MR, Lasserman M, Cunningham G. Risk of neural tube defects in relation to maternal fertility and fertility drug use. *Lancet* 1990;336:103-4.

30. Malloy MH, Willoughby A, Graubard BI, Lynch J, McCarthy M, Mass H, Vietze P, Rhoads G, Berendes H. Exposure to a chloride-deficient formula during infancy: effect on outcome at age 9 and 10 years. *Pediatrics* 1990;86:601-10.

31. Klebanoff MA, Shiono PH, Selby JV, Trachtenberg AI, Graubard BI. Anemia and spontaneous preterm birth. *Am J of Obst and Gyn* 1990;164:59-63.

32. Mills JL, Klebanoff  MA, Graubard BI, Carey JC, Berendes HW. Barrier contraceptive methods and preeclampsia. *JAMA* 1991;265:70-3.

33. Korn EL, Graubard BI. Simultaneous testing of regression coefficients with complex survey data: use of Bonferroni t-statistics. *Am Stat* 1990;44:270-6.

34. Scheidt PC, Graubard BI, Nelson KB, Hirtz DG, Hoffman HJ, Gartner LM, Bryla DA. Intelligence at six years in relation to neonatal bilirubin: follow-up of the NICHD trial of phototherapy. *Pediatrics* 1991;87:792-805.

35. Malloy MH, Graubard B, Moss H, McCarthy M, Gwyn S, Vietze P, Willoughby A, Rhoads GG, Berendes H. Hyperchloremic metabolic alkalosis after ingesting a chloride-deficient formula: outcome 9 and 10 years later. *Pediatrics* 1991;87:811-22.

36. Korn EL, Graubard BI. Epidemiologic studies utilizing surveys: accounting for the sampling design. *Am J Public Health* 1991;81:1166-73.

37. Korn EL, Graubard BI. A note on the large sample properties of linearization,

jackknife and balanced repeated replication methods for stratified samples. *Annals of Statistics* 1991;19:2275-79.

38. Freedman L S, Graubard BI, Schatzkin A. Statistical validation of intermediate endpoints for chronic diseases. *Stat Med* 1992;11:167-78.

39. Forman MR, Lewando-Hundt G, Graubard BI, Chang D, Sarov B, Naggan L, Berendes HW.  Factors influencing milk insufficiency and its long-term health effects:  The Bedouin infant feeding study. *International Journal of Epidemiology* 1992;21:53-8.

40. Forman MR, Yao S Graubard BI, Qiao Y, McAdams M, Mao BL, Taylor PR. The effect of dietary intake of fruits and vegetables on the odd ratio of lung cancer among Yunnan Tin miners. *International Journal of Epidemiology* 1992;21:437-41.

41. Ziegler RG, Subar AF, Craft NE, Ursin G, Patterson BH, Graubard BI. Does beta-carotene explain why reduced cancer risk is associated with vegetable and fruit intake? *Cancer Res*  (suppl) 1992;52:2060s-6s.

42. Graubard BI, Korn EL. Hypothesis testing with complex survey data: the use of classical quadratic test statistics with particular reference to regression problems. *J Am Stat Assoc* 1993;88:629-41.

43. Mills JL, Holmes LB, Aarons JH, Simpson JL, Brown ZA, Jovanovic-Peterson LG, Conley MR, Graubard BI, Knopp RH, Metzger BE. Moderate caffeine use and the risk of spontaneous abortion and intrauterine growth retardation. *JAMA* 1993;269:593-7.

44. Cnattingius S, Forman MR, Berendes HW, Graubard BI, Isotalo L. Effect of age, parity, and smoking on pregnancy outcome: a population-based study. *Am J Obstet Gynecol* 1993;168:16-21.

45. Flegal KM, Launer LJ, Graubard BI, Kestler E, Villar J: Modeling maternal weight and height in studies of pregnancy outcome among Hispanic women. *Am J Clin Nutr* 1993;58:145-51.

46. Ursin G, Ziegler RG, Subar AF, Graubard BI, Haile RW, Hoover R.: Dietary patterns associated with a low-fat diet in the National Health Examination Follow-up Study: identification of potential confounders for epidemiologic analyses. *Am J Epidemiol* 1993;137:916-27.

47. Forman MR, Lanza E, Yong LC, Holden JM, Graubard BI, Beecher GR, Melitz M, Brown E D, Smith JC. The correlation between two dietary assessments of carotenoid concentrations: Applications of a carotenoid food-composition database. *Am J Clin Nutr* 1993;58:519-24.

48. Yong LC, Forman MR, Beecher GR, Graubard BI, Campell WS, Reichman ME, Taylor PR, Lanza E, Holden JM, Judd JT. The relationship between dietary intake and plasma levels of carotenoids in premenopausal women: Application of the USDA-NCI carotenoid food consumption data base. *Am J Clin Nutr* 1994;60:223-30.

49. Faden VB, Graubard BI. Alcohol consumption during pregnancy and infant birth weight. *Ann Epidemiol* 1994;4:279-84.

50. Graubard BI, Korn EL. Regression analysis with clustered data. *Stat Med* 1994;13:509-22.

51. Murray DM, McKinlay SM, Martin D, Donner AP, Dwyer JH, Raudenbush SW, Graubard BI. Design and analysis issues in community trials. *Evaluation Review* 1994;18:493-514.

52. Stevens RG, Graubard BI, Micozzi MS, Neriish K, Blumberg BS. Moderate elevation of body iron stores and risk of cancer occurrence and death. *Int J Cancer* 1994;56:364-69.

53. Subar AF, Zeigler RG, Patterson BH, Ursin G, Graubard BI. US dietary patterns associated with fat intake: The 1987 National Health Interview Survey. *Am J Public Health* 1994;84:359-66.

54. Ballard-Barbash R, Thompson FE, Graubard BI, Krebs-Smith SM. Variability in percent energy from fat throughout the day: Implications for application of total diet goals. *J Nutr Educ* 1994;26:278-83.

55. Kant AK, Graubard BI, Schatzkin A, Ballard-Barbash R. Proportion of energy intake from fat and subsequent weight change in the NHANES I epidemiologic follow-up study. *Am J Clin Nutr* 1995;61:11-17.

56. Korn EL, Graubard BI. Analysis of large health surveys: Accounting for the sampling design. *J R Stat Soc, Ser A* 1995;158:263-95.

57. Kant AK, Schatzkin A, Graubard BI, Ballard-Barbash R. Frequency of eating occasions and weight change in the NHANES I Epidemiologic Follow-up Study. *Int J Cancer* 1995;19:468-74.

58. Malloy MH, Graubard BI. Access to home apnea monitoring and its impact on rehospitalization among very-low-birth-weight infants. *Ach of Pediatr and Adolesc Med.* 1995;149(3): 326-332.

59. Forman MR, Hundt GL, Berendes, HW, Abu-Saad K, Zangwill L, Chang D, Bellmaker I, Graubard BI. Undernutrition among Bedouin Arab children: A followup of the Bedouin Infant Feeding Study. *Am J Clin Nutr* 1995;61:495-500.

60. Korn EL, Graubard BI. Examples of differing weighted and unweighted estimates from a sample survey. *Am Stat* 1995;49:291-5.

61. Green SB, Corle DK, Gail MH, Mark SD, Pee D, Freedman LS, Graubard BI, Lynn WR. Interplay between design and Analysis for behavioral intervention trials with community as the unit of randomization. *Am J Epidemiol* 1995;142(6):587-93.

62. Forman MR, Beecher GR, Lanza E, Reichman ME, Graubard BI, Campbell WS, Marr T, Yong LC, Judd JT, Taylor PR. Effect of alcohol consumption on plasma carotenoid concentrations in premenopausal women: a controlled diet study. *Am J Clin Nutr.*1995;62(1): 131-135.

63. COMMIT Research Group. Community Intervention Trial for Smoking Cessation (COMMIT): I. Cohort results from a four-year community intervention. *Am J Public Health.* 1995; 85(2):183-192.

64. COMMIT Research Group. Community Intervention Trial for Smoking Cessation (COMMIT): II. Changes in adult cigarette smoking prevalence. *Am J Public Health.* 1995; 85(2):193-200.

65. Ballard-Barbash R, Graubard BI, Krebs-Smith SM, Schatzkin A, Thompson FE. Contribution of dieting to the inverse association between energy intake and body mass index. *Eur J Clin Nutr.* 1996; 50(2): 98-106.

66. Graubard BI, Korn EL. Survey inferences for subpopulations. *Am J Epidemiol* 1996; 144:102-6.

67. Nebeling LC, Forman MR, Graubard BI, Snyder RA. The impact of lifestyle characteristics on specific and total carotenoid intake in the United States: the 1987 National Health Interview Survey. *Am J Pub Hlth* 1997;87:268-271.

68. Nebeling LC, Forman MR, Graubard BI, Snyder RA. Specific and total carotenoid intake among oral contrceptive and estrogen hormone users in the United States. *J Am Coll Nutri* 1996;15(6):608-13.

69. Faden VB, Graubard BI, Dufour M. The relationship of drinking and birth outcome in a US national sample of expectant mothers. *Paediatr Perinat Epidimol* 1997; 11(2): 167-180.

70. Forman MR, Beecher GR, Muesing R, Lanza E, Olson B, Campbell WS, McAdam P, Schulman JD, Graubard BI. The fluctuation of plasma carotenoid concentrations by phase of the menstrual cycle: a controlled diet study. *Am J Clin Nutr* 1996;64:559-65.

71. Muesing R, Forman MR, Graubard BI, Beecher GR, Lanza E, McAdam P, Campbell WS. Changes in lipoprotein and apolipoprotein levels during a free-living and two controlled diet cycles in normal premenopausal women. *J Clin Endocrinol Metab*

1996;81(10):3599-603.

72. Graubard BI, Korn EL. Modeling the sampling design in the analysis of health surveys. *Statistical Methods in Medical Research* 1996;5:263-81.

73. Munoz KA, Ballard-Barbash R, Graubard B, Swanson CA, Schairer C, Kahle LL. Recall of body weight and body size estimation in women enrolled in the breast cancer detection and demonstration project (BCCDP). *Int J Obes Relat Metab Disord* 1996;20(9):854-59.

74. Korn EL, Graubard BI, Midthune D. Time-to-event analysis of longitudinal follow-up of a survey: choice of the time-scale. *Am J Epidemiol* 1997; 145(1): 72-80.

75. Nebeling LC, Forman MR, Graubard BI. Changes in carotenoid intake in the United States: the 1987 and 1992 National Health Interview Surveys. *Journal of American Dietetic Association* 1997;97:991-996.

76. Korn, EL, Midthune, D, Graubard, BI. Estimating interpolated percentiles from grouped data with large samples. *Journal of Official Statistics* 1997;13(4):385-400.

77. Faden VB, Hanna EH, Graubard BI. The effect of positive and negative health behavior on birth outcome. *Journal of Substance Abuse.* 1997;9: 63-76.

78. Fawzi W, Forman MR, Levy A, Graubard BI, Naggan L, Berendes HW. Maternal anthropometry and infant feeding practices in Israel in relation to growth in infancy: The North African Infant Feeding Study. *Am J Clin Nutr* 1997;65:1731-7.

79. Korn EL, Graubard BI. Scatter plots with survey data. *Am Stat* 1998; 52(1):58-69.

80. Potosky AL, Breen N, Graubard BI, Parsons PE. The association between health care coverage and the use of cancer screening tests: Results from the 1992 National Health Interview Survey. *Medical Care*.1998;36:257-70.

81. Fay MP, Graubard BI, Freedman LS. Conditional logistic regress with sandwich estimators: Application to a meta-analysis. *Biometrics*.1998;54:195-208.

82. Korn EL and Graubard BI. Variance estimation for superpopulation parameters. *Statistica Sinica.* 1998;8:1131-51.

83. Forman MR, Johnson E, Lanza E, Graubard BI, Beecher GR, Muesing R. Distribution of individual carotenoids in lipoproteins of premenopausal women: A controlled diet study. *Am J Clin Nutr* 1998:67;81-7.

84. Lanza E, Forman MR, Johnson E, Graubard BI, Beecher GR, Muesing R. Fluctuation and distribution of plasma alpha-tocopherol by phase of the menstrual *cycle. J Nutr* 1998:128; 1150-55.

85. Korn EL, Graubard BI. Confidence intervals for proportions with small expected number of positive counts estimated from survey data. *Survey Methodology* 1998:24, 193-201.

86. Graubard BI, Korn EL. Predictive margins with survey data. *Biometrics*. 1999:55;652-9.

87. Graubard BI, Korn, EL. Analyzing health surveys for cancer-related objectives. *JNCI*. 1999:91; 1005-1016.

88. Breslow RA, Wideroff L, Graubard BI, Erwin D, Reichman ME, Ziegler RG, Ballard-Barbash R. Alcohol and prostate cancer in the NHANES I Epidemiologic Followup Study. *Ann Epidemiol*.1999:9;254-61.

89. Stillman F, Hartman A, Graubard B, Gilpin E, Chavis D, Garcia J, Wun L-P, Lynn W, Manely M. The American Stop Smoking Intervention Study (ASSIST): Conceptual framework and evaluation design. *Evaluation Rev*.1999:23;259-80.

90. Forman MR, Zhang-J, Nebeling L, Yao S-X, Slesinski MJ, Qiao Y-L, Ross S, Keith S, Maher M, Giffin C, Barrett M, Taylor PR, Graubard BI. Relative validity of a food frequency questionnaire among tin miners in China: 1992-3 and 1995-6 Diet validation studies. *Pub Hlth Nutr* 1999;2(3):301-15.

91. Forman MR, Zhang J, Gunter E, Yao S-X, Gross M, Qiao Y-L, Graubard BI, Keith S, Maher M, Taylor PR. Season-specific correlation between dietary intake of fruits and vegetables and levels of serum biomarkers among Chinese tin miners at high risk of lung cancer. *Ann NY Acad Sci*. 1999; 889: 230-239 1999.

92. Kant AK, Graubard BI. Variability in selected indexes of overall diet quality. *Int J Vitam Nutr Res*. 2000:69(6);419-27.

93. Krebs-Smith SM, Graubard BI, Kahle LL, Subar AF, Cleveland LE, Ballard-Barbash R.Low energy reporters vs others: a comparison of reported food intakes. *Eur J Clin Nutr*. 2000:54;281-7.

94. Breslow RA, Graubard BI, Sinha R, Subar AF. Diet and lung cancer mortality: a 1987 National Health Interview Survey Cohort Study. *Cancer Causes and Control*. 2000: 11(5), 419-31.

95. Tziraki C, Graubard BI, Manley M, Kosary C, Moler JE, Edwards BK. The effect of training on the adoption of cancer prevention nutrition-related activities by primary care practices: results of a randomized, control study. *J Gen Int Med*. 2000: 15(3); 155-162.

96. Kant AK, Schatzkin A, Graubard BI, Schairer C. A prospective study of diet quality

and mortality in women. *JAMA*. 2000: 283(16); 2109-15.

97.  Hawk E, Breslow RA, Graubard BI. Male pattern baldness and clinical prostate cancer in the Epidemiologic Follow-up of the first National Health Interview Examination Survey. *Cancer Epi and Biomarkers* 2000: 9(5); 523-7.

98.  Faden VB, Graubard BI. Maternal substance use during pregnancy and developmental outcome at three. *J Subst Abuse* 2000; 12(4); 329-40.

99.  Breslow RA, Ballard-Barbash R, Munoz K, Graubard BI. Long-term recreational physical activity and breast cancer in NHANES I Epidemiologic Follow-up Study. *Cancer  Epi and Biomarkers*.2001; 10(7); 805-8.

100.  Fay PM, Graubard BI. Small-Sample adjustments for Wald-type tests using sandwich estimators. *Biometrics*. 2001; 57 (4): 1198-1206.

101.  Chen H, Ward MH, Graubard BI, Heineman EF, Markin RM, Potischman NA,Russell RM, Weisenburger DD, Tucker KL. Dietary pattern and adenocarcinoma of the esophagus and distal stomach. *Am J Clin Nutr*. 2002; 75 (1): 137-144.

102.  Patterson BH, Dayton CM, Graubard BI. Latent class analysis of complex sample survey data: Application to dietary data. *J Am Stat Assoc*. 2002; 97 (459); 721-729.

103.  Chen HL, Ward MH, Tucker KL, Graubard BI, McComb RD, Potischman NA, Weisenburger DD, Heineman EF. Diet and risk of adult glioma in eastern Nebraska, United States. *Cancer Cause Control*. 2002; 13 (7): 647-655.

104.  Jemal A, Graubard BI, Devesa SS, Flegal KM. The association of blood lead and cancer mortality among whites in the United States. *Environ Hlth Per*. 2002; 10 (4): 325-329.

105.  Chen H, Tucker KL, Graubard BI, Heineman EF, Russell RM, Weisenburger DD, Ward MH. Nutrient intakes and ademocarcinoma of the esophagus and distal stomach. *Nutrition and Cancer*. 2002; 42 (1): 33-40.

106.  Graubard BI, Korn EL. Inference for superpopulation parameters using surveys. *Statistical Science*. 2002; 17 (1): 73-96.

107.  Vogt TM, Mayne ST. Graubard BI, Swanson CA, Sowell AL, Schoenberg JB, Swanson GW, Greenberg RS, Hoover RN, Hayes RB, Ziegler RG. Serum lycopene, other serum carotenoids, and risk of prostate cancer in US blacks and whites. *Am J Epid*. 2002;155 (11);1023-1032.

108. Freedman AN, Graubard BI, Rao SR, McCaskill-Stevens W, Ballard-Barbash R, Gail MH. Estimates of the number of US women who could benefit from tamoxifen for breast cancer chemoprevention. *JNCI*. 2003; 95 (7); 526-532.

109. Baker SG, Ko CW, Graubard BI. A sensitivity analysis for nonrandomly missing categorical data arising from a national health disability survey. *Biostatistics*. 2003; 4 (1); 41-56.

110. Stewart PA, Lees PS, Correa A, Breysse P, Gail M, Graubard BI. Evaluation of three retrospective exposure assessment methods. *Annals of Occupation and Hygiene*. 2003; 47 (5); 399-411.

111. Davis WW, Graubard BI, Hartman AM, Stillman FA. Descriptive methods for evaluation of state-based intervention programs. *Evaluation Review*. 2003; 27(5); 506-534.

112. Kant AK, Graubard BI. Predictors of reported consumption of low-nutrient-density foods in a 24-h recall by 8-16 year old US children and adolescents. *Appetite*. 2003; 41 (2); 175-80.

113. Stillman FA, Hartman AM, Graubard BI, Gilpin EA, Murray DM, Gibson JT. Evaluation of the American Stop Smoking Intervention Study (ASSIST): A report of outcomes. *JNCI*. 2003; 95 (22); 1681-91.

114. Korn EL, Graubard BI. Estimating variance components using survey data. *J Roy Stat Soc B*. 2003; 65; 175-90.

115. Sturgeon, SR, Graubard BI, Schairer C, McAdams M, Hoover RN, Gail MH. Population density and county level variation in breast cancer mortality rates among white women residing n the northeastern and southern United States. *Cancer Control and Causes*. 2003;14 (10): 923-931.

116. Vogt TM, Ziegler RG, Graubard BI, Swanson CA, Greenberg RS, Schoenberg JB, Swanson GM, Hayes RB, Mayne ST. Serum selenium and risk of prostate cancer in US blacks and whites. *International Journal of Cancer*. 2003; 103 (5); 664-670.

117. Rao RS, Graubard BI, Breen N, Gastwirth JL. Understanding the factors underlying disparities in cancer screening rates using the Peters-Belson approach: Results from the 1998 National Health Interview Survey. *Med Care.* 2004; 42 (8): 789-800.

118. Kant, AK Graubard BI. Eating out in America, 1987-2000: Trends and nutritional correlates. *Preventive Medicine*. 2004;38(2):243-9.

119.  Brinton LA, Kruger Kjaer S, Thomsen BL, Sharif HF, Graubard BI, Olsen JH, Bock JE. Childhood tumor risk after treatment with ovulation-stimulating drugs. *Fertil Steril*. 2004 Apr;81(4):1083-91.

120.  Ratnasinghe LD, Graubard BI, Kahle L, Tangrea JA, Taylor PR, Hawk E. Aspirin use and mortality from cancer in a prospective cohort study. *Anticancer Research*. 2004;24(5B): 3177-84.

121.  Flegal KM, Graubard BI, Williamson DF. Methods of calculating deaths attributable to obesity. *Am J Epi*. 2004;160 (4): 331-338.

122.  Kant AK, Graubard BI, Schatzkin A. Dietary patterns predict mortality in a national cohort: The National Health Interview Surveys, 1987 and 1992. *J Nutr*. 2004; 134 (7): 1793-1799.

123.  Freedman AN, Graubard BI, McCaskill-Stevens W, Ballard-Barbash R. How many U.S. women are eligible to use tamoxifen for breast cancer prevention?  How many women would benefit? *The American Journal of Oncology Review*. 2004; 2(9): 17-18.

124.  Rao RS, Sigurdson AJ, Doody MM, Graubard BI. An Application of a Weighting Method to Adjust For Nonresponse In Standardized Incidence Ratio Analysis of Cohort Studies. *Ann Epidemiol*. 2005;15(2): 129-36.

125.  Flegal KA, Graubard BI, Williamson DF, Gail MH. Excess deaths associated with underweight, overweight, and obesity. *JAMA*. 2005; 293 (15): 1861-67.

126.  Zhang Y, Graubard BI, Klebanoff MA, Ronckers C, Stanczyk FZ, Longnecker MP, McGlynn KA. Maternal hormone levels among populations at high and low risk of testicular germ cell cancer. *Brit J Cancer*. 2005; 92 (9): 1787-1793.

127.  Tseng M, Breslow RA, Graubard BI, Ziegler RG. Dairy, calcium, and vitamin D intakes and prostate cancer risk in the national health and nutrition examination epidemiologic follow-up study cohort. *Am J Clin Nutr*. 2005; 81 (5): 1147-1154.

128.  Graubard BI, Rao RS, Gastwirth JL. Using the Peters-Belson Method to measure health care disparities from complex survey data. *Stat Med*. 2005; 24(17):2659-68.

129.  Graubard BI, Fears TR. Standard errors for attributable risk for simple and complex sample designs. *Biometrics*. 2005; 61(3) 847-55.

130.  Sakoda LC, Graubard BI, Evans AA, London WT, Lin W-Y, Shen F-M, McGlynn KA. Toenail selenium and risk of hepatocellular carcinoma mortality in Haimen, China. *International  Journal of Cancer*. 2005;115 (4): 618-24..

131. Colt JS, Wacholder S, Schwartz K, Davis F, Graubard B, Chow W-H. Response rates in a case-control study: Effect of disclosure of biologic sample connection in the initial contact letter. *Annals of Epidemiology*. 2005; 15(9): 700-704.

132. Kant AK, Graubard BI. Energy density of diets reported by American adults: Association with food group intake, nutrient intake, and body weight. *International Journal of Obesity*. 2005; 29(8): 950-6.

133. McGlynn KA, Devesa SS, Graubard BI, Castle PE. Increasing incidence of testicular germ cell tumors among black men in the United States. *Journal Clinical Oncology*. 2005; 23(24): 5757-61.

134. McGlynn KA, Graubard BI, Stancyzk FZ, Longnecker MP, Klebanoff MA. Maternal hormone levels and risk of cryptorchism among populations at high and low risk of testicular germ cell tumors. *Cancer Epidem Biomarkers and Prevention*. 2005; 14 (7): 1732-1737 .

135. Kant AK, Graubard BI. A comparison of three dietary pattern indexes for predicting biomarkers of diet and  disease, NHANES III, 1988-1994. *J Amer Coll Nutr.* 2005; 24(4): 294-303.

136. Stolzenberg-Solomon RZ, Graubard BI, Chari S, Limburg P, Taylor PR, Albanes D. Insulin, glucose, insulin resistance, and pancreatic cancer in male smokers. *JAMA*. 2005; 294 (22): 2872-2878.

137. Brinton LA, Sakoda LC, Sherman LE, Frederikse K, Kajaer SK, Graubard BI, Olsen JH, Mellemkjaer L. Relationship of benign gynecologic diseases to subsequent risk to ovarian and uterine tumors. *Cancer Epidemiology Biomarkers and Prevention*. 2005 14(12) 2929-25.

138. Zhao F, Forman MR, Belinson J, Shen Y, Graubard BI, Partel AC, Rong S, Pretorius RG, Qiao Y. Risk factors for HPV infection and cervical cancer among unscreened women in a high-risk rural area of China. *Int J Cancer.* 2006; 118(2):442-8.

139. Corwin RL, Hartman TJ, Maczuga SA, Graubard BI. Dietary saturated fat is inversely associated with bone density in humans: analysis of NHANES III. *Journal of Nutrition.* 2006;136 (1): 159-165.

140. Schober SE, Mirel LB, Graubard BI, Brody DJ, Flegal KM. Blood lead levels and death from all causes, cardiovascular disease, and cancer: Results from the NHANES III Mortality Study. *Environ Hlth Per*. 2006; 114 (10): 1538-1541.

141. McGlynn KA, Zhang YW, Sakoda LC,  Rubertone MV, Erickson RL, Graubard BI.Maternal smoking and testicular germ cell tumors. *Cancer Epidemiology Biomarkers & Prevention*. 2006; 15 (10): 1820-1824.

142. Chen JB, Pee D, Ayyagari R, Graubard BI, Schairer C, Byrne C, Benichou J, Gail MH. Projecting absolute invasive breast cancer risk in white women with a model that includes mammographic density. *JNCI*, 2006; 98 (17): 1215-1226.

143. Kant AK, Graubard BI. Secular trends in patterns of self-reported food consumption of adult Americans: NHANES 1971-1975 to NHANES 1999-2002. *AJCN*. 2006;84 (5): 1215-1223.

144. Graubard BI, Gilpin EA, Hartman AM, Murray DM, Davis W, Gibson JT, Stillman FA. Chapter 9: Analytic methods and results of the ASSIST Evaluation. *NCI Monograph*. 2006.

145. McGlynn KA, Graubard BI, Klebanoff MA, Longnecker MP. Risk factors for cryptorchism among populations at differing risks of testicular cancer. *Int J Epidemiol*. 2006 Jun;35(3):787-95.

146. Kant AK, Graubard BI, Kumanyika SK. Trends in black-white differentials in dietary intakes of US adults, 1971-2002. *American Journal of Preventive Medicine*. 2007; 32 (4): 264-272.

147. Graubard BI, Flegal KA, Williamson DF, Gail MH. Estimation of attributable number of deaths and standard errors from simple and complex sampled cohorts. *Stat Med*. 2007; 26 (13): 2639-2649.

148. Meissner HI, Breen N, Taubman ML, Vernon SW, Graubard BI. Which women aren't getting mammograms and why? (United States).*Cancer Causes Control*. 2007; 18 (1): 61-70.

149. Purdue MP, Sakoda LC, Graubard BI, Welch R, Chanock SJ, Sesterhenn IA, Rubertone MV, Erickson RL, McGlynn KA. A case-control investigation of immune function gene polymorphisms and risk of testicular germ cell tumors. *CEBP*. 2007; 16 (1): 61-70.

150. Engels EA, Atkinson JO, Graubard BI, Mc Quillan GM, Gamache C, Mbisa G, Cohn S., Whitby D, Goedert JJ. Risk factors for human herpesvirus 8 infection among adults in the United States and evidence for sexual transmission. *Journal of Infectious Diseases*. 2007;196 (2): 199-207.

151. Vogt TM, Ziegler RG, Patterson BH, Graubard BI. Racial differences in serum selenium concentration analysis: US population data from the Third National Health and Nutrition Examination Survey (NHANES III). *Am J Epidemiol*. 2007; 166 (3): 280-288.

152. Zhang Y, Graubard BI, Longnecker MP, Stanczyk FZ, Klebanoff MA, McGlynn KA. Maternal hormone levels and perinatal characteristics: implications for testicular cancer. *Ann Epidemiol*. 2007 Feb;17(2):85-92.

153.   Kant AK, Graubard BI. Secular trends in the association of socio-economic position with self-reported dietary attributes and biomarkers in the US population: National Health and Nutrition Examination Survey (NHANES) 1971-1975 to NHANES 1999-2002. *Public Health Nutrition*. 2007;10 (2): 158-167.

154.   McGlynn KA, Sakoda LC,  Rubertone MV, Sesterhenn IA, Liu C, Graubard BI., Erickson RL. Body size dairy consumption, puberty and risk of germ cell testicular cancer. *Am J Epidemiol*. 2007; 165 (4): 355-363.

155.   Saydah S, Graubard B, Ballard-Barbash R, Berrigan D. Insulin-like growth factors and subsequent risk of mortality in the United States. *Am J Epidemiol*. 2007;166(5):518-26.

156.   Moore SC, Leitzmann MF, Weinstein SJ, Snyder K, Albanes D, Virtamo J, Graubard BI, Mayne ST, Yu H, Peters U, Gunter MJ. Insulin resistance-related gene polymorphisms and risk of prostate cancer. *CEBP*. 2007; 16 (6): 1315-1317.

157.   Flegal KM, Graubard BI, Williamson DF, Gail MH. Impact of smoking and pre-existing illness on estimates of the fraction of deaths associated with underweight, overweight, and obesity in the U.S. population. *Am J Epidemiol*. 2007; 166: 975-982.

158.   Michels KB, Willett WC, Graubard BI, Vaidya RL, Cantwell MM, Sanbury LB, Forman MR. A longitudinal study of infant feeding and obesity throughout life Course. *Int J Obesity*. 2007; 31(7):1078-85.

159.   Welzel TM, Graubard BI, El-Serag HB, Shaib YH, Hsing AW, Davila JA, McGlynn KA. Risk Factors for Intrahepatic and Extrahepatic Cholangiocarcinoma in the United States: A Population-Based Case-Control Study. *Clin Gastroenterol Hepatol*. 2007;5(10):1221-8.

160.   Hunsberger S, Graubard BI, Korn EL.Testing logistic regression coefficients with clustered data and few positive outcomes. *Stat Med*. 2008; 27(8):1305-24.

161.   Brinton LA, Sakoda LC, Frederiksen K, Sherman ME, Graubard BI, Olsen JH, Mellemkjaer L. Relationships of uterine and ovarian tumors to pre-existing chronic conditions. *Gynecol Oncol*. 2007; 107(3):487-94.

162.   Garceau A, Wideroff L, McNeel T, Dunn M, Graubard BI. Population estimates of family structure and size. *Community Genetics*. 2008;11 (6):331-342.

163.   Millen AE, Subar AF, Graubard BI, Peters U, Hayes RB, Weissfeld JL, Yokochi LA, Ziegler RA.  Fruit and vegetable intake and prevalence of colorectal adenoma in a cancer screening trial. *Am J Clinical Nutr*. 2007;86(6):1754-64

164.   Flegal KA, Graubard BI, Williamson DF, Gail MH. Cause-specific excess deaths associated with underweight, overweight and obesity. *JAMA*. 2007; 298(17):2028-37.

165.   Freedman DM, Looker AC, Chang S-C, Graubard BI. Prospective study of serum vitamin D and cancer mortality in the United States. *JNCI* . 2007; 9(21):1594-602.

166.   Kant AK, Graubard BI. Ethnicity is an independent correlate of biomarkers of micronutrient intake and status in American adults. *J Nutr*. 2007; 7(11):2456-63.

167.   Graubard BI, Levy PS, Willis GR. A Conversation with Monroe Sirken. *Stat Sci*. 2007; 22 (4):637-650.

168.   Cook MB, Zhang Y, Graubard BI, Rubertone MV, Erickson RL, McGlynn KA. Risk of Testicular Germ Cell Tumours in Relation to Childhood Physical Activity. *Br. J Cancer*. 2008; 98:174-8.

169.   Flegal KA, Graubard BI, Williamson DF, Gail MH. Correcting bias, or biased corrections? *Obesity*. 2008; 16(2):229-31.

170.   Breslow RA, Graubard BI. Prospective Study of Alcohol Consumption in the United States: Quantity, Frequency, and Cause-Specific Mortality. *Alcohol-Clin Exp Res*. 2008; 32(2): 513-521.

171.   Chia VM, Quraishi SM, Graubard BI, Rubertone MV, Erickson RL, Stanczyk FZ, McGlynn KA. Insulin-like growth factor 1, insulin-like growth factor-binding protein 3, and testicular germ-cell tumor risk. *Am J Epidemiol*. 2008; 15;167(12):1438-45.

172.   Purdue MP, Graubard BI, Chanock SJ, Rubertone MV, Erickson RL, McGlynn KA. Genetic variation in the inhibin pathway and risk of testicular germ cell tumors. *Cancer Res*. 2008;68(8):3043-8.

173.   Figueroa JD, Sakoda LC, Graubard BI, Chanock S, Rubertone MV, Erickson RL, McGlynn KA. Genetic variation in hormone metabolizing genes and risk of testicular germ cell tumors. *Cancer Causes Control*. 2008;19 (9):917-29

174.   McGlynn KA, Quraishi SM, Graubard BI, Weber JP, Rubertone MV, Erickson RL.Persistent organochlorine pesticides and risk of testicular germ cell tumors. *J Natl Cancer Inst*. 2008;100(9):663-71.

175.   Kant AK, Graubard BI. Ethnic and socioeconomic differences in variability in nutritional biomarkers. *Am J Clin Nutr*. 2008;87(5):1464-71.

176.     Anderson LA, Li Y, Graubard BI, Whitby D, Mbisa G, Tan S, Goedert JJ, Engels EA.Human Herpesvirus 8 Seroprevalence Among Children and Adolescents in the United States. *Pediatr Infect Dis J*. 2008;27(7):661-4.

177.     Chia VM, Sakoda LC, Graubard BI, Rubertone MV, Chanock SJ, Erickson RL, McGlynn KA. Risk of testicular germ cell tumors and polymorphisms in the insulin-like growth factor genes. *Cancer Epidemiol Biomarkers Prev*. 2008 ;17(3):721-6.

178.     Chia VM, Quraishi SM, Graubard BI, Rubertone MV, Erickson RL, Stanczyk FZ, McGlynn, KA. Insulin-like growth factor 1, insulin-like growth factor-binding protein 3, and testicular germ-cell tumor risk. *Am J Epidemiol*. 2008; 167 (12):1438-1445.

179.     Colbert LH, Graubard BI, Michels KB, Willett WC, Forman MR. Physical Activity during Pregnancy and Age at Menarche of the Daughter. *Cancer Epidemiol Biomarkers Prev*.2008;17 (10):2656-62.

180.     Cook MB, Graubard BI, Rubertone MV, Erickson RL, McGlynn KA. Perinatal factors and the risk of testicular germ cell tumors. *Intl J of Cancer*. 2008;122 (11):2600-2606.

181.     Cook MB, Graubard BI, Quraishi SM, Yeager M, Chanock SJ, Crenshaw A, Erickson RL, Rubertone MV, Thomas G, McGlynn KA. Genetic variants in the 8q24 locus and risk of testicular germ cell tumors. *Human Genetics*. 2008;123 (4):409-418.

182     Rao S, Graubard B, Schmid C, Morton S, Louis T, Zaslavsky A, Finkelstein D. Meta-analysis of survey data: application to health services research. *Health Services and Outcomes Research Methodology*, 2008;8(2): 98-114.

183.     Dunton GF, Berrigan D, Ballard-Barbash R, Graubard BI, Atienza AA. Social and physical environments of sports and exercise reported among adults in the American Time Use Survey.  *Prev Med*. 2008;47(5): 519-524.

184.     Anderson LA, Lauria C, Romano N, Brown EE, Whitby D, Graubard BI, Li Y, Messina A, Gaffa L, Vitale F, Goedert JJ.  Risk factors for classical Kaposi sarcoma in a population-based study in Sicily. *Cancer Epidemiology, Biomarkers & Prevention*. 2008 17(12): 3435-3443.

185.     Weinstein SJ, Albanes D, Selhub J, Graubard B, Lim U, Taylor PR, Virtamo J, Stolzenberg-Solomon R. One-carbon metabolism biomarkers and risk of colon and rectal cancers. *Cancer Epidemiol Biomarkers Prev*. 2008;17(11):3233-40.

186.     Freedman DM, Chang SC, Falk RT, Purdue MP, Huang WY, McCarty CA, Hollis BW, Graubard BI, Berg CD, Ziegler RG. Serum levels of vitamin D metabolites

and breast cancer risk in the prostate, lung, colorectal, and ovarian cancer screening trial. *Cancer Epidemiol Biomarkers Prev*. 2008;17(4):889-94.

187.  Flegal KM, Graubard BI, Williamson DF, Gail MH. Response to "Biased Corrections or Biased About Corrections". *Obesity* 2008;17(5):940.

188.  Chia VM, Li Y, Goldin LR, Graubard BI, Greene MH, KordeL, Rubertone MV, Erickson RL, McGlynn KA. Risk of cancer in first- and second-degree relatives of testicular germ cell tumor cases and controls. *Int J Cancer*. 2009;124(4):952-7.

189.  Jiao L, Mitrou PN, Reedy J, Graubard BI, Hollenbeck AR, Schatzkin A, Stolzenberg-Solomon R. A combined healthy lifestyle score and risk of pancreatic cancer in a large cohort study. *Arch Intern Med*. 2009; 169(8):764-70.

190.  Li Y, Graubard BI. Testing Hardy-Weinberg equilibrium and homogeneity of Hardy-Weinberg disequilibrium using complex survey data. *Biometrics*. 2009;32(6):599-606.

191.  Sinha R, Cross AJ, Graubard BI, Leitzmann MF, Schatzkin A. Meat intake and mortality: a prospective study of over half a million people. *Arch Intern Med*. 2009;169(6):562-71.

192.  Flegal KM, Shepherd JA, Looker AC, Graubard BI, Borrud LG, Ogden CL, Harris TB, Everhart JE, Schenker N. Comparisons of percentage body fat, bodymass index, waist circumference, and waist-stature ratio in adults. *Am J Clin Nutr*. 2009 89(2):500-8.

193.  Flegal KM, Graubard BI.  Estimates of excess deaths associated with bodymass index and other anthropometric variables. *Am J Clin Nutr*. 2009 (4):1213-9.

194.  Chatterjee N, Graubard BI, Gastwirth JL. The Use of the Risk Percentile Curve in the Analysis of Epidemiologic Data. *Statistics and Its Interface*. 2009; *Statistics in the Interface* 2 (2): 123-31.

195.  Castle PE, Kreimer AR, Wacholder S, Solomon D, Wheeler CM, Koutsky LA, Rydzak G, Buckman DW, Graubard B, Schiffman M. The Influence of Loop Electrosurgical Excision Procedure on the Acquisition of HPV. 2009; *J Infect Dis*;199(11):1612-20.

196.  Ferrucci LM, Sinha R, Graubard BI, Mayne ST, Ma X, Schatzkin A, Schoenfeld PS, Cash BD, Flood A, Cross AJ. Dietary Meat Intake in Relation to Colorectal Adenoma in Asymptomatic Women. *Am J Gastroenterol*. 2009;104(5):1231-40.

197. McGlynn KA, Quraishi SM, Graubard BI, Weber JP, Rubertone MV, Erickson RL. Polychlorinated biphenyls and risk of testicular germ cell tumors. *Cancer Res*. 2009;69(5):1901-9.

198. Kedem B, Kim E-Y, Voulgaraki A, Graubard BI. Two-dimensional semiparametric density ratio modeling of testicular germ cell data. *Stat in Med*. (2009) 28(16):2147-59.

199. Cook MB, Sigurdson AJ, Jones IM, Thomas CB, Graubard BI, Korde L, Greene MH, McGlynn KA. Endogenous DNA damage and testicular germ cell tumors. *Int J Androl*. 2009;32(6):599-606

200. Ferrucci LM, Cross AJ, Graubard BI, Brinton LA, McCarty CA, Ziegler RG, Ma X, Mayne ST, Sinha R. Intake of meat, meat mutagens, and iron and the risk of breast cancer in the Prostate, Lung, Colorectal, and Ovarian Cancer Screening Trial. *Br J Cancer*. 2009;101(1):178-84.

201. Pelser C, Dazzi C, Graubard BI, Lauria C, Vitale F, Goedert JJ. Risk of classic Kaposi sarcoma with residential exposure to volcanic and related soils in Sicily. *Ann Epidemiol*. 2009; (8):597-601.

202. Dunton GF, Berrigan D, Ballard-Barbash R, Graubard BI, Atienza AA. Environmental Influences on Exercise Intensity and Duration in a U.S. Time Use Study. *Med Sci Sports Exerc*. 2009;41(9):1698-705.

203. Kant AK, Graubard BI, Atchison EA. Intakes of plain water, moisture in foods and beverages, and total water in the adult US population--nutritional, meal pattern, and body weight correlates: National Health and Nutrition Examination Surveys 1999-2006. *Am J Clin Nutr*. 2009;90(3):655-63.

204. Chia VM, Li Y, Quraishi SM, Graubard BI, Figueroa JD, Weber JP, Chanock SJ, Rubertone MV, Erickson RL, McGlynn KA. Effect modification of endocrine disruptors and testicular germ cell tumour risk by hormone-metabolizing genes. *Int J Androl*. 2009;33(4): 588-596.

205. Pelser C, Vitale F, Whitby D, Graubard BI, Messina A, Gafà L, Brown EE, Anderson LA, Romano N, Lauria C, Goedert JJ. Socio-economic and other correlates of Kaposi sarcoma-associated herpesvirus seroprevalence among older adults in Sicily. *J Med Virol*. 2009; 81(11):1938-44.

206. McGlynn KA, Guo X, Graubard BI, Brock JW, Klebanoff MA, Longnecker MP. Maternal pregnancy levels of polychlorinated biphenyls and risk of hypospadias and cryptorchidism in male offspring. *Environ Health Perspect*. 2009;117(9):1472-6.

207.   Sinha R, Park Y, Graubard BI, Leitzmann MF, Hollenbeck A, Schatzkin A, Cross AJ. Meat and meat-related compounds and risk of prostate cancer in a large prospective cohort study in the United States. *Am J Epidemiol*. 2009;170(9):1165-77.

208.   Dunton GF, Berrigan D, Ballard-Barbash R, Graubard B, Atienza AA. Joint associations of physical activity and sedentary behaviors with body mass index: results from a time use survey of US adults. *Int J Obes*. 2009;33(12):1427-36.

209.   Graubard BI.  Comment on the Sinclair and Pan Paper.  *Law, Probability and Risk*. 2009;8:119-122.

210.   Li H, Graubard BI, Gail MH. Covariate adjustment and ranking methods to identify regions with high and low mortality rates. *Biometrics*. 2010;66(2): 613-620.

211.   She D, Li Y, Zhang H, Graubard BI, Li Z. Trend tests for genetic association using population-based cross-sectional complex survey data. *Biostatistics*. 2010;11(1):48-56.

212.   Katki HA, Sanders CL, Graubard BI, Bergen AW. Using DNA fingerprints to infer familial relationships with NHANES III households. *JASA*. 2010;105(490): 552-563.

213.   Breslow RA, Guenther PM, Juan WY, Graubard BI. Alcoholic Beverage Consumption, Nutrient Intakes, and Diet Quality in the US Adult Population, 1999-2006. *JADA*. 2010;110(4):551-62.

214.   Li Y, Graubard BI, Korn EL. Application of Nonparametric Quantile Regression to Body Mass Index Percentile Curves from Survey Data. *Stat in Med*. 2010;29(5):558-72.

215.   Brock K, Huang W-Y, Fraser D, Ke L, Tseng M, Stolzenberg-Solomon R, Peters U, Ahn J, Purdue M, Mason R, McCarty C, Ziegler R, Graubard B. Low Vitamin D status is associated with physical inactivity, obesity and low vitamin D intake in a large US sample of healthy middle-age men and women. *Journal of Steroid Biochemistry and Molecular Biology*. 2010; 121: 462-466.

216.   Waters EA, Cronin KA, Graubard BI, Han PK, Freedman AN. Prevalence of tamoxifen use for breast cancer chemoprevention among U.S. women. *Cancer Epidemiology, Biomarkers, & Prevention*. 2010; 19(2): 443-446.

217.    Brock KE, Graubard BI, Fraser DR, Weinstein SJ, Stolzenberg-Solomon RZ, Lim U, Tangrea JA,  Virtamo J, Ke1 L, Snyder K, Albanes D. Predictors of vitamin D

biochemical status in a large sample of middle-aged male smokers from Finland. *European Journal of Clinical Nutrition*. 2010 ;64(3):280-8.

218.   Mai PL, Wideroff L, Greene MH, Graubard BI. Prevalence of family history of breast, colorectal, prostate, and lung cancer in a population-based study. *Public Health Genomics*. 2010;13(7-8):497-503.

219.   Olivo-Marston S, Graubard BI, Visvanathan K, Forman MR. Gender specific differences in birthweight and the odds of puberty: (NHANES III, 1988-1994). *Paediatric and Perinatal Epidemiology*. 2010;24(3):222-31.

220.   Flegal KM, Graubard BI, Williamson DF, Gail MH. Sources of differences in estimates of obesity-associated deaths from NHANES I hazard ratios. *Am J Clin Nutr*. 2010;91(3):519-27.

221.   Swan J, Breen N, Graubard BI, McNeel TS, Blackman D, Tangka FK, Ballard-Barbash R. Recent Data and Trends in Cancer Screening in the United States: 1992-2005 National Health Interview Surveys. *Cancer.* 2010;116(20):4872-81.

222.   Wideroff L, Garceau AO, Greene MH, Dunn M, McNeel T, Mai P, Willis G, Gonsalves L, Martin M, Graubard BI. Coherence and Completeness of Family History of Cancer Reports in a General Population Survey. *Cancer Epidemiology, Biomarkers, & Prevention*. 2010;19(3):799-810.

223.   Flegal KM, Ogden CL, Yanovski JA, Freedman DS, Shepherd JA, Graubard BI, Borrud LG. High adiposity and high BMI-for-age in US children and adolescents by race-ethnic group. *Am J Clin Nutr*. 2010;91(4):1020-6.

224.   Cross AJ, Ferrucci LM, Risch A, Graubard BI, Ward MH, Park Y, Hollenbeck AR, Schatzkin A, Sinha R. A large prospective study of meat consumption and colorectal cancer risk: an investigation of potential mechanisms underlying this association. *Cancer Research.* 2010; 70(6):2406-14.

225.   Graubard BI, Freedman AN, Gail MH. Five-Year and Lifetime Risk of Breast Cancer among US Subpopulations: Implications for magnetic resonance imaging screening. *Epidemiol Biomarkers Prev*. 2010;19(10):2430-6.

226.   Dunton GF, Berrigan D, Ballard-Barbash R, Perna F, Graubard BI, Atienza AA Adolescents' Sports and Exercise Environments in a US Time Use Survey. *American Journal of Preventive Medicine*. 2010; 39(2): 122-129.

227.   Ferrucci LM, Sinha R, Ward MH, Graubard BI, Hollenbeck AR, Kilfoy BA, Schatzkin A, Michaud DS, Cross AJ. Meat and components of meat and the risk of bladder cancer in the NIH-AARP Diet and Health Study. *Cancer*. 2010;116(18):4345-53.

228.   Ferrucci LM, Cross AJ, Gunter MJ, Ahn J, Mayne ST, Ma X, Chanock SJ, Yeager M, Graubard BI, Berndt SI, Huang WY, Hayes RB, Sinha R. Xenobiotic

metabolizing genes, meat-related exposures, and risk of advanced colorectal adenoma. *World Rev Nutr Diet*. 2010;101:34-45.

229.   Gaudet MM, Falk RT, Gierach GL, Lacey JV Jr, Graubard BI, Dorgan JF, Brinton LA. Do adipokines underlie the association between known risk factors and breast cancer among a cohort of United States women? *Cancer Epidemiol*. 2010;34(5):580-6.

230.   Kim C, McGlynn KA, McCorkle R, Li Y, Erickson RL, Ma S, Zhang G, Han X, Zhang Y, Bai Y, Dai L, Graubard BI, Zheng T, Kilfoy B, Hughes K, Zhang Y. Sexual functioning among testicular cancer survivors: A case-control study in the U.S. *J Cancer Surviv*. 2010;4(3):266-73.

231.   Karami S, Schwartz K, Purdue MP, Davis FG, Ruterbusch JJ, Munuo SS, Wacholder S, Graubard BI, Colt JS, Chow WH. Family history of cancer and renal cell cancer risk in Caucasians and African Americans. *Br J Cancer*. 2010;102(11):1676-80.

232.   Flegal KM, Graubard BI, Williamson, DF, Cooper, RS. Reverse causation and illness-related weight loss in observational studies of body weight and mortality. *Am J Epidemiol*. 2011;173(1):1-9.

233.   Kant AK, Graubard BI. Contributors of water intake in US children and adolescents: associations with dietary and meal characteristics. NHANES 2005-2006.  *Am J Cl Nutr*. 2010;92(4):887-96.

234.   Freedman DM, Looker AC, Abnet CC, Linet MS, Graubard BI.Serum 25-hydroxyvitamin D and cancer mortality in the NHANES III study (1988-2006). *Cancer Res*. 2010;70(21):8587-97.

235.   Tsai HT, Cross AJ, Graubard BI, Oken M, Schatzkin A, Caporaso NE. Dietary factors and risk of chronic lymphocytic leukemia and small lymphocytic lymphoma: a pooled analysis of two prospective studies. *Cancer Epidemiol Biomarkers Prev*. 2010;19(10):2680-4.

236.   Major JM, Doubeni CA, Freedman ND, Park Y, Lian M, Hollenbeck AR, Schatzkin A, Graubard BI, Sinha R. Neighborhood socioeconomic deprivation and mortality: NIH-AARP diet and health study. *PLoS One*. 2010; 5(11):.

237.   Goedert JJ, Calamusa G, Dazzi C, Perna A, Pelser C, Anderson LA, Madsen C, Preiss LR, Airola M, Graubard BI, Messina A, Lauria C, Romano N.Risk of classic Kaposi sarcoma with exposures to plants and soils in Sicily. *Infect Agent Cancer*. 2010;5(1):23.

238.   Douglas JB, Silverman DT, Weinstein SJ, Graubard BI, Pollak MN, Tao Y, Jarmo V, Albanes D, Stolzenberg-Solomon R. Serum C-Reactive Protein and Risk of

Pancreatic Cancer in Two Nested, Case-Control Studies. *Cancer Epidemiol Biomarkers Prev*. 2011;20(2):359-69.

239. Cook MB, Chia VM, Berndt SI, Graubard BI, Chanock SJ, Rubertone MV, Erickson RL, Hayes RB, McGlynn KA. Genetic contributions to the association between adult height and testicular germ cell tumors. *Int J Epidemiol*. 2011;40(3):731-9.

240. Ferrucci LM, Daniel CR, Kapur K, Chadha P, Shetty H, Graubard BI, George PS, Osborne W, Yurgalevitch S, Devasenapathy N, Chatterjee N, Prabhakaran D, Gupta PC, Mathew A, Sinha R. Measurement of spices and seasonings in India: opportunities for cancer epidemiology and prevention. *Asian Pac J Cancer Prev*. 2010;11(6):1621-9.

241. Trabert B, Longnecker MP, Graubard BI, Klebanoff MA, Stanczyk FZ, McGlynn KA. Placental characteristics as a proxy measure of serum hormone and protein levels during pregnancy with a male fetus. *Cancer Causes Control*. 2011;22(5):689-95.

242. van Bemmel DM, Li Y, McLean J, Chang MH, Dowling NF, Graubard B, Rajaraman P. Blood Lead Levels, ALAD Gene Polymorphisms, and Mortality. *Epidemiology*. 2011;22(2):273-278.

243. Li Y, DiGaetano R, Graubard BI. Weighting methods for population-based case-control studies with complex sampling. *JRSS C Applied Statistics*. 2011;60(2):165–185.

244. Graubard BI, Korn EL Conditional logistic regression with survey data. *Statistics in Biopharmaceutical Research* 2011;3(2):398-408.

245. Daniel CR, Prabhakaran D, Kapur K, Graubard BI, Devasenapathy N, Ramakrishnan L, George PS, Shetty H, Ferrucci LM, Yurgalevitch S, Chatterjee N, Reddy K, Rastogi T, Gupta PC, Mathew A, Sinha R. A cross-sectional investigation of regional patterns of diet and cardio-metabolic risk in India. *Nutr J*. 2011;10:12.

246. Valenti RM, Amodio E, Nam JM, Preiss L, Graubard BI, Romano N, Goedert JJ. Delayed-type hypersensitivity in classic Kaposi sarcoma patients and controls. *Br J Cancer*. 2011;104(3):433-6.

247. Chen BE, Graubard BI, Flegal FM, Gail MH. Comparing strategies for estimating the association of obesity with mortality via a Markov model. *Statistics and Its Interface*. 2011; 4(4):451-61.

248. Ruder EH, Laiyemo AO, Graubard BI, Hollenbeck AR, Schatzkin A, Cross AJ. Non-Steroidal Anti-Inflammatory Drugs and Colorectal Cancer Risk in a Large, Prospective Cohort. *Am J Gastroenterol*. 2011;106(7):1340-50.

249. Kim C, McGlynn KA, McCorkle R, Erickson RL, Niebuhr DW, Ma S, Graubard B, Aschebrook-Kilfoy B, Barry KH, Zhang Y. Quality of life among testicular cancer survivors: a case-control study in the United States. *Qual Life Res*. 2011; 20(10):1629-37.

250. Jiao L, Taylor PR, Weinstein S, Graubard BI, Virtamo J, Albanes D, Stolzenberg-Solomon R. Advanced Glycation End-Products, Soluble Receptor for Advanced Glycation End-Products and Risk of Colorectal Cancer. *Cancer Epidemiol Biomarkers Prev*. 2011;20(7):1430-8.

251. Freedman AN, Yu B, Gail MH, Costantino JP, Graubard BI, Vogel VG, Anderson GL, McCaskill-Stevens W. Benefit/Risk Assessment for Breast Cancer Chemoprevention With Raloxifene or Tamoxifen for Women Age 50 Years or Older. *J Clin Oncol*. 2011;29(17):2327-33.

252. Welzel TM, Graubard BI, Zeuzem S, El-Serag HB, Davila JA, McGlynn KA. Metabolic syndrome increases the risk of primary liver cancer in the United States: A population-based case-control study. *Hepatology*.2011;54(2):463-71.

253. Jiao L, Weinstein SJ, Albanes D, Taylor PR, Graubard BI, Virtamo J, Stolzenberg-Solomon RZ. Evidence that serum levels of the soluble receptor for advanced glycation end products are inversely associated with pancreatic cancer risk: a prospective study. *Cancer Res*. 2011;71(10):3582-9.

254. Peters JA, Kenen R, Hoskins LM, Koehly LM, Graubard B, Loud JT, Greene MH. Unpacking the Blockers: Understanding Perceptions and Social Constraints of Health Communication in Hereditary Breast Ovarian Cancer (HBOC) Susceptibility Families. *J Genet Couns*. 2011;20(5):450-64.

255. Mai PL, Garceau AO, Graubard BI, Dunn M, McNeel TS, Gonsalves L, Gail MH, Greene MH, Willis GB, Wideroff L. Confirmation of family cancer history reported in a population-based survey. *J Natl Cancer Inst*. 2011;103(10):788-97.

256. Sinha R, Daniel CR, Devasenapathy N, Shetty H, Yurgalevitch S, Ferrucci LM, George PS, Morrissey KG, Ramakrishnan L, Graubard BI, Kapur K, Reddy KS, McAdams MJ, Rastogi T, Chatterjee N, Gupta PC, Wacholder S, Prabhakaran D, Mathew AA. Multi-center feasibility study evaluating recruitment, variability in risk factors, and biomarkers for a diet and cancer cohort in India. *BMC Public Health*. 2011;11(1):405.

257. Breslow RA, Chen CM, Mukamal KJ, Graubard BI. Prospective Study of Alcohol Consumption Quantity, Frequency, and Cancer-Specific Mortality in the US Population. *Am J Epidemiol*. 2011;174(9):1044-53.

258. Major JM, Cross, AJ, Hollenbeck AR, Graubard BI, Sinha R. Patterns of meat intake and risk of prostate cancer among African-Americans in a large prospective cohort of men. *Cancer Causes Control*. 2011;22(12):1691-8.

259. Shebl FM, Dollard SC, Pfeiffer RM, Biryahwaho B, Amin MM, Munuo SS, Hladik W, Parsons R, Graubard BI, Mbulaiteye SM. Human herpesvirus 8 seropositivity among sexually active adults in Uganda. *PLoS One*. 2011;6(6):e21286.

260. Colt JS, Schwartz K, Graubard BI, Davis F, Ruterbusch J, Digaetano R, Purdue M, Rothman N, Wacholder S, Chow WH. Hypertension and risk of renal cell carcinoma among white and black Americans. *Epidemiology*. 2011;22(6):797-804.

261. Li Y, Li Z, Graubard BI. Testing for Hardy Weinberg Equilibrium in National Household Surveys that Collect Family-Based Genetic Data. *Ann Hum Genet*. 2011;75(6):732-41.

262. Major JM, Cross AJ, Doubeni CA, Park Y, Lian M, Hollenbeck AR, Schatzkin A, Graubard BI, Sinha R. Socioeconomic deprivation impact on meat intake and mortality: NIH-AARP Diet and Health Study. *Cancer Causes Control*. 2012;23(7):1185-91.

263. Daniel CR, Schwartz KL, Colt JS, Dong LM, Ruterbusch JJ, Purdue MP, Cross AJ, Rothman N, Davis FG, Wacholder S, Graubard BI, Chow WH, Sinha R. Meat-cooking mutagens and risk of renal cell carcinoma. *Br J Cancer*. 2011;105(7):1096-104.

264. Gao Y, Katki H, Graubard B, Pollak M, Martin M, Tao Y, Schoen RE, Church T, Hayes RB, Greene MH, Berndt SI.Serum IGF1, IGF2, and IGFBP3 and risk of advanced colorectal adenoma. *Int J Cancer*. 2012;131(2):E105-13.

265. Purdue MP, Colt JS, Graubard B, Davis F, Ruterbusch JJ, Digaetano R, Karami S, Wacholder S, Schwartz K, Chow WH. A case-control study of reproductive factors and renal cell carcinoma among black and white women in the United States. *Cancer Causes Control*. 2011;22(11):1537-44.

266. Kant AK, Graubard BI. 20-year trends in dietary and meal behaviors were similar in U.S. Children and adolescents of different race/ethnicity. *J Nutr*. 2011;141(10):1880-8.

267. Daniel CR, Cross AJ, Graubard BI, Hollenbeck A, Park Y, Sinha R. Prospective investigation of poultry and fish intake in relation to cancer risk. *Cancer Prev Res*. 2011;4(11):1903-11.

268. Brock KE, Huang WY, Fraser DR, Ke L, Tseng M, Mason RS, Stolzenberg-Solomon RZ, Freedman DM, Ahn J, Peters U, McCarty C, Hollis BW, Ziegler RG, Purdue MP, Graubard BI. Diabetes prevalence is associated with serum 25-hydroxyvitamin D and 1,25-dihydroxyvitamin D in US middle-aged Caucasian men and women: a cross-sectional analysis within the Prostate, Lung, Colorectal and Ovarian Cancer Screening Trial. *Br J Nutr*. 2011;106(3):339-44.

269. Doubeni CA, Schootman M, Major JM, Torres Stone RA, Laiyemo AO, Park Y, Lian M, Messer L, Graubard BI, Sinha R, Hollenbeck AR, Schatzkin A. Health Status, Neighborhood Socioeconomic Context, and Premature Mortality in the United States: The National Institutes of Health-AARP Diet and Health Study. *Am J Public Health*. 2012;102(4):680-8.

270. Lian M, Schootman M, Doubeni CA, Park Y, Major JM, Torres Stone RA, Laiyemo AO, Hollenbeck AR, Graubard BI, Schatzkin A. Geographic Variation in Colorectal Cancer Survival and the Role of Small-Area Socioeconomic Deprivation: A Multilevel Survival Analysis of the NIH-AARP Diet and Health Study Cohort. *Am J Epidemiol*. 2011;174(7):828-38.

271. Hofmann JN, Baccarelli A, Schwartz K, Davis FG, Ruterbusch JJ, Hoxha M, McCarthy BJ, Savage SA, Wacholder S, Rothman N, Graubard BI, Colt JS, Chow WH, Purdue MP. Risk of renal cell carcinoma in relation to blood telomere length in a population-based case-control study. *Br J Cancer*. 2011;105(11):1772-5.

272. Ruder EH, Thiébaut AC, Thompson FE, Potischman N, Subar AF, Park Y, Graubard BI, Hollenbeck AR, Cross AJ. Adolescent and mid-life diet: risk of colorectal cancer in the NIH-AARP Diet and Health Study. *Am J Clin Nutr*. 2011;94(6):1607-19.

273. Zhao FH, Varanasi AP, Cunningham CA, Graubard BI, Hu SY, Chen F, Barrett CJ, Qiao YL, Forman MR. Tuberculosis and Oncogenic HPV: Potential Co-infections in Women at High-risk of Cervical Cancer in Rural China. *Asian Pac J Cancer Prev*. 2011;12(6):1409-15.

274. Li Y, Gail MH, Preston DL, Graubard BI, Lubin JH. Piecewise exponential survival times and analysis of case-cohort data. *Stat in Med*. 2012;31(13):1361-8.

275. Nyante SJ, Graubard BI, Li Y, McQuillan GM, Platz EA, Rohrmann S, Bradwin G, McGlynn KA. Trends in sex hormone concentrations in US males: 1988-1991 to 1999-2004. *Int J Androl*. 2012;35(3):456-66.

276. Brock KE, Ke L, Gridley G, Chiu BC, Ershow AG, Lynch CF, Graubard BI, Cantor KP. Fruit, vegetables, fibre and micronutrients and risk of US renal cell carcinoma. *Br J Nutr*. 2012;108(6):1077-85.

277. Daniel CR, Cross AJ, Graubard BI, Park Y, Ward MH, Rothman N, Hollenbeck AR, Chow WH, Sinha R. Large prospective investigation of meat intake, related mutagens, and risk of renal cell carcinoma. *Am J Clin Nutr*. 2012;95(1):155-62.

278. Gillison ML, Broutian T, Pickard RK, Tong ZY, Xiao W, Kahle L, Graubard BI, Chaturvedi AK. Prevalence of oral HPV infection in the United States, 2009-2010. *JAMA*. 2012 Feb 15;307(7):693-703.

279. Persson EC, Graubard BI, Evans AA, London WT, Weber JP, Leblanc A, Chen G, Lin W, McGlynn KA. Dichlorodiphenyltrichloroethane and risk of hepatocellular carcinoma. *Int J Cancer*. 2012;131(9):2078-84.

280. Trabert B, Graubard BI, Erickson RL, McGlynn KA. Childhood infections, orchitis and testicular germ cell tumours: a report from the STEED study and a meta-analysis of existing data. *Br J Cancer*. 2012;106(7):1331-4.

281. Li Y, Graubard BI. Pseudo Semiparametric Maximum Likelihood Estimation Exploiting Gene Environment Independence for Population-Based Case-Control Studies with Complex Samples. *Biostatistics*. 2012;13(4):711-23.

282. Cote ML, Colt JS, Schwartz KL, Wacholder S, Ruterbusch JJ, Davis FG, Purdue MP, Graubard BI, Chow WH.  Cigarette smoking and renal cell carcinoma risk among black and white Americans: effect modification by hypertension and obesity. *Cancer Epidemiol Biomarkers Prev*. 2012;21(5):770-9.

283. Voulgaraki A, Kedem B, Graubard BI. Semiparametric regression in testicular germ cell data. *Annals of Applied Statistics*. 2012;6(3):1185–1208.

284. Blackwelder WC, Biswas K, Wu Y, Kotloff KL, Farag TH, Nasrin D, Graubard BI, Sommerfelt H, Levine MM.Statistical Methods in the Global Enteric Multicenter Study (GEMS). *Clin Infect Dis*. 2012;55 Suppl 4:S246-53.

285. Beebe-Dimmer JL, Colt JS, Ruterbusch JJ, Keele GR, Purdue MP, Wacholder S, Graubard BI, Davis F, Chow WH, Schwartz KL. Body Mass Index and Renal Cell Cancer: The Influence of Race and Sex. *Epidemiology*. 2012;23(6):821-8.

286. Dunton GF, Berrigan D, Ballard-Barbash R, Perna F, Graubard BI, Atienza AA. Differences in the intensity and duration of adolescents' sports and exercise across physical and social environments. *Res Q Exerc Sport*. 2012;83(3):376-82.

287. Doubeni CA, Laiyemo AO, Major JM, Schootman M, Lian M, Park Y, Graubard BI, Hollenbeck AR, Sinha R. Socioeconomic status and the risk of colorectal

cancer: An analysis of more than a half million adults in the National Institutes of Health-AARP Diet and Health Study. *Cancer.* 2012;118(14):3636-44.

288.   Karami S, Colt JS, Schwartz K, Davis FG, Ruterbusch JJ, Munuo SS, Wacholder S, Stewart PA, Graubard BI, Rothman N, Chow WH, Purdue MP. A case-control study of occupation/industry and renal cell carcinoma risk. *BMC Cancer*. 2012 ;12(1):344.

289.   Kant AK, Graubard BI. Race-ethnic, family income, and education differentials in nutritional and lipid biomarkers in US children and adolescents: NHANES 2003-2006. *Am J Clin Nutr*. 2012;96(3):601-12.

290.   Sinha R, Cross AJ, Daniel CR, Graubard BI, Wu JW, Hollenbeck AR, Gunter MJ, Park Y, Freedman ND. Caffeinated and decaffeinated coffee and tea intakes and risk of colorectal cancer in a large prospective study. *Am J Clin Nutr*. 2012;96(2):374-81.

291.   Daniel CR, Sinha R, Park Y, Graubard BI, Hollenbeck AR, Morton LM, Cross AJ. Meat intake is not associated with risk of non-Hodgkin lymphoma in a large prospective cohort of U.S. men and women. *J Nutr*. 2012;142(6):1074-80.

292.   Gilsing AM, Berndt SI, Ruder EH, Graubard BI, Ferrucci LM, Burdett L, Weissfeld JL, Cross AJ, Sinha R. Meat-related mutagen exposure, xenobiotic metabolizing gene polymorphisms and the risk of advanced colorectal adenoma and cancer. *Carcinogenesis*. 2012 Jul;33(7):1332-9.

293.   Jacobs KB, Yeager M, Zhou W, Wacholder S, Wang Z, Rodriguez-Santiago B, Hutchinson A, Deng X, Liu C, Horner MJ, Cullen M, Epstein CG, Burdett L, Dean MC, Chatterjee N, Sampson J, Chung CC, Kovaks J, Gapstur SM, Stevens VL, Teras LT, Gaudet MM, Albanes D, Weinstein SJ, Virtamo J, Taylor PR, Freedman ND, Abnet CC, Goldstein AM, Hu N, Yu K, Yuan JM, Liao L, Ding T, Qiao YL, Gao YT, Koh WP, Xiang YB, Tang ZZ, Fan JH, Aldrich MC, Amos C, Blot WJ, Bock CH, Gillanders EM, Harris CC, Haiman CA, Henderson BE, Kolonel LN, Le Marchand L, McNeill LH, Rybicki BA, Schwartz AG, Signorello LB, Spitz MR, Wiencke JK, Wrensch M, Wu X, Zanetti KA, Ziegler RG, Figueroa JD, Garcia-Closas M, Malats N, Marenne G, Prokunina-Olsson L, Baris D, Schwenn M, Johnson A, Landi MT, Goldin L, Consonni D, Bertazzi PA, Rotunno M, Rajaraman P, Andersson U, Beane Freeman LE, Berg CD, Buring JE, Butler MA, Carreon T, Feychting M, Ahlbom A, Gaziano JM, Giles GG, Hallmans G, Hankinson SE, Hartge P, Henriksson R, Inskip PD, Johansen C, Landgren A, McKean-Cowdin R, Michaud DS, Melin BS, Peters U, Ruder AM, Sesso HD, Severi G, Shu XO, Visvanathan K, White E, Wolk A, Zeleniuch-Jacquotte A, Zheng W, Silverman DT, Kogevinas M, Gonzalez JR, Villa O, Li D, Duell EJ, Risch HA, Olson SH, Kooperberg C, Wolpin BM, Jiao L, Hassan M, Wheeler W, Arslan AA, Bueno-de-Mesquita HB, Fuchs CS, Gallinger S, Gross MD, Holly EA, Klein AP, LaCroix A, Mandelson MT, Petersen G, Boutron-Ruault MC, Bracci PM, Canzian F, Chang K,

Cotterchio M, Giovannucci EL, Goggins M, Hoffman Bolton JA, Jenab M, Khaw KT, Krogh V, Kurtz RC, McWilliams RR, Mendelsohn JB, Rabe KG, Riboli E, Tjønneland A, Tobias GS, Trichopoulos D, Elena JW, Yu H, Amundadottir L, Stolzenberg-Solomon RZ, Kraft P, Schumacher F, Stram D, Savage SA, Mirabello L, Andrulis IL, Wunder JS, Patiño García A, Sierrasesúmaga L, Barkauskas DA, Gorlick RG, Purdue M, Chow WH, Moore LE, Schwartz KL, Davis FG, Hsing AW, Berndt SI, Black A, Wentzensen N, Brinton LA, Lissowska J, Peplonska B, McGlynn KA, Cook MB, Graubard BI, Kratz CP, Greene MH, Erickson RL, Hunter DJ, Thomas G, Hoover RN, Real FX, Fraumeni JF Jr, Caporaso NE, Tucker M, Rothman N, Pérez-Jurado LA, Chanock SJ. Detectable clonal mosaicism and its relationship to aging and cancer. *Nat Genet*. 2012;44(6):651-8.

294. Persson EC, Quraishi SM, Welzel TM, Carreon JD, Gridley G, Graubard BI, McGlynn KA. Risk of liver cancer among US male veterans with cirrhosis, 1969-1996. *Br J Cancer*. 2012;107(1):195-200.

295. Shebl FM, Capo-Ramos DE, Graubard BI, McGlynn KA, Altekruse SF. Socioeconomic status and hepatocellular carcinoma in the United States. *Cancer Epidemiol Biomarkers Prev*. 2012;21(8):1330-5.

296. Kim C, McGlynn KA, McCorkle R, Li Y, Erickson RL, Ma S, Niebuhr DW, Zhang G, Zhang Y, Bai Y, Dai L, Graubard BI, Zheng T, Aschebrook-Kilfoy B, Barry KH, Zhang Y. Sexual functioning among testicular cancer survivors: a case-control study in the U.S. *J Psychosom Res*. 2012;73(1):68-73.

297. Sahasrabuddhe VV, Gunja MZ, Graubard BI, Trabert B, Schwartz LM, Park Y, Hollenbeck AR, Freedman ND, McGlynn KA. Nonsteroidal Anti-inflammatory Drug Use, Chronic Liver Disease, and Hepatocellular Carcinoma. *J Natl Cancer Inst*. 2012;104(23):1808-14.

298. Kant AK, Graubard BI, Mattes RD. Association of food form with self-reported 24-h energy intake and meal patterns in US adults: NHANES 2003-2008. *Am J Clin Nutr*. 2012;96(6):1369-78.

299. Trabert B, Graubard BI, Nyante SJ, Rifai N, Bradwin G, Platz EA, McQuillan GM, McGlynn KA. Relationship of sex steroid hormones with body size and with body composition measured by dual-energy X-ray absorptiometry in US men. *Cancer Causes Control*. 2012;23(12):1881-91.

300. Wang YC, Graubard BI, Rosenberg MA, Kuntz KM, Zauber A, Kahle L, Schechter CB, Feuer EJ. Derivation of background mortality by smoking and obesity in cancer simulation models. *Medical Decision Making*. 2013;33(2):176-97.

301. Hofmann JN, Schwartz K, Chow WH, Ruterbusch JJ, Shuch BM, Karami S, Rothman N, Wacholder S, Graubard BI, Colt JS, Purdue MP.The association between chronic renal failure and renal cell carcinoma may differ between black and white Americans. *Cancer Causes Control*. 2013;24(1):167-74.

302.    Major JM, Graubard BI, Dodd KW, Iwan A, Alexander BH, Linet MS, Freedman DM. Variability and Reproducibility of Circulating Vitamin D in a Nationwide U.S. Population. *J Clin Endocrinol Metab*. 2013;98(1):97-104.

303.    Purdue MP, Moore LE, Merino MJ, Boffetta P, Colt JS, Schwartz KL, Bencko V, Davis FG, Graubard BI, Janout V, Ruterbusch JJ, Beebe-Dimmer J, Cote ML, Shuch B, Mates D, Hofmann JN, Foretova L, Rothman N, Szeszenia-Dabrowska N, Matveev V, Wacholder S, Zaridze D, Linehan WM, Brennan P, Chow WH. An investigation of risk factors for renal cell carcinoma by histologic subtype in two case-control studies. *Int J Cancer*. 2013;132(11):2640-7.

304.    Banegas MP, Leng M, Graubard BI, Morales LS.The risk of developing invasive breast cancer in Hispanic women : A look across Hispanic subgroups. *Cancer*. 2013;119(7):1373-80.

305.    Flegal KM, Kit BK, Orpana H, Graubard BI. Association of all-cause mortality with overweight and obesity using standard body mass index categories: a systematic review and meta-analysis. *JAMA*.2013 2;309(1):71-82.

306.    Freedman DM, Cahoon EK, Rajaraman P, Major JM, Doody MM, Alexander BH, Hoffbeck RW, Kimlin MG, Graubard BI, Linet MS. Sunlight and Other Determinants of Circulating 25-Hydroxyvitamin D Levels in Black and White Participants in a Nationwide US Study. *Am J Epidemiol*. 2013;177(2):180-92.

307.    Persson EC, Schwartz LM, Park Y, Trabert B, Hollenbeck AR, Graubard BI, Freedman ND, McGlynn KA. Alcohol consumption, folate intake, hepatocellular carcinoma incidence and liver disease mortality. *Cancer Epidemiol Biomarkers Prev*. 2013;22(3):415-21.

308.    Chang JT, Shebl FM, Pfeiffer RM, Biryahwaho B, Graubard BI, Mbulaiteye SM. A population-based study of Kaposi Sarcoma-associated herpesvirus seropositivity in Uganda using principal components analysis. *Infect Agent Cancer*. 2013;8(1):3.

309.    Landsman V, Graubard BI. Efficient analysis of case-control studies with sample weights. *Stat in Med*.2013;32(2):347-60.

310.    Daniel CR, Park Y, Chow WH, Graubard BI, Hollenbeck AR, Sinha R. Intake of fiber and fiber-rich plant foods is associated with a lower risk of renal cell carcinoma in a large US cohort. *Am J Clin Nutr*. 2013;97(5):1036-43.

311.    Breslow RA, Chen CM, Graubard BI, Jacobovits T, Kant AK. Diets of drinkers on drinking and nondrinking days: NHANES 2003-2008. *Am J Clin Nutr*. 2013;97(5):1068-75.

312.    Kant AK, Graubard BI. Family income and education were related with 30-year time trends in dietary and meal behaviors of American children and adolescents. *J Nutr*. 2013;143(5):690-700.

313.  Graubard BI, Sirken MG. Estimating sibling recurrence risk in population sample surveys. *Human Heredity*. 2013; 76(1):18-27.

314.  Welzel TM, Graubard BI, Quraishi S, Zeuzem S, Davila JA, El-Serag HB, McGlynn KA. Population-Attributable Fractions of Risk Factors for Hepatocellular Carcinoma in the United States. *Am J Gastroenterol*. 2013;108(8):1314-21.

315.  Trabert B, Graubard BI, Erickson RL, Zhang Y, McGlynn KA. Second to fourth digit ratio, handedness and testicular germ cell tumors. *Early Hum Dev*. 2013;89(7):463-6.

316.  Liao LM, Schwartz K, Pollak M, Graubard BI, Li Z, Ruterbusch J, Rothman N, Davis F, Wacholder S, Colt J, Chow WH, Purdue MP. Serum leptin and adiponectin levels and risk of renal cell carcinoma. *Obesity*.2013;21(7):1478-85.

317.  Ke L, Graubard BI, Albanes D, Fraser DR, Weinstein SJ, Virtamo J, Brock KE. Hypertension, pulse, and other cardiovascular risk factors and vitamin D status in Finnish men. *Am J Hypertens*. 2013;26(8):951-6.

318.  Schairer C, Li Y, Frawley P, Graubard BI, Wellman RD, Buist DS, Kerlikowske K, Onega TL, Anderson WF, Miglioretti DL. Risk factors for inflammatory breast cancer and other invasive breast cancers. *J Natl Cancer Inst*. 2013;105(18):1373-84.

319.  Schwartz LM, Persson EC, Weinstein SJ, Graubard BI, Freedman ND, Männistö S, Albanes D, McGlynn KA. Alcohol consumption, one-carbon metabolites, liver cancer and liver disease mortality. *PLoS One*. 2013; 28;8(10).

320.  Major JM, Norman Oliver M, Doubeni CA, Hollenbeck AR, Graubard BI, Sinha R. Socioeconomic status, healthcare density, and risk of prostate cancer among African American and Caucasian men in a large prospective study. *Cancer Causes Control*. 2012;23(7):1185-91.

321.  Lubin JH, De Stefani E, Abnet CC, Acosta G, Boffetta P, Victora CG, Graubard BI, Munoz N, Deneo-Pellegrini H, Franceschi S, Castellsagué X, Ronco AL, Dawsey SM. Mate drinking and esophageal squamous cell carcinoma in South America: pooled results from two large multi-center case-control studies. *Cancer Epidemiol Biomarkers Prev*. 2014;23(1):107-16.

322.  Major JM, Sargent JD, Graubard BI, Carlos HA, Hollenbeck AR, Altekruse SF, Freedman ND, McGlynn KA. Local geographic variation in chronic liver disease and hepatocellular carcinoma: contributions of socioeconomic deprivation, alcohol retail outlets, and lifestyle. *Ann Epidemiol*. 2014;24(2):104-10.

323.  Mai PL, Vadaparampil ST, Breen N, McNeel TS, Wideroff L, Graubard BI. Awareness of Cancer Susceptibility Genetic Testing: the 2000, 2005, 2010 National Health Interview Surveys. *American Journal of Preventive Medicine*. 2014;46(5):440-8.

324.    She D, Zhang H, Li Y, Graubard BI, Li Z. Family Based Association Study with Complex Survey Data. *Statistics and Its Interface*. 2014; 7(2), pp.167-176 .

325.    Landgren O, Graubard BI, Katzmann JA, Kyle RA, Ahmadizadeh I, Clark R, Kumar SK, Dispenzieri A, Therneau TM, Melton III L, Caporaso N, Korde N, Roschewski M, Costello R, McQuillan GM, Rajkumar SV. Racial Disparities in the Prevalence of Monoclonal Gammopathies: A population-based study of 12,482 persons from the National Health and Nutritional Examination Survey. *Leukemia*. 2014;28(7):1537-42.

326.    Dinse GE, Jusko TA, Ho LA, Annam K, Graubard BI, Hertz-Picciotto I, Miller FW, Gillespie BW, Weinberg CR. Accommodating Measurements Below a Limit of Detection: A Novel Application of Cox Regression. *Am J Epidemiol*. 2014;179(8):1018-24.

327.    Li Y, Safaeian M, Robbins H, Graubard BI. Logistic analysis of epidemiologic studies with augmentation sampling involving re-stratification and population expansion. *Biostatistics*. 2015;16(1):169-78.

328.    Flegal KM, Kit BK, Graubard BI. Body Mass Index Categories in Observational Studies of Weight and Risk of Death. *Am J Epidemiol*. 2014;180(3):288-96.

329.    Chaturvedi AK, Graubard BI, Pickard RK, Xiao W, Gillison ML. High-Risk Oral Human Papillomavirus Load in the US Population, National Health and Nutrition Examination Survey 2009-2010. *J Infect Dis.* 2014;210(3):441-7.

330.    Ruder EH, Berndt SI, Gilsing AM, Graubard BI, Burdett L, Hayes RB, Weissfeld JL, Ferrucci LM, Sinha R, Cross AJ. Dietary iron, iron homeostatic gene polymorphisms and the risk of advanced colorectal adenoma and cancer. *Carcinogenesis*.  2014;35(6):1276-83.

331.    Kant AK, Graubard BI. Association of self-reported sleep duration with eating behaviors of American adults: NHANES 2005-2010.*Am J Clin Nutr*. 2014;100(3):938-47.

332.    Kant AK, Graubard BI.40-Year Trends in Meal and Snack Eating Behaviors of American Adults. *J Acad Nutr Diet*. 2015;115(1):50-63.

333.    Xiao Q, Sinha R, Graubard BI, Freedman ND. Inverse associations of total and decaffeinated coffee with liver enzyme levels in NHANES 1999-2010. *Hepatology*. 2014;60(6):2091-8.

334.    Koh DH, Nam JM, Graubard BI, Chen YC, Locke S, Friesen M. Evaluating temporal trends from occupational lead exposure data reported in the published literature using meta-regression. *Annals of Occupational Hygiene*.  2014; 58(9):1111-25.

335. Kant AK, Whitley MI, Graubard BI. Away from home meals: associations with biomarkers of chronic disease and dietary intake in American adults, NHANES 2005-2010.*Int J Obes* (Lond). 2015;39(5):820-7.

336. Trabert B, Falk RT, Figueroa JD, Graubard BI, Garcia-Closas M, Lissowska J, Peplonska B, Fox SD, Brinton LA. Urinary bisphenol A-glucuronide and postmenopausal breast cancer in Poland. *Cancer Causes Control*. 2014;25(12):1587-93.

337. Li Y, Graubard BI, Huang P, Gastwirth JL. Extension of the Peters-Belson method to estimate health disparities among multiple groups using logistic regression with survey data. *Stat Med*. 2015;34(4):595-612.

338. Wentzensen N, Walker JL, Gold MA, Smith KM, Zuna RE, Mathews C, Dunn ST, Zhang R, Moxley K, Bishop E, Tenney M, Nugent E, Graubard BI, Wacholder S, Schiffman M. Multiple biopsies and detection of cervical cancer precursors at colposcopy.*J Clin Oncol*. 2015;33(1):83-9.

339. Fuhrman BJ, Xu X, Falk RT, Dallal CM, Veenstra TD, Keefer LK, Graubard BI, Brinton LA, Ziegler RG, Gierach GL. Assay reproducibility and interindividual variation for 15 serum estrogens and estrogen metabolites measured by liquid chromatography-tandem mass spectrometry. *Cancer Epidemiol Biomarkers Prev*. 2014;23(12):2649-57.

340. Flegal KM, Panagiotou OA, Graubard BI. Estimating population attributable fractions to quantify the health burden of obesity. *Ann Epidemiol*. 2015;25(3):201-7.

341. Yao W, Li Z, Graubard BI. Estimation of ROC curve with complex survey data. *Stat in Med.* 2015;34(8):1293-303.

342. Landsman V, Lou WY, Graubard BI. Estimating survival probabilities by exposure levels: utilizing vital statistics and complex survey data with mortality follow-up. *Stat in Med.* 2015;39(5):820-7.

343. Loftfield E, Freedman ND, Graubard BI, Guertin KA, Black A, Huang W-Y, Shebl FM, Mayne ST, Sinha R. Coffee drinking and cutaneous melanoma risk in the NIH-AARP diet and health study. *JNCI* . 2015;107(2):

344. Kant AK, Graubard BI. Within-person comparison of eating behaviors, time of eating, and dietary intake on days with and without breakfast: NHANES 2005-2010. *Am J Clin Nutr*. 2015;102(3):661-70.

345. Petrick JL, Freedman ND, Graubard BI, Sahasrabuddhe VV, Lai GY, Alavanja MC, Beane Freeman LE, Boggs DA, Buring JE, Chan AT, Chong DQ, Fuchs CS, Gapstur SM, Gaziano JM, Giovannucci EL, Hollenbeck AR, King LY, Koshiol J, Lee IM, Linet MS, Palmer JR, Poynter JN, Purdue MP, Robien K, Schairer C, Sesso HD, Sigurdson AJ, Zeleniuch-Jacquotte A, Wactawski-Wende J, Campbell PT, McGlynn KA. Coffee consumption and risk of hepatocellular carcinoma and

intrahepatic cholangiocarcinoma by sex: The Liver Cancer Pooling Project. *Cancer Epidemiol Biomarkers Prev*. 2015;24(9):1398-1406.

346.   Guertin KA, Freedman ND, Loftfield E, Graubard BI, Caporaso NE, Sinha R. Coffee consumption and incidence of lung cancer in the NIH-AARP Diet and Health Study. *Int J Epidemiol*. 2016;45(3):929-39.

347.   Loftfield E, Shiels MS, Graubard BI, Katki HA, Chaturvedi AK, Trabert B, Pinto LA, Kemp TJ, Shebl FM, Mayne ST, Wentzensen N, Purdue MP, Hildesheim A, Sinha R, Freedman ND. Associations of Coffee Drinking with Systemic Immune and Inflammatory Markers. *Cancer Epidemiol Biomarkers Prev*. 2015;24(7):1052-60.

348.   Chaturvedi AK, Graubard BI, Broutian T, Pickard RK, Tong ZY, Xiao W, Kahle L, Gillison ML. NHANES 2009-2012 Findings: Association of Sexual Behaviors with Higher Prevalence of Oral Oncogenic Human Papillomavirus Infections in U.S. Men. *Cancer Res*. 2015;75(12):2468-77.

349.   McGlynn KA, Sahasrabuddhe VV, Campbell PT, Graubard BI, Chen J, Schwartz LM, Petrick JL, Alavanja MC, Andreotti G, Boggs DA, Buring JE, Chan AT, Freedman ND, Gapstur SM, Hollenbeck AR, Hou L, King LY, Koshiol J, Linet M, Palmer JR, Poynter JN, Purdue M, Robien K, Schairer C, Sesso HD, Sigurdson A, Wactawski-Wende J, Zeleniuch-Jacquotte A. Reproductive factors, exogenous hormone use and risk of hepatocellular carcinoma among US women: results from the Liver Cancer Pooling Project. *Br J Cancer*. 2015;112(7):1266-72.

350.   McGlynn KA, Hagberg K, Chen J, Graubard BI, London WT, Jick S, Sahasrabuddhe VV. Statin use and risk of primary liver cancer in the Clinical Practice Research Datalink. *JNCI*. 2015;107(4).

351.   Gastwirth JL, Graubard BI. Comment on Cochran's "Observational Studies". *Observational Studies*. 2015; 173-181.

352.   Petrick JL, Sahasrabuddhe VV, Chan AT, Alavanja MC, Beane Freeman LE, Buring JE, Chen J, Chong DQ, Freedman ND, Fuchs CS, Gaziano JM, Giovannucci EL, Graubard BI, Hollenbeck AR, Hou L, Jacobs EJ, King LY, Koshiol J, Lee IM, Linet MS, Palmer JR, Purdue MP, Rosenberg L, Schairer C, Sesso HD, Sigurdson AJ, Wactawski-Wende J, Zeleniuch-Jacquotte A, Campbell PT, McGlynn KA. NSAID use and risk of hepatocellular carcinoma and intrahepatic cholangiocarcinoma: The Liver Cancer Pooling Project. *Cancer Prev Res (Phila)*. 2015;8(12):1156-62.

353.   Ghazarian AA, Trabert B, Graubard BI, Schwartz SM, Altekruse SF, McGlynn KA. Incidence of testicular germ cell tumors among US men by census region. *Cancer*. 2015;121(23):4181-89.

354.  Guertin KA, Freedman ND, Vogtman E, Stolzenberg-Solomon RZ, Graubard BI, Sinha R. A prospective study of coffee intake and pancreatic cancer: results from the NIH-AARP Diet and Health Study. *Br J Cancer*. 2015;113(7):1081-5.

355.  Rao SR, Breen N, Graubard BI. Trends in Black-White Disparities in Breast and Colorectal Cancer Screening Rates in a Changing Screening Environment: The Peters-Belson Approach Using United States National Health Interview Surveys 2000-2010. *Med Care*. 2016;54(2):133-9.

356.  Loftfield E, Freedman ND, Graubard BI, Guertin KA, Black A, Huang WY, Shebl FM, Mayne ST, Sinha R. Association of Coffee Consumption With Overall and Cause-Specific Mortality in a Large US Prospective Cohort Study. *Am J Epidemiol*. 2015;182(12):1010-22.

357.  McGlynn KA, Hagberg K, Chen J, Braunlin M, Graubard BI, Sunaya N, Jick S, Sahasrabuddhe VV. Menopausal hormone therapy use and risk of primary liver cancer in the Clinical Practice Research Datalink. *Int J Cancer*. 2016;138(9):2146-53.

358.  Karami S, Colt JS, Stewart PA, Schwartz K, Davis FG, Ruterbusch JJ, Chow WH, Wacholder S, Graubard BI, Purdue MP, Moore LE. A case-control study of occupational sunlight exposure and renal cancer risk. *Int J Cancer*. 2016;138(7):1626-33.

359.  Zhou CK, Levine PH, Cleary SD, Hoffman HJ, Graubard BI, Cook MB. Male Pattern Baldness in Relation to Prostate Cancer-Specific Mortality: A Prospective Analysis in the NHANES I Epidemiologic Follow-up Study. *Am J Epidemiol*. 2016;183(3):210-7.

360.  Vogtmann E, Graubard B, Loftfield E, Chaturvedi A, Dye BA, Abnet CC, Freedman ND. Contemporary impact of tobacco use on periodontal disease in the USA. *Tob Control*. 2017;26(2):237-238.

361.  Makarova-Rusher OV, Altekruse SF, McNeel TS, Ulahannan S, Duffy AG, Graubard BI, Greten TF, McGlynn KA. Population attributable fractions of risk factors for hepatocellular carcinoma in the United States. *Cancer*. 2016;122(11):1757-65.

362.  Karami S, Daughtery SE, Schwartz K, Davis FG, Ruterbusch JJ, Wacholder S, Graubard BI, Berndt SI, Hofmann JN, Purdue MP, Moore LE, Colt JS. Analgesic use and risk of renal cell carcinoma: A case-control, cohort and meta-analytic assessment. *Int J Cancer*. 2016;139(3):584-92.

363.  Keadle SK, McKinnon R, Graubard BI, Troiano RP. Prevalence and trends in physical activity among older adults in the United States: A comparison across three national surveys. *Prev Med*. 2016;89:37-43.

364.    Yang B, Hagberg KW, Chen J, Sahasrabuddhe VV, Graubard BI, Jick S, McGlynn KA. Associations of antibiotic use with risk of primary liver cancer in the Clinical Practice Research Datalink. *Br J Cancer*. 2016;115(1):85-9.

365.    Maas P, Barrdahl M, Joshi AD, Auer PL, Gaudet MM, Milne RL, Schumacher FR, Anderson WF, Check D, Chattopadhyay S, Baglietto L, Berg CD, Chanock SJ, Cox DG, Figueroa JD, Gail MH, Graubard BI, Haiman CA, Hankinson SE, Hoover RN, Isaacs C, Kolonel LN, Le Marchand L, Lee IM, Lindström S, Overvad K, Romieu I, Sanchez MJ, Southey MC, Stram DO, Tumino R, VanderWeele TJ, Willett WC, Zhang S, Buring JE, Canzian F, Gapstur SM, Henderson BE, Hunter DJ, Giles GG, Prentice RL, Ziegler RG, Kraft P, Garcia-Closas M, Chatterjee N. Breast Cancer Risk From Modifiable and Nonmodifiable Risk Factors Among White Women in the United States. *JAMA Oncol*. 2016;2(10):1295-1302.

366.    Yang B, Petrick JL, Chen J, Hagberg KW, Sahasrabuddhe VV, Graubard BI, Jick S, McGlynn KA. Associations of NSAID and paracetamol use with risk of primary liver cancer in the Clinical Practice Research Datalink. *Cancer Epidemiol*. 2016;43:105-11.

367.    Berrigan D, Troiano RP, Graubard BI. BMI and mortality: the limits of epidemiological evidence. (Commentary) *Lancet*. 2016; 388(10046):734-36.

368.    Deziel NC, Beane Freeman LE, Graubard BI, Jones RR, Hoppin JA, Thomas K, Hines CJ, Blair A, Sandler DP, Chen H, Lubin JH, Andreotti G, Alavanja MC, Friesen MC. Relative Contributions of Agricultural Drift, Para-Occupational, and Residential Use Exposure Pathways to House Dust Pesticide Concentrations: Meta-Regression of Published Data. *Environ Health Perspect*. 2017;125(3):296-305.

369.    Liu B, Yu M, Graubard BI, Troiano RP, Schenker N. Multiple imputation of completely missing repeated measures data within persons from a complex sample: application to accelerometer data in the National Health and Nutrition Examination Survey. *Stat in Med*. 2016;35(28):5170-5188.

370.    Loftfield E, Freedman ND, Dodd KW, Vogtmann E, Xiao Q, Sinha R, Graubard BI. Coffee Drinking Is Widespread in the United States, but Usual Intake Varies by Key Demographic and Lifestyle Factors. *J Nutr*. 2016;146(9):1762-8.

371.    Wang L, Graubard BI, Li Y. A composite likelihood approach in testing for Hardy Weinberg Equilibrium using family-based genetic survey data. *Stat in Med*. 2016;35(27):5040-5050.

372.    Keadle SK, McKinnon R, Graubard BI, Troiano RP. Combining activity-related behaviors and attributes improves prediction of health status in NHANES. *J Phys Act Health*. 2017;14(8): 626-35.

373. Campbell PT, Newton CC, Freedman ND, Koshiol J, Alavanja MC, Beane Freeman LE, Buring, JE,Chan AT, Chong DQ, Datta M, Gaudet MM, Gaziano JM, Giovannucci EL, Graubard BI, Hollenbeck AR, King L, Lee IM, Linet MS, Palmer JR, Petrick JL, Poynter JN, Purdue MP, Robien K, Rosenberg L, Vasrabuddhe VV, Schairer C, Sesso HD, Sigurdson AJ, Stevens VL, Wactawski-Wende J, Zeleniuch-Jacquotte A, Renehan AG, McGlynn KA. Body Mass Index,Waist Circumference, Diabetes, and Risk of Liver Cancer for U.S. Adults. *Cancer Res*. 2016;76(20):6076-6083.

374. Purdue MP, Stewart PA, Friesen MC, Colt JS, Locke SJ, Hein MJ, Waters MA, Graubard BI, Davis F, Ruterbusch J, Schwartz K, Chow WH, Rothman N, Hofmann JN. Occupational exposure to chlorinated solvents and kidney cancer: a case-control study. *Occup Environ Med*. 2017;74(4):268-274.

375. Ke L, Mason RS, Mpofu E, Vingren JL, Li Y, Graubard BI, Brock K. Hypertension and other cardiovascular risk factors are associated with vitamin D deficiency in an urban Chinese population: A short report. *J Steroid Biochem Mol Biol*. 2017; 173:281-91.

376. Kant AK, Graubard BI. A prospective study of water intake and subsequent risk of all-cause mortality in a national cohort. *Am J Clin Nutr*. 2017;105(1):212-220.

377. Deziel NC, Nuckols JR, Jones RR, Graubard BI, De Roos AJ, Pronk A, Gourley C, Colt JS, Ward MH. Comparison of industrial emissions and carpet dust concentrations of polychlorinated dibenzo-p-dioxins and polychlorinated dibenzofurans in a multi-center U.S. study. *Sci Total Environ*. 2017;580:1276-1286.

378. Guertin KA, Li XS, Graubard BI, Albanes D, Weinstein SJ, Goedert JJ, Wang Z, Hazen SL, Sinha R. Serum Trimethylamine N-oxide, Carnitine, Choline and Betaine in Relation to Colorectal Cancer Risk in the Alpha Tocopherol and Beta Carotene Study. *Cancer Epidemiol Biomarkers Prev*. 2017; 26(6):945-52.

379. Locke SJ, Deziel NC, Koh DH, Graubard BI, Purdue MP, Friesen MC. Evaluating predictors of lead exposure for activities disturbing materials painted with or containing lead using historic published data from U.S. workplaces. *Am J Ind Med*. 2017;60(2):189-197.

380. Petrick JL, Kelly SP, Liao LM, Freedman ND, Graubard BI, Cook MB. Body weight trajectories and risk of oesophageal and gastric cardia adenocarcinomas: a pooled analysis of NIH-AARP and PLCO Studies. *Br J Cancer*. 201728;116(7):951-959.

381. Colt JS, Hofmann JN, Schwartz K, Chow WH, Graubard BI, Davis F, Ruterbusch J, Berndt S, Purdue MP. Antihypertensive medication use and risk of renal cell carcinoma. *Cancer Causes Control*. 2017 Apr;28(4):289-297.

382. Breslow RA, Castle IP, Chen CM, Graubard BI. Trends in Alcohol Consumption Among Older Americans: National Health Interview Surveys, 1997 to 2014. *Alcohol Clin Exp Res*. 2017;41(5):976-986.

383. Layne TM, Weinstein SJ, Graubard BI, Ma X, Mayne ST, Albanes D. Serum 25-hydroxyvitamin D, vitamin D binding protein, and prostate cancer risk in black men. *Cancer*. 2017;123(14):2698-2704.

384. Kelly SP, Graubard BI, Andreotti G, Younes N, Cleary SD, Cook MB. Prediagnostic Body Mass Index Trajectories in Relation to Prostate Cancer Incidence and Mortality in the PLCO Cancer Screening Trial. *JNCI*. 2016;109(3):1-9.

385. Flegal KM, Graubard BI, Yi SW. Comparative effects of the restriction method in two large observational studies of body mass index and mortality among adults. *Eur J Clin Invest*. 2017;47(6):415-421.

386. Thistle JE, Graubard BI, Braunlin M, Vesper H, Trabert B, Cook MB, McGlynn KA. Marijuana use and serum testosterone concentrations among U.S. males. *Andrology*. 2017;5(4):732-738.

387. Yang B, Petrick JL, Kelly SP, Graubard BI, Freedman ND, McGlynn KA. Adiposity across the adult life course and incidence of primary liver cancer: The NIH-AARP cohort. Int J Cancer. 2017;141(2):271-278.

388. Gu F, Xu S, Devesa SS, Zhang F, Klerman EB, Graubard BI, Caporaso NE. Longitude Position in a Time Zone and Cancer Risk in the United States. *Cancer Epidemiol Biomarkers Prev*. 2017;26(8):1306-1311.

389. Etemadi A, Sinha R, Ward MH, Graubard BI, Inoue-Choi M, Dawsey SM, Abnet CC. Mortality from different causes associated with meat, heme iron, nitrates, and nitrites in the NIH-AARP Diet and Health Study: population based cohort study. *BMJ*. 2017;357.

390. Yang B, Petrick JL, Abnet CC, Graubard BI, Murphy G, Weinstein SJ, Männistö S, Albanes D, McGlynn KA. Tooth loss and liver cancer incidence in a Finnish cohort. *Cancer Causes Control*. 2017;28(8):899-904.

391. Sun L, Subar AF, Bosire C, Dawsey SM, Kahle LL, Zimmerman TP, Abnet CC, Heller R, Graubard BI, Cook MB, Petrick JL. Dietary Flavonoid Intake Reduces the Risk of Head and Neck but Not Esophageal or Gastric Cancer in US Men and *Women. J Nutr*. 2017;147(9):1729-1738.

392. Callahan CL, Schwartz K, Ruterbusch JJ, Shuch B, Graubard BI, Lan Q, Cawthon R, Baccarelli AA, Chow WH, Rothman N, Hofmann JN, Purdue MP. Leukocyte

telomere length and renal cell carcinoma survival in two studies. *Br J Cancer*. 2017;117(5):752-755.

393.   Loftfield E, Freedman ND, Inoue-Choi M, Graubard BI, Sinha R. A Prospective Investigation *of Coffee Drinking and Bladder Cancer Incidence in the United States*. Epidemiology. 2017;28(5):685-693.

394.   Petrick JL, Yang B, Altekruse SF, Van Dyke AL, Koshiol J, Graubard BI, McGlynn KA. Risk factors for intrahepatic and extrahepatic cholangiocarcinoma in the United States: A population-based study in SEER-Medicare. *PLoS One*. 2017;12(10):e0186643.

395.   Landgren O, Graubard BI, Kumar S, Kyle RA, Katzmann JA, Murata K, Costello R, Dispenzieri A, Caporaso N, Mailankody S, Korde N, Hultcrantz M, Therneau TM, Larson DR, Cerhan JR, Rajkumar SV. Prevalence of myeloma precursor state monoclonal gammopathy of undetermined significance in 12372 individuals 10-49 years old: a population-based study from the National Health and Nutrition Examination Survey. *Blood Cancer J*. 2017;7(10).

396.   Dultz G, Graubard BI, Martin P, Welker MW, Vermehren J, Zeuzem S, McGlynn KA, Welzel TM. Liver transplantation for chronic hepatitis C virus infection in the United States 2002-2014: An analysis of the UNOS/OPTN registry. *PLoS One*. 2017;12(10):e0186898.

397.   Chaturvedi AK*, Graubard BI*, Broutian T, Pickard RKL, Tong ZY, Xiao W, Kahle L, Gillison ML. Effect of Prophylactic Human Papillomavirus (HPV) Vaccination on Oral HPV Infections Among Young Adults in the United States. *J Clin Oncol*. 2018;36(3):262-267. (* contributed equally).

398.   Ghazarian AA, Trabert B, Graubard BI, Longnecker MP, Klebanoff MA, McGlynn KA. Placental weight and risk of cryptorchidism and hypospadias in the Collaborative Perinatal Project. *Am J Epidemiol*. 2018 Jul 1;187(7):1354-1361.

399.   Flegal KM, Kit BK, Graubard BI. Bias in Hazard Ratios Arising from Misclassification According to Self-Reported Weight and Height in Observational Studies of Body Mass Index and Mortality. *Am J Epidemiol*. 2018;187(1):125-134.

400.   Kant AK, Graubard BI. Secular trends in regional differences in nutritional biomarkers and self-reported dietary intakes of American adults: NHANES 1988-1994 to 2009-2010. *Public Health Nutr*. 2018;10:1-13.

401.   Kant AK, Graubard BI. A prospective study of frequency of eating restaurant prepared meals and subsequent 9-year risk of all-cause and cardiometabolic mortality in US adults. *PLoS One*. 2018;13(1).

402. Flegal KM, Graubard BI, Williamson DF, Gail MH. Excess Deaths Associated with Underweight, Overweight, and Obesity: An Evaluation of Potential Bias. *National Center for Health Statistics. Ser 3 (42)*. 2018.

403. Hyun N, Gaswirth JL, Graubard BI. Grouping Methods for Estimating the Prevalences of Rare Traits from Complex Survey Data that Preserve Confidentiality of Respondents. *Stat in Med*. In press.

404. Ghazarian AA, Trabert B, Robien K, Graubard BI, McGlynn KA. Maternal use of personal care products during pregnancy and risk of testicular germ cell tumors in sons. *Environmental Research*. 164:109-113.

405. Hall IJ, Tangka FKL, Sabatino SA, Thompson TD, Graubard BI, Breen N. Patterns and Trends in Cancer Screening in the United States: Results from the 2000–2015 National Health Interview Surveys. Prev Chronic Dis. 2018 Jul 26;15:E97.

406. Inoue-Choi M, McNeel TS, Hartge P, Caporaso NE, Graubard BI, Freedman ND. Non-Daily Cigarette Smokers: Mortality Risks in the U.S. Am J Prev Med. 2019 Jan;56(1):27-37.

407. Thistle JE, Petrick JL, Yang B, Graubard BI, McGlynn KA. Domperidone use and risk of primary liver cancer. Cancer Epidemiol. 2018:170-175.

408. Kant AK, Graubard BI. Complementary and compensatory dietary changes associated with consumption or omission of plain water by US adults. Appetite. 2018 Sep 1;128:255-262.

409. Jeffries N, Zaslavsky A, Creswell JW, Palmer R, Gregorich S, Reschovsky J, Graubard BI, Choi K, Pfeiffer RM, Zhang X, Breen N, Diez-Roux A. Methodological challenges to understanding causes of health disparities. *AJPH* (In press).

410. Bock CH, Ruterbusch JJ, Holowatyj AN, Steck SE, Van Dyke AL, Ho WJ, Cote ML, Hofmann JN, Davis F, Graubard BI, Schwartz KL, Purdue MP. Renal cell carcinoma risk associated with lower intake of micronutrients. Cancer Med. 2018 Aug;7(8):4087-4097.

411. Layne TM, Graubard BI, Ma X, Mayne ST, Albanes D. Prostate cancer risk factors in black and white men in the NIH-AARP Diet and Health Study. Prostate Cancer Prostatic Dis. 2018. (In press)

412. Loftfield E, Zhou W, Graubard BI, Yeager M, Chanock SJ, Freedman ND, Machiela MJ. Predictors of mosaic chromosome Y loss and associations with mortality in the UK Biobank. Sci Rep. 2018 Aug 17;8(1):12316.

413. Petrick JL, Thistle JE, Zeleniuch-Jacquotte A, Zhang X, Wactawski-Wende J, Van Dyke AL, Stampfer MJ, Sinha R, Sesso HD, Schairer C, Rosenberg L, Rohan TE, Robien K, Purdue MP, Poynter JN, Palmer JR, Newton CC, Linet MS, Liao LM, Lee IM, Koshiol J, Kitahara CM, Hofmann JN, Graubard BI, Giovannucci E, Gaziano JM, Gapstur SM, Freedman ND, Chong DQ, Chan AT, Buring JE, Beane Freeman LE, Campbell PT, McGlynn KA.Body Mass Index, Diabetes and Intrahepatic Cholangiocarcinoma Risk: The Liver Cancer Pooling Project and Meta-analysis. Am J Gastroenterol. 2018 Oct;113(10):1494-1505.

414. Caporaso NE, Gu F, Klerman EB, Devesa SS, Jones RR, Zhang F, Cahoon EK, Graubard BI. Longitude Position in a Time Zone and Cancer Risk-Response. Cancer Epidemiol Biomarkers Prev. 2018 Sep;27(9):1111-1112.

415. Callahan CL, Locke SJ, Dopart PJ, Stewart PA, Schwartz K, Ruterbusch JJ, Graubard BI, Rothman N, Hofmann JN, Purdue MP, Friesen MC. Decision rule approach applied to estimate occupational lead exposure in a case-control study of kidney cancer. Am J Ind Med. 2018 Nov;61(11):901-910.

416. Deziel NC, Beane Freeman LE, Hoppin JA, Thomas K, Lerro CC, Jones RR, Hines CJ, Blair A, Graubard BI, Lubin JH, Sandler DP, Chen H, Andreotti G, Alavanja MC, Friesen MC. An algorithm for quantitatively estimating non-occupational pesticide exposure intensity for spouses in the Agricultural Health Study. J Expo Sci Environ Epidemiol. (In press)

417. Groh EM, Hyun N, Check D, Heller T, Ripley RT, Hernandez JM, Graubard BI, Davis JL. Trends in Major Gastrectomy for Cancer: Frequency and Outcomes. J Gastrointest Surg. (In press)

418. Yang B, Petrick JL, Thistle JE, Pinto L, Kemp TJ, Tran HQ, Gewirtz AT, Waterboer T, Fedirko V, Jenab M, Graubard BI, Weinstein SJ, Albanes D, McGlynn KA.Bacterial translocation and risk of liver cancer in a Finnish cohort. Cancer Epidemiol Biomarkers Prev. 2019 (In press)

419. Tota JE, Gillison ML, Katki HA, Kahle L, Pickard RK, Xiao W, Jiang B, Graubard BI*, Chaturvedi AK*. Individualized risk-prediction model for oropharynx cancer in the US population. (Submitted).  (* contributed equally)

420. Wang L, Graubard BI, Katki HA, Li Y. Improving External Validity of Epidemiologic Cohort Analyses: A Kernel Weighting Approach. (Submitted).

421. Ghazarian AA, Trabert B, Graubard BI, Gunja MZ, Longnecker MP, Stanczyk FZ, Klebanoff MA, McGlynn KA. Human chorionic gonadotropin (hCG) levels and risk of cryptorchidism in sons of white and black mothers. (Submitted).

422.   Thistle JE, Yang B, Petrick JL, Qiao YL, Fan JH, Abnet CC, Taylor PR, McGlynn KA. Association of tooth loss with incident liver cancer and chronic liver disease mortality in a rural Chinese population. (Submitted).

## Book Chapters, letters or other non-peer-reviewed publications

Sirken MG, Graubard BI, and McDaniel M. National network surveys of diabetes.  In: *1978 Proceedings of the American Statistical Association of the Section on Survey Research Methods*. American Statistical Association, 1978;631-35.

Sirken MG, Graubard BI, LaValley RW. Evaluation of census population coverage  by network surveys. In: *1978 Proceedings of the American Statistical Association of the Section on Survey Research Methods*. American Statistical Association, 1978;239-44.

Graubard BI, Casady RJ. An application of Goodman's method for estimating classes in a population. In: *1980 Proceedings of the American Statistical Association of the Section on Survey Research Methods*. American Statistical Association, 1980;757-60.

Shimizu IM, Graubard BI. Methodology for obtaining national counts of health professionals. In: *1980 Proceedings of the 18th National Meeting of the Public Health Conference on Records and Statistics*, 1980;103-6.

Eckardt MJ, Ryback RS, Rawlings RR, Graubard BI. Selection of controls in testing for alcoholism.(letter). *JAMA* 1982;247:2496-7.

Forman MR, Fetterly K, Graubard BI. Racial and educational factors associated with breast-feeding--United States, 1969 and 1980. *MMWR* March 23, 1984;33:153-4.

Rawlings RR, Graubard BI, Faden VB, Eckardt MJ. A Monte-Carlo study of the effects of nonsphericity and non-normality on repeated measures tests. In Johnson, G. C. and Brown, R.C. (Eds.):   *Quantity and Quality of Statistical Research in Business Economics, vol. 3*. Santa Rosa, California: G. Thronkoff Press 1988;297-313.

Graubard B, Gail M. Cluster sampling of controls in population-based case-control studies. In: Fortner JG, Rhoads JE, eds. Accomplishments in cancer research 1991. Philadelphia: JB Lippincott. 1992;366-7.

Ziegler RG, Ursin G, Craft NE, Subar AF, Graubard BI, Patterson BH. Does beta-carotene explain why reduced cancer risk is associated with vegetable and fruit intake? New research directions. In: Bray, G. A., Ryan, D. H. eds. Pennington

Center Nutrition Series, Vol 3. Vitamins and Cancer Prevention. Baton Rouge: LSU Press: 1993;352-71.

Graubard BI, Korn EL, Midthune D. Testing goodness-of-fit for logistic regression with survey data. *American Statistical Association 1997 Proceedings of the Section on Survey Research Methods.* 1997; 170-174.

Midthune DN, Korn EL, Graubard BI. Variance estimation for truncated logistic regression. (letter). *Biometrics*. 1998:54;1193-95.

Korn EL, Graubard BI. Weighting for unequal selection probabilities in multilevel models Discussion on paper by Pfeffermann et al. *J R Stat Soc, Ser B* Part 1. 1998: 60;

Kulldorff H, Graubard B, Velie E. The P-value and P-value function. (letter) *Epidemiology*.1999:10;345-6.

Rizzo L, Graubard BI, DiGaetano R, Wideroff L. Establishing sampling rates for the Family History of Cancer Validation Study. *American Statistical Association 2000 Proceedings of the Section on Survey Research Methods.* 2000.

Smith PJ, Srinath KP, Battaglia, MP, Graubard BI, Barker L, Hoaglin DC, Frankel M, Khare M. Issues relating to the use of jackknife methods in the National Immunization Survey. *American Statistical Association 2000 Proceedings of the Section on Survey Research Methods.* 2000.

Patterson BH, Dayton CM, Graubard BI. Latent class analysis of complex sample survey data: Application to dietary data- Rejoiner. *J Am Stat Assoc*. 2002; 97 (459): 738-741.

Flegal KM, Williamson DF, Graubard BI. Obesity and cancer. Letter. *New England Journal of Medicine.* 2003;349 (5): 502-502.

Rutter JL, Rao RS, Bouchelet I, Dores G, Green H, Gulley J, Koblinski J, Lundberg M  Stolzenberg-Soloman R, Wheelock R, Williams W, Wolfsberg T, Graubard B, Hartge P, Sholom Wacholder, and Joan P. Schwartz. Survey of Mentoring Experiences of NIH Postdoctoral Fellows. Short report in *Nature* 2003. http://http://felcom.nih.gov/Mentoring/Survey.html

Flegal KM, Williamson DF, Graubard BI. Letter: Overweight and obesity mortality trends in Canada, 1985-2000. *Can J Public Health*. 2004; 95 (3): 235-235.

DiGaetano R, Graubard B, Rao S,  Severynse J,  Wacholder S. Case control studies after RDD: New sample designs and analytic strategies.  *Proceedings of the Section on Statistics in Epidemiology, American Statistical Association.* 2004: 3045-3049.

Flegal KM, Graubard BI, Williamson DF, Gail MH. Letter. Weight and mortality. *Hypertension*. 2006; 47 (2): 398.

Flegal KM, Williamson DF, Graubard BI. Letter. Using adjusted relative risks to calculate attributable fractions. *Am J Pub Hlth*. 2006; 96 (3): 398.

Flegal KA, Graubard BI, Williamson DF, Gail MH. Weight-Associated Deaths in the United States.(Letter) *J of Women's Health*. 2007;16(9):1368-1370.

Flegal KA, Graubard BI, Williamson DF, Gail MH. Simple examples should not be extrapolated to the US population (Letter). *Int J Obes.* 2008; 32(5):87

Graubard BI, Korn EL. Edited CR Rao and D Pfeffermann. Handbook of Statistics No. 29 Sample Surveys: Theory, Methods and Inference. Chapter 37. Scatter plots with survey data. Elsevier. 2009.

Freedman DM, Fuhrman B, Graubard BI, Chang SC. Vitamin D and cancer mortality. *Cancer Epidemiol Biomarkers Prev.* Letter. 2009;18(1):359.

Gail MH, Graubard B, Williamson DF, Flegal KM.  Comments on 'Choice of time scale and its effect on significance of predictors in longitudinal studies' by Michael J. Pencina, Martin G. Larson and Ralph B. D'Agostino, Statistics in Medicine 2007; 26:1343-1359. *Stat in Med*. 2009;28(8):1315-7.

Flegal KM, Graubard BI, Williamson DF, Gail MH. Response to "Biased Corrections or Biased About Corrections". *Obesity* (*In press*)

Wu LC, Graubard BI, Gail MH. Tipping the balance of benefits and harms to favor screening mammography starting at age 40 years. *Ann Intern Med*. 2012;157: 597–598.

Kant AK, Graubard BI. Reply  to J Cedernaes and C Benedict. *Am J Clin Nutr*. 2014 Nov;100(5):1403-4.

Flegal KM, Kit BK, Graubard BI. Reply. *Am J Epidemiol*. 2014;180(11):1129-30.

Kant AK, Graubard BI. Reply. *Am J Clin Nutr*. 2017;105(4):1019-1020.

**BOOK**

Korn EL and Graubard BI. *Analysis of Health Surveys*. New York: John Wiley & Sons. 1999.