## PROPOSED EXPANDED *MS. L* CLASS IDENTIFICATION PLAN SUMMARY

On March 8, 2019, the Court expanded the *Ms. L* class to include adult parents who entered the United States at or between ports of entry on or after July 1, 2017. The Court has also instructed Defendants to put forth a potential plan for identifying the class members within the class expansion period of July 1, 2017, through June 25, 2018.

Defendants' proposed plan to identify potential *Ms. L.* class members within the class expansion period is explained in the attached declarations from Commander Jonathan White of the United States Public Health Service and Dr. Barry Graubard of the National Institutes for Health.

In short, Defendants would identify potential *Ms. L.* class members by identifying their children out of the total population of approximately 47,000 children discharged by the Office of Refugee Resettlement (ORR) during the class expansion period. Defendants would attempt to streamline and accelerate identification of children of potential *Ms. L.* class members by using programmatic knowledge, data analysis, and statistical science to try as best as practicable to segment the population based on the probability that the child's parent is a *Ms. L.* class member. If successful, segmentation would enable Defendants to prioritize children for manual reviews of ORR case management records, which would confirm whether the child was, in fact, separated from a parent who is a *Ms. L.* class member for the class expansion period.

The operational leads for the work would be: Commander Jonathan White for the U.S. Department of Health and Human Services (HHS), Melissa Harper for U.S. Immigration and Customs Enforcement (ICE), and Jay Visconti for U.S. Customs and Border Protection (CBP). They would convene an inter-agency Data Analysis Team. A senior biostatistician (likely Dr. Graubard from the NIH) would serve as the lead for the Data Analysis Team.

Within approximately four weeks of plan activation, Defendants anticipate that the Data Analysis Team would conduct a regression analysis of the possible children of potential class members for the original class period reported in the most recent Joint Status Report, ECF No. 388, using the approximately 12,000 children who were in ORR care on June 26, 2018 as a "training set" to develop a prediction model. The Data Analysis Team would work to validate variables that may be predictive of a child having been separated from a parent (*e.g.*, the age of the child), and attempt to identify any additional demographic features of children separated from parents (as distinct from children who entered the United States without a parent). Through validation, the team would develop a prediction model correlating relevant variables with increased likelihood of parental class membership.

Within approximately eight weeks of plan activation, Defendants anticipate that the Data Analysis team would begin using the prediction model to rank order the children among the population of approximately 47,000 for the class expansion period according to their probability of being children of potential *Ms. L.* class members. They would then begin grouping the children into segments based on statistical probability of parental class membership. Using this method, Defendants would begin targeting manual case file review on the higher-probability groups. In addition, representative samples would be taken from lower-probability groups to test them.

As children are identified as possible children of potential *Ms. L.* class members, Defendants would validate their status jointly.

Within approximately 12 weeks of plan activation, Defendants would begin consolidating information about any newly-identified possible child of a potential *Ms. L.* class member with information about the potential *Ms. L.* class member known to Defendants. Defendants would provide final, rolling lists to Class Counsel. The rolling lists would include basic information including the names and alien numbers of the children and their class member parents, and the parents' last known contact information.

Defendants estimate that identifying all possible children of potential *Ms. L.* class members referred to and discharged by ORR during the expansion period would take at least 12 months, and possibly up to 24 months. The time required to complete the work may be affected by at least three factors. The first is the efficacy of the initial prediction model and the outcomes of sampling of the lower-probability groups (which are not known at this juncture). The second is the pace of manual record review (which will depend on how many qualified contractors Defendants are able to hire and train for the Case File Review Team). The third factor is any meet-and-confer process that may occur after manual reviews for the initial, higher-probability groups are complete.

The primary benefit of Defendants' proposed plan is that, if successful, it would front-load the identification of potential Ms. L. class members and possibly lead to a reduction in the overall time required for manual review. For this reason, it is a more rational approach than a date-ordered or randomized manual review.