UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

APR 5 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MS. L.; MS. C.,

           Petitioners-Appellees,

  v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; et al.,

           Respondents-Appellants.

No.    18-56151

D.C. No.
3:18-cv-00428-DMS-MDD
Southern District of California,
San Diego

ORDER

Appellants' unopposed motion (Docket Entry Nos. 12 and 13) to continue

the stay of appellate proceedings is granted.

Appellate proceedings are stayed until May 28, 2019.  On or before May 28,

2019, appellants may file a status report and motion for further relief.

Failure to file a status report and motion will terminate the stay of appellate

proceedings and the briefing schedule will be reset.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kara Slack
Deputy Clerk
Ninth Circuit Rule 27-7