# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., *Petitioners-Plaintiffs*, <br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.<br><br>*Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD <br><br> Date Filed: April 15, 2019 <br><br> **DECLARATION OF MICHELLE BRANE** |

## Declaration of Michelle Brané

1. I, Michelle Brané, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. I am an attorney and the Director of the Migrant Rights and Justice Program at the Women's Refugee Commission ("WRC"). I have previously submitted declarations in this case.

3. It is my understanding that beginning in April 2018, CBP began assigning Family Unit Identifier Numbers to families apprehended together at the southern border. It is my understanding that even though this number did not, and still does not transfer into ICE or ORR electronic files, that CBP is able to access these numbers in their system and that CBP could be directed to examine data backups or their system for a list of families apprehended at the border where the identifier number was recorded before it was erased.

4.	CBP has for many years assigned "event I.D. numbers" to groups of individuals apprehended or processed in the same group.

5.	It is my understanding that these "event I.D. numbers" could be helpful in sorting through cases to identify adults apprehended or processed at the same time as children who were transferred to ORR, thus providing information about a potential separation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, based on my personal knowledge. Executed on April 15, 2019

_____/s_____
Michelle Brané