UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

```
                                    )
MS. L., ET AL.,                     )
                                    ) CASE NO. 18CV0428-DMS
           PETITIONERS-PLAINTIFFS,  )        18CV1832-DMS
                                    )
VS.                                 )
                                    )
                                    )
                                    )
                                    )
U.S. IMMIGRATION AND CUSTOMS        )  SAN DIEGO, CALIFORNIA
ENFORCEMENT ("ICE"), ET AL.,        )    APRIL 16, 2019
                                    )    1:00 P.M. CALENDAR
           RESPONDENTS-DEFENDANTS.  )
------------------------------------
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

STATUS CONFERENCE

REPORTED BY:                LEE ANN PENCE,
                            OFFICIAL COURT REPORTER
                            UNITED STATES COURTHOUSE
                            333 WEST BROADWAY, ROOM 1393
                            SAN DIEGO, CALIFORNIA 92101

```
FOR PLAINTIFF:              LEE GELERNT, ESQ.
                           DANIEL ANTONIO GALEINDO, ESQ.
                           ACLU IMMIGRANT RIGHTS PROJECT
                           125 BROAD STREET 18TH FLOOR
                           NEW YORK, NEW YORK 10004


FOR DEFENDANT:             SCOTT STEWART, ESQ.
                           SARAH B. FABIAN, ESQ.
                           U.S. DEPARTMENT OF JUSTICE
                           OFFICE OF IMMIGRATION LITIGATION
                           P.O. BOX 868
                           BEN FRANKLIN STATION
                           WASHINGTON, DC 20044


ALSO APPEARING:            ZACHARY BEST, ESQ.
                           SIRINE SHEBAYA, ESQ.
                           WILSON BARMEYER, ESQ.
                           STEVEN HERZOG,ESQ.
                           CATHERINE WEISS, ESQ.
```

1    <u>**SAN DIEGO, CALIFORNIA — TUESDAY, APRIL 16, 2019 — 1:07 P.M.**</u>

2                          \*   \*   \*

3            **THE CLERK:**  NO. 1 ON CALENDAR, CASE NO. 18CV0428,

4    MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR

5    A STATUS CONFERENCE.

6            **THE COURT:**  GOOD AFTERNOON.

7            I HAVE LISTED FOR APPEARANCE FOR PLAINTIFF MS. L.

8    LEE GELERNT, DAN GALINDO.  FOR THE GOVERNMENT SARAH FABIAN,

9    SCOTT STEWART ON ALL MATTERS.  ON THE DORA CLASS SIRINE

10   SHEBAYA, WILSON BARMEYER.  MMM, ZACHARY BEST.  ON THE STEERING

11   COMMITTEE MR. STEVEN HERZOG AND MS. CATHERINE WEISS.

12           I HAVE REVIEWED ALL OF THE BRIEFING, THE JOINT

13   STATUS REPORT AND THEN THE PROPOSALS ON HOW BEST TO GO ABOUT

14   IDENTIFYING MS. L. CLASS MEMBERS AND CHILDREN FOR THE ENLARGED

15   CLASS GOING BACK TO JULY OF 2017.

16           LET'S START WITH THE JOINT STATUS REPORT.  THAT

17   REPORT CONTINUES TO LOOK VERY GOOD AND NEAR COMPLETE WITH THE

18   CLASS CERTIFIED GOING BACK TO JUNE OF 2018.

19           SIMILARLY ON THE MMM CLASS, THAT ALL LOOKS GOOD AND

20   PRODUCTIVE.  THERE ARE MANY ISSUES THAT REMAIN IN A

21   MEET-AND-CONFER STATUS, BUT IT APPEARS THOSE ARE BEING WORKED

22   THROUGH PRODUCTIVELY.

23           I WOULD CONTINUE TO URGE THE PARTIES TO WORK TOWARD

24   A PROTOCOL OR CHECKLIST TOWARD SEPARATION AND THE CRITERIA FOR

25   SEPARATING FAMILY UNITS, AS WELL AS THE CENTRALIZED DATA

1    SYSTEM.  PERHAPS I COULD START THERE WITH A QUESTION.

2             IT APPEARED FROM THE JOINT STATUS REPORT THAT THE

3    PARTIES WERE GOING TO MEET YESTERDAY ON THE CENTRAL DATA

4    SYSTEM.  WHAT'S THE STATUS THERE?

5             **MR. GELERNT:**  YOUR HONOR, THIS IS MR. GELERNT FOR

6    MS. L.

7             WE DID HAVE A CONVERSATION.  WE ARE CONTINUING TO

8    WORK THROUGH IT.  I THINK VERY SOON WE ARE GOING TO PRESENT

9    THE GOVERNMENT A FAIRLY DETAILED COUNTER PROPOSAL OF WHAT THEY

10   HAVE GIVEN US.  AND THEN AT THAT POINT IF THE GOVERNMENT FEELS

11   LIKE THAT IS SOMETHING THEY CAN'T LIVE WITH, THEN WE PROBABLY

12   WILL HAVE TO PRESENT IT TO THE COURT.  BUT I THINK THINGS ARE

13   MOVING FORWARD.

14            **THE COURT:**  OKAY.

15            MR. STEWART OR MS. FABIAN, ANYTHING FROM THE

16   GOVERNMENT'S STANDPOINT?

17            **MR. STEWART:**  YES, YOUR HONOR.  I THINK THE

18   GOVERNMENT IS STILL WORKING AND MAKING PROGRESS ON THIS.  I

19   HAD NOT HEARD MR. GELERNT'S COUNTERPROPOSAL ABOUT THAT UNTIL

20   JUST THIS MOMENT.  BUT THE GOVERNMENT WILL CONTINUE MOVING

21   FORWARD ON THOSE ISSUES.

22            **THE COURT:**  OKAY.  VERY GOOD.

23            THEN ON THE REUNIFICATION OF THE CLASS GOING BACK TO

24   JUNE OF 2018, THAT APPEARS NEARLY COMPLETE.  AND SO WE ARE

25   REALLY ON THE HOME STRETCH THERE, WHICH IS REALLY GREAT NEWS.


                         APRIL 16, 2019

1  IS THERE ANYTHING TO REPORT ON THERE, OR IT SEEMS THAT WE

2  SIMPLY CONTINUE WITH THE SAME COURSE AND WE WILL BE, I THINK,

3  100 PERCENT COMPLETE HERE IN THE NEXT COMING WEEKS.  DO YOU

4  AGREE?

5          **MR. STEWART:**  FROM THE GOVERNMENT'S PERSPECTIVE,

6  YOUR HONOR, I BELIEVE THAT IS CORRECT.  MY UNDERSTANDING IS

7  THAT WE HAVE ONE CHILD STILL POSSIBLY COULD BE REUNIFIED WE

8  ARE AWAITING A PREFERENCE.  AND I BELIEVE THAT IS THE MAIN

9  OUTSTANDING CHILD.

10          **MR. HERZOG:**  YOUR HONOR, THIS IS STEVE HERZOG.

11          I DID WANT TO NOTE AND APOLOGIZE.  IN OUR SECTION OF

12  THE JOINT STATUS REPORT WE MADE A MISTAKE AND DID NOT NOTE

13  THAT THAT ONE CHILD REMAINS YET -- A PREFERENCE YET TO BE

14  REPORTED.

15          THAT CHILD, I THINK WE MENTIONED THAT FAMILY IN

16  PREVIOUS CONFERENCES, THAT'S THE FAMILY THAT IS SEEKING TO

17  RETURN OR THE PARENT IS SEEKING TO RETURN TO THE UNITED

18  STATES.  BUT OUR REPORT SHOULD HAVE NOTED THAT AND IT DID NOT,

19  BUT I NOTE IT NOW.

20          **THE COURT:**  YES.  THANK YOU.  I HAD MADE THAT

21  ASSUMPTION WHEN I READ THE REPORT.  THANK YOU FOR MAKING THAT

22  CLEAR.  OKAY.

23          AND ON THE MMM CLASS, EVERYTHING LOOKS GOOD THERE.

24  ANYTHING TO REPORT ON?

25          **MR. STEWART:**  NOTHING FROM THE GOVERNMENT'S

APRIL 16, 2019

1    PERSPECTIVE, YOUR HONOR.

2            **MR. BEST:**  NOTHING FROM THE PLAINTIFFS' PERSPECTIVE,

3    YOUR HONOR.

4            **THE COURT:**  SO I WILL SET A FUTURE STATUS CONFERENCE

5    TO FOLLOW UP ON ALL OF THOSE MATTERS.

6            MS. WEISS, ANY COMMENTS, OR ANYONE ON THE DORA

7    CLASS, ANYTHING BEFORE WE MOVE TO THE NEXT ISSUE OF THE

8    MODIFIED CLASS AND ACCOUNTING AND IDENTIFICATION?

9            **MS. WEISS:**  NOTHING FOR THE DORA CLASS, YOUR HONOR.

10   THANK YOU.

11           **UNIDENTIFIED SPEAKER:**  AND NOTHING FOR THE LSP

12   EITHER, YOUR HONOR, EXCEPT THAT WE CONTINUE TO WORK ON

13   PROTOCOL FOR THE MORE RECENTLY SEPARATED CHILDREN.

14           **THE COURT:**  OKAY.  THANK YOU.

15           LET'S MOVE TO THE LARGER ISSUE OF THE MODIFIED

16   CLASS.  I HAVE READ THE PROPOSALS, THE GOVERNMENT'S

17   SUBMISSION, AND THE PLAINTIFFS' RESPONSE.  AND LET ME MAKE

18   SOME INITIAL INQUIRIES, AND THEN SEE WHERE WE ARE IN A MOMENT.

19           FIRST, MR. STEWART, THE GOVERNMENT IS PROPOSING

20   ESSENTIALLY A STATISTICAL MODEL OR WAY TO TRIAGE THESE 47,000

21   FILES TO PRIORITIZE A MANUAL REVIEW OF THE PORTAL TO BEGIN TO

22   SEARCH FOR CHILDREN WHO WERE SEPARATED, AND THEN TO LINK THEM

23   UP WITH THE MS. L. PLAINTIFFS.

24           AND THAT PROCESS, I GUESS SETTING UP THE INITIAL

25   MODEL AND IDENTIFICATION TO BEGIN THE REVIEW OF THE PORTAL,

APRIL 16, 2019

1   WOULD TAKE, ACCORDING TO THE PLAINTIFFS AND AS I UNDERSTAND

2   THE GOVERNMENT'S PROPOSAL, ABOUT EIGHT TO 12 WEEKS BEFORE ANY

3   REVIEW OF THE PORTAL OR FILES BEGINS.  IS THAT CORRECT?

4          **MR. STEWART:**  I THINK, YOUR HONOR, THE ANSWER IS NOT

5   NECESSARILY, AND THE HOPE WOULD BE THAT WE CAN START MANUAL

6   FILE REVIEW BEFORE THAT.  AND THAT WE WOULD START THE

7   REVIEW -- WE THE GOVERNMENT WOULD START THE REVIEW SOONER.

8   THOSE ARE PROJECTIONS FOR NOW.

9          I THINK THE POINT WE WOULD EMPHASIZE, YOUR HONOR, IS

10  THAT THE GOAL OF THIS, I THINK AS YOUR HONOR OUTLINED, IS THAT

11  WE ARE TRYING TO FIND A STREAMLINED PROCESS AIMED AT FRONT

12  LOADING AND MAKING IT SO THAT WE CAN GET THE HIGHEST VOLUME OF

13  NUMBERS OF POTENTIALLY SEPARATED CHILDREN TO THE PLAINTIFFS

14  MOST EFFICIENTLY AND SOONEST AFTER THE INITIAL LEGWORK.

15         AND I WOULD ALSO ADD, YOUR HONOR, THAT IT WOULD NOT

16  JUST BE O.R.R. PORTAL MATTERS BUT THEY WOULD ALSO TAKE INTO

17  ACCOUNT OTHER MATERIALS LIKE CBP MATERIALS.  AND DR.

18  GRAUBARD'S DECLARATION INDICATED THAT THAT MATERIAL FROM THAT

19  STRETCH OF MONTHS THAT THE ACLU WAS CONCERNED ABOUT, WE WOULD

20  ACCOUNT FOR THOSE AND USE THE DATA CROSS AGENCIES TO MAKE SURE

21  WE ARE DOING THINGS AS EFFICIENTLY AND THOROUGHLY AND

22  ACCURATELY AS WE REASONABLY CAN.

23         JUST TO EMPHASIZE IN RESPONSE TO YOUR HONOR'S

24  QUESTION, THE HOPE WOULD BE TO START MANUAL REVIEW SOONER, BUT

25  THE IDEA WOULD BE PUTTING IN LEGWORK AT THE FRONT TO DO THE

APRIL 16, 2019

1   BEST JOB POSSIBLE OVER THE LONGER HAUL OF THE PROJECT.

2           **THE COURT:**  AND MANUAL REVIEW CONTEMPLATES MANUAL

3   REVIEW OF A PORTAL OR OF FILES, HARD COPY FILES, OR BOTH?

4           **MR. STEWART:**  I THINK IT IS -- INITIALLY THE PORTAL,

5   YOUR HONOR, ON THE VIEW THAT THE PORTAL HAS THE BEST DATA.

6           AS YOUR HONOR WILL RECALL FROM PREVIOUS EFFORTS, ONE

7   THING THAT BECAME APPARENT OVER THE CYCLE OF THE REUNIFICATION

8   EFFORT FOR THE INITIAL CLASS WAS THAT DATA THAT COMES IN TO

9   O.R.R.'S POSSESSION CAN BE MORE THOROUGH, MORE PROBATIVE.

10  THEY ARE REGULARLY GETTING NEW INFORMATION AND THEY HAVE

11  CHILDREN IN THEIR CARE AND THEREFORE IT CAN HAVE THE RELEVANT

12  AND RELIABLE MATERIAL.

13          **THE COURT:**  DO YOU AGREE OR DISAGREE THAT AT SOME

14  POINT A MANUAL REVIEW OF THE FILES WOULD BE NECESSARY OR

15  APPROPRIATE?

16          **MR. STEWART:**  ARE YOU SAYING, YOUR HONOR -- I MEAN,

17  I DON'T THINK WE NECESSARILY NEED TO DO A MANUAL REVIEW OF THE

18  FILES IF WE GET THE BEST, JUST GOOD DATA FROM THE PORTAL, YOUR

19  HONOR.  AND THE INFO FROM THE FILES -- THE INFORMATION FROM

20  THE FILES I BELIEVE WILL BE IN THE PORTAL, YOUR HONOR.  BUT I

21  CAN GET YOU ADDITIONAL CLARITY IF THAT WOULD BE HELPFUL.

22          **THE COURT:**  THE PLAINTIFFS ARGUE THAT THE BEST

23  INFORMATION IS IN THE FILES, NOT IN THE PORTAL.  AND THAT THE

24  PORTAL OFTEN, ACCORDING TO THE PLAINTIFFS, HAS INCOMPLETE

25  INFORMATION.  DO YOU DISAGREE OR DO YOU NOT HAVE ENOUGH

APRIL 16, 2019

1    INFORMATION?

2          **MR. STEWART:**  MY UNDERSTANDING IS THAT PLAINTIFFS

3    ARE WRONG ABOUT THAT, YOUR HONOR.  AND THE PORTAL ALSO HAS

4    FILES, IS MY UNDERSTANDING, WITH INFORMATION FROM THE

5    DEPARTMENT OF HOMELAND SECURITY SO IT BROADENS THE BASIC

6    INFORMATION AS WELL.

7          SO I WOULD JUST -- TO ANSWER YOUR QUESTION, YOUR

8    HONOR, IT IS MY UNDERSTANDING THAT THE PLAINTIFFS ARE MISTAKEN

9    ON THAT FRONT.

10          **THE COURT:**  WHAT ABOUT THE LIST THAT THE PLAINTIFFS

11    HAVE IDENTIFIED, THAT THERE MAY BE A LIST OF SEPARATED

12    CHILDREN FROM APRIL 2018 TO JUNE OF 2018.  AND THAT WOULD BE

13    THE BEST PLACE TO START BECAUSE THERE WAS MORE INFORMATION AT

14    THAT POINT THAT WAS BEING INPUT FROM CBP AND OTHERS.  IS THERE

15    A LIST?

16          **MR. STEWART:**  MY UNDERSTANDING IS THAT THERE IS NOT

17    AN EXISTING LIST, YOUR HONOR.  THERE WAS DATA THAT WAS BEING

18    TRACKED DURING THAT TIME THAT WE ARE NOW -- WE, MEANING THAT

19    THE DEFENDANTS ARE NOW AGGREGATING SO THAT IT CAN BE USED AS

20    PART OF A PROCESS PROPOSED BY THE GOVERNMENT.

21          THE IDEA I THINK WOULD BE, YOUR HONOR, THAT WE WOULD

22    USE THE BEST INFORMATION FROM THE O.R.R. PORTAL AFTER

23    PRIORITIZING OF REVIEWS OF THAT INFORMATION.  AND I THINK THE

24    INTERAGENCY RECONCILIATION OR OTHER PARTS OF THE PROCESS WOULD

25    ACCOUNT FOR THAT APRIL TO JUNE 2018 DATA.  SO THAT WOULD BE

APRIL 16, 2019

1  COUNTED IN THERE, BUT THE EFFORT WOULD BE TO MAKE IT SO THAT

2  IT IS KIND OF RECONCILING OR JUST THE BEST USE OF THAT DATA,

3  THE MOST EFFICIENT USE.

4           I DON'T -- IT IS USED IN THE -- I THINK THE DATA MAY

5  ALSO BE USED IN THE PRIORITIZATION PROCESS, YOUR HONOR.  BUT I

6  THINK THE TOP LINE POINT IS THAT MY UNDERSTANDING IS THAT

7  THERE IS NOT JUST SOME KIND OF EXISTING LIST BUT THAT THAT

8  DATA IS BEING COMPLETED AND COMPILED NOW FOR THE PURPOSE OF

9  THE PROCESS THAT DEFENDANTS HAVE PROPOSED.

10          **THE COURT:**  IS THAT LIST OR IS THE -- ARE YOU ABLE

11  TO PREPARE THAT KIND OF LIST IN FAIRLY SHORT ORDER?  THE

12  PLAINTIFFS SEEM TO THINK THAT THAT CAN BE DONE AND THAT THAT

13  WOULD BE THE BEST PLACE TO START.

14          **MR. STEWART:**  I HAVE NOT BEEN ABLE TO TRACK DOWN

15  WHERE IN THE PROCESS THAT LIST WOULD BE, YOUR HONOR.  BUT WE

16  ARE WORKING ON THAT.  I DON'T KNOW THE EXACT STAGE THAT THAT

17  PREPARATION IS AT THE MOMENT.  I BELIEVE IT IS JUST UNDERWAY

18  TO PREPARE.

19          **THE COURT:**  THE PLAINTIFFS ALSO SUGGEST THAT IT

20  WOULD MAKE SENSE TO START WITH PRACTICAL IDENTIFIERS, LIKE

21  CHILDREN TEN YEARS AND UNDER, PERHAPS, STARTING WITH FILES TO

22  THE EXTENT THEY ARE SEGREGATED BY LOCATION, SO STARTING WITH

23  THE EL PASO SECTOR, THOSE KINDS OF IDEAS TO NARROW THE SEARCH

24  OF A FILE OR PORTAL.  DOES THAT MAKE SENSE TO THE GOVERNMENT?

25          **MR. STEWART:**  I THINK, YOUR HONOR, I WOULD LIKE TO

APRIL 16, 2019

1    DRILL DOWN ON THAT A LITTLE BIT MORE.  I MEAN, WE ARE -- THE

2    PLAN THAT WE HAVE PROPOSED ALREADY ACCOUNTS FOR THE IDEA THAT

3    WE SHOULD BE PURSUING THE HIGHEST PRIORITY OPTIONS.

4           THE WAY WE PROPOSED IT, THOUGH, IS THE WAY THAT BEST

5    CARRIES INTO ACTUAL EXECUTION, THE NEED TO PRIORITIZE.

6    DR. GRAUBARD'S DECLARATION DOES ADDRESS, I BELIEVE, AGE AS A

7    FACTOR AND SOME OF THESE OTHER KIND OF IMPORTANT TELLING

8    FACTORS ABOUT CHILDREN UNDER A CERTAIN AGE.  SO WE ARE

9    ACCOUNTING FOR THOSE IN OUR METHODOLOGY.

10          **THE COURT:**  THE PLAINTIFFS ALSO SUGGEST THAT IT

11   MAKES SENSE FOR ICE AND CBP TO REVIEW THE I-213 FORMS AND

12   EVENT I.D. NUMBERS.  DO YOU HAVE ANY INSIGHT ON THAT?

13          **MR. STEWART:**  MY UNDERSTANDING, YOUR HONOR, IS THAT

14   THAT IS PART OF THE PROCESS AS WELL.  AGAIN, THIS IS PART OF

15   THE AGENCIES ALL WORKING TO GET THE JOB DONE.  IT IS -- IF THE

16   COURT WOULD LIKE MORE GRANULARITY ON WHERE THAT WOULD FIT IN

17   TO THE OVERALL SUBMISSION OF WHY IT IS MOST EFFECTIVELY DONE

18   IN THE WAY THAT THE GOVERNMENT HAS PROPOSED, I COULD PROVIDE A

19   LITTLE BIT MORE INFORMATION ON THAT, YOUR HONOR.  IF I CAN GO

20   BACK AND COLLECT IT.

21          **THE COURT:**  THE PLAINTIFFS ALSO ARGUE AND SUBMIT

22   DECLARATIONS TO THE EFFECT THAT THE MANUAL FILE REVIEW CAN

23   TAKE ANYWHERE FROM TEN TO 30 MINUTES, CAN BE DONE VERY

24   QUICKLY.  AND PARTICULARLY SO FOR CASE MANAGERS WHO KNOW WHERE

25   TO GO, THAT THEY COULD DO A REVIEW EVEN MORE QUICKLY TO

APRIL 16, 2019

12

1   IDENTIFY FACTORS OR CRITERIA THAT WOULD SUGGEST SEPARATION OF

2   A FAMILY UNIT.  AND THAT IF APPROPRIATELY STAFFED THIS MANUAL

3   REVIEW PROCESS OF 47,000 FILES COULD BE DONE WITHIN THREE

4   MONTHS.  AND THEY CITE BY WAY OF EXAMPLE THAT HHS IN FACT DID

5   THIS WITH THE FIRST REUNIFICATION WITH 12,000 FILES IN TEN

6   DAYS.

7          DO YOU DISAGREE?

8          **MR. STEWART:**  I DO, YOUR HONOR.  THOSE TWO

9   DECLARATIONS -- THE GOVERNMENT DID SUBMIT A DECLARATION OF

10  COMMANDER JONATHAN WHITE AND DR. BARRY GRAUBARD.  THESE ARE

11  BOTH WITH EXCELLENT RECOMMENDATIONS WHO THOROUGHLY BROKE DOWN

12  WHY THEIR RECOMMENDATION IS TO PROPOSE THIS METHODOLOGY.

13          AGAINST THE GOVERNMENT HAS SUBMITTED TWO VERY SHORT,

14  AND IN THE CASE OF MS. TURNER'S METHODOLOGY HIGHLY ANECDOTAL,

15  AND JUST, YOU KNOW -- I AM NOT A STATISTICIAN, YOUR HONOR, BUT

16  I EXPECT THAT A STATISTICIAN WOULD HAVE A LOT TO SAY ABOUT

17  THAT HIGHLY ANECDOTAL DECLARATION.

18          BUT I WOULD JUST -- I WOULD SAY THAT THOSE

19  DECLARATIONS ARE VERY, VERY WEAK AND DO NOT REMOTELY HOLD A

20  CANDLE AGAINST THE VERY THOROUGH EXPERIENCE AND EXPERTISE

21  LADEN DECLARATIONS SUBMITTED TO THE COURT OF THE GOVERNMENT'S

22  PLAN.  AND WE RESPECTFULLY SAY THAT THOSE DECLARATIONS

23  SUBMITTED BY PLAINTIFFS ARE INCOMPLETE, THEY ARE VERY THIN.

24  AND THEY SURELY DO NOT OVERCOME THE THOROUGH, CAREFUL,

25  CONSIDERED PROCESS PROPOSED BY COMMANDER WHITE AND

APRIL 16, 2019

13

1   DR. GRAUBARD.

2           **THE COURT:**  HAS COMMANDER WHITE, TO YOUR KNOWLEDGE,

3   REVIEWED PLAINTIFFS' PROPOSAL?

4           **MR. STEWART:**  NOT TO MY KNOWLEDGE, YOUR HONOR.

5           COMMANDER WHITE IS ACTUALLY -- HE IS OUT OF POCKET

6   FOR THIS WEEK, IS MY UNDERSTANDING.  AND OF COURSE THE

7   PLAINTIFFS' METHODOLOGY CAME IN ONLY LAST NIGHT MY TIME, YOUR

8   HONOR.  AND THE PLAINTIFFS, ALTHOUGH WE DID HAVE A PHONE

9   CALL -- THE GOVERNMENT HAD A CONVERSATION WITH THEM YESTERDAY

10  DID NOT GIVE US NOTICE THAT THEY WOULD BE FILING THIS.  THEY

11  DID NOT GIVE US NOTICE OF THE PARTICULAR CONCERNS THAT THEY

12  CLAIM TO HAVE IN THEIR FILING.  THEY DID APPARENTLY ANNOUNCE

13  IT TO THE MEDIA, BUT THEY DID NOT THINK -- APPARENTLY THINK IT

14  NECESSARY OR APPROPRIATE TO MEET AND CONFER WITH THE

15  GOVERNMENT ABOUT THEIR PARTICULARS.

16          SO TO MY KNOWLEDGE COMMANDER WHITE HAS NOT GOTTEN

17  CERTAINLY A THOROUGH CHANCE TO TAKE A LOOK AT THE PLAINTIFFS'

18  DECLARATIONS OR CONCERNS.  AND I WOULD HOPE, YOUR HONOR, THAT

19  GIVEN THE LATE FILING OF THE PLAINTIFFS' SUBMISSION, THE LACK

20  OF NOTICE, AND JUST REALLY THE EXTREMITY -- THE EXTREMENESS OF

21  THEIR PROPOSAL THAT THE GOVERNMENT WOULD BE AFFORDED AN

22  OPPORTUNITY TO FILE A REPLY TO ALLOW ENOUGH TIME FOR THE

23  GOVERNMENT TO BE ABLE TO LET COMMANDER WHITE REVIEW THE

24  PROPOSAL SO THAT WE CAN MAKE SURE WE ARE FULLY RESPONSIVE TO

25  ANY ISSUES IDENTIFIED BY THE PLAINTIFFS AND ANY QUESTIONS THE

APRIL 16, 2019

1    COURT MAY HAVE, YOUR HONOR.

2            **THE COURT:**  YES.  THE PLAINTIFFS DID NOTE THAT THEY

3    WERE GOING TO HAVE A SUBMISSION IN THE JOINT STATUS REPORT,

4    AND I DO RECOGNIZE THEIR PROPOSAL CAME IN OR IT WAS FILED

5    YESTERDAY, ON THE 15TH.

6            THESE ARE MY THOUGHTS, AND THEN I WILL INVITE

7    FURTHER COMMENT.  I WOULD LIKE TO HEAR FROM MR. GELERNT TOO.

8            THIS IS A VERY SIGNIFICANT ISSUE, OBVIOUSLY.  IT IS

9    AS IMPORTANT AS THE INITIAL REUNIFICATION, AND THE SAME CARE

10   AND ATTENTION AND ENERGY NEEDS TO BE PAID TO THIS SECOND

11   REUNIFICATION WITH THIS CLASS GOING BACK TO JULY OF 2017.

12           BOTH SIDES HAVE COMPETING PROPOSALS.  BOTH SIDES ARE

13   WORKING FOR A COMMON GOOD.  AND I THINK THAT NEEDS TO BE

14   EMPHASIZED.

15           THE FIRST REUNIFICATION REALLY WAS A UNITED EFFORT

16   BETWEEN TWO ADVERSARIES.  BUT THEY CAME TOGETHER, THE

17   PLAINTIFFS' STEERING COMMITTEE AND THE GOVERNMENT, AND DID

18   REMARKABLE THINGS IN QUICK ORDER.  AND THE COURT WAS VERY

19   COMPLIMENTARY OF THE GOVERNMENT AND OF PLAINTIFFS AND

20   PLAINTIFFS' STEERING COMMITTEE FOR ACHIEVING WONDERFUL

21   RESULTS.  IT WAS A HERCULEAN EFFORT AND IT WAS NECESSARY AND

22   IT ACHIEVED THE RESULTS THAT ARE DEMANDED UNDER THE LAW.

23           THE SAME RESULT CAN OCCUR HERE WITH THIS SECOND

24   GROUP.  AND I THINK WE HAVE THE RIGHT PEOPLE.  MR. GELERNT HAS

25   COMMENTED ON HIS BELIEF IN COMMANDER WHITE.  COMMANDER WHITE

APRIL 16, 2019

15

1  HAS GREAT CREDIBILITY WITH THE COURT.  I THINK HE IS THE RIGHT
2  PERSON.  HE IS RESULT-ORIENTED IN THE BEST SENSE OF THE TERM.
3  HE IS NOT PARTISAN.  HE APPEARS TO BE 100 PERCENT DRIVEN BY
4  THE RESULT.  AND THE MEANS TO ACCOMPLISH THE RESULT IS
5  SOMETHING THAT HE IS EXPERT AT ANALYZING AND PROPOSING A BEST
6  POSSIBLE MEANS TO ACHIEVE THE RESULT.

7          AND THE MECHANISM THAT COMMANDER WHITE HAS INITIALLY
8  PROPOSED, IT SEEMS TO ME FROM A LAY PERSPECTIVE HAS SOME AREAS
9  THAT COULD BE IMPROVED UPON AND THE PLAINTIFFS HAVE
10 HIGHLIGHTED THOSE IN THEIR BRIEFING.  FROM A LAY PERSPECTIVE
11 SOME OF THE PLAINTIFFS' PROPOSALS MAKE SENSE, COMMON SENSE.
12 AND I THINK IT IS BEST IF COMMANDER WHITE AND SOMEONE OR SOME
13 MEMBERS FROM THE PLAINTIFFS' TEAM MEET AND CONFER IN GOOD
14 FAITH WORKING TOWARD A COMMON GOOD AND GET THIS DONE, AND GET
15 IT DONE QUICKLY.  HAVE A PROPOSAL TO THE COURT.

16         THE COURT IS THE LEAST EQUIPPED TO BEGIN TO MAKE
17 ORDERS DEMANDING THAT CERTAIN PARTIES, AND THE GOVERNMENT IN
18 PARTICULAR, DO CERTAIN THINGS ON A CERTAIN TIME FRAME WITHOUT
19 A FULL HEARING AND ADDITIONAL INFORMATION.

20         THE PARTIES ARE THE EXPERTS, AND THERE IS NO BETTER
21 TEAM THAN THOSE PRESENTLY BEFORE THE COURT.  AND IT JUST SEEMS
22 TO ME THAT IF MR. GELERNT AND OTHERS MEET WITH COMMANDER
23 WHITE, AND PERHAPS OTHERS, THESE TEAM LEADERS THAT ARE
24 IDENTIFIED IN THE GOVERNMENT'S REPORT FOR ICE AND CBP, THAT A
25 PROPOSAL CAN BE MADE THAT IS MORE STREAMLINED AND MORE

APRIL 16, 2019

1   EFFICIENT THAN THE GOVERNMENT'S INITIAL PROPOSAL.

2          I, OF COURSE, WILL KEEP AN OPEN MIND, BUT I WOULD BE

3   SURPRISED TO LEARN THAT IF COMMANDER WHITE, UPON REVIEWING THE

4   PLAINTIFFS' SUBMISSION, BALKS AT IT.  IT SEEMS TO ME THAT

5   THERE ARE GOOD SUGGESTIONS IN IT AND HE IS THE RIGHT PERSON TO

6   EVALUATE IT IN A CLINICAL MANNER.  AND EITHER AGREE OR

7   DISAGREE, BUT POINT OUT TO THE COURT WHY THERE WOULD BE

8   DISAGREEMENT.

9          IT DOES SEEM TO ME, WITHOUT ADDITIONAL INFORMATION,

10  THAT A MANUAL REVIEW OF THE FILE WOULD BE NECESSARY, AT LEAST

11  AT SOME POINT.  PERHAPS NOT.  PERHAPS COMMANDER WHITE CAN

12  EXPLAIN WHY A PORTAL REVIEW WOULD BE ALL THAT IS NECESSARY.

13         AND IT ALSO SEEMS TO ME THAT WITH AN APPROPRIATELY

14  STAFFED TEAM, BOTH PLAINTIFF AND DEFENSE, THAT A REVIEW OF THE

15  FILE OR THE PORTALS OR BOTH CAN BE DONE IN A MUCH SHORTER

16  TIMEFRAME THAN WHAT THE GOVERNMENT IS PROPOSING.

17         WE KNOW THAT HHS REVIEWED NEARLY 12,000 FILES AND

18  DID SO WITHIN A TEN-DAY PERIOD, AT LEAST I THINK THAT IS NOT

19  DISPUTED.  AND I DO RECOGNIZE THAT THAT WAS A HERCULEAN EFFORT

20  AND IT INVOLVED INTENSIVE STAFFING AND HOURS.

21         BUT IT DOES SEEM TO ME THAT THAT IS ILLUSTRATIVE OF

22  THE FACT THAT A TEAM CAN BE PUT TOGETHER AND FILES CAN BE

23  REVIEWED, 47,000 FILES OR PORTALS, IN A MUCH SHORTER

24  TIMEFRAME.

25         IT ALSO SEEMS TO ME -- AND I WOULD LIKE TO HEAR FROM

APRIL 16, 2019

1   COMMANDER WHITE -- THAT IT MAKES PERFECT SENSE TO START WITH
2   THE APRIL, MAY, JUNE 2018 TIMEFRAME, FOR REASONS POINTED OUT
3   BY PLAINTIFFS, AND GET ROLLING ON THAT IMMEDIATELY.  AND BEGIN
4   PROVIDING THAT INFORMATION IMMEDIATELY ON A ROLLING BASIS SO
5   THAT WE CAN BEGIN THE IDENTIFICATION, ACCOUNTING, AND
6   REACHING OUT TO PARENTS RIGHT AWAY.  AND THROUGH A STAGGERED
7   PROCESS WE CAN MAKE GREAT PROGRESS IN SHORT ORDER.  AND THEN
8   JUST KEEP ROLLING THROUGH IT.

9           THIS, OF COURSE, IS GOING TO TAKE MANY MONTHS
10  ULTIMATELY, BUT WE HAVE AN OBLIGATION TO BEGIN TO ACCOUNT FOR
11  AND REUNIFY OR HEAR THE PARENTS' WISHES MUCH SOONER RATHER
12  THAN LATER.

13          THE FINAL OBSERVATION I WOULD MAKE IS THAT I REALLY
14  APPRECIATE THE GOVERNMENT'S SUBMISSION.  IT CERTAINLY WAS MADE
15  IN GOOD FAITH.  I DON'T HAVE ANY HESITATION IN MAKING THAT
16  CONCLUSION.

17          MY THOUGHT, HOWEVER, IS THAT THERE IS A LARGE
18  WIND-UP PERIOD THAT IS CONTEMPLATED IN THE GOVERNMENT'S
19  PROPOSAL THROUGH THIS STATISTICAL MODEL THAT TAKES,
20  APPARENTLY, EIGHT TO 12 WEEKS BEFORE ANY REVIEW BEGINS.  AND
21  IT JUST SEEMS TO ME THERE IS A LOT OF LOW-HANGING FRUIT HERE,
22  MAYBE THE APRIL, MAY, JUNE TIMEFRAME, WHERE IMMEDIATE
23  INFORMATION CAN BE GLEANED AND PROVIDED TO PLAINTIFFS, AND THE
24  PROCESS CAN START RIGHT AWAY WITH HEARING FROM THE PARENTS AND
25  THE STEERING COMMITTEE.


                        APRIL 16, 2019

1          THIS, OF COURSE, IS NOT ROCKET SCIENCE, IT IS REALLY

2     A MATTER OF LABOR-INTENSIVE WORK.  BUT WITH THE RIGHT PEOPLE,

3     WHICH WE HAVE, IT SEEMS TO ME A PROPOSAL, A JOINT PROPOSAL,

4     CAN BE MADE AND MADE QUICKLY TO THE COURT.

5          SO WHAT I AM GOING TO -- I WOULD ALSO MENTION THE

6     IDEA, TOO, IT MAY BE THAT, THROUGH A PROTECTIVE ORDER OR

7     OTHERWISE, A TEAM OF LAWYERS -- THERE ARE MANY LARGE LAW FIRMS

8     THAT WANT TO HELP OUT.  THERE ARE MANY LAWYERS THAT MR.

9     GELERNT AND THE ACLU HAS ACCESS TO WHO I AM SURE WOULD DEVOTE

10    THEIR TIME AND ENERGY TO MANUALLY REVIEW FILES.  AND MAYBE

11    THAT CAN BE DONE THROUGH A PROTECTIVE ORDER, MAYBE NOT.  IT

12    JUST SEEMS TO ME THAT THROUGH THIS JOINT PARTY EFFORT THAT WE

13    HAVE BEEN THROUGH ONCE BEFORE WE CAN DO IT AGAIN.

14          IT ALL STARTS, FROM THE COURT'S PERSPECTIVE, IN

15    HEARING FROM COMMANDER WHITE.  WHAT I WOULD LIKE IS FOR

16    COMMANDER WHITE TO REVIEW THE PLAINTIFFS' PROPOSAL RIGHT AWAY.

17    AND I WAS HOPING TO CONVENE A STATUS CONFERENCE WITH COMMANDER

18    WHITE AND MR. GELERNT AND WHOEVER HE SELECTS FROM THE

19    PLAINTIFFS' SIDE, AND TO HAVE THEM MEET AND CONFER RIGHT AWAY

20    AND THEN HAVE A STATUS CONFERENCE WITH THE COURT.  I WAS

21    HOPING FOR AS EARLY AS THIS FRIDAY OR EARLY NEXT WEEK.

22          MR. STEWART, WHAT ARE YOUR THOUGHTS?

23          **MR. STEWART:**  I THINK, YOUR HONOR, I NEED TO JUST

24    TAKE THAT BACK TO MY -- TO MY VARIOUS AGENCY CLIENTS AND CHECK

25    ON IT.


                         APRIL 16, 2019

1          MY SENSE IS THAT IT WOULD BE USEFUL TO HAVE

2    COMMANDER WHITE REVIEW THIS.  MY PREFERENCE WOULD BE TO MAYBE

3    GIVE HIM A DAY OR TWO EARLY NEXT WEEK TO REVIEW, THINK

4    THROUGH, CHECK ON SOME THINGS, WITH A STATUS CONFERENCE OR

5    SOMETHING LIKE THAT TO FOLLOW AFTER THAT, JUST TO MAKE SURE

6    THAT HE HAS TIME TO DIGEST IT AND DO WHATEVER HE WOULD NEED TO

7    DO BEFORE OFFERING HIS VIEWS ON IT.

8          I THINK THAT WOULD BE MY TOP LINE RESPONSE THERE,

9    YOUR HONOR.

10         I AM NOT SURE -- I MEAN, IT IS JUST THAT PART OF IT

11   IS COMMANDER WHITE IS -- HE IS ON LEAVE THROUGHOUT THIS WEEK.

12   AND RECOGNIZING THE IMPORTANCE OF THE TASK, I WOULD JUST LIKE

13   TO GIVE HIM ENOUGH TIME TO DO THAT IN A WAY THAT GIVES HIM

14   ADEQUATE TIME TO REVIEW AND THINK ABOUT EVERYTHING.

15         **THE COURT:**  MR. GELERNT.

16         **MR. GELERNT:**  YES, YOUR HONOR, JUST A FEW THINGS.

17         I THINK, TO BEGIN WITH, WE ARE PREPARED TO GO DOWN

18   TO DC AS SOON AS POSSIBLE TO MEET WITH COMMANDER WHITE AND GO

19   THROUGH STUFF, AND THEN HAVE HIM REPORT BACK TO YOU.  SO IF WE

20   CAN DO THAT MONDAY, GREAT.  TUESDAY.  I THINK AS SOON AS

21   POSSIBLE WE WILL GO DOWN TO DC AND MEET WITH COMMANDER WHITE.

22         I THINK ULTIMATELY WHAT YOU SAID AT THE VERY

23   BEGINNING IS WHAT WE THINK IS THE MOST IMPORTANT POINT; THAT

24   THESE KIDS ARE NO LESS IMPORTANT THAN THE ORIGINAL GROUP OF

25   KIDS AND IT NEEDS TO MOVE WITH SOME URGENCY.


                          APRIL 16, 2019

1          SO IF COMMANDER WHITE HAS REASONS WHY SOMETHING WE

2    PROPOSED DOESN'T WORK, WE WOULD LIKE TO HEAR IT DIRECTLY FROM

3    HIM AND THEN HAVE THE COURT HEAR THAT.

4          THE OTHER POINT I WOULD MAKE IS WHAT YOU SAID ABOUT

5    MOVING QUICKLY RIGHT AWAY WITH THE LIST FROM APRIL, MAY, AND

6    JUNE.  WE FEEL FAIRLY CONFIDENT THAT THERE IS A LIST ALREADY

7    OR IT CAN BE GENERATED IN HOURS OR A COUPLE OF DAYS GIVEN WHAT

8    CHANGES WERE MADE STARTING IN APRIL.

9          SO I THINK WHAT WE WOULD LIKE TO SEE IMMEDIATELY IS

10   A DECLARATION SAYING THERE IS NO LIST, TRULY BELIEVE THERE IS

11   NO LIST, OR IT CAN'T BE GENERATED IN HOURS OR DAYS, AND WHO

12   THEY INQUIRED FROM.  BECAUSE I THINK THAT IS NOT A DIFFICULT

13   INQUIRY FOR THE GOVERNMENT TO MAKE TO SAY EVERYONE INVOLVED IN

14   SEPARATIONS, NO MATTER WHICH AGENCY, SHOULD TELL US IF THEY

15   EITHER HAVE THE LIST OR COULD GENERATE THAT LIST IN HOURS OR

16   DAYS.  BECAUSE THAT'S TWO TO THREE MONTHS RIGHT THERE, AS YOU

17   SAID, WE COULD KNOCK OFF AND START CONTACTING PARENTS.

18         IT WOULD BE VERY SURPRISING IF THE GOVERNMENT

19   DOESN'T HAVE THAT LIST OR COULDN'T GENERATE IT FOR THOSE THREE

20   MONTHS GIVEN THE CHANGES THAT WERE MADE IN THEIR PROTOCOLS

21   STARTING IN APRIL.  SO I THINK A DECLARATION OF WHO THEY

22   INQUIRED FROM IF THEY CAN'T FIND THE LIST.  AND IF THEY DO

23   FIND THE LIST WHY IT HASN'T BEEN MENTIONED BEFORE.

24         THE REMAINING POINT I WOULD JUST MAKE, WHICH IS

25   SOMETHING WE WILL DISCUSS WITH COMMANDER WHITE, IS ULTIMATELY

APRIL 16, 2019

1  I HAVEN'T REALLY HEARD A RESPONSE FROM THE GOVERNMENT ABOUT
2  WHY LOOKING THROUGH THE PAPER FILES CAN'T BE DONE IN WELL
3  UNDER THREE MONTHS.
4          I MEAN, AT THE END WE DON'T BELIEVE -- AND I THINK
5  COMMANDER WHITE CAN SAY IT AND HE CAN SAY IT UNDER OATH IF HE
6  NEEDS TO -- THAT EVERYTHING GETS INTO THE PORTAL.  WE ARE
7  PRETTY SURE IT DOESN'T BACK IN THAT PERIOD.  BUT AT A MINIMUM
8  WE KNOW EVERYTHING GETS IN THE CASE MANAGER FILE.
9          AND WHAT THE DECLARATIONS SHOW -- AS YOU SAID IT IS
10 NOT ROCKET SCIENCE -- YOU FLIP THROUGH THE PAGES AND YOU CAN
11 EASILY FIND WHETHER THERE WAS SEPARATION OR NOT IN A MATTER OF
12 MINUTES.  CERTAINLY A HALF HOUR WOULD BE A CONSERVATIVE
13 ESTIMATE.  CERTAINLY FOR THE PERSON WHO IS THE CASE MANAGER,
14 WOULD KNOW THE FILE SO WELL.
15         THE OTHER POINT WHICH I HADN'T THOUGHT OF, YOUR
16 HONOR, WHICH IS YOUR SUGGESTION WHICH WE ARE MORE THAN HAPPY
17 TO TAKE UP, IS IF THEY CAN HAVE A PROTECTIVE ORDER WE WILL GET
18 500 LAW FIRMS' ASSOCIATES TO REVIEW THESE FILES.
19         I MEAN, ONE THING, AS YOUR HONOR KNOWS FROM CIVIL
20 LITIGATION, CULLING A COUPLE OF THOUSAND PIECES OF INFORMATION
21 FROM 47,000 FILES, THAT IS PRETTY STANDARD IN CIVIL DISCOVERY
22 LITIGATION.  THE LAW FIRMS THAT I HAVE TALKED TO ABOUT THIS
23 CAN'T BELIEVE THAT THERE HAS BEEN A PROPOSAL BEING MADE FOR
24 ONE TO TWO YEARS TO GET THROUGH THAT.
25         I HOPE THE GOVERNMENT WOULD AGREE TO THAT.  WE HAD

APRIL 16, 2019

1   NOT THOUGHT OF THAT, BUT I THINK THEN WE COULD BE TALKING

2   ABOUT WEEKS TO GET THROUGH THIS.

3            **THE COURT:**  WHY DON'T --

4            **MR. STEWART:**   YOUR HONOR, I RESPECTFULLY OBJECT AND

5   TAKE SERIOUS ISSUE WITH MANY OF THE THINGS THAT MR. GELERNT

6   JUST SAID AND IMPLIED, INCLUDING THIS KIND OF ADVERSARIAL

7   PUBLIC RELATIONS ORIENTED APPROACH HE IS TAKING TO TRY TO

8   ESSENTIALLY CALL OUT THE GOVERNMENT FOR SOMEHOW HIDING THE

9   BALL OR BAD FAITH OR SOMETHING LIKE THAT, WHICH YOUR HONOR HAS

10  CERTAINLY NOT ENDORSED.

11           HIS KIND OF SEAT-OF-THE-PANTS PROPOSALS, HIS

12  WILLINGNESS TO SUGGEST THAT HE IS WILLING TO PUT ALL SORTS OF

13  WORK IN, THIS IS NOT CONSISTENT WITH THE CONFERRALS THAT WE

14  HAVE HAD WITH MR. GELERNT ON THIS TOPIC, YOUR HONOR.  HIS

15  PROPOSAL, HIS FILING IS NOT CONSISTENT WITH THE CONFERRALS WE

16  HAVE HAD ON THIS TOPIC.

17           I DO HAVE SERIOUS CONCERNS, YOUR HONOR, IF THIS IS

18  GOING TO BE -- IF YOUR HONOR IS ENVISIONING SOME KIND OF JOINT

19  EFFORT THEN IT NEEDS TO BE A REAL JOINT GOOD FAITH EFFORT ON

20  THE PART OF MR. GELERNT AND HIS COLLEAGUES WHERE IT IS NOT

21  JUST ADVERSARIAL GOTCHA.  YOU KNOW, TELL THE COURT THAT THEY

22  ARE GOING TO PUT IN ALL SORTS OF WORK AND THEN NOT REALLY

23  DELIVER KIND OF A THING.

24           I DO HAVE SERIOUS DOUBTS ABOUT A NUMBER OF THE

25  PROPOSALS THAT MR. GELERNT JUST MENTIONED.  AND FOR THOSE

APRIL 16, 2019

1    REASONS, YOUR HONOR, I WOULD LIKE TO HAVE A SUBMISSION

2    INDICATING JUST -- THIS IS NOT A SIMPLE -- MY UNDERSTANDING OF

3    IT, YOUR HONOR, THIS IS NOT JUST A SIMPLE GET A BUNCH OF

4    ATTORNEYS IN A ROOM FOR A NORMAL DOCUMENT PRODUCTION.  THERE

5    ARE A LOT OF JUDGMENT QUESTIONS AND OTHER ISSUES, AND IT IS

6    IMPORTANT TO GET THOSE THINGS RIGHT.

7              **THE COURT:**  YES.

8              **MR. STEWART:**  I WOULD LIKE TO BE ABLE TO TAKE THOSE

9    BACK, YOUR HONOR.

10             BUT I DO TAKE SERIOUS ISSUE WITH A NUMBER OF MR.

11   GELERNT'S SUGGESTIONS IN HIS FILINGS AND IN WHAT HE JUST SAID.

12             **THE COURT:**  THIS IS A -- OBVIOUSLY IT IS A LARGE

13   ISSUE, AND THERE ARE MANY WAYS TO GO ABOUT IT.  AND WHAT THE

14   COURT HAS ARE COMPETING PROPOSALS BY TWO SIDES THAT I BELIEVE

15   ARE OPERATING IN GOOD FAITH.

16             AND BOTH YOU, MR. STEWART, AND MR. GELERNT HAVE BEEN

17   NOTHING BUT PROFESSIONAL THROUGHOUT THESE PROCEEDINGS, AND I

18   AM REALLY COUNTING ON THE LAWYERS HERE AND THE STEERING

19   COMMITTEE AND COMMANDER WHITE TO GET THIS RIGHT.

20             YOU ARE THE EXPERTS --

21             **MR. STEWART:**  I AM SORRY, YOUR HONOR.  I AM SORRY.

22   GO AHEAD, YOUR HONOR.

23             **THE COURT:**  YOU ARE THE EXPERTS, PARTICULARLY

24   COMMANDER WHITE AND INDIVIDUALS THAT MR. GELERNT HAS ACCESS

25   TO, ON HOW BEST TO PROCEED.


                         APRIL 16, 2019

1          AND SO WHAT I WOULD REALLY LIKE TO AVOID IS A

2    TRADITIONAL COURT HEARING WITH TESTIMONY AND EVIDENCE AND THE

3    COURT SIMPLY MAKING ORDERS AS TO HOW THE GOVERNMENT WILL GO

4    ABOUT IDENTIFYING CLASS MEMBERS AND REACHING OUT.  THAT WOULD

5    TAKE TIME, AND IT WOULD BE FAR FROM PERFECT.  AND IT IS SIMPLY

6    NOT THE RIGHT THING TO DO UNDER THESE CIRCUMSTANCES AND

7    EVERYONE KNOWS THAT.

8          I HAVE EVERY CONFIDENCE THAT IF MR. GELERNT AND

9    OTHERS ON THE PLAINTIFFS' STEERING COMMITTEE MEET WITH

10   COMMANDER WHITE AND WHOEVER YOU BELIEVE WOULD BE APPROPRIATE,

11   MR. STEWART, ON BEHALF OF THE GOVERNMENT, THAT THEY CAN WORK

12   THROUGH THIS.

13         AND OBVIOUSLY THAT MEET AND CONFER WILL BE DONE IN

14   ABSOLUTE GOOD FAITH, AS I STARTED WITH THE IDEA THAT COMMANDER

15   WHITE IS EXACTLY THE RIGHT PERSON FOR THIS.  AND I REALLY

16   BELIEVE THAT.  I THINK HE WILL APPROACH IT IN THE RIGHT MIND

17   FRAME, NOT FROM A PARTISAN STANDPOINT BUT FROM SIMPLY DOING

18   WHAT IS RIGHT FOR THE RIGHT REASONS.  AND I HAVE EVERY FAITH

19   THAT MR. GELERNT AND THE STEERING COMMITTEE MEMBERS WILL DO

20   THE SAME.  BECAUSE EVERYONE IS WORKING TOWARD AN OVERARCHING

21   COMMON GOAL HERE THAT'S AN ENORMOUS UNDERTAKING, AND IT HAS TO

22   BE DONE QUICKLY AND EFFICIENTLY AND RIGHT.  AND SO LET'S

23   PROCEED THIS WAY.

24         FIRST I WOULD LIKE COMMANDER WHITE TO REVIEW THE

25   PLAINTIFFS' PROPOSAL AS SOON AS POSSIBLE.  I UNDERSTAND HE MAY

APRIL 16, 2019

 1  BE ON LEAVE AND HAVE OTHER OBLIGATIONS, SO I WOULD LIKE TO
 2  GIVE HIM SOME TIME.

 3          I WOULD LIKE TO HAVE A STATUS CONFERENCE WITH
 4  COMMANDER WHITE ON THE PHONE, AND GOVERNMENT COUNSEL AND MR.
 5  GELERNT AND THE STEERING COMMITTEE MEMBERS, WHOEVER YOU
 6  BELIEVE WOULD BE APPROPRIATE, MR. GELERNT, EARLY NEXT WEEK,
 7  PERHAPS TUESDAY.  AND URGE THE PARTIES TO MEET AND CONFER
 8  BETWEEN THEN.  IT MAY BE AT NIGHT, ON THE WEEKEND, WHENEVER
 9  COMMANDER WHITE COULD BE AVAILABLE AND MEET WITH THE STEERING
10  COMMITTEE MEMBERS.  AND HAVE A PROPOSAL TO THE COURT BY
11  TUESDAY OR WEDNESDAY OF NEXT WEEK.

12          ABSENT A PROPOSAL, I THINK WE ARE IN A POSITION OF
13  DOING THINGS THE OLD-FASHIONED WAY, WHICH WOULD BE A GREAT
14  DISSERVICE TO WHAT WE ARE TRYING TO ACCOMPLISH.

15          I WOULD ALSO LIKE, DURING THIS MEET AND CONFER
16  PROCESS, FOR THE PARTIES TO START WITH THE LOW-HANGING FRUIT.
17  THERE HAS GOT TO BE A LOT OF IT.  OUT OF THE 47,000 FILES AND
18  THE APRIL, MAY, JUNE TIME PERIOD AND THE ADDITIONAL
19  INFORMATION THAT THE GOVERNMENT HAS THERE, THERE HAS GOT TO BE
20  A LOT OF INFORMATION THAT IS READILY AVAILABLE THAT THE
21  PARTIES CAN START ON NOW, AND IDENTIFY THE CLASS MEMBERS AND
22  THE CHILDREN AND PROVIDE THAT INFORMATION TO THE PLAINTIFFS'
23  STEERING COMMITTEE.  AND THAT CAN BE STARTED RIGHT AWAY, AND
24  WHILE THE PLAINTIFFS AND GOVERNMENT ARE WORKING ON A JOINT
25  PROPOSAL.

                       APRIL 16, 2019

1    SO THIS CONTEMPLATES TWO THINGS.  ONE IS A STATUS

2    EARLY, MAYBE TUESDAY, WEDNESDAY NEXT WEEK.  AND THEN THROUGH

3    THE MEET AND CONFER PROCESS THE IDENTIFICATION OF SOME OF

4    THESE FILES THAT WE CAN START ON RIGHT AWAY.

5    SO WHAT I CONTEMPLATE DOING IS ISSUING JUST A VERY

6    SHORT ORDER SETTING A FUTURE STATUS CONFERENCE ON THE MMM AND

7    RELATED CASES AND THE JUNE 28 MS. L. CLASS.  SET THAT OUT A

8    COUPLE OF WEEKS.  AND THEN SETTING A STATUS CONFERENCE,

9    PERHAPS FOR WEDNESDAY.

10    LET ME INQUIRE OF MY COURTROOM DEPUTY WHETHER

11    WEDNESDAY AT 1:00 O'CLOCK WORKS.

12    **(DISCUSSION OFF THE RECORD BETWEEN THE COURT**

13    **AND DEPUTY CLERK)**

14    **THE COURT:**  WEDNESDAY AT 1:00 O'CLOCK, STATUS

15    CONFERENCE WITH THE RELEVANT PLAYERS, INCLUDING COMMANDER

16    WHITE.

17    ANY OBJECTION?

18    **MR. GELERNT:**  NO, YOUR HONOR, NONE FROM MS. L.

19    PLAINTIFFS.

20    **MR. STEWART:**  I THINK WE CAN DO THAT STATUS

21    CONFERENCE AT THAT TIME, YOUR HONOR.

22    **THE COURT:**  OKAY.

23    AND THEN, MR. STEWART, WILL YOU REACH OUT TO

24    COMMANDER WHITE, GET HIM ON BOARD.  GET HIM THE MATERIALS SO

25    HE CAN REVIEW THE PLAINTIFFS' PROPOSAL.  AND THEN TAKE THE

APRIL 16, 2019

1   LEAD IN ORCHESTRATING AS QUICKLY AS POSSIBLE THE MEET AND

2   CONFER SESSIONS, OPPORTUNITIES FOR THE RELEVANT PLAYERS TO GET

3   TOGETHER AND START THIS PROCESS.

4          **MR. STEWART:**  WE CAN WORK ON THAT, YOUR HONOR.

5   THOSE MEET AND CONFER SESSIONS, THEY MAY NOT BE IN PERSON.  I

6   WILL HAVE TO SEE WHAT THE OPTIONS ARE.  I CAN TRY TO -- TRY TO

7   MAKE THAT WORK.  WE, THE GOVERNMENT, WILL TRY TO MAKE THAT

8   WORK.

9          WOULD YOUR REQUEST, YOUR HONOR, BE THAT THOSE HAPPEN

10  BEFORE THAT STATUS CONFERENCE?

11         **THE COURT:**  YES.  BECAUSE WHAT I AM HOPING TO HEAR

12  ON WEDNESDAY IS THAT -- THROUGH COMMANDER WHITE THAT THERE IS

13  A JOINT PROPOSAL AS TO HOW WE ARE GOING TO GO ABOUT THIS; OR

14  IF NOT WHY NOT, WHAT ARE THE PROBLEMS THAT COMMANDER WHITE

15  SEES.

16         AND ALSO I AM HOPING TO LEARN ON WEDNESDAY THAT THE

17  PARTIES HAVE STARTED AND MADE SIGNIFICANT PROGRESS IN AT LEAST

18  REVIEWING A NUMBER OF FILES AND PROVIDING INFORMATION TO THE

19  PLAINTIFFS' STEERING COMMITTEE.

20         **MR. STEWART:**  I AM NOT SURE WHERE WE WILL BE ON THAT

21  BY NEXT WEDNESDAY, YOUR HONOR.  I CAN LOOK INTO IT.

22         YOU KNOW, YOUR HONOR, I AM WILLING TO TAKE A SHOT AT

23  THE JOINT EFFORT.  I BELIEVE WE ARE, YOU KNOW, STARTING SOME

24  OF THIS EFFORT ALREADY AS WE HAVE INDICATED IN OUR FILINGS.

25  BUT DEPENDING ON HOW THE MEETING AND CONFERRING WITH THE

APRIL 16, 2019

1    PLAINTIFFS' REPRESENTATIVES GO, THAT COULD REALLY DEPEND.

2            I AM NOT SURE WHO MR. GELERNT PROPOSES TO SEND, IF

3    IT IS JUST LAWYERS.  I AM -- IT IS NOT OBVIOUS HOW HELPFUL

4    THAT IS.  IF IT IS PEOPLE WHO REALLY, REALLY UNDERSTAND THE

5    ISSUES OR THE DATA AND THAT KIND OF THING, THAT COULD BE A

6    DIFFERENT SITUATION.  BUT I HAVE TO SEE WHO THEY SEND AND WHAT

7    THEY ARE -- WHAT THEY ARE PROPOSING AND IF THEY ARE SOLUTION

8    ORIENTED.  WE, THE GOVERNMENT, WILL MAKE AN EFFORT.

9            **THE COURT:**  WHAT I AM PROPOSING IS THAT EACH SIDE

10   WOULD BE SENDING THE PEOPLE WHO KNOW, THE EXPERTS WHO ARE

11   GOING TO WORK TOWARD MAKING THIS HAPPEN.  AND THEN OF COURSE

12   COUNSEL, IF THEY WANT TO BE PRESENT, OF COURSE ARE INVITED TO

13   BE THERE.

14           MR. GELERNT.

15           **MR. GELERNT:**  YES, YOUR HONOR.  THIS IS MR. GELERNT.

16           WE WOULD STRONGLY URGE THAT IT BE AN IN-PERSON

17   MEETING.  WE ALWAYS THINK THOSE ARE MORE PRODUCTIVE.  AND WE

18   WILL OBVIOUSLY GET DOWN TO DC FOR THAT.  THAT CAN BE LATE

19   MONDAY OR EARLY TUESDAY.  AND WE WILL BRING WITH US THE PEOPLE

20   THAT WE BELIEVE ARE EXPERTS AND KNOW THIS VERY WELL SO THAT --

21   AND WHO ALSO HAVE WORKED WITH COMMANDER WHITE FOR A LONG TIME

22   ON VARIOUS ISSUES SO THAT THEY CAN ALL BE AT THE TABLE -- ALL

23   BE IN THE ROOM AND TALK WITH COMMANDER WHITE DIRECTLY AND HEAR

24   FROM HIM WHAT TWEAKS HE WOULD MAKE TO OUR PROPOSAL.  BUT THAT

25   ABSOLUTELY WOULD BE THE WAY WE WOULD WANT TO HANDLE IT, THE

APRIL 16, 2019

1    WAY YOU ARE SUGGESTING.

2              **THE COURT:**  OKAY.  LET'S END THIS HEARING.  I WILL

3    ISSUE A BRIEF ORDER ALONG THESE LINES AND THEN I WILL LOOK

4    FORWARD TO HEARING FROM COUNSEL ON WEDNESDAY AT 1:00.

5              THIS WOULD JUST BE THE MS. L. HEARING, AND THEN WE

6    WILL SET OUT A FUTURE JOINT STATUS CONFERENCE AS TO MS. L. AND

7    THE REMAINING CASES A COUPLE OF WEEKS FROM TODAY.

8              THANK YOU VERY MUCH.

9              **MR. STEWART:**  YOUR HONOR, MAY I MAKE ONE MORE

10   REQUEST?

11             **THE COURT:**  YES.

12             **MR. STEWART:**  JUST VERY QUICKLY.  KIND OF IN THE

13   SPIRIT OF COOPERATION WITH COUNSEL AND SO FORTH?

14             **THE COURT:**  YES.

15             **MR. STEWART:**  MY VIEW IS THAT FOR SERIOUS FILINGS,

16   PARTICULARLY ONES THAT -- LIKE THE ONE FILED LAST NIGHT THAT

17   ACCUSES THE GOVERNMENT OF -- OF A NUMBER OF THINGS, I SHOULD

18   NOT HAVE TO HEAR ABOUT THOSE FROM ACLU TWEETS OR MR. GELERNT'S

19   STATEMENTS TO THE PRESS OR HIS APPEARANCES ON THE PRESS.

20   THOSE ARE THINGS THAT HE SHOULD LET THE GOVERNMENT KNOW IN

21   ADVANCE IF HE IS MAKING SIGNIFICANT FILINGS.  I WOULD EXPECT

22   THAT AS A PROFESSIONAL COURTESY.

23             I AM PRESENTING IT TO YOU TO SEE IF YOU AGREE WITH

24   THAT APPROACH OF PROVIDING THE PROFESSIONAL COURTESY OF NOTICE

25   ON SERIOUS PARTICULARLY AGGRESSIVE FILINGS SO THAT I DON'T

APRIL 16, 2019

1    HAVE TO GET NOTICE OF THEM THROUGH PRESS REPORTS, TWEETS, AND

2    THE LIKE.

3           **THE COURT:**  LET ME -- I WOULD LIKE TO RESERVE ON

4    THAT.  I WOULD MAKE THIS OBSERVATION.

5           PLAINTIFFS' COUNSEL DID INDICATE IN THE JOINT STATUS

6    REPORT THAT THEY WOULD BE MAKING A FILING.  I AGREE WHEN

7    FILINGS ARE OF A SIGNIFICANT NATURE THAT THERE CAN BE AN

8    OPPORTUNITY FOR COUNSEL TO COMMUNICATE, AND AS A PROFESSIONAL

9    COURTESY GIVE EACH OTHER A HEADS-UP.

10          I WOULD LIKE TO HOLD OFF ON ISSUING ANY ORDERS OR

11   MAKING ANY COMMENTS OR OBSERVATIONS, OTHER THAN TO SAY THAT

12   THIS CASE HAS A LONG HISTORY OF SPIRITED DEBATE BUT THE

13   OVERARCHING MANNER IN WHICH THE CASE HAS BEEN LITIGATED BY THE

14   PARTIES HAS BEEN NOTHING SHORT OF EXTRAORDINARY AND

15   PROFESSIONAL.  AND SO THE COURT ALWAYS EXPECTS THAT THERE ARE

16   GOING TO BE TIMES WHEN COUNSEL ARE A LITTLE ANIMATED AND

17   UNHAPPY WITH EACH OTHER, BUT ULTIMATELY IN THIS CASE WITH

18   THESE ATTORNEYS IT HAS BEEN LITIGATED ON THE HIGH ROAD AND

19   EXTRAORDINARY THINGS HAVE BEEN ACCOMPLISHED, AND LARGELY

20   THROUGH JOINT EFFORT.  THE REUNIFICATION HAS, BY AND LARGE,

21   BEEN A JOINT EFFORT.

22          SO I DON'T WANT TO TAKE CREDIT FROM ANY LAWYER OR

23   PARTY, RATHER I VIEW BOTH SIDES AS OPERATING IN UTMOST GOOD

24   FAITH.  AND ULTIMATELY, EVEN IN THIS ADVERSARIAL PROCESS,

25   DOING WHAT IS RIGHT AT THE END OF THE DAY FOR THE RIGHT

APRIL 16, 2019

1   REASONS.

2          I ALWAYS URGE COUNSEL TO MEET AND CONFER AND TO

3   EXCHANGE PROFESSIONAL COURTESY ALONG THE LINES THAT YOU

4   MENTIONED, MR. STEWART.

5          I THINK I WILL LEAVE IT AT THAT, AND JUST URGE THE

6   PARTIES TO CONTINUE TO MEET AND CONFER.  TO DO SO IN PERSON IF

7   THAT CAN BE ACCOMPLISHED, THAT WOULD BE MOST PRODUCTIVE.  AND

8   THEN I WILL LOOK FORWARD TO MEETING WITH EVERYONE

9   TELEPHONICALLY WEDNESDAY AT 1:00 O'CLOCK.

10          **MR. GELERNT:**  THANK YOU, YOUR HONOR.

11          **THE COURT:**  THANK YOU.  HAVE A NICE EVENING.

12          **MR. STEWART:**  THANK YOU.

13

14                              *   *   *

15          I CERTIFY THAT THE FOREGOING IS A CORRECT
            TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
16          IN THE ABOVE-ENTITLED MATTER.

17          S/LEEANN PENCE                    4/16/2019
            LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
18

19

20

21

22

23

24

25


                        APRIL 16, 2019