# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>          Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>          Respondents-Defendants. | Case No.:  18cv0428 DMS (MDD)<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE** |

A status conference was held on April 16, 2019.  After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1.      On the newly added class members, the parties shall meet and confer on a joint proposal for identifying the children of the newly added class members.  The meet and confer should preferably take place in person and should include, at a minimum, Commander White for Defendants, and a representative for Plaintiffs, not just counsel for the parties.  As part of the meet and confer, counsel and the parties should discuss methods of expediting the review process for children who were in ORR custody between April and June of 2018, any young children who were unlikely to have crossed the border alone and any children who were apprehended in the El Paso Sector during the relevant timeframe. Depending on the status of the meet and confer efforts, the Court invites the parties to

submit a short status report to the Court outlining any areas of agreement and disagreement between the parties.  If the parties are able to submit that report, they should do so on or before **5:00 p.m.** on **April 23, 2019**.  A further status conference on these issues shall be held on **April 24, 2019**, at **1:00 p.m.**.  The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

     a.    Dial the toll free number: **877-411-9748**;

     b.    Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

     c.    Enter the Participant Security Code **04240428** and Press # (The security code will be confirmed);

     d.    Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

Members of the general public may attend in person.  All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

2.    On the previously defined class and the *M.M.M.* case, the next Joint Status Report shall be filed on or before **3:00 p.m.** on **May 7, 2019**.

3.    A further status conference on the previously defined class and the *M.M.M.* case shall be held on **May 8, 2019**, at **1:00 p.m.**  The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

     a.    Dial the toll free number: **877-411-9748**;

     b.    Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

     c.    Enter the Participant Security Code **05080428** and Press # (The security code will be confirmed);

     d.    Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

18cv0428 DMS (MDD)

As above, members of the general public may attend in person.  All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

Counsel for the *Ms. L.* Class shall provide notice of this order to counsel for Plaintiffs in any of the related cases that wish to appear.

Dated:  April 17, 2019

Hon. Dana M. Sabraw
United States District Judge

3