# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD) <br><br> **ORDER RESETTING STATUS CONFERENCE** |

Pursuant to Counsel's request, the status conference currently scheduled for April 24, 2019, is continued to **April 25, 2019**, at **1:00 p.m.**

**IT IS SO ORDERED**.

Dated: April 19, 2019

_____
Hon. Dana M. Sabraw
United States District Judge