# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.:  18cv0428 DMS (MDD) <br><br> **ORDER FOLLOWING STATUS CONFERENCE** |

A status conference was held on April 25, 2019.  Lee Gelernt, Daniel Galindo and Stephen Kang appeared for Plaintiffs, and Scott Stewart and Sarah Fabian appeared for Defendants.  After reviewing the parties' status reports and hearing testimony from Commander Jonathan White, the Court approves the Government's Plan for identifying possible children of potential members of the expanded class of parents in this case, with the modifications and adjustments set out in Defendants' April 25, 2019 Status Report and discussed during the April 25, 2019 status conference.  As indicated during the conference, the Court orders that the Plan be completed in six months, or by **October 25, 2019**.  This deadline is subject to modification upon a showing of good cause.

/ / /

/ / /

A further status conference shall be held on **May 17, 2019**, at **1:00 p.m.**, with a Joint Status Report to be filed on or before **3:00 p.m.** on **May 16, 2019**. The dial-in number for any counsel who wish to listen in and members of the news media is as follows.

    a.    Dial the toll free number: **877-411-9748**;

    b.    Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

    c.    Enter the Participant Security Code **05170428** and Press # (The security code will be confirmed);

    d.    Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

Members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

**IT IS SO ORDERED**.

Dated: April 25, 2019

Hon. Dana M. Sabraw
United States District Judge