UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, *et al,*,<br><br>   Petitioners-Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al,<br><br>   Respondents-Defendants. | Case No. 3:18-cv-0428 DMS MDD<br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME FOR RESPONDENTS-DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

   Before the Court is the parties' Joint Motion for an Extension of time for Respondents-Defendants to Answer or Otherwise Respond to Petitioners-Plaintiffs' Third Amended Complaint. IT IS HEREBY ORDERED that Respondent-Defendants' Answer to Petitioner-Plaintiffs' Third Amended Complaint shall be due Friday, June 28, 2019.

Dated:  May 8, 2019

_____
Hon. Dana M. Sabraw
United States District Judge