```
                   UNITED STATES DISTRICT COURT

                 SOUTHERN DISTRICT OF CALIFORNIA


         BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING
_____
                                          )
MS. L., ET AL.,                           )
                                          )  CASE NO. 18CV0428-DMS
              PETITIONERS-PLAINTIFFS,     )
                                          )
VS.                                       )
                                          )
                                          )
                                          )
                                          )
U.S. IMMIGRATION AND CUSTOMS              )
ENFORCEMENT ("ICE"), ET AL.,              )
                                          )
              RESPONDENTS-DEFENDANTS.     )
------------------------------------------)
M.M.M., ON BEHALF OF HIS MINOR CHILD,     )
J.M.A., ET AL.,                           )
                                          )  CASE NO. 18CV1832-DMS
              PETITIONERS-PLAINTIFFS,     )
                                          )
VS.                                       )
                                          )
                                          )
                                          )
                                          )
JEFFERSON BEAUREGARD SESSIONS, III.,      )
ATTORNEY GENERAL OF THE UNITED STATES,    )
ET AL.,                                   )
                                          )  SAN DIEGO, CALIFORNIA
                                          )  WEDNESDAY MAY 8, 2019
                                          )    1:00 P.M. CALENDAR
              RESPONDENTS-DEFENDANTS.     )
------------------------------------------
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

STATUS CONFERENCE

```
REPORTED BY:                LEE ANN PENCE,
                            OFFICIAL COURT REPORTER
                            UNITED STATES COURTHOUSE
                            333 WEST BROADWAY, ROOM 1393
                            SAN DIEGO, CALIFORNIA 92101




FOR PLAINTIFF               LEE GELERNT, ESQ.
MS. L.:                     DANIEL GALINDO, ESQ.
                            ANAN BALAKRISHNAN
                            ACLU IMMIGRANT RIGHTS PROJECT
                            125 BROAD STREET 18TH FLOOR
                            NEW YORK, NEW YORK 10004


FOR PLAINTIFF               ZACHARY W.H. BEST, ESQ.
MMM:                        HOGAN LOVELLS
                            555 THIRTEENTH STREET NW
                            WASHINGTON DC 20004


FOR DEFENDANT:              SARAH B. FABIAN, ESQ.
                            U.S. DEPARTMENT OF JUSTICE
                            OFFICE OF IMMIGRATION LITIGATION
                            P.O. BOX 868
                            BEN FRANKLIN STATION
                            WASHINGTON, DC 20044


ALSO APPEARING:
                            WILSON BARMEYER, ESQ.
                            STEVEN HERZOG,ESQ.
```

```
 1       SAN DIEGO, CALIFORNIA – WEDNESDAY, MAY 8, 2019 – 1:02 P.M.
 2                              *   *   *
 3           THE CLERK:  CALLING MATTERS NO. 3 AND 4 ON CALENDAR,
 4   CASE NO. 18CV0428, MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS
 5   ENFORCEMENT AND CASE 18CV1832, MMM ET AL. VERSUS SESSIONS ET
 6   AL.; BOTH ON FOR STATUS CONFERENCE.
 7           THE COURT:  GOOD AFTERNOON.
 8           I HAVE APPEARANCES INDICATED:  FOR MS. L. MR. LEE
 9   GELERNT, DANIEL GALINDO; SARAH FABIAN FOR THE GOVERNMENT ON
10   ALL MATTERS; ON DORA, WILSON BARMEYER; AND ON MMM, ZACHARY
11   BEST; AND STEVEN HERZOG FROM THE STEERING COMMITTEE.
12           THANK YOU FOR THE JOINT STATUS REPORT.  LOOKS LIKE
13   EVERYTHING IS IN ORDER, AND COUNSEL ARE WORKING THROUGH ALL OF
14   THE ISSUES.  JUST A COUPLE OF QUESTIONS I HAVE.
15           ON PAGE 9 ON CHILDREN AWAITING PLACEMENT, THE
16   GOVERNMENT HAS INDICATED THAT IT HAS NOT RECEIVED ANY FURTHER
17   INQUIRIES ON THE TOPIC, AND BELIEVES THE MATTERS ARE RESOLVED.
18           MR. GELERNT, DO YOU AGREE WITH THAT, OR THERE MAY
19   HAVE BEEN SOME INDICATION ON YOUR POSITION ON PAGE 11.  BUT IT
20   LOOKS LIKE ALL OF THOSE ISSUES HAVE BEEN WORKED OUT.  IS THAT
21   CORRECT?
22           MR. GELERNT:  I AM GOING TO -- IF IT IS OKAY, YOUR
23   HONOR, I AM GOING TO LET MR. HERZOG ANSWER THAT QUESTION.
24           THE COURT:  YES.
25           MR. HERZOG.
```

1    **MR. HERZOG:** YES, YOUR HONOR. I THINK WE DID
2  RECEIVE SOME INFORMATION FROM THE GOVERNMENT WHICH WAS
3  HELPFUL. I DO THINK WE PLAN TO FOLLOW UP ON THAT AND, YOU
4  KNOW, SEEK THE CURRENT STATUS OF SOME OF THOSE PARENTS -- OR
5  CHILDREN. I AM SORRY.
6    **THE COURT:** OKAY. BUT AT LEAST AT THIS JUNCTURE
7  THIS IS AN ISSUE THAT CAN WAIT FOR THE NEXT STATUS REPORT.
8    **MR. HERZOG:** YES. WE DON'T HAVE ANY ISSUE TO RAISE
9  WITH THE COURT AT THIS JUNCTURE.
10    **THE COURT:** THEN ALSO ON PAGE 9 THERE WAS AN
11  INDICATION PLAINTIFFS STATED THEY EXPECTED THAT THIS ISSUE
12  WILL NEED TO BE ADDRESSED IN THE NEXT JSR AND STATUS
13  CONFERENCE.
14    AND SO ARE THERE ANY MATTERS HERE, OR IS IT THE SAME
15  RESPONSE FOR THOSE ISSUES MAY BE ADDRESSED AT THE NEXT STATUS
16  CONFERENCE?
17    **MR. GELERNT:** YES, YOUR HONOR. THIS IS MR. GELERNT.
18  I THINK THAT IS RIGHT. I THINK WE ARE LIKELY TO HAVE TO
19  ADDRESS THAT AT THE NEXT STATUS CONFERENCE.
20    **THE COURT:** OKAY. SO WE WILL -- I DON'T NEED TO
21  LEARN ANYTHING MORE AT THIS JUNCTURE. I WILL JUST, IF THAT
22  DOESN'T WORK OUT, WAIT FOR THE NEXT ROUND IN THE NEXT JSR.
23    THE ONLY OTHER MATTER I HAD A QUESTION ABOUT. ON
24  THE -- AT PAGE 10 ON THE MATTERS LISTED FOR CENTRALIZED DATA
25  SYSTEM AND PROTOCOL FOR FUTURE SEPARATIONS, IT LOOKS LIKE THE

```
 1   PARTIES WERE MEETING AND CONFERRING, WORKING THROUGH THOSE
 2   ISSUES.
 3            PERHAPS I CAN INQUIRE OF MR. GELERNT.  WHAT IS GOING
 4   ON THERE, IS THAT ALL WORKING OUT?  ARE YOU ANTICIPATING IN
 5   THE NEXT STATUS OR SO THAT THERE IS GOING TO BE A JOINT
 6   PROPOSAL OR A PLAN WITH RESPECT TO A CENTRALIZED DATA SYSTEM
 7   AND/OR PROTOCOL FOR SEPARATING FAMILIES IN THE FUTURE?
 8            **MR. GELERNT:**  YOUR HONOR, I AM HESITANT TO SAY
 9   EXACTLY WHEN.  I THINK WE ARE CLOSE TO RESOLVING, ONE WAY OR
10   THE OTHER.  I AM NOT 100 PERCENT SURE WE ARE GOING TO HAVE
11   COMPLETE AGREEMENT WITH THE GOVERNMENT.  THERE ARE SOME THINGS
12   WE WANT TO FOLLOW UP WITH THE GOVERNMENT ON.
13            AND I APOLOGIZE THIS IS TAKING SO LONG BUT ONE OF
14   THE REASONS, I THINK, FOR US, IS THAT NOW THAT THERE ARE MORE
15   STAKEHOLDERS INVOLVED IN FIGURING OUT THE FUTURE PROCESSES, WE
16   ARE JUST TRYING TO MAKE SURE THAT ALL OF THOSE STAKEHOLDERS
17   HAVE GIVEN US THEIR EXPERTISE ON WHAT THE INFO SHARING SHOULD
18   LOOK LIKE.
19            WE INTEND TO GET BACK TO THE GOVERNMENT VERY, VERY
20   SOON ABOUT REMAINING QUESTIONS WE HAVE, CLARIFICATION WE NEED
21   ABOUT THAT, BECAUSE I AM NOT SURE WE ARE FULLY CONFIDENT WE
22   UNDERSTAND ALL OF THE DETAILS OF WHAT THE GOVERNMENT'S
23   PROPOSAL WOULD LOOK LIKE.  SO WE WILL BE IN TOUCH WITH THE
24   GOVERNMENT.
25            I AM HOPING BY THE NEXT STATUS REPORT OR THE ONE
```

MAY 8, 2019

```
 1  AFTER THAT WE WILL EITHER HAVE AGREEMENT WITH THE GOVERNMENT
 2  OR THERE MAY BE SOME ISSUES THAT THE COURT NEEDS TO LOOK AT
 3  WHERE WE COULDN'T COME TO FULL AGREEMENT.
 4          THE COURT:  OKAY.  THANK YOU.
 5          I THINK THAT IS ALL I NEED TO KNOW.  I AM ENCOURAGED
 6  THAT EVERYONE IS INVOLVED IN DISCUSSING AND IT LOOKS LIKE A
 7  LOT OF PROGRESS IS BEING MADE.  SO I WILL BE CONTENT TO WAIT
 8  FOR FUTURE REPORTING ON THAT.
 9          MS. FABIAN, ANYTHING TO ADD OR ARE YOU CONTENT JUST
10  TO WAIT FOR THE NEXT ROUND OF BRIEFING?
11          MS. FABIAN:  YES, YOUR HONOR.  WE ARE PREPARED TO
12  SPEAK TO MR. GELERNT WHENEVER HE GETS BACK TO US ON THESE
13  ISSUES, AND WE WILL CONTINUE TO DISCUSS THAT WITH HIM.  AND
14  DISCUSS IT AT THE NEXT STATUS CONFERENCE OR AFTER THAT, AS
15  NEEDED.
16          THE COURT:  OKAY.  VERY GOOD.
17          AND ON MMM, IT LOOKS LIKE EVERYTHING IS WORKING
18  SMOOTHLY AND NOTHING TO REPORT ON AT THIS JUNCTURE, WHICH IS
19  GOOD NEWS.  AM I CORRECT, MR. BEST?
20          MR. BEST:  HI, YOUR HONOR.  YES.  THIS IS MR. BEST.
21          I THINK YOU ARE RIGHT ABOUT THAT, AND IF THERE IS
22  ANYTHING THAT COMES UP IN THE NEXT COUPLE WEEKS OR THEREAFTER
23  WE WILL BE SURE TO BRING THAT TO YOUR ATTENTION, SEEK YOUR
24  GUIDANCE.
25          THE COURT:  OKAY.  VERY GOOD.
```

MAY 8, 2019

```
 1              MR. BEST:  AT THIS TIME WE DON'T HAVE ANY ISSUES TO
 2   RAISE.
 3              THE COURT:  VERY GOOD.  THANK YOU VERY MUCH.
 4              WE WILL BE MEETING AGAIN ON MAY 17 ON MS. L. AND
 5   WITH REGARD TO THE NEW EXPANDED CLASS AND A REPORT THERE, AND
 6   LOOKING FORWARD TO THAT.
 7              I THINK WHAT I WILL DO ON THIS INITIAL MS. L. CLASS,
 8   MMM, DORA, AND THE BALANCE IS ISSUE A FOLLOW-UP ORDER.  WE
 9   WILL SET OUT THE NEXT STATUS CONFERENCE AND JSR, SET DATES ON
10   THOSE MATTERS.  WE WILL PROBABLY MOVE THOSE OUT MAYBE, THE
11   NEXT STATUS IN ABOUT A MONTH, OR WE MAY TIE IT IN TO THE NEXT
12   BRIEFING ON THE EXPANDED MS. L. CLASS AS WELL.  SO THAT MIGHT
13   TAKE US OUT MAYBE FIVE WEEKS OR SO.
14              ANY OTHER THOUGHTS OR COMMENTS BEFORE WE CLOSE?
15              MR. GELERNT:  NONE FROM MR. GELERNT.
16              MS. FABIAN:  NONE FROM THE GOVERNMENT, YOUR HONOR.
17              THE COURT:  OKAY.  WELL, THANK YOU VERY MUCH.  WE
18   WILL ISSUE A BRIEF ORDER FOLLOWING THE STATUS CONFERENCE.
19              THANK YOU AND HAVE A GOOD EVENING.
20              MR. GELERNT:  THANK YOU, YOUR HONOR.
21              MR. HERZOG:  THANK YOU, YOUR HONOR.
22              MS. FABIAN:  THANK YOU.
23              I CERTIFY THAT THE FOREGOING IS A CORRECT
                TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
24              IN THE ABOVE-ENTITLED MATTER.
25              S/LEEANN PENCE                        2/27/2019
                LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
```

MAY 8, 2019