UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

```
     _____  )
                                       )
MS. L., ET AL.,                        )
                                       ) CASE NO. 18CV0428-DMS
             PETITIONERS-PLAINTIFFS,   )
                                       )
VS.                                    )
                                       )
                                       )
                                       )
                                       )
U.S. IMMIGRATION AND CUSTOMS           )  SAN DIEGO, CALIFORNIA
ENFORCEMENT ("ICE"), ET AL.,           )  FRIDAY MAY 17, 2019
                                       )  1:00 P.M. CALENDAR
             RESPONDENTS-DEFENDANTS.   )
     -----------------------------------
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

STATUS HEARING


REPORTED BY:                LEE ANN PENCE,
                            OFFICIAL COURT REPORTER
                            UNITED STATES COURTHOUSE
                            333 WEST BROADWAY, ROOM 1393
                            SAN DIEGO, CALIFORNIA 92101

```
FOR PLAINTIFF:              LEE GELERNT, ESQ.
                           ANAN BALAKRISHNAN
                           ACLU IMMIGRANT RIGHTS PROJECT
                           125 BROAD STREET 18TH FLOOR
                           NEW YORK, NEW YORK 10004


FOR DEFENDANT:             SCOTT STEWART, ESQ.
                           SARAH B. FABIAN, ESQ.
                           U.S. DEPARTMENT OF JUSTICE
                           OFFICE OF IMMIGRATION LITIGATION
                           P.O. BOX 868
                           BEN FRANKLIN STATION
                           WASHINGTON, DC 20044


ALSO PRESENT:              COMMANDER JONATHAN WHITE
                           JEAN-MICHEL VOLTAIRE, HHS OGC
                           ZACHARY BEST, ESQ.
                           STEVEN HERZOG,ESQ.
```

<u>**SAN DIEGO, CALIFORNIA – FRIDAY, MAY 17, 2019 – 1:07 P.M.**</u>

\* \* \*

**THE CLERK:**  NO. 13 ON THE CALENDAR CASE NO. 18CV0428, MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR STATUS CONFERENCE.

**THE COURT:**  GOOD AFTERNOON.

I SHOW APPEARANCES FOR PLAINTIFFS:  MS. L. MR. LEE GELERNT, ANAN BALAKRISHNAN; FOR THE GOVERNMENT SARAH FABIAN, SCOTT STEWART, JEAN-MICHEL VOLTAIRE; FOR MMM MR. BEST; AND STEVEN HERZOG ON THE STEERING COMMITTEE; AND THEN COMMANDER WHITE AS BEING PRESENT.

I HAVE READ THE DECLARATION FROM COMMANDER WHITE, WHICH I APPRECIATE.  IT LOOKS LIKE WE ARE MAKING GOOD PROGRESS, OFF TO A GOOD START IN THE FIRST THREE WEEKS.

MAYBE I CAN RUN THROUGH MY QUESTIONS AND THEN, COMMANDER WHITE, YOU CAN FILL IN AS NECESSARY.

LOOKING AT YOUR DECLARATION, AT PARAGRAPH 4 YOU MENTION CBP AND ICE, HHS, OPERATIONAL LEADS HAVE CONSULTED AND DEVELOPED A WORK-FLOW PROCESS TO OPTIMIZE THE INTERAGENCY VALIDATION AND CONSOLIDATION OF INFORMATION.

JUST GENERALLY SPEAKING, COMMANDER, WHAT IS THAT WORK -- WHAT DID THEY DEVELOP, WHAT IS THAT WORK-FLOW PROCESS?

**COMMANDER WHITE:**  YOUR HONOR, THIS IS THE SORT OF VERY NITTY-GRITTY PROCESS OF FIGURING OUT, OF THE RANGE OF DIFFERENT TYPES OF INFORMATION THAT ARE CONTAINED IN THE THREE

1    AGENCIES' CASE FILES, WHAT WE NEED TO GET FROM EACH AGENCY AND
2    IN WHAT ORDER.

3            SO TO REALIZE, FOR EXAMPLE, THAT THE BEST PROCESS
4    FOR ANY GIVEN CASE WOULD BEGIN WITH HHS, AND THERE ARE CERTAIN
5    KEY PIECES OF INFORMATION THAT WE HAVE THAT WILL HELP CBP AND
6    ICE DO THAT PART.  THEN FOR ANY OF THOSE WE FIND ANY
7    PRELIMINARY INDICATION OF SEPARATION THAT ON A WEEKLY BASIS --
8    AND AMONG THE THINGS THAT WE TALKED ABOUT WAS WAS THIS WEEKLY,
9    WAS THIS DAILY, WHAT DAY OF THE WEEK, TO GO TO WHOM, HOW, IN
10   WHAT FORMAT.  THAT WE WOULD SHARE IT WITH CBP NEXT.  CBP THEN
11   DOES ITS PART AND ADVANCES IT TO ICE.  THEN IT COMES BACK TO
12   US AT HHS FOR WHAT COMES OUT THE OTHER END FOR THE LAST STEP.

13           BUT IT IS THE VERY -- THE VERY KIND OF OPERATIONAL
14   TACTICAL PART OF HOW COULD WE DO THIS IN THE WAY THAT WAS MOST
15   EXPEDITIOUS FOR ALL THREE AGENCIES, AND THAT RESULTED IN THE
16   LEAST SORT OF BACK AND FORTH.  SO SOMETHING WOULDN'T, FOR
17   EXAMPLE, GET ALL THE WAY TO ICE AND THEN SOMETHING THEY REALLY
18   NEEDED TO DO THEIR WORK THAT WE HAD IN HHS WASN'T PRESENT.

19           **THE COURT:**  OKAY.

20           **COMMANDER WHITE:**  SO IT IS JUST THAT KIND OF SORT OF
21   TACTICAL REFINEMENT.

22           **THE COURT:**  YES.  THANK YOU.

23           AND THEN AT PARAGRAPH 5 YOU MENTION U.S. PHS
24   OFFICERS, AND THAT THEY HAVE BEEN CREATED, DEPLOYED, AND
25   TRAINED TO DO THE CASE FILE REVIEW OF THE UAC PORTAL FILES.


                          MAY 17, 2019

```
 1   AND THAT AS OF MAY 13 THEY HAVE REVIEWED 4,108 DOCUMENTS.

 2             HOW MANY ARE ON THIS TEAM?

 3             COMMANDER WHITE:  YOUR HONOR, THE NUMBER VARIES.  IT

 4   STARTED -- BECAUSE OF SOME COMPETING REQUIREMENTS FOR PHS

 5   LABOR IT STARTED WITH ONLY FOUR AND IS NOW TEN, NOT COUNTING

 6   MYSELF.  IT STARTED AS LOW AS FOUR.  IT GOT AS HIGH, AT

 7   ONE POINT, AS 15, DURING THE OVERLAP PERIOD.  SO IT IS ON THE

 8   ORDER OF TEN.

 9             AND BECAUSE THESE ARE PHS OFFICERS THEY WORK 12-HOUR

10   DAYS.  AND THEY WERE INITIALLY WORKING SEVEN DAYS A WEEK WHICH

11   IS CONSISTENT WITH HOW DEPLOYED PHS OFFICERS WORK.

12             I MADE THE DECISION TO GIVE THEM ONE DAY A WEEK OFF

13   EACH BECAUSE WE WERE MEETING BENCHMARKS.  AND I WAS CONCERNED,

14   ACTUALLY, ABOUT SOME OF THE RESPONDER, FORCE PROTECTION

15   PSYCHOLOGICAL IMPLICATIONS OF READING THAT MANY UAC CASE

16   RECORDS IN DETAIL FOR 96 HOURS A WEEK.

17             SO THAT'S A FAIRLY SMALL NUMBER OF PEOPLE AT A TIME

18   BUT IT IS ACTUALLY A LOT OF MANHOURS PER PERSON.  IT IS CLOSE

19   TO 100 MANHOURS PER PERSON PER WEEK.

20             THE COURT:  OKAY.  THANK YOU.

21             AND THUS FAR -- WELL, AS OF MAY 13 THEY HAVE

22   REVIEWED 4,108 FILES.  SO BY MY ROUGH MATH, IF WE HAVE 47,000

23   TOTAL FILES, APPROXIMATELY, THAT'S ABOUT 11.4 PERCENT, WHICH

24   WOULD INDICATE THAT WE ARE ON TRACK TO MEET A SIX-MONTH

25   BENCHMARK.  DID I DO THE MATH RIGHT?  DOES THAT SOUND RIGHT?
```

MAY 17, 2019

1    **COMMANDER WHITE:**  YOUR HONOR, AS I WILL ADMIT, I

2    HAVE GIVEN MYSELF A MUCH SHORTER TIME FRAME THAN YOU HAVE,

3    RECOGNIZING THAT WE ARE ONLY THE FIRST STEP IN AN INTERAGENCY

4    PROCESS.

5    I ALSO, JUST BEFORE COMING TO THIS MEETING, MET WITH

6    THE TEAM.  AND ON FRIDAY AFTERNOONS THEY ROUTINELY GIVE ME

7    SOME INFORMAL ESTIMATES GOING INTO -- SOME INFORMAL

8    OPERATIONAL NUMBERS GOING INTO THE WEEKEND, SINCE MONDAY IS

9    OUR OFFICIAL REPORTING DATE TO ME OF THE TEAM.

10   AND THAT NUMBER OF 4108, AS OF AN HOUR AGO, HAD JUST

11   EXCEEDED 13,000.  SO, AS WE ANTICIPATED, WE HAVE ACTUALLY

12   PICKED UP THROUGHPUT BOTH BECAUSE WE HAVE MORE PEOPLE WORKING

13   ON IT BUT ALSO SIMPLY AS A RESULT OF THEIR HAVING HAD MORE

14   EXPERIENCE WITH THE WORK.  SO TODAY WE ARE JUST OVER 13,000

15   WHERE HHS PRELIMINARY CASE FILE REVIEW HAS BEEN COMPLETED.

16   **THE COURT:**  OKAY.

17   **COMMANDER WHITE:**  AND I REMAIN COMMITTED TO HAVING

18   OUR PHASE COMPLETED AS QUICKLY AS IS CONSISTENT WITH ACCURACY.

19   **THE COURT:**  THAT IS REALLY TERRIFIC.  YOU HAVE

20   ANSWERED MY NEXT QUESTION.  IT SEEMED TO ME -- GIVEN THE

21   RAMP-UP PROCESS AND HOW WELL UNDERWAY IT IS, I WAS GOING TO

22   ASK WHETHER YOU ENVISION THIS REVIEW PROCESS TO MOVE ALONG

23   MORE QUICKLY.  AND IT CERTAINLY SEEMS IT IS, SINCE YOU ARE NOW

24   AT 13,000 FILES AS OF TODAY.

25   SO THIS PROCESS, AM I CORRECT, IS REALLY -- IS IT AT

MAY 17, 2019

1    FULL SPEED OR DO YOU ANTICIPATE IT GOING EVEN FASTER?

2             **COMMANDER WHITE:**  I BELIEVE THAT IN TERMS OF THAT WE

3    PROBABLY HIT WHAT I WOULD THINK OF AS THE -- I THINK THIS IS

4    PROBABLY AS FAST AS THE THROUGHPUT GOES IN TERMS OF THE TIME

5    REQUIRED.  I THINK WE HAVE OPTIMIZED NOW THE TIME REQUIRED TO

6    COMPLETE ONE CASE FILE REVIEW.

7             WE MAY SEE ADDITIONAL SPEED UP OR ADDITIONAL SLOW

8    DOWN BEYOND THAT BASED ON OTHER VARIABLES AND -- BUT I BELIEVE

9    THAT WHAT WE SEE NOW IS REPRESENTATIVE OF WHAT WE WILL SEE

10   FROM HERE ON OUT FOR THE HHS PHASE OF THE REVIEW.

11            AGAIN, I AM VERY COGNIZANT OF THE FACT THAT HHS IS

12   ONLY THE FIRST OF THE PHASES.  AND I WANT TO SET UP MY

13   COLLEAGUES IN CBP AND ICE FOR SUCCESS BY GIVING THEM CASE FILE

14   RECORDS PROMPTLY SO THAT THEY CAN -- SINCE THEY EACH ALSO HAVE

15   THEIR OWN REVIEW PROCESSES TO COMPLETE ON EACH RECORD.

16            **THE COURT:**  AS I UNDERSTAND PARAGRAPH 6, SOME OF

17   THESE FILES ARE BEING TRANSMITTED TO CBP AND ICE.  IT APPEARS

18   CBP HAS REVIEWED SOME, AND WILL BE MOVING SOME OF THOSE FILES

19   OVER TO ICE FOR ITS REVIEW.

20            ANY ADDITIONAL UPDATE ON THAT OR PREDICTION AS TO

21   WHEN ICE WILL BE DELIVERING FILES, I GUESS BACK TO HHS?

22            **COMMANDER WHITE:**  I DON'T HAVE AN EXACT PREDICTION.

23   THIS IS -- YOU KNOW, WE ARE SEEING HOW THIS UNFOLDS THROUGH

24   DOING IT.  I THINK THE COMMUNICATION BETWEEN MYSELF AND MY TWO

25   COUNTERPARTS, THAT'S CHIEF VISCONTI AND DEPUTY ASSISTANT

MAY 17, 2019

1  DIRECTOR HARPER, IS VERY GOOD.  THEY WILL BE USING THEIR OWN

2  PROFESSIONALS AND KNOW THEIR OWN DATA SYSTEMS WELL.  THEY

3  HAVEN'T INDICATED ANY SHORTFALLS OR GAPS.

4       I WOULD NOT –– I DON'T KNOW AN EXACT DATE BUT I

5  ANTICIPATE WE WILL SOON SEE RETURN CASES COMING BACK FROM ICE

6  FOR US TO DO THE VERY LAST STEPS FROM HHS WHICH WOULD BE, FOR

7  EXAMPLE, WHERE A CASE COMES BACK WHERE CBP HAS CONFIRMED

8  SEPARATION, ICE HAS CONFIRMED THE STATUS OF THE PARENT, THEY

9  PROVIDED THAT INFORMATION.  WE WOULD THEN LOOK TO DETERMINE IF

10 THAT PERSON IS THE SAME INDIVIDUAL TO WHOM WE DISCHARGED THE

11 CHILD AS THE SPONSOR AND NOTE THAT IF SO.  AND IF NOT WE WOULD

12 THEN PROVIDE THE SPONSOR INFORMATION SO IT IS READY FOR THAT

13 POSSIBLE CHILD OF A POTENTIAL CLASS MEMBER TO GO TO THE ACLU.

14      **THE COURT:**  MAYBE YOU HAVE ALREADY ANSWERED THIS,

15 BUT ARE YOU ABLE TO ESTIMATE WHEN THE FIRST BATCH OF DATA

16 WOULD BE GOING OVER TO THE ACLU WITH THE PARENT AND CHILD

17 CONTACT INFORMATION?

18      **MR. STEWART:**  YOUR HONOR, THIS IS MR. STEWART.  JUST

19 TO MAKE SURE THAT COMMANDER WHITE DOESN'T HIT AN AREA WHERE HE

20 MIGHT NOT HAVE PERSONAL KNOWLEDGE.

21      I HAVE BEEN IN TOUCH WITH DHS AS WELL.  MY

22 UNDERSTANDING IS THAT THEY ARE STILL GETTING A SOUND SENSE OF

23 THE TIMING AS TO BOTH CBP'S AND ICE'S PART OF THE PROCESS.

24 THEY EXPECT THAT THEY WILL HAVE A MORE CONCRETE UNDERSTANDING

25 BY THE NEXT STATUS REPORT.

MAY 17, 2019

1          SO MY UNDERSTANDING IS THEY DON'T HAVE A FIRM

2     TIMELINE FOR THAT.  BUT THEY ARE HOPING, JUST AS COMMANDER

3     WHITE HAS FOUND A VERY NICE GROOVE WITH THE HHS PIECE OF THE

4     PROCESS, THEY WILL HAVE A MORE CONCRETE SENSE OF TIMING WITH A

5     LITTLE BIT MORE PASSAGE OF TIME OF THEM GOING THROUGH THE

6     MATERIALS AS WELL.

7               **THE COURT:**  OKAY.

8          AS FAR AS WE CAN TELL, THOUGH, IT LOOKS LIKE THE

9     CBP/ICE REVIEW PROCESS IS GOING SMOOTHLY, CORRECT?

10              **COMMANDER WHITE:**  THAT'S CERTAINLY WHAT I UNDERSTAND

11    FROM TALKING TO MY COUNTERPARTS, YOUR HONOR.

12         I WOULD ANTICIPATE, BECAUSE THESE ARE -- ALL OF US

13    ARE PEOPLE THAT HAVE WORKED TOGETHER FOR SOME TIME, IF ANY OF

14    US RAN INTO A SHORTFALL THAT WOULD AFFECT THE TIMELINES FOR

15    THE OTHERS, THAT WOULD BE COMMUNICATED.

16         I CERTAINLY COULDN'T SPEAK TO CBP'S OR ICE'S PROCESS

17    FROM THE INSIDE, BUT I CAN SPEAK TO THE EFFECTIVE RELATIONSHIP

18    THAT I HAVE WITH MY TWO COUNTERPARTS.  THEY HAVE IDENTIFIED TO

19    ME NO SHORTFALLS OR GAPS.

20              **THE COURT:**  OKAY.  VERY GOOD.

21         ON PARAGRAPH 7, YOU ARE EXPEDITING PROCUREMENT FOR

22    THE TEAM OF DATA SCIENTISTS AND SCALABLE TEAMS OF RECORD

23    REVIEWERS.  HOW IS THAT PROCESS GOING?  IT LOOKS LIKE YOU

24    INDICATE IT IS MOVING RAPIDLY.  ANY ESTIMATE AS TO WHEN YOU

25    WILL HAVE THE TEAM ASSEMBLED?

MAY 17, 2019

1           **COMMANDER WHITE:**  SO, YOUR HONOR, THAT'S SOMETIMES A

2     LITTLE DIFFICULT TO FORECAST.

3           THE PROCUREMENT DOCUMENTS HAVE LEFT -- HAVE LEFT ME

4     AND GONE TO THE PART OF HHS THAT ACTUALLY CONCLUDES THE

5     PROCUREMENT.  THIS IS AN ATYPICAL PROCUREMENT PROCESS BECAUSE

6     IT IS WITH A FEDERALLY FUNDED RESEARCH AND DEVELOPMENT CENTER.

7           BECAUSE IT IS AN FFRDC, THE FFRDC LAW ALLOWS US TO

8     HAVE PRE-PROCUREMENT CONTACT AND CONSULTATION WITH THAT ENTITY

9     IN A WAY WE COULD NEVER LAWFULLY DO WITH A REGULAR GOVERNMENT

10    CONTRACTOR.  THEY UNDERSTAND WHAT I NEED.  I THINK THEY ARE

11    WORKING ON PUTTING THE PIECES TOGETHER.  SO I EXPECT THAT WILL

12    HAPPEN IN THE COMING DAYS, LIKE IN THE NEXT WEEKS, BUT I DON'T

13    KNOW FOR SURE.

14          I WILL SAY THAT WE ARE -- WE HAVE EXCEEDED MY

15    PROJECTIONS ON HOW FAST WE WOULD BE ABLE TO DO CASE FILE

16    REVIEW DURING THE PILOT PROJECT.  AND I WOULD JUST NOTE THAT

17    THE OUTSIDE POSSIBILITY EXISTS THAT SOME OF THE FUNCTIONS

18    WHICH WE HAD INTENDED TO REQUIRE A CONTRACT MAY ACTUALLY BE

19    COMPLETED PRIOR TO PROCUREMENT; NOT BECAUSE PROCUREMENT HAS

20    BEEN DELAYED, IT HASN'T, BUT BECAUSE THE INITIAL CASE FILE

21    REVIEW IS PROCEEDING SO QUICKLY WITH DEPLOYED PHS ACCESS AND

22    O.R.R. STAFF.

23          **THE COURT:**  THIS TEAM OF DATA SCIENTISTS, IF I

24    RECALL THIS CORRECTLY, THEY WERE GOING TO BE PUTTING TOGETHER

25    THE ALGORITHM OR THE MECHANISM BY WHICH TO REVIEW THOUSANDS OF

MAY 17, 2019

1   THESE OTHER FILES THAT ARE NOT IN THE PRIORITIZED POPULATION.

2   IS THAT CORRECT?  OR ARE YOU SAYING THAT THE REVIEW PROCESS

3   UNDERWAY BY THE U.S. PHS OFFICERS IS GOING SO WELL THAT THERE

4   MAY BE LESS WORK FOR THESE DATA SCIENTISTS TO DO THAN

5   ORIGINALLY ANTICIPATED?

6          **COMMANDER WHITE:**  YES, YOUR HONOR.  WITHOUT -- I AM

7   NOT RECOMMENDING A CHANGE IN COURSE, I JUST WANT TO SIGNAL

8   THAT A POSSIBILITY I WAS NOT OPTIMISTIC ENOUGH TO CONSIDER

9   BEFORE NOW IS BEFORE US THAT WE MAY -- WE ARE MOVING FASTER

10  THAN I WOULD HAVE PROJECTED WITH PRELIMINARY CASE FILE REVIEW.

11  AND IT MAY BE THAT, YOU KNOW, THE ONE POSSIBLE FUTURE SCENARIO

12  IS ONE IN WHICH WE HAVE COMPLETED THE FULL CASE FILE REVIEW

13  PRIOR TO THE CREATION OF A PREDICTION MODEL TO TELL US IN WHAT

14  ORDER WE NEED TO DO THEM.

15         I SEE NO REASON AT THIS TIME TO SORT OF CHANGE OUR

16  PROPOSED PLAN.  BUT, AS I SAID BEFORE, WE ARE NOT WAITING FOR

17  ANY ELEMENT, INCLUDING THE PROCUREMENT, TO DELAY OUR EFFORTS.

18  ONCE YOU GREEN LIGHTED THE PLAN I VIEWED THAT AS AN ORDER TO

19  PROCEED WITH ALL DUE SPEED, AND WE HAVE BEEN DOING THAT, SIR.

20         **THE COURT:**  SO THAT WOULD BE GOOD NEWS, CORRECT?  I

21  MEAN, THAT THE U.S. PHS --

22         **COMMANDER WHITE:**  I THINK IT WOULD BE EXCELLENT

23  NEWS, YES.  I WOULD CONSIDER IT EXCELLENT NEWS BECAUSE IT

24  WOULD MEAN THAT THE HHS PART WAS COMPLETED MORE QUICKLY, AND

25  IT WOULD MEAN IMPLICITLY AT LESS COST TO THE GOVERNMENT ALSO.

MAY 17, 2019

12

1   BUT THAT IT WOULD BE COMPLETED MORE QUICKLY SO THAT THOSE

2   RECORDS CAN MOVE MORE PROMPTLY TO MY COUNTERPARTS AT CBP AND

3   ICE FOR THEIR WORK.

4           **THE COURT:**  OKAY.  VERY GOOD.

5           MR. GELERNT, ANY QUESTIONS?

6          **MR. GELERNT:**  I THINK YOU HIT MOST OF THEM, YOUR

7   HONOR.  BUT I JUST HAD A COUPLE OF QUICK ONES FOR THE

8   COMMANDER, IF I COULD, JUST MAINLY IN THE NATURE OF

9   CLARIFICATION.

10          IN THE AFFIDAVIT IT SAYS THAT THERE IS CONDUCTED

11   PRELIMINARY REVIEW OF 4,108 CASES.

12          THAT IS NOT HOW MANY CASES YOU SENT TO CBP, IS IT?

13   YOU SAID IT IS A SUBSET OF THOSE, OR DID YOU SEND ALL 4100 TO

14   CBP?

15          **COMMANDER WHITE:**  NO, SIR.  WHAT WE TRANSMIT TO CBP

16   IS SOLELY THOSE CASES THAT HAVE SOME PRELIMINARY INDICATION OF

17   SEPARATION.

18          **MR. GELERNT:**  OKAY.

19          **COMMANDER WHITE:**  AND MY INSTRUCTION TO MY TEAM IS

20   TO ALWAYS ERR ON THE SIDE OF INCLUSION.  SO WE REALLY -- THOSE

21   CASES THAT DON'T GO TO CBP ARE ONES WHERE THERE WAS VERY

22   CLEARLY NO INDICATION -- NO PLAUSIBLE INDICATION OF SEPARATION

23   AT ALL.

24          **MR. GELERNT:**  RIGHT.  THAT'S WHAT I THOUGHT.  THANK

25   YOU.

MAY 17, 2019

13

1          AND SO OF THE 4100 HOW MANY ULTIMATELY GOT SENT TO
2  CBP FOR THEM TO LOOK AT IT, JUST SO WE ARE BEGINNING TO GET A
3  SENSE OF NUMBERS.  THEY MAY COME BACK AND SAY NOT ALL OF THOSE
4  ARE SEPARATIONS ACCORDING TO OUR FILES, BUT HOW MANY DID GET
5  SENT TO CBP?
6          **COMMANDER WHITE:**  SURE.  ABSOLUTELY.  AND I THINK
7  ALL OF THIS IS EXPECTED.  SO JUST LET ME PROVIDE A QUICK
8  CONTEXT, THEN I WILL GIVE YOU THE NUMBER.
9          THAT 4108 IS ESSENTIALLY THE TWO PRIORITIZED
10 POPULATIONS OF THOSE WHO ARE ON O.R.R.'S INFORMAL LIST, THOSE
11 BELIEVED BY O.R.R. TO HAVE BEEN SEPARATED, AND THOSE ON THE
12 POST APRIL 19TH CBP LIST.
13         SO I WOULD HAVE ANTICIPATED THAT THE INDICATION OF
14 SEPARATIONS AMONG THAT POPULATION WOULD BE VERY HIGH.  AND
15 INDEED IT WAS QUITE HIGH, I THINK, RELATIVE TO WHAT I WOULD
16 EXPECT TO SEE IN THE POPULATION AT LARGE.
17         THAT AFTER THE DECONFLICTION AND DEDUPLICATION IT
18 CAME BACK WITH -- I BELIEVE OF THE 4108 THE FIRST REPORTS 996.
19 AND THE FOLLOWING WEEK -- I WOULD HAVE TO LOOK THROUGH MY
20 NOTES.  I BELIEVE THE OTHER PART OF THE 4108 --
21         GIVE ME ONE MOMENT.  I APOLOGIZE.  I DON'T WANT TO
22 TRUST MY MEMORY.
23         **MR. GELERNT:**  THAT'S FINE, THANK YOU.  YOU KNOW I
24 MEAN TO TAKE YOUR TIME, YES.
25         **COMMANDER WHITE:**  SURE.  ONE MOMENT.

MAY 17, 2019

14

```
1              SO OF THE 4,108, WHICH AS OF 3:00 P.M. EASTERN TIME
2    ON MONDAY HAS BEEN PRELIMINARILY REVIEWED BY HHS, HHS
3    IDENTIFIED A TOTAL OF 1,700 -- SORRY, I JUST WANT TO -- EXCUSE
4    ME.
5              IT LOOKS LIKE A TOTAL 1,712 WHICH WERE TRANSMITTED
6    TO CBP FOR THE NEXT PHASE REVIEW.  SO OF THAT NUMBER IT LOOKS
7    LIKE JUST OVER 1700 OUT OF THE 4100.
8              THAT 4100 WOULD INCLUDE THE TWO PRIORITIZED
9    POPULATIONS AS WELL AS A SAMPLE OF THE GENERAL POPULATION.
10             AND I SUPPOSE I HAVEN'T SHARED THIS ON THIS CALL,
11   BUT AFTER WE WORKED THROUGH THOSE TWO PRIORITIZED POPULATIONS
12   WE THEN BEGAN WORK ON ALL MINORS UNDER THE AGE OF 12 DURING
13   THE EXPANSION CLASS PERIOD AT THE DATE OF THEIR REFERRAL.
14             SO THE NUMBER OF POSITIVE PRELIMINARY RESULTS IN THE
15   TWO PRIORITIZED POPULATIONS WAS VERY HIGH, IT WAS NEARLY ALL.
16   THERE WERE SOME THAT WE WERE ABLE TO CONCLUSIVELY DETERMINE
17   HAD NOT BEEN SEPARATED, BUT OTHERWISE IT WAS NEARLY ALL OF
18   THEM.  AND A MUCH LOWER PROPORTION OF THOSE IN THE GENERAL 12
19   AND UNDER POPULATION.
20             I DO ANTICIPATE THAT BECAUSE WE WERE VERY INCLUSIVE
21   WE WILL DISCOVER THAT MANY OF THOSE ARE FALSE POSITIVES AFTER
22   CBP LOOKS AT THEM.  BUT THE WHOLE POINT IS NOT TO EXCLUDE ANY
23   THAT COULD POSSIBLY BE SEPARATED FROM OUR LIST.
24             **MR. GELERNT:**  RIGHT.  OKAY.  THAT IS VERY HELPFUL.
25   THANK YOU, COMMANDER.
```

MAY 17, 2019

1           WERE YOU ABLE TO GET THROUGH AT THIS POINT ALREADY

2     EVERY FILE FOR 12 YEARS AND UNDER OR ONLY SOME OF THE 12 AND

3     UNDER KIDS?

4           **COMMANDER WHITE:**  SUBSTANTIALLY ALL OF THE 12 AND

5     UNDER KIDS HAVE BEEN COMPLETED AS OF TODAY.  THERE ARE A

6     HANDFUL THAT WERE SIDELINED FOR US TO LOOK AT BECAUSE THERE IS

7     SOMETHING SORT OF UNUSUAL ABOUT THEM.  BUT I WOULD SAY AT THIS

8     POINT VERY NEARLY ALL, SUBSTANTIALLY ALL OF THOSE CHILDREN WHO

9     WERE 12 OR UNDER ON THE DATE OF THEIR REFERRAL HAVE NOW BEEN

10    REVIEWED.  I MADE THAT THE TOP PRIORITY ONCE WE COMPLETED THE

11    TWO PRIORITIZED DATASETS.

12          **MR. GELERNT:**  OKAY.  THEN I JUST HAD TWO MORE QUICK

13    QUESTIONS.

14          OF THE 17 -- 1,712, DO YOU KNOW HOW MANY OF THOSE

15    WERE FROM THE GROUPS WHERE YOU SAID THERE WAS A HIGH

16    PERCENTAGE OF SEPARATIONS, MEANING THE APRIL 19TH FORWARD

17    GROUP AND THE ONES THAT O.R.R. HAD INFORMALLY TAGGED AS

18    POTENTIAL SEPARATIONS OVER THE CLASS PERIOD WE ARE TALKING

19    ABOUT NOW -- THE PERIOD WE ARE TALKING ABOUT NOW AS OPPOSED TO

20    THE UNDER 12?

21          **COMMANDER WHITE:**  I AM AFRAID I DON'T HAVE THAT

22    BREAKDOWN IN THE NOTES THAT I HAVE WITH ME.

23          **MR. GELERNT:**  OKAY.

24          **COMMANDER WHITE:**  IT WOULD BE ON THE ORDER OF MORE

25    THAN TWO-THIRDS OF THAT 1700 WILL HAVE BEEN OUT OF THE

MAY 17, 2019

1    PRIORITIZED POPULATIONS.

2            **MR. GELERNT:**  THAT APRIL AND O.R.R. INFORMAL LIST,

3    YOU ARE SAYING THOSE ARE THE PRIORITIZED.

4            **COMMANDER WHITE:**  CORRECT.

5            **MR. GELERNT:**  THANK YOU.

6            THE ONLY OTHER QUESTIONS I HAD IS, YOU WERE SENDING

7    THE ONES OVER TO CBP AND WHO IS GOING TO SEND THEM TO ICE.  IS

8    CBP GOING TO SEND OVER FILES TO ICE ON A ROLLING BASIS AND

9    THEN ICE SEND THEM BACK TO YOU ON A ROLLING BASIS?  THEY ARE

10   NOT GOING TO WAIT UNTIL THEY COMPLETE EVERY FILE THAT YOU SENT

11   TO THEM, ALL 1712.

12           **COMMANDER WHITE:**  NO.  OUR PROCESS IS ESSENTIALLY TO

13   CREATE A PIPELINE INTENDED TO BE CONTINUOUS SO THAT OUTCOME

14   PRODUCT FROM HHS, AGAIN AT THE END, WHICH IS WHAT WILL BE THE

15   ROLLING REPORTING THAT WILL COME TO YOU, SIR, SO THAT THAT

16   CONTINUES.  SO WE HAVE BEEN SORT OF FILLING THAT PIPELINE,

17   THAT'S THE PROCESS THAT GOES ON WITH THESE INITIAL BATCHES.

18   BUT THE INTENTION THEN IS TO HAVE, WITH AN ESSENTIALLY WEEKLY

19   TEMPO, TO HAVE A ROLLING PROCESS THROUGHOUT.

20           **MR. GELERNT:**  GREAT.  THANK YOU, COMMANDER.

21           THAT IS ALL I HAVE, YOUR HONOR.

22           **THE COURT:**  OKAY.  THANK YOU.

23           ANYONE ELSE?  MR. HERZOG, OR MR. BEST.  I KNOW THIS

24   IS NOT YOUR CASE.  BUT ANYONE HAVE ANY QUESTIONS OF COMMANDER

25   WHITE?


                        MAY 17, 2019

1            **MR. HERZOG:**  NO, YOUR HONOR.

2            **THE COURT:**  ALL RIGHT.

3            MR. STEWART, ANYTHING TO ADD TO THE DISCUSSION THUS

4       FAR?

5            **MR. STEWART:**  JUST ONE THING, YOUR HONOR.  I THINK

6       COMMANDER WHITE TOUCHED ON THIS BRIEFLY IN THE COURSE OF

7       ANSWERING ONE OF YOUR HONOR'S QUESTIONS, BUT I THOUGHT IT

8       COULD BE USEFUL FOR HIM TO JUST CLOSE BY OFFERING HIS

9       ASSESSMENT OF WHERE THINGS STAND OVERALL AND HOW THINGS ARE

10      GOING, JUST BRIEFLY.  I THOUGHT THAT COULD BE A USEFUL SUM-UP.

11           **THE COURT:**  YES.  THANK YOU.

12           **COMMANDER WHITE:**  THANK YOU, YOUR HONOR.

13           I ALWAYS CAVEAT EVERYTHING I SAY ABOUT AN UNFOLDING

14      MISSION THAT THERE CAN BE PITFALLS AROUND THE CORNER I HAVE

15      NOT SEEN.  HOWEVER, FOLLOWING THE INSTRUCTION FROM YOUR HONOR

16      THAT WE GOT ON THE 25TH OF LAST MONTH, WE STARTED RUNNING AT

17      THIS PROBLEM.  AND IT HAS ALWAYS BEEN MY INTENTION TO MOVE THE

18      HHS PART OF THE PUZZLE FAR IN ADVANCE, IF I COULD, OF YOUR

19      HONOR'S DEADLINE SO THAT I GIVE CBP AND ICE ENOUGH TIME TO DO

20      ALL OF THEIR WORK ACCURATELY.

21           WE ARE AHEAD OF MY OPERATIONAL TARGETS THAT I HAD

22      SET FOR MY OWN TEAM AT THIS TIME.  AND WHILE THERE ARE

23      ALWAYS -- THERE IS ALWAYS ROOM FOR PITFALLS AROUND THE CORNER,

24      AT THIS TIME I HAVE NOT NOTED ANY, I AM NOT AWARE OF ANY

25      SHORTFALLS OR GAPS.


                        MAY 17, 2019

1            A NUMBER OF THE INTERVENTIONS THAT WE HAD HOPED AND

2    ANTICIPATED WOULD JUST FUNDAMENTALLY CHANGE THE THROUGHPUT

3    TIMEFRAME THAT WAS NOTED EARLIER ON IN SUALOG DECLARATION HAVE

4    PROVEN TO BE TRUE.  THE TECHNOLOGICAL CHANGES TO THE PORTAL

5    THAT HAVE RESULTED IN, YOU KNOW, JUST GAME-CHANGING REDUCTION

6    IN SORT OF SLOW DOWNS.  AS WELL AS WE HAVE SEEN THAT, AS I HAD

7    HOPED WOULD BE THE CASE, WHEN INSTEAD OF A SHORT TRAINING BY

8    VOLUNTEERS WHO WORK FOR A FEW HOURS WHEN INSTEAD WE DO AN

9    EIGHT-HOUR ROBUST TRAINING BY O.R.R. SPECIALISTS AND THEN HAVE

10   PEOPLE DO THIS ESSENTIALLY FULL TIME, THE TIME REQUIRED FOR

11   EACH CASE FILE REVIEW DROPS QUITE REMARKABLY.

12           SO AT THIS TIME I THINK WE ARE PROCEEDING WELL ON

13   PACE TO COMPLETE ALL OF OUR REQUIREMENTS CONSISTENT WITH THE

14   TIMELINE BEING SET AND THE ACCURACY THAT WE KNOW IS NECESSARY

15   TO MISS NO KIDS.

16           AND IT IS MY EXPECTATION THAT AS CBP AND ICE

17   COMPLETE THEIR PART WE WILL, IN SHORT ORDER, BEGIN THE PROCESS

18   OF PROVIDING DATASETS OF CHILDREN, LISTS OF CHILDREN TO THE

19   PLAINTIFFS ON A ROLLING BASIS.

20           AT THIS TIME I AM NOT AWARE OF SHORTFALLS OR GAPS.

21   I WILL FLAG THOSE IN THE FUTURE, BUT I AM NOT AWARE OF ANY

22   NOW.

23           I AM -- AND PEOPLE WHO WORK WITH ME KNOW I NEVER SAY

24   THIS.  I AM FEELING GOOD ABOUT WHERE WE ARE, AND THAT'S

25   UNUSUAL FOR ME.


                          MAY 17, 2019

1          SO THAT'S MY ASSESSMENT OF WHERE WE ARE, SIR.

2          **THE COURT:**  THANK YOU.  IT IS VERY MUCH APPRECIATED.

3          AND I AM UNDERSTANDING YOU TO SAY THAT YOU HAVE A

4   VERY POSITIVE WORKING RELATIONSHIP WITH THE HEADS ON THIS

5   PROJECT AT CBP AND ICE, SO THAT IF THERE ARE ANY ISSUES THEY

6   WOULD BE COMMUNICATED IMMEDIATELY.  AND THAT ULTIMATELY THEY

7   ARE REPORTING TO YOU AND RESPONDING IN THAT FASHION.

8          SO, IN OTHER WORDS, HHS, FROM MY OBSERVATION, UNDER

9   YOUR COMMAND IS DOING EVERYTHING RIGHT AND AS EXPEDITIOUSLY AS

10  POSSIBLE.  I JUST WANT TO BE ASSURED THAT CBP AND ICE ARE ALSO

11  EQUALLY WELL MANAGED UNDER YOUR DIRECTION OR UNDER THEIR

12  RESPECTIVE HEADS.

13         **COMMANDER WHITE:**  YES, YOUR HONOR.  I HAVE A LOT OF

14  CONFIDENCE IN MY TWO COUNTERPARTS.  THEY ARE COLLEAGUES WITH

15  WHOM I HAVE WORKED ON -- LONG BEFORE THIS SEPARATION SCENARIO

16  WE HAVE WORKED ON PAST HUMANITARIAN CRISIS RESPONSES TOGETHER.

17  THEY ARE VERY SKILLED AND SEASONED OPERATORS, AND I HAVE

18  CONFIDENCE IN THEM.

19         **THE COURT:**  THANK YOU.

20         BECAUSE THESE FILES ARE BEING PROCESSED ON A ROLLING

21  BASIS FROM HHS TO CBP TO ICE BACK TO HHS, I WOULD ASSUME THAT

22  IN A MATTER OF DAYS MR. GELERNT WILL BEGIN TO GET SOME OF THIS

23  INFORMATION.  IS THAT FAIR, OR AM I BEING TOO OPTIMISTIC?

24         **COMMANDER WHITE:**  I AM GOING TO HAVE TO DEFER TO MR.

25  STEWART WHO HAD THE MORE RECENT CONVERSATIONS WITH CBP.


                          MAY 17, 2019

1          WHAT I CAN SAY IS FROM THE POINT WHERE WE GET IT

2    BACK AT HHS I ANTICIPATE A VERY, VERY SHORT THROUGHPUT WINDOW

3    AFTER THAT FOR WORK COMPLETION AND PREPARATION TO BE PROVIDED

4    TO THE PLAINTIFFS ONCE WE GET IT BACK.

5          **MR. STEWART:**  YES, YOUR HONOR.  I THINK IT IS GOING

6    TO BE A LITTLE LONGER THAN A FEW DAYS.  MY UNDERSTANDING IS

7    THAT CBP WILL BE SENDING THINGS OVER TO ICE WITHIN THE NEXT --

8    OR AROUND THE NEXT WEEK OR SO.

9          WE ARE STILL TRYING TO GET A FULL FEEL FOR HOW LONG

10   IT WILL TAKE ICE TO GO THROUGH A MASS OF FILES.  BUT AS I

11   ALLUDED TO EARLIER, OUR HOPE IS TO HAVE A MORE CONCRETE REPORT

12   REGARDING OVERALL TIMING IN THE NEXT -- THE NEXT TIME WE

13   REPORT TO YOU ON PROGRESS.

14         **THE COURT:**  THANK YOU.

15         OBVIOUSLY, SINCE THIS FIRST CULLING OF FILES HAS

16   RESULTED IN 1,712 FILES WITH INDICATIONS OF SEPARATION, THERE

17   MAY BE A FAIRLY LARGE NUMBER THAT ULTIMATELY COME DOWN THE

18   PIPELINE TO MR. GELERNT AND HIS TEAM.

19         AND SO RATHER THAN DOING ESSENTIALLY A DOCUMENT DUMP

20   BUT RATHER A -- FEEDING THE INFORMATION TO MR. GELERNT SOONER

21   RATHER THAN LATER AND STARTING IN SMALL BATCHES WOULD BE

22   PREFERABLE SO THAT HIS TEAM CAN GET UP AND RUNNING AND

23   PROCESSING THIS INFORMATION.  AND IT SEEMS THAT THAT IS WELL

24   IN HAND GIVEN THE ROLLING REPORTING THAT IS ONGOING.

25         OKAY.  THIS IS VERY, VERY ENCOURAGING.


                         MAY 17, 2019

```
 1            SO THANK YOU VERY MUCH, COMMANDER WHITE.  AND PLEASE
 2  INDICATE TO THE HEADS OF CBP AND ICE THAT THE PROCESSES THAT
 3  THEY HAVE SET UP IN PLACE IS VERY ENCOURAGING AND THE COURT IS
 4  VERY ENCOURAGED.
 5            I THINK WHAT I WOULD LIKE TO DO IS SET THIS OUT TO
 6  JUNE 7, ABOUT THREE WEEKS OUT.  WITH A STATUS REPORT AGAIN ON
 7  JUNE 6.  A MEETING TELEPHONICALLY JUNE 7 AT 1:00 O'CLOCK.
 8  THAT WILL MATCH UP THIS PROCESS WITH MMM AND THE INITIAL CLASS
 9  REPORTING SO THAT WE CAN HAVE A FULL JOINT STATUS REPORT ON
10  JUNE 7.
11            ANY OTHER MATTERS BEFORE WE SIGN OFF?
12            MR. STEWART:  NONE FROM THE GOVERNMENT.
13            MR. GELERNT:  NONE FROM MS. L., YOUR HONOR.
14            THE COURT:  OKAY.  THANK YOU VERY MUCH.  HAVE A NICE
15  WEEKEND.
16            MR. STEWART:  THANK YOU, YOUR HONOR.
17            MR. GELERNT:  THANK YOU, YOUR HONOR.
18
19                          *   *   *
20            I CERTIFY THAT THE FOREGOING IS A CORRECT
               TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
21             IN THE ABOVE-ENTITLED MATTER.
22            S/LEEANN PENCE                      5/17/2019
               LEEANN PENCE, OFFICIAL COURT REPORTER   DATE
23
24
25
```

                            MAY 17, 2019