UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 4 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MS. L.; MS. C.,<br><br>   Petitioners-Appellees,<br><br> v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,<br><br>   Respondents-Appellants. | No. 18-56151<br><br>D.C. No. 3:18-cv-00428-DMS-MDD<br>Southern District of California, San Diego<br><br>ORDER |

Appellants' unopposed motion (Docket Entry No. 15) to continue the stay of appellate proceedings is granted.

Appellate proceedings are stayed until July 29, 2019.

On or before July 29, 2019, appellants may file a status report and motion for further relief.

Failure to file a status report and motion will terminate the stay of appellate proceedings and the briefing schedule will be reset.

         FOR THE COURT:

         MOLLY C. DWYER
         CLERK OF COURT

         By: Kara Slack
         Deputy Clerk
         Ninth Circuit Rule 27-7