Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

*Attorneys for Petitioner-Plaintiff*
*\*Admitted Pro Hac Vice*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., *Petitioner-Plaintiff*, v. U.S. Immigration and Customs Enforcement ("ICE"), et al., *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: June 6, 2019<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO FILE RESTRICTED EXHIBITS** |

Plaintiffs respectfully request that the Court permit the filing of restricted exhibits.

Plaintiffs seek to seal Exhibits D, E, F, and G in support of Plaintiffs' Motion to Allow Parents Deported Without Their Children to Travel to the United States, ECF 418:

- Exhibit D is an addendum containing the applications submitted pursuant to the Settlement Agreement by the 21 deported parents seeking return;
- Exhibit E is an addendum containing the applications submitted by the 30 deported parents who have already returned;
- Exhibit F is an addendum containing excerpts of the parole applications submitted by three parents and their denials;
- Exhibit G is a Declaration of Dr. Cohen, a child psychiatrist, containing a mental health evaluation of a deported parent seeking return and their child.

The exhibits contain the names, locations, and alien numbers of members of the class, as well as sensitive mental health information. The class members face persecution and their safety could be endangered if their identities or identifying information were disclosed.

For their privacy and safety, Plaintiffs request permission to file these exhibits under seal.

| | | |
|---|---|---|
| 1 | Dated: June 6, 2019 | Respectfully Submitted, |
| 2 | | */s/Lee Gelernt* |
| 3 | Bardis Vakili (SBN 247783)<br>ACLU FOUNDATION OF SAN | Lee Gelernt*<br>Judy Rabinovitz* |
| 4 | DIEGO & IMPERIAL COUNTIES<br>P.O. Box 87131 | Anand Balakrishnan*<br>AMERICAN CIVIL LIBERTIES |
| 5 | San Diego, CA 92138-7131<br>T: (619) 398-4485 | UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT |
| 6 | F: (619) 232-0036<br>*bvakili@aclusandiego.org* | 125 Broad St., 18th Floor<br>New York, NY 10004 |
| 7 | | T: (212) 549-2660 |
| 8 | Stephen B. Kang (SBN 2922080)<br>Spencer E. Amdur (SBN 320069) | F: (212) 549-2654<br>*lgelernt@aclu.org* |
| 9 | AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION | *jrabinovitz@aclu.org*<br>*abalakrishnan@aclu.org* |
| 10 | IMMIGRANTS' RIGHTS PROJECT<br>39 Drumm Street | |
| 11 | San Francisco, CA 94111<br>T: (415) 343-1198 | *Admitted Pro Hac Vice* |
| 12 | F: (415) 395-0950<br>*skang@aclu.org*<br>*samdur@aclu.org* | |