Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

*Attorneys for Petitioner-Plaintiff*
*\*Admitted Pro Hac Vice*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>*Petitioner-Plaintiff*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.,<br><br>*Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: June 6, 2019<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 6, 2019, I electronically filed Plaintiffs' Notice of Motion and Motion to File Restricted Declarations and the Sealed Declarations, docketed at numbers 419 and 420, with the Clerk of the United States District Court for the Southern District of California by using the CM/ECF system.

The Sealed Declarations were also served via email to opposing counsel at sarah.b.fabian@usdoj.gov, Nicole.Murley@usdoj.gov, and scott.g.stewart@usdoj.gov.

Dated: June 6, 2019                                    Respectfully Submitted,

*/s/Lee Gelernt*
Lee Gelernt*
Bardis Vakili (SBN 247783)                             Judy Rabinovitz*
ACLU FOUNDATION OF SAN                                 Anand Balakrishnan*
DIEGO & IMPERIAL COUNTIES                              Daniel Galindo (SBN 292854)
P.O. Box 87131                                         AMERICAN CIVIL LIBERTIES
San Diego, CA 92138-7131                               UNION FOUNDATION
T: (619) 398-4485                                      IMMIGRANTS' RIGHTS PROJECT
F: (619) 232-0036                                      125 Broad St., 18th Floor
*bvakili@aclusandiego.org*                             New York, NY 10004
                                                       T:  (212) 549-2660
Stephen B. Kang (SBN 2922080)                          F:  (212) 549-2654
Spencer E. Amdur (SBN 320069)                          *lgelernt@aclu.org*
AMERICAN CIVIL LIBERTIES                               *jrabinovitz@aclu.org*
UNION FOUNDATION                                       *abalakrishnan@aclu.org*
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198                                     *Admitted Pro Hac Vice*
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

1