# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>  Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>  Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD)<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE** |

A status conference was held on June 7, 2019. After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. On or before **June 14, 2019**, Defendants shall deliver to Plaintiffs' counsel the first packet of information concerning children of the expanded *Ms. L.* class members.

2. On Plaintiffs' motion to allow parents deported without their children to travel to the United States, Defendants shall file their opposition on or before **June 28, 2019**, and Plaintiffs shall file their reply on or before **July 5, 2019**. The motion will be heard on **July 12, 2019**, at **1:00 p.m.**

3. The next Joint Status Report shall be filed on or before **3:00 p.m.** on **July 11, 2019**.

4.      A further status conference shall be held in conjunction with the hearing on Plaintiffs' motion on **July 12, 2019**, at **1:00 p.m.**  The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

    a.   Dial the toll free number: **877-411-9748**;

    b.   Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

    c.   Enter the Participant Security Code **07120428** and Press # (The security code will be confirmed);

    d.   Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

As above, members of the general public may attend in person.  All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

Counsel for the *Ms. L.* Class shall provide notice of this order to counsel for Plaintiffs in any of the related cases that wish to appear.

Dated:  June 7, 2019

_____
Hon. Dana M. Sabraw
United States District Judge