UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al,<br><br>　　　Petitioners-Plaintiffs,<br><br>　vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al,<br><br>　　　Respondents-Defendants. | Case No. 18-cv-428 DMS MDD<br><br>**ORDER GRANTING JOINT STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT** |

Before the Court is the parties' Stipulated Extension of Time for Respondent-Defendants to Answer Petitioners-Plaintiffs' Third Amended Complaint. IT IS HEREBY ORDERED that Respondent-Defendants Answer to Petitioner-Plaintiffs' Third Amended Complaint shall be due Monday, August 12, 2019.

Dated: June 28, 2019

_____
Hon. Dana M. Sabraw
United States District Judge