# Defendants' Exhibit A

| | |
|---|---|
| **From:** | Lee Gelernt |
| **To:** | Fabian, Sarah B (CIV); Stewart, Scott G. (CIV); Murley, Nicole (CIV) |
| **Cc:** | Anand Balakrishnan; Stephen Kang; Daniel Galindo |
| **Subject:** | RE: USE THIS CHAIN RE: re deported parents and settlemnet agreement |
| **Date:** | Tuesday, December 04, 2018 8:27:25 PM |

If you are insisting on signed decs with a certificate of translation, then wait for us to send the declarations with a signature and certificate, and ignore what I sent previously.

---

**From:** Fabian, Sarah B (CIV) [mailto:Sarah.B.Fabian@usdoj.gov]
**Sent:** Tuesday, December 04, 2018 7:38 PM
**To:** Lee Gelernt; Stewart, Scott G. (CIV); Murley, Nicole (CIV)
**Cc:** Anand Balakrishnan; Stephen Kang; Daniel Galindo
**Subject:** RE: USE THIS CHAIN RE: re deported parents and settlemnet agreement

Lee – I am responding to this email as well as your other email regarding the unsigned declarations. Under the settlement agreement, Plaintiffs are required to submit "all evidence they would like considered by the government." Thus under the terms you agreed to, it is up to you to submit whatever evidence that you want considered. I have not discussed it with my clients yet but I would expect that unsigned declarations written in English with no certificate of translation will likely be given less evidentiary weight. So if what you want my clients to evaluate and weigh is a signed declaration, then you need to send me that.

In any event, I need confirmation on how you want you to proceed. If you want my clients to evaluate what you sent yesterday then I will have them do that; but if you want them to wait for signed documents, then I am not going to have them assess these documents (and I will not consider the government's 30 day time period to start running until I receive all of your evidence). Please let me know one way or another how you would like the government to proceed for these 12 individuals.

Best,
Sarah


Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation – District Court Section
(202) 532-4824

---

**From:** Lee Gelernt <LGELERNT@aclu.org>
**Sent:** Tuesday, December 04, 2018 4:34 PM
**To:** Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>; Stewart, Scott G. (CIV) <sstewart@CIV.USDOJ.GOV>; Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>
**Cc:** Anand Balakrishnan <abalakrishnan@aclu.org>; Stephen Kang <skang@aclu.org>; Daniel Galindo <dgalindo@aclu.org>
**Subject:** RE: USE THIS CHAIN RE: re deported parents and settlemnet agreement

Sarah:  one other point I want to stress about evidence: the focus of these is on the unfairness of the hearing process, but we don't have immigration files, and the government is in possession of all relevant evidence.

thanks

---

**From:** Fabian, Sarah B (CIV) [mailto:Sarah.B.Fabian@usdoj.gov]
**Sent:** Monday, December 03, 2018 7:53 PM
**To:** Lee Gelernt; Stewart, Scott G. (CIV); Murley, Nicole (CIV)
**Cc:** Anand Balakrishnan; Stephen Kang; Daniel Galindo
**Subject:** RE: USE THIS CHAIN RE: re deported parents and settlemnet agreement

Lee:

I did a quick review of these documents and it looks like they are unsigned and have no certificates of translation. Is your position that these unsigned documents are "all evidence" that should be considered by the government for these individuals? If your intention is for the government to consider signed versions of these declarations then please clarify that and we will await receipt of those signed declarations. If you would like our clients to consider these unsigned versions as "all evidence" in support of these claims please let me know that and I will pass these on as is. Please let me know one way or the other so that I can proceed accordingly.

Best,
Sarah

Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation – District Court Section
(202) 532-4824

---

**From:** Lee Gelernt <LGELERNT@aclu.org>
**Sent:** Monday, December 03, 2018 6:06 PM
**To:** Stewart, Scott G. (CIV) <sstewart@CIV.USDOJ.GOV>; Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>; Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>
**Cc:** Anand Balakrishnan <abalakrishnan@aclu.org>; Stephen Kang <skang@aclu.org>; Daniel Galindo <dgalindo@aclu.org>
**Subject:** USE THIS CHAIN RE: re deported parents and settlemnet agreement

Sorry, Re–sending with the proper Nicole added, so use this new chain

---

**From:** Lee Gelernt
**Sent:** Monday, December 03, 2018 5:44 PM
**To:** Stewart, Scott G. (CIV) (Scott.G.Stewart@usdoj.gov); Fabian, Sarah B (CIV) (Sarah.B.Fabian@usdoj.gov); Nicole Ramos (nicole@alotrolado.org)
**Cc:** Anand Balakrishnan; Stephen Kang; Daniel Galindo
**Subject:** re deported parents and settlemnet agreement

Scott, Sarah, and Nicole:

Pursuant to the *Ms. L* Final Settlement Agreement (at 6) ("The return of removed parents to the United States"), I sending you an initial group of cases in which the *Ms. L* class member was denied a meaningful opportunity to present his or her claim for asylum or protection. We note that these declarations are currently unsigned. If the government would like them to be signed by each of the parents, we can provide signed versions in approximately one week. We intend to submit additional cases on a rolling basis within the 30 day period provided for under the Agreement.

I enclose declarations from 12 class member parents.

I note that under the Agreement, Plaintiffs are required to submit "all evidence they would like considered by the government." Given that the relief being sought is a renewed opportunity to apply for asylum, many details of the parents' claims for protection are not included in these declarations. Instead, the focus is on the ways in which these class members were denied a fair opportunity to pursue their claim to such protection.

Plaintiffs look forward to the government's reply, and would request the opportunity to discuss any case the government believes does not warrant return.

Thanks,
Lee