Defendants' Exhibit C

**Fabian, Sarah B (CIV)**

| | |
|---|---|
| **From:** | Lee Gelernt <LGELERNT@aclu.org> |
| **Sent:** | Sunday, March 17, 2019 11:18 PM |
| **To:** | Fabian, Sarah B (CIV) |
| **Cc:** | Anand Balakrishnan; Stephen Kang; Daniel Galindo; Stewart, Scott G. (CIV); Murley, Nicole (CIV); Herzog, Steven C |
| **Subject:** | Re: Response to Class Member Requests for Return Under the Settlement Agreement |
| | |
| **Follow Up Flag:** | FollowUp |
| **Flag Status:** | Completed |

Sarah:

We are following up on our call last week about the return of the parents deported without their children under the settlement.

As we said, we believe the 52 declarations we submitted contained more than sufficient information to warrant return of the parents and were surprised to learn the government had rejected all 52.  Nonetheless, we would like to take you up on your offer to reconsider the applications of the 23 who are not currently in the U.S.

You have also said that we can submit additional information about these individuals.  We do not intend at the moment to do so, because we feel we've given you all the relevant information we have in our possession.   The government should have additional information that we cannot obtain, but we've been told that in response to FOIAs by individual lawyers for these individuals, the government has produced virtually no information.

We do understand, however, that individual lawyers for certain of the parents would like to submit additional information, and we and/or those lawyers will be in touch with you shortly about that.

As we also said last week during our call, we think it would make sense if you could tell us precisely what type of information would be helpful in each case. For instance, have you made a determination that the information in these sworn affidavits lacks credibility?  Alternatively, is the government claiming that, though truthful, the information does not warrant return for some legal reason?  Or does the government believe that these individuals will not ultimately prevail in their asylum hearings and for that reason is rejecting these cases?

We trust that the government will reconsider these 23 cases in good faith, and look forward to hearing from you soon.

Thanks,


Lee


Sent from my iPhone