Defendants' Exhibit D



To be completed by immigration officer executing the warrant:
Name of alien being removed:

█████████████████████████████                    A206 641 564

**Port, date, and manner of removal:**

████████████████████              REMOVED

                                  APR 1 2 2019

                                  ICE AIR OPS
                                  LAREDO, TX                    ██████████████

Photograph of alien                          Right index fingerprint
removed                                       of alien removed

████████████████████████████████

████████████████████████████████

(Signature and title of immigration officer taking print)

Departure witnessed by: ████████████████████████
                        (Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.    ☐

Departure Verified by: _____
                        (Signature and title of immigration officer)

Form I-205 (Rev. 08/01/07) N

U.S. Department of Homeland Security

# Warrant of Removal/Deportation

**File No:** A206 641 564
**Event No:** FTB1903000059
**Date:** March 13, 2019

## To any immigration officer of the United States Department of Homeland Security:

███████████████████████████████████

_(Full name of alien)_

who entered the United States at   BROWNSVILLE, TEXAS    on   March 12, 2019

                                          _(Place of entry)_                              _(Date of entry )_

is subject to removal/deportation from the United States, based upon a final order by:

- ☒ an immigration judge in exclusion, deportation, or removal proceedings
- ☐ a designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
Section 241(a)(5) of the INA.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
THE DEPARTMENT OF HOMELAND SECURITY.

████████████████████████████

_(Signature of immigration officer)_

ACTING PATROL AGENT IN CHARGE

_(Title of immigration officer)_

March 13, 2019             Brownsville, Texas

_(Date and office location)_

Form I-205 (Rev. 08/01/07) N

**U.S. Department of Homeland Security**

# Notice of Intent/Decision to Reinstate Prior Order

File No. **A206 641 564**

Event No:**FTB1903000059**

Date:**March 13, 2019**

Nar ▢

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 24 1.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of **REMOVAL** entered against you. This intent

(Deportation / exclusion / removal)

is based on the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on **September 26, 2014** at

(Date)

**OAKDALE, LOUISIANA**

(Location)

2. You have been identified as an alien who:

☒ was removed on **October 17, 2014** pursuant to an order of deportation / exclusion / removal.

(Date)

☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or

(Date)

after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about **March 12, 2019** at or near **BROWSVILLE, TEXAS**

(Date)     (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You do not have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **SPANISH** *language.*

**BORDER PATROL AGENT**

(Title of officer)

---

## Acknowledgment and Response

I ☐ do ☒ do not wish to make a statement contesting this determination.

**3-13-19**

(Date)

(Signature of Alien)

---

## Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

**March 13, 2019**     **BROWNSVILLE, TEXAS**

(Date)     (Location)

(Signature of authorized deciding official)

**SUPERVISORY BORDER PATROL AGENT**

(Printed or typed name of official)     (Title)

Form I-871 (Rev. 08/01/07)

## EARM



Logged In:

Person ID: 11736337  Sex: ▮▮▮▮▮▮▮▮▮▮  COB: GUATE  COC: GUATE
Subject ID : 365088809  Processing Disposition: REINSTATEMENT OF DEPORT ORDER I-871  RCA Look-Up

Case # : 17473099  Case Category: [16]  Docket: PIC - Closed Docket

| Final Order of Removal: Yes | Time in Custody: N/A | Special Class: |
| Final Order Date: 05/16/2019 | Depart / Cleared Status: 8- | |
| Proceed With Removal: Yes | Excluded/Removed - | |
| Days Final Order in Effect: 7 | Inadmissibility | |

-- Select Different Case File --  ⌄

**Current / Active Alerts**

Detention History

F.O. of Removal

Criminal

(!) This alien is identified as a member of a Separated Family Unit

### 215 715 082

## Encounter Details

### 2 Encounter(s) linked to Person ID: 11736337

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ◉ | 2 | 365088809 | 215715082 | | | GUATE | No Priority | | 05/09/2019 | 17473099 | 16 |
| ○ | 1 | 361429820 | 215715082 | | | GUATE | No Priority | | 05/18/2018 | 16529263 | 8F |

### Encounter Details All information below may only be edited in EAGLE

### Event / Incident Information

Event Number: HEB1905000055          Operation: N/A                    Primary Agent: N/A
Event Occurred On: 05/09/2019         Site: FRR                        Assigned On:
Event Type: Criminal Alien Smuggling  Landmark: 52.38 - HWY 339        Event Supervisor: N/A
                                                                       Assigned On:

### Subject Information

A-Number: 215 715 082
Control Na▮▮▮
First Name▮▮▮
Middle Nar▮▮▮
Maiden: N/A
Nickname: N/A
Living?: N/A
Sex: M
Transgender: N/A
Marital Status: Single
SSN: N/A
Juvenile Verified: N/A
Occupation: LABORER

Historical Priority: No Priority
Criminal Type: N/A
Agg Felon: No Aggravated Felony Convictions
Primary Citizenship: GUATEMALA
Hair: BLK
Eyes: BRO
Complexion: MED
Race: W
Origin: N/A
Date▮▮▮
Age▮▮▮
Age▮▮▮
Height: 64
Weight: 180
Speak/Understand English: N/A
Read/Write English: N/A
Primary Language: N/A

Role: I
Role Comment: N/A
Processing Disposition: REINSTATEMENT OF DEPORT ORDER I-871
INS Status: Inadmissible Alien
POE: HIDALGO, TX
Entry Date: 05/04/2019
Entry Class: PWA Mexico
Apprehension Date: 2019-05-09 09:30:00.0
Site: FRR
Landmark: 52.4 - REALITOS/CONCEPCION/HIGHWAY 285
Arrest At/Near: HEBBRONVILLE, TX
Juvenile Status: N/A
Family Unit ID: N/A
Separation Reason: N/A
Accompanying Family Member Relation: N/A
Accompanying Family Member Subject ID: N/A
Consequence Delivery System Selection: SOTA

**I-213 Narrative   Narrative 1 : Created Date: 05/15/2019 02:47 AM   ZONES:**
Entry Zone: 7.1
Apprehension Zone: 52.4

**ENCOUNTER:**
A Laredo Sector Border Patrol Agent encountered the above subject in the Fisherman Camp area near Hebbronville, Texas in Duval County. After a brief interview, it was determined that the subject had unlawfully entered into the United States from Mexico by swimming across the Rio Grande River. Subject was not at the time inspected or admitted by an Immigration Officer at a port of entry as designated by the Secretary of Homeland Security. Subject further admitted to being a citizen and national of Guatemala with no right to be in or remain in the United States legally. The subject was placed under arrest and advised of his rights and transported to the Laredo Centralized Processing Unit in Laredo, Texas for further processing.

**CRIMINAL HISTORY:**
See attached record checks.

**IMMIGRATION HISTORY:**
See attached record checks.

**HEALTH SCREEN:**
Subject did not show any health related concerns that would require medical clearance at this time.

**CONSULAR NOTIFICATION:**
The Subject's right to communicate with a Consular Officer of the subject's native country was offered. Subject understood and declined the right to contact the Consular Officer at this time. Subject claimed no fear if returned to his native country of citizenship.

**DISPOSITION:**
Subject was referred to the GPI/HPI Program. Subject was given all paper currency (U.S. and foreign) to maintain in their personal possession. The subject has verified and acknowledge receipt of the following amounts below:

**US Dollars: $0.00**
**Mxn Pesos $100.00**

Subject's Initials:_____

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) |

Release EARM 5.55

6/28/2019