JOSEPH SAEI (CA SBN 321341)*
MUSLIM ADVOCATES
P.O. Box 34440
Washington, DC 20043
Telephone: (202) 897-2622
Facsimile: (202) 508-1007
yusuf@muslimadvocates.org

*Attorney for Petitioners-Plaintiffs Dora and Alma*

*Not admitted to practice in D.C.; supervised by members of the D.C. bar*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al.,<br><br>            Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, et al.,<br><br>            Respondents-Defendants. | Case No. 3:18-cv-00428-DMS-MDD<br><br>**NOTICE OF WITHDRAWAL OF JOSEPH SAEI AS COUNSEL FOR PETITIONERS-PLAINTIFFS DORA AND ALMA** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE: that Joseph Saei of Muslim Advocates is no longer counsel of record for the Petitioners-Plaintiffs Dora and Alma in the above-captioned action and requests to be removed from the service list. Plaintiffs will continue to be represented by other counsel of record.

Dated: July 22, 2019                                    Respectfully submitted,
Washington, D.C.

*/s/Joseph Saei*
Joseph Saei*
Muslim Advocates
P.O. Box 34440
Washington, DC 20043
Tel: 202-897-2622
yusuf@muslimadvocates.org

*Not admitted to practice in D.C.;
supervised by members of the D.C.
bar*

NOTICE OF WITHDRAWAL                                    2
Case No. . 3:18-cv-00428-DMS-MDD

**CERTIFICATE OF SERVICE**

I hereby certify that on Monday, July 22, 2019, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document should automatically be served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Joseph Saei*

NOTICE OF WITHDRAWAL
Case No. . 3:18-cv-00428-DMS-MDD

3