# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD) <br><br> **ORDER RE: MOTION TO ENFORCE PRELIMINARY INJUNCTION** |

In accordance with the parties' proposal, Defendants shall file their opposition to Plaintiffs' motion to enforce the preliminary injunction on or before **August 30, 2019**, and Plaintiffs shall file their reply on or before **September 9, 2019**.  Counsel should also be prepared to engage in a preliminary discussion of the motion at the August 16, 2019 status conference.

**IT IS SO ORDERED**.

Dated:  July 31, 2019

Hon. Dana M. Sabraw
United States District Judge