1

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

3   | MS. L, et al,

4   |            Petitioners-Plaintiffs,

5   |     vs.

6   | U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al,

7   |         Respondents-Defendants.

Case No. 18-cv-428 DMS MDD

**ORDER GRANTING JOINT STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT**

10

11

12

13

      Before the Court is the parties' Stipulated Extension of Time for Respondent-Defendants to Answer Petitioners-Plaintiffs' Third Amended Complaint. IT IS HEREBY ORDERED that Respondent-Defendants Answer to Petitioner-Plaintiffs' Third Amended Complaint shall be due Friday, October 11, 2019.

14   Dated:  August 13, 2019

15

16

Hon. Dana M. Sabraw
United States District Judge