```
Lee Gelernt*                              Bardis Vakili (SBN 247783)
Judy Rabinovitz*                          ACLU FOUNDATION OF SAN
Anand Balakrishnan*                       DIEGO &
AMERICAN CIVIL LIBERTIES                  IMPERIAL COUNTIES
UNION FOUNDATION                          P.O. Box 87131
IMMIGRANTS' RIGHTS PROJECT                San Diego, CA 92138-7131
125 Broad St., 18th Floor                 T: (619) 398-4485
New York, NY 10004                        F: (619) 232-0036
T: (212) 549-2660                         bvakili@aclusandiego.org
F: (212) 549-2654
lgelernt@aclu.org                         Stephen B. Kang (SBN 292280)
jrabinovitz@aclu.org                      Spencer E. Amdur (SBN 320069)
abalakrishnan@aclu.org                    AMERICAN CIVIL LIBERTIES
                                          UNION FOUNDATION
Attorneys for Petitioner-Plaintiff        IMMIGRANTS' RIGHTS PROJECT
*Admitted Pro Hac Vice                    39 Drumm Street
                                          San Francisco, CA 94111
                                          T: (415) 343-1198
                                          F: (415) 395-0950
                                          samdur@aclu.org
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., | Case No. 18-cv-00428-DMS-MDD |
| *Petitioners-Plaintiffs*, | |
| v. | Date Filed: August 14, 2018 |
| U.S. Immigration and Customs Enforcement ("ICE"), et al., | |
| *Respondents-Defendants*. | **SUPPLEMENTAL DECLARATION OF MANOJ GOVINDAIAH** |

1. I, Manoj Govindaiah, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

2. I am an attorney and the Director of Litigation at RAICES. Previously I served as RAICES Director of Family Detention Services for three years. The RAICES is the primary legal services provider at the Karnes Family Residential Center and provides legal services to the vast majority of detainees at Karnes Family Residential Center.

3. I have previously submitted several declarations in this case that provide my background and credentials.

4. In April 2019, the population at Karnes Family Residential Center shifted from families to adults.

5. In my experience, a family seeking asylum may request a credible fear interview from any officer, and any agency. When the Karnes Family Residential Center detained families, we frequently saw families who had not "triggered" credible fear interviews when they were in CBP custody, meaning they had either not been asked whether they had a fear of return, or they had not disclosed that they did. Families in this situation were transferred to ICE custody to await removal (based on their expedited removal orders). Often, upon arrival in ICE custody, families would then trigger credible fear interviews by expressing a fear of return to an officer at the Karnes County Residential Center.

6. This process is consistent with 8 U.S.C. § 1225(b)(1)(A), which refers to "immigration officer", rather than an officer of a particular agency.

1  I declare under penalty of perjury that to the best of my knowledge the above
2  facts are true and correct. Executed this 14th day of August, 2019, in Springfield,
3  Illinois.
4
5
6
7                                              _____
                                                Manoj Govindaiah
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28