Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
lgelernt@aclu.org
jrabinovitz@aclu.org
abalakrishnan@aclu.org

Attorneys for Petitioner-Plaintiff
*Admitted Pro Hac Vice

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
bvakili@aclusandiego.org

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
skang@aclu.org
samdur@aclu.org

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., | Case No. 18-cv-00428-DMS-MDD |
| *Petitioner-Plaintiff*, | |
| v. | Date Filed: August 14, 2019 |
| U.S. Immigration and Customs Enforcement ("ICE"), et al., | |
| *Respondents-Defendants*. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SEAL** |

Plaintiffs respectfully request that the Court permit the filing of restricted exhibits.

Plaintiffs seek to seal four exhibits attached to their Supplemental Brief in Support of the Motion for Return of the deported Class Members. These exhibits contain documents concerning the Class Members' immigration proceedings, which Defendants provided pursuant to this Court's order, as well as additional declarations and records regarding asylum proceedings. As such, the exhibits the Class Members' full names, Alien numbers, and other sensitive personal information, as well as those of their children. All the Class Members are asylum seekers who fear persecution in their home countries.

In light of the sensitivity of the information contained in these documents, Plaintiffs are filing these exhibits under seal. Plaintiffs will lodge with the Court under seal a full version.

Dated: August 14, 2019                    Respectfully Submitted,

                                          */s/Lee Gelernt*
Bardis Vakili (SBN 247783)                Lee Gelernt*
ACLU FOUNDATION OF SAN                    Judy Rabinovitz*
DIEGO & IMPERIAL COUNTIES                 Anand Balakrishnan*
P.O. Box 87131                            AMERICAN CIVIL LIBERTIES
San Diego, CA 92138-7131                  UNION FOUNDATION
T: (619) 398-4485                         IMMIGRANTS' RIGHTS PROJECT
F: (619) 232-0036                         125 Broad St., 18th Floor
*bvakili@aclusandiego.org*                New York, NY 10004
                                          T:  (212) 549-2660
Stephen B. Kang (SBN 2922080)             F:  (212) 549-2654
Spencer E. Amdur (SBN 320069)             *lgelernt@aclu.org*
AMERICAN CIVIL LIBERTIES                  *jrabinovitz@aclu.org*
UNION FOUNDATION                          *abalakrishnan@aclu.org*
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111                   *Admitted Pro Hac Vice*
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

1

1

## CERTIFICATE OF SERVICE

2

3

I hereby certify that on August 14, 2019, I electronically filed the foregoing

4

with the Clerk for the United States District Court for the Southern District of

5

California by using the appellate CM/ECF system. A true and correct copy of this

brief has been served via the Court's CM/ECF system on all counsel of record.

6

/s/ Lee Gelernt

7

Lee Gelernt, Esq.

8

Dated: August 14, 2019

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28