# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br>        Petitioners-Plaintiffs, <br> v. <br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br>        Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD) <br><br> **ORDER FOLLOWING STATUS CONFERENCE** |

A status conference was held on August 16, 2019. After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. On or before **August 30, 2019**, Commander White shall file a short declaration setting out the status of the remaining two packets of information concerning the expanded class. Defense counsel shall also make arrangements for Commander White to be available during the next status conference.

2. On or before **August 30, 2019**, Defendants shall produce any and all government protocols, standards, checklists, etc. concerning the separation of families at the border and/or standards applicable to family detention centers. Counsel shall meet and confer on an appropriate protective order for these documents so they may be produced to both counsel and the Court.

3. The next Joint Status Report shall be filed on or before **3:00 p.m.** on **September 11, 2019**.

4. A further status conference shall be held on **September 13, 2019**, at **1:00 p.m.** The Court will also hear argument on the pending motion to enforce the preliminary injunction at that time. The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

   a. Dial the toll free number: **877-411-9748**;

   b. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

   c. Enter the Participant Security Code **09130428** and Press # (The security code will be confirmed);

   d. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

As above, members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

Counsel for the *Ms. L.* Class shall provide notice of this order to counsel for Plaintiffs in any of the related cases that wish to appear.

Dated: August 16, 2019

Hon. Dana M. Sabraw
United States District Judge