| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>SCOTT G. STEWART<br>Deputy Assistant Attorney General<br>WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br>U.S. Department of Justice<br>WILLIAM C. SILVIS<br>Assistant Director<br>Office of Immigration Litigation<br>SARAH B. FABIAN<br>Senior Litigation Counsel<br>NICOLE N. MURLEY<br>Trial Attorney<br>Office of Immigration Litigation<br>U.S. Department of Justice<br>Box 868, Ben Franklin Station<br>Washington, DC 20442<br>Telephone: (202) 616-0473<br>Fax: (202) 616-8962<br><br>ADAM L. BRAVERMAN<br>United States Attorney<br>SAMUEL W. BETTWY<br>Assistant U.S. Attorney<br>California Bar No. 94918<br>Office of the U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893<br>619-546-7125<br>619-546-7751 (fax)<br><br>*Attorneys for Federal Respondents-Defendants* | Lee Gelernt*<br>Judy Rabinovitz*<br>Anand Balakrishnan*<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>T:  (212) 549-2660<br>F:  (212) 549-2654<br>*lgelernt@aclu.org*<br>*jrabinovitz@aclu.org*<br>*abalakrishnan@aclu.org*<br><br>Bardis Vakili (SBN 247783)<br>ACLU FOUNDATION OF SAN<br>DIEGO & IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>T: (619) 398-4485<br>F: (619) 232-0036<br>*bvakili@aclusandiego.org*<br><br>Stephen B. Kang (SBN 292280)<br>Spencer E. Amdur (SBN 320069)<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>39 Drumm Street<br>San Francisco, CA 94111<br>T:  (415) 343-1198<br>F:  (415) 395-0950<br>*skang@aclu.org*<br>*samdur@aclu.org*<br><br>*Attorneys for Petitioners-Plaintiffs*<br>*\*Admitted Pro Hac Vice* |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, *et al.*,<br><br>　　　　Petitioners-Plaintiffs,<br><br>　vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.,*<br><br>　　　　Respondents-Defendants. | Case No. 3:18-cv-0428 DMS MDD<br><br>**JOINT MOTION TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION (ECF No. 439)** |

Respondents-Defendants, U.S. Immigration and Customs Enforcement, *et al.*, have met and conferred with Petitioners-Plaintiffs, *Ms. L.*, *et al*. In order to allow fair and orderly resolution of Plaintiffs' pending Motion to Enforce Preliminary Injunction (ECF No. 439), Plaintiffs have agreed that Defendants may have an extension of the due date to file their opposition to September 6, 2019, provided that Plaintiffs then have a corresponding extension until September 16, 2019 to file their reply. To accommodate the extended briefing schedule, the parties then propose that the hearing date for this Motion be moved to September 20, 2019. The final extended schedule agreed to by the parties therefore is as follows:

- September 6, 2019 – Defendants' opposition brief due
- September 16, 2019 – Plaintiffs' reply brief due
- September 20, 2019 – argument

A proposed order accompanies the joint motion.

///
///
///

| | | |
|---|---|---|
| 1 | DATED: August 28, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | ` | JOSEPH H. HUNT<br>Assistant Attorney General |
| 4 | | |
| 5 | | SCOTT G. STEWART<br>Deputy Assistant Attorney General |
| 6 | | |
| 7 | | WILLIAM C. PEACHEY<br>Director |
| 8 | | |
| 9 | | WILLIAM C. SILVIS<br>Assistant Director |
| 10 | | |
| 11 | | */s/ Sarah B. Fabian*<br>SARAH B. FABIAN |
| 12 | | Senior Litigation Counsel |
| 13 | | NICOLE MURLEY<br>Trial Attorney |
| 14 | | Office of Immigration Litigation |
| 15 | | Civil Division<br>U.S. Department of Justice |
| 16 | | P.O. Box 868, Ben Franklin Station |
| 17 | | Washington, DC 20044<br>202-532-4824 |
| 18 | | (202) 305-7000 (facsimile) |
| 19 | | Sarah.B.Fabian@usdoj.gov |
| 20 | | ADAM L. BRAVERMAN |
| 21 | | United States Attorney<br>SAMUEL W. BETTWY |
| 22 | | Assistant U.S. Attorney |
| 23 | | *Attorneys for Respondents-Defendants* |
| 24 | | |
| 25 | | /s/ Lee Gelernt<br>Lee Gelernt* |
| 26 | | Judy Rabinovitz* |
| 27 | | Anand Balakrishnan*<br>AMERICAN CIVIL LIBERTIES UNION |
| 28 | | |

2

FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO
& IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*