UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, *et al,*, <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al, <br><br> Respondents-Defendants. | Case No. 3:18-cv-0428 DMS MDD <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION** |

Before the Court is the parties' Joint Motion to Extend Briefing Schedule for Plaintiffs' Motion to Enforce Preliminary Injunction. IT IS HEREBY ORDERED that that the briefing deadline for this motion should be extended as follows:

- September 6, 2019 – Defendants' opposition brief due
- September 16, 2019 – Plaintiffs' reply brief due
- September 20, 2019 – oral argument and joint status conference

The dial-in number for any counsel who wish to listen in only and members of the news media who wish to listen in to the September 20, 2019 hearing is as follows.

- Dial the toll free number: **877-411-9748**;
- Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);
- Enter the Participant Security Code **09200428** and Press # (The security code will be confirmed);
- Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

As always, members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

1  Counsel for the *Ms. L.* Class shall provide notice of this order to counsel for Plaintiffs
2  in any of the related cases that wish to appear.
3  Dated: August 29, 2019

Hon. Dana M. Sabraw
United States District Judge