UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L,, et al.,<br><br>　　　　Petitioners-Plaintiffs,<br><br>　　vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>Hon. Dana M. Sabraw |

## SUPPLEMENTAL DECLARATION OF JONATHAN WHITE

I, Jonathan White, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that my testimony below is true and correct:

1. The statements in this declaration are based on my personal knowledge, information acquired by me in the course of performing my official duties, information supplied to me by federal government employees, and government records.

2. This declaration describes aspects of the Government's Plan for identifying possible children of potential class members for the expanded class period, see ECF Nos. 394 and 405, and updates the Court on implementation of the Plan.

3. When the government began implementing the Plan,[1] HHS initially produced six lists of children having any indication of separation, based on its review of almost 33,000 children's case files. As a quality control measure, I directed HHS personnel to conduct a second review of every case where the initial review found no preliminary indication of

---

[1] The interagency process for identifying, vetting, and communicating lists of possible children of potential expanded class members is as follows: first, HHS conducts case file reviews of all children in ORR care during the class expansion period, capturing children with any indication of separation in one of 11 lists (see Paragraph 3); second, DHS receives lists from HHS on a rolling basis, compares them against its own records in order to identify confirmed cases of parent-child separations, and adds relevant information such as the location of the separated parents as applicable; third, HHS adds any available contact information for the parents, and information on individual sponsors to whom children were discharged; fourth, DHS and HHS personnel engage in concurrent clearance to check accuracy.

separation. This quality-control review yielded a small number of newly-identified children with preliminary indications of possible separation. Those newly-identified children were compiled into five new, smaller lists. As a result, there are a total of 11 lists identifying possible children of potential members in the expanded class. One of the five new, smaller lists was vetted by DHS and HHS, and sent to plaintiffs. As a result, to date, the government has sent plaintiffs four of the eleven total lists.[2] The seven remaining lists are currently under government review.

4. The government will provide the remaining lists to plaintiffs on a rolling basis, as it completes the interagency vetting process for each list. The seven remaining lists are of varying sizes and are at different stages of interagency review.[3]

- List 4[4] identifies 915 children; as of August 30, 2019, this list was under review by DHS.

- List 5 (Batch 10) identifies 990 children; as of August 30, 2019, this list was under review by DHS.

- List 6 (Batch 4) identifies 96 children; as of August 30, 2019, this list has completed final review and will be produced to plaintiffs soon.

- List 7 (Batch 7) identifies 98 children; as of August 30, 2019, this list was under review by DHS.

- List 8 (Batch 5) identifies 34 children; as of August 30, 2019, this list has completed final review and will be produced to plaintiffs soon.

- List 9 (Batch 8) identifies 46 children; as of August 30, 2019, this list has completed final review and will be produced to plaintiffs soon.

---

[2] The government has referred to lists that have undergone the interagency vetting process and been sent to plaintiffs as "batches." A batch may include children who initially were identified in more than one initial HHS list, whose cases the government required more time to vet.

[3] The government has already sent Lists 1, 2, 3, and 10 (Batches 2, 3, 1, and 6, respectively) to plaintiffs.

[4] List 4 is not associated yet with a Batch as this association occurs during DHS review. See FN 1. List 4, after DHS review, will presumably become Batch 11.

* List 11 (Batch 9) identifies 21 children; as of August 30, 2019, and is undergoing additional inter-departmental review.

5. My understanding is that DHS is providing a separate declaration regarding expected timeframes for completing their segments of the review process. While I defer to DHS with respect to their expected internal timetable, I continue to anticipate that the government will meet its October 25, 2019 deadline to identify all possible children of potential class members in the expanded class. Further, I expect that the government will send several of the remaining seven lists to plaintiffs by the next status conference, currently scheduled for September 13, 2019.

Executed on August 30, 2019.

_____
Jonathan White

1