UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>　　　　Petitioners-Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>**DECLARATION OF MELLISSA HARPER UPDATING STATUS OF BATCH REVIEW PROCESS OF IDENTIFYING EXPANDED CLASS MEMBERS** |

**DECLARATION OF MELLISSA HARPER**

I, Mellissa Harper, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, relating to the above-captioned matter, hereby declare as follows:

　　1.　　I am the Unit Chief of the Juvenile and Family Residential Management Unit (JFRMU), Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE), Department of Homeland Security (DHS). JFRMU addresses issues confronting unaccompanied alien children (UAC) and alien family groups who come into ERO custody. JFRMU develops policies sensitive to the various vulnerabilities and needs of these populations. JFRMU trains, monitors, and advises ERO Field Office Juvenile Coordinators (FOJCs). JFRMU oversees and

1

monitors the implementation of nationwide court orders that impact this population, including those in the present case.

2. Responsibilities within my purview include case reviews for family separations and reunifications, data quality for family separation cases, and coordination for family reunifications, as well as the coordination of *Ms. L* data collection and reporting on behalf of ICE in collaboration with U.S. Customs and Border Protection (CBP) and U.S. Department of Health and Human Services (HHS) data teams.

3. On Friday, March 8, 2019, this Court ordered a modification of the previously certified class to include all adult parents who entered the United States at or between designated ports of entry on or after July 1, 2017. As explained below, List 10 is now with ICE, and my team is conducting the necessary line-by-line manual review to provide complete and accurate information on class members and exclusions.

4. As explained in prior declarations, the Respondent-Defendants in this case are involved in developing and coordinating the identification process for expanded class members with the other named Defendants. Only after review of this information through a labor intensive, manual verification on a line-by-line basis, can the agencies identify expanded class members and confidently report an accurate number to the Court.

5.   Consistent with prior declarations submitted to this court, as a part of the process of identifying expanded class members, ICE receives lists from CBP which contain information from both HHS records and CBP records on potential class members. A confirmed separation is determined by agreement among all three agencies that the available information indicates that the case is a separation of an adult and child.

6.   Once a separation is confirmed, the agencies must further review the case to determine if the adult is a parent and if the parent is a class member or is excluded from the class. To initiate this review, ICE queries its internal databases to collect and insert data regarding a separated adult's biographical information, criminal history, detention status, detention location or release information, removal information (if applicable), and last known contact information.

7.   As of August 29, 2019, ICE has received 10 batches.

8.   Of these batches, ICE has completed and returned 9 batches to HHS, thereby completing initial inter-departmental review. Those 9 batches have either been produced to plaintiffs or are in the clearance process for production to plaintiffs.

9.   My team is still working with CBP and HHS to initially clear 2 batches. These batches are larger than prior batches and includes roughly 1,800+ entries.

10.  Barring any unforeseen circumstances or delays, I expect that my team will be able to remain on schedule and produce these batches by the court deadline.

Dated: August 29, 2019

_____
Mellissa Harper
Chief, Juvenile and Family Residential Management Unit
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Washington, D.C.