UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., *et al.*, <br>     *Plaintiffs*, <br> <br> v. <br> <br> U.S. Immigration and Customs Enforcement, *et al.*, <br>     *Defendants*. | No. 3:18-cv-00428-DMS-MDD |

**DECLARATION OF JAY VISCONTI**

I, Jay Visconti, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows, relating to the above-captioned matter:

1. I am an Associate Chief with the United States Border Patrol (USBP) currently serving in the capacity as a the Director of the CBP Statistical Tracking and Analysis Team (STAT) Division within Operations Support, U.S. Customs and Border Protection (CBP), Department of Homeland Security. I have been in this role since August, 2019. Previously, I was the Senior Advisor to the Chief Operating Officer and Senior Official Performing the Functions and Duties of the Commissioner and had been in that role since July 2016. In my previous role, as well as with this new role, I am responsible for directly supporting and advising the Chief Operating Officer and Senior Official Performing the Functions and Duties of the Commissioner, as well as the Deputy Commissioner, on issues such as USBP's strategic, operational and tactical plans, and policies and procedures governing threats, such as: terrorist organizations, criminal organizations, illegal

1

immigration/human smuggling, narcotics and contraband smuggling, transnational gangs, threats to legitimate trade and travel, and imported consumer products jeopardizing public safety. Additionally, I provide high-level analysis and reporting into CBP's immigration and seizure data to CBP Senior Leadership.

2. Because of my work with the CBP STAT, and my previous position as the Assistant Chief over the USBP's Statistics and Data Integrity (SDI) Branch, I served as CBP's main point of contact in the interagency effort to identify and reunify the children of the legacy *Ms. L* class members. I am also CBP's Operational Lead for the government's plan to identify members of the expanded *Ms. L* class.

3. As outlined in previous filings in this case, the process for identifying the members of the expanded *Ms. L* class, as well as their children, involves extensive review of various data sets by CBP, the Department of Health and Human Services (HHS) and U.S. Immigration and Customs and Enforcement (ICE) Enforcement and Removal Operations (ERO).

4. In my role as CBP's Operational Lead, I manage the incoming and outgoing flow of information between the interagency in the effort to identify potential members of the expanded *Ms. L* class. In general, this process involves CBP receiving lists from HHS consisting of children who HHS has determined have some indicia of separation. After receiving those lists, I work with two teams of contractors, as well as with the CBP Office of Field Operations and U.S. Border Patrol to review the records and to validate the separation, and if validated, provide a reason for the separation. Once I receive the list back from the operational components, I review the list for accuracy and consistency, and then forward the list (now referred to as a

"batch") over to my ICE ERO counterpart, while also carbon copying our HHS counterpart for complete transparency.

5. Following ICE ERO's review, DHS, HHS, and DOJ engage in additional interagency review to resolve any remaining issues.

6. CBP has received eleven lists of children whose file revealed some indicia of separation from HHS.

7. The eleven lists received from HHS vary in their size, with some lists containing only a few cases, and some containing several hundred cases. Accordingly, the time to complete review of each lists varies, and I send batches forward to ICE as soon as CBP completes its review.

8. Of the eleven lists received from HHS, CBP has completed review of ten of the lists. I sent the tenth list ("batch 10"), which contained more than 900 cases, to ICE ERO on August 20, 2019. CBP is still completing its review of the eleventh list from HHS, which similarly contains more than 900 cases. I anticipate sending this list to ICE ERO by the end of September, if not sooner.

9. I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this __30TH__ day of August, 2019.

Jay Visconti
Director, CBP STAT
Operations Support
U.S. Customs and Border Protection

3