| | |
|---|---|
| JOSEPH H. HUNT | Lee Gelernt* |
| Assistant Attorney General | Judy Rabinovitz* |
| SCOTT G. STEWART | Anand Balakrishnan* |
| Deputy Assistant Attorney General | AMERICAN CIVIL LIBERTIES |
| WILLIAM C. PEACHEY | UNION FOUNDATION |
| Director | 125 Broad St., 18th Floor |
| Office of Immigration Litigation | New York, NY 10004 |
| U.S. Department of Justice | T: (212) 549-2660 |
| WILLIAM C. SILVIS | F: (212) 549-2654 |
| Assistant Director | *lgelernt@aclu.org* |
| Office of Immigration Litigation | *jrabinovitz@aclu.org* |
| SARAH B. FABIAN | *abalakrishnan@aclu.org* |
| Senior Litigation Counsel | |
| NICOLE N. MURLEY | Bardis Vakili (SBN 247783) |
| Senior Litigation Counsel | ACLU FOUNDATION OF SAN |
| Office of Immigration Litigation | DIEGO & IMPERIAL COUNTIES |
| U.S. Department of Justice | P.O. Box 87131 |
| Box 868, Ben Franklin Station | San Diego, CA 92138-7131 |
| Washington, DC 20044 | T: (619) 398-4485 |
| Telephone: (202) 616-0473 | F: (619) 232-0036 |
| Fax: (202) 616-8962 | *bvakili@aclusandiego.org* |
| | |
| ADAM L. BRAVERMAN | Stephen B. Kang (SBN 292280) |
| United States Attorney | Spencer E. Amdur (SBN 320069) |
| SAMUEL W. BETTWY | AMERICAN CIVIL LIBERTIES |
| Assistant U.S. Attorney | UNION FOUNDATION |
| California Bar No. 94918 | 39 Drumm Street |
| Office of the U.S. Attorney | San Francisco, CA 94111 |
| 880 Front Street, Room 6293 | T: (415) 343-1198 |
| San Diego, CA 92101-8893 | F: (415) 395-0950 |
| 619-546-7125 | *skang@aclu.org* |
| 619-546-7751 (fax) | *samdur@aclu.org* |
| | |
| *Attorneys for Federal Respondents-Defendants* | *Attorneys for Petitioners-Plaintiffs* |
| | *\*Admitted Pro Hac Vice* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, *et al.*,<br><br>            Petitioners-Plaintiffs,<br><br>    vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT*, et al.,*<br><br>            Respondents-Defendants. | Case No. 3:18-cv-0428 DMS MDD<br><br>**JOINT MOTION TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION (ECF No. 439)** |

Respondents-Defendants, U.S. Immigration and Customs Enforcement, *et al.*, have met and conferred with Petitioners-Plaintiffs, *Ms. L.*, *et al*. In order to allow fair and orderly resolution of Plaintiffs' pending Motion to Enforce Preliminary Injunction (ECF No. 439), Plaintiffs have agreed that Defendants may have an extension of the due date to file their opposition to 4:00pm (PT), on September 10, 2019, provided that Plaintiffs then have a corresponding extension until 4:00pm (PT), September 18, 2019, to file their reply. The hearing date for this Motion will remain September 20, 2019. The final extended schedule agreed to by the parties therefore is as follows:

- 4:00pm (PT), September 10, 2019 – Defendants' opposition brief due
- 4:00pm (PT), September 18, 2019 – Plaintiffs' reply brief due
- September 20, 2019 – oral argument and joint status conference

A proposed order accompanies the joint motion.

///

///

///

2

18cv428 DMS MDD

| | |
|---|---|
| DATED: September 6, 2019 | Respectfully submitted, |
| | |
| | JOSEPH H. HUNT |
| | Assistant Attorney General |
| | |
| | SCOTT G. STEWART |
| | Deputy Assistant Attorney General |
| | |
| | WILLIAM C. PEACHEY |
| | Director |
| | |
| | WILLIAM C. SILVIS |
| | Assistant Director |
| | |
| | /s/ Nicole N. Murley |
| | NICOLE N. MURLEY |
| | Senior Litigation Counsel |
| | SARAH B. FABIAN |
| | Senior Litigation Counsel |
| | Office of Immigration Litigation |
| | Civil Division |
| | U.S. Department of Justice |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| | 202-616-0473 |
| | (202) 305-7000 (facsimile) |
| | Sarah.B.Fabian@usdoj.gov |
| | |
| | ADAM L. BRAVERMAN |
| | United States Attorney |
| | SAMUEL W. BETTWY |
| | Assistant U.S. Attorney |
| | |
| | *Attorneys for Respondents-Defendants* |
| | |
| | /s/ Lee Gelernt |
| | Lee Gelernt* |
| | Judy Rabinovitz* |
| | Anand Balakrishnan* |
| | AMERICAN CIVIL LIBERTIES UNION |

FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO
& IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*