UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al,<br><br>    Petitioners-Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al,<br><br>    Respondents-Defendants. | Case No. 18-cv-428 DMS MDD<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO ENFORCE PRELIMINARY INJUNCTION (ECF No. 439)** |

Before the Court is the parties' Joint Motion to Extend Briefing Schedule for Plaintiffs' Motion to Enforce Preliminary Injunction. IT IS HEREBY ORDERED that that the briefing deadline for this motion should be extended as follows:

- 4:00pm (PT), September 10, 2019 – Defendants' opposition brief due
- 4:00pm (PT), September 18, 2019 – Plaintiffs' reply brief due
- September 20, 2019 – oral argument and joint status conference

Dated:  September 6, 2019

Hon. Dana M. Sabraw
United States District Judge