# DEFENDANTS' EXHIBIT 7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>        Petitioners-Plaintiffs,<br><br>  vs.<br><br>U.S. IMMIGRATION AND CUSTOMS<br>ENFORCEMENT, et al.,<br><br>        Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>**DECLARATION OF SELWYN SMITH<br>OUTLINING RAPID DNA TESTING<br>TECHNOLOGY** |

## DECLARATION OF SELWYN SMITH

I, Selwyn Smith, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows:

1.    I am the Unit Chief currently assigned to the U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), Identity and Benefit Fraud Unit located at ICE headquarters in Washington, D.C.

2.    In this capacity, I oversee and manage an investigative program responsible for developing strategic and effective policies as well as providing national programmatic oversight and support for HSI criminal investigations which target criminal networks posing an imminent threat to national security and public safety through the perpetration of identity and benefit fraud.

3.     My unit assists in overseeing investigations piloting the use of Rapid DNA technology.

4.     Investigations utilizing Rapid DNA technology address the vulnerabilities of illegal immigration fraud at the southern border, specifically the situation where adult migrant aliens and an unrelated minor pose as a family unit in order to secure release into the interior of the United States. Rapid DNA technology can compare two unique DNA profiles in approximately 90 minutes to verify whether a parental relationship exists.

5.     To date, Rapid DNA technology has been deployed/utilized in limited, pilot investigations in the following locations: McAllen, El Paso, San Diego, Calexico, Las Cruces, Eagle Pass, and Yuma.

6.     In order to effectively deploy this technology, necessary resources include: funding to sustain acquisition of equipment and consumables as well as additional personnel.

We do not anticipate Rapid DNA technology could be deployed on a wider basis until HSI has been authorized to provision a significant increase in funding, personnel and other necessary resources.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 5, 2019, at Washington, D.C.

Selwyn Smith
Unit Chief
HSI Identity and Benefit Fraud Unit