JOSEPH H. HUNT
Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE N. MURLEY
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 616-0473
Fax: (202) 616-8962

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Respondents-Defendants. | Case No. 18cv428 DMS MDD <br><br> **STIPULATION TO SEAL DEFENDANTS' EXHIBIT 6 (ECF NO. 464-6)** |

The parties hereby stipulate and ask the Court to seal Defendants' Exhibit 6 to their Opposition to Plaintiffs' Motion to Enforce Preliminary Injunction (ECF No. 464-6). The filed version inadvertently included personally identifiable information that should not remain on the public record. Counsel for Defendants spoke with Counsel for Plaintiffs by email on September 18, 2019, and Counsel for Plaintiffs confirmed that they agree that this Exhibit should be sealed. Defendants will refile a corrected version of Exhibit 6.

//

//

| | | |
|---|---|---|
| 1 | DATED: September 18, 2019 | Respectfully submitted, |
| 2 | | JOSEPH H. HUNT |
| 3 | | Assistant Attorney General |
| | | SCOTT G. STEWART |
| 4 | | Deputy Assistant Attorney General |
| 5 | | WILLIAM C. PEACHEY |
| | | Director |
| 6 | | WILLIAM C. SILVIS |
| 7 | | Assistant Director |
| 8 | | <u>/s/ Sarah B. Fabian</u> |
| 9 | | SARAH B. FABIAN |
| | | Senior Litigation Counsel |
| 10 | | Office of Immigration Litigation |
| 11 | | Civil Division |
| | | U.S. Department of Justice |
| 12 | | P.O. Box 868, Ben Franklin Station |
| 13 | | Washington, DC 20044 |
| | | (202) 532-4824 |
| 14 | | (202) 616-8962 (facsimile) |
| 15 | | sarah.b.fabian@usdoj.gov |
| 16 | | *Attorneys for Respondents-Defendants* |
| 17 | | |
| | | <u>/s/ Stephen B. Kang (with permission)</u> |
| 18 | | Stephen B. Kang (SBN 292280) |
| 19 | | AMERICAN CIVIL LIBERTIES UNION |
| | | FOUNDATION |
| 20 | | 39 Drumm Street |
| 21 | | San Francisco, CA 94111 |
| | | T: (415) 343-1198 |
| 22 | | F: (415) 395-0950 |
| 23 | | *skang@aclu.org* |
| 24 | | *Attorney for Petitioners-Plaintiffs* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is Box 868, Ben Franklin Station, Washington, D.C. 20044. I am not a party to the above-entitled action. I have caused service of the accompanying brief on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 18, 2019          */s/ Sarah B. Fabian*
                                   SARAH B. FABIAN