# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L, et al., <br><br> Plaintiffs, <br> vs. <br><br> U.S. Immigration and Customs Enforcement, et al., <br><br> Defendants. | Case No. 3:18-cv-428-DMS <br><br> Honorable Dana M. Sabraw <br><br> Order Sealing Defendants' Exhibit 6 (ECF No. 464-6) |

    Pursuant to the Parties' Stipulation to Seal Defendants' Exhibit 6, the Court finds that Defendants' Exhibit 6 (ECF No. 464-6) should be sealed, and Defendants should refile a corrected version of Exhibit 6.

    It is so ordered.
Dated: September 18, 2019

_____
Hon. Dana M. Sabraw
United States District Judge