# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., <br><br> *Petitioners-Plaintiffs*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement, et al., <br><br> *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO FILE EXHIBITS UNDER SEAL** |

Before the Court is Petitioners-Plaintiffs' Motion to File Restricted Exhibits. The Court finds good cause to file the Exhibits under seal. Accordingly, the motion is **GRANTED**. The Clerk of Court shall file the Exhibits under seal.

**IT IS SO ORDERED**.

Dated: September 19, 2019

Hon. Dana M. Sabraw
United States District Judge