UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al, | Case No. 18-cv-428 DMS MDD |
| Petitioners-Plaintiffs, | **ORDER GRANTING JOINT STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT** |
| vs. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al, | |
| Respondents-Defendants. | |

Before the Court is the parties' Stipulated Extension of Time for Respondent-Defendants to Answer Petitioners-Plaintiffs' Third Amended Complaint. IT IS HEREBY ORDERED that Respondent-Defendants Answer to Petitioner-Plaintiffs' Third Amended Complaint shall be due Tuesday, December 10, 2019.

Dated:  October 11, 2019

Hon. Dana M. Sabraw
United States District Judge