UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 11 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MS. L.; MS. C., <br><br> Petitioners-Appellees, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al., <br><br> Respondents-Appellants. | No. 18-56151 <br><br> D.C. No. 3:18-cv-00428-DMS-MDD <br> Southern District of California, San Diego <br><br> ORDER |

Appellants' unopposed motion (Docket Entry No. 19) to continue the stay of appellate proceedings is granted.

Appellate proceedings are stayed until November 26, 2019.

On or before November 26, 2019, appellants may file a status report and motion for further relief.

Failure to file a status report and motion will terminate the stay of appellate proceedings and the briefing schedule will be reset.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kara Slack
Deputy Clerk
Ninth Circuit Rule 27-7