# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. Immigration and Customs Enforcement, et al., <br><br> Defendants. | Case No. 3:18-cv-428-DMS MDD <br><br> **NOTICE OF WITHDRAWAL OF LEGAL SERVICE PROVIDERS' SUBMISSION TO JOINT STATUS REPORT** |

Catholic Charities Community Services of the Archdiocese of New York would like to withdraw the Legal Service Providers' Submission to the Joint Status Report that was filed on November 6, 2019 (Docket Entry No. 494).

Respectfully Submitted,

*/s/ Catherine Weiss*
Catherine Weiss
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ, 07068
T: (973) 597-2438
F: (973) 597-2439
*cweiss@lowenstein.com*

*\*Admitted Pro Hac Vice*