UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

_____ )
                                          )
MS. L., ET AL.,                           )
                                          )   CASE NO. 18CV0428-DMS
          PETITIONERS-PLAINTIFFS,         )
                                          )
VS.                                       )
                                          )
                                          )
                                          )
                                          )
U.S. IMMIGRATION AND CUSTOMS              )   SAN DIEGO, CALIFORNIA
ENFORCEMENT ("ICE"), ET AL.,              )  FRIDAY, NOVEMBER 8, 2019
                                          )    2:00 P.M. CALENDAR
          RESPONDENTS-DEFENDANTS. )
------------------------------------

REPORTER'S TRANSCRIPT OF PROCEEDINGS

**STATUS HEARING**


REPORTED BY:                    LEE ANN PENCE,
                                OFFICIAL COURT REPORTER
                                UNITED STATES COURTHOUSE
                                333 WEST BROADWAY, ROOM 1393
                                SAN DIEGO, CALIFORNIA 92101

```
FOR PLAINTIFF:              LEE GELERNT, ESQ.
                           ANAN BALAKRISHNAN, ESQ.
                           DANIEL GALINDO, ESQ.

                           ACLU IMMIGRANT RIGHTS PROJECT
                           125 BROAD STREET 18TH FLOOR
                           NEW YORK, NEW YORK 10004


FOR DEFENDANT:             SCOTT STEWART, ESQ.
                           NICOLE MURLEY, ESQ.
                           U.S. DEPARTMENT OF JUSTICE
                           OFFICE OF IMMIGRATION LITIGATION
                           P.O. BOX 868
                           BEN FRANKLIN STATION
                           WASHINGTON, DC 20044


 ALSO APPEARING:           COMMANDER JONATHAN WHITE
                           VICTOR SUH, ESQ.
                           ZACHARY BEST, ESQ.
                           SIRINE SHEBAYA, ESQ.
                           STEVEN HERZOG,ESQ.
                           CATHERINE WEISS, ESQ.
```

1     SAN DIEGO, CALIFORNIA — FRIDAY, NOVEMBER 8, 2019 — 2:10 P.M.

2                              *   *   *

3                **THE CLERK:**  NO. 12 ON CALENDAR, CASE NO. 18CV0428,

4     MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR

5     STATUS CONFERENCE.

6                **THE COURT:**  GOOD AFTERNOON, COUNSEL.

7                I HAVE, FOR APPEARANCES ON MS. L., ANAN

8     BALAKRISHNAN, DANIEL GALINDO, LEE GELERNT.  ON DORA, SIRINE

9     SHEBAYA.  FOR MMM, ZACHARY BEST.  FOR PLAINTIFFS' STEERING

10    COMMITTEE, MR. STEVEN HERZOG.  CATHERINE WEISS FOR LEGAL

11    SERVICES PROVIDER.  COMMANDER WHITE AND MR. VICTOR SUH ARE

12    PRESENT THROUGH HHS.  AND FOR THE GOVERNMENT I HAVE SCOTT

13    STEWART AND NICOLE MURLEY.

14                LET'S RUN THROUGH THE JSR.

15                MR. GELERNT, I AM ASSUMING THAT AS TO THE INITIAL

16    CLASS EVERYTHING IS IN ORDER.  IT DOES NOT APPEAR ANYTHING HAS

17    CHANGED.  AM I CORRECT?

18                **MR. GELERNT:**  THAT IS CORRECT, YOUR HONOR.

19                **THE COURT:**  OKAY.  AND THEN AS TO MMM, IT LOOKS LIKE

20    EVERYTHING IS PROGRESSING SMOOTHLY, AND AT THIS TIME THERE IS

21    NOTHING WE NEED TO DISCUSS SPECIFICALLY.

22                WOULD THAT BE CORRECT, MR. BEST?

23                **MR. BEST:**  YES, YOUR HONOR, THAT'S RIGHT.

24                **THE COURT:**  OKAY.  LET'S MOVE TO THE EXPANDED CLASS.

25                AND, COMMANDER WHITE, CAN YOU GIVE US THE UPDATE?


                          NOVEMBER 8, 2019

1      **COMMANDER WHITE:** YES, YOUR HONOR.  I WOULD BE GLAD

2   TO DO SO.

3          I THINK THE MOST IMPORTANT PART OF THE SUMMARY WOULD

4   BE THAT ON THE 24TH OF OCTOBER THE GOVERNMENT TRANSMITTED THE

5   LAST OF THE 11 BATCHES OF DATA THAT WE PRODUCED TO COUNSEL FOR

6   THE PLAINTIFFS.

7          THOSE -- JUST TO RUN QUICKLY BACK THROUGH THE

8   PROCESS SO THAT EVERYONE -- JUST TO SORT OF SUMMARIZE.

9          THOSE 11 BATCHES REPRESENT, I BELIEVE, AS WE AGREED

10  SOME SIX MONTHS AGO TO DELIVER IN RESPONSE TO ORDER, YOUR

11  HONOR, SUBSTANTIALLY ALL OF THE CHILDREN WHO WERE EITHER

12  POSSIBLE CHILDREN OF POTENTIAL CLASS MEMBERS OR CHILDREN WHO

13  HAD BEEN SEPARATED AT THE BORDER BY DHS AND REFERRED TO O.R.R.

14  OR WERE COVERED BY THE APPLICABLE EXCLUSION TO THE CLASS WHO

15  WERE REFERRED INTO THE CARE OF O.R.R. ON OR AFTER THE 1ST OF

16  JULY 2017 AND DISCHARGED OUT OF THE CARE OF O.R.R. ON OR PRIOR

17  TO THE 25TH OF JUNE 2018.

18         THOSE 11 BATCHES OF DATA REPRESENTED AN INTERAGENCY

19  REVIEW PROCESS.  AT THE WIDEST END OF THE FUNNEL WE REVIEWED

20  THEM -- MY TEAM REVIEWED THEM HERE AT HHS, THERE WERE 32,974

21  CHILDREN IN O.R.R. CARE DURING THAT TIME FRAME.

22         OF THOSE, THE FINAL OUTCOMES WERE, AFTER

23  DE-DUPLICATION BECAUSE OF CHILDREN -- A NUMBER OF CHILDREN

24  APPEARED ON -- IN MULTIPLE BATCHES OF DATA BECAUSE THEY WERE

25  GENERATED THROUGH DIFFERENT PROCESSES.  WE ENDED UP WITH 1,245

NOVEMBER 8, 2019

1   CHILDREN WHO WERE IDENTIFIED TO THE PLAINTIFFS AS UNIQUE
2   POSSIBLE CHILDREN OF POTENTIAL CLASS MEMBERS.  AND 460
3   CHILDREN IDENTIFIED TO THE PLAINTIFFS BY THE GOVERNMENT AS
4   UNIQUE CHILDREN WHO WERE SEPARATED BUT COVERED BY AN
5   EXCLUSION.

6           I WILL NOTE THAT SINCE THEN THE ACLU HAS NOTED, AND
7   WE ARE CURRENTLY IN THE PROCESS OF REVIEWING, THAT OVER THE
8   SIX-MONTH PERIOD THERE ARE, AS THE ACLU NOTED, 149 CHILDREN
9   WHO APPEARED IN MULTIPLE BATCHES BUT WHO WERE IDENTIFIED AS
10  POSSIBLE CHILDREN OF POTENTIAL CLASS MEMBERS IN ONE BATCH, AND
11  COVERED BY AN EXCLUSION IN ANOTHER.

12          THOSE ARE -- I WILL TALK MORE ABOUT THAT IF IT IS
13  NEEDED BUT AT THIS TIME COLLEAGUES IN ICE ARE REVIEWING --
14  REREVIEWING THE CRIMINAL HISTORY INFORMATION ON THOSE 149
15  CASES SO THAT THE GOVERNMENT CAN COMMUNICATE DIRECTLY WITH THE
16  PLAINTIFFS OUR POSITION FOR EACH OF THOSE 149, WHICH OF THOSE
17  TWO BUCKETS THEY ARE IN.

18          BUT WHEN WE LOOK AT THAT -- AT THAT TOTAL, THE 1,245
19  AND THE 460, THOSE DO REPRESENT, I BELIEVE, THE COMPLETE SET
20  OF CHILDREN SEPARATED AND REFERRED TO THE CARE OF O.R.R.
21  DURING THE TIMEFRAME, YOUR HONOR.

22          I AM GLAD TO ANSWER ANY QUESTIONS, BUT WE DID, I
23  BELIEVE, COMPLETE THAT PROCESS IN THE ASSIGNED TIMEFRAME, SIR.
24          **THE COURT:**  ALL RIGHT.  SO THE BOTTOM LINE IS,
25  NUMBER ONE, THROUGH YOUR EFFORTS THE GOVERNMENT HAS COMPLETED

NOVEMBER 8, 2019

1    THE REVIEW OF ALL OF THE FILES FOR THIS EXPANDED CLASS, AND

2    DID SO ON TIME.

3              **COMMANDER WHITE:**  THAT IS MY UNDERSTANDING, YES,

4    YOUR HONOR.

5              **THE COURT:**  AND THEN, IF I HAVE THE NUMBERS

6    CORRECTLY, AT THIS POINT IN TIME YOU HAVE IDENTIFIED 1,245

7    CHILDREN OUT OF THE 1,556 CHILDREN, POTENTIAL, TO BE COVERED

8    OR THAT IS NOT SUBJECT TO AN EXCLUSION.  IS THAT FAIR?

9              **COMMANDER WHITE:**  THAT IS WHAT WE HAVE RIGHT NOW.

10   AND AGAIN I KNOW THERE WILL BE DISCUSSIONS BETWEEN THE PARTIES

11   ABOUT WHO BELONGS ON WHICH LIST.  BUT, YES, YOUR HONOR, THAT

12   IS CORRECT.

13             **THE COURT:**  AND THEN, AS PLAINTIFFS POINT OUT, THERE

14   WERE 998 CHILDREN WHERE IT IS CLEAR THEY FALL WITHIN THE CLASS

15   AND THE COMMITTEE HAS BEGUN ITS WORK.  AND SO PERHAPS WE CAN

16   MOVE TO THAT DISCUSSION HERE.

17             AND SO, MR. HERZOG, CAN I INVITE YOUR ASSESSMENT,

18   AND GIVE US AN OVERVIEW OF WHAT YOU HAVE DONE AND WHERE WE ARE

19   GOING.

20             **MR. HERZOG:**  SURE.  GOOD AFTERNOON, YOUR HONOR.

21             YOU ARE RIGHT, THERE ARE 998 CHILDREN THAT HAVE BEEN

22   IDENTIFIED AS CLEARLY MEMBERS OF THE CLASS, I THINK IT IS

23   UNDISPUTED THEY ARE MEMBERS OF THE CLASS, AND FOR WHICH WE

24   HAVE A PHONE NUMBER TO CALL.

25             AND WE HAVE BEEN MAKING THOSE PHONE CALLS.  WE HAVE

NOVEMBER 8, 2019

1   MADE A GOOD NUMBER OF THEM.  WE ACTUALLY JUST, YOU KNOW, WE

2   HAVE A LARGE NUMBER OF LAWYERS MAKING CALLS, AND THEY ARE

3   OCCUPIED CONTACTING ONE GROUP OF FAMILIES.

4         WE JUST ARE IN THE PROCESS OF TRAINING A WHOLE NEW

5   GROUP OF, I THINK, APPROXIMATELY 25 LAWYERS TO TRAIN -- TO

6   CONTACT THE MORE NEWLY IDENTIFIED GROUP OF PARENTS.  AND THAT

7   IS UNDERWAY RIGHT NOW, AND THOSE CALLS, I THINK, HAVE STARTED

8   AND WILL START IN -- WILL START IN MORE NUMBER TO ACCELERATE

9   OVER THE NEXT COUPLE OF WEEKS.

10         BUT WE HAVE BEEN REACHING THOSE, YOU KNOW, CALLING

11   THOSE PARENTS, OR THE SPONSORS FIRST AND THEN THE PARENTS, AND

12   ENGAGED ACTIVELY IN THAT EFFORT.

13         WE HAVE ALSO IDENTIFIED THIS GROUP, I THINK AS

14   COMMANDER WHITE NOTED, OF 149 CHILDREN WHO APPEAR ON MULTIPLE

15   GOVERNMENT LISTS, IN SOME CASES IDENTIFIED AS EXCLUSIONS AND

16   IN SOME CASES IDENTIFIED AS CLASS MEMBERS.  SO WE HAVE

17   COMPILED THAT LIST AND REACHED OUT TO THE GOVERNMENT TO

18   PROVIDE THAT INFORMATION TO THE GOVERNMENT FOR CLARIFICATION,

19   AND WE ARE LOOKING FORWARD TO HEARING BACK FROM THEM.

20         AND WE ALSO, YOU KNOW, AS I DESCRIBED DURING THE

21   LAST CALL, WE MAKE A COUPLE OF CALLS AT DIFFERENT TIMES OF DAY

22   OVER DIFFERENT DAYS.  AND AT SOME POINT WHEN WE ARE

23   UNSUCCESSFUL REACHING SPONSORS OR PARENTS WE IDENTIFY THEM AS

24   UNREACHABLE IN OUR PROVISIONAL CLASSIFICATION.  AND OUR

25   PARTNERS, AT JUSTICE IN MOTION PRIMARILY, OUT IN GUATEMALA AND

NOVEMBER 8, 2019

1   HONDURAS HAVE BEEN FINDING -- LOOKING FOR THOSE FAMILIES.  I
2   THINK WE FOUND AN ADDITIONAL 23 OR SO, IF I HAVE THAT NUMBER
3   RIGHT, OVER THE LAST COUPLE OF WEEKS.  AND THEY ARE ACTUALLY
4   ENGAGED IN THAT EFFORT.

5           SO WE ARE MAKING PROGRESS THERE.  IT IS SLOW, BUT
6   WE ARE MOVING ALONG.  I MEAN, I THINK WE ARE GOING TO BE
7   MAKING MANY MORE PHONE CALLS OVER THE NEXT SEVERAL WEEKS, AND
8   WE WILL HOPEFULLY REACH OUT TO EVERY -- I WOULD SAY EVERY ONE
9   OF THE PARENTS WHO HAVE A -- PARENTS OR SPONSORS FOR WHOM WE
10  HAVE A PHONE NUMBER OVER THOSE NEXT TWO OR THREE WEEKS.  THAT
11  IS OUR GOAL.

12          THAT IS WHERE WE ARE, WE ARE MOVING ALONG DOING
13  THAT.

14          **THE COURT:**  THANK YOU.

15          THE ATTORNEYS INVOLVED, ARE THEY ALL FROM YOUR FIRM?

16          **MR. HERZOG:**  THE ATTORNEYS THAT WE ARE TRAINING
17  RIGHT NOW, YES.  THERE ARE ATTORNEYS AT SOME OF THE -- OUR
18  PARTNER ORGANIZATIONS WHO HAVE MADE SOME CALLS, BUT THE VAST
19  BULK OF THOSE CALLS ARE BEING MADE BY MY FIRM.

20          **THE COURT:**  OKAY.  AND IN THE JSR YOU INDICATE THAT
21  YOU HAVE SUCCESSFULLY REACHED 451 SPONSORS OR THEIR ATTORNEYS
22  AND 250 PARENTS OR THEIR ATTORNEYS.  SO IS THE TOTAL NUMBER OF
23  PEOPLE YOU HAVE REACHED 451, AND THEN OF THAT 250 ARE PARENTS
24  OR THEIR ATTORNEYS?

25          **MR. HERZOG:**  NO.  I MEAN, I THINK THERE IS OVERLAP


                    NOVEMBER 8, 2019

1   THERE.  WHERE WE HAVE REACHED A SPONSOR, THEN THE SPONSOR

2   HELPS US TO GET IN TOUCH WITH THE PARENT.  SO I THINK THOSE

3   NUMBERS ARE PROBABLY MORE -- I WOULD DESCRIBE THEM MORE AS

4   CUMULATIVE.

5          SOMETIMES NOT.  SOMETIMES WE REACH A PARENT FIRST,

6   BUT LARGELY CUMULATIVE IN THAT WE ARE REACHING SPONSORS WHO

7   ARE THEN PUTTING US IN TOUCH WITH PARENTS.

8          **THE COURT:**  SO HOW MANY OF THIS 1,245 CHILDREN, YOU

9   ARE STARTING WITH THIS GROUP OF 998, HOW MANY PEOPLE HAVE YOU

10  CONTACTED PER CHILD.  SO IF WE DON'T OVERLAP WITH SPONSORS AND

11  PARENT, IF WE JUST ASSUME THAT YOU HAVE REACHED THE PARENT OF

12  THE CHILD, WHAT'S THE NUMBER?

13         **MR. HERZOG:**  WELL, IF WE ARE JUST LOOKING AT PARENTS

14  WE ARE LOOKING AT -- THAT NUMBER IS 250, I WOULD SAY.

15         **THE COURT:**  OKAY.

16         **MR. HERZOG:**  AT THIS POINT.

17         THE SPONSORS ARE, IN OUR PROCESS, REALLY A WAY TO

18  GET IN TOUCH WITH PARENTS.  WE REACH OUT TO SPONSORS WHEN WE

19  HAVE THEIR PHONE NUMBER AND WE DON'T HAVE A PARENT NUMBER IN

20  THE HOPE THAT THE SPONSOR KNOWS WHERE THE PARENT IS, AND

21  SOMETIMES -- MANY TIMES, THEY DO.

22         AND SO, YOU KNOW, AND SOMETIMES THE SPONSOR DOESN'T

23  GIVE US THE PARENT'S NAME OR PHONE NUMBER INITIALLY, MAYBE

24  THEY WANT TO REACH OUT TO THE PARENT FIRST AND THEN THEY GET

25  BACK TO US.

NOVEMBER 8, 2019

1           SO IT IS A PROCESS THAT OFTENTIMES TAKES TIME

2    BECAUSE WE HAVE TO ESTABLISH A RAPPORT WITH THE SPONSOR AND

3    THEN A RAPPORT WITH THE PARENT BECAUSE, YOU KNOW, THESE ARE

4    PEOPLE WHO OFTENTIMES ARE NOT COMFORTABLE WITH AUTHORITIES

5    REACHING OUT TO THEM, I WILL PUT IT THAT WAY.

6           **THE COURT:**  AND THERE ARE 428 FAMILIES SO FAR THAT

7    YOU HAVE NOT BEEN ABLE TO REACH.

8           **MR. HERZOG:**  THAT'S ACTUALLY -- IT IS ACCURATE AND

9    IT IS NOT ACCURATE.  JUST TO CLARIFY A LITTLE BIT.

10          I THINK THAT THAT NUMBER IS THE NUMBER OF FAMILIES

11   WE HAVE CLASSIFIED AS UNREACHABLE BY PHONE.  AND I THINK THEN

12   WE TURN THEM OVER TO OUR NGO PARTNERS WHO TRY TO REACH THEM ON

13   THE GROUND.  AND WE HAVE REACHED A NUMBER OF THOSE FAMILIES ON

14   THE GROUND.

15          SO THAT NUMBER IS ACTUALLY LARGER THAN IT SOUNDS

16   BECAUSE I THINK WE HAVE REACHED 46 OF THE FAMILIES ON THE

17   GROUND NOW AND THEY WOULD COME -- BE SUBTRACTED FROM THE 428.

18   SO THAT NUMBER WILL HOPEFULLY GET BOTH BIGGER AND SMALLER AS

19   TIME GOES ON.

20          **THE COURT:**  SO THESE 428 THAT YOU HAVE IDENTIFIED,

21   ARE THEY ALL IN CENTRAL AMERICA?

22          **MR. HERZOG:**  NO.  I WOULD ESTIMATE -- AND THIS IS AN

23   ESTIMATE -- IT IS PROBABLY ABOUT TWO-THIRDS OR THREE-FOURTHS

24   IN CENTRAL AMERICA RIGHT NOW.

25          **THE COURT:**  OKAY.  SO THAT'S YOUR ROUGH


                        NOVEMBER 8, 2019

1    APPROXIMATION OF THIS GROUP OF EXPANDED CLASS MEMBER CHILDREN,

2    TWO-THIRDS TO THREE-FOURTHS OF THE PARENTS ARE GOING TO BE IN

3    CENTRAL AMERICA.

4              **MR. HERZOG:**  VERY ROUGH, BUT YES.

5              **THE COURT:**  AND IS THE PLAN THE SAME AS IT WAS WITH

6    THE INITIAL CLASS AS FAR AS TRYING TO FIND THE PARENTS THROUGH

7    THE SAME EFFORTS; BOOTS ON THE GROUND AND THE NGO'S AND THE

8    SAME METHOD WE USED INITIALLY?

9              **MR. HERZOG:**  IT IS.  AND THAT'S WHAT OUR PARTNERS

10   HAVE BEEN DOING.  THEY ARE ON THE GROUND.  AND THE 46 FAMILIES

11   THAT WE FOUND ON THE GROUND HAVE BEEN FOUND -- YOU KNOW, AND I

12   SAID OUR FIRM WAS DOING THE BULK OF THESE CALLS, THE NGO'S ARE

13   DOING THE BULK OF THAT WORK ON THE GROUND AND DESERVE A LOT OF

14   CREDIT FOR IT.  AND THAT IS HOW WE FOUND THE 46 FAMILIES THAT

15   WERE CLASSIFIED AS UNREACHABLE BY PHONE.

16             **THE COURT:**  HOW IS THAT EFFORT LOOKING?  IS IT TOO

17   SOON TO TELL, OR ARE YOU GETTING INDICATION BY THE NGO'S IN

18   CENTRAL AMERICA WHETHER THIS SEARCH IS COMING TOGETHER OR

19   LOOKING MORE DIFFICULT THAN THE INITIAL GROUP.

20             **MR. HERZOG:**  I HAVE ACTUALLY BEEN -- IT IS SLOW AND

21   IT DOESN'T HAVE -- WE DON'T HAVE HUNDREDS OF PEOPLE DOING THIS

22   WORK, BUT THEY ARE FINDING PEOPLE.  AND THE NUMBER HAS GONE

23   UP, YOU KNOW, I THINK IT HAS GONE UP 20-SOMETHING IN THE LAST

24   TWO OR THREE WEEKS.  AND SO THEY ARE MAKING PROGRESS.  AND I

25   THINK AS THEY FIND PEOPLE THEN THE PEOPLE WHO ARE DOING THIS

NOVEMBER 8, 2019

1   WORK ARE FREE TO LOOK FOR MORE PEOPLE.

2           SO THEY ARE HAVING SOME SUCCESS.  I AM NOT SAYING,

3   YOU KNOW, I KNOW WE ARE GOING TO FIND EVERY ONE AT THIS POINT

4   BUT WE ARE MOVING -- WE ARE MAKING PROGRESS.

5           **MR. GELERNT:**  YOUR HONOR.

6           **THE COURT:**  YES.

7           **MR. GELERNT:**  I'M SORRY.

8           **MR. HERZOG:**  GO AHEAD, LEE.

9           **MR. GELERNT:**  NO, I THOUGHT THE JUDGE HAD SOMETHING

10   TO SAY.

11           **THE COURT:**  NO, I AM ALL EARS.

12           **MR. GELERNT:**  OKAY.  WELL, I JUST WANTED TO SORT OF

13   JUST FILL IN A LITTLE BIT AS TO WHAT MR. HERZOG HAS BEEN

14   SAYING.

15           I THINK WHAT HE IS SAYING IS RIGHT BUT I DO THINK

16   THAT IT ULTIMATELY MAY BE A HARDER AND LONGER TASK THAN THE

17   ORIGINAL.  AS YOUR HONOR KNOWS, THERE WERE 471 WHO HAD BEEN

18   REMOVED WITHOUT THEIR CHILDREN FROM THE ORIGINAL 2814.  I

19   THINK THERE ARE GOING TO END UP BEING MORE PARENTS TO LOOK

20   FOR, AND I THINK BECAUSE THE SEPARATIONS OCCURRED A LONGER

21   TIME AGO IT MAY END UP BEING MORE DIFFICULT, AND WE MAY

22   ULTIMATELY NEED MORE RESOURCES OR SOME ASSISTANCE FROM THE

23   GOVERNMENT.

24           I THINK THAT IS WHAT WE ARE TRYING TO WORK OUT, IT

25   IS TOO EARLY TO TELL YOU NOW.  BUT I THINK MR. HERZOG IS

NOVEMBER 8, 2019

13

1  RIGHT, WE ARE MAKING PROGRESS.  BUT, ON THE OTHER HAND, IT IS

2  SLOW, THERE IS GOING TO BE A LOT OF FAMILIES.

3         SO I JUST WANTED TO JUST SORT OF ADD THAT FOR THE

4  NGO'S WHO ARE DOING THE UNBELIEVABLE WORK ON THE GROUND, BUT

5  IT IS AN ENORMOUS TASK.  SO I THINK WE MAY HAVE TO CIRCLE BACK

6  WITH YOU, YOUR HONOR, ABOUT SORT OF WHETHER THERE IS

7  ADDITIONAL THINGS THAT WOULD BE HELPFUL.

8         **THE COURT:**  YES.  AND THAT WAS ACTUALLY GOING TO BE

9  MY QUESTION, WHETHER THERE IS ANYTHING TO BE DOING NOW

10  DIFFERENT FROM WHAT WE DID THE FIRST TIME, OR IS IT TOO SOON

11  TO TELL?

12         **MR. GELERNT:**  THAT IS EXACTLY -- YOUR HONOR, THAT IS

13  EXACTLY THE RIGHT QUESTION.

14         I THINK WE ARE GOING TO SIT DOWN WITH THE NGO'S IN

15  THE NEXT WEEK OR SO AND FIGURE OUT WHETHER -- I DON'T THINK

16  THERE IS ANYTHING TO REPORT RIGHT NOW ABOUT THAT, BUT I THINK

17  WE ARE GOING TO ASK THEM WHETHER THERE IS ANYTHING THAT WOULD

18  MAKE THIS EASIER, ESPECIALLY FROM THE GOVERNMENT'S END.  AND

19  THEN WE WILL REPORT BACK TO YOU AT THE NEXT STATUS CONFERENCE.

20         **THE COURT:**  ALL RIGHT.

21         **MR. GELERNT:**  SO I THINK WHAT MR. HERZOG IS SAYING

22  IS THAT THEY HAVE DONE A GREAT JOB AND THERE HAS BEEN

23  PROGRESS.  I DON'T WANT TO OVERSTATE HOW MUCH PROGRESS OR HOW

24  EASY IT IS GOING TO BE TO FIND THIS MANY PARENTS WHO HAVE BEEN

25  SEPARATED FOR THIS LONG.


                        NOVEMBER 8, 2019

14

1          SO I DO THINK YOUR HONOR IS ASKING THE RIGHT

2    QUESTION, AND WE WILL GET BACK TO YOU AS SOON AS POSSIBLE ON

3    THAT.

4          **MR. HERZOG:**  AND LET ME JUST ADD TO WHAT MR. GELERNT

5    SAID A LITTLE BIT, IF THAT'S ALL RIGHT.

6          I THINK ONE OF THE REAL DIFFERENCES HERE IS THE

7    PHONE NUMBERS THAT WE HAVE ARE NOT AS GOOD IN THE SENSE THAT

8    MANY MORE OF THEM DON'T WORK THAN THE FIRST TIME AROUND, AND

9    THAT IS BECAUSE OF THE -- JUST THE AMOUNT OF TIME THAT HAS

10   ELAPSED.

11         AND WHERE THAT LEAVES US IS HAVING A LARGER NUMBER

12   OF PARENTS THAT ARE UNREACHABLE BY PHONE THAT WE NOW HAVE TO

13   FIND ON THE GROUND.  AND IT IS GOING TO PUT A LOT MORE OF THIS

14   WORK ON THE NGO'S THAN WAS DONE THE FIRST TIME AROUND, AND THE

15   RESOURCES THAT WILL BE NEEDED THERE ARE VERY EXTENSIVE.

16         THAT IS WHY IT IS TAKING SO MUCH TIME TO FIND THESE

17   PEOPLE BECAUSE THE PHONE NUMBERS -- AND THE FIRST TIME AROUND

18   WE DID HAVE TO FIND A GOOD NUMBER OF PEOPLE ON THE GROUND, BUT

19   I THINK IT IS GOING TO BE PROPORTIONATELY MORE THIS TIME.

20         **THE COURT:**  OKAY.

21         COMMANDER WHITE, DO YOU HAVE ANY IDEAS, OR IS THIS

22   OUT OF YOUR BAILIWICK?  YOU PROVIDED ALL OF THE INFORMATION,

23   CONTACT INFORMATION WITH RESPECT TO SPONSORS AND/OR PARENTS,

24   THAT YOU HAVE?

25         **COMMANDER WHITE:**  WE HAVE, YOUR HONOR.


                         NOVEMBER 8, 2019

15

```
 1          FIRST OF ALL, EVERYTHING THAT I HEAR MR. HERZOG
 2   SAYING ABOUT THE DIFFICULTIES OF FINDING PARENTS I THINK IS,
 3   TO ME, VERY PLAUSIBLE.  THAT IS EXACTLY WHAT I WOULD EXPECT.
 4   IT SOUNDS LIKE THEY ARE DOING THE THINGS THAT ONE WOULD DO.  I
 5   AGREE THAT AFTER THIS LONG A TIME IT MIGHT BE CHALLENGING.
 6          WE PROVIDED ALL OF THE INFORMATION THAT WE HAD IN
 7   TERMS OF THE CONTACT OUT OF THE UAC PORTAL.  THAT IS WHY WE
 8   WANTED TO PROVIDE BOTH SPONSOR INFORMATION, WHICH WE HAD IN
 9   100 PERCENT OF CASES WHERE THERE WAS AN INDIVIDUAL SPONSOR,
10   ALTHOUGH IT IS POSSIBLE, GIVEN THE DURATION OF TIME THAT HAS
11   ELAPSED, SOME SPONSOR CONTACT INFORMATION MAY HAVE CHANGED
12   ALSO.  AND WE PROVIDED SEPARATED PARENT INFORMATION IF THAT
13   WAS IN THE PORTAL, SEPARATE FROM THE SPONSOR INFORMATION.  SO
14   WE PROVIDED THE INFORMATION THAT WE HAVE.
15          I DO RECOGNIZE, I FIND VERY PLAUSIBLE THAT IT IS
16   CHALLENGING TO LOCATE FAMILIES, ESPECIALLY GIVEN THE TIME THAT
17   HAS ELAPSED.
18          IF I COULD THINK OF OTHER THINGS THAT WE POSSESS
19   THAT WOULD AID, I WOULD LOOK TO VOLUNTEER THAT.  BUT I THINK
20   WE HAVE PROVIDED WHAT WE HAVE.
21          **THE COURT:**  DO YOU HAVE ANY SUGGESTIONS AS FAR AS
22   CONTACTING OR LOCATING PARENTS IN CENTRAL AMERICA, OR IS THAT
23   BEYOND YOUR EXPERTISE?
24          **COMMANDER WHITE:**  I THINK THEY ARE DOING WHAT WE
25   WOULD RECOMMEND.


                       NOVEMBER 8, 2019
```

1          I WOULD SAY THAT THIS IS A -- LIKELY A MORE
2    CHALLENGING MATTER THAN WHAT CASE MANAGERS DO TO CONTACT
3    FAMILIES IN HOME COUNTRY EVERY DAY IN THE UAC PROGRAM BECAUSE
4    WE HAVE, USUALLY, A GREAT DEAL OF SUCCESS CONTACTING FAMILIES
5    BECAUSE, AFTER ALL, THE CHILD IS SITTING RIGHT THERE IN THE
6    ROOM.  AND IT IS REALLY -- IN A SENSE WHAT WE ARE REALLY DOING
7    IS BROKERING CONTACT BETWEEN THE CHILD AND THE FAMILY, AND
8    THEN THAT BECOMES THE INTRODUCTION FOR THE CASE MANAGER.
9          SO I RECOGNIZE THIS IS A DIFFERENT PROCEDURE THAT
10   MR. HERZOG'S TEAM IS ATTEMPTING.  I WILL REFLECT AND TALK
11   ABOUT IT WITH HHS COLLEAGUES.
12         I CANNOT AT THIS MOMENT THINK OF SOMETHING TO
13   SUGGEST.  I DO RECOGNIZE THAT THEIR UNDERTAKING IS A
14   CHALLENGING ONE, SIR.
15         **THE COURT:**  THANK YOU.
16         MR. STEWART, ANYTHING ON BEHALF OF THE GOVERNMENT ON
17   THIS PARTICULAR ISSUE?
18         **MR. STEWART:**  NOTHING AT THE MOMENT, YOUR HONOR.
19         I SUPPOSE ONE THING I WOULD ACTUALLY ASK, YOUR
20   HONOR, IS WHETHER MR. HERZOG HAS -- WITH ANY OF THE PARENTS
21   THAT HE HAS GOTTEN IN TOUCH WITH, HAS THERE BEEN ANY
22   INDICATION THAT THOSE PARENTS DO NOT HAVE CONTACT OR HAVE NOT
23   BEEN IN CONTACT WITH THEIR CHILDREN?
24         **THE COURT:**  MR. HERZOG.
25         **MR. HERZOG:**  VERY FEW.  I THINK THERE MAY BE ONE OR


                         NOVEMBER 8, 2019

17

1   SINGLE-DIGIT NUMBERS LIKE THAT, BUT MOST OF THE PARENTS HAVE
2   HAD CONTACT WITH THEIR CHILDREN.
3            **MR. STEWART:**  OKAY.  I FLAGGED THAT, YOUR HONOR,
4   BECAUSE I FLAGGED SOME TIME AGO THAT IF THAT SORT OF SCENARIO
5   CAME UP WHERE A PARENT HAD NO IDEA WHERE THEIR CHILD WAS, MY
6   ASK TO MR. GELERNT WAS THAT HE ALERT US TO THAT RIGHT AWAY SO
7   THAT WE COULD KNOW ABOUT THAT.  AND I WOULD REPEAT THAT
8   REQUEST.
9            **THE COURT:**  OKAY.
10           **MR. STEWART:**  THAT'S ALL I HAVE, YOUR HONOR.
11           **THE COURT:**  VERY GOOD.  THANK YOU.
12           AND THANK YOU, COMMANDER WHITE, FOR ALL OF YOUR
13  WORK.  FOR SEEING THIS THROUGH AND FOR TAKING A VERY, VERY
14  SIGNIFICANT TASK AND BREAKING IT DOWN AND COMING THROUGH ON
15  TIME.  THAT IS VERY, VERY MUCH APPRECIATED.
16           AND, MR. HERZOG, THANK YOU FOR ALL THE EFFORTS YOU
17  AND YOUR COLLEAGUES ARE DOING IN THE NGO'S IN SEEING THE
18  REUNIFICATION THROUGH.
19           I JUST ASK THAT THE PARTIES KEEP WORKING DILIGENTLY,
20  AS YOU ARE.  COMMUNICATE WITH EACH OTHER.  IF IDEAS COME UP AS
21  TO HOW BETTER OR MORE EFFICIENTLY TO FIND PARENTS AND REACH
22  THOSE PARENTS, THAT I ASK THAT THE PARTIES COMMUNICATE AND
23  COMMANDER WHITE BE INVOLVED AS WELL.
24           SO I THINK WE WILL JUST REVISIT THIS ISSUE AT OUR
25  NEXT STATUS CONFERENCE, AND HOPEFULLY THERE WILL CONTINUE TO

NOVEMBER 8, 2019

1   BE GOOD PROGRESS MADE.  AND AGAIN I WILL INVITE THE PARTIES,

2   IF YOU HAVE ANY ADDITIONAL SUGGESTIONS AS TO WHAT ADDITIONAL

3   EFFORTS MIGHT BE MADE TO LOCATE PARENTS, THAT WE ADDRESS THAT

4   AT THE NEXT SETTING.

5           THE OTHER AREAS, I HAVE JUST A COUPLE OF OTHER

6   INQUIRIES.

7           THE JSR REFERENCES, AT PAGES 9 AND 10, THE PROCESSES

8   AND PROCEDURES, COMMUNICATIONS BETWEEN AND AMONG THE VARIOUS

9   AGENCIES.

10           AND WHAT'S THE STATUS THERE, MR. GELERNT?  IT LOOKS

11   LIKE, ACCORDING TO THE GOVERNMENT, YOU HAD REQUESTED

12   CLARIFICATION, I THINK THE GOVERNMENT RESPONDED.  AND IT

13   APPEARS FROM THE GOVERNMENT'S STANDPOINT THE BALL IS IN YOUR

14   COURT.

15           **MR. GELERNT:**  THE INFORMATION SHARING, YOUR HONOR?

16           **THE COURT:**  YES.

17           **MR. GELERNT:**  SO I THINK, ON THE PARENTS' SIDE, WE

18   STILL HAVE SOME QUESTIONS FOR THE GOVERNMENT, BUT I THINK WHAT

19   WE ARE WAITING TO SEE A LITTLE BIT IS ON THE GROUND HOW THE

20   NEW PROCEDURES THEY HAVE PUT INTO PLACE ARE WORKING.  AND EVEN

21   MORE SO ON THE CHILDREN'S SIDE.

22           MS. WEISS FILED SOMETHING SEPARATELY ON HER OWN TO

23   LET THE COURT KNOW THAT SHE HAS NOT BEEN ABLE TO, NOR HAVE WE

24   BEEN ABLE, TO SEE WHATEVER GUIDANCE HAS BEEN PROVIDED TO

25   O.R.R. FACILITIES TO ALERT CHILDREN'S PROVIDERS AND ADVOCATES

NOVEMBER 8, 2019

19

1  ABOUT SEPARATIONS.  AND WITHOUT THAT GUIDANCE WE DON'T REALLY

2  KNOW WHAT THEY ARE PUTTING INTO PLACE.

3          SO WHAT MS. WEISS HAS INFORMED THE COURT IS THAT WE

4  ARE GOING TO TRY AND MONITOR AND DOCUMENT ON THE GROUND HOW IT

5  IS WORKING SO THAT WE CAN COME BACK TO THE COURT AND SAY IT IS

6  WORKING FINE, OR IT IS NOT WORKING AND REALLY NEED TO SEE WHAT

7  PROTOCOLS HAVE BEEN PUT INTO PLACE AND FIGURE OUT HOW TO GO

8  FORWARD FROM THERE.

9          **THE COURT:**  OKAY.

10          AND, MS. WEISS, I SEE THAT YOU HAD FILED A DOCUMENT

11  AND THEN WITHDREW IT.  IS THERE ANYTHING TO ADD FROM YOUR

12  PERSPECTIVE?

13          **MS. WEISS:**  YOUR HONOR, THAT WAS JUST BECAUSE I MADE

14  A MISTAKE AND LEFT A SIGNATURE BLOCK OFF, AND IT HAS BEEN

15  REFILED CORRECTLY.

16          **THE COURT:**  OKAY.

17          **MS. WEISS:**  DO YOU HAVE THAT REFILING?

18          **THE COURT:**  WELL, I READ THE INITIAL FILING.

19          **MS. WEISS:**  OKAY.  THE ONLY DIFFERENCE IS I SIGNED

20  THE SECOND ONE.

21          SO, YOU KNOW, WHAT I WOULD SAY IS THAT WE -- THE WAY

22  IT WAS LEFT, AS THINGS STAND RIGHT NOW, THERE IS NO

23  INFORMATION BEING TRANSMITTED SYSTEMATICALLY BY THIS

24  GOVERNMENT TO THE LEGAL SERVICE PROVIDERS OR THE CHILD

25  ADVOCATES.  THEY ARE GETTING THAT INFORMATION, AS THEY HAVE

NOVEMBER 8, 2019

1    ALWAYS GOTTEN IT, BY ASKING THE O.R.R. CASE MANAGERS AND THE

2    FEDERAL FIELD SPECIALISTS WHO SUPERVISE THE CHILDREN'S

3    SHELTERS.  AND THE GOVERNMENT HAS REPRESENTED THAT THOSE

4    INDIVIDUALS NOW HAVE ACCESS TO A SPREADSHEET THAT CONTAINS

5    MORE DETAILED SEPARATION INFORMATION.  AND WE DON'T KNOW --

6    AND THAT THERE IS GUIDANCE FROM O.R.R. TO THE FIELD ABOUT HOW

7    TO SHARE THAT INFORMATION.

8              AS MR. GELERNT RECOUNTED, WE HAVEN'T SEEN THAT

9    GUIDANCE.  WE ASKED FOR IT AND THE GOVERNMENT DECLINED TO

10   SHARE IT.

11             AND SO WHAT I HAVE DONE IS WORK WITH THE LEGAL

12   SERVICE PROVIDERS AND THE CHILD ADVOCATES, WHO ARE THE -- IN

13   EFFECT THE GUARDIANS FOR THE KIDS APPOINTED UNDER THE FEDERAL

14   STATUTE.  AND I WORKED OUT AN ON-LINE SURVEY, IN EFFECT, TO

15   DOCUMENT HOW INFORMATION IS BEING SHARED WITH THEM BY O.R.R.

16   SO WE CAN FIGURE OUT IF IT IS WORKING UNDER THIS NEW SYSTEM,

17   WHICH WE DON'T FULLY UNDERSTAND.

18             **THE COURT:**  ALL RIGHT.

19             **MS. WEISS:**  DOES THAT MAKE SENSE?

20             **THE COURT:**  YES.

21             MR. STEWART, HOW ABOUT FROM YOUR PERSPECTIVE.

22             **MR. STEWART:**  FROM OUR PERSPECTIVE, YOUR HONOR, MS.

23   WEISS HAS NO STANDING TO DO ANYTHING OTHER THAN CONTRIBUTE

24   AS -- IN THE WAY THAT WE CONVEYED SHE CONTRIBUTE, WHICH IS WE

25   ARE WILLING TO HEAR HER OUT.  BUT MS. WEISS DOES NOT REPRESENT

NOVEMBER 8, 2019

1   A PARTY TO THIS CASE.  SHE DOES NOT HAVE PARTIES WHO HAVE LIVE

2   CLAIMS IN THIS CASE.

3          MR. GELERNT REPRESENTS PARENTS, MR. BEST REPRESENTS

4   CHILDREN WHO ARE PURSUING OTHER KINDS OF CLAIMS, BUT THERE ARE

5   NO LIVE CLAIMS BY THESE LEGAL SERVICES PROVIDERS OR CHILD

6   ADVOCATES IN THIS CASE.  AND THE AGENCIES DO NOT HAVE

7   OBLIGATIONS TO SHARE THESE THINGS.

8          NOW, ON THE POSITIVE SIDE OF THINGS FROM THE

9   PERSPECTIVE OF MS. WEISS AND OTHERS, WE HAVE BEEN WILLING TO

10  HEAR HER OUT.  WE HAVE BEEN WILLING TO HEAR HER CONCERNS.  WE

11  BELIEVE THAT WE HAVE ADOPTED POLICIES AND PROCEDURES THAT

12  REASONABLY ADDRESS THOSE CONCERNS.  AND WE ARE STILL WILLING

13  TO HEAR WHAT SHE HAS TO SAY.

14         BUT WE OBJECTED TO HER INCLUDING THE STATEMENTS IN

15  THE STATUS REPORT FOR A REASON.  WE DO NOT BELIEVE SHE SHOULD

16  HAVE ANY ENTITLEMENT TO CONTRIBUTE AS THOUGH SHE IS A PARTY TO

17  THIS CASE.  AND WE ARE WILLING TO HEAR HER OUT, BUT THAT IS

18  ABOUT IT, YOUR HONOR.

19         **THE COURT:**  THIS ISSUE, HOWEVER, IS THE SAME.  SO IT

20  SEEMED TO ME THAT MS. WEISS' CONTRIBUTIONS ARE MEANINGFUL IN

21  THAT WHAT WE ARE ATTEMPTING TO DO IS PROVIDE PROCEDURES BY

22  WHICH FAMILIES THAT HAVE BEEN SEPARATED, AND WILL CONTINUE TO

23  BE SEPARATED IN THE FUTURE FOR APPROPRIATE REASONS, THERE IS A

24  COMMUNICATION SO THAT AT ALL TIMES WE KNOW WHERE THE PARENT

25  IS, WHERE THE CHILD IS, AND THEN AT THE APPROPRIATE TIMES

NOVEMBER 8, 2019

1    REUNIFY THOSE FAMILIES.

2              SO I THINK EVERYONE IS WORKING FOR A COMMON GOAL,

3    AND IN THAT REGARD IT WAS MY IMPRESSION THAT THE PARTIES WERE

4    WORKING TOGETHER TO COME UP WITH A CONCRETE PLAN THAT WOULD

5    ADDRESS THIS ISSUE.  AND I HAD THE IMPRESSION THAT WE WERE

6    MAKING PROGRESS.

7              AND I GOT THAT IMPRESSION FROM YOU, MR. GELERNT.

8    YOU SAID THERE MAY BE SOME LOOSE ENDS BUT WE WERE MAKING

9    PROGRESS.  IS THAT STILL YOUR ASSESSMENT?

10             **MR. GELERNT:**  YOUR HONOR, I APOLOGIZE IF I WASN'T

11   CLEAR IN THE LAST ONE.  I FELT THAT WE WERE MAKING PROGRESS ON

12   WHAT INFORMATION WAS BEING SHARED WITH PARENTS SPECIFICALLY,

13   BUT I AGREE WITH MS. WEISS THAT THE INFORMATION IS NOT BEING

14   SHARED WITH THE CHILDREN'S ADVOCATES.

15             AND I WOULD JUST STRESS THE POINT THAT YOU JUST MADE

16   THAT, YOU KNOW, THE GOVERNMENT, I THINK, IS HARPING ON A

17   TECHNICAL POINT THAT WE ARE REPRESENTING THE PARENTS.  I THINK

18   EVERYONE HAS ALWAYS FELT, FROM THE BEGINNING ABOUT THIS CASE,

19   THAT IT IS ABOUT THE FAMILIES WHO HAVE CHILDREN AND REUNITING

20   THEM WHEN THEY SHOULD BE REUNITED, NOT SEPARATING THEM WHEN

21   THEY SHOULD NOT BE SEPARATED.

22             SO I DON'T REALLY KNOW WHAT THE GOVERNMENT IS DOING.

23   IS THE GOVERNMENT ADVOCATING THAT WE NOW TAKE THE STEP OF

24   ADDING THE CHILDREN TO THE CASE?  I MEAN, WE CAN CERTAINLY ADD

25   THEM TO OUR CLASS, AND THEN WE COULD GO FROM THERE.  BUT, YOU

NOVEMBER 8, 2019

23

1    KNOW, I DON'T SEE THE LOGIC IN ALL THAT.

2           AND I THINK AT THE END OF THE DAY WE ARE REALLY SORT

3    OF BAFFLED WHY THE GOVERNMENT -- IT IS NOT THAT THEY WON'T

4    SHARE IT JUST WITH MS. WEISS, THEY WON'T SHARE THE PROTOCOLS

5    THAT ARE RELATED TO THE CHILDREN EVEN WITH US.  SO I DON'T SEE

6    WHY WE ARE NOT SEEING THE PROTOCOLS.  WE CERTAINLY CAN'T

7    CONTINUE TO PROVIDE MEANINGFUL FEEDBACK WHEN WE DON'T EVEN

8    KNOW WHAT IS GOING ON.

9           **THE COURT:**  SO, MR. STEWART, AT PAGE 9 ON THE JSR IT

10   INDICATES THAT THE DEFENDANTS PROVIDED A SUMMARY OUTLINE TO

11   THE COURT AND TO PLAINTIFFS MEMORIALIZING THE PROCESSES,

12   PROCEDURES, TRACKING AND COMMUNICATIONS BETWEEN THE AGENCIES

13   THAT HAVE BEEN ADOPTED BY THE AGENCIES SINCE JUNE 26, 2018,

14   AND THEN IT GOES ON.

15          SO THIS EFFORT IS STILL UNDERWAY, IS IT NOT?

16   BECAUSE ONE OF THE SIGNIFICANT ISSUES IN THIS CASE WAS THAT

17   WHEN THE INITIAL SEPARATIONS WERE GOING ON THE GOVERNMENT HAD

18   NO COMMUNICATION SYSTEM BETWEEN AND AMONG THE AGENCIES.  SO

19   THIS IS AN ISSUE THAT HAS ALWAYS BEEN A SIGNIFICANT PART OF

20   THE CASE, AND IT WAS MY BELIEF THAT THE PARTIES WERE WORKING

21   TOWARD ADDRESSING THAT IMPORTANT ISSUE.

22          **MR. STEWART:**  JUST AS -- YOUR HONOR, HERE IS THE

23   ANSWER TO THAT.

24          YOUR INITIAL UNDERSTANDING THAT WE PUT -- WE

25   SUMMARIZED OUR PROCESS, WE PUT IT IN PLACE, AND WE WERE

NOVEMBER 8, 2019

1   MEETING AND CONFERRING WITH OTHER PARTIES AND OTHERS WHO HAVE
2   EXPRESSED INTEREST IN THE PROCESS, SUCH AS MS. WEISS.

3          WE WENT BACK AND FORTH.  AND AS YOUR HONOR
4   RECOGNIZED, THE VERY LATEST OF THIS IS THAT WE PROVIDED -- WE
5   THE DEFENSE PROVIDED ADDITIONAL INFORMATION IN EARLY
6   SEPTEMBER.  WE HAVE NOT HEARD BACK ON THAT SINCE THEN.

7          AND WE ARE WILLING TO HEAR MORE.  WE HAVE EXPLAINED
8   THAT WE ARE WILLING TO HEAR MORE FROM EITHER MR. GELERNT, FROM
9   MS. WEISS, AND SO ON SO FORTH.  YOU KNOW, WE HAVE PUT OUT THIS
10  TEAR SHEET AND WE ARE WILLING AND INTERESTED TO HEAR ABOUT
11  THAT AND SO THAT WE CAN ADAPT OR RESPOND IF IT IS NEEDED.  SO
12  WE ARE FINE WITH THAT PROCESS, YOUR HONOR.

13         THE TWO POINTS I AM MAKING IS THAT WE PUT THAT
14  PROCESS IN PLACE, MET AND CONFERRED ON IT EXTENSIVELY AND
15  PROVIDED A GOOD NUMBER OF ANSWERS TO MR. GELERNT OTHERWISE.
16  WE HAVE NOT -- NUMBER ONE, WE HAVE NOT HEARD BACK.  SO AS YOUR
17  HONOR CORRECTLY NOTED, THE BALL IS IN THEIR COURT AND WE NEED
18  -- YOU KNOW, IF THERE ARE OTHER THINGS THAT THEY ACTUALLY KNOW
19  THERE ARE PROBLEMS WITH THAT PROCESS WE SHOULD BE TOLD IN A
20  MEET AND CONFER PROCESS, NOT JUST SPRUNG ON US IN COURT.

21         AND NUMBER TWO IS THAT ALTHOUGH WE ARE WILLING TO
22  USE THAT PROCESS, WE ARE NOT WILLING TO AGREE THAT AN ATTORNEY
23  WHO DOES NOT REPRESENT A PARTY TO THESE CASES HAS THE SAME
24  ENTITLEMENT TO ACT AS THOUGH THEY CAN REQUEST RELIEF OR SEEK
25  COURT ORDERED RELIEF OR ANYTHING OF THE LIKE.


                    NOVEMBER 8, 2019

25

```
1              ARTICLE III EXISTS FOR A REASON.  MR. GELERNT MAY
2   THINK THAT IT WAS A TECHNICALITY, WAS I BELIEVE HIS WORDS.
3   BUT IT IS A QUITE IMPORTANT FUNDAMENTAL PRINCIPLE IN JUDICIAL
4   POWER.
5              SO THOSE ARE MY TWO POINTS.  THE GOVERNMENT IS HAPPY
6   WITH ITS THOROUGH PROCESS.  WE ARE WILLING TO HEAR MORE SO
7   THAT WE CAN ADAPT AND IF NEED BE MAKE ANY ADJUSTMENTS IN LIGHT
8   OF HOW IT IS PROCEEDING.
9          MR. GELERNT:  YOUR HONOR, I WOULD JUST -- THIS IS
10  MR. GELERNT.  I AM SORRY.
11             I WOULD JUST NOTE -- AND MS. WEISS CAN JUMP IF SHE
12  WANTS.
13             I THINK THE GOVERNMENT KNOWS THAT WE HAVE ASKED FOR
14  THE PROTOCOLS; THEY HAVE SAID NO.  MS. WEISS SENT ANOTHER
15  EMAIL SAYING HAS YOUR POSITION CHANGED.  SHE HASN'T HEARD BACK
16  FROM THE GOVERNMENT.
17             BUT I THINK THERE IS NO PROCESS IF WE CAN'T SEE WHAT
18  THE GOVERNMENT HAS PUT IN PLACE.  THE SUMMARY IS NOT ALLOWING
19  US TO ACTUALLY KNOW WHAT HAS BEEN PUT IN PLACE.
20             BUT THE SECOND POINT IS, IF THE DRAWBACK FOR MR.
21  STEWART RIGHT NOW IS -- AND THE GOVERNMENT IS RIGHT NOW IS
22  THAT HE DOESN'T WANT TO SHARE IT WITH MS. WEISS BECAUSE OF HER
23  LACK OF REPRESENTATION OF A PARTY, WE WOULD ASK THAT HE SHARE
24  IT -- THE GOVERNMENT WOULD SHARE IT WITH THE ACLU TO START
25  WITH.
```

NOVEMBER 8, 2019

1        **THE COURT:**  MR. STEWART, WHAT'S YOUR RESPONSE TO

2   THAT, TO PROVIDING THE PROTOCOLS NECESSARY UNDER -- SUBJECT TO

3   A PROTECTIVE ORDER THAT WOULD BE WARRANTED TO PLAINTIFFS'

4   COUNSEL, MR. GELERNT?

5        **MR. STEWART:**  OUR VIEW IS THAT WE DON'T HAVE AN

6   OBLIGATION TO PROVIDE THAT INTERNAL ONGOING PROCESS, YOUR

7   HONOR.  IT IS -- IT IS NOT GERMANE TO THE NAMED PLAINTIFFS IN

8   THIS CASE, AND THAT WE DON'T HAVE AN OBLIGATION TO SHOW

9   THAT -- TO SHARE THAT INTERNAL GUIDANCE.

10        **THE COURT:**  WOULDN'T THAT --

11        **MR. STEWART:**  THERE HAS NOT BEEN ANY BRIEFING -- I

12   AM SORRY.

13        **THE COURT:**  WOULDN'T THAT INFORMATION, THOUGH, BE

14   HELPFUL TO THIS OVERARCHING ISSUE OF DEVELOPING A PLAN OR A

15   PROTOCOL SO THAT FUTURE FAMILIES BEING SEPARATED ARE IN

16   COMMUNICATION, AND THEN THAT THE GOVERNMENT IS REUNIFYING THEM

17   TIMELY AND APPROPRIATELY?

18        **MR. STEWART:**  I THINK THERE NEEDS TO BE SOME KIND OF

19   INDICATION THAT THAT'S NOT HAPPENING, YOUR HONOR.  I MEAN, IT

20   IS JUST -- I DON'T THINK IT IS QUITE FAIR FOR THE PLAINTIFFS

21   TO BE ABLE TO REQUEST, AT WILL, INFORMATION THAT POTENTIALLY

22   RELATES TO AGENCY DELIBERATIONS OR OTHER INTERNAL PROCESSES

23   JUST SO THAT THEY CAN KIND OF TEE OFF ON THE PARTS THAT THEY

24   DON'T LIKE AND THEN RAISE -- YOU KNOW, RAISE ALL OF THE THINGS

25   THAT FALL SHORT OF WHAT THEY BELIEVE THE EXTENSIVE IDEAL


NOVEMBER 8, 2019

1  PROCESS SHOULD BE.

2           SO, YOU KNOW, FRANKLY, I THINK IT IS SOMETHING THAT

3  IF IT WERE -- IF IT WERE THE KIND OF -- YOU KNOW, WE ARE

4  WILLING TO MEET AND CONFER ON IT BUT, YOU KNOW, ABSENT SOME

5  KIND OF MOTION OR SOMETHING -- SOMETHING SHOWING THAT WE

6  SHOULD TURN IT OVER I DON'T SEE A BASIS TO DO THAT,

7  PARTICULARLY WHEN IT COULD RAISE VARIOUS PROTECTION ISSUES OR

8  PRIVILEGE ISSUES OR DELIBERATIVE ISSUES OR THE LIKE.

9           **THE COURT:**  WE ARE GOING TO HAVE TO RECESS ON THIS

10  HEARING, I HAVE ANOTHER MATTER PENDING THAT I NEED TO TEND TO.

11           BUT ON THIS ISSUE, I UNDERSTAND YOUR POINT, MR.

12  STEWART, ABOUT MS. WEISS, AND I AGREE WITH YOU ON THE STANDING

13  ISSUE.  BUT MY VIEW IS THAT THE INFORMATION THAT MS. WEISS

14  SEEKS IS -- IT CAN BE REQUESTED THROUGH MR. GELERNT.  THAT IS

15  AN ISSUE IN THIS CASE, AND IT MAY BE A MATTER OF JUST WORKING

16  THROUGH MR. GELERNT TO GET THAT INFORMATION.

17           IT DOES SEEM TO ME THAT ADDITIONAL INFORMATION NEEDS

18  TO BE PROVIDED, THESE PROTOCOLS OR OTHER INFORMATION, TO

19  PLAINTIFFS' COUNSEL SO THAT A PROTOCOL CAN BE SET UP WHERE IT

20  IS CLEAR HOW THE VARIOUS AGENCIES ARE COMMUNICATING -- AGAIN

21  THAT WOULD BE B.O.P. AND ICE, CBP, HHS, ALL OF THE INVOLVED

22  AGENCIES -- SO THAT WE KNOW WHERE CHILDREN ARE, WHERE THEIR

23  PARENTS ARE, AND THAT THERE IS A MECHANISM TO REUNIFY THEM AT

24  THE APPROPRIATE TIME.

25           AND SO THAT IS AN ISSUE THAT'S PART OF THIS CASE,


                    NOVEMBER 8, 2019

1    AND IT WAS AT THE HEART OF THE PROBLEM DURING THE INITIAL

2    SEPARATIONS.  AND SO IT IS A MATTER THAT I WOULD LIKE TO KEEP

3    WORKING ON.

4              I WILL TAKE THAT UNDER SUBMISSION AND DECIDE HOW TO

5    PROCEED, AND I WILL ISSUE AN ORDER SHORTLY.

6              IT MAY BE THAT I WILL INVITE THE GOVERNMENT TO

7    SUBMIT THOSE PROTOCOLS TO MR. GELERNT, IF NECESSARY IN CAMERA.

8    AND, IF THERE IS AN OBJECTION, TO PROVIDE THE GOVERNMENT AN

9    OPPORTUNITY TO BRIEF THE ISSUE.  BUT I WOULD LIKE THE PARTIES

10   TO KEEP MOVING, SO I WILL ATTEMPT TO PROVIDE SOME DIRECTION.

11             **MS. WEISS:**  YOUR HONOR, I AM SORRY TO INTERRUPT.  I

12   KNOW YOU HAVE TO GO.  THIS IS MS. WEISS.

13             I JUST WANTED TO ADD THAT IN ADDITION TO INFORMATION

14   SHARING AMONG THE AGENCIES ONE OF THE THINGS THAT WAS MISSING

15   AND STILL PROBLEMATIC, I BELIEVE, IS INFORMATION SHARING WITH

16   THE LAWYERS FOR THE CHILDREN AND THEIR GUARDIANS WHO ARE THE

17   ONES WHO ARE TASKED WITH REPRESENTING THEM IN THEIR

18   IMMIGRATION PROCEEDINGS AND ADVISING THE COURT ON THEIR BEST

19   INTERESTS.

20             AND THAT IS WHAT WE ARE LOOKING INTO FURTHER IS

21   WHETHER INFORMATION SHARING WITH THEM IS WORKING.  AND I

22   DIDN'T WANT THAT ASPECT OF INFORMATION SHARING TO BE LOST FROM

23   THE MIX.

24             **THE COURT:**  OKAY.  ALL RIGHT.

25             **MR. STEWART:**  YOUR HONOR, COULD I FLAG --


                         NOVEMBER 8, 2019

1            **THE COURT:**  YES, MR. STEWART.

2            **MR. STEWART:**  CAN I FLAG, I DO WANT TO TAKE YOU UP

3  ON YOUR HONOR'S INVITATION THAT IF THE COURT WERE INCLINED TO

4  ORDER THAT THE GOVERNMENT TURN OVER THESE DOCUMENTS, I WOULD

5  ASK THAT THE GOVERNMENT HAVE AN OPPORTUNITY TO BRIEF THAT FOR

6  A NUMBER OF REASONS THAT I WOULD BE HAPPY TO SET FORTH IN

7  BRIEFING, NUMBER ONE.

8            AND, TWO, I FIND IT ESPECIALLY CONCERNING THE

9  PROSPECT OF JUST HAVING TO TURN SOMETHING OVER TO MR. GELERNT

10 SIMPLY SO HE CAN TURN IT OVER TO NONPARTIES AND THE LIKE IS, I

11 THINK, VERY, VERY -- A VERY CONCERNING SITUATION.  SO I WOULD

12 FLAG THAT, AND IT WOULD ALSO BE SOMETHING I WOULD WANT THE

13 OPPORTUNITY TO BRIEF.

14           **THE COURT:**  YES.  IT MAY BE, YOU KNOW, A PROTECTIVE

15 ORDER WHERE THE INFORMATION IS PROVIDED FOR PARTIES, THEIR

16 ATTORNEY'S EYES ONLY.  SO I AM NOT SUGGESTING ANYTHING MORE

17 EXPANSIVE.  I APPRECIATE THE GOVERNMENT'S CONCERNS.  I JUST

18 WANT TO CONTINUE TO WORK TOWARD GETTING SOMETHING IN PLACE ON

19 THIS ISSUE.

20           I NEED TO SIGN OFF NOW, SO I APPRECIATE THE PARTY'S

21 TIMES.

22           WHAT I AM ANTICIPATING IS THE NEXT STATUS REPORT TO

23 OCCUR NOVEMBER 22ND AND JSR STATUS REPORT NOVEMBER 21 SO THAT

24 WE KEEP -- I AM SORRY.  I GAVE THE WRONG DATES.

25           I AM MOVING IT OUT ABOUT A MONTH, SO THE JSR STATUS


                        NOVEMBER 8, 2019

1    ON DECEMBER 6TH, WITH JOINT STATUS REPORT DECEMBER 4.  SO
2    ABOUT A MONTH OUT.  AND AGAIN I URGE THE PARTIES TO KEEP
3    WORKING TOWARDS FINDING THESE PARENTS, AND THEN I WILL LOOK
4    FORWARD TO THE STATUS REPORT AT THAT TIME.
5              AND I WILL GIVE SOME MORE THOUGHT TO THIS
6    DATA-SHARING ISSUE AND ATTEMPT TO ADDRESS THAT IN THE COURT'S
7    ORDER WHICH I WILL ISSUE NEXT WEEK SETTING OUT THE BRIEFING
8    SCHEDULE AND THE LIKE.
9              ANY OTHER MATTERS?
10             **MR. GELERNT:**  THANK YOU, YOUR HONOR.
11             **MR. STEWART:**  THANK YOU.
12             **THE COURT:**  THANK YOU VERY MUCH.
13
14                        *   *   *
15             I CERTIFY THAT THE FOREGOING IS A CORRECT
               TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
16             IN THE ABOVE-ENTITLED MATTER.
17             S/LEEANN PENCE                    11/9/2019
               LEEANN PENCE, OFFICIAL COURT REPORTER   DATE
18
19
20
21
22
23
24
25


                         NOVEMBER 8, 2019