UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING


```
                                      )
MS. L., ET AL.,                       )
                                      )   CASE NO. 18CV0428-DMS
          PETITIONERS-PLAINTIFFS,     )
                                      )
VS.                                   )
                                      )
                                      )
                                      )
                                      )
U.S. IMMIGRATION AND CUSTOMS          )   SAN DIEGO, CALIFORNIA
ENFORCEMENT ("ICE"), ET AL.,          )  FRIDAY, DECEMBER 6, 2019
                                      )    2:15 P.M. CALENDAR
          RESPONDENTS-DEFENDANTS.     )
--------------------------------------
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

STATUS CONFERENCE


REPORTED BY:                    LEE ANN PENCE,
                                OFFICIAL COURT REPORTER
                                UNITED STATES COURTHOUSE
                                333 WEST BROADWAY, ROOM 1393
                                SAN DIEGO, CALIFORNIA 92101

```
FOR PLAINTIFF:               LEE GELERNT, ESQ.
                             STEPHEN KANG, ESQ.
                             ACLU IMMIGRANT RIGHTS PROJECT
                             125 BROAD STREET 18TH FLOOR
                             NEW YORK, NEW YORK 10004


FOR DEFENDANT:               SCOTT STEWART, ESQ.
(TELEPHONICALLY)             NICOLE MURLEY, ESQ.
                             U.S. DEPARTMENT OF JUSTICE
                             OFFICE OF IMMIGRATION LITIGATION
                             P.O. BOX 868
                             BEN FRANKLIN STATION
                             WASHINGTON, DC 20044


ALSO PRESENT:                ZACHARY BEST, ESQ.
                             EMILY BORK, ESQ.
                             STEVEN HERZOG,ESQ.
                             CATHERINE WEISS, ESQ.
```

1   <u>SAN DIEGO, CALIFORNIA — FRIDAY, DECEMBER 6, 2019 — 2:20 P.M.</u>

2                              *   *   *

3            **THE CLERK:**  NO. 19 ON CALENDAR, CASE NO. 18CV0428,

4   MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR

5   STATUS CONFERENCE.

6            **THE COURT:**  GOOD AFTERNOON, COUNSEL.

7            I HAVE INDICATION OF THE FOLLOWING ATTORNEYS ON THE

8   LINE.  FOR MS. L., MR. GELERNT AND MR. KANG.  FOR DORA, EMILY

9   BORK.  FOR MMM, ZACHARY BEST.  STEVEN HERZOG FOR THE STEERING

10  COMMITTEE.  AND FOR THE DEFENDANTS, SCOTT STEWART, NICOLE

11  MURLEY.

12           DID I MISS ANYONE?

13           MR. STEWART, IS COMMANDER WHITE ON THE LINE, OR

14  WHAT'S THE STATUS?

15           **MR. STEWART:**  HE'S NOT, YOUR HONOR.  I DON'T THINK

16  HE HAD MUCH ADDITIONALLY TO REPORT GIVEN THE CONCLUSION OF

17  DISCUSSION OF THE BATCHES FOR THE EXPANDED CLASS.

18           I CAN REPORT THAT THERE IS THE REMAINING ISSUE OF

19  THE 149 INDIVIDUAL GROUP THAT WE ARE JUST TRYING TO RESOLVE

20  THE ISSUES FOR IN THE TWO PARTS OF THE JOINT STATUS REPORT.

21           AND OUR HOPE IS TO HAVE INFORMATION ON THAT CLEARED

22  AND OVER TO THE PLAINTIFFS WITHIN THE NEXT COUPLE OF DAYS,

23  HOPEFULLY BY MID NEXT WEEK.

24           **THE COURT:**  OKAY.  THANK YOU.

25           **MS. WEISS:**  YOUR HONOR, I AM SORRY TO INTERRUPT.


                        DECEMBER 6, 2019

 1   CATHERINE WEISS, I JUST WANTED TO SAY.

 2            **THE COURT:**  VERY GOOD.  THANK YOU.

 3            OH, YES, I SEE YOUR NAME HERE.  SORRY I MISSED IT.

 4            LET'S GO THROUGH THE STATUS REPORT ON THE ORIGINAL

 5   CLASS.

 6            EVERYTHING LOOKS THE SAME, THAT IS LARGELY IN ORDER.

 7            I DID HAVE A QUESTION, AND IT MAY REQUIRE

 8   COMMANDER WHITE SO IT MIGHT HAVE TO WAIT UNTIL THE NEXT

 9   CONFERENCE.

10            AND IT RELATES TO THE INSPECTOR GENERAL REPORT WHICH

11   WAS ISSUED ON THE DAY BEFORE THANKSGIVING, I THINK THAT WAS

12   NOVEMBER 27.

13            I AM ASSUMING ALL PARTIES HAVE READ THE I.G. REPORT.

14            **MR. GELERNT:**  YES, YOUR HONOR.

15            THIS IS MR. GELERNT.

16            **THE COURT:**  ALL RIGHT.

17            AND, MR. STEWART, YOU HAVE REVIEWED IT AS WELL, I

18   ASSUME.

19            **MR. STEWART:**  I STILL NEED TO WORK ON THAT, YOUR

20   HONOR.  IT HAS BEEN A -- IT HAS BEEN A VERY BUSY SEVERAL OF

21   DAYS, WORKING.

22            **THE COURT:**  ALL RIGHT.

23            THE QUESTION I HAD -- AND YOU PROBABLY ARE NOT IN A

24   POSITION TO ANSWER AT THIS TIME, BUT IT MAY REQUIRE COMMANDER

25   WHITE AT THE NEXT SESSION.


                         DECEMBER 6, 2019

1          THE I.G. REPORT INDICATES AT PAGE 25 THAT THERE IS

2     AN INABILITY TO ACCURATELY IDENTIFY THE TOTAL NUMBER OF

3     CHILDREN SEPARATED FROM THEIR FAMILIES BECAUSE AGENTS DID NOT

4     CONSISTENTLY REPORT FAMILY UNITS IN THE SYSTEM PRIOR TO

5     SEPARATION.

6          THE REPORT GOES ON TO SAY THAT HHS ATTEMPTED TO

7     ADDRESS THAT PROBLEM BY INTERVIEWING ALL OF THE KIDS, BECAUSE

8     FOR THE ORIGINAL GROUP ALL OF THE CHILDREN WERE IN O.R.R.

9     CUSTODY.  I THINK THE NUMBER IS SOMETHING LIKE 11,800,

10    SOMETHING IN THAT RANGE.

11         AND SO I WANTED TO HEAR FROM COMMANDER WHITE TO SEE

12    WHETHER HE HAD A LEVEL OF CONFIDENCE THAT THEY, IN FACT,

13    THROUGH THEIR ACCOUNTING, WERE ABLE TO IDENTIFY ALL SEPARATED

14    FAMILIES FOR THE INITIAL CLASS.

15         CAN YOU SPEAK TO THAT, MR. STEWART, OR IS THAT

16    SOMETHING THAT IS GOING TO NEED TO WAIT?

17         **MR. STEWART:**  MY APOLOGIES, YOUR HONOR.  I HAVE TO

18    GO TAKE THAT ONE BACK.  I AM SORRY, I JUST DON'T HAVE THAT

19    INFORMATION AT THE MOMENT.

20         **THE COURT:**  ALL RIGHT.

21         A SIMILAR QUESTION WOULD BE THAT AS TO THE ENLARGED

22    CLASS, THIS SECOND GROUP, 1,556 POTENTIAL SEPARATIONS, I WOULD

23    ASSUME, BASED ON THE I.G. REPORT, THAT THERE IS GOING TO BE AN

24    INABILITY TO ACCURATELY IDENTIFY THE TOTAL NUMBER OF CHILDREN

25    SEPARATED FROM THAT GROUP BECAUSE THOSE CHILDREN, OF COURSE,

DECEMBER 6, 2019

1    ARE NOT IN O.R.R. CUSTODY SO HHS IS NOT ABLE TO INTERVIEW

2    THOSE CHILDREN.  AND INSTEAD COMMANDER WHITE HAD TO RELY ON

3    THE DOCUMENTS ONLY IN ORDER TO MAKE THE ACCOUNTING TO COME UP

4    WITH THE NUMBER OF 1,556.

5              BUT IF IN FACT SEPARATION OF FAMILIES WERE NOT

6    CONSISTENTLY RECORDED PRIOR TO SEPARATION THEN IT WOULD SEEM

7    THAT THE UNFORTUNATE REALITY WILL BE THAT WE WILL NEVER BE

8    ABLE TO ACCURATELY IDENTIFY THE TOTAL NUMBER OF CHILDREN IN

9    THAT GROUP.

10             DO YOU HAVE ANY OBSERVATIONS ON THAT, MR. GELERNT?

11             **MR. GELERNT:**  YOUR HONOR, I THINK YOU ARE ASKING THE

12   RIGHT QUESTIONS.  AND I THINK WE WOULD BE INTERESTED IN

13   HEARING FROM COMMANDER WHITE AS WELL IN LIGHT OF THE O.I.G.

14   REPORT BECAUSE WE WERE NOT -- TO BE FRANK, WE WERE NOT EXACTLY

15   SURE HOW TO LOOK AT THE O.I.G. REPORT IN LIGHT OF WHAT

16   COMMANDER WHITE HAS DONE.  SO I THINK WE WOULD BE INTERESTED

17   IN HEARING, AS WELL.

18             **THE COURT:**  ALL RIGHT.  OKAY.

19             STICKING WITH THAT I.G. REPORT, I THINK THAT TAKES

20   US -- IF WE COULD LOOK TO PAGE 8 OF THE STATUS REPORT, THAT

21   IS WHERE THE PARTIES ARE ADDRESSING THE PROCESSES AND

22   PROCEDURES FOR TRACKING AND COMMUNICATION BETWEEN AND AMONG

23   THE AGENCIES.

24             THE INSPECTOR GENERAL REPORT SEEMS TO BE ADDRESSING

25   THIS SAME AREA.  THERE ARE FIVE RECOMMENDATIONS.  DHS IS ON

DECEMBER 6, 2019

1    BOARD AND ATTEMPTING TO DO WHAT APPEARS TO BE THE SAME

2    THING THAT THE PROCESSES AND PROCEDURES SET OUT ON PAGE 8

3    ADDRESS.

4           MR. GELERNT, WHAT'S YOUR POINT OF VIEW ON THAT?

5           **MR. GELERNT:**  I THINK TWO THINGS, YOUR HONOR.  SO

6    ONE IS JUST TO UPDATE YOU SINCE THE LAST STATUS HEARING.

7           THE GOVERNMENT PROVIDED US, UNDER A PROTECTIVE

8    ORDER, WITH PROTOCOLS THAT WE HAD NOT YET SEEN, AND AS THE

9    GOVERNMENT NOTES ON PAGE 9 WE HAVE SENT THEM A LIST OF

10   CLARIFYING QUESTIONS WHICH THE GOVERNMENT SAID THEY WILL

11   RESPOND TO.  WE ARE WAITING FOR THOSE.

12          THERE ARE OTHER PARTS THAT ARE NOT COVERED BY THE

13   PROTOCOLS THAT WE ARE STILL TRYING TO MONITOR ON THE GROUND

14   AND PROVIDE THE GOVERNMENT WITH FEEDBACK, SO WE INTEND TO DO

15   THAT.

16          AND THAT IS A SORT OF ATTEMPT AT A COMPREHENSIVE

17   SURVEY OF ALL OF THE SORT OF STAKEHOLDERS ON THE GROUND TO SEE

18   HOW THE MOST RECENT, I GUESS PROTOCOLS AND PROCEDURES THE

19   GOVERNMENT HAS PUT IN PLACE, ARE IN FACT WORKING.  SO WE WILL

20   BE PROVIDED WITH THE -- WE WILL BE ASKING THE GOVERNMENT

21   ADDITIONAL QUESTIONS ON THOSE.

22          BUT RIGHT NOW THE MOST IMMEDIATE QUESTION IS THE

23   PROTOCOLS RELATING TO SHARING INFORMATION BETWEEN O.R.R. AND

24   THE CHILDREN'S SERVICE PROVIDERS.  AND WE HAVE SENT THE

25   GOVERNMENT A VARIETY OF QUESTIONS ON THAT, AND THE GOVERNMENT

DECEMBER 6, 2019

1    HAS PROMISED TO GET US BACK RESPONSES.

2         I THINK THE GOVERNMENT'S RESPONSE TO THE I.G. REPORT

3    SAID THAT EXCHANGES MAY DEPEND ON WHAT HAPPENS IN MS. L., SO I

4    THINK BOTH THINGS ARE GOING SORT OF IN TANDEM.

5         WE WOULD SUGGEST THAT GIVEN THAT THE COURT HAS MADE

6    THIS A PRIORITY ISSUE AND WE CONTINUE WORKING THE WAY WE HAVE

7    WITH THE GOVERNMENT UNDER THE COURT'S SUPERVISION.

8         **THE COURT:**  ON THE I.G. REPORT IT DOES APPEAR THAT

9    THESE AGENCIES -- CBP, ICE AND O.R.R., HHS -- ARE IN FACT

10   SETTING IN PLACE SYSTEMS OF COMMUNICATION THAT ACCURATELY

11   TRACK AND ACCOUNT FOR THE PARENTS AND THE CHILDREN.  SO IT

12   WOULD AT LEAST -- IF THOSE PROCESSES AND PROCEDURES ARE

13   IMPLEMENTED CONSISTENT WITH WHAT O.R.R. IS SETTING OUT, DO YOU

14   AGREE THAT THAT WOULD LARGELY ADDRESS WHAT WE ARE TRYING TO DO

15   IN THIS CASE AS TO THOSE AGENCIES?

16        **MR. GELERNT:**  YOUR HONOR, I GUESS THE WAY I WOULD

17   SORT OF LOOK AT IT, AND I BELIEVE YOUR HONOR HAS LOOKED AT IT

18   IN THIS WAY THROUGHOUT THE CASE, IS THAT THEY ARE SORT OF TWO

19   DIFFERENT PARTS, THEY ARE OBVIOUSLY RELATED.  ONE IS THE

20   INTERAGENCY SHARING OF INFORMATION.  AND WE ARE STILL TRYING

21   TO GET TO THE BOTTOM OF A FEW THINGS, BUT WE BELIEVE THAT

22   THE AGENCIES NOW ARE REPORTING AND SHARING INFORMATION

23   BETWEEN AGENCIES IN A BETTER WAY THAN THEY OBVIOUSLY WERE IN

24   THE PAST.

25        THE SECOND PART OF IT, WHICH WE STILL HAVE CONCERN

DECEMBER 6, 2019

1    ABOUT AND WHICH WE HAVE TALKED ABOUT WITH YOU AND WHICH WE

2    TALKED ABOUT AT THE LAST STATUS CONFERENCE, IS THEN ONCE THE

3    AGENCIES HAVE THE INFORMATION, IN PARTICULAR O.R.R., HOW IS

4    THE INFORMATION GETTING SHARED WITH STAKEHOLDERS.

5              SO IT DOES APPEAR THAT THE TRACKING INFORMATION

6    WITHIN THE AGENCY IS GETTING BETTER, ALTHOUGH I THINK WE

7    STILL HAVE A FEW QUESTIONS WE ARE INTERESTED IN FINDING OUT

8    ABOUT.

9              BUT I THINK RIGHT NOW THE MORE IMMEDIATE CONCERN IS,

10   IS THE INFORMATION GETTING TO THE PARENTS SO THEY KNOW HOW TO

11   PUSH BACK IF THEY THINK THIS DECLARATION WAS UNLAWFUL OR

12   INCORRECT.  AND AS WELL, MAYBE EVEN MORE SO, FOR THE

13   CHILDREN -- FOR O.R.R. TO GIVE INFORMATION TO THE CHILDREN'S

14   PROVIDERS SO THAT ANY SEPARATIONS THAT ARE NOT APPROPRIATE CAN

15   BE PUSHED BACK ON.

16             SO THAT IS HOW I WOULD SORT OF SEPARATE IT OUT.  BUT

17   I THINK THE INTERAGENCY, IT DOES SEEM TO BE GETTING BETTER AND

18   THERE DOES SEEM TO BE TRACKING AS FAR AS WE CAN TELL.

19             **THE COURT:**  OKAY.  SO I UNDERSTAND YOU TO BE SAYING

20   THAT WE SHOULD KEEP MOVING FORWARD, AS WERE SET OUT ON PAGE 8

21   AND 9, AND HAVING THE PARTIES WORKING THROUGH THOSE ISSUES.

22             **MR. GELERNT:**  YES, YOUR HONOR.  I THINK THAT WOULD

23   BE APPROPRIATE.

24             **THE COURT:**  OKAY.

25             MR. STEWART, ANY THOUGHTS AT THIS TIME ON THAT


                         DECEMBER 6, 2019

10

1   ISSUE?

2           **MR. STEWART:**  I DON'T THINK SO, YOUR HONOR.

3           I THINK -- AS WE HAVE NOTED, I THINK WE HAVE BEEN IN

4   TOUCH WITH MR. GELERNT AND HIS COLLEAGUES ABOUT THE

5   INFORMATION SHARING ISSUE.  WE ARE WORKING ON THE O.R.R.

6   RELATED QUESTIONS, AND HOPE TO HAVE THOSE BACK SOON.

7           I DON'T KNOW THAT WE HAVE, THAT I CAN THINK OF,

8   OTHER OUTSTANDING QUESTIONS FROM -- ON THE INFORMATION

9   SHARING POINT.  BUT WE STAND READY TO CONFER ON THAT ISSUE AND

10  ANSWER OTHER QUESTIONS.

11          **THE COURT:**  OKAY.  VERY GOOD.

12          LET'S MOVE TO THE EXPANDED CLASS, 1,556 CHILDREN.

13          MR. HERZOG, PERHAPS WE CAN HEAR FROM YOU AS TO HOW

14  THIS IS GOING.

15          I AM NOT SURE I UNDERSTAND ALL OF THE NUMBERS

16  HERE.  WHEN I DO THE MATH NOTHING ADDS UP, SO MAYBE YOU CAN

17  RUN ME THROUGH THIS AND I CAN FIGURE IT OUT WITH YOUR

18  EXPLANATION.

19          **MR. HERZOG:**  SURE.  I CAN TAKE A SHOT AT IT, I

20  THINK.  GOOD AFTERNOON.

21          WE ARE FOCUSED, I MEAN, INITIALLY ON, YOU KNOW,

22  CALLING THE -- OR TRYING TO REACH THE CHILDREN -- THE FAMILIES

23  OF THE CHILDREN WHOSE MEMBERSHIP IN THE CLASS IS NOT

24  CONTESTED, AND WHERE WE HAVE A PHONE NUMBER.  AND I THINK WE

25  SAY IN THE REPORT HERE THERE ARE 998 CHILDREN THAT MEET THAT

DECEMBER 6, 2019

1    DESCRIPTION WITHIN THE EXPANDED CLASS.

2            AND WE HAVE BEEN MAKING PHONE CALLS TO THE FAMILIES

3    OF THOSE CHILDREN, WHETHER THEY ARE SPONSORS AND THEN PARENTS

4    WHERE WE CAN GET THEM.  WE HAVE NOW REACHED OUT TO 913 OF

5    THOSE FAMILIES -- OR TRIED TO REACH 913 OF THOSE FAMILIES.

6    WE HAVE REACHED 450-SOME SPONSORS OR ATTORNEYS AND 313

7    PARENTS.

8            THERE IS A LARGE NUMBER THAT WE ARE CONTINUING TO

9    TRY TO CALL, SO WE HAVE NOT DECLARED THEM WHAT WE CALL

10   UNREACHABLE.  SO THERE, IN OTHER WORDS WE TRIED TO CALL,

11   SOMETIMES WE CALLED A SPONSOR BUT WE HAVEN'T GOTTEN TO A

12   PARENT.

13           BUT WE ONLY DECLARE, AS I THINK I HAVE EXPLAINED

14   BEFORE, THE FAMILY OR THE PARENT UNREACHABLE BY PHONE WHEN WE

15   MAKE MULTIPLE CALLS OVER AN EXTENDED TIME PERIOD AT DIFFERENT

16   TIMES OF THE DAY.

17           SO THERE ARE 317 FAMILIES AT THIS POINT THAT WE HAVE

18   DECLARED UNREACHABLE BY PHONE.  AND WE HAVE BEEN ENGAGED WITH

19   OUR PARTNERS IN TRYING TO REACH THOSE PARENTS, MOST OF THEM --

20   MANY OF THEM, THE MAJORITY OF THEM, ARE IN COUNTRIES OF ORIGIN

21   AT THIS POINT.  AND WE ARE TRYING TO REACH THOSE PARENTS ON

22   THE GROUND.

23           AND WE HAVE BEEN HAVING SOME SUCCESS.  IT IS

24   PAINSTAKING, DIFFICULT WORK.  WE HAVE OUR NGO PARTNERS,

25   INVESTIGATORS, ADVOCATES GOING OUT TO VILLAGES MULTIPLE TIMES,


                          DECEMBER 6, 2019

1   TALKING TO PEOPLE IN THE VILLAGE WHO MIGHT KNOW THE FAMILY.

2   THEY GO -- THEY MIGHT GO TO A SCHOOL OR A BASKETBALL COURT, TO

3   DIFFERENT LOCATIONS.  THEY MEET SOMEBODY WHO KNOWS THE FAMILY,

4   THEY FIND SOMEBODY ELSE, THEY GET A PHONE NUMBER, AND

5   EVENTUALLY THEY HAVE BEEN FINDING PARENTS.

6           THEY ARE HAVING SOME SUCCESS.  WE FOUND 82 FAMILIES

7   THAT WAY SO FAR.  BUT IT IS PAINSTAKING WORK, SO IT IS GOING

8   FORWARD, AND IT IS -- BUT IT IS DIFFICULT AND HAPPENING WITH A

9   LOT OF EFFORT.  SO THAT IS HAPPENING.

10          WE ARE ALSO -- BECAUSE WE HAVE A NUMBER OF FAMILIES

11  WHO ARE STILL IN THE U.S. THAT WE HAVEN'T BEEN ABLE TO FIND WE

12  ARE MOVING FORWARD TO SET UP AN 800 NUMBER HERE IN THE U.S.

13  AND WE ARE GOING TO BE SENDING THAT 800 NUMBER TO A WHOLE

14  ARRAY OF LEGAL AND COMMUNITY ORGANIZATIONS WHO MIGHT KNOW OF

15  OR HEAR ABOUT SOME OF THESE FAMILIES AND BE ABLE TO PROVIDE

16  THE NUMBER TO THEM.

17          AND ALSO BE SENDING A MAILING TO THE ADDRESSES THAT

18  WE DO HAVE FOR SPONSORS AND PARENTS WHO HAVE NOT YET -- WHO

19  HAVE NOT BEEN ANSWERING THE PHONE CALLS WE HAVE BEEN MAKING.

20          SO THE HOPE IS THAT IF WE SEND THOSE MAILINGS OUT WE

21  WILL HAVE A NUMBER OF ADDITIONAL FAMILIES CALL THE 800 NUMBER,

22  AND WE CAN GET IN CONTACT WITH THEM THEN.

23          BUT THAT, I THINK, IS A BASIC SUMMARY OF WHERE WE

24  ARE AND WHAT WE HAVE BEEN UP TO.

25          **THE COURT:**  ON THE 913 FAMILIES THAT YOU HAVE MADE

DECEMBER 6, 2019

1  CALLS TO, 455 SPONSORS OR ATTORNEYS HAVE BEEN REACHED, 313
2  PARENTS OR ATTORNEYS HAVE BEEN REACHED.  SO IF YOU ADD THOSE
3  TOGETHER THAT IS 768 BUT THAT'S --
4          **MR. HERZOG:**  THEY DON'T ADD TOGETHER.  I AM SORRY,
5  THAT IS CONFUSING.
6          MANY TIMES WE REACH A SPONSOR AND, YOU KNOW, THE
7  SPONSOR LEADS US TO THE PARENT.  SO THAT'S ONE FAMILY, IF YOU
8  WANT TO LOOK AT IT THAT WAY.
9          **THE COURT:**  OKAY.
10         **MR. HERZOG:**  WE HAVE MADE -- IF IT INVOLVES A
11 SPONSOR AND A PARENT BUT THEY ARE THE SAME FAMILY.  IN OTHER
12 INSTANCES WE REACH A SPONSOR AND NOT A PARENT, AND A PARENT
13 AND NOT A SPONSOR.  SO IT IS CONFUSING PERHAPS, BUT THOSE
14 NUMBERS DON'T ADD UP THAT WAY.
15         **THE COURT:**  I GUESS THE PARENTS THAT YOU HAVE
16 ACTUALLY REACHED, OR THEIR ATTORNEYS, WOULD BE THE HARD
17 NUMBERS, THE 313.
18         **MR. HERZOG:**  THAT'S CORRECT.  AT THIS POINT, YES.
19         **THE COURT:**  ALL RIGHT.
20         DO YOU HAVE A SENSE NOW OF THIS GROUP OF 913 OR 998,
21 THIS UNCONTESTED GROUP OF CHILDREN OF CLASS MEMBERS, HOW
22 MANY OF THESE PARENTS ARE IN COUNTRY VERSUS REMOVED FROM
23 COUNTRY?
24         **MR. HERZOG:**  THE MAJORITY HAVE BEEN REMOVED.
25         **THE COURT:**  ALL RIGHT.


                         DECEMBER 6, 2019

14

1    **MR. HERZOG:**  THERE ARE STILL A NUMBER -- A GOOD

2  NUMBER IN THE U.S.  I COULDN'T GIVE YOU A PRECISE NUMBER,

3  WHETHER IT IS A THIRD OR IN THAT BALLPARK.  THAT IS JUST A

4  BALLPARK.  BUT THE MAJORITY, I THINK IT IS PRETTY CLEAR, ARE

5  IN COUNTRY OF ORIGIN.

6        **THE COURT:**  YES.

7        YOU HAVE SET OUT THINGS TO DO.  THERE ARE -- YOU

8  HAVE IDENTIFIED 685 CHILDREN WHERE THE COMMITTEE HAS NOT

9  REACHED THE PARENT, AND 317 FAMILIES THAT YOU ARE UNABLE TO

10  REACH TELEPHONICALLY.

11        AND YOU HAVE SET OUT A NUMBER OF PROPOSALS HERE

12  ABOUT TOLL FREE TELEPHONE NUMBERS, MAILINGS, POLITICIZING THE

13  NUMBER -- PUBLICIZING THE NUMBER THROUGH THE SPANISH LANGUAGE

14  MEDIA, THAT KIND OF THING.  THOSE ARE THE STEPS YOU WILL BE

15  TAKING NEXT?

16        **MR. HERZOG:**  YES, THAT'S WHAT WE ARE -- WE ARE

17  MOVING FORWARD WITH THOSE THINGS NOW, BUT THOSE ARE THE STEPS

18  WE ARE TAKING NEXT.

19        AND THAT IS FOR THE 317.  SOME OF THOSE 317, TO BE

20  CLEAR, WE ARE TRYING TO REACH ON THE GROUND AS WELL.  IT IS

21  NOT JUST THROUGH THESE OTHER MECHANISMS.  BUT WE ARE DOING

22  BOTH OF THOSE THINGS.

23        **THE COURT:**  THERE IS A REFERENCE, AS WELL, AT THE

24  TOP OF PAGE 11, TO SPONSORS WHO ARE UNABLE OR UNWILLING TO

25  PROVIDE THE STEERING COMMITTEE WITH A WAY TO REACH THE PARENT.


DECEMBER 6, 2019

15

1          WHY IS THAT?  WHY WOULD THEY BE UNWILLING TO PROVIDE
2   INFORMATION?
3          **MR. HERZOG:**  I THINK, I MEAN, WITHOUT -- YOU KNOW, I
4   THINK WITHOUT GETTING INTO SPECIFIC SITUATIONS, I THINK THERE
5   IS A GOOD DEAL OF SKEPTICISM THE ABOUT GOVERNMENT'S INTENTIONS
6   OR EVEN ANYBODY WHO MIGHT BE, YOU KNOW, PERCEIVED AS
7   AFFILIATED WITH THE GOVERNMENT AND WHY THEY WOULD BE TRYING TO
8   REACH THEM, AND FEAR ABOUT RESPONDING.  I THINK THAT'S WHAT IT
9   COMES DOWN TO, AND IT COMES ABOUT BECAUSE OF THE NATURE OF THE
10  CLIMATE TODAY.
11         **THE COURT:**  HOW MANY ARE WE TALKING ABOUT, BALLPARK
12  NUMBER?
13         **MR. HERZOG:**  BALLPARK NUMBER OF PEOPLE, WE DON'T
14  KNOW BECAUSE IT IS NOT AS IF MOST OF THE SPONSORS WILL TELL US
15  THAT, I AM NOT -- YOU KNOW, I REFUSE TO LET YOU KNOW.
16         THAT IS ONE THING THAT HAS NEVER HAPPENED, BUT MOST
17  OF THEM WILL, YOU KNOW, NON KNOW, I WILL PUT IT THAT WAY.  WE
18  ARE -- SOME OF IT IS CONJECTURE ON OUR PART THAT THERE IS FEAR
19  OUT THERE.
20         OUR HOPE IS THAT THE MAILINGS, WHICH WILL EXPLAIN
21  THINGS, WE WILL GET A LITTLE MORE DETAIL ABOUT WHO WE ARE AND
22  WHAT WE ARE DOING MAY ALLAY SOME OF THIS CONCERN IF THEY REACH
23  THE PARENTS AND/OR THE SPONSORS.  SO WE ARE HOPEFUL THAT THAT
24  WILL HAVE A POSITIVE EFFECT IN THAT RESPECT.
25         **THE COURT:**  ALL RIGHT.


                        DECEMBER 6, 2019

16

1    IS THERE ANYTHING THAT YOU WOULD SUGGEST DOING TO
2  HELP PROMPT THESE SPONSORS TO COOPERATE, OR IS IT TOO SOON TO
3  TELL?
4    **MR. HERZOG:**  I THINK IT IS TOO SOON TO TELL.
5    AND IT IS ALSO WE ARE -- YOU KNOW, WE HAVE BEEN
6  THINKING ABOUT THESE ISSUES.  I MEAN, WE ARE VERY OPEN MINDED
7  ABOUT OTHER IDEAS.  BUT, AGAIN, IT IS HARD TO KNOW IF PEOPLE
8  ARE NOT COOPERATING, NOT UNDERSTANDING, OR REALLY, MORE
9  LIKELY, OPERATING SOMETIMES BECAUSE OF FEAR.
10    **THE COURT:**  OKAY.  IS IT YOUR RECOMMENDATION THAT WE
11 STAY THE COURSE, KEEP DOING WHAT WE ARE DOING AND SEE WHERE WE
12 ARE AT THE NEXT STATUS CONFERENCE?
13    **MR. HERZOG:**  IT IS.  I THINK WE ARE SHIFTING A
14 LITTLE BIT TOWARD THESE OTHER EFFORTS, AND I WOULD LIKE TO SEE
15 HOW THEY GO WITHOUT MAKING PROMISES.  BUT WE ARE HOPEFUL WE
16 ARE -- WE ARE CONTINUING TO FIND PARENTS.  YOU KNOW, WE ARE
17 HAVING SUCCESS IN FINDING A LOT OF PARENTS.  WE ARE NOT
18 FINDING EVERYBODY YET, WE ARE MOVING FORWARD AND WORKING AT
19 IT.  AND I THINK I WOULD LIKE TO SEE WHERE THESE ALTERNATIVE,
20 YOU KNOW, METHODS GO.
21    I THINK ONE THING WE DO NEED TO THINK ABOUT AND WORK
22 THROUGH AND TALK TO THE GOVERNMENT ABOUT IS THE SPANISH
23 LANGUAGE MEDIA.  THAT MAY -- WE ARE IN THE PROCESS OF SORT OF
24 LOOKING INTO THAT, BUT HOW MUCH -- WHETHER THE MEDIA IS GOING
25 TO BE COOPERATIVE IN MAKING THOSE ANNOUNCEMENTS FOR FREE OR

DECEMBER 6, 2019

1  WHETHER WE NEED TO BUY ADVERTISING IS SOMETHING THAT ISN'T

2  CLEAR YET.  SO WE WILL SEE.

3          **THE COURT:**  OKAY.

4          MR. GELERNT, ANYTHING ON THAT ISSUE?

5          **MR. GELERNT:**  NO, I THINK ALL OF THAT IS RIGHT.

6          I THINK ONE THING WE ARE ALSO CONTEMPLATING IS

7  WHETHER WE ALSO NEED TO HAVE DIFFERENT TYPES OF MESSENGERS

8  TRYING TO REACH THE SPONSORS, WHETHER IT IS RELIGIOUS GROUPS,

9  OR SOMETHING LIKE THAT, SO THAT THERE MAY BE A GREATER TRUST.

10         BUT WE ARE GOING TO SEE HOW SOME OF THESE MAILINGS

11  GO.  BUT THAT IS ANOTHER THING WE ARE TALKING TO A VARIETY OF

12  GROUPS ABOUT IS WHETHER GROUPS IN THE COMMUNITY OR RELIGIOUS

13  GROUPS CAN BE THE MESSENGER SO THERE IS A GREATER FEELING OF

14  SECURITY AND TRUST AMONG THE SPONSORS AND PARENTS ABOUT WHO

15  EXACTLY WE ARE.

16         **THE COURT:**  OKAY.

17         **MR. HERZOG:**  IF I CAN JUST -- I THINK THAT IS

18  EXACTLY RIGHT.  AND THAT IS PART OF IT.

19         I MEAN, ONE THING WE ARE TRYING TO DO HERE BY THE

20  MAILINGS IS MAILINGS NOT DIRECTED JUST TO PARENTS AND

21  SPONSORS -- ALTHOUGH WE ARE DOING THAT -- BUT ALSO TO GROUPS,

22  COMMUNITY GROUPS, RELIGIOUS GROUPS, ADVOCATES.  SO THAT IS ONE

23  WAY OF REACHING THOSE GROUPS.

24         I CERTAINLY THINK, AND AS MR. GELERNT SUGGESTS, THAT

25  WE, IN EMPLOYING THOSE GROUPS, IS PROBABLY A HELPFUL THING.


                    DECEMBER 6, 2019

18

1   SO THAT IS ONE WAY WE ARE WORKING IN DOING THAT.

2        **THE COURT:**  OKAY.  VERY GOOD.

3        THEN OF THIS GROUP, THE POTENTIAL GROUP IS 1,556.

4   IT APPEARS THAT SOMEWHERE BETWEEN 998 AND 1,095 ARE NOT IN

5   DISPUTE.  THESE ARE CHILDREN OF CLASS MEMBERS.  AND THEN THERE

6   IS DISCUSSION ABOUT 312 BEING EXCLUDED AND 149 BEING IN THIS

7   DOUBLE CATEGORY.

8        AND, MR. GELERNT, YOU HAD MENTIONED -- AND MR.

9   STEWART EARLIER -- ABOUT THE 149.  IT APPEARS THE PARTIES ARE

10  WORKING THROUGH THAT NOW.

11       **MR. GELERNT:**  YES, YOUR HONOR.  I THINK WE ARE GOING

12  BACK AND FORTH WITH THE GOVERNMENT.  I THINK THE GOVERNMENT

13  HAS SAID THAT THEY ARE GOING TO TRY TO GET US AN ANSWER TO

14  THOSE.

15       **THE COURT:**  OKAY.  SO THAT -- AND I SEE THAT AT THE

16  BOTTOM OF PAGE 7, THE PARTIES ARE WORKING THROUGH THAT, WHICH

17  IS GOOD.  OKAY.

18       MMM APPEARS TO BE IN ORDER, EVERYTHING IS GOING

19  ACCORDING TO THE SETTLEMENT.

20       ANY COMMENTS ON YOUR CASE, MR. BEST?

21       **MR. BEST:**  NO, NO COMMENTS TODAY, YOUR HONOR.

22       **THE COURT:**  ALL RIGHT.

23       I THINK THAT'S ALL I HAVE.  ARE THERE ANY OTHER

24  ISSUES WE NEED TO ADDRESS AT THIS TIME?

25       **MR. GELERNT:**  NOT FROM MS. L., YOUR HONOR.


DECEMBER 6, 2019

1       **MR. STEWART:**  NOT FOR THE GOVERNMENT, YOUR HONOR.

2       **THE COURT:**  OKAY.

3       THEN WHAT I WOULD PROPOSE --

4       WE HAVE THE HOLIDAYS COMING UP.  AND I WANT TO WISH

5    EVERYONE HAPPY HOLIDAYS AND A GOOD PRODUCTIVE TIME.

6       AND I THINK WE NEED TO PERHAPS SET THE NEXT STATUS

7    REPORT OUT TO ACCOMMODATE SOME OF THE HOLIDAY TO, I WOULD

8    PROPOSE, JANUARY 17 AT 1:00 P.M. FOR OUR NEXT STATUS

9    CONFERENCE, WITH THE JSR REPORT WEDNESDAY THE 15TH.

10      THAT WILL GIVE, I THINK, A COMFORTABLE PERIOD OF

11   TIME FOR THE PARTIES TO KEEP WORKING ON THESE ISSUES, AND

12   REUNIFICATION ISSUES, OF COURSE, AND PROCEDURES AND

13   PROTOCOLS, AND COMFORTABLY ACCOMMODATE THE HOLIDAY SCHEDULES,

14   AS WELL.

15      MR. STEWART, WOULD YOU ENSURE THAT COMMANDER WHITE

16   IS AVAILABLE AT THAT TIME, AS WELL?

17      **MR. STEWART:**  YES, YOUR HONOR, WE WILL DO THAT.

18      MY APOLOGIES FOR NOT HAVING ANSWERS READY FOR YOU ON

19   THAT REPORT.  I REALIZE IT WAS ISSUED LAST WEEK AND I HAVE NOT

20   GOTTEN A CHANCE TO GO THROUGH AND BE READY ON THAT.  SO WE

21   WILL WORK ON THAT.

22      **THE COURT:**  YES.  THANK YOU.

23      ANYTHING ELSE BEFORE WE CONCLUDE?

24      ALL RIGHT.  WELL, THANK YOU VERY MUCH.

25      AND AGAIN, I WISH YOU ALL HAPPY HOLIDAYS.


                    DECEMBER 6, 2019

1          I WILL LOOK FORWARD TO THE BRIEFING AND TO SPEAKING

2     AGAIN ON THE 17TH.

3          THANK YOU.

4          **MR. GELERNT:**  THANK YOU, YOUR HONOR.  HAPPY

5     HOLIDAYS.

6          **THE COURT:**  THANK YOU.

7          **MR. STEWART:**  THANK YOU, YOUR HONOR.

8          **MS. WEISS:**  THANK YOU.

9          **MR. HERZOG:**  THANK YOU, YOUR HONOR.

10

11                         *   *   *

12          I CERTIFY THAT THE FOREGOING IS A CORRECT
       TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
13     IN THE ABOVE-ENTITLED MATTER.

14     S/LEEANN PENCE                    12/8/2019
       LEEANN PENCE, OFFICIAL COURT REPORTER   DATE

15

16

17

18

19

20

21

22

23

24

25

                         DECEMBER 6, 2019