JOSEPH H. HUNT
Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE N. MURLEY
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0473
Fax: (202) 616-8962

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)


Attorneys for Federal Respondents-
Defendants

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
lgelernt@aclu.org
jrabinovitz@aclu.org
abalakrishnan@aclu.org

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
bvakili@aclusandiego.org

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
skang@aclu.org
samdur@aclu.org

Attorneys for Petitioners-Plaintiffs
*Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MS. L, et al.,

                Petitioners-Plaintiffs,

    vs.

U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT, et al.,

             Respondents-Defendants.

Case No.: 3:18-cv-0428-DMS-MDD

**JOINT MOTION FOR AN
EXTENSION OF TIME FOR
DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO
PLAINTIFFS' THIRD AMENDED
COMPLAINT**

       Respondents-Defendants, U.S. Immigration and Customs Enforcement, et al., have met and conferred with Petitioners-Plaintiffs, Ms. L., et al. The parties agree and stipulate, in the interests of proceeding with this litigation in the most orderly and efficient manner possible, to extend the time period for Respondent-Defendants to answer Petitioner-Plaintiffs third amended complaint. Accordingly, the parties hereby stipulate that Respondent-Defendants' answer to the third amended complaint shall be due Monday, February 10, 2020.

       A proposed order accompanies the joint stipulation

Dated December 05, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

1

1
    */s/ Nicole N. Murley*
    NICOLE N. MURLEY
2
    Senior Litigation Counsel
    SARAH B. FABIAN
3
    Senior Litigation Counsel
    Office of Immigration Litigation
4
    Civil Division
    U.S. Department of Justice
5
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
6
    (202) 616-0473 (phone)
    (202) 305-7000 (facsimile)
7
    Email: Nicole.Murley@usdoj.gov

8
    ADAM L. BRAVERMAN
    United States Attorney
9
    SAMUEL W. BETTWY
    Assistant U.S. Attorney
10
    Attorneys for Respondents-
    Defendants
11
12
    */s/ Lee Gelernt*
    Lee Gelernt*
13
    Judy Rabinovitz*
    Anand Balakrishnan*
14
    AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
15
    125 Broad St., 18th Floor
    New York, NY 10004
16
    T:  (212) 549-2660
    F:  (212) 549-2654
17
    lgelernt@aclu.org
    jrabinovitz@aclu.org
18
    abalakrishnan@aclu.org

19
    Bardis Vakili (SBN 247783)
    ACLU FOUNDATION OF SAN
20
    DIEGO & IMPERIAL COUNTIES
    P.O. Box 87131
21
    San Diego, CA 92138-7131
    T: (619) 398-4485
22
    F: (619) 232-0036
    bvakili@aclusandiego.org

23
    Stephen B. Kang (SBN 292280)
    Spencer E. Amdur (SBN 320069)
24
    AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
25
    39 Drumm Street
    San Francisco, CA 94111
26
    T:  (415) 343-1198
    F:  (415) 395-0950
27
    skang@aclu.org
    samdur@aclu.org
28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Petitioners-Plaintiffs
*Admitted Pro Hac Vice