|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 9 2020 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MS. L.; MS. C.,

    Petitioners-Appellees,

 v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,

    Respondents-Appellants.

No. 18-56151

D.C. No. 3:18-cv-00428-DMS-MDD
Southern District of California, San Diego

ORDER

Appellants' unopposed motion (Docket Entry No. 22) to continue the stay of appellate proceedings is granted.

Appellate proceedings are stayed until January 27, 2020.

On or before January 27, 2020, appellants may file a status report and motion for further relief.

Failure to file a status report and motion will terminate the stay of appellate proceedings and the briefing schedule will be reset.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kara Slack
Deputy Clerk
Ninth Circuit Rule 27-7