## DOCUMENTING INFORMATION SHARED BY ORR
## RE: FAMILY SEPARATION AND REUNIFICATION

*This survey pertains only to the separation of children from their* *biological or legally adoptive parents or legal guardians*. *Separation of children from other family members is a serious, ongoing problem but is not addressed here. If biological parentage is in doubt, but the child asserts that the adult is the parent, please include the case.*

**Part 1: Family Separation Information** (**complete at or after your first request for separation information from the government**)

\* 1. Your name

\* 2. Your employer

\* 3. Your title

\* 4. Age of the child

\* 5. Date of this form

\* 6. Have you filled in all or part of this survey before for this same child? (If so, no problem. You can just fill in the changed information or the parts you left blank before.)

○ Yes

○ No

1

\* 7. Date or date range of conversation(s) with ORR, described below

8. Does the information below pertain to

☐ a caseworker

☐ a federal field specialist (FFS)

☐ other

If other, what position did that person hold?

9. Where does that person work (name of shelter and city, as appropriate) (**LSPs, name the shelter only if you have filed a G-28 or E-28 on behalf of the child; otherwise, name only the city**)?

10. Did the caseworker or FFS know that the child had been separated?

○ Y

○ N

11. Did the caseworker or FFS know and share the name and A# of the separated parent?

○ Y

○ Name only

○ A# only

○ N

12. Did the caseworker or FFS know and share the location of the separated parent?

○ Y

○ N

**13. Did the caseworker or FFS know and share contact information for the separated parent?**

○ Y

○ N

**14. If the parent was in immigration or criminal custody, did the caseworker or FFS know and share the name and contact information for the parent's deportation officer or a responsible officer in the jail or prison where the parent was held?**

○ Y

○ Name only

○ N

**15. Did the caseworker or FFS know and share the name and contact information for the parent's federal defender, if any?**

○ Y

○ Name only

○ N

**16. Did the caseworker or FFS know and share the name and contact information of the parent's immigration lawyer or qualified representative, if any?**

○ Y

○ Name only

○ N

**17. Did the caseworker or FFS share information about the basis for the separation?**

○ Y

○ N

**18. If yes, was the separation information shared (check all that apply)**

☐ general only, e.g., "criminal history," "doubts about parentage," "danger to child"?

☐ more specific, e.g., "DUI conviction, Detroit, MI, 2012," "Adult's name not on child's birth certificate; child denies parentage"?

☐ sufficient to allow you to understand whether other information in your possession contradicts the government's stated basis for the separation?

**Part II:  Contesting the Basis for the Separation**  (complete if you have reached the stage where you have independent information about the basis for the separation; otherwise leave blank)

**19. Do you have information that contradicts the government's stated basis for separation?**

○ Y

○ N - If no, skip to Part III

**20. If yes, do you have documents that contradict the government's stated basis for separation?**

○ Y

○ N

**21. If yes, did you send those documents to the government at SeparationSupplementalInformation@ice.dhs.gov?**

○ Y

○ N

**22. Why or why not?**

**23. If you sent documentary information to that email address, are you aware of any response from the government?**

○ Y

○ N

**24. If yes, what response and how long did the response take?**

**25. Do you have other (including non-documentary) information that contradicts the government's stated basis for the separation?**

○ Y

○ N

**26. If yes, did you share that information with the government?**

○ Y

○ N

**27. If so, how and with a person in what position (e.g., with a caseworker, federal field specialist, deportation officer, other)?**

**28. Did you receive a response?**

○ Y

○ N

5

**29. If yes, what response and how long did the response take?**

<br>

**Part III  Family Reunification Information** (complete if reunification is under consideration or complete; otherwise, leave blank)

**30. Is planning for reunification under way?**

○ Y

○ N

**31. Was the child already reunified with the separated parent?**

○ Y

○ N

**32. Is reunification planned for or did it occur in:**

○ the U.S.

○ home country

○ other

**Other (please specify)**

<br>

**33. Did the caseworker or FFS advise you of the reunification in advance?**

○ Y

○ N

**34. If yes, how much in advance did you learn of the impending reunification?**

○ 1-3 days

○ 4-6 days

○ 7-14 days

○ more than 14 days

**35. Was this time sufficient to enable you to prepare the child for reunification?**

○ Y

○ N