UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

| | |
|---|---|
| MS. L., ET AL., | ) |
| | ) |
| PETITIONERS-PLAINTIFFS, | ) CASE NO. 18CV0428-DMS |
| | ) |
| VS. | ) |
| | ) |
| | ) |
| | ) |
| U.S. IMMIGRATION AND CUSTOMS | ) SAN DIEGO, CALIFORNIA |
| ENFORCEMENT ("ICE"), ET AL., | )FRIDAY, JANUARY 17, 2020 |
| | )    1:00 P.M. CALENDAR |
| RESPONDENTS-DEFENDANTS. | ) |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

**STATUS CONFERENCE**


REPORTED BY:                    LEE ANN PENCE,
                               OFFICIAL COURT REPORTER
                               UNITED STATES COURTHOUSE
                               333 WEST BROADWAY, ROOM 1393
                               SAN DIEGO, CALIFORNIA 92101

```
FOR PLAINTIFF:              LEE GELERNT, ESQ.
                           STEPHEN KANG, ESQ.
                           ACLU IMMIGRANT RIGHTS PROJECT
                           125 BROAD STREET 18TH FLOOR
                           NEW YORK, NEW YORK 10004


FOR DEFENDANT:             NICOLE MURLEY, ESQ.
                           U.S. DEPARTMENT OF JUSTICE
                           OFFICE OF IMMIGRATION LITIGATION
                           P.O. BOX 868
                           BEN FRANKLIN STATION
                           WASHINGTON, DC 20044



 ALSO APPEARING:           COMMANDER JONATHAN WHITE
                           JEAN-MICHAEL VOLTAIRE,ESQ.
                           VICTOR SUH, HHS
                           ZACHARY BEST, ESQ.
                           EMILY BORK, ESQ.
                           STEVEN HERZOG,ESQ.
                           CATHERINE WEISS, ESQ.
```

1    <u>SAN DIEGO, CALIFORNIA — FRIDAY, JANUARY 17, 2020 — 1:03 P.M.</u>

2                                  *   *   *

3            THE CLERK:  NO. 20 ON CALENDAR, CASE NO. 18CV0428,

4    MS. L. VERSUS IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.; ON

5    FOR A STATUS CONFERENCE.

6            THE COURT:  GOOD AFTERNOON.

7            I HAVE APPEARANCES INDICATED.  FOR MS. L. MR. LEE

8    GELERNT; MR. DANIEL GALINDO; FOR DORA EMILY BORK; FOR MMM

9    ZACHARY BEST; FOR THE GOVERNMENT I HAVE MS. NICOLE MURLEY; FOR

10   HHS MR. VOLTAIRE; MR. STEVEN HERZOG FOR THE STEERING

11   COMMITTEE; COMMANDER WHITE FOR HHS; VICTOR SUH FOR HHS; AND

12   MS. CATHERINE WEISS ON THE LINE.

13           THE CLERK:  ALSO STEPHEN KANG FOR MS. L.

14           THE COURT:  STEPHEN KANG FOR MS. L.  THANK YOU.

15           LET'S GO THROUGH THE JOINT STATUS REPORT.

16           ON THE ORIGINAL CLASS PERIOD IT SEEMS THAT

17   EVERYTHING IS IN ORDER AND UNCHANGED FROM THE LAST JSR.

18           ON THE MMM SETTLEMENT, THAT LOOKS TO BE IN ORDER

19   WITH THINGS GOING WELL.

20           MR. BEST, ANYTHING ON THAT BEFORE WE RETURN TO

21   MS. L?

22           MR. BEST:  NO, YOUR HONOR.  NO, NOTHING TO ADD ON

23   MMM.

24           THE COURT:  OKAY.  THANK YOU.  THAT ALL LOOKS GOOD

25   AND PRODUCTIVE.


                            JANUARY 17, 2020

1          LET'S GO TO THE EXPANDED CLASS.

2          I APPRECIATE THE GOVERNMENT'S DISCUSSION AT PAGES 10

3   AND 11 ABOUT THE PROCESS AND THE HIGHER LEVEL OF CERTAINTY

4   THAT SEPARATED FAMILIES HAVE BEEN DETERMINED AND LOCATED,

5   GIVEN ADDITIONAL INFORMATION OVER AND ABOVE WHAT OIG HAD.

6          PERHAPS I CAN TURN TO COMMANDER WHITE HERE.

7          COMMANDER WHITE, DO YOU HAVE ANY ADDITIONAL INSIGHT?

8   THE BRIEFING INDICATES THAT THERE SEEMS TO BE A FAIRLY HIGH

9   LEVEL OF COMFORT THAT YOU HAVE LOCATED ALL OF THE SEPARATED

10  FAMILIES.

11          **COMMANDER WHITE:**  YOUR HONOR, FOR THE EXPANSION

12  CLASS, I THINK OUR METHOD, IF YOU WILL RECALL, INVOLVED MANUAL

13  CASE LAW REVIEW BY HHS OF O.R.R.'S RECORDS AND BY CBP OF ITS

14  RECORDS.

15          THAT WAS A VERY PAINSTAKING PROCESS, AND I BELIEVE I

16  HAVE -- I WOULD DESCRIBE MY CONFIDENCE AS HIGH THAT THE

17  EXPANSION CLASS, WE HAVE IDENTIFIED THOSE CHILDREN WHO ARE --

18  WERE FACTUALLY SEPARATED, WHETHER THEY PROVE TO BE POSSIBLE

19  CHILDREN OF POTENTIAL CLASS MEMBERS OR SEPARATED CHILDREN

20  COVERED BY AN EXCLUSION TO THE CLASS.

21          **THE COURT:**  SO THE BOTTOM LINE IS, AT THIS POINT,

22  GIVEN THE DATA AND THE INVESTIGATION RESEARCH CONDUCTED BY

23  O.R.R. AND CBP AND ICE, THAT THE NUMBER OF SEPARATED CHILDREN

24  FROM PARENTS IS 1,556.

25          **COMMANDER WHITE:**  YES, THAT'S CORRECT.  YES.  I AM


JANUARY 17, 2020

1    SORRY, I AM STRUGGLING TO REMEMBER THE NUMBERS.  YES, I

2    BELIEVE THAT THAT IS THE NUMBER OF CHILDREN.

3              **THE COURT:**  ALL RIGHT.

4              **COMMANDER WHITE:**  WHO WERE SEPARATED, YES, YOUR

5    HONOR.  I THINK BOTH OF THOSE BUCKETS, I SHOULD SAY, WHETHER

6    IT IS COVERED BY EXCLUSION OR NOT, YES, YOUR HONOR.

7              **THE COURT:**  OKAY.

8              AND THEN ON THE RELATED SUBJECT HERE, PERHAPS WE CAN

9    MOVE INTO THIS WITH THE BENEFIT OF MR. GELERNT, MR. HERZOG,

10   AND MS. MURLEY.

11             THERE ARE PRESENTLY 1,030 CHILDREN WHO ARE

12   INDISPUTABLY CHILDREN OF CLASS MEMBERS.  AND THAT IS THE

13   PRESENT FOCUS.

14             SO ON THE OTHERS, THERE APPEAR TO BE 105 THAT -- OR

15   I AM SORRY -- 421, IT WOULD APPEAR, HAVE NOT BEEN IDENTIFIED

16   BY THE GOVERNMENT AS POTENTIAL EXPANDED CLASS MEMBERS.

17             ON THAT, MR. GELERNT, YOU ARE SIMPLY RESERVING AND

18   YOU ARE EVALUATING THE INFORMATION, AND THEN DETERMINING

19   WHETHER YOU AGREE OR DISAGREE WITH THE GOVERNMENT'S

20   DETERMINATION?

21             **MR. GELERNT:**  YES, YOUR HONOR.  THAT IS WHAT WE ARE

22   TRYING TO DO.

23             **THE COURT:**  OKAY.  AND ARE YOU WORKING THROUGH THOSE

24   NOW, OR ARE YOU WAITING FOR ADDITIONAL INFORMATION?

25             **MR. GELERNT:**  WE ARE STARTING TO WORK THROUGH THOSE.


JANUARY 17, 2020

1    IT MAY BE THAT WE WILL NEED ADDITIONAL INFORMATION FROM THE

2    GOVERNMENT.  WE WILL REACH OUT IF WE DO, AND WE WILL LET YOU

3    KNOW IF THERE IS ANY FURTHER NEED FOR THE COURT'S INVOLVEMENT.

4              **THE COURT:**  OKAY.  THANK YOU.

5              AND THEN ON THE 1,030, MR. HERZOG, I SEE THAT YOU

6    AND OTHERS HAVE BEEN WORKING VERY HARD.  OVER 4700 PHONE

7    CALLS.  YOU HAVE SUCCESSFULLY REACHED 364 OF THOSE PARENTS OF

8    THOSE 1,030 CHILDREN.  AND THAT AT THIS POINT YOU ARE -- YOU

9    HAVE ALSO REACHED 113 YOU HAVE SUCCESSFULLY TRACKED DOWN IN

10   GUATEMALA.

11             CAN YOU GIVE US, LOOKING FORWARD, WHAT THIS PICTURE

12   LOOKS LIKE?

13             **MR. HERZOG:**  OF COURSE, YOUR HONOR.

14             LET ME JUST CLARIFY ONE THING SO THAT EVERYBODY

15   UNDERSTANDS IT.

16             THERE ARE 1,030 FAMILIES FOR WHOM WE HAVE -- OR

17   PARENTS FOR WHOM WE HAVE PHONE NUMBERS TO CALL, EITHER PHONE

18   NUMBERS FOR THE PARENT OR THE SPONSOR.  THAT'S ONE GROUP.  BUT

19   THERE IS AN ADDITIONAL, I THINK, 105 PARENTS THAT WE DON'T

20   HAVE PHONE NUMBERS FOR AND SO -- THAT ARE INDISPUTABLY CLASS

21   MEMBERS AS WELL.

22             WE ARE TRYING TO REACH THOSE FAMILIES AS WELL.  AND

23   THEY HAVE BEEN, WHERE WE HAVE ADDRESS INFORMATION, PART OF THE

24   EFFORT THAT WE HAVE NOW MOVED -- I DON'T WANT TO SAY MOVED ON

25   BECAUSE WE ARE CONTINUING WITH THE PHONE CALLS.


                          JANUARY 17, 2020

1          WE STILL HAVE APPROXIMATELY -- I THINK IT IS

2     APPROXIMATELY 300-SOME-ODD, 368, WHO WE ARE STILL MAKING PHONE

3     CALLS FOR.

4          MANY OF THOSE ARE REACHING THE LATER PART OF OUR

5     PHONE CALL PROCESS, SO THOSE ARE GOING TO MOVE INTO THE NEXT

6     CATEGORY PROBABLY FAIRLY SOON.  AND I THINK MOST OF THEM TO

7     THE NEXT CATEGORY IF WE DON'T REACH THEM BY THE TIME OF THE

8     NEXT CONFERENCE.

9          BUT WHAT WE ARE DOING NOW, WE SET UP TOLL FREE

10    NUMBERS IN FIVE DIFFERENT COUNTRIES -- THE UNITED STATES,

11    GUATEMALA, HONDURAS, EL SALVADOR, AND MEXICO -- AND WE SENT

12    MAILINGS TO BASICALLY EVERY ADDRESS WE HAVE FOR A PARENT.  AND

13    AS OF, I THINK, HOPEFULLY THIS EVENING, WE WILL HAVE SENT

14    MAILINGS AS WELL TO EVERY ADDRESS WE HAVE FOR A SPONSOR.

15         THOSE MAILINGS INCLUDE INFORMATION ABOUT THESE TOLL

16    FREE NUMBERS, AND WE ARE, HOPEFULLY, GOING TO BE RECEIVING

17    MESSAGES.  WE DON'T KNOW, BUT HOPEFULLY A NUMBER OF PARENTS

18    WILL RECEIVE THESE MAILINGS AND CAN CALL US, AND WE CAN TALK

19    TO THEM THAT WAY.

20         WE HAVE ALSO SENT OUT MAILINGS TO A NUMBER OF

21    ORGANIZATIONS THAT DEAL REGULARLY WITH IMMIGRANTS OR REFUGEES,

22    AND PROVIDED THEM WITH INFORMATION ABOUT THESE PHONE NUMBERS

23    AND ABOUT WHAT WE ARE DOING.  AND WE ARE HOPING THAT WILL

24    RESULT IN SOME PHONE CALLS AS WELL.

25         SO THAT IS ONE PART OF WHAT WE HAVE MOVED ON TO DO.


                        JANUARY 17, 2020

```
 1              WE ARE ALSO, YOU KNOW, IN THE PROCESS OF PLANNING A
 2  MEDIA OUTREACH STRATEGY WITH OUR NGO PARTNERS.  AND WE WILL
 3  BE, I THINK, FINALIZING WHAT WE ARE DOING HERE, BUT THE PLAN
 4  WILL LIKELY INCLUDE SENDING OUT PRESS RELEASES TO SPANISH
 5  LANGUAGE MEDIA IN DIFFERENT PLACES, INCLUDING BOTH IN THE U.S.
 6  AND ULTIMATELY OVERSEAS IN SOME OF THESE COUNTRIES.
 7              AND THE EFFORT WILL BE TO GET THOSE ORGANIZATIONS TO
 8  ANNOUNCE -- TALK ABOUT WHAT WE ARE DOING, WHO WE ARE, AND HOW
 9  TO GET IN TOUCH WITH US AGAIN.  SO THAT IS THE NEXT PHASES OF
10  OUTREACH.
11              AND MEANWHILE, OF COURSE, WE HAVE OUR NGO PARTNERS
12  AT JUSTICE IN MOTION ON THE GROUND AND TRYING TO FIND THE
13  FAMILIES THAT WE DEEM UNREACHABLE BY PHONE.  AND THERE ARE, I
14  BELIEVE, 22 JUSTICE IN MOTION DEFENDERS ON THE GROUND IN THE
15  COUNTRIES HERE AND THAT ARE ON THE GROUND LOOKING FOR PARENTS
16  RIGHT NOW.
17              SO WE ARE MOVING FORWARD.  WE ARE MOVING FORWARD IN
18  A MULTI-STEP PROCESS HERE THAT WE SET OUT.  AND IT IS TAKING
19  TIME, BUT WE ARE TRYING TO DO IT AS THOROUGHLY AND QUICKLY AS
20  WE CAN.
21              THE COURT:  YOU SAID YOU HAVE REACHED 364 PARENTS.
22  HOW MANY OF THOSE ARE IN COUNTRY?
23              MR. HERZOG:  I THINK VIRTUALLY -- MOST OF THEM.  I
24  DON'T KNOW -- NOT ALL OF THEM, BUT MOST OF THEM ARE IN
25  COUNTRY.
```

JANUARY 17, 2020

1        **THE COURT:**  I SEE.  AND THEN SO WHEN YOU INDICATE

2   THAT YOU HAVE SUCCESSFULLY LOCATED 113 OF THEM, MOST OF THAT

3   NUMBER ARE IN THE UNITED STATES?

4        **MR. HERZOG:**  WE HAVE 113 ON THE GROUND, THEY ARE ALL

5   IN FOREIGN COUNTRIES.

6        **THE COURT:**  OKAY.

7        **MR. HERZOG:**  THE PHONE CALLS -- WE HAVE REACHED

8   PARENTS IN THE UNITED STATES BY TELEPHONE.

9        **THE COURT:**  OKAY.

10       **MR. HERZOG:**  BUT I THINK MOST OF THE PARENTS WE HAVE

11  REACHED IN TOTAL ARE OVERSEAS OR, YOU KNOW, OUT OF THIS

12  COUNTRY.

13       **THE COURT:**  I SEE.  OKAY.

14       SO DO YOU HAVE AN ESTIMATE NOW, OF THIS 1,135, I

15  GUESS POTENTIAL TOTAL CLASS MEMBERS THUS FAR, HOW MANY ARE

16  OVERSEAS?

17       **MR. HERZOG:**  CLEARLY, I THINK -- WHAT I DO HAVE

18  IS -- AND NOT TO AVOID YOUR QUESTION.  I THINK THE MAJORITY

19  ARE OVERSEAS.  WE FOCUSED ON THE -- WHAT WE ARE CALLING THE

20  UNREACHABLE GROUP.

21       **THE COURT:**  YES.

22       **MR. HERZOG:**  WHICH IS THE GROUP WE HAVE BEEN TRYING

23  TO REACH BY PHONE AND BEEN UNSUCCESSFUL.  AND OF THAT GROUP

24  OUR ESTIMATE IS PRETTY CLOSE, I THINK ABOUT TWO THIRDS OF THEM

25  ARE OVERSEAS.


                        JANUARY 17, 2020

10

1          OVERALL, INCLUDING THE, YOU KNOW, THE 105 THAT WE

2     DON'T HAVE PHONE NUMBERS FOR AND THINGS LIKE THAT, I DON'T

3     KNOW, I HAVE THE NUMBER 40 THERE.  BUT I THINK OF ALL OF THE

4     GROUPS IT SEEMS A MAJORITY OF THEM ARE OVERSEAS.

5          **THE COURT:**  OKAY.

6          AND SO LOOKING AT PAGE 16 AT THE TOP THERE YOU

7     COMMENCED ON-THE-GROUND EFFORTS TO LOCATE 257 SEPARATED

8     PARENTS, UNREACHABLE VIA PHONE NUMBERS.  YOU SUCCESSFULLY

9     TRACKED 113 OF THE 257?

10         **MR. HERZOG:**  THOSE ARE ALL OVERSEAS.

11         **THE COURT:**  YES.  THE TRACKING EFFORTS, SO YOU

12    TRACKED 113 OF THE 257.  IS THAT CORRECT?

13         **MR. HERZOG:**  YES.

14         **THE COURT:**  OKAY.  AND IS THAT -- IS IT TOO SOON TO

15    TELL OR ARE YOU FEELING A LEVEL OF OPTIMISM IN YOUR ABILITY

16    TO, ONCE YOU DETERMINE THEY ARE UNREACHABLE BY TELEPHONE AND

17    THEN YOU HAVE BOOTS ON THE GROUND, SEEMS LIKE YOU ARE MEETING

18    WITH SOME SUCCESS.

19         **MR. HERZOG:**  YEAH.  I THINK WE ARE.  IT IS SLOW AND

20    IT IS PAINSTAKING, BUT WE ARE FINDING THOSE PARENTS, YES.  AND

21    I DO THINK THERE IS OPTIMISM.  I JUST THINK IT IS A LARGE

22    EFFORT.

23         AND WE ARE RELYING HERE, YOU KNOW, ON THE INCREDIBLE

24    WORK BEING DONE BY JUSTICE IN MOTION, AND DEVOTING A FAIR

25    AMOUNT OF RESOURCES TO IT.  BUT EVEN WITH THE RESOURCES, EACH

JANUARY 17, 2020

11

```
 1   CASE TAKES TIME TO -- WE HAVE VILLAGES, WE HAVE -- I THINK I
 2   DESCRIBED THIS A LITTLE BIT DURING OUR LAST CALL.  BUT EACH
 3   CASE -- SOME CASES YOU FIND PEOPLE QUICKLY AND SOME TAKE A
 4   GREAT DEAL OF EFFORT.  AND PEOPLE GOING FROM VILLAGE TO
 5   VILLAGE TRYING TO FIND SOMEBODY WHO KNOWS THE PARENT, AND
 6   OFTEN THEY DO.
 7              THE COURT:  YES.
 8              MR. HERZOG:  BUT OFTEN IT JUST TAKES TIME.
 9              THE COURT:  YES.
10              YOU MENTIONED 22 PERSONS WITH THE NGO'S.  WERE THOSE
11   PEOPLE IN THE U.S. OR WERE THOSE IN CENTRAL AMERICA, OR TOTAL?
12              MR. HERZOG:  THEY ARE IN CENTRAL AMERICA, THOSE ARE
13   WITH JUSTICE IN MOTION.  THOSE ARE WHAT JUSTICE IN MOTION
14   CALLS ITS DEFENDERS.  AND THEY ARE PEOPLE ON THE GROUND
15   WORKING WITH JUSTICE IN MOTION TO FIND THE PARENTS.  AND THEY
16   ARE IN GUATEMALA OR IN HONDURAS, IN THESE COUNTRIES.
17              THE COURT:  OKAY.  SO 22 PEOPLE ARE DEVOTING A LOT
18   OF THEIR TIME IN THIS SEARCH IN CENTRAL AMERICA.
19              MR. HERZOG:  THAT'S EXACTLY RIGHT.
20              THAT IS NOT INCLUDING THE PEOPLE, LIKE AT MY LAW
21   FIRM, WORKING ON THIS, MAKING PHONE CALLS, SENDING MAILINGS,
22   THINGS LIKE THAT.  THOSE ARE PEOPLE AT JUSTICE IN MOTION.
23              THE COURT:  YES.  THAT IS EXTRAORDINARY AND VERY
24   HEARTWARMING.
25              THESE EFFORTS, DO YOU BELIEVE THAT AT SOME POINT THE
```

JANUARY 17, 2020

12

1  COURT NEEDS TO SET A DEADLINE, IN OTHER WORDS WHERE WE FIX A

2  DATE WHERE WE FEEL THAT WE HAVE EXHAUSTED ALL REASONABLE

3  OPPORTUNITIES, AND WE HAVE A FINAL ACCOUNTING.

4        AT SOME POINT THAT WILL HAVE TO COME, BUT ARE YOU

5  PREPARED TO INDICATE WHEN THAT MIGHT BE OR HOW MUCH ADDITIONAL

6  TIME, OR ARE WE TOO EARLY IN THE PROCESS?

7        **MR. HERZOG:**  I UNDERSTAND THAT THE COURT WILL NEED

8  TO DO THAT AT SOME POINT IN TIME.  I DO THINK IT IS TOO EARLY.

9  AND I THINK, YOU KNOW, WE ARE JUST SENDING OUT THE MAILINGS

10  NOW, AND THEY HAVE GONE OUT RECENTLY.  WE ARE SENDING OUT

11  MORE, AS I SAID, FINAL GROUP TONIGHT.

12        JUSTICE IN MOTION IS HAVING SUCCESS.  AND I JUST

13  THINK IT IS TAKING TIME.  AND I WOULD LIKE TO CONSULT WITH

14  THEM IF WE ARE GOING TO TRY TO SET UP A TIMELINE.

15        BUT I THINK A LOT IS GOING ON RIGHT NOW.  AND WE

16  NEED TO SEE, YOU KNOW, HOW THESE DIFFERENT PROCESSES PRODUCE

17  RESULTS.  AND ALSO -- AND THEN WE ARE GOING TO HAVE TO, TO THE

18  EXTENT THEY DON'T PRODUCE RESULTS, WE ARE GOING TO HAVE TO

19  RELY ON THE ON-THE-GROUND EFFORTS AND, YOU KNOW, AND GIVE AN

20  ESTIMATE FOR HOW LONG THAT WILL TAKE.  AND I DON'T THINK I CAN

21  DO THAT YET.

22        **THE COURT:**  YES.  WE ARE RIGHT IN THE THICK OF

23  THINGS RIGHT NOW, IT IS APPARENT.

24        **MR. HERZOG:**  RIGHT.  WE HAVE GOT EFFORTS GOING ON,

25  SORT OF MULTI-PRONGED EFFORTS, AND WE ARE RIGHT IN THE THICK

JANUARY 17, 2020

13

1    OF IT.  AND I THINK WE ARE GOING TO GET A BETTER SENSE OF WHAT

2    EACH TYPE OF EFFORT, THE RESULTS OF THESE, IN THE NEXT FEW

3    WEEKS.

4            AND THEN, YOU KNOW, THEN WE WILL BE -- AND WE

5    ALREADY -- JUSTICE IN MOTION IS ALREADY DOING THIS WORK.  BUT

6    THEN WE WILL BE -- TO THE EXTENT THOSE OTHER EFFORTS DON'T,

7    YOU KNOW, PRODUCE RESULTS FOR VARIOUS FAMILIES, THEN WE ARE

8    GOING TO BE RELYING MORE PRIMARILY ON THE ON-THE-GROUND

9    EFFORTS.

10           BUT WE ARE NOT THERE YET.  WE ARE RIGHT NOW RELYING

11   ON THESE OTHER -- WE ARE GOING FORWARD SORT OF ALL-IN WITH

12   THESE OTHER EFFORTS AS WELL.  AND I THINK WE NEED TO SEE WHERE

13   THAT GOES.

14           **THE COURT:**  OKAY.  THANK YOU.

15           MR. GELERNT, ANYTHING TO ADD?

16           **MR. GELERNT:**  NO, YOUR HONOR.  I DEFINITELY BELIEVE

17   THAT IT IS TOO EARLY FOR US TO SET A DEADLINE.  BUT NOTHING

18   ELSE TO ADD.

19           **THE COURT:**  OKAY.

20           MS. MURLEY, ANYTHING ON THIS AREA?

21           **MS. MURLEY:**  NO.  NOTHING, YOUR HONOR.

22           **THE COURT:**  OKAY.

23           WHY DON'T WE MOVE -- THIS RELATES KIND OF TO THE

24   INFORMATION SHARING.

25           AND I REALLY APPRECIATE THE GOVERNMENT PROVIDING

JANUARY 17, 2020

14

1   INFORMATION TO PLAINTIFFS AND TO MS. WEISS AND THE LEGAL

2   SERVICE PROVIDERS.

3            AND THANK YOU, MS. WEISS, FOR YOUR SUBMISSION.

4            IT APPEARS THERE IS A LOT OF PROGRESS BEING MADE IN

5   THE INFORMATION SHARING, AND I GUESS GENERALLY WITH RESPECT TO

6   THE REASONS FOR SEPARATION.  AND ALSO INFORMATION THAT IS

7   BEING PROVIDED TO PLAINTIFFS AND THE LEGAL SERVICE PROVIDERS

8   TO ASSIST THE FAMILIES IN CONTINUED COMMUNICATION AND

9   CHALLENGING ANY SEPARATIONS, IF NECESSARY.  AND ULTIMATELY

10  REUNIFICATION, IF APPROPRIATE.

11           SO IN READING BOTH THE JOINT STATUS REPORT AND MS.

12  WEISS'S SUBMISSION, ARE WE BEST TO ALLOW THE PARTIES TO

13  CONTINUE TO MEET AND CONFER?

14           IT SEEMS THERE HAS BEEN A LOT OF PROGRESS AND THE

15  PARTIES ARE GETTING CLOSER TO AGREEING ON THE TYPE OF

16  INFORMATION TO BE EXCHANGED AND WHEN IT WILL BE EXCHANGED AND

17  HOW IT WILL BE EXCHANGED, WHETHER THROUGH AN ELECTRONIC PORTAL

18  OR THE MECHANISM FOR IT.

19           MR. GELERNT, WHAT IS YOUR VIEW?

20           **MR. GELERNT:**  I THINK CONTINUING TO MEET AND CONFER

21  WITH THE APPROPRIATE -- I THINK THAT THERE HAS BEEN PROGRESS

22  MADE, AS YOUR HONOR NOTES.

23           I ALSO THINK, AS MS. WEISS'S SUBMISSION SUGGESTS,

24  THERE ARE ALSO SOME SERIOUS DIFFICULTIES STILL GOING ON.

25  HOPEFULLY -- I WILL LET MS. WEISS SPEAK TO THAT IF SHE WANTS,

JANUARY 17, 2020

1   BUT HOPEFULLY WE CAN RESOLVE THOSE.  BUT I DEFINITELY THINK

2   THAT WE SHOULD CONTINUE TO MEET AND CONFER AND GO FROM THERE.

3           **THE COURT:**  YES.

4           MS. WEISS?

5           **MS. WEISS:**  THANK YOU, YOUR HONOR.

6           I AGREE THAT WE SHOULD CONTINUE TO MEET AND CONFER.

7   THE QUESTION-AND-ANSWER DOCUMENTS ABOUT THE PROTOCOL WAS JUST

8   SHARED WITH ME A COUPLE OF HOURS BEFORE THIS SUBMISSION, AND

9   THE PROTOCOLS THEMSELVES WERE SHARED WITH ME AFTERWARDS.  SO I

10  THINK I WOULD LIKE SOME TIME TO REALLY ABSORB THOSE.

11          THE ONLY THING I WOULD SAY IS THAT WHAT IS CLEAR TO

12  ME FROM THIS SURVEY IS THAT THE MAIN POINT OF CONTACT BETWEEN

13  THE LEGAL SERVICE PROVIDERS AND THE CHILD ADVOCATES AND THE

14  INFORMATION IS THE CASE WORKERS IN THE SHELTERS.  THAT IS WHO

15  THE LEGAL SERVICE PROVIDERS AND CHILD ADVOCATES INTERACT WITH

16  SORT OF ON AN ONGOING DAILY AND WEEKLY BASIS.

17          AND IT DOES SEEM AS IF THE CASE WORKERS -- THESE

18  AGAIN ARE THE CASE WORKERS IN THE O.R.R. SHELTERS -- OFTEN

19  LACK THE INFORMATION THAT NEEDS TO BE SHARED.

20          AND I THINK ONE OF THE GOALS OF OUR MEETING AND

21  CONFERRING OUGHT TO BE TO SEE IF THEY CAN BECOME MORE

22  COMPREHENSIVE REPOSITORIES OF INFORMATION THAT THEN CAN BE

23  SHARED WITH THE LEGAL SERVICE PROVIDERS AND CHILD ADVOCATES.

24          BUT I THINK THERE ARE MORE CONVERSATIONS TO HAVE

25  ABOUT THAT.


                        JANUARY 17, 2020

1          **THE COURT:**  OKAY.

2          **MS. MURLEY:**  YOUR HONOR, THIS IS MS. MURLEY FOR THE

3     GOVERNMENT.

4          I WOULD THANK MS. WEISS FOR HER SUBMISSION.  WE

5     FOUND THAT HELPFUL.  IT IS HELPFUL FOR US TO SEE WHERE THERE

6     MAY BE HANGUPS OR INFORMATION IS NOT FLOWING AS SMOOTHLY AS WE

7     WOULD LIKE.  SO WE THANK YOU, AND WE AGREE THAT CONTINUING TO

8     MEET AND CONFER ON THIS ISSUE WILL BE BENEFICIAL TO BOTH

9     PARTIES.

10          WE THINK IT IS MORE NOT THAT THE CASE WORKERS DO NOT

11     HAVE THE INFORMATION, BUT THERE MAY BE CONFUSION ABOUT WHAT

12     CAN BE SHARED, YOU KNOW.  AND WITH MS. WEISS WE ARE LOOKING

13     FORWARD TO SMOOTHING THIS PROCESS OUT.

14          **THE COURT:**  OKAY.  THANK YOU.

15          MS. WEISS, FROM YOUR PERSPECTIVE, YOU HAVE

16     REFERENCED THE SUPPLEMENTAL SEPARATION INFORMATION CONTACT,

17     AND THAT STEMS FROM THE TEAR SHEET.  IS THAT HELPING?

18          IN OTHER WORDS, WHEN SEPARATIONS OCCUR, AS I

19     UNDERSTAND THIS, BASED ON THE DOCUMENTS THAT THE GOVERNMENT

20     SUBMITTED IN RESPONSE TO MS. L. PLAINTIFFS' LAST MOTION TO

21     ENFORCE THE PRELIMINARY INJUNCTION, THE GOVERNMENT PRODUCED A

22     LOT OF INFORMATION.  AND IN IT INCLUDED THE TEAR SHEET AND THE

23     WEBSITE AND THE SEPARATION SUPPLEMENTAL INFORMATION CONTACT

24     AVENUE, INVITING -- WELL, NUMBER ONE, DIRECTING FIELD OFFICERS

25     AND AGENTS TO SPECIFY AND ARTICULATE THE REASONS, THE GROUNDS

JANUARY 17, 2020

1   FOR SEPARATION.  PROVIDING NOTICE TO THE PARENTS AS TO WHAT

2   THEIR STATUS IS, WHERE THEY ARE GOING, WHERE THEIR CHILDREN

3   ARE GOING, HOW TO CONTACT THEM.  AND ULTIMATELY HOW TO REACH

4   OUT TO THE GOVERNMENT IF THEY DISAGREE WITH THE SEPARATION

5   DECISION.  AND A REPRESENTATION BY THE GOVERNMENT THAT IT

6   WOULD RESPOND WITHIN 30 DAYS.

7            IS THAT HAPPENING?  IS THAT OUTREACH BY THE

8   GOVERNMENT PRODUCTIVE AND HELPFUL AND BEING AVAILED BY PARENTS

9   WHO ARE SEPARATED FROM THEIR CHILDREN?

10           I GUESS THAT WOULD BE A QUESTION TO BOTH YOU, MS.

11  WEISS, AND YOU, MR. GELERNT.

12       **MS. WEISS:**  RIGHT.  SO AS FOR ME, YOUR HONOR, I CAN

13  ONLY ANSWER WHETHER THAT IS HELPING WITH THE CHILDREN'S

14  REPRESENTATIVES.  SO PERHAPS MR. GELERNT WANTS TO GO FIRST TO

15  TALK ABOUT WHETHER IT IS HELPING WITH THE PARENT

16  REPRESENTATIVES.

17       **THE COURT:**  OKAY.

18           MR. GELERNT.

19       **MR. GELERNT:**  YES, YOUR HONOR.

20           SO THAT IS ONE OF THE THINGS THAT WE ARE TRYING TO

21  GET A HANDLE ON ON THE GROUND.

22           MY TEAM INFORMS ME THAT WE ARE NOT AWARE OF BEING

23  TOLD ABOUT A PARENT USING THE TEAR SHEET PROCESS.  I SUSPECT

24  THE GOVERNMENT HAS BEEN -- TEAR SHEETS ARE BEING USED, THE

25  GOVERNMENT WOULD HAVE THAT INFORMATION.  BUT RIGHT NOW WE HAVE

JANUARY 17, 2020

18

1   NOT HEARD FROM THE FIELD ABOUT PARENTS USING THE TEAR SHEETS.

2   THAT IS ONE OF THE THINGS THAT WE ARE TRYING TO DO OUTREACH.

3          AS YOUR HONOR KNOWS, ON THE PARENTS' SIDE THERE IS

4   VERY RARELY AN ATTORNEY, AND SO THE EFFICACY OF THE TEAR

5   SHEET, THAT WOULD DEPEND A LOT ON HOW SOPHISTICATED THE PARENT

6   IS AND A FULL UNDERSTANDING.

7          SO WE ARE TRYING TO DO OUR BEST TO FIGURE OUT OUR

8   PARENTS USING THE TEAR SHEETS, BUT I DON'T KNOW IF MS. MURLEY

9   HAS THAT, ON HOW MANY PARENTS HAVE SUBMITTED TEAR SHEETS AND

10  THAT KIND OF THING.

11         BUT RIGHT NOW, I DON'T THINK, AS FAR AS I KNOW FROM

12  MY TEAM, WE HAVE HEARD ABOUT A PARENT USING A TEAR SHEET.  I

13  SUSPECT THEY HAVE, BUT IT IS VERY DIFFICULT FOR US TO KNOW.

14         **THE COURT:**  OKAY.

15         MS. MURLEY, ANY INSIGHT ON THAT?

16         **MS. MURLEY:**  I DON'T HAVE NUMBERS.  I AM AWARE OF

17  CASES WHERE THE INTAKE -- THE QUESTIONS HAVE BEEN SENT TO THE

18  EMAIL THAT IS PROVIDED.  BUT OTHER THAN KNOWING THAT THAT

19  SYSTEM HAS BEEN USED, I DON'T HAVE EXACT NUMBERS AT THIS TIME,

20  YOUR HONOR.

21         **THE COURT:**  OKAY.

22         **MS. MURLEY:**  I DO KNOW, THOUGH, THERE ARE TIMES WHEN

23  PLAINTIFFS' COUNSEL DOES HAVE QUESTIONS AND SUBMITS THEM, AND

24  WE TRY TO ANSWER THOSE AS QUICKLY AS POSSIBLE.

25         **THE COURT:**  YES.  THANK YOU.


                        JANUARY 17, 2020

1       **MS. MURLEY:**  AND, SORRY, JUST ONE POINT, YOUR HONOR.

2           WITH THE -- WITH MS. WEISS AND THE INFORMATION

3   SHARING, THAT GOES MORE TOWARDS THE CHILDREN AND THE

4   CHILDREN'S COUNSEL, AND IT WOULD BE THE CASE WORKERS IN THOSE

5   CASES -- IN THAT CASE THAT WOULD HAVE THAT INFORMATION.

6           WE PUT OUT -- IN THE JOINT STATUS REPORT IT TALKS

7   ABOUT HOW THIS -- THEY GET WEEKLY UPDATED INFORMATION ON THE

8   STATUS OF SEPARATIONS, THE REASONS FOR EXCLUSIONS, SO.

9       **THE COURT:**  YES.  OKAY.  THANK YOU.

10          MS. WEISS.

11      **MS. WEISS:**  YOUR HONOR, AS TO THE CHILD ADVOCATES

12  AND LEGAL SERVICE PROVIDERS, THE SURVEY SHOWS THAT ONLY ONE

13  RESPONDENT OF ALL 67 SAID THAT THEY HAD BEEN -- THAT THE CASE

14  WORKER HAD PROVIDED ENOUGH INFORMATION SO THAT THEY COULD TELL

15  WHETHER THE INFORMATION IN THEIR POSSESSION WAS CONTRADICTORY.

16  AND THAT RESPONDENT APPEARS TO HAVE DEALT WITH THE

17  CONTRADICTORY INFORMATION DIRECTLY WITH THE CASE WORKER RATHER

18  THAN THROUGH THE EMAIL.

19          BUT IN MOST CASES, THE LEGAL SERVICE PROVIDERS FOR

20  CHILDREN AND CHILD ADVOCATES ARE STILL NOT GETTING ENOUGH

21  INFORMATION ABOUT THE GOVERNMENT'S BASIS FOR THE SEPARATION TO

22  KNOW WHETHER THEY HAVE CONTRADICTORY INFORMATION.

23          SO I BELIEVE, FOR THEM, THE EMAIL SYSTEM IS NOT YET

24  WORKING, THOUGH WE REMAIN HOPEFUL THAT IT CAN WORK WHEN SOME

25  OF THIS INFORMATION FLOW IS MORE SMOOTH.


                        JANUARY 17, 2020

20

1        **THE COURT:**  OKAY.  THANK YOU.

2        FROM THE COURT'S OBSERVATION, AND IN LIGHT OF THE

3  ORDER THAT WAS ISSUED ON MONDAY, SOME OF THE SIGNIFICANT

4  INFORMATION THAT WAS PROVIDED BY THE GOVERNMENT, FROM THE

5  COURT'S PERSPECTIVE, IN DENYING MUCH OF THE REQUESTED RELIEF

6  ADVANCED BY MR. GELERNT AND PLAINTIFFS, WAS DOCUMENTATION THAT

7  WASN'T CONSISTENT WITH CBP THROUGH ITS INTERIM GUIDANCE

8  SETTING OUT THESE CRITERIA THAT ARE CONSISTENT WITH THE

9  COURT'S ORDER AND APPEAR TO BE ATTEMPTING TO FOLLOW THE

10 COURT'S ORDER IN GOOD FAITH.  AND FURTHER ON THAT IDEA WOULD

11 BE THIS CONCEPT OF THE TEAR SHEET AND SEPARATION SUPPLEMENTAL

12 INFORMATION AVENUE TO REACH OUT TO GOVERNMENT OFFICIALS.

13        ALL OF THAT SEEMS TO INDICATE THAT THE GOVERNMENT IS

14 TAKING A MEASURED APPROACH TO A VERY DIFFICULT CIRCUMSTANCE,

15 AND ON THE RECORD PRESENTLY BEFORE THE COURT WAS SEPARATING

16 FAMILIES ONLY WHEN THESE CRITERIA ARE PRESENT, OR ATTEMPTING

17 TO.  AND CERTAINLY MISTAKES HAVE BEEN MADE AND THE PLAINTIFFS

18 HAVE BEEN VERY VIGILANT IN MONITORING THAT SITUATION, WHICH IS

19 APPROPRIATE AND NECESSARY.

20        SO IT SEEMS TO ME THAT, AS WE GO FORWARD, THIS

21 CONCEPT OF INFORMATION SHARING IS VITAL.  IT PROVIDES FOR

22 CONTINUED ACCOUNTABILITY AND TRANSPARENCY, WHICH IS ESSENTIAL.

23        AND IT SEEMS TO ME THAT THE INFORMATION THAT IS

24 REQUESTED, AS IDENTIFIED BY MS. WEISS IN HER SUBMISSION AT

25 PAGE 2, SEEMS VERY APPROPRIATE.  AND, OF COURSE, THE TYPE OF

JANUARY 17, 2020

1   INFORMATION THAT MR. GELERNT AND PLAINTIFFS HAVE BEEN ASKING

2   FOR ALSO SEEMS APPROPRIATE.  AND JUST SEEMS TO ME THAT

3   COMPLETE TRANSPARENCY, THE MORE INFORMATION, THE DETAIL AS FAR

4   AS THE GROUNDS FOR SEPARATION, AND THEN PROVIDING THAT

5   INFORMATION TO THOSE, FOR EXAMPLE, CASE WORKERS IN O.R.R.

6   SHELTERS SO THAT THEY ARE SUFFICIENTLY ARMED TO SHARE THAT

7   INFORMATION WITH THESE KEY INDIVIDUALS REPRESENTING THE

8   PLAINTIFFS AND THE CHILDREN, THE PARENTS AND CHILDREN, IS

9   ESSENTIAL.

10          AND I THINK, BASED ON MY READING OF THE RECENT

11   SUBMISSIONS, IT SEEMS THAT EVERYONE IS GOING IN THAT

12   DIRECTION.  AND THAT IT IS VERY ENCOURAGING TO SEE THE

13   GOVERNMENT PRODUCING THIS KIND OF INFORMATION, NOT ONLY TO MR.

14   GELERNT AND MS. L. COUNSEL BUT ALSO TO MS. WEISS AND THE LEGAL

15   SERVICE PROVIDERS FOR CHILDREN.

16          SO I WOULD CONTINUE TO REQUEST THAT THE PARTIES MEET

17   AND CONFER ON THIS SO THAT THERE IS SOME UNDERSTANDING AS TO

18   THE TYPE OF INFORMATION THAT WILL BE PROVIDED, TO WHOM, WHEN,

19   AND IN WHAT MECHANISM.

20          **MS. MURLEY:**  YOUR HONOR, JUST ONE POINT WITH REGARD

21   TO MS. WEISS'S SUBMISSION ON PAGE 2.

22          **THE COURT:**  YES.

23          **MS. MURLEY:**  THE GOVERNMENT WOULD DISAGREE THAT WE

24   SHOULD BE PROVIDING ONE INFORMATION TO THE LEGAL SERVICE

25   PROVIDERS ON THE WHOLE.


                    JANUARY 17, 2020

1     WHAT I WOULD RECOMMEND, AND I THINK IT IS A BETTER

2   USE OF SORT OF PRIVATE INFORMATION, IS THAT WE CONTINUE ALONG

3   WHERE IT IS THE CHILD'S ATTORNEY THAT REACHES OUT TO THE CASE

4   MANAGER WHO CAN THEN PROVIDE THAT CHILD'S ATTORNEY WITH THIS

5   INFORMATION.

6     AND WE WILL CERTAINLY WORK ON MAKING THAT PROCESS

7   SMOOTHER SO THAT WHEN THE ATTORNEY ASKS FOR THE INFORMATION

8   THE CASE MANAGER GIVES CASE SPECIFIC INFORMATION TO THAT

9   ATTORNEY OF RECORD.

10          **THE COURT:**  YES.

11          **MS. MURLEY:**  BUT IN TERMS OF -- SORRY.

12          **THE COURT:**  I DIDN'T MEAN TO MAKE ANY CONCLUSIONS OR

13   ORDERS, BUT SIMPLY TO EXPRESS THE IDEA THAT THESE CONCEPTS

14   SEEM GOOD.  AND, OF COURSE, THE DETAILS, I AM HOPEFUL COUNSEL

15   WILL BE ABLE TO WORK THROUGH AND REACH SOME KIND OF AN

16   AGREEMENT.

17          **MS. MURLEY:**  GREAT.  THANK YOU.

18          **THE COURT:**  AND ULTIMATELY WHAT THIS WILL DO, I

19   THINK ONE OF THE -- IT MAY BE, OTHER THAN THE REUNIFICATION OF

20   THE EXPANDED CLASS, WHICH OF COURSE IS PARAMOUNT, THE NEXT AND

21   PERHAPS THE LAST REMAINING LOOSE END IN THIS LITIGATION IS

22   THIS AREA OF CENTRALIZED DATA SYSTEM, INTERAGENCY AND

23   INTRAAGENCY COMMUNICATION.  AND THEN COMMUNICATION WITH

24   SEPARATED FAMILIES, PARENTS AND CHILDREN AND THEIR

25   REPRESENTATIVE.


                       JANUARY 17, 2020

```
 1              AND SO THIS EFFORT WILL ADDRESS BOTH OF THOSE AREAS:
 2   NUMBER ONE, THE COMMUNICATION BETWEEN AND AMONG GOVERNMENT
 3   AGENCIES INVOLVED IN FAMILY SEPARATIONS; AND, NUMBER TWO, THE
 4   COMMUNICATION BETWEEN THE GOVERNMENT AND PLAINTIFFS AND THE
 5   LEGAL SERVICE PROVIDERS.
 6              SO THIS IS AN IMPORTANT OUTSTANDING AREA, AND I
 7   THINK WE ARE GETTING CLOSE.  AND I WOULD BE CONTENT JUST TO
 8   LEAVE IT FOR COUNSEL TO CONTINUE TO MEET AND CONFER, AND THEN
 9   WE CAN SEE WHERE WE ARE AT THE NEXT JOINT STATUS REPORT.
10              ANYTHING IN ADDITION ON THAT TOPIC?
11         MS. MURLEY:  NO, YOUR HONOR.
12         MR. GELERNT:  NO, YOUR HONOR.
13         THE COURT:  OKAY.  THAT MIGHT BE ALL I HAVE.  I
14   THINK WE HAVE COVERED EVERYTHING.
15              I APPRECIATE YOUR BEING HERE, COMMANDER WHITE.
16              AND, COMMANDER WHITE, DO YOU HAVE ANY FINAL THOUGHTS
17   OR COMMENTS, OR HAVE WE ADDRESSED ALL THE ISSUES THAT PERTAIN
18   TO YOU AND YOUR EFFORTS?
19         COMMANDER WHITE:  I THINK THE COURT'S QUESTIONS THAT
20   I AM PROFICIENT TO ANSWER I HAVE ANSWERED, YOUR HONOR.
21              AS ALWAYS, I AM ALWAYS AVAILABLE TO ANSWER QUESTIONS
22   THAT YOU HAVE THAT ADVANCE THE EFFORT OF REUNIFYING CHILDREN
23   WITH THEIR PARENTS.
24         THE COURT:  OKAY.  VERY GOOD.  THANK YOU.
25         MS. MURLEY:  AND THIS IS MS. MURLEY FOR THE
```

JANUARY 17, 2020

1    GOVERNMENT.

2              I WOULD JUST LIKE TO THANK COMMANDER WHITE.  HE IS

3    CALLING IN FROM PUERTO RICO TODAY, SO HE MADE AN EFFORT TO BE

4    HERE.

5              **THE COURT:**  WONDERFUL.

6              WHAT TIME IS IT THERE?

7              **COMMANDER WHITE:**  IT IS -- HERE IT IS ATLANTIC TIME,

8    SO IT IS FOUR HOURS AHEAD OF YOU IN YOUR COURT, YOUR HONOR.

9              **THE COURT:**  VERY GOOD.

10             **COMMANDER WHITE:**  BUT THE ONLY CHALLENGE WAS IN

11   FINDING A QUIET PLACE, IN THE MIDDLE OF AN EARTHQUAKE

12   RESPONSE, TO ANSWER THE COURT'S QUESTIONS.

13             **THE COURT:**  YES.  THANK YOU FOR MAKING THE EFFORT,

14   IT IS MUCH APPRECIATED.

15             I WOULD PROPOSE FOR THE NEXT HEARING WE SET IT OUT

16   ABOUT SIX WEEKS, SO FEBRUARY 28, WITH THE JOINT STATUS REPORT

17   FEBRUARY 26.

18             ANY OBJECTION TO THAT?

19             **MS. MURLEY:**  NO, YOUR HONOR.

20             **MR. GELERNT:**  YOUR HONOR, THIS IS LEE GELERNT.

21             IF IT IS POSSIBLE TO BE THE FOLLOWING WEEK OR THE

22   WEEK BEFORE, THAT WOULD BE EASIER FOR ME.  BUT IF NOT I WILL

23   MAKE THE 28TH WORK.

24             **THE COURT:**  LET'S SEE.  HOW ABOUT -- DOES THE 21ST

25   WORK?


                         JANUARY 17, 2020

1      **MR. GELERNT:**  NOT IF IT IS GOING TO BE AT THE SAME

2   TIME.  I APOLOGIZE.

3           IS IT EASIER FOR ME TO SAY IT TO YOUR CLERK?

4      **THE COURT:**  NO, THAT'S OKAY.  YOU ARE VERY

5   IMPORTANT, MR. GELERNT, SO WE ARE GOING TO WORK AROUND YOU.

6           **(DISCUSSION OFF THE RECORD BETWEEN THE COURT**

7              **AND DEPUTY CLERK)**

8      **THE COURT:**  SO I HAD PROPOSED FEBRUARY 28.  ARE YOU

9   SUGGESTING FEBRUARY 21 OR MARCH 6?

10      **MR. GELERNT:**  I CAN DO -- AFTER MARCH 2ND WOULD BE

11   PREFERABLE FOR ME, BUT THE 21ST I CAN DO AS LONG AS IT IS NOT

12   AT 4:00 P.M., AT 1:00 P.M. YOUR TIME, BE A DIFFERENT TIME.  OR

13   I WILL HAVE SOMEONE ELSE FROM MY TEAM BE HERE.

14      **THE COURT:**  OKAY.  LET'S GO WITH MARCH 6TH.  SO WE

15   WILL HAVE MARCH 6 AT 1:00 CALIFORNIA TIME.  MARCH 4 FOR THE

16   JOINT STATUS REPORT.

17           THAT'S A LITTLE WAYS OUT, SO I AM ENCOURAGING ALL TO

18   CONTINUE THESE VERY IMPORTANT EFFORTS, PARTICULARLY THE NGO'S

19   AND MR. HERZOG.

20           AND THEN, OF COURSE, I WILL ASK MS. WEISS AND MR.

21   GELERNT TO KEEP WORKING CLOSELY WITH MS. MURLEY AND MR.

22   STEWART AND OTHERS TO MAKE THIS COMMUNICATION RELATED ISSUE

23   COME TO FRUITION SO THAT THERE IS A COMPLETE UNDERSTANDING

24   THAT CAN BE MEMORIALIZED.

25           WITH THAT I THANK YOU ALL, AND WISH YOU A GOOD


                    JANUARY 17, 2020

```
 1    WEEKEND.  AND WE WILL LOOK FORWARD TO SPEAKING AGAIN ON MARCH

 2    6.

 3              THANK YOU.

 4              MR. GELERNT:  THANK YOU, YOUR HONOR.

 5              MS. MURLEY:  THANK YOU.

 6              MR. HERZOG:  THANK YOU.

 7

 8                            *   *   *

 9              I CERTIFY THAT THE FOREGOING IS A CORRECT
                TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
10              IN THE ABOVE-ENTITLED MATTER.

11              S/LEEANN PENCE                   1/20/2020
                LEEANN PENCE, OFFICIAL COURT REPORTER   DATE
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

JANUARY 17, 2020