# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br>          Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br>          Respondents-Defendants. | Case No.:  18cv0428 DMS (MDD) <br><br> **ORDER FOLLOWING STATUS CONFERENCE** |

A status conference was held on March 6, 2020.  After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. The parties shall meet and confer on Defendants' proposal for DNA testing, and shall continue their meet and confer efforts on the information sharing protocols.

2. The next Joint Status Report shall be filed on or before **3:00 p.m.** on **April 15, 2020**.

2. A further status conference shall be held on **April 17, 2020**, at **1:00 p.m.**  The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

    a. Dial the toll free number: **877-411-9748**;

    b. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

        c.       Enter the Participant Security Code **04170428** and Press # (The security code will be confirmed);

        d.       Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

As above, members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

        Counsel for the *Ms. L.* Class shall provide notice of this order to counsel for Plaintiffs in any of the related cases that wish to appear.

Dated: March 9, 2020

                                              Hon. Dana M. Sabraw
                                              United States District Judge