UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 9 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MS. L.; MS. C.,  Petitioners-Appellees,  v.  U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,  Respondents-Appellants. | No. 18-56151  D.C. No. 3:18-cv-00428-DMS-MDD Southern District of California, San Diego  ORDER |

Appellants' unopposed motion (Docket Entry No. 27) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kara Slack
Deputy Clerk
Ninth Circuit Rule 27-7