UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

| | |
|---|---|
| MS. L., ET AL., | ) |
| | ) CASE NO. 18CV0428-DMS |
| PETITIONERS-PLAINTIFFS, | ) |
| | ) |
| VS. | ) |
| | ) |
| | ) |
| | ) |
| U.S. IMMIGRATION AND CUSTOMS | ) SAN DIEGO, CALIFORNIA |
| ENFORCEMENT ("ICE"), ET AL., | ) FRIDAY, APRIL 17, 2020 |
| | ) 12:00 P.M. CALENDAR |
| RESPONDENTS-DEFENDANTS. | ) |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

STATUS CONFERENCE

REPORTED BY:                    LEE ANN PENCE,
                               OFFICIAL COURT REPORTER
                               UNITED STATES COURTHOUSE
                               333 WEST BROADWAY, ROOM 1393
                               SAN DIEGO, CALIFORNIA 92101

FOR PLAINTIFF:                    LEE GELERNT, ESQ.
                                  DANIEL GALINDO
                                  ACLU IMMIGRANT RIGHTS PROJECT
                                  125 BROAD STREET 18TH FLOOR
                                  NEW YORK, NEW YORK 10004


FOR DEFENDANT:                    SARAH B. FABIAN, ESQ.
                                  U.S. DEPARTMENT OF JUSTICE
                                  OFFICE OF IMMIGRATION LITIGATION
                                  P.O. BOX 868
                                  BEN FRANKLIN STATION
                                  WASHINGTON, DC 20044



ALSO APPEARING:                   EMILY BORK, ESQ.
                                  KATHERINE NELSON, ESQ.
                                  SIRINE SHEBAYA, ESQ.
                                  STEVEN HERZOG,ESQ.
                                  CATHERINE WEISS, ESQ.

1    SAN DIEGO, CALIFORNIA – FRIDAY, APRIL 17, 2020 – 12:05 P.M.

2                              *   *   *

3              THE CLERK:  NO. 1 ON CALENDAR, CASE NO. 18CV0428,

4    MS. L. VERSUS IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR A

5    STATUS CONFERENCE.

6              THE COURT:  GOOD AFTERNOON, COUNSEL.

7              I SHOW, ON THE LINE, FOR MS. L. FOR THE GOVERNMENT

8    SARAH FABIAN; FOR THE PLAINTIFFS, LEE GELERNT, DAN GALINDO;

9    STEVEN HERZOG ON THE STEERING COMMITTEE; FOR DORA MS. EMILY

10   BORK; FOR MMM KATHERINE NELSON; AND CATHERINE WEISS FOR

11   OBJECTORS.  I ALSO SHOW, FOR DORA, SIRINE SHEBAYA.

12             SO THANK YOU ALL FOR PARTICIPATING.  IT IS AN

13   UNUSUAL TIME.  I HOPE YOU ARE ALL WELL, AND I APPRECIATE ALL

14   OF THE GOOD WORK THAT EVERYONE CONTINUES TO DO IN THIS CASE.

15             I HAVE READ THE JOINT STATUS REPORT, AND EVERYTHING

16   LOOKS TO BE IN ORDER.  I HAD JUST A FEW FOLLOW-UP QUESTIONS.

17             THE MMM SETTLEMENT PROCESS APPEARS TO BE MOVING

18   SEAMLESSLY.  I DID NOT SEE ANY ISSUES THAT WERE SET OUT FOR

19   THAT CASE.

20             MOVING TO THE EXPANDED CLASS MEMBERS, LET'S RUN

21   THROUGH SOME OF THOSE AREAS.

22             THERE IS A REQUEST, BY THE GOVERNMENT, FOR THE

23   PLAINTIFFS IN MS. L TO CONTINUE TO UPDATE THEM REGARDING THE

24   EFFORTS TO REUNIFY, LOCATE PARENTS AND CHILDREN AND THE LIKE.

25             AND THERE IS A REFERENCE, AT PAGE 5, THAT ON APRIL


                            APRIL 17, 2020

1  13 PLAINTIFFS INFORMED DEFENDANTS THAT THEY INTEND TO PROVIDE

2  ADDITIONAL INFORMATION BY THE END OF THE WEEK.  AND THAT

3  DEFENDANTS WILL CONTINUE TO CONFER WITH PLAINTIFFS.

4  　　　　SO THE INITIAL QUESTION I WOULD HAVE IS, WAS THAT

5  INFORMATION PROVIDED, AND WHAT'S THE GENERAL STATUS HERE?

6  WHAT KIND OF ADDITIONAL INFORMATION DOES THE GOVERNMENT

7  DESIRE?

8  　　　　**MS. FABIAN:**  YOUR HONOR, THIS IS SARAH FABIAN.

9  　　　　WE GOT AN INITIAL SET OF INFORMATION FROM MR. HERZOG

10  AND I EXPECT -- MR. HERZOG HAD SAID WE WOULD RECEIVE MORE BY

11  THE END OF THIS WEEK.  I EXPECT THAT IS STILL COMING.  I WOULD

12  HAVE TO GO BACK THROUGH MY EMAILS, BUT I DON'T BELIEVE WE

13  RECEIVED THAT YET.  BUT I AM CONFIDENT WE WILL GET IT SHORTLY.

14  　　　　THEN OUR DATA FOLKS ARE TAKING A LOOK.  WE HAD

15  REQUESTED SOME ADDITIONAL INFORMATION.

16  　　　　I THINK OUR GOAL IS TO MAKE SURE THAT, YOU KNOW, WE

17  ARE SORT OF KEPT UP TO SPEED ON PROBLEMS THAT ARE OCCURRING,

18  AND THAT THEY ARE NOT -- THEY ARE NOT BROUGHT TO THE COURT

19  WITHOUT OUR HAVING A CHANCE TO WORK WITH PLAINTIFFS AND SEE IF

20  WE CAN RESOLVE ANYTHING.  AND OBVIOUSLY THERE MAY BE ISSUES,

21  ONCE WE KNOW WHAT MORE PLAINTIFFS MIGHT BE SEEKING.

22  　　　　I THINK WE ARE CONFIDENT THAT ONCE WE RECEIVE THE

23  UPDATE FROM MR. HERZOG WE CAN REACH OUT TO HIM AND HAVE SOME

24  INITIAL CONVERSATIONS TO MAKE SURE THE PARTIES ARE ON THE SAME

25  PAGE.


　　　　　　　　　　　　　APRIL 17, 2020

 1          **THE COURT:**  OKAY.  NOW, THE JOINT STATUS REPORT, OF

 2   COURSE, PROVIDES A LOT OF DETAIL ABOUT THE STEERING

 3   COMMITTEE'S PROGRESS AND WHAT THEY HAVE ACCOMPLISHED AND WHERE

 4   THEY ARE HAVING DIFFICULTY.

 5          SO I AM ASSUMING THAT THE INFORMATION YOU ARE

 6   REQUESTING IS DIFFERENT IN THAT YOU ARE TRYING TO AVOID A

 7   SITUATION WHERE PLAINTIFFS RAISE AN ISSUE WITH THE COURT AND

 8   THE GOVERNMENT WAS NOT AWARE OF IT OR DID NOT ANTICIPATE ANY

 9   PROBLEM.

10          **MS. FABIAN:**  THAT'S CORRECT, YOUR HONOR.

11          I THINK, YOU KNOW, WE SAW SOME ISSUES THAT MAY HAVE

12   BEEN RAISED, FOR EXAMPLE IN THE PRESS, THAT WERE NOT RAISED

13   WITH US.  AND WE JUST WANT TO MAKE SURE THAT IF THOSE ARE

14   ISSUES THAT NEED TO BE RESOLVED THAT THE FIRST COURSE OF

15   ACTION IS THAT THEY ARE RAISED WITH US.

16          SO WE CERTAINLY WERE SEEKING A LITTLE MORE

17   INFORMATION THAN PLAINTIFFS HAVE OFFERED TO PROVIDE.  BUT I

18   HAVE ASKED MY DATA FOLKS TO TAKE A LOOK AT WHAT THEY HAVE

19   PROVIDED AND SEE SORT OF WHERE THAT LEAVES US.  AND THEN WE

20   CAN FOLLOW UP AFTER WE HAVE HAD A CHANCE TO TAKE A LOOK AT

21   THAT.

22          **THE COURT:**  OKAY.  THANK YOU.

23          MR. GELERNT OR MR. HERZOG, ANYTHING ON THIS ISSUE?

24          **MR. GELERNT:**  NOTHING FROM ME.  I DON'T KNOW IF MR.

25   HERZOG HAS SOMETHING.


                        APRIL 17, 2020

1      **MR. HERZOG:**  I WILL JUST CONFIRM THAT, YOU KNOW, WE

2  HAVE NOT YET SENT OVER THE UPDATED SPREADSHEETS, BUT WE ARE

3  EXPECTING TO DO SO LATER TODAY.  AND WE ARE, OF COURSE, HAPPY

4  TO MEET WITH MS. FABIAN OR CONFER WITH MS. FABIAN -- NOT MEET

5  PERSONALLY THESE DAYS, BUT MEET AND CONFER ON ISSUES SHE MAY

6  HAVE.

7      **THE COURT:**  OKAY.  THANK YOU.

8      ON THIS EXPANDED CLASS, FROM THE PLAINTIFFS'

9  PERSPECTIVE, GOING TO PAGE 10 THERE IS AN IDENTIFICATION OF

10  THE 1,030 CHILDREN, THAT THE COMMITTEE IS SEARCHING IN EARNEST

11  FOR THEIR PARENTS.  THERE IS AN INDICATION THAT 433, OR

12  APPROXIMATELY 42 PERCENT, HAVE BEEN -- THE PARENTS HAVE BEEN

13  REACHED.

14      ARE THOSE PARENTS, THE 433, THE PARENTS OR SPONSORS

15  OR COUNSEL, ARE THESE INDIVIDUALS IN THE UNITED STATES OR ARE

16  SOME OF THEM OUT OF COUNTRY?

17      **MR. HERZOG:**  THIS IS MR. HERZOG.

18      MANY OF THE PARENTS ARE OUT OF COUNTRY, AND SOME ARE

19  IN THE UNITED STATES.  THEY ARE BOTH.

20      **THE COURT:**  OKAY.  BUT YOU HAVE HAD SUCCESS REACHING

21  THESE INDIVIDUALS.  IS IT -- I ASSUME, THEN, THAT THE

22  TELEPHONE NUMBERS YOU HAD WERE MOSTLY FOR SPONSORS AND

23  ATTORNEYS, OR WERE MANY OF THEM FOR THE PARENTS AND YOU WERE

24  SUCCESSFUL IN REACHING THE PARENTS ABROAD?

25      **MR. HERZOG:**  SOMETIMES WE HAVE REACHED PARENTS


APRIL 17, 2020

```
 1    ABROAD.  SOMETIMES WE HAVE REACHED SPONSORS AND BEEN ABLE TO
 2    FIND PARENTS THROUGH SPONSORS, SPONSORS KNOW HOW TO REACH THE
 3    PARENTS.  SOMETIMES WE REACH ATTORNEYS, AND ATTORNEYS HAVE PUT
 4    US IN TOUCH WITH PARENTS OR WE HAVE REACHED THE ATTORNEYS
 5    THEMSELVES.  SO IT REALLY IS A COMBINATION OF THEM.
 6             THESE 433 ARE NOT JUST CHILDREN WHO ARE REACHED BY
 7    TELEPHONE BUT THEY INCLUDE A NUMBER OF -- NOT CHILDREN, OF
 8    PARENTS OF CHILDREN WHO WERE REACHED ON THE GROUND BY OUR
 9    COMMITTEE, BY JUSTICE IN MOTION, PRIMARILY.
10             THE COURT:  OKAY.
11             THEN THERE IS A REFERENCE OF THE REMAINING 597,
12    ABOUT HALF OF THESE INDIVIDUALS APPEAR TO BE OUT OF COUNTRY.
13             SO DO YOU HAVE AN APPROXIMATION, AT THIS POINT, OF
14    THE 1,030, HOW MANY OF THESE PARENTS WERE REMOVED WITHOUT
15    THEIR CHILDREN?
16             MR. HERZOG:  REMOVED FROM THE COUNTRY, I THINK A
17    MAJORITY WERE.  I DON'T HAVE, YOU KNOW, BEYOND THAT.  I THINK
18    A MAJORITY OF THE PARENTS ARE OVERSEAS AND WERE REMOVED.  AND
19    THE CHILDREN ARE, OBVIOUSLY, ARE STILL HERE.
20             THE COURT:  OKAY.
21             THEN YOU INDICATE THAT THE ON-THE-GROUND EFFORTS, OF
22    COURSE, HAVE BEEN HAMPERED BY THE COVID-19 SITUATION.  IT DOES
23    APPEAR, HOWEVER, THAT THE COMMITTEE, THROUGH JUSTICE IN MOTION
24    AND OTHERS, HAS MADE REMARKABLE STRIDES, IN RELATIVE NUMBERS.
25             AT PAGE 12 AT THE BOTTOM THERE IS AN INDICATION OF
```

APRIL 17, 2020

1  281 PARENTS OF CHILDREN WHO WERE DEEMED INITIALLY UNREACHABLE
2  BY TELEPHONE NUMBER, BUT IT APPEARS THEY HAVE BEEN LOCATED
3  THROUGH BOOTS ON THE GROUND, 148 OF THEM OR 52 PERCENT.  IS
4  THAT CORRECT?

5          **MR. HERZOG:**  THAT IS CORRECT.  AND WE HAVE BEEN
6  HAVING -- WE WERE HAVING REAL SUCCESS, I WOULD SAY.  AND WE
7  ARE PRETTY CONFIDENT THAT WE WERE GOING TO CONTINUE TO HAVE
8  REAL SUCCESS UNTIL WE HAD TO SUSPEND THAT WORK.

9          SO IT IS UNFORTUNATE, BUT A LOT OF THINGS ARE
10  UNFORTUNATE THESE DAYS.

11          **THE COURT:**  YES.  WELL, THAT IS A VERY ENCOURAGING
12  NUMBER, SO HOPEFULLY THINGS WILL CONTINUE TO TREND IN THAT
13  DIRECTION ONCE WE ARE ABLE TO GET BACK TO NORMAL LIVING
14  CIRCUMSTANCES.

15          I UNDERSTOOD THE STATUS REPORT TO INDICATE THAT
16  GENERALLY THINGS HAVE SLOWED QUITE A BIT IN LIGHT OF THE
17  COVID-19 SITUATION, AND THAT YOU CONTINUE TO MAKE EFFORTS BUT
18  THEY ARE NECESSARILY AT A MUCH SLOWER PACE.  IS THAT FAIR?

19          **MR. HERZOG:**  I THINK THAT IS -- I WOULD SAY THE
20  ON-THE-GROUND EFFORTS HAVE BASICALLY BEEN SHUT DOWN.  THEY HAD
21  TO BE, THE IN-PERSON EFFORTS.  BUT WE ARE CONTINUING TO MAKE
22  PHONE CALLS, AND WE HAVE HAD SOME SUCCESS.

23          THERE WERE A GROUP OF FAMILIES WHO WE HAD SOME
24  CONTACT INFORMATION FOR, A RELATIVE OR A SPONSOR OR SOMEBODY
25  LIKE THAT, BUT HAD NOT YET CONTACTED THE PARENTS.  AND WE HAVE


APRIL 17, 2020

1   TRACKED DOWN SOME OF THOSE PARENTS IN THIS PERIOD.

2           WE ARE CONTINUING, IN SOME CASES, TO REACH OUT TO

3   PARENTS WHO WE WERE NOT ABLE TO REACH JUST BECAUSE THAT IS ALL

4   WE CAN DO RIGHT NOW, SO WE ARE MAKING SOME ADDITIONAL PHONE

5   CALLS.

6           SO WE ARE CONTINUING THAT WORK.  BUT THE IN-PERSON

7   EFFORTS IN COUNTRY, WE HAVE HAD TO STOP FOR THE TIME BEING.

8           **THE COURT:**  OKAY.

9           WELL, MR. HERZOG, THANK YOU FOR ALL OF THOSE

10  EFFORTS.  ANYTHING ELSE TO REPORT ON WITH RESPECT TO THE

11  SEARCH EFFORTS?

12          **MR. HERZOG:**  I DON'T THINK SO.  WE ARE SORT OF -- I

13  THINK, AS REPORTED IN THE STATUS REPORT, WE ARE GOING,

14  HOPEFULLY, TO BE WORKING WITH THE SENECA AGENCY.

15          **THE COURT:**  YES.

16          **MR. HERZOG:**  WHICH HAS BEEN DESIGNATED AS AN AGENCY

17  TO PROVIDE MENTAL HEALTH SERVICES TO PARENTS AND CHILDREN IN

18  THE UNITED STATES, IN CONNECTION WITH A DIFFERENT LAWSUIT, THE

19  MS. J.P. LAWSUIT.  AND THEY ARE TRYING TO LOCATE AND WORK

20  WITH, YOU KNOW, THE SAME POPULATION THAT WE ARE TO THE EXTENT

21  THE POPULATION IS IN THE UNITED STATES.  THEY ARE NOT TRYING

22  TO LOCATE THE PARENTS OVERSEAS THE WAY WE ARE.

23          BUT WITH RESPECT TO THE IN-US. POPULATION WE HOPE --

24  WE ARE PLANNING TO WORK TOGETHER WITH THEM TO TRY TO FIND

25  PARENTS, AND HOPEFULLY WE CAN DO WHAT WE NEED TO DO WITH THOSE


                        APRIL 17, 2020

10

1  PARENTS AND THEY CAN HELP THEM BY PROVIDING MENTAL HEALTH

2  SERVICES.

3           **THE COURT:**  YES.

4           **MR. HERZOG:**  THAT IS SOMETHING NEW, AND I THINK

5  HOPEFUL.

6           **THE COURT:**  YES.  VERY GOOD.  OKAY.  THANK YOU.

7           LET'S MOVE TO THE PROCESSES, PROCEDURES, TRACKING.

8  AND IT APPEARS THERE IS A LOT OF PROGRESS, BACK AND FORTH,

9  GIVE AND TAKE.  THE PLAINTIFFS HAVE REFERENCED THE GAO REPORT

10 THAT FOLLOWED THE HHS I.G. REPORT.

11          AND PERHAPS, MR. GELERNT, I CAN ASK YOU, INITIALLY,

12 YOUR PERCEPTION OF THE PROGRESS.  ARE WE DOING WELL, OR HOW IS

13 THAT GOING?

14          **MR. GELERNT:**  YES, YOUR HONOR.  I THINK THINGS

15 ARE -- YES, YOUR HONOR.  THINGS ARE NECESSARILY A LITTLE BIT

16 SLOWER THAN THEY WOULD OTHERWISE BE GIVEN THE SITUATION.  BUT

17 ON THE INFORMATION SHARING, I THINK WE ARE MAKING PROGRESS

18 NARROWING THE ISSUES.

19          WE GOT SOMETHING FROM THE GOVERNMENT LAST WEEK.  WE

20 LOOKED THROUGH IT, WE THINK IT HAS NARROWED THE ISSUES.  WE

21 INTEND TO RESPOND TO THE GOVERNMENT VERY SOON WITH ANY

22 REMAINING CLARIFICATION.

23          I THINK THERE MAY ULTIMATELY BE A FEW ISSUES THAT

24 DON'T GET COMPLETELY RESOLVED, BUT I THINK WE ARE

25 SIGNIFICANTLY NARROWING THE ISSUES.  IT IS GOING A LITTLE BIT


APRIL 17, 2020

1    SLOWER, I AM FINDING, FROM BOTH SIDES BECAUSE OF THE COVID

2    SITUATION.  BUT OTHERWISE I THINK WE ARE MAKING PROGRESS.

3         **THE COURT:**  DO YOU FEEL THAT WE SHOULD CONTINUE AS

4    WE ARE, OR ARE THERE ANY OTHER THINGS THAT CAN BE DONE.

5         I ASK BECAUSE WE HAVE SIGNIFICANT REPORTS NOW BY

6    GOVERNMENTAL AGENCIES, THE I.G. AND THE GAO.  IT APPEARS THE

7    ISSUES ARE VERY WELL IDENTIFIED AND THE PROBLEMS HAVE BEEN

8    IDENTIFIED, AND I THINK, GOING FORWARD, RECOMMENDATIONS HAVE

9    BEEN MADE.

10        I AM UNDER THE IMPRESSION THAT EVERYONE IS LOOKING

11   TO US, THE COURT, TO COME UP WITH THE SOLUTIONS; OR AM I

12   INCORRECT?  ARE THESE OTHER GOVERNMENTAL AGENCIES GOING TO BE

13   ACTUALLY FOLLOWING UP ON THEIR REPORTS AND INSISTING THAT HHS

14   AND DHS PROVIDE A SOLUTION TO THESE VARIOUS ISSUES?

15        **MR. GELERNT:**  MAYBE LET MS. FABIAN RESPOND TO THAT.

16   THAT IS WHAT WE HAVE BEEN EXPLORING WITH THE GOVERNMENT, BUT I

17   THINK MAYBE SHE WOULD WANT TO RESPOND TO THAT, YOUR HONOR.

18        **THE COURT:**  ALL RIGHT.

19        MS. FABIAN.

20        **MS. FABIAN:**  YOUR HONOR, THIS IS SARAH FABIAN.

21        I AM NOT -- I CAN'T SPEAK SPECIFICALLY TO ANY

22   RESPONSES TO THE REPORTS.  I WOULD NEED TO TALK TO MY CLIENTS

23   ABOUT THAT.  CERTAINLY THE AGENCIES DO WORK WITH THEIR I.G.

24   OFFICES WHEN THOSE REPORTS COME OUT AND RESPOND TO

25   RECOMMENDATIONS, ET CETERA.  I AM JUST NOT FAMILIAR WITH


                         APRIL 17, 2020

1   EXACTLY WHAT HAS BEEN DONE AS PART OF THAT PROCESS.

2            I THINK THAT THE PROCESS OF THE PARTIES EXCHANGING

3   INFORMATION HAS ALSO -- YOU KNOW, WE HAVE MADE SOME TWEAKS IN

4   RESPONSE TO QUESTIONS AND SUGGESTIONS FROM COUNSEL.  AND

5   HOPEFULLY PROVIDED THEM SOME MORE INFORMATION THAT MIGHT HELP

6   THEM UNDERSTAND HOW THOSE OPERATIONS ARE GOING.

7            SO I WOULD SAY THERE ARE -- THERE CONTINUE TO BE

8   CHANGES MADE AS PART OF THESE DISCUSSIONS.

9            BEYOND THAT, I DON'T KNOW THAT -- I GUESS I WOULD

10   DEFER TO MR. GELERNT ON WHETHER THEY THINK THAT RESOLVES THE

11   ISSUES OR MORE NEEDS TO BE DONE AT THIS STAGE.  BUT WE WILL

12   WAIT TO HEAR BACK FROM THEM ON THAT.

13            **THE COURT:**  THERE ARE MANY STAKEHOLDERS IN THIS

14   LITIGATION INVOLVED IN THE MEET AND CONFER PROCESS THROUGH

15   PLAINTIFFS, OF COURSE, AND GOVERNMENT COUNSEL, AND MS. WEISS

16   AND OTHERS.

17            IS THAT SUFFICIENT, MR. GELERNT, IN YOUR VIEW; OR

18   WOULD IT BE PRUDENT TO ESTABLISH SOME KIND OF COMMITTEE OR A

19   SPECIFIC PERSON TO TAKE CHARGE OF THIS, MUCH LIKE WE DID WITH

20   THE ACTUAL REUNIFICATION WHERE COMMANDER WHITE WAS PUT IN

21   CHARGE.

22            **MR. GELERNT:**  YOUR HONOR, I THINK I WOULD HAVE TO

23   CONSULT WITH OTHERS.  BUT WHAT I WOULD SAY IS THAT AS AN

24   INFORMAL MATTER THAT IS WHAT HAS HAPPENED.  I MEAN, WE

25   LITERALLY JUST GOT OFF A CALL WITH MS. WEISS AND A NUMBER OF

APRIL 17, 2020

1   STAKEHOLDERS, AND THAT HAS BEEN A CONTINUING PROCESS
2   THROUGHOUT.  SO I WOULD HAVE TO TALK ABOUT WHETHER WE SHOULD
3   --- WE NEED TO HAVE MORE FORMAL STRUCTURE WITH THE COURT, BUT
4   WE HAVE BEEN DOING THAT.

5           AND I THINK SO FAR WHAT WE ARE TRYING TO DO IS SEE
6   WHERE THE GOVERNMENT HAS ALREADY TAKEN INTO ACCOUNT THEIR
7   REPORTS, AND UNDERSTAND THE RELATIONSHIP BETWEEN WHAT THEY ARE
8   DOING IN COURT AND ANY RESPONSES THEY ARE MAKING TO THE
9   REPORTS BUT -- AND RESPOND COMPREHENSIVELY.

10          SO THE GOVERNMENT'S LATEST ANSWERS TO US ON
11  INFORMATION SHARING I THINK HAVE NARROWED A NUMBER OF ISSUES.
12  I THINK AFTER THIS NEXT RESPONSE BY US, WITHIN THE NEXT COUPLE
13  OF WEEKS, I THINK WE WILL KNOW BETTER WHAT ISSUES REMAIN AND
14  WHAT NEEDS TO BE DONE.

15          I THINK THAT IS WHERE WE ARE RIGHT NOW, THAT WHETHER
16  IT IS, YOU KNOW, FORMAL OR NOT, WE HAVE ALL BEEN CONSULTING
17  VERY REGULARLY WITH THE STAKEHOLDERS.

18          **THE COURT:**  OKAY.  PERHAPS WE CAN ADDRESS THAT AT
19  THE NEXT STATUS CONFERENCE.

20          WITH THESE REPORTS FROM THE GOVERNMENT AGENCIES IN
21  MARCH AND, OF COURSE, WITH THE HISTORY OF THIS CASE GOING BACK
22  TO JUNE OF 2018, IT IS CLEAR WHAT THE ISSUES ARE, WHAT WENT
23  WRONG AND WHAT NEEDS TO BE ADDRESSED.  AND NOW, IT SEEMS TO
24  ME, IT IS JUST A MATTER OF DOING IT.  AND I THINK IDENTIFYING
25  THE BEST WAY TO MOVE FORWARD QUICKLY AND ADDRESS THE ISSUES


                        APRIL 17, 2020

1   THAT ARE IDENTIFIED CLEARLY IN THE GAO AND INSPECTOR GENERAL

2   REPORTS IS THE NEXT STEP.  AND IT SEEMS TO ME THAT THAT CAN BE

3   DONE SOONER RATHER THAN LATER.

4          BUT I WOULD ASK THE PARTIES HERE TO GIVE THAT SOME

5   THOUGHT.  AND IT MAY BE THAT THE MEET AND CONFER PROCESS THAT

6   IS IN PLACE IS A GOOD ONE, AND WILL BRING CLOSURE TO THIS

7   ISSUE FAIRLY SOON.  OR IF YOU BELIEVE THAT SOME KIND OF

8   COMMITTEE OR A SPECIFIC INDIVIDUAL, PERHAPS SOMEBODY WITHIN

9   THE GOVERNMENT, WITHIN HHS OR DHS, OR COMBINATION OF LEADERS

10  WITHIN THAT GROUP, SHOULD BE CONVENED TO ADDRESS AND BRING

11  CLOSURE TO THIS ISSUE, I ASK THAT YOU GIVE THAT SOME THOUGHT.

12  AND WE CAN DISCUSS THAT AT THE NEXT STATUS CONFERENCE.

13          ON THE DNA TESTING --

14      **MS. WEISS:**  YOUR HONOR, THIS IS -- I AM SORRY TO

15  INTERRUPT.  THIS IS CATHERINE WEISS.

16      **THE COURT:**  YES.

17      **MS. WEISS:**  I JUST WANTED TO WEIGH IN AND SAY THAT I

18  THINK THE MEET AND CONFER PROCESS THAT HAS BEEN GOING ON HAS

19  BEEN VERY USEFUL IN CLARIFYING THE ISSUES ABOUT INFORMATION

20  SHARING WITH THE LEGAL SERVICE PROVIDERS AND CHILD ADVOCATES,

21  WHICH IS WHAT WE REALLY FOCUSED ON; WHEREAS THE I.G. REPORT

22  AND THE GAO REPORT FOCUS MORE ON INFORMATION SHARING AMONG

23  GOVERNMENT AGENCIES.

24          I JUST WANTED TO WEIGH IN AND SAY IT MAY BE THAT

25  THOSE TWO DISTINCT PROBLEMS WOULD BENEFIT FROM TWO DIFFERENT

APRIL 17, 2020

15

 1   KINDS OF SOLUTIONS.

 2           **THE COURT:**  I SEE.  OKAY.  THANK YOU FOR THAT

 3   CLARIFICATION.  OKAY.  VERY GOOD.

 4           HOW ABOUT ON DNA.  LOOKS LIKE THAT IS WORKING

 5   THROUGH, AS WELL.  ANY POINT OF DISCUSSION THERE?

 6           **MS. FABIAN:**  YOUR HONOR, THIS IS SARAH FABIAN.

 7           WE HAVE A CALL SET FOR MONDAY.  I THINK, AS WE NOTED

 8   IN OUR REPORT, IT HAS JUST BEEN DELAYED A LITTLE BIT DUE TO

 9   THE COVID SITUATION.  BUT THAT HAS RESULTED -- THE TITLE 42

10   ORDER HAS RESULTED IN THERE NOT BEING ISSUES OF NEEDING THE

11   DNA TESTING.  SO WE ARE MOVING FORWARD WITH THOSE DISCUSSIONS,

12   AND HAVE A PLANNED CALL ON MONDAY.

13           **THE COURT:**  OKAY.

14           MR. GELERNT?

15           **MR. GELERNT:**  YES, YOUR HONOR.

16           I HAVE NOTHING TO ADD.  WE ARE MOVING FORWARD, AND I

17   THINK EVERYTHING HAS SLOWED DOWN ON THAT ISSUE BECAUSE OF

18   COVID.  BUT WE WILL BE SPEAKING TO THE GOVERNMENT ON MONDAY,

19   SO HOPEFULLY WE WILL MAKE PROGRESS THERE.

20           **THE COURT:**  VERY GOOD.

21           THAT IS ALL I HAD.  ANY OTHER POINTS OF DISCUSSION

22   FROM ANYONE?

23           **MR. GELERNT:**  NONE FROM MS. L.

24           **MS. FABIAN:**  NOTHING FROM THE GOVERNMENT, YOUR

25   HONOR.


                        APRIL 17, 2020

1    **THE COURT:**  ALL RIGHT.  WELL, I THINK I WILL ISSUE

2    ANOTHER ORDER NEXT WEEK, SETTING OUT A STATUS CONFERENCE IN

3    ABOUT SIX WEEKS TIME.

4    AND, AGAIN, I WANT TO THANK EVERYONE FOR YOUR

5    EFFORTS AND YOUR TIME HERE TODAY.  ASK THAT WE KEEP WORKING ON

6    THIS AS BEST WE CAN UNDER THE CIRCUMSTANCES.  THAT YOU STAY

7    SAFE.  AND WE WILL PLAN ON MEETING AGAIN TELEPHONICALLY IN

8    ABOUT SIX WEEKS.

9    THANK YOU VERY MUCH, AND HAVE A GOOD WEEKEND.

10   **MR. GELERNT:**  THANK YOU, YOUR HONOR.

11   **MS. FABIAN:**  THANK YOU, YOUR HONOR.

12   **MS. WEISS:**  THANK YOU, YOUR HONOR.

13

14                    *   *   *

15   I CERTIFY THAT THE FOREGOING IS A CORRECT
     TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
16   IN THE ABOVE-ENTITLED MATTER.

17   S/LEEANN PENCE                    4/20/2020
     LEEANN PENCE, OFFICIAL COURT REPORTER   DATE
18

19

20

21

22

23

24

25

                         APRIL 17, 2020