Honorable Judge Sabraw
333 West Broadway
San Diego, CA 92101
Courtroom 13A



National Office
125 Broad Street,
18th Floor
New York, NY 10004
Tel: (212) 549-2644
aclu.org

Susan Herman
*President*

Anthony Romero
*Executive Director*

Dear Judge Sabraw:

At the April 17 status conference, the Court asked whether it would make sense at this point to appoint either "a committee or a specific person" to address information-sharing issues among the various agencies and departments that have been identified in this case and by the GAO and HHS OIG reports issued in March. *See* ECF Nos. 529 (GAO Report) and 524 (HHS OIG Report).

Plaintiffs believe that it would make sense to do so and it would expedite resolution of these issues. As noted at the April 17 status conference, there are two types of information-sharing issues. The first is the sharing of information between the government and Plaintiffs and child advocates. On that topic, the parties have narrowed their disputes and continue to make progress. The second issue concerns how the relevant agencies share information among themselves. On this issue, it is difficult for Plaintiffs to have direct knowledge of how the agencies are sharing information among themselves. Consequently, it would be extremely helpful to have someone designated to oversee this issue, to ensure that Plaintiffs and the Court are provided with the relevant information and have the appropriate input into the processes that are developed.

As the Court knows, the concerns raised by the GAO and HHS IG reports include:

-Continued difficulties for ORR in obtaining specific information from DHS, including details of parents' purported criminal records, HHS OIG Report at 3; GAO Report at 58-65;

-The lack of a current agreement requiring the Department of Justice to coordinate with ORR—or provide information—about parents' locations, "which has led to ongoing difficulties locating parents in U.S. Marshals' custody," HHS OIG Report at 41;

-ORR information-sharing needs not covered by any existing agreements with DHS, which include information needed to release children to sponsors or to reunify families, GAO Report at 63-64.

Dated:   May 22, 2020                                    Respectfully submitted,



National Office
125 Broad Street,
18th Floor
New York, NY 10004
Tel: (212) 549-2644
aclu.org

Susan Herman
*President*

Anthony Romero
*Executive Director*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Vox 87131
San Diego, CA 92138-7131
T: (619) 393-4485
F: (619) 232-0036
bvakili@aclusandiego.org

Spencer E. Amdur (SBN 320069)
Stephen B. Kang (SBN 292280)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
samdur@aclu.org
skang@aclu.org

*/s/Lee Gelernt*
Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
lgelernt@aclu.org
jrabinovitz@aclu.org
abalakrishnan@aclu.org
dgalindo@aclu.org

*\*Admitted Pro Hac Vice*