# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.:  18cv0428 DMS (MDD) <br><br> **ORDER FOLLOWING STATUS CONFERENCE** |

A status conference was held on May 29, 2020.  After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. Counsel shall continue to meet and confer on Defendants' request for information from Plaintiffs and the Steering Committee about efforts to locate members of the expanded class.

2. Defense counsel shall provide the Court with additional details regarding the UIP Team, e.g., who is in charge of the Team and who the Team is reporting to, in the next Joint Status Report.

3. The next Joint Status Report shall be filed on or before **3:00 p.m.** on **July 8, 2020**.

/ / /

/ / /

4. A further status conference shall be held on **July 10, 2020**, at **1:00 p.m.** The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

    a. Dial the toll free number: **877-411-9748**;

    b. Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

    c. Enter the Participant Security Code **07100428** and Press # (The security code will be confirmed);

    d. Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

As above, members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

    Counsel for the *Ms. L.* Class shall provide notice of this order to counsel for Plaintiffs in any of the related cases that wish to appear.

DATED: May 29, 2020

                                              DANA M. SABRAW
                                              United States District Judge