```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

           BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING
    _____
                                             )
    MS. L., ET AL.,                          )
                                             )  CASE NO. 18CV0428-DMS
                   PETITIONERS-PLAINTIFFS,   )
                                             )
    VS.                                      )
                                             )
                                             )
                                             )
                                             )
    U.S. IMMIGRATION AND CUSTOMS             )  SAN DIEGO, CALIFORNIA
    ENFORCEMENT ("ICE"), ET AL.,             )  FRIDAY, MAY 29, 2020
                                             )    1:00 P.M. CALENDAR
                   RESPONDENTS-DEFENDANTS.   )
    ------------------------------------------

                   REPORTER'S TRANSCRIPT OF PROCEEDINGS
```

**TELEPHONIC STATUS CONFERENCE**

```
REPORTED BY:                      LEE ANN PENCE,
                                  OFFICIAL COURT REPORTER
                                  UNITED STATES COURTHOUSE
                                  333 WEST BROADWAY, ROOM 1393
                                  SAN DIEGO, CALIFORNIA 92101
```

```
FOR PLAINTIFF:              LEE GELERNT, ESQ.
                            DAN GALINDO, ESQ.
                            ACLU IMMIGRANT RIGHTS PROJECT
                            125 BROAD STREET 18TH FLOOR
                            NEW YORK, NEW YORK 10004


FOR DEFENDANT:              SARAH B. FABIAN, ESQ.
                            U.S. DEPARTMENT OF JUSTICE
                            OFFICE OF IMMIGRATION LITIGATION
                            P.O. BOX 868
                            BEN FRANKLIN STATION
                            WASHINGTON, DC 20044



 ALSO APPEARING:            SIRINE SHEBAYA
                            EMILY BORK
                            HALEY COSTELLO-ESSIG
                            STEVEN HERZOG,ESQ.
                            CATHERINE WEISS, ESQ.
```

```
 1         SAN DIEGO, CALIFORNIA – FRIDAY, MAY 29, 2020 – 1:07 P.M.
 2                              *  *  *
 3         THE CLERK:  NO. 7 ON CALENDAR, CASE NO. 18CV0428,
 4  MS. L. VERSUS IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR
 5  STATUS CONFERENCE.
 6         THE COURT:  GOOD AFTERNOON, COUNSEL.
 7         I HAVE, FOR MS. L., MR. LEE GELERNT, MR. DAN
 8  GALINDO; FOR THE DORA CLASS, MS. EMILY BORK; FOR MMM, MS.
 9  HAYLEY COSTELLO-ESSIG; AND STEVEN HERZOG ON BEHALF OF THE
10  STEERING COMMITTEE; CATHERINE WEISS FOR THE OBJECTORS.
11         AND FOR THE GOVERNMENT -- LET ME MAKE SURE.  DO WE
12  HAVE MS. FABIAN?
13         THE CLERK:  SARAH FABIAN.  AND ALSO SIRINE SHEBAYA
14  FOR THE DORA PLAINTIFFS.
15         THE COURT:  AND SIRINE SHEBAYA FOR THE DORA
16  PLAINTIFFS.
17         I HAVE REVIEWED THE JOINT STATUS REPORT AND THE
18  LETTER FROM MR. GELERNT OF MAY -- THAT WAS ON THE 22ND.
19         LET'S RUN THROUGH THE STATUS REPORT.
20         AT PAGE 6 THERE IS DISCUSSION LEADING UP TO THAT
21  ABOUT THE GOVERNMENT'S REQUEST FOR MORE TRANSPARENCY,
22  ADDITIONAL INFORMATION FROM THE STEERING COMMITTEE AS TO THIS
23  ENLARGED CLASS AND MORE SPECIFICS.
24         WHAT IS THE PLAINTIFFS' POSITION?
25         MR. GALINDO:  YOUR HONOR, THIS IS MR. GALINDO FOR
```

MAY 29, 2020

```
 1   MS. L. PLAINTIFFS.
 2             WE ARE WILLING TO WORK WITH THE GOVERNMENT TO
 3   ADDRESS THEIR CONCERNS.  FOR THE INFORMATION WE PROVIDED THEM
 4   WE NEED TO BE CERTAIN THAT IT IS ACCURATE, AND CERTAINLY THE
 5   OUTREACH TO PARENTS HAS BEEN HAMPERED BY COVID.  THE TWO SIDES
 6   NEED TO MATTER MEET ON THIS MATTER, AND WE ARE WILLING TO WORK
 7   WITH THE GOVERNMENT.
 8             **THE COURT**:  THE GOVERNMENT'S CONCERN, WHICH IS A
 9   FAIR ONE, THEY SET OUT AT THE BOTTOM OF PAGE 6, IS THAT THIS
10   DISCLOSURE IS IMPORTANT, PARTICULARLY IF PLAINTIFFS INTEND TO
11   RAISE ANY OUTSTANDING ISSUES RELATED TO THE EXPANDED CLASS
12   WITH THE COURT.  AND THE GOVERNMENT WOULD LIKE AN OPPORTUNITY,
13   BEFORE THOSE ISSUES ARE RAISED, TO MEET AND CONFER AND ADDRESS
14   THOSE ISSUES.  AND THAT SEEMS TO BE A FAIR REQUEST.
15             SO I THINK AT THIS JUNCTURE IT MAY BE TO SIMPLY
16   ALLOW COUNSEL TO CONTINUE TO MEET AND CONFER ON THIS.  AND TO
17   SUGGEST THAT, AT A MINIMUM, WE WOULD CONTINUE THE WAY WE HAVE
18   BEEN, BUT TO SUGGEST THAT PLAINTIFFS NOT RAISE ANY ISSUES WITH
19   THE COURT PRIOR TO MEETING AND CONFERRING WITH THE GOVERNMENT.
20             SO LET ME JUST LEAVE IT AT THAT.  AND WE CAN ADDRESS
21   THIS AT THE NEXT STATUS CONFERENCE, IF NECESSARY.  OTHERWISE,
22   I WOULD ENCOURAGE THE PARTIES TO WORK THROUGH IT.
23             MS. FABIAN, ANYTHING IN ADDITION ON THAT MATTER?
24             **MS. FABIAN**:  NO.  THAT SOUNDS LIKE A GOOD ENOUGH
25   STEP.  THANK YOU, YOUR HONOR.


                                   MAY 29, 2020
```

1        **THE COURT:**  OKAY.
2             ON THE TRACKING AND INFORMATION SHARING, AS MR.
3   GELERNT SETS OUT IN HIS LETTER, THE FIRST ISSUE HAS TO DO WITH
4   INFORMATION BETWEEN THE GOVERNMENT AND PLAINTIFFS AND CHILD
5   ADVOCATES.
6             THAT APPEARS TO BE PROGRESSING WELL THROUGH THE MEET
7   AND CONFER, AND MR. GELERNT SO INDICATES.
8             THE SECOND ISSUE IS THE ONE WHERE PLAINTIFFS ARE
9   REQUESTING PERHAPS MORE INVOLVEMENT FROM THE COURT, AND THAT
10  IS THE INFORMATION EXCHANGE BETWEEN AND AMONG THE RELEVANT
11  GOVERNMENT AGENCIES.
12            AND HERE, MS. FABIAN HAS TAKEN TIME TO SET OUT, IN
13  GREAT DETAIL, THE EFFORTS THAT THE GOVERNMENT HAS MADE,
14  INCLUDING THE ADDITIONAL PROVISIONS FOR CPB TEAR SHEETS,
15  ALLOWING PARENTS TO SUBMIT ADDITIONAL INFORMATION TO ICE
16  THROUGH THE FAMILY SEPARATION SUPPLEMENTAL INFORMATION FORM,
17  THE COLLABORATIVE INTERAGENCY EFFORTS.  AND THEN OF COURSE
18  THERE IS A DISCUSSION THAT GOES ON WITH RESPECT TO THE HHS
19  I.T. REPORT AND THE GAO REPORTS, WITH AN INDICATION THAT THE
20  RESPECTIVE EXECUTIVE BRANCH AGENCIES ARE NOW MEETING AND
21  ATTEMPTING TO ADDRESS A NUMBER OF THESE CONCERNS THAT WERE SET
22  OUT BY THE I.G. AND IDENTIFIED IN THE GAO REPORT.
23            THERE IS ALSO THE FACT THAT CONGRESS IS WEIGHING IN.
24  HAS PROVIDED FUNDING, AND IS MOVING INTO MORE OF AN OVERSIGHT
25  FASHION HERE.  SO THE GOVERNMENT IS ASKING THE COURT TO, I

MAY 29, 2020

1  GUESS, MONITOR FROM THE SIDE BUT NOT TO OTHERWISE FURTHER
2  INTERVENE.
3       AND I HAD ONE QUESTION HERE, MS. FABIAN.  THERE IS
4  AN IDENTIFICATION OF A UNIFIED IMMIGRATION PORTAL, UIP, WHICH
5  SOUNDS TERRIFIC AND WILL GO A LONG WAY TOWARD PROVIDING
6  NECESSARY INFORMATION BETWEEN AND AMONG THE AGENCIES WITH
7  RESPECT TO THESE FAMILIES AND THE BORDER ISSUE.  AND THERE IS
8  A NOTATION OF A UIP TEAM.
9       CAN YOU TELL US WHAT THAT TEAM IS COMPRISED OF, WHO
10 IS ON IT, GENERALLY, AND WHAT THEY ARE DOING, WHAT THE CURRENT
11 STATUS IS.
12      **MS. FABIAN:**  YOUR HONOR, I DON'T HAVE THE SPECIFICS
13 OF THAT.  I BELIEVE IT IS A COLLABORATIVE EFFORT BETWEEN DATA
14 TEAMS FROM MULTIPLE AGENCIES, INCLUDING DOJ, HHS, AND DHS.
15 BUT I DON'T HAVE, YOU KNOW, SORT OF MORE LINE LEVEL SPECIFICS
16 ON THAT.  I WOULD BE HAPPY TO TALK TO THE AGENCIES AND SEE IF
17 WE CAN SUBMIT A LITTLE MORE INFORMATION ON THAT IN THE NEXT
18 REPORT.
19      **THE COURT:**  IT MAY BE THAT THIS UIP TEAM HAS A
20 LEADER, OR A DESIGNATED LEADERSHIP COMMITTEE.  AND IT MIGHT
21 WELL BE THAT THIS UIP TEAM, OR A PERSON FROM THAT TEAM,
22 CONSISTENT WITH HIS OR HER DUTIES AND REPORTING TO OTHER
23 AGENCIES AND CONGRESS, COULD INCLUDE THE COURT AND COUNSEL IN
24 THIS CASE.  SO IT WOULD SIMPLY BE A STATUS, A WAY OF PROVIDING
25 ADDITIONAL INFORMATION TO THE LITIGANTS IN THIS CASE AND TO

MAY 29, 2020

1  THE COURT IN THIS CASE.
2       DO YOU HAVE ANY THOUGHTS ON THAT?
3       **MS. FABIAN:** YOUR HONOR, I THINK I WOULD SAY I WOULD
4  LIKE TO GO BACK TO MY CLIENTS AND FIND OUT A LITTLE MORE ABOUT
5  THOSE DETAILS, AND PERHAPS WE COULD SEE IF THERE IS A PROPOSAL
6  WE COULD MAKE ALONG THOSE LINES.
7       **THE COURT:** OKAY. LET'S DO THAT.
8       IT SEEMS TO ME THAT -- THIS IS THE FIRST THAT I HAVE
9  HEARD OF THE UIP TEAM, BUT IT SEEMS TO ME THAT IT MIGHT BE
10 THAT TEAM THAT CAN SERVE THE IMPORTANT FUNCTION OF NOT ONLY
11 ADDRESSING THESE ISSUES, TO THE SATISFACTION OF CONGRESS, BUT
12 REPORTING TO THE COURT AND GIVING US THAT NECESSARY
13 INFORMATION. SO LET'S DEFER ON THAT.
14      WHEN I ISSUE THE FOLLOW-UP ORDER FOLLOWING THIS
15 CONFERENCE I WILL SPECIFY AND REQUEST THAT THE GOVERNMENT
16 PROVIDE MORE DETAIL REGARDING THAT UIP TEAM. AND THEN WE CAN
17 ADDRESS IT AT THE NEXT STATUS CONFERENCE.
18      MOVING ON. THE DNA TESTING, LOOKS LIKE THAT IS IN
19 GOOD SHAPE. THE PARTIES ARE MEETING AND CONFERRING. THE
20 NUMBERS AT THE BORDER, OF COURSE, ARE DOWN AT THIS TIME, SO
21 THIS ISSUE HAS KIND OF FALLEN AND RECEDED INTO THE BACKGROUND.
22 I THINK WE WILL JUST DEFER ON THAT, AND WAIT FOR THE NEXT JSR
23 FOR ANY DEVELOPMENTS THERE. BUT AS WITH ALL OF THE REMAINING
24 ISSUES, TO HAVE COUNSEL CONTINUE TO MEET AND CONFER ON THAT AS
25 NECESSARY.

     MAY 29, 2020

1             ON THE ENLARGED CLASS, AS I UNDERSTAND THE REPORT
2  FROM MR. HERZOG, IT IS CONSISTENT WITH WHAT WE KNOW.  AND THAT
3  IS THAT LARGELY OUR COUNTRY AND OTHER SOVEREIGNTIES HAVE BEEN
4  IN A LOCKDOWN MODE, OR CLOSE TO IT.  AND THAT, OF COURSE,
5  HAMPERS THE EFFORTS IN LOCATING AND REUNIFYING.  AND THAT HAS
6  BEEN WELL SET OUT IN THE JSR.
7             LET ME RUN THROUGH SOME OF THESE NUMBERS, MR.
8  HERZOG, TO MAKE SURE I HAVE IT RIGHT.
9             IT APPEARS THAT THE FOCUS -- OF THE 1,556 CHILDREN
10 IN THE POTENTIAL EXPANDED CLASS, THE FOCUS IS ON 1,030.  OF
11 THOSE 1,030 THE STEERING COMMITTEE HAS LOCATED OR CONTACTED
12 PARENTS, ATTORNEYS, SPONSORS, FOR 434 OF THOSE CHILDREN.  THAT
13 WOULD BE 42 PERCENT, IF MY MATH IS CORRECT, OF THAT 1,030.
14 THAT LEAVES 596 CHILDREN FOR WHOM THE STEERING COMMITTEE HAS
15 NOT YET REACHED A SEPARATED PARENT.  THAT WOULD BE 57 PERCENT
16 OF THE 1,030.  OF THAT 596, 69 PERCENT, OR APPROXIMATELY 411
17 PARENTS APPEAR TO HAVE BEEN REMOVED WITHOUT THEIR CHILD.  AND
18 IT WOULD BE THOSE 411 THAT THE STEERING COMMITTEE WOULD TURN
19 ITS ATTENTION TO WITH RESPECT TO JUSTICE IN MOTION AND
20 PROVIDING BOOTS ON THE GROUND TO TRY TO FIND THOSE PARENTS
21 WHEN THIS PANDEMIC RECEDES AND WE ARE ABLE TO MOVE ABOUT MORE
22 FREELY.
23            IS THAT A FAIR ASSESSMENT, MR. HERZOG?
24        **MR. HERZOG:**  YES.  I THINK THAT NUMBER IS
25 APPROXIMATE, BUT IT IS CLOSE.  ONE OF THE THINGS WE HAVE HAD A

MAY 29, 2020

```
 1   CHANCE TO DO WHILE WE HAVE HAD, YOU KNOW, BEEN DISABLED IN
 2   THIS PANDEMIC IS GO THROUGH OUR RECORDS AND COME UP -- YOU
 3   KNOW, COME UP WITH A MORE ACCURATE APPROXIMATION OF 69 PERCENT
 4   THAT YOU ARE LOOKING AT OF HOW MANY OF THE PARENTS ARE, IN
 5   FACT, YOU KNOW, REMOVED PARENTS.  SO, YES, I THINK WE HAVE GOT
 6   IT ESSENTIALLY CORRECT.
 7           THE ONE THING I WOULD ADD IS THAT WE ARE STILL
 8   LOOKING FOR A NUMBER OF PARENTS WHO ARE IN THE UNITED STATES
 9   ON THE GROUND, AS WELL.  OR, YOU KNOW, OTHER WAYS, FROM CALLS,
10   AND HOPEFULLY ON THE GROUND ONCE WE CAN DO THAT TOO.
11           THE COURT:  OKAY.  ANYTHING TO ADD TO THE STATUS
12   CONFERENCE -- OR THE STATUS REPORT IS VERY CLEAR ON WHAT STEPS
13   YOU HAVE TAKEN, WHERE YOU ARE.  AND ANY MORE TO ADD TO IT?
14           MR. HERZOG:  NOTHING REALLY.  I MEAN, WE ARE
15   HOPEFUL, YOU KNOW, BOTH FOR OUR WORK HERE, AND FOR EVERYBODY
16   ELSE'S SAKE, THAT THE PANDEMIC RECEDES AND WE CAN START DOING
17   THE WORK WE WANT TO DO AGAIN.
18           UNFORTUNATELY, I THINK, YOU KNOW, CONDITIONS IN
19   LATIN AMERICA HAVE NOT BEEN GETTING BETTER THE LAST FEW WEEKS,
20   SO WE WILL SEE.  I DON'T THINK THEY -- I THINK THEY ARE AT A
21   POINT WHERE CASES ARE STILL GOING UP IN SOME OF THESE
22   COUNTRIES.
23           THE COURT:  YES.  IT WOULD APPEAR THAT WE ARE
24   LARGELY IN A HOLD PATTERN, HOSTAGE TO THIS VIRUS, AT LEAST FOR
25   THE NEAR TERM.  AND ONCE WE AND OTHER COUNTRIES ARE ABLE TO
```

MAY 29, 2020

```
 1  MOBILIZE MORE FREELY, PARTICULARLY THOSE IN CENTRAL AMERICA,
 2  THEN JUSTICE IN MOTION WOULD BE READY, WILLING AND ABLE TO
 3  JUMP BACK INTO THIS SEARCH, CORRECT?
 4          MR. HERZOG:  THAT IS EXACTLY RIGHT.  AND WITH
 5  RESPECT TO THE PARENTS OVERSEAS.  WITH THE PARENTS IN THE U.S.
 6  IT IS BASICALLY OUR COMMITTEE.  AND WE ARE -- AS WE HAVE
 7  NOTED, WE ARE NOW WORKING WITH THE SENECA GROUP, SENECA FAMILY
 8  OF AGENCIES, WHICH IS ON ITS OWN MISSION TO TRY TO LOCATE
 9  PARENTS IN THE U.S.  SO WE ARE WORKING WITH THEM TO HOPEFULLY
10  FIND THE PARENTS.  IT IS A SMALLER NUMBER OF PARENTS IN THE
11  U.S. WHO HAVE NOT BEEN FOUND.
12          THE COURT:  YES.  THANK YOU.
13          THEN AS TO MMM, EVERYTHING LOOKS TO BE IN ORDER.
14  ANYTHING TO MENTION ON THAT CASE?
15          MS. COSTELLO-ESSIG:  NO, YOUR HONOR.  THANK YOU.
16          THE COURT:  ALL RIGHT.
17          AND MS. WEISS, ANYTHING TO ADD?  IT IS ALWAYS NICE
18  TO HEAR FROM YOU.  ANYTHING ON YOUR END?
19          MS. WEISS:  NO.  THANK YOU, YOUR HONOR.  AS WE HAVE
20  NOTED, AND AS MR. GELERNT AND MS. FABIAN BOTH NOTED IN THE
21  JSR, WE ARE CONTINUING TO CONFER ON INFORMATION SHARING WITH
22  THE LEGAL PROVIDERS AND CHILD ADVOCATES.  I AM HOPEFUL.  SO
23  THANK YOU.
24          THE COURT:  VERY GOOD.
25          I DON'T THINK I HAVE EVER HAD A HEARING WHERE I HAVE
```

MAY 29, 2020

```
 1  NOT HEARD FROM MR. GELERNT.  ARE YOU STILL ON THE LINE?
 2            MR. GELERNT:  I AM, YES.  THANK YOU, YOUR HONOR.
 3            THE COURT:  GOOD.  I TRUST AND HOPE THAT YOU ARE ALL
 4  WELL.  I THINK THE WAY WE OUGHT TO LEAVE THIS IS TO SIMPLY SET
 5  IT OUT FOR ANOTHER SIX WEEKS.
 6            SO I WILL ISSUE AN ORDER REQUESTING A JSR ON JULY 8.
 7  WE CAN MEET AGAIN TELEPHONICALLY JULY 10 AT 1:00 P.M.
 8            ANY OTHER MATTERS WE NEED TO ADDRESS AT THIS TIME?
 9            MR. GELERNT:  NONE FROM MS. L, YOUR HONOR.
10            MS. FABIAN:  NOTHING FROM THE GOVERNMENT, YOUR
11  HONOR.
12            THE COURT:  VERY GOOD.
13            THANK YOU VERY MUCH.  HAVE A NICE WEEKEND.  AND I
14  WILL LOOK FORWARD TO SPEAKING WITH COUNSEL AGAIN IN ANOTHER
15  SIX WEEKS.
16            MR. GELERNT:  THANK YOU, YOUR HONOR.
17            MS. FABIAN:  THANK YOU, YOUR HONOR.
18            MS. WEISS:  THANK YOU.
19
20                            *   *   *
21            I CERTIFY THAT THE FOREGOING IS A CORRECT
            TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
22            IN THE ABOVE-ENTITLED MATTER.
23            S/LEEANN PENCE                         JUNE/1/2020
            LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
24
25


                           MAY 29, 2020
```