| | |
|---|---|
| JOSEPH H. HUNT | Lee Gelernt* |
| Assistant Attorney General | Judy Rabinovitz* |
| SCOTT G. STEWART | Anand Balakrishnan* |
| Deputy Assistant Attorney General | AMERICAN CIVIL LIBERTIES |
| WILLIAM C. PEACHEY | UNION FOUNDATION |
| Director | 125 Broad St., 18th Floor |
| Office of Immigration Litigation | New York, NY 10004 |
| U.S. Department of Justice | T:  (212) 549-2660 |
| WILLIAM C. SILVIS | F:  (212) 549-2654 |
| Assistant Director | *lgelernt@aclu.org* |
| Office of Immigration Litigation | *jrabinovitz@aclu.org* |
| SARAH B. FABIAN | *abalakrishnan@aclu.org* |
| Senior Litigation Counsel | |
| NICOLE N. MURLEY | Bardis Vakili (SBN 247783) |
| Senior Litigation Counsel | ACLU FOUNDATION OF SAN |
| Office of Immigration Litigation | DIEGO & IMPERIAL COUNTIES |
| U.S. Department of Justice | P.O. Box 87131 |
| Box 868, Ben Franklin Station | San Diego, CA 92138-7131 |
| Washington, DC 20442 | T: (619) 398-4485 |
| Telephone: (202) 616-0473 | F: (619) 232-0036 |
| Fax: (202) 616-8962 | *bvakili@aclusandiego.org* |
| | |
| ADAM L. BRAVERMAN | Stephen B. Kang (SBN 292280) |
| United States Attorney | Spencer E. Amdur (SBN 320069) |
| SAMUEL W. BETTWY | AMERICAN CIVIL LIBERTIES |
| Assistant U.S. Attorney | UNION FOUNDATION |
| California Bar No. 94918 | 39 Drumm Street |
| Office of the U.S. Attorney | San Francisco, CA 94111 |
| 880 Front Street, Room 6293 | T:  (415) 343-1198 |
| San Diego, CA 92101-8893 | F:  (415) 395-0950 |
| 619-546-7125 | *skang@aclu.org* |
| 619-546-7751 (fax) | *samdur@aclu.org* |
| | |
| *Attorneys for Federal Respondents-Defendants* | *Attorneys for Petitioners-Plaintiffs* |
| | *\*Admitted Pro Hac Vice* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>    Petitioners-Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>    Respondents-Defendants. | Case No. 3:18-cv-0428 DMS MDD<br><br>**JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

Respondents-Defendants, U.S. Immigration and Customs Enforcement, *et al.*, have met and conferred with Petitioners-Plaintiffs, *Ms. L.*, *et al*. The parties agree and stipulate, in the interests of proceeding with this litigation in the most orderly and efficient manner possible, to extend the time period for Respondent-Defendants to answer Petitioner-Plaintiffs third amended complaint. Accordingly, the parties hereby stipulate that Respondent-Defendants' answer to the third amended complaint shall be due Monday, August 10, 2020.

A proposed order accompanies the joint stipulation.

DATED: June 8, 2020          Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        SCOTT G. STEWART
                                        Deputy Assistant Attorney General

                                        WILLIAM C. PEACHEY
                                        Director

                                        WILLIAM C. SILVIS
                                        Assistant Director

*/s/ Sarah B/ Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-0473 (phone)
(202) 305-7000 (facsimile)
Email: Nicole.Murley@usdoj.gov

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney

*Attorneys for Respondents-Defendants*

/s/ Lee Gelernt (with permission)
Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO
& IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131

T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*