# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>    Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>    Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

      A status conference was held on July 10, 2020. After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1.     A further status conference shall be held on **August 21, 2020**, at **11:30 a.m.** The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

    a.     Dial the toll free number: **877-411-9748**;

    b.     Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

    c.     Enter the Participant Security Code **08210428** and Press # (The security code will be confirmed);

    d.     Once the Security Code is confirmed, participants will be prompted to Press

1 to join the conference or Press 2 to re-enter the Security Code.

Members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

2. The next Joint Status Report shall be filed on or before **3:00 p.m.** on **August 19, 2020**. As part of their submission, Defendants shall provide a declaration from the Assistant Commissioner of OIT or other appropriate designee setting out the status of the development of the UIP and estimated completion date. The declarant should also address the Court's concerns about how the UIP will enable parents in criminal custody access to their childrens' location information and how the UIP will assist in reunification efforts when a parent is transferred from criminal custody to immigration custody.

Dated: July 10, 2020

Hon. Dana M. Sabraw
United States District Judge