UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al, <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al, <br><br> Respondents-Defendants. | Case No. 18-cv-428 DMS MDD <br><br> **ORDER GRANTING JOINT STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT** |

Before the Court is the parties' Stipulated Extension of Time for Respondent-Defendants to Answer Petitioners-Plaintiffs' Third Amended Complaint. IT IS HEREBY ORDERED that Respondent-Defendants Answer to Petitioner-Plaintiffs' Third Amended Complaint shall be due Friday, October 9, 2020.

Dated: August 11, 2020

_____
Hon. Dana M. Sabraw
United States District Judge