**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L.; et al.,<br><br>　　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>　　　　　Respondents-Defendants. | Case No.:  18cv0428 DMS (MDD)<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

　　　Due to a conflict on the Court's calendar, the October 16, 2020 status conference is hereby continued to **October 22, 2020**, at **1:30 p.m.**  The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

　　　a.　Dial the toll free number: **877-411-9748**;

　　　b.　Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

　　　c.　Enter the Participant Security Code **10220428** and Press # (The security code will be confirmed);

　　　d.　Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

1  Members of the general public may attend in person.  All persons dialing in to the
2  conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court
3  proceedings.
4       The deadline for the Joint Status Report is also continued to **October 20, 2020**, at
5  **3:00 p.m.**
6  Dated: September 22, 2020

                                                Hon. Dana M. Sabraw
                                                United States District Judge