| | |
|---|---|
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br>SCOTT G. STEWART<br>Deputy Assistant Attorney General<br>WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br>U.S. Department of Justice<br>WILLIAM C. SILVIS<br>Assistant Director<br>Office of Immigration Litigation<br>SARAH B. FABIAN<br>Senior Litigation Counsel<br>NICOLE N. MURLEY<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>U.S. Department of Justice<br>Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-0473<br>Fax: (202) 616-8962<br><br>ADAM L. BRAVERMAN<br>United States Attorney<br>SAMUEL W. BETTWY<br>Assistant U.S. Attorney<br>California Bar No. 94918<br>Office of the U.S. Attorney<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893<br>619-546-7125<br>619-546-7751 (fax)<br><br>Attorneys for Federal Respondents-Defendants | Lee Gelernt*<br>Judy Rabinovitz*<br>Anand Balakrishnan*<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>T: (212) 549-2660<br>F: (212) 549-2654<br>lgelernt@aclu.org<br>jrabinovitz@aclu.org<br>abalakrishnan@aclu.org<br><br>Bardis Vakili (SBN 247783)<br>ACLU FOUNDATION OF SAN<br>DIEGO & IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>T: (619) 398-4485<br>F: (619) 232-0036<br>bvakili@aclusandiego.org<br><br>Stephen B. Kang (SBN 292280)<br>Spencer E. Amdur (SBN 320069)<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>39 Drumm Street<br>San Francisco, CA 94111<br>T: (415) 343-1198<br>F: (415) 395-0950<br>skang@aclu.org<br>samdur@aclu.org<br><br>Attorneys for Petitioners-Plaintiffs<br>*Admitted Pro Hac Vice |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., | Case No.: 3:18-cv-0428-DMS-MDD |
| Petitioners-Plaintiffs, | **JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |
| vs. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents-Defendants. | |

Respondents-Defendants, U.S. Immigration and Customs Enforcement, et al., have met and conferred with Petitioners-Plaintiffs, Ms. L., et al. The parties agree and stipulate, in the interests of proceeding with this litigation in the most orderly and efficient manner possible, to extend the time period for Respondent-Defendants to answer Petitioner-Plaintiffs third amended complaint. Accordingly, the parties hereby stipulate that Respondent-Defendants' answer to the third amended complaint shall be due Tuesday, December 8, 2020.

A proposed order accompanies the joint stipulation

Dated October 8, 2020                    Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

/s/ Sarah B. Fabian
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE N. MURLEY
Senior Litigation Counsel

Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 616-0473 (phone)
(202) 305-7000 (facsimile)
Email: Nicole.Murley@usdoj.gov

/s/ Lee Gelernt
Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
lgelernt@aclu.org
jrabinovitz@aclu.org
abalakrishnan@aclu.org

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
bvakili@aclusandiego.org

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)

| | |
|---|---|
| 1 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 2 | 39 Drumm Street |
| 3 | San Francisco, CA 94111 |
| 4 | T: (415) 343-1198 |
| 5 | F: (415) 395-0950 |
| 6 | skang@aclu.org |
| 7 | samdur@aclu.org |
|   | Attorneys for Petitioners-Plaintiffs |
|   | *Admitted Pro Hac Vice |

3