# EXHIBIT A

## Survey to LSPs and Child Advocates
## October 2, 2020

The parties in the *Ms. L* litigation have been negotiating for more than a year about protocols to govern how information about separated families is shared with LSPs and Young Center child advocates. To inform these negotiations, it would be very helpful to know what information you receive and how you receive it when working with a child who has been separated from their parent or legal guardian. In answering the questions, please reflect your experience over the past year working with separated children (we know that shelter numbers have plummeted in the last few months). ==Please complete this short survey **by October 7**==. Replies to this email will go to Lowenstein Sandler, which has been assisting the New York-area LSPs in the *Ms. L* litigation.

1. **I work for:**
    ☐ an LSP
    ☐ the Young Center

2. **I work in:**
   Name(s) of state(s) _____
   Name(s) of shelter(s) _____

3. **When working with a separated child, do you generally learn the location of the parent?**
    ☐ Yes
    ☐ No

4. **If yes to Question 3, do you generally learn the parent's *particular* location?**

    ☐ No. I generally learn only that the parent is in custody, removed, or released, but not the parent's particular location.

    > I get this basic information from:
    > ☐ the ORR case manager
    > ☐ the ORR Federal Field Specialist
    > Other _____

    a. If the parent is in **ICE custody**:

        ☐ I usually do not learn the name and location of the facility where they parent is held.

        ☐ I usually do learn the name and location of the facility where the parent is held by:

            ☐ communicating with the ORR case manager
            ☐ communicating with the ORR Federal Field Specialist
            ☐ reviewing the child's ORR case file ☐ which I receive upon request, ☐ which I receive if I file an [Authorization for Release of Records (ORR UAC/C-5)](#), in which case I get the file in about ___ days.
            Other _____

    b. If the parent is in **U.S. Marshal custody**:

        ☐ I usually do not learn the name and location of the facility where they parent is held.

-1-

      ☐    I usually do learn the name and location of the facility where the parent is held by:

          ☐ communicating with the ORR case manager
          ☐ communicating with the ORR Federal Field Specialist
          ☐ reviewing the child's ORR case file ☐ which I receive upon request, ☐ which I receive if I file an Authorization for Release of Records (ORR UAC/C-5), in which case I get the file in about ___ days.
          Other _____

  c.  If the parent has been **repatriated**:

      ☐    I usually do not learn the parent's address or exact location.

      ☐    I usually do learn the parent's address or exact location by:

          ☐ communicating with the ORR case manager
          ☐ communicating with the ORR Federal Field Specialist
          ☐ reviewing the child's ORR case file ☐ which I receive upon request, ☐ which I receive if I file an Authorization for Release of Records (ORR UAC/C-5), in which case I get the file in about ___ days.
          Other _____

  d.  If the parent has been **released in the United States**:

      ☐    I usually do not learn the parent's address or exact location.

      ☐    I usually do learn the parent's address or exact location by:

          ☐ communicating with the ORR case manager
          ☐ communicating with the ORR Federal Field Specialist
          ☐ reviewing the child's ORR case file ☐ which I receive upon request, ☐ which I receive if I file an Authorization for Release of Records (ORR UAC/C-5), in which case I get the file in about ___ days.
          Other _____

5. **Do you generally learn *how* to contact the parent (e.g., a contact person in the facility, a phone number, an email address, contact information for the parent's lawyer (if any))?**
☐ No
☐ Yes

      If yes, I usually get this information by:
          ☐ communicating with the ORR case manager
          ☐ communicating with the ORR Federal Field Specialist
          ☐ reviewing the child's ORR case file ☐ which I receive upon request, ☐ which I receive if I file an Authorization for Release of Records (ORR UAC/C-5), in which case I get the file in about ___ days.
          Other _____

6. **Do you generally learn the reason for the separation?**
☐ No
☐ Yes

       If yes, I usually get this information by:
- ☐ communicating with the ORR case manager
- ☐ communicating with the ORR Federal Field Specialist
- ☐ reviewing the child's ORR case file ☐ which I receive upon request, ☐ which I receive if I file an Authorization for Release of Records (ORR UAC/C-5), in which case I get the file in about ___ days.

Other _____

7. **The *Notice of Potential Rights Form* is the form through which a parent expresses the desire to be reunified with the child or to allow the child to be released to a sponsor. Do you generally have access to this form?**
   - ☐ No
   - ☐ Yes

       If yes, I usually get this form by:
- ☐ communicating with the ORR case manager
- ☐ communicating with the ORR Federal Field Specialist
- ☐ reviewing the child's ORR case file ☐ which I receive upon request, ☐ which I receive if I file an Authorization for Release of Records (ORR UAC/C-5), in which case I get the file in about ___ days.

Other _____

8. **A *Letter of Designation* is the document through which a parent can designate potential sponsors for a child if the parent has authorized the child's release to a sponsor. Do you generally have access to this document?**
   - ☐ No
   - ☐ Yes

       If yes, I usually get this document by:
- ☐ communicating with the ORR case manager
- ☐ communicating with the ORR Federal Field Specialist
- ☐ reviewing the child's ORR case file ☐ which I receive upon request, ☐ which I receive if I file an Authorization for Release of Records (ORR UAC/C-5), in which case I get the file in about ___ days.

Other _____