UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MS. L., *et al.*, | ) | |
| | ) | |
|     *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | CASE NO. 18cv428 DMS MDD |
| | ) | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | ) ) | |
| | ) | |
|     *Defendants.* | ) | |
| | ) | |

**DECLARATION OF ROBERT J. COSTELLO**

I, Robert J. Costello, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows, relating to the above-captioned matter:

1. I am currently an Executive Director with the Office of Information Technology (OIT), Enterprise Services, U.S. Customs and Border Protection (CBP), U.S. Department of Homeland Security (DHS). I am currently serving on detail to the Border Enforcement and Management Systems Directorate since March of 2017, and concurrently in the permanent role of the Executive Director of Enterprise Networks and Technology Support. I have served as an Executive Director of OIT since August of 2017. Prior to this, I was the Deputy Executive Director of Field Support within OIT. I have over twenty-five years of information technology leadership experience as a senior information technology executive in federal government and private sector, including at U.S Immigrations and Customs Enforcement (ICE) and the U.S Air Force.

1

2. As I have previously outlined for this court, in my current role, I am responsible for management and oversight of the programs assigned to my directorate, which includes the Unified Immigration Portal (UIP). I am familiar with the development of the UIP, and I meet daily with the program team and participate in bi-weekly briefs to the Assistant Commissioner of OIT and agency leadership on the UIP.

3. I previously submitted a declaration to this court on August 19, 2020 regarding the development of the UIP and its current status. During the August 21, 2020 status conference in this case, the court requested that I submit an additional declaration identifying the progress that CBP OIT has made on the UIP since my previous declaration, an approximation of the future steps to be taken with regards to the UIP, and if possible, a time of completion for the UIP.

4. As outlined in my previous declaration, CBP OIT, working with its partners in the U.S. government, is developing the UIP, which is intended to be a technological platform where authorized users within the U.S. government can access relevant immigration-related data from multiple agencies through a single interface, to enable a more complete understanding of an individual's journey throughout the immigration system. In short, the UIP will serve as a centralized location for agencies to share certain information about individuals in the immigration process.

5. Currently, the UIP development team is continuing to work with its federal partners to establish the UIP as expeditiously as possible. Since my original declaration, the team has completed several additional important steps, such as piloting use of the platform by users in CBP's Office of Field Operations, CBP's United States Border Patrol, and ICE Enforcement and Removal Operations (ERO) in several locations on the southwest

border. The goal for these pilots is for users to gain familiarity with the system and to create a feedback loop to make system enhancements based on real-world use. The UIP team also continues to work with the Department of Health and Human Services (HHS) Office of Refugee Resettlement (ORR) on an unaccompanied alien child(ren) (UAC) referral service which will automate data sharing between DHS and HHS for UAC placement requests. Utilizing this service, the UIP will automatically capture when a request for HHS placement was made by CBP, when the request was received by HHS, and when placement was secured by HHS. The UIP will also automatically share biographic and referral information—eliminating duplicate data entry and streamlining the placement process. These new services are currently being tested by teams from UIP and HHS, and will be rolled-out in conjunction with the deployment of HHS' PATH system. In addition to the pilots described above, the UIP team has on-boarded new users from ICE's Juvenile and Family Residential Unit (JFRMU) and is working on ways to streamline information sharing between JFRMU and HHS. The UIP team also helped establish and participates in a working group with components from DHS and HHS to create data standards to ensure consistent data terminology across both agency's systems.

6. As discussed previously, the UIP development team is utilizing a flexible buildout to adapt to shifting business and operational needs. This flexible approach has also allowed the establishment of the UIP to adjust to factors outside of the development team's control, such as the global pandemic. As a result of the flexible buildout, the UIP is being developed on a fluid timeline, and thus the UIP is being implemented in phases, rather than with fixed deadlines. Currently, the UIP is within its second phase. The goal of this phase is to develop the technical solution to enable data standardization and

sharing. In other words, if the UIP was a house-building project, when Phase 2 is complete, we will have the foundation, walls, and roof.

7. The next phase, Phase 3, will include further data integration across agencies as agency partners incorporate UIP services into their software modernization efforts. This may include the development of capabilities that facilitate sharing electronic documents across agencies, providing and receiving a real-time stream of data between agencies (e.g. sharing data about immigration proceedings between DHS and the Department of Justice Executive Office for Immigration Review), and expanding visualization via dashboarding tools within the UIP.

8. In light of the flexible buildout for the development of the UIP, the team is unable to provide an estimated date of completion for the project, but continues to make diligent progress. That said, the second phase is projected to be completed by the end of this calendar year, and Phase 3 is currently projected to be completed by the end of the first quarter of fiscal year 2022 (December 2022). It should be noted that, with the completion of Phase 3, the UIP will complete its full operating capability milestone. This means that major architecture, design, and development work will be complete and it will enter into operations and maintenance. To continue the house-building analogy, at the end of this Phase, the UIP will be fully built, with electrical, plumbing, etc., and the program will be ready for move-in and furnishing (i.e., the team will continue to add data-feeds and expand sharing services as operational needs require).

9. As outlined in my previous declaration, the intent of the UIP is to facilitate the sharing of immigration-related information across agencies. Therefore, the UIP will facilitate the following types of information sharing:

a. If an alien parent and child are separated upon encounter because the parent is referred for prosecution, the UIP will reflect that the parent was referred for criminal prosecution and transferred to criminal custody. Therefore, all users of the UIP (including CBP, ICE, and HHS users) will be able to view that the parent is in criminal custody. Because the UIP is intended to provide information about an individual's progression through the immigration system, the UIP will not contain information regarding the parent's criminal trial or specific information regarding the parent's location in U.S. Marshals Service or Federal Bureau of Prisons custody. Additionally, for this same reason, prosecutors and public defenders will not have access to the UIP. However, in this scenario, the UIP will show the HHS facility to which the child was referred. If, following the parent's release from criminal custody, the parent is transferred to ICE custody, the UIP will reflect the specific ICE detention facility where the parent is detained, such that users of the UIP at both ICE and HHS may be able to facilitate communication between the parent and child, and/or reunification where appropriate. The UIP will also reflect any transfer of the parent to a different location in ICE custody. The UIP will also include an annotation that the parent had previously been separated from their child.

b. Similarly, if an alien parent and child are separated upon encounter for some other reason, users of the UIP (including CBP, ICE, and HHS) will have access to information regarding the encounter and the reasons for the separation. Additionally, users of the UIP will be able to view the specific ICE facility to which the parent was referred, and the specific HHS facility to which the child

       was referred.  Users will also have information about any transfers of the parent or child to other locations in HHS and ICE custody.

10.    I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 20th day of October, 2020.

*Robert J. Costello*    10/20/2020
Robert J. Costello
Executive Director
Office of Information Technology
Enterprise Services
U.S. Customs and Border Protection

6