# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L., *et al.*, ) <br> ) <br>    *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> U.S. IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT, *et al.*, ) <br> ) <br>    *Defendants.* ) <br> ) | CASE NO. 18cv428 DMS MDD |

## DECLARATION OF ROBERT J. COSTELLO

I, Robert J. Costello, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows, relating to the above-captioned matter:

1. I am currently an Executive Director with the Office of Information Technology (OIT), Enterprise Services, U.S. Customs and Border Protection (CBP), U.S. Department of Homeland Security (DHS). I am currently serving on detail to the Border Enforcement and Management Systems Directorate since March of 2017, and concurrently in the permanent role of the Executive Director of Enterprise Networks and Technology Support. I have served as an Executive Director of OIT since August of 2017. Prior to this, I was the Deputy Executive Director of Field Support within OIT. I have over twenty-five years of information technology leadership experience as a senior information technology executive in federal government and private sector, including at U.S Immigrations and Customs Enforcement (ICE) and the U.S Air Force.

1

2. As I have previously outlined for this court, in my current role, I am responsible for management and oversight of the programs assigned to my directorate, which includes the Unified Immigration Portal (UIP). I am familiar with the development of the UIP, and I meet daily with the program team and participate in bi-weekly briefs to the Assistant Commissioner of OIT and agency leadership on the UIP.

3. I have provided this courts with two declarations, on Aug. 19, 2020, and Oct. 20, 2020, regarding the process for developing and implementing the UIP, its current status, and anticipated next steps. I have also provided information to the court regarding the UIP at status conferences in this case. During the October 22, 2020 status conference, the court requested that I submit an additional declaration identifying additional progress that CBP OIT has made on the UIP since my previous declaration, including a specific discussion of the timeline for Phase 3 of the UIP's development.

4. As outlined in my previous declarations, CBP OIT, working with its partners in the U.S. government, is developing the UIP, which is intended to be a technological platform where authorized users within the U.S. government can access relevant immigration-related data from multiple agencies through a single interface, to enable a more complete understanding of an individual's journey throughout the immigration system. The UIP will serve as a centralized location for agencies to share certain information about individuals in the immigration process.

5. Currently, the UIP development team is continuing to work with its federal partners to develop the UIP as expeditiously as possible. Of the efforts discussed in my previous declarations, I provide the following updates:

   a. <u>Piloting use of the UIP in locations along the southwest border:</u> Piloting the platform resulted in new users and enhancements to the system to address the operational needs of these users. Several of these enhancements have already

been released into production. One of these enhancements, for example, was to create a filter for certain data fields related to family units in CBP custody on the ICE-CBP dashboard, allowing ICE to more easily access and view the information and plan for resource needs.

  b. <u>UAC Referral Service:</u> The program is currently performing User Acceptance Testing (UAT) on the UAC referral and placement service to validate end-to-end functionality of the automatic data exchange between CBP and U.S. Health and Human Services (HHS) systems. This effort remains on schedule and is aligned with HHS's UAC Path modernization efforts. UAC Path is the modern replacement for the current UAC Portal.

6. Additionally, since my last declaration, the team has completed several additional important steps, such as deploying our backbone technology infrastructure, which essentially lays the foundation for the modern architecture of UIP. This is a major project milestone for Phase 2 and for the program as a whole. The UIP team has also added certain information to the UAC Placement dashboard, including an indicator of whether a UAC being referred was separated from his/her parent and the reasons for any separation. While CBP currently provides this information to HHS at the time that a UAC is referred, presenting the information in the dashboard enables HHS to access the information more quickly and efficiently, allowing HHS users to improve placement decisions and resource allocation for facilities.

7. As discussed previously, the UIP development team is utilizing a flexible buildout to adapt to shifting business and operational needs. This flexible approach has also allowed the establishment of the UIP to adjust to factors outside of the development team's control, such as the global pandemic. As a result of the flexible buildout, the UIP is being developed on a fluid timeline, and thus the UIP is being implemented in phases,

rather than with fixed deadlines. Currently, the UIP remains within its second phase, and the team continues to develop the technological capabilities to enable data standardization and sharing. Phase 2 is still expected to be completed by the end of this calendar year.

8. The next phase, Phase 3, will include further data integration across agencies as agency partners incorporate UIP services into their software modernization efforts. This may include the development of capabilities that facilitate sharing electronic documents across agencies, providing and receiving a real-time stream of data between agencies (e.g. sharing data about immigration proceedings between DHS and the Department of Justice Executive Office for Immigration Review), and expanding visualization via dashboarding tools within the UIP.

9. In light of the flexible buildout for the development of the UIP, the team is unable to provide an estimated date of completion for the project, but continues to make diligent progress. Phase 3, in which the UIP will be fully built and functional, is currently projected to be completed by the end of the first quarter of fiscal year 2022 (December 2022). The UIP program has been leveraging all available avenues for acceleration of the program, including working on multiple facets of the program in parallel. For example, the UIP development team continues to build-out the underlying architecture while also releasing software updates weekly to support the operational needs and data sharing for both end-users and agency partners. While these development efforts are ongoing, UIP continues to work with various partners across the government on data-sharing requirements for information that needs to be shared through UIP. End-users with access are also able to use the platform while these development efforts continue. UIP has also streamlined the acquisition process by eliminating unnecessary reviews to align more closely with modern software development best-practices.

10. This iterative and flexible approach has allowed UIP to begin providing working software to end-users immediately. To clarify, the UIP system capabilities are currently in-use and being rolled-out to users across ICE, CBP, and HHS. These capabilities are being upgraded as the UIP phases progress, so users are not waiting until all three phases are completed to use the system. Rather, in each phase, the capabilities are expanded to satisfy operational needs and align with our stakeholder partners' key initiatives. This flexibility has also allowed UIP to work with HHS, who wasn't initially scoped to be a year-1 partner, to establish the UAC Placement Dashboard and begin the UAC referral service. UIP is also collaborating with ICE on our Phase 2 goal to establish the backbone technology. Because of this collaboration, UIP will begin sharing real-time data from ICE in Phase 2—something that was initially scheduled for Phase 3.

11. I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this  2  day of December, 2020.

*Robert J. Costello*
_____
Robert J. Costello
Executive Director
Office of Information Technology
Enterprise Services
U.S. Customs and Border Protection