UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

_____ )
                                         )
MS. L., ET AL.,                          )
                                         )   CASE NO. 18CV0428-DMS
          PETITIONERS-PLAINTIFFS,        )
                                         )
VS.                                      )
                                         )
                                         )
                                         )
                                         )
U.S. IMMIGRATION AND CUSTOMS             )   SAN DIEGO, CALIFORNIA
ENFORCEMENT ("ICE"), ET AL.,             )  FRIDAY, DECEMBER 4, 2020
                                         )    1:30 P.M. CALENDAR
          RESPONDENTS-DEFENDANTS. )
------------------------------------

REPORTER'S TRANSCRIPT OF PROCEEDINGS

**TELEPHONIC STATUS CONFERENCE**


REPORTED BY:                    LEE ANN PENCE,
                                OFFICIAL COURT REPORTER
                                UNITED STATES COURTHOUSE
                                333 WEST BROADWAY, ROOM 1393
                                SAN DIEGO, CALIFORNIA 92101

```
FOR PLAINTIFF:                    LEE GELERNT, ESQ.
                                  DANIEL GALINDO, ESQ.
                                  ACLU IMMIGRANT RIGHTS PROJECT
                                  125 BROAD STREET 18TH FLOOR
                                  NEW YORK, NEW YORK 10004


FOR DEFENDANT:                    SARAH B. FABIAN, ESQ.
                                  U.S. DEPARTMENT OF JUSTICE
                                  OFFICE OF IMMIGRATION LITIGATION
                                  P.O. BOX 868
                                  BEN FRANKLIN STATION
                                  WASHINGTON, DC 20044



 ALSO APPEARING:                  WILSON BARMEYER
                                  HALEY COSTELLO-ESSIG
                                  STEVEN HERZOG
                                  DAVID MARSHALL
                                  CATHERINE WEISS
                                  ROBERT COSTELLO
```

1  **SAN DIEGO, CALIFORNIA — FRIDAY, DECEMBER 4, 2020 — 1:30 P.M.**

2                              *   *   *

3            **THE CLERK:**  NO. 11 ON CALENDAR, CASE NO. 18CV0428,

4  MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR

5  STATUS CONFERENCE.

6            **THE COURT:**  GOOD AFTERNOON, COUNSEL.

7            I HAVE A LIST OF COUNSEL WHO MAY BE APPEARING, BUT

8  WE HAVE PATCHED DIRECTLY INTO THE PHONE CALL SO PERHAPS I CAN

9  INVITE COUNSEL TO STATE YOUR APPEARANCES.

10           LET'S START WITH THE MS. L. CASE.  FOR PLAINTIFFS'

11  COUNSEL, WHO WOULD BE ON THE LINE?

12           **MR. BARMEYER:**  GOOD AFTERNOON, YOUR HONOR.  WILSON

13  BARMEYER FOR THE DORA PLAINTIFFS.

14           **THE COURT:**  ALL RIGHT.

15           WHO FOR MS. L.?  DO WE HAVE MR. GELERNT OR ANY OTHER

16  COUNSEL?

17           **MR. GALINDO:**  I BELIEVE HE MAY BE HAVING SOME PHONE

18  TROUBLE.  THIS IS DANIEL GALINDO FOR MS. L.

19           **THE COURT:**  ALL RIGHT.  THANK YOU.

20           WAS MR. GELERNT INTENDING TO BE ON THE LINE?

21           **MR. GALINDO:**  YES, YOUR HONOR.  LET ME TRY TO FIGURE

22  OUT WHAT IS HAPPENING.

23           **THE COURT:**  OKAY.  AS LONG AS WE HAVE YOU, THAT, OF

24  COURSE, IS VERY HELPFUL.

25           AND FOR THE GOVERNMENT, WHO WOULD BE ON THE LINE?


                         DECEMBER 4, 2020

1          **MS. FABIAN:**  GOOD AFTERNOON, YOUR HONOR.  THIS IS

2    SARAH FABIAN FOR THE GOVERNMENT.  AND I BELIEVE IT WILL JUST

3    BE ME TODAY.

4          **THE COURT:**  OKAY.  THANK YOU.

5          HOW ABOUT OTHER COUNSEL ON ANY OF THE OTHER CASES,

6    CAN YOU STATE YOUR APPEARANCES?

7          **MS. COSTELLO-ESSIG:**  GOOD AFTERNOON, YOUR HONOR.

8    THIS IS HALEY COSTELLO-ESSIG WITH HOGAN LOVELLS FOR MMM.

9          **THE COURT:**  THANK YOU.

10         **MS. WEISS:**  GOOD AFTERNOON, YOUR HONOR.  THIS IS

11   CATHERINE WEISS FOR THE SERVICE PROVIDERS.

12         **THE COURT:**  ALL RIGHT.  THANK YOU.

13         MR. HERZOG, ARE YOU ON THE LINE?

14         **MR. HERZOG:**  I AM, YOUR HONOR, YES.  I THINK MY

15   COLLEAGUE, DAVID MARSHALL, IS ALSO ON.

16         DAVE?

17         **THE COURT:**  ALL RIGHT.

18         **MR. HERZOG:**  MAYBE HE IS HAVING PHONE TROUBLE, TOO.

19   I DON'T KNOW.

20         **MR. MARSHALL:**  I AM ALSO ON, YOUR HONOR.  THANK YOU.

21         **MR HERZOG:**  GREAT.  THANK YOU, DAVE.

22         **THE COURT:**  MR. GALINDO, ANY WORD FROM MR. GELERNT?

23         **MR. GALINDO:**  YES.  IT DOES APPEAR HE IS HAVING

24   TROUBLE CONNECTING, AND WE ARE JUST DOUBLE CHECKING WHAT IS

25   GOING WRONG.


                    DECEMBER 4, 2020

1           **THE COURT:**  WE CAN GO AHEAD AND GET STARTED SINCE WE

2    HAVE MR. GALINDO ON THE LINE.

3           **MR. GELERNT:**  YOUR HONOR.

4           **THE COURT:**  IS THIS MR. GELERNT?

5           **MR. GELERNT:**  THIS MR. GELERNT.  I AM SO SORRY, I

6    WAS HAVING SOME TROUBLE WITH MY PHONE LINE.

7           **THE COURT:**  THAT'S ALL RIGHT.  ALWAYS NICE TO HEAR

8    YOUR VOICE.  AND YOUR TIMING WAS GOOD, WE WERE JUST GETTING

9    STARTED.

10          **MR. GELERNT:**  THANK YOU, YOUR HONOR.

11          **THE COURT:**  I READ THE JOINT STATUS REPORT AND THE

12   DECLARATION FROM MR. COSTELLO, WHICH I APPRECIATE.  I DON'T

13   HAVE MANY QUESTIONS.  EVERYTHING SEEMS TO BE IN ORDER, IN

14   LIGHT OF THE PANDEMIC AND THE RESTRAINTS THAT THAT IS

15   IMPOSING.

16          ON THE EXPANDED CLASS, IT APPEARS THERE IS CONTINUED

17   DISCUSSION AS TO CERTAIN PARENTS THAT WOULD LIKE TO BE

18   RETURNED TO THE UNITED STATES, AND THE PARTIES ARE

19   COMMUNICATING ON THAT.

20          I DON'T NEED SPECIFICS, BUT DO WE HAVE AN ESTIMATE

21   OR AN IDEA OF HOW MANY PARENTS THIS MIGHT INVOLVE, AND WHAT

22   KIND OF PROGRESS IS BEING MADE AT THIS TIME?

23          **MR. GELERNT:**  YOUR HONOR, THIS IS MR. GELERNT.

24          WE ARE MAKING PROGRESS.  WE ARE TALKING TO THE

25   GOVERNMENT ABOUT WHETHER WE ARE IN AGREEMENT ABOUT THE

DECEMBER 4, 2020

1    CRITERIA FOR BRINGING PARENTS BACK.  WE ARE NOT SURE AT THIS

2    POINT HOW MANY THERE WILL BE.  I THINK, UNFORTUNATELY, THE

3    SCREENING IS TAKING US MUCH LONGER BECAUSE OF COVID, SO WE ARE

4    STILL TRYING TO FIGURE THAT OUT.

5             I AM CERTAIN THAT WE WILL BE ABLE TO UPDATE YOU BY

6    THE NEXT STATUS REPORT, ABSOLUTELY.

7             **THE COURT:**  OKAY.  THANK YOU.  THAT IS GOOD ENOUGH.

8    I THOUGHT THAT THOSE KINDS OF ISSUES MIGHT BE PRESENT.

9             THERE WAS ALSO AN INDICATION, IN THE SAME PARAGRAPH

10   AT PAGE 5, THAT THE GOVERNMENT HAS PROVIDED ADDITIONAL

11   INFORMATION, SPREADSHEETS FROM FOUR DIFFERENT DATABASES.

12            AND I GUESS THIS WOULD BE A QUESTION FOR YOU, MR.

13   GELERNT OR MR. HERZOG.  IS THAT INFORMATION PROMISING?  IS

14   THAT -- IS IT TOO SOON TO TELL OR DOES IT LOOK LIKE IT WILL

15   LEAD TO SOME PRODUCTIVE CONTACTS?

16            **MR. GELERNT:**  YOUR HONOR, THIS IS MR. GELERNT.

17            SO, IT IS TOO SOON TO KNOW EXACTLY HOW PROMISING IT

18   WILL BE BECAUSE WE DIDN'T GET IT UNTIL RIGHT BEFORE

19   THANKSGIVING.  BUT I WOULD SAY I DO WANT TO REGISTER, YOU

20   KNOW, MY STRONG DISPLEASURE WITH WHAT HAS HAPPENED.

21            AND I WANT TO MAKE CLEAR THAT THIS IS NOT DIRECTED

22   AT MS. FABIAN, BUT HER CLIENTS.

23            WE HAVE BEEN SEARCHING FOR THESE PARENTS NOW FOR

24   MORE THAN A YEAR, AS THE COURT KNOWS.  AND, AS WE HAVE BEEN

25   REPORTING AT EVERY STATUS CONFERENCE, WE HAVE BEEN HAVING


                         DECEMBER 4, 2020

1   TROUBLE FINDING PARENTS, AND WE HAVE BEEN REPEATEDLY SAYING WE
2   NEED MORE INFORMATION, AND CERTAINLY PHONE NUMBERS AND CONTACT
3   INFORMATION.  AND THAT GOES BACK ALL THE WAY TO THE SUMMER OF
4   2019, SAYING IT IN COURT AND SAYING IT TO THE GOVERNMENT, WE
5   REALLY COULD USE MORE INFORMATION.  BECAUSE FOR SOME PEOPLE WE
6   DIDN'T EVEN HAVE PHONE NUMBERS OR ADDRESSES, AND WE CAN'T SEND
7   THE HUMAN RIGHTS DEFENDERS IN CENTRAL AMERICA JUST AIMLESSLY
8   LOOKING AROUND.

9            AND WE -- YOU KNOW, I HAVE TO BE FRANK.  THE ISSUE
10  CREATED A GLOBAL OUTCRY WHEN PEOPLE FOUND OUT THAT THERE WERE
11  STILL MISSING PARENTS, I MEAN TO THE POINT OF OBVIOUSLY IT
12  REACHED THE LEVEL OF THE SECOND PRESIDENTIAL DEBATE.  ONLY
13  THEN DID WE HEAR FROM THE GOVERNMENT THAT MAYBE THEY MIGHT
14  HAVE ADDITIONAL INFORMATION.

15           AND NOW WE ARE FIRST GETTING THIS INFORMATION THAT
16  ACTUALLY HAS PHONE NUMBERS AND ADDRESSES FOR MANY OF THE
17  PEOPLE FOR WHOM WE DIDN'T HAVE ANYTHING, AND NOW WE ARE GOING
18  BACK A YEAR.

19           SO, YOU KNOW, I DON'T KNOW WHAT CAN BE DONE ABOUT IT
20  NOW.  I JUST WOULD STRONGLY URGE THE GOVERNMENT TO CONTINUE
21  LOOKING FOR ANY OTHER INFORMATION.

22           THIS IS NOT OBSCURE INFORMATION THEY GAVE US, THIS
23  IS FROM A FAIRLY STANDARD DATABASE.  AND I THINK WE WOULD HAVE
24  EXPECTED TO BE GETTING THIS INFORMATION CONSTANTLY, AND GOING
25  BACK A YEAR.


                    DECEMBER 4, 2020

1          I KNOW THE GOVERNMENT HAS SAID IN THEIR JSR, WELL,

2     WE DIDN'T TELL THEM EXACTLY WHO WE WERE MISSING UNTIL THIS

3     PAST SUMMER.

4          EVEN ASSUMING THAT WERE TRUE -- AND OBVIOUSLY IT IS

5     NOT, I WANT TO TOUCH ON THAT -- THAT IS STILL FOUR MONTHS.

6     AND ONLY DID WE HEAR FROM THEM ABOUT THEY HAVE THIS ADDITIONAL

7     INFORMATION AFTER THE OUTCRY RIGHT BEFORE THE SECOND

8     PRESIDENTIAL DEBATE.

9          AND SO -- BUT OBVIOUSLY IT WAS WELL BEFORE THE

10    SUMMER THEY KNEW WE WERE HAVING TROUBLE FINDING PEOPLE.  THAT

11    HAS BEEN REPORTED IN THE JSR'S AND THE STATUS HEARINGS EVERY

12    SINGLE MONTH GOING BACK A YEAR.

13         SO THE FACT THAT THEY HAVE BEEN SITTING ON THESE

14    PHONE NUMBERS AND ADDRESSES, FOR US, SEEMS REALLY OUTRAGEOUS.

15    AND I JUST FELT IT IMPORTANT TO REGISTER THAT.

16         WE WILL NOW UPDATE THE COURT.  WE HOPE THAT WE WILL

17    FIND MANY FAMILIES FROM THESE PHONE NUMBERS NOW, AND WE ARE

18    GOING TO GET ON THAT AS QUICKLY AS POSSIBLE.

19         IF THE COURT HAS QUESTIONS ABOUT SPECIFIC NUMBERS OF

20    HOW MANY PEOPLE WE FOUND, IT IS ROUGHLY 40 SINCE THE LAST

21    STATUS CONFERENCE.  I KNOW MR. HERZOG CAN BREAK THOSE NUMBERS

22    DOWN FOR YOU IF THERE IS ANY NEED AT THIS POINT.

23         **THE COURT:**  AND THE DATABASES THAT WERE JUST

24    RECENTLY PROVIDED BEFORE THANKSGIVING, MR. GELERNT, IS IT A

25    LOT OF INFORMATION AND SOMETHING THAT LOOKS, AT LEAST


DECEMBER 4, 2020

1   FACIALLY, LIKE IT CAN BE PRODUCTIVE IN LOCATING OTHER PARENTS?

2           **MR. GELERNT:**  YES, YOUR HONOR.  IT IS FROM A

3   DATABASE, THE EXECUTIVE OFFICE FOR IMMIGRATION REFORM, THAT

4   LISTS ALL OF THE PEOPLE'S HEARINGS.  AND HAS PHONE NUMBERS AND

5   ADDRESSES, INCLUDING FOR AN OVERWHELMING NUMBER OF THE PEOPLE

6   FOR WHOM WE HAD ZERO PHONE NUMBERS AND ADDRESSES.

7           SO, I MEAN, ULTIMATELY, BECAUSE THIS HAS COME TO US

8   SO LATE, WE HOPE THAT THEY ARE NOT STALE YET, BUT I SUSPECT

9   MANY OF THEM WON'T BE.  IF THEY ARE STALE NOW THAT JUST, I

10  THINK, ILLUSTRATES EVEN FURTHER WHY WE SHOULD HAVE BEEN -- WE

11  SHOULD HAVE BEEN GETTING THESE ALL ALONG.

12          YOUR HONOR, IT IS BOTH, I THINK, PROMISING IN THE

13  SENSE THAT MAYBE WE WILL NOW FIND MORE FAMILIES; BUT IT IS

14  EXTREMELY DISCONCERTING.  AND SO WE WOULD URGE THE

15  ADMINISTRATION, YOU KNOW, THE OUTGOING ADMINISTRATION, TO DO

16  WHATEVER THEY CAN IN THE NEXT MONTH TO GIVE US MORE

17  INFORMATION SO THESE FAMILIES DON'T GO MISSING FOR ANY LONGER

18  THAN NECESSARY.

19          **THE COURT:**  MS. FABIAN.

20          **MS. FABIAN:**  YOUR HONOR, THIS IS SARAH FABIAN.  IF I

21  COULD, MAY I ADDRESS THAT BRIEFLY?

22          **THE COURT:**  YES.

23          **MS. FABIAN:**  I CERTAINLY DON'T THINK THAT IT IS

24  PRODUCTIVE TO, YOU KNOW, GO BACKWARDS TOO MUCH ON THIS.

25          I WANT TO -- YOU KNOW, I DO WANT TO CLARIFY THAT

DECEMBER 4, 2020

1    WHEN THE EXPANDED CLASS WAS BEING IDENTIFIED I THINK THAT
2    COMMANDER WHITE MADE A VERY STRONG AND COMPREHENSIVE EFFORT TO
3    RUN THE SEARCHES AND TO PULL ALL OF THE INFORMATION FROM THE
4    INFORMATION THAT HE HAD, AND THAT HE DEVELOPED A PLAN.  AND
5    THAT, YOU KNOW, THAT WAS DISCUSSED BETWEEN THE PARTIES.  AND
6    HE REALLY DID MAKE EVERY EFFORT TO IDENTIFY ALL OF THE
7    INFORMATION THAT WE UNDERSTOOD TO BE AVAILABLE.
8            THE EOIR DATABASE I -- THE EOIR HAS NOT BEEN
9    ACTIVELY INVOLVED IN THE LITIGATION.  AND IT IS TRUE THAT AS
10   WE -- AS WE STARTED TO BRAINSTORM ABOUT ADDITIONAL INFORMATION
11   THAT MIGHT BE HELPFUL IN THIS PROCESS, THAT WAS SOMETHING THAT
12   SOME OF US IDENTIFIED AS A NEW -- A NEW DATABASE TO TAKE A
13   LOOK AT.
14           I NOTE THAT PLAINTIFFS ALSO CAME TO US AND SAID,
15   WHAT ABOUT THIS DATABASE?
16           SO, YOU KNOW, I AM NOT FAULTING ANYONE BUT IT DID --
17   IT WAS SOMETHING THAT ALL OF US, YOU KNOW, WISHED WE HAD
18   THOUGHT OF SOONER.
19           EOIR HAS NOW, YOU KNOW, IS DOING THEIR BEST TO PULL
20   THAT INFORMATION AND PROVIDE IT, AND I AM HOPEFUL THAT IT WILL
21   BE HELPFUL IN GOING FORWARD.
22           I MEAN, I WOULD STRESS THAT WE DID START IN FEBRUARY
23   TO TRY TO REACH OUT TO PLAINTIFFS AND UNDERSTAND THEIR
24   PROCESSES BETTER.  I TAKE MR. GELERNT'S POINT THAT THEY HAVE
25   BEEN REPORTING IT, BUT WE CERTAINLY HAVE BEEN TRYING SINCE

DECEMBER 4, 2020

1  FEBRUARY TO UNDERSTAND THE EFFORTS AND WHAT -- AND WHAT WAS

2  GOING ON AND WHAT ELSE -- YOU KNOW, GET SOME MORE INFORMATION

3  AND UNDERSTAND THE PROCESSES.  AND WE HAVE RECEIVED A LOT OF

4  PUSHBACK ON THAT FRONT AND I THINK THAT, YOU KNOW, HAVING THAT

5  PROCESS BE MORE COOPERATIVE COULD HAVE ALSO SPED UP AND --

6  SOONER TO BE INVOLVED.

7          BUT I, YOU KNOW, I WANT US TO MOVE FORWARD NOW.  WE

8  HAVE IDENTIFIED THE -- NOT JUST THE EOIR DATABASE BUT OTHER

9  DATABASES.

10         I WOULD NOTE, TOO, THAT EOIR, THAT DATABASE, IS

11  REALLY MORE USEFUL FOR UPDATED INFORMATION BECAUSE IT WOULD BE

12  MORE CURRENT NOW THAN THE SORT OF STALE INFORMATION THAT WOULD

13  HAVE -- WOULD HAVE BEEN CURRENT AS INDIVIDUALS LEFT CUSTODY.

14  NOW THAT THEY HAVE BEEN OUT OF CUSTODY FOR SOME TIME EOIR

15  INFORMATION IS LIKELY TO BE MORE CURRENT, SO IT IS VERY

16  HELPFUL.  I AM GLAD THAT WE HAVE IDENTIFIED IT FOR UPDATED AND

17  MORE CURRENT INFORMATION AND WE HAVE BEEN ABLE TO PROVIDE IT.

18         AND WE HAVE -- I DO HAVE A COUPLE OF ADDITIONAL

19  SPREADSHEETS THAT I AM LOOKING AT RIGHT NOW, AND HOPING TO

20  SEND OVER.  AND I UNDERSTAND MY CLIENTS ARE -- THERE MAY BE

21  SOME OTHERS OUTSTANDING OF THE DATABASES WE HAVE IDENTIFIED.

22  SO, YOU KNOW, IT IS MY GOAL TO CONTINUE TO WORK WITH MY

23  CLIENTS TO IDENTIFY UPDATED INFORMATION AND CONTINUE PROVIDING

24  IT.

25         **THE COURT:**  IS IT YOUR UNDERSTANDING THAT THE EOIR

DECEMBER 4, 2020

1   DATABASE CAME FROM A REQUEST THAT YOU OR OTHERS MADE, AND THAT

2   THIS IS SOMETHING THAT WAS NOT THOUGHT OF EARLIER?

3           **MS. FABIAN:**  THAT'S CORRECT, YOUR HONOR.  I WOULD

4   RESIST THE -- I THINK MR. GELERNT HAS CHARACTERIZED THIS TO

5   THE MEDIA AS HAVING BEEN WITHHELD PRIOR TO THIS.  I DON'T

6   AGREE WITH THAT CHARACTERIZATION.

7           AS FOR MY -- FOR ME, I CAN SAY THAT AS IN THE RECENT

8   EFFORTS, BOTH WORKING WITH SENECA IN THE JP CASE AND IN THE

9   LAST COUPLE OF MONTHS AS WE FEEL WE BECAME MORE AWARE OF

10  PROBLEMS THAT THE STEERING COMMITTEE WAS HAVING AND THEIR NEED

11  FOR MORE INFORMATION, WE BRAINSTORMED ABOUT DATABASES.  AND

12  THAT WAS ONE THAT WE CAME UP WITH AND IDENTIFIED TO REACH OUT

13  TO EOIR SEPARATELY WHO, AS I SAID, HAS NOT BEEN INVOLVED IN

14  THE LITIGATION.  AND SO IT -- I THINK IT JUST HADN'T REALLY

15  OCCURRED TO US --

16          **THE COURT:**  THIS --

17          **MS. FABIAN:**  -- PRIOR TO THAT.

18          **THE COURT:**  THE EOIR REPORT WAS NOT -- OR DATABASES

19  WAS NOT -- WERE NOT DATABASES THAT COMMANDER WHITE REQUESTED

20  INFORMATION FROM, TO YOUR KNOWLEDGE?

21          **MS. FABIAN:**  NO.  AND I DON'T WANT TO SPEAK FOR

22  COMMANDER WHITE, BUT HE'S NOT HERE, SO I WILL DO MY BEST.

23          HE DEVELOPED -- HE WAS WORKING WITH CBP AND ICE.

24  AND, AS YOU WILL RECALL, THERE WAS SORT OF AN INITIAL REVIEW

25  FROM HHS AND RECORD SHARING BETWEEN CBP AND ICE.  AND SO THOSE

DECEMBER 4, 2020

1  THREE AGENCIES WORKED TOGETHER TO HAVE A SYSTEM WHERE THEY

2  WOULD IDENTIFY EXPANDED CLASS MEMBERS AND THEN PULL FROM THEIR

3  DATABASES ADDITIONAL INFORMATION ABOUT THOSE EXPANDED CLASS

4  MEMBERS.

5          SO I CERTAINLY CAN'T FAULT COMMANDER WHITE, AT ALL,

6  BECAUSE, YOU KNOW, IT WOULDN'T HAVE BEEN WITHIN HIS SCOPE AT

7  THAT POINT TO BE AWARE OF ADDITIONAL DATABASES.  THAT SORT OF

8  SCOPE OF WHAT HE WAS LOOKING AT AND PULLING WAS THE AGENCIES

9  THAT HE WAS WORKING WITH TO IDENTIFY THE EXPANDED CLASS

10 MEMBERS.

11         **THE COURT:**  ALL RIGHT.  THANK YOU.

12         AND COMMANDER WHITE, I THINK, GIVES THE COURT SOME

13 LEVEL OF COMFORT.  HE HAS BEEN NOTHING SHORT OF EXTRAORDINARY

14 FROM THE INCEPTION OF THE LITIGATION, AND HAS REALLY BEEN A

15 CHAMPION IN EFFECTING THE REUNIFICATIONS AND BRINGING THE

16 PROCESSES TOGETHER.  AND SO I HAVE COMFORT IN THAT.

17         I THINK THE BEST WAY TO PROCEED -- THIS IS

18 DISTURBING IN THAT IT DOES SEEM TO BE READILY AVAILABLE

19 INFORMATION AND IT WAS JUST A MATTER OF TAPPING INTO IT,

20 IDENTIFYING IT, AND THEN PRODUCING IT TO PLAINTIFFS.

21         I THINK I WOULD LIKE TO RESERVE COMMENT ON IT OR

22 CHARACTERIZATION OF THE FAILURE TO DISCLOSE PENDING ADDITIONAL

23 INFORMATION.

24         AND SO WHAT I WILL REQUIRE IN THE NEXT JSR IS

25 INFORMATION, IN DECLARATION FORM, FROM THE APPROPRIATE

DECEMBER 4, 2020

1   PERSON –– IT COULD BE FROM YOU, MS. FABIAN, OR COMMANDER

2   WHITE, OR OTHERS –– AS TO WHAT HAPPENED AND WHY, AND HOW IS IT

3   THAT THE EOIR DATABASES WERE IDENTIFIED AT THIS LATE DATE.

4   THAT WILL PROVIDE CLARITY THAT I THINK IS NEEDED, AND A RECORD

5   FOR ALL TO SEE.

6           MR. GELERNT, ANYTHING IN ADDITION ON THAT?

7           **MR. GELERNT:**  NO, YOUR HONOR.  YOU KNOW, WE

8   APPRECIATE THAT.  AND I THINK TRANSPARENCY IS RIGHT.

9           YOU KNOW, JUST VERY QUICKLY, I THINK MS. FABIAN

10  MENTIONED THAT SHE DIDN'T KNOW ALL OF OUR PROCESSES.  I THINK

11  SHE KNEW ENOUGH ABOUT WE ARE LOOKING FOR ALL OF THESE FAMILIES

12  ON THE GROUND AND WE NEED PHONE NUMBERS AND ADDRESSES.

13         SO, I MEAN, THAT IS WHAT SHE NEEDED, AND THAT IS

14  WHAT WE CONTINUALLY ASKED FOR.  SO I DON'T THINK SHE NEEDED TO

15  KNOW, YOU KNOW, WHETHER WE WERE TAKING A BICYCLE OR A CAR

16  AROUND THE TOWN IN CENTRAL AMERICA TO LOOK, SHE KNEW WE NEEDED

17  PHONE NUMBERS AND ADDRESSES.

18         AS FOR COMMANDER WHITE, YOU KNOW, I CAN'T REALLY

19  SPEAK FOR HIM.  I KNOW THAT HE WAS FOCUSED ON HIS –– ON THE

20  O.R.R., SO I SUSPECT IT FELL TO OTHER PEOPLE TO MAKE SURE THEY

21  WERE TELLING HIM THERE WAS ADDITIONAL DATA IN EOIR.

22         AND, YOU KNOW, I THINK MS. FABIAN HAS SAID THAT IS

23  THE MOST UP–TO–DATE, CURRENT DATA.  AND, OF COURSE, ONE OF OUR

24  CONCERNS THAT EVERYONE KNOWS IS THAT THE ORIGINAL DATA WE GOT

25  WAS LARGELY STALE, SO THE UPDATED DATA WAS CRITICAL.  AND

DECEMBER 4, 2020

1   HOPEFULLY IT WILL PROVE VERY PROMISING.

2          SO, YOU KNOW, WE ULTIMATELY -- WE DIDN'T KNOW WHERE

3   ALL OF THE DATA WAS, WE HAD TO RELY ON THE GOVERNMENT.  AND I

4   THINK THAT IS WHERE I WOULD LEAVE IT.

5          BUT WE APPRECIATE YOU TAKING THIS SERIOUSLY.  AND

6   WE, YOU KNOW, WE ABSOLUTELY WANT TRANSPARENCY.  BUT, AS MS.

7   FABIAN SAID, GOING FORWARD IS THE CRITICAL PART.  AND WE WOULD

8   HOPE THAT ANY ADDITIONAL DATA THAT THE GOVERNMENT CAN THINK

9   OF, THEY KNOW THEIR DATA BETTER, THEY WILL CONTINUE TO SUPPLY.

10          **THE COURT:**  ALL RIGHT.

11          **MS. FABIAN:**  YOUR HONOR, JUST A FOLLOW UP.  THIS IS

12   MS. FABIAN.

13          I WILL -- I WILL CERTAINLY SPEAK TO MY CLIENTS AND I

14   WILL SEE WHAT WE CAN PROVIDE AS FAR AS DECLARATIONS.

15          TO THE EXTENT THAT THIS IS SOMETHING THAT WAS SORT

16   OF OUTSIDE THE SCOPE OF INDIVIDUALS, AND THAT IT SHOULD HAVE

17   BEEN IDENTIFIED, I MEAN, I TAKE AS MUCH RESPONSIBILITY AS

18   ANYONE ON THAT FRONT TO THE EXTENT THAT I DO REALLY WISH THAT

19   I HAD THOUGHT OF THAT DATABASE FURTHER.  IT WAS SOMETHING

20   THAT, WHEN WE STARTED BRAINSTORMING, IT OCCURRED TO ME AND TO

21   FOLKS ON MY TEAM.

22          I WILL LOOK INTO IT, AND I WILL CERTAINLY PROVIDE

23   INFORMATION.  I DON'T BELIEVE THAT THERE WAS A, YOU KNOW,

24   NEGLECTFUL OR NEFARIOUS INTENT, IT WAS REALLY FOCUSING ON THE

25   DATABASES THAT WERE BEFORE US.  BUT I CERTAINLY WILL TAKE, YOU

DECEMBER 4, 2020

1   KNOW, MY SHARE OF RESPONSIBILITY HERE FOR WISHING THAT I HAD

2   THOUGHT OF THAT SOONER, AND MADE IT PART OF THE ORIGINAL

3   PROCESSES.  IT CERTAINLY DIDN'T FALL ON COMMANDER WHITE.  AND

4   I WILL, YOU KNOW, SEE WHAT WE CAN DO TO MAKE SURE, GOING

5   FORWARD, THAT WE IDENTIFY ALL INFORMATION AND CONTINUE TO

6   PROVIDE IT.

7            **THE COURT:**  THANK YOU.  WE WILL DEFER THAT

8   DISCUSSION FOR THE NEXT STATUS REPORT.

9            WHILE WE ARE ON THIS TOPIC, LET'S MOVE TO MR.

10  HERZOG.

11           AND I HAVE READ YOUR REPORT, OF COURSE, AND IT LOOKS

12  LIKE SOME PROGRESS HAS BEEN MADE.  SOME 40 ADDITIONAL PARENTS

13  HAVE BEEN LOCATED.

14           AND CAN YOU PERHAPS GIVE US AN OVERVIEW?  I KNOW YOU

15  HAVE PUT IT HERE IN WRITING, BUT AN OVERVIEW TODAY AS TO WHERE

16  YOU ARE, AND WHAT'S HAPPENING IN THESE COUNTRIES IN LIGHT OF

17  THE PANDEMIC.  AND GOING FORWARD IF YOU HAVE ANY THOUGHTS AS

18  TO THERE IS IMPROVEMENT ON THE HORIZON FOR YOUR ABILITY TO GET

19  INTO THESE COUNTRIES, OR NOT.

20           **MR. HERZOG:**  THANK YOU, YOUR HONOR.

21           THERE IS -- WE HAVE BEEN WORKING, AS YOU CAN SEE,

22  WHERE WE HAVE LOCATED AN ADDITIONAL 41 PARENTS SINCE THE

23  LAST -- THE LAST CONFERENCE.  AND WE ARE CONTINUING OUR

24  ON-THE-GROUND EFFORTS.

25           I THINK WE ARE STILL HAMPERED TO SOME EXTENT BY

DECEMBER 4, 2020

1  COVID.  THERE ARE PLACES WHERE WE CAN GO, AND PLACES WHERE WE

2  CAN'T GO.  AND IT IS -- YOU KNOW, IT IS VERY INDIVIDUAL.  IT

3  DEPENDS ON THE INDIVIDUALS DOING THE SEARCHING AND IT DEPENDS

4  ON WHAT IS GOING ON IN THE PARTICULAR TOWNS AND VILLAGES AND

5  COUNTRIES.  SO IT CHANGES.

6          I AM HOPEFUL -- I THINK WE HAVE TO BE HOPEFUL THAT

7  WHAT IS HAPPENING IN THE UNITED STATES DOESN'T BECOME WHAT

8  HAPPENS IN THESE COUNTRIES, AND THE PANDEMIC BECOMES MUCH

9  WORSE.  BUT I HAVE NO WAY TO PREDICT THAT, OF COURSE.

10          ANOTHER ISSUE THAT HAS COME UP IN THE PAST MONTH OR

11  SO IS THERE HAVE BEEN MASSIVE STORMS, HURRICANES, THAT HAVE --

12  SO THAT IS ALSO CAUSING PROBLEMS AND INABILITY TO TRAVEL, AND

13  JUST A MAJOR EMERGENCY IN A LOT OF THE AREAS.  SO THAT HAS

14  BEEN ANOTHER ISSUE IN THE LAST MONTH OR SO.

15          SO I THINK, YOU KNOW, HAVING FOUND 41 PARENTS IN

16  THIS PERIOD THAT WE HAVE DONE PRETTY WELL.  AND I AM

17  HOPEFUL -- THE STORMS, OBVIOUSLY, WILL ABATE, ALTHOUGH IT IS

18  GOING TO TAKE TIME TO DEAL WITH THE CONSEQUENCES.

19          SO WE ARE MOVING FORWARD.  AND OF COURSE THE NEW

20  INFORMATION THAT WE RECEIVED WE ARE HOPEFUL, WITHOUT HAVING

21  GONE THROUGH IT IN DETAIL YET, BUT HOPEFUL IT WILL BE HELPFUL

22  AND HELP US LOCATE MORE PARENTS QUICKLY.

23          I DID WANT TO NOTE ONE THING, YOUR HONOR.  THERE

24  WERE ERRORS -- TWO NUMBERS GOT TRANSPOSED IN OUR REPORT THAT I

25  JUST WANTED TO CORRECT ON PAGE 8.


                    DECEMBER 4, 2020

1          **THE COURT:**  YES.

2          **MR. HERZOG:**  WHERE WE SAY THERE 628 CHILDREN FALL IN

3   THE TWO GROUPS, AND THERE ARE 295 CHILDREN WHOSE PARENTS ARE

4   BELIEVED TO BE REMOVED AND 333 IN THE UNITED STATES, THOSE TWO

5   NUMBERS GOT FLIPPED.  IT SHOULD HAVE BEEN 333 REMOVED AND 295

6   IN THE UNITED STATES.

7          **THE COURT:**  OKAY.  THANK YOU.  ALL RIGHT.  THANK

8   YOU.  I APPRECIATE THAT.

9          ON THE UIP AND THE DECLARATION THAT WAS PROVIDED,

10  THAT WAS HELPFUL.  AND I APPRECIATE THE ADDITIONAL

11  INFORMATION, MS. FABIAN.  IN THE DECLARATION THERE IS A LOT OF

12  PROGRESS, FOR SURE.  THAT'S CAREFULLY SET OUT.

13         IT APPEARS PHASE 2 WILL BE COMPLETED BY THE END OF

14  THIS CALENDAR YEAR, SO I AM ASSUMING THAT WOULD BE DECEMBER,

15  END OF THIS MONTH, DECEMBER 31.

16         AM I CORRECT, MS. FABIAN?

17         **MS. FABIAN:**  I BELIEVE MR. COSTELLO IS ON, SO I AM

18  GOING TO LET HIM ANSWER.

19         **THE COURT:**  VERY GOOD.

20         **MR. COSTELLO:**  I AM HERE, YOUR HONOR.

21         THAT IS CORRECT, WE WILL BE COMPLETED WITH PHASE 2

22  BY DECEMBER 31ST OF THIS YEAR.

23         **THE COURT:**  THANK YOU.

24         THEN AS TO PHASE 3, THE FINAL PHASE, YOU HAVE

25  INDICATED, ON PARAGRAPH 9, THAT IT IS CURRENTLY PROJECTED TO


DECEMBER 4, 2020

1   BE COMPLETED BY THE END OF THE FIRST QUARTER.  WOULDN'T THAT

2   BE MARCH 31, 2022 AS AN APPROXIMATE DATE, NOT DECEMBER 2022?

3          **MR. COSTELLO:**  MY APOLOGIES, YOUR HONOR.  WE WERE

4   REFERRING TO THE FEDERAL GOVERNMENT'S FISCAL YEAR, WHICH THE

5   FIRST QUARTER OF THE FISCAL YEAR STARTS ON 1 OCTOBER.  SO THIS

6   IS ACTUALLY BASED ON OUR FISCAL YEAR.

7          **THE COURT:**  ALL RIGHT.  SO YOUR APPROXIMATE DATE FOR

8   COMPLETION WOULD BE THE END OF 2022.

9          **MR. COSTELLO:**  YES, SIR.

10         **THE COURT:**  OKAY.  PERHAPS I CAN INQUIRE OF MS.

11  FABIAN.

12         THERE WERE DISCUSSIONS APPARENTLY, YESTERDAY, WITH

13  DOJ AND BRINGING THEM INTO THE FOLD HERE AS FAR AS INFORMATION

14  SHARING.  DO WE HAVE AN UPDATE ON THAT?

15         **MS. FABIAN:**  YES, YOUR HONOR.

16         AND, YOU KNOW, IT IS JUST -- THERE WAS SOME DELAY IN

17  SETTING THOSE UP, BUT I WAS ABLE TO HAVE A VERY PRODUCTIVE

18  CONVERSATION WITH THE MARSHALS SERVICE YESTERDAY.

19         ESSENTIALLY WHAT -- AND I DON'T -- I MEAN, I WANT TO

20  RESERVE SOME OF THIS FOR CONTINUED DISCUSSIONS BETWEEN THE

21  PARTIES BECAUSE I THINK, YOU KNOW, WE ALSO HAD A CALL THIS

22  WEEK AND AGREED THAT WE WOULD CONTINUE THOSE DISCUSSIONS.

23         BUT THE MARSHALS SERVICE COMMUNICATION ABILITY DOES

24  FLOW ONE WAY, AND THAT IS NOT UNIQUE TO THIS SITUATION.  IT IS

25  THAT INDIVIDUALS IN MARSHALS SERVICE CUSTODY HAVE TO BE -- SO

DECEMBER 4, 2020

1    THE ONES MAKING CONTACT.

2            SO WE ARE -- SO WHAT WE WANT TO WORK ON IS THE

3    PROCESS BY MAKING SURE THAT PARENTS COMING INTO MARSHALS

4    SERVICE CUSTODY ARE IDENTIFIED AND ARE THEN -- THAT THERE ARE

5    PROCESSES IN PLACE FOR THOSE PARENTS TO CONTACT THE HHS, AND

6    THAT HHS IS ON BOARD IN FACILITATING THE PROCESSES THAT ARE

7    SET UP BY THE MARSHALS SERVICE.

8            SO I THINK WE HAVE LAID VERY GOOD GROUNDWORK FOR

9    THAT.  THE MARSHALS SERVICE IS WORKING ON A SYSTEM FOR

10   REQUESTING INFORMATION FROM DHS.  THEY ARE MAKING SURE THAT

11   DHS INFORMATION REGARDING A SEPARATED PARENT FLOWS TO THE

12   MARSHALS SERVICE WHEN AN INDIVIDUAL COMES INTO CUSTODY, AND

13   THEN THEY ARE COMMITTED TO DEVELOPING MORE FORMALIZED

14   PROCESSES SO THAT A PARENT IDENTIFIED AS A SEPARATED PARENT

15   CAN -- CAN LOCATE THEIR FILE, HHS CUSTODY, AND SET UP REGULAR

16   COMMUNICATION WITH THE CHILD.

17           AND I SPOKE TO HHS FOLLOWING THAT CALL, AND I THINK

18   OUR NEXT STEP THERE IS TO HAVE -- I AM SORRY -- A POINT OF

19   CONTACT FROM HHS TO -- TO LINK BACK UP WITH THE MARSHALS

20   SERVICE AND ASSIST THE MARSHALS SERVICE DEVELOPING THOSE

21   PROCESSES SO THAT ANY KINKS ON THE SIDE OF HHS ARE IRONED OUT

22   AS THE MARSHALS SERVICE DEVELOPS THOSE PROCESSES.

23           SO I THINK WE DID MAKE SOME GOOD PROGRESS ON THAT

24   THIS WEEK, AND I AM PLANNING TO FOLLOW UP WITH EVERYONE NEXT

25   WEEK.


                    DECEMBER 4, 2020

1          **THE COURT:**  ALL RIGHT.

2          MR. COSTELLO, YOU ARE PART OF ALL OF THIS, I WOULD

3    ASSUME, SINCE DOJ IS AN IMPORTANT COMPONENT OF THIS, THE

4    INFORMATION SHARING AND THE UIP.

5          **MR. COSTELLO:**  YES, WE WILL -- SORRY.

6          **MS. FABIAN:**  TO CLARIFY ON MY END, YOUR HONOR, WHAT

7    I AM TALKING ABOUT IS DOJ; AND THE MARSHALS SERVICE, I WILL

8    LET MR. COSTELLO SPEAK TO THAT.  I THINK DOJ'S INVOLVEMENT ON

9    HIS END IS MORE FROM EOIR.

10         BUT TO THE EXTENT THAT I AM SORT OF WORKING WITH

11   MARSHALS SERVICE TO IDENTIFY THEIR DATABASE CAPABILITIES AND

12   WHETHER INFORMATION WOULD FLOW FROM THE UIP TO THEM, THAT IS

13   NOT A PIECE THAT I HAVE REALLY WORKED OUT.  BUT WE WOULD

14   CERTAINLY CIRCLE BACK TO MR. COSTELLO ON THAT.

15         **THE COURT:**  YES.

16         MR. COSTELLO.

17         **MR. COSTELLO:**  YES, YOUR HONOR, THAT IS CORRECT.  WE

18   WOULD BE ABLE TO WORK WITH THE MARSHALS SERVICE OR OTHERS

19   DURING PHASE 3 TO INTEGRATE OTHER DATABASES OR DATA STREAMS

20   INTO THE ENVIRONMENT.

21         **THE COURT:**  THANK YOU.  THAT IS EXCELLENT.

22         MR. GELERNT, ANY THOUGHTS ON THIS, THE PROJECTED

23   TIMING OF ALL OF THIS?  ANY CONCERNS OR INSIGHT ON YOUR PART?

24         **MR. GELERNT:**  YOUR HONOR, I THINK ON THE INFORMATION

25   SHARING WE HAVE BEEN HAVING CONVERSATIONS WITH THE GOVERNMENT

DECEMBER 4, 2020

1   THAT SO FAR -- I AM SORRY -- HAVE CONTINUED TO BE FRUITFUL IN

2   SHARING WITH LEGAL SERVICE PROVIDERS, SO NOTHING ON THAT.

3            I THINK WE WILL JUST -- WITH RESPECT TO MR.

4   COSTELLO, I THINK WE WILL CONSIDER -- I THINK WE NEED TO

5   CONSIDER WHETHER THERE SHOULD BE ENFORCEABLE TIMELINES AND

6   OBLIGATIONS ABOUT WHAT INFORMATION IS SHARED, AND ALL OF THAT.

7   AT THIS MOMENT I THINK NOTHING FROM US.

8            BUT I WOULD ASK IF THE COURT WOULD ALLOW US TO

9   CONTINUE TO DIGEST THE GOVERNMENT'S SUBMISSION AND POTENTIALLY

10   GET BACK TO THEM, TO YOU, YOUR HONOR, IF WE HAVE CONCERNS WITH

11   THIS.

12            **THE COURT:**  ALL RIGHT.  THANK YOU.

13            AND THANK YOU, MR. COSTELLO.  THERE IS -- IT IS

14   APPARENT YOU ARE WORKING DILIGENTLY AND PUTTING TOGETHER WHAT

15   APPEARS TO BE A VERY IMPRESSIVE INFORMATION SHARING PROCESS,

16   BETWEEN AND AMONG THESE VARIOUS AGENCIES, INCLUDING DOJ.  SO I

17   WOULD JUST URGE YOU TO CONTINUE TO DO THAT, TO MOVE FORWARD

18   WITH ALL DUE DILIGENCE.

19            MR. GELERNT, IN YOUR CONVERSATIONS WITH MS. FABIAN

20   AND OTHERS I WILL ASK YOU TO KEEP IN MIND WHETHER -- AND YOU

21   CAN UPDATE THE COURT IN THE JSR -- WHETHER ANYTHING ELSE NEEDS

22   TO BE DONE AS FAR AS THE UIP AND ANY TIMEFRAME YOU MIGHT

23   SUGGEST; OR WHETHER YOU ARE CONTENT WITH THE PROPOSED

24   COMPLETION DATES SET OUT BY MR. COSTELLO.

25            SO I WILL RESERVE ON THOSE ISSUES, AND WE CAN

DECEMBER 4, 2020

1   ADDRESS THOSE ISSUES AS WE GO FORWARD.

2            **MR. GELERNT:**  THANK YOU, YOUR HONOR.

3            **THE COURT:**  MS. WEISS, ANYTHING ON YOUR END?

4            **MS. WEISS:**  THANK YOU FOR ASKING, YOUR HONOR.  NO.

5   WE ARE INVOLVED IN THE MEET AND CONFERS WITH THE GOVERNMENT,

6   AND PLEASED THAT PROGRESS CONTINUES.

7            **THE COURT:**  OKAY.  THANK YOU.

8            ON MMM, EVERYTHING LOOKS IN ORDER THERE.  DO YOU

9   AGREE, MS. COSTELLO-ESSIG?

10           **MS. COSTELLO-ESSIG:**  YES, YOUR HONOR.  THANK YOU.

11           **THE COURT:**  SAME WITH DORA, MR. BARMEYER?

12           **MR. BARMEYER:**  YES.  THANK YOU, YOUR HONOR.

13           **THE COURT:**  OKAY.

14           MR. HERZOG, IT APPEARS, ON THE EFFORTS TO LOCATE

15  PARENTS IN THE EXPANDED CLASS, THAT THE NUMBER, APPROXIMATELY,

16  IS 333 PARENTS WHO ARE REMOVED AND BEING SEARCHED FOR.  AND

17  THEN THERE ARE ABOUT 295 PARENTS WHO WERE SEPARATED FROM THEIR

18  CHILDREN BUT ARE IN COUNTRY, THEY ARE IN THE UNITED STATES AND

19  HAVE YET TO BE LOCATED.

20           **MR. HERZOG:**  YES, YOUR HONOR.  THOSE ARE THE

21  NUMBERS, THE APPROXIMATE NUMBERS RIGHT NOW.

22           **THE COURT:**  SO THE NUMBERS OF PARENTS THAT WERE

23  REMOVED AND PLACED LARGELY IN CENTRAL AMERICA, IT APPEARS TO

24  BE -- WELL, IT IS, BY YOUR ESTIMATE, 333.  I THINK IN THE LAST

25  JSR THERE WAS AN INDICATION THAT IT MAY BE AS HIGH AS 500 OR

DECEMBER 4, 2020

1    SO.

2              **MR. HERZOG:**  I DON'T HAVE THE OTHER JSR IN FRONT OF

3    ME, SO I CAN'T COMPARE THE NUMBER.  I AM SORRY.  BUT THAT MAY

4    HAVE BEEN INCLUDING THE PARENTS WE HAVE ALREADY LOCATED, IS

5    WHAT I SUSPECT.

6              **THE COURT:**  OKAY.

7              **MR. HERZOG:**  THESE ARE THE PARENTS WE HAVE NOT YET

8    LOCATED.

9              **THE COURT:**  OKAY.  THANK YOU.  THAT MAY BE CORRECT.

10             **MR. HERZOG:**  ONE MORE NOTE JUST FOR CLARITY'S SAKE,

11   IS THESE NUMBERS INCLUDE WHAT WE HAVE BEEN CALLING THE

12   RE-CATEGORIZED ORIGINAL CLASS MEMBERS WHO WERE IDENTIFIED TO

13   US LATER.

14             **THE COURT:**  YES.

15             **MR. HERZOG:**  SO FOR THAT REASON AS WELL THEY ARE

16   SLIGHTLY DIFFERENT FROM THE NUMBERS IN THE LAST JSR.  BUT THEY

17   WOULD BE HIGHER, NOT LOWER, BECAUSE OF THAT.

18             **THE COURT:**  THANK YOU.

19             THAT'S ALL I HAVE.  I WOULD PROPOSE SETTING OUR

20   NEXT --

21             **MR. GELERNT:**  YOUR HONOR.

22             **THE COURT:**  YES, GO HEAD.

23             **MR. GELERNT:**  THIS IS MR. GELERNT.  I APOLOGIZE.

24   COULD I MAKE -- ADD ONE OTHER THING?

25             **THE COURT:**  YES.


                         DECEMBER 4, 2020

1          **MR. GELERNT:**  THE GOVERNMENT PROPOSED, IN THEIR JSR,

2  THAT AS TO ONGOING SEPARATIONS THEY NO LONGER REPORT MONTHLY

3  BUT QUARTERLY.

4          WE HAVE NOT HAD A CHANCE TO TALK TO MS. FABIAN, AND

5  I DON'T KNOW HOW, YOU KNOW, WHAT HER REASONS ARE FOR THAT, AND

6  MAYBE WE CAN COME TO SOME AGREEMENT.

7          BUT WE WOULD OBJECT TO THAT BECAUSE WE FEEL LIKE

8  EVEN THOUGH THERE ARE NOT THAT MANY SEPARATIONS GOING ON NOW,

9  PARTLY BECAUSE THE GOVERNMENT IS, FOR OTHER POLICY REASONS, IS

10  NOT LETTING FAMILIES IN.  BUT, NONETHELESS, IF THERE ARE ANY

11  AND THERE ARE ANY THAT ARE SEPARATED, HEARING ABOUT IT

12  POTENTIALLY TWO MONTHS, THREE MONTHS LATER IS NOT GOING TO BE

13  HELPFUL FOR US.

14          SO IT DOESN'T SEEM LIKE THAT BIG A BURDEN,

15  ESPECIALLY IF THERE ARE VERY FEW, ONE OR TWO A MONTH, AT MOST,

16  FOR THE GOVERNMENT TO LET US KNOW ABOUT IT ON A MONTHLY BASIS.

17          AGAIN, YOUR HONOR, WE HAVE NOT HAD A CHANCE TO TALK

18  TO THE GOVERNMENT.  MAYBE WE CAN REACH SOME AGREEMENT WITH THE

19  GOVERNMENT AND LET YOU KNOW.

20          BUT THAT WOULD BE OUR POSITION WITH REGARD TO WHAT

21  THE GOVERNMENT PROPOSED IN THIS LATEST JSR WHICH WE DIDN'T

22  KNOW ABOUT.

23          **THE COURT:**  THAT SOUNDS REASONABLE.

24          MS. FABIAN, WOULD YOU AGREE THAT YOU OUGHT TO MEET

25  AND CONFER, AND THEN WE CAN ADDRESS THIS AT THE NEXT STATUS?


                    DECEMBER 4, 2020

1          **MS. FABIAN:**  YOUR HONOR, THE GOVERNMENT HAD BEEN

2     VOLUNTARILY PROVIDING THE MONTHLY REPORTING, AND SO I AM -- I

3     AM OKAY TO TALK TO MR. GELERNT ABOUT IT.  I THINK THERE IS

4     SOME CONCERN WITH JUST -- EVEN WITH SMALL NUMBERS.  IT IS

5     TIME-CONSUMING ON THE DATA FOLKS TO PREPARE THE REPORT.

6          THE OTHER FEELING IS THAT, YOU KNOW, THESE ARE

7     INDIVIDUALS WHO ARE GENERALLY EXCLUDED FROM THE CLASS, SO IT

8     IS REPORTING THAT, TO SOME EXTENT, GOES OUTSIDE THE SCOPE OF

9     THE LITIGATION.  AND, YOU KNOW, COMBINED WITH BEING

10    TIME-CONSUMING AND HAVING -- THE GOVERNMENT HAVING, YOU KNOW,

11    BEEN IN COMPLIANCE WITH REGARD TO THESE SEPARATIONS FOR SO

12    MANY YEARS THAT -- THAT THERE IS GOOD REASON TO RELEASE THE

13    BURDEN.  BUT I AM HAPPY TO TALK TO MR. GELERNT ABOUT IT, AND

14    THEN CIRCLE BACK.

15          **THE COURT:**  ALL RIGHT.

16          **MR. GELERNT:**  YOUR HONOR, I WOULD JUST SAY THAT

17    GIVEN THAT WE HAVE BEEN DOING IT MONTHLY FOR SO LONG, UNTIL WE

18    CAN REACH SOME AGREEMENT WE OUGHT TO KEEP THE MONTHLY.  AND

19    THEN SEE WHERE WE ARE, AND WHETHER WE NEED TO BRING IT BACK TO

20    THE COURT.  AND SO WE WOULD HOPE THAT WE WOULD GET THE NEXT

21    MONTHLY ONE.  IT DOESN'T SEEM LIKE IT WOULD BE THAT BIG A

22    BURDEN GIVEN THE VERY FEW KIDS.

23          I THINK THE POINT MS. FABIAN IS MAKING THAT IF THEY

24    ARE GENUINELY OUTSIDE OF THE CLASS THEN OF COURSE THEY ARE NOT

25    PART OF THE CLASS, BUT THAT IS ONE OF THE REASONS WE NEED THE


                              DECEMBER 4, 2020

1    INFORMATION ON A TIMELY BASIS IS TO VERIFY THAT THE PARENT

2    REALLY DOES HAVE SOME EXCLUDING CRIME OR SOMETHING ELSE, AND

3    TO SEE WHAT'S GOING ON AND LET THE CHILD PROVIDER LOOK INTO

4    THAT.  AND I THINK, YOU KNOW, YOUR HONOR HAS ALWAYS SAID THAT

5    INFORMATION SHARING IS KEY TO THIS WHOLE ENDEAVOR.

6              SO I THINK UNTIL WE CAN EITHER COME TO SOME

7    AGREEMENT WITH THE GOVERNMENT OR HAVE THE COURT INTERVENE AT

8    THE NEXT JSR, WE HOPE THAT WE CAN AT LEAST CONTINUE TO GET

9    THEM NEXT MONTH BEFORE THE NEXT JSR.

10             **THE COURT:**  I AGREE.  THIS WAS THE FIRST NOTICE OF

11   THAT, SO LET'S KEEP THINGS THE WAY THEY ARE, WE WILL KEEP THE

12   STATUS QUO.  AND THEN AFTER THE PARTIES MEET AND CONFER ON

13   THIS WE CAN MAKE ADJUSTMENTS, IF NECESSARY, AT THE NEXT STATUS

14   HEARING.

15             I WOULD PROPOSE JANUARY 15 AT 1:30, WITH A JOINT

16   STATUS REPORT BY JANUARY 13.

17             ANY OBJECTION?

18             **MR. GELERNT:**  NONE FROM MS. L., YOUR HONOR.

19             **MS. FABIAN:**  THAT'S FINE, YOUR HONOR.

20             **THE COURT:**  OKAY.  THAT WILL TAKE US THROUGH THE

21   HOLIDAYS.

22             SO, ONCE AGAIN, I APPRECIATE THE STATUS REPORT AND

23   THE HEARING TODAY, AND ALL OF THE EFFORTS THAT ARE BEING MADE.

24   I WILL LOOK FORWARD TO THE NEXT STATUS HEARING ON THE 15TH OF

25   JANUARY.


                        DECEMBER 4, 2020

1              AND I WISH YOU ALL HAPPY HOLIDAYS, AND HOPE THAT YOU

2    ALL KEEP SAFE.   THANK YOU.

3              **MR. GELERNT:**   THANK YOU, YOUR HONOR.

4              **MS. FABIAN:**   THANK YOU, YOUR HONOR.

5

6                              *   *   *

7              I CERTIFY THAT THE FOREGOING IS A CORRECT
     TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
8    IN THE ABOVE-ENTITLED MATTER.

9    S/LEEANN PENCE                          12/6/2020
     LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


                         DECEMBER 4, 2020