1    JEFFREY BOSSERT CLARK
2    Acting Assistant Attorney General
     SCOTT G. STEWART
3    Deputy Assistant Attorney General
     WILLIAM C. PEACHEY
4    Director
5    Office of Immigration Litigation
     U.S. Department of Justice
6    WILLIAM C. SILVIS
7    Assistant Director
     Office of Immigration Litigation
8    SARAH B. FABIAN
9    Senior Litigation Counsel
     NICOLE N. MURLEY
10   Senior Litigation Counsel
11   Office of Immigration Litigation
     U.S. Department of Justice
12   Box 868, Ben Franklin Station
13   Washington, DC 20442
     Telephone: (202) 616-0473
14   Fax: (202) 616-8962
15

16   ADAM L. BRAVERMAN
     United States Attorney
17   SAMUEL W. BETTWY
18   Assistant U.S. Attorney
     California Bar No. 94918
19   Office of the U.S. Attorney
20   880 Front Street, Room 6293
     San Diego, CA 92101-8893
21   619-546-7125
22   619-546-7751 (fax)

23   *Attorneys for Federal Respondents-*
24   *Defendants*

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

25
26
27
28

1
2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

3

MS. L, et al.,

Case No. 3:18-cv-0428 DMS MDD

4

Petitioners-Plaintiffs,

**JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

5

vs.

6

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

7
8

Respondents-Defendants.

9
10
11
12
13
14
15
16

Respondents-Defendants, U.S. Immigration and Customs Enforcement, *et al.*, have met and conferred with Petitioners-Plaintiffs, *Ms. L.*, *et al.* The parties agree and stipulate, in the interests of proceeding with this litigation in the most orderly and efficient manner possible, to extend the time period for Respondent-Defendants to answer Petitioner-Plaintiffs third amended complaint. Accordingly, the parties hereby stipulate that Respondent-Defendants' answer to the third amended complaint shall be due Monday, February 8, 2020.

17

A proposed order accompanies the joint stipulation.

18
19

DATED: December 7, 2020

Respectfully submitted,

20
21

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

22
23

SCOTT G. STEWART
Deputy Assistant Attorney General

24
25

WILLIAM C. PEACHEY
Director

26
27

WILLIAM C. SILVIS
Assistant Director

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Sarah B/ Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE MURLEY
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-0473 (phone)
(202) 305-7000 (facsimile)
Email: Nicole.Murley@usdoj.gov

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney

*Attorneys for Respondents-Defendants*

/s/ Lee Gelernt
Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO
& IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131

2

1     T: (619) 398-4485
F: (619) 232-0036
2     *bvakili@aclusandiego.org*

3

4     Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
5     AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
6     39 Drumm Street
7     San Francisco, CA 94111
T:  (415) 343-1198
8     F:  (415) 395-0950
9     *skang@aclu.org*
*samdur@aclu.org*
10

11     *Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28