JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE N. MURLEY
Senior Litigation Counsel

*Attorneys for Federal Respondents-Defendants*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., | Case No. : 3:18-cv-0428 DMS MDD |
| Petitioners-Plaintiffs, | |
| vs. | MOTION TO WITHDRAW COUNSEL, SCOTT G. STEWART |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents-Defendants. | |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES OF RECORD AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Scott G. Stewart hereby respectfully moves to withdraw as counsel of record for Defendants-Respondents in the above-captioned case on the grounds that his employment with the U.S. Department of Justice will end on January 20, 2021. Defendants will continue to be represented by all remaining counsel of record for Defendants.

Dated this January 13, 2021                     Respectfully submitted,

                                                       JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

By: *Sarah B. Fabian*
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2021, a copy of the foregoing was filed via the court's CM/ECF system, which will send electronic notice to all counsel of record. A copy of this Notice will also be served by email on all Defendants-Respondents in the above-captioned case.

*/s/ Sarah B. Fabian*
Sarah B. Fabian

Attorney for Defendants