1
2
3
4
5
6
7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   Ms. L.; et al.,                                    Case No.:  18cv0428 DMS (MDD)

12                    Petitioners-Plaintiffs,
                                                         **ORDER FOLLOWING STATUS**
13   v.                                                  **CONFERENCE**

14   U.S Immigration and Customs
     Enforcement ("ICE"); et al.,
15
                    Respondents-Defendants.
16

17

18        A status conference was held on January 15, 2021.  After consulting with counsel

19   and being advised of the status of the case, IT IS HEREBY ORDERED:

20   1.     A further status conference shall be held on **February 26, 2021**, at **1:30 p.m.**  The

21   dial-in number for any counsel who wish to listen in only and members of the news media

22   is as follows.

23        a.     Dial the toll free number: **877-411-9748**;

24        b.     Enter the Access Code: **6246317** (Participants will be put on hold until the

25               Court activates the conference call);

26        c.     Enter the Participant Security Code **02260428** and Press # (The security code

27               will be confirmed);

28        d.     Once the Security Code is confirmed, participants will be prompted to Press

                                                 1

1          1 to join the conference or Press 2 to re-enter the Security Code.

2   Members of the general public may attend in person.  All persons dialing in to the

3   conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court

4   proceedings.

5   2.      The next Joint Status Report shall be filed on or before **3:00 p.m.** on **February 24,**

6   **2021**.

7   Dated:  January 19, 2021

8                                                    Hon. Dana M. Sabraw

9                                                    United States District Judge

2