BRIAN M. BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE N. MURLEY
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 616-0473
Fax: (202) 616-8962

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>    Petitioners-Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>    Respondents-Defendants. | Case No. 3:18-cv-0428 DMS MDD<br><br>**JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

    Respondents-Defendants, U.S. Immigration and Customs Enforcement, *et al.*, have met and conferred with Petitioners-Plaintiffs, *Ms. L.*, *et al*. The parties agree and stipulate, in the interests of proceeding with this litigation in the most orderly and efficient manner possible, to extend the time period for Respondent-Defendants to answer Petitioner-Plaintiffs third amended complaint. Accordingly, the parties hereby stipulate that Respondent-Defendants' answer to the third amended complaint shall be due Friday, April 9, 2021.

    A proposed order accompanies the joint stipulation.

///

///

///

| | | |
|---|---|---|
| 1 | DATED: February 5, 2021 | Respectfully submitted, |
| 2 | | BRIAN M. BOYNTON |
| 3 | | Acting Assistant Attorney General |
| 4 | | WILLIAM C. PEACHEY |
| 5 | | Director |
| 6 | | WILLIAM C. SILVIS |
| 7 | | Assistant Director |
| 8 | | _/s/ Sarah B/ Fabian_ |
| 9 | | SARAH B. FABIAN<br>Senior Litigation Counsel |
| 10 | | NICOLE MURLEY |
| 11 | | Senior Litigation Counsel<br>Office of Immigration Litigation |
| 12 | | Civil Division |
| 13 | | U.S. Department of Justice<br>P.O. Box 868, Ben Franklin Station |
| 14 | | Washington, DC 20044 |
| 15 | | (202) 616-0473 (phone)<br>(202) 305-7000 (facsimile) |
| 16 | | Email: Nicole.Murley@usdoj.gov |
| 17 | | ADAM L. BRAVERMAN |
| 18 | | United States Attorney<br>SAMUEL W. BETTWY |
| 19 | | Assistant U.S. Attorney |
| 20 | | |
| 21 | | _Attorneys for Respondents-Defendants_ |
| 22 | | _/s/ Lee Gelernt_ |
| 23 | | Lee Gelernt*<br>Judy Rabinovitz* |
| 24 | | Anand Balakrishnan* |
| 25 | | AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION |
| 26 | | 125 Broad St., 18th Floor |
| 27 | | New York, NY 10004<br>T: (212) 549-2660 |
| 28 | | |

2

3:18-cv-0428 DMS MDD

F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO
& IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*