<br>

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| MS. L, et al, <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al, <br><br> Respondents-Defendants. | Case No. 18-cv-428 DMS MDD <br><br> **ORDER GRANTING JOINT STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT** |

Before the Court is the parties' Stipulated Extension of Time for Respondent-Defendants to Answer Petitioners-Plaintiffs' Third Amended Complaint. IT IS HEREBY ORDERED that Respondent-Defendants Answer to Petitioner-Plaintiffs' Third Amended Complaint shall be due Friday, April 9, 2021.

Dated: February 5, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court