# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD) <br><br> **ORDER RE: JOINT STATUS REPORT** |

In preparation for the next status conference, the Court requests the parties' input on how the President's February 2, 2021 "Executive Order on the Establishment of Interagency Task Force on the Reunification of Families" affects this case. Counsel should include their positions on this issue in the next Joint Status Report.

**IT IS SO ORDERED**.

Dated: February 8, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court

2