```
                    UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF CALIFORNIA


           BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING
    _____
                                              )
    MS. L., ET AL.,                           )
                                              )  CASE NO. 18CV0428-DMS
                 PETITIONERS-PLAINTIFFS,      )
                                              )
    VS.                                       )
                                              )
                                              )
                                              )
                                              )
    U.S. IMMIGRATION AND CUSTOMS              )  SAN DIEGO, CALIFORNIA
    ENFORCEMENT ("ICE"), ET AL.,              ) FRIDAY FEBRUARY 26, 2021
                                              )     1:30 P.M. CALENDAR
                 RESPONDENTS-DEFENDANTS.      )
    ------------------------------------------

                   REPORTER'S TRANSCRIPT OF PROCEEDINGS

                      TELEPHONIC STATUS CONFERENCE




    REPORTED BY:                    LEE ANN PENCE,
                                    OFFICIAL COURT REPORTER
                                    UNITED STATES COURTHOUSE
                                    333 WEST BROADWAY, ROOM 1393
                                    SAN DIEGO, CALIFORNIA 92101
```

```
FOR PLAINTIFF:           LEE GELERNT, ESQ.
                         ANAN BALAKRISHNAN, ESQ.
                         DANIEL GALINDO, ESQ.
                         ACLU IMMIGRANT RIGHTS PROJECT
                         125 BROAD STREET 18TH FLOOR
                         NEW YORK, NEW YORK 10004


FOR DEFENDANT:           SARAH B. FABIAN, ESQ.
                         U.S. DEPARTMENT OF JUSTICE
                         OFFICE OF IMMIGRATION LITIGATION
                         P.O. BOX 868
                         BEN FRANKLIN STATION
                         WASHINGTON, DC 20044


 ALSO APPEARING:         EMILY BORK, ESQ.
                         HALEY COSTELLO-ESSIG, ESQ.
                         STEVEN HERZOG, ESQ.
                         CATHERINE WEISS, ESQ.
```

```
 1    SAN DIEGO, CALIFORNIA – FRIDAY, FEBRUARY 26, 2021 – 1:30 P.M.
 2                              *   *   *
 3            THE CLERK:  NO. 3 ON CALENDAR, CASE NO. 18CV0428,
 4    MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR
 5    STATUS CONFERENCE.
 6            THE COURT:  GOOD AFTERNOON.
 7            COUNSEL, I SHOW FOR APPEARANCES:  FOR PLAINTIFFS MS.
 8    L., LEE GELERNT AND DAN GALINDO; FOR THE UNITED STATES AND THE
 9    REMAINING DEFENDANTS, SARAH FABIAN; FOR THE DORA PLAINTIFFS,
10    EMILY BORK; FOR MMM, HALEY COSTELLO-ESSIG.  AND WE HAVE
11    CATHERINE WEISS FOR THE OBJECTORS AND MR. STEVEN HERZOG FOR
12    THE STEERING COMMITTEE.
13            I RECEIVED THE JOINT STATUS REPORT, AND THANK YOU
14    AGAIN FOR THAT.
15            THERE HAS BEEN SOME SIGNIFICANT DEVELOPMENTS IN THIS
16    CASE, AND MAYBE I WILL START FIRST WITH MR. HERZOG AND ALL OF
17    THE PROGRESS THAT HAS BEEN MADE.
18            THANK YOU FOR SETTING OUT THAT GOOD WORK.  IT
19    APPEARS THAT THERE HAS BEEN AN INCREASE IN LOCATING,
20    CONTACTING PARENTS OR ATTORNEYS OF THOSE CHILDREN BY 105 SINCE
21    OUR LAST REPORT.
22            AND I GUESS THE FIRST QUESTION I HAVE, MR. HERZOG,
23    IS WHAT CAUSED THAT TO HAPPEN.  AND THAT'S, OF COURSE, GOOD
24    NEWS.
25            MR. HERZOG:  SURE.  GOOD AFTERNOON, YOUR HONOR.
```

FEBRUARY 26, 2021

1          FIRST LET ME REPORT THAT IT IS ACTUALLY NOW 112.  WE
2  ARE NOW, I THINK IT IS SEVEN, SINCE WE FILED THIS REPORT, AND
3  WE NOW ARE AT 499 CHILDREN -- OR PARENTS OF 499 CHILDREN THAT
4  WE ARE STILL SEARCHING FOR.  SO THAT IS A LITTLE BIT MORE GOOD
5  NEWS FOR US.
6          IT IS REALLY A COMBINATION OF FACTORS.  WE HAVE MADE
7  SOME GOOD PROGRESS WITH SOME OF THE NUMBERS THAT WE RECEIVED
8  FROM THE GOVERNMENT.
9          OUR ON-THE-GROUND EFFORTS HAVE CONTINUED, AND I
10 THINK ACCELERATED SOME.  NOT THAT COVID -- IT IS STILL A
11 FACTOR BUT I THINK WE HAVE BEEN ABLE TO DO MORE WORK THAN WE
12 WERE DOING A COUPLE OF MONTHS AGO.  AND WE ARE CONTINUING WITH
13 OUR OTHER CALLING EFFORTS.
14         SO IT IS REALLY A COMBINATION OF FACTORS THAT SORT
15 OF CONVERGED TOGETHER.  AND WE HAVE ALSO, YOU KNOW, RESOLVED A
16 NUMBER OF CASES, DIFFICULT CASES, CASES THAT WE HAD TO WORK
17 THROUGH.
18         SO ALL OF THOSE THINGS PUT TOGETHER, I THINK, MADE
19 FOR SOME GOOD RESULTS IN THIS PERIOD.
20         **THE COURT:**  YES.  AND I WOULD ASSUME, AS TO THE 322
21 CHILDREN WHOSE PARENTS HAVE BEEN REMOVED, ITS STATUS, IS IT
22 FAIRLY SIMILAR TO THE LAST REPORT THAT THERE HAS BEEN NOT A
23 LOT OF PROGRESS IN LIGHT OF THE PANDEMIC AND OTHER EVENTS THAT
24 MAKE IT DIFFICULT TO HAVE BOOTS ON THE GROUND?
25         **MR. HERZOG:**  IT IS DIFFICULT TO HAVE BOOTS ON THE

1   GROUND BUT WE ARE TRYING TO DEVOTE SOME ADDITIONAL RESOURCES.
2   AND SOME OF THOSE PARENTS, SOME OF THEM, WE HAVE BEEN ABLE TO
3   REACH THROUGH CALLING EFFORTS, WHICH ARE CONTINUING.
4          SO WE HAVE BOOTS ON THE GROUND.  I THINK THE BOOTS
5   ON THE GROUND HAVE INCREASED SOME BECAUSE, YOU KNOW, NOT THAT
6   COVID, LIKE I SAID, IS NOT STILL A PROBLEM.  WE ARE HAMPERED
7   SOME BUT I THINK WE ARE TRYING TO, YOU KNOW, TO KEEP GOING AND
8   DO WHAT WE CAN.  AND WE ARE MAKING SOME PROGRESS.
9          **THE COURT:**  ALL RIGHT.  AND OF THE 168 OR SO PARENTS
10  WHO ARE IN THE UNITED STATES, IS IT A FAIR ASSUMPTION THAT AS
11  WE MOVE FORWARD THERE IS GOING TO BE SOME SUCCESS HERE IN THAT
12  THE GOVERNMENT, THROUGH THE TASK FORCE AND THE CHANGE IN
13  POLICY AS TO THE EFFORT TO BE PUT IN BY THE DEFENDANTS IN
14  REUNIFYING AND LOCATING PARENTS, AND I GUESS THE MESSAGING AND
15  THE ABILITY OF THE FEDERAL GOVERNMENT TO DO A NUMBER OF
16  THINGS, INCLUDING TREATING PARENTS WHO MAY BE PRESENT HERE ON
17  AN UNDOCUMENTED BASIS IN A MORE RECEPTIVE MANNER; THAT SOME OF
18  THESE PARENTS MAY BE LOCATED OR MAY COME FORWARD, OR THERE
19  WOULD BE SOME SIGNIFICANT MOVEMENT WITH RESPECT TO THAT
20  NUMBER.
21         **MR. HERZOG:**  I THINK SO, YOUR HONOR.  I WILL LEAVE
22  IT TO MR. GELERNT TO TALK ABOUT WHAT IS GOING ON WITH THE TASK
23  FORCE AND NEGOTIATIONS WITH THE GOVERNMENT.  BUT I DO THINK WE
24  ARE GOING TO MAKE MORE PROGRESS WITH THAT GROUP, YES.
25         **THE COURT:**  THANK YOU.

FEBRUARY 26, 2021

1        MR. GELERNT, MAYBE WE CAN MOVE OVER TO THAT LARGER
2   ISSUE OF THE TASK FORCE AND ALL OF THOSE DEVELOPMENTS.  AND I
3   DO SEE THAT MARCH 10 WILL BE ANOTHER FOLLOW-UP MEETING, OR ON
4   OR BEFORE.  AND THAT THE PARTIES WOULD LIKE TIME TO CONTINUE
5   THOSE DISCUSSIONS AND THEN REPORT BACK TO THE COURT.
6        **MR. GELERNT:**  YES, YOUR HONOR.
7        SO TO ELABORATE A BIT LITTLE ON YOUR QUESTION TO MR.
8   HERZOG, I THINK THAT HAVING THE BIDEN TASK FORCE WILL BE
9   HELPFUL NOT ONLY IN FINDING THE PARENTS WHO ARE IN THE UNITED
10  STATES BUT ALSO ABROAD FOR A VARIETY OF REASONS.  I THINK WE
11  ARE HOPEFUL THAT WE WILL GET UPDATED INFORMATION.  THAT
12  WHATEVER ANNOUNCEMENTS ARE MADE WILL REACH THOSE PARENTS.  SO
13  WE ARE HOPEFUL FOR BOTH SETS OF PARENTS; THOSE ABROAD AND
14  THOSE IN THE UNITED STATES.
15       AS TO THE LARGER QUESTION ABOUT THE TASK FORCE, I
16  GATHER THE GOVERNMENT WILL SUBMIT SOMETHING TO YOU ON MARCH
17  10TH THAT IS MORE DETAILED.
18       AND ALL I WOULD SAY, I GUESS, IS THAT WE HAVE MET
19  WITH THE TASK FORCE AT THIS POINT.  THERE HAS BEEN NO SPECIFIC
20  CONCRETE ACTION TAKEN BY THE TASK FORCE OR, AT THIS POINT,
21  PROMISED OR DENOMINATED IN A TIMELINE.  BUT I DO WANT TO SAY
22  THAT I AM HOPEFUL THAT THE BIDEN ADMINISTRATION WILL MOVE
23  QUICKLY NOW AND THAT MANY OF THE ISSUES THAT WE HAVE BEEN
24  DEALING WITH BEFORE YOUR HONOR FOR THE PAST THREE YEARS WILL
25  HOPEFULLY GET RESOLVED.

FEBRUARY 26, 2021

1         AND I THINK AT THIS POINT, YOU KNOW, WE WOULD LIKE
2    TO OBVIOUSLY CONTINUE WITH THE LITIGATION, NEEDLESS TO SAY,
3    UNLESS AND UNTIL WE SEE WHAT THE BIDEN TASK FORCE WILL DO.
4    BUT AT THIS POINT THE SIGNALS ARE GOOD FROM THEM AND WE WILL
5    HAVE TO SEE HOW IT PLAYS OUT.
6         I DO THINK, THOUGH, THAT ON CERTAIN ISSUES THAT YOUR
7    HONOR HAS FELT ARE CRITICAL AND THAT WE, OBVIOUSLY, FEEL ARE
8    CRITICAL, I AM NOT SURE WHETHER THE TASK FORCE IS GOING TO BE
9    DEALING WITH THEM OR CERTAINLY PRIORITIZING THEM; AND ONE OF
10   THEM I THINK MIGHT BE THE INFORMATION SHARING.
11        SO I THINK WE ARE GOING TO HOPEFULLY GET A BETTER
12   SENSE FROM THE BIDEN ADMINISTRATION IN THE NEXT FEW DAYS, OR
13   CERTAINLY BY MARCH 10TH, WHETHER THEY ARE GOING TO BE DEALING
14   WITH THAT ISSUE OR WHETHER THEY ARE GOING TO FOCUS SOLELY ON
15   THE REUNIFICATION OF THE PARENTS, AND THAT THAT ISSUE WOULD
16   REMAIN SOMETHING THAT WE DO THROUGH THE LITIGATION.  SO
17   HOPEFULLY WE CAN REPORT TO YOU ON THAT AS SOON AS POSSIBLE AS
18   WELL.
19        **THE COURT:**  YES.  AND I DON'T HAVE THE E.O. IN FRONT
20   OF ME AT THE MOMENT SETTING OUT THE TASK FORCE MEMBERS, BUT
21   AREN'T ALL OR MOST OF THE TASK FORCE MEMBERS ACTUALLY
22   DEFENDANTS IN THIS VERY CASE?
23        **MR. GELERNT:**  MY UNDERSTANDING, YOUR HONOR, IS
24   THAT, RIGHT, THAT THEY WILL COME FROM ALL OF THE DIFFERENT
25   AGENCIES.

FEBRUARY 26, 2021

1          I THINK THEY WILL ALSO COME -- AND I MAY BE MISTAKEN
2     ABOUT THIS AND MS. FABIAN CAN CORRECT ME -- BUT I BELIEVE THEY
3     WILL ALSO COME FROM THE STATE DEPARTMENT; WHICH IS NOT A
4     DEFENDANT HERE, BUT I THINK HAVING THE STATE DEPARTMENT'S
5     INVOLVEMENT WILL BE BENEFICIAL.
6          **THE COURT**:  YES.  THIS IS A UNIQUE CIRCUMSTANCE IN
7     THAT WITH THE CHANGE IN ADMINISTRATION THE DEFENDANTS ARE NOW,
8     IT WOULD APPEAR THROUGH THE EXECUTIVE ORDER, COMPLETELY
9     ALIGNED WITH THE PLAINTIFFS.  AND WOULD WORK IN ABSOLUTE
10    HARMONY IN THIS OVERARCHING EFFORT OF LOCATING AND REUNIFYING
11    AND ADDRESSING THE VARIOUS ISSUES ARISING OUT OF THIS
12    LITIGATION, INCLUDING, I HOPE, THE INTERAGENCY COMMUNICATION
13    AND TRACKING.
14         AND THE FEDERAL GOVERNMENT, OF COURSE, THE EXECUTIVE
15    BRANCH, IS IN THE BEST POSITION BY FAR, AMONG THE THREE
16    BRANCHES, TO RECTIFY THIS SITUATION.  IT CAN DO MANY THINGS,
17    THROUGH EXECUTIVE DECISION MAKING, THAT ARE DIFFICULT IF NOT
18    IMPOSSIBLE TO DO THROUGH THE THIRD BRANCH, THE JUDICIARY.
19         SO, FOR EXAMPLE, SOME TIME AGO THE PLAINTIFFS
20    BROUGHT A NUMBER OF MOTIONS TO HAVE PARENTS WHO WERE REMOVED
21    FROM COUNTRY RETURNED TO PURSUE THEIR ASYLUM CLAIMS.  AND THAT
22    INVOLVED A LOT OF BRIEFING, A LOT OF DISCUSSION AND ARGUMENT.
23    I BELIEVE, IF MEMORY SERVES, THE COURT ORDERED ABOUT 11
24    PARENTS RETURNED.
25         THE EXECUTIVE BRANCH, OF COURSE, DEPENDING ON WHAT

FEBRUARY 26, 2021

1  IT DETERMINES TO DO IN ITS DISCRETION COULD, IN THEORY -- AND
2  THIS HAS BEEN PRESENTED IN THE MEDIA AND ELSEWHERE -- SEE TO
3  IT THAT MANY OF THESE PARENTS WHO HAVE BEEN REMOVED ARE
4  BROUGHT BACK.  THEY CAN SIMPLY MAKE THAT DECISION AND MAKE IT
5  HAPPEN, ASSUMING THOSE PARENTS ARE RELOCATED.
6          SO THERE ARE MANY, MANY THINGS IN THIS LITIGATION
7  THAT THE EXECUTIVE BRANCH CAN ADDRESS QUICKLY AND CAN WORK, IT
8  SEEMS TO ME, IN COMPLETE HARMONY WITH THE STEERING COMMITTEE
9  AND THE NGO'S, AND THIS JOINT EFFORT IS EXCITING IN MANY WAYS.
10 AND SO I AM VERY OPTIMISTIC IN THAT REGARD WITH RESPECT TO
11 ULTIMATELY BRINGING THIS LITIGATION TO A CONCLUSION, SOONER
12 RATHER THAN LATER, WITH BOTH SIDES WORKING TOGETHER AND
13 COLLABORATIVELY.
14         I HAVE ONE OTHER OBSERVATION, AND THEN I WOULD LIKE
15 TO HEAR FROM MS. FABIAN.  AND THAT IS THAT THE COURT OUGHT TO
16 STAY INVOLVED, EVEN IF THE BIDEN ADMINISTRATION, THROUGH THE
17 E.O., DOES EXACTLY WHAT IS SET OUT IN THE E.O. AND WORKS
18 AGGRESSIVELY TOWARD FINDING AND RELOCATING AND RECTIFYING ALL
19 OF THE VARIOUS PROBLEMS THAT WERE CAUSED BY FAMILY SEPARATION.
20         THE COURT, SEEMS TO ME, CAN AND OUGHT TO MAINTAIN AN
21 OVERSIGHT FUNCTION SINCE EVEN THE TASK FORCE AGENCIES, WORKING
22 IN HARMONY WITH THE PLAINTIFFS, ARE DEFENDANTS AND ARE
23 ACCOUNTABLE.  AND THE COURT IS IN A UNIQUE POSITION TO ENFORCE
24 AND TO OVERSEE THE ENTIRE COLLABORATIVE EFFORT, SHOULD THAT
25 OCCUR, TO ENSURE THAT EVERY STONE IS TURNED AND EVERY EFFORT

1  IS MADE TO LOCATE EVERY CHILD AND PARENT, AND TO MAKE
2  REUNIFICATION HAPPEN OR TO HAVE THE PARENTS EXERCISE THEIR
3  RIGHTS AS TO WHAT IS IN THE BEST INTEREST OF THEIR CHILD.
4  　　　　　ALSO, IT SEEMS TO ME THAT IT WOULD BE APPROPRIATE,
5  GIVEN THAT THE TASK FORCE MEMBERS ARE DEFENDANTS IN THIS CASE,
6  THAT THE TASK FORCE COULD HAVE A PERSON, OR PERSONS,
7  RESPONDING TO THE COURT AND PROVIDING INFORMATION IN OUR JOINT
8  STATUS REPORTS SO THAT THEY IN FACT PARTICIPATE IN THIS
9  PROCEEDING, SEEMS TO ME IS CONSISTENT WITH THE LITIGATION AND
10 CONSISTENT WITH TRANSPARENCY ON THIS ISSUE.
11 　　　　　IN ADDITION, OF COURSE, WE HAVE RELATED LITIGATION
12 THROUGH MMM AND DORA THAT OUGHT TO BE SUPERVISED, AND THE
13 CONTINUED STATUS REPORTS OUGHT TO CONTINUE IN THOSE CASES AS
14 WELL.
15 　　　　　SO THOSE ARE SOME OF MY THOUGHTS.  I AM VERY
16 ENCOURAGED BY THE STATUS REPORT AND THE COMMUNICATIONS THAT
17 THE PARTIES HAVE HAD WITH THE TASK FORCE, AND THE REQUEST TO
18 REPORT BACK TO THE COURT SOMETIME AFTER MARCH 10.
19 　　　　　SO WITH THOSE THOUGHTS, MS. FABIAN, ANYTHING TO ADD?
20 　　　　　**MS. FABIAN:**  GOOD AFTERNOON, YOUR HONOR.  THANK YOU.
21 　　　　　YES, I THINK EVERYTHING THAT YOU AND MR. GELERNT
22 HAVE SAID MAKES A LOT OF SENSE.  I THINK WE ARE VERY HOPEFUL
23 THAT THE WORK IN THE TASK FORCE WILL BRING US A LONG WAY
24 FORWARD TO RESOLVING THIS LITIGATION.  I THINK SOME OF WHAT
25 YOUR CONVERSATION HAS RECOGNIZED, THE UMBRELLA OF THE TASK

FEBRUARY 26, 2021

1  FORCE IS IN MANY WAYS GOING TO BE LARGER THAN THE LITIGATION.
2  AND SO IT REALLY WILL HAVE A POSITIVE AFFECT ON THE ISSUES OF
3  THE LITIGATION.
4  　　　　MR. GELERNT MENTIONED THE INFORMATION SHARING ISSUE,
5  AND I THINK I WOULD SAY THE TASK FORCE IS, OF COURSE, RAPIDLY
6  MOVING FORWARD WITH NEW FOLKS.  MICHELLE BRANE, WHO CAME ON
7  BOARD THIS WEEK, AS THE EXECUTIVE DIRECTOR OF THE TASK FORCE.
8  　　　　SO I THINK THE SCOPE OF THE TASK FORCE'S WORK WILL
9  VERY SOON HERE BE BETTER DEFINED AND WILL --
10 　　　　(BACKGROUND NOISE INTERRUPTION)
11 **THE COURT:**  OKAY.  FOR COUNSELS' EDIFICATION ON MS.
12 L., WE HAVE A CRIMINAL CALENDAR TRAILING AND WE ARE STILL
13 DOING A LOT OF VIRTUAL MATTERS.  AND SO I THINK WE HAD SOME
14 BACKGROUND NOISE THAT WE HAVE NOW ADDRESSED.
15 　　　　MS. FABIAN.
16 **MS. FABIAN:**  THANK YOU, YOUR HONOR.
17 　　　　SO I THINK, AS I WAS SAYING, I THINK THAT IN THE
18 NEAR FUTURE WE WILL HAVE MORE INFORMATION TO PROVIDE ABOUT THE
19 SCOPE OF THE TASK FORCE'S WORK AND THE AFFECT THAT IT WILL
20 HAVE ON THE LITIGATION, AND THAT IS WHY WE HAD REQUESTED TO
21 REPORT ON MARCH 10TH WITH SOME MORE UPDATES ON THAT.
22 　　　　IT DOES MAKE SENSE, AS FAR AS CONTINUED JOINT STATUS
23 REPORTS, THAT WE CAN CERTAINLY REPORT ON THE WORK OF THE TASK
24 FORCE TO THE EXTENT THAT IT AFFECTS THE ISSUES THAT WE ARE
25 LOOKING AT IN THE LITIGATION.  AND I EXPECT THAT WE WILL HAVE

FEBRUARY 26, 2021

1   CONTINUED CONVERSATIONS WITH PLAINTIFFS GOING FORWARD.
2            WE ARE, RIGHT NOW, WAITING.  I JUST -- MR. GELERNT
3   JUST TOLD ME THAT HE WILL BE GIVING US SOME INFORMATION TODAY
4   OR MONDAY THAT THE TASK FORCE HAS REQUESTED.  SO I THINK THAT
5   EVERYTHING IS MOVING FORWARD AND HOPEFULLY WILL PICK UP HERE
6   NOW AS FOLKS ARE BEING BROUGHT ON BOARD.  AND WE WILL
7   CERTAINLY REPORT TO THE COURT AS APPROPRIATE WITH REGARD TO
8   THE AFFECT ON THE LITIGATION.
9            **THE COURT:**  ALL RIGHT.  YOU HAD MENTIONED THE
10  EXECUTIVE DIRECTOR OF THE TASK FORCE BY NAME.  CAN I HAVE THAT
11  NAME AGAIN?
12           **MS. FABIAN:**  SURE.  HER NAME IS MICHELLE BRANE.
13           **THE COURT:**  CAN YOU SPELL THE LAST?
14           **MS. FABIAN:**  SURE.  B-R-A-N-E.
15           **THE COURT:**  ALL RIGHT.  AND SHE --
16           **MS. FABIAN:**  AND SHE IS --
17           **THE COURT:**  GO AHEAD.
18           **MS. FABIAN:**  I WAS JUST GOING TO SAY THAT SHE IS A
19  VERY WELL-RESPECTED IMMIGRATION ADVOCATE.  I BELIEVE SHE HAS
20  IN FACT WORKED WITH THE ACLU IN CONJUNCTION WITH THIS
21  LITIGATION, IF NOT ON THIS LITIGATION, IN THE PAST.  BUT SHE
22  IS CERTAINLY AWARE AND FAMILIAR WITH THESE ISSUES, AND I THINK
23  SHE WILL BE A GREAT ASSET TO THE TASK FORCE AND TO HELPING US
24  COORDINATE ON THESE ISSUES.
25           **MR. GELERNT:**  YOUR HONOR, THIS IS MR. GELERNT.  JUST

FEBRUARY 26, 2021

```
 1   TO PICK UP ON THIS.
 2               THE COURT:  YES.
 3               MR. GELERNT:  FULL DISCLOSURE.  SHE WAS A MEMBER OF
 4   OUR STEERING COMMITTEE BUT NOW HAS RESIGNED FROM HER JOB ON, I
 5   THINK IT WAS THE REFUGEE COMMISSION, AND IS WORKING ONLY WITH
 6   THE DEPARTMENT OF HOMELAND SECURITY.  AND WE WILL TAKE -- SHE
 7   WILL TAKE THE APPROPRIATE STEPS TO MAKE SURE THAT THERE ARE NO
 8   CONFLICTS.
 9               THE COURT:  ALL RIGHT.
10               SO IT WOULD SEEM THAT MS. BRANE --
11               AM I PRONOUNCING THAT LAST NAME CORRECTLY?
12               MS. FABIAN:  I BELIEVE IT IS BRONE(PH.).
13               MR. GELERNT:  YES.
14               THE COURT:  SHE WOULD BE A GOOD PERSON TO INCLUDE ON
15   THESE JOINT STATUS REPORTS.  SHE WOULD BE UNIQUELY SITUATED TO
16   REPORT ON THE TASK FORCE AT THE APPROPRIATE TIME.  DO YOU
17   AGREE?
18               MS. FABIAN:  YOUR HONOR, AS I HAVE IN THE PAST, I
19   REQUEST THAT I BE ABLE TO GO BACK TO MY CLIENTS AND SEE IF
20   THEY HAVE A RECOMMENDATION ON THE BEST PERSON TO REPORT.  I
21   DON'T WANT TO -- GIVEN THAT MS. BRANE IS RECENTLY ON BOARD
22   WITH THE DEPARTMENT, I DON'T WANT TO COMMIT HER IN CASE THAT
23   WOULD SOMEHOW INTERFERE WITH SOME OF HER TASK FORCE DUTIES.
24               SO I CERTAINLY -- AS WE NOTED, WE INTEND TO REPORT
25   TO THE COURT ON MARCH 10TH.  AND I WILL SPEAK TO MY CLIENTS
```

```
 1   ABOUT THE BEST PERSON TO DO THAT.  AND WE CAN MAYBE GIVE YOU A
 2   LITTLE MORE INFORMATION ON THAT PROCESS IN OUR MARCH 10TH
 3   REPORT.
 4              THE COURT:  ALL RIGHT.  THAT SOUNDS FINE.
 5              MS. FABIAN, ARE YOU INDICATING THAT YOU WOULD BE IN
 6   A POSITION TO PROVIDE KIND OF A WRITTEN UPDATE BY MARCH 10?
 7              MS. FABIAN:  YES.  THAT'S WHAT WE STATED IN THE
 8   JOINT STATUS REPORT IS THAT OUR INTENTION WOULD BE TO PROVIDE
 9   THE COURT WITH A BIT MORE INFORMATION AND AN UPDATE THAT WE
10   WOULD FILE ON MARCH 10TH.
11              I KNOW THAT WOULD BE AHEAD OF THE JOINT STATUS
12   REPORT SCHEDULING, BUT WE DIDN'T WANT TO PROVIDE AN INCOMPLETE
13   REPORT.  IN THIS JOINT STATUS REPORT WE WEREN'T QUITE PREPARED
14   TO PROVIDE DETAILS THIS WEEK SO WE HAD SAID THAT WE WOULD
15   PROVIDE SOMETHING ON THE 14TH -- I APOLOGIZE -- ON THE 10TH.
16   AND THAT'S OUR INTENTION.
17              THE COURT:  ALL RIGHT.  VERY GOOD.  THAT WOULD BE
18   TERRIFIC.  OKAY.
19              IT LOOKS AS THOUGH EVERYTHING IS IN ORDER WITH MMM
20   AND DORA.  ANYTHING TO ADD ON THOSE PIECES OF LITIGATION?
21              MS. BORK:  THIS EMILY BORK, YOUR HONOR, FOR DORA.
22              NOTHING FURTHER TO ADD ON THAT.
23              THE COURT:  ALL RIGHT.
24              MS. HALEY-ESSIG:  NOTHING FOR MMM, YOUR HONOR.
25              THE COURT:  OKAY.
```

FEBRUARY 26, 2021

1          MS. WEISS, ANYTHING FROM YOUR PERSPECTIVE?
2          **MS. WEISS:**  THANK YOU, YOUR HONOR.  WE WILL BE
3  TALKING FURTHER ABOUT THE INFORMATION SHARING PIECES OF THIS
4  THAT MR. GELERNT MENTIONED, AND WE WILL BE BACK IN TOUCH AS
5  NEEDED.  THANK YOU.
6          **THE COURT:**  WHAT I WOULD PROPOSE, THEN, IS THAT I
7  WILL ISSUE A FOLLOW-UP ORDER PROVIDING THAT MS. FABIAN, FOR
8  DEFENDANTS, WILL PROVIDE AN UPDATE ON THE TASK FORCE ON MARCH
9  10.
10         AND, MR. GELERNT, YOU ARE WELCOME TO CONTRIBUTE TO
11 THAT AS YOU SEE FIT.
12         AND I WOULD PROPOSE A FOLLOW-UP JOINT STATUS
13 CONFERENCE ON APRIL 9TH, SO THAT IS SIX WEEKS OUT, WITH A
14 JOINT STATUS REPORT BY WEDNESDAY, APRIL 7, CLOSE OF BUSINESS.
15         ANY OBJECTION TO THAT, OR WITH ALL OF THESE RECENT
16 DEVELOPMENTS DOES THAT TIMEFRAME STILL MAKE SENSE?
17         **MR. GELERNT:**  THIS IS MR. GELERNT, YOUR HONOR.
18         I THINK THAT THAT WOULD BE FINE.  I THINK IF THERE
19 IS ANYTHING IN THE MARCH 10TH REPORT OR ANY OTHER INTERVENING
20 EVENTS THAT MAYBE WE OUGHT TO BE IN CONTACT WITH THE COURT
21 SOONER WE CAN LET YOU KNOW.  OTHERWISE THAT SEEMS FINE WITH
22 US.
23         **THE COURT:**  ALL RIGHT.  VERY GOOD.  OKAY.
24         WELL, THANK YOU VERY MUCH.  I APPRECIATE, AGAIN, THE
25 UPDATE.  IT IS ALL VERY, VERY POSITIVE AND ENCOURAGING.  AND I

FEBRUARY 26, 2021

```
 1  WILL LOOK FORWARD TO THE UPDATE ON THE 10TH AND TO MEETING
 2  WITH COUNSEL AGAIN ON APRIL 9, IF NOT SOONER IF NECESSARY.
 3           THANK YOU VERY MUCH.
 4           MR. GELERNT:  THANK YOU, YOUR HONOR.
 5           MS. FABIAN:  THANK YOU, YOUR HONOR.
 6
 7                        *   *   *
 8       I CERTIFY THAT THE FOREGOING IS A CORRECT
         TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
 9       IN THE ABOVE-ENTITLED MATTER.
10       S/LEEANN PENCE                        2/28/2021
         LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

FEBRUARY 26, 2021