BRIAN M. BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE N. MURLEY
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 616-0473
Fax: (202) 616-8962

ADAM L. BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel A. Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*
*dgalindo@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>　　　　Petitioners-Plaintiffs,<br><br>　vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　Respondents-Defendants. | Case No. 3:18-cv-0428 DMS MDD<br><br>**JOINT STATEMENT REGARDING SETTLEMENT PROCEDURES** |

On February 8, 2021, the Court ordered the parties to provide the Court with their positions "on how the President's February 2, 2021 'Executive Order on the Establishment of Interagency Task Force on the Reunification of Families' affects this case." ECF No. 573. On February 24, 2021, Defendants informed the Court that the Task Force was "actively meeting and intends to consult with Plaintiffs and other stakeholders who have been involved in the reunification process [in order to] develop more comprehensive plans regarding how it will move forward." ECF No. 574 at 5. Defendants therefore asked the Court to allow them to file a further update on March 10, 2021. *Id.* On March 4, 2021, the Court ordered that "[c]ounsel shall submit their status update on the Task Force's effect on this litigation on or before March 10, 2021." ECF No. 577, ¶ 1.

In accordance with the Court's order, the parties inform the Court that they have agreed to enter into settlement negotiations. The parties have agreed that the Task Force will continue with its work during settlement negotiations, and it is the parties' hope that these settlement discussions, conducted in conjunction with the work of the Task Force, will eventually resolve many or all of the outstanding issues in litigation. In furtherance of their agreement, the parties intend to reach out to the assigned Magistrate Judge Mitchell Dembin to set an initial settlement conference as soon as feasible. The parties ask that while these discussions are ongoing, the litigation be stayed and all pending deadlines held in abeyance, with the exception that status conferences shall continue to be held, with joint status reports in advance of the status conference addressing current efforts to contact parents find families not yet contacted, and Judge Sabraw shall retain oversight of such efforts

| | | |
|---|---|---|
| 1 | DATED: March 10, 2021 | Respectfully submitted, |
| 2 | | BRIAN M. BOYNTON |
| 3 | | Acting Assistant Attorney General |
| 4 | | WILLIAM C. PEACHEY |
| 5 | | Director |
| 6 | | WILLIAM C. SILVIS |
| 7 | | Assistant Director |
| 8 | | */s/ Sarah B/ Fabian* |
| | | SARAH B. FABIAN |
| 9 | | Senior Litigation Counsel |
| 10 | | NICOLE MURLEY |
| | | Senior Litigation Counsel |
| 11 | | Office of Immigration Litigation |
| 12 | | Civil Division |
| | | U.S. Department of Justice |
| 13 | | P.O. Box 868, Ben Franklin Station |
| 14 | | Washington, DC 20044 |
| | | (202) 616-0473 (phone) |
| 15 | | (202) 305-7000 (facsimile) |
| 16 | | Email: Nicole.Murley@usdoj.gov |
| 17 | | ADAM L. BRAVERMAN |
| 18 | | United States Attorney |
| | | SAMUEL W. BETTWY |
| 19 | | Assistant U.S. Attorney |
| 20 | | |
| 21 | | *Attorneys for Respondents-Defendants* |
| 22 | | */s/ Lee Gelernt* |
| 23 | | Lee Gelernt* |
| | | Judy Rabinovitz* |
| 24 | | Anand Balakrishnan* |
| 25 | | Daniel A. Galindo (SBN 292854) |
| | | AMERICAN CIVIL LIBERTIES UNION |
| 26 | | FOUNDATION |
| 27 | | 125 Broad St., 18th Floor |
| | | New York, NY 10004 |
| 28 | | |

|   |   |
|---|---|
| 1 | T:  (212) 549-2660 |
| 2 | F:  (212) 549-2654 |
|   | *lgelernt@aclu.org* |
| 3 | *jrabinovitz@aclu.org* |
|   | *abalakrishnan@aclu.org* |
| 4 | *dgalindo@aclu.org* |
| 5 |   |
| 6 | Bardis Vakili (SBN 247783) |
|   | ACLU FOUNDATION OF SAN DIEGO & |
| 7 | IMPERIAL COUNTIES |
|   | P.O. Box 87131 |
| 8 | San Diego, CA 92138-7131 |
| 9 | T: (619) 398-4485 |
|   | F: (619) 232-0036 |
| 10 | *bvakili@aclusandiego.org* |
| 11 |   |
| 12 | Stephen B. Kang (SBN 292280) |
|   | Spencer E. Amdur (SBN 320069) |
| 13 | AMERICAN CIVIL LIBERTIES UNION |
|   | FOUNDATION |
| 14 | 39 Drumm Street |
| 15 | San Francisco, CA 94111 |
|   | T:  (415) 343-1198 |
| 16 | F:  (415) 395-0950 |
| 17 | *skang@aclu.org* |
|   | *samdur@aclu.org* |
| 18 |   |
| 19 | *Attorneys for Petitioners-Plaintiffs* |
|   | *Admitted Pro Hac Vice |
| 20 |   |