# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD) <br><br> **ORDER STAYING FURTHER DEADLINES AND REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT DISCUSSIONS** |

The Court is in receipt of the parties' Joint Statement Regarding Settlement Procedures. In accordance with the parties' request, the Court hereby stays all pending deadlines in the case, and refers the case to the Magistrate Judge to pursue settlement negotiations. The stay of all deadlines does not apply to the Status Conference currently scheduled for April 9, 2021, or the Joint Status Report to be filed in connection therewith, both are which are confirmed as currently set, nor does it apply to any future status conferences that may be set.

**IT IS SO ORDERED**.

Dated: March 11, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court