1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Ms. L.; et al., | Case No.: 18cv0428-DMS-MDD |
|---|---|
| Petitioners-Plaintiffs, | **ORDER RE: PRELIMINARY SETTLEMENT CONFERENCE** |
| v. | |
| U.S. Immigration and Customs Enforcement ("ICE"); et al., | |
| Respondents-Defendants. | |

On March 11, 2021, this case was referred to Magistrate Judge Mitchell D. Dembin to pursue settlement negotiations. (ECF No. 579). Accordingly, the parties are **ORDERED** to meet and confer and suggest dates for a preliminary settlement conference. At the preliminary settlement conference, the parties should be prepared to discuss their perceptions of what a settlement in this case will look like, anticipated issues, timing and structure of the formal settlement conference and the status of any preliminary settlement discussions.

The Court is prepared to hold the preliminary settlement conference as early as March 17, 2021 at 10:00 a.m., via Zoom, if convenient for the attendees. Alternatively, the Court is available to hold the preliminary

conference on March 19, 2021 at 10:00 a.m.  No later than **close of business on March 15**, the parties should advise the Court whether either of these dates work and, if so, identify who will attend the conference including their email addresses.  If these dates are not convenient, the parties should submit other proposed dates.  The submission should be sent to the Court's email address: efile_Dembin@casd.uscourts.gov.

**IT IS SO ORDERED.**

Dated:   March 12, 2021

Hon. Mitchell D. Dembin
United States Magistrate Judge