UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L., et al.,<br><br>             Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), et al.,<br><br>             Respondents-Defendants. | Case No.:  18cv428-DMS-MDD<br><br>**NOTICE AND ORDER FOR SETTLEMENT VIDEO CONFERENCE** |

**IT IS HEREBY ORDERED** that a Settlement Conference in the above entitled action will be held on **March 31, 2021** at **10:00 a.m.**, with United States Magistrate Judge Mitchell Dembin, **via VIDEOCONFERENCE**. Prior to the conference, the parties are to exchange settlement proposals and to meet and confer as discussed in the Preliminary Settlement Conference held on March 17, 2021.

Pursuant to Civil Local Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of California, **all counsel and all parties, and any other person(s) who has full and unlimited**

**authority to negotiate and enter into a binding settlement shall appear at the conference and shall be prepared to discuss the claims, defenses and damages.  Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain.  Governmental entities may appear through litigation counsel only.  As to all other parties, appearance by litigation counsel only is *not* acceptable.**

The Court will use its official Zoom video conferencing account to hold the Conference.  On or before **March 29, 2021**, counsel for each party must email to the Court at efile_dembin@casd.uscourts.gov the name and title of each participant and an e-mail address for each participant to receive the Zoom videoconference invitation.

All conference discussions will be informal, off the record, privileged and confidential.

Questions regarding this case may be directed to the Magistrate Judge's chambers at (619) 446-3972.

**IT IS SO ORDERED.**

Dated:   March 17, 2021

Hon. Mitchell D. Dembin
United States Magistrate Judge