UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING


```
_____ )
                                  )
MS. L., ET AL.,                   )
                                  )   CASE NO. 18CV0428-DMS
          PETITIONERS-PLAINTIFFS, )
                                  )
VS.                               )
                                  )
                                  )
                                  )
                                  )
U.S. IMMIGRATION AND CUSTOMS      )   SAN DIEGO, CALIFORNIA
ENFORCEMENT ("ICE"), ET AL.,      )   FRIDAY, APRIL 9, 2021
                                  )    1:30 P.M. CALENDAR
          RESPONDENTS-DEFENDANTS. )
----------------------------------
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

STATUS CONFERENCE


REPORTED BY:                    LEE ANN PENCE,
                                OFFICIAL COURT REPORTER
                                UNITED STATES COURTHOUSE
                                333 WEST BROADWAY, ROOM 1393
                                SAN DIEGO, CALIFORNIA 92101

```
FOR PLAINTIFF:              LEE GELERNT, ESQ.
                           STEPHEN KANG, ESQ.
                           ACLU IMMIGRANT RIGHTS PROJECT
                           125 BROAD STREET 18TH FLOOR
                           NEW YORK, NEW YORK 10004


FOR DEFENDANT:             SARAH B. FABIAN, ESQ.
                           U.S. DEPARTMENT OF JUSTICE
                           OFFICE OF IMMIGRATION LITIGATION
                           P.O. BOX 868
                           BEN FRANKLIN STATION
                           WASHINGTON, DC 20044



 ALSO APPEARING:           EMILY BORK, ESQ.
                           HALEY COSTELLO-ESSIG,ESQ.
                           STEVEN HERZOG, ESQ.
                           CATHERINE WEISS, ESQ.
```

1      <u>SAN DIEGO, CALIFORNIA — FRIDAY, APRIL 9, 2021 — 1:30 P.M.</u>

2                               *   *   *

3           **THE CLERK:**  NO. 8 ON CALENDAR, CASE NO. 18CV0428,

4      MS. L. VERSUS IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR

5      STATUS CONFERENCE.

6           **THE COURT:**  GOOD AFTERNOON, COUNSEL.

7           I SHOW, FOR APPEARANCES TODAY:  FOR MS. L.

8      PLAINTIFFS, LEE GELERNT, STEPHEN KANG; FOR DORA PLAINTIFFS,

9      EMILY BORK; FOR MMM PLAINTIFFS, HALEY ESSIG; STEVEN HERZOG FOR

10     THE STEERING COMMITTEE; CATHERINE WEISS FOR THE OBJECTORS; AND

11     SARAH FABIAN FOR THE GOVERNMENT.

12          I REVIEWED THE JOINT STATUS REPORT.  EVERYTHING

13     SEEMS TO BE IN ORDER.  I AM DELIGHTED TO SEE THAT THE

14     SETTLEMENT DISCUSSIONS ARE ACTIVELY UNDERWAY.

15          THE NEXT SETTLEMENT CONFERENCE IS SET FOR APRIL 14,

16     NEXT WEEK.  PERHAPS I CAN START THERE.

17          I DON'T NEED TO KNOW DETAILS, OF COURSE.  BUT I AM

18     CURIOUS, FROM THE PARTIES' PERSPECTIVE, WHETHER THIS IS

19     LOOKING PROMISING, HEADING IN THE RIGHT DIRECTION.  AND

20     WHETHER THERE IS OPTIMISM ABOUT A RESOLUTION SOONER RATHER

21     THAN LATER.

22          PERHAPS I CAN ASK MR. GELERNT TO GO FIRST.

23          **MR. GELERNT:**  YES, YOUR HONOR.  GOOD AFTERNOON.

24          I BELIEVE IT IS PROMISING.  WE HAVE MADE SOME REAL

25     PROGRESS OVER THE LAST WEEK.  WE ARE —— IN ADDITION TO OUR


                          APRIL 9, 2021

1   SESSIONS WITH THE COURT WE ARE MEETING REGULARLY AMONG THE

2   PARTIES.  AND WE HAVE MADE SOME PROGRESS ALREADY, AND I THINK

3   WE WILL CONTINUE TO MAKE PROGRESS.

4           I THINK THE ONLY QUESTION WILL BE ULTIMATELY HOW

5   MUCH IS PUT INTO THE SETTLEMENT, HOW MUCH IS LEFT FOR THE TASK

6   FORCE TO DO OUTSIDE THE SETTLEMENT.  BUT I DO THINK WE WILL

7   REACH AGREEMENT ON A NUMBER OF VERY SIGNIFICANT ISSUES, IS AT

8   LEAST MY HOPE, BASED ON WHAT I HAVE SEEN SO FAR.

9           **THE COURT:**  ALL RIGHT.  AND THAT INCLUDES ALL OF THE

10  ISSUES ENCOMPASSED IN THIS LITIGATION, INCLUDING THE

11  INTERAGENCY COMMUNICATION AND THE PORTALS, AND THOSE KINDS OF

12  THINGS?

13          **MR. GELERNT:**  WE HAVE NOT YET BEEN ABLE TO DRILL

14  DOWN ON THOSE ISSUES, BUT IT DOES INCLUDE THAT.  I AM HOPEFUL

15  THAT WILL -- ALL OF THE ISSUES THAT HAVE BEEN RAISED IN THIS

16  LITIGATION WILL ULTIMATELY BE ENCOMPASSED IN THE SETTLEMENT.

17          **THE COURT:**  VERY GOOD.

18          WITH RESPECT TO THE TASK FORCE, IS IT INVOLVED IN

19  THE SETTLEMENT DISCUSSIONS OR ARE YOU SIMPLY ON PARALLEL

20  TRACKS AT THIS JUNCTURE?

21          **MR. GELERNT:**  NO, YOUR HONOR.  SO THEY ARE VERY MUCH

22  INVOLVED IN THE SETTLEMENT DISCUSSIONS.  AND SO WHAT WE HAVE

23  WORKED OUT WITH THE GOVERNMENT IS THAT THE TASK FORCE WILL BE

24  INVOLVED IN THE SETTLEMENT NEGOTIATIONS, AND WE ARE TRYING TO

25  WORK THROUGH MUCH OF WHAT THE TASK FORCE IS GOING TO DO AND

APRIL 9, 2021

1   ENCOMPASS AS MUCH AS APPROPRIATE WITHIN THE SETTLEMENT
2   AGREEMENT.  BUT AT THE SAME TIME THE TASK FORCE AND THE
3   GOVERNMENT HAVE AGREED THAT THE TASK FORCE CAN PROCEED WITH
4   THEIR WORK ON PARALLEL TRACKS WHILE WE ARE NEGOTIATING THIS
5   SETTLEMENT.  AND WE ARE HOPING TO BRING BACK SOME OF THE
6   FAMILIES IN THE INTERIM WHILE WE ARE WORKING ON THE SETTLEMENT
7   NEGOTIATIONS.  SO THEY ARE BOTH DOING THEIR OWN WORK RIGHT NOW
8   AND THEY ARE INVOLVED VERY MUCH HANDS-ON IN THE SETTLEMENT.
9           **THE COURT:**  YOU MENTIONED ABOUT BRINGING SOME OF THE
10  FAMILIES BACK.  THERE WAS AN ARTICLE IN THE UNION TRIBUNE --
11          I AM SORRY, WE HAVE SOME BACKGROUND NOISE.
12          -- I BELIEVE YESTERDAY REFERENCING THE TASK FORCE
13  EFFORTS TO INCLUDE, AMONG OTHER THINGS, EXPLORING LEGAL
14  PATHWAYS TO REUNITE THE FAMILIES HERE IN THE UNITED STATES.
15          AND SO THAT IS SOMETHING, MR. GELERNT, THAT THE TASK
16  FORCE IS WORKING ON.  AND I ASSUME IS PART OF THE
17  CONSIDERATION HERE IN THE SETTLEMENT DISCUSSIONS AS WELL IN
18  THIS CASE.
19          **MR. GELERNT:**  EXACTLY, YOUR HONOR.
20          SO THE TASK FORCE MAY HOPEFULLY BRING BACK SOME
21  FAMILIES IMMEDIATELY WHILE WE ARE STILL WORKING OUT THE
22  CONTOURS OF THE SETTLEMENT AGREEMENT.  AND SO THOSE FIRST
23  GROUP OF FAMILIES WILL HOPEFULLY COME BACK VIA THE TASK FORCE
24  DIRECTLY.  BUT WE ARE WORKING ON A PROCESS FOR BEYOND THIS
25  FIRST GROUP THAT WILL BE PART OF THE SETTLEMENT AGREEMENT.


                        APRIL 9, 2021

1      **THE COURT:**  VERY GOOD.

2           WE HAVE ANOTHER CONFERENCE CALL, WE ARE TRYING TO

3      MUTE THAT, ON A TRAILING CASE.  WE WILL KEEP GOING.  OKAY.

4           LET'S TURN TO THE STEERING COMMITTEE.

5           I AM ENCOURAGED WITH THE RESULTS.  THERE CONTINUES

6      TO BE IMPROVEMENT HERE.  AN INCREASE OF 61 CHILDREN, SINCE THE

7      LAST STATUS REPORT, AND THEIR PARENTS BEING LOCATED.

8           AND, MR. HERZOG, THERE IS REFERENCE HERE IN THE

9      REPORT THAT ADDITIONAL RESOURCES HAVE BEEN DEVOTED TO THIS.

10     AND SO I WAS CURIOUS WHETHER THERE IS -- WHAT THOSE RESOURCES

11     ARE, AND WHETHER THERE IS AN ABILITY TO HAVE BOOTS ON THE

12     GROUND IN CENTRAL AMERICA MORE SO THAN WHEN WE LAST MET.

13     **MR. HERZOG:**  GOOD AFTERNOON, YOUR HONOR.

14          THERE HAVE BEEN ADDITIONAL RESOURCES, AND I THINK

15     ADDITIONAL RESOURCES ON THE GROUND AS WELL IN CENTRAL AMERICA,

16     YES.  WE ARE WORKING TO PUT -- IMPLEMENT MORE PEOPLE TO LOOK

17     FOR PARENTS, OBVIOUSLY.  AND TO WORK WITH AS MANY

18     ORGANIZATIONS AS WE CAN THAT CAN HELP US.

19     **THE COURT:**  AND, AT THIS POINT, ARE YOU AND THE

20     STEERING COMMITTEE, THE LITIGANTS IN THIS CASE, DOING THAT IN

21     CONJUNCTION WITH THE TASK FORCE; OR IS IT JUST, AS WE HAVE IN

22     THE PAST, MAKING THESE EFFORTS THROUGH THE STEERING COMMITTEE

23     HERE IN THIS LITIGATION?

24     **MR. HERZOG:**  YOU CAN ADDRESS THAT, LEE, IF YOU WANT.

25     **MR. GELERNT:**  YOUR HONOR, SO WHAT WE HAVE ASKED THE

APRIL 9, 2021

1   TASK FORCE FOR IS A COUPLE OF THINGS.  ONE IS TO LOOK THROUGH
2   THE HARD FILES FOR THE FIRST SIX MONTHS OF THE PRIOR
3   ADMINISTRATION, FROM JANUARY 20TH TO JULY 1ST, 2017.
4          AND, AS YOUR HONOR MAY RECALL, WHEN HHS CAME OUT
5   WITH THAT INVESTIGATIVE REPORT AND NOTED THAT THERE WERE
6   PROBABLY MORE CHILDREN THAT WERE SEPARATED, WE WENT BACK TO
7   COURT AND YOUR HONOR ORDERED THE GOVERNMENT TO GO THROUGH THE
8   HARD FILES AND PROVIDE US WITH THAT INFORMATION.  BUT YOU
9   SPECIFICALLY ASKED ME WHETHER WE WERE OKAY WITH STARTING WITH
10  JULY 1, 2017, AND I SAID WE WERE BECAUSE THAT IS WHAT HHS
11  TAGGED IT TO.  AND YOU WOULD ALLOW US TO RESERVE THE RIGHT TO
12  GO BACK TO THE GOVERNMENT IF THERE WAS EVIDENCE THAT POSSIBLY
13  IN THE FIRST SIX MONTHS OF THE PRIOR ADMINISTRATION THERE WERE
14  SEPARATIONS.
15         WE NOW HAVE SOME INDICATIONS THAT THERE WERE
16  SEPARATIONS IN THOSE FIRST SIX MONTHS.  SO THE TASK FORCE, TO
17  THEIR CREDIT, HAS AGREED TO GO BACK THROUGH THE HARD FILES AND
18  IDENTIFIED 5600-PLUS HARD FILES THAT THEY ARE GOING TO GO
19  THROUGH FOR THE FIRST SIX MONTHS.  SO THAT IS ONE THING THEY
20  ARE DOING, WHICH WE APPRECIATE.
21         THEY ALSO SAID THAT THEY WILL UPDATE CONTACT
22  INFORMATION.  ANY NEW PHONE NUMBERS OR ADDRESSES THEY GET FOR
23  THE MS. L. CLASS THEY WILL PROVIDE US ON A REGULAR BASIS.
24         AND SO THAT IS -- BUT BEYOND THAT WE HAVE NOT ASKED
25  THEM TO HAVE BOOTS ON THE GROUND, TO LOOK FOR THE FAMILIES.


                        APRIL 9, 2021

1    WE ARE CONTINUING TO DO THAT, AS MR. HERZOG SAID.  WE HAVE
2    EMPLOYED A FEW OTHER RESOURCES I DON'T WANT TO MENTION
3    PUBLICLY HERE, A FEW OTHER PEOPLE, TO TRY AND LOOK FOR
4    FAMILIES IN DIFFERENT WAYS.
5             BUT, FOR THE MOST PART, IT IS STILL THE STEERING
6    COMMITTEE WITH, NOW, HELP FROM THE TASK FORCE, GIVING US
7    ADDITIONAL INFORMATION AND LOOKING FOR ANY SEPARATED CHILDREN
8    IN THOSE FIRST SIX MONTHS OF THE PRIOR ADMINISTRATION.
9             **THE COURT:**  OKAY.  THANK YOU.  THAT IS HELPFUL.
10            AND THE STEERING COMMITTEE IN THIS LITIGATION HAS
11   DONE A REMARKABLE JOB IN VIEW OF A GLOBAL PANDEMIC.  IT
12   APPEARS FROM THIS REPORT THAT THE STEERING COMMITTEE, AND
13   THROUGH THE EFFORTS OF MR. HERZOG, HAS LOCATED 69 PERCENT OF
14   THE PARENTS, 753 OUT OF 1,082.
15            DID I GET THAT RIGHT, MR. HERZOG?
16            **MR. HERZOG:**  I THINK YOU HAVE IT RIGHT, EXCEPT I DO
17   HAVE A BIT OF AN UPDATE.  I THINK WE HAVE FIVE MORE LOCATED
18   TODAY THAN WHEN WE SUBMITTED THIS REPORT.
19            **THE COURT:**  OKAY.
20            **MR. HERZOG:**  AND JUST WANT TO SAY, I APPRECIATE YOUR
21   HONOR NOTING ME, THE EFFORTS OF ME, BUT IT IS THE EFFORTS OF
22   SO MANY PEOPLE THAT HAVE BEEN WORKING WITH ME.  AND THEY ALL
23   DESERVE THE SAME SORT OF, I DON'T KNOW, ACCOLADES, I GUESS.
24            **THE COURT:**  YES.  IT IS A REMARKABLE EFFORT, SO THAT
25   IS WONDERFUL PROGRESS UNDER DIFFICULT CIRCUMSTANCES.


                        APRIL 9, 2021

1          AND HOPEFULLY AS THIS PANDEMIC RECEDES THESE NUMBERS

2    WILL CONTINUE TO JUMP UP AS FAR AS LOCATING AND ULTIMATELY

3    EITHER REUNIFYING OR GETTING THE PARENT'S WISHES, ONE WAY OR

4    ANOTHER.

5          EVERYTHING ELSE SEEMED TO BE IN ORDER.

6          THE MMM LITIGATION, ALL THE OTHER MATTERS

7    ENCOMPASSED APPEAR TO BE IN ORDER.

8          IS THERE ANYTHING ELSE ANYONE WOULD LIKE TO ADDRESS

9    AT THIS TIME?

10         **MR. GELERNT:**  NOTHING FROM PLAINTIFFS, YOUR HONOR.

11         **THE COURT:**  ALL RIGHT.

12         **MS. FABIAN:**  NOTHING FROM THE GOVERNMENT, YOUR

13   HONOR.  I AGREE WITH EVERYTHING THAT HAS BEEN SAID SO FAR.

14         **THE COURT:**  THANK YOU.

15         AND THEN AS TO DORA, MMM, THE RELATED LITIGATION, WE

16   ARE, APPEARS TO BE, IN VERY GOOD SHAPE.

17         WHAT I WOULD PROPOSE IS, IN LIGHT OF THE SETTLEMENT

18   CONFERENCE THAT IS SET FOR APRIL 14, IS THAT WE JUST DO THE

19   SAME THING HERE, AND SET OUT ANOTHER OPPORTUNITY TO MEET SIX

20   WEEKS OUT.

21         I WOULD PROPOSE MAY 19, WEDNESDAY, FOR A JOINT

22   STATUS REPORT, AND MAY 21 AT 1:00 O'CLOCK -- OR 1:30 FOR

23   ANOTHER STATUS CONFERENCE.

24         AND THEN, OF COURSE, IF THERE ARE ANY PRESSING

25   DEVELOPMENTS OR OTHER MATTERS THAT NEED TO BE ADDRESSED PRIOR


                        APRIL 9, 2021

1  TO MAY 21, THE PARTIES WOULD ALWAYS BE FREE TO ADD THAT ON.

2  BUT I WILL LOOK FORWARD TO FURTHER BRIEFING AND INFORMATION AS

3  TO HOW THINGS ARE GOING FOLLOWING THE SETTLEMENT CONFERENCE ON

4  APRIL 14.

5          WITH THAT, ARE THERE ANY OTHER MATTERS?

6          WELL, HEARING NONE, THANK YOU VERY MUCH.  HAVE A

7  GOOD WEEKEND.  AND I WILL LOOK FORWARD TO THE BRIEFING AND

8  MEETING WITH COUNSEL AGAIN ON MAY 21.

9          THANK YOU.

10         **MR. GELERNT:**  THANK YOU, YOUR HONOR.

11         **THE COURT:**  YOU ARE WELCOME.

12         **MS. FABIAN:**  THANK YOU, YOUR HONOR.

13

14                    *   *   *

15         I CERTIFY THAT THE FOREGOING IS A CORRECT
           TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
16         IN THE ABOVE-ENTITLED MATTER.

17         S/LEEANN PENCE                    4/14/2021
           LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
18

19

20

21

22

23

24

25

                        APRIL 9, 2021