BRIAN BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
NICOLE N. MURLEY
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone (202) 616-0473
Fax: (202) 616-8962

ADAM L BRAVERMAN
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
800 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone (619-546-7125
Fax: (616) 546-7751

*Attorneys for Federal Respondents-Defendants*

# UNITED STATE DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Respondents-Defendants. | Case No.: 3:18-cv-00428-DMS-MDD <br><br> **NOTICE OF WITHDRAWAL OF NICOLE N. MURLEY AS COUNSEL FOR THE RESPONDENT-DEFENDANTS** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nicole N. Murley from the United States Department of Justice, Office of Immigration Litigation, District Court section is no longer counsel of record for Respondent-Defendants' in the above-captioned action and requests to be removed from the service list.

Respondent-Defendants remain represented by the United States Department of Justice, Office of Immigration Litigation, District Court Section. Therefore, there is good cause to permit Attorney Nicole N. Murley's withdrawal.

| | |
|---|---|
| 1   Dated this May 20, 2021 | BRIAN BOYNTON<br>Acting Assistant Attorney General |
| 2 | |
| 3 | WILLIAM C. PEACHEY<br>Director |
| 4 | WILLIAM C. SILVIS<br>Assistant Director |
| 5 | |
| 6 | */s/ Nicole N. Murley*<br>NICOLE N. MURLEY<br>Senior Litigation Counsel |
| 7 | Office of Immigration Litigation<br>Civil Division |
| 8 | U.S. Department of Justice<br>P.O. Box 868, Ben Franklin Station |
| 9 | Washington, D.C. 20044<br>(202) 616-0473 (telephone) |
| 10 | (202) 616-8962 (facsimile)<br>Nicole.N.Murley@usdoj.gov |
| 11 | |
| 12 | Attorneys for Respondents-Defendants |

NOTICE OF WITHDRAWAL
Case No. 3:18-cv-00428-DMS-MDD            2

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 20, 2021, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document should automatically be served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated May 20, 2021           */s/Nicole N. Murley*
                                            Nicole N Murley
                                            Senior Litigation Counsel