```
                    UNITED STATES DISTRICT COURT

                  SOUTHERN DIRECT OF CALIFORNIA

        BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING
   _____
                                          )
   MS. L., ET AL.,                        )
                                          )  CASE NO. 18CV0428-DMS
              PETITIONERS-PLAINTIFFS,     )
                                          )
   VS.                                    )
                                          )
                                          )
                                          )
                                          )
   U.S. IMMIGRATION AND CUSTOMS           )  SAN DIEGO, CALIFORNIA
   ENFORCEMENT ("ICE"), ET AL.,           )  FRIDAY, MAY 21, 2021
                                          )    1:30 P.M. CALENDAR
              RESPONDENTS-DEFENDANTS.     )
   ---------------------------------------

              REPORTER'S TRANSCRIPT OF PROCEEDINGS

                  TELEPHONIC STATUS CONFERENCE




   REPORTED BY:              LEE ANN PENCE,
                             OFFICIAL COURT REPORTER
                             UNITED STATES COURTHOUSE
                             333 WEST BROADWAY, ROOM 1393
                             SAN DIEGO, CALIFORNIA 92101
```

```
FOR PLAINTIFF:            LEE GELERNT, ESQ.
                          STEPHEN KANG, ESQ.
                          DANIEL GALINDO, ESQ.
                          ACLU IMMIGRANT RIGHTS PROJECT
                          125 BROAD STREET 18TH FLOOR
                          NEW YORK, NEW YORK 10004


FOR DEFENDANT:            SARAH B. FABIAN, ESQ.
                          U.S. DEPARTMENT OF JUSTICE
                          OFFICE OF IMMIGRATION LITIGATION
                          P.O. BOX 868
                          BEN FRANKLIN STATION
                          WASHINGTON, DC 20044



 ALSO APPEARING:          EMILY BORK
                          HALEY COSTELLO-ESSIG
                          STEVEN HERZOG,ESQ.
                          CATHERINE WEISS, ESQ.
```

```
 1       SAN DIEGO, CALIFORNIA – FRIDAY, MAY 21, 2021 – 1:33 P.M.
 2                              *   *   *
 3          THE CLERK:  NO. 15 ON CALENDAR 18CV0428, MS. L.
 4   VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ON FOR STATUS
 5   CONFERENCE.
 6          THE COURT:  GOOD AFTERNOON.  I SHOW APPEARANCES:
 7   FOR MS. L. I HAVE LEE GELERNT, STEPHEN KANG, DANIEL GALINDO;
 8   FOR DORA, EMILY BORK; MMM, HALEY COSTELLO-ESSIG; THE STEERING
 9   COMMITTEE IS MR. STEVEN HERZOG; CATHERINE WEISS FOR OBJECTORS.
10   AND SARAH FABIAN FOR THE GOVERNMENT ON ALL MATTERS.
11          I REVIEWED THE JOINT STATUS REPORT.  THANK YOU FOR
12   THAT.  AND IT APPEARS THAT EVERYTHING IS IN ORDER ON ALL THE
13   MATTERS AND THAT WE ARE CONTINUING TO MAKE PROGRESS WITH
14   RESPECT TO MS. L. AND LOCATING PARENTS OF THE CHILDREN AT
15   ISSUE.
16          PERHAPS I CAN TURN TO MR. HERZOG JUST FOR KIND OF A
17   HIGH-LEVEL OVERVIEW FROM YOUR PERSPECTIVE.
18          MR. HERZOG:  YES.  GOOD AFTERNOON, YOUR HONOR.
19          I THINK WE ARE CONTINUING OUR EFFORTS AND THEY ARE
20   CONTINUING, I WOULD SAY, ALONG THE SAME LINES THAT WE HAVE
21   BEEN GOING THE LAST COUPLE OF MONTHS.  THERE ARE STILL SOME
22   ISSUES WITH COVID IN CENTRAL AMERICA IN MORE RURAL AREAS, BUT
23   WE ARE WORKING THROUGH IT.  AND, YOU KNOW, AS YOU CAN SEE WE
24   CONTINUE TO FIND PARENTS.  I THINK WE HAVE BEEN MAKING GOOD
25   PROGRESS.
```

1        **THE COURT:**  YES.  LOCATING 54 PARENTS OF THESE
2   CHILDREN SINCE OUR LAST MEETING IS ENCOURAGING.
3        THERE IS THE INDICATION HERE THAT OF THESE 1,198 YOU
4   HAVE REACHED 807 PARENTS OR ATTORNEYS OR OTHERWISE RESOLVED
5   THE CASE.  DO YOU KNOW HOW MANY PARENTS AND CHILDREN STILL
6   REMAIN APART OF THIS NUMBER?
7        **MR. HERZOG:**  I DON'T HAVE THAT INFORMATION, NOT
8   TODAY.  WE COULD TRY TO ESTIMATE IT.  BUT A SUBSTANTIAL NUMBER
9   ARE STILL APART.  MANY OF THE CHILDREN ARE WITH SPONSORS.
10  CERTAINLY OF THE PARENTS OUT OF THE COUNTRY MANY OF THE
11  CHILDREN ARE WITH SPONSORS IN THE UNITED STATES AND THE
12  PARENTS ARE IN COUNTRIES OF ORIGIN.
13       **THE COURT:**  ALL RIGHT.  OKAY.  I SEE THAT ABOUT 277
14  OF THE PARENTS ARE BELIEVED TO HAVE BEEN REMOVED.  AND, OF
15  COURSE, IN READING THE PAPER WHAT THE TASK FORCE IS DOING, IN
16  THE BIDEN ADMINISTRATION, THEY HAVE BEGUN THE PROCESS OF
17  BRINGING BACK TO THE STATES SOME OF THESE PARENTS.  IS THERE
18  AN UPDATE IN THAT REGARD?
19       THE LAST ARTICLE I READ, I THINK WAS MAYBE TWO WEEKS
20  AGO, INDICATING THAT FOUR PARENTS WAS THE STARTING POINT,
21  ANOTHER 30 WERE COMING.  AND THEN THERE WOULD BE AN EFFORT TO
22  BRING BACK MORE.  IS THERE ANY UPDATE ON THAT?
23       **MR. HERZOG:**  I WILL TURN THAT OVER TO MR. GELERNT TO
24  ADDRESS THAT.
25       **THE COURT:**  OKAY.

```
 1                 MR. GELERNT.
 2                 MR. GELERNT:   GOOD AFTERNOON, YOUR HONOR.
 3                 THE COURT:   GOOD AFTERNOON.
 4                 MR. GELERNT:   YES.  SO FOUR HAVE COME BACK ALREADY.
 5     WE ARE ANTICIPATING, OVER THE NEXT FEW WEEKS, AND ACTUALLY IT
 6     STARTED TODAY, GETTING PERMISSION FROM THE GOVERNMENT TO BRING
 7     ABOUT ANOTHER THREE DOZEN FAMILIES BACK.  I THINK THOSE
 8     PERMISSIONS FROM THE GOVERNMENT WILL HOPEFULLY ALL COME
 9     THROUGH OVER THE NEXT WEEK OR TWO.  AND THEN WE WILL UNDERTAKE
10     LOGISTICS TO GET THE PARENTS BACK, SO WE ARE HOPING VERY SOON
11     ABOUT THREE DOZEN.
12                 BUT WE HAVE BEEN HAVING CONSTRUCTIVE NEGOTIATIONS
13     WITH THE GOVERNMENT ABOUT DOING THIS, OBVIOUSLY, ON THE LARGE
14     SCALE THAT IS NECESSARY, AND FINDING A PROCESS THAT IS
15     SCALABLE.  I THINK THAT IS ONE OF THE THINGS THAT HAS BEEN
16     GOING ON IS FIGURING OUT ALL OF THE KINKS IN THE PROCESS SO
17     THAT WHEN WE SCALE IT UP TO THE HUNDREDS AND HUNDREDS OF
18     PARENTS WHO WILL NEED TO COME BACK THERE ARE NOT A LOT OF
19     KINKS.
20                 I WOULD CHARACTERIZE THE NEGOTIATIONS AS BEING
21     CONSTRUCTIVE, AND DEFINITELY IN GOOD FAITH.  SO I AM HOPEFUL
22     THAT WE WILL HAVE A ROLLING PROCESS GOING ON FROM HERE.  BUT
23     RIGHT NOW THERE ARE THREE DOZEN FAMILIES GETTING BACK VERY
24     SOON, IN ADDITION TO THE FOUR THAT HAVE ALREADY GOTTEN BACK.
25                 THE COURT:   IS THAT PART OF THE DISCUSSION ON JUNE
```

1  17 WITH JUDGE DEMBIN?
2          **MR. GELERNT:**  THE CONVERSATION COMING UP?
3          **THE COURT:**  YES.  AND THE SETTLEMENT CONFERENCE
4  BEFORE JUDGE DEMBIN WILL INCLUDE SOME OF THESE ISSUES ABOUT
5  BRINGING PARENTS BACK?
6          **MR. GELERNT:**  ABSOLUTELY, YOUR HONOR.  SO WHAT WE
7  HAVE BEEN -- AT THIS POINT WE HAVEN'T REALLY HIT ANY
8  ROADBLOCKS BETWEEN THE PARTIES, WHICH IS GOOD.  AND SO WHAT WE
9  HAVE BEEN DOING IS KEEPING HIM UP TO SPEED ON ALL OF THE
10 ISSUES THAT WE ARE NEGOTIATING ABOUT, BECAUSE IT GOES
11 BEYOND -- AS I THINK YOUR HONOR KNOWS GOES BEYOND SIMPLY
12 REUNIFYING A SUBSET OF PARENTS, WE ARE TALKING ABOUT A VARIETY
13 OF OTHER ISSUES; INCLUDING SOCIAL SERVICE ISSUES, INFORMATION
14 SHARING, WHAT THE PROCESS MIGHT LOOK LIKE GOING FORWARD.  AND
15 SO WE HAVE BEEN INFORMING HIM OF ALL OF THE ISSUES WE ARE
16 NEGOTIATING AND HAVE TOLD HIM THAT WE WILL BRING ANY ISSUES --
17 WHERE WE START TO GET TO LOGGERHEADS, IF THAT EVER HAPPENS, TO
18 BRING THOSE ISSUES TO HIM TO HELP US AND FACILITATE THOSE.
19         **THE COURT:**  VERY GOOD.
20         ANY OTHER MATTERS TO REPORT ON AS FAR AS THE TASK
21 FORCE?  IT SEEMS LIKE YOU ARE WORKING VERY CLOSELY WITH THE
22 TASK FORCE, AND ALL OF THESE ISSUES ARE BEING ADDRESSED
23 THROUGH THE SETTLEMENT CONFERENCE BEFORE JUDGE DEMBIN.  IS
24 THAT ACCURATE?
25         **MR. GELERNT:**  YOUR HONOR, THAT IS PRINCIPALLY

1   ACCURATE.  I THINK WHAT THE GOVERNMENT HAS SAID IS THAT LET'S
2   ENGAGE IN THESE SETTLEMENT NEGOTIATIONS AND TRY AND DO WHAT WE
3   CAN OF THE TASK FORCE MANDATES THROUGH A SETTLEMENT.  THERE
4   MAY ULTIMATELY BE ISSUES THAT WE CAN'T DO THROUGH THE
5   SETTLEMENT THAT WILL REMAIN FOR THE TASK FORCE.  BUT RIGHT NOW
6   WE ARE TALKING ABOUT ALL OF THE ISSUES THAT IS ON THE TASK
7   FORCE PLATE DURING THESE SETTLEMENT NEGOTIATIONS.
8           AND THE ONE THING THAT THE GOVERNMENT HAS AGREED TO,
9   WHICH WE APPRECIATE, WHILE WE ARE TRYING TO WORK OUT AN
10  ULTIMATE SETTLEMENT AGREEMENT -- AND THERE IS A LOT OF PARTS
11  TO THAT -- THAT THE TASK FORCE WILL WORK ON BRINGING FAMILIES
12  BACK.  AND THAT IS HOW THE FIRST FOUR CAME BACK.  AND WE
13  ANTICIPATE MORE COMING BACK THROUGH THE TASK FORCE, ULTIMATELY
14  FOLDING THAT INTO A SETTLEMENT, AND HOPEFULLY AS MANY ISSUES
15  AS POSSIBLE INTO A SETTLEMENT.  AND THEN WE WILL SEE WHAT
16  REMAINS FOR THE TASK FORCE TO DO OUTSIDE OF THE STRICT
17  CONTOURS OF THE SETTLEMENT.
18           **THE COURT:**  YES.  VERY GOOD.  THANK YOU.
19           MS. FABIAN, ANYTHING FROM YOUR PERSPECTIVE?
20           **MS. FABIAN:**  NO, YOUR HONOR.  I WOULD AGREE WITH MR.
21  HERZOG'S POSITION.  I THINK THINGS ARE MOVING FORWARD WELL,
22  AND THE PARTIES ARE WORKING WELL TOGETHER AND WE ARE MAKING A
23  LOT OF GOOD PROGRESS.
24           I DON'T -- EXCEPT THAT WE WILL -- WE DON'T
25  ANTICIPATE HITTING ANY ROADBLOCKS ANY TIME SOON.  AND TO THE

1  EXTENT -- THE ONLY THING I WOULD NOTE FOR YOUR HONOR IS THAT
2  THERE MAY BE SOME INTERIM -- INTERIM PROCESS THAT WE MAY COME
3  TO THE COURT TO ASSIST WHILE WE ARE STILL HAMMERING OUT THE
4  SETTLEMENT AGREEMENT.  BUT WE ARE WORKING ON THAT AND WE WILL
5  CERTAINLY LET YOU KNOW IF WE REACH THAT POINT.
6           **THE COURT:**  OKAY.  EXCELLENT.
7           ANYTHING FROM DORA OR MMM, OR FROM YOU, MS. WEISS?
8           **MS. WEISS:**  NOT FROM ME, YOUR HONOR.  THANK YOU.
9           THIS IS CATHERINE WEISS.
10          **MS. BORK:**  AND THIS IS EMILY BORK.  NOTHING FOR
11 DORA, YOUR HONOR.
12          **MS. COSTELLO-ESSIG:**  NOTHING FOR MMM EITHER, YOUR
13 HONOR.
14          **THE COURT:**  ALL RIGHT.  THANK YOU.
15          MR. HERZOG, YOUR COMMITTEE WILL CONTINUE WITH ITS
16 GOOD WORK, IN COLLABORATION WITH MR. GELERNT, OF COURSE, AND
17 JUST DO AS YOU HAVE BEEN DOING AND CONTINUE TO LOOK FOR
18 PARENTS, BOTH IN COUNTRY AND OUT OF COUNTRY, CORRECT?
19          **MR. HERZOG:**  YES.  WE ARE CONTINUING OUR WORK AND WE
20 EXPECT TO CONTINUE IT.
21          **THE COURT:**  ALL RIGHT.  EXCELLENT.
22          I THINK WHAT WE WILL DO IS JUST CALENDAR THIS OUT
23 ANOTHER SIX WEEKS.  SO I WOULD ASK THAT THE PARTIES FILE A
24 JOINT STATUS REPORT BY JUNE 30, WEDNESDAY.  AND WE CAN MEET
25 AGAIN ON FRIDAY, JULY 2ND, AT 1:30.  AND I WILL LOOK FORWARD

```
 1   TO THAT BRIEFING AND TO MEETING AGAIN AT THAT TIME.
 2              THANK YOU, AND HAVE A GOOD WEEKEND.
 3              MR. GELERNT:  THANK YOU, YOUR HONOR.
 4              MS. FABIAN:   THANK YOU, YOUR HONOR.
 5              MR. HERZOG:   THANK YOU, YOUR HONOR.
 6
 7                           *   *   *
 8              I CERTIFY THAT THE FOREGOING IS A CORRECT
                TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
 9              IN THE ABOVE-ENTITLED MATTER.
10              S/LEEANN PENCE                        5/24/2021
                LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```