BRIAN M. BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

RANDY S. GROSSMAN
Acting United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>    Petitioners-Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>    Respondents-Defendants. | Case No. 3:18-cv-0428 DMS MDD<br><br>**STIPULATED MOTION FOR ORDER REQUIRING RETURN OF CERTAIN CLASS MEMBERS TO THE UNITED STATES** |

On March 10, 2021, the parties informed the Court of their intent to enter into settlement discussions. The government agreed that while settlement discussions are ongoing, it will begin the process of reunifying families during negotiations to the extent permissible.[1]

In furtherance of this agreement, the parties jointly request that the Court enter the attached order. Good cause exists to grant the parties' request because the proposed order will ensure the government can begin the important work of reunifying families while settlement negotiations are ongoing. The parties will jointly identify *Ms. L.* class members who potentially meet the standard agreed upon by the parties and the government then will consider discretionary grants of parole for those *Ms. L.* class members, their separated children, subsequently born children, and any of their family members who the parties agree are eligible, depending on the specific facts and circumstances of each case. For *Ms. L.* class members, separated children, subsequently born children, and any of their family members who the parties agree are eligible, who are approved for parole, the government will then return those *Ms. L.* class members to

---

[1] The families to be reunified pursuant to this order are agreed to be *Ms. L.* class members, and will be part of the Ms. L. Settlement Class for purposes of granting relief under the settlement once it is finalized.

the United States, at the government's expense, in accordance with this order, including providing support that the parties have agreed is necessary to facilitate return and reunification of the families. Should justiciable disputes arise, the parties will bring those disputes to the Court for resolution.

DATED: June 10, 2021

Respectfully submitted,
BRIAN M. BOYNTON
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

*/s/ Sarah B/ Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4824 (phone)
(202) 305-7000 (facsimile)
Email: Sarah.B.Fabian@usdoj.gov

RANDY S. GROSSMAN
Acting United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney

*Attorneys for Respondents-Defendants*

```
                                /s/ Lee Gelernt
                                Lee Gelernt*
                                Judy Rabinovitz*
                                Anand Balakrishnan*
                                Daniel A. Galindo (SBN 292854)
                                AMERICAN CIVIL LIBERTIES UNION
                                FOUNDATION
                                125 Broad St., 18th Floor
                                New York, NY 10004

                                T:  (212) 549-2660
                                F:  (212) 549-2654
                                lgelernt@aclu.org
                                jrabinovitz@aclu.org
                                abalakrishnan@aclu.org

                                Bardis Vakili (SBN 247783)
                                ACLU FOUNDATION OF SAN DIEGO &
                                IMPERIAL COUNTIES
                                P.O. Box 87131
                                San Diego, CA 92138-7131
                                T: (619) 398-4485
                                F: (619) 232-0036
                                bvakili@aclusandiego.org

                                Stephen B. Kang (SBN 292280)
                                Spencer E. Amdur (SBN 320069)
                                AMERICAN CIVIL LIBERTIES UNION
                                FOUNDATION
                                39 Drumm Street
                                San Francisco, CA 94111
                                T:  (415) 343-1198
                                F:  (415) 395-0950
                                skang@aclu.org
                                samdur@aclu.org

                                Attorneys for Petitioners-Plaintiffs
                                *Admitted Pro Hac Vice
```

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is Box 868, Ben Franklin Station, Washington, DC 20044. I am not a party to the above-entitled action. I have caused service of the accompanying **STIPULATED MOTION FOR ORDER REQUIRING RETURN OF CERTAIN CLASS MEMBERS TO THE UNITED STATES** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 10, 2021           *s/ Sarah B. Fabian*
                               Sarah B. Fabian