UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MS. L, et al,

       Petitioners-Plaintiffs,

  vs.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al,

       Respondents-Defendants.

Case No. 18-cv-428 DMS MDD

**ORDER REQUIRING RETURN OF CERTAIN CLASS MEMBERS TO THE UNITED STATES**

Before the Court is the parties' Stipulated Motion for Order Requiring the Return of Certain Class Members to the United States. The parties have informed the Court they intend to jointly identify *Ms. L.* class members who were removed, are seeking to return to the United States, and meet the standard agreed upon by the parties. The government will then consider discretionary grants of parole for those *Ms. L.* class members, separated child, subsequently born children, and any of their family members who the parties agree are eligible.  The government shall return *Ms. L.* class members, separated child, subsequently born children, and family members who the parties agree are eligible for whom parole is granted to the United States at the government's expense in accordance with this Order, including travel and related support needed to facilitate return and reunification of the families. Should justiciable disputes arise, the parties will bring those disputes to the Court for resolution.

Good cause exists to grant this Order because it will permit the government to begin the important work of reunifying families in the United States while settlement negotiations are ongoing. Accordingly,

IT IS HEREBY ORDERED that:

(1) The parties should jointly identify *Ms. L.* class members who were removed, are seeking to return to the United States, and who meet the standard agreed upon by the parties.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(2) Upon a discretionary determination by the government that a *Ms. L.* class member, separated child, subsequently born children, and any of their family members who the parties agree are eligible, will be granted parole, the government shall return them to the United States at the Department of Homeland Security's expense, including the costs of travel and related support, to include travel support, that is necessary to facilitate return and reunification of the families.  Nothing in this order shall preclude DHS from considering on a case-by-case basis the parole and return of those whose travel costs will not be paid for at the Department's expense.

(3) Should justiciable disputes arise in this process, the parties may bring those disputes to the Court for resolution.

Dated:  June 11, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court