```
                  UNITED STATES DISTRICT COURT

                 SOUTHERN DISTRICT OF CALIFORNIA


           BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING
     _____
                                            )
    MS. L., ET AL.,                         )
                                            )   CASE NO. 18CV0428-DMS
                 PETITIONERS-PLAINTIFFS,    )
                                            )
    VS.                                     )
                                            )
                                            )
                                            )
                                            )
    U.S. IMMIGRATION AND CUSTOMS            )   SAN DIEGO, CALIFORNIA
    ENFORCEMENT ("ICE"), ET AL.,            )   FRIDAY, JULY 2, 2021
                                            )     12:00 P.M. CALENDAR
                 RESPONDENTS-DEFENDANTS.    )
    ----------------------------------------

                REPORTER'S TRANSCRIPT OF PROCEEDINGS
```

**TELEPHONIC STATUS CONFERENCE**

```
REPORTED BY:                    LEE ANN PENCE,
                                OFFICIAL COURT REPORTER
                                UNITED STATES COURTHOUSE
                                333 WEST BROADWAY, ROOM 1393
                                SAN DIEGO, CALIFORNIA 92101
```

```
FOR PLAINTIFF:            LEE GELERNT, ESQ.
                          ACLU IMMIGRANT RIGHTS PROJECT
                          125 BROAD STREET 18TH FLOOR
                          NEW YORK, NEW YORK 10004

FOR DEFENDANT:            SARAH B. FABIAN, ESQ.
                          CHRISTOPHER TENORIO, ESQ.
                          FIZZA BATOOL, ESQ.
                          U.S. DEPARTMENT OF JUSTICE
                          OFFICE OF IMMIGRATION LITIGATION
                          P.O. BOX 868
                          BEN FRANKLIN STATION
                          WASHINGTON, DC 20044


 ALSO APPEARING:          STEVEN HERZOG
                          EMILY BORK
```

```
 1         SAN DIEGO, CALIFORNIA – FRIDAY, JULY 2, 2021 – 12:07 P.M.
 2                                 *  *  *
 3         THE CLERK:  CALLING MATTER 3 ON THE CALENDAR,
 4   18CV0428, MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS
 5   ENFORCEMENT, ET AL.
 6         THE COURT:  GOOD AFTERNOON.  I SHOW, FOR
 7   APPEARANCES:  FOR MS. L., LEE GELERNT; FOR DORA, MS. EMILY
 8   BORK; FOR THE STEERING COMMITTEE, MR. STEVEN HERZOG; FOR THE
 9   GOVERNMENT SARAH FABIAN, FIZZA BATOOL, AND CHRIS TENORIO.
10             AND I RECEIVED THE JOINT STATUS REPORT, WHICH I HAVE
11   REVIEWED AND APPRECIATE.  LOOKS LIKE EVERYTHING IS ON TRACK
12   WITH RESPECT TO DORA AND MMM.
13             AND, AS TO MS. L., THIS JOINT EFFORT AT THIS POINT
14   WITH THE PARTIES, INCLUDING THE ADMINISTRATION'S TASK FORCE,
15   APPEARS TO BE WORKING WELL.  AND THE SETTLEMENT CONFERENCES
16   WITH JUDGE DEMBIN SEEM TO BE WELL ON THEIR WAY AND ON TRACK.
17             LET ME TURN TO MR. HERZOG.
18             I SEE THE INFORMATION REPORTED.  IT LOOKS RELATIVELY
19   ENCOURAGING WITH RESPECT TO THE NUMBERS THAT ARE SET OUT IN
20   THE STATUS REPORT.  AND I SEE, AS TO PARENTS WHO HAVE BEEN
21   REMOVED FROM COUNTRY THAT YOU ARE LOOKING FOR, THAT WOULD BE
22   ABOUT 275 REMAINING.  IT APPEARS THERE ARE ABOUT 80 PARENTS
23   WITHIN THE UNITED STATES THAT YOU ARE ATTEMPTING TO LOCATE.
24   AND 13 PARENTS FOR WHOM YOU ARE STILL LOOKING FOR CONTACT
25   INFORMATION.
```

JULY 2, 2021

1          SO A QUESTION.  ON THE OUT-OF-COUNTRY SEARCH, ARE
2  THOSE SEARCH EFFORTS PICKING UP IN VIEW OF THE NUMBER OF
3  PEOPLE WHO HAVE BEEN VACCINATED.  AND THOSE PARTICIPANTS IN
4  THE NGO'S, IF THEY ARE FULLY VACCINATED IT SEEMS TO ME WOULD
5  BE IN A POSITION TO PICK UP THE EFFORTS IN EARNEST TO LOCATE
6  THOSE PARENTS.  CAN YOU COMMENT ON THAT?
7          **MR. HERZOG:**  SURE.  THANK YOU.  GOOD AFTERNOON, YOUR
8  HONOR.
9          MY APOLOGIES, I HAD ANOTHER PHONE RING.
10         I DON'T KNOW THAT I WOULD SAY THEY ARE PICKING UP.
11  AS I UNDERSTAND, I THINK THEY ARE PROCEEDING AS THEY WERE.
12  BUT THERE IS, AS I UNDERSTAND, SOME DEGREE OF, YOU KNOW,
13  CORONA VIRUS, COVID.  I DON'T KNOW IF THEY CALL IT A SURGE,
14  AND I AM NOT SURE I HAVE ENOUGH INFORMATION TO SAY THAT.  BUT
15  I UNDERSTAND THERE IS SOME INCREASED CORONA VIRUS ACTIVITY OR
16  PROBLEM IN HONDURAS, WHICH IS SOMETHING OF AN ISSUE.  AND WE
17  ARE STILL TRYING TO GET MANY OF OUR NGO FOLKS VACCINATED.
18  SOME HAVE BEEN, BUT SOME HAVE NOT BEEN.  SO WE ARE WORKING ON
19  THAT.  AND THAT OBVIOUSLY WILL HELP WHEN WE CAN DO THAT.  BUT
20  THE VACCINES ARE NOT AS AVAILABLE IN THOSE COUNTRIES AS THEY
21  ARE HERE IN THE UNITED STATES.
22         BUT WE ARE OBVIOUSLY CONTINUING, I THINK, AS WE WERE
23  BEFORE.  I SAY AT ROUGHLY THE SAME PACE.  I SHOULD NOTE THAT
24  THE NUMBERS REPORTED -- BEFORE WE REPORTED 23 PARENTS FOUND.
25  THAT HAS NOW GONE UP TO 28, SO I THINK THAT IS A GOOD SIGN,

JULY 2, 2021

1  TOO.
2          **THE COURT:**  YES.  THAT IS GOOD.  OKAY.
3          SO AS I UNDERSTAND YOU, THEN, THE SEARCH EFFORTS
4  HAVEN'T PICKED UP MORE BECAUSE MANY OF THE PEOPLE, THE BOOTS
5  ON THE GROUND, SO TO SPEAK, IN THE CENTRAL AMERICAN COUNTRIES,
6  AND PERHAPS MEXICO, THEY MAY NOT BE YET VACCINATED.  SO THOSE
7  INDIVIDUALS ARE STILL WAITING OUT THIS PANDEMIC AND AWAITING
8  VACCINATION BEFORE THEY CAN BEGIN THEIR SEARCH FULL SPEED.  IS
9  THAT CORRECT?
10         **MR. HERZOG:**  I WOULD SAY -- YES.  SOME OF THEM ARE
11 STILL WAITING TO BE VACCINATED.  THEY ARE NEEDING TO TAKE
12 PRECAUTIONS, AND THERE ARE ISSUES IN SOME AREAS.  BUT WE HAVE
13 PICKED UP.  I DON'T MEAN TO SAY THINGS HAVE, LIKE -- ARE NOT
14 ONGOING, BECAUSE THEY ARE.  I THINK THEY PICKED UP SEVERAL
15 MONTHS AGO, AND WE ARE CONTINUING AT THAT PACE, IS WHAT I
16 WOULD SAY.
17         **THE COURT:**  OKAY.  THANK YOU.
18         ANYTHING MORE TO REPORT ON FROM YOUR END, MR.
19 HERZOG?
20         **MR. HERZOG:**  NO.  I THINK WE ARE CONTINUING THE SAME
21 EFFORTS THAT WE HAVE BEEN DOING.  AND I WOULD SAY I WOULD HOPE
22 NEXT MONTH WE WILL HOPEFULLY FIND MORE THAN THE 28.  BUT WE
23 ARE WORKING GOING FORWARD.
24         **THE COURT:**  THANK YOU.
25         MR. GELERNT, WHAT IS YOUR VIEW AS TO HOW THINGS ARE

JULY 2, 2021

```
 1   PROGRESSING?
 2              MR. GELERNT:  YOUR HONOR, I THINK THAT THEY ARE
 3   PROGRESSING.  I DON'T THINK THAT THIS MONTH THAT WE FOUND ONLY
 4   28 WILL NECESSARILY DUPLICATE IN ANY ONGOING MONTH.  WE HAVE
 5   BROUGHT ON SOME ADDITIONAL RESOURCES.  WE ARE ALSO LOOKING FOR
 6   WAYS TO GET THE HUMAN RIGHT DEFENDERS, WHO ARE DOING THE
 7   ON-THE-GROUND SEARCHES, VACCINATED.  AND THAT IS AN ONGOING
 8   PROCESS.  I THINK THINGS WILL CONTINUE TO MOVE ALONG, AND
 9   HOPEFULLY EVEN AT A BETTER CLIP.
10              AND ON THE SETTLEMENT SIDE, THINGS ARE MOVING WELL.
11   WE HAVE BEEN HAVING CONSTRUCTIVE DISCUSSIONS WITH THE
12   GOVERNMENT IN GOOD FAITH, AND MEETING WITH THE MAGISTRATE
13   JUDGE.  SO I THINK, OVERALL, THINGS ARE PROGRESSING.
14              THE COURT:  ON THAT ISSUE -- I NOT ASKING YOU TO
15   COMMENT OR GIVE NUMBERS NOW.  BUT THE DISCUSSION IS INCLUDING,
16   I AM ASSUMING, PAROLING PARENTS THAT YOU LOCATED FROM THEIR
17   COUNTRY OF ORIGIN BACK INTO THE UNITED STATES SO THAT THEY CAN
18   PURSUE ASYLUM CLAIMS WITH THEIR CHILDREN.  THOSE DISCUSSIONS
19   ARE PART OF THE SETTLEMENT PROCESS, AM I CORRECT?
20              MR. GELERNT:  ABSOLUTELY, YOUR HONOR.  I WOULD
21   CHARACTERIZE THAT AS THOSE ARE THE CENTRAL, THAT WOULD BE THE
22   CENTRAL ISSUE.  BUT THERE IS A NUMBER OF OTHER, OBVIOUSLY,
23   VERY IMPORTANT ISSUES.  BUT THAT IS THE ONE THAT HAS BEEN
24   CENTRALLY AT ISSUE UP UNTIL NOW.
25              SO ROUGHLY 32 -- I BELIEVE, I HAVE TO CHECK THE
```

JULY 2, 2021

1   LATEST THIS WEEK, BUT 32 FAMILIES HAVE ALREADY BEEN PAROLED
2   BACK INTO THE COUNTRY.  WE ARE HOPING AN ADDITIONAL SET WILL
3   COME BACK THIS SUMMER.
4           AND WHAT WE HAVE BEEN LARGELY TRYING TO WORK OUT, IT
5   IS BASED ON THIS INITIAL GROUP OF FAMILIES THAT HAVE COME BACK
6   ALREADY AND WILL COME BACK THIS SUMMER, A SYSTEM THAT CAN WORK
7   ON ITS OWN AND FUNCTION ON ITS OWN.  RIGHT NOW THE GOVERNMENT
8   HAS BEEN TROUBLESHOOTING PROBLEMS ON AN INDIVIDUAL BASIS BUT
9   USING THESE FIRST TEST CASES TO SEE WHERE THE PROCESS NEEDS TO
10  BE TWEAKED.  SO I THINK WHAT WE ARE HOPING TO DO IS ULTIMATELY
11  ENTER INTO A SETTLEMENT THAT WILL HAVE A PROCESS THAT CAN
12  WORK, CAN BE SCALED UP BASED ON WHAT BOTH SIDES HAVE LEARNED
13  FROM THESE INITIAL SET OF FAMILIES THAT HAVE ALREADY BEEN
14  PAROLED BACK OR WILL COME BACK THIS SUMMER.
15          **THE COURT:**  OKAY.  THANK YOU.
16          THE SETTLEMENT DISCUSSIONS ARE ALSO INCLUDING, AS WE
17  DISCUSSED IN THE PAST, THE INTER AND INTRA AGENCY REPORTING SO
18  THAT THERE IS ACCURATE TRACKING OF PARENTS AND CHILDREN?
19          **MR. GELERNT:**  YES, YOUR HONOR.  THAT IS ONE OF THE
20  ITEMS ON -- ABSOLUTELY ON THE SETTLEMENT FRONT.
21          **THE COURT:**  OKAY.  THANK YOU.
22          MS. FABIAN, ANYTHING FROM YOUR SIDE?
23          **MS. FABIAN:**  HI.  GOOD AFTERNOON, YOUR HONOR.
24          I WOULD NOTE THAT WE DID REPORT A COUPLE NUMBERS ON
25  PAGE 3 OF THE REPORT.  SO I THINK MR. GELERNT SAID 32, WE

JULY 2, 2021

1  ACTUALLY REPORTED 38 SEPARATED CHILDREN, SO THAT WE MIGHT BE
2  OVERLAPPING THERE BECAUSE I THINK HE SAID FAMILIES.  BUT WE DO
3  HAVE SOME NUMBERS FOR YOUR HONOR THERE, AND WE WILL TRY TO
4  KEEP THAT UPDATED IN THE REPORT TO THE EXTENT WE CAN.
5          BUT THOSE ARE THE FAMILIES THAT HAVE BEEN PAROLED AS
6  OF JUNE 29TH.  AND THE TASK FORCE, AS MR. GELERNT SAID, IS
7  CONTINUING TO WORK ON THAT AND TO TROUBLESHOOT ANY ISSUES SO
8  THAT WE CAN HAVE A PROCESS THAT WILL WORK MORE BROADLY IN THE
9  NEAR FUTURE.
10          **THE COURT:**  VERY GOOD.
11          I SEE THAT YOU ADDED MR. TENORIO TO THE TEAM.
12          MR. TENORIO, YOU ARE ON THE LINE?
13          **MS. FABIAN:**  I HAVE.  I KNOW HE NEEDS NO
14  INTRODUCTION.  BUT, YES, HE HAS JOINED THE GOVERNMENT TEAM.
15          **THE COURT:**  YES.
16          **MR. TENORIO:**  HELLO, YOUR HONOR.
17          **THE COURT:**  GOOD AFTERNOON.
18          YES, HE IS A PRINCE.
19          YOU WILL SERVE EVERYONE WELL.  SO I AM GLAD YOU ARE
20  PART OF THE PROCESS, MR. TENORIO.  MUCH APPRECIATED.
21          **MR. TENORIO:**  THANK YOU, YOUR HONOR.
22          **THE COURT:**  AND, MS. BORK, ANYTHING ON DORA?
23  EVERYTHING LOOKS GREAT ON THAT END.  AND MMM, ANYTHING TO
24  REPORT ON THERE?
25          **MS. BORK:**  NO, NOTHING FURTHER TO REPORT ON THAT,

JULY 2, 2021

```
 1  YOUR HONOR.  THANK YOU.
 2           THE COURT:  WHAT I WOULD PROPOSE IS THAT WE MEET
 3  AGAIN ON AUGUST 13TH, THAT WOULD BE SIX WEEKS OUT, AT 1:30.
 4  WITH A STATUS REPORT BY AUGUST 11.
 5           ANY OBJECTION TO THAT?
 6           MR. GELERNT:  NONE FROM MS L., YOUR HONOR.
 7           MS. FABIAN:  NO, YOUR HONOR.
 8           THE COURT:  THANK YOU VERY MUCH FOR ALL OF THE WORK
 9  THAT ALL OF YOU CONTINUE TO DO.  IT IS VERY ENCOURAGING, AS WE
10  GO FORWARD, TO HAVE ALL OARS IN THE WATER AND EVERYONE ROWING
11  IN THE SAME DIRECTION.  AND THIS IS ALL LOOKING VERY
12  ENCOURAGING AT THIS POINT.
13           SO I WANT TO WISH YOU ALL A WONDERFUL 4TH OF JULY.
14  IT IS A SPECIAL WEEKEND, A SPECIAL TIME IN OUR COUNTRY.  AND I
15  WILL LOOK FORWARD TO SEEING EVERYONE AT OUR NEXT TELEPHONIC ON
16  AUGUST 13.
17           THANK YOU.
18           MR. GELERNT:  THANK YOU, YOUR HONOR.
19           MS. FABIAN:  THANK YOU, YOUR HONOR.
20           MR. TENORIO:  THANK YOU, YOUR HONOR.
21           THE COURT:  YOU ARE WELCOME.
22                          *   *   *
23           I CERTIFY THAT THE FOREGOING IS A CORRECT
             TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
24           IN THE ABOVE-ENTITLED MATTER.
25           S/LEEANN PENCE                      7/7/2021
             LEEANN PENCE, OFFICIAL COURT REPORTER   DATE


                         JULY 2, 2021
```