Emily A. Bork*
Eversheds Sutherland (US) LLP
700 Sixth Street NW, Suite 700
Washington, DC 20001
(202) 383-0870
emilybork@eversheds-sutherland.com
* Admitted *Pro Hac Vice*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| Ms. L, et al., | Case No. 3:18-cv-428-DMS-MDD |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF EMILY BORK AS COUNSEL FOR PETITIONERS-PLAINTIFFS DORA AND ALMA** |
| v. | |
| U.S. Immigration and Customs Enforcement, et al., | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, Emily A. Bork withdraws as counsel of record for the Petitioners-Plaintiffs Dora and Alma in the above-captioned action and requests to be removed from the service list. Plaintiffs will continue to be represented by other class counsel of record, including Wilson G. Barmeyer of Eversheds Sutherland (US) LLP and Sirine Shebaya of The National Immigration Project of the National Lawyers Guild.

July 26, 2021

Respectfully Submitted,

*/s/ Emily A. Bork*
Emily A. Bork*

NOTICE OF WITHDRAWAL
Case No. 3:18-cv-00428-DMS-MDD

700 Sixth Street NW, Suite 700
Washington, DC 20001
(202) 383-0870
(202) 637-3593 (facsimile)
emilybork@eversheds-sutherland.com

* Admitted *Pro Hac Vice*

*Attorney for Petitioners-Plaintiffs Dora and Alma*

2

NOTICE OF WITHDRAWAL
Case No. 3:18-cv-00428-DMS-MDD

CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

/s/ Emily A. Bork
Emily A. Bork