| | |
|---|---|
| 1 | JEFFREY BOSSERT CLARK |
| | Acting Assistant Attorney General |
| 2 | SCOTT G. STEWART |
| 3 | Deputy Assistant Attorney General |
| | WILLIAM C. PEACHEY |
| 4 | Director |
| 5 | Office of Immigration Litigation |
| 6 | U.S. Department of Justice |
| | WILLIAM C. SILVIS |
| 7 | Assistant Director |
| 8 | Office of Immigration Litigation |
| | SARAH B. FABIAN |
| 9 | Senior Litigation Counsel |
| 10 | NICOLE N. MURLEY |
| 11 | Senior Litigation Counsel |

*Attorneys for Federal Respondents-Defendants*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., | ) Case No. : 3:18-cv-0428 DMS MDD |
| Petitioners-Plaintiffs, | ) |
| vs. | ) MOTION TO WITHDRAW COUNSEL, |
| | ) SCOTT G. STEWART |
| U.S. IMMIGRATION AND | ) |
| CUSTOMS ENFORCEMENT, et al., | ) |
| Respondents-Defendants. | ) |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES OF RECORD AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Scott G. Stewart hereby respectfully moves to withdraw as counsel of record for Defendants-Respondents in the above-captioned case on the grounds that his employment with the U.S. Department of Justice will end on January 20, 2021. Defendants will continue to be represented by all remaining counsel of record for Defendants.

Dated this January 13, 2021                    Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

By: *Sarah B. Fabian*
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel

Attorneys for Defendants

IT IS SO ORDERED.
DATED 1-5-21

_____
UNITED STATES DISTRICT JUDGE