Carmen Iguina Gonzalez (SBN 277369)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Telephone: 212-549-2660

Email: CIguina@aclu.org

Attorney for Petitioner

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L. et al., | Case No. 18-cv-00428-DMS-MDD |
| *Petitioners-Plaintiffs*, | **NOTICE OF APPEARANCE** |
| v. | |
| U.S. Immigration and Customs Enforcement ("ICE"), et al., | |
| *Respondents-Defendants*. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Carmen Iguina Gonzalez of the American Civil Liberties Union Foundation Immigrants' Rights Project hereby enters her appearance as counsel of record on behalf of Petitioners-Plaintiffs Ms. L. et al. in the above captioned matter and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on her:

Carmen Iguina Gonzalez (SBN 277369)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Telephone: 212-549-2660

Email: CIguina@aclu.org

| | |
|---|---|
| Dated: September 29, 2021 | Respectfully Submitted, |
| | */s/ Carmen Iguina Gonzalez* |
| | Carmen Iguina Gonzalez |
| | CIguina@aclu.org |

2