```
                    UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF CALIFORNIA


           BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

    _____
                                            )
    MS. L., ET AL.,                         )
                                            )   CASE NO. 18CV0428-DMS
                PETITIONERS-PLAINTIFFS,     )
                                            )
    VS.                                     )
                                            )
                                            )
                                            )
                                            )
    U.S. IMMIGRATION AND CUSTOMS            )   SAN DIEGO, CALIFORNIA
    ENFORCEMENT ("ICE"), ET AL.,            )   FRIDAY, JANUARY 7, 2022
                                            )      11:30 A.M. CALENDAR
                RESPONDENTS-DEFENDANTS.     )
    ----------------------------------------

               REPORTER'S TRANSCRIPT OF PROCEEDINGS

                    TELEPHONIC STATUS CONFERENCE




    REPORTED BY:              LEE ANN PENCE,
                              OFFICIAL COURT REPORTER
                              UNITED STATES COURTHOUSE
                              333 WEST BROADWAY, ROOM 1393
                              SAN DIEGO, CALIFORNIA 92101
```

```
FOR PLAINTIFF:           LEE GELERNT, ESQ.
                         DANIEL GALINDO
                         ACLU IMMIGRANT RIGHTS PROJECT
                         125 BROAD STREET 18TH FLOOR
                         NEW YORK, NEW YORK 10004


FOR DEFENDANT:           CHRISTOPHER PAUL TENORIO, ESQ.
                         SARAH B. FABIAN, ESQ.
                         FIZZA BATOOL,ESQ.
                         U.S. DEPARTMENT OF JUSTICE
                         OFFICE OF IMMIGRATION LITIGATION
                         P.O. BOX 868
                         BEN FRANKLIN STATION
                         WASHINGTON, DC 20044



 ALSO APPEARING:         WILSON BARMEYER, ESQ.
                         ERIN DRENNING, ESQ.
                         STEVEN HERZOG,ESQ.
                         CATHERINE WEISS, ESQ.
```

```
 1    SAN DIEGO, CALIFORNIA – FRIDAY, JANUARY 7, 2022 – 11:30 A.M.
 2                              *  *  *
 3         THE CLERK:  CALLING MATTER NO. 10, 18CV0428, MS. L.
 4    VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.
 5         COUNSEL, IF YOU WOULD STATE YOUR PRESENCE, PLEASE.
 6         MR. TENORIO:  GOOD MORNING, YOUR HONOR.  CHRIS
 7    TENORIO FOR THE UNITED STATES.
 8         MS. FABIAN:  SARAH FABIAN FOR THE GOVERNMENT, AS
 9    WELL.
10         THE COURT:  THANK YOU.
11         MR. GELERNT:  GOOD MORNING, YOUR HONOR.  LEE GELERNT
12    FOR MS. L.
13         THE COURT:  THANK YOU.
14         MR. GALINDO:  DANIEL GALINDO FOR MS. L.
15         MS. DRENNING:  ERIN DRENNING FOR MMM.
16         THE COURT:  THANK YOU.
17         MR. BARMEYER:  WILSON BARMEYER FOR THE DORA
18    PLAINTIFFS.
19         MS. WEISS:  GOOD MORNING, YOUR HONOR.  CATHERINE
20    WEISS FOR THE OBJECTORS.
21         MR. HERZOG:   AND STEVEN HERZOG FOR THE PLAINTIFFS'
22    STEERING COMMITTEE.
23         THE COURT:  VERY GOOD.  THANK YOU.
24         I WAS JUST HANDED THE LIST FOR COUNSEL'S
25    APPEARANCES.
```

                              JANUARY 7, 2022

```
 1                HAVE WE MISSED ANYONE?
 2                OKAY.  THANK YOU.
 3                MS. BATOOL:  GOOD MORNING, YOUR HONOR.  THIS IS
 4   FIZZA BATOOL FOR THE GOVERNMENT, AS WELL.
 5                THE COURT:  VERY GOOD.  THANK YOU.
 6                I HAVE READ THE JOINT STATUS REPORT, AND EVERYTHING
 7   CONTINUES TO LOOK LIKE IT IS PROCEEDING RELATIVELY WELL.  I
 8   HAD JUST A COUPLE OF QUESTIONS.
 9                THERE IS REFERENCE TO THE REUNIFICATION NUMBERS AT
10   2,166.  CONFIRMED RECENTLY WOULD BE 2,138.  UNABLE TO CONFIRM
11   28 THAT HAD BEEN PREVIOUSLY NOTED AS REUNIFICATIONS.
12                AND HERE, MR. GELERNT OR MR. HERZOG, IS IT -- I SEE
13   THAT YOU ARE WORKING TO GET MORE INFORMATION ON THAT, BUT THE
14   INDICATION IS THAT SOME OF THESE CHILDREN MAY HAVE BEEN
15   RELEASED TO A SPONSOR AND MAY HAVE SINCE REUNIFIED WITH THEIR
16   PARENTS, BUT IT HAS NOT YET BEEN CONFIRMED.  IS THAT WHAT YOU
17   THINK IS HAPPENING WITH RESPECT TO THOSE 28?
18                MR. GELERNT:  THAT IS CORRECT, YOUR HONOR.
19                THIS IS MR. GELERNT.
20                WE BELIEVE SOME OF THEM, MAY BE POSSIBLE ALL OF
21   THEM.  BUT I THINK WE WOULD LIKE TO ACTUALLY CONFIRM THAT
22   BEFORE WE REPORT IT TO YOU, SO THAT'S WHY THE NUMBERS THERE
23   ARE UNCERTAIN.  BUT WE ARE WORKING HARD TO TRY AND CONFIRM
24   THAT.
25                THE COURT:  YES.  OKAY.  THANK YOU.
```

JANUARY 7, 2022

1          AND THEN THERE IS INDICATION THAT WITH RESPECT TO
2   THE TASK FORCE THAT 112 SEPARATED CHILDREN HAVE BEEN REUNIFIED
3   WITH PARENTS IN THE UNITED STATES.  AND APPROXIMATELY 265
4   PEOPLE HAVE BEEN PAROLED AS OF JANUARY 4 OF THIS YEAR.
5          SO I WAS A LITTLE UNCLEAR.  ON THE 265 PEOPLE THAT
6   HAVE BEEN PAROLED, ARE THESE MAINLY PARENTS WHO WERE IN
7   CENTRAL AMERICA THAT HAVE NOW BEEN BROUGHT BACK TO THE UNITED
8   STATES FOR PURPOSES OF REUNIFICATION AND PURSUING ANY RELIEF
9   HERE?
10          **MR. GELERNT:**  YES.
11          THIS IS MR. GELERNT AGAIN, YOUR HONOR.
12          YES, IT IS PARENTS AND OTHER FAMILY MEMBERS WHO ARE
13   ALLOWED TO RETURN TO KEEP THE FAMILY TOGETHER.
14          WHEN IT IS NECESSARY FOR REUNIFICATION TO BRING
15   ANOTHER CHILD BACK OR ANOTHER PART OF THE FAMILY WHERE THE
16   PARENT COULD NOT COME BACK OTHERWISE THE GOVERNMENT HAS AGREED
17   TO ALLOW CERTAIN OTHER FAMILY MEMBERS.  SO IT IS BOTH THE
18   PARENTS WHO WERE DEPORTED AS WELL AS CERTAIN OTHER FAMILY
19   MEMBERS.
20          I WILL LET MS. FABIAN ADD ANYTHING SHE WANTS ABOUT
21   THAT.  BUT YOUR HONOR IS CORRECT.  IT IS THE CHILDREN PLUS
22   PARENTS WHO WERE DEPORTED PLUS CERTAIN OTHER FAMILY MEMBERS
23   THAT ARE NECESSARY TO COME BACK TO KEEP -- TO ALLOW
24   REUNIFICATION TO OCCUR.  OTHERWISE THE PARENT WOULDN'T BE ABLE
25   TO COME BACK AND LEAVE, FOR EXAMPLE, ANOTHER SMALL CHILD

JANUARY 7, 2022

```
 1   BEHIND, OR SOMETHING OF THAT SORT.
 2           THE COURT:  YES.  AND ON THAT THERE IS A REFERENCE
 3   AT PAGE 6 TO THE 237 CHILDREN WHO HAVE YET TO BE REUNIFIED
 4   WITH THEIR PARENTS.  AND, MORE SPECIFICALLY, 168 OF THOSE
 5   CHILDREN, THEIR PARENTS ARE BELIEVED TO HAVE BEEN REMOVED.
 6   AND I PRESUME MOST OF THEM WOULD BE IN CENTRAL AMERICA.
 7           ARE THOSE -- THAT'S THE FOCUS, IDENTIFYING THOSE
 8   PARENTS AND GETTING THEM PAROLED BACK INTO THE UNITED STATES;
 9   IS THAT CORRECT?
10           MR. GELERNT:  YES, YOUR HONOR.  I JUST WANT TO
11   MAKE -- YOU ARE ABSOLUTELY RIGHT.  I JUST WANT TO CLARIFY ONE
12   POINT.
13           THOSE ARE THE FAMILIES THAT WE HAVE NOT YET LOCATED
14   AT ALL, AND THAT'S THE FOCUS OF THE STEERING COMMITTEE IS
15   FINDING THEM INITIALLY.  BUT THERE ARE MANY OTHER FAMILIES WHO
16   REMAIN SEPARATED WHO WE ORIGINALLY FOUND BUT NOW THIS
17   ADMINISTRATION IS ALLOWING TO BE REUNIFIED IN THE UNITED
18   STATES.  SO WE ARE WORKING ON TWO TRACKS.
19           THE STEERING COMMITTEE IS WORKING ON FINDING THE
20   REMAINING FAMILIES, THE 237 WHO WE HAVEN'T FOUND, AND THAT
21   INCLUDES 168 WE BELIEVE THE PARENT WAS DEPORTED.  SO THEY NEED
22   TO BE INITIALLY FOUND.  WE DON'T KNOW WHETHER THROUGH SOME
23   SELF HELP MEASURE THEY HAVE BEEN REUNITED BUT WE SUSPECT MOST
24   OF THEM ARE STILL SEPARATED.
25           THEN WE BELIEVE AN ADDITIONAL 7, 800 WHO WE HAVE
```

```
 1  FOUND AT SOME POINT BUT COULD NOT BE REUNIFIED BUT NOW THIS
 2  ADMINISTRATION IS ALLOWING REUNIFICATION.  AND THAT IS THE
 3  ACLU AND THE TASK FORCE AS WELL AS OTHER NGO'S, SOME OF WHOM
 4  WERE ON THE STEERING COMMITTEE, ARE WORKING TO GET THEM
 5  REUNIFIED.
 6           SO IT IS SORT OF TWO GROUPS.  THEY OVERLAP,
 7  OBVIOUSLY, BUT THAT'S THE SORT OF SLIGHT DIFFERENCES.  THERE
 8  ARE MANY MORE THAN 237 WHO REMAIN TO BE REUNIFIED, AND THAT'S
 9  WHAT THE TASK FORCE IS WORKING ON.
10           **THE COURT:**  WHAT WAS THE NUMBER YOU GAVE, MR.
11  GELERNT, ON THE LARGER GROUP?
12           **MR. GELERNT:**  SO, YOUR HONOR, I ACTUALLY -- I WAS
13  SAYING THAT BECAUSE WE DON'T KNOW PRECISELY HOW MANY OF THOSE
14  FAMILIES STILL NEED TO BE REUNIFIED.  AND WE AND THE
15  GOVERNMENT ESTIMATE THAT WHEN THE TASK FORCE STARTED IT WAS IN
16  EXCESS OF 1,000, BUT WE ARE NOT ENTIRELY SURE BECAUSE SOME OF
17  THE PEOPLE WHO WERE REACHED, IT HAS BEEN A WHILE SINCE WE
18  TALKED TO THEM AGAIN.
19           AND SO WE NEED TO MAKE SURE BOTH THAT THROUGH SOME
20  SELF HELP MEASURE THEY DIDN'T REUNIFY AND/OR THEY DON'T WANT
21  TO RETURN TO THE UNITED STATES AT THIS POINT.
22           BUT WE BELIEVE THAT IT WAS ORIGINALLY IN EXCESS OF
23  1,000, SO I WAS JUST SORT OF SUBTRACTING THE 237 FROM SOME
24  NUMBER AT ABOUT 1,000.  SO I BELIEVE THERE IS PROBABLY ABOUT
25  800 OR SO.  IT COULD BE ANYWHERE FROM 800 TO 1400 OR -- YOU
```

JANUARY 7, 2022

1  KNOW, I AM GUESSING A LITTLE.
2       I REALIZE THAT IS NOT SATISFACTORY BUT I THINK THAT
3  IS THE SITUATION WE ARE IN.  WE JUST DON'T KNOW HOW MANY OF
4  THE FAMILIES WE HAVE ORIGINALLY FOUND AND WE NOW CONTACT THEM
5  AGAIN WILL NEED TO BE REUNIFIED.  BUT WE THINK IT IS A
6  SIGNIFICANT NUMBER.
7       **THE COURT:**  YES.  ALL RIGHT.
8       **MS. FABIAN:**  YOUR HONOR, YOU WILL RECALL THERE WERE
9  ABOUT 400 IN THE ORIGINAL THAT WERE OUT OF THE COUNTRY AND
10 THEN WE -- EFFECTIVELY AROUND THAT NUMBER.  PROBABLY EVEN MORE
11 IN THE EXTENDED CLASS.  BUT I THINK THAT IS SORT OF THE BASIS
12 FOR THOSE ESTIMATES.
13      **THE COURT:**  YES. OKAY.  THANK YOU.
14      AND THAT LARGER NUMBER, THERE WAS A REFERENCE IN AN
15 ARTICLE SEVERAL WEEKS AGO, AND SO THAT WAS THE BASIS FOR MY
16 INQUIRY.
17      WE ARE CONTINUING TO MAKE PROGRESS HERE, BUT OF
18 COURSE IT IS A DIFFICULT CIRCUMSTANCE, PARTICULARLY IN LIGHT
19 OF THE UPTICK WITH COVID AND OMICRON.
20      IN THAT REGARD, MR. HERZOG, I APPRECIATE THE
21 INFORMATION YOU PROVIDED IN THE REPORT HERE.  ARE THINGS GOING
22 TO BE SLOWING DOWN A LITTLE BIT IN LIGHT OF OMICRON, OR WHAT'S
23 YOUR ASSESSMENT?
24      **MR. HERZOG:**  I THINK THEY MAY; THEY HAVE NOT YET.
25 RIGHT NOW OMICRON IS NOT REALLY AN ISSUE IN THE CENTRAL

JANUARY 7, 2022

```
 1   AMERICA COUNTRIES WE ARE WORKING IN, EXCEPT FOR MEXICO WHERE
 2   IT IS.  IT MAY WELL, AS WE ALL KNOW, FIND ITS WAY THERE FAIRLY
 3   SOON.
 4            SO WHEN IT IS THERE IT IS HARD TO SAY, IT MAY WELL
 5   SLOW US DOWN.  BUT IT HASN'T BEEN A HINDRANCE SO FAR.  RIGHT
 6   NOW GUATEMALA AND HONDURAS AND EL SALVADOR ARE DEALING
 7   PRIMARILY WITH THE EARLIER VARIANTS.
 8            **THE COURT:**  THANK YOU.
 9            AND IT LOOKS LIKE EVERYTHING ELSE IS IN ORDER ON MMM
10   AND THE RELATED CASES.
11            ANYTHING TO REPORT ON THERE, OUTSIDE OF THE JOINT
12   STATUS REPORT?
13            **MS. DRENNING:**  NOTHING FROM MMM, YOUR HONOR.
14            **MR. BARMEYER:**  NOTHING FROM THE DORA PLAINTIFFS.
15   THANK YOU, YOUR HONOR.
16            **THE COURT:**  THANK YOU.
17            MR. GELERNT AND MS. FABIAN OR MR. TENORIO, ANY
18   SUGGESTIONS ON HOW OR WHETHER WE SHOULD BE DOING ANYTHING ANY
19   DIFFERENTLY?  I WOULD BE PREPARED TO SET ANOTHER STATUS REPORT
20   AND CONFERENCE IN SIX OR EIGHT WEEKS.  IS THERE ANYTHING ELSE
21   THAT YOU WOULD SUGGEST OR RECOMMEND?
22            I SEE THAT YOU ARE CONTINUING TO MEET WITH JUDGE
23   DEMBIN AND THAT THE TASK FORCE IS CONTINUING TO WORK AS WELL.
24   SO EVERYONE SEEMS TO BE MOVING AS EFFICIENTLY AND QUICKLY AS
25   POSSIBLE.
```

                              JANUARY 7, 2022

```
 1             BUT FOR THIS GROUP AND THIS COURT, IS THERE ANYTHING
 2   ELSE THAT THE PARTIES WOULD RECOMMEND?
 3             MR. GELERNT:  YOUR HONOR, NO.  I THINK THE WAY WE
 4   ARE PROCEEDING IS FINE.  AND IF ANY ISSUES COME UP WE WILL
 5   OBVIOUSLY ALERT THE COURT, BUT RIGHT NOW I THINK THINGS ARE
 6   PROGRESSING AND WE ARE WORKING CONSTRUCTIVELY.  SO I THINK
 7   ANOTHER STATUS CONFERENCE IN SIX TO EIGHT WEEKS WOULD BE FINE
 8   FOR THE PLAINTIFFS, IF THAT WORKS FOR THE GOVERNMENT.
 9             THE COURT:  ALL RIGHT.
10             GOVERNMENT AGREES?
11             MR. TENORIO:  YES, YOUR HONOR.  I THINK THAT WOULD
12   BE FINE.
13             AS MR. GELERNT SAID, WE CAN ALWAYS CONTACT YOUR
14   CLERK IF WE NEED TO COME ON EARLIER, BUT SO FAR IT HAS BEEN
15   WORKING OUT WELL.
16             THE COURT:  OKAY.  THANK YOU.
17             I THINK WHAT I WILL DO IS WE WILL SET IT OUT -- I
18   THINK I WILL SET IT OUT EIGHT WEEKS.  SO WE WILL DO ANOTHER
19   STATUS CONFERENCE ON MARCH 4.
20             IS THAT A GOOD DATE?
21             THE CLERK:  YES.
22             THE COURT:  MARCH 4 AT 11:30.
23             AND JOINT STATUS REPORT TO BE FILLED ON WEDNESDAY,
24   MARCH 2ND.
25             AND I WILL LOOK FORWARD TO MEETING WITH COUNSEL
```

JANUARY 7, 2022

1    TELEPHONICALLY AT THAT TIME.
2             THANK YOU AND HAVE A GOOD WEEKEND.
3             **MR. GELERNT:**  THANK YOU, YOUR HONOR.
4             **THE COURT:**  YOU ARE WELCOME.
5             **MS. FABIAN:**  THANK YOU, YOUR HONOR.

8                       *  *  *

9    I CERTIFY THAT THE FOREGOING IS A CORRECT
     TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
10   IN THE ABOVE-ENTITLED MATTER.

11   S/LEEANN PENCE                                1/13/2022
     LEEANN PENCE, OFFICIAL COURT REPORTER    DATE

                    JANUARY 7, 2022