BRIAN M. BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

RANDY S. GROSSMAN
Acting United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Respondents-Defendants. | Case No. 3:18-cv-0428 DMS MDD <br><br> **STIPULATED MOTION FOR ORDER REQUIRING CONSIDERATION FOR PAROLE OF CERTAIN CLASS MEMBERS PRESENT IN THE UNITED STATES** |

On March 10, 2021, the parties informed the Court of their intent to enter into settlement discussions. The government agreed that while settlement discussions are ongoing, it will begin the process of reunifying families and providing appropriate related relief to the extent permissible.[1] As part of that process, on June 10, 2021, the parties filed a stipulated motion asking that the Court order the government to facilitate the reunification of families by considering for parole certain individuals who the parties agreed were eligible for relief, and returning those individuals for whom parole was granted to the United States at government expense. ECF No. 597. The Court entered the requested order on June 11, 2021. ECF No. 598.

The parties now jointly request that the Court also enter the attached order. Good cause exists to grant the parties' request because the proposed order will ensure the government can continue the important work of reunifying families and providing appropriate and necessary related relief to *Ms. L.* class members who are already inside the United States while settlement negotiations are ongoing. The parties will jointly identify *Ms. L.* class members who are inside the United States and meet the standard

---

[1] The families to be reunified pursuant to this order are agreed to be *Ms. L.* class members, and will be part of the Ms. L. Settlement Class for purposes of granting relief under the settlement once it is finalized.

agreed upon by the parties, and the government will then consider discretionary grants of parole for those *Ms. L.* class members, separated children, subsequently born children, and any of their family members who the parties agree are eligible for such consideration, depending on the specific facts and circumstances of each case. The government shall provide to *Ms. L.* class members, separated children, subsequently born children, and family members who the parties agree are eligible, certain assistance that the parties agree is reasonably necessary to facilitate the preparation and submission of the parole applications and any applications for employment authorization. Should justiciable disputes arise, the parties will bring those disputes to the Court for resolution.

///

///

///

| | | |
|---|---|---|
| 1 | DATED: January 28, 2022 | Respectfully submitted, |
| 2 | | BRIAN M. BOYNTON |
| | | Acting Assistant Attorney General |
| 3 | | |
| 4 | | WILLIAM C. PEACHEY |
| | | Director |
| 5 | | |
| 6 | | WILLIAM C. SILVIS |
| | | Assistant Director |
| 7 | | |
| 8 | | */s/ Sarah B. Fabian* |
| | | SARAH B. FABIAN |
| 9 | | Senior Litigation Counsel |
| | | FIZZA BATOOL |
| 10 | | Trial Attorney |
| 11 | | Office of Immigration Litigation |
| | | Civil Division |
| 12 | | U.S. Department of Justice |
| 13 | | P.O. Box 868, Ben Franklin Station |
| | | Washington, DC 20044 |
| 14 | | (202) 616-4824 (phone) |
| 15 | | (202) 305-7000 (facsimile) |
| | | Email: Sarah.B.Fabian@usdoj.gov |
| 16 | | |
| 17 | | RANDY S. GROSSMAN |
| | | Acting United States Attorney |
| 18 | | SAMUEL W. BETTWY |
| 19 | | Assistant U.S. Attorney |
| 20 | | |
| | | *Attorneys for Respondents-Defendants* |
| 21 | | |

4

3:18-cv-0428 DMS MDD

/s/ Lee Gelernt
Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel A. Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004

T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is Box 868, Ben Franklin Station, Washington, DC 20044. I am not a party to the above-entitled action. I have caused service of the accompanying **STIPULATED MOTION FOR ORDER REQUIRING CONSIDERATION FOR PAROLE OF CERTAIN CLASS MEMBERS PRESENT IN THE UNITED STATES** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 28, 2022         *s/ Sarah B. Fabian*
                                Sarah B. Fabian