UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al, <br><br>    Petitioners-Plaintiffs, <br><br>vs. <br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al, <br><br>    Respondents-Defendants. | Case No. 18-cv-428 DMS MDD <br><br>**ORDER REQUIRING CONSIDERATION FOR PAROLE OF CERTAIN CLASS MEMBERS PRESENT IN THE UNITED STATES** |

    Before the Court is the parties' Stipulated Motion for Order Requiring Consideration for Parole of Certain Class Members Present in the United States. The parties have informed the Court they intend to jointly identify *Ms. L.* class members who are inside the United States and meet the standard agreed upon by the parties. The government will then consider discretionary grants of parole for those *Ms. L.* class members, separated children, subsequently born children, and any of their family members who the parties agree are eligible for such consideration. The government shall provide to *Ms. L.* class members, separated children, subsequently born children, and family members who the parties agree are eligible, certain assistance that the parties agree is reasonably necessary to facilitate the submission of the parole applications and any applications for employment authorization. Should justiciable disputes arise, the parties will bring those disputes to the Court for resolution.

    Good cause exists to grant this Order because it will permit the government to continue the important work of reunifying families in the United States, ensuring that such reunifications are successful, and preventing future harm from past separations, while settlement negotiations are ongoing. Accordingly,

    IT IS HEREBY ORDERED that:

(1) The parties should jointly identify *Ms. L.* class members, separated children, subsequently born children, and certain family members present in the United States who meet the standards agreed upon by the parties.

(2) Upon a discretionary determination by the government that an individual located within the United States is a *Ms. L.* class member, separated child, subsequently born child, or family member who is eligible for relief by agreement of the parties, the government will, through the use of a third-party contract, provide to the individual assistance in preparing and submitting the parole application and employment authorization. Nothing in this order shall preclude the U.S. Department of Homeland Security from exercising discretion to grant or deny the parole request and employment authorization of any individual on a case-by-case basis.

(3) Should justiciable disputes arise in this process, the parties may bring those disputes to the Court for resolution.

Dated: January 31, 2022

Hon. Dana M. Sabraw
United States District Judge