

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

**FILED**

FEB 1 7 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**RECEIVED**

FEB 1 7 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Adriel I. Cepeda Derieux
7 World Trade Center
250 Greenwich Street
New York City, NY 10007

NIXIE          9/E   DE 1          9082/14/22

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 92101358628        *2551-01022-14-55