```
                    UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF CALIFORNIA


          BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING
     _____
                                             )
     MS. L., ET AL.,                         )
                                             )  CASE NO. 18CV0428-DMS
                 PETITIONERS-PLAINTIFFS,     )
                                             )
     VS.                                     )
                                             )
                                             )
                                             )
                                             )
     U.S. IMMIGRATION AND CUSTOMS            )  SAN DIEGO, CALIFORNIA
     ENFORCEMENT ("ICE"), ET AL.,            )  FRIDAY, MARCH 4, 2022
                                             )   11:30 A.M. CALENDAR
                 RESPONDENTS-DEFENDANTS.     )
     ----------------------------------------

                  REPORTER'S TRANSCRIPT OF PROCEEDINGS

                     TELEPHONIC STATUS CONFERENCE







     REPORTED BY:                 LEE ANN PENCE,
                                  OFFICIAL COURT REPORTER
                                  UNITED STATES COURTHOUSE
                                  333 WEST BROADWAY, ROOM 1393
                                  SAN DIEGO, CALIFORNIA 92101
```

```
FOR PLAINTIFF:            LEE GELERNT, ESQ.
                          STEPHAN B. KANG, ESQ.
                          ACLU IMMIGRANT RIGHTS PROJECT
                          125 BROAD STREET 18TH FLOOR
                          NEW YORK, NEW YORK 10004


FOR DEFENDANT:            SARAH B. FABIAN, ESQ.
                          CHRISTOPHER PAUL TENORIO, ESQ.

                          FIZZA BATOOL, ESQ.

                          U.S. DEPARTMENT OF JUSTICE
                          OFFICE OF IMMIGRATION LITIGATION
                          P.O. BOX 868
                          BEN FRANKLIN STATION
                          WASHINGTON, DC 20044



 ALSO APPEARING:          ERIN DRENNING, ESQ.
                          STEPHEN HERZOG, ESQ.
                          CATHERINE WEISS, ESQ.
                          WILLIAM G. BARMEYER, ESQ.
```

**SAN DIEGO, CALIFORNIA – FRIDAY, MARCH 4, 2022 – 11:55 A.M.**

\* \* \*

**THE CLERK:** CALLING MATTER NO. 18 ON THE CALENDAR, 18CV0428, MS. L VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.

**THE COURT:** GOOD MORNING, COUNSEL. THANK YOU FOR WAITING. I HAVE BEEN THE COURT TENDING TO A CRIMINAL CALENDAR.

I SHOW, ON THE LINE, FOR MS. L. MR. LEE GELERNT, MR. STEPHEN KANG; FOR THE DORA PLAINTIFFS MR. WILSON BARMEYER; STEPHEN HERZOG FOR THE STEERING COMMITTEE; CATHERINE WEISS FOR OBJECTORS. AND FOR THE GOVERNMENT SARAH FABIAN, CHRIS TENORIO, AND LOOKS LIKE FIZZA BATOOL. I ALSO SHOW ERIN DRENNING MAKING AN APPEARANCE.

WITH THAT, HAVE I MISSED ANYONE? OKAY.

I HAVE REVIEWED THE JOINT STATUS REPORT, WHICH I APPRECIATE. JUST A COUPLE OF QUESTIONS HERE. IT SEEMS WE ARE MAKING PROGRESS.

I SEE SETTLEMENT CONFERENCES SET UP IN THE ORDINARY COURSE WITH JUDGE DEMBIN.

THERE WAS, AT PAGE 1, AN INDICATION THAT THE TOTAL NUMBER OF CHILDREN IN THE ORIGINAL AND EXPANDED CLASS IS 3,810. THERE WAS A FURTHER INDICATION, AT PARAGRAPH 2, THAT THE TOTAL NUMBER OF CHILDREN LOCATED IS 3,574, WHICH WOULD MEAN 236 CHILDREN HAVE NOT BEEN LOCATED. AND THEN AT

```
 1   PARAGRAPH 3 THE TOTAL NUMBER OF CHILDREN REUNIFIED IS 2,762,
 2   WHICH WOULD MEAN THAT 1,048 HAVE NOT BEEN REUNIFIED.
 3           SO I GUESS, FOR MY OWN CLARIFICATION, THAT WOULD
 4   SEEM TO ME, IF I AM LOOKING AT THIS CORRECTLY, THAT 812
 5   CHILDREN HAVE BEEN LOCATED IN THAT PARAGRAPH 3, BUT NOT
 6   REUNITED.  AND I WAS WONDERING WHY THAT IS.
 7           **MR. GELERNT:**  I CAN SPEAK TO THAT, YOUR HONOR.  THIS
 8   IS MR. GELERNT.
 9           **THE COURT:**  YES.
10           **MR. GELERNT:**  WE ARE HOPEFUL -- I MEAN, SOME OF THEM
11   OBVIOUSLY HAVE NOT BEEN CONTACTED, BUT THE REMAINING ONES THAT
12   HAVE BEEN CONTACTED AND STILL NEED TO REUNIFY I THINK FALL
13   INTO TWO BIG BUCKETS.
14           ONE ARE PEOPLE THAT WE ARE STILL TRYING TO
15   RECONTACT.  THEY WERE CONTACTED ORIGINALLY DURING THE PRIOR
16   ADMINISTRATION WHEN THERE REALLY WASN'T THE OPPORTUNITY FOR
17   THEM TO COME BACK.  AND NOW WE NEED TO RECONTACT THEM, SO WE
18   ARE IN THE PROCESS OF DOING THAT AND THAT IS GOING WELL.
19           THE OTHER PEOPLE -- THE OTHER BUCKET ARE PEOPLE WHO
20   HAVE BEEN RECONTACTED, WANT TO COME BACK.  AND NOW THERE IS
21   FINALLY A SYSTEM IN PLACE FOR THEM TO COME BACK.  AND SO I
22   THINK BOTH WE AND THE ADMINISTRATION WERE HOPING THAT SYSTEM
23   WOULD BE IN PLACE SOONER, BUT IT WAS COMPLICATED AND NOW IS IN
24   PLACE, AND PEOPLE ARE STARTING TO COME BACK.  AND THERE ARE
25   MANY PEOPLE IN THE PIPELINE COMING BACK THAT WE ARE HOPEFUL
```

1  OVER THE NEXT FEW MONTHS YOU WILL SEE HUNDREDS AND HUNDREDS OF
2  PEOPLE COMING BACK.
3           SO I THINK, YOU KNOW, ULTIMATELY WE GOT OFF TO A
4  SLOW START, BUT NOW THERE IS THIS SYSTEM IN PLACE FOR PEOPLE
5  TO REGISTER ON A WEBSITE.  THERE IS HELP OVERSEAS FOR PEOPLE
6  TO HELP DEAL WITH THE LOGISTICS.  I THINK BY THE NEXT TIME WE
7  REPORT TO YOU WE SHOULD SEE MANY MORE PEOPLE REUNIFIED.  AT
8  LEAST THAT IS OUR HOPE.
9           **THE COURT:**  SO THE 812 THAT WERE ORIGINALLY -- WELL,
10 YES, THAT WERE LOCATED BUT NOT YET REUNIFIED, MOST OF THOSE,
11 ARE THEY OVERSEAS, CENTRAL AMERICA AND THE LIKE?
12          **MR. GELERNT:**  THEY ARE, I THINK, MOSTLY OVERSEAS.
13 BUT THERE ARE UNDOUBTEDLY SOME PEOPLE -- THERE IS SOME PEOPLE
14 IN THE U.S. WE HAVE NOT FOUND.  AND THEN THERE ARE LIKELY SOME
15 PEOPLE IN THE U.S. WHO HAVEN'T BEEN REUNIFIED, BUT I THINK
16 THAT IS A MUCH SMALLER NUMBER.  AND I SUSPECT THAT IS A FAIRLY
17 SMALL AMOUNT.  I THINK MOST OF THE PEOPLE WHO HAVEN'T BEEN
18 REUNIFIED ARE OVERSEAS.
19          **THE COURT:**  OKAY.  AND THEN IN PARAGRAPH --
20          **MR. GELERNT:**  THAT'S THE PROCESS WE SET UP TO BRING
21 THEM BACK.
22          **THE COURT:**  YES.  THANK YOU.
23          IN PARAGRAPH 2 THERE ARE 236 CHILDREN WHO HAVE NOT
24 BEEN LOCATED.  AND ARE THOSE CHILDREN LARGELY IN CENTRAL
25 AMERICA?  DO YOU KNOW?

```
 1            MR. GELERNT:  THERE IS A BREAKDOWN FOR THOSE, YOUR
 2   HONOR.  THEY ARE MOSTLY IN CENTRAL AMERICA BUT THERE ARE SOME
 3   THAT ARE IN THE U.S.  AND I THINK -- I AM TRYING -- I
 4   APOLOGIZE, YOUR HONOR, I AM LOOKING FOR IT.  SOMEONE HAS IT.
 5            MR. HERZOG MAY HAVE IT.
 6            MR. HERZOG:  YOUR HONOR, STEVE HERZOG.  I AM
 7   LOOKING.  ON PAGE 6 WE REPORTED WHERE WE ARE, AND WE REPORTED
 8   THAT WE ARE LOOKING FOR 216.
 9            THE COURT:  YES.
10            MR. HERZOG:  I AM NOT ACTUALLY SURE I CAN EXPLAIN
11   RIGHT NOW THE DISCREPANCY.
12            THE COURT:  YES.  THANK YOU.  I WAS GOING TO ASK
13   THAT.  THAT WAS MY NEXT QUESTION, THE DISCREPANCY BETWEEN PAGE
14   1 AND PAGE 6.
15            MR. HERZOG:  I AM GOING TO HAVE TO LOOK INTO THAT.
16   I DON'T HAVE AN EXPLANATION AT THIS MOMENT.
17            I AM SURE THAT THE 216 ARE -- IT MAY WELL BE SIMPLY
18   THAT WE DIDN'T -- RECENT INFORMATION WASN'T FACTORED INTO THE
19   NUMBER ON PAGE 1.  BUT I DON'T WANT TO TELL YOU THAT FOR SURE
20   BECAUSE I AM NOT SURE OF THAT.
21            THE COURT:  YES.  SO IT IS SOMEWHERE BETWEEN --
22            MS. FABIAN:  THIS IS MS. FABIAN FOR THE GOVERNMENT.
23            I THINK THAT MAY BE PART OF IT, BECAUSE THE DATA
24   THAT WAS RECONCILED BETWEEN THE PARTIES FOR THE REPORTING ON
25   PAGE 1 WAS BASED ON DATA THAT THE STEERING COMMITTEE SENT US
```

1  FROM THE LAST REPORT.  AND I THINK THAT MAY BE PART OF IT IS
2  THAT WE DIDN'T RECONCILE BETWEEN THE PARTIES THE DATA BETWEEN
3  THE 237 AND THE 216.
4  　　　　　AND THEN THERE IS ALSO -- THERE WERE A COUPLE OF
5  CASES THEN WHERE WE -- WHERE BOTH PARTIES WERE STILL SORT OF
6  RECONCILING THE NUMBERS AND WE DID NOT REPORT ANY NUMBERS THAT
7  WE HADN'T RECONCILED IN THE REPORT.  SO THERE ARE A FEW MORE,
8  I THINK, THAT EACH PARTY HAS LOCATED.  AND, YOU KNOW, WE WILL
9  FURTHER RECONCILE THOSE NUMBERS AND ADD THEM TO NO. 2, BUT WE
10 ONLY WANTED TO REPORT IN NO. 2 INDIVIDUALS THAT BOTH PARTIES
11 CURRENTLY AGREE HAVE BEEN CONTACTED.
12 　　　　　**THE COURT:**  YES.  SO THE TRUE NUMBER MAY BE MORE
13 LIKE 216 CHILDREN WHO HAVE YET TO BE LOCATED.  DOES THAT SOUND
14 RIGHT?
15 　　　　　**MR. HERZOG:**  THAT SOUNDS RIGHT TO ME, YOUR HONOR.
16 IT MAY SIMPLY BE THAT THE DATA ON PAGE 1 HAS NOT BEEN UPDATED.
17 BUT, AGAIN, I DON'T WANT TO SAY THAT FOR SURE BECAUSE I AM NOT
18 SURE OF THAT.
19 　　　　　**THE COURT:**  THANK YOU.
20 　　　　　SO LET'S GO TO THAT SUBJECT, MR. HERZOG, IF THERE IS
21 IMPROVEMENT.
22 　　　　　IT LOOKS LIKE 21 CHILDREN HAVE BEEN LOCATED SINCE
23 OUR LAST STATUS REPORT.  THE EFFORTS CONTINUE IN CENTRAL
24 AMERICA.  IN LIGHT OF THE PANDEMIC AND COVID RECEDING ARE YOU
25 ABLE TO MAKE MORE PROGRESS IN CENTRAL AMERICA, OR WHAT ARE THE

|    |    |
|----|----|
| 1  | CIRCUMSTANCES THERE? |
| 2  | **MR. HERZOG:**  I THINK THAT -- WELL, LET ME JUST FIRST |
| 3  | UPDATE.  THE NUMBER OF 21 IS NOW, I THINK, AS OF TODAY, UP TO |
| 4  | 25. |
| 5  | **THE COURT:**  OKAY. |
| 6  | **MR. HERZOG:**  WE CONTINUE TO GET THERE.  THAT IS A |
| 7  | LITTLE BIT BETTER. |
| 8  | COVID IS STILL, AS I UNDERSTAND IT, AN ISSUE, |
| 9  | PARTICULARLY IN THE INDIGENOUS AREA IN GUATEMALA WHERE |
| 10 | VACCINATION RATES, I UNDERSTAND, ARE LOWER.  SO WHILE IT HAS |
| 11 | IMPROVED IN MANY AREAS I THINK IT IS NOT SO MUCH IMPROVED |
| 12 | THERE. |
| 13 | THAT ALL SAID, I THINK, YOU KNOW, WE ARE CONTINUING |
| 14 | TO DO WHAT WE DO.  AND, YOU KNOW, I THINK THE NUMBERS VARY |
| 15 | SORT OF BASED ON WHAT HAPPENS.  PARTICULAR SEARCHES TAKE |
| 16 | LONGER, DEFENDERS ARE -- YOU KNOW, SPEND MORE TIME ON CERTAIN |
| 17 | CASES THAN OTHERS IN A CERTAIN TIME PERIOD.  BUT I THINK, YOU |
| 18 | KNOW, BASICALLY WE ARE PROCEEDING ALONG THE SAME LINES THAT WE |
| 19 | HAVE BEEN PROCEEDING, YOU KNOW, OVER THE LAST YEAR OR SO I |
| 20 | THINK. |
| 21 | **THE COURT:**  YES.  AND IT IS LOOKING FAVORABLE, ISN'T |
| 22 | IT, FOR PAROLING THESE INDIVIDUALS, THE ONES THAT ARE LOCATED, |
| 23 | AND BRINGING THEM INTO THE UNITED STATES.  THAT SEEMS TO BE |
| 24 | THE TREND WITH THIS CASE.  IS THAT -- |
| 25 | **MR. GELERNT:**  YES. |

1      **MR. HERZOG:** YES.  THEY ARE GOING THROUGH THE
2 PROCESS THAT MR. GELERNT DESCRIBED, MANY OF THEM THAT CHOOSE
3 TO DO SO, AND MOST DO.
4      **THE COURT:** YES.  OKAY.  VERY GOOD.
5      WELL, IT CONTINUES TO BE FAVORABLE, TRENDING IN THE
6 RIGHT DIRECTION.  EVERYONE IS DOING EVERYTHING COLLABORATIVELY
7 AND SEEMS TO BE GOOD PROGRESS IN LIGHT OF THE PRESENT
8 CIRCUMSTANCES AND THE PANDEMIC, WHICH HOPEFULLY WILL CONTINUE
9 TO RECEDE.
10     IT APPEARS EVERYTHING ELSE IS IN ORDER.  DOES ANYONE
11 ELSE WANT TO SPEAK TO ANY OF THE OTHER ISSUES OR CASES?
12     OKAY.  I WOULD PROPOSE, THEN, WE SIMPLY PUT THIS OUT
13 FOR ANOTHER STATUS.  I WOULD SUGGEST, LET'S SEE, APRIL 22 AT
14 11:30, WITH THE JOINT STATUS REPORT AT APRIL 20.
15     ANY OBJECTION WITH THAT?
16     OKAY.  HEARING NONE, I WOULD BE PREPARED TO SIGN OFF
17 AT THIS TIME.
18     ANYONE ELSE WANT TO SPEAK TO ANY ISSUES?
19     OKAY.  THANK YOU COUNSEL.  I ALWAYS APPRECIATE
20 MEETING WITH EVERYONE, AND I WILL LOOK FORWARD TO THE NEXT
21 STATUS CONFERENCE ON APRIL THE 22ND.
22     THANK YOU, AND HAVE A GOOD WEEKEND.
23     **MR. GELERNT:** THANK YOU, YOUR HONOR.
24     **THE COURT:** YOU ARE WELCOME.
25     **MS. FABIAN:** THANK YOU, YOUR HONOR.

```
 1
 2                             *   *   *
 3         I CERTIFY THAT THE FOREGOING IS A CORRECT
           TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
 4         IN THE ABOVE-ENTITLED MATTER.

 5         S/LEEANN PENCE                     3/9/2021
           LEEANN PENCE, OFFICIAL COURT REPORTER   DATE
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```