BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962


RANDY S. GROSSMAN
Acting United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>        Petitioners-Plaintiffs,<br><br>  vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>        Respondents-Defendants. | Case No. 3:18-cv-0428 DMS MDD<br><br>**STIPULATED MOTION FOR ORDER REQUIRING THE GOVERNMENT TO PROVIDE BEHAVIORAL HEALTH SERVICES** |

On March 10, 2021, the parties informed the Court of their intent to enter into settlement discussions. The government agreed to begin reunifying families to the extent permissible while settlement discussions were ongoing.[1]

In furtherance of this agreement, and to facilitate the successful reunification of families and help prevent ongoing harm caused by the initial separation of class members, the parties jointly request that the Court enter the proposed stipulated order to provide behavioral health services to the *Ms. L.* class members and their separated children for up to one year while the parties continue their negotiations on a final settlement on this issue. Good cause exists to grant the parties' request because the proposed order will allow the government to provide reunifying families with behavioral health services to support successful reunification and help to prevent ongoing harm to the behavioral health of *Ms. L.* class members resulting from the initial separation of class members.

The government intends to enter into a contract with a qualified entity to provide these behavioral health services within the United States for up to one year. The

---

[1] The families who are being reunified pursuant to the Court's order are agreed to be *Ms. L.* class members, and will be part of the *Ms. L.* Settlement Class for purposes of granting relief under the settlement once it is finalized.

behavioral health services to be provided under this order include child-centered pre-reunification counseling, clinical treatment services, behavioral health case management, psychoeducation and parenting support that the parties agree are necessary to facilitate successful reunifications and/or help to prevent ongoing behavioral health harm caused by the initial separation. The government's contractor will seek to establish contact with the Ms. L class members to inform them of and facilitate access to these behavioral health services. Should justiciable disputes arise, the parties will bring those disputes to the Court for resolution.

DATED: April 29, 2022                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director

*/s/ Sarah B/ Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4824 (phone)
(202) 305-7000 (facsimile)
Email: Sarah.B.Fabian@usdoj.gov

*Attorneys for Respondents-Defendants*

/s/ Lee Gelernt (with permission)
Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel A. Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004

T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is Box 868, Ben Franklin Station, Washington, DC 20044. I am not a party to the above-entitled action. I have caused service of the accompanying **STIPULATED MOTION FOR ORDER REQUIRING THE GOVERNMENT PROVIDE BEHAVIORAL HEALTH SERVICES** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 29, 2021          *s/ Sarah B. Fabian*
                               Sarah B. Fabian