UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al,<br><br>    Petitioners-Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al,<br><br>    Respondents-Defendants. | Case No. 18-cv-428 DMS MDD<br><br>**ORDER REQUIRING THE GOVERNMENT TO PROVIDE BEHAVIORAL HEALTH SERVICES** |

Before the Court is the parties' Stipulated Motion for Order Requiring the Government to Provide Behavioral Health Services for up to one year while the parties continue their negotiations on a final settlement on this issue. The parties have informed the Court that the government intends to enter into a contract with a qualified entity to provide behavioral health services to *Ms. L.* class members and their separated children within the United States. The behavioral health services to be provided under this Order include child-centered pre-reunification counseling, clinical treatment services, behavioral health case management, psychoeducation and parenting support that the parties agree are necessary to facilitate successful reunifications and/or to help prevent ongoing harm caused by the initial separation. Should justiciable disputes arise, the parties will bring those disputes to the Court for resolution.

Good cause exists to grant the parties' request because the proposed order will support the successful reunifications of families and will mitigate ongoing psychological harm resulting from the initial separation of class members. Accordingly,

IT IS HEREBY ORDERED that:

(1) The government shall provide behavioral health services to *Ms. L.* class members and their separated children within the United States who elect to receive such services. The behavioral health services to be provided under this Order shall include child-centered pre-reunification counseling, clinical treatment services,

behavioral health case management, psychoeducation and parenting support. These behavioral health services are necessary to facilitate successful reunifications and/or to help prevent ongoing psychological harm caused by the initial separation.

(2) The government may provide these behavioral health services through a contract with a qualified entity, and the contractor shall seek to establish contact with the Ms. L class members to inform them of and facilitate access to these services. The qualified entity may deliver these services from locations that are reasonably convenient to the class members or separated children given their locations within the United States and taking into account the geographical availability of behavioral health and behavioral health case management service providers. In consideration of these concerns, the Government also may explore telehealth services in lieu of in-person services.

(3) The government shall offer these behavioral health services for up to one year, starting from the date of the contract.

(4) Should justiciable disputes arise in this process, the parties may bring those disputes to the Court for resolution.

Dated:  May 2, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court