Carmen Iguina Gonzalez (SBN 277369)
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
T: (202) 675-2322
F: (202) 737-0017
ciguina@aclu.org

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| Ms. L, et al., | Case No. 3:18-cv-428-DMS-MDD |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF CARMEN IGUINA GONZALEZ AS COUNSEL FOR PETITIONER-PLAINTIFF MS. L** |
| v. | |
| U.S. Immigration and Customs Enforcement, et al., | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, Carmen Iguina Gonzalez withdraws as counsel of record for the Petitioner-Plaintiff Ms. L in the above-captioned action and requests to be removed from the service list.  Plaintiff will continue to be represented by other class counsel of record, including Lee Gelernt and Stephen B. Kang of The American Civil Liberties Union Foundation Immigrants' Rights Project.

June 29, 2022

Respectfully Submitted,

*/s/ Carmen Iguina Gonzalez*
Carmen Iguina Gonzalez (SBN 277369)

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
T: (202) 675-2322
F: (202) 737-0017
ciguina@aclu.org

*Attorney for Petitioner-Plaintiff Ms. L*

2

NOTICE OF WITHDRAWAL
Case No. 3:18-cv-00428-DMS-MDD

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |

2   I hereby certify that on June 29, 2022, I electronically filed the foregoing
3 with the Clerk of the Court using the CM/ECF system which will send notification
4 of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

6   <u>*/s/ Carmen Iguina Gonzalez*</u>
    Carmen Iguina Gonzalez

3

NOTICE OF WITHDRAWAL
Case No. 3:18-cv-00428-DMS-MDD