1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., | Case No.:  18cv0428 DMS (MDD) |
|       Petitioners-Plaintiffs, | |
| v. | **ORDER FOLLOWING STATUS CONFERENCE** |
| U.S Immigration and Customs Enforcement ("ICE"); et al., | |
|       Respondents-Defendants. | |

A status conference was held on June 3, 2022.  After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1.     A further status conference shall be held on **September 16, 2022**, at **11:30 a.m.**  The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

     a.     Dial the toll free number: **877-411-9748**;

     b.     Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

     c.     Enter the Participant Security Code **09160428** and Press # (The security code will be confirmed);

     d.     Once the Security Code is confirmed, participants will be prompted to Press

1          1 to join the conference or Press 2 to re-enter the Security Code.

2    Members of the general public may attend in person.  All persons dialing in to the

3    conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court

4    proceedings.

5    2.      The next Joint Status Report shall be filed on or before **3:00 p.m.** on **September 14,**

6    **2022**.

7    Dated:  August 2, 2022

8    _____

    Hon. Dana M. Sabraw, Chief Judge

9    United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2