Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
lgelernt@aclu.org
jrabinovitz@aclu.org
abalakrishnan@aclu.org
dgalindo@aclu.org

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
bvakili@aclu-sdic.org

*Admitted Pro Hac Vice

Attorneys for Petitioners-Plaintiffs
Additional counsel on next page

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>    *Petitioners-Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"); et. al.,<br><br>    *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: April 20, 2018<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL, BARDIS VAKILI**<br><br>CLASS ACTION<br><br>Courtroom: 13A<br>Judge: Hon. Dana Sabraw |

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please be advised that Bardis Vakili hereby withdraws as counsel for Plaintiffs in the above captioned matter. Plaintiffs remain represented by their other attorneys of record and no substitution of counsel will therefore be necessary. Please remove Bardis Vakili from the docket as counsel of record, as he will be no longer with ACLU Foundation of San Diego & Imperial Counties as of September 2, 2022.

Dated: August 29, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Bardis Vakili
　　　　　　　　　　　　　　　　　　　　Bardis Vakili
　　　　　　　　　　　　　　　　　　　　ACLU Foundation of San Diego &
　　　　　　　　　　　　　　　　　　　　Imperial Counties
　　　　　　　　　　　　　　　　　　　　P.O. Box 87131
　　　　　　　　　　　　　　　　　　　　San Diego, CA 92138-7131
　　　　　　　　　　　　　　　　　　　　Telephone: (619) 398-4485

　　　　　　　　　　　　　　　　　　　　*Counsel for Petitioners-Plaintiffs*