1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11

Ms. L.; et al.,

12

Petitioners-Plaintiffs,

13

v.

14

U.S Immigration and Customs
Enforcement ("ICE"); et al.,

15
16

Respondents-Defendants.

Case No.:  18cv0428 DMS (MDD)

**ORDER FOLLOWING STATUS
CONFERENCE**

17
18
19

A status conference was held on September 16, 2022.  After consulting with counsel
and being advised of the status of the case, IT IS HEREBY ORDERED:

20
21
22

1.      A further status conference shall be held on **October 27, 2022**, at **11:30 a.m.**  The
dial-in number for any counsel who wish to listen in only and members of the news media
is as follows.

23

    a.      Dial the toll free number: **877-411-9748**;

24
25

    b.      Enter the Access Code: **6246317** (Participants will be put on hold until the
Court activates the conference call);

26
27

    c.      Enter the Participant Security Code **10270428** and Press # (The security code
will be confirmed);

28

    d.      Once the Security Code is confirmed, participants will be prompted to Press

18cv0428 DMS (MDD)

1 to join the conference or Press 2 to re-enter the Security Code. Members of the general public may attend in person.  All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

2.     The next Joint Status Report shall be filed on or before **3:00 p.m.** on **October 25, 2022**.

Dated:  September 16, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court

18cv0428 DMS (MDD)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

18cv0428 DMS (MDD)