```
                    UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF CALIFORNIA


           BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING
    _____
                                       )
    MS. L., ET AL.,                    )
                                       )   CASE NO. 18CV0428-DMS
                 PETITIONERS-PLAINTIFFS,)
                                       )
    VS.                                )
                                       )
                                       )
                                       )
                                       )
    U.S. IMMIGRATION AND CUSTOMS       )   SAN DIEGO, CALIFORNIA
    ENFORCEMENT ("ICE"), ET AL.,       )FRIDAY SEPTEMBER 16, 2022
                                       )     11:50 A.M. CALENDAR
                 RESPONDENTS-DEFENDANTS.)
    ------------------------------------

                 REPORTER'S TRANSCRIPT OF PROCEEDINGS

                    TELEPHONIC STATUS CONFERENCE







    REPORTED BY:                  LEE ANN PENCE,
                                  OFFICIAL COURT REPORTER
                                  UNITED STATES COURTHOUSE
                                  333 WEST BROADWAY, ROOM 1393
                                  SAN DIEGO, CALIFORNIA 92101
```

```
FOR PLAINTIFF:              LEE GELERNT, ESQ.
                            STEPHAN KANG, ESQ.
                            DAVID GALINDO, ESQ.
                            ACLU IMMIGRANT RIGHTS PROJECT
                            125 BROAD STREET 18TH FLOOR
                            NEW YORK, NEW YORK 10004


FOR DEFENDANT:              SARAH B. FABIAN, ESQ.
                            CHRISTOPHER TENORIO, ESQ.
                            FIZZA BATOOL, ESQ.
                            U.S. DEPARTMENT OF JUSTICE
                            OFFICE OF IMMIGRATION LITIGATION
                            P.O. BOX 868
                            BEN FRANKLIN STATION
                            WASHINGTON, DC 20044



 ALSO APPEARING:            STEVEN HERZOG, ESQ.
                            ERIN DRENNING, ESQ.
                            SIRINE SHEBAYA, ESQ.
```

```
 1    SAN DIEGO, CALIFORNIA – FRIDAY, SEPTEMBER 16, 2022 11:50 A.M.
 2                              *  *  *
 3             THE CLERK:  CALLING MATTER NO. 22, 18CV0428, MS. L.
 4    VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.
 5             THE COURT:  OKAY.  GOOD MORNING, COUNSEL.
 6             I HAVE INDICATIONS FOR APPEARANCES THE FOLLOWING:
 7    FOR MS. L. LEE GELERNT, STEPHEN KANG, AND DAVID GALINDO; FOR
 8    THE GOVERNMENT, SARAH FABIAN AND CHRIS TENORIO; FOR DORA
 9    PLAINTIFFS SIRINE SHEBAYA; AND STEVEN HERZOG FOR THE STEERING
10    COMMITTEE.  I ALSO SHOW ERIN DRENNING AND FIZZA BATOOL.
11             SO THANK YOU FOR JOINING, AND THANK YOU FOR WAITING.
12    I WAS A LITTLE DELAYED WITH THE MORNING CALENDAR, SO I
13    APPRECIATE COUNSEL HOLDING THE LINE.
14             I READ THE JOINT STATUS REPORT, AND IT APPEARS
15    EVERYTHING IS IN ORDER WITH ALL MATTERS.  IT ALSO APPEARS THAT
16    WE CONTINUE TO MAKE GOOD INCREMENTAL PROGRESS THROUGH THE
17    EFFORTS OF THE STEERING COMMITTEE AND ALL.  THAT THERE IS AN
18    INCREASE IN THE LOCATION AND CONTACTING OF 17 CHILDREN'S
19    PARENTS SINCE THE LAST REPORT.  SO THAT'S VERY POSITIVE.
20             PERHAPS I CAN TURN TO MR. GELERNT.
21             EVERYTHING SEEMS TO BE MOVING IN THE RIGHT
22    DIRECTION.  ANYTHING TO ADD TO THE STATUS REPORT IN THAT
23    REGARD?
24             MR. GELERNT:  NO, YOUR HONOR.  I THINK YOU ARE
25    ABSOLUTELY RIGHT, THINGS ARE MOVING ALONG AT AN INCREMENTAL
```

```
 1  PACE BUT A STEADY PACE.  THANK YOU.
 2          THE COURT:  MR. HERZOG, I KNOW YOU ARE NOT
 3  CLAIRVOYANT BUT YOU HAVE BEEN DOING YEOMAN'S WORK.  THIS TREND
 4  IS GOING TO CONTINUE, WE ARE MAKING PROGRESS, IT SEEMS, EVERY
 5  REPORT.  DO YOU AGREE?
 6          MR. HERZOG:  I DO.  WE HAVE BEEN MAKING PROGRESS.  I
 7  AM NOT CLAIRVOYANT, BUT I HAVE NO REASON TO THINK THAT THINGS
 8  WILL CHANGE.  I THINK WE WILL CONTINUE TO MAKE PROGRESS.  IT
 9  MAY NOT BE THE EXACT SAME NUMBERS EACH MONTH OR EACH STATUS
10  REPORT, BUT WE ARE MAKING STEADY PROGRESS.
11          THE COURT:  YES.  AND THE NUMBER THAT KEEPS
12  DWINDLING DOWN, WHICH IS GOOD, NOW DOWN TO 104 FOR PARENTS
13  BELIEVED TO HAVE BEEN REMOVED FROM THE UNITED STATES.  SO
14  THESE ARE ALL FAVORABLE TRENDS INSOFAR AS LOCATING THESE
15  PARENTS, BOTH OUT OF COUNTRY AND IN COUNTRY.  SO, OF COURSE,
16  THOSE EFFORTS ARE IMPORTANT AND GREATLY APPRECIATED.
17          MR. GELERNT, ON THE SETTLEMENT DISCUSSIONS, THOSE
18  ARE PROGRESSING AND THE PARTIES CONTINUE TO ADDRESS ALL OF
19  THESE ISSUES, INCLUDING INTERAGENCY COMMUNICATION AND THOSE
20  IMPORTANT MATTERS THAT WE HAVE BEEN DISCUSSING ALL ALONG?
21          MR. GELERNT:  YES, YOUR HONOR.  AND I THINK WE
22  ARE -- I THINK BOTH SIDES ARE HOPING TO REALLY MOVE IT FORWARD
23  OVER THE NEXT FEW WEEKS, MONTHS, IN THE HOPE AT SOME POINT
24  THIS FALL TO PRESENT SOMETHING TO YOU.  BUT THINGS ARE MOVING
25  CONSTRUCTIVELY AHEAD.
```

1             **THE COURT:**  OKAY.  THANK YOU.
2             AND FOR THE GOVERNMENT, MR. TENORIO, MS. FABIAN,
3    ANYTHING?
4             **MR. TENORIO:**   CERTAINLY NOTHING CONTRARY, YOUR
5    HONOR.  WE AGREE WITH WHAT OUR COLLEAGUES HAVE REPORTED AND
6    HOPEFULLY IT WILL CONTINUE AT THE SAME PACE.
7             **THE COURT:**  ALL RIGHT.
8             AND, MS. SHEBAYA, ANYTHING?
9             LOOKS LIKE EVERYTHING ELSE IS IN ORDER ON THE OTHER
10   MATTERS.
11            **MS. SHEBAYA:**  THAT'S RIGHT, YOUR HONOR.  NOTHING
12   FURTHER FOR THE DORA PLAINTIFFS.
13            **THE COURT:**  VERY GOOD.  THANK YOU.
14            I WOULD PROPOSE JUST SETTING ANOTHER STATUS
15   CONFERENCE AND HOPE THAT WE HAVE CONTINUED GOOD PROGRESS THEN
16   AS NOW.  AND I WOULD PROPOSE OCTOBER 28 AT 11:30.
17            IS THAT A GOOD DATE, BERNADETTE?
18            **MR. GELERNT:**  THIS IS MR. GELERNT.  THAT IS FINE FOR
19   MS. L.
20            **THE COURT:**  LET ME INQUIRE.  THAT MIGHT NOT BE A
21   GOOD DATE.
22                **(DISCUSSION OFF THE RECORD BETWEEN THE COURT**
23                **AND DEPUTY CLERK)**
24            **THE COURT:**  HOW ABOUT THURSDAY, OCTOBER 27, AT
25   11:30.  SO THAT'S A THURSDAY.  AND I THINK I WILL BE OUT OF

```
 1    THE DISTRICT ON FRIDAY.
 2              MR. TENORIO:  FINE WITH THE GOVERNMENT, YOUR HONOR.
 3              THE COURT:  WITH THE JOINT STATUS REPORT FILED BY
 4    OCTOBER -- LET'S MOVE IT TO TUESDAY, OCTOBER 25, BY 3:00 P.M.
 5              ANY OBJECTION?
 6              MR. GELERNT:  NONE FROM MS. L., YOUR HONOR.
 7              MS. FABIAN:  NONE FROM THE GOVERNMENT, YOUR HONOR.
 8              THE COURT:  THANK YOU.  THEN, HEARING THAT, I WILL
 9    LOOK FORWARD TO SPEAKING WITH COUNSEL ON THURSDAY, OCTOBER 27,
10    AT 11:30.
11              TANK YOU, AND HAVE A GOOD WEEKEND.
12              MR. GELERNT:  THANK YOU, YOUR HONOR.
13              THE COURT:  YOU ARE WELCOME.
14              MR. TENORIO:  THANK YOU, YOUR HONOR.
15
16                              *   *   *
17         I CERTIFY THAT THE FOREGOING IS A CORRECT
           TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
18         IN THE ABOVE-ENTITLED MATTER.
19         S/LEEANN PENCE                        9/23/2022
           LEEANN PENCE, OFFICIAL COURT REPORTER   DATE
20
21
22
23
24
25
```