```
                    UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF CALIFORNIA


         BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING
   _____
                                            )
   MS. L., ET AL.,                          )
                                            )   CASE NO. 18CV0428-DMS
                  PETITIONERS-PLAINTIFFS,   )
                                            )
   VS.                                      )
                                            )
                                            )
                                            )
                                            )
   U.S. IMMIGRATION AND CUSTOMS             )   SAN DIEGO, CALIFORNIA
   ENFORCEMENT ("ICE"), ET AL.,             )   FRIDAY OCTOBER 27, 2022
                                            )      11:30 A.M. CALENDAR
                   RESPONDENTS-DEFENDANTS.  )
   -----------------------------------------

                 REPORTER'S TRANSCRIPT OF PROCEEDINGS

                    TELEPHONIC STATUS CONFERENCE




   REPORTED BY:                     LEE ANN PENCE,
                                    OFFICIAL COURT REPORTER
                                    UNITED STATES COURTHOUSE
                                    333 WEST BROADWAY, ROOM 1393
                                    SAN DIEGO, CALIFORNIA 92101
```

```
FOR PLAINTIFF:          LEE GELERNT, ESQ.
                        STEPHAN KANG, ESQ.
                        ACLU IMMIGRANT RIGHTS PROJECT
                        125 BROAD STREET 18TH FLOOR
                        NEW YORK, NEW YORK 10004


FOR DEFENDANT:          SARAH B. FABIAN, ESQ.
                        CHRISTOPHER TENORIO, ESQ.
                        FIZZA BATOOL, ESQ.
                        U.S. DEPARTMENT OF JUSTICE
                        OFFICE OF IMMIGRATION LITIGATION
                        P.O. BOX 868
                        BEN FRANKLIN STATION
                        WASHINGTON, DC 20044

 ALSO APPEARING:        STEVEN HERZOG, ESQ.
                        ERIN DRENNING, ESQ.
                        CATHERINE SEISS, ESQ.
                        WILSON BARMEYER, ESQ.
```

```
 1   SAN DIEGO, CALIFORNIA – FRIDAY, OCTOBER 27, 2022 – 11:35 A.M.
 2                             *  *  *
 3            THE CLERK:  CALLING MATTER NO. 16 ON THE CALENDAR,
 4   18CV0428, MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS
 5   ENFORCEMENT, ET AL.
 6            THE COURT:  GOOD MORNING, COUNSEL.
 7            I SHOW APPEARING TODAY FOR MS. L., MR. GELERNT; FOR
 8   THE GOVERNMENT, SARAH FABIAN AND CHRIS TENORIO; FOR THE
 9   STEERING COMMITTEE, MR. HERZOG, STEVEN HERZOG; FOR OBJECTORS
10   CATHERINE WEISS, FIZZA BATOOL.  I ALSO HAVE APPEARANCES NOTED
11   FOR STEPHEN KANG, AARON DRENNING, AND WILSON BARMEYER.
12            HAVE I MISSED ANYONE?
13            OKAY.  HEARING NOTHING, I WOULD INDICATE THAT I READ
14   THE JOINT STATUS REPORT.  I APPRECIATE IT VERY MUCH.
15            PERHAPS I -- IT IS A VERY PITHY REPORT, GETS RIGHT
16   TO THE ISSUES.  IT SEEMS THAT EVERYTHING IS IN ORDER.
17            IT ALSO APPEARS THAT THE STEERING COMMITTEE, THROUGH
18   MR. HERZOG AND EVERYONE'S EFFORT, IS MAKING GOOD PROGRESS.
19   17 ADDITIONAL CHILDREN'S PARENTS HAVE BEEN LOCATED SINCE THE
20   LAST STATUS REPORT.
21            I WENT THROUGH THE LAST FIVE STATUS REPORTS AS WELL,
22   AND ON THE PRIOR TWO STATUS REPORTS THE STEERING COMMITTEE
23   ALSO CAME UP WITH 17 CHILDREN'S PARENTS EACH TIME.  AND
24   SIMILARLY, GOING BACK TO THE JULY STATUS REPORT, THERE WERE 15
25   OR 16 PARENTS LOCATED.  SAME FOR THE JUNE STATUS REPORT.  IN
```

```
 1   APRIL I BELIEVE THERE WERE 20 OR 21 PARENTS FOUND.
 2             SO THIS APPEARS TO BE A VERY CONSISTENT, POSITIVE
 3   DEVELOPMENT OF EVERY FOUR TO SIX WEEKS THE STEERING COMMITTEE
 4   LOCATING 15 TO 20 OR SO PARENTS EACH TIME.
 5             DO I HAVE THAT RIGHT, MR. HERZOG?
 6             MR. HERZOG:  WELL, I HAVEN'T BEEN AS --
 7             GOOD AFTERNOON, YOUR HONOR.
 8             I HAVEN'T BEEN AS DILIGENT AS YOU AND GONE BACK
 9   THROUGH THE SEVERAL PRIOR STATUS REPORTS, BUT THAT SOUNDS
10   RIGHT TO ME.  AND I THINK WE HAVE BEEN MAKING CONSISTENT
11   PROGRESS.
12             THE COURT:  IT HAS BEEN VERY CONSISTENT, SO IT JUST
13   STANDS TO REASON THAT WE OUGHT TO CONTINUE DOING WHAT WE ARE
14   DOING, SETTING THESE THE STATUS CONFERENCES ABOUT EVERY SIX
15   WEEKS.  AND WE WILL KEEP WINNOWING DOWN THE NUMBER OF
16   CHILDREN'S PARENTS TO BE LOCATED.
17             MR. HERZOG:  I MEAN, THAT SOUNDS FINE TO ME.  I
18   DON'T KNOW THAT IT WILL ALWAYS BE AS CONSISTENT, BUT WE WILL
19   KEEP TRYING.  AS WE GET TO A SMALLER NUMBER I THINK IT IS
20   BECOMING MORE DIFFICULT TO FIND SOME OF THESE PARENTS, BUT WE
21   ARE MAKING PROGRESS, AS YOU SAY, EVERY PERIOD.  SO, SO FAR SO
22   GOOD.
23             THE COURT:  ALL RIGHT.  WELL, IN LIGHT OF THAT, MR.
24   GELERNT, ANYTHING WE NEED TO DISCUSS, OR FROM ANY COUNSELS'
25   PERSPECTIVE ANY ISSUES WE NEED TO ADDRESS AT THIS TIME IN THIS
```

|     |                                                                       |
| --- | --------------------------------------------------------------------- |
| 1   | SETTING?                                                              |
| 2   | **MR. GELERNT:**  NO, YOUR HONOR.  I THINK YOU HAVE IT                |
| 3   | RIGHT THAT WE ARE MAKING GOOD PROGRESS, CONSISTENT PROGRESS.          |
| 4   | AND WE WILL KEEP AT IT, AND HOPEFULLY FIND EVEN MORE IN THE           |
| 5   | NEXT PERIOD.                                                          |
| 6   | AND IN TERMS OF THE OVERALL SETTLEMENT DISCUSSIONS,                   |
| 7   | THOSE ARE GOING WELL.  WE ARE MAKING VERY GOOD PROGRESS THERE         |
| 8   | AS WELL.  SO NOTHING ELSE TO REPORT.                                  |
| 9   | **THE COURT:**  ALL RIGHT.                                            |
| 10  | I DO NOTE, IN THIS STATUS REPORT THERE IS AN                          |
| 11  | INDICATION OF 2,844 PEOPLE HAVING BEEN PAROLED AS OF OCTOBER          |
| 12  | 21, 2022.  SO THAT IS QUITE A NUMBER, AND A LOT OF PROGRESS           |
| 13  | BEING MADE ON BEHALF OF THIS GROUP AND THE FAMILY                     |
| 14  | REUNIFICATION TASK FORCE.                                             |
| 15  | **MR. GELERNT:**  YES, YOUR HONOR.  ABSOLUTELY.                       |
| 16  | **THE COURT:**  VERY GOOD.                                            |
| 17  | MS. FABIAN OR MR. TENORIO, ANYTHING FROM THE                          |
| 18  | GOVERNMENT?                                                           |
| 19  | **MR. TENORIO:**  NOT FROM ME, NO.  THANK YOU, YOUR                   |
| 20  | HONOR.                                                                |
| 21  | **MS. FABIAN:**  NOTHING FROM ME, YOUR HONOR.  THANK                  |
| 22  | YOU.                                                                  |
| 23  | **THE COURT:**  THANK YOU.                                            |
| 24  | WHY DON'T WE THEN SCHEDULE OUR NEXT STATUS MEETING                    |
| 25  | FOR DECEMBER 9 AT 11:30, WITH THE JOINT STATUS REPORT BY CLOSE        |

```
 1  OF BUSINESS DECEMBER 7.
 2            IS THAT CONVENIENT FOR ALL?
 3            MR. HERZOG:  THAT WORKS FOR THE PLAINTIFFS, YOUR
 4  HONOR.
 5            THE COURT:  ALL RIGHT.
 6            HEARING NO OTHER OBJECTIONS, WE WILL GO AHEAD AND
 7  SET THOSE DATES.  I WILL LOOK FORWARD TO MEETING WITH COUNSEL
 8  AGAIN ON DECEMBER 9 AT 11:30, TELEPHONICALLY.
 9            THANK YOU.
10            MR. GELERNT:  THANK YOU, YOUR HONOR.
11            MS. FABIAN:  THANK YOU, YOUR HONOR.
12
13                          *   *   *
14            I CERTIFY THAT THE FOREGOING IS A CORRECT
              TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
15            IN THE ABOVE-ENTITLED MATTER.
16            S/LEEANN PENCE                        10/31/2022
              LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
17
18
19
20
21
22
23
24
25
```