```
                   UNITED STATES DISTRICT COURT

                 SOUTHERN DISTRICT OF CALIFORNIA


           BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING
    _____
                                       )
    MS. L., ET AL.,                    )
                                       )   CASE NO. 18CV0428-DMS
                PETITIONERS-PLAINTIFFS,)
                                       )
    VS.                                )
                                       )
                                       )
                                       )
                                       )
    U.S. IMMIGRATION AND CUSTOMS       )   SAN DIEGO, CALIFORNIA
    ENFORCEMENT ("ICE"), ET AL.,       )   FRIDAY DECEMBER 9, 2022
                                       )      11:30 A.M. CALENDAR
                RESPONDENTS-DEFENDANTS.)
    -----------------------------------

                  REPORTER'S TRANSCRIPT OF PROCEEDINGS

                     TELEPHONIC STATUS CONFERENCE




    REPORTED BY:              LEE ANN PENCE,
                              OFFICIAL COURT REPORTER
                              UNITED STATES COURTHOUSE
                              333 WEST BROADWAY, ROOM 1393
                              SAN DIEGO, CALIFORNIA 92101
```

```
FOR PLAINTIFF:          LEE GELERNT, ESQ.
                        STEPHAN KANG, ESQ.
                        ACLU IMMIGRANT RIGHTS PROJECT
                        125 BROAD STREET 18TH FLOOR
                        NEW YORK, NEW YORK 10004


FOR DEFENDANTS:         CHRISTOPHER TENORIO, ESQ.
                        U.S. DEPARTMENT OF JUSTICE
                        OFFICE OF IMMIGRATION LITIGATION
                        P.O. BOX 868
                        BEN FRANKLIN STATION
                        WASHINGTON, DC 20044

 ALSO APPEARING:        STEVEN HERZOG, ESQ.
                        ERIN DRENNING, ESQ.
                        CATHERINE SEISS, ESQ.
                        WILSON BARMEYER, ESQ.
```

```
 1    SAN DIEGO, CALIFORNIA – FRIDAY, DECEMBER 9, 2022 – 11:30 A.M.
 2                                 *   *   *
 3             THE CLERK:  CALLING MATTER NO. 10 ON THE CALENDAR,
 4    18CV0428, MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS
 5    ENFORCEMENT, ET AL.
 6             THE COURT:  GOOD MORNING, COUNSEL.
 7             WE WEREN'T ABLE TO TAKE INVENTORY OF WHO IS ON THE
 8    LINE, SO LET'S DO THIS IN THE TRADITIONAL FORMAT.
 9             MAY I HAVE COUNSEL STATE THEIR APPEARANCES, STARTING
10    WITH PLAINTIFFS' COUNSEL, IN THE MS. L. CASE.
11             MR. GELERNT:  GOOD MORNING, YOUR HONOR.  THIS IS LEE
12    GELERNT FOR THE PLAINTIFFS.
13             THE COURT:  GOOD MORNING.
14             MR. KANG:  GOOD MORNING, YOUR HONOR.  THIS IS
15    STEPHEN KANG FOR THE PLAINTIFFS.
16             THE COURT:  THANK YOU.
17             MR. BARMEYER:  GOOD MORNING, YOUR HONOR.  WILSON
18    BARMEYER FOR THE DORA PLAINTIFFS.
19             THE COURT:  VERY GOOD.  THANK YOU.
20             AND WE HAVE MR. HERZOG ON THE LINE FOR THE STEERING
21    COMMITTEE?
22             MR. HERZOG:  YES.  STEVEN HERZOG FOR THE PLAINTIFFS'
23    STEERING COMMITTEE.
24             THE COURT:  ALL RIGHT.
25             AND FOR THE GOVERNMENT?
```

1            **MR. TENORIO:**  HELLO, YOUR HONOR.  CHRIS TENORIO FOR
2  THE DEFENSE.  AND I BELIEVE I AM THE ONLY ONE ON THE LINE FOR
3  THE DEFENDANTS TODAY.
4            **THE COURT:**  OKAY.  VERY GOOD.
5            IS THAT EVERYONE?
6            **MS. DRENNING:**  YOUR HONOR, THIS IS ERIN DRENNING ON
7  BEHALF OF THE MMM CLASS.
8            **THE COURT:**  OKAY.  THANK YOU.
9            **MS. WEISS:**  AND, YOUR HONOR, THIS IS CATHERINE WEISS
10  ON BEHALF OF THE OBJECTORS.
11            **THE COURT:**  ALL RIGHT.  VERY GOOD.  THANK YOU.
12            I READ THE JOINT STATUS REPORT, IT WAS BRIEF.  AND
13  IT APPEARS WE CONTINUE TO MAKE PROGRESS FROM THE LAST STATUS
14  CONFERENCE, SIX WEEKS AGO, TO THIS ONE.
15            THE PLAINTIFFS AND STEERING COMMITTEE HAVE LOCATED
16  14 ADDITIONAL PARENTS OF THE CHILDREN, SO CONTINUE TO MAKE
17  RELATIVELY GOOD PROGRESS.
18            MR. HERZOG OR MR. GELERNT, ANYTHING TO ADD HERE?
19            **MR. GELERNT:**  THIS IS MR. GELERNT.
20            NOTHING FROM ME, YOUR HONOR.  I THINK YOU ARE RIGHT,
21  THAT WE ARE CONTINUING TO MAKE STEADY PROGRESS.
22            **MR. HERZOG:**  THIS IS MR. HERZOG.
23            AND I AGREE.  I DON'T THINK THERE IS ANYTHING NEW OR
24  DIFFERENT TO ADD.  I THINK WE CONTINUE TO DO WHAT WE HAVE BEEN
25  DOING.

```
 1              THE COURT:  ALL RIGHT.
 2              AS TO THE MMM, DORA PLAINTIFFS, EVERYTHING APPEARS
 3   TO BE ON COURSE.
 4              I THINK, GIVEN THE RELATIVELY GOOD PROGRESS THAT'S
 5   CONTINUING TO BE MADE, WE OUGHT TO JUST SET THIS OUT ANOTHER
 6   SIX WEEKS.
 7              IS THERE ANYTHING THAT COUNSEL WOULD LIKE TO
 8   DISCUSS, OTHER THAN JUST SETTING A FUTURE DATE?
 9              MR. TENORIO:  NOT FROM THE DEFENDANTS, YOUR HONOR.
10   THANK YOU.
11              MR. GELERNT:  NOTHING FROM PLAINTIFFS, YOUR HONOR.
12              THE COURT:  OKAY.
13              SO THEN WHAT I WOULD PROPOSE IS THAT WE SET THIS
14   OUT, WE RECONVENE AGAIN ON JANUARY 20, 2023, AT 11:30.  WITH A
15   JOINT STATUS REPORT ON JANUARY 18TH BY CLOSE OF BUSINESS.
16              ANY OBJECTION?
17              MR. GELERNT:  NONE FROM PLAINTIFFS, YOUR HONOR.
18              MR. KANG:  NOT FROM DEFENDANTS, YOUR HONOR.
19              THE COURT:  THIS WAS SHORT AND SWEET.
20              AGAIN, THANK YOU FOR THE STATUS REPORT, FOR THE
21   CONTINUED EFFORTS.  OF COURSE, ALL VERY IMPORTANT.  I KNOW WE
22   ARE ON THE HOLIDAYS HERE, BUT I HOPE WE CAN CONTINUE TO MAKE
23   GOOD PROGRESS BETWEEN NOW AND JANUARY 20.
24              WITH THAT, I WISH YOU ALL HAPPY HOLIDAYS AND NEW
25   YEAR, AND I WILL LOOK FORWARD TO SPEAKING WITH EVERYONE ON THE
```

```
 1    20TH AT 11:30.
 2              THANK YOU.
 3              MR. GELERNT:  THANK YOU, YOUR HONOR.  YOU TOO.
 4              MR. KANG:  AND YOU, YOUR HONOR.  THANK YOU.
 5
 6                            *   *   *
 7         I CERTIFY THAT THE FOREGOING IS A CORRECT
           TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
 8         IN THE ABOVE-ENTITLED MATTER.
 9         S/LEEANN PENCE                         12/12/2022
           LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```