BRIAN BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4824
Fax: (202) 616-8962

RANDY S. GROSSMAN
Acting United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel A. Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*
*dgalindo@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., <br><br> Petitioners-Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Respondents-Defendants. | Case No. 18cv428 DMS MDD <br><br> **JOINT STATUS REPORT** |

On December 9, 2022, the Court ordered the parties to file a Joint Status Report (JSR) by January 18, 2023, in anticipation of the status conference scheduled for 11:30 am on January 20, 2023. ECF No. 666. In accordance with this order of the Court, the parties provide the below JSR.

I.    **DEFENDANTS' POSITIONS**[1]

**A. The President's February 2, 2021 "Executive Order on the Establishment of Interagency Task Force on the Reunification of Families"**

The parties entered into settlement negotiations which remain ongoing. While settlement talks are ongoing, the Family Reunification Task Force (FRTF) continues its work to reunify families. Since the creation of the FRTF, a total of 598 separated children have been reunified with parents in the U.S and approximately 3,449 people[2] have been paroled. The FRTF continues to focus on establishing contact with all families and working to increase the rate of reunifications.

With regard to ongoing settlement talks, the next formal Settlement Conference with Magistrate Judge Dembin is scheduled for February 13, 2023. Issues previously reported by Defendants in joint status reports are now being addressed by the parties as part of the ongoing settlement negotiations.

---

[1] Since the December 7, 2022 Joint Status Report, Defendants report that one additional parent and one additional child were interviewed pursuant to the 2018 Settlement Agreement, for a total of 105 parents and 89 children. No additional decisions were issued. In light of the fact that this is the only new update regarding implementation of the *M.M.M.* settlement agreement, Defendants are omitting the section of the report regarding such implementation. Should there be additional developments going forward Defendants will provide further updates at that time.

[2] The number of individuals paroled include additional household members as well as separated parents or separated children who were already in the U.S. and received parole in place.

II. *MS. L.* PLAINTIFFS' POSITIONS

A. **Steering Committee Outreach to Sponsors and Parents of Children**

The Steering Committee's recent efforts have focused on finding the parents of 1,198 children.[3] For 1,091 out of the 1,198, the Steering Committee has reached the parents (or their attorneys), or otherwise resolved the cases. This is an increase of 13 children's parents since our last status report. We continue to try to reach the parents of the remaining 107 children. Most children's parents in this group of 107 —77—are believed to have been removed from the United States following separation from their children; 30 children's parents are believed to be in the United States. For one of the children whose parent is believed to have been removed from the United States, the government has not provided a phone number for the parent, child, sponsor or attorney.

*Steering Committee Efforts to Locate Parents*

Previous JSRs have reported at length the Steering Committee's efforts to find parents. Those efforts have continued, including with the use of additional contact information for certain families received from Defendants in October 2022. Additionally, in January 2023, the Steering Committee completed an additional mailing to families using this new contact information.

---

[3] Past JSRs have explained at greater length that this group included expanded class members and some original class members. Because some of the parents of these children entered with more than one child, there are 1,082 parents in this combined group.

III. *MMM-Dora* **Plaintiffs' Report Regarding Settlement Implementation**

The parties continue to work together to implement the Settlement Agreement approved on November 15, 2018. The parties will meet and confer if any issues related to settlement implementation arise.

DATED: January 18, 2023                    Respectfully submitted,

/s/ Lee Gelernt
Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel A. Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*
*dgalindo@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO
& IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street

San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4824
(202) 616-8962 (facsimile)
Sarah.B.Fabian@usdoj.gov

*Attorneys for Respondents-Defendants*