# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>          Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>          Respondents-Defendants. | Case No.: 18cv0428 DMS (MDD)<br><br>**ORDER RE: DIAL IN INFORMATION FOR STATUS CONFERENCE** |

For the January 20, 2023 status conference, the dial-in number for any counsel who wish to listen in only and members of the news media has changed, and is as follows.

    a.    Dial the toll free number: **571-353-2301**;

    b.    Enter the Access Code: **151416184**.

As always, members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

Dated: January 19, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court