```
                     UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

          BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING
   _____
                                            )
   MS. L., ET AL.,                          )
                                            )   CASE NO. 18CV0428-DMS
                 PETITIONERS-PLAINTIFFS,    )
                                            )
   VS.                                      )
                                            )
                                            )
                                            )
                                            )
   U.S. IMMIGRATION AND CUSTOMS             )   SAN DIEGO, CALIFORNIA
   ENFORCEMENT ("ICE"), ET AL.,             )   FRIDAY MARCH 3, 2023
                                            )    11:30 A.M. CALENDAR
                 RESPONDENTS-DEFENDANTS.    )
   ------------------------------------------

                   REPORTER'S TRANSCRIPT OF PROCEEDINGS

                      TELEPHONIC STATUS CONFERENCE




   REPORTED BY:                       LEE ANN PENCE,
                                      OFFICIAL COURT REPORTER
                                      UNITED STATES COURTHOUSE
                                      333 WEST BROADWAY, ROOM 1393
                                      SAN DIEGO, CALIFORNIA 92101
```

```
COUNSEL SPEAKING:


FOR PLAINTIFF:              LEE GELERNT, ESQ.
                            ACLU IMMIGRANT RIGHTS PROJECT
                            125 BROAD STREET 18TH FLOOR
                            NEW YORK, NEW YORK 10004


FOR DEFENDANT:              SARAH B. FABIAN, ESQ.
                            U.S. DEPARTMENT OF JUSTICE
                            OFFICE OF IMMIGRATION LITIGATION
                            P.O. BOX 868
                            BEN FRANKLIN STATION
                            WASHINGTON, DC 20044

 ALSO APPEARING:            STEVEN HERZOG, ESQ.
```

```
 1
 2        SAN DIEGO, CALIFORNIA – FRIDAY, MARCH 3, 2023 – 11:30 A.M.
 3                              *  *  *
 4           THE CLERK:  CALLING MATTER NO. 12 ON THE CALENDAR,
 5   18CV0428, MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS
 6   ENFORCEMENT, ET AL.
 7           THE COURT:  GOOD MORNING, AND GOOD AFTERNOON TO SOME
 8   OF YOU.
 9           WE HAVE TAKEN ROLE SO YOUR APPEARANCES ARE NOTED ON
10   THE RECORD.
11           I HAVE READ THE JOINT STATUS REPORT.  I WILL START
12   WITH MR. GELERNT.
13           THE SETTLEMENT DISCUSSIONS APPEAR TO BE GOING WELL,
14   YOU ARE MAKING PROGRESS.
15           MR. GELERNT:  YES, YOUR HONOR.
16           I AM HAVING A LITTLE BIT OF TROUBLE HEARING THE
17   COURT.  I APOLOGIZE.  BUT I THINK YOU ASKED ABOUT PROGRESS.
18           THE COURT:  YES, ON THE SETTLEMENT END.
19           MR. GELERNT:  RIGHT.  ON THE SETTLEMENT END WE ARE
20   DEFINITELY MAKING PROGRESS, AND I THINK MOVING VERY RAPIDLY AT
21   THIS POINT.  AND WE ACTUALLY HAVE ANOTHER CALL RIGHT AFTER
22   THIS STATUS HEARING, SO EVERYTHING IS MOVING VERY QUICKLY NOW.
23           THE COURT:  RIGHT.  THAT IS GOOD TO HEAR.
24           THEN ON THE PROGRESS OVER THE LAST SIX WEEKS, THERE
25   ARE 101 CHILDREN REMAINING.  IT APPEARS SINCE THE LAST STATUS
```

```
 1   SIX ADDITIONAL CHILDREN WERE REUNITED OR THEIR PARENTS WERE
 2   FOUND, AND SO THAT'S GOOD PROGRESS.
 3           MR. HERZOG, HOW IS THIS LOOKING GOING FORWARD?
 4   FORTUNATELY, THE NUMBER OF REMAINING CHILDREN THAT YOU ARE
 5   TRYING TO REACH THE PARENTS OF THOSE CHILDREN IS DIMINISHING,
 6   WHICH IS GOOD NEWS.  HOW IS IT LOOKING GOING FORWARD?
 7           **MR. HERZOG:**  YES.  THANK YOU, YOUR HONOR.
 8           I THINK WE ARE CONTINUING TO MAKE PROGRESS.  I KNOW
 9   THE NUMBER OF THIS REPORTING PERIOD IS A LITTLE SMALLER THAN
10   THE LAST ONE.  WE ARE HOPEFUL THAT IT IS NOT A TREND AND THAT
11   WE KEEP FINDING MORE, WE WILL KEEP DOING WHAT WE ARE DOING.
12           AND I DO THINK, YOU KNOW, IT MAY BECOME MORE
13   DIFFICULT AS THE NUMBER GETS SMALLER, BUT I DON'T THINK WE ARE
14   QUITE THERE.  I THINK WE ARE MAKING PROGRESS, AND WILL
15   CONTINUE TO.
16           **THE COURT:**  YES.  THAT'S WONDERFUL.  WELL, OF COURSE
17   THAT'S THE MOST IMPORTANT WORK THAT WE ARE DOING PRESENTLY, SO
18   THAT'S ALWAYS APPRECIATED.
19           IT APPEARS EVERYTHING ELSE IS IN ORDER ON ALL OF THE
20   OTHER MATTERS, AND SO I WAS CONTENT SIMPLY TO SET THIS OUT
21   ANOTHER SIX WEEKS.
22           ARE THERE ANY OTHER MATTERS THAT WE OUGHT TO DISCUSS
23   AT THIS TIME?
24           **MR. GELERNT:**  NONE FROM PLAINTIFFS, YOUR HONOR.
25           **THE COURT:**  MS. FABIAN, ALL IS WELL ON YOUR END?
```

1          **MS. FABIAN:** YES, YOUR HONOR.  NOTHING ELSE FROM THE
2    GOVERNMENT.
3          **THE COURT:** OKAY.  VERY GOOD.
4          I WILL PROPOSE, THEN, APRIL 14 AT 11:30 FOR OUR NEXT
5    STATUS.  WITH A JOINT STATUS REPORT BY CLOSE OF BUSINESS APRIL
6    12, WEDNESDAY.
7          WITH THAT, I THANK YOU, COUNSEL.  THANK YOU FOR THE
8    JOINT STATUS REPORT.
9          AND THANK YOU, MR. HERZOG, FOR THE GOOD WORK THAT
10   YOU ARE DOING.
11         SO I WILL LOOK FORWARD TO THE NEXT VISIT ON APRIL
12   14.
13         THANK YOU.  HAVE A GOOD WEEKEND.
14         **MR. GELERNT:** THANK YOU, YOUR HONOR.
15         **MR. HERZOG:** THANK YOU.
16
17                              *   *   *
18   I CERTIFY THAT THE FOREGOING IS A CORRECT
     TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
19   IN THE ABOVE-ENTITLED MATTER.
20   S/LEEANN PENCE                          3/6/2023
     LEEANN PENCE, OFFICIAL COURT REPORTER   DATE