BRIAN BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4824
Fax: (202) 616-8962

RANDY S. GROSSMAN
Acting United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California Bar No. 94918
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125
619-546-7751 (fax)

*Attorneys for Federal Respondents-Defendants*

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel A. Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*
*dgalindo@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>Petitioners-Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>**JOINT STATUS REPORT** |

On March 14, 2023, the Court ordered the parties to file a Joint Status Report (JSR) by April 12, 2023, in anticipation of the status conference scheduled for 11:30 am on April 14, 2023. ECF No. 677. In accordance with this order of the Court, the parties provide the below JSR.

## I. DEFENDANTS' POSITIONS[1]

### A. The President's February 2, 2021 "Executive Order on the Establishment of Interagency Task Force on the Reunification of Families"

The parties entered into settlement negotiations which remain ongoing. While settlement talks are ongoing, the Family Reunification Task Force (FRTF) continues its work to reunify families. Since the creation of the FRTF, a total of 669 separated children have been reunified with parents in the U.S and approximately 3,973 people[2] have been paroled. The FRTF continues to focus on establishing contact with all families and working to increase the rate of reunifications.

With regard to ongoing settlement talks, the next formal Settlement Conference with Magistrate Judge Dembin is scheduled for April 12, 2023. Issues previously reported by Defendants in joint status reports are now being addressed by the parties as part of the ongoing settlement negotiations.

---

[1] Defendants report that there have been no new interviews or decisions implementing the *Ms. L/M.M.M.* settlement agreement during the reporting period.

[2] The number of individuals paroled include additional household members as well as separated parents or separated children who were already in the U.S. and received parole in place.

## II. *MS. L.* PLAINTIFFS' POSITIONS

### A. Steering Committee Outreach to Sponsors and Parents of Children

The Steering Committee's recent efforts have focused on finding the parents of 1,198 children.[3] For 1,103 out of the 1,198, the Steering Committee has reached the parents (or their attorneys), or otherwise resolved the cases. This is an increase of six children's parents since our last status report. We continue to try to reach the parents of the remaining 95 children. Most children's parents in this group of 95—66—are believed to have been removed from the United States following separation from their children; 29 children's parents are believed to be in the United States.

*Steering Committee Efforts to Locate Parents*

Previous JSRs have reported at length the Steering Committee's efforts to find parents. Those efforts have continued.

## III. *MMM-Dora* Plaintiffs' Report Regarding Settlement Implementation

The Settlement Agreement was approved on November 15, 2018. The parties will meet and confer if any issues related to settlement implementation arise.

---

[3] Past JSRs have explained at greater length that this group included expanded class members and some original class members. Because some of the parents of these children entered with more than one child, there are 1,082 parents in this combined group.

| | | |
|---|---|---|
| 1 | DATED: April 12, 2023 | Respectfully submitted, |
| 2 | | /s/ Lee Gelernt |
| 3 | | Lee Gelernt* |
| | | Judy Rabinovitz* |
| 4 | | Anand Balakrishnan* |
| 5 | | Daniel A. Galindo (SBN 292854) |
| | | AMERICAN CIVIL LIBERTIES UNION |
| 6 | | FOUNDATION |
| 7 | | 125 Broad St., 18th Floor |
| | | New York, NY 10004 |
| 8 | | T:  (212) 549-2660 |
| 9 | | F:  (212) 549-2654 |
| | | *lgelernt@aclu.org* |
| 10 | | *jrabinovitz@aclu.org* |
| 11 | | *abalakrishnan@aclu.org* |
| | | *dgalindo@aclu.org* |
| 12 | | |
| 13 | | Stephen B. Kang (SBN 292280) |
| | | Spencer E. Amdur (SBN 320069) |
| 14 | | AMERICAN CIVIL LIBERTIES UNION |
| 15 | | FOUNDATION |
| | | 39 Drumm Street |
| 16 | | San Francisco, CA 94111 |
| 17 | | T:  (415) 343-1198 |
| | | F:  (415) 395-0950 |
| 18 | | *skang@aclu.org* |
| 19 | | *samdur@aclu.org* |
| 20 | | *Attorneys for Petitioners-Plaintiffs* |
| 21 | |       **Admitted Pro Hac Vice* |
| 22 | | BRIAN BOYNTON |
| 23 | | Principal Deputy Assistant Attorney General |
| 24 | | CHRISTOPHER P. TENORIO |
| 25 | | Deputy Assistant Attorney General |
| 26 | | WILLIAM C. PEACHEY |
| 27 | | Director |
| 28 | | |

```
 1                                    WILLIAM C. SILVIS
 2                                    Assistant Director
 3                                    /s/ Sarah B. Fabian
 4                                    SARAH B. FABIAN
                                      Senior Litigation Counsel
 5                                    FIZZA BATOOL
 6                                    Trial Attorney
                                      Office of Immigration Litigation
 7                                    Civil Division
 8                                    U.S. Department of Justice
                                      P.O. Box 868, Ben Franklin Station
 9                                    Washington, DC 20044
10                                    (202) 532-4824
                                      (202) 616-8962 (facsimile)
11                                    Sarah.B.Fabian@usdoj.gov
12
13                                    Attorneys for Respondents-Defendants
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```