```
                    UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF CALIFORNIA

         BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING
    _____
                                       )
    MS. L., ET AL.,                    )
                                       )   CASE NO. 18CV0428-DMS
               PETITIONERS-PLAINTIFFS, )
                                       )
    VS.                                )
                                       )
                                       )
                                       )
                                       )
    U.S. IMMIGRATION AND CUSTOMS       )   SAN DIEGO, CALIFORNIA
    ENFORCEMENT ("ICE"), ET AL.,       )   FRIDAY APRIL 14, 2023
                                       )     11:30 A.M. CALENDAR
               RESPONDENTS-DEFENDANTS. )
    -------------------------------------

                  REPORTER'S TRANSCRIPT OF PROCEEDINGS
```

**TELEPHONIC STATUS CONFERENCE**

```
REPORTED BY:               LEE ANN PENCE,
                           OFFICIAL COURT REPORTER
                           UNITED STATES COURTHOUSE
                           333 WEST BROADWAY, ROOM 1393
                           SAN DIEGO, CALIFORNIA 92101
```

```
COUNSEL APPEARING:

FOR PLAINTIFF:           LEE GELERNT, ESQ.
                         STEPHAN KANG, ESQ.
                         ACLU IMMIGRANT RIGHTS PROJECT
                         125 BROAD STREET 18TH FLOOR
                         NEW YORK, NEW YORK 10004


FOR DEFENDANT:           SARAH B. FABIAN, ESQ.
                         FIZZA BATOOL, ESQ.
                         U.S. DEPARTMENT OF JUSTICE
                         OFFICE OF IMMIGRATION LITIGATION
                         P.O. BOX 868
                         BEN FRANKLIN STATION
                         WASHINGTON, DC 20044

 ALSO APPEARING:         STEVEN HERZOG, ESQ.
```

**SAN DIEGO, CALIFORNIA – FRIDAY, APRIL 14, 2023 – 11:30 A.M.**

\* \* \*

**THE CLERK:** CALLING MATTER NO. 7 ON THE CALENDAR, 18CV0428, MS. L. VERSUS U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.

**THE COURT:** GOOD MORNING. AND GOOD AFTERNOON TO SOME OF YOU.

I HAVE COUNSEL'S APPEARANCES NOTED. OUR COURTROOM DEPUTY HAS TAKEN YOUR APPEARANCES, THEY ARE NOTED ON THE RECORD.

I RECEIVED THE PARTIES' JOINT STATUS REPORT. THANK YOU.

JUST A COUPLE OF QUESTIONS.

THE STATUS OF THE SETTLEMENT. I DON'T NEED DETAILS, BUT JUST KIND OF HIGH-LEVEL OVERVIEW OF HOW THAT'S GOING AND WHETHER, GIVEN JUDGE DEMBIN'S IMMINENT RETIREMENT, HOW IS THAT SETTLEMENT LOOKING.

MR. GELERNT?

**MR. GELERNT:** GOOD MORNING, YOUR HONOR.

WE ARE STILL MAKING -- I APOLOGIZE. THIS IS MY PHONE.

WE ARE STILL MAKING VERY GOOD PROGRESS. WE ARE STILL ON TRACK TO HOPEFULLY FINISH THINGS FAIRLY SOON. IT IS HARD TO PUT A DATE ON IT, BUT WE HAVE NOT HIT ANY SIGNIFICANT SNAGS YET, AND ARE PASSING BACK AND FORTH FULL DRAFTS, AT THIS

1   POINT, OF THE SETTLEMENT; WHICH, AS YOU KNOW, IS VERY
2   COMPLICATED AND HAS MANY PARTS TO IT.  BUT WE ARE STILL ON
3   TRACK AND NEGOTIATING IN GOOD FAITH AND MEETING REGULARLY.
4           **THE COURT:**  SOUNDS PROMISING.  VERY GOOD.
5           MS. FABIAN, ANYTHING TO ADD?
6           **MS. FABIAN:**  NOTHING TO ADD HERE, YOUR HONOR.  I
7   AGREE WITH EVERYTHING MR. GELERNT SAID.
8           **THE COURT:**  THANK YOU.
9           THEN MOVING ON TO THE PROGRESS THAT IS BEING MADE.
10  SIX CHILDREN'S PARENTS WERE LOCATED, THAT IS WONDERFUL NEWS,
11  LEAVING US WITH 95 PARENTS TO BE REACHED.
12          AND IN THE STATUS REPORT, I THINK IT WAS FROM
13  JANUARY OF THIS YEAR, THERE WAS AN INDICATION OF ONE CHILD'S
14  PARENTS WHO WAS LIKELY REMOVED FROM THE U.S. AND THE
15  GOVERNMENT HAD NOT PROVIDED A PHONE NUMBER OR CONTACT
16  INFORMATION FOR THAT PARENT, CHILD, OR SPONSOR.
17          THAT REFERENCE TO THAT ONE CHILD'S PARENTS NO LONGER
18  APPEARS IN THE STATUS REPORT.  SO IS IT FAIR THAT THE
19  GOVERNMENT HAS PROVIDED ALL OF THE CONTACT INFORMATION FOR ALL
20  OF THE PERSONS IN THE CLASS OR THEIR PARENTS AT THIS POINT?
21          **MR. HERZOG:**  YOUR HONOR, THIS IS STEVEN HERZOG.  I
22  CAN EXPLAIN THE REMOVAL OF THAT NOTE.
23          **THE COURT:**  YES.
24          **MR. HERZOG:**  WE DID RECEIVE INFORMATION CONCERNING
25  THAT ONE PARENT -- INFORMATION THAT CONCERNS, I THINK, A

1  TELEPHONE NUMBER FOR THAT PARENT.  I DON'T KNOW THAT I CAN
2  CONFIRM -- I CERTAINLY DON'T THINK I COULD CONFIRM THAT WE
3  RECEIVED ALL OF THE INFORMATION THE GOVERNMENT HAS.  I THINK
4  THE GOVERNMENT WOULD HAVE TO CONFIRM THAT.
5              **THE COURT:**  ALL RIGHT.
6              MS. FABIAN, I GUESS FROM YOUR PERSPECTIVE, ALL OF
7  THE CONTACT INFORMATION WITH RESPECT TO THE MEMBERS OF THE
8  CLASS AT ISSUE, THAT HAS BEEN PROVIDED AT THIS POINT?
9              **MS. FABIAN:**  YES, YOUR HONOR.  TO MY KNOWLEDGE WE
10 ARE BOTH PROVIDING INFORMATION, HAVE PROVIDED INFORMATION, AND
11 ARE CONTINUING TO -- UPDATED INFORMATION AS WE CAN, AND AS WE
12 HEAR FROM PLAINTIFFS THAT THEY COULD USE SOME UPDATED
13 INFORMATION.  AND I SUSPECT THAT AS WE ARE ADDING PEOPLE TO
14 THE CLASS GOING FORWARD, WE ARE ALSO PREPARING TO PROVIDE
15 INFORMATION ON THOSE FOLKS.  SO I THINK, FROM THE GOVERNMENT'S
16 PERSPECTIVE, WE ARE DOING OUR VERY BEST TO SEARCH ALL
17 DATABASES AND PROVIDE ALL INFORMATION, AS MUCH AS WE CAN, TO
18 ASSIST THE STEERING COMMITTEE'S EFFORTS.
19             **THE COURT:**  OKAY.  THANK YOU.
20             MR. HERZOG, HOW GOES THE SEARCH?  YOU CONTINUE TO
21 MAKE PROGRESS, AND YOU HAVE CONTINUED OPTIMISM?
22             **MR. HERZOG:**  YES, I AM OPTIMISTIC.  WE ARE
23 CONTINUING TO MAKE STEADY PROGRESS.  I AM VERY HAPPY THAT WE
24 ARE NOW UNDER 100.  AND, YOU KNOW, WE ARE GOING TO KEEP
25 WORKING AT IT.  SO, YES.

|   |   |
|---|---|
| 1 | **THE COURT:** EXCELLENT. THANK YOU, OF COURSE, FOR |
| 2 | ALL OF THOSE EFFORTS. |
| 3 | ON A RELATED SUBJECT. I READ THE ARTICLE ON |
| 4 | U.S.-BORN CHILDREN AMONG THOSE SEPARATED FROM PARENTS AT THE |
| 5 | BORDER. THERE IS A REFERENCE IN HERE THAT THERE MAY BE AS |
| 6 | MANY AS 1,000 CHILDREN THAT FALL INTO THAT CATEGORY. THERE |
| 7 | WAS A REFERENCE, TOO, THAT IN SAN DIEGO, AT LEAST AT THE TIME |
| 8 | OF THIS ARTICLE, THERE WERE 226 AMERICAN CHILDREN WHO HAD BEEN |
| 9 | SENT TO C.P.S. AGENCIES IN SAN DIEGO. RECORDS UNKNOWN FOR |
| 10 | CHILDREN WHO MAY HAVE BEEN FOSTERED OUT IN ARIZONA, NEW |
| 11 | MEXICO, AND TEXAS. |
| 12 | AND THERE IS INDICATION THAT THOSE AMERICAN-BORN |
| 13 | CHILDREN WHO WERE SEPARATED FROM THEIR PARENTS UNDER THE |
| 14 | POLICIES AT ISSUE IN THIS CASE MAY BE ADDED TO THIS CLASS AND |
| 15 | TO BE ACCORDED THE RELIEF PROVIDED IN THIS CLASS. |
| 16 | SO MAYBE I CAN START WITH MR. GELERNT. |
| 17 | IS THAT HAPPENING? IS THERE GOING TO BE A MOTION OR |
| 18 | A STIPULATION THAT THESE AMERICAN-BORN CHILDREN FALL WITHIN |
| 19 | THE MS. L. CLASS? |
| 20 | **MR. GELERNT:** YOUR HONOR, THIS IS MR. GELERNT. |
| 21 | WE ANTICIPATE FILING SOMETHING SHORTLY, MAYBE AS |
| 22 | EARLY AS NEXT WEEK, ON THAT ISSUE TO TRY AND DEAL WITH THAT. |
| 23 | SO WE WILL BE PRESENTING YOU WITH SOMETHING. I THINK THE |
| 24 | GOVERNMENT CAN SAY IF THEY HAVE A DIFFERENT VIEW, BUT I THINK |
| 25 | WE ARE IN AGREEMENT THAT THERE BE SOMETHING THAT WILL NOT BE |

```
 1   OPPOSED AND THAT WE WILL BE FILING FAIRLY SHORTLY.
 2             THE COURT:  ALL RIGHT.
 3             MS. FABIAN.
 4             MS. FABIAN:  YES, YOUR HONOR.  I AGREE WITH MR.
 5   GELERNT.  I AM ACTUALLY TAKING A LOOK AT A DRAFT PROPOSED
 6   ORDER AS WE SPEAK, SO WE SHOULD BE -- I THINK EARLY NEXT WEEK
 7   IS PROBABLY A TIME FRAME FOR THAT.
 8             THE COURT:  THANK YOU.  I WILL LOOK FORWARD TO THAT.
 9             THEN, OF COURSE, WE CAN -- THAT WILL BE AN IMPORTANT
10   TOPIC OF DISCUSSION AT OUR NEXT STATUS CONFERENCE, SINCE THAT
11   CREATES NEW WORK AND IMPORTANT WORK FOR ALL OF US WHEN THOSE
12   CHILDREN ARE ADDED TO THIS CLASS.
13             THAT'S ALL I HAD.  I SEE EVERYTHING ELSE IS IN
14   ORDER.  MMM, DORA, AND OTHERWISE.
15             ARE THERE ANY OTHER MATTERS WE NEED TO ADDRESS AT
16   THIS TIME?
17             MR. GELERNT:  YOUR HONOR, THIS IS MR. GELERNT.
18             ON THAT ISSUE, I UNDERSTAND YOU WILL WANT TO TALK
19   ABOUT IT AT THE NEXT STATUS CONFERENCE.  BUT I THINK TO THE
20   EXTENT THE COURT FEELS COMFORTABLE WITH IT AND SEES NO
21   OBSTACLES WE ARE HOPING TO GET THAT MOTION, SINCE IT IS
22   UNOPPOSED, GRANTED AS SOON AS YOUR HONOR FEELS COMFORTABLE AND
23   APPROPRIATE, OR TO SCHEDULE SOMETHING SOONER THAN THE NEXT
24   STATUS CONFERENCE IF YOUR HONOR HAS CONCERNS.
25             AND THE REASON IS BECAUSE THE TASK FORCE WILL NEED
```

1   THAT MOTION GRANTED IN ORDER TO HELP THESE CHILDREN.
2               **THE COURT:**  YES.
3               **MR. GELERNT:**  SO, OBVIOUSLY, IF THE COURT HAS
4   CONCERNS WE ARE -- AND I ASSUME THE GOVERNMENT IS PREPARED, AS
5   WELL, TO HAVE A HEARING WITH YOU AS SOON AS YOU WANT TO.  BUT
6   IF THERE ARE NO CONCERNS WE ARE HOPING THAT THE MOTION COULD
7   BE GRANTED BEFORE THE NEXT STATUS CONFERENCE.  AND THEN AT THE
8   NEXT STATUS CONFERENCE WE CAN GIVE YOU A REPORT ON HOW IT IS
9   GOING IN FINDING THOSE CHILDREN.
10              **THE COURT:**  YES.  THAT IS WHAT I WAS THINKING.
11              **MR. GELERNT:**  OKAY.
12              **THE COURT:**  I LOOKED AT THE CLASS DEFINITION
13  FOLLOWING READING OF THAT ARTICLE, AND IT SEEMS TO ME THAT
14  THOSE AMERICAN-BORN CHILDREN FALL WITHIN THE DEFINITION OF THE
15  CLASS.  AND I HEAR THE GOVERNMENT TO BE AGREEING, AS WELL.
16              SO IF YOU FILE A JOINT MOTION AND ORDER I WILL SIGN
17  IT AS SOON AS I RECEIVE IT.  AND THEN WE CAN ADDRESS THOSE
18  CHILDREN, ALONG WITH THE REMAINING 95 CHILDREN, AT THE NEXT
19  STATUS CONFERENCE.
20              **MR. GELERNT:**  THAT IS FANTASTIC.  THANK YOU SO MUCH.
21              WHAT WE ARE LIKELY TO DO, I THINK THE GOVERNMENT'S
22  PREFERENCE IS THAT WE FILE AN UNOPPOSED MOTION RATHER THAN A
23  JOINT MOTION.  I ASSUME THAT WOULD BE FINE WITH THE COURT.
24              **THE COURT:**  YES, THAT WOULD BE FINE.
25              **MR. GELERNT:**  THANK YOU SO MUCH.

1    **THE COURT:** LET'S MEET AGAIN ON MAY 26TH AT 10:30.
2    IS THAT GOOD, BERNADETTE?
3    **THE CLERK:** AT 11:30.
4    **THE COURT:** MAY 26TH AT 11:30. WITH A JOINT STATUS
5    REPORT MAY 24.
6    AND, WITH THAT, I WISH YOU ALL A GOOD WEEKEND.
7    THANK YOU FOR YOUR TIME AND THE GOOD WORK YOU ARE DOING.
8    **MR. GELERNT:** THANK YOU, YOUR HONOR.
9    **THE COURT:** THANK YOU.
10   **MS. FABIAN:** THANK YOU, YOUR HONOR.

                              *   *   *

I CERTIFY THAT THE FOREGOING IS A CORRECT
TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
IN THE ABOVE-ENTITLED MATTER.

S/LEEANN PENCE                                    4/27/2023
LEEANN PENCE, OFFICIAL COURT REPORTER     DATE