Ashley Neglia (SBN 298924)
ashley.neglia@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street, Ste. 2900
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile:  (213) 680-8500

Emily Nicklin (*Pro Hac Vice*)
emily.nicklin@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

*Attorneys for Ms. M.D-L*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, et al.,<br><br>Defendants. | CASE No. 3:18-cv-0428-DMS |
| Ms. L, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, et al.,<br><br>Defendants. | Case No. 18-cv-00428-DMS-MDD<br><br>CLASS ACTION<br><br>**MOTION TO WITHDRAW COUNSEL, ASHLEY NEGLIA AND EMILY NICKLIN** |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Ashley Neglia and Emily Nicklin of Kirkland & Ellis LLP, hereby respectfully move to withdraw as counsel of record for class member, M. D-L in the above-captioned case on the following grounds:

1. Counsel began representing M. D-L pro bono in 2018 in connection with her attempt to be released from detention, to seek asylum, and to be reunified with her son, who was separated from her at the United States border under the Trump administration family separation policy.

2. On November 2, 2018, counsel filed an appearance in this matter along with an objection to the October 5, 2018 Settlement Agreement (the "Settlement") for the limited purpose of requesting an order that Ms. D-L be included on the class list and be made eligible for relief under the terms of the Settlement. Dkt. 294.

3. On November 15, 2018, counsel for Defendants agreed to the relief requested by Ms. D-L and the objection was thereafter denied as moot and the Settlement was certified. Dkt. 321.

4. M. D-L was reunified with her son in late November 2018 and was released from family detention in January 2019.

5. Having obtained the relief sought under the November 2, 2018 objection, Ashley Neglia and Emily Nickin respectfully request to withdraw as counsel of record in this matter.

6. Counsel has advised M. D-L that further settlement negotiations in the above-captioned action remain ongoing and that settlement may have an impact on M. D-L and her minor son's rights. Counsel has provided M. D-L with case information and class counsel contact information for this matter.

1  DATED: May 30, 2023

Respectfully submitted,
KIRKLAND & ELLIS LLP

*/s/ Ashley Neglia*

Ashley Neglia (SBN 298924)
ashley.neglia@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Emily Nicklin (*Pro Hac Vice*)
emily.nicklin@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Ms. M.D-L*