1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., et al. | CASE No. 3:18-cv-0428-DMS |
| Plaintiffs, | |
| v. | |
| Jefferson Beauregard Sessions, III, Attorney General of the United States, et al., | |
| Defendants. | |
| Ms. L, et al., | Case No. 18-cv-00428-DMS-MDD |
| Plaintiffs, | CLASS ACTION |
| v. | **ORDER RE MOTION TO WITHDRAW COUNSEL, ASHLEY NEGLIA AND EMILY NICKLIN** |
| U.S. Immigration and Customs Enforcement, et al., | |
| Defendants. | |

[PROPOSED] ORDER RE MOTION TO WITHDRAW, ASHLEY NEGLIA AND EMILY NICKLIN

Case No. 18-cv-00428-DMS-MDD

1    Upon consideration of the May 30, 2023 motion for Ashley Neglia and Emily Nicklin to
2    withdraw as counsel for class member M. D-L:
3    **IT IS SO ORDERED** that the motion is granted.

4    Dated:  May 31, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court