UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, *et al.*,<br><br>             Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>             Respondents-Defendants. | Case No.:   3:18-cv-00428-DMS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**[ECF No. 697]** |

Before the Court is the parties' Joint Motion for Continuance of Settlement Conference (ECF No. 697), requesting that the Court continue the Settlement Conference currently set for July 7, 2023 by four weeks. Good cause appearing, the Joint Motion is **GRANTED**. However, the Court's calendar does not allow for a continuance to the week of July 31, 2023, as requested by the parties. Instead, the Court will continue the attorneys-only Settlement Conference to **August 14, 2023** at **9:30 a.m.** before Magistrate Judge Allison H. Goddard. As before, the Settlement Conference will take place via videoconference, using Court's official Zoomgov account. Client participation is not required.

In preparation for the Settlement Conference, no later than **August 8, 2023**, the parties must **jointly** lodge the most recent version of their draft settlement agreement with

the Court at efile_Goddard@casd.uscourts.gov, with all areas of disagreement highlighted. By the same deadline, each side must separately submit **confidential** statements to the Court at the same email address, explaining that side's position on each highlighted area of disagreement. The confidential statements that the parties lodge separately with the Court may be informal; for example, the parties are free to simply provide their own preferred redlines of the same draft settlement agreement with edits and/or comments added in track changes.

Additionally, by **August 8, 2023**, counsel for each side must provide a participant list to the Court at the same email address listed above, containing the following information:

    a.    The **name and title of each participant**, including the primary attorney(s) responsible for the litigation for each side;

    b.    An **email address for each participant** to receive the Zoom invitation; and

    c.    A **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the Settlement Conference to alert counsel via text message that the Court will soon return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

Chambers staff will circulate a Zoom invitation to all identified participants by August 11, 2023. If the parties resolve all disagreements and finalize their written settlement agreement prior to the Settlement Conference, they should notify the Court and the conference will be taken off calendar.

**IT IS SO ORDERED.**

Dated: June 30, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge