```
                    UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF CALIFORNIA


          BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING
     _____
                                             )
     MS. L., ET AL.,                         )
                                             )   CASE NO. 18CV0428-DMS
                   PETITIONERS-PLAINTIFFS,   )
                                             )
     VS.                                     )
                                             )
                                             )
                                             )
                                             )
     U.S. IMMIGRATION AND CUSTOMS            )   SAN DIEGO, CALIFORNIA
     ENFORCEMENT ("ICE"), ET AL.,            )   FRIDAY JULY 14, 2023
                                             )    11:30 A.M. CALENDAR
                    RESPONDENTS-DEFENDANTS.  )
     ----------------------------------------

                   REPORTER'S TRANSCRIPT OF PROCEEDINGS

                       TELEPHONIC STATUS CONFERENCE




     REPORTED BY:                  LEE ANN PENCE,
                                   OFFICIAL COURT REPORTER
                                   UNITED STATES COURTHOUSE
                                   333 WEST BROADWAY, ROOM 1393
                                   SAN DIEGO, CALIFORNIA 92101
```

```
FOR PLAINTIFF:          LEE GELERNT, ESQ.
                        DANIEL GALINDO, ESQ.
                        ACLU IMMIGRANT RIGHTS PROJECT
                        125 BROAD STREET 18TH FLOOR
                        NEW YORK, NEW YORK 10004


FOR DEFENDANT:          SARAH B. FABIAN, ESQ.
                        CHRISTOPHER TENORIO, ESQ.
                        FIZZA BATOOL, ESQ.
                        U.S. DEPARTMENT OF JUSTICE
                        OFFICE OF IMMIGRATION LITIGATION
                        P.O. BOX 868
                        BEN FRANKLIN STATION
                        WASHINGTON, DC 20044

 ALSO APPEARING:        STEVEN HERZOG, ESQ.
                        ERIN DRENNING, ESQ.
```

```
 1        SAN DIEGO, CALIFORNIA – FRIDAY, JULY 14, 2023 – 11:30 A.M.
 2                              *  *  *
 3             THE CLERK:  CALLING MATTER NO. 10 ON THE CALENDAR,
 4   18CV0428, MS. L. VERSUS IMMIGRATION AND CUSTOMS ENFORCEMENT.
 5             THE COURT:  GOOD MORNING, COUNSEL.  THIS IS JUDGE
 6   SABRAW ON THE LINE.
 7             AND MAY I HAVE COUNSEL'S APPEARANCES?
 8             MR. GELERNT:  THIS IS LEE GELERNT FOR PLAINTIFFS.
 9             THE COURT:  THANK YOU.
10             MS. FABIAN:  GOOD MORNING, YOUR HONOR.  SARAH FABIAN
11   FOR THE GOVERNMENT.
12             THE COURT:  THANK YOU.
13             MR. TENORIO:  CHRIS TENORIO FOR THE GOVERNMENT.
14             THE COURT:  THANK YOU.
15             MS. BATOOL:  GOOD MORNING, YOUR HONOR.  FIZZA BATOOL
16   FOR THE GOVERNMENT.
17             THE COURT:  I AM SORRY, I MISSED THAT.
18             MS. BATOOL:  FIZZA BATOOL FOR THE GOVERNMENT.
19             THE COURT:  OKAY.  THANK YOU.
20             MS. DRENNING:  THIS IS ERIN DRENNING ON BEHALF OF
21   MMM.
22             THE COURT:  THANK YOU.
23             MR. HERZOG:  GOOD MORNING, YOUR HONOR.  STEVEN
24   HERZOG FOR THE PLAINTIFFS' STEERING COMMITTEE.
25             THE COURT:  VERY GOOD.  THANK YOU.
```

1    **MR. GALINDO:**  AND THIS IS DANIEL GALINDO FOR
2    PLAINTIFFS.
3            **THE COURT:**  YES.  THANK YOU.  OKAY.  VERY GOOD.
4            I GOT THE JOINT STATUS REPORT.  THANK YOU.  LOOKS
5    LIKE WE ARE MAKING PROGRESS, MR. HERZOG.  SINCE THE LAST
6    STATUS AN INCREASE OF SIX CHILDREN'S PARENTS, BRINGING THE
7    NUMBER OF REMAINING CHILDREN TO 79.
8            ANYTHING TO ADD TO THAT?  THE CONTINUED PROGRESS, OF
9    COURSE, IS ENCOURAGING.
10           **MR. HERZOG:**  YES.  GOOD MORNING, YOUR HONOR.
11           I CAN REPORT THAT WE FOUND ONE MORE, OR RESOLVED ONE
12   MORE CASE, SINCE FILING THE REPORT, SO NOW DOWN TO 78.
13           **THE COURT:**  GREAT.
14           **MR. HERZOG:**  AND I GUESS THE OTHER THING I WOULD
15   ADD, JUST INFORMATION.  AND HOPEFULLY THIS WILL NOT BE A
16   SIGNIFICANT DISRUPTION.  BUT THERE HAVE BEEN SOME DISRUPTIONS
17   IN SEARCHES IN GUATEMALA FOR THE LAST COUPLE OF WEEKS BECAUSE
18   OF UNREST ARISING FROM THE ELECTION THERE.  I AM HOPING IT
19   GETS RESOLVED QUICKLY.
20           **THE COURT:**  YES, I HOPE SO TOO.
21           AND THEN WITH RESPECT TO THE SETTLEMENT DISCUSSIONS,
22   THAT IS ON TRACK AND GOING WELL BEFORE JUDGE GODDARD?
23           **MR. GELERNT:**  YES, YOUR HONOR.  THIS IS MR. GELERNT.
24           THEY ARE GOING WELL.  WE HAVE RECEIVED SOMETHING
25   FROM THE GOVERNMENT WE ARE GOING THROUGH.  WE ARE GETTING VERY

```
 1   CLOSE AND NARROWING THE ISSUES.
 2              SO WE HAVE ANOTHER MEDIATION SORT OF SET -- NOT
 3   MEDIATION BUT ANOTHER SETTLEMENT DISCUSSION WITH THE
 4   MAGISTRATE COMING UP IN MID AUGUST.
 5              WE ARE HOPING TO VERY MUCH NARROW THE ISSUES OR
 6   RESOLVE THE ISSUES BY THEN.
 7              THE COURT:  OKAY.  THANK YOU.
 8              AND WHAT'S THE STATUS -- WE RECENTLY ENLARGED THE
 9   CLASS TO INCLUDE OTHERS WHO WERE SEPARATED, SOME OF WHOM WERE
10   CITIZENS.
11              WHAT'S THE STATUS THERE?
12              MR. GELERNT:  I THINK -- SORRY.  GO AHEAD.
13              MS. FABIAN:  THANKS, MR. GELERNT.
14              YES.  THIS IS MS. FABIAN.
15              I DON'T HAVE A SPECIFIC UPDATE AS TO -- ON TOP OF
16   WHAT WE REPORTED AT THE LAST STATUS.
17              BUT I CAN SAY THAT WE ARE CONTINUING TO IDENTIFY
18   THOSE FAMILIES AND I THINK WE ARE GETTING CLOSE TO BEING ABLE
19   TO PROVIDE SOME INFORMATION TO PLAINTIFFS' COUNSEL AND MOVE
20   FORWARD WITH THOSE.
21              THE COURT:  VERY GOOD.  OKAY.  THANK YOU.
22              WELL, I THINK WE OUGHT TO JUST SET ANOTHER STATUS
23   CONFERENCE OUT ABOUT SIX WEEKS.  I WOULD PROPOSE AUGUST 25 AT
24   11:30.  JOINT STATUS REPORT AUGUST 23.
25              ARE THERE ANY OTHER MATTERS WE NEED TO ADDRESS AT
```

```
 1  THIS TIME?
 2           MR. GELERNT:  NOT FROM THE PLAINTIFFS, YOUR HONOR.
 3           MS. FABIAN:  NOTHING FROM THE GOVERNMENT, YOUR
 4  HONOR.  THANK YOU.
 5           THE COURT:  THANK YOU.
 6           WELL, THANK YOU AGAIN, COUNSEL.  APPRECIATE THE
 7  OPPORTUNITY TO SPEAK WITH YOU, AND I WILL LOOK FORWARD TO
 8  HEARING AGAIN FROM COUNSEL ON AUGUST 25.
 9           THANK YOU, AND HAVE A GOOD WEEKEND.
10           MR. GELERNT:  THANK YOU, YOUR HONOR.
11           MS. FABIAN:  THANK YOU, YOUR HONOR.
12
13                          *   *   *
14           I CERTIFY THAT THE FOREGOING IS A CORRECT
             TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
15           IN THE ABOVE-ENTITLED MATTER.
16           S/LEEANN PENCE                         8/3/2023
             LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
17
18
19
20
21
22
23
24
25
```