BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

*Attorneys for Federal Respondents-
Defendants*

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., | Case No. 3:18-cv-00428-DMS-AHG |
| Petitioners-Plaintiffs, | |
| vs. | **JOINT MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents-Defendants. | |

The Court scheduled a Settlement Conference in this matter for August 14, 2023, to discuss the status of the parties' negotiations regarding the written settlement agreement. ECF No. 697. In preparation for the Settlement Conference, the Court ordered that no later than August 8, 2023, the parties must jointly lodge the most recent version of their draft settlement agreement with the Court, with all areas of disagreement highlighted. *Id.* By the same deadline, each side must separately submit confidential statements to the Court, explaining that side's position on each highlighted area of disagreement. *Id.*

This is the parties' second request for a continuance of the settlement conference. *Id.* The parties propose this request in good faith and not for the purpose of delay. Specifically, the Government received an updated draft of the settlement agreement from Plaintiffs on Wednesday evening, August 2, 2023. This updated draft reflects that the parties have reached agreement on a number of issues. Plaintiffs have additionally proposed compromises in numerous other areas, in an effort to reach resolution. Defendants need additional time to review the compromises to determine what issues, if any, remain in genuine dispute, which will aid in having a productive settlement conference.

Therefore, the parties require a few additional weeks to discuss the current draft

settlement agreement and identify remaining areas of disagreement. Granting the requested motion will not impact any other deadlines and will serve the interests of justice by affording the parties a reasonable period of additional time to further discuss this draft settlement agreement in preparation for a future settlement conference, should one be necessary. Accordingly, the parties jointly request that the Court continue the settlement conference currently scheduled for August 14, 2023, by two weeks to the week of August 28, 2023, with a corresponding extension of any deadline to lodge the draft of the settlement and submit each party's position on remaining areas of disagreement.[1]

DATED: August 3, 2023                        Respectfully submitted,


                                             BRIAN M. BOYNTON
                                             Principal Deputy Assistant Attorney General
                                             CHRISTOPHER P. TENORIO
                                             Deputy Assistant Attorney General
                                             WILLIAM C. PEACHEY
                                             Director
                                             WILLIAM C. SILVIS
                                             Assistant Director
                                             SARAH B. FABIAN
                                             Senior Litigation Counsel

                                             */s/ Fizza Batool*
                                             FIZZA BATOOL
                                             Trial Attorney
                                             Office of Immigration Litigation
                                             Civil Division
                                             U.S. Department of Justice
                                             P.O. Box 868, Ben Franklin Station
                                             Washington, DC 20044

---

[1] For the Court's awareness and scheduling purposes, Ms. Sarah Fabian, counsel for Defendants, will be on leave from September 8-15, 2023.

3:18-cv-0428 DMS AHG

(202) 616-4863 (phone)
(202) 305-7000 (facsimile)
Email: fizza.batool2@usdoj.gov

*Attorneys for Respondents-Defendants*

/s/ Lee Gelernt (with permission)
Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel A. Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004

T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*

4

*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

3:18-cv-0428 DMS AHG

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is Box 868, Ben Franklin Station, Washington, DC 20044. I am not a party to the above-entitled action. I have caused service of the accompanying **JOINT MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 3, 2023          *s/ Fizza Batool*
                               Fizza Batool

3:18-cv-0428 DMS AHG