UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, *et al.*,<br><br>                Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>                Respondents-Defendants. | Case No.:   3:18-cv-00428-DMS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**[ECF No. 702]** |

Before the Court is the parties' second Joint Motion for Continuance of Settlement Conference (ECF No. 702), requesting that the Court continue the Settlement Conference currently set for August 14, 2023 by two weeks. The Court previously granted a similar request to continue the Settlement Conference by four weeks. ECF No. 698.

In support of the request for an additional continuance, the parties explain that the Government received an updated draft of the settlement agreement from Plaintiffs on August 2, 2023, which reflects that the parties have reached agreement on a number of issues. Plaintiffs have additionally proposed compromises in numerous other areas. ECF No. 702 at 2. However, the parties "require a few additional weeks to discuss the current draft settlement agreement and identify remaining areas of disagreement." *Id.* at 2-3.

Because the parties are in agreement that additional time is needed before settlement

discussions will be productive, the Court finds good cause to **GRANT** the Joint Motion for a second continuance of the Settlement Conference. Therefore, the Court **CONTINUES** the Settlement Conference to **September 6, 2023** at **9:30 a.m.** before Magistrate Judge Allison H. Goddard.

However, the Court will not grant any further continuances absent extraordinary circumstances. At the most recent Settlement Conference on May 22, 2023, the parties reported that they had been working on the written settlement agreement since December 2022, and stated they expected to finalize the settlement agreement within the next two months, if not sooner. As discussed during that conference, the Court's purpose in setting the upcoming Settlement Conference is to review the parties' current redlines and offer informal guidance to the parties on outstanding areas of disagreement, which could hopefully expedite final negotiations. Therefore, the Court understands and expects that some of the parties' negotiations may be midstream at the time of the conference, and there may be some areas where one side or the other is not able to provide a formal position to the Court ahead of time. The parties may explain any such areas in their confidential statements to the Court.

As before, the Settlement Conference will take place via videoconference, using Court's official Zoomgov account. Client participation is not required.

In preparation for the Settlement Conference, no later than **August 31, 2023**, the parties must **jointly** lodge the most recent version of their draft settlement agreement with the Court at efile_Goddard@casd.uscourts.gov, with all areas of disagreement highlighted. By the same deadline, each side must separately submit **confidential** statements to the Court at the same email address, explaining that side's position on each highlighted area of disagreement. The confidential statements that the parties lodge separately with the Court may be informal; for example, the parties are free to simply provide their own preferred redlines of the same draft settlement agreement with edits and/or comments added in track changes.

Additionally, by **August 31, 2023**, counsel for each side must provide a participant

list to the Court at the same email address listed above, containing the following information:

    a.    The **name and title of each participant**, including the primary attorney(s) responsible for the litigation for each side;

    b.    An **email address for each participant** to receive the Zoom invitation; and

    c.    A **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the Settlement Conference to alert counsel via text message that the Court will soon return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

Chambers staff will circulate a Zoom invitation to all identified participants by September 5, 2023. If the parties resolve all disagreements and finalize their written settlement agreement prior to the Settlement Conference, they should notify the Court and the conference will be taken off calendar.

**IT IS SO ORDERED.**

Dated: August 7, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge