# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>　　　　Respondents-Defendants. | Case No.:  18cv0428 DMS (MDD)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

A status conference was held on August 24, 2023.  After consulting with counsel and being advised of the status of the case, IT IS HEREBY ORDERED:

1. A further status conference shall be held on **October 20, 2023**, at **11:30 a.m.**  The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

　　a. Dial the toll free number: **571-353-2301**;

　　b. Enter the Access Code: **151416184** (Participants will be put on hold until the Court activates the conference call);

Members of the general public may attend in person.  All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

2.    The next Joint Status Report shall be filed on or before **3:00 p.m.** on **October 18, 2023**. Counsel shall include an update on the status of reunifications for the recently enlarged class, (*see* ECF No. 684), and any children placed in state foster case dealing with situations similar to the one discussed during the status conference.

Dated: August 25, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court