UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, *et al.*,<br><br>　　　　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>　　　　　　　Respondents-Defendants. | Case No.:  3:18-cv-00428-DMS-AHG<br><br>**ORDER SETTING FURTHER SETTLEMENT CONFERENCE AND RELATED DEADLINES** |

　　　The Court held a Settlement Conference in this matter on September 6, 2023, to discuss the status of the parties' settlement negotiations regarding the written settlement agreement. ECF No. 708.

　　　As discussed during the conference, the Court will hold a follow-up **attorneys-only** Settlement Conference on **October 25, 2023** at **9:30 a.m. Pacific Time** before Magistrate Judge Allison H. Goddard. Client participation is not required.

　　　In preparation for the Settlement Conference, no later than **October 4, 2023**, the parties must **jointly** lodge (not file) a Joint Status Report with the Court at efile_Goddard@casd.uscourts.gov, regarding whether they have finalized the settlement

agreement.[1] If disputes regarding the settlement agreement remain, the parties must also attach to the same email the most recent version of their draft settlement agreement, with all areas of disagreement highlighted, and comments provided in track changes from each side to explain their respective positions. If counsel for either side believes it may be beneficial for the Court to have additional insight into more sensitive or confidential aspects of the basis of their disagreement, the parties are also permitted—but not required—to submit separate **confidential** statements to the Court at the same email address, explaining that side's position on any areas of disagreement in further detail.

At this juncture, the Court anticipates that the Settlement Conference will take place via videoconference, but the Court will issue another order with further instructions regarding the October 25 Settlement Conference after reviewing the Joint Status Report. Alternatively, if the parties resolve all disagreements and notify the Court that they have a fully approved settlement agreement in the October 4 Joint Status Report, the conference will be taken off calendar altogether.

**IT IS SO ORDERED.**

Dated: September 6, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge

---

[1] The Court recognizes that the parties might have reached complete agreement on all aspects of the written settlement agreement by this date, but may not have yet obtained signatures on the agreement from all necessary representatives. For purposes of the Joint Status Report, the Court will accept a representation that the settlement agreement has been finalized if it has been fully approved by each side, even if it has not been fully executed.