UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, *et al.*,<br><br>          Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>          Respondents-Defendants. | Case No.: 3:18-cv-00428-DMS-AHG<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |

Upon review of the parties' Joint Motion for Preliminary Approval of Class Action Settlement, and to Certify Settlement Class (ECF No. 711), the Court hereby **VACATES** the Settlement Conference previously scheduled for October 25, 2023, and all related deadlines.

**IT IS SO ORDERED.**

Dated: October 16, 2023

                                              Honorable Allison H. Goddard
                                              United States Magistrate Judge