BRIAN BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4824
Fax: (202) 616-8962

*Attorneys for Federal Defendants*

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel A. Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*
*dgalindo@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>     Petitioners-Plaintiffs,<br><br>   vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>     Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>**JOINT STATUS REPORT** |

On August 25, 2023, the Court ordered the parties to file a Joint Status Report (JSR) by October 18, 2023, in anticipation of the status conference scheduled for 11:30 am on October 20, 2023. ECF No. 707. In accordance with this order of the Court, the parties provide the below JSR.

**I.     DEFENDANTS' POSITIONS[1]**

   **A. The President's February 2, 2021 "Executive Order on the Establishment of Interagency Task Force on the Reunification of Families"**

While settlement talks were ongoing, the Family Reunification Task Force (FRTF) has continued its work to reunify families. Since the creation of the FRTF, a total of 773 separated children have been reunified with parents in the U.S and

---

[1] Defendants report that there have been no new interviews or decisions implementing the *Ms. L/M.M.M.* settlement agreement during the reporting period.

approximately 4,807 people[2] have been paroled. The FRTF continues to focus on establishing contact with all families and working to increase the rate of reunifications.

The government also confirms that the FRTF sent 297 USC children records for outreach, all of whom were recorded as having been sent to state CPS custody. At this early stage, FRTF records show one completed reunification and one reunification in progress out of this group.

### B. Conclusion of Settlement Talks

On October 16, 2023, the parties filed their finalized proposed Settlement Agreement with the Court for review and final approval.

## II. *MS. L.* PLAINTIFFS' POSITIONS

### A. Proposed Settlement

Plaintiffs are prepared to discuss the proposed Settlement, any questions from the Court, and next steps at the Status Conference.

### B. The Court's Questions From the Prior Status Conference

Plaintiffs and Defendants have conferred and continue to research the Court's questions, *see* ECF No. 707:

(i) Status of reunifications as to the recently enlarged class involving U.S. citizen children

Defendants address this question above in their section of the JSR. Plaintiffs

---

[2] The number of individuals paroled include additional household members as well as separated parents or separated children who were already in the U.S. and received parole in place.

are working with Defendants and other organizations to set up a method to contact these families and track their reunification.

  (ii) <u>Children placed in state foster case as discussed in the status conference</u>

Plaintiffs continue to confer with advocates and Defendants. The Parties expect to be able to address this question at the Status Conference.

### C. Steering Committee Outreach to Sponsors and Parents of Children

The Steering Committee's recent efforts have focused on finding the parents of 1,198 children.[3] For 1,126 out of the 1,198, the Steering Committee has reached the parents (or their attorneys), or otherwise resolved the cases.  This is an increase of three children's parents since our last status report. We continue to try to reach the parents of the remaining 72 children. Most children's parents in this group of 72—45—are believed to have been removed from the United States following separation from their children; 27 children's parents are believed to be in the United States.

*Steering Committee Efforts to Locate Parents*

Previous JSRs have reported at length the Steering Committee's efforts to find parents. Those efforts have continued.

---

[3] Past JSRs have explained at greater length that this group included expanded class members and some original class members. Because some of the parents of these children entered with more than one child, there are 1,082 parents in this combined group.

DATED: October 18, 2023          Respectfully submitted,

/s/ Lee Gelernt
Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel A. Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*
*dgalindo@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

| | |
|---|---|
| 1 | BRIAN BOYNTON |
| | Principal Deputy Assistant Attorney General |
| 2 | |
| 3 | CHRISTOPHER P. TENORIO |
| | Deputy Assistant Attorney General |
| 4 | |
| 5 | WILLIAM C. PEACHEY |
| | Director |
| 6 | |
| 7 | WILLIAM C. SILVIS |
| | Assistant Director |
| 8 | |
| 9 | */s/ Sarah B. Fabian* |
| | SARAH B. FABIAN |
| 10 | Senior Litigation Counsel |
| | FIZZA BATOOL |
| 11 | Trial Attorney |
| 12 | Office of Immigration Litigation |
| | Civil Division |
| 13 | U.S. Department of Justice |
| 14 | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| 15 | (202) 532-4824 |
| 16 | (202) 616-8962 (facsimile) |
| | Sarah.B.Fabian@usdoj.gov |
| 17 | |
| 18 | *Attorneys for Defendants* |