BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
(SBN 166022)
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

*Attorneys for Federal Defendants*

Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L, et al., <br><br> Plaintiff, <br> v. <br><br> U.S. Immigration and Customs Enforcement, et al., <br><br> Defendant. | Case No.  3:18cv428 DMS(AHG) <br><br> **ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT; PRELIMINARILY CERTIFYING THE SETTLEMENT CLASSES; AND APPROVING CLASS NOTICE** |

Upon consideration of the Parties' Joint Motion for Preliminary Approval of Proposed Settlement, Certification of Settlement Class, and Approval of Class Notice, and the Parties' Supplemental Statement regarding the Motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1.  The Motion is **GRANTED**.

2.  The Court finds that: (a) the proposed Settlement is sufficiently fair, reasonable, and adequate to authorize the dissemination of notice of the Settlement to potential members of the *Ms. L.* Settlement Class and to schedule a Fairness Hearing to determine whether to grant final approval of the proposed Settlement

under Fed. R. Civ. P. 23(e); (b) the Agreement was negotiated at arm's length by experienced counsel acting in good faith; and (c) there has been adequate opportunity for experienced counsel to evaluate the claims and risks at this stage of the litigation.

3. The Court finds that preliminary approval is appropriate and hereby grants preliminary approval of the Settlement subject to final determination following notice and hearing.

4. For purposes of the Settlement, the Court finds that the requirements for a class action are met, and hereby defines the *Ms. L.* Settlement Class set forth in the parties' proposed Settlement Agreement. The Court finds that provisional certification is warranted in light of the proposed Settlement under the prerequisites of Federal Rule of Civil Procedure 23(a) because: (1) the members of the proposed *Ms. L.* Settlement Class are so numerous that joinder is impracticable; (2) there are issues of law and fact common to the proposed *Ms. L.* Settlement Class; (3) the claims of the named Plaintiffs are typical of the claims of the *Ms. L.* Settlement Class members; and (4) the proposed Class Counsel will fairly and adequately represent the interests of the *Ms. L.* Settlement Class members.

5. The Court also finds that provisional certification of the *Ms. L.* Settlement Class is warranted in light of the proposed Settlement under the requirements of Federal Rule of Civil Procedure 23(b)(2) because Defendants are alleged to have acted or refused to act on grounds that apply generally to the proposed *Ms. L.* Settlement Class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the *Ms. L.* Settlement Class as a whole.

6. The requirements of Rule 23(g) of the Federal Rules of Civil Procedure are met, and the Court hereby confirms the appointment of the ACLU Immigrants' Rights Project as counsel for the Class.

7. The Court approves the form and content of the revised draft Notice, as well as the plan for distribution of the Notice, which complies fully with the requirements of Federal Rule of Civil Procedure 23 and due process.

8. The parties shall cause the Notice to be provided to potential members of the *Ms. L.* Settlement Class in accordance with the Notice Plan and the Agreement. Consistent with the Notice Plan, the Notice shall be posted on the web sites of HHS, DHS, and the ACLU no later than **October 24, 2023**.

9. Any Settlement Class Member who objects to the proposed Settlement must do so in writing, postmarked no later than **November 21, 2023**, and shall otherwise comply with the requirements set forth in the Notice. No later than **November 22, 2023**, Plaintiffs will provide to the Court any objections submitted to Class Counsel, or shall notify the Court that no objections were received.

10. The parties shall file with the Court their responses to any objection(s) to the Settlement on or before **November 29, 2023**.

11. By **December 1, 2023**, the parties shall file with the Court their motion for final approval of the Settlement.

12. The Court will hold a fairness hearing on **December 8, 2023**, at **1:00 p.m.** in Courtroom 13A, 13th Floor, Suite 1310, 333 West Broadway, San Diego, CA 92101, to determine the fairness, reasonableness, and adequacy of the proposed Settlement. Any Settlement Class Member who follows the procedure set forth in the Notice may appear and be heard. The fairness hearing may be rescheduled, adjourned, or continued without further notice to the Settlement Class Members.

**IT IS SO ORDERED**.

Dated: October 24, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court