# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG) <br><br> **ORDER PROVIDING DIAL IN NUMBER** |

For the final approval hearing scheduled for **December 8, 2023**, at **1:00 p.m.**, the dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

    a.    Dial the toll free number: **571-353-2301**;

    b.    Enter the Access Code: **151416184** (Participants will be put on hold until the Court activates the conference call);

Members of the general public may attend in person. All persons dialing in to the

/ / /

/ / /

/ / /

/ / /

/ / /

1 conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court
2 proceedings.
3     **IT IS SO ORDERED**.
4 Dated: November 30, 2023

                                                       Hon. Dana M. Sabraw, Chief Judge
                                                       United States District Court