BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 616-4863
Fax: (202) 305-7000

*Attorneys for Federal Respondents-Defendants*

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., | Case No. 18-cv-00428-DMS-AHG |
| *Petitioners-Plaintiffs*, | |
| v. | Date Filed: December 6, 2023 |
| U.S. Immigration and Customs Enforcement ("ICE"), et al. | |
| | **STIPULATION FOR COURT ORDER AUTHORIZING FBI TO CONDUCT SEARCH INQUIRIES TO IMPLEMENT *MS. L.* SETTLEMENT** |
| *Respondents-Defendants*. | |

## INTRODUCTION

On October 16, 2023, the parties filed a joint motion for preliminary approval of a class action settlement in this case ("Settlement Agreement"), and to certify the proposed *Ms. L.* Settlement Class (ECF No. 711). On October 24, 2023, the Court preliminarily approved the proposed *Ms. L.* Settlement, preliminarily certified the Settlement Class, and approved the Class Notice (ECF No. 717). The Court will hold a hearing for final approval of the Settlement Agreement on December 8, 2023.

Section III. Procedure for Determining Membership in the *Ms. L.* Settlement Class of the Settlement Agreement requires the Family Reunification Task Force ("FRTF") to conduct background investigations to determine Class membership. *See* ECF No. 711-1 at 8-9. The Settlement Agreement provides that "[i]f the individual has not already been included in the *Ms. L.* Settlement Class, the FRTF Research Committee will review the information a registrant provides to together.gov or juntos.gov, as well as [U.S. Department of Homeland Security] databases and National Criminal Information Center holdings, to determine if the individual is a member of the *Ms. L.* Settlement Class. If the individual is *not* determined to be a member of the *Ms. L.* Settlement Class, including because of the individual's criminal history, Class Counsel and the individual will be notified of that fact by the FRTF Research Committee within 20 business days of registration on together.gov or juntos.gov." *Id.*

The Federal Bureau of Investigation ("FBI") retains primary access to conduct relevant search inquiries to complete the necessary background investigations to determine if an individual has criminal history. By this stipulation, the parties hereby request that the Court enter an order authorizing the FBI to conduct the necessary search inquiries to complete the background investigations as anticipated by the Settlement Agreement.

The parties also attach a proposed order, the issuance of which will provide the FBI with the Court-ordered authority to conduct search inquiries to complete background

investigations in relation to the implementation of the Settlement Agreement. Good cause exists to enter the proposed order because without the required background investigations, the FRTF cannot implement the case review process in accordance with the class membership provisions of the Settlement Agreement. Upon signature of the Court, this stipulation will continue through the Termination Date of the Settlement Agreement.

## CONCLUSION

For all these reasons, the Court should grant the parties' stipulation and issue the proposed order authorizing the FBI to conduct the necessary search inquiries to fulfill the requirements of Section III of the Settlement Agreement.

DATED: December 6, 2023

Respectfully submitted,

/s/ Lee Gelernt
Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel A. Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004

T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*

3

*Admitted Pro Hac Vice*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

SARAH B. FABIAN
Senior Litigation Counsel

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4863 (phone)
(202) 305-7000 (facsimile)
Email: fizza.batool2@usdoj.gov

*Attorneys for Respondents-Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2023, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

                                                /s/ *Fizza Batool*
                                                Fizza Batool