| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>CHRISTOPHER P. TENORIO<br>Deputy Assistant Attorney General<br>(SBN 166022)<br>WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br>U.S. Department of Justice<br>WILLIAM C. SILVIS<br>Assistant Director<br>Office of Immigration Litigation<br>SARAH B. FABIAN<br>Senior Litigation Counsel<br>FIZZA BATOOL<br>Trial Attorney<br>Office of Immigration Litigation<br>U.S. Department of Justice<br>Box 868, Ben Franklin Station<br>Washington, DC 20442<br>Telephone: (202) 616-4863<br>Fax: (202) 305-7000<br><br>*Attorneys for Federal Defendants* | Lee Gelernt*<br>Daniel A. Galindo (SBN 292854)<br>Anand Balakrishnan*<br>Judy Rabinovitz*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>T: (212) 549-2660<br>F: (212) 549-2654<br>*lgelernt@aclu.org*<br>*jrabinovitz@aclu.org*<br>*abalakrishnan@aclu.org*<br><br>Stephen B. Kang (SBN 292280)<br>Spencer E. Amdur (SBN 320069)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>39 Drumm Street<br>San Francisco, CA 94111<br>T: (415) 343-1198<br>F: (415) 395-0950<br>*skang@aclu.org*<br>*samdur@aclu.org*<br><br>*Attorneys for Plaintiffs*<br>*\*Admitted Pro Hac Vice* |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L, et al., | Case No. 3:18-cv-428-DMS-AHG |
| Plaintiff, | **[PROPOSED] ORDER AUTHORIZING FBI TO CONDUCT SEARCH INQUIRIES NECESSARY TO IMPLEMENT MS. L. SETTLEMENT** |
| v. | |
| U.S. Immigration and Customs Enforcement, et al., | |
| Defendant. | |

Upon consideration of the Parties' Stipulation for Court Order Authorizing FBI to Conduct Search Inquiries to Implement Ms. L. Settlement,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Stipulation is **GRANTED**.
2. The Court AUTHORIZES the FBI to conduct relevant search inquiries necessary to complete the background investigations required by Section III of the Settlement Agreement to determine if an individual isa member of the *Ms. L.* Settlement Class.

3. The FRTF will rely on the FBI's background investigations to implement the case review process in accordance with the class membership provisions of the Settlement Agreement.

4. This Order will continue in effect through the termination date of the Settlement Agreement.

**IT IS SO ORDERED**.

DATED:_____                    _____

                                     The Hon. Judge Dana M. Sabraw

2