BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 616-4863
Fax: (202) 305-7000

*Attorneys for Federal Respondents-Defendants*

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., | Case No. 18-cv-00428-DMS-AHG |
| *Petitioners-Plaintiffs*, | |
| v. | Date Filed: December 6, 2023 |
| U.S. Immigration and Customs Enforcement ("ICE"), et al. | |
| | **JOINT MOTION FOR APPOINTMENT OF INDEPENDENT ADJUDICATOR** |
| *Respondents-Defendants*. | |

# INTRODUCTION

On October 16, 2023, the parties filed a joint motion for preliminary approval of a class action settlement in this case ("Settlement Agreement"), and to certify the proposed Ms. L. Settlement Class (ECF No. 711). On October 24, 2023, the Court preliminarily approved the proposed Ms. L. Settlement, preliminarily certified the Settlement Class, and approved the Class Notice (ECF No. 717). The Court will hold a hearing for final approval of the Settlement Agreement on December 8, 2023.

The Settlement Agreement requires the parties to apply to the Court for the appointment of an Independent Adjudicator. *See* ECF No. 711-1 at 8-9. The Settlement Agreement provides that "[i]f the [Family Reunification Task Force] Research Committee determines that the individual should not be part of the *Ms. L.* Settlement Class after reviewing the additional information, Class Counsel may appeal that decision to an independent adjudicator within thirty days of the [Family Reunification Task Force] Research Committee's decision." *Id.* By this Joint Motion, the parties hereby request that the Court appoint Mr. Kevin M. Ryan as the Independent Adjudicator and give him the authority to perform the duties detailed in the Settlement Agreement. For the Court's awareness, Mr. Ryan's curriculum vitae is attached as Exhibit A.

The parties also attach a proposed order, the issuance of which will provide Mr. Ryan with the Court-ordered authority to serve as the Independent Adjudicator in the manner agreed to by the parties and detailed in the Settlement Agreement. Good cause exists to enter the proposed order because it will allow for experienced and independent oversight of the parties' implementation of the class membership provisions of the Settlement Agreement.

# CONCLUSION

For all these reasons, the Court should grant the parties' Joint Motion to appoint an Independent Adjudicator.

DATED: December 6, 2023

Respectfully submitted,

/s/ Lee Gelernt
Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel A. Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004

T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*

2

*Admitted Pro Hac Vice

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

SARAH B. FABIAN
Senior Litigation Counsel

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4863 (phone)
(202) 305-7000 (facsimile)
Email: fizza.batool2@usdoj.gov

*Attorneys for Respondents-Defendants*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 6, 2023, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

                                                   */s/ Fizza Batool*
                                                   Fizza Batool