# EXHIBIT A

## Kevin M. Ryan

*Monitor/Special Master/Neutral*
**PUBLIC CATALYST**                                                                                          *July 2008 –Present*
Serve by appointment of U.S. District Court Judges in Florida, Michigan, Oklahoma and Texas as a special master/neutral/monitor to assess implementation of Court-ordered remedies and/or performance standards in child welfare practice and report findings to the Court and parties. Serve by agreement of the parties in New Mexico as a neutral to assess implementation of agreed-upon remedies and/or performance standards for the statewide child welfare and behavioral health systems, and report findings to the parties.

*President and CEO*
**COVENANT HOUSE**                                                                                  *February 2009 –February 2023*
Led charitable non-governmental organization working directly or through affiliates in 34 cities across the United States, Canada, Mexico, Guatemala, Honduras and Nicaragua, housing and serving children, youth and young families who experience homelessness, hunger, human trafficking and exploitation. Covenant House, which reached more than 50,000 children and youth in FY 2020, has received several of the world's leading human rights prizes including the Hilton Humanitarian Award and the Olof Palme Peace Prize.

*Chief Operating Officer*
**UNITED NATIONS SPECIAL ENVOY FOR MALARIA**                          *March 2008-February 2009*
Appointed by the first United Nations Special Envoy for Malaria to support the launch of the first United Nations office targeting the eradication of deaths due to malaria, which killed more than 1 million children each year at the time. Charged with building an organization to support all facets of the U.N. Envoy's work, including support for the development of a quarter-by-quarter global business plan to deploy and ensure effective utilization of 300 million long-lasting, insecticide-treated bed nets in Africa, consistent with the United Nations Millennium Development Goals.

**CABINET MEMBER TO THE NEW JERSEY GOVERNOR**                      *January 2006-March 2008*
*Served in 2 Cabinet Posts*

*As Commissioner of Children and Families (July 2006 - March 2008)*
Served as the State's first commissioner of the New Jersey Department of Children and Families. During tenure, led a comprehensive reform of the statewide child welfare system and child behavioral health system as the new agency set state performance records for the most legally-free foster children adopted in a single year, the largest annual net increase in foster families, sharp reductions in maltreatment in care, while safely reducing the population of children in state custody.

*As Commissioner of Human Services (January 2006-July 2006)*
Served as the head of the State's largest cabinet agency and managed its division into two distinct agencies. Designed and implemented the operational and legislative bifurcation of the largest agency in state government (22,000 employees and $11 billion annual budget), in order to create a new cabinet-level agency, the Department of Children and Families, which focuses on child protection, family welfare, child behavioral health care, prevention of child abuse and neglect, and special educational programs for children with developmental disabilities and emotional disorders.

*State Child Advocate*
*OFFICE OF THE CHILD ADVOCATE, New Jersey           October 2003-January 2006*
Served as New Jersey's first State Child Advocate, founding and leading the public watchdog agency. The Office's primary function was to enhance accountability within government agencies that serve children (eg: child welfare, juvenile justice, disability services) by investigating systemic deficiencies and championing improvement. Investigated, monitored and developed strategies to end the detention of hundreds of youth awaiting mental health and child welfare placements. Supported the creation of a new continuum of diversion and prevention initiatives.

*Deputy, Office of Management and Operations*
*OFFICE OF THE GOVERNOR OF NEW JERSEY           November 2002-October 2003*
Advised the Governor's leadership staff on child welfare, juvenile justice, anti-poverty, disabilities and healthcare issues.

*NEW JERSEY DEPARTMENT OF HUMAN SERVICES           January 2002-October 2002*
*Chief of Staff*
Served as the primary operational support to the commissioner of the agency and oversaw the development of the administration's initial Human Services budget proposal, most significantly expanding services for persons with developmental disabilities.

*COVENANT HOUSE NEW JERSEY           November 1997-January 2002*
*Director of the Youth Advocacy Center*
Developed and oversaw residential, vocational and healthcare programs for youth facing homelessness in Newark and Atlantic City, New Jersey. Directed statewide multi-issue child advocacy center, which provided aid to teenagers overcoming homelessness, and championed public policy solutions to systemic problems for foster children.

*COVENANT HOUSE NEW YORK           September 1992-November 1997*
*Skadden Fellow/Staff Attorney*
Received a public interest fellowship from the Skadden Fellowship Foundation to represent unaccompanied youth facing homelessness in civil proceedings.

## Education:

**New York University School of Law,** New York, New York, LL.M. (Masters of Law)     **2000**
*Areas of Concentration: General Studies, Public Interest Law*

**Georgetown University Law Center,** Washington, D.C., J.D. (Juris Doctor)     **1992**

**The Catholic University of America,** Washington, D.C., B.A., Summa Cum Laude     **1989**

## Service

- *Member, Board of Directors, The Sheen Center, New York City, 2023-Present*
- *Member, Board of Directors, Broadway Inspirational Voices, 2023-Present*
- *Member, Board of Trustees, Mother Cabrini Health Foundation, 2019-Present*
- *Member, U.S. Presidential Advisory Council on Faith-Based and Neighborhood Partnerships, 2015-2016*
- *Member, Board of Directors, Count Basie Center for the Performing Arts, 2008-2010*
- *Member, Board of Directors, 180-Turning Lives Around, 2008-2010*
- *Member, Board of Directors, Collier Youth Services, 1999-2002; 2008-2009*

## Honors/Notable

- *St. Vincent Medal, St. John's University, October 2023*
- *Honorary Doctorate, The College of Mount Saint Vincent, May 2023*
- *Honorary Doctorate in Social Work, The Catholic University of America, May 2020*
- *Honorary Chair of Social Justice, St. John's Univ., NY, August 2019 – September 2020*
- *Honorary Doctorate, Dominican University, IL, May 2019*
- *Distinguished Alumnus Award, Georgetown Law Center, October 2017*
- *Adela Dwyer-St. Thomas of Villanova Peace Award, Villanova Univ., November 2014*
- *St. Thomas Moore Medal, Seton Hall Law School, September 2013*
- *John J. Gibbons Medal, The Catholic University of America, May 2012*
- *Honorary Doctorate, Georgian Court University, May 2011*
- *Path to Peace Award, Vatican Mission to the United Nations, April 2010*
- *United States Commissioner's National Award, U.S. DHHS, October 2007*
- *Honorary Doctorate, Montclair State University, May 2007*
- *Richard J. Hughes Humanitarian of the Year, Catholic Charities, September 2005*
- *Richard Hughes Prize, Seton Hall Law School, February 2005*
- *Friend of Children Award, American Academy of Pediatricians, May 2004*
- *Louis J. Lefkowitz Public Service Award, Fordham School of Law, April 2004*
- *Young Alumni Award of Distinction, The Catholic Univ. of America, October 2003*
- *Lawyer of the Year, NJ State Bar Association, Young Lawyers' Division, June 2001*
- *Wasserstein Fellow, Harvard University Law School, 2000*
- *Skadden Fellow, Skadden Fellowship Foundation, September 1992 to August 1994 (awarded to provide civil legal representation to youth at Covenant House New York)*
- *President's Medal/Baccalaureate Speaker, Catholic University graduation, May 1989*