BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
(SBN 166022)
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 616-4863
Fax: (202) 305-7000

*Attorneys for Federal Defendants*

Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L, et al., | Case No. 3:18-cv-428-DMS-AHG |
| Plaintiff, | **ORDER AUTHORIZING FBI TO CONDUCT SEARCH INQUIRIES NECESSARY TO IMPLEMENT MS. L. SETTLEMENT** |
| v. | |
| U.S. Immigration and Customs Enforcement, et al., | |
| Defendant. | |

Upon consideration of the Parties' Stipulation for Court Order Authorizing FBI to Conduct Search Inquiries to Implement Ms. L. Settlement,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Stipulation is **GRANTED**.

2. The Court AUTHORIZES the FBI to conduct relevant search inquiries necessary to complete the background investigations required by Section III of the Settlement Agreement to determine if an individual isa member of the *Ms. L.* Settlement Class.

1

3. The FRTF will rely on the FBI's background investigations to implement the case review process in accordance with the class membership provisions of the Settlement Agreement.

4. This Order will continue in effect through the termination date of the Settlement Agreement.

**IT IS SO ORDERED**.

Dated:  December 11, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court

2