1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney
2  General
   CHRISTOPHER P. TENORIO
3  Deputy Assistant Attorney General
   (SBN 166022)
4  WILLIAM C. PEACHEY
   Director
5
6  Office of Immigration Litigation
7  U.S. Department of Justice
   WILLIAM C. SILVIS
8  Assistant Director
9  Office of Immigration Litigation
   SARAH B. FABIAN
10 Senior Litigation Counsel
11 FIZZA BATOOL
   Trial Attorney
12 Office of Immigration Litigation
13 U.S. Department of Justice
   Box 868, Ben Franklin Station
14 Washington, DC 20442
15 Telephone: (202) 616-4863
   Fax: (202) 305-7000
16

17

18 *Attorneys for Federal Defendants*

Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

Case No.  3:18-cv-428-DMS-AHG

11

Ms. L, et al.,

12

**ORDER APPOINTING
INDEPENDENT ADJUDICATOR**

13

                    Plaintiff,

v.

14

15

U.S. Immigration and Customs
Enforcement, et al.,

16

17

                    Defendant.

18
19

        Upon consideration of the Parties' Joint Motion for Appointment of Independent Adjudicator,

20
21

        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

22

        1.        The Motion is **GRANTED**.

23
24
25
26
27

        2.        The Court APPOINTS Mr. Kevin M. Ryan as the Independent Adjudicator. This appointment shall be for a term of 3.5 years. The parties shall meet and confer 30 days prior to the termination of the Independent Adjudicator's term and will determine if any extension of this term is necessary. If the parties agree that an extension is necessary they will ask the Court for such extension. Any such

28

extension will be for no longer than six months or until the Termination Date of the Settlement Agreement, whichever is sooner.

3.      For cases referred to the Independent Adjudicator, he will review the FRTF Research Committee's decision, government documents the adjudicator deems relevant, and any submissions by Class Counsel, to determine de novo whether the preponderance of evidence supports the determination.

4.      The Independent Adjudicator will also adhere to any guidelines agreed to between the parties and the Independent Adjudicator in issuing his decisions.

5.      The Independent Adjudicator will issue an order as to who pays the costs for any adjudication brought to him/her. Costs generally will be paid by the losing party unless the Independent Adjudicator determines that the appeal, though unsuccessful, was reasonable and based on non-frivolous claims of error, in which case the costs will be paid by Defendants.

6.      For all communications, including orders and notices, the parties agree to provide to the Independent Adjudicator the relevant Name(s) and Email Addresses for Plaintiffs and Defendants, respectively.

7.      The parties agree to pay the Independent Adjudicator $470 per hour.

8.      The Independent Adjudicator shall submit invoices to the relevant party monthly, listing each order issued during the previous month, including a detailed record of hours billed and expenses incurred to render a decision in each case.

9.      The Independent Adjudicator will provide to each party his or her relevant financial institution information to remit payment of costs.

10.     The losing party will use all good faith efforts to pay the costs within 60 days of receipt of the Independent Adjudicator's invoice.

11.     If either party disputes a bill from the Independent Adjudicator, it will have 10 days to review and submit objections to the Independent Adjudicator or to request additional documentation from the Independent Adjudicator. If any dispute

over the Independent Adjudicator's bill is not resolved within 15 days, the objecting party will submit the dispute to the Court for resolution. The 60-day remittance of costs deadline will be suspended until the Court enters a final order.

12.     The Independent Adjudicator may designate qualified professionals to assist in his or her decision. The Independent Adjudicator will submit the names of any such individuals along with background information and their intended role to the parties for consideration. Both parties must agree to any proposed aides or professionals. These aides and/or professionals will be paid for their services at a rate of not more than $440 per hour for professional staff, and not more than $154 per hour for administrative staff, and these payments will be subject to the procedures designated above.

13.     The Independent Adjudicator and any aides or professionals acting under his supervision will have access to government records, and documentation provided by Plaintiffs. Such access will be subject to any applicable Protective Order in this case.

14.     In the event Mr. Ryan is no longer willing or able to serve as the Independent Adjudicator, the parties shall meet and confer regarding the appointment of an appropriate individual to replace him as the Independent Adjudicator. Following the meet and confer, the parties will seek Court approval for the appointment of such individual.

**IT IS SO ORDERED**.

Dated:  December 11, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court

3