

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., Ms. C., Dora, Alma, | Civil Action No. 18-cv-00428-DMS-AHG |
| Plaintiff | |
| V. | |
| U.S. Immigration and Customs Enforcement ("ICE"); (see attachment) | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs' claims are hereby dismissed with prejudice, except that the Court retains jurisdiction for specified purposes subject to the terms of the Settlement Agreement, including retaining jurisdiction to enforce the Settlement Agreement's terms and to review any future modifications to the Settlement Agreement that the parties might enter into upon mutual agreement. The case is hereby closed.

Date: 12/11/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Olsen
J. Olsen, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  18-cv-00428-DMS-AHG

Defendant(s):

U.S. Department of Homeland Security (DHS); U.S. Customs and Border Protection (CBP); U.S. Citizenship and Immigration Services (USCIS); U.S. Department of Health and Human Services (HHS); Office of Refugee Resettlement (ORR); Thomas Homan Acting Director of ICE; Greg Archambeault San Diego Field Office Director, ICE; Joseph Greene San Diego Assistant Field Office Director, ICE; Kirstjen Nielsen Secretary of DHS; Jefferson Beauregard Sessions, III Attorney General of the United States; Kevin K. McAleenan Acting Commissioner of CBP; L. Francis Cissna Director of USCIS; Pete Flores San Diego Field Director, CBP; Fred Figueroa Warden, Otay Mesa Detention Center; Alex Azar Secretary of the Department of Health and Human Services; Scott Lloyd Director of the Office of Refugee Resettlement; Hector A. Mancha Jr. El Paso Field Director, CBP; Adrian P. Macias El Paso Field Director, ICE; Francis M. Jackson El Paso Assistant Field Office Director, ICE;

Misc Party:

Lesbi Martinez-Martinez Objector; Ms. M. D-L Objector.

Amicus:

Michael Wishnie, et al., amici curiae, Children's Rights., Inc., et al., amici curiae; Scholars of Habeas Corpus and Constitutional Law