1  Wilson G. Barmeyer*
2  Carol T. McClarnon*
   John H. Fleming*
3  EVERSHEDS SUTHERLAND (US) LLP
4  700 Sixth Street NW, Suite 700
   Washington, DC 20001
5  (202) 383-0100
6  wilsonbarmeyer@eversheds-sutherland.com
   carolmcclarnon@eversheds-sutherland.com
7  johnfleming@eversheds-sutherland.com

8  Sirine Shebaya*
9  NATIONAL IMMIGRATION PROJECT
   OF THE NATIONAL LAWYERS' GUILD
10 89 South St., Suite 603,
11 Boston, MA 02111
   (202) 656-4788
12 sirine@nipnlg.org
13
14 Aaron M. Olsen
   Alreen Haeggquist
15 HAEGGQUIST AND ECK LLP
16 225 Broadway, Ste 2050
   San Diego, CA 92101
17 phone: 619.342.8000
   fax: 619.342.7878
18 aarono@haelaw.com
19
20 Attorneys for *Dora* Plaintiffs

21 *Admitted Pro Hac Vice

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 616-4863
Fax: (202) 305-7000

Attorneys for Respondents-
Defendants

22
23
24
25
26
27
28

1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Ms. L, et al.,

                  Petitioners-Plaintiffs,

v.

U.S. Immigration and Customs
Enforcement, et al.,

                  Respondents -
Defendants.

Case No. 3:18-cv-428-DMS

**JOINT MOTION TO EXTEND
TIME TO SEEK ATTORNEYS'
FEES AND EXPENSES BY *DORA*
PLAINTIFFS**

**JOINT MOTION TO EXTEND TIME TO SEEK ATTORNEYS' FEES
AND EXPENSES BY *DORA* PLAINTIFFS**

Counsel for Plaintiffs *Dora* and *Alma* ("*Dora* Plaintiffs") have met and conferred with Respondents-Defendants U.S. Immigration and Customs Enforcement, et al. regarding the *Dora* Plaintiffs' intention to seek reasonable attorneys' fees and expenses in this action based on the proceedings and resolution of the *Dora*-related claims.

The *Dora* Plaintiffs and Respondents-Defendants agree and stipulate that the *Dora* Plaintiffs' request for reasonable fees and expenses shall be governed by the deadlines and substantive provisions in Section VIII (Fees and Expenses) of the *Ms. L* Settlement Agreement dated December 1, 2023 (ECF No. 721-1) and approved by the Court on December 11, 2023 (the "Ms. L Settlement") (ECF No. 727). The parties agree this will facilitate efforts to resolve these issues without the need for Court intervention. The *Dora* Plaintiffs shall make a request for fees and expenses separate from that to be made by *Ms. L* counsel.

On this basis, *Dora* Plaintiffs and Respondent-Defendants request an extension of deadlines for *Dora* Plaintiffs to file a motion seeking fees and expenses. Consistent with the Ms. L Settlement, "[no] later than 60 days following the Effective Date [of

the Ms. L Settlement,] [*Dora* Plaintiffs] will serve a fee demand on Defendants, and the Parties will then enter into negotiations to determine the amount of reasonable fees and expenses to be paid by Defendants. If the Parties cannot reach agreement on the amount of reasonable fees and expenses to be paid, then they will submit the issue to the Court in the *Ms. L.* case for binding resolution." (ECF No. 721-1.)

Accordingly, the parties respectfully request that the Court enter the attached proposed order granting this joint motion to extend the time for *Dora* Plaintiffs to seek reasonable attorneys' fees and expenses.

Dated January 10, 2024

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Wilson G. Barmeyer*
Wilson G. Barmeyer*
Carol T. McClarnon*
John H. Fleming*
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street NW, Suite 700
Washington, DC 20001
(202) 383-0100
wilsonbarmeyer@eversheds-sutherland.com
carolmcclarnon@eversheds-sutherland.com
johnfleming@eversheds-sutherland.com

Sirine Shebaya*
NATIONAL IMMIGRATION PROJECT
OF THE NATIONAL LAWYERS' GUILD
89 South St., Suite 603,
Boston, MA 02111
(202) 656-4788
sirine@nipnlg.org

Aaron M. Olsen
Alreen Haeggquist
Haeggquist and Eck LLP
225 Broadway, Ste 2050
San Diego, CA 92101
phone: 619.342.8000

JOINT MOTION TO EXTEND TIME TO SEEK ATTORNEYS' FEES AND COSTS

1   fax: 619.342.7878
    aarono@haelaw.com

2

3   *   Admitted *Pro Hac Vice*

4   Attorneys for *Dora* Plaintiffs

5

6

7

8

9

10  BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney
11  General

12  CHRISTOPHER P. TENORIO
13  Deputy Assistant Attorney General

14  WILLIAM C. PEACHEY
15  Director

16  WILLIAM C. SILVIS Assistant Director
17

18  SARAH B. FABIAN Senior Litigation
    Counsel
19
    */s/ Fizza Batool*
20  FIZZA BATOOL
21  Trial Attorney
    Office of Immigration Litigation Civil
22  Division
    U.S. Department of Justice
23  P.O. Box 868, Ben Franklin Station
24  Washington, DC 20044
    (202) 616-4863 (phone)
25  (202) 305-7000 (facsimile)
    Email: fizza.batool2@usdoj.gov
26  *Attorneys for Respondents-Defendants*
27

28

JOINT MOTION TO EXTEND TIME TO SEEK ATTORNEYS' FEES AND COSTS

1

2

3                          <u>CERTIFICATE OF SERVICE</u>

4          I hereby certify that on January 10, 2024, I electronically filed the foregoing

5   with the Clerk of the Court using the CM/ECF system which will send notification of

6   such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

7

8                                          <u>*/s/ Wilson G. Barmeyer*</u>
                                           Wilson G. Barmeyer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION TO EXTEND TIME TO SEEK ATTORNEYS' FEES AND COSTS