BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
(SBN 166022)
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

*Attorneys for Federal Defendants*

Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T:  (415) 343-0783
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Ms. L., et al.,

                              *Petitioners-Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement ("ICE"), et al.

                              *Respondents-Defendants*.

Case No. 18-cv-00428-DMS-AHG

Date Filed: February 7, 2024

**JOINT MOTION FOR EXTENSION OF TIME TO SERVE FEE DEMAND AND FILE MOTION FOR ATTORNEYS' FEES**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The parties hereby jointly move for an extension of the deadline for Plaintiffs' counsel to serve a fee demand on Defendants, and for an extension of time to file a motion for attorneys' fees.  Pursuant to Section VIII of the Settlement Agreement, Plaintiffs' counsel have 60 days after the Settlement Effective Date to serve a fee demand on Defendants.  That deadline is currently Friday, February 9, 2024.

Plaintiffs' counsel has been diligently compiling and reviewing their fee records.  However, given the length and extensive activity in this case, counsel's fee records are voluminous and require significant time to compile and review.  In addition, the parties have been engaged in ongoing meet and confers to perform the critical work of implementing the Settlement, which has required substantial time on all sides.

In light of these considerations, the parties believe an extension of the fee deadlines in this case is warranted, and would facilitate the parties' anticipated settlement negotiations concerning fees.  For these reasons, the parties respectfully and jointly request an extension of 60 days for Plaintiffs to submit their fee demand to Defendants.  The parties would thereafter engage in settlement negotiations, and anticipate submitting a motion for attorneys' fees to this Court within a reasonable time after Plaintiffs serve their fee demand.  The parties will submit status reports on their progress every 45 days after April 10, 2024.

.

DATED: February 7, 2024                    Respectfully submitted,


                                           /s/ Lee Gelernt
                                           Lee Gelernt*
                                           Daniel A. Galindo (SBN 292854)
                                           Anand Balakrishnan*
                                           Judy Rabinovitz*
                                           AMERICAN CIVIL LIBERTIES UNION
                                           FOUNDATION

18cv00428

125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T:  (415) 343-0783
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS

Assistant Director

SARAH B. FABIAN
Senior Litigation Counsel

*/s/ Fizza Batool*
FIZZA BATOOL

2

18cv00428

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4863 (phone)
(202) 305-7000 (facsimile)
Email: fizza.batool2@usdoj.gov

*Attorneys for Respondents-Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system.  A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ Lee Gelernt
Lee Gelernt, Esq.

4

18cv00428