Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
lgelernt@aclu.org
jrabinovitz@aclu.org
abalakrishnan@aclu.org
dgalindo@aclu.org

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
skang@aclu.org
samdur@aclu.org

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., <br><br> *Petitioners-Plaintiffs*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"), et al. <br><br> *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-AGH <br><br> Date Filed: February 7, 2024 <br><br> **[PROPOSED] ORDER GRANTING EXTENSION OF FEE DEADLINES** |

Upon consideration of the parties' Joint Motion to Extend Deadline to Submit Fee Demand and File Motion for Attorneys' Fees, the Court finds that there is good cause to GRANT the motion as follows:

1. Plaintiffs are granted an additional 60 days to serve their fee demand on Defendants, to April 10, 2024.

2. The parties will thereafter enter negotiations in an effort to settle fees, and will submit a motion to the Court seeking attorneys' fees at a reasonable time after April 10, 2024.

3. The parties shall submit status reports on the fee issue every 45 days after April 10, 2024, to advise the Court on their progress.

**IT IS SO ORDERED.**

**DATED:**_____  _____
                              **The Hon. Judge Dana Sabraw**

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ Lee Gelernt
Lee Gelernt, Esq.