Lee Gelernt*  
Judy Rabinovitz*  
Anand Balakrishnan*  
Daniel Galindo (SBN 292854)  
AMERICAN CIVIL LIBERTIES UNION FOUNDATION  
IMMIGRANTS' RIGHTS PROJECT  
125 Broad St., 18th Floor  
New York, NY 10004  
T: (212) 549-2660  
F: (212) 549-2654  
*lgelernt@aclu.org*  
*jrabinovitz@aclu.org*  
*abalakrishnan@aclu.org*  
*dgalindo@aclu.org*  

Stephen B. Kang (SBN 292280)  
Spencer E. Amdur (SBN 320069)  
AMERICAN CIVIL LIBERTIES UNION FOUNDATION  
IMMIGRANTS' RIGHTS PROJECT  
39 Drumm Street  
San Francisco, CA 94111  
T: (415) 343-1198  
F: (415) 395-0950  
*skang@aclu.org*  
*samdur@aclu.org*  

*Attorneys for Petitioners-Plaintiffs*  
*\*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>      *Petitioners-Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.<br><br>      *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-AGH<br><br>Date Filed: February 7, 2024<br><br>**ORDER GRANTING EXTENSION OF FEE DEADLINES** |

Upon consideration of the parties' Joint Motion to Extend Deadline to Submit Fee Demand and File Motion for Attorneys' Fees, the Court finds that there is good cause to GRANT the motion as follows:

1. Plaintiffs are granted an additional 60 days to serve their fee demand on Defendants, to April 10, 2024.

2. The parties will thereafter enter negotiations in an effort to settle fees, and will submit a motion to the Court seeking attorneys' fees at a reasonable time after April 10, 2024.

3. The parties shall submit status reports on the fee issue every 45 days after April 10, 2024, to advise the Court on their progress.

**IT IS SO ORDERED.**

Dated:  February 7, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court