UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, *et al.*,<br><br>                      Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>                      Respondents-Defendants. | Case No.:   3:18-cv-00428-DMS-AHG<br><br>**ORDER SETTING STATUS CONFERENCE REGARDING FORTHCOMING ATTORNEY FEE NEGOTIATIONS** |

       This matter comes before the Court upon review of the record. Plaintiffs have a deadline of April 10, 2024 to serve their attorney fee demand on Defendants, and the parties thereafter intend to enter negotiations in an effort to settle fees before submitting a joint motion to the Court for attorney fees at a reasonable time after April 10. *See* ECF No. 735. The parties have further been instructed to submit status reports on their fee negotiations every 45 days after April 10, 2024, to advise the Court on their progress. *Id.*

       In an effort to determine whether the Court may be of assistance in the fee negotiation process, the Court **SETS** a Status Conference for **March 13, 2024** at **11:00 a.m. PT** before Magistrate Judge Allison H. Goddard. The Status Conference shall take place via videoconference, using the Court's official Zoom account. Client participation is not expected or required. Counsel for each side must lodge a participant list

with the Court at efile_Goddard@casd.uscourts.gov no later than **March 11, 2024**, containing the names and email addresses of each expected participant for that side. Chambers staff will circulate the Zoom invitation to all identified participants.

**IT IS SO ORDERED.**

Dated: February 16, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge