BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 616-4863
Fax: (202) 305-7000

*Attorneys for Federal Respondents-Defendants*

Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>    Petitioners-Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>    Respondents-Defendants. | Case No. 3:18-cv-0428 DMS MDD<br><br>**STIPULATED MOTION FOR ORDER EXTENDING COURT'S ORDER, ECF NO. 689, REQUIRING THE GOVERNMENT TO PROVIDE BEHAVIORAL HEALTH SERVICES** |

  On December 1, 2023, the parties filed a joint motion under Federal Rule of Civil Procedure 23 for final approval of the class action settlement in this case, and to certify the proposed *Ms. L.* Settlement Class. ECF No. 721. In pertinent part, "[t]o ensure that class members currently receiving services have time to register as *Ms. L.* Settlement Class members under the terms of the Settlement Agreement and have no gap in their available behavioral health services, the parties stipulate[d] that the Court's Order authorizing those services, ECF No. 689, should remain in effect for 90 days following the Court's final approval of the Settlement Agreement, notwithstanding that the final approval order will otherwise terminate this litigation." ECF No. 721, at 7 n.1.

  On December 11, 2023, the Court entered final approval of the *Ms. L.* Settlement Agreement and certified the *Ms. L.* Settlement Class. ECF No. 727. The Court also ordered that its May 19, 2023 Order, ECF No. 689, "shall remain in place for 90 days following issuance of this Order." ECF No. 727. The 90-day period is set to expire on Sunday, March 10, 2024.

  To ensure that class members currently receiving services have time to register as *Ms. L.* Settlement Class members under the terms of the Settlement Agreement, the parties jointly request that the Court enter the proposed stipulated order to extend its May 19, 2023 Order, ECF No. 689, until March 31, 2024. Good cause exists to grant the

parties' request because the proposed order will allow a limited period of additional time for continued behavioral health services to the *Ms. L.* class members as they complete registration.

DATED: March 8, 2024          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel

/s/ Fizza Batool
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4863 (phone)
(202) 305-7000 (facsimile)
Email: fizza.batool2@usdoj.gov

*Attorneys for Respondents-Defendants*

/s/ Lee Gelernt (with permission)
Lee Gelernt*
Judy Rabinovitz*
Anand Balakrishnan*
Daniel A. Galindo (SBN 292854)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

125 Broad St., 18th Floor
New York, NY 10004

T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Bardis Vakili (SBN 247783)
ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 398-4485
F: (619) 232-0036
*bvakili@aclusandiego.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

4

3:18-cv-0428 DMS MDD

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is Box 868, Ben Franklin Station, Washington, DC 20044. I am not a party to the above-entitled action. I have caused service of the accompanying **STIPULATED MOTION FOR ORDER EXTENDING COURT'S ORDER, ECF NO. 689, REQUIRING THE GOVERNMENT TO PROVIDE BEHAVIORAL HEALTH SERVICES** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 8, 2024              *s/ Fizza Batool*
                                   Fizza Batool