UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, *et al.*,<br><br>                    Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>                    Respondents-Defendants. | Case No.:   3:18-cv-00428-DMS-AHG<br><br>**ORDER SETTING SETTLEMENT CONFERENCE RE ATTORNEY FEE NEGOTIATIONS AND RELATED DEADLINES** |

    The Court held a Status Conference on March 13, 2024 before Magistrate Judge Allison H. Goddard to discuss a timeline for the attorney fee negotiation process in this matter. ECF No. 739. This order follows.

    As discussed during the conference, Plaintiffs will meet their existing deadline to serve an attorney fee demand on Defendants by **April 10, 2024**. Defendants must respond to the fee demand by **May 1, 2024**. Thereafter, counsel must meet and confer to try to reach an agreement on the attorney fee issue without court facilitation.

    The presiding judge in this matter, Chief District Judge Dana M. Sabraw, previously ordered the parties to submit status reports on the attorney fee issue every 45 days after April 10, 2024. ECF No. 735. Pursuant to that Order, the first such status report will be due by **May 28, 2024**. If that status report reflects that the parties have not reached an agreement

through informal negotiations, the Court will hold a Settlement Conference on **June 5, 2024** at **9:30 a.m.** before Judge Goddard. The Settlement Conference shall take place via **videoconference**, using the Court's official Zoom account. Client participation is not expected or required.

In preparation for the Settlement Conference, no later than **May 31, 2024**, each side must lodge a **confidential** Settlement Conference Statement with the Court at efile_Goddard@casd.uscourts.gov, which must include a copy of that side's attorney fee demand or response, along with a confidential explanation of that side's settlement position on the fee issue and any other information deemed important to settlement negotiations. The confidential Settlement Conference Statements are limited to five (5) pages each, not including exhibits. The fee demand/response may be included as an attachment.

Counsel for all parties involved in the attorney fee negotiations must lodge a participant list with the Court at efile_Goddard@casd.uscourts.gov no later than **May 31, 2024**, containing the names and email addresses of each expected participant for that side. Chambers staff will circulate the Zoom invitation to all identified participants at least one day prior to the conference.

All participants shall display the same level of professionalism during the hearing and be prepared to devote their full attention to the hearing as if they were attending in person, including by dressing in appropriate courtroom attire. Participants should be prepared to appear on camera and should not be driving or otherwise in a car during the conference. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the videoconference.

**IT IS SO ORDERED.**

Dated: March 13, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge