BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 616-4863
Fax: (202) 305-7000

*Attorneys for Federal Respondents-Defendants*

Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94102
T:  (415) 343-0783
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>　　　　Petitioners-Plaintiffs,<br><br>　vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　Respondents-Defendants. | Case No. 3:18-cv-00428-DMS-AHG<br><br>**JOINT MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE RE ATTORNEY FEE NEGOTIATIONS AND RELATED DEADLINES** |

On March 13, 2024, the Court set deadlines for the parties regarding attorney fee negotiations. The Court ordered that Plaintiffs would serve an attorney fee demand on Defendants by April 10, 2024. ECF No. 740. Defendants must respond to the fee demand by May 1, 2024. *Id.* Thereafter, the parties must meet and confer to try to reach an agreement on the attorney fee issue without court facilitation. *Id.* Further, consistent with Chief Judge Sabraw's Order, ECF No. 735, the parties must file a joint status report every 45 days after April 10, 2024. The first status report is due by May 28, 2024. ECF No. 740. The Court scheduled a Settlement Conference for June 5, 2024, to discuss the status of the parties' settlement negotiations if the status report reflects that the parties have not reached an agreement. ECF No. 740. In preparation for the Settlement Conference, the Court ordered that no later than May 31, 2024, the parties must lodge a confidential Settlement Conference Statement with the Court at efile_Goddard@casd.uscourts.gov, which must include a copy of that side's attorney fee demand or response, along with a confidential explanation of that side's settlement position on the fee issue and any other information deemed important to settlement negotiations *Id.*

This is the parties' first request for a continuance of the settlement conference regarding the attorney fee negotiation process. The parties propose this request in good

faith and not for the purpose of delay. Specifically, on April 10, 2024, Plaintiffs served a fee demand on Defendants. On April 13, 2024, the Government requested Plaintiffs to provide more detailed billing records in support of the fee demand. Plaintiffs have now provided the Government with a significant amount of the documentation and expect to submit the remainder within a few days. Because the billing records are voluminous, the parties require a few additional weeks to submit, review, and engage in settlement negotiations in the first instance without court facilitation. Granting the requested motion will not impact any non-fee related deadlines in the case and will serve the interests of justice by affording the parties a reasonable period of time to engage in settlement negotiations in preparation for a future settlement conference, should one be necessary.

Accordingly, the parties jointly request that the Court continue the settlement conference currently scheduled for June 5, 2024 to July 8, 2024, and adjust the related deadlines as follows:

- Plaintiffs submit complete billing records: April 29, 2024
- Defendants respond to Plaintiffs' fee demand: May 24, 2024
- Joint Status Report: May 28, 2024
- Confidential Settlement Statement: July 1, 2024
- Settlement Conference: July 8, 2024

DATED: April 24, 2024                Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director

```
                              WILLIAM C. SILVIS
                              Assistant Director
                              SARAH B. FABIAN
                              Senior Litigation Counsel

                              /s/ Fizza Batool
                              FIZZA BATOOL
                              Trial Attorney
                              Office of Immigration Litigation
                              Civil Division
                              U.S. Department of Justice
                              P.O. Box 868, Ben Franklin Station
                              Washington, DC 20044
                              (202) 616-4863 (phone)
                              (202) 305-7000 (facsimile)
                              Email: fizza.batool2@usdoj.gov

                              Attorneys for Respondents-Defendants

                              /s/ Lee Gelernt (with permission)
                              Lee Gelernt*
                              Daniel A. Galindo (SBN 292854)
                              Judy Rabinovitz*
                              Anand Balakrishnan*
                              Daniel A. Galindo (SBN 292854)
                              AMERICAN CIVIL LIBERTIES UNION
                              FOUNDATION
                              125 Broad St., 18th Floor
                              New York, NY 10004

                              T: (212) 549-2660
                              F: (212) 549-2654
                              lgelernt@aclu.org
                              jrabinovitz@aclu.org
                              abalakrishnan@aclu.org

                              Stephen B. Kang (SBN 292280)
                              Spencer E. Amdur (SBN 320069)
                              AMERICAN CIVIL LIBERTIES UNION
                              FOUNDATION
```

425 California Street, 7th Floor
San Francisco, CA 94104
T:  (415) 343-0783
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is Box 868, Ben Franklin Station, Washington, DC 20044. I am not a party to the above-entitled action. I have caused service of the accompanying **JOINT MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE RE ATTORNEY FEE NEGOTIATIONS AND RELATED DEADLINES** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 24, 2024        *s/ Fizza Batool*
                             Fizza Batool