BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 616-4863
Fax: (202) 305-7000


*Attorneys for Federal Respondents-Defendants*

Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94102
T:  (415) 343-0783
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MS. L, et al.,

        Petitioners-Plaintiffs,

    vs.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

        Respondents-Defendants.

Case No. 3:18-cv-00428-DMS-AHG

**JOINT STATUS REPORT RE
ATTORNEY FEE NEGOTIATIONS**

The parties file this joint status report on the status of attorney fee negotiations and apologize for its delay. *See* ECF No. 735 (requiring joint status report every 45 days after April 10, 2024). The next joint status report is due July 11, 2024.

The parties report that they have made considerable progress in recent negotiations:

- On April 29, Plaintiffs sent the last of their billing records to Defendants, as required by the Court's deadlines. *See* ECF No. 741.

- On May 24, Defendants responded to Plaintiffs' fee demand. *See id.*

- On June 3, Plaintiffs sent a reply to Defendants. Defendants are now reviewing that reply.

The parties continue to diligently meet and confer to reach an agreement on the attorney fee issue, and do not believe court facilitation is necessary at this time.

DATED: June 6, 2024        Respectfully submitted,

                              BRIAN M. BOYNTON
                              Principal Deputy Assistant Attorney General
                              CHRISTOPHER P. TENORIO
                              Deputy Assistant Attorney General

2

1

WILLIAM C. PEACHEY
Director

2

WILLIAM C. SILVIS
Assistant Director

3

4

*/s/ Fizza Batool*

5

FIZZA BATOOL
Trial Attorney

6

Office of Immigration Litigation
Civil Division

7

U.S. Department of Justice

8

P.O. Box 868, Ben Franklin Station
Washington, DC 20044

9

(202) 616-4863 (phone)

10

(202) 305-7000 (facsimile)
Email: fizza.batool2@usdoj.gov

11

12

*Attorneys for Respondents-Defendants*

13

/s/ Lee Gelernt (with permission)

14

Lee Gelernt*
Daniel A. Galindo (SBN 292854)

15

Judy Rabinovitz*

16

Anand Balakrishnan*
Daniel A. Galindo (SBN 292854)

17

AMERICAN CIVIL LIBERTIES UNION

18

FOUNDATION
125 Broad St., 18th Floor

19

New York, NY 10004

20

21

T:  (212) 549-2660
F:  (212) 549-2654

22

*lgelernt@aclu.org*

23

*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

24

25

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)

26

AMERICAN CIVIL LIBERTIES UNION

27

FOUNDATION

28

3

425 California Street, 7th Floor
San Francisco, CA 94104
T:  (415) 343-0783
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*

3:18-cv-0428 DMS AHG

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is Box 868, Ben Franklin Station, Washington, DC 20044. I am not a party to the above-entitled action. I have caused service of the accompanying **JOINT STATUS REPORT RE ATTORNEY FEE NEGOTIATIONS** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 6, 2024                    _s/ Fizza Batool_
                                       Fizza Batool

3:18-cv-0428 DMS AHG