UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, *et al.*,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Respondents-Defendants. | Case No.:   3:18-cv-00428-DMS-AHG<br><br>**ORDER:**<br><br>**(1) VACATING SETTLEMENT CONFERENCE; and**<br><br>**(2) SETTING DEADLINE TO FILE MOTIONS FOR COURT APPROVAL OF ATTORNEY FEE SETTLEMENTS** |

|   |   |
|---|---|
| 1 | Counsel for Plaintiffs in this action, as well as counsel for the "Dora Plaintiffs" who are parties to the global settlement agreement resolving this action, have notified the Court that each set of Plaintiffs has reached an agreement with Defendants on the issue of attorney fees and costs. Accordingly, the Settlement Conference on the attorney fee issue previously set for July 8, 2024 before Magistrate Judge Allison H. Goddard is hereby **VACATED**. |

The filing deadline for any motion for Court approval of the settlement agreements regarding Plaintiffs' attorney fees and costs is **August 30, 2024**. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.

**IT IS SO ORDERED.**

Dated: July 2, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge