BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 616-4863
Fax: (202) 305-7000

*Attorneys for Federal Respondents-Defendants*

Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>        Petitioners-Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>        Respondents-Defendants. | Case No. 3:18-cv-00428-DMS-AHG<br><br>**JOINT MOTION FOR CONTINUANCE OF DEADLINE TO FILE MOTION FOR COURT APPROVAL OF ATTORNEYS' FEES SETTLEMENT** |

    On July 2, 2024, after the parties had informed the Court that the parties had reached agreement on the issue of attorney fees and costs, the Court set a deadline of August 30, 2024, for the parties to file any motion for Court approval of the settlement for attorneys' fees and costs ("Fees Settlement"). *See* Dkt. 745.

    Since that time, the parties have been diligently working to meet that deadline. On Friday, August 16, 2024, Defendants informed Plaintiffs that they had received final high-level approval on the Fees Settlement. The parties thereafter began drafting the text of the Fees Settlement and completing preparation of the Motion papers. The parties have now exchanged drafts of the Fees Settlement, as well as the draft Class Notice (in English and Spanish) concerning the Fees Settlement.

    Although the parties are close to finalizing all of the relevant documents, they require a brief extension to finish reviewing drafts and obtain the necessary sign off from their clients.

    This is the parties' first request for a continuance of the deadline for filing the Motion. The parties propose this request in good faith and not for the purpose of delay, and have been diligently working to meet the Court's deadlines.

    Accordingly, the parties respectfully request an extension until **Monday, September 10, 2024** to file the Motion for Court approval of the Fees Settlement.

DATED: August 30, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
WILLIAM C. SILVIS
Assistant Director

*/s/ Fizza Batool (with permission)*
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4863 (phone)
(202) 305-7000 (facsimile)
Email: fizza.batool2@usdoj.gov

*Attorneys for Respondents-Defendants*

*/s/ Stephen B. Kang*
Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T:  (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

Lee Gelernt*
Daniel A. Galindo (SBN 292854)

3

Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I have caused service of the accompanying **JOINT MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

DATED: August 30, 2024          *s/ Stephen B. Kang*
                                                      Stephen B. Kang