UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, *et al.*,<br><br>     Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>     Respondents-Defendants. | Case No.:   3:18-cv-00428-DMS-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF DEADLINE TO FILE MOTION FOR COURT APPROVAL OF ATTORNEY FEE SETTLEMENTS**<br><br>**[ECF No. 746]** |

Before the Court is the parties' Joint Motion for Continuance of Deadline to File Motion for Court Approval of Attorneys' Fees Settlement. ECF No. 746. In the Joint Motion, the parties state that as of August 16, 2024, Defendants have received final high-level approval of the parties' settlement of attorney fees and costs in this action, but the parties are still in the process of finalizing the written fee settlement agreement and the draft class notice. *Id.* Accordingly, they request a modest extension of the August 30, 2024 deadline to file a motion for court approval of the fee settlement.

Good cause appearing, the Joint Motion is **GRANTED**. The filing deadline for any motion for Court approval of the settlement agreements regarding Plaintiffs' attorney fees and costs is **September 10, 2024**. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.

**IT IS SO ORDERED.**

Dated: August 30, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge