BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 616-4863
Fax: (202) 305-7000

*Attorneys for Federal Respondents-Defendants*

Lee Gelernt\*
Daniel A. Galindo (SBN 292854)
Judy Rabinovitz\*
Anand Balakrishnan\*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
F:  (212) 549-2654
*lgelernt@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-1198
F:  (415) 395-0950
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>        Petitioners-Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>        Respondents-Defendants. | Case No. 3:18-cv-00428-DMS-AHG<br><br>**JOINT MOTION FOR CONTINUANCE OF DEADLINE TO FILE MOTION FOR COURT APPROVAL OF ATTORNEYS' FEES SETTLEMENT** |

    On July 2, 2024, after the parties had informed the Court that the parties had reached agreement on the issue of attorney fees and costs, the Court set a deadline of August 30, 2024, for the parties to file any motion for Court approval of the settlement for attorneys' fees and costs ("Fees Settlement"). *See* Dkt. 745. On Friday, August 30, 2024, the Court granted the parties' joint request for a brief extension to finalize the written fee agreement and class notices. *See* Dkt. 747.

    The parties have continued to diligently work to meet that deadline and have made substantial progress. The main remaining item is the finalization of the text of the fee agreement itself. Class Counsel and Defendants are agreed on the main points, but are working out one remaining technical matter. In addition, certain key personnel from Defendants agencies are on leave this week.

    The parties therefore require a brief extension to finish the fees agreement and obtain the necessary sign off from their clients.

    This is the parties' second request for a continuance of the deadline for filing the Motion. The parties propose this request in good faith and not for the purpose of delay, and have been diligently working to meet the Court's deadlines.

    Accordingly, the parties respectfully request an extension until **Tuesday, September 24, 2024** to file the Motion for Court approval of the Fees Settlement.

| | | |
|---|---|---|
| 1 | DATED: September 9, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | BRIAN M. BOYNTON |
| | | Principal Deputy Assistant Attorney General |
| 4 | | CHRISTOPHER P. TENORIO |
| 5 | | Deputy Assistant Attorney General |
| | | WILLIAM C. PEACHEY |
| 6 | | Director |
| 7 | | WILLIAM C. SILVIS |
| | | Assistant Director |
| 8 | | |
| 9 | | */s/ Fizza Batool* |
| | | FIZZA BATOOL |
| 10 | | Trial Attorney |
| 11 | | Office of Immigration Litigation |
| | | Civil Division |
| 12 | | U.S. Department of Justice |
| 13 | | P.O. Box 868, Ben Franklin Station |
| | | Washington, DC 20044 |
| 14 | | (202) 616-4863 (phone) |
| 15 | | (202) 305-7000 (facsimile) |
| | | Email: fizza.batool2@usdoj.gov |
| 16 | | |
| 17 | | *Attorneys for Respondents-Defendants* |
| 18 | | */s/ Lee Gelernt (with permission)* |
| 19 | | Lee Gelernt* |
| | | Daniel A. Galindo (SBN 292854) |
| 20 | | Judy Rabinovitz* |
| 21 | | Anand Balakrishnan* |
| | | AMERICAN CIVIL LIBERTIES UNION |
| 22 | | FOUNDATION |
| 23 | | 125 Broad St., 18th Floor |
| | | New York, NY 10004 |
| 24 | | T:  (212) 549-2660 |
| 25 | | *lgelernt@aclu.org* |
| | | *dgalindo@aclu.org* |
| 26 | | *jrabinovitz@aclu.org* |
| 27 | | *abalakrishnan@aclu.org* |
| 28 | | |

|   |   |
|---|---|
| 1 | Stephen B. Kang (SBN 292280) |
| 2 | Spencer E. Amdur (SBN 320069) |
| 3 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 4 | 425 California Street, 7th Floor |
| 5 | San Francisco, CA 94104 |
|   | T:  (415) 343-0783 |
| 6 | *skang@aclu.org* |
| 7 | *samdur@aclu.org* |

*Attorneys for Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

4

3:18-cv-0428 DMS AHG

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I have caused service of the accompanying **JOINT MOTION FOR CONTINUANCE OF SETTLEMENT CONFERENCE** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

DATED: September 9, 2024        *s/ Fizza Batool*
                                Fizza Batool