UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, *et al.*,<br><br>    Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Respondents-Defendants. | Case No.: 3:18-cv-00428-DMS-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF DEADLINE TO FILE MOTION FOR COURT APPROVAL OF ATTORNEY FEE SETTLEMENTS**<br><br>**[ECF No. 748]** |

|   |   |
|---|---|
| 1 | Before the Court is the parties' second Joint Motion for Continuance of Deadline to File Motion for Court Approval of Attorneys' Fees Settlement ("Joint Motion"). ECF No. 748. In the Joint Motion, the parties state that while they have made substantial progress in finalizing their written settlement agreement on attorney fees and costs, they still need to work out one remaining technical matter in the written agreement. *Id.* at 2. Additionally, certain key personnel from Defendants' agencies are on leave this week. Accordingly, they request a two-week extension of the September 10, 2024 deadline to file a motion for court approval of the fee settlement. |

Good cause appearing, the Joint Motion is **GRANTED**. The filing deadline for any motion for Court approval of the settlement agreements regarding Plaintiffs' attorney fees and costs is **September 24, 2024**. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.

**IT IS SO ORDERED.**

Dated: September 9, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge