AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| Ms. L. et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:18-cv-00428-DMS-AHG |
| U.S. Citizenship and Immigration Services, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 09/20/2024

*/s/ Christina Parascandola*
*Attorney's signature*

Christina Parascandola D.C. 468479
*Printed name and bar number*

Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
*Address*

christina.parascandola@usdoj.gov
*E-mail address*

(202) 514-3097
*Telephone number*

(202) 305-7000
*FAX number*