BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
FIZZA BATOOL
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
E-mail: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. | Case No. 3:18-cv-00428-DMS-AHG <br><br> **MOTION TO WITHDRAW COUNSEL, FIZZA BATOOL** |

TO: THE CLERK OF THE COURT
AND TO: ALL PARTIES OF RECORD AND THEIR COUNSEL

    PLEASE TAKE NOTICE that undersigned counsel, Fizza Batool, hereby respectfully moves to withdraw as counsel of record for Defendants in the above-captioned case. Undersigned counsel will be joining a different office with the U.S. Department of Justice. Defendants will continue to be represented by all remaining counsel of record for Defendants.

Dated: September 20, 2024        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy
        Assistant Attorney General
        Civil Division
        CHRISTOPHER P. TENORIO
        Deputy Assistant Attorney General
        WILLIAM C. PEACHEY
        Director
        Office of Immigration Litigation
        WILLIAM C. SILVIS
        Assistant Director

        */s/ Fizza Batool*
        FIZZA BATOOL
        Trial Attorney
        U.S. Department of Justice
        Office of Immigration Litigation
        P.O. Box 868, Ben Franklin Station
        Washington, D.C. 20044
        Tel: (202) 616-4863
        Fax: (202) 305-7000
        E-mail: fizza.batool2@usdoj.gov

        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2024, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

                                 */s/ Fizza Batool*
                                 FIZZA BATOOL
                                 Trial Attorney