**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L, et al., | Case No. 3:18-cv-428-DMS |
|     Petitioners-Plaintiffs, | **DECLARATION OF WILSON G. BARMEYER IN SUPPORT OF *DORA* PLAINTIFFS' REQUEST FOR AWARD OF ATTORNEYS' FEES** |
| v. | |
| U.S. Immigration and Customs Enforcement, et al., | |
|     Respondents - Defendants. | |

**DECLARATION OF WILSON G. BARMEYER IN SUPPORT OF**

***DORA* PLAINTIFFS' REQUEST FOR AWARD OF ATTORNEYS' FEES**

I, Wilson G. Barmeyer, hereby declare and state:

1. I am a Partner at the law firm Eversheds Sutherland (US) LLP ("Eversheds Sutherland") in Washington, D.C. and counsel for the *Dora* Plaintiffs in this litigation.

2. I make this Declaration based on personal knowledge and based on a reasonable review of records from the attorneys who worked with me on this case.

3. The *Dora* Plaintiffs are seeking recovery of reasonable attorney fees and expenses for the work performed in this case on the *Dora* claims, as a prevailing party.

1

4. The request includes fees for time worked to prepare and file litigation, litigating the case through settlement in 2018, the filing of an amended complaint as part of settlement, the process for seeking approval of the 2018 class action settlement, and time worked on implementation of the *Dora* settlement, which included motion practice to enforce the settlement.

5. I have reviewed the time and expense records for Eversheds Sutherland, the Legal Aid Justice Center, and the National Immigration Project of the National Lawyers Guild for the legal work performed on the *Dora* claims. The hours were recorded contemporaneously and reflect the work performed.

6. Time records reflect that Eversheds Sutherland attorneys and paralegals worked a total of 1,439.4 hours from August 2018 through December 2023. Time worked by attorneys at the firm during that period included, *inter alia*, drafting motions and other court filings, negotiating with the Government, drafting regarding the settlement proposals, reviewing objections, legal research and other efforts to support the claims, gathering facts from named plaintiffs and other class members, assisting class members with their claims, preparing for hearings, and other work to litigate the case and implement the settlement.

7. Time records reflect that Legal Aid Justice Center Attorneys worked a total of 54.0 hours from June 2018 through July 2020.

8. Time records reflect that National Immigration Project of the National Lawyers Guild (NIPNLG) Attorneys worked a total of 134.1 hours.

9. *Dora* Plaintiffs also incurred expenses in the amount of $2,697.91 for filing fees, travel to a court hearing, and printing for communications to class members.

10. After arms-length negotiation, Defendants have agreed to pay a total of $301,729.93 in attorneys' fees and expense to the *Dora* Plaintiffs, which includes (1) $299,032.02 for attorneys' fees for a total of 1627.5 hours worked from 2018-2023, and (2) expenses of $2,697.91.

11. The fee request and negotiation were based on statutory rates under the Equal Access to Justice Act pursuant to 28 U.S.C. § 2412 (d)(2)(A), calculated according to the formula set out in *Thangaraja v. Gonzales*, 428 F.3d 870, 876–77 (9th Cir. 2005). Applicable EAJA rates range from $201.60 (in 2018) to $244.62 (in 2023).

12. The attorney fee request calculated based on EAJA rates is much lower than a comparable lodestar, which would be based on market rates. The fee request calculated under EAJA rates is less than 1/3 of the lodestar, if the total fees worked had been determined based on market rates.

13. *Dora* counsel exercised billing judgment at several stages, including through a review and reduction of certain time entries and by agreeing to further reductions in negotiations with Defendants.

14. The amount of attorneys' fees and expenses requested have been agreed to by Defendants after negotiation. In February 2024, the *Dora* Plaintiff submitted a fee proposal to Defendants based on the documented hours worked, after review for billing judgment. Detailed records were provided for Defendants' review. After a negotiated further reduction, on June 6, 2024, the *Dora* Plaintiffs and Defendants reached agreement in principle on the reasonable amounts.

15. After the reductions for billing judgment and negotiation with Defendants, *Dora* Plaintiffs request a total of $301,729.93 in attorneys' fees and expenses.

I declare under penalty of perjury under the laws of the District of Columbia that the above is true and correct to the best of my knowledge, information, and belief. Executed on August 29, 2024 in Washington, D.C.

Signed by:
*Wilson G. Barmeyer*
76EE64310671458...
Wilson G. Barmeyer

---

4
DECLARATION OF WILSON G. BARMEYER IN SUPPORT OF *DORA* PLAINTIFFS' REQUEST FOR AWARD OF ATTORNEYS' FEES