# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Ms. L, et al.,

    Plaintiff,

v.

U.S. Immigration and Customs Enforcement, et al.,

    Defendant.

Case No. 3:18-cv-428-DMS

**ORDER GRANTING FINAL APPROVAL OF SETTLEMENT REGARDING ATTORNEYS' FEES AND COSTS**

Upon consideration of Plaintiffs' Unopposed Motion for Final Approval of the Settlement Regarding Attorneys' Fees and Costs ("Fees Settlement"), the record in this case, and the argument of the parties at the hearing regarding approval of the Fees Settlement on Tuesday, November 5, 2024,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Motion is **GRANTED**.

2. The Court finds that: (a) the proposed Fees Settlement is fair, reasonable, and adequate to grant final approval of the proposed Fees Settlement under Fed. R. Civ. P. 23(e); (b) the Fees Settlement was negotiated at arm's length

by experienced counsel acting in good faith; and (c) there has been adequate opportunity for experienced counsel to evaluate the claims and risks at this stage of the litigation.

3.   The Court finds that the Class Notice given concerning the Fees Settlement fully informed the Class Members of the material elements of the proposed Fees Settlement and their opportunity to object and comment, and that the notice the parties provided complied with the requirements of Federal Rule of Civil Procedure 23. No Ms. L. Settlement Class member has objected to the Fees Settlement, which further supports granting approval.

4.   Accordingly, the Court hereby grants final approval of the Fees Settlement, directs that the Fees Settlement be effectuated per its terms, and orders the following:

    a. The Ms. L. Plaintiffs are awarded fees and expenses in a total of $6,109,934.14, with $4,000,000 to go to the ACLU and $2,109,934.14 to go to the Steering Committee organizations;

    b. The Dora Plaintiffs are awarded fees and expenses in a total of $301,729.93.

5.   The Court reserves continuing jurisdiction to interpret and enforce the Fees Settlement.

**IT IS SO ORDERED**.

Dated:  November 5, 2024

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court