Lee Gelernt*
Dan Galindo (SBN 292854)
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, 7th Floor
San Francisco, CA 94111
T: (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*

*\*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L. et al., <br><br> *Petitioners-Plaintiffs*, <br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"); et al, <br><br> *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD <br><br> Date Filed: April 23, 2025 <br><br> **DECLARATION OF JESSICA FARB** <br><br> Class Action |

1. My name is Jessica Farb, and I am the Deputy Director at the Immigration Center for Women and Children (ICWC). ICWC is a non-profit legal organization providing free and affordable immigration services to underrepresented immigrants in California and Nevada. ICWC strives to provide security and stability for children who are abused, abandoned or neglected and for immigrants who are victims of domestic violence, sexual assault, and other violent crimes.

2. ICWC is a legal service provider of the Legal Access Services for Reunified Families (LASRF) program.  Through LASRF, ICWC provides legal information and advice to class members and qualifying additional family members of the *Ms. L., et al. v. U.S. Immigration and Customs Enforcement, et al.*, 18-cv-00428-DMS-AHG (S.D. Cal. Oct. 16, 2023) ("*Ms. L* Settlement Agreement"). To date, ICWC has worked with 89 class members and qualifying additional family members. The most common services are comprehensive legal screenings to class members, during which we discuss benefits conferred by the Settlement Agreement and possible forms of relief; and re-parole support, including assistance with completing and filing Form I-131 applications.  We are also working with multiple class members who are interested in seeking asylum or petitions for U Nonimmigrant Status.

3. If the Executive Office for Immigration Review (EOIR) terminates the LASRF program, ICWC will cease providing most services to class members and qualifying additional family members. The loss of services will have an immediate negative impact on affected individuals.

4. In the past year, ICWC received many more requests for assistance that our team had capacity to meet. We told class members and qualifying additional family members that ICWC would likely serve them in the next contract year.  Many individuals are facing fast-approaching parole expiration dates. Without assistance, they are unlikely able to file on their own. Their parole and work authorization will lapse. We are currently working with many class members who still need assistance

requesting rescission of expedited removal orders or prosecutorial discretion to join motions to reopen and/or dismiss EOIR proceedings. Similarly, we are working closely with class members to meet their deadline under the Settlement Agreement to file for asylum.

5. Without the LASRF program, class members and qualifying additional family members will not receive the services they are entitled to under the Settlement Agreement. Many will miss the deadlines outlined in the Settlement Agreement to seek relief, leaving them without a pathway to pursue legal status.

I declare under penalty of perjury that to the best of my knowledge the above facts are true and correct.

Executed this 17th day of April, 2025, in San Francisco, CA.

Jessica Farb, Deputy Director
Immigration Center for Women and Children
1254 Market Street, 3rd Floor
San Francisco, CA 94102
Tel: 415-861-1449, ext. 2305
Fax: 415-861-1681
jess@icwclaw.org
www.icwclaw.org