Lee Gelernt*
Dan Galindo (SBN 292854)
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, 7th Floor
San Francisco, CA 94111
T:  (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Petitioners-Plaintiffs*

*\*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L. et al.,<br><br>　　　　　*Petitioners-Plaintiffs*,<br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"); et al,<br><br>　　　　　*Respondents-Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: April 23, 2025<br><br>**DECLARATION OF**<br><br>**MARIEN VELEZ ALCAIDE**<br><br>Class Action |

I, Marien Velez Alcaide, make this declaration based on my personal knowledge, except where I have indicated otherwise. If called as a witness, I would testify competently and truthfully to these matters.

1.      I am an attorney practicing in the areas of immigration law and human rights. I am barred in the State of Texas, State of Connecticut and Puerto Rico.

2.      I am a Managing Attorney for the Family Reunification Program at Al Otro Lado ("AOL"), a binational non-profit organization providing free legal services to indigent immigrants and advocating for their rights. I started working at Al Otro Lado in November 2024. My duties include managing the Legal Access Services for Reunified Families ("LASFR) program, ensuring contract compliance, supervising and supporting the legal staff working under the program, managing referrals, and case placements with and mentorship of pro bono attorneys.

3.      Under the LASFR Program, including both Regional Services ("Regional") and National Pro Bono Placement Services ("NPB"), AOL has assisted approximately 140 class members and additional qualifying family members. We have provided individual consultation and counseling, pro se workshops, pro bono referrals and placements, non-legal services referrals, and other essential legal services.

4.      Under the Regional services of the program, AOL assisted around ninety-seven (97) participants with filing parole renewals, parole-in-place applications, work permit applications, U visa applications, motions to terminate proceedings with the court (EOIR 61 filings), along with other services. The legal assistance provided so far have resulted in twenty-seven (27) parole application approvals, one U visa application pending with USCIS, one U visa certification pending to be signed, and several Motions to Terminate removal proceedings and Motions to Reopen and Dismiss filed with the immigration court.

5.      Under the NPB services of the program, AOL assisted forty-three (43) participants in placing them with pro bono attorneys to represent them in asylum

petitions (7), U visa applications (7), parole in place applications (3), humanitarian parole renewals (23), SIJS petitions (2), and Motions to Terminate and/or Motions to Reopen and Dismiss (3). At least (nine) 9 humanitarian parole renewals have already been approved and the others are pending.

6.    The number of class members and qualifying family members who needed legal assistance during the current LASFR contract task year greatly exceeded the capacity of the legal services providers. AOL created a waitlist of participants to be served under the new task year, scheduled to begin on May 1, 2025, as we reached capacity. The contract renewal process was already underway, and there were no indications that the contract would not be renewed as scheduled.

7.    AOL's LASFR waitlist includes approximately 36 classmembers and additional qualifying members that urgently need assistance for their parole renewals which are set to expire in May and June 2025. Some of the participants also need assistance with the filing of their asylum applications, SIJS applications and Motions to Terminate and/or Motions to Reopen and Dismiss.

8.    All participants were informed by AOL that they were on a waitlist, and that they would be contacted to receive services under the LASFR program as soon as the new contract began on May 1, 2025.

9.    On April 11, 2025, the Acacia Center for Justice informed AOL and the rest of the LASFR legal service providers, that they received a notice from their contracting officer indicating that the government did not intend to exercise LASRF OY1 and that EOIR intended for the task order to lapse on April 30, 2025.

10.    The class members on AOL's waitlist have reached out to me, expressing fear and desperation about not receiving the urgent legal assistance they need for their immigration cases. They are terrified of the potential consequences for themselves and their families if they are unable to file their parole renewals in time, including the possibility of reliving the family separation process.

11.     The termination of this program will have devastating consequences for Ms. L class members and their families, as they will lose access to crucial legal and social assistance. Without this legal support, their current cases will be negatively impacted, and those who have not yet received legal guidance will be unable to file the necessary forms for relief, including parole renewals. This could jeopardize their parolee status.

12.     Providing legal assistance to class members is essential to ensure their rights under the Settlement are protected and to help them navigate a complex and often adversarial immigration system. Immigration attorneys possess specialized knowledge of immigration law and regulations, enabling them to assist class members with the numerous challenging forms, strict deadlines, and various government agencies involved in the process. An attorney can ensure that all requirements are met and that the case is prepared correctly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, based on my own personal knowledge.

Executed in San Antonio, Texas on April 17, 2025.

Marien Velez Alcaide