# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG) <br><br> **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON MOTION TO ENFORCE SETTLEMENT AGREEMENT REGARDING PROVISION OF LEGAL SERVICES** |

The Court is in receipt of Plaintiffs' motion to enforce settlement agreement regarding provision of legal services. Given that the present service contract is set to expire on April 30, 2025, the Court sets the following briefing schedule and hearing on the motion:

1. Defendants shall file their response to the motion on or before **5:00 p.m. Pacific Time Friday, April 25, 2025**.

2. Plaintiffs shall file their reply brief on or before **noon Pacific Time on Monday, April 28, 2025**.

3. The motion shall be heard on **Tuesday, April 29, 2025**, at **1:30 p.m. Pacific Time**.

**IT IS SO ORDERED**.

Dated: April 23, 2025

Hon. Dana M. Sabraw
United States District Judge