**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"), et al. <br><br> *Defendants*. | Case No. 18-cv-00428-DMS-MDD <br><br> Date Filed: April 25, 2025 |

**<u>DECLARATION OF STEPHANIE E. GORMAN</u>**

I, Stephanie E. Gorman, declare as follows:

1. I am the Acting Assistant Director of Policy for the Executive Office for Immigration Review (EOIR), which is an agency within the U.S. Department of Justice (DOJ). EOIR's mission is to adjudicate immigration cases by fairly, expeditiously, and uniformly interpreting and administering the Nation's immigration laws. Under delegated authority from the Attorney General, EOIR conducts immigration court proceedings, appellate reviews, and administrative hearings. I was appointed as EOIR's Acting Assistant Director of Policy in February 2025. Prior to assuming this position, I served as an Assistant Chief Immigration Judge from January 2025 to February 2025, an Appellate Immigration Judge from 2019 to 2025, and an Immigation Judge from 2017 to 2019.

2.     This declaration is based on my personal knowledge and information made available to me in the course of my official duties.

3.     On February 26, 2018, *Ms. L.*, et al. (Plaintiffs) filed a class action lawsuit against U.S. Immigration and Customs Enforcement (ICE), et al. (Defendants), alleging that the Defendants engaged in unlawful conduct when separating parents or legal guardians from their children at the U.S.-Mexico border. *Ms. L., et al. v. ICE, et al.*, 18-cv-00428-DMS-AHG (S.D. Cal.). On December 8, 2023, the Court approved a settlement agreement (Settlement Agreement) between the parties that provides certain behavioral health services, housing benefits, and legal services to *Ms. L.* Settlement Class members and Qualifying Additional Family Members (QAFM). *Id.* While EOIR is not a named defendant, the Settlement Agreement requires the Defendants to work "with EOIR" to provide "legal access and orientation" services "short of full representation." *Id.* at 10. To deliver these services to *Ms. L.* Settlement Class members and QAFMs, EOIR created the Legal Access Services for Reunified Families (LASRF) Program. From May 1, 2024, to April 30, 2025, EOIR operated the LASRF Program under a contract with the Acacia Center for Justice. However, beginning on May 1, 2025, EOIR will facilitate LASRF Program services directly to maximize efficiency in the delivery of the program services.

4.     EOIR's LASRF Program will satisfy the legal access and orientation services that Defendants obligated EOIR to provide to *Ms. L.* Settlement Class members and QAFMs under the Settlement Agreement. To achieve this mission, EOIR will provide the personnel and resources to deliver LASRF Program services directly to *Ms. L.* Settlement Class members and QAFMs.

5.     The first year of LASRF services revealed that program participants prefer remote, rather than in-person, services. Therefore, while EOIR will continue to maintain at least eight regional offices for in-person services, as required under the Settlement Agreement, EOIR will prioritize remote services using virtual communication platforms (WebEx and Microsoft Teams). Additionally, to reduce wait-

times for LASRF Program services and to help the greatest number of *Ms. L.* Settlement Class members and QAFMs in meeting filing deadlines, the LASRF Program will primarily focus on group services.

6. EOIR created a centralized email address and voicemail program for *Ms. L.* Settlement Class members and QAFMs to request LASRF services. This will also allow for case referrals from the Family Reunification Task Force as well as other federal partners and contractors as outlined in the settlement agreement. EOIR will rely on these referrals to conduct outreach and schedule *Ms. L.* Settlement Class members and QAFMs for LASRF Program services. Additionally, EOIR will advertise the LASRF Program and provide instructions for Class Members and QAFMs to request legal services. EOIR is currently developing a dedicated webpage to connect Class members and QAFMs with self-help guides describing the immigration court process, provide resources for finding pro bono representation, and further leverage existing self-help materials and resources. EOIR will work with other government agencies (Department of Homeland Security and Department of Health and Human Services) and their contractors to connect *Ms. L.* Settlement Class members and QAFMs to legal services. Finally, EOIR will leverage its existing public outreach efforts to facilitate pro bono representation.

This declaration is made pursuant to 28 U.S.C. § 1746. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of April 2025.

STEPHANIE GORMAN
Digitally signed by STEPHANIE GORMAN
Date: 2025.04.25 16:08:52 -04'00'

Stephanie E. Gorman
Acting Assistant Director, Office of Policy
Executive Office for Immigration Review

18cv0428