Lee Gelernt*
Dan Galindo (SBN 292854)
Judy Rabinovitz*
Anand Balakrishnan*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org
jrabinovitz@aclu.org
abalakrishnan@aclu.org

Stephen Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, 7th Floor
San Francisco, CA 94111
T: (415) 343-0783
skang@aclu.org
samdur@aclu.org

Attorneys for Petitioners-Plaintiffs
Additional counsel on next page          *Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L. et al.,<br><br>          *Petitioners-Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"); et al,<br><br>          *Respondents-Defendants.* | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: April 28, 2025<br><br>**SUPPLEMENTAL DECLARATION OF SARA VAN HOFWEGEN**<br><br>Class Action |

1.      My name is Sara Van Hofwegen, and I am the Managing Director at Acacia Center for Justice (Acacia), a non-profit, non-governmental organization that administers programs that provide legal access and representation services to immigrants facing removal through a national network of legal service providers. I submit this declaration to supplement my prior declaration dated April 17, 2025 and filed with this Court on April 23, 2025 (Document 762-1).

2.      As part of my role at Acacia, I oversee the Legal Access Program for Reunified Families (LASRF), along with other legal orientation programs funded by the Department of Justice (DOJ).

3.      Since 2022, Acacia has administered a suite of legal orientation services through the DOJ, including the Immigration Court Helpdesk (ICH) and Legal Orientation Program for Custodians (LOPC). The services under these programs have been conducted by legal service providers subcontracted with Acacia and DOJ staff have never provided directed services. To my knowledge EOIR has never provided directed legal orientation or other legal services directly to individuals.

4.      Since April 11, 2025, when the DOJ Contracting Officer informed Acacia that DOJ does not intend to exercise Option Year 1, Acacia has received no communication from DOJ about the winddown of services provided under LASRF or the transfer of work to EOIR or another entity.  All services provided by Acacia and our subcontractor legal service providers under LASRF will end on April 30, 2025.

5.      DOJ provided no explanation to Acacia for its decision not to renew the LASRF program. However, the administrative record filed publicly by the government in *Amica Center for Immigrants Rights v. DOJ*, 1:25-cv-00298 (D.DC Apr. 24, 2025) suggests that Department of Government Efficiency (DOGE) directed DOJ to end the LASRF program (Attachment 1).

6.      Additionally, *Ms. L.* class members will be unable to be referred to services through the legal orientation and legal representation programs previously funded

by DOJ, the Department of Homeland Security (DHS), and the Department of Health and Human Services (HHS) because those programs have also been terminated by the federal government. DOJ has ended services for almost all its other legal access programs administered by Acacia. Services under the Counsel for Children Initiative, Family Group Legal Orientation Program, ICH, Legal Orientation Program for Adults Detained by ICE, and LOPC ended on April 15, 2025. Additionally, DOJ modified the National Qualified Representative Program on April 25, 2025, limiting the program to respondents detained in Arizona, California, and Washington who are found by an Immigration Judge or the BIA to be mentally incompetent to represent themselves in immigration proceedings. Finally, HHS terminated all representation to unaccompanied children under the Unaccompanied Children Program on March 21, 2025.

7.      I am aware of no federally funded programs providing orientation or legal representation services that class members could avail themselves to or be referred to by DOJ.

8.      As discussed in my prior declaration, the nine regional service providers and national pro bono provider deliver specific legal access services to *Ms. L.* Class Members and their Qualifying Additional Family Members (QAFM), as required by the Statement of Work.  These services include:

      a. Affirmative outreach to class members to identify and screen people and refer them to services.

      b. Legal advice about forms of relief about which class members may be eligible for and the steps necessary to apply for relief.

      c. Individualized consultation and counseling sessions (ICCs), which assist class members in preparing for EOIR court hearings and for USCIS interviews, assistance with document preparation for submission to DHS (including any documents for USCIS), and provision of resources to assist with preparation.

      i. During ICCs, providers respond to specific questions regarding matters of immigration law and procedure and provide legal advice based on the person's immigration circumstances.

  d. Pro se workshops where providers assist class members to prepare immigration-related legal documents, appeals, and applications to submit to DHS and/or EOIR.

  e. Friend of Court Services.

  f. Pro Bono placement of Class Members' cases and mentoring of pro bono attorneys.

9. In addition to class member outreach, Acacia has received large numbers of referrals to provide legal services to class members from the International Organization on Migration and Seneca. Many of these referrals involve class members who have received Requests for Evidence (RFEs) from USCIS in their applications for parole, re-parole, or other immigration petitions. Responses to RFEs require in-depth, individualized consultations and assistance with class members, and come with strict response deadlines. If a class member doesn't respond by the deadline, USCIS may deny the petition due to abandonment.

10. Notably, these services mirror the services required by the Settlement Agreement in Section IV.B.2.c.i. In addition to services through the Immigration Court Help Desk (which has been shut down, see paragraph 4), under the settlement, the government must provide:

  a. "Legal advice, such as individualized consultations and counseling, about relief for which Ms. L. Settlement Class members may be eligible, and the steps necessary to apply for such relief, as well as preparation for any interviews before USCIS."

  b. "Assistance with document preparation, including preparing immigration-related legal documents for submission to DHS (including USCIS), and EOIR."

c. "Friend of the Court Services."

The Settlement Agreement requires that these services be provided from at least eight regional offices

11. The Settlement Agreement also requires additional funding, "to recruit, train, mentor, and match pro bono attorneys to represent Ms. L. Settlement Class members," and that it will "identify cases for pro bono placement through in-depth individualized consultations of Ms. L. Settlement Class members. . . The Program will provide pro bono attorneys with mentors to advise and consult with them throughout the case." Section IV.B.2.c.ii.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 28th day of April, 2025, in Los Angeles, California.

_____/s_____
Sara Van Hofwegen
Acacia Center for Justice
Svanhofwegen@acaciajustice.org

**Attachment 1**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

AMICA CENTER FOR IMMIGRANT RIGHTS,
*et al.*,

          Plaintiffs,

    v.                                        Civil Action No. 1:25-cv-298-RDM

U.S. DEPARTMENT OF JUSTICE, *et al.*,

          Defendants

---

## CERTIFIED INDEX OF ADMINISTRATIVE RECORD

Pursuant to Local Rule 7(n)(1) and the Court's Minute Order dated April 19, 2025, Defendants hereby file the certified contents of the Administrative Record for the April 10, 2025 decision to terminate for the convenience of the government the following task orders for Contract # 15JPSS22D00000013:

- 15JPSS22F00000699 for Family Group Legal Orientation Program (FGLOP)
- 15JPSS22F00000700 for Counsel for Children Initiative (CCI)
- 15JPSS22F00000701 for Immigration Court Helpdesk (ICH)
- 15JPSS23F00000154 for Legal Orientation Program (LOP) and Legal Orientation Program for Custodians (LOPC).

The Certification of the Administrative Record is attached as Exhibit 1. The Administrative Record contains the following documents:

1

| BATES NUMBER | DOCUMENT DESCRIPTION |
|---|---|
| Admin. Rec. 1-2 | Email, Subject: Exercise of the contracts options period of performance (April 3, 2025) |
| Admin. Rec. 3-5 | Email, Subject: Acacia (April 3-4, 2025) |
| Admin. Rec. 6 | Email, Subject: Termination for Convenience (April 3-4, 2025) |
| Admin. Rec. 7 | Notice of Termination for Convenience (April 3, 2025) |
| Admin. Rec. 8 | Email, Subject: Acacia contract (April 3, 2025) |
| Admin. Rec. 9-10 | Email, Subject: DOJ Outreach on Contract (April 4, 2025) |
| Admin. Rec. 11 | Email, Subject: DOJ Outreach on Contract (April 4, 2025) |
| Admin. Rec. 12 | Email, Subject: Termination for Convenience (April 3-4, 2025) |
| Admin. Rec. 13 | Letter, Subject: Rescission of April 3, 2025 Notice (April 4, 2025) |
| Admin. Rec. 14 | Email, Subject: Acacia Contract – Next Steps (April 7, 2025) |
| Admin. Rec. 15-16 | Email, Subject: Acacia Wind-Down Recommendations (April 9, 2025) |
| Admin. Rec. 17 | Email, Subject: ACACIA Contracts (April 9, 2025) |
| Admin. Rec. 18-19 | Email, Subject: Update on Meeting with JMD on Acacia Contract (April 9, 2025) |
| Admin. Rec. 20-23 | Email, Subject: ACACIA Contracts (April 9-10, 2025) |
| Admin. Rec. 24-28 | Email, Subject: ACACIA Contracts (April 9-10, 2025) |
| Admin. Rec. 29 | Email, Subject: Notice of Termination - 15JPSS22D00000013 (April 10, 2025) |
| Admin. Rec. 30 | Letter, Subject: Contract # 15JPSS22D00000013 (April 10, 2025) |
| Admin. Rec. 31 | Email, Subject: 15JPSS22F00000699 Mod P00007 (April 16, 2025) |
| Admin. Rec. 32 | Contract Modification - 15JPSS22F00000699/P00007 (April 16, 2025) |
| Admin. Rec. 33 | Email, Subject: 15JPSS22F00000700 Mod P00006 (April 16, 2025) |

| Admin. Rec. 34 | Contract Modification - 15JPSS22F00000700/P00006 (April 16, 2025) |
| Admin. Rec. 35 | Email, Subject: 15JPSS22F00000701 Mod P00009 (April 16, 2025) |
| Admin. Rec. 36 | Contract Modification - 15JPSS22F00000700/P00009 (April 16, 2025) |
| Admin. Rec. 37 | Email, Subject: 15JPSS23F00000154 Mod P00004 (April 16, 2025) |
| Admin. Rec. 38 | Contract Modification, 15JPSS22F00000700/P00004 (April 16, 2025) |
| Admin. Rec. 39-41 | Declaration of Sirce E. Owen (April 24, 2025) |
| Admin. Rec. 42-117 | Contract between Executive Office for Immigration Review and Acacia Center for Justice – IDIQ 15JPSS22D00000013 |
| Admin. Rec. 118-145 | Legal Orientation Program (LOP) and Legal Orientation Program for Custodians (LOPC) Task Order– 15JPSS23F00000154/P00003 |
| Admin. Rec. 146-161 | Immigration Court Helpdesk (ICH) Task Order– 15JPSS22F00000701/P00008 |
| Admin. Rec. 162-178 | Family Group Legal Orientation Program (FGLOP) Task Order – 15JPSS22F00000699/P00006 |
| Admin. Rec. 179-194 | Counsel for Children Initiative (CCI) Task Order– 15JPSS22F00000700/P00005 |
| Admin. Rec. 195-199 | FAR 52.249-2: Termination for Convenience of the Government (Fixed-Price) |
| Admin. Rec. 200-205 | FAR 52.249-6: Termination (Cost-Reimbursement). |

DATED: April 24, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

/s/ Zachary W. Sherwood
ZACHARY W. SHERWOOD
Indiana Bar No. 37147-49
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8467
Fax: (202) 616-8470
Email: zachary.w.sherwood@usdoj.gov

*Counsel for Defendant*

## Sherwood, Zachary W. (CIV)

| | |
|---|---|
| **From:** | Burghard, Christina (EOIR) |
| **Sent:** | Thursday, April 3, 2025 10:00 AM |
| **To:** | Flinn, Sarah M. (EOIR); Gorman, Stephanie (EOIR) |
| **Subject:** | FW: Exercise of the contracts option period of performance |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good morning,

I received the following guidance from JMD that they received instructions to freeze all contracts starting 3/29/25 unless considered "mission essential".

The following list of JMD contracts with OP applies to this directive. The mission essential justification, OBD-186, and SOW must be received by JMD within 60-90 days of the contract expiring. For ease, I placed that timeframe in the table below. I'm going to check with Christina Murray on whether this applies to the LASRF contract since we are past that timeframe already.

| Contract Name | Contract ID | Contract Expires | 60-90 Days Prior to Expiration | FY24 Funds O |
|---|---|---|---|---|
| NQRP | 15JPSS22F00000704 | 7/31/2025 | May 2, 2025 – June 1, 2025 | $14,558,470.3 |
| FGLOP | 15JPSS22F00000699 | 8/31/2025 | June 2, 2025 – July 2, 2025 | $4,925,972.84 |
| CCI | 15JPSS22F00000700 | 7/31/2025 | May 2, 2025 – June 1, 2025 | $2,632,910.00 |
| LOP/LOPC | 15JPSS22F00000154 | 8/31/2025 | June 2, 2025 – July 2, 2025 | $22,446,583.3 |
| LASRF | 15JPSS24F00000418 | 4/30/2025 | January 30, 2025 – March 1, 2025 | $3,458,434.58 |
| ICH | 15JPSS22F00000701 | 8/31/2025 | June 2, 2025 – July 2, 2025 | $8,705,629.17 |
| IDIQ | 15JPSS22D00000013 | 8/31/2025 | June 2, 2025 – July 2, 2025 | $0.00 |
| | | | | **$56,728,000.2** |

Thank you,
Chrissy

**From:** Ibrahim, Sally S. (JMD)
**Sent:** Thursday, April 3, 2025 9:03 AM
**Cc:** Jackson, Michael D. (JMD) ; Murray, Christina (JMD)
**Subject:** Exercise of the contracts option period of performance

Good morning,

Reference Executive Order (E.O.) 14222, Implementing the President's "Department of Government Efficiency" Cost Efficiency Initiative, please note that PSS received instructions to freeze all contracts starting March 29, 2025 and moving forward unless the award is considered "mission essential".

To ensure compliance, PSS is requesting the cooperation of the program offices for the exercise of the contracts option period of performance that is due on or before September 30, 2025, as follows:

1)  A written justification has to be submitted to justify why the requirement is "mission essential". The justification has to include the contract number, the option period of performance start and end dates, the relevant statute, the mission

1

Admin. Rec.1

essential thorough explanation, the appropriation type (annual or no-year), and the funding mechanism (full funding, or incremental funding). The justification will be reviewed for a final determination by PSS.

2) OBD-186 (funding document) has to include a statement "mission essential" along with a brief justification. The OBD-186 has to demonstrate funding available for the total value of the option period or a minimum of three - six months funding is required if the total value is not currently available. The lack of adequate funding is an indication that the requirement is not mission essential.

3) The procurement package to exercise the option period has to be received by PSS at least 60 - 90 days prior to the contract current period of performance expiration date.

Unfortunately, if the above is not received by PSS within the required time frame; there is a high risk of not exercising the following option period of performance.

Regards,

**Sally Ibrahim, M.B.A.**
**Contracting Officer**
**Procurement Services Staff (PSS)**
**U.S. Department of Justice**
█████████████████

Admin. Rec.2

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Hahn, Kristen B. (JMD) |
| **Sent:** | Friday, April 4, 2025 9:07 AM |
| **To:** | Rubenstein, Arie M. (JMD) |
| **Subject:** | FW: [EXTERNAL] Acacia |

**From:** Posner, Morton J. (JMD) ████████████████
**Sent:** Friday, April 4, 2025 8:35 AM
**To:** Hahn, Kristen B. (JMD) ████████████
**Subject:** FW: [EXTERNAL] Acacia

**From:** Taylor, William N. (JMD) ███████████████
**Sent:** Thursday, April 3, 2025 7:30 PM
**To:** Lauria, Jolene A. (JMD) █████████████
**Cc:** Jamison, Tara (JMD) ████████████████; Posner, Morton J. (JMD) ████████████████
**Subject:** RE: [EXTERNAL] Acacia

Scratch that.  It looks like Tarak got in touch with a PSS CO whom I've never met before (Allison Polizzi) and got her to agree to send the termination notice by email and someone can effectuate the termination formally tomorrow.  He's about to email me and loop her in.  The contract is with EOIR under MEGA5 with Acacia Center for Justice.  The **Acacia Center for Justice** is a non-profit organization that focuses on providing legal defense to immigrants at risk of detention or deportation. Its key activities include:

- **Building and strengthening immigrant legal defense programs** for adults and children across the country[4].
- **Partnering with a national network of human rights defenders** to support legal services[2].
- **Advocating for meaningful access to justice** and freedom for immigrants[3].
- **Securing funding for immigration legal services** and managing equitable programs[4].
- **Fostering partnerships and advocating for systemic changes** to enhance access to justice[5].

**William N. Taylor II**
Deputy Assistant Attorney General
Justice Management Division
U.S. Department of Justice
Ofice: ████████████ | Mobile: ████████████
Unclass Email: ████████████████
Secret: ████████████████ |TS: ████████████████

**From:** Lauria, Jolene A. (JMD) ████████████
**Sent:** Thursday, April 3, 2025 7:25 PM
**To:** Taylor, William N. (JMD) ████████████████

1

Admin. Rec.3

**Cc:** Jamison, Tara (JMD) ██████████████████ Posner, Morton J. (JMD) ██████████████
**Subject:** Re: [EXTERNAL] Acacia

What is the contract.   What is it for.  Nothing will happen between tonight and tomorrow in terms of additional spending.


Sent from my iPhone


On Apr 3, 2025, at 7:22 PM, Taylor, William N. (JMD) ██████████████████████ wrote:


Jolene – I don't think we can accomplish what he's asking.  For one, we don't have CO's available to log in and cancel contracts at this time of night.  Second, he is asking us to cancel a contract that may have a temporary restraining order according to EOIR.  I haven't seen the TRO to confirm its existence but Tarak argues doesn't preclude DOJ from terminating the contract for convenience. ████████████████████████████████████████████████████████████████████ I am being rushed to act by Tarak who is calling me as I type this message.

**William N. Taylor II**
Deputy Assistant Attorney General
Justice Management Division
U.S. Department of Justice
Ofice: ██████████████ | Mobile: ██████████████
Unclass Email: ██████████████
Secret: ██████████████████ |TS:██████████████████

**From:** Makecha, Tarak (JMD) ██████████████████
**Sent:** Thursday, April 3, 2025 6:25 PM
**To:** Taylor, William N. (JMD) ██████████████████████; Jamison, Tara (JMD) ██████████████
**Cc:** Auterman, Brenda L. (JMD) ████████████████████
**Subject:** RE: [EXTERNAL] Acacia

See attached. Email I have is ██████████████████

Please execute this termination today and please forward me the termination email to confirm it went out so I can report completion to WH.

**From:** Taylor, William N. (JMD) ██████████████████
**Sent:** Thursday, April 3, 2025 6:09 PM
**To:** Makecha, Tarak (JMD) ██████████████████ Jamison, Tara (JMD) ██████████████
**Cc:** Auterman, Brenda L. (JMD) ████████████████████
**Subject:** RE: [EXTERNAL] Acacia

Admin. Rec.4

+ Tara

**William N. Taylor II**
Deputy Assistant Attorney General
Justice Management Division
U.S. Department of Justice
Ofice: ███████████ | Mobile: ███████████
Unclass Email: ███████████████
Secret: ██████████████████ |TS ████████████

---

**From:** Makecha, Tarak (JMD) ████████████
**Sent:** Thursday, April 3, 2025 6:08 PM
**To:** Taylor, William N. (JMD) █████████████
**Subject:** FW: [EXTERNAL] Acacia

---

**From:** Josh Gruenbaum - Q < ███████████
**Sent:** Thursday, April 3, 2025 6:06 PM
**To:** Makecha, Tarak (JMD) < ████████████
**Subject:** [EXTERNAL] Acacia

[15JPSS23F00000154](#)

[15JPSS22F00000701](#)

[15JPSS22F00000700](#)

[15JPSS22F00000704](#)

[15JPSS22F00000699](#)

[15JPSS24F00000418](#)

[15JPSS22D00000013](#)

 **U.S. General Services Administration**

**Josh Gruenbaum, Esq.**
Commissioner of Federal Acquisition Service
████████████████

<DoJ Termination for Convenience_Acacia.docx>

Admin. Rec.5

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Hahn, Kristen B. (JMD) |
| **Sent:** | Friday, April 4, 2025 9:26 AM |
| **To:** | Rubenstein, Arie M. (JMD) |
| **Subject:** | Fwd: Termination for Convenience |
| **Attachments:** | DoJ Termination for Convenience_Acacia.pdf |

Sent from my iPhone

Begin forwarded message:

> **From:** "Jackson, Michael D. (JMD)" ████████████████████
> **Date:** April 4, 2025 at 9:19:08 AM EDT
> **To:** "Hahn, Kristen B. (JMD)" ████████████████████
> **Subject: FW: Termination for Convenience**

**Michael D. Jackson**
Assistant Director, AMG-OBD
JMD Procurement Services Staff
2 CON Building, 145 N Street, NE, Room 8E.113 Washington, D.C. 20530
Tel: ████████ | Email: ████████████████████

**From:** Polizzi, Allison J. (JMD) ████████████████████
**Sent:** Thursday, April 3, 2025 7:48 PM
**To:** ████ @acaciajustice.org
**Subject:** Termination for Convenience

Good evening. Please see the attached letter for the termination for convenience for contracts with the Department of Justice.

Regards,

Allison J. Polizzi
Contracting Officer, Offices, Boards, & Divisions
JMD Procurement Services Staff
Department of Justice
2 CON Building, 145 N Street, NE, Room 8E.115 Washington, D.C. 20530
Tel: ████████ | Email: ████████████████████

Sent from my iPhone

1

Admin. Rec.6



VIA: Electronic Mail

## NOTICE OF TERMINATION FOR CONVENIENCE

Date: April 3, 2025
Vendor Name: Acacia Center for Justice
Subject: Termination for Convenience

Dear Acacia Center for Justice,

This email's purpose is to notify your firm the contracts tied to the procurement instrument identifications (PIID) listed below and all subsequent call orders is hereby terminated for convenience effective April 3, 2025, per clause FAR 52.212-4(l) (Termination for the Government's Convenience).

PIIDs:
  15JPSS22F00000699
  15JPSS22F00000701
  15JPSS22F00000700
  15JPSS22F00000702
  15JPSS22F00000703
  15JPSS22F00000704
  15JPSS24F00000418
  15JPSS23F00000154

The Agency has determined that the services are no longer needed. Effective April 3, 2025, please discontinue providing the services to the United States Department of Justice and its entities.

Please submit your final invoice with any reasonable charges that result from this termination.

If you have any questions, please feel free to contact me.

Sincerely,

*Allison Polizzi*

Allison J. Polizzi
Contracting Officer
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Please acknowledge receipt of this Notice of Termination for Convenience

(End of Notice)

Admin. Rec.7

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Owen, Sirce E. (EOIR) |
| **Sent:** | Thursday, April 3, 2025 8:45 PM |
| **To:** | Murray, Christina (JMD) |
| **Cc:** | Burghard, Christina (EOIR); Radics, Gregory (EOIR) |
| **Subject:** | Acacia contract |

Please notify Acacia immediately that we are terminating their contract as of 11:59 pm. E.S.T., Tuesday, April 8, 2025. It is my understanding that DOGE contacted JMD this afternoon and instructed them to terminate the contract. I was not privy to that conversation, but whoever they spoke to at JMD knows the basis for the termination.

**Sirce E. Owen**
**Director (Acting)**



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please notify the sender immediately and delete or destroy this message.

Admin. Rec.8

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Gorman, Stephanie (EOIR) |
| **Sent:** | Friday, April 4, 2025 12:10 PM |
| **To:** | Owen, Sirce E. (EOIR) |
| **Subject:** | FW: DOJ Outreach on Contract |
| **Attachments:** | DoJ Termination for Convenience_Acacia.pdf |

| | |
|---|---|
| **Importance:** | High |

Please see email correspondence by Acacia to the COs and the CORE. Apparently, some form of notification was sent.

Respectfully,

*Stephanie E. Gorman*
Assistant Director (Acting), Office of Policy
U.S. Dept. of Justice/Executive Office for Immigration Review
Mobile: ██████████



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please notify the sender immediately and delete or destroy this message.

---

**From:** Burghard, Christina (EOIR) ███████████████████████
**Sent:** Friday, April 4, 2025 12:05 PM
**To:** Gorman, Stephanie (EOIR) ████████████████████; Flinn, Sarah M. (EOIR) ██████████████
**Subject:** FW: DOJ Outreach on Contract

FYI

---

**From:** Leah Prestamo ████████████████████████
**Sent:** Friday, April 4, 2025 12:03 PM
**To:** Murray, Christina (JMD) ████████████████████
**Cc:** Ibrahim, Sally S. (JMD) ████████████████████████; Burghard, Christina (EOIR) ████████████████
**Subject:** [EXTERNAL] DOJ Outreach on Contract

Dear Christina,

Yesterday evening we received the attached notice from an unknown sender and appearing to be sent from an iPhone. We do not know if this was legitimately sent from DOJ or who this sender is. Please provide guidance on whether this is efective for our contracts. The signatory is not the contracting oficer on Acacia's contracts.

Best,

Admin. Rec.9

Leah



**Leah Prestamo** *(she/her)*
**General Counsel**
Working on Eastern Time

Acacia Center for Justice
acaciajustice.org

*This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.*

Admin. Rec.10

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Burghard, Christina (EOIR) |
| **Sent:** | Friday, April 4, 2025 1:48 PM |
| **To:** | Gorman, Stephanie (EOIR); Flinn, Sarah M. (EOIR) |
| **Subject:** | Fw: DOJ Outreach on Contract |

Get Outlook for iOS

---

**From:** Leah Prestamo
**Sent:** Friday, April 4, 2025 1:39 PM
**To:** Murray, Christina (JMD)
**Cc:** Ibrahim, Sally S. (JMD) ; Burghard, Christina (EOIR)
**Subject:** [EXTERNAL] RE: DOJ Outreach on Contract

Hi Christina,
I'm following up on my email below. We urgently need to know if this is a real DOJ communication, who our current CO is, and whether Acacia needs to be taking action at this time.
Best,
Leah



**Leah Prestamo** *(she/her)*
**General Counsel**
Working on Eastern Time

Acacia Center for Justice
acaciajustice.org

*This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.*

**From:** Leah Prestamo
**Sent:** Friday, April 4, 2025 12:03 PM
**To:** Murray, Christina (JMD)
**Cc:** Ibrahim, Sally S. (JMD) ; Burghard, Christina (EOIR)
**Subject:** DOJ Outreach on Contract

Dear Christina,
Yesterday evening we received the attached notice from an unknown sender and appearing to be sent from an iPhone. We do not know if this was legitimately sent from DOJ or who this sender is. Please provide guidance on whether this is effective for our contracts. The signatory is not the contracting officer on Acacia's contracts.
Best,
Leah



**Leah Prestamo** *(she/her)*
**General Counsel**
Working on Eastern Time

Acacia Center for Justice
acaciajustice.org

*This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.*

Admin. Rec.11

Case 8:25-cv-02808-BAH Document 85-2 Filed 04/24/25 Page 22 of 28
Case 1:25-cv-00294-RDM Document 57-26 Filed 04/24/25 Page 22 of 38
Page 22 of 38

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Leah Prestamo ████████████████ |
| **Sent:** | Friday, April 4, 2025 3:29 PM |
| **To:** | Polizzi, Allison J. (JMD) |
| **Cc:** | Burghard, Christina (EOIR); Murray, Christina (JMD); Ibrahim, Sally S. (JMD) |
| **Subject:** | [EXTERNAL] RE: Termination for Convenience |
| **Attachments:** | DoJ Termination for Convenience_Acacia.pdf |

Dear Allison Polizzi,

We received the email correspondence below and the attached notice. If the contracting officer for this award has been changed, Acacia will need a duly executed modification to that effect. If you are the contracting officer for this action, please forward a contract modification to my attention.

Best,
Leah



**Leah Prestamo** *(she/her)*
**General Counsel**
Working on Eastern Time

Acacia Center for Justice
acaciajustice.org

*This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.*

---

**From:** Polizzi, Allison J. (JMD) ████████████████
**Sent:** Thursday, April 3, 2025 4:48 PM
**To:** General Mailbox ████████████████
**Subject:** Termination for Convenience

Good evening. Please see the attached letter for the termination for convenience for contracts with the Department of Justice.

Regards,

Allison J. Polizzi
Contracting Officer, Offices, Boards, & Divisions
JMD Procurement Services Staff
Department of Justice
2 CON Building, 145 N Street, NE, Room 8E.115 Washington, D.C. 20530
Tel: ████████████ | Email: ████████████████

Sent from my iPhone

1

Admin. Rec.12



**U.S. Department of Justice**
Justice Management Division
*Procurement Services Staff*
*Washington, D.C. 20530*

April 4, 2025

Acacia Center for Justice
ATTN: Leah Prestamo
1025 Connecticut Ave, Suite 701
Washington, DC 20036-5417

Subject: Rescission of April 3, 2025 Notice

Dear Ms. Prestamo,

On April 3, 2025, you received an email and letter titled "Notice of Termination for Convenience" from Ms. Allison Polizzi. The purpose of this letter is to rescind that April 3, 2025 communication. Please disregard that communication in its entirety, which has no legal effect.

The contracts and task orders referenced in the April 3, 2025 communication remain in place, and will remain in place, until further notice.

If you have any questions, please feel free to contact me.

Sincerely,

CHRISTINA MURRAY
Digitally signed by
CHRISTINA MURRAY
Date: 2025.04.04
15:44:39 -04'00'

Christina Y. Murray
Contracting Officer
U. S. Department of Justice
145 N Street NE
Washington, DC 20530

Admin. Rec.13

**Sherwood, Zachary W. (CIV)**

---

| | |
|---|---|
| **From:** | Owen, Sirce E. (EOIR) |
| **Sent:** | Monday, April 7, 2025 9:58 AM |
| **To:** | Makecha, Tarak (JMD); Radics, Gregory (EOIR) |
| **Cc:** | Conklin, Hayley (OAG); Warden, Andrew (CIV) |
| **Subject:** | RE: Acacia Contract - Next Steps |

We are currently reviewing the various task orders under the Acacia contract to determine which ones are required by court order and which ones can be wound down.

**Sirce E. Owen**
**Director (Acting)**



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please notify the sender immediately and delete or destroy this message.

---

**From:** Makecha, Tarak (JMD) ███████████████
**Sent:** Monday, April 7, 2025 9:48 AM
**To:** Owen, Sirce E. (EOIR) ███████████ Radics, Gregory (EOIR) ████████████████
**Cc:** Conklin, Hayley (OAG) ████████████████████ Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** Acacia Contract - Next Steps

Team,

I understand that the contract termination for Acacia was pulled on Friday. I was briefed that one issue was a three-day lead time required for the termination notice, which is an easy fix.

The more nuanced issue, as I understand it, was an analysis on broader court cases related to Acacia.

Sirce and Greg, I was given you names as the people working through that analysis. Do you all have a sense on next steps and timing? If you aren't the right POCs, please direct me to the people that are working on the analysis,

Thanks,
Tarak

Admin. Rec.14

| From: | Gorman, Stephanie (EOIR) |
|---|---|
| To: | Owen, Sirce E. (EOIR) |
| Subject: | Acacia Wind-Down Recommendation |
| Date: | Wednesday, April 9, 2025 9:00:53 AM |

Director Owen,

Please see recommendation from Office of Policy.

---

*Please note that for all terminations, termination fees may apply.*

**Legal Orientation Program / Legal Orientation Program for Custodians of Unaccompanied Alien Children**

- 15JPSS23F00000154
- LOP: Three-day notice to terminate services for LOP pursuant to Amica Center for Immigrant Rights et al v. United States Department of Justice et al, 1:25-cv-00298-RDM.
- LOPC: 30-day notice terminate services for LOPC to allow EOIR to continue to meet statutory obligations outlined in the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (Pub. L. 110-457). Going forward, obligations would be met under a federalized program.

**Immigration Court Helpdesk**

- 15JPSS22F00000701
- Three-day notice of termination pursuant to the Amica Center for Immigrant Rights et al v. United States Department of Justice et al, 1:25-cv-00298-RDM.

**Counsel for Children Initiative**

- 15JPSS22F00000700
- 60-day wind down period to end representation funded by EOIR on these cases which will allow for representatives to withdraw and facilitate finding other representation (not funded by the Government) for these individuals.

**Family Group Legal Orientation Program**

- 15JPSS22F00000699
- Three-day notice of termination pursuant to the Amica Center for Immigrant Rights et al v. United States Department of Justice et al, 1:25-cv-00298-RDM.
- Note: This needs to be communicated to DHS.

**Legal Access Services for Reunified Families**

- 15JPSS24F00000418
- Do not renew – expires on April 30, 2025
  - Recommend offering federal positions (not to exceed 1 or 2 year) funded by settlement funds currently at EOIR.

**National Qualified Representative Program**

- 15JPSS22F00000704
- No termination – request to finish current task order year which ends on July 31, 2025. This is a little less than 120 days and allows for procurement activity to meet obligations under permanent injunction in *Franco*.

Case 3:25-cv-04282-RFL   Document 65-2   Filed 04/24/25   Page 16 of 28
Case 1:25-cv-01828-RDM   Document 57-26   Filed 04/24/25   Page 26 of 28847
Page 26 of 38

Reduction in scope to not include Nationwide Policy cases. For those 60 days to end representation funded by EOIR on these cases which will allow for representatives to withdraw and facilitate finding other representation (not funded by the Government) for these individuals.


*Stephanie E. Gorman*
Assistant Director (Acting), Office of Policy
U.S. Dept. of Justice/Executive Office for Immigration Review
Mobile: ███████████



~~ATTORNEY WORK PRODUCT. This communication and its contents, including any attachments, are pre-decisional and prepared in anticipation of litigation, and are subject to the Deliberative Process privilege, Attorney Work Product privilege, and/or the Attorney-Client privilege pursuant to 5 USC 552(b)(5).~~

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Flinn, Sarah M. (EOIR) |
| **Sent:** | Wednesday, April 9, 2025 3:18 PM |
| **To:** | Owen, Sirce E. (EOIR); Gorman, Stephanie (EOIR) |
| **Subject:** | FW: ACACIA Contracts |

Good afternoon, Director Owen,

I am forwarding this to you in advance of AD Gorman's call.

Sarah

---

**From:** Adkins, Nikki N. (EOIR)
**Sent:** Wednesday, April 9, 2025 2:32 PM
**To:** Ibrahim, Sally S. (JMD) ; Murray, Christina (JMD) ; Burghard, Christina (EOIR) ; Jackson, Michael D. (JMD)
**Subject:** ACACIA Contracts

Good Afternoon,

EOIR is requesting the following changes to the ACACIA contract. Thanks - Nikki

**Please issue a Notice of Intent to Acacia for the following task orders to be Terminated for Convenience efective Tuesday, April 15, 2025, at 11:59 p.m.:**

- **FGLOP**
- **ICH**
- **CCI (Fixed Price)**
- **LOP/LOPC**

**Please issue a Notice of Intent to NOT exercise the option year efective 4/30/2025:**
- **LASRF (Fixed Price)**

**Please issue a modification effective Tuesday, April 15, 2025, ceasing work on the Nationwide Policy (NWP) portion of the award. Franco services will continue through the end of the POP of July 31, 2025. Please issue a Notice of Intent to NOT exercise the option year efective July 31, 2025.**

- **NQRP (Fixed Price)**

Admin. Rec.17

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Gorman, Stephanie (EOIR) |
| **Sent:** | Wednesday, April 9, 2025 4:34 PM |
| **To:** | Burghard, Christina (EOIR) |
| **Cc:** | Flinn, Sarah M. (EOIR); Tennyson, Mike (EOIR); Adkins, Nikki N. (EOIR) |
| **Subject:** | RE: Update on Meeting with JMD on Acacia Contract |

Chrissy,

As discussed, EOIR is taking further action to ensure that the 3-day cancellation notice is delivered today.

Thank you,


*Stephanie E. Gorman*
Assistant Director (Acting), Office of Policy
U.S. Dept. of Justice/Executive Office for Immigration Review
Mobile: ████████



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information.  If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please notify the sender immediately and delete or destroy this message.


**From:** Burghard, Christina (EOIR ████████████████████
**Sent:** Wednesday, April 9, 2025 3:01 PM
**To:** Flinn, Sarah M. (EOIR ████████████████; Gorman, Stephanie (EOIR ████████████
**Cc:** Adkins, Nikki N. (EOIR) ████████████████████
**Subject:** Update on Meeting with JMD on Acacia Contract

Good afternoon,

I wanted to provide an update on our recent meeting with Michael Jackson and Christina Murray at JMD regarding EOIR's request on changes to the Acacia contract.  They confirmed they will issue notices tomorrow to Acacia to terminate FGLOP, ICH, CCI, and LOP/LOPC efective Tuesday, April 15, 2025, at 11:59 p.m.

Additionally, they agree to provide notice to Acacia tomorrow on our intent to not exercise the option year for both LASRF and NQRP, with a modification to NQRP efective April 15, 2025 to cease work on the Nationwide Policy portion of the award.  Attached are further details on our request that was sent over to JMD following our meeting today.

Please let me know if you have any questions.

Thanks,

Admin. Rec.18

Chrissy

**Chrissy Burghard**
Administrative Officer, Office of Policy
**Cell**: ███████████
**Email**: ████████████████████████

Admin. Rec.19

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Burghard, Christina (EOIR) |
| **Sent:** | Thursday, April 10, 2025 11:50 AM |
| **To:** | Flinn, Sarah M. (EOIR); Gorman, Stephanie (EOIR) |
| **Subject:** | FW: ACACIA Contracts |

---

**From:** Owen, Sirce E. (EOIR)
**Sent:** Thursday, April 10, 2025 11:49 AM
**To:** Jackson, Michael D. (JMD) ; Murray, Christina (JMD) ; Ibrahim, Sally S. (JMD) ; Burghard, Christina (EOIR)
**Subject:** FW: ACACIA Contracts

Resending.

EOIR is requesting the following changes to the ACACIA contract. Thank you.


**Please issue a Notice of Intent to Acacia for the following task orders to be Terminated for Convenience effective Tuesday, April 15, 2025, at 11:59 p.m.:**

- **FGLOP  15JPSS22F00000699**
- **ICH  15JPSS22F00000701**
- **CCI (Fixed Price) 15JPSS22F00000700**
- **LOP/LOPC 15JPSS23F00000154**

**Please issue a Notice of Intent to NOT exercise the option year effective 4/30/2025:**
- **LASRF (Fixed Price) 15JPSS24F00000418**

**Please issue a modification effective Tuesday, April 15, 2025, ceasing work on the Nationwide Policy (NWP) portion of the award. Franco services will continue through the end of the POP of July 31, 2025. Please issue a Notice of Intent to NOT exercise the option year effective July 31, 2025.**

- **NQRP  (Fixed  Price)  15JPSS22F00000704**


**Sirce E. Owen**
**Director (Acting)**



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please notify the sender immediately and delete or destroy this message.

1

Admin. Rec.20

**From:** Adkins, Nikki N. (EOIR)
**Sent:** Thursday, April 10, 2025 9:38 AM
**To:** Jackson, Michael D. (JMD) ██████████████████>; Murray, Christina (JMD) ██████████████████>;
Ibrahim, Sally S. (JMD) ██████████████>; Burghard, Christina (EOIR) ██████████████>
**Subject:** RE: ACACIA Contracts

Hi Michael,

Below is the updated information to include the task order numbers.

EOIR is requesting the following changes to the ACACIA contract. Thanks – Nikki

**Please issue a Notice of Intent to Acacia for the following task orders to be Terminated for Convenience effective Tuesday, April 15, 2025, at 11:59 p.m.:**

- **FGLOP** ==15JPSS22F00000699==
- **ICH** ==15JPSS22F00000701==
- **CCI (Fixed Price)** ==15JPSS22F00000700==
- **LOP/LOPC** ==15JPSS23F00000154==

**Please issue a Notice of Intent to NOT exercise the option year effective 4/30/2025:**
- **LASRF (Fixed Price)** ==15JPSS24F00000418==

**Please issue a modification effective Tuesday, April 15, 2025, ceasing work on the Nationwide Policy (NWP) portion of the award. Franco services will continue through the end of the POP of July 31, 2025. Please issue a Notice of Intent to NOT exercise the option year effective July 31, 2025.**

- **NQRP (Fixed Price)** ==15JPSS22F00000704==

---

**From:** Jackson, Michael D. (JMD) ██████████████████>
**Sent:** Thursday, April 10, 2025 8:41 AM
**To:** Adkins, Nikki N. (EOIR) ████████████████; Murray, Christina (JMD) ██████████████;
Ibrahim, Sally S. (JMD) ██████████████>; Burghard, Christina (EOIR) ██████████████>
**Cc:** Jackson, Michael D. (JMD) ██████████████>
**Subject:** RE: ACACIA Contracts

We need to know why does EOIR want these task orders terminated? Please provide a memo in writing ASAP.

Thank you,

**Michael D. Jackson**
Assistant Director, AMG-OBD
JMD Procurement Services Staff

Admin. Rec.21

Case 3:25-cv-04282-RFL Document 57-26 Filed 04/24/25 Page 22 of 28
Case 1:25-cv-02990-JAM Document 57-2 Filed 04/23/25 Page 22 of 6853
Page 32 of 38

2 CON Building, 145 N Street, NE, Room 8E.113 Washington, D.C. 20530
Tel: ███████████ | Email: ████████████████████

---

**From:** Adkins, Nikki N. (EOIR) ████████████████ >
**Sent:** Wednesday, April 9, 2025 3:57 PM
**To:** Murray, Christina (JMD) < ████████████ >; Ibrahim, Sally S. (JMD) ████████████ >; Burghard, Christina (EOIR) ████████████ >; Jackson, Michael D. (JMD) ████████████ >
**Subject:** Re: ACACIA Contracts

We have not contacted them. Can you contact them and let them know of EOIR's intent? Thank you.

---

**From:** Murray, Christina (JMD) ████████████
**Sent:** Wednesday, April 9, 2025 3:34:44 PM
**To:** Adkins, Nikki N. (EOIR) ████████████ >; Ibrahim, Sally S. (JMD) ████████████ >; Burghard, Christina (EOIR) ████████████ ; Jackson, Michael D. (JMD) ████████████ >
**Subject:** RE: ACACIA Contracts

OGC would like to know whether EOIR has been in touch with the Federal Programs attorneys litigating the Amica case (which requires the 3 day notice). We need to let them know first.

---

**From:** Adkins, Nikki N. (EOIR) ████████████ >
**Sent:** Wednesday, April 9, 2025 3:29 PM
**To:** Ibrahim, Sally S. (JMD) ████████████ Murray, Christina (JMD) ████████████ >; Burghard, Christina (EOIR) ████████████ Jackson, Michael D. (JMD) ████████████ >
**Subject:** RE: ACACIA Contracts

Hi All,

We have been informed that this notification must be made today. Can you please send the notice of intents today? Thanks - Nikki

---

**From:** Adkins, Nikki N. (EOIR)
**Sent:** Wednesday, April 9, 2025 2:32 PM
**To:** Ibrahim, Sally S. (JMD) ████████████ ; Murray, Christina (JMD) ████████████ >; Burghard, Christina (EOIR) ████████████ ; Jackson, Michael D. (JMD) ████████████ >
**Subject:** ACACIA Contracts

Good Afternoon,

EOIR is requesting the following changes to the ACACIA contract. Thanks - Nikki

**Please issue a Notice of Intent to Acacia for the following task orders to be Terminated for Convenience effective Tuesday, April 15, 2025, at 11:59 p.m.:**

- **FGLOP**
- **ICH**
- **CCI (Fixed Price)**
- **LOP/LOPC**

3

Admin. Rec.22

**Please issue a Notice of Intent to NOT exercise the option year effective 4/30/2025:**

- **LASRF (Fixed Price)**

**Please issue a modification effective Tuesday, April 15, 2025, ceasing work on the Nationwide Policy (NWP) portion of the award. Franco services will continue through the end of the POP of July 31, 2025. Please issue a Notice of Intent to NOT exercise the option year effective July 31, 2025.**

- **NQRP (Fixed Price)**

Admin. Rec.23

Case 1:25-cv-02983-RDM   Document 85-2   Filed 04/24/25   Page 34 of 26855
Case 1:25-cv-02983-RDM   Document 85-2   Filed 04/24/25   Page 34 of 38
Page 34 of 38

**Sherwood, Zachary W. (CIV)**

| | |
|---|---|
| **From:** | Burghard, Christina (EOIR) |
| **Sent:** | Thursday, April 10, 2025 2:48 PM |
| **To:** | Gorman, Stephanie (EOIR); Flinn, Sarah M. (EOIR) |
| **Subject:** | FW: ACACIA Contracts |

FYI

**From:** Adkins, Nikki N. (EOIR)
**Sent:** Thursday, April 10, 2025 2:24 PM
**To:** Jackson, Michael D. (JMD) ; Murray, Christina (JMD) ; Ibrahim, Sally S. (JMD) ; Burghard, Christina (EOIR)
**Cc:** Higa, Sakura (JMD)
**Subject:** RE: ACACIA Contracts

Hi Michael,

I have confirmed with Leadership we will not be terminating the IDIQ. Thanks - Nikki

**From:** Jackson, Michael D. (JMD) ███████████████████
**Sent:** Thursday, April 10, 2025 1:12 PM
**To:** Adkins, Nikki N. (EOIR) ██████████████>; Murray, Christina (JMD) █████████████████>;
Ibrahim, Sally S. (JMD) ████████████>; Burghard, Christina (EOIR) ███████████████ >
**Cc:** Higa, Sakura (JMD) ███████████████
**Subject:** RE: ACACIA Contracts

Can you please confirm with your leadership? Also, has EOIR reviewed the letter Christina sent over? We need to have any comments back ASAP so that we can be ready to move forward.

**Michael D. Jackson**
Assistant Director, AMG-OBD
JMD Procurement Services Staff
2 CON Building, 145 N Street, NE, Room 8E.113 Washington, D.C. 20530
Tel: ██████████ | Email: ███████████████████████

**From:** Adkins, Nikki N. (EOIR) ██████████████████>
**Sent:** Thursday, April 10, 2025 1:10 PM
**To:** Jackson, Michael D. (JMD) ██████████████████>; Murray, Christina (JMD) ██████████████████;
Ibrahim, Sally S. (JMD) ████████████████>; Burghard, Christina (EOIR) ███████████████████ >
**Cc:** Higa, Sakura (JMD) ████████████████ >
**Subject:** RE: ACACIA Contracts

Hi Michael,

Yes, I am under the impression the entire contract will terminate. - Nikki

Admin. Rec.24

**From:** Jackson, Michael D. (JMD) ███████████████
**Sent:** Thursday, April 10, 2025 1:04 PM
**To:** Adkins, Nikki N. (EOIR) ███████████████ >; Murray, Christina (JMD) ███████████ ;
Ibrahim, Sally S. (JMD) ███████████ >; Burghard, Christina (EOIR)
**Cc:** Higa, Sakura (JMD) ███████████ >; Jackson, Michael D. (JMD) ███████████
**Subject:** RE: ACACIA Contracts

Nikki,

Since we are terminating the task orders, what is the plan for the IDIQ contract? Does EOIR
plan to terminate that contract?

**Michael D. Jackson**
Assistant Director, AMG-OBD
JMD Procurement Services Staff
2 CON Building, 145 N Street, NE, Room 8E.113 Washington, D.C. 20530
Tel: ███████████ | Email: ███████████████

**From:** Adkins, Nikki N. (EOIR) ███████████████ >
**Sent:** Thursday, April 10, 2025 11:08 AM
**To:** Jackson, Michael D. (JMD) ███████████████ >; Murray, Christina (JMD) ███████████ ;
Ibrahim, Sally S. (JMD) ███████████ >; Burghard, Christina (EOIR) ███████████ >
**Cc:** Higa, Sakura (JMD) ███████████ >
**Subject:** RE: ACACIA Contracts

Hi Michael,

I wanted to check to see which SOW should be modified. There are significant differences in the word
SOW and the PDF SOW. I am noting a few of the discrepancies. Which version would you like modified?
Please advise. Thanks

- Page 7 of Word and Page 19 of PDF
- Page 8 of Word and Page 20 of PDF
- Page 11 of Word and Page 23 of PDF
- Page 12 of Word and Page 24 of PDF

**From:** Jackson, Michael D. (JMD) ███████████ >
**Sent:** Thursday, April 10, 2025 10:30 AM
**To:** Adkins, Nikki N. (EOIR) ███████████ >; Murray, Christina (JMD) ███████████ >;
Ibrahim, Sally S. (JMD) ███████████ >; Burghard, Christina (EOIR) ███████████ >
**Cc:** Jackson, Michael D. (JMD) ███████████ >; Higa, Sakura (JMD) ███████████ >
**Subject:** RE: ACACIA Contracts

Nikki,

For the NQRP (Fixed Price) 15JPSS22F00000704 action, the following need to happen in order
for the Contracting Officer to take actions:

Admin. Rec.25

2

1. The work on the Nationwide Policy (NWP) portion of the award needs to be de-scoped. I have provided the SOW for that to take place. Please use track changes to identify what is being de-scoped.
2. PSS will issue a notice to not exercise the next option and inform the Contractor that the Franco services will continue through the end of the POP of July 31, 2025.

As soon as we can get the SOW back with the track changes of work that needs to be de-scope we can move forward with this action.

**Michael D. Jackson**
Assistant Director, AMG-OBD
JMD Procurement Services Staff
2 CON Building, 145 N Street, NE, Room 8E.113 Washington, D.C. 20530
Tel: ███████████ | Email: ████████████████████

**From:** Adkins, Nikki N. (EOIR) ████████████████ >
**Sent:** Thursday, April 10, 2025 9:38 AM
**To:** Jackson, Michael D. (JMD) < ████████████████ >; Murray, Christina (JMD) ████████████ >;
Ibrahim, Sally S. (JMD) ████████████████ >; Burghard, Christina (EOIR) ████████████
**Subject:** RE: ACACIA Contracts

Hi Michael,

Below is the updated information to include the task order numbers.

EOIR is requesting the following changes to the ACACIA contract. Thanks – Nikki

**Please issue a Notice of Intent to Acacia for the following task orders to be Terminated for Convenience effective Tuesday, April 15, 2025, at 11:59 p.m.:**

- **FGLOP** ==15JPSS22F00000699==
- **ICH** ==15JPSS22F00000701==
- **CCI (Fixed Price)** ==15JPSS22F00000700==
- **LOP/LOPC** ==15JPSS23F00000154==

**Please issue a Notice of Intent to NOT exercise the option year effective 4/30/2025:**
- **LASRF (Fixed Price)** ==15JPSS24F00000418==

**Please issue a modification effective Tuesday, April 15, 2025, ceasing work on the Nationwide Policy (NWP) portion of the award. Franco services will continue through the end of the POP of July 31, 2025. Please issue a Notice of Intent to NOT exercise the option year effective July 31, 2025.**

- **NQRP (Fixed Price)** ==15JPSS22F00000704==

3

Admin. Rec.26

**From:** Jackson, Michael D. (JMD) ████████████████████████
**Sent:** Thursday, April 10, 2025 8:41 AM
**To:** Adkins, Nikki N. (EOIR) ████████████████ ; Murray, Christina (JMD) ████████████████ >;
Ibrahim, Sally S. (JMD) ██████████████ ; Burghard, Christina (EOIR) ███████████████████ >
**Cc:** Jackson, Michael D. (JMD) ████████████
**Subject:** RE: ACACIA Contracts

We need to know why does EOIR want these task orders terminated? Please provide a memo in
writing ASAP.

Thank you,

**Michael D. Jackson**
Assistant Director, AMG-OBD
JMD Procurement Services Staff
2 CON Building, 145 N Street, NE, Room 8E.113 Washington, D.C. 20530
Tel: ████████████ | Email: ██████████████████████████

**From:** Adkins, Nikki N. (EOIR) ████████████████ >
**Sent:** Wednesday, April 9, 2025 3:57 PM
**To:** Murray, Christina (JMD) ███████████████ >; Ibrahim, Sally S. (JMD) █████████████████ >;
Burghard, Christina (EOIR) < ███████████████ >; Jackson, Michael D. (JMD) █████████████████ >
**Subject:** Re: ACACIA Contracts

We have not contacted them. Can you contact them and let them know of EOIR's intent? Thank you.

**From:** Murray, Christina (JMD) █████████████████
**Sent:** Wednesday, April 9, 2025 3:34:44 PM
**To:** Adkins, Nikki N. (EOIR) ████████████████ >; Ibrahim, Sally S. (JMD) ████████████████ >; Burghard,
Christina (EOIR) █████████████ >; Jackson, Michael D. (JMD) ███████████████
**Subject:** RE: ACACIA Contracts

OGC would like to know whether EOIR has been in touch with the Federal Programs attorneys litigating the Amica
case (which requires the 3 day notice). We need to let them know first.

**From:** Adkins, Nikki N. (EOIR) ████████████████
**Sent:** Wednesday, April 9, 2025 3:29 PM
**To:** Ibrahim, Sally S. (JMD) ████████████████ >; Murray, Christina (JMD) ████████████████ >;
Burghard, Christina (EOIR) ████████████████ >; Jackson, Michael D. (JMD) █████████████████ >
**Subject:** RE: ACACIA Contracts

Hi All,

We have been informed that this notification must be made today. Can you please send the notice of
intents today? Thanks - Nikki

Admin. Rec.27

**From:** Adkins, Nikki N. (EOIR)
**Sent:** Wednesday, April 9, 2025 2:32 PM
**To:** Ibrahim, Sally S. (JMD) ████████████>; Murray, Christina (JMD) ████████████>;
Burghard, Christina (EOIR) ████████████>; Jackson, Michael D. (JMD) ████████████>
**Subject:** ACACIA Contracts

Good Afternoon,

EOIR is requesting the following changes to the ACACIA contract. Thanks - Nikki

**Please issue a Notice of Intent to Acacia for the following task orders to be Terminated for Convenience effective Tuesday, April 15, 2025, at 11:59 p.m.:**

- **FGLOP**
- **ICH**
- **CCI (Fixed Price)**
- **LOP/LOPC**

**Please issue a Notice of Intent to NOT exercise the option year effective 4/30/2025:**
- **LASRF (Fixed Price)**

**Please issue a modification effective Tuesday, April 15, 2025, ceasing work on the Nationwide Policy (NWP) portion of the award. Franco services will continue through the end of the POP of July 31, 2025. Please issue a Notice of Intent to NOT exercise the option year effective July 31, 2025.**

- **NQRP  (Fixed  Price)**

Admin. Rec.41