YAAKOV M. ROTH
Acting Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DANIEL SCHUTRUM-BOWARD
Trial Attorney

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 307-4693
    william.silvis@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>    *Plaintiffs*,<br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.<br><br>    *Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: April 30, 2025<br><br>**NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF STEPHANIE E. GORMAN** |

Defendants respectfully submit this Supplemental Declaration of Stephanie E. Gorman, the Acting Assistant Director of Policy for the Executive Office for Immigration Review (EOIR), to assist the Court and the parties by providing further clarification and explanation of services pertaining to the transfer of the management and operation of the Legal Access Services for Reunified Families (LASRF) Program, from a contractor to EOIR.

This action is the subject of Plaintiffs' Motion to Enforce Settlement Agreement Regarding Provision of Legal Services (Dkt. 762).

DATED: April 30, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DANIEL SCHUTRUM-BOWARD
Trial Attorney

*/s/ William C. Silvis*
WILLIAM C. SILVIS
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 307-4693
william.silvis@usdoj.gov

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is Box 878, Ben Franklin Station, Washington, DC 20044. I am not a party to the above-entitled action. I have caused service of the accompanying **NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF STEPHANIE E. GORMAN** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 30, 2025            *s/ William C. Silvis*
                                 William C. Silvis