# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>            Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>            Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG)<br><br>**ORDER DENYING MOTION TO ENFORCE SETTLEMENT AGREEMENT REGARDING PROVISION OF LEGAL SERVICES** |

Plaintiffs' motion to enforce the Settlement Agreement regarding provision of legal services came on for hearing on April 30, 2025. Lee Gelernt and Anand Balakrishnan appeared for Plaintiffs, and William Silvis, Daniel Schutrum-Boward and Christina Parascandola appeared for Defendants. After reviewing the parties' briefs and hearing argument from counsel, Plaintiffs' motion is denied without prejudice as there has been no showing of a breach of the Settlement Agreement.

Counsel shall meet and confer in good faith on the issues discussed at the hearing. By agreement of counsel, a representative from Acacia Center for Justice and Ms. Gorman or another representative of EOIR may participate in the meet and confer efforts. If Plaintiffs wish to renew their motion, they shall file a supplemental brief along with supporting declarations and evidence on or before **May 12, 2025**. Defendants shall file

/ / /

any response on or before **May 14, 2025**, at **4:30 p.m.**  The Court will hear argument on any renewed motion on **May 15, 2025**, at **1:30 p.m.**

  **IT IS SO ORDERED**.

Dated:  May 1, 2025

Hon. Dana M. Sabraw
United States District Judge