UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al.,<br><br>    Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.,<br><br>    Respondents-Defendants. | Case No.: 18-cv-428-DMS-AHG<br><br>**ORDER RESETTING ORAL ARGUMENT** |

Based on the parties' joint request, the Court hereby resets the following deadlines:

1. Defendants may file their response to Plaintiffs' supplemental motion on or before **May 15, 2025** at **4:30 PM PST**.

2. The hearing on Plaintiffs' supplemental motion to enforce settlement agreement shall be reset to **May 16, 2025** at **12:30 PM PST** in **Courtroom 13A**.

Members of the news media who wish to listen in may dial in at **571-353-2301**; Meeting ID **151416184**. Members of the general public may attend in person. All persons dialing in to the hearing are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

1

18-cv-428-DMS-AHG

**IT IS SO ORDERED.**

Dated: May 13, 2025

Hon. Dana M. Sabraw
United States District Judge