# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.<br><br>*Defendants*. | Case No. 18-cv-00428-DMS-MDD<br><br>Date Filed: May 15, 2025 |

## SECOND SUPPLEMENTAL DECLARATION OF STEPHANIE E. GORMAN

I, Stephanie E. Gorman, declare as follows:

1. I am the Acting Assistant Director of Policy for the Executive Office for Immigration Review (EOIR), which is an agency within the U.S. Department of Justice (DOJ). EOIR's mission is to adjudicate immigration cases by fairly, expeditiously, and uniformly interpreting and administering the Nation's immigration laws. Under delegated authority from the Attorney General, EOIR conducts immigration court proceedings, appellate reviews, and administrative hearings. I was appointed as EOIR's Acting Assistant Director of Policy in February 2025. Prior to assuming this position, I served as an Assistant Chief Immigration Judge from January 2025 to February 2025, an Appellate Immigration Judge from 2019 to 2025, and

1. an Immigration Judge from 2017 to 2019. I submit this declaration to supplement my prior declarations filed with this Court on April 25, 2025 (Document 765-1) and April 30, 2025 (Document 768-1).

2. This declaration is based on my personal knowledge and information made available to me in the course of my official duties.

3. Following class counsel's filing of their "Renewed Motion to Enforce Settlement Agreement Regarding Provision of Legal Services" and additional declarations attached thereto, this supplemental declaration is provided for further clarification and explanation of services pertaining to the transfer of the management and operation of the Legal Access Services for Reunified Families (LASRF) Program, from a contractor to EOIR.

4. On May 1, 2025, EOIR began administering the LASRF Program. *See* Documents 765-1, 768-1.

5. EOIR has been coordinating with the Department of Homeland Security (DHS) and its contractors to deliver legal services administered through EOIR.

6. On May 1, 2025, EOIR began accepting referrals and information on class members and Qualifying Additional Family Members from DHS and its contractors, including International Organization for Migration (IOM) and Seneca Family of Agencies (Seneca).

7. On May 1, 2025, EOIR distributed an outreach flyer to DHS and the U.S. Department of Health and Human Services (HHS) to share with IOM and Seneca. The flyer contains information about the LASRF Program and instructions on how to schedule appointments for LASRF services. DHS and HHS confirmed that they shared the flyers with IOM and Seneca. EOIR emailed talking points to DHS and HHS about the federalized LASRF

Program to help IOM and Seneca communicate with class members and Qualifying Additional Family Members about the legal services that are available to them. DHS and HHS confirmed that they shared these talking points with IOM and Seneca.

8. On May 1, 2025, EOIR launched a dedicated webpage for class members and Qualifying Additional Family Members. The webpage is found at https://www.justice.gov/eoir/LegalServicesforMsL. This webpage includes the LASRF Program flyer (available in English, Spanish, K'iche', Portuguese, Q'anjob'al, and Mam), a list of upcoming group orientation sessions, resources for class members and Qualifying Additional Family Members, and instructions for volunteer attorneys and representatives seeking to represent class members. EOIR will update the flyer as appropriate throughout the LASRF Program.

9. On May 1, 2025, EOIR launched the LASRF hotline (703-756-8094), which allows class members and Qualifying Additional Family Members to call EOIR and request legal services. EOIR is actively returning these phone calls to explain the services that are available to them under the LASRF Program.

10. On May 1, 2025, EOIR announced a dedicated email address (Ms.L.Services@usdoj.gov) to centralize communications from the LASRF Program to class members, Qualifying Additional Family Members, and organizations seeking to refer cases for LASRF services. This email is monitored throughout the day and EOIR is making phone calls to follow up on emails. In addition to direct outreach from class members and Qualifying Additional Family Members, EOIR has already received referrals in this inbox from IOM.

11. On May 1, 2025, EOIR shared updated language for the together.gov and juntos.gov webpages concerning the legal services that are available to class members and Qualifying Additional Family Members.

12. Since May 1, 2025, EOIR has been conducting daily telephonic outreach to individuals on Acacia's waitlist and to individuals who reach out to the LASRF Program through the LASRF hotline or the dedicated LASRF email address. This outreach is conducted in English and Spanish, but additional languages are also available through on-demand interpretation that is provided by Lionbridge interpretation services.

13. During the period starting May 1, 2025, and ending May 14, 2025, EOIR conducted outreach to 44 Class members or Qualifying Additional Family Members, to inform them of the availability and scheduling of Program services. Between May 1, 2025, and May 12, 2025, 18 Class members and Qualifying Additional Family Members asked for help in applying for re-parole, Employment Authorization Document (EAD) renewal, or responding to Requests for Evidence (RFEs).

14. On May 7, 2025, EOIR finalized PowerPoint presentations for group orientations on the following topics: an overview of LASRF services, how to apply for re-parole and employment authorization renewal, and how to respond to requests for evidence, notices of intent to deny, and denial notices. On May 7, 2025, EOIR finalized a guide for class members and Qualifying Additional Family Members with instructions on how to use the Webex platform to access the group orientations that began on May 13, 2025. EOIR updated this guide on May 9, 2025. This guide was translated into Spanish and EOIR is sharing it with class members and Qualifying Additional Family Members in advance of presentations.

15. At 12:00pm ET on Tuesday, May 13, 2025, EOIR provided a virtual group orientation that was an overview of the legal services that are available under the Ms. L. Settlement. Approximately six individuals attended this presentation. On 12:00pm ET on Wednesday, May 14, 2025, EOIR provided a virtual group orientation on Re-Parole and Employment Authorization Renewal. There were approximately six attendees at this presentation. On 12:00pm ET on Thursday, May 15, 2025, EOIR provided a virtual group orientation on requests for evidence, notices of intent to deny, and denial notices. There were approximately three attendees. Also on Thursday, May 15, 2025, EOIR conducted a virtual self-help workshop on how Class members in immigration court proceedings can notify the immigration court about changes to their contact information. EOIR provided these services in Spanish. Participants at all of these group orientations and self-help workshops were allowed to ask questions using the question & answer feature on the interactive webinar platform. The presenter also invited participants to contact the LASRF email address or phone number with any follow-up questions. These group orientations and self-help workshop are also scheduled to take place during the week of May 19, 2025.

16. On May 7, 2025, EOIR emailed its pro bono network, consisting of pro bono list providers (165 recipients), law school clinics (149 recipients), a listserv on its GovDelivery email platform (52,422 recipients), and the public to inform them about the opportunity to represent class members before EOIR and DHS. EOIR also posted a volunteer solicitation on its federalized LASRF program webpage on May 8, 2025, including instructions to inform attorneys and representatives about the opportunity to represent class members and how to express their interest. EOIR maintains a dedicated email address (Ms.L.Volunteers@usdoj.gov) to

communicate with these volunteers. As of May 15, 2025, 71 individuals have responded and expressed interest in providing pro bono legal services to class members.

17. Since the effective date of the *Ms. L.* settlement, few if any class members have requested transportation stipends for in-person legal services.

18. EOIR will engage with volunteer attorneys and representatives to fulfill the individualized services specified under section IV.B.2.c.i.(a) of the settlement agreement.

19. EOIR will actively work with class members and pro bono legal service providers to assign cases for pro bono representation. EOIR will do this by working directly with volunteer attorneys to match them with class members for immigration legal services. When a volunteer attorney agrees to take a case, EOIR will share the volunteer attorney's contact information with the appropriate class member so that the class member can reach out to the attorney for assistance.

20. EOIR will attempt to match all class members who request individualized services to a pro bono attorney. As such, in-depth individualized consultations will not be needed because the individual facts and circumstances of a case will not inform whether the class member receives pro bono assistance or how they are matched with a volunteer. EOIR will ensure participant confidentiality and protect all personally identifiable information. For example, as discussed above, to avoid sharing class member information, EOIR will provide class members with contact information for the volunteer attorney so that the class members can conduct their own outreach to the pro bono representative. This will facilitate a connection between the volunteer attorney and the class member without sharing the class member's personally identifiable information.

21. EOIR will assign volunteer attorneys and representatives based on impending deadlines and other priority factors known to EOIR, including such factors as known standing removal orders and parole expiration dates. Through the implementation of this process, EOIR expects to become better able to assess the capacity of representation through the pro bono network.

22. Notifications concerning the availability of psychological evaluations will be made available to pro bono representatives, consistent with the settlement agreement.

23. EOIR plans to provide a library of written and recorded training materials to help pro bono attorneys and legal service providers, to cover substantive and procedural immigration law issues, education on working with vulnerable populations, trauma-informed care, and child protection. EOIR has established on-demand resources available for representatives on immigration law and process through its Immigration Court Online Resource (ICOR) and Model Hearing Program. EOIR will also provide representatives with specific resources related to representation of class members.

This declaration is made pursuant to 28 U.S.C. § 1746. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of May 2025.

STEPHANIE GORMAN
Digitally signed by STEPHANIE GORMAN
Date: 2025.05.15 16:19:45 -04'00'

_____
Stephanie E. Gorman
Acting Assistant Director, Office of Policy
Executive Office for Immigration Review