UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al.,<br><br>    Petitioners-Plaintiffs,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.,<br><br>    Respondents-Defendants. | Case No.: 18-cv-428-DMS-AHG<br><br>**ORDER FOLLOWING HEARING** |

A hearing was held on May 16, 2025, on Plaintiffs' supplemental motion to enforce settlement agreement. After hearing from counsel for the parties, it is hereby **ORDERED**:

1. The parties will file supplemental briefing and declarations on or before **May 23, 2025**.

2. The parties may file responses in opposition to any supplemental briefing on or before **May 28, 2025** by **4:30 PM**.

3. A hearing on Plaintiffs' supplemental motion to enforce settlement agreement will be held on **May 30, 2025**, at **11:30 AM** in **Courtroom 13A**.

It is further ordered that the Government shall inform Plaintiffs' counsel within 24 hours if it detains a member of the Ms. L. class or other qualifying member defined in the

1

settlement agreement. The information provided to Plaintiffs' counsel shall include, but is not limited to, the identity of the detained person, his or her A-file number, and place of detention. This notice requirement shall be a continuing obligation through the May 30, 2025 hearing. *See Pruco Life Ins. Co. v. California Energy Dev. Inc.*, No. 18-cv-02280-DMS-AHG, 2022 WL 2712039, at *11 (S.D. Cal. July 11, 2019) ("The Court's enforcement power includes authority to compel specific performance.") (citing *TNT Mktg., Inc. v. Agresti*, 796 F.2d 276, 278 (9th Cir. 1986)).

**IT IS SO ORDERED.**

Dated: May 16, 2025

Hon. Dana M. Sabraw
United States District Judge