# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>　　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>　　　　　Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG)<br><br>**ORDER CONTINUING HEARING DATE ON SUPPLEMENTAL MOTION TO ENFORCE SETTLEMENT AGREEMENT REGARDING PROVISION OF LEGAL SERVICES** |

Plaintiffs have requested a continuance of the hearing date from May 30, 2025, to June 4, 2025. There being no objection from Defendants, Plaintiffs' request is granted. The hearing on Plaintiffs' motion to enforce is continued to **June 4, 2025**, at **1:30 p.m.** With the continuance of the hearing date, the Court also continues the deadline for the parties' responsive briefs from May 28, 2025, to **May 30, 2025**.

A dial in number for counsel wishing to present argument will be circulated via email. The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

　　a.　Dial the toll free number: **571-353-2301**;

　　b.　Enter the Access Code: **151416184** (Participants will be put on hold until the Court activates the conference call);

/ / /

1

Members of the general public may attend in person.  All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

Dated:  May 27, 2025

Hon. Dana M. Sabraw
United States District Judge