# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG) <br><br> **ORDER CLARIFYING MAY 27, 2025 ORDER** |

The Government requested clarification of two issues in the Court's order dated yesterday, May 27, 2025 (ECF No. 784). In response to the Government's request, the Court clarifies that the parties' responsive briefs are due on or before **4:30 pm PST** on **May 30, 2025**. The Court also clarifies that the notice requirement set out in the Court's May 16, 2025 Order (ECF No. 776) is extended to **June 4, 2025**.

**IT IS SO ORDERED**.

Dated:  May 28, 2025

Hon. Dana M. Sabraw
United States District Judge