# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., | Case No. 18-cv-00428-DMS-MDD |
| *Plaintiffs*, | |
| v. | Date Filed: June 4, 2025 |
| U.S. Immigration and Customs Enforcement ("ICE"), et al. | |
| *Defendants*. | |

**FOURTH SUPPLEMENTAL DECLARATION OF STEPHANIE E. GORMAN**

I, Stephanie E. Gorman, declare as follows:

1. I am the Acting Assistant Director of Policy for the Executive Office for Immigration Review (EOIR), which is an agency within the U.S. Department of Justice (DOJ). EOIR's mission is to adjudicate immigration cases by fairly, expeditiously, and uniformly interpreting and administering the Nation's immigration laws. Under delegated authority from the Attorney General, EOIR conducts immigration court proceedings, appellate reviews, and administrative hearings. I was appointed as EOIR's Acting Assistant Director of Policy in February 2025. Prior to assuming this position, I served as an Assistant Chief Immigration Judge from January 2025 to February 2025, an Appellate Immigration Judge from 2019 to 2025, and

1   an Immigration Judge from 2017 to 2019.  I filed declarations with this Court on April 25, 2025

2   (Document 765-1), April 30, 2025 (Document 768-1), May 15, 2025 (Document 774-1), and

3   May 23, 2025 (Document 782-2).

4       2.      This declaration provides additional information that was made available to me

5   subsequent to filing my Third Supplemental Declaration on May 23, 2025.  This update provides

6   the Court with corrected and supplemental information concerning the operations of EOIR's

7   Federalized Legal Access Services for Reunified Families (LASRF) Program.

8       3.      Based on my personal knowledge and information made available to me at the time

9   of my last declaration and in the course of my official duties, I stated that "[n]o class members

10  or [Qualifying Additional Family Members] ha[d] specifically requested a referral to a pro bono

11  attorney."  Third Suppl. Decl. of Stephanie Gorman ¶ 9 (May 23, 2025).   On June 3, 2025, I

12  learned that a *Ms. L.* class member, who was on Acacia's waitlist, requested a referral to a pro

13  bono attorney on May 14, 2025, after attending a group orientation on how to apply for re-parole

14  and employment authorization renewal.  I was also informed that EOIR contacted this class

15  member on June 3, 2025, and that EOIR is actively working to match this individual with a pro

16  bono representative.

17      4.      In light of this information that was newly provided to me, I have directed the

18  review of all voicemails, e-mail communications, and call logs to confirm whether EOIR has

19  received any additional class member requests for representation.  This review will be completed

20  by the end of this week, and EOIR will update the Court should any additional information come

21  to light.

5. Based on my personal knowledge and information made available to me at the time of my last declaration and in the course of my official duties, I additionally stated that "EOIR does not have specified information regarding any upcoming deadlines for the individuals on the Acacia waitlist." *Id.* at ¶ 8. Although the Acacia waitlist does not include any upcoming deadlines, I have since learned that the Department of Homeland Security separately provides the LASRF Program with a list of class members and QAFMs that includes some of their parole expiration dates.

6. Additionally, on May 30, 2025, EOIR responded to a voicemail from a class member on the *Ms. L.* hotline. The class member requested assistance from an attorney to help with his family's re-parole applications. EOIR contacted this individual on June 3, 2025, and is actively working to match his family with a pro bono representative.

7. Also on May 30, 2025, EOIR received a voicemail on the *Ms. L.* hotline from a class member from Acacia's waitlist who attended the LASRF Program's group orientation on how to apply for re-parole and employment authorization renewal. The class member requested help from an attorney to apply for re-parole and employment authorization renewal. EOIR contacted this class member on June 3, 2025, and is also actively working to match this individual with a pro bono representative.

This declaration is made pursuant to 28 U.S.C. § 1746. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of June 2025.

**STEPHANIE GORMAN**
Digitally signed by STEPHANIE GORMAN
Date: 2025.06.04 11:31:00 -04'00'

_____
Stephanie E. Gorman
Acting Assistant Director, Office of Policy
Executive Office for Immigration Review