

*Office of General Counsel*
**U.S. Department of Homeland Security**
Washington, DC 20528



**Homeland Security**

June 9, 2025

Catherine Eschbach
Director, Office of Federal Contract Compliance Programs
United States Department of Labor
200 Constitution Ave NW
Washington, DC 20210

SUBJECT:                    Racial Discrimination by Seneca in Violation of Contract Terms
                            and Title VII of the Civil Rights Act of 1964

Dear Catherine,

In the Civil Rights Act of 1964, Congress expressed a desire to root out racial discrimination by employers. Specifically, Title VII of the Act provides that an employer may not "limit, segregate, or classify his employees . . . in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin."[1]

Nothing in Title VII requires an employer to "grant preferential treatment to any individual or to any group because of the race, color, religion, sex, or national origin of such individual or group on account of an imbalance which may exist with respect to the total number or percentage of persons of any race, color, religion, sex, or national origin employed by any employer."[2]

Additionally, federal contracts contain prohibitions against "discrimination in the administration of [government] programs and services based on non-merit factors such as race."[3]

Seneca Family of Agencies (Seneca) is an employer. It also contracts with the U.S. Department of Health and Human Services (HHS), specifically the Substance Abuse and Mental Health Services Administration (SAMHSA), to provide behavioral health services and case management on behalf of the government. Despite its status as a government contractor and an employer, Seneca has adopted a diversity, equity, and inclusion policy that appears to classify and disparately treat employees and clients based on race.[4]

Because Seneca appears to provide services in a manner that supports unlawful racial discrimination and violates the express terms of its contract with HHS, the U.S. Department of Homeland Security (DHS) is referring the issue to your office for additional review. If you agree with DHS's assessment that this program is providing services in an unlawful manner, you should consider all remedies permitted by law.

---

[1] 42 U.S.C. § 2000e-2(a)(2).

[2] *Id.* § 2000e-2(j); *see also Ames v. Ohio Dept. of Youth Services*, No. 23–1039 (June 5, 2025), slip op. 6 (Congress "establish[ed] the same protections for every individual—without regard to that individual's membership in a minority or majority group . . . ." (internal quotation marks omitted)).

[3] *See, e.g.*, HHSAR 352.237-74.

[4] Our Commitment to Racial Justice and LGBTQ+ Rights, https://senecafoa.org/diversity/.

\*        \*        \*

In October 2023, several federal officers and agencies, including DHS, certain DHS
components, and HHS, entered a settlement agreement which required  the agencies to provide
certain behavior health services to class members.[5]  To effectuate that settlement agreement, HHS
contracted with the Seneca Family of Agencies on June 2, 2022 to provide "Behavioral Health
Case Management & Behavioral Health Services for Separated Families."[6]

Like all contracts with HHS, the Seneca Agreement incorporated by reference the
following non-discrimination provision[7]:

> It is the policy of the Department of Health and Human Services that
> no person otherwise eligible will be . . . subjected to discrimination
> in the administration of HHS programs and services based on non-
> merit factors such as race . . . . By acceptance of this contract, the
> contractor agrees to comply with this policy in supporting the
> program and in performing the services called for under this
> contract.[8]

Despite this contractual provision and the limitations of the Civil Rights Act, Seneca
appears to administer its services in several racially discriminatory ways.

Seneca appears to discriminate against employees, potentially including those providing
services under the HHS contract.  For example, the Careers page of Seneca's website states that
"[r]ecognizing that many of the children and families referred to our services are experiencing the
effects of institutionalized and systemic discrimination, racism, and marginalization, Seneca
strives to recruit and retain a workforce that is reflective of the communities we serve."[9]  This
appears to be a thinly veiled euphemism for granting preference to potential employees based on
race.  The discrimination does not end at the hiring stage.  The Seneca website proclaims that "All
Black Lives Matter" and "Black employees must experience an inclusive workplace culture where
their lived experience is valued and sought to inform practices and program services."[10]  Yet
Seneca makes no similar statement concerning the experiences of non-black employees or the
value of their lives.

Further, Seneca pledges to advocate for "the rights of youth and families of color against
racial discrimination experienced within systems of care" but makes no such commitment for
clients who are not "of color."[11]

Seneca appears to value diversity and inclusion for preferred racial groups only.  Potential
employees who do not belong to Seneca's preferred racial groups could reasonably conclude that
applying to the company would be futile.  Even if hired, Seneca's own statements suggest that the
company would limit, segregate, or classify the non-minority employee based on race.  Finally,
Seneca appears to force its employees to offer services, potentially including those served under
the agreement with HHS, based on the premise that racial minorities are systemically oppressed

---

[5] Settlement Agreement at 9.

[6] HHS Contract 75S20222C00002 ("Seneca Agreement").

[7] Seneca Agreement at 37.

[8] Health and Human Services Acquisition Regulation 352.237-74, Non-Discrimination in Service Delivery.

[9] Careers, https://senecafoa.org/careers/.

[10] Our Commitment to Racial Justice and LGBTQ+ Rights, https://senecafoa.org/diversity/.

[11] *Id.*

and members of those minority groups must therefore be favored at the expense of members of non-minority groups. Nothing in Title VII of the Civil Rights Act requires such an approach. [12] And in fact, both the Civil Rights Act and the terms of the contract prohibit it.

DHS recommends that you further investigate this apparent discrimination, and, if appropriate, consider terminating the Seneca Agreement as well as any other legally appropriate remedies.

Thank you for your consideration.

Sincerely,

Joseph N. Mazzara
Acting General Counsel
Department of Homeland Security

_____

[12] 42 U.S.C. § 2000e-2(j).