

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al.,<br><br>　　　　Petitioners-Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　Respondents-Defendants. | Case No. 18cv428 DMS MDD<br><br>Hon. Dana M. Sabraw |

### DECLARATION OF BRIAN GOODGER

I, Brian Goodger, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that my testimony below is true and correct:

1. I am the Head of Contracting for Health Resources & Services Administration (HRSA), U.S. Department of Health and Human Services (HHS). I have served in this position since November 18, 2024. My responsibilities encompass accountability for acquisition and contracting initiatives required to support various procurement needs and programs to conduct the acquisition program for HRSA and authority to issue contracting officer warrants and other delegations of procurement authority necessary and appropriate to support the HRSA acquisition function, including overseeing compliance with federal laws, regulations, and executive orders governing contracts and programs under the agency's jurisdiction.

2. This declaration is based upon my personal knowledge, information acquired by me in the course of performing my official duties, information supplied to me by federal government employees, and government records.

3. The purpose of this declaration is to support the Government's Motion for Temporary Relief from Judgment with regard to the court-approved Settlement Agreement and to update the Court on the Government's acquisition plan to replace the Seneca contract with another vendor to make available behavioral health services and medical services, and conduct outreach to class members in this case.

### BACKGROUND OF THE SENECA CONTRACT

4. On March 11, 2020, HHS initially awarded a sole-source contract to Seneca Family of Agencies (Seneca) in response to Judge Kronstadt's certification of a class of separated migrant parents and to an order for the Government to locate and provide behavioral health services to the class members.

1

*Ms. JP., et al. v. Barr, et al.*, No. 18-cy-06081-JAK (*Ms. JP*). The contract was subsequently extended several times due to the COVID-19 pandemic and was scheduled to expire on July 10, 2021.

5. Upon the inauguration of former President Biden, he issued Executive Order 14011, establishing the Interagency Task Force on the Reunification of Families (Task Force). The Task Force was tasked with locating and reunifying the separated families and resolving the family separation cases. Subsequently, the Task Force requested that HHS extend the behavioral health services contract beyond July 10, 2021, while the parties negotiated a settlement of this case and *Ms. JP*, two family separation cases. The Task Force also requested that HHS initiate a follow-up acquisition planning process for a competitive procurement to replace the Seneca contract beyond July 10, 2021.

6. With funding from U.S. Department of Homeland Security (DHS), SAMHSA competed and awarded a new contract to Seneca on June 10, 2022, to implement this Court's interim order dated May 2, 2022. *See* ECF No. 644. The new contract encompassed a broader scope than the original contract, providing a wider range of services and extending coverage to additional separated families. The new contract mandated Seneca to conduct outreach to separated families, provide behavioral health treatments, child-centered pre-reunification counseling to separated children, psychoeducation and parenting support, and behavioral case management services. Since 2022, SAMHSA has exercised its option year and extended the contract.

7. After this Court approved the Settlement Agreement on December 11, 2023, SAMHSA modified the contract on March 14, 2024, to implement the behavioral health services, medical services, and outreach to class members as required by the Settlement Agreement. The modified contract is funded by the U.S. Department of Justice and DHS through an Inter-Agency Agreement with HHS. The current contract is set to expire on June 9, 2025, with two option years remaining in the contract.

8. Under the current contract, Seneca has coordinated and implemented a system for establishing contact with the class members that are located in all relevant geographic areas both within and outside of the continental United States. Seneca has also informed the families of the registration process and all available services, including the possibility of requesting humanitarian parole, housing assistance, limited legal support services, access to medical services through the Federally Qualified Health Centers (FQHCs) with funded co-pay support, and behavioral health services which include child-focused pre-reunification counseling, psychoeducation, and behavioral health case management and treatment and solicit their interest in those services.

9. Specifically, Seneca has subcontracted with Justice in Motion to conduct international outreach to separated families living overseas to inform them of the Settlement Agreement and solicit their interests in reunifying with their families in the United States.

2

10. Additionally, Seneca has established a network of trauma informed, culturally competent behavioral health providers, including licensed professional counselors, nurse practitioners, clinical social workers, clinical psychologists and psychiatrists and subcontracted with these professionals to deliver behavioral health services to reunified families in all relevant geographic areas of the United States.

11. Due to a pending reorganization of HHS, the Substance Abuse and Mental Health Services Administration (SAMHSA) is being reorganized and its procurement office will be merged with HRSA. The reorganization is being delayed due to pending litigation. Therefore, HRSA will take over the management of the behavioral health services contract on behalf of HHS.

## CONCERNS WITH SENECA'S DEI PROGRAM

12. Seneca's Diversity, Equity, and Inclusion (DEI) program has raised concerns about potential violations of federal anti-discrimination laws. This has led the U.S. Department of Homeland Security (DHS) to refer Seneca to the Department of Labor's Office of Federal Contract Compliance Programs (OFCCP) for a thorough investigation. *See* DHS's Referral Investigation letter (attached). The goal of this investigation referral is to determine whether Seneca's DEI practices align with federal anti-discrimination statutes and to take corrective action if necessary.

13. On January 20, 2025, President Trump issued Executive Order 14151 titled ENDING RADICAL AND WASTEFUL GOVERNMENT DEI PROGRAMS AND PREFERENCING. This Executive Order and anti-discrimination laws are in place to ensure that all federal contractors adhere to principles of equal opportunity and non-discrimination. These laws prohibit any form of discrimination based on race, color, religion, sex, or national origin.

14. The Government has a responsibility to ensure that its contractors comply with these laws to foster a fair and inclusive workplace. DOJ and DHS provide the funding for the Seneca contract through an Interagency Agreement with HHS. DHS has not provided its portion of the funding for HHS to exercise the next option year on the Seneca contract and, due to cross-government concerns, DHS was compelled to refer Seneca to the OFCCP for investigation as part of a two-step inter-agency plan between DOJ, HHS and DHS to (1) await final determination by DOL before contracting again with Seneca while (2) also actively search for alternative providers to comply with the court's order. *See* DHS's Referral Investigation letter. As a result of the foregoing events, notifying the court of these events and resoliciting the contract appeared to be the most appropriate course of action for HHS to ensure compliance with all legal requirements.

15. Resoliciting the contract is a crucial step towards implementing the Settlement Agreement. HHS is committed to ensuring that the new contractor can provide high-quality behavioral health services while complying with all legal requirements.

16. While HHS engages in the re-solicitation process, Defendants will be unable to comply with sections IV.B.2.a, IV.B.2.b, and IV.B.2.d of the Ms. L. Settlement Agreement. HHS intends to leverage pre-existing ICE contacts for the re-solicitation. However, HHS cannot guarantee an expedited re-bid given the unique nature of this contract and the current terms of the Settlement Agreement.

## PROCESS FOR RE-SOLICITING THE CONTRACT

17. If HHS assumes responsibility for resoliciting the current Seneca contract, the re-solicitation process will be conducted in accordance with federal acquisition regulations and agency procurement procedures, consisting of the following mandatory phases:

**a. Acquisition Planning Phase**: Development and approval of an Acquisition Strategy (AS) and an Acquisition Plan. Preparation of comprehensive acquisition documentation including Performance Work Statement (PWS), deliverables schedule, Quality Assurance Surveillance Plan (QASP), Independent Government Cost Estimate (IGCE), and submission to the Contracting Officer (CO) for review. Submission of Form 653 to the Small Business Administration and executive approval processes. *See* Federal Acquisition Regulation (FAR) 7.1, and Part 307 of the HHS Acquisition Regulation (HHSAR/HHSAM).

**b. Solicitation Phase**: Publication of a synopsis for fifteen (15) days followed by a thirty (30) day proposal submission period under full and open competition procedures. See FAR 15.2

**c. Evaluation and Award Phase**: Technical Review Panel evaluation, negotiation processes, and final award documentation preparation. See FAR 15.3, and Part 315 of the HHSAR/HHSAM.

## DETAILED STEPS IN THE ACQUISITION PROCESS

18. The acquisition will proceed through the following specific steps:

  a. Step 1: Acquisition Strategy development and approval.
  b. Step 2: Acquisition Package compilation and CO submission
  c. Step 3: Small Business Administration determination and executive approvals
  d. Step 4: Synopsis publication and public notification
  e. Step 5: Solicitation posting and Industry Engagement
  f. Step 6: Proposal receipt and technical evaluation
  g. Step 7: Negotiation and final award processes

## ANTICIPATED TIMEFRAME

19. The total anticipated duration for completion of the acquisition process is one hundred thirty-five to one hundred sixty-five (135-165) calendar days, broken down as follows:

4

      a. Pre-Acquisition Phase and Acquisition Package Development: Forty-Four or more (45+) calendar days

      b. Solicitation Period: Forty-five (45+) calendar days

      c. Evaluation and Award: Forty-five to seventy-five (45-75) calendar days

20. This anticipated timeframe is subject to potential extension due to historical funding coordination challenges between DHS and Department of Justice (DOJ).

Executed on June 9, 2025.

**BRIAN K. GOODGER -S**
Digitally signed by BRIAN K. GOODGER -S
Date: 2025.06.09 17:29:50 -04'00'

Brian Goodger