# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>　　　　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>　　　　　　　Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG)<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR TEMPORARY RELIEF FROM COURT ORDER PURSUANT TO RULE 60(b)** |

The Court is in receipt of Defendants' Motion for Temporary Relief from Court Order Pursuant to Rule 60(b). Having reviewed the Motion, the Court sets the following briefing schedule and hearing date:

1. Plaintiffs shall file their response to the motion on or before **June 20, 2025**.

2. Defendants shall file their reply brief on or before **June 24, 2025**.

3. The motion shall be heard on **June 27, 2025**, at **1:30 p.m. Pacific Time**.

**IT IS SO ORDERED**.

Dated: June 16, 2025

Hon. Dana M. Sabraw
United States District Judge