BRETT A. SHUMATE
Assistant Attorney General
Civil Division
GLENN M. GIRDHARRY
Acting Deputy Director
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DANIEL SCHUTRUM-BOWARD
Trial Attorney

    U.S. Department of Justice,
    Civil Division
    Office of Immigration
    Litigation
    General Litigation and
    Appeals Section
    P.O. Box 878, Ben Franklin
    Station
    Washington, DC 20044
    (202) 919-1670
    Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants

Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor San Francisco, CA 94104
T: (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

Attorneys for Ms. L. Plaintiffs

*Admitted Pro Hac Vice

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement (ICE), et al. <br><br> *Defendants*. | Case No. 3:18-cv-00428-DMS-MDD <br><br> Date Filed: June 25, 2025 <br><br> **JOINT STATUS REPORT** <br><br> Hon. Dana M. Sabraw <br> Courtroom: 13A |

The parties submit this joint status report in accordance with the Court's order of June 10, 2025, ECF No. 795 at 19. In addition, the parties provide their proposed schedules to govern briefing of pending and forthcoming motions.

### I.     Defendants' Positions.

The Government will file a motion under Federal Rule of Civil Procedure 60(b) seeking relief from the Court's Order of June 10, 2025, in which the Court directed Defendants to reinstate the now-expired Acacia Task Order, while the Government pursues one or more new Task Orders to provide the required legal services at a reasonable cost to the taxpayer. To resume provision of legal services through Acacia, EOIR cannot simply reinstate the expired Task Order. Rather, EOIR would have to enter into a new Task Order with Acacia, which would require EOIR and Acacia to mutually agree on its terms, including a Statement of Work and cost of services. If the Court grants the motion, the Government will solicit a Request for Information, to include a Statement of Work, that will allow it to collect written information about the capabilities of vendors in the marketplace to offer immigration legal services, followed by a Request for Quote. The Government intends to contract with one or more vendors at competitive pricing, following the standard procurement process, to provide the individualized services.

Furthermore, Defendants propose the following briefing schedule which provides sufficient time for Defendants' counsel to obtain necessary information and for agency

and supervisory review of briefs prior to filing.

- June 27, 2025 – Plaintiffs' breach motion.
- June 27, 2025 – Plaintiffs' opposition to Defendants' Rule 60(b) motion (re: Seneca).
- June 30, 2025 – Defendants' Rule 60(b) motion (re: Acacia).
- July 11, 2025 – Defendants' reply in support of their Rule 60(b) motion (re: Seneca).
- July 14, 2025 – Plaintiffs' opposition to Defendants' Rule 60(b) motion (re: Acacia).
- July 15, 2025 – Defendants' opposition to Plaintiffs' breach motion.
- July 16, 2025 – Hearing on Defendants' Rule 60(b) motion (re: Seneca).
- July 21, 2025 – Plaintiffs' reply in support of their breach motion.
- July 21, 2025 – Defendants' reply in support of Rule 60(b) motion (re: Acacia).
- July 25, 2025 – Hearing on all pending motions.

**II.  Plaintiffs' Positions.**

A. Defendants' Compliance with the Court's Order (ECF No. 795)

Plaintiffs' understand that Defendants have not yet taken steps to comply with the Court's June 10 Order to resume Acacia's legal services program for *Ms. L* Class Members and qualifying additional family members. At the parties' meet and confer on June 24,[1] counsel for Defendants stated that they would be pursuing Rule 60(b) relief

---

[1] Plaintiffs' e-mailed counsel for Defendants on June 12 and June 16 asking to meet and confer. Counsel for Defendants' responded on June 20; the meet and confer occurred on the first date that Defendants made available.

2

as to that Order.

Plaintiffs do not believe there is any basis for Defendants not to comply promptly with the Court's Order. Plaintiffs understand that Acacia has an active indefinite delivery indefinite quantity contract with the government, a type of contract which allows the government to issue task orders that fall within the contract's scope. It is under that same contract that the prior task order was issued and in effect for Acacia to provide legal services; Plaintiffs' position is that there is no reason that Defendants cannot issue a new task order to Acacia to comply with the Court's Order. This issue is urgent and its urgency is reflected in Plaintiffs' proposed briefing schedule to address numerous issues with Settlement compliance.

B. Proposed Schedule for Settlement Compliance Issues

Plaintiffs propose a schedule that aims to resolve as soon as possible Defendants' noncompliance with the Court's June 10 Order, and Defendants' recent admission that they are not offering numerous required benefits under the Settlement because they ended their contract with Seneca Family of Agencies, *see* ECF No. 792.

There are further breach motions that are necessary to litigate. Plaintiffs allege that Defendants are not paying the independent adjudicator appointed to resolve disputes of class membership, preventing additional families from qualifying for the Settlement's benefits, and are not funding certain reunification efforts of the International Organization for Migration. IOM has informed advocates for families that it is no longer able to pay for Class Members and their families to travel to reunite in the United States because it has not received necessary funding.

Plaintiffs' proposal allows for the issues of the Acacia and Seneca services to proceed on a combined schedule and hearing without delay, while allowing additional time for Defendants to address additional alleged breaches:

Briefing on Seneca and Acacia Issues

June 30 - Plaintiffs' Opposition to Defendants' Rule 60(b) Motion re: Seneca

3

June 30 - Plaintiffs' Motion to Enforce re: Seneca

June 30 - Defendants' Rule 60(b) Motion re: Acacia

July 8 at noon - Defendants' Reply on Defendants' Rule 60(b) Motion re: Seneca

July 8 at noon - Defendants' Opposition to Motion to Enforce re: Seneca

July 8 at noon - Plaintiffs' Opposition to Rule 60(b) Motion re: Acacia

July 10 at 3 pm - Plaintiffs' Reply on Motion to Enforce re: Seneca

July 10 at 3 pm - Defendants' Reply on Rule 60(b) Motion re: Acacia

July 11 Hearing regarding all Seneca and Acacia motions.

<u>Briefing re: Independent Adjudicator and Certain IOM services</u>

June 30 - Plaintiffs' combined Motion to Enforce

July 11 - Defendants' Opposition

July 15 - Plaintiffs' Reply

July 17 Hearing on combined Motion to Enforce.

| | |
|---|---|
| Dated: June 25, 2025. | Respectfully submitted, |
| /s/ *Lee Gelernt*_____<br>Lee Gelernt*<br>Daniel A. Galindo (SBN 292854)<br>Anand Balakrishnan*<br>Judy Rabinovitz*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>T: (212) 549-2660<br>*lgelernt@aclu.org*<br>*dgalindo@aclu.org*<br>*abalakrishnan@aclu.org*<br>*jrabinovitz@aclu.org* | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>GLENN M. GIRDHARRY<br>Acting Deputy Director<br><br>WILLIAM C. SILVIS<br>Assistant Director<br><br>CHRISTINA PARASCANDOLA<br>Senior Litigation Counsel |
| Stephen B. Kang (SBN 292280)<br>Spencer E. Amdur (SBN 320069)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>T: (415) 343-0783<br>*skang@aclu.org*<br>*samdur@aclu.org* | */s/ Daniel Schutrum-Boward*<br>DANIEL SCHUTRUM-BOWARD<br>Trial Attorney<br>Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 919-1670<br>Daniel.R.Schutrum-Boward@usdoj.gov |
| Attorneys for Ms. L Petitioners-Plaintiffs<br><br>*Admitted Pro Hac Vice | Attorneys for Defendants |

5