BRETT A. SHUMATE
Assistant Attorney General
Civil Division
GLENN M. GIRDHARRY
Acting Deputy Director
WILLIAM C. SILVIS
Assistant Director
DANIEL SCHUTRUM-BOWARD
Trial Attorney

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 919-1670
    Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., | Case No. 3:18-cv-00428-DMS-MDD |
| *Plaintiffs*, | Date Filed: June 30, 2025 |
| v. | **CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RULE 60(b) MOTION FOR TEMPORARY RELIEF FROM COURT ORDER REQUIRING REINSTATEMENT OF ACACIA TASK ORDER** |
| U.S. Immigration and Customs Enforcement (ICE), et al. | |
| *Defendants*. | Hon. Dana M. Sabraw |
| | Courtroom: 13A |
| | Current Hearing Date: July 18, 2025 |

Pursuant to Federal Rule of Civil Procedure 60(b), CivLR 7.1, Defendants move for an extension of time up to and including July 3, 2025, to file their Motion for Relief from the Court Order Requiring Reinstatement of Acacia Task Order Pursuant to Federal Rule of Civil Procedure 60(b), ECF No. 795, and as good cause, state as follows.

On June 25, 2025, the parties filed a joint status report, ECF No. 800, in which they proposed their respective combined briefing schedules in this matter on various motions pertaining to compliance with and implementation of the *Ms. L.* Settlement Agreement, ECF No. 721-1, including Defendants' forthcoming Motion for Relief from the Court Order Requiring Reinstatement of Acacia Task Order Pursuant to Federal Rule of Civil Procedure 60(b). Following a status conference on June 27, 2025, the Court issued an Order setting June 30, 2025, as the deadline by which Defendants must file this Rule 60(b) Motion and further ordering that, in that Motion, Defendants shall:

> set out what steps need to be taken to enter or reenter into a task order with Acacia consistent with the Court's June 10, 2025 Order. Defendants shall also set out their position on whether the Court has authority to extend the term of the Settlement Agreement given Defendants' decisions to cancel their contracts with the previous service providers (Acacia and Seneca), the Court's finding that Defendants are in breach of the Settlement Agreement, and Defendants' delay in curing that breach and complying with the Court's June 10, 2025 Order.

ECF No. 803 at 2. Defendants respectfully request additional time, up to and including July 3, 2025, to file this Rule 60(b) Motion, given the Court's instruction on June 27, 2025, that Defendants—multiple federal agencies—provide the aforementioned specific information.

On June 30, 2025, Defendants conferred with Plaintiffs' counsel who indicated they do not object to this request. If the Court grants this motion and extends Defendants' deadline to file the forthcoming Rule 60(b) Motion, Defendants request that the Court accordingly modify Plaintiffs' July 8, 2025 deadline to respond to the forthcoming Rule

60(b) Motion to July 11, 2025, and Defendants' reply deadline to noon Pacific Standard Time on July 15, 2025. Finally, Defendants request that the Court advance the combined hearing on all pending motions, currently scheduled for July 18, 2025, to the afternoon of July 17, 2025.

Dated: June 30, 2025.                    Respectfully submitted,

BRETT A. SHUMAT
Assistant Attorney General

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

*/s/ Daniel Schutrum-Boward*
DANIEL SCHUTRUM-BOWARD
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 2004
(202) 919-167
Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants