Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA  94104
T:  (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for* Ms. L. *Plaintiffs*
*\*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al.,<br><br>*Petitioners-Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.<br><br>*Respondents-Defendants*. | Case No. 18-cv-00428-DMS-AHG<br><br>Date Filed: June 30, 2025<br><br>Hearing Date: July 18, 2025<br><br>**DECLARATION OF LETICIA GALYEAN STURTEVANT**<br><br>**CLASS ACTION** |

I, Leticia Galyean Sturtevant, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct:

## Background

1. I am the President and Chief Executive Officer of Seneca Family of Agencies ("Seneca"), a nonprofit organization established in 1985 and based in Oakland, California. Seneca's mission is to help children and families through the most difficult times of their lives. To realize our mission, Seneca provides a broad continuum of trauma-informed, culturally responsive, and family-focused behavioral health, education, and child welfare services to over 25,000 families annually across California, Washington State, and nationally. I make this declaration on the basis of my personal knowledge, review of Seneca business records, and information supplied to me by Seneca employees.

2. Under the *Ms. L.* class action Settlement Agreement, the Substance Abuse and Mental Health Services Administration ("SAMHSA"), an agency of the U.S. Department of Health and Human Services ("HHS"), contracted with Seneca to provide separated families with access to services such as behavioral health case management, behavioral health services, assistance with certain medical costs, housing assistance, legal services, and food insecurity assistance.

3. The SAMHSA contract funded Seneca's *Ms. L* staff, which consisted of a team of 69 employees almost all of whom are bilingual. This team included more than 30 Seneca caseworkers, who have been the main point of contact for most of the *Ms. L.* class members and their family members who qualify for benefits under the Settlement.

4. Seneca's staff conducted initial outreach to class members, including by subcontracting with other organizations to locate class members in the U.S. and abroad, notify them of the Settlement, and advise them of their rights and benefits available under the Settlement. Since 2020, Seneca has conducted outreach to 5,739

18cv00428

separated families, including searches for families abroad conducted by Seneca's contractor, Justice in Motion.

5. Seneca's caseworkers and contractors also helped class members and family members granted humanitarian parole file for initial employment authorization documents in the early months of the Settlement. Seneca's caseworkers also referred class members to housing assistance, provided medical co-payment assistance and behavioral health care and coordinated referrals for legal and other services. Since 2020, Seneca has helped thousands of separated families by:

   a. providing behavioral health services for 1,433 individuals eligible under the Settlement, including close family members of Class Members who were traumatized by the separation;

   b. administering the medical co-payments benefits, including 566 co-payments at federally qualified health centers;

   c. making legal services referrals for more than 472 families;

   d. providing housing assistance and referrals for 855 families;

   e. and making referrals for food insecurity for 308 families, totaling 669 food insecurity referrals in all. Total referrals for food insecurity are higher than the number of families assisted because in some cases families have new needs arise and require multiple referrals.

### History of Contract Renewals between Seneca and SAMHSA

6. Seneca previously submitted to this Court a declaration on May 23, 2025, briefly outlining the sequence of contract renewals between Seneca and SAMHSA related to this litigation. Decl. of Lyna Muñoz-Morris ¶¶ 4–8, ECF No. 783-2.

7. On June 10, 2022, SAMHSA and Seneca entered into a new contract to implement the Court's May 2, 2022, order that the Defendants provide behavioral health services to the *Ms. L.* class members and their separated children within the United States

18cv00428

while the parties negotiated a settlement. ECF No. 644; *see also* Muñoz-Morris Decl. ¶ 6. Under this new contract with SAMHSA, Seneca expanded its existing program to add services such as child-centered counseling prior to reunification and post-reunification behavioral health, psychoeducation, and parenting support services for up to 6,000 children and parents annually during the duration of the contract. This expansion offered services to additional separated families, including those separated in the very beginning of family separation under the first Trump Administration.

8. On March 14, 2024, after this Court approved the Settlement Agreement, SAMHSA and Seneca modified their existing contract to expand Seneca's services to include administering medical services and conducting further international outreach to class members.

**Seneca's Website**

9. For years, the "Diversity" page on Seneca's website has included the following language "All Black Lives Matter"; "Black employees must experience an inclusive workplace culture where their lived experience is valued and sought to inform practices and program services;" and "[w]e will advocate for the rights of youth and families of color against racial discrimination experienced within systems of care." Seneca's website can be viewed as it existed in October 2020 on Internet Archive, https://web.archive.org/web/20201022094611/https://www.senecafoa.org/diversity/. It contains those statements verbatim. A true and accurate copy of the page as of October 22, 2020, as taken from Internet Archive, is attached to this declaration as Exhibit A.

10. For years, the "Careers" page of Seneca's website included the following language: "Recognizing that many of the children and families referred to our services are experiencing the effects of institutionalized and systemic discrimination, racism, and marginalization, Seneca strives to recruit and retain a workforce that is reflective of the communities we serve. . ." This webpage can be viewed as it existed on

3

18cv00428

September 2020 on Internet Archive.

https://web.archive.org/web/20200930020925/https://www.senecafoa.org/careers/. It contains that language verbatim. A true and accurate copy of the page as of September 30, 2020, as taken from Internet Archive, is attached to this declaration as Exhibit B.

11. Both the "Diversity" and "Careers" pages of the Seneca website are publicly accessible. Throughout the bidding processes for each of Seneca's contracts with SAMHSA related to the *Ms. L* litigation—including the June 2022 modified contract, and the March 2024 contract—these statements were publicly available on Seneca's website.

12. No government official has ever raised a concern to Seneca about any of the website statements described above.

### Communications Regarding Renewal of the 2024 Contract

13. The most recent contract was set to expire on June 9, 2025, with two option years remaining on the contract.

14. Between April 9, 2025, and the contract's expiration date, June 9, 2025, we reached out to SAMHSA at least eleven times to see whether the contract would be renewed. The email exchanges between me and officials at SAMHSA between April 9, 2025, and June 11, 2025, are attached as Exhibit C. Separately, Seneca also repeatedly inquired at weekly meetings with SAMHSA about whether the contract would be renewed.

15. In her May 23, 2025 declaration to this Court, Ms. Muñoz-Morris provided a summary of some of the communications between SAMHSA and Seneca between April 11, 2025, and May 7, 2025, about whether SAMHSA would renew Seneca's contract for another year. Decl. of Lyna Muñoz-Morris ¶¶ 12–20, ECF No. 783-2.

4

16. In emails to SAMHSA in April inquiring about whether SAMSHA would renew the contract, Seneca emphasized the effect that the uncertainty had on our ability to run our program. We expressed our concern to SAMSHA that the potential disruption or termination of service may be significant and that we would need time to plan for potential layoffs and severance for staff members. Ex. C (email dated April 11). We proposed a no-cost extension, where Seneca would continue its work using existing funds while the contract renewal was considered. *Id.* (emails dated April 9, April 28, and May 1); Ex. D (no-cost extension proposal). Despite these emails, SAMHSA did not respond with any information about whether they would renew the contract.

17. On May 27, 2025, two weeks before the contract was set to expire, SAMHSA e-mailed me an unsigned contract amendment that would extend Seneca's contract for behavioral health case management and behavioral health services for four months beyond the current expiration date of June 9, 2025, with options to extend every four months through June 9, 2027. Ex. C (email dated May 27). SAMHSA requested my signature by Friday, May 30, 2025. *Id.* All of our previous contract renewals had a duration of a year; we had significant concerns about a four-month renewal because that short duration makes it significantly harder to attract and retain employees. Despite this, and driven by our concern that separated families not be left without services, I signed this four-month extension and submitted it to SAMHSA later that same day. *See id.* (email dated May 27). The four-month renewal proposal with my signature is attached as Exhibit E. A government contracting officer responded, telling Seneca that SAMHSA would send back a copy of the modification as soon as it was countersigned.

18. With less than two weeks remaining before the contract's expiration date, I followed up with officials at SAMHSA five additional times between May 28 and June 9, 2025, to inquire when to expect SAMSHA to countersign and execute the contract modification. *See* Ex. C (emails dated May 30, June 3, two emails on June 6, June 9).

5

18cv00428

In these emails, I informed SAMHSA three different times that we were preparing for the full program closure and termination of all services. *Id.* (emails dated May 30, June 3, and June 6). Despite these emails, officials at SAMHSA refused to inform me whether they intended to renew the contract at all. *See id.* On June 9, 2025, SAMHSA did not sign the four-month proposal and on June 10, 2025, Seneca formally terminated all of its services for the *Ms. L* class members and families.

19. I first learned about DHS's referral letter to the Department of Labor when I read the Defendants' motion. In the five years that Seneca has contracted with SAMHSA, no government official has ever communicated to me or anyone else at Seneca any of the concerns contained in that referral letter.

20. Seneca also holds a research grant from the U.S. Department of Education. Only Seneca's *Ms. L* contract has been affected by any concerns about our diversity and equity practices. No other federal government agency has ever raised any concerns about the language on our website or allegations of discrimination.

21. On June 11, 2025, I e-mailed the contracting officers at SAMHSA to notify them that we had become aware of the allegations in the Defendants' motion, that Seneca was not and had not been in violation of any antidiscrimination laws, and that Seneca decided it would not continue to advocate for a contract with SAMHSA. Ex. C. I sent that e-mail because the renewal offer SAMHSA sent us two weeks before the contract's expiration only offered a four-month contract with the option for possible four-month extensions. At that time, I understood that any contract going forward would only provide short-term assurance that Seneca workers would have jobs. The uncertainty of such a short contract period makes it very difficult to hire and retain caseworkers and hinders our ability to run a stable and effective program. And four months is an exceptionally difficult length to *re-start* any services, as, among other issues, ramping up services, re-hiring and hiring staff, and reactivating networks of providers is all the

6

18cv00428

more difficult when all those steps may be unwound, on short or no notice, after just four months.

22. On June 19, 2025, Seneca reached out to the contracting officers to reaffirm our desire to continue to work with families under a contract of suitable duration, and retracted the June 11 e-mail. SAMHSA's Head of Contracting Activity replied by stating "Thank you for the retraction and the further clarification to support what impression you were under. In addition, to confirm again, that Seneca is not or has not been in violation of federal antidiscrimination laws." This email correspondence is attached as Exhibit C.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 27, 2025 in Oakland, California.

*Leticia Galyean*
[Leticia Galyean Sturtevant]

18cv00428

# EXHIBIT A

The Wayback Machine - https://web.archive.org/web/20201022094611/https://www.senecafoa.org/diversity/

# OUR COMMITMENT TO RACIAL JUSTICE

## Diversity, Equity and Inclusion

Seneca values the diverse ethnic, cultural identities and experiences of our employees and the communities we serve. We strive to offer our employees a workplace that is welcoming, inclusive of differing worldviews, cultures, and lived experiences. Through the work of our Employee Resources Groups, we honor and celebrate the diverse cultural identities and experiences of our staff. We are committed to amplifying their voices to inform our agency practices and our work with youth and families. Seneca is a gender affirming organization. We are participants in the All Children – All Families project of the Human Rights Campaign to improve the services we provide the LGBTQ+ youth and families in our foster care and adoptions programs in Southern California. We believe a diverse workforce within a culture of equity and inclusion increases creativity, innovation, problem solving, and teamwork with the youth and families and for us an organization.

### Black Lives Matter

All Black Lives Matter. We affirm that all Black Lives include queer and trans persons, those with visible and invisible disabilities, as well as undocumented persons. We understand that to affirm that Black Lives Matter means to address structural racism and the resulting violence that has impacted the lives of our employees, youth and families and the communities we serve. We understand that our Black employees must experience an inclusive workplace culture where their lived experience is valued and sought to inform practices and program services. We also understand that the youth and families we serve must experience our services as reflecting an understanding of their culture and history. We will ensure their voices and perspectives inform, shape and guide the services we offer. With our employees, the youth and families, and the communities we serve, we are committed to the lifelong work required to end systemic racism.

### Advancing Racial Equity

We are committed to advancing racial equity as an organizational imperative. We are committed to offering our families services that are informed by an understanding of the social inequities and structural racism impacting their lives. We commit to disrupt the structures and systems that perpetuate racial inequities within our agency. We also commit to eliminate agency policies and practices that reinforce differential race-based outcomes for our staff and the families we serve.

### Diversity, Equity and Inclusion and Unconditional Care

Unconditional Care is an absolute commitment to maintaining our relationships with youth and families as they face social forces that adversely impact their lives. Their lived experience is often the result of inequitable social conditions that produce disparities in wealth and power. Those



disparities may also reflect systematic discrimination and poverty that works to deny their access to resources, including educational, financial, and environmental. We must assume responsibility to oppose those systems that preserve existing social inequalities. We must also continually challenge our assumptions and expand our understanding of the social realities of those we serve in our pursuit of Unconditional Care.

In our efforts to affirm and validate the experiences of the youth and families we serve; we will aspire to mitigate the harmful impact of the social inequalities present in their lives. We will aim to offer access to exceptional mental health and educational services. We will advocate for the rights of youth and families of color against racial discrimination experienced within systems of care. We will work to address root causes of poverty that result in housing and food instability. We will support and ally with those who experience prejudice based on their gender identity and sexual orientation. We will also make every effort to aid those who are forced to migrate from their homes and live in constant fear of displacement. Finally, we will always stand with, empower and assist the most vulnerable and marginalized within our communities to confront the forces that block their full participation in society.

Values in Practive: A Guide to Gender Pronouns 



Home
Our Impact
Our Services
About Us
Contact
Training
Privacy Policy
Service Locations

Foster/Adopt
Donate
Careers
Immigration
Education
Mental Health
Diversity, Equity and Inclusion
Policy and Advocacy

email address
SUBSCRIBE

Search
SEARCH

8945 Golf Links Rd
Oakland, CA 94605
(510) 317-1444

# EXHIBIT B

The Wayback Machine - https://web.archive.org/web/20200930020925/https://www.senecafoa.org/careers/

# C A R E E R S

## Working Together

Seneca employees are united in a common goal of meeting the needs and building upon the strengths of every family we serve. Our impact and success as an organization is made possible by our most valuable asset: our staff.

View Our Available Positions  →

**Topics**

Extensive Training For New Hires

Professional Growth Opportunities

Fieldwork and Internships

Company Culture



**Extensive Training For New Hires**

New Employee Orientation (NEO) is an intensive, paid training that provides a strong foundation for our new employees. You will be acclimated to the company culture, educated in Seneca's renowned treatment model, and prepared for the start of your career with Seneca. NEO connects new hires across all different positions (counselors, teachers, administrative staff, program directors, clinicians, etc.) and across all different programs (community-based, school-based, crisis support, and more). Our



NEO groups often form friendships and professional networks
that last for years.

Case 3:18-cv-00428-DMS-AHG    Document 805-1    Filed 06/30/25    PageID.11491
Page 14 of 70

# Professional Growth Opportunities



**Professional Development Scholarship**

This scholarship, awarded annually, provides tuition reimbursement for Master's degrees, certificates, or educational programs in fields associated with your work at Seneca, and are designed to assist with further advancement within the agency and your career. All part-time and full-time employees are eligible to apply.



**Mentor/Mentee Program**

This unique six-month program gives Seneca employees an opportunity to be directly mentored by one of the agency's top leaders, and network with staff across the agency. These sessions help employees gain inspiration, guidance, and encouragement in their field of interest.

*"Participating in the mentorship program reminded me that my talents are needed to address the evolving needs of the agency. I completed the program feeling not only inspired to support Seneca in my own unique way-- but also armed with the tailored connections and resources to move my career forward."* - Mentee Alum



**Professional Learning Communities**

The LEaD In 101 professional development community is intended for future and current leaders who are looking to take themselves to the next level of leadership skills at Seneca. The LEaD In process uses readings, group conversations, and individual reflection to assist you in creating actionable goals for leadership and program improvement.



**Embedded Master's Degree Programs**

The Embedded Program Scholarships allow our employees to maintain full-time employment while completing their Master's degree and practicum at Seneca through an affiliated university.



**Fieldwork and Internships**

Seneca Family of Agencies has a long history of partnering with universities to provide fieldwork placements for students. Fieldwork placements at Seneca are available in our San Francisco Bay Area, Central California, Southern California, and Washington state locations. Click here to learn more!

# Company Culture

Seneca employees come from all walks of life, with vastly different backgrounds and experiences, but with one common goal: to support children and families. United by this mission, our programs celebrate creativity, encourage teamwork, and rise to meet every challenge along the way.



Seneca Family of Agencies is committed to providing a continuum of outstanding mental health, permanency, education, and juvenile justice services to underserved communities. Recognizing that many of the children and families referred to our services are experiencing the effects of institutionalized and systemic discrimination, racism, and marginalization, Seneca strives to recruit and retain a workforce that is reflective of the communities we serve, and holds the provision of culturally responsive services as a foundational commitment across the agency. This commitment is reflected in our agency-wide DEI Initiative, DEI Advisory Board, Employee Resource Groups, and Language Practice Groups, which devote agency resources to support historically underrepresented communities and help our employees provide culturally and linguistically responsive services to the families we serve. Seneca is a gender affirming organization and is a participating organization in the All Children – All Families project of the Human Rights Campaign to improve the services we provide the LGBTQ+ youth and families in our foster care and adoptions programs in Southern California.  This celebration of diversity and our efforts to create a culture of equity and inclusion increases creativity, innovation, problem solving, and teamwork - both for Seneca staff and with the children and families we are privileged to serve.

LEARN MORE

---



Home
Our Impact
Our Services
About Us
Contact
Training
Privacy Policy
Service Locations

Foster/Adopt
Donate
Careers
Immigration
Education
Mental Health
Diversity, Equity and Inclusion
Policy and Advocacy



Search

SEARCH

8945 Golf Links Rd
Oakland, CA 94605
(510) 317-1444

email address

SUBSCRIBE



# EXHIBIT C

# TAB 1

 Outlook

---

## RE: Checking in on contract 75S0222C00002 renewal solution

---

**From** Leticia Galyean <leticia_galyean@senecacenter.org>

**Date** Fri 4/11/2025 2:47 PM

**To** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Gohar, Khaled (SAMHSA/OFR)
<Khaled.Gohar@samhsa.hhs.gov>

**Cc** Madison, Maureen (SAMHSA/CMHS) <Maureen.Madison@samhsa.hhs.gov>; Ahmad, Asra (SAMHSA/CMHS)
<Asra.Ahmad@samhsa.hhs.gov>; Lauren Crutsinger <lauren_crutsinger@senecacenter.org>; Lyna Munoz-
Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>

Thank you for this update, Danny – I'm glad to hear you are working on the PoP and that more information will be available soon.

If you're able to give us any additional clarity into *when* we'll likely have more reassurance that a contract renewal is likely/unlikely, we would appreciate it. If we can expect an update in another week, we can await further information. If it's likely longer than that, we need to respond accordingly and make contingency plans for our staff and subcontractors.

We are committed to meeting our obligations under the PWS and maintaining Key Personnel and coverage for their responsibilities. We want to be good stewards of public funds and make responsible decisions on behalf of our clients and families.

You have experienced this urgency from us every year around our contract renewal time, but this year is quite different in light of the uncertainty of the current climate. We are concerned the potential disruption or termination of services may be significant, and as a nonprofit we simply cannot afford to wait until June 9 to make determinations about lay-offs and severance for our remaining staff.

Your guidance on timeline here – even with all the unknowns – is truly appreciated,

Leticia


**Leticia Galyean, LCSW (hear name)**
**CEO / President**
Pronouns: she, her, and hers.

**SENECA FAMILY OF AGENCIES**
Cell: 510.760.6858 • Fax: 510.317.1426
Web: www.senecafoa.org

 *My working hours may not be your working hours. Please do not feel obligated to respond outside your normal work schedule*

**Confidential and privileged**

**From:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>
**Sent:** Friday, April 11, 2025 8:36 AM
**To:** Leticia Galyean <leticia_galyean@senecacenter.org>; Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>
**Cc:** Madison, Maureen (SAMHSA/CMHS) <Maureen.Madison@samhsa.hhs.gov>; Ahmad, Asra (SAMHSA/CMHS) <Asra.Ahmad@samhsa.hhs.gov>; Lauren Crutsinger <lauren_crutsinger@senecacenter.org>; Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>
**Subject:** RE: Checking in on contract 75S0222C00002 renewal solution

---

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the
sender and know the content is safe.

---

Sorry for the delayed response Leticia.

We appreciate you reaching out and your understanding that a lot is going on right now.
We are still working on the next PoP, and will hopefully have information to share soon.

Thanks!

Danny Uhr
Supervisory Contract Specialist/Team Lead
SAMHSA/OFR/DCM
5600 Fishers Lane, 17N05
Rockville, MD  20857
Phone:  (240) 276-1503
Danny.Uhr@samhsa.hhs.gov

---

**From:** Leticia Galyean <leticia_galyean@senecacenter.org>
**Sent:** Wednesday, April 9, 2025 4:44 PM
**To:** Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>; Uhr, Danny
(SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>
**Cc:** Madison, Maureen (SAMHSA/CMHS) <Maureen.Madison@samhsa.hhs.gov>; Ahmad, Asra
(SAMHSA/CMHS) <Asra.Ahmad@samhsa.hhs.gov>; Lauren Crutsinger
<lauren_crutsinger@senecacenter.org>; Lyna Munoz-Morris <lyna_mm@senecacenter.org>;
Emily Allison <emily_allison@senecacenter.org>
**Subject:** Re: Checking in on contract 75S0222C00002 renewal solution

Dear Danny and Khaled -

*Resending this as my email for Danny was incorrect, apologies!*

My team and I have been thinking of you all during this challenging and confusing
time. I cannot imagine the complexities you are navigating in keeping SAMHSA's
important work going amidst quite a lot of disruption.

I wanted to reach out about the status of Seneca's contract (75S0222C00002), as I'm
sure you can imagine we are trying our best to prepare for many different possible
scenarios come June 9 when our current option year expires. We know your team is
working hard behind the scenes to move our renewal forward, and we want to inquire
about some possible creative solutions for risk mitigation in the event that the next
option year is not executed by June 10.

First, we'd love to know if it would be feasible to simply execute the next option year earlier so we know we have a contract in place well before the current contract expires. The down-to-the-wire nature of these renewals is part of what presents a challenge for us in making fiscally responsible decisions for our organizational stability.

If that is not feasible due to any number of factors, we are hoping to discuss a no-cost extension with you. I understand no-cost extensions are uncommon, but we see many benefits to pursuing this option. A no-cost extension of several months would allow us to spend down the existing, already allocated funds in order to continuing meeting our responsibilities under the PWS beyond June 9. Most of all, this would allow both Seneca and the government extra buffer time to get the next option year executed, assuming disruptions to daily operations are the driver of any delays at the moment.

We are terribly afraid of needing to close the program on June 10 due to administrative challenges in contract execution. Recognizing the services provided under this contract are legally required per the settlement agreement, our hope is that we can find a workable solution for your team and our team that keeps our program's door's open, even while the landscape is anything but business as usual at the moment.

Thanks for considering this, happy to jump on a call or talk further at your convenience.

Leticia


**Leticia Galyean, LCSW (hear name)**

**CEO / President**

Pronouns: she, her, and hers.


**SENECA FAMILY OF AGENCIES**

Cell: 510.760.6858 • Fax: 510.317.1426

Web: www.senecafoa.org


*My working hours may not be your working hours. Please do not feel obligated to respond outside your normal work schedule*

**Confidential and privileged**

---

**From:** Leticia Galyean <leticia_galyean@senecacenter.org>
**Sent:** Wednesday, April 9, 2025 12:58 PM
**To:** Khaled.Gohar@samhsa.hhs.gov <Khaled.Gohar@samhsa.hhs.gov>;
Danny.Uhr@samhsa.hhs.go <Danny.Uhr@samhsa.hhs.go>
**Cc:** Madison, Maureen (SAMHSA/CMHS) <Maureen.Madison@samhsa.hhs.gov>; Ahmad, Asra
(SAMHSA/CMHS) <Asra.Ahmad@samhsa.hhs.gov>; Lauren Crutsinger
<lauren_crutsinger@senecacenter.org>; Lyna Munoz-Morris <lyna_mm@senecacenter.org>;
Emily Allison <emily_allison@senecacenter.org>
**Subject:** Checking in on contract 75S0222C00002 renewal solution

Dear Danny and Khaled -

My team and I have been thinking of you all during this challenging and confusing
time. I cannot imagine the complexities you are navigating in keeping SAMHSA's
important work going amidst quite a lot of disruption.

I wanted to reach out about the status of Seneca's contract (75S0222C00002), as I'm
sure you can imagine we are trying our best to prepare for many different possible
scenarios come June 9 when our current option year expires. We know your team is
working hard behind the scenes to move our renewal forward, and we want to inquire
about some possible creative solutions for risk mitigation in the event that the next
option year is not executed by June 10.

First, we'd love to know if it would be feasible to simply execute the next option year
earlier so we know we have a contract in place well before the current contract
expires. The down-to-the-wire nature of these renewals is part of what presents a
challenge for us in making fiscally responsible decisions for our organizational
stability.

If that is not feasible due to any number of factors, we are hoping to discuss a no-cost
extension with you. I understand no-cost extensions are uncommon, but we see many
benefits to pursuing this option. A no-cost extension of several months would allow us
to spend down the existing, already allocated funds in order to continuing meeting our
responsibilities under the PWS beyond June 9. Most of all, this would allow both
Seneca and the government extra buffer time to get the next option year executed,
assuming disruptions to daily operations are the driver of any delays at the moment.

We are terribly afraid of needing to close the program on June 10 due to administrative
challenges in contract execution. Recognizing the services provided under this
contract are legally required per the settlement agreement, our hope is that we can
find a workable solution for your team and our team that keeps our program's door's
open, even while the landscape is anything but business as usual at the moment.

Thanks for considering this, happy to jump on a call or talk further at your convenience.

Leticia

**Leticia Galyean, LCSW (hear name)**

**CEO / President**

Pronouns: she, her, and hers.

**SENECA FAMILY OF AGENCIES**

Cell: 510.760.6858 • Fax: 510.317.1426

Web: www.senecafoa.org

*My working hours may not be your working hours. Please do not feel obligated to respond outside your normal work schedule*

**Confidential and privileged**

CONFIDENTIALITY NOTICE: This email, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain confidential information protected by law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the original message from your system.

# TAB 2

 **Outlook**

---

**Seneca Family of Agencies - Contract Renewal Request (75S20222C00002)**

---

**From** Leticia Galyean <leticia_galyean@senecacenter.org>

**Date** Mon 4/28/2025 4:05 PM

**To** Lynn.Tantardini@samhsa.hhs.gov <Lynn.Tantardini@samhsa.hhs.gov>; Kurt.John@samhsa.hhs.gov <Kurt.John@samhsa.hhs.gov>

**Cc** Uhr, Danny (SAMHSA) <Danny.Uhr@samhsa.hhs.gov>; khaled.gohar@samhsa.hhs.gov <Khaled.Gohar@samhsa.hhs.gov>; Madison, Maureen (SAMHSA/CMHS) <Maureen.Madison@samhsa.hhs.gov>; Lauren Crutsinger <lauren_crutsinger@senecacenter.org>

📎 3 attachments (1 MB)

Seneca Request for Contract Renewal 4.28.25.pdf; Ms L Amended Settlement Agreement.pdf; 75S20222C00002_Option Year 2 Executed.pdf;

Dear Directors John and Tantardini,

Please find attached a letter from Seneca Family of Agencies respectfully requesting your urgent help ensuring the continuation of behavioral health case management and behavioral health services for separated families under contract 75S2022C00002.

I appreciate your consideration of our request for an expedited contract renewal or no-cost extension, and your understanding of our urgent need for a solution in order to avoid service disruption and irreparable harm to *Ms. L* class members.

I look forward to your response and partnership in finding a solution to continue this important work. If you would prefer to follow-up via phone, my Chief Program Officer, Lauren Crutsinger, is available at (415) 416-0434.

Sincerely,
Leticia Galyean

**Leticia Galyean, LCSW (hear name)**
**CEO / President**
Pronouns: she, her, and hers.

**SENECA FAMILY OF AGENCIES**
Cell: 510.760.6858 • Fax: 510.317.1426
Web: www.senecafoa.org

*\*My working hours may not be your working hours. Please do not feel obligated to respond outside your normal work schedule\**

**Confidential and privileged**

CONFIDENTIALITY NOTICE: This email, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain confidential information protected by law,

including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the original message from your system.

# TAB 3

 Outlook

---

## Re: It has been a pleasure from DCM at SAMHSA

---

**From** Leticia Galyean <leticia_galyean@senecacenter.org>

**Date** Thu 5/1/2025 5:35 PM

**To** Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>

**Cc** Uhr, Danny (SAMHSA) <Danny.Uhr@samhsa.hhs.gov>; khaled.gohar@samhsa.hhs.gov <Khaled.Gohar@samhsa.hhs.gov>; Madison, Maureen (SAMHSA/CMHS) <Maureen.Madison@samhsa.hhs.gov>; Kurt.John@samhsa.hhs.gov <Kurt.John@samhsa.hhs.gov>; Lauren Crutsinger <lauren_crutsinger@senecacenter.org>

 3 attachments (1 MB)

Seneca Request for Contract Renewal 4.28.25.pdf; 75S20222C00002_Option Year 2 Executed.pdf; Ms L Amended Settlement Agreement.pdf;

Dear Ms. Tantardini -

Thank you for sending this message to all SAMHSA contractors; our team at Seneca is so appreciative of your team's hard work, responsive support, and the partnership we've experienced in meeting the needs of *Ms. L* class members impacted by family separation.

I know your team is fully occupied with this impending transition, but **I am resending the message I sent to you earlier this week, hoping to elevate the urgent circumstances of contract #75S2022C00002 to your attention.**

The current option year of our contract is set to expire on June 9, and is part of the *Ms. L* settlement agreement that legally obligates the government to provide behavioral health services to class members. We appreciate anything you can do to expedite a solution and avoid a disruption in services for families.

In the enclosed, we have suggested a no-cost extension as one way SAMHSA DCM could give all parties involved the extra time, we need to navigate the complex barriers we are facing at the moment.

Thank you for your consideration of our request, and for your service to SAMHSA DCM.

Leticia

**Leticia Galyean, LCSW ([hear name](#))**
**CEO / President**
Pronouns: she, her, and hers.

**SENECA FAMILY OF AGENCIES**
Cell: 510.760.6858 • Fax: 510.317.1426
Web: [www.senecafoa.org](http://www.senecafoa.org)

 *My working hours may not be your working hours. Please do not feel obligated to respond outside your normal work schedule*

**Confidential and privileged**

**From:** Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
**Sent:** Thursday, May 1, 2025 10:46 AM
**To:** Valerie.Reedich@pci-gs.com <Valerie.Reedich@pci-gs.com>; a.caole@3stargov.com <a.caole@3stargov.com>; aandrada@nas.edu <aandrada@nas.edu>; abby.akinmboni@fiscalnote.com <abby.akinmboni@fiscalnote.com>; abizzell@thebizzellgroup.com <abizzell@thebizzellgroup.com>; abracken@ahpnet.com <abracken@ahpnet.com>; adam.lee@hendall.com <adam.lee@hendall.com>; alberto@acconline.com <alberto@acconline.com>; alee@edc.org <alee@edc.org>; alex.welding@regencyconsulting.com <alex.welding@regencyconsulting.com>; alvareth@ohsu.edu <alvareth@ohsu.edu>; AMarin@jeffersonconsulting.com <AMarin@jeffersonconsulting.com>; amoody@edjassociates.com <amoody@edjassociates.com>; angela.holmberg@orau.org <angela.holmberg@orau.org>; angela.johnson@twc.edu <angela.johnson@twc.edu>; angela@sekon.com <angela@sekon.com>; astephenson@fmshq.com <astephenson@fmshq.com>; babi.das@datafederal.com <babi.das@datafederal.com>; Ben.Hoffmann@Carahsoft.com <Ben.Hoffmann@Carahsoft.com>; betza@magellanfederal.com <betza@magellanfederal.com>; bgarthwaite@forsmarshgroup.com <bgarthwaite@forsmarshgroup.com>; bhase@econometricainc.com <bhase@econometricainc.com>; bijalm@globalsolgroup.com <bijalm@globalsolgroup.com>; bmcfadden@v3gate.com <bmcfadden@v3gate.com>; brent@govsmart.com <brent@govsmart.com>; bsinger@capconcorp.com <bsinger@capconcorp.com>; carrie@jpa.com <carrie@jpa.com>; ccrreg@bah.com <ccrreg@bah.com>; cdavis@moii.com <cdavis@moii.com>; cdlodico@verizon.net <cdlodico@verizon.net>; cdott@air.org <cdott@air.org>; cgonzalez@a-gassociates.com <cgonzalez@a-gassociates.com>; ChristopherC@TheNationalCouncil.org <ChristopherC@TheNationalCouncil.org>; chucki@thenationalcouncil.org <chucki@thenationalcouncil.org>; cjoachim@tjgcpas.com <cjoachim@tjgcpas.com>; cmorris@paragonmicro.com <cmorris@paragonmicro.com>; contracts@altarum.org <contracts@altarum.org>; contracts@centerpoint.biz <contracts@centerpoint.biz>; contracts@iqsolutions.com <contracts@iqsolutions.com>; contracts@manhattanstrategy.com <contracts@manhattanstrategy.com>; contracts@mayatech.com <contracts@mayatech.com>; Contracts@sekon.com <Contracts@sekon.com>; cvandenberg@katmaicorp.com <cvandenberg@katmaicorp.com>; cwalcot@wested.org <cwalcot@wested.org>; cwilliams@cffutures.org <cwilliams@cffutures.org>; dhughes@hsri.org <dhughes@hsri.org>; dominic.monley@mentorcliq.com <dominic.monley@mentorcliq.com>; dpaffrat@umaryland.edu <dpaffrat@umaryland.edu>; drhaley@strategygen.com <drhaley@strategygen.com>; Dept of Strategic Initiatives <DSIPI@senecacenter.org>; dtravlos@acpe-accredit.org <dtravlos@acpe-accredit.org>; ebourne@lpeassociates.com <ebourne@lpeassociates.com>; EBresani@jbsinternational.com <EBresani@jbsinternational.com>; ececere@lts.com <ececere@lts.com>; edory@aol.com <edory@aol.com>; eeich@guidehouse.com <eeich@guidehouse.com>; ehite@banyancom.com <ehite@banyancom.com>; Dory, Elsworth (SAMHSA/CSAT) <Elsworth.Dory@samhsa.hhs.gov>; eubanks@rti.org <eubanks@rti.org>; finrptg@westat.com <finrptg@westat.com>; fm@advancementstrategy.com <fm@advancementstrategy.com>; fm@advancementstrategy.com <fm@advancementstrategy.com>; frank.lequang@n4solutionsllc.com <frank.lequang@n4solutionsllc.com>; gbodoh@ssinc.com <gbodoh@ssinc.com>; geoffrey.tucker@iqvia.com <geoffrey.tucker@iqvia.com>; gong@jbassoc.com <gong@jbassoc.com>; government@hermanmiller.com <government@hermanmiller.com>; govtcontracts@caci.com <govtcontracts@caci.com>; govteam@crosbymarketing.com <govteam@crosbymarketing.com>; guy.steinbrink@it1.com <guy.steinbrink@it1.com>; hackett-jeffrey@norc.org <hackett-jeffrey@norc.org>; hbyrd@deloitte.com <hbyrd@deloitte.com>; hdadoo@cygnusllc.net <hdadoo@cygnusllc.net>; james@capconcorp.com <james@capconcorp.com>; jamie.lajoie@cision.com <jamie.lajoie@cision.com>; Janice.Rega@icf.com <Janice.Rega@icf.com>; janice_clark@jsi.com <janice_clark@jsi.com>; jay.meek@nasmhpd.org <jay.meek@nasmhpd.org>; jcrawley@strategixmanagement.com <jcrawley@strategixmanagement.com>; jd.sullivan@dynamicsservices.com <jd.sullivan@dynamicsservices.com>; jiao.gu@feisystems.com <jiao.gu@feisystems.com>; JIvey@mathematica-mpr.com <JIvey@mathematica-mpr.com>; joann.kauffman@kauffmaninc.com <joann.kauffman@kauffmaninc.com>; joanwang@avarconsulting.com

<joanwang@avarconsulting.com>; john@mcking.com <john@mcking.com>; jvoigt@vpdgov.com
<jvoigt@vpdgov.com>; jwagner@air.org <jwagner@air.org>; jwilson@rti.org <jwilson@rti.org>;
jyamour@paragonmicro.com <jyamour@paragonmicro.com>; kallen@chcs.org <kallen@chcs.org>;
Karen.Koeninger@hosa.org <Karen.Koeninger@hosa.org>; kate.reynolds@rmpds.org
<kate.reynolds@rmpds.org>; kmarkman@provider-resources.com <kmarkman@provider-resources.com>;
kpaquette@c4innovates.com <kpaquette@c4innovates.com>; ksmallwood@pcitec.com
<ksmallwood@pcitec.com>; lashawn.brown@fiscalnote.com <lashawn.brown@fiscalnote.com>; Leticia Galyean
<leticia_galyean@senecacenter.org>; lhibbert@bctpartners.com <lhibbert@bctpartners.com>;
lisa_ashcraft@abtassoc.com <lisa_ashcraft@abtassoc.com>; lowens@lbotech.com <lowens@lbotech.com>;
lpellitteri@prainc.com <lpellitteri@prainc.com>; Lpuckett@rivasolutionsinc.com
<Lpuckett@rivasolutionsinc.com>; lssmith@us.ibm.com <lssmith@us.ibm.com>; lynette.lambing@sterling.com
<lynette.lambing@sterling.com>; mbrant@securegovtech.com <mbrant@securegovtech.com>;
mcohen@dsgonline.com <mcohen@dsgonline.com>; mdurbin@Katmaicorp.com <mdurbin@Katmaicorp.com>;
mehul.sanghani@octoconsulting.com <mehul.sanghani@octoconsulting.com>;
Mekdes.Tsegaye@eagletechva.com <Mekdes.Tsegaye@eagletechva.com>; miry@thenationalcouncil.org
<miry@thenationalcouncil.org>; Mkelly@ssinc.com <Mkelly@ssinc.com>; mmartin@2mresearch.com
<mmartin@2mresearch.com>; mrodriguez@vancomm.com <mrodriguez@vancomm.com>; Melanie Whitter
<mwhitter@nasadad.org>; naveen@rivasolutionsinc.com <naveen@rivasolutionsinc.com>;
nick.dunn@intfedsol.com <nick.dunn@intfedsol.com>; nicole.cierpial@mentorcliq.com
<nicole.cierpial@mentorcliq.com>; Niles.Murphy@Cision.com <Niles.Murphy@Cision.com>; npocs@igov.com
<npocs@igov.com>; nshifman@ahpnet.com <nshifman@ahpnet.com>; ocgmailb@nas.edu <ocgmailb@nas.edu>;
orserv@ohsu.edu <orserv@ohsu.edu>; patrickcoleman@westat.com <patrickcoleman@westat.com>;
paul.kodack@iqvia.com <paul.kodack@iqvia.com>; paul.tardif@hendall.com <paul.tardif@hendall.com>;
pdevadas@seiservices.com <pdevadas@seiservices.com>; pducrest@aol.com <pducrest@aol.com>;
q.murana@wwt.com <q.murana@wwt.com>; rachele.cooper@aptiveresources.com
<rachele.cooper@aptiveresources.com>; rajesh@ntsca.com <rajesh@ntsca.com>; raphael@rigaudglobal.com
<raphael@rigaudglobal.com>; raphael@rigaudglobal.com <raphael@rigaudglobal.com>;
RFPCenter@mathematica-mpr.com <RFPCenter@mathematica-mpr.com>; rjcordes@wrma.com
<rjcordes@wrma.com>; OS Morrison, Rob (NASADAD) <rmorrison@nasadad.org>; robert.toth@icf.com
<robert.toth@icf.com>; rosinakling@pcitec.com <rosinakling@pcitec.com>; rpinkett@bctpartners.com
<rpinkett@bctpartners.com>; rtauthier@yahoo.com <rtauthier@yahoo.com>; rtyler@mayatech.com
<rtyler@mayatech.com>; sales@carahsoft.com <sales@carahsoft.com>; schennamaraja@akira-tech.com
<schennamaraja@akira-tech.com>; schennamaraja@akira-tech.com <schennamaraja@akira-tech.com>;
scook@impactmarketing.com <scook@impactmarketing.com>; sdesmarais@prainc.com
<sdesmarais@prainc.com>; sdeval@banyancom.com <sdeval@banyancom.com>; SFarooq@gunnison.biz
<SFarooq@gunnison.biz>; sgilani@jeffersonconsulting.com <sgilani@jeffersonconsulting.com>;
shabib@manhattanstrategy.com <shabib@manhattanstrategy.com>; Sierra.Reinert@carahsoft.com
<Sierra.Reinert@carahsoft.com>; silvio.guerrero@abtglobal.com <silvio.guerrero@abtglobal.com>;
sonya.ford@aptiveresources.com <sonya.ford@aptiveresources.com>; sophia.coleman@odrgllc.com
<sophia.coleman@odrgllc.com>; spartyka@prainc.com <spartyka@prainc.com>; speay@dynanetcorp.com
<speay@dynanetcorp.com>; sreynolds@guidehouse.com <sreynolds@guidehouse.com>;
stacey.authier@sterling.com <stacey.authier@sterling.com>; stacy@communicatehealth.com
<stacy@communicatehealth.com>; steve@gle.world <steve@gle.world>; steven.overholser@it1.com
<steven.overholser@it1.com>; steven.willenbucher@aptiveresources.com
<steven.willenbucher@aptiveresources.com>; tanya.walker@lewin.com <tanya.walker@lewin.com>;
tbowlds@cameocg.com <tbowlds@cameocg.com>; Tom.Harold@icf.com <Tom.Harold@icf.com>;
tracy.conner@icf.com <tracy.conner@icf.com>; trzonca@v3gate.com <trzonca@v3gate.com>; ttrivedi@tfcci.net
<ttrivedi@tfcci.net>; twalsh@igov.com <twalsh@igov.com>; varora@loudountec.com <varora@loudountec.com>;
vfinlay@chcs.org <vfinlay@chcs.org>; vicki@tribaltechllc.com <vicki@tribaltechllc.com>;

virginia.manning@caci.com <virginia.manning@caci.com>; vortiz@prainc.com <vortiz@prainc.com>;
wwieczorek@pire.org <wwieczorek@pire.org>; yilkal.abebe@eagletechva.com <yilkal.abebe@eagletechva.com>;
zongwei.tao@weris-inc.com <zongwei.tao@weris-inc.com>; ZZimmerman@seiservices.com
<ZZimmerman@seiservices.com>; ltb@tenacity-solutions.com <ltb@tenacity-solutions.com>;
rachele.cooper@aptiveresources.com <rachele.cooper@aptiveresources.com>; Michael Garavito
<Michaelgaravito@cvpcorp.com>; Contracts <contracts@cvpcorp.com>; Atlas Central 2 <contracts-
atlas@cvpcorp.com>; Lisa Patton <lisapatton@cvpcorp.com>; Rich Martin <richmartin@cvpcorp.com>; Jennifer
Kasten <jkasten@jbsinternational.com>
**Cc:** Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>; Abt Central <bdu@abtassoc.com>; AIR
Central <samhsa_idiq2022@air.org>; Altarum Central <proposals@altarum.org>; Amy Albouari
<amy.albouari@weris-inc.com>; Andrea Goldstein <agoldstein@provider-resources.com>; Anna Sever
<severa@magellanfederal.com>; Zawislanski, Anna (crosbymarketing.com)
<azawislanski@crosbymarketing.com>; Anthony Gardner <agardner@lbotech.com>; Aptive Resources Central
<samhsa@aptiveresources.com>; Ashley Gork <agork@lts.com>; Asli Koksal <akoksal@edc.org>; Atlas Central
<samhsa@cvpcorp.com>; Avar Consulting Central <samhsaidiq@avarconsulting.com>; BCT Central
<samhsa@bctpartners.com>; Bisi Jackson <bjackson@mcking.com>; Brian Hepburn
<Brian.hepburn@nasmhpd.org>; Bridget Booth <bbooth@strategygen.com>; Brie Reimann
<BrieR@thenationalcouncil.org>; Chelsey Goddard <cgoddard@edc.org>; Chirag Bhatt
<chirag.bhatt@feisystems.com>; Christina Zurla <czurla@jpa.com>; Christine Walrath
<christine.walrath@icf.com>; Christopher Catanzaro <ccatanzaro@tribaltechllc.com>; Compel JV Central
<SAMHSAIDIQ@cmrignite.com>; Crystal Puleo <crystal.puleo@guidehouse.com>; Cyrus Baghelai
<cbaghelai@econometricainc.com>; David Cotton <Cotton-David@norc.org>; Deb Speers
<Deborah.speers@orau.org>; Delora Shedrick <DShedrick@A-Gassociates.com>; Diane McKnight
<DMcKnight@pire.org>; Don Hillstrom <donald.hillstrom@eagletechva.com>; Donna Atkinson
<donnaatkinson@westat.com>; Douglas Fuller <dfuller@nasadad.org>; Emily Bartlett
<ebartlett@strategygen.com>; Emily Ehrlich <CDM-2022-SAMHSA-IDIQ@cdmgroup.com>; Eric Gelman
<ericg@thenationalcouncil.org>; Eric Vrba <evrba@edc.org>; Erin Ingoldsby <ingoldsby@jbassoc.com>; Erwin
Coleman <ecoleman@manhattanstrategy.com>; Frank Bajowski <fbajowski@capconcorp.com>; Freddy Gray
<Freddy.gray@orau.org>; Gabe Brown <gabebrown@tenacity-solutions.com>; Greg Sorenson
<gsore001@umaryland.edu>; Heather Ringeisen <hringeisen@rti.org>; Herman Singh
<Hsingh@avarconsulting.com>; ICF Central <samhsaidiq@icf.com>; Inge Siggelkow <isiggelkow@pire.org>;
Jacquelyn Flick <jflick@provider-resources.com>; Jaime Dawson <jaime@communicatehealth.com>; Jaime
Robards <jrobards@banyancom.com>; James Bell <bell@jbassoc.com>; James DeSantis <desantis@jbassoc.com>;
James Jubilee <jjubilee@edjassociates.com>; James Murdoch <cmurdoch@2mresearch.com>; Jane Fox
<Jane_Fox@abtassoc.com>; Jason Ormsby <jason.ormsby@aptiveresources.com>; JBS Central
<jbsbusiness@jbsinternational.com>; Jeff Greenberg <jeffgreenberg@cvpcorp.com>; Jennifer Weil
<Jennifer.weil@lewin.com>; Jessica McDuff <jessica.mcduff@altarum.org>; Jessica Nadler
<jnadler@deloitte.com>; Jodi Frey <jfrey@ssw.umaryland.edu>; John Koenig <jkoenig@guidehouse.com>;
Jonathan Brown <jbrown@mathematica-mpr.com>; Kana Enomoto <kana_enomoto@mckinsey.com>; Katie Webb
<katie.webb2@ibm.com>; Kirsten Spraker <kspraker@vpdgov.com>; Kristie McNealy
<kmcnealy@econometricainc.com>; Kristine Allen <Kristine.allen@ibm.com>; Lara Milavickas
<lmilavickas@2mresearch.com>; Lauren Williams <lwilliams@ahpnet.com>; Leah Dyson
<leah_dyson@abtassoc.com>; Lisa Kendrick <Lisa.kendrick@orau.org>; Lisa Swanberg
<lswanberg@vancomm.com>; Livia Davis <ldavis@c4innovates.com>; Manu Singh-Looney <manu_singh-
looney@jsi.com>; Matthew Clune <mclune@ahpnet.com>; McKing Central <SAMHSA@mcking.com>; Melanie
Whitter <mwhitter@nasadad.org>; Mike Polgreen <mike.polgreen@ibm.com>; Milly Krakow
<mkrakow@ahpnet.com>; Monique Sheppard <msheppard@econometricainc.com>; Nichelle Summers
<nsummers@edjassociates.com>; NORC Central <#samhsa@norc.org>; Pamela Gaither <PMO-
SAMHSA@odrgllc.com>; Paul Garcia <paul.garcia@eagletechva.com>; Ping Yu <Yu_ping@bah.com>; PIRE Central

<SAMHSAIDIQ@pire.org>; Rachel Henke <rachel.henke@us.ibm.com>; Rachel Ratel <rratel@capconcorp.com>; Renée Clapsadle <SAMHSAIDIQ@iqsolutions.com>; Richard Landis  <rlandis@ahpnet.com>; Robert Frein <RFrein@WRMA.com>; Rodolfo Vega <rodolfo_vega@jsi.com>; Roshaika Carlyle <roshaika.carlyle@ibm.com>; Roy Walker <rwalker@seiservices.com>; RTI Central <pdo-samhsaidiq@rti.org>; Sarah Pomerantz <sarah@communicatehealth.com>; Shelley Caplan <scaplan@impactmarketing.com>; Stephen Orme <sorme@rti.org>; Stephen Tregear <Tregear_stephen@bah.com>; Strategix Central <SAMHSAIDIQ@strategixmanagement.com>; Sue Bembers <sue.bembers@lewin.com>; Susan Heil <sheil@air.org>; Suzanne Burns <sburns@wested.org>; Tamara Daley <Tamara_Daley@abtassoc.com>; Tara Kovach <tkovach@impactmarketing.com>; The Lewin Group Central <samhsa.idiq@lewin.com>; Vanessa Humphreys <vhumphreys@air.org>; Verna Robinson <vcrobinson78@gmail.com>; Vonna Drayton <vonna@caldrayconsulting.com>; VPD Government Solutions Central <samhsa_idiq@vpdgov.com>; Westat Central <marketing@westat.com>; WRMA Central <contracts@wrma.com>; Yuwana Neogi <yneogi@avarconsulting.com>

**Subject:** It has been a pleasure from DCM at SAMHSA

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hello to all contractors

I am sending out an email to all contractors. Not because an executive order has requested it to be done but to take a moment from the SAMHSA DCM staff to state that it has been a pleasure working with you.

On April 1, the DCM staff received their reduction in forced (RIF) notifications. Our last day of work is June 2. Currently, we are continuing to work to get your files ready to be transitioned to the next acquisition office. We are issuing modifications to change CORs on task orders due to other RIFs.  At some point, whether the transition is complete or not, our time will end.

I just wanted to take a moment to tell you it has been a true honor working with you all on the SAMHSA requirements. Granted there could be times that you might not have liked our responses or things didn't go the way you planned, but it was still a pleasure to serve.   We also have some great CORs, some which are still here to keep working.

I truly hope the next acquisition team will be responsive to you as we hope we have been. I tried to make sure we had an open-door policy and tried to listen to all and do the best we could. Giving all a fair opportunity.

Those on the 2022 SAMHSA IDIQ – wish you the best we worked hard to get it awarded and hope it is continued to be used for the work of SAMHSA or AHA, the new OpDiv in HHS.

My DCM staff that have worked with you are the following, they have enjoyed their time at SAMHSA as they search for a new journey:

| Evanthia Bouzis | Danny Uhr | Ryan Pregot | Pamela Davis |
|---|---|---|---|
| Khaled Gohar | Brian Nance | Carla Carter | Ahmed Hassan |
| Antoinette Windley | Heather Orandi | Tracy Davidson (retired) | Arun Mathur |
|  | Linda Tillery (retiring 5/30) | Vanessa Pardo* (new) |  |

We truly wish you the best.  There are lots of changes occurring including reductions.  I continue to have hope that the Department will call staff back to work if not before June 2nd hopefully soon after. Continue to do the great work that you are performing for the OpDiv. Remember to take care of yourself.

Thanks

Lynn Tantardini
HCA

Get Outlook for iOS

CONFIDENTIALITY NOTICE: This email, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain confidential information protected by law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the original message from your system.

# TAB 4

 Outlook

---

**RE: Seneca Family of Agencies - Contract (75S20222C00002) Option Year 3 Notice of Intent**

---

**From** Leticia Galyean <leticia_galyean@senecacenter.org>

**Date** Wed 5/7/2025 7:18 PM

**To** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>

**Cc** Michael Palmisano <michael_palmisano@senecacenter.org>; Madison, Maureen (SAMHSA/CMHS) <Maureen.Madison@samhsa.hhs.gov>; Lauren Crutsinger <lauren_crutsinger@senecacenter.org>; Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Executive Assistant <executiveassistant@senecacenter.org>; Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>

Thank you for this update, Danny – this is encouraging. As I'm sure you understand, without more definitive notice of the contract extension, we do need to prepare for the potential for program closure on June 9th, regardless. We are maintaining full services and key personnel through June 9th.

We appreciate any information you can continue to share as this evolves. Our commitment to *Ms. L* class members remains steadfast and we are hopeful we will reach a solution before June 9th.

Leticia

**Leticia Galyean, LCSW (hear name)**
**CEO / President**
Pronouns: she, her, and hers.

**SENECA FAMILY OF AGENCIES**
Cell: 510.760.6858 • Fax: 510.317.1426
Web: www.senecafoa.org

 *My working hours may not be your working hours. Please do not feel obligated to respond outside your normal work schedule*

**Confidential and privileged**

---

**From:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>
**Sent:** Wednesday, May 7, 2025 2:02 PM
**To:** Leticia Galyean <leticia_galyean@senecacenter.org>; Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>
**Cc:** Michael Palmisano <michael_palmisano@senecacenter.org>; Madison, Maureen (SAMHSA/CMHS) <Maureen.Madison@samhsa.hhs.gov>; Lauren Crutsinger <lauren_crutsinger@senecacenter.org>; Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Executive Assistant <executiveassistant@senecacenter.org>; Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
**Subject:** RE: Seneca Family of Agencies - Contract (75S20222C00002) Option Year 3 Notice of Intent

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hello Ms. Galyean,

Please see attached.

Thanks!

Danny Uhr
Supervisory Contract Specialist/Team Lead

SAMHSA/OFR/DCM
5600 Fishers Lane, 17N05
Rockville, MD  20857
Phone:  (240) 276-1503
Danny.Uhr@samhsa.HHS.gov

---

**From:** Leticia Galyean <leticia_galyean@senecacenter.org>
**Sent:** Tuesday, May 6, 2025 4:07 PM
**To:** Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>
**Cc:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Michael Palmisano <michael_palmisano@senecacenter.org>; Madison, Maureen (SAMHSA/CMHS) <Maureen.Madison@samhsa.hhs.gov>; Lauren Crutsinger <lauren_crutsinger@senecacenter.org>; Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Executive Assistant <executiveassistant@senecacenter.org>; Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
**Subject:** RE: Seneca Family of Agencies - Contract (75S20222C00002) Option Year 3 Notice of Intent

Hi Khaled,
My apologies if this is a naïve question, but I'm a bit confused by this given the formal notice you've just provided this morning, as any departmental transition after June 9th, 2025 is presumably irrelevant. Are you indicating that the contract is not going to be extended under SAMHSA but *could* be executed and extended beyond June 9th under a different department? Or simply that the contract administration may move to a different department between now and June 9th, 2025 and thus we should prepare for the significant administrative impact of this transition while also in the final month of our contract?

Thank you in advance for the clarification,
Leticia

**Leticia Galyean, LCSW (hear name)**
**CEO / President**
Pronouns: she, her, and hers.

**SENECA FAMILY OF AGENCIES**
Cell: 510.760.6858 • Fax: 510.317.1426
Web: www.senecafoa.org

 *My working hours may not be your working hours. Please do not feel obligated to respond outside your normal work schedule*

**Confidential and privileged**

---

**From:** Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>
**Sent:** Tuesday, May 6, 2025 12:19 PM
**To:** Leticia Galyean <leticia_galyean@senecacenter.org>
**Cc:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Michael Palmisano <michael_palmisano@senecacenter.org>; Madison, Maureen (SAMHSA/CMHS) <Maureen.Madison@samhsa.hhs.gov>; Lauren Crutsinger <lauren_crutsinger@senecacenter.org>; Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison

<emily_allison@senecacenter.org>; Executive Assistant <executiveassistant@senecacenter.org>;
Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
**Subject:** RE: Seneca Family of Agencies - Contract (75S20222C00002) Option Year 3 Notice of Intent

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender
and know the content is safe.

Dear Ms. Galyean,

Following recent discussions with leadership, it remains unclear whether SAMHSA will
continue to administer the contract or if it will be transitioned to another agency.

We appreciate your continued patience and understanding as we await further guidance.

Best Regards,
Khaled

*Khaled Gohar*
Contract Specialist/Contract Review Administrator
SAMHSA/OFR/DCM
5600 Fishers Lane, 17E89B
Rockville, MD 20857
Phone: (240) 276-1514
Fax: (240) 276-1510
*Khaled.gohar@samhsa.HHS.gov*

Behavioral Health is Essential to Health • Prevention Works • Treatment is Effective • People Recover

**From:** Leticia Galyean <leticia_galyean@senecacenter.org>
**Sent:** Tuesday, May 6, 2025 2:39 PM
**To:** Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>
**Cc:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Michael Palmisano
<michael_palmisano@senecacenter.org>; Madison, Maureen (SAMHSA/CMHS)
<Maureen.Madison@samhsa.hhs.gov>; Lauren Crutsinger <lauren_crutsinger@senecacenter.org>;
Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison
<emily_allison@senecacenter.org>; Executive Assistant <executiveassistant@senecacenter.org>
**Subject:** RE: Seneca Family of Agencies - Contract (75S20222C00002) Option Year 3 Notice of Intent

Thank you, Khaled. I am confirming receipt.

**Leticia Galyean, LCSW (hear name)**
**CEO / President**
Pronouns: she, her, and hers.

**SENECA FAMILY OF AGENCIES**

Cell: 510.760.6858 • Fax: 510.317.1426
Web: www.senecafoa.org

*My working hours may not be your working hours. Please do not feel obligated to respond outside your normal work schedule*

**Confidential and privileged**

---

**From:** Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>
**Sent:** Tuesday, May 6, 2025 6:53 AM
**To:** Leticia Galyean <leticia_galyean@senecacenter.org>
**Cc:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Madison, Maureen (SAMHSA/CMHS) <Maureen.Madison@samhsa.hhs.gov>; Lauren Crutsinger <lauren_crutsinger@senecacenter.org>; Lyna Munoz-Morris <lyna_mm@senecacenter.org>
**Subject:** Seneca Family of Agencies - Contract (75S20222C00002) Option Year 3 Notice of Intent
**Importance:** High

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Dear Ms. Galyean,

Please find attached the Government's notice of intent regarding Option Year 3 of the subject contract.

If you have any questions regarding the notice, please let me know.

Best Regards,
Khaled

*Khaled Gohar*
Contract Specialist/Contract Review Administrator
SAMHSA/OFR/DCM
5600 Fishers Lane, 17E89B
Rockville, MD 20857
Phone: (240) 276-1514
Fax: (240) 276-1510
*Khaled.gohar@samhsa.hhs.gov*

---

Behavioral Health is Essential to Health • Prevention Works • Treatment is Effective • People Recover

CONFIDENTIALITY NOTICE: This email, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain confidential information protected by law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient, you are hereby

notified that any dissemination, distribution, or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the original message from your system.

# TAB 5

Outlook

---

**RE: Contract no. 75S20222C00002, Modification no. 10**

---

**From** Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>

**Date** Fri 6/20/2025 7:14 AM

**To** Michael Palmisano <michael_palmisano@senecacenter.org>; Uhr, Danny (SAMHSA/OFR)
<Danny.Uhr@samhsa.hhs.gov>; Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>

**Cc** Leticia Galyean <leticia_galyean@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Lauren
Crutsinger <lauren_crutsinger@senecacenter.org>

You don't often get email from lynn.tantardini@samhsa.hhs.gov. Learn why this is important

---

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the
content is safe.

---

Michael –

Thank you for the retraction and the further clarification to support what impression you were under.  In
addition, to confirm again, that Seneca is not or has not been in violation of federal antidiscrimination
laws.

Thanks

Lynn Tantardini
Director, DCM
HCA

---

**From:** Michael Palmisano <michael_palmisano@senecacenter.org>
**Sent:** Thursday, June 19, 2025 11:38 PM
**To:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Gohar, Khaled (SAMHSA/OFR)
<Khaled.Gohar@samhsa.hhs.gov>; Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
**Cc:** Leticia Galyean <leticia_galyean@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Lauren
Crutsinger <lauren_crutsinger@senecacenter.org>
**Subject:** RE: Contract no. 75S20222C00002, Modification no. 10

Danny, Khaled, and Lynn,

I write to follow up on the email below, which we sent on June 11, 2025.  We would like to retract that
email.  Seneca *does* in fact want to continue to provide services under the *Ms. L.* settlement agreement.

When we sent the email below, we were under the impression that the Government was offering only
four-month extensions of the contract.  We felt strongly that we could not operate the *Todo Por Mi
Familia* program on so uncertain a basis.  As you know, the program employed more than 30 bilingual
social workers and other support staff, and we felt that it would be unfair to place them in the position of
not knowing from one four-month period to the next whether they would remain employed.  We were
concerned with the kind of disruption that such uncertainty would introduce into their hard work

supporting separated and formerly separated families in accessing mental health care, legal services, and case management services.  You may recall we noted our concerns regarding the nonrenewal of our contract with SAMHSA in correspondences dated April 9, 2025; April 11, 2025; April 28, 2025; May 1, 2025; May 7, 2025; May 27, 2025; May 30, 2025; June 3, 2025; June 6, 2025; and June 9, 2025. We were similarly unsure if the four-month extension SAMHSA initially proffered on May 27, 2025, would in fact be executed. We now understand that the Government is interested in a year-long contract, which offers the kind of stability the program requires.

As noted, we do not believe Seneca is now or ever has been in violation of federal antidiscrimination laws.

Thank you for your time and attention.

Sincerely,

Michael Palmisano
General Counsel
Pronouns: he, him, and his.
SENECA FAMILY OF AGENCIES
8945 Golf Links Road • Oakland, CA 94605
Direct Cell: (510) 227-0819
Web: www.senecafoa.org

 *My working hours may not be your working hours. I frequently work hours outside of the standard work schedule. Please do not feel obligated to respond outside your normal work schedule*

NOTICE OF CONFIDENTIALITY: This communication is intended only for the addressee and may be attorney-client privileged, contain confidential attorney work product, contain confidential personnel information, contain confidential protected health information, or contain confidential personal information. Unauthorized use is strictly prohibited. Please notify me immediately if you received this email in error.

From: Leticia Galyean <leticia_galyean@senecacenter.org>
Sent: Wednesday, June 11, 2025 3:26 PM
To: Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>; Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
Cc: Michael Palmisano <michael_palmisano@senecacenter.org>; Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Lauren Crutsinger <lauren_crutsinger@senecacenter.org>
Subject: RE: Contract no. 75S20222C00002, Modification no. 10

Good afternoon, Danny, Khaled and Lynn,
Thank you for working with us throughout the final month of this complex contracting period. Now that we fully understand the factors that contributed to the government's decision not to renew our contract, we want to clearly communicate that Seneca has no intention of continuing to advocate further to seek a contract with the government to deliver these services, though we continue to hope the federal government takes seriously its obligations to class members deserving of services for the term provided under the settlement agreement.

Notably, we deny the federal government's recent accusations that Seneca has in any way run afoul of federal anti-discrimination law and believe the allegations are meritless. We wish to make clear Seneca's decision not to advocate further for renewal of our contract is unrelated to and was made prior to learning of these baseless allegations; rather, we have made the decision not to seek renewal due to the impact to our staff and the urgency we are faced with to dismantle a now unfunded program.

It has been a pleasure working with you and your team over the previous several years, and I wish you all the best in the future.

Leticia

**Leticia Galyean, LCSW (hear name)**
**CEO / President**
Pronouns: she, her, and hers.

**SENECA FAMILY OF AGENCIES**
Cell: 510.760.6858 • Fax: 510.317.1426
Web: www.senecafoa.org

 *My working hours may not be your working hours. Please do not feel obligated to respond outside your normal work schedule*

<span style="color:red">**Confidential and privileged**</span>

**From:** Leticia Galyean
**Sent:** Monday, June 9, 2025 3:10 PM
**To:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>; Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
**Cc:** Michael Palmisano <michael_palmisano@senecacenter.org>; Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>
**Subject:** RE: Contract no. 75S20222C00002, Modification no. 10

Thank you, Danny. I appreciate the update and trust you would let us know if news had been shared. As I understand it, the timeline is until midnight EST tonight to execute the modification. Otherwise, the contract will be terminated. We will continue to monitor our emails closely and please don't hesitate to reach out by phone if necessary as well (510-760-6858).

Leticia

**Leticia Galyean, LCSW (hear name)**
**CEO / President**
Pronouns: she, her, and hers.

**SENECA FAMILY OF AGENCIES**
Cell: 510.760.6858 • Fax: 510.317.1426
Web: www.senecafoa.org

 *My working hours may not be your working hours. Please do not feel obligated to respond outside your normal work schedule*

<span style="color:red">**Confidential and privileged**</span>

**From:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>
**Sent:** Monday, June 9, 2025 3:05 PM
**To:** Leticia Galyean <leticia_galyean@senecacenter.org>; Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>; Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
**Subject:** RE: Contract no. 75S20222C00002, Modification no. 10

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hello Leticia,

I am sorry to say that we unfortunately have not been given any updates at this point.

Respectfully,

Danny Uhr
Supervisory Contract Specialist/Team Lead
SAMHSA/OFR/DCM
5600 Fishers Lane, 17N05
Rockville, MD  20857
Phone:  (240) 276-1503
Danny.Uhr@samhsa.hhs.gov

---

**From:** Leticia Galyean <leticia_galyean@senecacenter.org>
**Sent:** Friday, June 6, 2025 5:19 PM
**To:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>; Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
**Cc:** Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Michael Palmisano <michael_palmisano@senecacenter.org>
**Subject:** RE: Contract no. 75S20222C00002, Modification no. 10

Thank you for clarifying.

Leticia

**Leticia Galyean, LCSW (hear name)**
**CEO / President**
Pronouns: she, her, and hers.

**SENECA FAMILY OF AGENCIES**
Cell: 510.760.6858 • Fax: 510.317.1426
Web: www.senecafoa.org

 *My working hours may not be your working hours. Please do not feel obligated to respond outside your normal work schedule*

**Confidential and privileged**

---

**From:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>
**Sent:** Friday, June 6, 2025 2:18 PM
**To:** Leticia Galyean <leticia_galyean@senecacenter.org>; Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>; Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
**Cc:** Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Michael Palmisano <michael_palmisano@senecacenter.org>
**Subject:** RE: Contract no. 75S20222C00002, Modification no. 10

---

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

---

Hello Lecitia,

Your understanding is correct.  If the Option Period is not extended by the end of the day on June 9th, then that will be the last day, and would not be able to be extended or executed at any future time.

Respectfully,

Danny Uhr
Supervisory Contract Specialist/Team Lead
SAMHSA/OFR/DCM
5600 Fishers Lane, 17N05
Rockville, MD  20857
Phone:  (240) 276-1503
Danny.Uhr@samhsa.hhs.gov

---

**From:** Leticia Galyean <leticia_galyean@senecacenter.org>
**Sent:** Friday, June 6, 2025 4:15 PM
**To:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Gohar, Khaled (SAMHSA/OFR)
<Khaled.Gohar@samhsa.hhs.gov>; Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
**Cc:** Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Michael Palmisano <michael_palmisano@senecacenter.org>
**Subject:** RE: Contract no. 75S20222C00002, Modification no. 10

Thank you, Danny, I understand the complexity. For my own clarification, it sounds like you're saying that once the current contract has expired, there is no potential for the OY3.A contract to be executed moving forward. Is that accurate? I understand it cannot be backdated, but I am seeking clarification if it can be executed on a later date through the original Oct. 9th, 2025 date.

Thank you,
Leticia

**Leticia Galyean, LCSW (hear name)**
**CEO / President**
Pronouns: she, her, and hers.

**SENECA FAMILY OF AGENCIES**
Cell: 510.760.6858 • Fax: 510.317.1426
Web: www.senecafoa.org

 *My working hours may not be your working hours. Please do not feel obligated to respond outside your normal work schedule*

**Confidential and privileged**

---

**From:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>
**Sent:** Friday, June 6, 2025 11:31 AM
**To:** Leticia Galyean <leticia_galyean@senecacenter.org>; Gohar, Khaled (SAMHSA/OFR)

<Khaled.Gohar@samhsa.hhs.gov>; Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
**Cc:** Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Michael Palmisano <michael_palmisano@senecacenter.org>
**Subject:** RE: Contract no. 75S20222C00002, Modification no. 10

---

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

---

Hello Leticia,

We do understand the current situation that you are in.
We will most likely not have anything for you before the end of today.
In regards to your questions, we will need to get something to you by EOD on Monday the 9th.  We can not go back after the contract has expired.
As for a POC to reach out to, at this point, we do not have anyone that I can confidently suggest.  These decisions are coming from a level that is far above us, and from multiple agencies.  I am sorry.

Respectfully,

Danny Uhr
Supervisory Contract Specialist/Team Lead
SAMHSA/OFR/DCM
5600 Fishers Lane, 17N05
Rockville, MD  20857
Phone:  (240) 276-1503
Danny.Uhr@samhsa.hhs.gov

---

**From:** Leticia Galyean <leticia_galyean@senecacenter.org>
**Sent:** Friday, June 6, 2025 12:56 PM
**To:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>; Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
**Cc:** Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Michael Palmisano <michael_palmisano@senecacenter.org>
**Subject:** RE: Contract no. 75S20222C00002, Modification no. 10

Hi Danny,
I'm reaching out for any status updates, recognizing that the timing of this is complicated for us all. If you were impacted by the RIFs, I hope you have now been granted the extension of your employment. I also trust that you and/or Khaled will inform us as soon as the contract is fully executed so I have to assume that has not happened yet.

We are within two business days of the termination of our current contract, which means we are aggressively planning for the transition and termination of all services. I am hoping you can help us understand next steps and respond to the following:
- If the contract is not executed by EOD Monday, is there still a path forward with the contract being executed after that date? For example, is there the potential that the contract could still be executed at a later date, and if so, what is SAMHSA's expectation for how that would happen?
- In your previous email you referenced having not received direction from "Leadership". I must assume that does not include anyone on this email string so I would like to reach out to that or those individuals directly to share our concerns and the impending impact. Can you share who those are?

If the contract is not executed, this represents a clear violation of the *Ms. L* settlement agreement. Just this past Wednesday, the Federal Judge in the *Ms. L* case affirmed that the Federal government is in breach of two provisions of the settlement regarding legal services, caused by the termination of the Acacia contract in late April. Similar concerns, of course, apply here, and we hope the legal mandate of this contract is being relayed to Leadership.

We remain hopeful that the contract will be executed in time, balanced with significant concern for our clients, communities and staff if it does not.

Leticia


**Leticia Galyean, LCSW (hear name)**
**CEO / President**
Pronouns: she, her, and hers.

**SENECA FAMILY OF AGENCIES**
Cell: 510.760.6858 • Fax: 510.317.1426
Web: www.senecafoa.org

 *My working hours may not be your working hours. Please do not feel obligated to respond outside your normal work schedule*

**Confidential and privileged**

---

**From:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>
**Sent:** Tuesday, June 3, 2025 5:21 PM
**To:** Leticia Galyean <leticia_galyean@senecacenter.org>; Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>; Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
**Cc:** Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Michael Palmisano <michael_palmisano@senecacenter.org>
**Subject:** RE: Contract no. 75S20222C00002, Modification no. 10

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Good Evening Leticia,

We have not received the funding yet. Nor do we have direction from leadership.  Please know that we understand the position this is putting your staff in, and apologize for the inconvenience.

Thanks!

Danny Uhr
Supervisory Contract Specialist/Team Lead
SAMHSA/OFR/DCM
5600 Fishers Lane, 17N05
Rockville, MD  20857
Phone:  (240) 276-1503
Danny.Uhr@samhsa.hhs.gov

**From:** Leticia Galyean <leticia_galyean@senecacenter.org>
**Sent:** Tuesday, June 3, 2025 7:26 PM
**To:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Gohar, Khaled (SAMHSA/OFR)
<Khaled.Gohar@samhsa.hhs.gov>; Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
**Cc:** Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Michael
Palmisano <michael_palmisano@senecacenter.org>
**Subject:** RE: Contract no. 75S20222C00002, Modification no. 10

Hi Danny,
I'm reaching out again in the hopes you can provide another update regarding the anticipated timeline
for receipt of the executed contract modification. You had mentioned last week that you hoped to be able
to provide something for us this week. The last day of our current contract is next Monday. We are less
than a week away from needing to terminate all services, so we would like confirmation of the executed
contract as soon as possible. Thank you again!

Leticia

**Leticia Galyean, LCSW (hear name)**
**CEO / President**
Pronouns: she, her, and hers.

**SENECA FAMILY OF AGENCIES**
Cell: 510.760.6858 • Fax: 510.317.1426
Web: www.senecafoa.org

*My working hours may not be your working hours. Please do not feel obligated to respond outside your
normal work schedule*

**Confidential and privileged**

**From:** Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>
**Sent:** Friday, May 30, 2025 12:18 PM
**To:** Leticia Galyean <leticia_galyean@senecacenter.org>; Gohar, Khaled (SAMHSA/OFR)
<Khaled.Gohar@samhsa.hhs.gov>; Tantardini, Lynn (SAMHSA/OFR) <Lynn.Tantardini@samhsa.hhs.gov>
**Cc:** Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Michael
Palmisano <michael_palmisano@senecacenter.org>
**Subject:** RE: Contract no. 75S20222C00002, Modification no. 10

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the
content is safe.

Hello Leticia,

We apologize for the delay, and that this seems to be a common occurrence for this contract.  We hope
to be able to provide something for you next week.
We appreciate your continued patience and understanding.

Thanks!

Danny Uhr

Supervisory Contract Specialist/Team Lead
SAMHSA/OFR/DCM
5600 Fishers Lane, 17N05
Rockville, MD  20857
Phone:  (240) 276-1503
Danny.Uhr@samhsa.hhs.gov

---

**From:** Leticia Galyean <leticia_galyean@senecacenter.org>
**Sent:** Friday, May 30, 2025 3:01 PM
**To:** Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>
**Cc:** Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Michael Palmisano <michael_palmisano@senecacenter.org>
**Subject:** RE: Contract no. 75S20222C00002, Modification no. 10

Good afternoon, Khaled,
As we are nearing our final week of our contract, we're eagerly awaiting the return of the fully executed Contract no. 75S20222C00002, Modification no. 10. Are you able to provide an update regarding when we can anticipate receiving the countersign and fully executed contract? In the absence of the executed contract, we will continue to prepare for full program closure effective June 10th. We remain grateful for all you're doing to support this program and services.

Thank you in advance,
Leticia

**Leticia Galyean, LCSW (hear name)**
**CEO / President**
Pronouns: she, her, and hers.

**SENECA FAMILY OF AGENCIES**
Cell: 510.760.6858 • Fax: 510.317.1426
Web: www.senecafoa.org

 *My working hours may not be your working hours. Please do not feel obligated to respond outside your normal work schedule*

**Confidential and privileged**

---

**From:** Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>
**Sent:** Wednesday, May 28, 2025 7:14 AM
**To:** Leticia Galyean <leticia_galyean@senecacenter.org>
**Cc:** Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Michael Palmisano <michael_palmisano@senecacenter.org>
**Subject:** RE: Contract no. 75S20222C00002, Modification no. 10

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Good morning Ms. Galyean,

Thank you for the quick turnaround. SAMHSA will return a copy of the modification for your retention as soon as it is fully executed.

Best Regards,
Khaled

*Khaled Gohar*

Contract Specialist/Contract Review Administrator
SAMHSA/OFR/DCM
5600 Fishers Lane, 17E89B
Rockville, MD 20857
Phone: (240) 276-1514
Fax: (240) 276-1510
Khaled.gohar@samhsa.hhs.gov

Behavioral Health is Essential to Health • Prevention Works • Treatment is Effective • People Recover

**From:** Leticia Galyean <leticia_galyean@senecacenter.org>
**Sent:** Tuesday, May 27, 2025 5:36 PM
**To:** Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>
**Cc:** Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>; Michael Palmisano <michael_palmisano@senecacenter.org>
**Subject:** Re: Contract no. 75S20222C00002, Modification no. 10

Good afternoon, Khaled,

We appreciate this contract modification and all of your efforts to support this program and the families we support.

I've attached the signed contract modification. Given the urgency of this particular situation, we would appreciate an expedited counter-sign before the end of the week if at all possible.

Thank you again for all your support,

Leticia

**Leticia Galyean, LCSW (hear name)**

**CEO / President**

Pronouns: she, her, and hers.

**SENECA FAMILY OF AGENCIES**

Cell: 510.760.6858 • Fax: 510.317.1426

Web: www.senecafoa.org

*My working hours may not be your working hours. Please do not feel obligated to respond outside your normal work schedule*


**Confidential and privileged**

---

**From:** Gohar, Khaled (SAMHSA/OFR) <Khaled.Gohar@samhsa.hhs.gov>
**Sent:** Tuesday, May 27, 2025 12:43 PM
**To:** Leticia Galyean <leticia_galyean@senecacenter.org>
**Cc:** Lyna Munoz-Morris <lyna_mm@senecacenter.org>; Emily Allison <emily_allison@senecacenter.org>; Uhr, Danny (SAMHSA/OFR) <Danny.Uhr@samhsa.hhs.gov>
**Subject:** Contract no. 75S20222C00002, Modification no. 10

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Good afternoon Ms. Galyean,

SAMHSA is proposing to modify the periods of performance for Option Years 3 and 4, and fund the first period of Option Year 3. The following is the proposed breakout:

OY3.A: June 10, 2025 – October 9, 2025
OY3.B: October 10, 2025 – February 9, 2026
OY3.C: February 10, 2026 – June 9, 2026

OY4.A: June 10, 2026 – October 9, 2026
OY4.B: October 10, 2026 – February 9, 2027
OY4.C: February 10, 2027 – June 9, 2027

Please review the attached modification and amend the breakout if necessary. If you agree with the proposed breakout, please provide us with a signed copy of the modification by **May 30, 2025**.

If you have any questions, please let me know.

Thank you,
Khaled

*Khaled Gohar*
Contract Specialist/Contract Review Administrator
SAMHSA/OFR/DCM
5600 Fishers Lane, 17E89B
Rockville, MD 20857
Phone: (240) 276-1514
Fax: (240) 276-1510
*Khaled.gohar@samhsa.hhs.gov*

Behavioral Health is Essential to Health • Prevention Works • Treatment is Effective • People Recover

CONFIDENTIALITY NOTICE: This email, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain confidential information protected by law, including the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender immediately and delete the original message from your system.

# EXHIBIT D



April 28, 2025

To:    Kurt John, Director of the Office of Financial Resources, DCM, SAMHSA
       Lynn Tantardini, HCA, Director, DCM, SAMHSA

**Subject: Urgent Support Needed to Uphold Government Obligation to *Ms. L* Class Members:
Contract Renewal For 75S2022C0002 "Behavioral Health Case Management & Behavioral
Health Services for Separated Families"**

Dear Dr. John and Ms. Tantardini,

I am reaching out to you directly with this appeal for help, recognizing that we are all navigating
extraordinary times where our operations are anything but business-as-usual.

Seneca Family of Agencies is the prime contractor for Contract #75S2022C0002, "Behavioral
Health Case Management & Behavioral Health Services for Separated Families." This contract is
unique in both origin and purpose, resulting from the government's settlement agreement in
the *Ms. L, et al. V. U.S. Immigration and Customs Enforcement, et al.* (Case No. 18-cv-00428,
S.D. Cal.) certified class action litigation related to the government's prior policy of family
separation. Under the December 1, 2023 Amended Settlement Agreement in *Ms. L*, the U.S.
Government agreed to provide mental health and case management services to qualifying class
members, services which we are contracted to deliver on the government's behalf. If these
legally required services fall through the cracks due to administrative barriers, not only will the
government be in violation of the settlement agreement, but the class members will
immediately face irreparable harm.

We are currently entering the final month of our 2nd Option Year on our five-year contract, with
the current contract term expiring on June 9, 2025. Given the exceptional disruptions to
government operations and workforce readiness at the moment, we are concerned about our
contract status and the continued provision of services required by the *Ms. L* settlement
agreement. I can only imagine there are countless programs and contracts demanding your
attention during this uncertain time, but I hope to bring the unique and critical nature of this
contract to your attention.

We want to be good partners in ensuring separated families continue to receive services
without disruption. Given that this was a very public issue for the government when the
separation occurred, it would seem to be in the best interest of the government to continue
these services and avoid any public outcry or media attention that advocacy groups or class

members might generate from non-renewal. As you know, the government has a legal obligation under the settlement agreement to ensure services to separated families continue without disruption and we want to work together to expeditiously ensure the next Option Year is executed.

Our preferred outcome is of course assurance that our new contract will be extended into Option Year 3 in a timely manner so as to avoid any disruption to service delivery. Given the workforce reductions in force for our contracting officer and DCM staff going into effect on June 2, 2025, we respectfully request an executed contract be in place by that date.

If a fully executed contract in place by June 2, 2025 is not feasible, we ask that you approve a no-cost extension for this contract to allow us to spend down the remaining allocated funds from our current Option Year over a longer period of time (e.g. three months). We hope this solution would be mutually beneficial, as this would allow both Seneca and the government extra buffer time to execute the new Option Year, in the event that disruptions outside of SAMHSA are the driver of any delays at the moment.

We appreciate your attention to this urgent matter, and we are hopeful you will be able to provide the clarity and solution we need to keep this essential program operating after June 9, 2025. We hope you find our proposed next steps actionable. If there is any additional information we can provide or if you have any questions, please do not hesitate to let me know.

Sincerely,

*Leticia Galyean*

Leticia Galyean, CEO


**CC:**
- Hal Zawacki, Assistant Regional Director, SAMHSA Region 9
- Danny Uhr, Supervising Contract Specialist/Team Lead, SAMHSA/OFR/DCM
- Khaled Gohar, Contract Specialist/Contract Review Administrator, SAMHSA/OFR/DCM
- Maureen Madison, Contracting Officer Representative, SAMHSA/OFR/DCM
- Lauren Crutsinger, Chief Program Officer, Seneca Family of Agencies

**Enclosures:**
- 12/1/2023 *Ms. L* Amended Settlement Agreement
- Contract # 75S2022C0002, Option Year 2 Executed Agreement, "Behavioral Health Case Management & Behavioral Health Services for Separated Families"

# EXHIBIT E

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 10 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00010 | 06/10/2025 | | |

| 6. ISSUED BY | CODE | DCM | 7. ADMINISTERED BY *(If other than Item 6)* | CODE | |
|---|---|---|---|---|---|

SAMHSA, DHHS
Division Of Contract Management,OFR
5600 Fishers Lane
Rockville MD 20857

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

SENECA FAMILY OF AGENCIES 1240246
8945 GOLF LINKS RD
OAKLAND CA 946054124

9B. DATED *(SEE ITEM 11)*

| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|---|
| | | 75S20222C00002 |

| CODE | 1240246 | FACILITY CODE | | 10B. DATED *(SEE ITEM 13)* |
|---|---|---|---|---|
| | | | | 06/02/2022 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers    ☐ is extended.    ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted , such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA *(If required)* | Net Increase: | $6,863,897.00 |
|---|---|---|
| See Schedule | | |

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)* FAR 52.232-20 Limitation of Cost; 52.217-9 Option to Extend the Term of Contract; FAR 43.103(a) Bilateral |

E. IMPORTANT:    Contractor    ☐ is not    ☒ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Tax ID Number: 94-2971761
UEI: W95SGGLTRXF4
Ref. No. 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 "Behavioral Health Case Management & Behavioral Health Services for Separated Families"


The purpose of this modification is to 1) modify the periods of performance for Option Years 3 and 4, and 2) exercise and fully fund Option Year 3 - A in the total amount of $6,863,897. (See pages 3-10)


Previous Obligated Amount: $49,502,049
Amount this Modification: $6,863,897
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|
| Leticia Galyean | DANNY J. UHR | |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| *Leticia Galyean* | 5/27/2025 | | |
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | |

| Previous edition unusable | STANDARD FORM 30 (REV. 11/2016) |
|---|---|
| | Prescribed by GSA FAR (48 CFR) 53.243 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>75S20222C00002/P00010 | | | | PAGE<br>2 | OF<br>10 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
SENECA FAMILY OF AGENCIES 1240246

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Total Obligated Amount: $56,365,946 (Changed)<br>Expiration Date: October 9, 2025 (Changed)<br>Period of Performance: 06/10/2022 to 10/09/2025 | | | | |
| | Change Item 4 to read as follows(amount shown is the obligated amount): | | | | |
| 4 | Option Year 3 - A (6/10/2025 - 10/09/25)<br>Obligated Amount: $6,863,897.00 | | | | 6,863,897.00 |
| | Change Item 5 to read as follows(amount shown is the obligated amount): | | | | |
| 5 | Option Year 4 - A (6/10/2026 - 10/09/2026)<br>Amount: $6,900,257.00(Option Line Item) | | | | 0.00 |
| | Add Item 6 as follows: | | | | |
| 6 | Option Year 3 - B (10/10/2025 - 02/09/26)<br>Amount: $6,863,897.00(Option Line Item) | | | | 0.00 |
| | Add Item 7 as follows: | | | | |
| 7 | Option Year 3 - C (02/10/2026 - 06/09/26)<br>Amount: $6,863,898.00(Option Line Item) | | | | 0.00 |
| | Add Item 8 as follows: | | | | |
| 8 | Option Year 4 - B (10/10/2026 - 02/09/2027)<br>Amount: $6,900,257.00(Option Line Item) | | | | 0.00 |
| | Add Item 9 as follows: | | | | |
| 9 | Option Year 4 - C (02/10/2027 - 06/09/2027)<br>Amount: $6,900,256.00(Option Line Item) | | | | 0.00 |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

# SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS

### B.2.    TIME AND MATERIALS

All work shall be performed in accordance with the Performance Work Statement (PWS).  No hours shall be billed for labor categories or labor rates not included as part of this contract as detailed below.  Any subcontractor rates proposed shall not exceed the rates listed per labor category in this section for the prime contractor.

| Base Year Labor Costs | | | |
|---|---|---|---|
| **Seneca Labor Category** | **Estimated Hours** | **Fixed Loaded Hourly Rate** | **TOTAL** |
| Project Director | 1,872 | $132.67 | $248,358 |
| Program Manager – Level I | 3,744 | $107.98 | $404,277 |
| Subject Matter Expert - Level I | 1,872 | $124.44 | $232,952 |
| Program Supervisor | 9,360 | $91.52 | $856,627 |
| Network Liaison – Level I | 9,360 | $70.95 | $664,092 |
| Case Manager | 59,904 | $76.97 | $4,610,811 |
| Outreach Staff | 9,360 | $58.86 | $550,930 |
| Analyst - Level I | 5,616 | $52.43 | $294,447 |
| Analyst - Level II | 936 | $75.06 | $70,256 |
| Administrator - Level I | 3,744 | $52.43 | $196,298 |
| Administrator - Level II | 1,872 | $56.96 | $106,629 |
| **Seneca Labor Costs** | **107,640** | | **$8,235,677** |
| | | | |
| **Subcontracts** | | | |
| ICF | 20,930 | | $2,551,136 |
| Endeavors | 80 | | $17,710 |
| Young Center | 832 | | $135,350 |
| CMPI | 2,722 | | $242,697 |
| National Council | 100 | | $16,001 |
| Social Current | 80 | | $19,200 |
| **Subcontract Labor Costs** | **24,744** | | **$2,982,094** |
| | | | |
| **Consultants** | | | |
| Clinical Provider - Level I | 3,744 | | $374,400 |
| Clinical Provider - Level II | 82,368 | | $8,800,197 |
| Clinical Provider - Level III | 3,557 | | $889,200 |
| Psychoeducation Provider | 11,520 | | $864,000 |
| Peer Provider | 5,616 | | $280,800 |
| **Consultant Labor Costs** | **106,805** | | **$11,208,597** |
| | | | |
| **Total Labor Costs** | **239,189** | | **$22,426,368** |

Contract No. 75S20222C00002
Ref. No. 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
Modification No. 10
Page 4 of 10

| Base Year Material Costs | |
|---|---|
| Outreach Materials (PR, social media buys, postcards) | $80,000 |
| Hospitalization/Partial Hospitalization | $1,170,000 |
| Psychotropic Medications | $360,000 |
| Language Services | $1,254,528 |
| Articulate 360 | $1,300 |
| Travel | $1,818,310 |
| Tableau (ICF Materials) | $2,943 |
| Transcription (ICF Materials) | $354 |
| Articulate 360 (ICF Materials) | $1,530 |
| **Total Material Costs** | **$4,688,965** |

| Base Year Total Costs | |
|---|---|
| Total Labor Costs | $22,426,368 |
| Total Material Costs | $4,688,965 |
| **Base Year Total Costs** | **$27,115,333** |
| ***Modification No. 3 Base Year De-Obligation*** | ***-$13,000,000*** |
| **Final Base Year Total Costs** | **$14,115,333** |

**TOTAL NOT TO EXCEED CEILING PRICE BASE PERIOD (Labor and Materials) is $14,115,333.**
**Exceeding the ceiling price is at the contractor's own risk.**

## B.3.    OPTION PRICES

| Option Year 1 Labor Costs | | | |
|---|---|---|---|
| Seneca Labor Category | Estimated Hours | Fixed Loaded Hourly Rate | TOTAL |
| Project Director | 1,872 | $132.67 | $248,358 |
| Program Manager – Level I | 3,744 | $107.98 | $404,277 |
| Subject Matter Expert - Level I | 1,872 | $124.44 | $232,952 |
| Program Supervisor | 9,360 | $95.18 | $890,892 |
| Network Liaison – Level I | 9,360 | $73.79 | $690,656 |
| Case Manager | 59,904 | $80.05 | $4,795,243 |
| Outreach Staff | 9,360 | $61.21 | $572,967 |
| Analyst - Level I | 5,616 | $54.53 | $306,225 |
| Analyst - Level II | 936 | $78.06 | $73,066 |
| Administrator - Level I | 3,744 | $54.53 | $204,150 |
| Administrator - Level II | 1,872 | $59.24 | $110,893 |
| **Seneca Labor Costs** | **107,640** | | **$8,529,679** |
| | | | |
| **Subcontracts** | | | |
| ICF | 13,690 | | $1,766,800 |
| Young Center | 832 | | $135,350 |

Contract No. 75S20222C00002
Ref. No. 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
Modification No. 10
Page 5 of 10

| | | | |
|---|---|---|---|
| CMPI | 2,722 | | $242,697 |
| National Council | 100 | | $16,001 |
| Social Current | 60 | | $14,400 |
| **Subcontract Labor Costs** | **17,404** | | **$2,175,248** |
| | | | |
| **Consultants** | | | |
| Clinical Provider - Level I | 3,744 | | $374,400 |
| Clinical Provider - Level II | 44,928 | | $4,800,108 |
| Clinical Provider - Level III | 2,080 | | $520,000 |
| Psychoeducation Provider | 200 | | $30,000 |
| Peer Provider | 5,616 | | $280,800 |
| **Consultant Labor Costs** | **56,568** | | **$6,005,308** |
| | | | |
| **Total Labor Costs** | **181,612** | | **$16,710,235** |

| Option Year 1 Material Costs | |
|---|---|
| Outreach Materials (PR, social media buys, postcards) | $20,000 |
| Hospitalization/Partial Hospitalization | $20,000 |
| Psychotropic Medications | $12,000 |
| Language Services | $100,000 |
| Articulate 360 | $1,300 |
| Travel | $130,288 |
| Medical Co-Pays | $66,667 |
| International Outreach | $120,000 |
| **Total Material Costs** | **$470,255** |

| Option Year 1 Total Costs | |
|---|---|
| Total Labor Costs | $16,710,235 |
| Total Material Costs | $470,255 |
| **Option Year 1 Total Costs** | **$17,180,490** |
| ***Modification No. 8 Option Year 1 De-Obligation*** | ***-$2,000,000*** |
| **Final Option Year 1 Total Costs** | **$15,180,490** |

**TOTAL NOT TO EXCEED CEILING PRICE OPTION PERIOD 1 (Labor and Materials) is $15,180,490.**
Exceeding the ceiling price is at the contractor's own risk.

| Option Year 2 Labor Costs | | | |
|---|---|---|---|
| **Seneca Labor Category** | **Estimated Hours** | **Fixed Loaded Hourly Rate** | **TOTAL** |
| Project Director | 2,059 | $137.57 | $283,284 |
| Program Manager – Level I | 3,744 | $111.97 | $419,216 |
| Subject Matter Expert - Level I | 2,340 | $129.04 | $301,954 |
| Program Supervisor | 9,360 | $102.64 | $960,746 |
| Network Liaison – Level I | 13,104 | $79.57 | $1,042,729 |

Contract No. 75S20222C00002
Ref. No. 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
Modification No. 10
Page 6 of 10

| Case Manager | 59,904 | $86.32 | $5,171,063 |
|---|---|---|---|
| Outreach Staff | 13,104 | $66.01 | $864,996 |
| Analyst - Level I | 9,360 | $58.81 | $550,430 |
| Analyst - Level II | 936 | $84.19 | $78,803 |
| Administrator - Level I | 3,744 | $58.81 | $220,171 |
| Administrator - Level II | 1,872 | $63.88 | $119,581 |
| **Seneca Labor Costs** | **119,527** | | **$10,012,973** |
| | | | |
| **Subcontracts** | | | |
| ICF | 13,690 | | $1,818,590 |
| Young Center | 832 | | $135,350 |
| CMPI | 1,361 | | $121,349 |
| National Council | 100 | | $16,001 |
| Social Current | 60 | | $14,400 |
| **Subcontract Labor Costs** | **16,043** | | **$2,105,690** |
| | | | |
| **Consultants** | | | |
| Clinical Provider - Level I | 3,744 | | $374,400 |
| Clinical Provider - Level II | 44,928 | | $4,800,108 |
| Clinical Provider - Level III | 2,080 | | $520,000 |
| Psychoeducation Provider | 667 | | $100,000 |
| Peer Provider | 5,616 | | $280,800 |
| **Consultant Labor Costs** | **57,035** | | **$6,075,308** |
| | | | |
| **Total Labor Costs** | **192,605** | | **$18,193,971** |

| Option Year 2 Material Costs | |
|---|---|
| Outreach Materials (PR, social media buys, postcards) | $20,000 |
| Hospitalization/Partial Hospitalization | $305,000 |
| Psychotropic Medications | $12,000 |
| Language Services | $100,000 |
| Articulate 360 | $1,300 |
| Travel | $648,955 |
| Medical Co-Pays | $400,000 |
| International Outreach | $525,000 |
| **Total Material Costs** | **$2,012,255** |

| Option Year 2 Total Costs | |
|---|---|
| Total Labor Costs | $18,193,971 |
| Total Material Costs | $2,012,255 |
| **Option Year 2 Total Costs** | **$20,206,226** |

**TOTAL NOT TO EXCEED CEILING PRICE OPTION PERIOD 2 (Labor and Materials) is $20,206,226.**
**Exceeding the ceiling price is at the contractor's own risk.**

Contract No. 75S20222C00002
Ref. No. 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
Modification No. 10
Page 7 of 10

| Option Year 3 Labor Costs | | | |
|---|---|---|---|
| Seneca Labor Category | Estimated Hours | Fixed Loaded Hourly Rate | TOTAL |
| Project Director | 2,059 | $137.57 | $283,284 |
| Program Manager – Level I | 3,744 | $111.97 | $419,216 |
| Subject Matter Expert - Level I | 2,340 | $129.04 | $301,954 |
| Program Supervisor | 9,360 | $106.75 | $999,176 |
| Network Liaison – Level I | 13,104 | $82.76 | $1,084,438 |
| Case Manager | 59,904 | $89.78 | $5,377,905 |
| Outreach Staff | 13,104 | $68.65 | $899,595 |
| Analyst - Level I | 9,360 | $61.16 | $572,447 |
| Analyst - Level II | 936 | $87.56 | $81,956 |
| Administrator - Level I | 3,744 | $61.16 | $228,979 |
| Administrator - Level II | 1,872 | $66.43 | $124,364 |
| **Seneca Labor Costs** | **119,527** | | **$10,373,314** |
| | | | |
| **Subcontracts** | | | |
| ICF | 13,690 | | $1,874,052 |
| Young Center | 832 | | $135,350 |
| CMPI | 909 | | $91,012 |
| National Council | 100 | | $16,001 |
| Social Current | 60 | | $14,400 |
| **Subcontract Labor Costs** | **15,591** | | **$2,130,815** |
| | | | |
| **Consultants** | | | |
| Clinical Provider - Level I | 3,744 | | $374,400 |
| Clinical Provider - Level II | 44,928 | | $4,800,108 |
| Clinical Provider - Level III | 2,080 | | $520,000 |
| Psychoeducation Provider | 667 | | $100,000 |
| Peer Provider | 5,616 | | $280,800 |
| **Consultant Labor Costs** | **57,035** | | **$6,075,308** |
| | | | |
| **Total Labor Costs** | **192,153** | | **$18,579,437** |

| Option Year 3 Material Costs | |
|---|---|
| Outreach Materials (PR, social media buys, postcards) | $20,000 |
| Hospitalization/Partial Hospitalization | $305,000 |
| Psychotropic Medications | $12,000 |
| Language Services | $100,000 |
| Articulate 360 | $1,300 |
| Travel | $648,955 |
| Medical Co-Pays | $400,000 |
| International Outreach | $525,000 |
| **Total Material Costs** | **$2,012,255** |

Contract No. 75S20222C00002
Ref. No. 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
Modification No. 10
Page 8 of 10

| Option Year 3 Total Costs | |
|---|---|
| Total Labor Costs | $18,579,437 |
| Total Material Costs | $2,012,255 |
| **Option Year 3 Total Costs** | **$20,591,692** |

**TOTAL NOT TO EXCEED CEILING PRICE OPTION PERIOD 3 (Labor and Materials) is $20,591,692.**
**Exceeding the ceiling price is at the contractor's own risk.**

| Option Year 4 Labor Costs | | | |
|---|---|---|---|
| **Seneca Labor Category** | **Estimated Hours** | **Fixed Loaded Hourly Rate** | **TOTAL** |
| Project Director | 2,059 | $137.57 | $283,284 |
| Program Manager – Level I | 3,744 | $111.97 | $419,216 |
| Subject Matter Expert - Level I | 2,340 | $129.04 | $301,954 |
| Program Supervisor | 9,360 | $111.02 | $1,039,143 |
| Network Liaison – Level I | 13,104 | $86.07 | $1,127,815 |
| Case Manager | 59,904 | $93.37 | $5,593,022 |
| Outreach Staff | 13,104 | $71.40 | $935,579 |
| Analyst - Level I | 9,360 | $63.61 | $595,345 |
| Analyst - Level II | 936 | $91.06 | $85,233 |
| Administrator - Level I | 3,744 | $63.61 | $238,137 |
| Administrator - Level II | 1,872 | $69.09 | $129,340 |
| **Seneca Labor Costs** | **119,527** | | **$10,748,068** |
| | | | |
| **Subcontracts** | | | |
| ICF | 13,690 | | $1,930,118 |
| Young Center | 832 | | $135,350 |
| CMPI | 183 | | $24,270 |
| National Council | 100 | | $16,001 |
| Social Current | 60 | | $14,400 |
| **Subcontract Labor Costs** | **14,865** | | **$2,120,139** |
| | | | |
| **Consultants** | | | |
| Clinical Provider - Level I | 3,744 | | $374,400 |
| Clinical Provider - Level II | 44,928 | | $4,800,108 |
| Clinical Provider - Level III | 2,080 | | $520,000 |
| Psychoeducation Provider | 667 | | $100,000 |
| Peer Provider | 5,616 | | $280,800 |
| **Consultant Labor Costs** | **57,035** | | **$6,075,308** |
| | | | |
| **Total Labor Costs** | **191,427** | | **$18,943,515** |

Contract No. 75S20222C00002
Ref. No. 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
Modification No. 10
Page 9 of 10

| Option Year 4 Material Costs | |
|---|---|
| Outreach Materials (PR, social media buys, postcards) | $20,000 |
| Hospitalization/Partial Hospitalization | $305,000 |
| Psychotropic Medications | $12,000 |
| Language Services | $100,000 |
| Articulate 360 | $1,300 |
| Travel | $648,955 |
| Medical Co-Pays | $400,000 |
| International Outreach | $270,000 |
| **Total Material Costs** | **$1,757,255** |

| Option Year 4 Total Costs | |
|---|---|
| Total Labor Costs | $18,943,515 |
| Total Material Costs | $1,757,255 |
| **Option Year 4 Total Costs** | **$20,700,770** |

**TOTAL NOT TO EXCEED CEILING PRICE OPTION PERIOD 4 (Labor and Materials) is $20,700,770.**
**Exceeding the ceiling price is at the contractor's own risk.**

**B.4.    TOTAL CONTRACT VALUE, IF ALL OPTIONS ARE EXERCISED**

| GRAND TOTAL COSTS | |
|---|---|
| Grand Total Labor Costs | $94,853,526 |
| Grand Total Material Costs | $10,940,985 |
| **Grand Total Costs** | **$105,794,511** |
| *Modification No. 3 Base Year De-Obligation* | *-$13,000,000* |
| *Modification No. 8 Option Year 1 De-Obligation* | *-$2,000,000* |
| **Final Grand Total Costs** | **$90,794,511** |

If the Government exercises its options pursuant to **Section H.1** of this contract, the total contract value for completion of this contract is **$90,794,511**.

**B.4.a.    SUMMARY OF COSTS**

1.    The total cost of Option Year 3 – A is **$6,863,897**.
2.    If the Government exercises its Option Periods, the total contract amount shall increase as follows:

| Period | | Negotiated Amount | New Negotiated Amount | Amount Funded This Action | Total Amount Funded | Remainder to be Funded |
|---|---|---|---|---|---|---|
| **Base Year** 6/10/22 – 6/09/23 | | $14,115,333 | $14,115,333 | $0 | $14,115,333 | $0 |
| **Option Year 1** 6/10/23 – 6/09/24 | | $26,306,257 | $15,180,490 | $0 | $15,180,490 | $0 |

Contract No. 75S20222C00002
Ref. No. 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
Modification No. 10
Page 10 of 10

| Period | | Negotiated Amount | New Negotiated Amount | Amount Funded This Action | Total Amount Funded | Remainder to be Funded |
|---|---|---|---|---|---|---|
| **Option Year 2** 6/10/24 – 6/09/25 | | $26,528,605 | $20,206,226 | $0 | $20,206,226 | $0 |
| **Option Year 3 - A** 6/10/25 – 10/09/25 | | $26,855,129 | $6,863,897 | $6,863,897 | $6,863,897 | $0 |
| **Option Year 3 - B** 10/10/25 – 2/09/26 | | $0 | $6,863,897 | $0 | $0 | $6,863,897 |
| **Option Year 3 - C** 2/10/26 – 6/09/26 | | $0 | $6,863,898 | $0 | $0 | $6,863,898 |
| **Option Year 3 Total** | | **$26,855,129** | **$20,591,692** | **$6,863,897** | **$6,863,897** | **$13,727,795** |
| **Option Year 4 - A** 6/10/26 – 10/09/26 | | $27,158,985 | $6,900,257 | $0 | $0 | $6,900,257 |
| **Option Year 4 - B** 10/10/26 – 2/09/27 | | | $6,900,257 | $0 | $0 | $6,900,257 |
| **Option Year 4 - C** 2/10/27 – 6/09/27 | | | $6,900,256 | $0 | $0 | $6,900,256 |
| **Option Year 4 Total** | | **$27,158,985** | **$20,700,770** | **$0** | **$0** | **$20,700,770** |
| **GRAND TOTAL (ALL YEARS)** | | $120,964,309 | $90,794,511 | $6,863,897 | $56,365,946 | $34,428,565 |