| | |
|---|---|
| Lee Gelernt* | Stephen Kang (SBN 292280) |
| Dan Galindo (SBN 292854) | Spencer E. Amdur (SBN 320069) |
| Judy Rabinovitz* | AMERICAN CIVIL LIBERTIES |
| Anand Balakrishnan* | UNION FOUNDATION |
| AMERICAN CIVIL LIBERTIES | IMMIGRANTS' RIGHTS |
| UNION FOUNDATION | PROJECT |
| IMMIGRANTS' RIGHTS | 425 California Street, 7th Floor |
| PROJECT | San Francisco, CA 94111 |
| 125 Broad St., 18th Floor | T: (415) 343-0783 |
| New York, NY 10004 | *skang@aclu.org* |
| T: (212) 549-2660 | *samdur@aclu.org* |
| *lgelernt@aclu.org* | |
| *dgalindo@aclu.org* | |
| *jrabinovitz@aclu.org* | |
| *abalakrishnan@aclu.org* | |

*Attorneys for Petitioners-Plaintiffs*   *Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., | Case No. 3:18-cv-428-DMS |
|     Plaintiffs, | Honorable Dana M. Sabraw |
| v. | Date Filed: June 30, 2025 |
| U.S. Immigration and Customs Enforcement, et al., | **DECLARATION OF ANAND BALAKRISHNAN** |
|     Defendants. | CLASS ACTION |

I, Anand Balakrishnan, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct:

## Background

1. I am a senior staff attorney at the American Civil Liberties Union Foundation ("ACLU") Immigrants' Rights Project and co-class counsel in this case.

2. On May 22, 2025, class counsel emailed counsel for Defendants. A true and accurate copy of that e-mail is attached to this declaration as Exhibit A.

3. Defendants never responded to this email.

Date: June 30, 2025
Executed in Houston, TX     /s/ Anand Balakrishnan
                                Anand Balakrishnan

# EXHIBIT A

 Outlook

## Ms. L.: Questions re Seneca and IOM

| | |
|---|---|
| From | Anand Balakrishnan <abalakrishnan@aclu.org> |
| Date | Thu 5/22/2025 11:52 AM |
| To | Silvis, William (CIV) <William.Silvis@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov> |
| Cc | Lee Gelernt <LGELERNT@aclu.org>; Daniel Galindo <dgalindo@aclu.org> |

Will:

Can you provide answers to these two questions:

(1) Does the government intend to renew the Seneca Contract that expires on June 9?

(2) Does the government plan to renew the IOM contract that expires in August?

Thanks,
Anand Balakrishnan