Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

Attorneys for Ms. L. Plaintiffs
*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., <br><br> *Petitioners-Plaintiffs*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"), et al. <br><br> *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-AHG <br><br> Date Filed: June 25, 2025 <br><br> Hearing Date: To be set <br><br> **DECLARATION OF JENNY R. YANG** |

I, Jenny R. Yang, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct:

1. I am a partner at Outten & Golden LLP's Washington, D.C. office. I am a member of the firm's class action and government representation practice.

2. I previously served as the Director of the Office of Federal Contract Compliance Programs (OFCCP) in the U.S. Department of Labor from 2021 to 2023. The OFCCP was responsible for ensuring that employers that contract with the federal government comply with federal nondiscrimination requirements.

3. I also served as a Commissioner and Chair of the U.S. Equal Employment Opportunity Commission (EEOC) from 2013 to 2018.

**Executive Order 14173 and OFCCP Restructuring**

4. On January 21, 2025, President Donald Trump issued Executive Order 14173 (EO 14173). 90 Fed. Reg. 8633 (Jan. 21, 2025). EO 14173 revoked Executive Order 11246 (EO 11246). EO 11246 prohibited employment discrimination by federal contractors because of race, color, religion, national origin, sex, sexual orientation, and gender identity, and required that federal contractors make good faith efforts to remedy any potential discrimination in their employment practices. *Id.*; Exec. Order 11246, 30 Fed. Reg. 12319 (Sept. 28, 1965).

5. The now-revoked EO 11246 also authorized the Secretary of Labor to "investigate the employment practices of any Government contractor or subcontractor, or initiate such

investigation by the appropriate contracting agency, to determine whether or not the contractual provisions specified in Section 202 of this Order have been violated."

6. On January 24, 2025, the Acting Secretary of Labor directed all Department of Labor employees, including OFCCP, "[t]o immediately cease all investigative and enforcement activities under the rescinded Executive Order 11246" and "the regulations promulgated under it" pursuant to EO 14173. U.S. Dep't of Lab., Secretary's Order 03-2025, To Cease and Desist All Investigative and Enforcement Activity Under Rescinded Executive Order 11246, (Jan. 24, 2025), https://www.dol.gov/newsroom/releases/osec/osec20250124.

### June 9, 2025 Investigation Referral of Seneca to OFCCP

7. I have reviewed the June 9, 2025, letter that the Acting General Counsel for the Department of Homeland Security (DHS) sent to OFCCP recommending that OFCCP investigate whether Seneca Family of Agencies ("Seneca") is engaging in discrimination. ECF No. 792-1, at 2 & n.4.

8. OFCCP is no longer authorized to open an investigation into any potential anti-discrimination law violations because the current Administration rescinded Executive Order 11246, which provided the authority for such investigations. And, as mentioned, the Secretary of Labor has directed OFCCP to stop all investigative and enforcement activities under that rescinded order.

9. Even if Executive Order 11246 had not been revoked, in my experience, the allegations made in the letter, *see* ECF No. 792-1, do not constitute specific evidence

of a potential violation of anti-discrimination obligations to warrant the opening of an OFCCP investigation.

\* \* \* \* \* \* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 27, 2025

_____
Jenny R. Yang

Executed in:   Athens, Greece