

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>    Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>    Respondents-Defendants. | Case No.:  18cv0428 DMS (AHG)<br><br>**ORDER GRANTING CONSENT MOTION TO EXTEND DEADLINES AND HEARING DATE** |

This case comes before the Court on Defendants' consent motion for an extension of time for them to file their Rule 60(b) motion for temporary relief from the Court's June 10, 2025 Order granting Plaintiffs' renewed motion to enforce the Settlement Agreement regarding the provision of legal services.  Defendants wish to extend the deadline for the filing of their Rule 60(b) motion from June 30, 2025, to July 3, 2025.  Assuming the Court grants that request, the parties request an extension of the deadline for Plaintiffs to file their opposition brief from July 8, 2025, to July 11, 2025.  The deadline for Defendants' reply brief would remain the same:  July 15, 2025.  The parties also request that the Court advance the currently scheduled hearing date of July 18, 2025, to July 17, 2025.

    Good cause appearing, the parties' requests for extensions are granted.  Defendants shall file their Rule 60(b) motion re: Acacia on or before **July 3, 2025**.  Plaintiffs shall file their opposition to this motion on or before **July 11, 2025**.  Defendants' reply shall be filed

1  on **July 15, 2025**.  The currently scheduled hearing on the parties' respective motions shall
2  be reset to **July 17, 2025**, at **1:30 p.m.**  For the July 17, 2025 hearing, the dial-in number
3  for any counsel who wish to listen in only and members of the news media is as follows:
4      a.    Dial the toll free number: **571-353-2301**;
5      b.    Enter the Access Code: **151416184** (Participants will be put on hold until the
6          Court activates the conference call).
7  Members of the general public may attend in person.  All persons dialing in to the
8  conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court
9  proceedings.
10      **IT IS SO ORDERED**.
11  Dated:  July 2, 2025

Hon. Dana M. Sabraw
United States District Judge