**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Ms. L., et al.,

               *Petitioners-Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement ("ICE"), et al.

               *Respondents-Defendants*.

Case No. 18-cv-00428-DMS-AHG

**NOTICE OF ERRATA**

      Plaintiffs respectfully submit this notice of errata regarding inadvertent errors in two filings:

1. The Declaration of Nan Schivone (May 28, 2025) was omitted from Plaintiffs' May 30, 2025 filing (Plaintiffs' Reply in Support of Plaintiffs' Motion to Enforce the Settlement's legal services provisions, ECF No. 787). A copy of that declaration is filed concurrently with this notice.

2. Plaintiffs' Opposition to Defendants' Rule 60(b) Motion for Temporary Relief from certain Settlement provisions relating to Seneca Family of Agencies, filed June 30, 2025, ECF No. 805, did not incorporate citation checks as to one quotation and two pin citations. Plaintiffs file a corrected version of that brief concurrently with this notice.

DATED: July 10, 2025           Respectfully submitted,

                        /s/ Lee Gelernt

Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*abalakrishnan@aclu.org*
*jrabinovitz@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T:  (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Ms. L Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*

18cv00428

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2025, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system.  A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ Lee Gelernt
Lee Gelernt