Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for* Ms. L. *Plaintiffs*
*Admitted Pro Hac Vice

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>  *Petitioners-Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.<br><br>  *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-AHG<br><br>Date Filed: July 10, 2025<br><br>Hearing Date: July 17, 2025<br><br>**SUPPLEMENTAL DECLARATION OF LETICIA GALYEAN STURTEVANT**<br><br>**CLASS ACTION** |

I, Leticia Galyean Sturtevant, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct:

1. I am the President and Chief Executive Officer of Seneca Family of Agencies ("Seneca"). I previously provided a declaration in this matter on June 27, 2025, ECF No. 805-1. I make this declaration on the basis of my personal knowledge, review of Seneca business records, and information supplied to me by Seneca employees.

2. I provide the following numbers of *Ms. L* class members and qualifying additional family members receiving ongoing services from Seneca as of May 31, 2025:

    - 485 class members were receiving case management services from Seneca caseworkers that included, for example, consultations to connect to services to meet their needs;
    - Seneca was conducting outreach to 537 class members, both to locate and inform them of the Settlement before they registered to be eligible for Settlement services, and to further orient them to available services after they registered;
    - 334 class members and qualifying additional family members were receiving behavioral health therapy from therapists in a network that Seneca helped create. Of the 334, 148 are class member children, 143 are class member parents, and 43 are qualifying additional family members;
    - 209 class members were receiving assistance with medical co-payments, including in some cases ongoing co-payments to provide for essential prescriptions.

    All such services have now ended because the government ended the Seneca contract. Class members needing information about the Settlement through Seneca,

ongoing therapy or to start therapy, and help paying for medical treatment and prescriptions, cannot access those services.

3. Except for the medical co-payments, the above total numbers for each category of services were reported to Defendants through our May 2025 monthly report that we submitted to the Substance Abuse and Mental Health Services Administration ("SAMHSA"), an agency of the U.S. Department of Health and Human Services on June 9, 2025. We submitted such reports as a requirement throughout our contract to inform the government of how many class members were receiving services. The number of class members receiving assistance with medical co-payments is from internal Seneca tracking. We reported to SAMHSA every 90 days about the number of referrals to federally qualified health centers and reported expenses for co-payments through fiscal reporting to SAMHSA.

4. I have reviewed the DHS referral letter to the U.S. Equal Employment Opportunity Commission, ECF No. 811-1. The letter is dated June 10, 2025, but I did not learn of this letter until after Defendants filed it on July 9, 2025. In the five years that Seneca has contracted with SAMHSA, no government official has ever communicated to me or anyone else at Seneca any of the concerns contained in that referral letter.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 10, 2025 in Oakland, California.

*Leticia Galyean*
[Leticia Galyean Sturtevant]