# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br>   Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br>   Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG) <br><br> **ORDER RE: REMOVALS OF CLASS MEMBERS** |

This case comes before the Court on Plaintiffs' Notice of Removal of Class Member After Court's June 27 Order Enjoining Such Removals and Motion for Order. (ECF No. 813.). In the notice and motion, Plaintiffs state that on June 26, 2025, Defendants advised them that two Class Members had been taken into ICE custody. The first was an individual Class Member A.M.R.F.. The second Class Member was a 13-year old boy M.A.J., who was taken into ICE custody with his family. The next morning, Plaintiffs requested that Defendants provide the basis for detaining these Class Members and requested that they not be removed. Despite Plaintiffs' request, M.A.J. and three of his family members were removed later that day. Thereafter, the Court held a status conference in this case and subsequently issued an order stating Defendants "shall not remove any additional Class Members or QAFMs" pending resolution of Defendants' anticipated Rule 60(b) motion

seeking relief from the Court's June 10, 2025 Order. (ECF No. 803.) Despite that Order, Defendants removed A.M.R.F. on June 29, 2025.

On June 30, 2025, Plaintiffs' counsel email Defendants about A.M.R.F.'s removal and asked for information about why M.A.J. and his family were removed. Defendants responded that not all ICE personnel received the Court's June 27, 2025 Order until June 30, 2025. Defendants also stated that M.A.J.'s mother reported to ICE in April 2024 that she wanted to return to Guatemala and agreed with ICE's plan to facilitate a removal flight. Thereafter, Plaintiffs requested additional information from Defendants about why A.M.R.F. was taken into custody and the basis for his removal. After failing to receive a response from Defendants, Plaintiffs reiterated that request. After again failing to receive a response from Defendants, Plaintiffs filed the present notice and motion.

In the motion, Plaintiffs request that the Court order Defendants to do the following:
(1) Identify whether any Ms. L. QAFMs were removed with M.A.J, aside from M.A.J.'s mother;
(2) Explain in full their reason for removing M.A.J. and his family, including by requiring Defendants to file any and all documentation and notes explaining the family's recent detention and removal;
(3) Provide a detailed explanation in a sworn declaration why A.M.R.F. was taken into custody and why he was removed;
(4) Provide sworn declarations explaining when ICE was told of the Court's June 27, 2025 Order, identify what steps Defendants have since taken to "immediately implement the Order," and explain if any of those steps had not been taken prior to A.M.R.F.'s removal, and if so, why not.
/ / /
/ / /
/ / /
/ / /
/ / /

1 | Given the timeline of events set out above, the Court grants Plaintiffs' motion, and
2 | orders Defendants to provide the information set out above on or before **5:00 p.m.** on **July
3 | 14, 2025**.

4 |     **IT IS SO ORDERED**.

5 | Dated: July 11, 2025

Hon. Dana M. Sabraw
United States District Judge