

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., | Case No. 3:18-cv-00428-DMS-MDD |
| *Plaintiffs*, | |
| v. | Date Filed: July 15, 2025 |
| U.S. Immigration and Customs Enforcement ("ICE"), et al. | |
| *Defendants*. | |

### FIRST SUPPLEMENTAL DECLARATION OF SIRCE E. OWEN

I, Sirce E. Owen, declare as follows:

1.    I am the Acting Director of the Executive Office for Immigration Review ("EOIR") in the U.S. Department of Justice ("DOJ"). EOIR's mission is to adjudicate immigration cases by fairly, expeditiously, and uniformly interpreting and administering the Nation's immigration laws. Under delegated authority from the Attorney General, EOIR conducts immigration court proceedings, appellate reviews, and administrative hearings. I was appointed EOIR Acting Director in January 2025. Prior to assuming this position, I served as an Appellate Immigration Judge from 2020 to 2025, Assistant Chief Immigration Judge from 2018 to 2020, and Acting

Deputy Director of EOIR from 2019 to 2020.  I submit this declaration to supplement my prior declaration dated June 24, 2025 (ECF No. 809-1).

2.    This declaration is based on my personal knowledge and information made available to me in the course of performing my official duties.

3.    Following the Court's Order Granting Plaintiffs' Renewed Motion to Enforce Settlement Agreement Regarding Provision of Legal Services on June 10, 2025, EOIR took steps to initiate the procurement process to locate and contract with one or more vendors to provide individualized legal services to *Ms. L.* Settlement Class members and Qualifying Additional Family Members (QAFMs).  To that end, EOIR held internal meetings and met with the Department of Justice's Justice Management Division to discuss the procurement process. Based on these discussions, EOIR made preparations to issue a Request for Information (RFI) to determine whether there are interested, capable, and qualified organizations in the marketplace to provide the individualized legal services that are required under the *Ms. L.* Settlement Agreement, which the Court determined must be provided by an independent contractor.  Consistent with government procurement processes, EOIR also drafted a list of questions to survey the marketplace and gauge whether there are vendors with the ability to meet the Government's needs.  EOIR's Office of Procurement Services posted the RFI on July 14, 2025, including the survey questions and a proposed Statement of Work (SOW), on the General Services Administration website and SAM.gov.

4.    As reflected in the RFI, EOIR anticipates that a single award contract or multiple award contracts will be issued to provide services under a SOW that is substantially different from the Government's previous contract with Acacia.  Unlike the first year of legal services

that Acacia provided, EOIR intends to manage communications with Class members and QAFMs to inform them of services available under the Settlement Agreement and administer federalized services, including group orientations and workshops.  To further increase efficiency and reduce costs, EOIR also intends to streamline the reporting requirements for any future contractors.  EOIR will also reconsider whether to operate the LASRF Program under a different pricing structure than the one that was previously used for the Acacia contract.

5.      This declaration is made pursuant to 28 U.S.C. § 1746.  I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of July 2025.

SIRCE OWEN

Digitally signed by SIRCE OWEN
Date: 2025.07.15
14:56:16 -04'00'

_____
Sirce E. Owen
Acting Director
Executive Office for Immigration Review