Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for* Ms. L. *Plaintiffs*
*Admitted Pro Hac Vice

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>    *Petitioners-Plaintiffs*,<br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.<br><br>    *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-AHG<br><br>Date Filed: July 15, 2025<br><br>Hearing Date: July 17, 2025<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL A. GALINDO**<br><br>CLASS ACTION |

I, Daniel A. Galindo, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct:

1. I am a senior staff attorney at the American Civil Liberties Union Foundation ("ACLU") Immigrants' Rights Project and am class counsel in this case. I previously provided a Declaration on June 30, 2025.

2. Up until February 10, 2025, Defendants biweekly provided a report to class counsel on all registrations on Together.gov, the site for registering for *Ms. L.* class membership and Settlement benefits. This reporting included registrants' contact info and the date that each registered person was acknowledged by the U.S. government as being a *Ms. L.* class member. It also included data to track progress applying for and receiving parole, including the date someone applied for parole, when the International Organization for Migration ("IOM") contacted the person to work on necessary documents to travel, when they were booked to travel to the U.S., and when they arrived in the U.S. The report thus provided the information necessary to track when a new family registered for the Settlement Agreement and to identify families who appeared not to be making progress toward obtaining parole and traveling to the United States.

3. Without such reporting, it is only through advocates for individual families that class counsel has heard that certain families are not able to return to the U.S. because of non-payment to IOM.

4. Attached to this declaration is an e-mail chain between Plaintiffs and Defendants in which Plaintiffs requested on April 16, April 21, and May 29, that Defendants send updated reports, as they had regularly done in the past. Plaintiffs have not received a substantive response to those emails.

\* \* \* \* \* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 15, 2025

Executed in: New York, NY

　　　　　　　　　　　　　　　　　　　　/s/ *Daniel A. Galindo*
　　　　　　　　　　　　　　　　　　　Daniel A. Galindo

 Outlook

## RE: Together Report 2025-02-07

**From** Silvis, William (CIV) <William.Silvis@usdoj.gov>

**Date** Thu 5/29/2025 5:32 PM

**To** Daniel Galindo <dgalindo@aclu.org>; Stephen Kang <skang@aclu.org>; Lee Gelernt <LGELERNT@aclu.org>; Anand Balakrishnan <abalakrishnan@aclu.org>; Ana Sofia Barrios <ASBarrios@aclu.org>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Schutrum Boward, Daniel R. (CIV) <Daniel.R.Schutrum Boward@usdoj.gov>

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Dan,

We will follow up with DHS.

Best – Will

---

**From:** Daniel Galindo <dgalindo@aclu.org>
**Sent:** Thursday, May 29, 2025 3:13 PM
**To:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Stephen Kang <skang@aclu.org>; Lee Gelernt <LGELERNT@aclu.org>; Anand Balakrishnan <abalakrishnan@aclu.org>; Ana Sofia Barrios <ASBarrios@aclu.org>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Subject:** [EXTERNAL] Re: Together Report 2025-02-07

Will ---

Re-raising the absence of Together.gov reports, which provide necessary information to class counsel. Please let us know the status of these reports and when they will be sent to us.

Dan

---

**From:** Silvis, William (CIV) <William.Silvis@usdoj.gov>
**Sent:** Monday, April 21, 2025 1:22 PM
**To:** Daniel Galindo <dgalindo@aclu.org>; Stephen Kang <skang@aclu.org>; Lee Gelernt <LGELERNT@aclu.org>; Anand Balakrishnan <abalakrishnan@aclu.org>; Ana Sofia Barrios <ASBarrios@aclu.org>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Subject:** RE: Together Report 2025-02-07

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Dan – I am back today. Let me follow up with the clients to verify.

---

**From:** Daniel Galindo <dgalindo@aclu.org>
**Sent:** Monday, April 21, 2025 1:21 PM
**To:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Stephen Kang <skang@aclu.org>; Lee Gelernt <LGELERNT@aclu.org>; Anand Balakrishnan <abalakrishnan@aclu.org>; Ana Sofia Barrios <ASBarrios@aclu.org>; Parascandola, Christina (CIV)

<Christina.Parascandola@usdoj.gov>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Subject:** [EXTERNAL] Re: Together Report 2025-02-07

Re-raising this issue and if Will is out, would ask Christina and others at DOJ to respond.

---

**From:** Daniel Galindo <dgalindo@aclu.org>
**Sent:** Wednesday, April 16, 2025 11:05 PM
**To:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Stephen Kang <skang@aclu.org>; Lee Gelernt <LGELERNT@aclu.org>; Anand Balakrishnan <abalakrishnan@aclu.org>; Ana Sofia Barrios <ASBarrios@aclu.org>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Subject:** Re: Together Report 2025-02-07

Will,

I think this is the last Together.gov report sent. Can you confirm there are no further reports the government has sent since this date? If they are available please send them.

Dan

---

**From:** Silvis, William (CIV)
**Sent:** Monday, February 10, 2025 7:31 AM
**To:** Stephen Kang; Daniel Galindo; Lee Gelernt; Anand Balakrishnan; Ana Sofia Barrios; Parascandola, Christina (CIV); Schutrum-Boward, Daniel R. (CIV)
**Subject:** [Not Virus Scanned] [Not Virus Scanned] [Not Virus Scanned] Together Report 2025-02-07

This Message Is From an External Sender

This message came from outside your organization.

This message has not been virus scanned because it contains encrypted or otherwise protected data. Please ensure you know who the message is coming from and that it is virus scanned by your desktop antivirus software.

This message has not been virus scanned because it contains encrypted or otherwise protected data. Please ensure you know who the message is coming from and that it is virus scanned by your desktop antivirus software.

Good Morning,

Below is the FRTF Together.gov/Juntos.gov Status Report as of 2025-02-07 @ 09:36AM. Flagging that this week there is a FRTF IOM report with the preparer/attorney info included.

**Registration Summary:**
- Total Registrations: 3556
- Registration Sent to IOM: 522 (this covers 637 children eligible for reunification and/or reunification services)
- Pending Send to IOM: 1
- Total Researched and Pending Settlement Discussion: 0
- Under Quality Check: 13
- Closed/Spam/Duplications: 1410
- New Submission: 1
- Declined Opportunity for Reunification Services: 40
- Pending Research Required: 6
- IOM Immigration Services Complete: 1418

**Parole Summary:**
- Granted Humanitarian for Class Members: 1368
- Granted PIP for Class Members: 1573
- Granted Humanitarian for QAFMs: 2803
- Granted PIP for QAFMs: 710

**William C. Silvis**

**Assistant Director**

**United States Department of Justice**

**Office of Immigration Litigation**

**General Litigation and Appeals Section**

Post Office Box 878 | Ben Franklin Station | Washington, D.C.  20044-0878
(office) 202-307-4693

(cell) 202  598  9022



This communication, including any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information.  If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please reply immediately to the sender and delete this message.