# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>　　　　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>　　　　　　　Respondents-Defendants. | Case No.:  18cv0428 DMS (AHG)<br><br>**ORDER ON (1) PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT PROVISIONS REGARDING THE INDEPENDENT ADJUDICATOR AND TRAVEL-RELATED ASSISTANCE AND (2) PLAINTIFFS' NOTICE OF REMOVAL OF CLASS MEMBERS AFTER JUNE 27 ORDER** |

This case came on for hearing on (1) Plaintiffs' Motion to Enforce Settlement Agreement Provisions Regarding the Independent Adjudicator and Travel-Related Assistance, and (2) the Court Order re: Removal of Class Members.[1]  Lee Gelernt and Daniel Galindo appeared for Plaintiffs, and Daniel Schutrum-Boward and Cara Alsterberg appeared for Defendants.

---

[1]  The Court also heard argument on (1) Defendants' Motion for Temporary Relief from Court Order Pursuant to Rule 60(b), (2) Plaintiffs' Motion to Enforce Settlement Agreement Regarding the Provision of Services, and (3) Defendants' Motion Under Rule 60(b) for Temporary Relief from Court Order Requiring Reinstatement of Acacia Task Order.  The Court will address those motions in a separate order.

On the Court Order re: Removal of Class Members, counsel shall meet and confer regarding Plaintiffs' request for additional information.  If those meet and confer efforts are unsuccessful, Plaintiffs may file a follow-up motion with the Court.

On Plaintiffs' Motion to Enforce Settlement Agreement Provisions Regarding the Independent Adjudicator and Travel Related Assistance, defense counsel represented that their clients would be making the necessary payments to the International Organization for Migration ("IOM") and the Independent Adjudicator.  Consistent with that representation, the Court orders Defendants to make all past due payments to the Independent Adjudicator on or before **July 25, 2025**.  Going forward, Defendants shall make all payments to the Independent Adjudicator according to the terms of the Court's December 11, 2023 Order Appointing Independent Adjudicator.  (*See* ECF No. 729.)  On or before **July 25, 2025**, Defendants shall also provide the necessary funding to IOM so that it may affect the reunification of the three families mentioned in Plaintiffs' motion.  (*See* ECF Nos. 807, 824.)  To the extent any other families are in the same position as these three families, i.e., their reunification is pending due to Defendants' failure or delay in funding IOM's reunification efforts, Defendants shall provide that funding forthwith.

**IT IS SO ORDERED**.

Dated:  July 18, 2025

Hon. Dana M. Sabraw
United States District Judge

2

18cv0428 DMS (AHG)