Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for* Ms. L. *Plaintiffs*
*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>   *Petitioners-Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.<br><br>   *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-AHG<br><br>Date Filed: July 24, 2025<br><br>**PLAINTIFFS' MOTION TO CLARIFY COURT'S JUNE 24, 2025 ORDER** |

# PLAINTIFFS' MOTION TO CLARIFY THE COURT'S JULY 24 ORDER

Plaintiffs respectfully move the Court to clarify whether the Order that this Court issued on June 27, 2025, that Defendants shall not remove any additional Class members or QAFMs defined in the Settlement Agreement, ECF No. 803, remains in effect. The June 27, 2025 Order directed that "[p]ending resolution of Defendants' anticipated Rule 60(b) motion seeking relief from the Court's June 10, 2025 Order, Defendants shall not remove any additional Class members or QAFMs defined in the Settlement Agreement." ECF No. 803.

Today's Order, ECF No. 831, denied Defendants' Rule 60(b) motion. However, the rationale for the June 27 stay order remains operative. Defendants have not yet resolved their breach of the legal services portions of the Settlement Agreement at issue. *See* ECF No. 795. Class members and QAFMs still face the same risk of removal absent the ability to access the Agreement's protections in the absence of these services.

Plaintiffs thus request that the Court clarify that its June 27, 2025 Order barring Defendants from removing class members or QAFMs remains in force until further Order of the Court. In the alternative, Plaintiffs move to extend the June 27, 2025 order staying removals of class members and QAFMs until further Order of the Court pursuant to the Court's "power to award such relief and issue such judgments as the Court deems necessary for enforcement of the Settlement Agreement." Settlement Agreement at 43, ECF No. 721-2.

Additionally, Plaintiffs respectfully request that where they identify any class member or QAFM in detention who does wish to be removed (class counsel is aware of one such case), such a class member may be removed upon consent of class counsel.

DATED: July 24, 2025                    Respectfully submitted,

                                        /s/ Lee Gelernt

1

18cv00428

Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*abalakrishnan@aclu.org*
*jrabinovitz@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Ms. L Petitioners-Plaintiffs*
*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 24, 2025, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

                        /s/ Lee Gelernt
                        Lee Gelernt