# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>    Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>    Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO CLARIFY** |

    The Court is in receipt of Plaintiffs' motion to clarify the Court's July 24, 2025 Order. Defendants shall file their response to the motion on or before **July 29, 2025**, and Plaintiffs may file a reply on or before **noon** on **July 31, 2025**. The Court will hear argument on the motion at the August 1, 2025 status conference.

    **IT IS SO ORDERED**.

Dated: July 25, 2025

Hon. Dana M. Sabraw
United States District Judge