| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br>GLENN M. GIRDHARRY<br>Acting Deputy Director<br>WILLIAM C. SILVIS<br>Assistant Director<br>CHRISTINA PARASCANDOLA<br>Senior Litigation Counsel<br>DANIEL SCHUTRUM-BOWARD<br>Trial Attorney<br><br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 919-1670<br>Daniel.R.Schutrum-Boward@usdoj.gov<br><br>Attorneys for Defendants | Lee Gelernt*<br>Daniel A. Galindo (SBN 292854)<br>Anand Balakrishnan*<br>Judy Rabinovitz*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad St., 18th Floor New York, NY 10004<br>T: (212) 549-2660<br>lgelernt@aclu.org<br>dgalindo@aclu.org<br>jrabinovitz@aclu.org<br>abalakrishnan@aclu.org<br><br>Stephen B. Kang (SBN 292280)<br>Spencer E. Amdur (SBN 320069)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>425 California Street, 7th Floor San Francisco, CA 94104<br>T: (415) 343-0783<br>skang@aclu.org<br>samdur@aclu.org<br><br>Attorneys for Ms. L. Plaintiffs<br><br>*Admitted Pro Hac Vice |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al.,<br><br>      *Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement (ICE), et al.<br><br>      *Defendants*. | Case No. 3:18-cv-00428-DMS-MDD<br><br>Date Filed: July 30, 2025<br>Hearing Date: August 1, 2025<br><br>**JOINT STATUS REPORT FOLLOWING JULY 24 ORDER**<br><br>Hon. Dana M. Sabraw<br>Courtroom: 13A |

3:18-cv-00428

Pursuant to the Court's Order of July 24, 2025, ECF No. 831, the parties submit this joint status report regarding their progress in meeting their obligations under the *Ms. L.* Settlement Agreement and the Court's Orders.

## **Defendants' Updates**

The Executive Office for Immigration Review (EOIR) informs undersigned counsel of the following.

1. As of July 30, 2025, EOIR has prepared a proposed Statement of Work to negotiate a Task Order with Acacia Center for Justice (Acacia).

2. EOIR will utilize the appropriate contracting officer to negotiate a Task Order with Acacia. *See* ECF No. 831 at 12.

3. Entering into a Task Order requires that both parties to the Task Order negotiate reasonably and in good faith.

4. EOIR expects to issue a Task Order to Acacia by the deadline of August 25, 2025, ECF No. 831 at 12.

5. Once mutual agreement is reached, EOIR anticipates that provision of legal services under the Settlement Agreement will resume.

Defendant Department of Health and Human Services (HHS) informs undersigned counsel of the following.

1. As of July 30, 2025, HHS has initiated the process towards executing a modification to the Seneca Family of Agencies (Seneca) contract by identifying and assigning a Contracting Officer's Representative and program office; working towards securing the funding, *see* Decl. of Brian Goodger, ECF No. 792-2 ¶ 14 ("The contract is funded by DOJ and DHS through an Inter-Agency Agreement with HHS."), *see also* Rule 60(b) Mot. re: Seneca, ECF No. 792 at 3; obtaining and reviewing the contract file and latest modification; preparing the appropriate documentation for the next modification; and reaching out to Seneca to schedule an initial meeting.

2. HHS intends to issue a contract modification to Seneca to provide the outreach, behavioral health services, and medical assistance required by the *Ms. L.* Settlement Agreement.[1]

3. Entering into a contract modification requires both parties to the contract to negotiate reasonably and in good faith.

4. HHS expects to be able to issue a contract modification to Seneca by the deadline of August 25, 2025, ECF No. 831 at 12.

5. As of the date of this filing, HHS cannot guarantee that it will immediately have the necessary funding to enter into a contract modification with Seneca for a minimum of a one-year term.

6. HHS will provide further updates on or before August 25, 2025 if it cannot fully comply with the Court's order.

## Plaintiffs' Updates

A. <u>Defendants' Compliance with the Court's Orders (ECF Nos. 795 & 831)</u>

Defendants have informed Plaintiffs that they will comply with the Court's orders to re-contract with Seneca and complete a new task order with Acacia. Plaintiffs' understanding is that neither Acacia nor Seneca had heard from the government as of the close of business today for Seneca and Acacia's contracting officers.

B. <u>Defendants' Compliance with Paying IOM Invoices and the Independent Adjudicator (ECF No. 826)</u>

Plaintiffs understand that Defendants have paid invoices to the Independent Adjudicator and to IOM. Plaintiffs would ask that Defendants confirm both that IOM

---

[1] HHS clarifies that housing support was not affected by the expiry of the Seneca contract, as stated previously. ECF No. 812 at 5 n.2. Seneca was not providing housing assistance to class members under its previous contact with HHS. Instead, Seneca was merely referring class members to ORR for housing assistance, as Seneca had done with Acacia for legal services. However, the housing program under the *Ms. L.* Settlement Agreement has been implemented by three Resettlement Agencies through grants from ORR.

invoices are fully paid and that IOM has resumed certain travel services for families who had not been able to reunite because of Defendants' nonpayment.

### C. Meet and Confer as the Further Proposed Relief Including Extension of Settlement Deadlines

Plaintiffs' lodged proposed relief with the Court, ECF No. 830-1, and sent the same separately to Defendants. At a meet and confer on July 28, Defendants informed Plaintiffs that they would not agree to any aspect of the proposed relief.

Plaintiffs also separately raised at the meet and confer that reporting has not been provided since February 10, 2025 on newly registered class members and data about any class members' applications for parole under the Settlement. *See* ECF No. 824-1. That issue remains unresolved.

| | |
|---|---|
| Dated: July 30, 2025.<br><br>/s/ *Lee Gelernt*<br>Lee Gelernt\*<br>Daniel A. Galindo (SBN 292854)<br>Anand Balakrishnan\*<br>Judy Rabinovitz\*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>T: (212) 549-2660<br>lgelernt@aclu.org<br>dgalindo@aclu.org<br>abalakrishnan@aclu.org<br>jrabinovitz@aclu.org<br><br>Stephen B. Kang (SBN 292280)<br>Spencer E. Amdur (SBN 320069)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>T: (415) 343-0783<br>skang@aclu.org<br>samdur@aclu.org<br><br>Attorneys for Ms. L Petitioners-Plaintiffs<br><br>\*Admitted Pro Hac Vice | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>GLENN M. GIRDHARRY<br>Acting Deputy Director<br><br>WILLIAM C. SILVIS<br>Assistant Director<br><br>CHRISTINA PARASCANDOLA<br>Senior Litigation Counsel<br><br>/s/ *Daniel Schutrum-Boward*<br>DANIEL SCHUTRUM-BOWARD<br>Trial Attorney<br>Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 919-1670<br>Daniel.R.Schutrum-Boward@usdoj.gov<br><br>Attorneys for Defendants |