Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA  94104
T:  (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for* Ms. L. *Plaintiffs*
*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., <br><br>       *Petitioners-Plaintiffs*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"), et al. <br><br>       *Respondents-Defendants.* | Case No. 18-cv-00428-DMS-AHG <br><br> Date Filed: July 31, 2025 <br><br> Hearing Date: August 1, 2025 <br><br> **SECOND SUPPLEMENTAL DECLARATION OF DANIEL A. GALINDO** <br><br> CLASS ACTION |

I, Daniel A. Galindo, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct:

1.    I am a senior staff attorney at the American Civil Liberties Union Foundation ("ACLU") Immigrants' Rights Project and am class counsel in this case. I previously provided a Declaration on June 30, 2025 and on July 15, 2025.

2.    Since May 16, when the Court required notice to class counsel when Defendants detain class members and QAFMs, class counsel is aware of at least 13 such detentions; in at least nine cases the class member or QAFM was detained despite holding valid parole status.  The requirement to notify class counsel has been vital to being able to follow up and investigate the detention of individuals who are eligible for Settlement benefits.  This notice allowed class counsel to reach out to attorneys and in some cases obtain evidence of the individual's parole in order to advocate for their release.

*    *    *    *    *    *    *    *    *

I declare under penalty of perjury that the foregoing is true and correct.


Date: July 31, 2025

Executed in: Brooklyn, NY

__/s/_ *Daniel A. Galindo*____

Daniel A. Galindo

1

18cv00428