# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>             Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>             Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG)<br><br>**ORDER PROVIDING DIAL IN NUMBER** |

For the August 1, 2025 status conference, the dial-in number for any counsel who wish to listen in only and members of the news media is as follows:

    a.    Dial the toll free number: **571-353-2301**;

    b.    Enter the Access Code: **151416184** (Participants will be put on hold until the Court activates the conference call).

Members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

**IT IS SO ORDERED**.

Dated: July 31, 2025

                                                   Hon. Dana M. Sabraw<br>                                                   United States District Judge