BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
FIZZA BATOOL
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
E-mail: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS. L, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>        Defendants. | Case No. 3:18-cv-00428-DMS-AHG<br><br>**MOTION TO WITHDRAW COUNSEL, FIZZA BATOOL** |

TO: THE CLERK OF THE COURT
AND TO: ALL PARTIES OF RECORD AND THEIR COUNSEL

     PLEASE TAKE NOTICE that undersigned counsel, Fizza Batool, hereby respectfully moves to withdraw as counsel of record for Defendants in the above-captioned case. Undersigned counsel will be joining a different office with the U.S. Department of Justice. Defendants will continue to be represented by all remaining counsel of record for Defendants.

Dated: September 20, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General
Civil Division
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director

IT IS SO ORDERED.
DATED 8-1-25
_____
UNITED STATES DISTRICT JUDGE

/s/ Fizza Batool
FIZZA BATOOL
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
E-mail: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

1