BRETT A. SHUMATE
Assistant Attorney General
Civil Division
GLENN M. GIRDHARRY
Acting Deputy Director
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DANIEL SCHUTRUM-BOWARD
Trial Attorney

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 919-1670
Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants

Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor New York, NY 10004
T: (212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org
jrabinovitz@aclu.org
abalakrishnan@aclu.org

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, 7th Floor San Francisco, CA 94104
T: (415) 343-0783
skang@aclu.org
samdur@aclu.org

Attorneys for Ms. L. Plaintiffs

*Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement (ICE), et al. <br><br> Defendants. | Case No. 3:18-cv-00428-DMS-MDD <br><br> Date Filed: August 7, 2025 <br><br> Hearing Date: Aug. 15, 2025 <br><br> **JOINT MOTION TO RESET AUGUST 15 HEARING AND EXTEND DEADLINES** <br><br> Hon. Dana M. Sabraw <br> Courtroom: 13A |

**JOINT MOTION TO RESET AUGUST 15 HEARING AND EXTEND DEADLINES**

The parties jointly request that the Court reschedule the hearing currently set for August 15, 2025, and modify the briefing schedule for Plaintiffs' anticipated briefing in support of extending deadlines in the Settlement Agreement.

On August 4, 2025, the Court entered an Order directing a schedule for Plaintiffs' motion (August 7), Defendants' opposition (August 11), Plaintiffs' reply (August 13), and a hearing (August 15). ECF No. 840.

The parties jointly request that the Court reschedule the August 15, 2025 hearing to August 22, 2025, and extend the briefing deadlines to the following dates:

- August 11 for Plaintiffs' motion;
- August 18 for Defendants' response; and
- August 20 for Plaintiffs' reply.

| | |
|---|---|
| Dated: August 7, 2025. | Respectfully submitted, |
| /s/ *Lee Gelernt*<br>Lee Gelernt*<br>Daniel A. Galindo (SBN 292854)<br>Anand Balakrishnan*<br>Judy Rabinovitz*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>T: (212) 549-2660<br>lgelernt@aclu.org<br>dgalindo@aclu.org<br>abalakrishnan@aclu.org<br>jrabinovitz@aclu.org<br><br>Stephen B. Kang (SBN 292280)<br>Spencer E. Amdur (SBN 320069)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>T: (415) 343-0783<br>skang@aclu.org<br>samdur@aclu.org<br><br>Attorneys for Ms. L Petitioners-Plaintiffs<br><br>*Admitted Pro Hac Vice | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>GLENN M. GIRDHARRY<br>Acting Deputy Director<br><br>WILLIAM C. SILVIS<br>Assistant Director<br><br>CHRISTINA PARASCANDOLA<br>Senior Litigation Counsel<br><br>/s/ *Daniel Schutrum-Boward*<br>DANIEL SCHUTRUM-BOWARD<br>Trial Attorney<br>Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 919-1670<br>Daniel.R.Schutrum-Boward@usdoj.gov<br><br>Attorneys for Defendants |