# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Ms. L., et al.,

    *Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement (ICE), et al.

    *Defendants*.

Case No. 3:18-cv-00428-DMS-AHG

**ORDER GRANTING MOTION TO RESET AUGUST 15 HEARING AND EXTEND DEADLINES**

Upon consideration of the parties' Joint Motion to Reset August 15 Hearing and Extend Deadlines, the Court finds that there is good cause to GRANT the motion as follows:

1. Plaintiffs motion to extend the Settlement deadlines is due **August 11, 2025**;
2. Defendants' response is due **August 18, 2025**;
3. Plaintiffs' reply is due **August 20, 2025**;
4. The hearing scheduled for August 15, 2025 is rescheduled to **August 22, 2025**, at **1:30 p.m.**.

**IT IS SO ORDERED.**

Dated:  August 8, 2025

Hon. Dana M. Sabraw
United States District Judge

3:18-cv-00428