

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
GLENN M. GIRDHARRY
Acting Deputy Director
CARA E. ALSTERBERG
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DANIEL SCHUTRUM-BOWARD
Trial Attorney

      U.S. Department of Justice, Civil Division
      Office of Immigration Litigation
      General Litigation and Appeals Section
      P.O. Box 878, Ben Franklin Station
      Washington, DC 20044
      (202) 919-1670
      Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., | Case No. 3:18-cv-00428-DMS-MDD |
| *Plaintiffs*, | |
| v. | **SECOND SUPPLEMENTAL DECLARATION OF BYOUNG PARK** |
| U.S. Immigration and Customs Enforcement, et al | |
| *Defendants*. | Hon. Dana M. Sabraw |
| | Courtroom: 13A |

I, Byoung Park, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as
follows:

      1.    I am the Chief of the Juvenile and Family Management Division, (JFMD)
Enforcement and Removal Operations (ERO), U.S. Immigration and Customs

Enforcement (ICE), Department of Homeland Security (DHS). JFMD oversees issues confronting unaccompanied alien children (UAC) and alien family units who come into ERO custody. JFMD develops policies sensitive to the various vulnerabilities and needs of these populations. JFMD trains, monitors, and advises Field Office Juvenile Coordinators (FOJCs) who serve as subject matter experts for these issues at ERO field office locations around the country. JFMD oversees and monitors the implementation of nationwide policies, court orders, laws, and regulations that impact UAC and alien family units.

2.    I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from various records, systems, databases, other Department of Homeland Security (DHS) employees, and information portals maintained and relied upon by DHS in the regular course of business.

3.    I am aware of the above-captioned lawsuit and the Court's order dated August 4, 2025. The Court's order provides that Defendants shall produce within ten (10) days of the order "(2) A list of the names, A numbers, and most current contact information for all class members and QAFMs required to report to ICE for check-ins."

4.    For ICE to determine which *Ms. L.* Settlement Class members and qualifying additional family members (QAFMs) have check-in requirements with ICE, this requires a manual review of each confirmed *Ms. L.* Settlement Class member and QAFM's records in ICE systems. That is because there is no data field available in

3:18-cv-00428

ICE's systems that can extricate which aliens are subject to check-in requirements with ICE. A manual review of a single alien's records in ICE systems can take, on average, 15-20 minutes.

5.      As of August 4, 2025, there are over 8,000 confirmed *Ms. L.* Settlement Class members and QAFMs on the Research Committee's *Ms. L.* Settlement Class Member and QAFM list. ICE estimates that it would take at least five (5) months, but probably more, for ICE to complete manual reviews of all 8,000+ confirmed *Ms. L.* Settlement Class members and QAFMs from the Research Committee's August 4, 2025, *Ms. L.* Settlement Class Member and QAFM list.

6.      The Court's order dated August 4, 2025, also provides that "[u]ntil the Independent Adjudicator rules on membership in the class for all outstanding applicants, Defendants shall not take immigration enforcement actions against these applicants. Plaintiffs shall identify the pending applicants to Defendants upon entry of this Order." ICE received the names and information of the thirteen (13) applicants that Plaintiffs identified.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of August 2025.

BYOUNG C PARK
Digitally signed by BYOUNG C
PARK
Date: 2025.08.12 09:44:42 -04'00'

Byoung C. Park
Unit Chief
Juvenile and Family Management
Non-Detained Management Division
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security