# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br>     Petitioners-Plaintiffs, <br> v. <br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br>     Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG) <br><br> **ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION** |

The Court is in receipt of Defendants' motion for partial reconsideration of the Court's August 4, 2025 Order. Plaintiffs shall file their response to the motion on or before noon on **August 20, 2025**. The Court will hear argument on the motion at the August 22, 2025 status conference.

**IT IS SO ORDERED**.

Dated: August 15, 2025

Hon. Dana M. Sabraw
United States District Judge