BRETT A. SHUMATE
Assistant Attorney General
Civil Division
GLENN M. GIRDHARRY
Acting Deputy Director
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DANIEL SCHUTRUM-BOWARD
Trial Attorney

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 919-1670
    Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement (ICE), et al. <br><br> *Defendants*. | Case No. 3:18-cv-00428-DMS-MDD <br><br> Date Filed: August 25, 2025 <br><br> **DEFENDANTS' MOTION TO EXTEND AUGUST 25, 2025 DEADLINE REGARDING ACACIA TASK ORDER AND SENECA CONTRACT MODIFICATION** <br><br> Hon. Dana M. Sabraw <br> Courtroom: 13A |

The Court has ordered that, by August 25, 2025, Defendants, through the appropriate contracting officer, enter into a new task order with Acacia Center for Justice (Acacia), as well as a contract modification with Seneca Family of Agencies (Seneca). *See* ECF No. 831 at 12:9-11. The Executive Office for Immigration Review (EOIR) informs undersigned counsel that, although it intends to comply with the Court's Orders, *see* ECF No. 831 at 12:9-11, ECF No. 864, and significant progress has been made, negotiations with Acacia remain ongoing. Accordingly, additional time is needed to complete negotiations and to complete a new task order with Acacia. As such, Defendants respectfully request a 14-day extension of the deadline, until September 8, 2025, to enter a new task order with Acacia.

Additionally, Defendant U.S. Department of Health and Human Services (HHS) informs the undersigned that, due to an unforeseen technical issue, HHS expects it will not be able to confirm that the contract modification process has been fully completed until August 26, 2025; HHS, however, also informs the undersigned that all required approvals are in place, and both HHS and Seneca have verbally confirmed with one another that the contracting action will be completed. HHS requests a two-day extension of the deadline to ensure full completion of the contract modification process.

## CONCLUSION

Defendants respectfully request that the Court grant a 14-day extension of the August 25, 2025 deadline to enter a new task order with Acacia, *i.e.*, until September 8, 2025, as well as a two-day extension of that deadline, *i.e.*, until August 27, 2025, to ensure completion of the contract modification process with Seneca.

| | |
|---|---|
| Dated: August 25, 2025 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>GLENN M. GIRDHARRY<br>Acting Deputy Director<br><br>WILLIAM C. SILVIS<br>Assistant Director<br><br>CHRISTINA PARASCANDOLA<br>Senior Litigation Counsel<br><br>*/s/ Daniel Schutrum-Boward*<br>DANIEL SCHUTRUM-BOWARD<br>Trial Attorney<br>Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 919-1670<br>Daniel.R.Schutrum-Boward@usdoj.gov<br><br>Attorneys for Defendants |

3:18-cv-00428