BRETT A. SHUMATE
Assistant Attorney General
Civil Division
GLENN M. GIRDHARRY
Acting Deputy Director
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DEAN P. DE LAS ALAS
DANIEL SCHUTRUM-BOWARD
Trial Attorneys

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 919-1670
    Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., | Case No. 3:18-cv-00428-DMS-MDD |
| *Plaintiffs*, | |
| v. | Date Filed: August 26, 2025 |
| U.S. Immigration and Customs Enforcement (ICE), et al. | **NOTICE OF APPEAL** |
| *Defendants*. | Hon. Dana M. Sabraw<br>Courtroom: 13A |

3:18-cv-00428

Respondents/Defendants U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Thomas Homan, Acting Director of ICE; Greg Archambeault, San Diego Field Office Director, ICE; Kirstjen Nielsen, Secretary of DHS; Jefferson Beauregard Sessions, III, Attorney General of the United States; Kevin K. McAleenan, Acting Commissioner of CBP; L. Francis Cissna, Director of USCIS; Pete Flores, Director of Field Operations, San Diego Field Office, CBP; Alex Azar, Secretary of HHS; Scott Lloyd, Director of ORR; Hector A. Mancha Jr., Director of Field Operations, El Paso Field Office, CBP; Adrian P. Macias, El Paso Field Office Director, ICE, hereby appeal from the June 27, 2025 Order, ECF No. 803, and the August 4, 2025 Order, ECF No. 840, in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.[1]

---

[1] Pursuant to Federal Rule Civil Procedure 25(d), the following Respondents/Defendants are automatically substituted for one another: Todd Lyons, Director of ICE, for Thomas Homan, former Acting Director of ICE; Kenneth C. Smith, San Diego Assistant Field Office Director, ICE, for Joseph Greene, former San Diego Assistant Field Office Director, ICE; Kristi Noem, Secretary of DHS, for Kirstjen Nielsen, former Secretary of DHS; Pamela Bondi, U.S. Attorney General, for Jefferson Beauregard Sessions, III, former U.S. Attorney General; Rodney Scott, Commissioner of CBP, for Kevin K. McAleenan, former Acting Commissioner of CBP; Joseph B. Edlow, Director of USCIS, for L. Francis Cissna, former Director of USCIS; Sidney Aki, Director of Field Operations, San Diego Field Office, CBP, for Pete Flores, former Director of Field Operations, San Diego Field Office, CBP; Robert F. Kennedy, Jr., Secretary of HHS, for Alex Azar, former Secretary of HHS; Angie Salazar, Acting Director of the ORR, for Scott Lloyd, former Director of the ORR; and Mary De Anda-Ybarra, El Paso Field Director, ICE, for Adrian P. Macias, former El Paso Field Office Director, ICE.

Dated: August 26, 2025.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
Senior Litigation Counsel

DEAN P. DE LAS ALAS
DANIEL SCHUTRUM-BOWARD
Trial Attorneys

*/s/ Daniel Schutrum-Boward*
Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 919-1670
Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants

**REPRESENTATION STATEMENT**

The undersigned represents Respondents/Defendants U.S. Immigration and Customs Enforcement, *et al.*, and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Respondents/Defendants-Appellants submit this Representation Statement. The following list identifies all parties to the action and their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| RESPONDENTS/DEFENDANTS-APPELLANTS | COUNSEL OF RECORD |
|---|---|
| U.S. Immigration and Customs Enforcement ("ICE").<br><br>U.S. Department of Homeland Security ("DHS").<br><br>U.S. Customs and Border Protection ("CBP").<br><br>U.S. Citizenship and Immigration Services ("USCIS").<br><br>U.S. Department of Health and Human Services ("HHS").<br><br>Office of Refugee Resettlement ("ORR").<br><br>Todd Lyons, Director of ICE, *in his official capacity.*<br><br>Kenneth C. Smith, San Diego Assistant Field Office Director, ICE, *in his official capacity.*<br><br>Kristi Noem, Secretary of DHS, *in her official capacity.*<br><br>Pamela Bondi, U.S. Attorney General, *in her official capacity.*<br><br>Rodney Scott, Commissioner of CBP, *in his official capacity.*<br><br>Joseph B. Edlow, Director of USCIS, *in his official capacity.* | **August Edward Flentje**<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Room 3613<br>Washington, DC 20530<br>202-514-3309<br>Email: august.flentje@usdoj.gov<br><br>**Christina B. Parascandola**<br>U.S. Department of Justice<br>Office of Immigration Litigation<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>202-514-3097<br>Email: christina.parascandola@usdoj.gov<br><br>**Christopher Paul Tenorio**<br>U.S. Attorneys' Office Southern District of California<br>Criminal Division<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>(619) 546-8413<br>Fax: (619) 546-0450<br>Email: Christopher.Tenorio2@usdoj.gov<br><br>**Samuel William Bettwy**<br>U.S. Attorneys' Office Southern District of California<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101-8893<br>(619) 546-7125<br>Fax: (619) 546-7751<br>Email: Samuel.Bettwy@usdoj.gov |

4

| | |
|---|---|
| Sidney Aki, San Diego Field Director, CBP, *in her official capacity*.<br><br>Robert F. Kennedy, Jr., Secretary of HHS, *in his official capacity*.<br><br>Robin Dunn Marcos, Director of the ORR, *in her official capacity*.<br><br>Ray Provencio, El Paso Field Director, CBP, *in his official capacity*.<br><br>Mary De Anda-Ybarra, El Paso Field Director, ICE, *in her official capacity*. | **William Charles Silvis**<br>United States Department of Justice<br>PO Box 868 Ben Franklin Station<br>Washington, DC 20044<br>202-307-4693<br>Fax: 202-305-7000<br>Email: william.silvis@usdoj.gov<br><br>**Daniel Schutrum-Boward**<br>United States Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>202-919-1670<br>Email: daniel.r.schutrum-boward@usdoj.gov<br><br>**Dean Phillip De Las Alas**<br>United States Department of Justice<br>P.O. Box 878<br>Ben Franklin Station<br>Washington, DC 20044<br>771-202-1393<br>Email: dean.delasalas@usdoj.gov<br><br>**Nicole N. Murley**<br>U.S. Department of Justice<br>P.O. Box 868<br>Ben Franklin Station<br>Washington, DC 20044<br>202-616-0473<br>Fax: 202-305-7000<br>Email: Nicole.Murley@usdoj.gov |

| PETITIONERS/PLAINTIFFS-APPELLEES | COUNSEL OF RECORD |
|---|---|
| Ms. L., *on behalf of herself and all others similarly situated.*<br><br>Ms. C., *on behalf of herself and all others similarly situated.*<br><br>Dora, *on behalf of herself and all others similarly situated.*<br><br>Alma, *on behalf of herself and all others similarly situated.* | **Anand Venkata Balakrishnan**<br>ACLU Immigrants' Rights Project<br>125 Broad Street<br>18th Floor<br>New York, NY 10004<br>212-549-2618<br>Email: abalakrishnan@aclu.org<br><br>**Judy Rabinovitz**<br>ACLU Immigrants Right Project<br>125 Broad Street<br>18th Floor<br>New York, NY 10004<br>212-549-2618<br>Email: JRabinovitz@aclu.org<br><br>**Lee Gelernt**<br>ACLU<br>125 Broad Street<br>New York, NY 10004<br>242-549-2660 x2616<br>Fax: 212-549-2654<br>Email: lgelernt@aclu.org<br><br>**Stephen B. Kang**<br>American Civil Liberties Union - California<br>425 California Street<br>7th Floor<br>San Francisco, CA 94104<br>415-343-0783<br>Fax: 415-395-0950<br>Email: skang@aclu.org<br><br>**Daniel Antonio Galindo**<br>American Civil Liberties Union<br>125 Broad Street<br>17th Floor |

New York, NY 10004
646-905-8907
Fax: 212-549-2654
Email: dgalindo@aclu.org

**Spencer E. W. Amdur**
American Civil Liberties Union Foundation
425 California Street
7th Floor
San Francisco, CA 94104
415-343-0770
Email: samdur@aclu.org

**Carol T. McClarnon**
Eversheds Sutherland US LLP
700 6th Street NW
Suite 700
Washington, DC 20001
202-383-0946
Fax: 202-637-3593
Email: carolmcclarnon@eversheds-sutherland.com

**John H. Fleming**
Eversheds Sutherland (US) LLP
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309
404-853-8000
Fax: 404-853-8806
Email: johnfleming@eversheds-sutherland.com

**Johnathan James Smith**
Muslim Advocates
P. O. Box 34440
Washington, DC 20043
202-897-2622

Fax: 202-508-1007
Email: johnathan@muslimadvocates.org

**Simon Yehuda Sandoval-Moshenberg**
Legal Aid Justice Center
6066 Leesburg Pike
520
Falls Church, VA 22041
703-720-5605
Email: simon@justice4all.org

**Sirine Shebaya**
National Immigration Project of the National Lawyers Guild
1763 Columbia Road NW
Suite 175
Washington, DC 20009
202-656-4788
Email: sirine@nipnlg.org

**Sophia Leticia Gregg**
Legal Aid Justice Center
6066 Leesburg Pike
520
Falls Church, VA 22041
703-720-5602
Email: sophia@justice4all.org

**Wilson G. Barmeyer**
Eversheds Sutherland (US) LLP
700 Sixth Street NW
Suite 700
Washington, DC 20001-3980
202-383-0100
Fax: 202-637-3593
Email: wilsonbarmeyer@eversheds-sutherland.com

**Aaron M. Olsen**
Haeggquist & Eck, LLP

|   |                                                                                                      |
|---|------------------------------------------------------------------------------------------------------|
|   | 225 Broadway<br>Suite 2050<br>San Diego, CA 92101<br>619-342-8000<br>Fax: 619-342-7878<br>Email: aarono@haelaw.com |

*/s/ Daniel Schutrum-Boward*
Daniel Schutrum-Boward