BRETT A. SHUMATE
Assistant Attorney General
Civil Division
GLENN M. GIRDHARRY
Acting Deputy Director
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DEAN P. DE LAS ALAS
DANIEL SCHUTRUM-BOWARD
Trial Attorneys

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 919-1670
    Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., | Case No. 3:18-cv-00428-DMS-MDD |
| *Plaintiffs*, | |
| v. | Date Filed: August 26, 2025 |
| U.S. Immigration and Customs Enforcement (ICE), et al. | **NOTICE REGARDING SENECA CONTRACT MODIFICATION** |
| *Defendants*. | Hon. Dana M. Sabraw<br>Courtroom: 13A |

1   On July 24, 2025, the Court ordered, *inter alia*, that Defendants re-contract with Seneca Family of Agencies (Seneca) by August 25, 2025. ECF No. 831 at 12. Defendant U.S. Department of Health and Human Services (HHS) apprised the Court on July 30, 2025, that HHS had initiated the process towards executing a modification to the Seneca contract. ECF No. 835 at 3. On August 25, 2025, Defendants informed the Court that, due to an unforeseen technical issue, HHS expected it would not be able to confirm that the contract modification process had been fully completed until August 26, 2025; Defendants requested until August 27, 2025, to confirm completion of the contract modification. ECF No. 870.

Today, HHS informed undersigned counsel that the technical issue it experienced has been resolved, and it has obligated the funds necessary to implement the terms of the modification. As a result, HHS confirms that the contract modification process has been fully executed as of August 26, 2025.

| | |
|---|---|
| Dated: August 26, 2025. | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General |
| | GLENN M. GIRDHARRY<br>Acting Deputy Director |
| | WILLIAM C. SILVIS<br>Assistant Director |
| | CHRISTINA PARASCANDOLA<br>Senior Litigation Counsel |
| | DEAN P. DE LAS ALAS<br>DANIEL SCHUTRUM-BOWARD<br>Trial Attorneys |
| | */s/ Daniel Schutrum-Boward*<br>Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 919-1670<br>Daniel.R.Schutrum-Boward@usdoj.gov |
| | Attorneys for Defendants |

2