Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for* Ms. L. *Plaintiffs*
*Admitted Pro Hac Vice

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., *Petitioners-Plaintiffs*, v. U.S. Immigration and Customs Enforcement ("ICE"), et al. *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-AHG<br><br>Date Filed: August 27, 2025<br><br>**RESPONSE TO DEFENDANTS' MOTION TO EXTEND THE ACACIA AUGUST 25, 2025 DEADLINE** |

# PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXTEND THE ACACIA AUGUST 25, 2025 DEADLINE

Plaintiffs respectfully submit this response to Defendants' motion to extend the Court's August 25, 2025 deadline to recontract with Acacia Center for Justice ("Acacia") and Seneca Family of Agencies ("Seneca"). ECF No. 870.

With respect to the Seneca contract, Plaintiffs understand that the request is now moot, and there is a signed contract.

As to the Acacia contract, Plaintiffs were not notified in advance of the motion and would request that, if the Court intends to grant Defendants an extension of time, it extend the deadline by only one week, as Defendants have not explained the need for a two-week extension. Plaintiffs' understanding of the process is that Acacia initially sent a proposal regarding resources, which the government rejected. Accordingly, on Wednesday of last week, August 20, Acacia sent Defendants a revised proposal in light of Defendants' position and subsequently responded to specific questions regarding that revised proposal on Friday, August 22. However, Acacia has still not heard back from the government.

In addition to the resource question, Defendants have stated that they are conforming their proposed statement of work in line with the Court's August 22, 2025 Order, ECF No. 869, which barred Defendants' proposed "referral" process. Plaintiffs understand Defendants asked Acacia questions about referrals on August 26, to which Acacia responded the same day.

Finally, even assuming that Defendants agree to Acacia's latest budget proposal (the result of Defendants' rejection of Acacia's initial proposals), Plaintiffs continue to be concerned that that budget will not be sufficient to serve the needs of the class. *See* Eighth Suppl. Decl. of Anilú Chadwick (Aug. 20, 2025), ECF No. 858. However, Plaintiffs understand that Acacia is ready to execute the contract in order to provide services as soon as possible. And the Settlement of course allows the budget to be

adjusted in light of ongoing needs.  *See* Settlement IV.B.2.c.i.(d).

In sum, Plaintiffs are concerned about additional unnecessary delay in restarting services and believe that absent explanation or justification, limiting any extension to one week is appropriate.

DATED: August 27, 2025                     Respectfully submitted,

/s/ Lee Gelernt
Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*abalakrishnan@aclu.org*
*jrabinovitz@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T:  (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Ms. L Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

# CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2025, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ Lee Gelernt

Lee Gelernt