# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG) <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINE REGARDING ACACIA TASK ORDER** |

This case comes before the Court on Defendants' motion to extend the August 25, 2025 deadline for the Acacia task order by two weeks.[1] Plaintiffs filed a response to the motion in which they do not oppose Defendants' request for an extension, but argue the extension should be limited to one week as opposed to two. After reviewing the parties' briefs, the Court grants Defendants' motion. Defendants shall finalize their new task order with Acacia on or before **September 8, 2025**.

**IT IS SO ORDERED**.

Dated: August 29, 2025

Hon. Dana M. Sabraw
United States District Judge

---

[1] The motion also included a request for an extension of the Seneca contract modification deadline. Defendants have since finalized that contract modification, and thus the Court denies that request as moot.