Case 3:18-cv-00428-DMS-AHG   Document 879   Filed 08/29/25   PageID.12262   Page 1 of 4



Office of the Clerk
# United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 25-5497 |
| Originating Case Number: | 3:18-cv-00428-DMS-AHG |
| Case Title: | Ms. L., et al. v. United States Immigration and Customs Enforcement, et al. |

**Wednesday, September 3, 2025**

| | |
|---|---|
| United States Immigration and Customs Enforcement | Mediation Questionnaire due |
| United States Department of Homeland Security | Mediation Questionnaire due |
| United States Customs and Border Protection | Mediation Questionnaire due |
| United States Citizenship and Immigration Services | Mediation Questionnaire due |
| United States Department of Health and Human Services | Mediation Questionnaire due |
| Office of Refugee Resettlement | Mediation Questionnaire due |
| Todd M. Lyons | Mediation Questionnaire due |
| Kenneth Smith | Mediation Questionnaire due |
| Kristi Noem | Mediation Questionnaire due |
| Pamela Bondi | Mediation Questionnaire due |
| Rodney Scott | Mediation Questionnaire due |
| Joseph B. Edlow | Mediation Questionnaire due |
| Sidney Aki | Mediation Questionnaire due |
| Robert F. Kennedy, Jr. | Mediation Questionnaire due |
| Robin Dunn Marcos | Mediation Questionnaire due |

| | |
|---|---|
| Ray Provencio | Mediation Questionnaire due |
| Mary De Anda-Ybarra | Mediation Questionnaire due |

**Tuesday, September 9, 2025**

| | |
|---|---|
| United States Immigration and Customs Enforcement | Appeal Transcript Order Due |
| United States Department of Homeland Security | Appeal Transcript Order Due |
| United States Customs and Border Protection | Appeal Transcript Order Due |
| United States Citizenship and Immigration Services | Appeal Transcript Order Due |
| United States Department of Health and Human Services | Appeal Transcript Order Due |
| Office of Refugee Resettlement | Appeal Transcript Order Due |
| Todd M. Lyons | Appeal Transcript Order Due |
| Kenneth Smith | Appeal Transcript Order Due |
| Kristi Noem | Appeal Transcript Order Due |
| Pamela Bondi | Appeal Transcript Order Due |
| Rodney Scott | Appeal Transcript Order Due |
| Joseph B. Edlow | Appeal Transcript Order Due |
| Sidney Aki | Appeal Transcript Order Due |
| Robert F. Kennedy, Jr. | Appeal Transcript Order Due |
| Robin Dunn Marcos | Appeal Transcript Order Due |
| Ray Provencio | Appeal Transcript Order Due |
| Mary De Anda-Ybarra | Appeal Transcript Order Due |

**Thursday, October 9, 2025**

| | |
|---|---|
| United States Immigration and Customs Enforcement | Appeal Transcript Due |
| United States Department of Homeland Security | Appeal Transcript Due |
| United States Customs and Border Protection | Appeal Transcript Due |
| United States Citizenship and Immigration Services | Appeal Transcript Due |
| United States Department of Health and Human Services | Appeal Transcript Due |
| Office of Refugee Resettlement | Appeal Transcript Due |
| Todd M. Lyons | Appeal Transcript Due |
| Kenneth Smith | Appeal Transcript Due |

| | |
|---|---|
| Kristi Noem | Appeal Transcript Due |
| Pamela Bondi | Appeal Transcript Due |
| Rodney Scott | Appeal Transcript Due |
| Joseph B. Edlow | Appeal Transcript Due |
| Sidney Aki | Appeal Transcript Due |
| Robert F. Kennedy, Jr. | Appeal Transcript Due |
| Robin Dunn Marcos | Appeal Transcript Due |
| Ray Provencio | Appeal Transcript Due |
| Mary De Anda-Ybarra | Appeal Transcript Due |

**Tuesday, November 18, 2025**

| | |
|---|---|
| United States Immigration and Customs Enforcement | Appeal Opening Brief Due |
| United States Department of Homeland Security | Appeal Opening Brief Due |
| United States Customs and Border Protection | Appeal Opening Brief Due |
| United States Citizenship and Immigration Services | Appeal Opening Brief Due |
| United States Department of Health and Human Services | Appeal Opening Brief Due |
| Office of Refugee Resettlement | Appeal Opening Brief Due |
| Todd M. Lyons | Appeal Opening Brief Due |
| Kenneth Smith | Appeal Opening Brief Due |
| Kristi Noem | Appeal Opening Brief Due |
| Pamela Bondi | Appeal Opening Brief Due |
| Rodney Scott | Appeal Opening Brief Due |
| Joseph B. Edlow | Appeal Opening Brief Due |
| Sidney Aki | Appeal Opening Brief Due |
| Robert F. Kennedy, Jr. | Appeal Opening Brief Due |
| Robin Dunn Marcos | Appeal Opening Brief Due |
| Ray Provencio | Appeal Opening Brief Due |
| Mary De Anda-Ybarra | Appeal Opening Brief Due |

**Thursday, December 18, 2025**

| | |
|---|---|
| Ms. L. | Appeal Answering Brief Due |
| Ms. C. | Appeal Answering Brief Due |
| Dora | Appeal Answering Brief Due |
| Alma | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**