UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



SAN DIEGO CA 920
20 AUG 2025 PM

US POSTAGE $000.74

RECEIVED
SEP 02 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Simon Yehuda Sandoval-Moshenberg
Legal Aid Justice Center
6066 Leesburg Pike, 520
Falls Church, VA 22041

NIXIE    231    DC  1         0008/27/25
    RETURN TO SENDER
    NO SUCH NUMBER
    UNABLE TO FORWARD
BC: 92101380620     *1404-11440-20-39

Simon Yehuda Sandoval-Moshenberg
Legal Aid Justice Center
6066 Leesburg Pike, 520
Falls Church, VA 22041

Case 3:18-cv-00428-DMS-AHG    Document 881    Filed 09/02/25    PageID.12274    Page 2 of 3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>    Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>    Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION** |

The Court is in receipt of Defendants' motion for partial reconsideration of the Court's August 4, 2025 Order. Plaintiffs shall file their response to the motion on or before noon on **August 20, 2025**. The Court will hear argument on the motion at the August 22, 2025 status conference.

**IT IS SO ORDERED.**

Dated: August 15, 2025

Hon. Dana M. Sabraw
United States District Judge