BRETT A. SHUMATE
Assistant Attorney General
Civil Division
GLENN M. GIRDHARRY
Acting Deputy Director
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DEAN P. DE LAS ALAS
DANIEL SCHUTRUM-BOWARD
Trial Attorneys

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 919-1670
    Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement (ICE), et al. <br><br> *Defendants*. | Case No. 3:18-cv-00428-DMS-MDD <br><br> Date Filed: September 4, 2025 <br><br> **NOTICE REGARDING ACACIA TASK ORDER** <br><br> Hon. Dana M. Sabraw <br> Courtroom: 13A |

On July 24, 2025, the Court ordered that Defendants negotiate and complete, by August 25, 2025, a task order with Acacia Center for Justice (Acacia) to resume the provision of legal services under the *Ms. L.* Settlement Agreement. ECF No. 831 at 12; *see also* ECF No. 795. The Court later extended the due date for completion to September 8, 2025, at Defendants' request. ECF No. 877.

Today, the Executive Office for Immigration Review (EOIR) informed undersigned counsel that, on September 2, 2025, Justice Management Division, on behalf of EOIR, and Acacia fully executed a new task order, which includes a new statement of work. Resultantly, Acacia may resume providing legal services required under the *Ms. L.* Settlement Agreement.

***

Dated: September 4, 2025.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
Senior Litigation Counsel

DEAN P. DE LAS ALAS
DANIEL SCHUTRUM-BOWARD
Trial Attorneys

*/s/ Daniel Schutrum-Boward*
Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 919-1670
Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants