| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br>GLENN M. GIRDHARRY<br>Acting Deputy Director<br>WILLIAM C. SILVIS<br>Assistant Director<br>CHRISTINA PARASCANDOLA<br>Senior Litigation Counsel<br>DANIEL SCHUTRUM-BOWARD<br>Trial Attorney<br><br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 919-1670<br>Daniel.R.Schutrum-Boward@usdoj.gov<br><br>Attorneys for Defendants | Lee Gelernt*<br>Daniel A. Galindo (SBN 292854)<br>Anand Balakrishnan*<br>Judy Rabinovitz*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad St., 18th Floor New York, NY 10004<br>T: (212) 549-2660<br>lgelernt@aclu.org<br>dgalindo@aclu.org<br>jrabinovitz@aclu.org<br>abalakrishnan@aclu.org<br><br>Stephen B. Kang (SBN 292280)<br>Spencer E. Amdur (SBN 320069)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>425 California Street, 7th Floor San Francisco, CA 94104<br>T: (415) 343-0783<br>skang@aclu.org<br>samdur@aclu.org<br><br>Attorneys for Ms. L. Plaintiffs<br><br>*Admitted Pro Hac Vice |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement (ICE), et al.<br><br>    *Defendants*. | Case No. 3:18-cv-00428-DMS-MDD<br><br>Date Filed: September 4, 2025<br><br>**JOINT MOTION TO SET BRIEFING SCHDULE AND HEARING**<br><br>Hon. Dana M. Sabraw<br>Courtroom: 13A |

3:18-cv-00428

Pursuant to Local Rule 7.2, the parties jointly move the Court to set the following hearing date and briefing schedule on Defendants' Motion for Partial Relief under Federal Rule of Civil Procedure 60(b) filed on September 2, 2025, ECF No. 880.

- Plaintiffs' Response Due Date: September 16, 2025.
- Defendants' Reply Due Date: September 22, 2025.
- Hearing Date: September 26, 2025.

Dated: September 4, 2025.

Respectfully submitted,

*/s/ Lee Gelernt*
*(Signed with permission pursuant to email correspondence of September 4, 2025.)*
Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org
abalakrishnan@aclu.org
jrabinovitz@aclu.org

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0783
skang@aclu.org
samdur@aclu.org

Attorneys for Ms. L Petitioners-Plaintiffs

*Admitted Pro Hac Vice

BRETT A. SHUMATE
Assistant Attorney General

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
Senior Litigation Counsel

*/s/ Daniel Schutrum-Boward*
DANIEL SCHUTRUM-BOWARD
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 919-1670
Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants