# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement (ICE), et al. <br><br> *Defendants*. | Case No. 3:18-cv-00428-DMS-MDD <br><br> **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTION FOR PARTIAL RELIEF** <br><br> Hon. Dana M. Sabraw <br> Courtroom: 13A |

Upon review of the parties' Joint Motion to Set Briefing Schedule and Hearing with regard to Defendants' Motion for Partial Relief, ECF No. 880, the Court **GRANTS** the Motion. Plaintiffs shall file their response on or before September 16, 2025. Defendants shall file their reply on or before September 22, 2025. The Court will hear argument on the Motion on October 17, 2025, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: September 8, 2025

Hon. Dana M. Sabraw
United States District Judge

3:18-cv-00428