| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br>GLENN M. GIRDHARRY<br>Acting Deputy Director<br>WILLIAM C. SILVIS<br>Assistant Director<br>CHRISTINA PARASCANDOLA<br>Senior Litigation Counsel<br>DANIEL SCHUTRUM-BOWARD<br>Trial Attorney<br><br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 919-1670<br>Daniel.R.Schutrum-Boward@usdoj.gov<br><br>Attorneys for Defendants | Lee Gelernt*<br>Daniel A. Galindo (SBN 292854)<br>Anand Balakrishnan*<br>Judy Rabinovitz*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad St., 18th Floor New York, NY 10004<br>T: (212) 549-2660<br>lgelernt@aclu.org<br>dgalindo@aclu.org<br>jrabinovitz@aclu.org<br>abalakrishnan@aclu.org<br><br>Stephen B. Kang (SBN 292280)<br>Spencer E. Amdur (SBN 320069)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>425 California Street, 7th Floor San Francisco, CA 94104<br>T: (415) 343-0783<br>skang@aclu.org<br>samdur@aclu.org<br><br>Attorneys for Ms. L. Plaintiffs<br><br>*Admitted Pro Hac Vice |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>        *Plaintiffs*,<br>v.<br><br>U.S. Immigration and Customs Enforcement (ICE), et al.<br><br>        *Defendants*. | Case No. 3:18-cv-00428-DMS-MDD<br><br>Date Filed: September 16, 2025<br><br>Hearing Date: October 17, 2025<br><br>**MOTION TO EXTEND BRIEFING DEADLINES**<br><br>Hon. Dana M. Sabraw<br>Courtroom: 13A |

## MOTION TO EXTEND BRIEFING DEADLINES

The parties jointly request that the Court extend the briefing deadlines with respect to Defendants' Motion for Partial Relief Pursuant to Rule 60(b), ECF No. 880. On September 9, 2025, the Court entered an Order directing a schedule for Plaintiffs' opposition (September 16), Defendants' reply (September 22), and a hearing (October 17). ECF No. 885. The parties jointly request that the briefing deadlines be extended to the following dates:

- September 24 for Plaintiffs' opposition; and
- October 3 for Defendants' reply.

The parties do not request any continuance of the October 17 hearing.

Dated: September 16, 2025.

/s/ *Lee Gelernt*
Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org
abalakrishnan@aclu.org
jrabinovitz@aclu.org

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0783
skang@aclu.org
samdur@aclu.org

Attorneys for Ms. L Petitioners-Plaintiffs

*Admitted Pro Hac Vice

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
GLENN M. GIRDHARRY
Acting Deputy Director
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
/s/ *Daniel Schutrum-Boward*
DANIEL SCHUTRUM-BOWARD
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 919-1670
Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants