# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>        Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>        Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING DEADLINES** |

This case comes before the Court on the parties' joint motion to extend the briefing deadlines on Defendants' motion for partial relief pursuant to Rule 60(b). The parties being in agreement, the motion is granted. Plaintiffs shall file their opposition to the motion on or before **September 24, 2025**, and Defendants shall file their reply on or before **October 3, 2025**.

**IT IS SO ORDERED**.

Dated: September 17, 2025

Hon. Dana M. Sabraw
United States District Judge