Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for* Ms. L. *Plaintiffs*
*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al, <br><br> *Petitioners-Plaintiffs*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"), et al. <br><br> *Respondents-Defendants* | Case No. 18-cv-00428-DMS-AHG <br><br> Date Filed: October 1, 2025 <br><br> **PLAINTIFFS' POSITION ON DEFENDANTS' MOTION TO STAY BRIEFING AND HEARING (ECF NO. 898)** |

	Plaintiffs take no position as to an extension of Defendants' 60(b) Reply.  They ask that the hearing date remain in place at this time.

	Currently, Class Members are being denied EADs and their parole renewals rejected for not paying fees, despite the Settlement's clear language and a 60(b) motion before the Court that has not been decided.

	And Defendants have not implemented the six-month extensions of parole and EADs that the Court ordered more than a month ago—Defendants have not told Plaintiffs by when they will comply with that order.

	As a result, Class Members and their families face tremendous hardship—this includes Class Members who have lost their jobs.

	Finally, Plaintiffs note, for the Court's awareness, that the parties agree that the stay of removals of Class Members and qualifying additional family members remains in place.  *See* ECF Nos. 840, 871.  The parties are meeting and conferring as to Defendants' proposal to comply with the Court's order for a list of Class Members and qualifying additional family members who are subject to ICE check-ins.

DATED: October 1, 2025		Respectfully submitted,

		/s/ Lee Gelernt
		Lee Gelernt*
		Daniel A. Galindo (SBN 292854)
		Anand Balakrishnan*
		Judy Rabinovitz*
		AMERICAN CIVIL LIBERTIES UNION FOUNDATION
		125 Broad St., 18th Floor
		New York, NY 10004
		T:  (212) 549-2660
		*lgelernt@aclu.org*
		*dgalindo@aclu.org*
		*abalakrishnan@aclu.org*

*jrabinovitz@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T:  (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for Ms. L Petitioners-Plaintiffs*
*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed the foregoing with the Clerk for the United States District Court for the Southern District of California by using the appellate CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ Lee Gelernt

Lee Gelernt