# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br>     Petitioners-Plaintiffs, <br> v. <br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br>     Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG) <br><br> **ORDER VACATING HEARING IN LIGHT OF GENERAL ORDER NO. 766** |

In light of the Court's General Order No. 766, the October 17, 2025 hearing in this case is vacated. The hearing will be reset after appropriations to the Department of Justice have been restored.

**IT IS SO ORDERED**.

Dated: October 14, 2025

Hon. Dana M. Sabraw
United States District Judge