| | |
|---|---|
| Lee Gelernt* | Stephen B. Kang (SBN 292280) |
| Daniel A. Galindo (SBN 292854) | Spencer E. Amdur (SBN 320069) |
| Anand Balakrishnan* | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| Judy Rabinovitz* | 425 California Street, 7th Floor |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | San Francisco, CA 94104 |
| 125 Broad St., 18th Floor | T: (415) 343-0783 |
| New York, NY 10004 | skang@aclu.org |
| T: (212) 549-2660 | samdur@aclu.org |
| lgelernt@aclu.org | |
| dgalindo@aclu.org | *Attorneys for* Ms. L. *Plaintiffs* |
| jrabinovitz@aclu.org | *Admitted Pro Hac Vice |
| abalakrishnan@aclu.org | |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., | Case No. 3:18-cv-428-DMS (AHG) |
| Plaintiffs, | CLASS ACTION |
| v. | Date Filed: October 14, 2025 |
| U.S. Immigration and Customs Enforcement, et al., | **DECLARATION OF S.H.Y.J.** |
| Defendants. | |

18cv00428

I, S.H.Y.J., pursuant to 28 U.S.C. § 1746, declare that the following is true and correct:

1. My name is S.H.Y.J. I was born on March 1, 1968, in Colon, Honduras.

2. On May 20, 2018, I crossed the U.S.-Mexico border with my then 14-year-old daughter, Y.M.Y.D. We were detained by U.S. immigration officers. That same day, the U.S. government separated me from Y.M.Y.D. We became one of the many families that were separated under the Zero Tolerance policy.

3. My daughter was transferred to a shelter for immigrant youth, which I later learned meant she was in the custody of the Office of Refugee Resettlement (ORR). My adult daughter, I.O.Y.D., completed the application to sponsor her sister Y.M.Y.D. out of ORR custody. After about a month in ORR custody, Y.M.Y.D. was released to I.O.Y.D.'s care.

4. I was detained for about three months after the separation until I was released with the help of attorneys who requested bond on my behalf.

5. In 2023, with assistance of counsel, Y.M.Y.D. and I were able to register online as *Ms. L.* class members and connect with Seneca's Todo Por Mi Familia Project. We submitted parole applications, and on February 15, 2024, our applications were granted. Our parole statuses are valid through January 13, 2027.

6. My four other children, with whom I resided at the time, also applied for parole as Qualifying Additional Household Members (QAHMs). On May 14, 2024, their applications for parole and corresponding applications for employment authorization were granted through January 15, 2027.

7. In March 2025, my daughter I.O.Y.D. told me that ICE had called her and stated that they wanted her to come into the office with her children on April 8, 2025, for a family interview. We did not think anything of it because I.O.Y.D. had been to many ICE check-ins before. Then, on Tuesday, April 8, 2025, I received a WhatsApp message from I.O.Y.D. saying that she was being detained by ICE, and

they were taking away her phone. I did not hear from her again until that Friday, April 11, 2025, after ICE had boarded her and her two young daughters—my grandchildren—onto a plane, and they had landed in Honduras.

8. I do not understand why I.O.Y.D. was deported. She complied with all the laws in the country. She sought parole status and always attended her check-ins with ICE. She has never been arrested. I.O.Y.D.'s situation has affected her other three kids (my grandchildren) who remain in this country as well. They are worried they will not see their mom or their deported little sisters again. All they have is their phone calls with their mother and sisters.

9. As a family, we are trying to support each other as best as we can.

10. I feel empty without I.O.Y.D. here. We used to spend our weekends together and share so many meals together. I would buy her lunch or dinner when I could so that she could save up some of her money and support her own children.

11. I have already had to endure one terrible separation in 2018 when Y.M.Y.D. was taken from me. Now my daughter I.O.Y.D. has been taken from me as well. I wish my family could be together again.

\* \* \* \* \* \* \* \* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: September 9, 2025

[S.H.Y.J.]

18cv00428