# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>　　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>　　　　　Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO RETURN REMOVED CLASS MEMBERS AND QUALIFYING ADDITIONAL FAMILY MEMBERS** |

　　　　The Court is in receipt of Plaintiffs' motion to return removed class members and qualifying additional family members. Although General Order No. 766 stayed all civil cases in this Court in which "the United States or an agency, corporation, officer, or employee, deemed or otherwise, of the United States is a party[,]" each district judge retains authority over their docket, and may order these cases to proceed as scheduled. *See* General Order No. 766 ¶ 7 (stating cases are stayed "unless otherwise ordered by the assigned district judge.") Given the allegations in the motion that Ms. L. class members and QAFMs have been removed, in some instances after the Court issued a stay of such removals, and that some of these removals have resulted in reseparations of parents and children, the Court orders Defendants to file a response to Plaintiffs' motion on or before

**October 23, 2025**.  If Plaintiffs wish to file a reply they shall do so on or before **October 30, 2025**.  Oral argument, if any, shall be set after the Court has reviewed the parties' briefs.

    **IT IS SO ORDERED**.

Dated:  October 16, 2025

                                             Hon. Dana M. Sabraw
                                             United States District Judge