1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Ms. L.; et al.,

               Petitioners-Plaintiffs,

v.

U.S Immigration and Customs
Enforcement ("ICE"); et al.,

               Respondents-Defendants.

Case No.:  18cv0428 DMS (AHG)

**ORDER AMENDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO RETURN REMOVED CLASS MEMBERS AND QUALIFYING ADDITIONAL FAMILY MEMBERS**

     In accordance with the parties' request, Defendants' deadline to file their response to Plaintiffs' motion is continued to **October 31, 2025**.  The deadline for Plaintiffs to file a reply is continued to **November 11, 2025**.

     **IT IS SO ORDERED**.

Dated:  October 23, 2025

Hon. Dana M. Sabraw
United States District Judge

18cv0428 DMS (AHG)