# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br>                Petitioners-Plaintiffs, <br><br>v. <br><br>U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br>                Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG) <br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PROVISION OF INFORMATION ABOUT DETAINED CLASS MEMBERS AND ADDITIONAL FAMILY MEMBERS AND FAMILY INSTRUCTED TO SELF-DEPORT** |

      The Court is in receipt of Plaintiffs' motion for provision of information about detained class members and additional family members and family instructed to self-deport. Given the allegations in the motion, the Court orders Defendants to file a response on or before **October 31, 2025**. If Plaintiffs wish to file a reply they shall do so on or before **November 11, 2025**. Oral argument, if any, shall be set after the Court has reviewed the parties' briefs.

      **IT IS SO ORDERED**.

Dated: October 24, 2025

                                          Hon. Dana M. Sabraw <br>
                                          United States District Judge