BRETT A. SHUMATE
Assistant Attorney General
Civil Division
GLENN M. GIRDHARRY
Acting Deputy Director
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DEAN P. DE LAS ALAS
DANIEL SCHUTRUM-BOWARD
Trial Attorneys

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 919-1670
Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., | Case No. 3:18-cv-00428-DMS-MDD |
| *Plaintiffs*, | |
| v. | Date Filed: October 27, 2025 |
| U.S. Immigration and Customs Enforcement (ICE), et al. | **NOTICE OF APPEAL** |
| *Defendants*. | Hon. Dana M. Sabraw<br>Courtroom: 13A |

3:18-cv-00428

Respondents/Defendants U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Todd Lyons, Acting Director of ICE; Patrick Divver, San Diego Field Office Director, ICE; Kristi Noem, Secretary of DHS; Pamela Bondi, Attorney General of the United States; Rodney Scott, Commissioner of CBP; Joseph B. Edlow, Director of USCIS; Sidney Aki, Director of Field Operations, San Diego Field Office, CBP; Robert F. Kennedy, Jr., Secretary of HHS; Angie Salazar, Acting Director of ORR; Hector A. Mancha Jr., Director of Field Operations, El Paso Field Office, CBP; Mary De Anda-Ybarra, El Paso Field Office Director, ICE, hereby appeal from the district court's orders of August 4, 2025, ECF No. 840, and August 26, 2025, Order, ECF No. 871, in the above-captioned case, to the United States Court of Appeals for the Ninth Circuit.[1]

---

[1]     Pursuant to Federal Rule Civil Procedure 25(d), the following Respondents/Defendants are automatically substituted for one another: Todd Lyons, Acting Director of ICE, for Thomas Homan, former Acting Director of ICE; Patrick Divver, Jr., San Diego Field Office Director, ICE, for Joseph Greene, former San Diego Assistant Field Office Director, ICE; Kristi Noem, Secretary of DHS, for Kirstjen Nielsen, former Secretary of DHS; Pamela Bondi, U.S. Attorney General, for Jefferson Beauregard Sessions, III, former U.S. Attorney General; Rodney Scott, Commissioner of CBP, for Kevin K. McAleenan, former Acting Commissioner of CBP; Joseph B. Edlow, Director of USCIS, for L. Francis Cissna, former Director of USCIS; Sidney Aki, Director of Field Operations, San Diego Field Office, CBP, for Pete Flores, former Director of Field Operations, San Diego Field Office, CBP; Robert F. Kennedy, Jr., Secretary of HHS, for Alex Azar, former Secretary of HHS; Angie Salazar, Acting Director of the ORR, for Scott Lloyd, former Director of the ORR; and Mary De Anda-Ybarra, El Paso Field Office Director, ICE, for Adrian P. Macias, former El Paso Field Office Director, ICE.

1   Dated: October 27, 2025.                   Respectfully submitted,

2                                     BRETT A. SHUMATE
Assistant Attorney General

3

4                                     GLENN M. GIRDHARRY
Acting Deputy Director

5

6                                     WILLIAM C. SILVIS
Assistant Director

7

8                                       CHRISTINA PARASCANDOLA
Senior Litigation Counsel

9                                     */s/ Dean P. De Las Alas*
DEAN P. DE LAS ALAS

10                                    DANIEL SCHUTRUM-BOWARD
Trial Attorneys

11                                   Department of Justice, Civil Division
Office of Immigration Litigation

12                                   General Litigation and Appeals Section

13                                   P.O. Box 878, Ben Franklin Station
Washington, DC 20044

14                                   (771) 202-1393

15                                   Dean.Delasalas@usdoj.gov

16                                   Attorneys for Defendants

17

18

19

20

21

22

23

24

25

# REPRESENTATION STATEMENT

The undersigned represents Respondents/Defendants U.S. Immigration and Customs Enforcement, *et al.*, and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Respondents/Defendants-Appellants submit this Representation Statement. The following list identifies all parties to the action and their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| RESPONDENTS/DEFENDANTS-APPELLANTS | COUNSEL OF RECORD |
|---|---|
| U.S. Immigration and Customs Enforcement ("ICE").<br><br>U.S. Department of Homeland Security ("DHS").<br><br>U.S. Customs and Border Protection ("CBP").<br><br>U.S. Citizenship and Immigration Services ("USCIS").<br><br>U.S. Department of Health and Human Services ("HHS").<br><br>Office of Refugee Resettlement ("ORR").<br><br>Todd Lyons, Acting Director of ICE, *in his official capacity.*<br><br>Patrick Divver, Jr., San Diego Field Office Director, ICE, *in his official capacity.* | **August Edward Flentje**<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Room 3613<br>Washington, DC 20530<br>202-514-3309<br>august.flentje@usdoj.gov<br><br>**Christina Parascandola**<br>U.S. Department of Justice<br>Office of Immigration Litigation<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>202-514-3097<br>christina.parascandola@usdoj.gov<br><br>**Samuel William Bettwy**<br>U.S. Attorneys' Office Southern District of California<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101-8893<br>(619) 546-7125<br>Fax: (619) 546-7751<br>Samuel.Bettwy@usdoj.gov |

| | |
|---|---|
| Kristi Noem, Secretary of DHS, *in her official capacity.* | **William Charles Silvis** <br> United States Department of Justice <br> PO Box 868 Ben Franklin Station <br> Washington, DC 20044 <br> 202-307-4693 <br> Fax: 202-305-7000 <br> william.silvis@usdoj.gov |
| Pamela Bondi, U.S. Attorney General, *in her official capacity.* | |
| Rodney Scott, Commissioner of CBP, *in his official capacity.* | |
| Joseph B. Edlow, Director of USCIS, *in his official capacity.* | **Daniel Schutrum-Boward** <br> United States Department of Justice <br> P.O. Box 868, Ben Franklin Station <br> Washington, DC 20044 <br> 202-919-1670 <br> daniel.r.schutrum-boward@usdoj.gov |
| Sidney Aki, Director of Field Operations, San Diego Field Office, CBP, *in his official capacity.* | |
| Robert F. Kennedy, Jr., Secretary of HHS, *in his official capacity.* | **Dean Phillip De Las Alas** <br> United States Department of Justice <br> P.O. Box 878 <br> Ben Franklin Station <br> Washington, DC 20044 <br> 771-202-1393 <br> dean.delasalas@usdoj.gov |
| Robin Dunn Marcos, Director of the ORR, *in her official capacity.* | |
| Hector A Mancha Jr. , Director of Field Operations, El Paso Field Office, CBP, *in his official capacity.* | |
| Mary De Anda-Ybarra, El Paso Field Office Director, ICE, *in her official capacity.* | |
| **PETITIONERS/PLAINTIFFS-APPELLEES** | **COUNSEL OF RECORD** |
| Ms. L., *on behalf of herself and all others similarly situated.* | **Anand Venkata Balakrishnan** <br> ACLU Immigrants' Rights Project <br> 125 Broad Street <br> 18th Floor <br> New York, NY 10004 <br> 212-549-2618 <br> abalakrishnan@aclu.org |
| Ms. C., *on behalf of herself and all others similarly situated.* | |

4

| | |
|---|---|
| Dora, *on behalf of herself and all others similarly situated.*<br><br>Alma, *on behalf of herself and all others similarly situated.* | **Judy Rabinovitz**<br>ACLU Immigrants Right Project<br>125 Broad Street<br>18th Floor<br>New York, NY 10004<br>212-549-2618<br>JRabinovitz@aclu.org<br><br>**Lee Gelernt**<br>ACLU<br>125 Broad Street<br>New York, NY 10004<br>242-549-2660 x2616<br>Fax: 212-549-2654<br>lgelernt@aclu.org<br><br>**Stephen B. Kang**<br>American Civil Liberties Union - California<br>425 California Street<br>7th Floor<br>San Francisco, CA 94104<br>415-343-0783<br>Fax: 415-395-0950<br>skang@aclu.org<br><br>**Daniel Antonio Galindo**<br>American Civil Liberties Union<br>125 Broad Street<br>17th Floor<br>New York, NY 10004<br>646-905-8907<br>Fax: 212-549-2654<br>dgalindo@aclu.org<br><br>**Spencer E. W. Amdur**<br>American Civil Liberties Union Foundation<br>425 California Street |

7th Floor
San Francisco, CA 94104
415-343-0770
samdur@aclu.org

**Carol T. McClarnon**
Eversheds Sutherland US LLP
700 6th Street NW
Suite 700
Washington, DC 20001
202-383-0946
Fax: 202-637-3593
carolmcclarnon@eversheds-sutherland.com

**John H. Fleming**
Eversheds Sutherland (US) LLP
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309
404-853-8000
Fax: 404-853-8806
johnfleming@eversheds-sutherland.com

**Johnathan James Smith**
Muslim Advocates
P. O. Box 34440
Washington, DC 20043
202-897-2622
Fax: 202-508-1007
johnathan@muslimadvocates.org

**Simon Yehuda Sandoval-Moshenberg**
Legal Aid Justice Center
6066 Leesburg Pike
520
Falls Church, VA 22041
703-720-5605
simon@justice4all.org

**Sirine Shebaya**
National Immigration Project of the
National Lawyers Guild
1763 Columbia Road NW
Suite 175
Washington, DC 20009
202-656-4788
sirine@nipnlg.org

**Sophia Leticia Gregg**
Legal Aid Justice Center
6066 Leesburg Pike
520
Falls Church, VA 22041
703-720-5602
sophia@justice4all.org

**Wilson G. Barmeyer**
Eversheds Sutherland (US) LLP
700 Sixth Street NW
Suite 700
Washington, DC 20001-3980
202-383-0100
Fax: 202-637-3593
wilsonbarmeyer@eversheds-sutherland.com

**Aaron M. Olsen**
Haeggquist & Eck, LLP
225 Broadway
Suite 2050
San Diego, CA 92101
619-342-8000
Fax: 619-342-7878
aarono@haelaw.com

*/s/ Dean P. De Las Alas*
DEAN P. DE LAS ALAS