1  BRETT A. SHUMATE
   Assistant Attorney General
2  Civil Division

3  GLENN M. GIRDHARRY
   Acting Deputy Director
4  WILLIAM C. SILVIS
   Assistant Director
5  CHRISTINA PARASCANDOLA
   Senior Litigation Counsel
6  DEAN P. DE LAS ALAS
   DANIEL SCHUTRUM-BOWARD
7  Trial Attorneys
   Office of Immigration Litigation

8
9  ADAM GORDON
   United States Attorney
   SAMUEL W. BETTWY
10 Assistant U. S. Attorney
   California State Bar No. 94918
11 Office of U.S. Attorney
   880 Front Street, Room 6293
12 San Diego, California 92101-8893
   619-546-7125 / 619-546-7751 (fax)
13
   Attorneys for Respondents-Defendants

14

15 **UNITED STATES DISTRICT COURT**

16 **SOUTHERN DISTRICT OF CALIFORNIA**

17

| MS. L, et al., | Case No. 18cv0428 DMS AHG |
|---|---|
| Petitioners-Plaintiffs, | |
| vs. | **NOTICE OF WITHDRAWAL OF ATTORNEY** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al., | |
| Respondents-Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, am a counsel of record for Respondents-Defendants in the above-captioned case. Because I am retiring from federal government, effective November 2, 2025, I am no longer assigned to this case and should therefore be terminated

from the case. Respondents-Defendants will continue to be represented by all remaining counsel of record for Defendants. If you have any questions, please contact the Chief of our Civil Division, Janet Cabral.

DATED: October 30, 2025

ADAM GORDON
United States Attorney

s/ *Samuel W. Bettwy*

SAMUEL W. BETTWY
Assistant U.S. Attorney

Attorneys for Respondents-Defendants