# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> U.S Immigration and Customs Enforcement ("ICE"); et al., <br><br> Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG) <br><br> **ORDER SETTING HEARING DATES ON PENDING MOTIONS** |

There are currently three motions pending before the Court in this case: (1) Defendants' motion for partial relief from Section IV.C.1 of the Settlement Agreement, (2) Plaintiffs' motion to return removed Class Members and Qualifying Additional Family Members, and (3) Plaintiffs' motion for provision of information about detained Class Members and Additional Family Members and Family Instructed to Self-Deport. The parties have requested the Court set these matters for hearing and have proposed certain hearing dates for the motions. After considering the parties' request, the Court sets Defendants' motion for hearing on **January 13, 2026**, at **10:00 a.m.** Plaintiffs' motions shall be heard on **December 16, 2025**, at **10:00 a.m.**

**IT IS SO ORDERED**.

Dated: December 5, 2025

Hon. Dana M. Sabraw
United States District Judge