# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>　　　　Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG)<br><br>**ORDER CONTINUING HEARING DATE** |

At the parties' request, the December 16, 2025 hearing on the parties' motions is continued to **January 13, 2026**, at **10:00 a.m.**

A dial in number for counsel wishing to present argument will be circulated via email. The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

　　a.　Dial the toll free number: **571-353-2301**;

　　b.　Enter the Access Code: **151416184** (Participants will be put on hold until the Court activates the conference call);

Members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

**IT IS SO ORDERED**.

Dated: December 12, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　United States District Judge

1

18cv0428 DMS (AHG)