BRETT A. SHUMATE
Assistant Attorney General
Civil Division
GLENN M. GIRDHARRY
Acting Deputy Director
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DANIEL SCHUTRUM-BOWARD
Trial Attorney

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 919-1670
    Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>            *Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement (ICE), et al.<br><br>            *Defendants*. | Case No. 3:18-cv-00428-DMS<br><br>Date Filed: December 30, 2025<br><br>**NOTICE OF INADVERTENT REMOVAL OF CLASS MEMBER**<br><br>Hon. Dana M. Sabraw<br>Courtroom: 13A |

Defendants hereby notify the Court of the inadvertent removal from the United States of a *Ms. L.* class member and the steps taken to address the error.

On May 27, 2025, a *Ms. L.* class member was arrested in Martin County, Florida.[1] During the booking process at the county jail, the class member's fingerprints were electronically submitted to the Department of Homeland Security (DHS) Automated Biometric Identification System and came back positive for a prior DHS encounter.

Upon review, the class member had been previously subject to expedited removal on June 11, 2018; was removed again on February 22, 2019; and on November 27, 2020, on a reinstated removal order. On or around May 28, 2025, while he was detained at the county jail, DHS ran additional background checks to determine if he was a *Ms. L.* class member by performing a manual review of his records in DHS systems and the Research Committee's *Ms. L.* Settlement Class Member list. At the time, he was not listed as a *Ms. L.* class member on that list. On May 28, 2025, DHS lodged a detainer against him. On November 19, 2025, he was placed on the Research Committee's *Ms. L.* Settlement Class Member list.

On November 25, 2025, DHS encountered and detained the class member. During his detention, DHS mistakenly deemed him not to be a *Ms. L.* class member by relying on findings from its prior May 28, 2025, manual review of his records in DHS systems and the Research Committee's *Ms. L.* Settlement Class Member list. As such, Defendants did not notify class counsel of his arrest.

On December 23, 2025, DHS informed undersigned counsel that, on December 19, 2025, DHS initiated the removal of the class member from the United States to Guatemala. DHS further informs undersigned counsel that the DHS officers accompanying the class

---

[1] On December 18, 2025, class counsel informed Defendants' counsel that they had learned of the class member's detention. Undersigned counsel promptly brought the matter to DHS's attention.

member to Guatemala subsequently learned of his class membership and, upon arrival in Guatemala on December 19, 2025, they offered him the opportunity to return to the United States on the return flight of the plane he had just disembarked at no expense to him, but he declined.

On December 26, 2025, Defendants informed class counsel of the class member's removal and that they were gathering further information regarding the removal. Today, Defendants provided class counsel with a declaration by Byoung Park, Chief of the Juvenile and Family Management Division within DHS supporting this notice and supplying additional details regarding the circumstances of the removal to class counsel. A redacted copy of the declaration is attached to this notice. *See* Declaration of Byoung Park, Exh. A.

Dated: December 30, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
Senior Litigation Counsel

DANIEL SCHUTRUM-BOWARD
Trial Attorney

*/s/ Daniel Schutrum-Boward*
Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 919-1670
Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants