# EXHIBIT A

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
GLENN M. GIRDHARRY
Acting Deputy Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DANIEL SCHUTRUM-BOWARD
Trial Attorney

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    General Litigation and Appeals Section
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044
    (202) 919-1670
    Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>           *Plaintiffs*,<br>v.<br><br>U.S. Immigration and Customs Enforcement, et al<br><br>           *Defendants*. | Case No. 3:18-cv-00428-DMS-AHG<br><br>**DECLARATION OF BYOUNG PARK**<br><br>Hon. Dana M. Sabraw<br>Courtroom: 13A |

I, Byoung Park, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

    1.    I am the Chief of the Juvenile and Family Management Division (JFMD), Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE), Department of Homeland Security (DHS). JFMD oversees issues

confronting unaccompanied alien children (UAC) and alien family units who come into ERO custody. JFMD develops policies sensitive to the various vulnerabilities and needs of these populations. JFMD trains, monitors, and advises Field Office Juvenile Coordinators (FOJCs) who serve as subject matter experts for these issues at ERO field office locations around the country. JFMD oversees and monitors the implementation of nationwide policies, court orders, laws, and regulations that impact UACs and alien family units.

2. I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from various records, systems, databases, other Department of Homeland Security employees, and information portals maintained and relied upon by DHS in the regular course of business.

3. I am aware of the above-captioned lawsuit and the Court's orders prohibiting the removal of class members and qualifying additional family members (QAFMs) as defined in the *Ms. L.* Settlement Agreement. Dkt. Nos. 803, 840.

4. On May 27, 2025, ▮ was arrested in Martin County, Florida, for the offense of Probation Violation. During the booking process at the Martin County Jail, ▮ fingerprints were electronically submitted with the DHS Automated Biometric Identification System (IDENT) and came back positive for a prior DHS encounter. Upon review, ▮ had been previously removed on June 11, 2018, as an expedited removal, then

2

removed again February 22, 2019, and November 27, 2020, on a reinstated removal order. On or around June 2, 2025, ▬▬▬▬▬ was also charged with Driving While License Suspended or Revoked. A review of ▬▬▬▬▬ criminal record at the time included prior criminal arrests for driving under the influence, domestic battery, illegal entry, and several traffic offenses.

5. While ▬▬▬▬▬ was detained at the Martin County Jail, on or around May 28, 2025, ICE ran additional background checks to see if he was a *Ms. L.* class member. ICE performed a manual review of his records in ICE systems and the Research Committee's *Ms. L.* Settlement Class Member and QAFM list to confirm his status. At the time, the alien was not listed as a *Ms. L.* class member or QAFM on the Research Committee's *Ms. L.* Settlement Class Member and QAFM list. On May 28, 2025, ICE lodged an I-247 immigration detainer. On or about November 19, 2025, the alien was placed on the Research Committee's *Ms. L.* Settlement Class Member and QAFM list.

6. On November 24, 2025, the U.S. District Court for the Southern District of Florida convicted ▬▬▬▬▬ of Illegal Reentry (8 U.S.C. §§ 1101(a)(43)(O), 1326) and sentenced him to four months of imprisonment with credit for time served. Judgment, *United States v.* ▬▬▬▬▬, No. ▬▬▬▬▬ (S.D. Fla. Nov. 24, 2025).

3

7. On November 25, 2025, ▮▮▮▮▮ was transferred from U.S. Marshals Service custody into ICE custody. After a brief stay at the Stuart Hold Room in Stuart, Florida, ▮▮▮▮▮ was transferred to the Florida Soft-Sided Facility – South in Ochopee, Florida, on November 26, 2025, where he remained until December 12, 2025. From December 12, 2025, to December 16, 2025, ▮▮▮▮▮ was held at the Miami Federal Detention Center in Miami, Florida. On December 16, 2025, ▮▮▮▮▮ was transferred to the Krome North Service Processing Center in Miami, Florida, then to the Miami Staging Facility. On December 17, 2025, ▮▮▮▮▮ was transferred to the Alexandria Staging Facility in Louisiana.

8. When ▮▮▮▮▮ first entered ICE custody on November 25, 2025, ICE relied on findings from the prior May 28, 2025, manual review of the alien's records in ICE systems and the Research Committee's *Ms. L.* Settlement Class Member and QAFM list and deemed him not to be a *Ms. L.* class member. Thus, ICE did not notify class counsel of ▮▮▮▮▮ detention at the time.

9. On December 19, 2025, ▮▮▮▮▮ was removed to Guatemala. While ▮▮▮▮▮ was still being processed by local immigration authorities in Guatemala, ICE became aware of his *Ms. L.* class membership status. ICE confirmed his *Ms. L.* class membership with the Research Committee's *Ms. L.* Settlement Class Member and QAFM list, which now listed ▮▮▮▮▮ name. ICE officers

4

spoke with ▮▮▮▮▮ and offered him the possibility of returning to the United States on the same aircraft. ▮▮▮▮▮ refused and indicated his choice to remain in Guatemala. Following the conversation, ICE officers took a photo of ▮▮▮▮▮ to document that the conversation occurred. *See* below.



10. Should ▮▮▮▮▮ change his mind and inform ICE by January 31, 2026, ICE is open to facilitating his return to the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of December 2025.

                                                 BYOUNG C PARK *(Digitally signed by BYOUNG C PARK, Date: 2025.12.30 11:41:26 -05'00')*
_____
Byoung Park
Chief
Juvenile and Family Management Division
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security