BRETT A. SHUMATE
Assistant Attorney General
Civil Division
GLENN M. GIRDHARRY
Acting Deputy Director
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DANIEL SCHUTRUM-BOWARD
Trial Attorney

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 919-1670
Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants

Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, 7th Floor San Francisco, CA 94104
T: (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

Attorneys for Ms. L. Plaintiffs

*Admitted Pro Hac Vice

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., <br><br> *Plaintiffs*, <br> v. <br><br> U.S. Immigration and Customs Enforcement (ICE), et al. <br><br> *Defendants*. | Case No. 3:18-cv-00428-DMS-MDD <br><br> Date Filed: January 9, 2026 <br><br> Hearing Date: January 13, 2026 <br><br> **JOINT MOTION TO CONTINUE HEARING** <br><br> Hon. Dana M. Sabraw <br> Courtroom: 13A |

## JOINT MOTION TO CONTINUE HEARING DATE

The parties jointly request that the Court continue the hearing with respect to Defendants' Motion for Partial Relief Pursuant to Rule 60(b), ECF No. 880, Plaintiffs' Motion to Return Class Members and Qualifying Additional Family Members, ECF No. 906, and Plaintiffs' Motion for Provision of Information about Detained Class Members and Additional Family Members and Family Instructed to Self-Deport, ECF No. 910. On December 12, 2025, the Court entered an Order scheduling a hearing on these motions for January 13, 2026. ECF No. 923. The parties jointly request that the hearing be rescheduled to January 29, 2026 at 1:30 PM.

| | |
|---|---|
| Dated: January 9, 2025. | Respectfully submitted, |
| /s/ *Lee Gelernt*<br>Lee Gelernt*<br>Daniel A. Galindo (SBN 292854)<br>Anand Balakrishnan*<br>Judy Rabinovitz*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad St., 18th Floor<br>New York, NY 10004<br>T: (212) 549-2660<br>lgelernt@aclu.org<br>dgalindo@aclu.org<br>abalakrishnan@aclu.org<br>jrabinovitz@aclu.org<br><br>Stephen B. Kang (SBN 292280)<br>Spencer E. Amdur (SBN 320069)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>T: (415) 343-0783<br>skang@aclu.org<br>samdur@aclu.org<br><br>Attorneys for Ms. L Petitioners-Plaintiffs<br><br>*Admitted Pro Hac Vice | BRETT A. SHUMATE<br>Assistant Attorney General<br>GLENN M. GIRDHARRY<br>Acting Deputy Director<br>WILLIAM C. SILVIS<br>Assistant Director<br>CHRISTINA PARASCANDOLA<br>Senior Litigation Counsel<br>/s/ *Daniel Schutrum-Boward*<br>DANIEL SCHUTRUM-BOWARD<br>Trial Attorney<br>Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 919-1670<br>Daniel.R.Schutrum-Boward@usdoj.gov<br><br>Attorneys for Defendants |