# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>      Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>      Respondents-Defendants. | Case No.:  18cv0428 DMS (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE** |

At the parties' request, the January 13 hearing on the parties' motions is continued to **January 29, 2026**, at **1:30 p.m.**

A dial in number for counsel wishing to present argument will be circulated via email.  The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

  a. Dial the toll free number: **571-353-2301**;

  b. Enter the Access Code: **151416184** (Participants will be put on hold until the Court activates the conference call);

Members of the general public may attend in person.  All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

  **IT IS SO ORDERED**.

Dated:  January 12, 2026

Hon. Dana M. Sabraw
United States District Judge

1

18cv0428 DMS (AHG)