Case 3:18-cv-00428-DMS-AHG    Document 930    Filed 01/20/26    PageID.12661    Page 1 of 2

**UNITED STATES DISTRICT COURT**

SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS





FILED

JAN 2 0 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Carol T. McClarnon

**RETURN TO SENDER
NO LONGER HERE**



RECEIVED

JAN 2 0 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al., | Case No.: 18cv0428 DMS (AHG) |
| Petitioners-Plaintiffs, | |
| v. | **ORDER CONTINUING HEARING DATE** |
| U.S Immigration and Customs Enforcement ("ICE"); et al., | |
| Respondents-Defendants. | |

At the parties' request, the December 16, 2025 hearing on the parties' motions is continued to **January 13, 2026**, at **10:00 a.m.**

A dial in number for counsel wishing to present argument will be circulated via email. The dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

    a.    Dial the toll free number: **571-353-2301**;

    b.    Enter the Access Code: **151416184** (Participants will be put on hold until the Court activates the conference call);

Members of the general public may attend in person. All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

**IT IS SO ORDERED**.

Dated: December 12, 2025

Hon. Dana M. Sabraw
United States District Judge

1

18cv0428 DMS (AHG)