Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA  94104
T:  (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for* Ms. L. *Plaintiffs*
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al.,<br><br>            *Petitioners-Plaintiffs,*<br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.<br><br>            *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-AHG<br><br>Date Filed: January 29, 2026<br><br>**SECOND SUPPLEMENTAL DECLARATION OF S.M.B.C.**<br><br>CLASS ACTION |

Pursuant to 28 U.S.C. § 1746, I, SMBC, declare that the following is true and correct. I make this declaration based on my personal knowledge, except where I have indicated otherwise.

1.      I make this additional declaration to provide information about death threats I have received in Honduras following my removal from U.S.

2.      Since my children and I were removed from the U.S., we have lived in fear for our lives, instability, and desperation. Being a Garifuna single mother of three, living in hiding, in a community that is not my own, presents many challenges.

3.      In December 2025, unable to find work, I started selling pupusas in front of the house we lived in. During the first couple of weeks, I sold a lot of pupusas and felt relieved to be able to provide for myself and my children.

4.      In less than one month, on January 07, 2026, two men I did not recognize approached me while I was selling pupusas. The men were armed with guns. The men greeted me, and one man asked me what it was that I sold. He said he had already heard about how good they are and that he knew they were selling a lot. The man then told me that he wanted me to pay a tax of 1,500 lempiras. While both men pointed their guns at me, I understood they were going to kill me and my family if I did not follow their orders.

2

18cv00428

5.    I immediately stopped selling pupusas. I did not report the death threats and two men to the police because the police previously ignored me when I asked for their help after robbers broke into the house where we were staying following our removal from the U.S., and when my stepfather abused my family and burned down our house. However, witnesses tell me they submitted a statement to police about the two men.

6.    My children and I are new in this area. I do not know how the local police and criminal organizations operate here. My new neighbors told me they would keep an eye out for the men to warn me if they returned. Despite their support, I did not feel safe there and decided to leave the area.

7.    Since our removal from the U.S. over six months ago, my children have not received formal education. Despite my efforts, public schools have denied them admission because of gaps in their language abilities. Private schools have denied all of my children admission because I simply cannot afford to send them there without any employment. Without access to school, I am scared my children's education will be impacted forever because of our removal from the U.S.

*    *    *    *    *    *    *    *    *

The statement has been translated back to me in Spanish, and I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

3

18cv00428

Executed this 27th day of January, 2026, in La Ceiba, Honduras.

Date: January 27, 2026 /s/ *S.M.B.C.*

S.M.B.C.

18cv00428

## CERTIFICATE OF TRANSLATION

My name is Anilú Chadwick, and I hereby swear under penalty of perjury under the laws of the United States of America that I am fluent in English and Spanish. I certify that I have read this statement to S.M.B.C. in the Spanish language, in which she is fluent, and that she stated that she agreed with and understood perfectly its contents in their entirety.

Executed this 27th day of January, 2026, in Brooklyn, New York.

Date: January 27, 2026                    /s/ *Anilú Chadwick*
                                          Anilú Chadwick

18cv00428