Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA  94104
T:  (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for* Ms. L. *Plaintiffs*
*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Ms. L., et al.,<br><br>    *Petitioners-Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.<br><br>    *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-AHG<br><br>Date Filed: January 27, 2026<br><br>Hearing Date:  January 29, 2026<br><br>**DECLARATION OF G.R.S.Y.** |

I, G.R.S.Y., pursuant to 28 U.S.C. § 1746, declare that the following is true and correct:

1. I was born in Guatemala and in 2005, when I was two years old, I came to the United States. I have lived here ever since. I was living with my parents and two sisters, and working in pool construction until December 11, 2025, when the government sent me back to Guatemala. During my time in the United States, I have I have never been arrested or accused of a crime.

2. The U.S. government separated my mother and younger sister at the U.S. border in 2018 and sent my mother to Guatemala. In March of 2022, my mother returned to the United States with parole. A year later, my father, sisters and I were granted parole because we were members of my mom and sister's family. My parole does not expire until June 2026.

3. On Tuesday, December 2, 2025, I was at a gas station talking to a friend when two white vans drove up and men in black military-style uniforms with guns got out of the car. These officers ran up to us and told us they were looking for a man named Ruiz. They then asked whether I was a U.S. citizen or green card holder. I told them I was neither, but that I was here legally on parole and had employment authorization. They asked for my identification, but I did not have it with me.

4. The officers then handcuffed me, told me I was being detained, and brought me in their van to an office, where officers wearing military-style uniforms took off our handcuffs, took our belongings, swabbed our mouths for DNA, and took our fingerprints. I told the officer who took my fingerprints again that I have parole, but he did not respond. The officers then brought me to a small room with four other men. I believe the door locked behind us, because there was no handle on our side of the door.

5. Later that day, two men in plain, blue uniforms took us out of the room one at a time, put metal cuffs around our ankles and wrists, and then chained the

2

18cv00428

wrist cuffs to the ankle cuffs. They loaded us into a van and drove us to a location with a series of tents, surrounded by a fence with barbed wire on the top. I later learned that this was Alligator Alcatraz from the men detained inside, and from a badge on an officer's jacket.

6. When we arrived, officers told us to line up in one line if we wanted to take voluntary departure, and line up in a separate line if we wanted to fight our cases. I decided to fight my case since I had parole, and I walked over to that line of people the officer had pointed to for those that wanted to fight. They then brought us to a tent to get processed and changed into orange uniforms. During this time, officers called me by an incorrect name. He used my correct first name but used a middle name I did not recognize. I have two last names, but they only used the second of these two names. I told the officer my correct name, and he told me that he could make a note of that but could not change it in the computer system.

7. After processing, officers took us to a cell inside of another tent. The cell was a steel cage with bunk beds and about 30 other people inside. I stayed in that cell for seven days. After the first officer divided us into lines, no official ever asked me whether I wanted to sign for voluntary departure or go back to Guatemala. At one point while I was in this cell, I was talking to my cellmates about which of them had decided to take voluntary departure, and I realized that I was the only person in the conversation who had not signed a voluntary departure order. I became nervous that I was in the wrong place. I asked an officer whether I was supposed to be there and told him I wanted to fight my case. The officer told me that he did not know, he just knew that my name was on the list he had.

8. After a week at Alligator Alcatraz, officers put me and others from the cell back into handcuffs, anklecuffs, and chains, and brought us onto a cargo plane to Louisiana. When we arrived in Louisiana, officers boarded us onto a bus and took

18cv00428

us to a prison. They kept us in cuffs and chains during the entire trip from Alligator Alcatraz to the Louisiana prison.

9.    At the prison, officers took me and about eight other men to an empty cell. All but one told me that they had taken voluntary departure, and the one that did not had a removal order. One of the officers told us we were scheduled to leave at around midnight, although no one actually told us where we were going. I assumed we were going to Guatemala, and I could not sleep at all that night.

10.    After midnight, they took us out of the cell and put us back in cuffs and chains. They loaded us onto a bus to an airport and brought us onto a regular commercial plane and told us each where to sit. The flight took off at around 5:30 AM on December 11 and flew us to Guatemala. There were around eight officers on the flight and they kept us in cuffs and chains until about 30 minutes before we landed.

11.    During my time in detention, I never told any officer that I wanted to return to Guatemala, and I never signed any form for voluntary departure at any point. The only form I can remember signing was when I was at Alligator Alcatraz, when I signed a paper during processing that stated all of my belongings were there.

12.    I have not been back to Guatemala since I left the country at two years old, and I know nothing about the country. Since I have been here, my family has told me not to go out at night for my safety. I have to keep a low profile because I am worried people will try to hold me for ransom because people will think I have money since I'm from the United States. My parents, sisters, work, friends, and colleagues are all back in the United States, and I want to return back to my life there.

*    *    *    *    *    *    *    *    *

13.    I declare under penalty of perjury that the foregoing is true and correct.

4

18cv00428

Date: January 27, 2026                              _/s/ G.R.S.Y.___

Executed in: Acatenango, Guatemala              G.R.S.Y.

18cv00428