```
--------------------------------------------------------------------x
```

M.R.L.,                                    :              AFFIRMATION OF M.R.L.

A *Ms. L* Class Member                                   :

```
--------------------------------------------------------------x
```

STATE OF TEXAS    )
COUNTY OF HARRIS )  ss.:

M.R.L. under penalty of perjury, hereby affirms:

1. I am a 19-year-old member of the Ms. L class, because I was separated from my father at the border when I was 12 years old. Since shortly after I was separated from my father, I have been represented by Kids in Need of Defense (KIND), on my path toward lawful permanent status in the United States.

2. Since arriving in the United States, I have always followed the law. My attorney assured me that we have done everything possible to follow the law and allow the legal process to unfold, and that has always been my goal. Despite this, I was recently detained by Immigration and Customs Enforcement (ICE) for over two months, for reasons I still do not understand. The detention affected me greatly. It opened old wounds from my past and has made me scared to leave my own home. Because ICE also terminated my deferred action and took my identity documents, it has also made it hard for me to get parole through the Ms. L process as my attorney recommends. I feel more vulnerable now than ever.

Background

3. I came to the U.S. when I was 12 because my father was coming here, and he is the only parent I have. My mother died when I was three years old. In many ways, hers is the first loss I experienced, and the one that comes back to me whenever I feel scared, confused, and alone. I don't understand fully how my mother died, but it was not from natural causes. One of my earliest memories from childhood is seeing her face lying there in a box. In that moment, I felt alone in the world. So my dad was very important to me, and I wanted to be wherever he was. I was afraid to lose him too.

4. That fear came true when I was separated from my father when I was 12. That was a very scary experience, with so much confusion. They didn't tell me they were taking him. They took him away from me when I was sleeping. I woke up and there were only children left in the cell. No one explained to us what had happened. They just told me my dad was gone. I was alone in a foreign place. I had no idea what would happen to me next, or why this was

happening to me now. I was so young; I cried and cried. I remember the fear, of course, but also the feeling that it didn't make sense. I couldn't understand why.

5. I saw him only one more time, days after they first took him away. He was on the other side of the cell divider, but we could talk. He told me to take care. We both hoped we would be reunited soon.

6. I was detained in that place for what felt like a long time, but I don't remember for sure. Then one day they told me I was leaving and they were taking me away. I asked them, "And my dad?" They said, "He will come later, he's coming." When we got to an airport I asked about him again and they told me he wasn't coming with me. I got very upset and didn't want to get on the plane. They had to walk me onto the plane practically carrying me because I didn't want to go. I was crying again, and afraid. And again, I was so confused. I didn't understand why or how this could be happening, or who would take care of me now.

7. In the months and years that came after, I had a lot of trouble sleeping. In the nights I started to see my mother's face again, in the box, after she had died. That image started to come to me at night and made it hard to sleep. It was like being taken away from my dad brought me back to that first feeling of being alone, and I couldn't escape. There is an emptiness that one carries inside that isn't easy to fill. There have been times I've thought of suicide. I felt very alone.

8. Slowly, I began to move forward. I tried to listen to the adults in my life who told me to look forward, who encouraged me to build a life here for myself. It's not easy to stop the thoughts of the past when they come, but I have tried to be in the present, tried to work for my future, tried to build a life where I could be safe, and maybe one day have my own family.

9. I moved to Texas to live with my uncle and my aunt. I worked hard, and helped support the family. I am proud of what I am able to do by working. I attended English classes, and played soccer with my friends. I began to have a normal life. I talked to my attorney about the progress of my case, and felt relief that the immigration court proceedings had been ended, and that I had a valid work permit and permission to be here while my permanent status was pending.

10. One morning in October last year changed that. I had work lined up for that morning, and I remember that I was rushed, because I accidentally slept late; that was unusual because I'm always the early one. I have a job cutting trees. I was riding as a passenger in the truck that pulls a trailer with our work equipment. We were on the road to a job when there was some trouble with a tire. We got back on the highway, there was a patrol car and I think the trailer we were in was overloaded. Before I knew it, we were pulled over, and the officer asked to see everyone's ID. He said he was just going to write the driver a ticket and would

let us go, but he used that time to call other agents. I didn't know who those other agents were because when they arrived, they didn't identify themselves or have uniforms.

11. I was afraid, of course, because I have never had any contact with the police before and it's scary. But felt like it would be OK, because I had my work permit on me for ID, and I knew everything was in a good place with my legal case. I knew I was allowed to be in the U.S., and I knew I hadn't done anything wrong. It's not like we were going to try to run away or anything, we were all cooperating and wanted to do as we were told. I showed them my ID and told them about my status as a special immigrant juvenile. They argued with each other about whether they were going to take me, and that's when I started getting scared. I called my lawyer, Molly, and asked them to speak to her so she could explain my status to them. They said they didn't have any reason to talk to lawyers and they weren't interested. They took my phone.

12. The next thing I knew I was in handcuffs. That was a terrible feeling. One minute I was on my way to work and the next I was by the side of the road in handcuffs like a criminal. I asked them why they were taking me if I had all my documents in order. They said that didn't matter. They never accused me of any crime when I was arrested. I kept thinking, how could they do this to me? That old feeling of confusion returned with the fear: why was this happening if I hadn't done anything wrong?

13. They took my employment authorization document that first day. They took my Texas state ID. The first place they held me, one of the officials told me, "You can relax, you have documents, you'll be out in two days." Then three days passed. I asked what was happening with my immigration case and they said you're not going anywhere; there's a process, you're not special, you have to wait.

14. When they transferred me, they put me in chains. I was handcuffed, and there was a chain around my waist, and chains at my ankles. They treat you like you've killed someone, without even telling you what you've done wrong. When I was detained I kept thinking, I've already lived this once. I don't want to live this twice, I won't survive.

15. Being detained isn't pretty. The food is awful, I had trouble eating. When I first got there they told me I had to work. I had to sign a paper saying I wanted to work, but it didn't feel like a choice. They told me that if I didn't sign I would get 15 days in solitary, and I was scared of going to a place where I would be totally on my own.

16. Detention felt very dark, just four walls closing me in. You never go outside. You mark the days by the clock because you don't see the sunlight or the sky. They constantly make you do the count, so you never get to sleep. Even without that I couldn't have slept more than an hour or so at a time. My old troubles with sleep came right back. Again, I started to see my mother's face in the box right before I fell asleep. My mind constantly returned to the last time I had been locked up, when my father was taken away from me, that feeling again

of being all alone in the world, of not knowing what was going to happen or why this was happening to me. I felt like I was living it again, but this time I couldn't escape.

17. My lawyers were finally able to get me out. But it's strange. Coming back home has been hard, because I kept thinking I was still locked up, especially when I was asleep. No one ever told me why this happened. I need an explanation, but I don't think one will ever come.

18. Life hasn't returned to normal for me. I want to get back to work so I can help the family, but they took away my work permit and didn't give it back. I'm afraid to leave the house. Without identification, I have no right to be here. If they took me away and detained me when I had that permission, it feels like even leaving the house to run an errand or see a friend is too much risk to take. My lawyer is trying to help me with parole, but I can't get my fingerprints taken without my ID.

19. The bad feelings are still here, the images I see at night, the feeling of being alone. I know it would help me to go out and do things that make me happy, like play soccer or see friends, and going to work would give me purpose and give me something to do. But I can't risk leaving the house, not with the reality of what I know can happen so fresh in my mind.

20. I'm still young. I'm only 19, but already it feels like so many hard things have happened to me. I know I have no choice but to try to accept it and move forward, to say OK, that's the way it is, keep going. But when they detained me again, they pulled me right back to the helpless feeling of before. I'm still trying to find my way back. I'm still trying to find the way I can rebuild my life yet again.

Dated:    January 26, 2026

_____
M.R.L.