| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br>GLENN M. GIRDHARRY<br>Acting Deputy Director<br>WILLIAM C. SILVIS<br>Assistant Director<br>CHRISTINA PARASCANDOLA<br>Senior Litigation Counsel<br>DANIEL SCHUTRUM-BOWARD<br>Trial Attorney<br><br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 919-1670<br>Daniel.R.Schutrum-Boward@usdoj.gov<br><br>Attorneys for Defendants | Lee Gelernt*<br>Daniel A. Galindo (SBN 292854)<br>Anand Balakrishnan*<br>Judy Rabinovitz*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad St., 18th Floor New York, NY 10004<br>T: (212) 549-2660<br>*lgelernt@aclu.org*<br>*dgalindo@aclu.org*<br>*jrabinovitz@aclu.org*<br>*abalakrishnan@aclu.org*<br><br>Stephen B. Kang (SBN 292280)<br>Spencer E. Amdur (SBN 320069)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>425 California Street, 7th Floor San Francisco, CA 94104<br>T: (415) 343-0783<br>*skang@aclu.org*<br>*samdur@aclu.org*<br><br>Attorneys for Ms. L. Plaintiffs<br><br>*Admitted Pro Hac Vice |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement (ICE), et al.<br><br>   *Defendants*. | Case No. 3:18-cv-00428-DMS-MDD<br><br>Date Filed: January 28, 2026<br><br>**STIPULATION TO SEAL PREVIOUSLY FILED DOCUMENT (ECF NO. 931-1)**<br><br>Hon. Dana M. Sabraw<br>Courtroom: 13A |

The parties hereby stipulate and ask the Court to seal the Fourth Supplemental Declaration of Daniel A. Galindo filed as an attachment to Plaintiffs' Notice Regarding Pending Motions and Supplemental Request for Relief (ECF No. 931-1). The filed version inadvertently included personally identifiable information that should not remain on the public record. Counsel for Plaintiffs spoke with Counsel for Defendants by email on January 28, 2026, and Counsel for Defendants confirmed that they agree that this Declaration should be sealed. Plaintiffs will refile a corrected version of the Fourth Supplemental Declaration of Daniel A. Galindo.

Dated: January 28, 2026.                    Respectfully submitted,

/s/ *Lee Gelernt*_____              BRETT A. SHUMATE
                                          Assistant Attorney General
Lee Gelernt*                              GLENN M. GIRDHARRY
Daniel A. Galindo (SBN 292854)            Acting Deputy Director
Anand Balakrishnan*                       WILLIAM C. SILVIS
Judy Rabinovitz*                          Assistant Director
AMERICAN CIVIL LIBERTIES                  CHRISTINA PARASCANDOLA
UNION FOUNDATION                          Senior Litigation Counsel
125 Broad St., 18th Floor
New York, NY 10004                        */s/ Daniel Schutrum-Boward*
T: (212) 549-2660                         DANIEL SCHUTRUM-BOWARD
*lgelernt@aclu.org*                       Trial Attorney
*dgalindo@aclu.org*                       Department of Justice, Civil Division
*abalakrishnan@aclu.org*                  Office of Immigration Litigation
*jrabinovitz@aclu.org*                    P.O. Box 878, Ben Franklin Station
                                          Washington, DC 20044
Stephen B. Kang (SBN 292280)              (202) 919-1670
Spencer E. Amdur (SBN 320069)             Daniel.R.Schutrum-Boward@usdoj.gov
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION                          Attorneys for Defendants
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

Attorneys for Ms. L Petitioners-Plaintiffs

*Admitted Pro Hac Vice