# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>      Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>      Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG)<br><br>**ORDER SEALING ECF NO. 931-1** |

Upon consideration of the parties' Joint Stipulation to Seal a Previously Filed Document (ECF No. 931-1), the Court finds that the Fourth Supplemental Declaration of Daniel A. Galindo (ECF No. 931-1) should be sealed, and Plaintiffs should refile a corrected version of the Declaration.

**IT IS SO ORDERED**.

Dated: January 29, 2026

_____
Hon. Dana M. Sabraw
United States District Judge