Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA  94104
T: (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for* Ms. L. *Plaintiffs*
*Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>                 *Petitioners-Plaintiffs*,<br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.<br><br>                 *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-AHG<br><br>Date Filed: January 30th, 2026<br><br>Hearing Date: January 29, 2026<br><br>**FOURTH SUPPLEMENTAL DECLARATION OF DANIEL A. GALINDO** |

I, Daniel A. Galindo, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct:

1.     I am a senior staff attorney at the American Civil Liberties Union Foundation ("ACLU") Immigrants' Rights Project and am class counsel in this case.

2.     I am aware of eighteen (18) class members and QAFMs that ICE has detained since October 23, when Plaintiffs filed their Motion for Information, ECF No. 910.

3.     For ten of these eighteen recently detained individuals, Defendants did not notify class counsel of the detention.

4.     Six of these recently detained class members and QAFMs have been released after varying periods of detention. Plaintiffs have concurrently filed a declaration of one of these class members who was released after two months of detention. *See* Decl. M.R.L. (Jan. 26, 2025). Class counsel has consented to Defendants removing one of these recently detained class members and QAFMs, doing so at that individual's request.

**Defendants have removed two more individuals without class counsel's consent.**

5.     Since Plaintiffs filed their Motion to Return class members and QAFMS, I have learned that Defendants have removed two more people (one class member and one QAFM) without class counsel's consent.

6.     G.R.S.Y., a QAFM with valid parole, was removed to Guatemala on December 11. *See* Decl. of G.R.S.Y. (Jan. 27, 2026). Class counsel raised G.R.S.Y.'s removal with counsel for Defendants on January 5, and Defendants notified Plaintiffs on January 20 that "a review of ICE's systems shows that ICE was not aware at the time" of G.R.S.Y.'s QAFM status and that ICE "is determining next steps."

7.     Defendants removed F.S.G.A., a class member, on December 19. *See* Defs.' Not. of Inadvertent Removal, ECF No. 925.

8. F.S.G.A. is on the so-called "Gold List" or "legacy list" of people confirmed by Defendants to be class members prior to approval of the Settlement. *See* Settlement § II.A., Current Ms. L. Class Members, ECF No. 721-1 at 3. F.S.G.A. also appears on records furnished by the government as having registered through together.gov during the period when the Settlement was being negotiated, in 2022. Records furnished by the government also show that he was confirmed as a class member on December 11, 2023. *See* Settlement § I.N., at 3 ("If an individual was determined to be a Ms. L. Settlement Class member prior to the Effective Date of this Settlement Agreement, then their 'Settlement Class Member Confirmation Date' will be the Effective Date.").

9. On December 18, 2025, at 1:29 PM Eastern Standard Time, class counsel emailed counsel for Defendants that we had learned that a class member, F.S.G.A., was in ICE custody. We asked for the basis of his detention and noted that under the Court's August 26, 2025 Order, F.S.G.A. should not be removed. On December 23, 2025, class counsel re-raised F.S.G.A.'s case with Defendants, asking for confirmation that DHS was made aware that F.S.G.A. was not to be removed. Counsel for Defendants responded stating that class counsel's December 18 email was "promptly relayed" to Defendants. On December 26, Defendants notified class counsel that ICE removed F.S.G.A. on December 19. A true and accurate copy of this chain of emails is attached to this declaration as Exhibit A.

**Family Instructed to Self-Deport**

10. Plaintiffs previously informed the Court about a family that Defendants instructed to self-deport. *See* ECF No. 910 at 2 (Y.M.M.C. and her family). Defendants notified Plaintiffs on January 7 that DHS has issued an "original directive was for the

family to self-deport by October 17, 2025" but that "notes in its system confirm that there are no orders for any of the family members to self-deport."

**Parole and Employment Authorization Extensions**

11. Class counsel has repeatedly asked Defendants about how they are implementing the Court's August 25, 2025 Order, which extended class member and QAFMs' parole and employment authorization ("EAD") for six months, ECF No. 869. Plaintiffs notified Defendants that class members and QAFMs had lost their jobs because they had not received any extension of their EAD or parole and provided an example of two such class members. On January 12, 2026, Defendants notified Plaintiffs that DHS extended the parole and EAD validity dates for these individuals, and attached notices DHS sent to these individuals, dated December 2025.

12. On January 15, 2026, in response to these inquiries, Defendants informed class counsel that DHS has finished updating the parole expiration dates in its systems for the 1,169 individuals DHS determined were covered by the August 25, 2025 Order extending parole and employment authorization. Defendants also reported that DHS also finished updating employment authorization dates for such individuals who were previously issued parole-based employment authorization under 8 C.F.R. § 274a.12(c)(11), and finished mailing notices of extensions to each impacted person.

\* \* \* \* \* \* \* \* \*

13. I declare under penalty of perjury that the foregoing is true and correct.


Date: January 27, 2026

Executed in: Wurtsboro, NY

　　　　　　　　　　　　　 /s/  Daniel A. Galindo

　　　　　　　　　　　　　Daniel A. Galindo

# Exhibit A

 Outlook

---

## RE: *Timely* – Detained class member

**From** Schutrum Boward, Daniel R. (CIV) <Daniel.R.Schutrum Boward@usdoj.gov>

**Date** Fri 12/26/2025 10:15 AM

**To** Daniel Galindo <dgalindo@aclu.org>; Natalie Behr <IRP NBehr@aclu.org>; Anand Balakrishnan <abalakrishnan@aclu.org>; Lee Gelernt <LGELERNT@aclu.org>

**Cc** Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Delasalas, Dean (CIV) <Dean.Delasalas@usdoj.gov>; Yori, Camila (CIV) <Camila.Yori2@usdoj.gov>

---

**This Message Is From an External Sender**
This message came from outside your organization.

Counsel,

DHS informs us that, on December 18, 2025, ICE removed F████ S████ G██████ A████ ██████████ to Guatemala and released him in Guatemala on December 19, 2025. DHS alerted us to this removal late Tuesday evening, and we've been trying to get further information and verification to provide to you regarding the removal.

We are notifying you now of this removal and will provide further details as we receive them.

After we've received further information, we intend to inform the Court of this removal as well.

Respectfully,
Daniel

**Daniel Schutrum-Boward**
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Phone: 202-919-1670
Email: Daniel.R.Schutrum-Boward@usdoj.gov

*This communication, including any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.*

---

**From:** Daniel Galindo <dgalindo@aclu.org>
**Sent:** Tuesday, December 23, 2025 8:31 PM
**To:** Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>; Natalie Behr <IRP_NBehr@aclu.org>; Anand Balakrishnan <abalakrishnan@aclu.org>; Lee Gelernt <LGELERNT@aclu.org>
**Cc:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Parascandola, Christina (CIV)

<Christina.Parascandola@usdoj.gov>; Delasalas, Dean (CIV) <Dean.Delasalas@usdoj.gov>; Yori, Camila (CIV) <Camila.Yori2@usdoj.gov>
**Subject:** [EXTERNAL] Re: *Timely* - Detained class member

Received, thanks

Get Outlook for iOS

_____

**From:** Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Sent:** Tuesday, December 23, 2025 8:15:46 PM
**To:** Daniel Galindo <dgalindo@aclu.org>; Natalie Behr <IRP_NBehr@aclu.org>; Anand Balakrishnan <abalakrishnan@aclu.org>; Lee Gelernt <LGELERNT@aclu.org>
**Cc:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Delasalas, Dean (CIV) <Dean.Delasalas@usdoj.gov>; Yori, Camila (CIV) <Camila.Yori2@usdoj.gov>
**Subject:** RE: *Timely* - Detained class member

_____

Hi Dan,

Confirming receipt of this follow-up. We are actively running down more information and will respond as soon as possible.

I also note that your message from December 18 was promptly relayed.

Respectfully,
Daniel

**Daniel Schutrum-Boward**
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Phone: 202-919-1670
Email: Daniel.R.Schutrum-Boward@usdoj.gov

*This communication, including any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.*

_____

**From:** Daniel Galindo <dgalindo@aclu.org>
**Sent:** Tuesday, December 23, 2025 7:52 PM
**To:** Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>; Natalie Behr <IRP_NBehr@aclu.org>; Anand Balakrishnan <abalakrishnan@aclu.org>; Lee Gelernt <LGELERNT@aclu.org>
**Cc:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Delasalas, Dean (CIV) <Dean.Delasalas@usdoj.gov>; Yori, Camila (CIV) <Camila.Yori2@usdoj.gov>
**Subject:** [EXTERNAL] Re: *Timely* - Detained class member

Writing to ask for an update—particularly asking here for confirmation of where the class member is located , and confirmation that DHS was made aware that he is not to be removed.

Get Outlook for iOS

---

**From:** Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>
**Sent:** Thursday, December 18, 2025 2:07:44 PM
**To:** Natalie Behr <IRP_NBehr@aclu.org>; Anand Balakrishnan <abalakrishnan@aclu.org>; Daniel Galindo <dgalindo@aclu.org>; Lee Gelernt <LGELERNT@aclu.org>
**Cc:** Silvis, William (CIV) <William.Silvis@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Delasalas, Dean (CIV) <Dean.Delasalas@usdoj.gov>; Yori, Camila (CIV) <Camila.Yori2@usdoj.gov>
**Subject:** RE: *Timely* - Detained class member

Hi Natalie,

Thank you for bringing this to our attention. We will forward the below with DHS and will get back to you with what we learn.

Respectfully,
Daniel

**Daniel Schutrum-Boward**
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Phone: 202-919-1670
Email: Daniel.R.Schutrum-Boward@usdoj.gov

*This communication, including any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.*

---

**From:** Natalie Behr <IRP_NBehr@aclu.org>
**Sent:** Thursday, December 18, 2025 1:29 PM
**To:** Schutrum-Boward, Daniel R. (CIV) <Daniel.R.Schutrum-Boward@usdoj.gov>; Silvis, William (CIV) <William.Silvis@usdoj.gov>; Parascandola, Christina (CIV) <Christina.Parascandola@usdoj.gov>; Delasalas, Dean (CIV) <Dean.Delasalas@usdoj.gov>
**Cc:** Anand Balakrishnan <abalakrishnan@aclu.org>; Daniel Galindo <dgalindo@aclu.org>; Lee Gelernt <LGELERNT@aclu.org>
**Subject:** [EXTERNAL] *Timely* - Detained class member

Counsel:

We have learned that a class member (F███████ S████ G██████ A████ ████████████
████████████ is in ICE custody. We ask that you tell us why we were not notified of this class

member's detention within 24 hours. Further, we note that, under the 8/26/25 order, this class member should not be removed.

Natalie

Natalie Behr
Temporary Staff Attorney
Immigrants' Rights Project
American Civil Liberties Union
Email: IRP_NBehr@aclu.org