Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA  94104
T:  (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for* Ms. L. *Plaintiffs*
*Admitted Pro Hac Vice*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al., <br><br> *Petitioners-Plaintiffs*, <br><br> v. <br><br> U.S. Immigration and Customs Enforcement ("ICE"), et al. <br><br> *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-AHG <br><br> Date Filed: April 1, 2026 <br><br> **DECLARATION OF DANIEL A. GALINDO** <br><br> CLASS ACTION |

I, Daniel A. Galindo, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct:

1. I am a senior staff attorney at the American Civil Liberties Union Foundation ("ACLU") Immigrants' Rights Project and am class counsel in this case.

2. When class counsel has been notified of class or family members' detention, class counsel has consistently asked Defendants to provide the basis for that individual's detention. On February 9, 2026, after the Court issued its February 5 Order requiring Defendants to provide the basis for class members' detention, class counsel re-requested the basis for the detention of twelve class members and qualifying additional family members (QAFMs) that were still in U.S. Immigrations and Customs Enforcement (ICE) detention. On February 17, Defendants provided the responses as to the bases for each of these individuals' detention, including six of the individuals identified below (O.E.M., R.B.H., E.B.C., Y.M.M, A.R.M., and F.A.M.[1]).

3. On February 24, class counsel responded requesting the release of some of these detained individuals (including O.E.M., R.B.H., E.B.C., and Y.M.M.) because the government's basis for their detention was insufficient. Defendants requested the basis for Plaintiffs' request, and Plaintiffs provided their position on February 27.

4. On March 23, Defendants notified Plaintiffs that another class member, N.P.L., was taken into ICE custody. Plaintiffs requested the basis for his detention on March 23, and on 26 raised their request again and said that if Plaintiffs did not receive a basis for his detention by March 31, Plaintiffs would seek relief from the Court.

5. On March 26, class counsel requested the release of two additional class members (A.R.M. and F.A.M.), because the government's basis for their detention was insufficient. Defendants requested the basis for Plaintiffs' request, and Plaintiffs provided their position on March 30.

6. The following information about the remaining seven detained class members, unless stated otherwise, was provided to class counsel by Defendants through the course of this litigation through class lists, reporting from Together.gov, the site for

---

[1] Plaintiffs use acronyms to identify each class member and QAFM. The class members and QAFMs' identities are known to all parties.

18cv00428

registering for *Ms. L.* class membership and Settlement benefits, and emails from Defendants.

**O.E.M.**

7.    O.E.M. is a class member who was separated from his daughter on October 8, 2017, which she was five years old. O.E.M. has a removal order from 2010, before he was separated from his daughter.

8.    O.E.M. was taken into custody by ICE on October 27, 2025. On October 28, class counsel first raised O.E.M.'s detention with Defendants requesting the basis for his detention. On February 17, Defendants provided the following basis for O.E.M.'s detention: "Subject was taken into ICE custody following a traffic stop by Florida Highway Patrol. Subject has a prior removal order."

**R.B.H.**

9.    R.B.H. is a class member who was separated from her daughter on June 5, 2018, when her daughter was 15 years old.

10.    On January 13, 2026, class counsel first raised R.B.H.'s detention with Defendants and requested the basis for her detention. On January 14, Defendants acknowledged that R.B.H. had been in ICE custody since January 5, 2026. On February 17, Defendants provided the following basis for R.B.H.'s detention: "Subject was taken into custody on 1/05/2026 by ERO after Cart Kiosk check in proceedings were terminated. Subject was served with an NTA."

**E.B.C.**

11.    E.B.C. is a class member who was separated from his son on May 14, 2018, when his son was 14 years old.

12.    E.B.C. has been detained since January 31, 2026. On February 17, Defendants provided the following basis for his detention: "Subject was taken into ICE custody by Philadelphia ERO. Subject has a prior removal order."

**Y.M.M.**

3

18cv00428

13. Y.M.M. is a QAFM. On May 6, 2018, his father was separated from his younger brother, who was seven years old. Y.M.M. received parole through the *Ms. L.* process on June 2, 2025, and his parole term does not expire until June 2028.

14. On November 17, 2025, after learning from advocates that Y.M.M. has been detained since October 23, 2025, class counsel asked Defendants for the basis for his detention. On February 17, Defendants provided the following basis for his detention: "Subject was taken into ICE custody following an encounter with Louisiana Wildlife and Fisheries. Subject was served with an NTA."

**A.R.A.**

15. A.R.A. is a QAFM. His niece is a class member that was separated from her father.

16. A.R.A. has been in ICE detention for over eight months, since July 28, 2025. The government's basis for his detention is: "Subject was taken into ICE custody following a conviction for Driving While Intoxicated / Open Alcohol Container. Subject was served with an NTA."

**F.A.M.**

17. F.A.M. is a class member parent who was separated from his son in 2018, when his son was 6 years old.

18. F.A.M. has been in ICE custody since October 2, 2025. The government's basis for his detention is: "Subject was taken into ICE custody following an arrest by local law enforcement for Driving While Impaired, No Operator's License, and Possession of an Open Container. Subject was served with an NTA."

**N.L.P.**

19. N.L.P is a class member child. He was separated from his father in August 2017 when he was 16 years old.

20. N.L.P has been in custody since March 22, 2026. Despite Plaintiffs' requests, Defendants have not provided Plaintiffs with the basis for his detention.

4

18cv00428

\*    \*    \*    \*    \*    \*    \*    \*    \*

I declare under penalty of perjury that the foregoing is true and correct.


Date: April 1, 2026

Executed in: New York, New York

/s/  Daniel A. Galindo

Daniel A. Galindo

5

18cv00428