AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of California

| | | |
|---|---|---|
| Ms. L. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:18-cv-00428-DMS-MDD |
| U.S. Immgiration and Customs Enforcement, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants                                                                                              .

Date:     04/01/2026

/s/ Camila Yori
*Attorney's signature*

Camila Yori, FL Bar No. 1035432
*Printed name and bar number*

U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
*Address*

camila.yori2@usdoj.gov
*E-mail address*

(202) 880-0385
*Telephone number*

*FAX number*