**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Ms. L.; et al.,

               Petitioners-Plaintiffs,

v.

U.S Immigration and Customs
Enforcement ("ICE"); et al.,

               Respondents-Defendants.

Case No.:  18cv0428 DMS (AHG)

**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO RELEASE CLASS MEMBERS AND QUALIFYING ADDITIONAL FAMILY MEMBERS**

The Court is in receipt of Plaintiffs' motion to release Class Members and Qualifying Additional Family Members.  After reviewing the motion, the Court orders Defendants to file a response on or before **April 9, 2026**.  If Plaintiffs wish to file a reply they shall do so on or before **April 13, 2026**.  In the briefing, the parties should address whether the individuals at issue in the motion have filed habeas petitions challenging their detention, and if so, the outcome of those proceedings.  Oral argument, if any, shall be set after the Court has reviewed the parties' briefs.

     **IT IS SO ORDERED**.

Dated:  April 2, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

1

18cv0428 DMS (AHG)