BRETT A. SHUMATE
Assistant Attorney General
Civil Division
GLENN M. GIRDHARRY
Acting Deputy Director
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DANIEL SCHUTRUM-BOWARD
CAMILA YORI
Trial Attorneys

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 880-0385
camila.yori2@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al., | Case No. 3:18-cv-00428-DMS |
| *Plaintiffs*, | |
| v. | Date Filed: April 6, 2026 |
| U.S. Immigration and Customs Enforcement (ICE), et al. | **NOTICE OF APPEAL** |
| *Defendants*. | Hon. Dana M. Sabraw<br>Courtroom: 13A |

3:18-cv-00428

Respondents/Defendants U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); Todd Lyons, Senior Official Performing the Duties of the Director of ICE; Patrick Divver, San Diego Field Office Director, ICE; Markwayne Mullin, Secretary of DHS; Pamela Bondi, Attorney General of the United States; Rodney Scott, Commissioner of CBP; Joseph B. Edlow, Director of USCIS; Sidney Aki, Director of Field Operations, San Diego Field Office, CBP; Robert F. Kennedy, Jr., Secretary of HHS; Angie Salazar, Acting Director of ORR; Hector A. Mancha Jr., Director of Field Operations, El Paso Field Office, CBP; Joel D. Garcia, El Paso Field Office Director, ICE, hereby appeal from the district court's orders of February 5, 2026, ECF No. 936 and ECF No. 937, in the above-captioned case, to the United States Court of Appeals for the Ninth Circuit.[1]

---

[1] Pursuant to Federal Rule Civil Procedure 25(d), the following Respondents/Defendants are automatically substituted for one another: Todd Lyons, Senior Official Performing the Duties of the Director of ICE, for Thomas Homan, former Acting Director of ICE; Patrick Divver, Jr., San Diego Field Office Director, ICE, for Joseph Greene, former San Diego Assistant Field Office Director, ICE; Markwayne Mullin, Secretary of DHS, for Kristi Noem, former Secretary of DHS; Pamela Bondi, U.S. Attorney General, for Jefferson Beauregard Sessions, III, former U.S. Attorney General; Rodney Scott, Commissioner of CBP, for Kevin K. McAleenan, former Acting Commissioner of CBP; Joseph B. Edlow, Director of USCIS, for L. Francis Cissna, former Director of USCIS; Sidney Aki, Director of Field Operations, San Diego Field Office, CBP, for Pete Flores, former Director of Field Operations, San Diego Field Office, CBP; Robert F. Kennedy, Jr., Secretary of HHS, for Alex Azar, former Secretary of HHS; Angie Salazar, Acting Director of the ORR, for Scott Lloyd, former Director of the ORR; and Joel D. Garcia, El Paso Field Office Director, ICE, for Adrian P. Macias, former El Paso Field Office Director, ICE.

1

3:18-cv-00428

Dated: April 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
Senior Litigation Counsel

DANIEL SCHUTRUM-BOWARD
Trial Attorney

*/s/ Camila Yori*
CAMILA YORI
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 880-0385
camila.yori2@usdoj.gov

Attorneys for Defendants

## REPRESENTATION STATEMENT

The undersigned represents Respondents/Defendants U.S. Immigration and Customs Enforcement, et al., and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Respondents/Defendants-Appellants submit this Representation Statement. The following list identifies all parties to the action and their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| RESPONDENTS/DEFENDANTS-APPELLANTS | COUNSEL OF RECORD |
|---|---|
| U.S. Immigration and Customs Enforcement ("ICE").<br><br>U.S. Department of Homeland Security ("DHS").<br><br>U.S. Customs and Border Protection ("CBP").<br><br>U.S. Citizenship and Immigration Services ("USCIS").<br><br>U.S. Department of Health and Human Services ("HHS").<br><br>Office of Refugee Resettlement ("ORR").<br><br>Todd Lyons,  Senior Official Performing the Duties of the Director of ICE, *in his official capacity*.<br><br>Patrick Divver, Jr., San Diego Field Office Director, ICE, *in his official capacity.* | **August Edward Flentje**<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Room 3613<br>Washington, DC 20530<br>202-514-3309 august.flentje@usdoj.gov<br><br>**Christina Parascandola**<br>U.S. Department of Justice<br>Office of Immigration Litigation<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>202-514-3097<br>christina.parascandola@usdoj.gov<br><br><br>**William Charles Silvis**<br>United States Department of Justice<br>PO Box 878, Ben Franklin Station<br>Washington, DC 20044<br>202-307-4693<br>Fax: 202-305-7000<br>william.silvis@usdoj.gov |

3:18-cv-00428

Markwayne Mullin, Secretary of DHS, *in his official capacity.*

Pamela Bondi, U.S. Attorney General, *in her official capacity.*

Rodney Scott, Commissioner of CBP, *in his official capacity.*

Joseph B. Edlow, Director of USCIS, *in his official capacity.*

Sidney Aki, Director of Field Operations, San Diego Field Office, CBP, *in his official capacity.*

Robert F. Kennedy, Jr., Secretary of HHS, *in his official capacity.*

Robin Dunn Marcos, Director of the ORR, *in her official capacity.*

Hector A Mancha Jr. , Director of Field Operations, El Paso Field Office, CBP, *in his official capacity.*

Joel D. Garcia, El Paso Field Office Director, ICE, *in his official capacity.*

**Daniel Schutrum-Boward**
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-919-1670
daniel.r.schutrum-boward@usdoj.gov

**Camila Yori**
United States Department of Justice P.O. Box 878 Ben Franklin Station Washington, DC 20044
202-880-0385
camila.yori2@usdoj.gov

3:18-cv-00428

| PETITIONERS/PLAINTIFFS-APPELLEES | COUNSEL OF RECORD |
|---|---|
| Ms. L., *on behalf of herself and all others similarly situated.*<br><br>Ms. C., *on behalf of herself and all others similarly situated.*<br><br>Dora, *on behalf of herself and all others similarly situated.*<br><br>Alma, *on behalf of herself and all others similarly situated.* | **Anand Venkata Balakrishnan** ACLU Immigrants' Rights Project 125 Broad Street<br>18th Floor<br>New York, NY 10004 212-549-2618<br>abalakrishnan@aclu.org<br><br>**Judy Rabinovitz**<br>ACLU Immigrants' Rights Project<br>125 Broad Street<br>18th Floor<br>New York, NY 10004<br>212-549-2618<br>JRabinovitz@aclu.org<br><br>**Lee Gelernt**<br>ACLU<br>125 Broad Street<br>New York, NY 10004<br>242-549-2660 x2616<br>Fax: 212-549-2654<br>lgelernt@aclu.org<br><br>**Stephen B. Kang**<br>ACLU - California<br>425 California Street<br>7th Floor<br>San Francisco, CA 94104<br>415-343-0783<br>Fax: 415-395-0950<br>skang@aclu.org<br><br>**Daniel Antonio Galindo**<br>ACLU<br>125 Broad Street<br>17th Floor<br>New York, NY 10004<br>646-905-8907<br>Fax: 212-549-2654 dgalindo@aclu.org |

3:18-cv-00428

**Spencer E. W. Amdur**
ACLU
425 California Street
7th Floor
San Francisco, CA 94104
415-343-0770
samdur@aclu.org

**Carol T. McClarnon**
Eversheds Sutherland US LLP
700 6th Street NW
Suite 700
Washington, DC 20001
202-383-0946
Fax: 202-637-3593
carolmcclarnon@eversheds-sutherland.com

**John H. Fleming**
Eversheds Sutherland US LLP
999 Peachtree Street NE
Suite 2300 Atlanta, GA 30309
404-853-8000
Fax: 404-853-8806
johnfleming@eversheds-sutherland.com

**Johnathan James Smith**
Muslim Advocates
P. O. Box 34440
Washington, DC 20043
202-897-2622
Fax: 202-508-1007
johnathan@muslimadvocates.org

**Simon Yehuda Sandoval-Moshenberg**
Legal Aid Justice Center
6066 Leesburg Pike
520
Falls Church, VA 22041
703-720-5605
simon@justice4all.org

**Sirine Shebaya**
National Immigration Project of the
National Lawyers Guild
1763 Columbia Road NW
Suite 175 Washington, DC 20009
202-656-4788
sirine@nipnlg.org

**Sophia Leticia Gregg**
Legal Aid Justice Center
6066 Leesburg Pike
520
Falls Church, VA 22041
703-720-5602
sophia@justice4all.org

**Wilson G. Barmeyer**
Eversheds Sutherland US LLP
700 Sixth Street NW
Suite 700
Washington, DC 20001-3980
202-383-0100
Fax: 202-637-3593
wilsonbarmeyer@eversheds-sutherland.com

**Aaron M. Olsen**
Haeggquist & Eck, LLP
225 Broadway
Suite 2050
San Diego, CA 92101
619-342-8000
Fax: 619-342-7878 aarono@haelaw.com