Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
Natalie Behr**
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T:  (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*
*IRP_NBehr@aclu.org*

Stephen B. Kang (SBN 292280)
Spencer E. Amdur (SBN 320069)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA  94104
T:  (415) 343-0783
*skang@aclu.org*
*samdur@aclu.org*

*Attorneys for* Ms. L. *Plaintiffs*
*Admitted Pro Hac Vice*
** *Pro Hac Vice Motion Pending*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>                    *Petitioners-Plaintiffs*,<br>v.<br><br>U.S. Immigration and Customs Enforcement ("ICE"), et al.<br><br>                    *Respondents-Defendants*. | Case No. 18-cv-00428-DMS-AHG<br><br>Date Filed: April 13, 2026<br><br>**DECLARATION OF NATALIE BEHR**<br><br>CLASS ACTION |

I, Natalie Behr, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct:

1.　　I am a temporary staff attorney at the American Civil Liberties Union Foundation ("ACLU") Immigrants' Rights Project and am class counsel in this case.

2.　　The following information about the remaining five detained class members, unless stated otherwise, was provided to class counsel by Defendants through the course of this litigation through reporting from Together.gov, the site for registering for *Ms. L.* class membership and Settlement benefits, and from documents issued by U.S. Citizenship and Immigration Services ("USCIS").

**R.B.H.**

3.　　R.B.H. received parole through the *Ms. L.* process on December 18, 2023, and her term of parole does not expire until December 2026.

**E.B.C.**

4.　　E.B.C. submitted a parole application through the *Ms. L.* process on March 24, 2023. That application was denied on December 6, 2024, because E.B.C. did not appear for scheduled biometrics appointments.

5.　　E.B.C. has informed me that he did not attend his biometrics appointments because he was scared that he would be detained at those appointments. He informed me that he would like to re-apply for parole.

6.　　When class counsel learned that U.S. Immigration and Customs Enforcement ("ICE") had detained E.B.C., I referred him to Catholic Charities of the Archdiocese of Newark, who is the legal service provider under Acacia Center for Justice's Legal Access Services for Reunified Families ("LASRF") program that serves the area where E.B.C. was detained at the time. Catholic Charities has informed me that they have been in contact with E.B.C.

7.　　I had a meeting scheduled with E.B.C. on April 11, 2026, to finalize a declaration from him, but I received an email that morning that the facility had cancelled

the meeting because E.B.C. was "no longer housed" at that detention facility. I looked for E.B.C. on the ICE detainee locator on April 11, April 12, and April 13, but he did not appear on the locator in any of those searches.

**Y.M.M.**

8.      Y.M.M. received parole through the *Ms. L.* process on June 2, 2025, and his parole term does not expire until June 2028.

**A.R.A.**

9.      A.R.A. submitted a parole application through the *Ms. L.* process in October 2024. On March 26, 2026, USCIS denied that application because A.R.A was convicted in April 2025 of Driving While Intoxicated and sentenced to probation, and because he was ordered removed under 8 U.S.C. § 1182(a)(6)(A)(i) for being "an alien present in the United States without being admitted or paroled."

**F.A.M.**

10.      F.A.M. was initially granted parole under *Ms. L.* in December 2021, and he currently has an application pending for renewal of his parole. On March 9, 2026, USCIS sent F.A.M. a notice of intent to deny his parole application unless F.A.M. was able to provide additional information in support of his parole request. The notice stated that his response is due by April 13, 2026. F.A.M. has been in custody and has not submitted a response.

\*     \*     \*     \*     \*     \*     \*     \*     \*

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 13, 2026

Executed in: Brooklyn, New York

 */s/  Natalie Behr*
Natalie Behr

2

18cv00428