UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS

**FILED**

APR 17 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Carol T. McClarnon

CAPITAL DISTRICT

14 APR 2026 PM 2



US POSTAGE

ZIP 94188  $ 000.74⁰
02 4W
0000343400 APR 06 2026

**RETURN TO SENDER
NO LONGER HERE**

Case 3:18-cv-00428-DMS-AHG   Document 945   Filed 04/02/26   PageID.12815   Page

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>Respondents-Defendants. | Case No.:  18cv0428 DMS (AHG)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO RELEASE CLASS MEMBERS AND QUALIFYING ADDITIONAL FAMILY MEMBERS** |

The Court is in receipt of Plaintiffs' motion to release Class Members and Qualifying Additional Family Members.  After reviewing the motion, the Court orders Defendants to file a response on or before **April 9, 2026**.  If Plaintiffs wish to file a reply they shall do so on or before **April 13, 2026**.  In the briefing, the parties should address whether the individuals at issue in the motion have filed habeas petitions challenging their detention, and if so, the outcome of those proceedings.  Oral argument, if any, shall be set after the Court has reviewed the parties' briefs.

**IT IS SO ORDERED**.

Dated:  April 2, 2026

Hon. Dana M. Sabraw
United States District Judge

18cv0428 DMS (AHG)