BRETT A. SHUMATE
Assistant Attorney General
Civil Division
GLENN M. GIRDHARRY
Acting Deputy Director
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DANIEL SCHUTRUM-BOWARD
CAMILA YORI
Trial Attorneys

    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 878, Ben Franklin Station
    Washington, DC 20044

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al.,<br><br>               *Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement (ICE), et al.<br><br>               *Defendants*. | Case No. 3:18-cv-00428-DMS-MDD<br><br>Date Filed: April 28, 2026<br><br>**UNNOPPOSED MOTION BY CHRISTINA PARASCANDOLA TO WITHDRAW AS COUNSEL FOR DEFENDANTS**<br><br>Hon. Dana M. Sabraw<br>Courtroom: 13A |

3:18-cv-00428

Pursuant to Local Civil Rule 83.3(f)(3)(a), undersigned counsel moves to withdraw from this case as one of the counsel of record for Defendants. A copy of the undersigned's supporting declaration accompanies this motion. *See* Local Civ. R. Rule 83.3(f)(3)(b).

There is good cause to grant this motion. Undersigned counsel is leaving the Civil Division of the U.S. Department of Justice for another component of the Department and will no longer be able to represent Defendants in this matter. Defendants will continue to be represented by other counsel in this matter who have already entered their appearances in this case as counsel for Defendants.   Plaintiffs do not oppose this motion.

For the foregoing reasons, the Court should grant this motion by undersigned counsel to withdraw from this case as counsel for Defendants.

Dated: April 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

*/s/ Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
DANIEL SCHUTRUM-BOWARD
CAMILA YORI
Trial Attorneys
Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov
*Attorneys for Defendants*

1

3:18-cv-00428