## DECLARATION BY CHRISTINA PARASCANDOLA

I, Christina Parascandola, hereby declare and state as follows:

1.      I am an attorney with the United States Department of Justice, Civil Division, Office of Immigration Litigation.  I am one of the attorneys representing Defendants in *Ms. L. v. U.S. Immigration and Customs Enforcement*, No. Case No. 3:18-cv-00428-DMS-MDD.  I make this declaration in support of my motion to withdraw as counsel for Defendants in the above-captioned matter.

2.      I am leaving the Civil Division of the U.S. Department of Justice for another component of the Department and will no longer be able to represent Defendants in this matter.

3.      Defendants will continue to be represented by other counsel in this matter.

4.      On April 28, 2026, I served Defendants with my motion to withdraw from this case.

5.      On April 28, 2026, I informed Plaintiffs' counsel that I will be withdrawing from this case.  Plaintiffs' counsel Daniel Galindo responded that Plaintiffs do not oppose this motion.  I will have effectuated service of the motion on Plaintiffs' counsel by using the Court's Electronic Filing System to file the motion.

 I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2026, at Washington, D.C.

Respectfully submitted,

*/s/ Christina Parascandola*
CHRISTINA PARASCANDOLA

3:18-cv-00428