BRETT A. SHUMATE
Assistant Attorney General
Civil Division
GLENN M. GIRDHARRY
Acting Deputy Director
WILLIAM C. SILVIS
Assistant Director
CAMILA YORI
DANIEL SCHUTRUM-BOWARD
Trial Attorneys

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 919-1670
Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L., et al.,<br><br>                    *Plaintiffs*,<br>v.<br><br>U.S. Immigration and Customs Enforcement (ICE), et al.<br><br><br>                    *Defendants*. | Case No. 3:18-cv-00428-DMS<br><br>Date Filed: May 2, 2026<br><br>**NOTICE OF REMOVAL OF *MS. L.* CLASS MEMBER**<br><br>Hon. Dana M. Sabraw<br>Courtroom: 13A |

Defendants hereby notify the Court of the removal from the United States of a *Ms. L.* class member.[1]

On September 19, 2025, U.S. Immigration and Customs Enforcement ("ICE")

---

[1]    Defendants have also notified Plaintiffs of a removal of a *Ms. L* class member, S.V.C, on April 23, 2026. That removal took place on May 24, 2024, well before the Court's bar on removals.

encountered and detained S.T.C., a *Ms. L.* class member. On September 27, 2025, ICE executed a reinstated final order of removal against S.T.C. and removed him to Guatemala. Upon discovering this removal of a *Ms. L.* class member after this Court barred removals, ICE informed undersigned counsel on April 23, 2026. On April 24, 2026, undersigned counsel informed class counsel of the removal. ICE has offered to facilitate S.T.C.'s return and to complete his parole papers for him. Additionally, DHS has provided class counsel with the last known address for S.T.C. in Guatemala, as well as potential contact information for S.T.C.'s family, so class counsel may contact him to discuss return.

Dated: May 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

GLENN M. GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

*/s/ Daniel Schutrum-Boward*
DANIEL SCHUTRUM-BOWARD
CAMILA YORI
Trial Attorneys
Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 919-1670
Daniel.R.Schutrum-Boward@usdoj.gov

Attorneys for Defendants

1

3:18-cv-00428