# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>Respondents-Defendants. | Case No.:  18cv0428 DMS (AHG)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' EXPEDITED MOTION TO ENFORCE ORDER TO PROVIDE DETENTION INFORMATION** |

The Court is in receipt of Plaintiffs' expedited motion to enforce Order to Provide Detention Information.  After reviewing the motion, the Court orders Defendants to file a response on or before **noon on July 16, 2026**.  If Plaintiffs wish to file a reply they shall do so on or before **noon on July 17, 2026**.  Oral argument, if any, shall be set after the Court has reviewed the parties' briefs.

**IT IS SO ORDERED**.

Dated:  July 13, 2026

Hon. Dana M. Sabraw
United States District Judge

1

18cv0428 DMS (AHG)