

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Ms. L.; et al.,

                  Petitioners-Plaintiffs,

v.

U.S Immigration and Customs
Enforcement ("ICE"); et al.,

                  Respondents-Defendants.

Case No.:  18cv0428 DMS (AHG)

**ORDER GRANTING PLAINTIFFS'
MOTION TO ENFORCE ORDER TO
PROVIDE DETENTION
INFORMATION**

This case comes before the Court on Plaintiffs' Expedited Motion to Enforce Order to Provide Detention Information.  In this motion, Plaintiffs seek information from Defendants about Ms. L. Settlement Class Members and Qualified Additional Family Members ("QAFMs") who have been detained by Immigration and Customs Enforcement ("ICE") officers.

This is the third time the Court has had to address this issue.  In the first motion, Plaintiffs moved to have Defendants (1) return to the United States Class Members and QAFMs that had been wrongfully removed and (2) provide Plaintiffs' Counsel with information about other Class Members and QAFMs that had been placed in ICE detention. Over Defendants' opposition, the Court granted that motion and ordered Defendants to provide Plaintiffs' Counsel with the requested information about the individuals in

detention.  (ECF No. 937.)  In the second motion, Plaintiffs moved to have Defendants release Class Members and QAFMs who were in ICE detention.  Again over Defendants' opposition, the Court granted Plaintiffs' motion and ordered Defendants to release the Class Members and QAFMs.  (ECF No. 959.)  In the order on that motion, the Court also addressed a motion filed by Defendants for clarification of the Court's previous order at ECF No. 937, specifically, that portion of the order requiring Defendants to provide Plaintiffs' Counsel with information about Class Members and QAFMs who had been detained by ICE.  In addressing that motion, the Court stated:

> Defendants should not be detaining class and family members except for reasons justified under the Settlement Agreement.  Where Defendants elect to detain class and family members, they must articulate those reasons to Plaintiffs' Counsel as promptly as reasonably possible so counsel can expeditiously determine whether to seek relief from the Court under the Settlement Agreement.

(ECF No. 959 at 6.)

In between Plaintiffs' filing of the second motion on April 1, 2026, and the Court's June 22, 2026 order on that motion, Defendants detained five additional individuals covered by the Settlement Agreement: Three Class Members and two QAFMs.  Defendants have not provided Plaintiffs' Counsel with any information about these detainees because, according to Defendants, the Court's order on Plaintiffs' first motion was limited to the individuals identified in that motion and the Court's order on Plaintiffs' second motion does not apply retroactively.  Plaintiffs have a different read of the Court's orders, and therefore filed the present motion.

Although the Court's two prior orders on this issue may not be explicit in their scope, the record as a whole makes clear that for the duration of the Settlement Agreement's term both Class Members and QAFMs should not be placed in ICE detention absent circumstances warranting revocation of their status as Class Members or QAFMs.  As the Court has stated in previous orders, detaining Class Members and QAFMs in ICE detention or removing them from the United States altogether impedes their ability to obtain the

2

benefits of the Settlement Agreement.  To the extent Defendants decide to detain a Class Member or QAFM, they must provide Plaintiffs' Counsel, within seven (7) days of any detention, with the basis for that detention so Counsel can make a determination about whether to seek relief from this Court.  This obligation applies to all Class Members and QAFMs, including those detained between the filing of Plaintiffs' second motion and the Court's order thereon (Plaintiffs' so-called "gap detainees"), and those detained anytime thereafter.

**IT IS SO ORDERED**.

Dated:  July 17, 2026

Hon. Dana M. Sabraw
United States District Judge

3

18cv0428 DMS (AHG)