BRETT A. SHUMATE
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Deputy Director
WILLIAM C. SILVIS
Assistant Director
DANIEL SCHUTRUM-BOWARD
Senior Litigation Counsel
CAMILA YORI
Trial Attorney

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-880-0385
camila.yori2@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ms. L., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement (ICE), et al.<br><br>*Defendants*. | Case No. 3:18-cv-00428-DMS<br><br>Date Filed: September 15, 2026<br><br>**NOTICE OF APPEAL**<br><br>Hon. Dana M. Sabraw<br>Courtroom: 13A |

Respondents/Defendants U.S. Immigration and Customs Enforcement ("ICE"); U.S. Department of Homeland Security ("DHS"); U.S. Customs and Border Protection ("CBP"); U.S. Citizenship and Immigration Services ("USCIS"); U.S. Department of

Health and Human Services ("HHS"); Office of Refugee Resettlement ("ORR"); David J. Venturella, Senior Official Performing the Duties of the Director of ICE; Patrick Divver, San Diego Acting Field Office Director, ICE; Markwayne Mullin, Secretary of DHS; Todd Blanche, Attorney General of the United States; Rodney Scott, Commissioner of CBP; Joseph B. Edlow, Director of USCIS; Sidney Aki, Director of Field Operations, San Diego Field Office, CBP; Robert F. Kennedy, Jr., Secretary of HHS; Angie Salazar, Acting Director of ORR; Ray Provencio, Director of Field Operations, El Paso Field Office, CBP; Christopher McGregor, El Paso Field Office Director, ICE, hereby appeal from the district court's order of July 17, 2026, ECF No. 966, in the above-captioned case, to the United States Court of Appeals for the Ninth Circuit.[1]

[1] Pursuant to Federal Rule Civil Procedure 25(d), the following Respondents/Defendants are automatically substituted for one another: David J. Venturella, Senior Official Performing the Duties of the Director of ICE, for Thomas Homan, former Acting Director of ICE; Patrick Divver, Jr., San Diego Acting Field Office Director, ICE, for Joseph Greene, former San Diego Assistant Field Office Director, ICE; Markwayne Mullin, Secretary of DHS, for Kristi Noem, former Secretary of DHS; Todd Blanche, U.S. Attorney General, for Pamela Bondi, former U.S. Attorney General; Rodney Scott, Commissioner of CBP, for Kevin K. McAleenan, former Acting Commissioner of CBP; Joseph B. Edlow, Director of USCIS, for L. Francis Cissna, former Director of USCIS; Sidney Aki, Director of Field Operations, San Diego Field Office, CBP, for Pete Flores, former Director of Field Operations, San Diego Field Office, CBP; Robert F. Kennedy, Jr., Secretary of HHS, for Alex Azar, former Secretary of HHS; Angie Salazar, Acting Director of the ORR, for Scott Lloyd, former Director of the ORR; and Christopher McGregor, El Paso Field Office Director, ICE, for Adrian P. Macias, former El Paso Field Office Director, ICE.

Dated: September 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

AUGUST E. FLENTJE
Deputy Director

WILLIAM C. SILVIS
Assistant Director

DANIEL SCHUTRUM-BOWARD
Senior Litigation Counsel

CAMILA YORI
Trial Attorney

*<u>/s/ Camila Yori</u>*
CAMILA YORI
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-880-0385
camila.yori2@usdoj.gov

*Attorneys for Defendants*

## REPRESENTATION STATEMENT

The undersigned represents Respondents/Defendants U.S. Immigration and Customs Enforcement, et al., and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Respondents/Defendants-Appellants submit this Representation Statement. The following list identifies all parties to the action and their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| RESPONDENTS/DEFENDANTS-APPELLANTS | COUNSEL OF RECORD |
|---|---|
| U.S. Immigration and Customs Enforcement ("ICE").<br><br>U.S. Department of Homeland Security ("DHS").<br><br>U.S. Customs and Border Protection ("CBP").<br><br>U.S. Citizenship and Immigration Services ("USCIS").<br><br>U.S. Department of Health and Human Services ("HHS").<br><br>Office of Refugee Resettlement ("ORR").<br><br>David J. Venturella, Senior Official Performing the Duties of the Director of ICE, *in his official capacity.*<br><br>Patrick Divver, Jr., San Diego Acting Field Office Director, ICE, *in his official capacity.*<br><br>Markwayne Mullin, Secretary of DHS, *in his official capacity.* | **August Edward Flentje**<br>United States Department of Justice<br>PO Box 878, Ben Franklin Station<br>Washington, DC 20044<br>202-514-3309<br>august.flentje@usdoj.gov<br><br>**William Charles Silvis**<br>United States Department of Justice<br>PO Box 878, Ben Franklin Station<br>Washington, DC 20044<br>202-307-4693<br>william.silvis@usdoj.gov<br><br>**Daniel Schutrum-Boward**<br>United States Department of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>202-919-1670<br>daniel.r.schutrum-boward@usdoj.gov<br><br>**Camila Yori**<br>United States Department of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044 |

| | |
|---|---|
| Todd Blanche, U.S. Attorney General, *in his official capacity.*<br><br>Rodney Scott, Commissioner of CBP, *in his official capacity.*<br><br>Joseph B. Edlow, Director of USCIS, *in his official capacity.*<br><br>Sidney Aki, Director of Field Operations, San Diego Field Office, CBP, *in his official capacity.*<br>Robert F. Kennedy, Jr., Secretary of HHS, *in his official capacity.*<br><br>Angie Salazar, Acting Director of the ORR, *in her official capacity.*<br><br>Ray Provencio, Director of Field Operations, El Paso Field Office, CBP, *in his official capacity.*<br><br>Christopher McGregor, El Paso Field Office Director, ICE, *in his official capacity.* | 202-880-0385<br>camila.yori2@usdoj.gov |
| **PETITIONERS/PLAINTIFFS-APPELLEES**<br><br>Ms. L., *on behalf of herself and all others similarly situated.*<br><br>Ms. C., *on behalf of herself and all others similarly situated.*<br><br>Dora, *on behalf of herself and all others similarly situated.*<br><br>Alma, *on behalf of herself and all others similarly situated.* | **COUNSEL OF RECORD**<br><br>**Anand Venkata Balakrishnan**<br>ACLU Immigrants' Rights Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>212-549-2618<br>abalakrishnan@aclu.org<br><br>**Judy Rabinovitz**<br>ACLU Immigrants' Rights Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>212-549-2618<br>JRabinovitz@aclu.org |

**Lee Gelernt**
ACLU
125 Broad Street
New York, NY 10004
242-549-2660 x2616
Fax: 212-549-2654
lgelernt@aclu.org

**Stephen B. Kang**
ACLU - California
425 California Street, 7th Floor
San Francisco, CA 94104
415-343-0783
Fax: 415-395-0950
skang@aclu.org

**Daniel Antonio Galindo**
ACLU
125 Broad Street, 17th Floor
New York, NY 10004
646-905-8907
Fax: 212-549-2654
dgalindo@aclu.org

**Spencer E. W. Amdur**
ACLU
425 California Street, 7th Floor
San Francisco, CA 94104
415-343-0770
samdur@aclu.org

**Carol T. McClarnon**
Eversheds Sutherland US LLP
700 6th Street NW, Suite 700
Washington, DC 20001
202-383-0946
Fax: 202-637-3593
carolmcclarnon@eversheds-sutherland.com

**John H. Fleming**
Eversheds Sutherland US LLP

| | |
|---|---|
| | 999 Peachtree Street NE, Suite 2300<br>Atlanta, GA 30309<br>404-853-8000<br>Fax: 404-853-8806<br>johnfleming@eversheds-sutherland.com<br><br>**Johnathan James Smith**<br>Muslim Advocates<br>P. O. Box 34440<br>Washington, DC 20043<br>202-897-2622<br>Fax: 202-508-1007<br>johnathan@muslimadvocates.org<br><br>**Simon Yehuda Sandoval-Moshenberg**<br>Legal Aid Justice Center<br>6066 Leesburg Pike, 520<br>Falls Church, VA 22041<br>703-720-5605<br>simon@justice4all.org<br><br>**Sirine Shebaya**<br>National Immigration Project of the<br>National Lawyers Guild<br>1763 Columbia Road NW, Suite 175<br>Washington, DC 20009<br>202-656-4788<br>sirine@nipnlg.org<br><br>**Sophia Leticia Gregg**<br>Legal Aid Justice Center<br>6066 Leesburg Pike, 520<br>Falls Church, VA 22041<br>703-720-5602<br>sophia@justice4all.org<br><br>**Wilson G. Barmeyer**<br>Eversheds Sutherland US LLP<br>700 Sixth Street NW, Suite 700<br>Washington, DC 20001-3980<br>202-383-0100 |

| | |
|---|---|
| | Fax: 202-637-3593<br>wilsonbarmeyer@eversheds-sutherland.com<br><br>**Aaron M. Olsen**<br>Haeggquist & Eck, LLP<br>225 Broadway, Suite 2050<br>San Diego, CA 92101<br>619-342-8000<br>Fax:619-342-7878<br>aarono@haelaw.com |