Lee Gelernt*
Daniel A. Galindo (SBN 292854)
Anand Balakrishnan*
Judy Rabinovitz*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
*lgelernt@aclu.org*
*dgalindo@aclu.org*
*jrabinovitz@aclu.org*
*abalakrishnan@aclu.org*

Stephen B. Kang (SBN 292280)
Sofía López Franco (SBN 354132)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, 7th Floor
San Francisco, CA 94104
T: (415) 343-0783
*skang@aclu.org*
*slopezfranco@aclu.org*

*Attorneys for* Ms. L. *Plaintiffs*
**Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Ms. L., et al.,

*Petitioners-Plaintiffs*,

v.

U.S. Immigration and Customs Enforcement (“ICE”), et al.

*Respondents-Defendants*.

Case No. 18-cv-00428-DMS-AHG

Date Filed: November 25, 2026

Hearing Date: To Be Set

**DECLARATION OF S.H.C.**

I, S.H.C., pursuant to 28 U.S.C. § 1746, declare that the following is true and correct:

1. I make this declaration under penalty of perjury, based on my own personal knowledge.

2. I am the uncle and caregiver for Y.F.D., 18, and the brother of Y.F.C., who is Y.F.D. dad. Y.F.D. and Y.F.C. were separated at the border in 2018 and are class members in the *Ms. L* case. Y.F.D., Y.F.C, and I lived together in Honduras and more recently in the United States before my recent detention and removal.

3. I came to the United States in 2018, crossing the river by McAllen, TX, with my son. We encountered border officials and were released together.

4. My son and I went to live near New Orleans, first to Metairie and then to Kenner. My wife K.S.L. had traveled separately from Honduras to Kenner, with our daughter, M.H.S. I have three kids now with K.S.L.: a 3-year-old, B.H.S., who is a U.S. citizen, M.H.S., who is nine, and a 16-year-old, J.H.S. Y.F.D. and Y.F.C., the relatives who are *Ms. L* class members, and me and my family all lived in the same split-level home in Kenner.

5. In December 2025, ICE (Immigration and Customs Enforcement) agents grabbed and detained Y.F.C. He was removed. That's when I became the fulltime caretaker for his son Y.F.D, from whom Y.F.C. had been separated again.

**Applying for Ms. L parole**

6. In January 2026, while Y.F.C. was still detained, Y.F.D. and Y.F.C. had registered for benefits through the *Ms. L* program. Officials with the International Organization for Migration contacted me and my family; they asked us questions and had us submit documents, and they told me that my wife K.S.L. and I qualified for their help and could apply, along with Y.F.D. and Y.F.C., for parole.

7. We submitted documents to IOM through Whatsapp and e-mail. We sent copies of passports, birth and marriage certificates, and an apartment rental contract.

Y.F.D. does not have bills in his name yet so we used letters sent to Y.F.D. from school, along with other mail to us at our address. All this was to see if we qualified as family members to Y.F.D. and Y.F.C. for help under *Ms. L*, and we were told by IOM that yes, we did. I submitted our paperwork to IOM beginning around March 2026. I believe they filed our applications for parole a few months after that.

**Arrest and detention**

8. In early September, I was driving and stopped at a light when a truck pulled up behind me and cars pulled in front of me. A police official came up and said he wanted to check my status: he got my identification and then detained me. Y.F.D. was with me; he was released and went home and I went to detention.

9. I have had past contact with police only for driving issues, such as a moving violation and a ticket for having tinted car windows, I have not had any criminal convictions in the U.S. or in Honduras.

10. I had an immigration case that had been closed during COVID and I had a lawyer help me try to reopen it. Later, I could not reach my lawyer and I do not know if my case was reopened or what exactly happened. I do know that a removal order was issued for me.

**My removal while I was waiting to take fingerprints for parole**

11. While I was in detention, letters had arrived at my house telling me I had an appointment for fingerprinting and biometrics for my parole application. I did not know how biometrics could be taken from me while I was detained; no officer at my detention center told me how to do this or told me that anyone was arranging for me to go to such an appointment. My wife told me my first appointment was cancelled because of this, and a new appointment was set for October 20.

12. Two days before my Oct. 20 appointment, a jail employee came to my detention cell and showed me a paper through a window to the cell, with my ID number on it and I make out that it said “transfer.” The paper did not say where I

would be transferred. I asked the employee and they just said it was just a transfer to Louisiana and they did not know any more.

13. Detention officials moved me at 3 am from the facility and took me by plane to Louisiana, where I was put on another plane. I thought I could not be removed because of the *Ms. L* case and they were doing it anyway. Only when I was on the plane someone told me the plane was in fact going to Honduras. Both my hands and feet were restrained with handcuffs, with a chain connecting the two sets of handcuffs, looped under my belt; I could barely move.

14. I do not feel safe in Honduras and avoid leaving my home. I want to be back with my family in the United States.

15. I am the provider for my entire family and for Y.F.D. It's not possible for my wife to support four children and a home on her own. For example, my daughter M.H.S. needs glasses because she cannot see well enough to follow along in school. My family does not have the money or access to care to get her glasses without me there to help.

16. Y.F.D. and my wife K.S.L. did have their biometrics taken and are moving forward with seeking parole.

17. I ask that I be returned to my family to continue to seek parole with IOM's help and to provide for all of us to remain together.

18. This declaration was read back to me in Spanish, a language in which I am fluent.

Executed this 24 day of November 2026, in Saba, Honduras.

Date: November 24, 2026

*_/s/ S.H.C._*

S.H.C.

# CERTIFICATE OF INTERPRETATION

My name is Sofía López Franco, and I hereby swear under penalty of perjury under the laws of the United States of America that I am fluent in English and Spanish. I certify that I have read this declaration to S.H.C. in its entirety in Spanish, a language in which he is fluent, and that he certified the accuracy of its contents in their entirety.

Executed this 24th day of November 2026, in Rockport, Maine.

Date: November 24, 2026

/s/ Sofía López Franco
Sofía López Franco